AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Food + Water Watch, et al.
_____
Plaintiff(s)

v.    Civil Action No. 4:17-cv-02162

U.S. Environmental Protection Agency
+
Scott Pruvit, Administrator of EPA
_____
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Scott Pruitt, Administrator
Environmental Protection Agency
Ariel Roos Building
1200 Pennsylvania Ave, NW
Washington D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Connett, Esq
c/o Food + Water Watch
1814 Franklin St, Suite 1100
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*