AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Food + Water Watch, et al.
*Plaintiff(s)*

v.

U.S. Environmental Protection Agency
+
Scott Pruit, Administrator of EPA
*Defendant(s)*

Civil Action No. 4:17-cv-02162 JSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Scott Pruitt, Administrator
Environmental Protection Agency
Ariel Roos Building
1200 Pennsylvania Ave, NW
Washington D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Connett, Esq
c/o Food + Water Watch
1814 Franklin St, Suite 1100
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/24/2017

CLERK OF COURT
Susan Y. Soong

*Signature of Clerk or Deputy Clerk*