UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                         GENERAL COURT NUMBER
   CLERK OF COURT                                                                                            415-522-2000

May 8, 2017

Michael P Connett

Food & Water Watch

1814 Franklin Street Suite 1100 Oakland, CA 94612

Re:     Food & Water Watch, Inc., et al. v. Environmental Protection Agency
Case Number: 17-cv-02162-JSC

Dear Counsel/Parties:

       This matter has been randomly assigned to United States Magistrate Judge Jacqueline Scott Corley for all purposes including trial.

       The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

       A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by May 22, 2017. This form can be found on the Court's website at www.cand.uscourts.gov.

                                                         Susan Y. Soong
                                                         Clerk, United States District Court
                                                         _____
                                                         Ada Means, Deputy Clerk to the
                                                         Honorable JACQUELINE SCOTT CORLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOOD & WATER WATCH, INC., et al.,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendants.

Case No.  17-cv-02162-JSC

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )  **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

    ( )  **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____

NAME: _____

COUNSEL FOR (OR "PRO SE"): _____

_____
*Signature*