MICHAEL CONNETT, ESQ., CA Bar No. 300314
CHRIS NIDEL, ESQ., D.C. Bar No. 497059
FOOD & WATER WATCH
1814 Franklin St., Suite 1100
Oakland, California 94612
Telephone:   (510) 922-0720
Facsimile:    (310) 922-0723

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH; AMERICAN ACADEMY OF ENVIRONMENTAL MEDICINE; FLUORIDE ACTION NETWORK; INTERNATIONAL ACADEMY OF ORAL MEDICINE & TOXICOLOGY; MOMS AGAINST FLUORIDATION; AUDREY ADAMS, individually and on behalf of KYLE ADAMS; KRISTIN LAVELLE, individually and on behalf of NEAL LAVELLE; and BRENDA STAUDENMAIER, individually and on behalf of KO STAUDENMAIER and HAYDEN STAUDENMAIER, <br><br>Plaintiffs,<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; SCOTT PRUIT, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>Defendants. | Civ. No. 17-cv-02162-JSC<br><br>**PROOF OF SERVICE** |

I hereby certify that I have served on the Defendants a copy of the Summons, Complaint, and materials required by Local Rules 4-2, 16-2, and the Court's instruction. Per Federal Rule of Civil Procedure 4(i), I served these materials on Defendants by sending them via certified mail to the (1) Attorney General of the United States in Washington, D.C.; (2) Civil-Process Clerk at the United States' Attorney's Office in the Northern District of California; (3) U.S. Environmental Protection Agency; and

(4) Scott Pruitt, the EPA Administrator. Per the attached US Postal Service's tracking documents, these materials were delivered between July 13 and July 17, 2017.

I declare under penalty of perjury that this information is true.

Respectfully submitted this 17th day of July, 2017.

By: _____
Michael Connett
Attorney for Plaintiffs

FROM:
Michael Connett
3454 Vinton Ave
Los Angeles, CA 90034

TO:
Attorney General of the United States
U.S. Dept of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20530-0001

SUMMONS + COMPLAINT



7017 0660 0001 0055 6365
CERTIFIED MAIL



U.S. POSTAGE PAID
EL SEGUNDO, CA
90245
JUL 14 17
AMOUNT
$11.70
R2303S130346-16
1006
20530

# USPS Tracking® Results

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170660000100556365

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 17, 2017, 4:36 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | Your item was delivered at 4:36 am on July 17, 2017 in WASHINGTON, DC 20530. | |
| July 14, 2017, 1:14 pm | Available for Pickup | WASHINGTON, DC 20530 |
| July 14, 2017, 12:44 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| July 13, 2017, 10:35 am | Arrived at USPS Regional Destination Facility | WASHINGTON DC DISTRIBUTION CENTER |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

FROM:
Michael Connett
3454 Vinton Ave
Los Angeles, CA 90034

TO:
Civil Process Clerk
U.S. Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102



# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70160750000121022767

▶ ▶ ▶ Delivered

On Time
**Updated Delivery Day:** Thursday, July 13, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 13, 2017, 10:57 am | Delivered, Left with Individual | SAN FRANCISCO, CA 94102 |
| | Your item was delivered to an individual at the address at 10:57 am on July 13, 2017 in SAN FRANCISCO, CA 94102. | |
| July 13, 2017, 9:08 am | Out for Delivery | SAN FRANCISCO, CA 94102 |
| July 13, 2017, 8:58 am | Sorting Complete | SAN FRANCISCO, CA 94102 |
| July 13, 2017, 6:31 am | Arrived at Unit | SAN FRANCISCO, CA 94124 |

See More ⌄

## Available Actions

Text Updates ⌄

Email Updates ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



FROM:
Michael Connett
3454 Vinton Ave
Los Angeles CA 90034

TO:
Environmental Protection Agency
Ariel Roos Building
1200 Pennsylvania Ave NW
Washington D.C. 20460

Summons + Complaint







U.S. POSTAGE PAID
EL SEGUNDO, CA 90245
JUL 11 17
AMOUNT $11.70
R2303S10346-16

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70160750000121022750

▶  ▶  ▶ Delivered

**Updated Delivery Day:** Friday, July 14, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 14, 2017, 7:33 am** | **Delivered, Left with Individual** | **WASHINGTON, DC 20460** |

Your item was delivered to an individual at the address at 7:33 am on July 14, 2017 in WASHINGTON, DC 20460.

| | | |
|---|---|---|
| July 14, 2017, 6:22 am | Arrived at Unit | WASHINGTON, DC 20018 |
| July 13, 2017, 10:35 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20018 |
| July 13, 2017, 1:04 am | Departed USPS Destination Facility | WASHINGTON, DC 20066 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

FROM:
Michael Connett
3454 Vinton Ave
Los Angeles, CA 90034

TO:
Scott Pruitt, Administrator
Environmental Protection Agency
Ariel Roos Building
1200 Pennsylvania Ave, NW
Washington, D.C. 20460

Summons + Complaint



# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70160750000121022743

▶  ▶  ▶  Delivered

**Updated Delivery Day:** Friday, July 14, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 14, 2017, 7:33 am** | **Delivered, Left with Individual** | **WASHINGTON, DC 20460** |

Your item was delivered to an individual at the address at 7:33 am on July 14, 2017 in WASHINGTON, DC 20460.

| | | |
|---|---|---|
| July 14, 2017, 6:22 am | Arrived at Unit | WASHINGTON, DC 20018 |
| July 13, 2017, 10:35 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20018 |
| July 13, 2017, 1:04 am | Departed USPS Destination Facility | WASHINGTON, DC 20066 |

See More ⌄

## Available Actions

Text Updates ⌄

Email Updates ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)