JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
NORMAN L. RAVE, JR. (D.C. 431602)
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.   (202) 616-7568
norman.rave@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | No. 3:17-cv-02162-JSC |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | |
| Defendants. | |

Please enter the appearance of Norman L. Rave, Jr. as counsel for Defendants United States Environmental Protection Agency; and Scott Pruitt, Administrator, in his official capacity. Please direct all future pleadings, notices, correspondence, and other matters to Mr. Rave at the following address:

Norman L. Rave, Jr.
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

Tel:  (202) 616-7568
Fax:  (202) 514-8865
Email:  norman.rave@usdoj.gov

| | |
|---|---|
| Dated: July 19, 2017 | Respectfully submitted, |
| | JEFFREY H. WOOD<br>Acting Assistant Attorney General |
| | /s/ *Norman L. Rave, Jr.*<br>NORMAN L. RAVE, JR.<br>Environmental Defense Section<br>601 D Street, NW, Suite 8000<br>Washington, DC 20004<br>Tel: (202) 616-7568<br>Email: norman.rave@usdoj.gov |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 19th day of July, 2017, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Norman L. Rave, Jr.*
Norman L. Rave, Jr., Trial Attorney