JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
NORMAN L. RAVE, JR. (D.C. 431602)
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 616-7568
norman.rave@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., | Case No.: 17-cv-02162-EMC |
| Plaintiffs, | |
| v. | |
| U.S. Environmental Protection Agency, et al., | |
| Defendants. | |

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT AND TO ESTABLISH
BRIEFING SHEDULE FOR MOTION TO DISMISS
AND [PROPOSED] ORDER**

Defendants United States Environmental Protection Agency, et al., ("EPA"), and Plaintiffs Food & Water Watch, et al., hereby stipulate to and request that the Court enter the attached Order extending the time for EPA to respond to Plaintiffs' Complaint and establishing a briefing schedule for EPA's motion to dismiss.

1. Pursuant to Fed. R. Civ. Proc. 12(a)(2), EPA's response to Plaintiffs' Complaint is currently due September 11, 2017.

CASE NO. 17-cv-02162-EMC
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND
TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS AND [PROPOSED] ORDER

1

2. EPA has informed Plaintiffs that, on the due date for the Response, it intends to file a motion to dismiss the Complaint pursuant to Fed. R. Civ. Proc. 12(b).

3. Due to existing scheduling commitments, Counsel for Plaintiffs has asked EPA for an extension in Plaintiffs' time to respond to EPA's motion.

4. After conferring, the parties have agreed to a two-week extension of EPA's time to respond to the Complaint and to the briefing schedule described below.

5. This extension will not significantly delay resolution of the case.

6. Accordingly, the parties jointly stipulate and request that the Court enter the attached order providing the following schedule:

EPA's Response to Complaint – September 25, 2017

Plaintiffs' Response to Motion to Dismiss – October 25, 2017

EPA's Reply on Motion to Dismiss – November 8, 2017.

Dated:   August 31, 2017                    Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ *Norman L. Rave, Jr.*
NORMAN L. RAVE, JR.
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel: (202) 616-7568
Email: norman.rave@usdoj.gov

*Attorneys for Defendants*

*/s/ Michael Connett* (by permission)
MICHAEL CONNETT
CHRIS NIDEL
Food & Water Watch
1814 Franklin St., Suite 1100
Oakland, CA 94612
Tel:  (510) 922-0720

*Attorneys for Plaintiffs*

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS AND [PROPOSED] ORDER

2

**[PROPOSED] ORDER**

Before the Court is the parties' Stipulation to Extend Deadline for Defendants to Respond to the Complaint and to Establish Briefing Schedule for Motion to Dismiss And [Proposed] Order.. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED.  It is further ordered that the following schedule will govern Defendants' Response to the Complaint and briefing on Defendants' intended Motion to Dismiss:

> Defendants' Response to Complaint – September 25, 2017
>
> Plaintiffs' Response to Motion to Dismiss – October 25, 2017
>
> Defendants' Reply on Motion to Dismiss – November 8, 2017

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this _____ day of _____, 2017.

_____
EDWARD M. CHEN
United States District Court Judge

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS AND [PROPOSED] ORDER

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 31st day of August, 2017, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Norman L. Rave, Jr.*
Norman L. Rave, Jr., Trial Attorney

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS AND [PROPOSED] ORDER

4