Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Food & Water Watch, Inc., et al.,

        Plaintiff(s)

v.

U.S. EPA, et al.,

        Defendant(s)

Case No. C 17-cv-02162-EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

- ☒ have not yet reached an agreement to an ADR process OR
- ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 12, 2017

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Norman L. Rave, Jr., Defendants U.S. EPA, et al. | (202) 616-7568; norman.rave@usdoj.gov |
| Michael Connett, Plaintiffs Food & Water Watch, et al. | (802) 355-0999; mconnett@gmail.com |
| | |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: August 31. 2017   Signed: /s/ Michael Connett (by permission)
                                                  Attorney for Plaintiff

Date: August 31, 2017   Signed: /s/ Norman L. Rave, Jr.
                                                  Attorney for Defendant

*Important!* E-file this form in ECF using event name: *"Notice of Need for ADR Phone Conference (ADR LR 3-5)."*

*Form ADR-TC rev. 6-2016*