1  JEFFREY H. WOOD
   Acting Assistant Attorney General
2  U.S. Department of Justice
   Environment & Natural Resources Division
3  NORMAN L. RAVE, JR. (D.C. 431602)
4  Environmental Defense Section
   601 D Street, NW, Suite 8000
5  Washington, DC 20004
6  Tel.    (202) 616-7568
   norman.rave@usdoj.gov
7
8  *Attorneys for Defendants*

9
                 **IN THE UNITED STATES DISTRICT COURT**
10
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
                         **SAN FRANCISCO DIVISION**
12

13
   | FOOD & WATER WATCH, INC, et al., | Case No.: 17-cv-02162-EMC |
14  |---|---|
   | Plaintiffs, | **JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT CONFERENCE AND [PR~~OPOS~~ED] ORDER** |
15  | v. | |
16  | U.S. Environmental Protection Agency, et al., | |
17  | | |
18  | Defendants. | |
19

20      Defendants United States Environmental Protection Agency, et al., ("EPA"), and

21  Plaintiffs Food & Water Watch, et al., hereby stipulate to and request an order allowing

22  the parties to appear telephonically for the initial Case Management Conference

23  ("CMC") at 2:00 pm on September 12, 2017.

24      Lead counsel for EPA is located in Washington, D.C., and, no local Department

25  of Justice attorneys are assigned to this matter and no other Department of Justice

26  attorneys have worked on this matter in any capacity.  The parties believe that the issues

27  to be addressed at the case management conference are fairly straight-forward, and can be

28  effectively addressed telephonically without the need for government travel.

CASE NO. 17-CV-02162-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

1

Therefore, for the reasons stated above, the parties request that they both be allowed to appear and participate telephonically at the September 12, 2017 initial case management conference.

Dated:   August 31, 2017                               Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ *Norman L. Rave, Jr.*
NORMAN L. RAVE, JR.
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel: (202) 616-7568
Email: norman.rave@usdoj.gov

*Attorneys for Defendants*

*/s/ Michael Connett* (by permission)
MICHAEL CONNETT
CHRIS NIDEL
Food & Water Watch
1814 Franklin St., Suite 1100
Oakland, CA 94612
Tel:  (510) 922-0720

*Attorneys for Plaintiffs*

CASE NO. 17-CV-02162-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

2

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Request To Appear Telephonically For Initial Case Management Conference And [Proposed] Order on September 12, 2017, at 2:00 p.m.. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED. It is further ordered that

\_\_\_\_ Counsel will call the following number to participate in the hearing:

_____

  _x_  Plaintiffs' counsel will be called at (802) 355-0999, and Defendant's counsel will be called at (202) 616-7568 to participate in the hearing. Counsel will be available from 2:00 pm until the call occurs.

IT IS SO ORDERED.  Court will call counsel at the above numbers.

DATED this \_\_5th\_\_ day of \_\_September\_\_, 2017.



_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CASE NO. 17-CV-02162-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 31st day of August, 2017, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Norman L. Rave, Jr.*
Norman L. Rave, Jr., Trial Attorney

CASE NO. 17-CV-02162-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

4