OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** September 12, 2017    **Time:** 3:07-3:22    **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC    **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorney for Plaintiff:** Mike Connett

**Attorney for Defendant:** Norman Rave, Jr.

**Deputy Clerk:** Betty Lee    **Court Reporter:** N/A

PROCEEDINGS

CMC (Telephonic)

SUMMARY

The Court directed parties to meet and confer to agree on a stipulated protective order and to define the scope of this case by filing an early motion, e.g. in limine, motion for partial summary adjudication, motion to compel discovery or motion for protective order.  Motion shall be filed by 12/7/17.  Opposition due 12/21/17.  Reply due 1/4/18.  Motion hearing set for 1/18/18 at 1:30 p.m. Defendant informed the Court a motion to dismiss will be filed.

Further CMC is set for 1/18/18 at 1:30 p.m. An updated joint CMC statement shall be filed by 1/11/18.