MICHAEL E. WALL (SBN 170238)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org

*Attorney for Proposed Amici Curiae*
*Natural Resources Defense Council and*
*Safer Chemicals, Healthy Families*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>   Plaintiffs,<br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>   Defendants. | Case No. 17-cv-02162 EMC<br><br>**Notice of Appearance of Michael E. Wall as Counsel for Proposed Amici Natural Resources Defense Council, Inc., and Safer Chemicals, Healthy Families** |

Not. Of Appearance of Michael E. Wall
Case No. 17-cv-02162 EMC

1  The undersigned, Michael E. Wall, hereby enters his appearance as counsel for
2 proposed amici curiae Natural Resources Defense Council, Inc., and Safer Chemicals,
3 Healthy Families. The undersigned is a member in good standing of the State Bar of
4 California and admitted to practice in this court. The office address and telephone
5 number of the undersigned are as follows:

>   Michael E. Wall
>   Natural Resources Defense Council
>   111 Sutter Street, 21st Floor
>   San Francisco, CA 94104
>   Telephone: 415-875-6100
>   Fax: 415-795-4799
>   Email: mwall@nrdc.org

Please serve said counsel with all pleadings and notices in this action.

October 25, 2017                    Respectfully submitted,

>   /s/ Michael E. Wall
>   MICHAEL E. WALL (SBN 170238)
>   Natural Resources Defense Council
>   111 Sutter Street, 21st Floor
>   San Francisco, CA 94104
>   Tel.: (415) 875-6100 / Fax: (415) 795-4799
>   mwall@nrdc.org
>
>   *Attorney for Proposed Amici*
>   *Natural Resources Defense Council and*
>   *Safer Chemicals, Health Families*