MICHAEL E. WALL (SBN 170238)
AVINASH KAR (SBN 240190)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org

*Attorneys for Proposed Amici Curiae*
*Natural Resources Defense Council and*
*Safer Chemicals, Healthy Families*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-cv-02162 EMC <br><br> **Notice of Motion and Motion of Natural Resources Defense Council and Safer Chemicals, Healthy Families for Leave to file Amicus Curiae Brief in Support of Neither Party** <br><br> Date:         November 30, 2017 <br> Time:         1:30 pm <br> Courtroom:  5, 17th Floor |

NRDC and SCHF's Mot. for Leave
to File Amicus Curiae Br.
Case No. 17-cv-02162 EMC

Proposed amici curiae Natural Resources Defense Council, Inc. (NRDC) and Safer Chemicals, Healthy Families (SCHF) (Proposed Amici) respectfully move for leave to file an amicus brief in this case. Proposed Amici believe that this motion is appropriately heard as a motion for administrative relief under Civil Local Rule 7-11. However, to the extent that a noticed motion is required, Proposed Amici request, and provide notice, that this motion be heard on November 30, 2017, at 1:30 pm, in Courtroom 5, 17th Floor, of the U.S. District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, California.

Proposed Amici respectfully move for leave to file the proposed amicus brief attached as Exhibit A to this motion. The brief addresses arguments raised by Federal Defendants' Motion to Dismiss. ECF No. 28.

NRDC is a health and environmental advocacy organization that represents hundreds of thousands of members throughout the United States. NRDC has worked for more than four decades to protect people from toxic chemicals. NRDC's work has included advocacy concerning reforms to and implementation of the Toxic Substance Control Act (TSCA). NRDC is particularly interested in section 21 of TSCA, 15 U.S.C. § 2620, under which Plaintiffs' claim arises. Section 21 is a principal avenue for members of the public to seek meaningful federal action to protect themselves and their families from chemicals that cause cancer, birth defects, learning disabilities, and reproductive harm. NRDC has in the past petitioned defendant U.S. Environmental Protection Agency (EPA) pursuant to TSCA section 21. NRDC is keenly interested in the interpretation of this provision.

SCHF, based in Washington, DC, is a coalition of numerous national, state, and local organizations committed to assuring the safety of chemicals used in our homes, workplaces, and in the many products to which our families and children are exposed each day. SCHF and its partners took a leadership role during the recent process to legislatively amend TSCA, advocating for the most protective legislation possible to

reduce the risks of toxic chemicals in use today. SCHF is actively participating in all phases of implementation of the new law, working to maximize public-health protection against unsafe chemicals.

The proposed amicus brief explains—based on an analysis of TSCA's text, structure, and history—that TSCA section 21 does not require a petitioner to comprehensively evaluate risks posed by all uses of a toxic chemical. The proposed brief takes no position on the other issues raised by Federal Defendants' motion to dismiss, or on the merits of the specific petition in question. Proposed Amici address only the Federal Defendants' erroneous interpretation of the legal standards applicable to such petitions.

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005). There "are no strict prerequisites that must be established prior to qualifying for amicus status," and courts "have exercised great liberality in permitting an amicus curiae to file a brief in a pending case." *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (quoting *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990)).

Plaintiffs have consented to this motion. Counsel for Federal Defendants has stated that his clients will not be able to state their position on this motion until they review it. Proposed Amici note that Federal Defendants will suffer no material prejudice from the filing of the proposed amicus brief, as Federal Defendants may respond to the amicus brief concurrently with their reply to Plaintiffs' opposition brief.

For these reasons, Proposed Amici respectfully ask the Court to grant their motion for leave to file the proposed amicus brief.

//

NRDC and SCHF's Mot. for Leave
to File Amicus Curiae Br.
Case No. 17-cv-02162 EMC

| | | |
|---|---|---|
| 1 | October 25, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Michael E. Wall |
| | | MICHAEL E. WALL (SBN 170238) |
| 4 | | AVINASH KAR (SBN 240190) |
| 5 | | Natural Resources Defense Council |
| | | 111 Sutter Street, 21st Floor |
| 6 | | San Francisco, CA 94104 |
| 7 | | Tel.: (415) 875-6100 / Fax: (415) 795-4799 |
| | | mwall@nrdc.org |
| 8 | | |
| 9 | | *Attorneys for Proposed Amici* |
| | | *Natural Resources Defense Council and* |
| 10 | | *Safer Chemicals, Healthy Families* |

*Of Counsel for Safer Chemicals, Healthy Families*:
Robert M. Sussman
3101 Garfield Street, NW
Washington, DC 20008

NRDC and SCHF's Mot. for Leave to File Amicus Curiae Br.
Case No. 17-cv-02162 EMC

3

**[PROPOSED] ORDER**

Upon due consideration and for good cause shown, the Motion of Natural Resources Defense Council and Safer Chemicals, Healthy Families for Leave to File Amicus Brief in Support of Neither Party is GRANTED.

IT IS SO ORDERED.

DATED this_____day of_____, 2017.

_____
EDWARD M. CHEN
United States District Court Judge