MICHAEL E. WALL (SBN 170238)
AVINASH KAR (SBN 240190)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org

*Attorneys for Proposed Amici Curiae*
*Natural Resources Defense Council and*
*Safer Chemicals, Healthy Families*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOOD & WATER WATCH, INC., et al., | ) ) ) | Case No. 17-cv-02162 EMC |
| Plaintiffs, | ) ) | **Civil Local Rule 3-15 Certificate of Proposed Amici Natural Resources Defense Council and Safer Chemicals, Healthy Families** |
| v. | ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

//

NRDC and SCHF's Civ. L.R. 3-15 Cert.
Case No. 17-cv-02162 EMC

1

October 25, 2017                    Respectfully submitted,

/s/ Michael E. Wall
MICHAEL E. WALL (SBN 170238)
AVINASH KAR (SBN 240190)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org

*Attorneys for Proposed Amici*
*Natural Resources Defense Council and*
*Safer Chemicals, Health Families*

*Of Counsel for Safer Chemicals, Healthy Families*:
Robert M. Sussman
3101 Garfield Street, NW
Washington DC 20008

NRDC and SCHF's Civ. L.R. 3-15 Cert.
Case No. 17-cv-02162 EMC