AVINASH KAR (SBN 240190)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
akar@nrdc.org

*Attorney for Proposed Amici Curiae*
*Natural Resources Defense Council and*
*Safer Chemicals, Healthy Families*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Case No. 17-cv-02162 EMC <br><br> **Notice of Appearance of Avinash Kar as Counsel for Proposed Amici Natural Resources Defense Council, Inc., and Safer Chemicals, Healthy Families** |

Not. Of Appearance of Avinash Kar
Case No. 17-cv-02162 EMC

The undersigned, Avinash Kar, hereby enters his appearance as counsel for proposed amici curiae Natural Resources Defense Council, Inc., and Safer Chemicals, Healthy Families. The undersigned is a member in good standing of the State Bar of California and admitted to practice in this court. The office address and telephone number of the undersigned are as follows:

> Avinash Kar
> Natural Resources Defense Council
> 111 Sutter Street, 21st Floor
> San Francisco, CA 94104
> Telephone: 415-875-6100
> Fax: 415-795-4799
> Email: akar@nrdc.org

Please serve said counsel with all pleadings and notices in this action.

October 26, 2017                    Respectfully submitted,

                                    /s/ Avinash Kar
                                    AVINASH KAR (SBN 240190)
                                    Natural Resources Defense Council
                                    111 Sutter Street, 21st Floor
                                    San Francisco, CA 94104
                                    Tel.: (415) 875-6100 / Fax: (415) 795-4799
                                    akar@nrdc.org

                                    *Attorney for Proposed Amici*
                                    *Natural Resources Defense Council and*
                                    *Safer Chemicals, Healthy Families*