JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
NORMAN L. RAVE, JR. (D.C. 431602)
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 616-7568
norman.rave@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF<br><br>DATE:   November 30, 2017<br>TIME:   1:30 pm<br>Courtroom:  5, 17th Floor |

Defendants United State Environmental Protection Agency, et al., take no position on the motion of Natural Resources Defense Council, et al., for leave to file amicus curiae brief, ECF No. 30.

| | | |
|---|---|---|
| 1 | Dated:   October 30, 2017 | Respectfully submitted, |
| 2 | | JEFFREY H. WOOD |
| 3 | | Acting Assistant Attorney General |
| 4 | | /s/ *Norman L. Rave, Jr.* |
| | | NORMAN L. RAVE, JR. |
| 5 | | Environmental Defense Section |
| 6 | | 601 D Street, NW, Suite 8000 |
| | | Washington, DC 20004 |
| 7 | | Tel: (202) 616-7568 |
| | | Email: norman.rave@usdoj.gov |
| 8 | | |
| 9 | | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 30th day of October, 2017, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Norman L. Rave, Jr.*
Norman L. Rave, Jr., Trial Attorney