MICHAEL CONNETT, ESQ., CA Bar No. 300314
CHRIS NIDEL, ESQ., D.C. Bar No. 497059
FOOD & WATER WATCH
1814 Franklin St., Suite 1100
Oakland, California 94612
Telephone:    (510) 922-0720
Facsimile:    (310) 922-0723

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 17-cv-02162-EMC |

**STIPULATION TO EXTEND DEADLINES FOR EPA'S MOTION FOR PROTECTIVE ORDER BRIEFING SCHEDULE**

Plaintiffs Food & Water Watch, et al., and Defendants United States Environmental Protection Agency, et al., ("EPA") hereby stipulate to and request that the Court enter the attached Order extending the deadlines associated with EPA's motion for a protective order.

1.  Pursuant to the Court's September 12, 2017 Order (ECF No. 27), EPA's motion for a protective order is due 12/7/17, Plaintiffs' response is due 12/21/17, EPA's reply is due 1/4/18, and the hearing date is 1/18/18.

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR EPA'S MOTION FOR PROTECTIVE ORDER BRIEFING SCHEDULE AND [PROPOSED] ORDER

1

2.   Due to scheduling conflicts with other current litigation, the parties have met and conferred on extending the aforementioned deadlines for the motion and reply by one week and for the response by 12 days.  The parties have agreed to push the deadline for EPA's motion back to 12/14/17, Plaintiffs' response to 1/2/11, EPA's reply to 1/11/18, and the hearing date to 1/25/18.  The parties also agree that the dates for the further case management conference and updated joint case management conference statement also be extended by one week.

3. This extension will not significantly delay resolution of the case.

4.   Accordingly, the parties jointly stipulate and request that the Court enter the attached order providing the following schedule:

EPA's Motion for a Protective Order – December 14, 2017

Plaintiffs' Response to Motion – January 2, 2017

EPA's Reply  – January 11, 2018

Updated Joint Case Management Conference Statement – January 18

Hearing and Further Case Management Conference – January 25, 2018

Dated:   December 5, 2017                                        Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT
CHRIS NIDEL
Food & Water Watch
1814 Franklin St., Suite 1100
Oakland, CA 94612
Tel:  (510) 922-0720

*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Norman L. Rave, Jr.*  (by permission)

CASE No. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR EPA'S MOTION FOR PROTECTIVE ORDER  BRIEFING SCHEDULE AND [PROPOSED] ORDER

1
2
3
4
5

NORMAN L. RAVE, JR.
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel: (202) 616-7568
Email: norman.rave@usdoj.gov

*Attorneys for Defendants*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR EPA'S MOTION FOR PROTECTIVE ORDER  BRIEFING SCHEDULE AND [PROPOSED] ORDER

3

**[PROPOSED] ORDER**

Before the Court is the parties' Stipulation to Extend the Deadlines for EPA's Motion for a Protective Order Briefing Schedule And [Proposed] Order.. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED. It is further ordered that the following schedule will govern Defendants' Motion for a Protective Order and Plaintiffs' response thereto:

    EPA's Motion for a Protective Order – December 14, 2017

    Plaintiffs' Response to Motion – January 2, 2017

    EPA's Reply – January 11, 2018

    Updated Joint Case Management Conference Statement – January 18

    Hearing and Further Case Management Conference – January 25, 2018

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this _____ day of _____, 2017.

                                        _____
                                        EDWARD M. CHEN
                                        United States District Court Judge

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR EPA'S MOTION FOR PROTECTIVE ORDER BRIEFING SCHEDULE AND [PROPOSED] ORDER

4

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 5th day of December, 2017, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR EPA'S MOTION FOR PROTECTIVE ORDER  BRIEFING SCHEDULE AND [PROPOSED] ORDER

5