JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
NORMAN L. RAVE, JR. (D.C. 431602)
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 616-7568
norman.rave@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC |

**STIPULATION TO EXTEND DEADLINES FOR DEFENDANTS'
ANSWER, PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO LIMIT
REVIEW TO THE ADMINISTRATIVE RECORD AND TO STRIKE
PLAINITFFS' JURY DEMAND, AND DEFENDANTS' REPLY
AND [PROPOSED] ORDER**

Defendants United States Environmental Protection Agency, et al., ("EPA"), and Plaintiffs Food & Water Watch, et al., hereby stipulate to and request that the Court enter the attached Order extending the time for EPA to file its Answer to Plaintiffs' Complaint, for Plaintiffs' to file their Response to EPA's Motion to Limit Review to the

Case No. 17-cv-02162-EMC
Stipulation to Extend Deadlines for Defendants' Answer, Plaintiffs' Response
to Defendants' Motion to Limit Review to the Administrative Record and to Strike Plaintiffs'
Jury Demand, and Defendant's Reply and [Proposed] Order]

1

Administrative Record and to Strike Plaintiffs' Jury Demand, and for EPA to file its Reply.

1. On December 21, 2017, the Court denied EPA's Motion to Dismiss Plaintiffs' Complaint.  DN 42.

2. Pursuant to Fed. R. Civ. Proc. 12(a)(4)(A), EPA's Answer to Plaintiffs' Complaint is currently due January 4, 2017.

3. Norman Rave, Department of Justice counsel for EPA, is on previously scheduled leave until January 2.  EPA internal counsel will also be on leave during that period.

4. The parties have agreed to a two-week extension, until January 18, 2018, of the due date for EPA's Answer.

5. This extension will not significantly delay resolution of the case.

6. On December 14, 2017, EPA filed a Motion to Limit Review to the Administrative Record and to Strike Plaintiffs' Jury Demand, DN 41.

7. Plaintiffs' Response to that motion is currently due January 2, 2018, and EPA's reply is due January 11, 2018.  DN 40.

8. An unanticipated scheduling conflict has emerged for Plaintiffs' counsel, which will make it very difficult for Plaintiffs to file their response by January 2.

9. The parties have conferred and have agreed to extend Plaintiffs' deadline to respond to EPA's motion until January 5, 2018, and to extend the deadline for EPA's reply to January 15, 2018.

10. These extensions will not significantly delay resolution of the case.

11. Accordingly, the parties jointly stipulate and request that the Court enter the attached order providing: (1) that EPA's Answer will be due January 18, 2018; (2) Plaintiffs' response to EPA's Motion to Limit Review to the Administrative Record and to Strike Plaintiffs' Jury Demand will be due January 5, 2018; and (3) EPA's reply in further support of that motion will be due January 15, 2018.

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR DEFENDANTS' ANSWER, PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO LIMIT REVIEW TO THE ADMINISTRATIVE RECORD AND TO STRIKE PLAINTIFFS' JURY DEMAND, AND DEFENDANT'S REPLY AND [PROPOSED ORDER]

2

| | |
|---|---|
| Dated:   December 26, 2017 | Respectfully submitted, |
| | |
| | JEFFREY H. WOOD |
| | Acting Assistant Attorney General |
| | |
| | /s/ *Norman L. Rave, Jr.* |
| | NORMAN L. RAVE, JR. |
| | Environmental Defense Section |
| | 601 D Street, NW, Suite 8000 |
| | Washington, DC 20004 |
| | Tel: (202) 616-7568 |
| | Email: norman.rave@usdoj.gov |
| | |
| | *Attorneys for Defendants* |
| | |
| | /s/ *Michael Connett* (by permission) |
| | MICHAEL CONNETT |
| | CHRIS NIDEL |
| | Food & Water Watch |
| | 1814 Franklin St., Suite 1100 |
| | Oakland, CA 94612 |
| | Tel:  (510) 922-0720 |
| | |
| | *Attorneys for Plaintiffs* |

CASE No. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR DEFENDANTS' ANSWER, PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO LIMIT REVIEW TO THE ADMINISTRATIVE RECORD AND TO STRIKE PLAINTIFFS' JURY DEMAND, AND DEFENDANT'S REPLY AND [PROPOSED ORDER]

## ~~[PROPOSED]~~ ORDER

Before the Court is the parties' Stipulation to Extend Deadline for Defendants to to File their Answer And [Proposed] Order.  Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED.  It is further ORDERED that:

(1) Defendants' Answer is now due January 18, 2018;

(2) Plaintiffs' Response to Defendants' Motion to Limit Review to the Administrative Record and to Strike Plaintiffs' Jury Demand is now due January 5, 2018;

(3) Defendants' Reply is now due January 15, 2018.

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 26th day of December, 2017.

EDWARD M. CHEN
United States District Court Judge

CASE NO. 17-CV-02162-EMC
STIPULATION TO EXTEND DEADLINES FOR DEFENDANTS' ANSWER, PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO LIMIT REVIEW TO THE ADMINISTRATIVE RECORD AND TO STRIKE PLAINTIFFS' JURY DEMAND, AND DEFENDANT'S REPLY AND ~~[PROPOSED~~ ORDER]

4