MICHAEL E. WALL (SBN 170238)
AVINASH KAR (SBN 240190)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org; akar@nrdc.org

*Attorneys for Proposed Amici Curiae*
*Natural Resources Defense Council and*
*Safer Chemicals, Healthy Families*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>            Plaintiffs,<br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGECNY, et al.<br><br>            Defendants. | Case No. 17-cv-02162 EMC<br><br>**Unopposed Motion of Natural Resources Defense Council, Inc., and Safer Chemicals, Healthy Families for Leave to File Amicus Brief in Response to EPA's Motion to Limit Review (Supporting Neither Party on the Merits); Proposed Order**<br><br>Date:           January 25, 2018<br>Time:          1:30 pm<br>Courtroom:  5, 17th Floor |

NRDC and SCHF's Mot. for Leave to File
Amicus Br. re Mot. to Limit Review
Case No. 17-cv-02162 EMC

Proposed amici curiae Natural Resources Defense Council, Inc. (NRDC) and Safer Chemicals, Healthy Families (SCHF) (Proposed Amici) respectfully move for leave to file an amicus brief in response to the Environmental Protection Agency's (EPA's) Motion to Limit Review (ECF No. 41). Counsel for all parties have represented that their clients do not oppose this motion for leave.

The proposed amicus brief, attached as Exhibit A to this motion, addresses arguments raised by EPA's Motion to Limit Review, but takes no position on the merits of the underlying petition for rulemaking. The reasons for this motion follow.

NRDC is a health and environmental advocacy organization that represents hundreds of thousands of members throughout the United States. NRDC has worked for more than four decades to protect people from toxic chemicals, including through advocacy to strengthen implementation of the Toxic Substances Control Act (TSCA). SCHF, based in Washington, is a coalition of numerous national, state, and local organizations committed to assuring the safety of chemicals used in our homes, workplaces, and in the many products to which our families and children are exposed each day. SCHF took a leadership role during the recent process to amend TSCA, and is actively participating in all phases of the implementation of the new law.

The proposed amicus brief explains—based on an analysis of TSCA's text, structure, and history—that TSCA section 21 provides for a de novo court proceeding on a petition for a new section 6(a) rule, not for judicial review on an administrative record. The proposed brief takes no position on the other issues raised by EPA's Motion to Limit Review, or on the merits of the specific petition in question. Proposed Amici address only EPA's interpretation of section 21.

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal.

NRDC and SCHF's Mot. for Leave to File
Amicus Br. re Mot. to Limit Review
Case No. 17-cv-02162 EMC

1

2005). There "are no strict prerequisites that must be established prior to qualifying for amicus status," and courts "have exercised great liberality in permitting an amicus curiae to file a brief in a pending case." *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (quoting *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990)).

For these reasons, Proposed Amici respectfully ask the Court to grant their unopposed motion for leave to file the proposed amicus brief.

January 5, 2018    Respectfully submitted,

<u>/s/ Michael E. Wall</u>
MICHAEL E. WALL (SBN 170238)
AVINASH KAR (SBN 240190)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org; akar@nrdc.org

*Attorneys for Proposed Amici*
*Natural Resources Defense Council and*
*Safer Chemicals, Healthy Families*

*Of Counsel for Safer Chemicals, Healthy Families*:
Robert M. Sussman
3101 Garfield Street, NW
Washington, DC 20008

NRDC and SCHF's Mot. for Leave to File
Amicus Br. re Mot. to Limit Review
Case No. 17-cv-02162 EMC

2

**[PROPOSED] ORDER**

Upon due consideration, and for good cause shown, the Motion of Natural Resources Defense Council and Safer Chemicals, Healthy Families for Leave to File Amicus Brief in Response to EPA's Motion to Limit Review is GRANTED. The clerk is directed to file the Amicus Brief that was submitted as Exhibit A to the Motion for Leave to File.

IT IS SO ORDERED.

DATED this_____day of_____, 2018.

_____
EDWARD M. CHEN
United States District Judge

[Proposed Order] re Mot. for Leave to File
Amicus Br. re Mot. to Limit Review
Case No. 17-cv-02162 EMC

3