JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
DEBRA J. CARFORA
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 514-2640
Debra.carfora@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENY, et al., <br><br> Defendants. | No. 3:17-cv-02162-EMC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2) and 11-2, Debra J. Carfora, an attorney with the United States Department of Justice, hereby enters her appearance on behalf of Defendants United States Environmental Protection Agency; and Scott Pruitt, Administrator, in his official capacity.


Dated:   April 12, 2018                                      Respectfully submitted,

                                                             JEFFREY H. WOOD
                                                             Acting Assistant Attorney General

                                                             /s/ *Debra J. Carfora*
                                                             DEBRA J. CARFORA
                                                             Environmental Defense Section
                                                             601 D Street, NW, Suite 8000

1
2
                                                                           Washington, DC 20004
                                                                           Tel: (202) 514-2640
                                                                           Email: debra.carfora@usdoj.gov

3
                                                                           *Attorneys for Defendants*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE
*FOOD & WATER WATCH, INC., et al. v. U.S. ENVIRONMENTAL PROTECTION AGENY, et al.*, No. 3:17-cv-02162-EMC (N.D. Cal.)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 12th day of April, 2018, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                      /s/ *Debra J. Carfora*
                                      DEBRA J. CARFORA, Trial Attorney