# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** April 19, 2018          **Time:** 10:35-10:51          **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC    **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorney for Plaintiff:**      Mike Connett

**Attorney for Defendant:**      Norman Rave and Debra Carfora

**Deputy Clerk:** Betty Lee                    **Court Reporter:** N/A

## PROCEEDINGS

CMC

## SUMMARY

8 court day bench trial set for 8/5/19 at 8:30 a.m.  Pretrial conference set for 7/9/19 at 2:30 p.m. Pretrial filings due 6/18/19.  Last day to hear dispositive motions is 4/25/19 at 1:30 p.m.  The Court directed parties to meet and confer and to submit a stipulation by 5/10/18 setting forth the agreeable discovery deadlines.   Parties informed the Court that ADR is not fruitful at this time. Court to issue case management and pretrial order.

Further telephonic status conference set for 11/1/18 at 10:30 a.m.  Parties shall contact Courtcall at (866) 582-6878 to schedule the call.  An updated joint status report shall be filed by 10/25/18.