# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., Plaintiffs, v. U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., Defendants. | Case No.: 17-cv-02162-EMC **STIPULATION ON DISCOVERY SCHEDULE** |

In accordance with the Court's April 19, 2018 Order (ECF No. 57), the undersigned counsel of record respectfully submit the following stipulation regarding the discovery deadlines in this case:

- <u>Close of fact discovery</u>: November 21, 2018.
- <u>Parties' (Pls. & Defs.) Opening Expert Reports</u> – January 24, 2019
- <u>Parties' (Pls. & Defs.) Rebuttal Expert Reports</u> - February 21, 2019
- <u>Close of Expert Discovery</u>: March 14, 2019 (subject to reasonable accommodations that would not prejudice either party's motion for summary judgment).

Dated:   May 10, 2018                    Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT
CHRIS NIDEL
Food & Water Watch
1814 Franklin St., Suite 1100
Oakland, CA 94612
Tel:  (510) 922-0720

*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ *Debra Carfora*
  (by permission)
DEBRA CARFORA
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel: (202) 616-7568
Email: Debra.Carfora@usdoj.gov

*Attorneys for Defendants*

**[PROPOSED] ORDER**

Before the Court is the parties' Stipulation on Discovery Schedule And [Proposed] Order. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED. It is further ORDERED that the discovery deadlines in this case are as follows:

- <u>Close of fact discovery</u>: November 21, 2018.
- <u>Parties' (Pls. & Defs.) Opening Expert Reports</u> – January 24, 2019
- <u>Parties' (Pls. & Defs.) Rebuttal Expert Reports</u> - February 21, 2019
- <u>Close of Expert Discovery</u>: March 14, 2019 (subject to reasonable accommodations that would not prejudice either party's motion for summary judgment).

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this _____ day of _____, 2018.

_____
EDWARD M. CHEN
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 10th day of May, 2018, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs