C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO**

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. No. 17-CV-02162-EMC |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) **NOTICE OF APPEARANCE** |
| Defendants. | ) |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2), C. Andrew Waters, an attorney with Waters, Kraus & Paul, hereby enters his appearance on behalf of Plaintiffs Food & Water Watch, et al.

Dated: September 5, 2018                                  Respectfully submitted,

                                                                              */s/ C.A. Waters*
                                                                              C. ANDREW WATERS
                                                                              Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 5th day of September, 2018, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *C.A. Waters*
C. ANDREW WATERS
Attorney for Plaintiffs