# EXHIBIT A

MICHAEL CONNETT, ESQ., CA Bar No. 300314
CHRIS NIDEL, ESQ., D.C. Bar No. 497059
FOOD & WATER WATCH
1814 Franklin St., Suite 1100
Oakland, California 94612
Telephone:   (510) 922-0720
Facsimile:    (310) 922-0723

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Civ. No. 17-CV-02162-EMC |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | **PLAINTIFFS' FIRST SET OF** |
| AGENCY, et al. ) | **REQUESTS FOR PRODUCTION OF** |
| ) | **DOCUMENTS** |
| Defendants. ) | |
| ) | |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs hereby request Defendants to produce and permit inspection and copying of the documents listed in this request. The inspection and performance of related acts shall be made at a site agreed upon by the parties, within 30 days of service of this request.

## INSTRUCTIONS:

1. Unless otherwise specified, the documents called for by these document requests are documents in Defendants' possession, custody, and control, including documents in the possession of the Defendants' officers, employees, agents, servants, representatives, attorneys, or other persons directly or indirectly employed or retained by them, or anyone else acting on Defendants' behalf or otherwise subject to their control.

2. Documents that were provided to Defendants by the Plaintiffs as Exhibits to their November

2016 Citizen Petition, including the Petition itself, need <u>not</u> be produced, unless they contain writings, notes, or alterations that have been added by Defendants. Similarly, documents previously provided to Defendants by Fluoride Action Network (FAN) need <u>not</u> be produced, unless they contain writings, notes, or alterations that have been added by Defendants.

    3. Pursuant to Fed. R. Civ. P. 26(e), you are under a continuing duty to supplement or amend any response to this request for production for which you learn that the response is in some material respect incomplete or incorrect.

    4. All documents that are responsive, in whole *or in part*, to any of these document requests shall be produced in their entirety, including all attachments and enclosures.

    5. In your response to each document request herein, **identify the Bates Numbers** of the documents that are responsive to said request.

    5. In producing documents consisting of electronically stored data in machine-readable form in response to any document request herein, provide such data in a form that does not require specialized or proprietary hardware or software.

    6. For any document withheld under a claim of privilege, submit a sworn or certified statement from your counsel or one of your employees in which you (A) identify the document by author, addressee, date, number of pages, and subject matter; (B) specify the nature and basis of the claimed privilege and the paragraph of this demand for documents to which the document is responsive; and (C) identify each person to whom the document or its contents, or any part thereof, has been disclosed.

    7. For any document responsive to these document requests which is known to have been destroyed or lost, or is otherwise unavailable, identify each such document by author, addressee, date, number of pages, and subject matter; and explain in detail the events leading to the destruction or loss, or the reason for the unavailability of such document, including the location of such document when last in your possession, custody, or control, and the date and manner of its disposition.

**DEFINITIONS:**

2010 RISK ASSESSMENT means the risk assessment that EPA published in December 2010, titled "Fluoride: Dose-Response Analysis for Non-Cancer Effects" (820-10-019).

AGGEBORN STUDY means the Swedish study of fluoride and IQ authored by Linuz Aggeborn and Mattias Ohman, which was first published on June 27, 2016, and published again on October 24, 2017, under the title "The Effects of Fluoride in the Drinking Water."

BARBERIO STUDIES means the following studies co-authored by (among others) Amanda Barberio and Lindsay McLaren: (1) a 2017 *Canadian Journal of Public Health* paper titled "Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation"; (2) a 2017 *Journal of Epidemiology & Community Health* paper titled "Fluoride exposure and indicators of thyroid functioning in the Canadian population: implications for community water fluoridation"; and (3) a 2016 Masters Degree Thesis titled "A Canadian Population-based Study of the Relationship between Fluoride Exposure and Indicators of Cognitive and Thyroid Functioning; Implications for Community Water Fluoridation."

BASHASH STUDY means the 2017 paper co-authored by (among others) Morteza Bashash, Deena Thomas, Karen Paterson, and Howard Hu, titled "Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico," that was published in *Environmental Health Perspectives*.

BROADBENT STUDY means the 2015 study co-authored by (among others) Michael Broadbent, titled "Community Water Fluoridation and Intelligence: Prospective Study in New Zealand," which was published in the *American Journal of Public Health*.

CHOI META REVIEW means the 2012 study co-authored by (among others) Anna Choi and Philippe Grandjean, titled "Developmental fluoride neurotoxicity: a systematic review and meta-analysis," published in *Environmental Health Perspectives*.

CHOI STUDY means the 2015 study co-authored by (among others) Anna Choi, titled "Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study," published in *Neurotoxicology & Teratology*.

CORRESPONDENCE means all written communications to ENVIRONMENTAL PROTECTION AGENCY from THIRD PARTIES, and all written communications from ENVIRONMENTAL PROTECTION AGENCY to THIRD PARTIES, including, but not limited to, electronic mail (email).

DOCUMENTS means any written, recorded, or graphic material of any kind, whether prepared by you or by any other person, that is in your possession, custody, or control. The term includes: electronic mail (email); inter-office communications; memoranda; drafts, whether or not they resulted in a final document; minutes of meetings, conferences, and telephone or other conversations or communications; notations of any conversations (including, without limitation, telephone calls, meetings, and other communications); recordings; published or unpublished articles; statistics; data, including but not limited to excel spreadsheets; published or unpublished speeches; microfilm; microfiche; tape or disc recordings; computer print-outs; records; charts; and/or graphs. The term DOCUMENTS includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking, or information not on the original. The term also includes information stored in, or accessible through, computer or other information retrieval systems. A document is deemed to be in your control if you have the right to secure the document or a copy thereof from another person.

ECONOMIC IMPACT OF IQ LOSS means research on the economic impact to individuals and/or society from reductions in IQ, including, but not limited to, estimations of the loss in lifelong individual earnings potential from the loss of a single IQ point.

ENVIRONMENTAL PROTECTION AGENCY means all offices, divisions, and branches of the U.S. Environmental Protection Agency (including, but not limited to, the Office of Water, Office of

Pesticide Programs, and Office of Chemical Safety and Pollution Prevention), including all employees of said offices, divisions, and branches, as well as all outside contractors who EPA has hired to do research on FLUORIDE, including, but not limited to, EVALUATIONS and/or studies that have collected F-BIOMONITORING DATA.

EXTERNAL RISK ASSESSMENTS means all EVALUATIONS conducted by THIRD PARTIES.

EVALUATIONS means all analyses, discussions, reviews, risk assessments, risk evaluations, and/or summaries, including, *but not limited to*, all DOCUMENTS which identify a Benchmark Dose (BMD), Lowest Observable Adverse Effect Level (LOAEL), No Observable Adverse Effect Level (NOAEL), No Observable Effect Level (NOEL), and/or Reference Dose (RfD) for either F-NEUROTOXICITY or F-THYROID.  The term EVALUATIONS includes both draft and final manuscripts, as well as both unpublished and published documents.

F-BIOMONITORING DATA means data from human populations which reflects on any of the following parameters: (1) the percentage of humans with dental fluorosis; (2) the severity of dental fluorosis in humans; and (3) concentrations of fluoride ion in urine, blood, serum, plasma, saliva, fingernails, toenails, bone, and/or any other bodily tissue or fluid.

F-NEUROTOXICITY means FLUORIDE's effect on the brain and/or central nervous system, including but not limited to, FLUORIDE's effect on brain cells, brain receptors, brain tissue, learning, memory, IQ, cognition, behavior, and dementia.

F-THYROID means FLUORIDE's impact on the thyroid gland, including but not limited to, FLUORIDE's effect on thyroid hormone levels, FLUORIDE's effect on thyroid cells, FLUORIDE's effect on the incidence of clinical and/or subclinical hypothyroidism, and FLUORIDE's impacts on persons with iodine deficiency and/or suboptimal iodine intake.

FLUORIDE shall refer to the following inorganic fluoride compounds: aluminum fluoride

complexes, calcium fluoride (CaF2), sodium fluoride (NaF), HYDROFLUOROSILICIC ACID, sodium fluorosilicate (Na2SiF6), and cryolite (Na3AlF6).

HIRZY STUDY means the 2016 paper co-authored by (among others) Bill Hirzy, titled "Developmental neurotoxicity of fluoride: A quantitative risk analysis towards establishing a safe daily dose of fluoride for children," published in *Fluoride*.

HYDROFLUOROSILICIC ACID means the chemical hydrofluorosilicic acid (H2SiF6), which may also be referred to as: hexafluorosilicic acid, HFS, fluorosilicic acid, fluosilicic acid, FSA, sodium silicofluoride, and silicofluoride.

INTERNAL RISK ASSESSMENTS means all EVALUATIONS conducted by the ENVIRONMENTAL PROTECTION AGENCY.

JIMENEZ STUDY means the 2017 paper co-authored by (among others) L. Valdez Jimenez and Diana Rocha-Amador, titled "In Utero Exposure to Fluoride and Cognitive Development Delay in Infants," published in *Neurotoxicology*.

LEVY STUDIES means any study on fluoride, dental fluorosis, or tooth decay co-authored by Steven Levy from the University of Iowa, including, but not limited to, the 2009 *Journal of Public Health Dentistry* paper titled "Considerations on Optimal Fluoride Intake using Dental Fluorosis and Dental Caries Outcomes – A Longitudinal Study."

MULLENIX STUDY means the 1995 paper co-authored by (among others) Phyllis Mullenix, titled "Neurotoxicity of Sodium Fluoride in Rats," published in *Neurotoxicology & Teratology*.

NATIONAL INSTITUTE OF ENVIRONMENTAL HEALTH SCIENCES means the U.S. National Institute of Environmental Health Studies and any of its employees or agents, including, but not limited to, Linda Birnbaum, John Bucher, Jean Harry, Christopher McPherson, and Kristina Thayer.

NATIONAL TOXICOLOGY PROGRAM means the U.S. National Toxicology Program and any of its employees or agents, including, but not limited to, Linda Birnbaum, John Bucher, Jean Harry,

Christopher McPherson, and Kristina Thayer.

NHANES F-BIOMONITORING STUDIES means the F-BIOMONITORING DATA (i.e., dental fluorosis and plasma fluoride) from 1999 to the present that has been collected by the CDC's National Health and Nutrition Examination Surveys during its 1999-2004 surveys, 2011-2012 survey, 2013-2014 survey, and 2015-2016 survey.

NIEHS FUNDED F-STUDIES means the following studies that the U.S. National Institute of Environmental Health Sciences has funded: (1) NIH ANIMAL F-STUDY, (2) NIH CANADA F-IQ STUDY, and (3) NIH MEXICO F-IQ STUDY.

NIH ANIMAL F-STUDY means the animal study investigating F-NEUROTOXICITY led by Principal Investigator Pamela Den Besten from the University of California-San Francisco, which was funded from approximately 2010 to 2012 by the U.S. National Institute of Environmental Health Sciences under Project Numbers R21 ES017813-01 and R21 ES017813-02.

NIH CANADA F-IQ STUDY means the ongoing study on F-NEUOTOXICITY led by Principal Investigator Christine Till from York University that was funded from approximately 2010 to 2012 by the U.S. National Institute of Environmental Health Sciences under Project Numbers R21 ES027044-01, R21 ES027044-02, and R21 ES027044-02S1.

NIH MEXICO F-IQ STUDY means the ongoing study on F-NEUROTOXICITY led by Principal Investigators Howard Hu (from University of Toronto) and Karen Peterson (from University of Michigan) that has been funded by the U.S. National Institute of Environmental Health Sciences under Project Numbers R01 ES021446 01, R01 ES021446 02, R01 ES021446 03, R01 ES021446 04, and R01 ES021446 05.

NTP F-MEETINGS means any conference, teleconference call, meeting, or webinar that the U.S. National Toxicology Program has held on the NTP F-STUDIES, including, but not limited to, the teleconference call held on July 15, 2016 whose participants included EPA employee Crystal Rodgers-

Jenkins.

NTP F-STUDIES means the following studies that the U.S. National Toxicology Program has conducted and/or is still conducting on F-NEUROTOXICITY: (1) "Systematic Review on the Effects of Fluoride on Learning and Memory in Animal Studies," published in July 2016; (2) "An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats," published in 2018 by Christopher McPherson, et.al.; and (3) the ongoing systematic review of the human epidemiological evidence, which is described in a June 2017 NTP report titled "Protocol for Systematic Review of Effects of Fluoride Exposure on Neurodevelopment."

PECKHAM STUDY means the 2015 study co-authored by (among others) Steven Peckham, titled "Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water," which was published in the *Journal of Epidemiology & Community Health*.

PETITION means the Citizen Petition that the Plaintiffs filed with the Environmental Protection Agency on November 22, 2016.

RELATE means relevant in any way to the matter identified in the document request, including documents that—in whole or in part—discuss, refer to, mention, or concern said matter.

SEPTEMBER 8, 2014 MEETING means the meeting held on September 8, 2014 in Washington D.C., where Bill Hirzy, Paul Connett, Christopher Neurath, and Quanyong Xiang presented information on F-NEUROTOXICITY to Peter Gravitt and other employees of the ENVIRONMENTAL PROTECTION AGENCY.

SILICOFLUORIDE/LEAD ISSUE means the relationship between the addition of silicofluoride compounds (i.e., HYDROFLUOROSILIC ACID and sodium hexafluorosilicate (NaF[SiF6])) to municipal water supplies and (1) lead levels in said water supplies and/or (2) lead levels in the blood of humans drinking said water supplies.

THIRD PARTIES means any person, association, organization, company, or federal agency other than the ENVIRONMENTAL PROTECTION AGENCY, including, *but not limited to*, the American Dental Association, American Fluoridation Society, Campaign for Dental Health, Centers for Disease Control, Children's Dental Health Project, ilikemyteeth.org, National Institute of Dental & Craniofacial Research, Pew Charitable Trusts, William Bailey, Michael Broadbent, Jean Harry, Matt Jacob, Johnny Johnson, Steven Levy, William Maas, Jane McGinley, Christopher McPherson, Ken Perrott, Howard Pollick, Steve Slott, Marie Sutton, and Gary Whitford.

VARNER STUDIES means the following papers co-authored by (among others) Julie Varner and Robert Isaacson: (1) a 1998 *Brain Research* paper co-authored with EPA employee Karl Jenson titled "Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity"; (2) a 1997 *Annals of the NY Academy of Science* paper co-authored with EPA employee Karl Jenson, titled "Toxin-induced blood vessel inclusions caused by the chronic administration of aluminum and sodium fluoride and their implications for dementia"; and (3) a 1994 *Behavioral and Neural Biology* paper titled "Chronic aluminum fluoride administration: I. Behavioral observations."

WIENER STUDY means the 2018 paper co-authored by (among others) RC Weiner, titled "Dental Fluorosis Over Time: A Comparison of National Health and Nutrition Examination Survey data from 2001-2002 and 2011-2012," published in the *Journal of Dental Hygiene*.

YU STUDY means the June 2018 paper co-authored by (among others) Yu, titled "Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence," published in *Environment International*.

///

///

///

## DOCUMENT REQUESTS

1) All DOCUMENTS and CORRESPONDENCE that RELATE to F-NEUROTOXICITY.

2) All DOCUMENTS and CORRESPONDENCE that RELATE to F-THYROID.

3) All DOCUMENTS and CORRESPONDENCE that RELATE to F-BIOMONITORING DATA, including all DOCUMENTS and CORRESPONDENCE that RELATE to F-BIOMONITORING DATA from the NHANES F-BIOMONITORING STUDIES.

4) All INTERNAL RISK ASSESSMENTS of F-NEUROTOXICITY, including, but not limited to, any INTERNAL RISK ASSESSMENTS of F-NEUROTOXICITY that were conducted in conjunction with: (A) EPA's assessment of the PETITION; (B) EPA's drafting of its response to the PETITION; (C) EPA's three Six Year Reviews of Drinking Water Standards; (D) EPA's 2010 RISK ASSESSMENT; (E) assessments of the safety of sulfuryl fluoride as a post-harvest fumigant; and (F) assessments of the safety of cryolite as a pesticide on food.

5) All INTERNAL RISK ASSESSMENTS of F-THYROID including, but not limited to, any INTERNAL RISK ASSESSMENTS of F-THYROID that were conducted in conjunction with: (A) EPA's assessment of the PETITION; (B) EPA's drafting of its response to the PETITION; (C) EPA's three Six Year Reviews of Drinking Water Standards; (D) EPA's 2010 RISK ASSESSMENT; (E) assessments of the safety of sulfuryl fluoride as a post-harvest fumigant; and (F) assessments of the safety of cryolite as a pesticide on food.

6) All EXTERNAL RISK ASSESSMENTS of F-NEUROTOXICITY.

7) All EXTERNAL RISK ASSESSMENTS of F-THYROID.

8) All CORRESPONDENCE that the ENVIRONMENTAL PROTECTION AGENCY has had with THIRD PARTIES that RELATE to the PETITION.

9) All DOCUMENTS that the ENVIRONMENTAL PROTECTION AGENCY received from THIRD PARTIES that RELATE to the PETITION.

10) All DOCUMENTS and CORRESPONDENCE that RELATE to the SEPTEMBER 8, 2014 MEETING.

11) ALL DOCUMENTS prepared by the ENVIRONMENTAL PROTECTION AGENCY after the SEPTEMBER 8, 2014 MEETING which RELATE to said meeting.

12) All DOCUMENTS and CORRESPONDENCE that RELATE to the AGGEBORN STUDY.

13) All DOCUMENTS and CORRESPONDENCE that RELATE to the BARBERIO STUDIES.

14) All DOCUMENTS and CORRESPONDENCE that RELATE to the BASHASH STUDY.

15) All DOCUMENTS and CORRESPONDENCE that RELATE to the BROADBENT STUDY.

10
PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

16) All DOCUMENTS and CORRESPONDENCE that RELATE to the CHOI META REVIEW.

17) All DOCUMENTS and CORRESPONDENCE that RELATE to the CHOI STUDY.

18) All DOCUMENTS and CORRESPONDENCE that RELATE to the HIRZY STUDY.

19) All DOCUMENTS and CORRESPONDENCE that RELATE to the JIMENEZ STUDY.

20) All DOCUMENTS and CORRESPONDENCE that RELATE to the LEVY STUDIES.

21) All DOCUMENTS and CORRESPONDENCE that RELATE to the MULLENIX STUDY.

22) All DOCUMENTS and CORRESPONDENCE that RELATE to the PECKHAM STUDY.

23) All DOCUMENTS and CORRESPONDENCE that RELATE to the VARNER STUDIES.

24) All DOCUMENTS and CORRESPONDENCE that RELATE to the WIENER STUDY.

25) All DOCUMENTS and CORRESPONDENCE that RELATE to the YU STUDY.

26) All DOCUMENTS and CORRESPONDENCE that RELATE to the NIH F-ANIMAL STUDY.

27) All DOCUMENTS and CORRESPONDENCE that RELATE to the NIH CANADA F-IQ STUDY.

28) All DOCUMENTS and CORRESPONDENCE that RELATE to the NIH MEXICO F-IQ STUDY.

29) All DOCUMENTS and CORRESPONDENCE that RELATE to the NTP F-STUDIES, including, but not limited to, all DOCUMENTS and CORRESPONDENCE that RELATE to the NTP F-MEETINGS.

30) All CORRESPONDENCE between the ENVIRONMENTAL PROTECTION AGENCY and THIRD PARTIES that RELATE to F-NEUROTOXICITY.

31) All CORRESPONDENCE between the ENVIRONMENTAL PROTECTION AGENCY and THIRD PARTIES that RELATE to F-THYROID.

32) All CORRESPONDENCE between the ENVIRONMENTAL PROTECTION AGENCY and THIRD PARTIES that RELATE to F-BIOMONITORING DATA.

33) All CORRESPONDENCE between the ENVIRONMENTAL PROTECTION AGENCY and the NATIONAL TOXICOLOGY PROGRAM that RELATE to the NTP F-STUDIES.

34) All CORRESPONDENCE between the ENVIRONMENTAL PROTECTION AGENCY and the NATIONAL INSTITUTE OF ENVIRONMENTAL HEALTH SCIENCES that RELATE to the NIEHS FUNDED F-STUDIES.

35) All DOCUMENTS and CORRESPONDENCE that RELATE to the SILICOFLUORIDE/LEAD ISSUE.

36) All DOCUMENTS and CORRESPONDENCE that RELATE to the ECONOMIC IMPACT OF IQ LOSS.

37) If one or more of your responses to Plaintiffs' First Set of Requests for Admission is anything other than an unqualified admission, all DOCUMENTS that support said response(s).

38) Any DOCUMENTS that you have identified in response to Plaintiffs' Interrogatory No. 4.

39) Any primary studies that you have identified in response to Plaintiffs' Interrogatories Nos. 6 to 13.

Dated:   June 8, 2018

*/s/ Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the consent of all parties that email to counsel will constitute proper service of discovery, I served a copy of the foregoing *Plaintiff's First Set of Requests for Production of Documents* upon Defendants on June 8, 2018 via email to the following counsel:

Norman Rave
Debra J. Carfora
John T. Do
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC. 20044-7611
norman.rave@usdoj.gov
debra.carfora@usdoj.gov
john.do@usdoj.gov

*Attorney for Defendants*

        Dated:   June 8, 2018

        */s/ Michael Connett*
        MICHAEL CONNETT
        Attorney for Plaintiffs

# EXHIBIT B

C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO**

| | |
|---|---|
| FOOD & WATER WATCH, et al., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, et al. ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 17-CV-02162-EMC <br><br> **AMENDED NOTICE OF TAKING RULE 30(b)(6) DEPOSITION DUCES TECUM OF ENVIRONMENTAL PROTECTION AGENCY** |

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination under oath of the designated representative(s) of the United States Environmental Protection Agency ("EPA"). The deposition will be taken before a notary public or other person authorized by law to administer oaths, will be stenographically recorded and videotaped, will take place on **October 8, 2018 at 10 am E.S.T.** at the following location:

> NIDEL & NACE P.L.L.C.
> 5335 Wisconsin Ave NW
> Suite 440
> Washington D.C. 20015
> Tel: (202) 478-9677

Such deposition(s) will be taken for purposes of discovery, for use as evidence at trial, and for any other permissible purpose under the Federal Rules of Civil Procedure and Federal Rules of Evidence.

1

AMENDED NOTICE OF TAKING RULE 30(b)(6) DEPOSITION DUCES TECUM OF
ENVIRONMENTAL PROTECTION AGENCY

The deposition(s) shall continue from day-to-day, excluding weekends and holidays, until completed. Plaintiffs request that the EPA provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on the EPA's behalf.

## DEFINITIONS:

POST-NRC STUDIES OF NEUROTOXICITY mean any laboratory or epidemiological study which investigated the neurotoxicity of fluoride (in animals, cell cultures, or humans) that was published in an English-language journal after the release, on March 22, 2006, of the National Research Council's report *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*.

## TOPICS OF INQUIRY:

1. EPA's basis for establishing 4 mg/L as the Maximum Contaminant Level Goal (MCLG)/Maximum Contaminant Level (MCL) for fluoride in 1985, including (A) the critical adverse health effect that the MCLG/MCL was established to protect against, and (B) whether EPA considered neurotoxicity as a potential risk of fluoride exposure when promulgating the MCLG/MCL.

2. EPA's basis for concluding that its reference dose for fluoride (0.08 mg/kg/day) is a safe daily dose of fluoride, including (A) the critical adverse health effect that the RfD was established to protect against, and (B) whether EPA independently assessed the public health relevance of any of the existing studies of fluoride and neurotoxicity, including POST-NRC STUDIES OF NEUROTOXICITY.

3. The fluoride biomonitoring data that that is not otherwise available in the published literature that EPA has in its possession (if any), including but not limited to, data on urinary fluoride levels, serum fluoride levels, and dental fluorosis. *(Plaintiffs will withdraw this Topic of Inquiry as soon as EPA provides a sworn statement confirming what it has previously indicated in this litigation, namely: "Other than what is available in the published literature, EPA does not have any data on urinary fluoride levels, serum fluoride levels, plasma fluoride levels, toenail fluoride levels, fingernail fluoride levels, dental fluorosis prevalence, or any other fluoride biomonitoring data.")*

4. Are the chemicals identified in EPA's Supplemental Response to Interrogatory No. 2 a complete list of chemicals for which EPA has conducted risk assessments pursuant to EPA's Guidelines on Neurotoxicity Risk Assessments, or is the list missing some of the chemicals (e.g., acrylamide, EPA/635/R-07/009F) for which EPA has conducted said neurological risk assessments? *(Plaintiffs will withdraw this Topic of Inquiry if EPA amends its Supplemental Response to Interrogatory No. 2 to provide a complete list of chemicals.)*

**DOCUMENTS REQUESTED:**

The deponent is requested to bring the following documents to the deposition:

(1) A copy of the deponent's curriculum vitae.

(2) A copy of all documents that the deponent reviewed to prepare for this deposition.

Dated:   September 21, 2018

*/s/ Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the consent of all parties that email to counsel will constitute proper service of discovery, I served a copy of the foregoing *Amended Notice of Taking Rule 30(b)(6) Deposition Duces Tecum of Environmental Protection Agency* upon Defendants on September 21, 2018 via email to the following counsel:

Debra J. Carfora
John T. Do
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC. 20044-7611
debra.carfora@usdoj.gov
john.do@usdoj.gov

*Attorneys for Defendants*

    Dated:   September 21, 2018

    */s/ Michael Connett*
    MICHAEL CONNETT
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing exhibits to the Discovery Letter Brief were served by Notice of Electronic Filing this 28th day of September, 2018, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                                        /s/ *Michael Connett*
                                                  MICHAEL CONNETT
                                                  Attorney for Plaintiffs