C. Andrew Waters (CA Bar No. 147259)
Michael Connett (CA Bar No. 300314)
FOOD & WATER WATCH
1814 Franklin St., Suite 1100
Oakland, California 94612
Telephone:    (510) 922-0720
Facsimile:    (310) 922-0723
*Attorneys for Plaintiffs*


JEFFREY H. WOOD
Acting Assistant Attorney General
DEBRA J. CARFORA
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 514-2640
Email: debra.carfora@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENY, et al., <br> Defendants. | No. 3:17-cv-02162-EMC <br><br> **STIPULATION TO EXTEND TIME WITHOUT COURT ORDER** |

    WHEREAS, Local Rule 6-1(a) governs stipulations to extend time without court order in matters not required to be filed or lodged with the Court;

    WHEREAS, upon consideration of the parties First Joint Discovery Letter, Docket No. 67, the Court provided Defendant Environmental Protection Agency ("EPA") 14 days to produce a log to Plaintiffs to the extent EPA asserts a deliberative process privilege, Docket No. 68;

    WHEREAS, despite EPA's and EPA counsel's diligent efforts, EPA represents additional time is necessary to collect, process, and review voluminous email correspondence in order to produce non-privileged, responsive documents to Plaintiffs;

WHEREAS, EPA represents a log of responsive documents that EPA asserts a deliberative process privilege can be produced by November 2, 2018;

THEREFORE, pursuant to L.R. 6.1(a), the Parties stipulate as follows:

1. Defendants shall provide Plaintiffs a log of responsive documents that Defendants asserts a deliberative process privilege by November 2, 2018.

IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

DATED: October 18, 2018       FOOD & WATER WATCH

*/s/  Michael Connett*

Michael Connett
Attorney for Plaintiffs

DATED: October 18, 2018       JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

 */s/ Debra J. Carfora*
 DEBRA J. CARFORA
 United States Department of Justice

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Plaintiffs has concurred in the filing of this document.

 s/ *Debra J. Carfora*
Debra J. Carfora
U.S. Department of Justice