C. Andrew Waters (CA Bar No. 147259)
Michael Connett (CA Bar No. 300314)
FOOD & WATER WATCH
1814 Franklin St., Suite 1100
Oakland, California 94612
Telephone:     (510) 922-0720
Facsimile:      (310) 922-0723
*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General
DEBRA J. CARFORA
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 514-2640
Email: debra.carfora@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENY, et al.,<br>Defendants. | No. 3:17-cv-02162-EMC<br><br>**STIPULATION TO EXTEND TIME** ~~**WITHOUT COURT ORDER**~~ |

WHEREAS, Local Rule 6-1(a) governs stipulations to extend time without court order in matters not required to be filed or lodged with the Court;

WHEREAS, upon consideration of the parties First Joint Discovery Letter, Docket No. 67, the Court provided Defendant Environmental Protection Agency ("EPA") 14 days to produce a log to Plaintiffs to the extent EPA asserts a deliberative process privilege, Docket No. 68;

WHEREAS, despite EPA's and EPA counsel's diligent efforts, EPA represents additional time is necessary to collect, process, and review voluminous email correspondence in order to produce non-privileged, responsive documents to Plaintiffs;

WHEREAS, EPA represents a log of responsive documents that EPA asserts a deliberative process privilege can be produced by November 2, 2018;

THEREFORE, pursuit to L.R. 6.1(a), the Parties stipulate as follows:

1. Defendants shall provide Plaintiffs a log of responsive documents that Defendants asserts a deliberative process privilege by November 2, 2018.

IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

DATED: October 18, 2018				FOOD & WATER WATCH

							*/s/ Michael Connett*

							Michael Connett
							Attorney for Plaintiffs

DATED: October 18, 2018				JEFFREY H. WOOD
							Acting Assistant Attorney General
							Environment and Natural Resources Division

							 /s/ *Debra J. Carfora*
							 DEBRA J. CARFORA
							 United States Department of Justice

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Plaintiffs has concurred in the filing of this document.

							s/ *Debra J. Carfora*
							[obscured by seal]
							[obscured] Justice

APPROVED
Judge Edward M. Chen

DATED: October 19, 2018