# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 5, 2018     **Time:** 11:51 – 12:02 =     **Judge:** EDWARD M. CHEN
                                        11 Minutes

**Case No.**: 17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorney for Plaintiff (CourtCall):** Michael Connett
**Attorney for Defendant (CourtCall):** Debra Carfora

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Not Reported

## PROCEEDINGS

Telephone Status Conference - held.

## SUMMARY

Parties stipulated to extending fact discovery to 1/21/2019. Depositions limited to those noticed by 11/21/2018. If there are any problems with discovery, the parties will alert the Court by 12/18/2018. Plaintiff's counsel has had opportunity to review privilege log and believes, because of there being a limited number of issues, will be able to address and brief well before 12/18/2018. The Court reiterated to counsel to submit the discovery letter to the Court as soon as possible.

The parties will submit a discovery letter brief to the Court identifying all issues disputed and their positions on each unresolved issue.

Potential ADR and timing: The parties are not amenable to ADR at this time.

Two organizational plaintiffs have decided to withdraw from the action. Stipulation and proposed order to dismiss shall suffice.

The Court stated all other deadlines remain in place.

Further Telephone Status Conference set for 3/7/2019 at 10:30 a.m. (before dispositive deadline which is 3/21) Request to participate by telephone made by both parties. Court granted.