C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>    Plaintiffs,<br><br>  v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>    Defendants. | Case No.: 17-cv-02162-EMC |

**STIPULATION TO DISMISS PLAINTIFFS AMERICAN ACADEMY OF ENVIRONMENTAL MEDICINE AND INTERNATIONAL ACADEMY OF ORAL MEDICINE & TOXICOLOGY**

Plaintiffs Food & Water Watch, et al., and Defendants United States Environmental Protection Agency, et al., ("EPA"), agree and hereby stipulate to and request that the Court enter the attached Order dismissing Plaintiffs American Academy of Environmental Medicine (AAEM) and International Academy of Oral Medicine & Toxicology (IAOMT) from this litigation. The stipulation will have no bearing on the scheduling or trial date of this case.

CASE NO. 17-CV-02162-EMC
STIPULATION OF DISMISSAL OF AMERICAN ACADEMY OF ENVIRONMENTAL MEDICINE AND INTERNATIONAL ACADEMY OF ORAL MEDICINE AND TOXICOLOGY AND [PROPOSED] ORDER

1

Dated:   November 29, 2018

Respectfully submitted,

*/s/ Michael Connett*
C. ANDREW WATERS
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy
Suite 1900
El Segundo, CA 90245
Tel: (310) 414-8146
Email: mconnett@waterskraus.com

*Attorneys for Plaintiffs*

JONATHAN D. BRIGHTBILL
Deputy Assistant Attorney General
Environment and Natural Resources Division
*/s/ Debra J. Carfora*   (by permission)
DEBRA CARFORA
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel: (202) 514-2640
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

CASE No. 17-CV-02162-EMC
STIPULATION OF DISMISSAL OF AMERICAN ACADEMY OF ENVIRONMENTAL MEDICINE AND INTERNATIONAL ACADEMY OF ORAL MEDICINE AND TOXICOLOGY AND [PROPOSED] ORDER

2

# [PROPOSED] ORDER

Before the Court is the parties' Stipulation to Dismiss Plaintiffs American Academy of Environmental Medicine and International Academy of Oral Medicine & Toxicology from this litigation. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED.

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this __30th__ day of __November__, 2018.

_____
EDWARD M. CHEN
United States District Court Judge

CASE NO. 17-CV-02162-EMC
STIPULATION OF DISMISSAL OF AMERICAN ACADEMY OF ENVIRONMENTAL MEDICINE AND INTERNATIONAL ACADEMY OF ORAL MEDICINE AND TOXICOLOGY AND [PROPOSED] ORDER

3