Reset Form

1

2

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

3

Food and Water Watch, Inc., et. al.                    )
                                                                   )   Case No: 3:17-cv-02162
4                                                                )
                                      Plaintiff(s),          )
5                                                                )   **APPLICATION FOR**
                   v.                                           )   **ADMISSION OF ATTORNEY**
6    U.S. Environmental Protection Agency          )   **PRO HAC VICE**
                                                                   )   (CIVIL LOCAL RULE 11-3)
7                                                                )
                                      Defendant(s).        )
                                                                   )

8

9       I, Christopher T. Nidel      , an active member in good standing of the bar of
Texas and District of Colum , hereby respectfully apply for admission to practice *pro hac vice* in the

10   Northern District of California representing: Plaintiffs, Food and Water Watch et. al.    in the
above-entitled action. My local co-counsel in this case is Michael Connett     , an

11   attorney who is a member of the bar of this Court in good standing and who maintains an office

12   within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Nidel and Nace, PLLC<br>2201 Wisconsin Ave., NW Ste. 200<br>Washington, D.C. 20007 | 222 N Pacific Coast Highway, Suite 1900<br>El Segundo, CA 90245 |
| MY TELEPHONE # OF RECORD:<br>202-558-2030 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>310-414-8146 |
| MY EMAIL ADDRESS OF RECORD:<br>chris@nidellaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mconnett@waterskraus.com |

13

14

15

16

17      I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 24041396/497 .

18      A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20   Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

21   Dated: **12/4/18**                                          Christopher T. Nidel
22                                                                                    APPLICANT

23

24   ## ORDER GRANTING APPLICATION
     ## FOR ADMISSION OF ATTORNEY PRO HAC VICE

25      IT IS HEREBY ORDERED THAT the application of Christopher T. Nidel is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

26   appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel

27   designated in the application will constitute notice to the party.

28   Dated:

   UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*