# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 29, 2018

Re: Mr. Christopher Thomas Nidel, State Bar Number 24041596

To Whom It May Concern:

This is to certify that Mr. Christopher Thomas Nidel was licensed to practice law in Texas on November 06, 2003 and is an inactive member in good standing with the State Bar of Texas. An "inactive" member status means that the attorney is not authorized to practice law in Texas at this time.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487; 512.427.1350; FAX: 512.427.4167