Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Food and Water Watch, Inc., et. al.

Plaintiff(s),

v.

U.S. Environmental Protection Agency

Defendant(s).

Case No: 3:17-cv-02162

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher T. Nidel, an active member in good standing of the bar of Texas and District of Columbia hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs, Food and Water Watch et. al. in the above-entitled action. My local co-counsel in this case is Michael Connett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Nidel and Nace, PLLC<br>2201 Wisconsin Ave., NW Ste. 200<br>Washington, D.C. 20007 | 222 N Pacific Coast Highway, Suite 1900<br>El Segundo, CA 90245 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 202-558-2030 | 310-414-8146 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| chris@nidellaw.com | mconnett@waterskraus.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24041396/497059

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/4/18

Christopher T. Nidel
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Christopher T. Nidel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 5, 2018

UNITED STATES DISTRICT JUDGE