# Exhibit A
# Category 1 Documents
## ["Ongoing Consideration of Health Effects"]

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency* ,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 35 | EPA0035559-EPA0035631 | Deliberative Process; Privileged - Withhold In Full | 2/18/2014 | | | | Pre-decisional draft of ""Weight-of-Evidence" Document for Reproduction and Developmental Health Effects, Intelligence Quotient (IQ) Health Effects in Children and Effects on the Endocrine System due to Exposure to Fluoride in Drinking Water. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 157 | EPA0091522-EPA0091522 | Deliberative Process; Privileged - Withhold In Full | 1/9/2017 12:01 | Harper, Ashley | Strong, Jamie | | Pre-decisional internal agency discussion concerning ongoing interagency coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 216 | EPA0112685-EPA0112687 | Deliberative Process; Privileged - Withhold In Full | 4/3/2015 0:00 | | | | Internal analysis of papers of fluoride that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 220 | EPA0112798-EPA0112800 | Deliberative Process; Privileged - Withhold In Full | 11/25/2015 12:08 | Donohue.Joyce@epa.gov Donohue, Joyce | thayer@niehs.nih.gov Thayer, Kristina (NIH/NIEHS) [E] | | Pre-decisional interagency agency discussion concerning ongoing coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 221 | EPA0112801-EPA0112803 | Deliberative Process; Privileged - Withhold In Full | 11/25/2015 11:39 | Donohue.Joyce@epa.gov Donohue, Joyce | thayer@niehs.nih.gov Thayer, Kristina (NIH/NIEHS) [E] | Strong.Jamie@epa.gov Strong, Jamie Wang.Lili@epa.gov Wang, Lili | Pre-decisional interagency agency discussion concerning ongoing coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 247 | EPA0114960-EPA0114960 | Deliberative Process; Privileged - Withhold In Full | 8/23/2018 11:17 | Donohue.Joyce@epa.gov Donohue, Joyce | cfx3@cdc.gov 'Duchon, Kip (CDC/ONDIEH/NCCDPHP)' | | discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 255 | EPA0116793-EPA0116865 | Deliberative Process; Privileged - Withhold In Full | 2/18/2014 0:00 | | | | Pre-decisional draft of ""Weight-of-Evidence" Document for Reproduction and Developmental Health Effects, Intelligence Quotient (IQ) Health Effects in Children and Effects on the Endocrine System due to Exposure to Fluoride in Drinking Water. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |

Case 3:17-cv-02162-EMC   Document 79-1   Filed 12/12/18   Page 3 of 6

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 259 | EPA0118224-EPA0118295 | Deliberative Process; Privileged - Withhold In Full | 2/18/2014 | | | | Pre-decisional draft of ""Weight-of-Evidence" Document for Reproduction and Developmental Health Effects, Intelligence Quotient (IQ) Health Effects in Children and Effects on the Endocrine System due to Exposure to Fluoride in Drinking Water. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 260 | EPA0118379-EPA0118379 | Deliberative Process; Privileged - Withhold In Full | 4/7/2015 17:10 | Donohue.Joyce@epa.gov Donohue, Joyce | Burneson.Eric@epa.gov Burneson, Eric | Strong.Jamie@epa.gov Strong, Jamie | Internal discussion of study for ongoing consideration of fluoride health effects |
| 261 | EPA0118380-EPA0118382 | Deliberative Process; Privileged - Withhold In Full | 4/7/2015 0:00 | | | | Internal discussion of study for ongoing consideration of fluoride health effects |
| 280 | EPA0121736-EPA0121736 | Deliberative Process; Privileged - Withhold In Full | 4/8/2015 8:45 | Strong.Jamie@epa.gov Strong, Jamie | Donohue.Joyce@epa.gov Donohue, Joyce | | Internal discussion of study for ongoing consideration of fluoride health effects |
| 287 | EPA0129900-EPA0129902 | Deliberative Process; Privileged - Withhold In Full | 9/1/2015 10:51 | Thayer, Kristina (NIH/NIEHS) [E] | Grevatt, Peter | Oshida, Phil; Greene, Ashley; Clark, Becki; Mason, Paula; bucher@niehs.nih.gov | Pre-decisional interagency discussion concerning coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 295 | EPA0151709-EPA0151712 | Deliberative Process; Privileged - Withhold In Full | 8/27/2015 8:56 | Ramasamy, Santhini | Donohue, Joyce | | Pre-decisional internal agency discussion concerning ongoing interagency coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 296 | EPA0151722-EPA0151725 | Deliberative Process; Privileged - Withhold In Full | 8/26/2015 22:46 | Ramasamy, Santhini | Donohue, Joyce | | Pre-decisional internal agency discussion concerning ongoing interagency coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 297 | EPA0151822-EPA0151825 | Deliberative Process; Privileged - Withhold In Full | 8/26/2015 15:55 | Ramasamy, Santhini | Donohue, Joyce | | Pre-decisional internal agency discussion concerning ongoing interagency coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |

Case 3:17-cv-02162-EMC   Document 79-1   Filed 12/12/18   Page 4 of 6

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency* ,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 303 | EPA0181787-EPA0181789 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 10:09 | Donohue, Joyce | Strong, Jamie | | Pre-decisional internal agency discussion concerning ongoing interagency coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 304 | EPA0181790-EPA0181792 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 10:00 | Donohue, Joyce | Strong, Jamie | | Pre-decisional internal agency discussion concerning ongoing interagency coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 305 | EPA0198770-EPA0198770 | Deliberative Process; Privileged - Withhold In Full | 4/8/2015 12:51 | Donohue, Joyce | Gooch, Barbara (CDC/ONDIEH/NCCDPHP) | | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 311 | EPA0206505-EPA0206577 | Deliberative Process; Privileged - Withhold In Full | 2/18/2014 0:00 | | | | Pre-decisional draft of ""Weight-of-Evidence" Document for Reproduction and Developmental Health Effects, Intelligence Quotient (IQ) Health Effects in Children and Effects on the Endocrine System due to Exposure to Fluoride in Drinking Water. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 316 | EPA0224864-EPA0224864 | Deliberative Process; Privileged - Withhold In Full | 4/7/2015 16:10 | Donohue, Joyce | Burneson, Eric | Strong, Jamie | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 317 | EPA0224865-EPA0224867 | Deliberative Process; Privileged - Withhold In Full | 4/7/2015 0:00 | | | | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 319 | EPA0226189-EPA0226191 | Deliberative Process; Privileged - Withhold In Full | 4/6/2015 0:00 | | | | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |

Case 3:17-cv-02162-EMC   Document 79-1   Filed 12/12/18   Page 5 of 6

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency* ,
**No. 3:17-cv-02162-EMC (N.D. Cal.)**
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 320 | EPA0226512-EPA0226515 | Deliberative Process; Privileged - Withhold In Full | 9/1/2015 16:52 | Rodgers-Jenkins, Crystal | Burneson, Eric; Oshida, Phil | Christ, Lisa; Huff, Lisa | Pre-decisional internal agency discussion concerning ongoing interagency coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 324 | EPA0235567-EPA0235567 | Deliberative Process; Privileged - Withhold In Full | 4/7/2015 16:16 | Burneson, Eric | Oshida, Phil | | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 325 | EPA0235568-EPA0235570 | Deliberative Process; Privileged - Withhold In Full | 4/7/2015 0:00 | | | | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 326 | EPA0235571-EPA0235571 | Deliberative Process; Privileged - Withhold In Full | 4/7/2015 16:15 | Burneson, Eric | Donohue, Joyce | | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 327 | EPA0235574-EPA0235576 | Deliberative Process; Privileged - Withhold In Full | 4/6/2015 0:00 | | | | Interagency discussion concerning the validity of scientific reports that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 344 | EPA0247039-EPA0247041 | Deliberative Process; Privileged - Withhold In Full | 6/22/2016 14:22 | Blair, Nicole (CDC/ONDIEH/NCCDPHP) | thayer@niehs.nih.gov; Harrouk, Wafa (FDA/CDER); Mendez, Elizabeth; Donohue, Joyce; Lowit, Anna; wolfe@niehs.nih.gov; Harry, Jean (NIH/NIEHS) [E]; Strong, Jamie; Swartz, Christina; Doherty, Michael; Gooch, Barbara (CDC/ONDIEH/NCCDPHP); Iafolla, Timothy (NIH/NIDCR) [E]; Behl, Mamta (NIH/NIEHS) [E]; Tucker, Nicole; DAgostino, Jaime; Rodgers-Jenkins, Crystal; Wang, Lili; Runner, Susan (FDA/CDRH); bucher@niehs.nih.gov; Weno, Katherine (CDC/ONDIEH/NCCDPHP) | | Pre-decisional interagency discussion concerning coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 374 | EPA0327738-EPA0327740 | Deliberative Process; Privileged - Withhold In Full | 4/3/2015 0:00 | | | | Internal analysis of papers of fluoride that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 385 | EPA0407208-EPA0407209 | Produce; Redaction; Attorney Client-Redact; Deliberative Process-Redact; | 9/11/2015 0:00 | | | | OW Office Science and Technology Management Meeting Notes discussing a wide range of subjects, including fluoride. The only section discussing fluoride was produced without redaction; the rest of the meeting notes are either deliberative or attorney-client privileged on topics un-related to fluoride. |
| 391 | EPA0420791-EPA0420791 | Deliberative Process; Privileged - Withhold In Full | 4/8/2015 7:45 | Strong, Jamie | Donohue, Joyce | | Agency discussion that reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. |