# Exhibit B
## Category 2 Documents
### [NTP Neurotoxicity Study Documents]

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 222 | EPA0112927-EPA0112947 | Deliberative Process; Privileged - Withhold In Full | 11/16/2015 0:00 | | | | Edits to a draft of the proposed NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among interagency staff to allow for comments on and evaluation, contains suggested edits that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 223 | EPA0112948-EPA0112950 | Deliberative Process; Privileged - Withhold In Full | 11/25/2015 12:03 | Thayer, Kristina (NIH/NIEHS) [E] | Donohue.Joyce@epa.gov Donohue, Joyce | Strong.Jamie@epa.gov Strong, Jamie Wang.Lili@epa.gov Wang, Lili | Discussion of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The discussion is pre-decisional and reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. The discussion includes the internal deliberation of EPA staff that led to the development of the agency's comments on and evaluation of the study. |
| 224 | EPA0112951-EPA0112952 | Deliberative Process; Privileged - Withhold In Full | 11/25/2015 11:26 | Thayer, Kristina (NIH/NIEHS) [E] | Donohue.Joyce@epa.gov Donohue, Joyce | Strong.Jamie@epa.gov Strong, Jamie Wang.Lili@epa.gov Wang, Lili | Discussion of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The discussion is pre-decisional and reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. The discussion includes the internal deliberation of EPA staff that led to the development of the agency's comments on and evaluation of the study. |
| 225 | EPA0112979-EPA0112999 | Deliberative Process; Privileged - Withhold In Full | 11/9/2015 0:00 | | | | Edits to a draft of the proposed NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among interagency staff to allow for comments on and evaluation, contains suggested edits that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 257 | EPA0117829-EPA0117893 | Deliberative Process; Privileged - Withhold In Full | 9/27/2015 0:00 | | | | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity shared with EPA in coordination of EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 266 | EPA0120731-EPA0120733 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 12:04 | Rodgers-Jenkins.Crystal@epa.gov Rodgers-Jenkins, Crystal | Strong.Jamie@epa.gov Strong, Jamie | Wang.Lili@epa.gov Wang, Lili Donohue.Joyce@epa.gov Donohue, Joyce | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |

Case 3:17-cv-02162-EMC   Document 79-2   Filed 12/12/18   Page 3 of 6

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 267 | EPA0120734-EPA0120735 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 11:49 | Strong.Jamie@epa.gov Strong, Jamie | Donohue.Joyce@epa.gov Donohue, Joyce | | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 268 | EPA0120736-EPA0120737 | Deliberative Process; Privileged - Withhold In Full | 9/11/2015 8:49 | Strong.Jamie@epa.gov Strong, Jamie | thayer@niehs.nih.gov Thayer, Kristina (NIH/NIEHS) [E] | | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 269 | EPA0120738-EPA0120740 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 10:42 | Strong.Jamie@epa.gov Strong, Jamie | Wang.Lili@epa.gov Wang, Lili Rodgers-Jenkins.Crystal@epa.gov Rodgers-Jenkins, Crystal | Donohue.Joyce@epa.gov Donohue, Joyce | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 270 | EPA0120741-EPA0120742 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 8:48 | Strong.Jamie@epa.gov Strong, Jamie | Rodgers-Jenkins.Crystal@epa.gov Rodgers-Jenkins, Crystal Wang.Lili@epa.gov Wang, Lili | Donohue.Joyce@epa.gov Donohue, Joyce | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 271 | EPA0120743-EPA0120745 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 14:50 | Strong.Jamie@epa.gov Strong, Jamie | thayer@niehs.nih.gov Thayer, Kristina (NIH/NIEHS) [E] | Donohue.Joyce@epa.gov Donohue, Joyce Wang.Lili@epa.gov Wang, Lili Rodgers-Jenkins.Crystal@epa.gov Rodgers-Jenkins, Crystal | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |

Case 3:17-cv-02162-EMC   Document 79-2   Filed 12/12/18   Page 4 of 6

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 272 | EPA0120752-EPA0120754 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 14:55 | Thayer, Kristina (NIH/NIEHS) [E] | Strong.Jamie@epa.gov Strong, Jamie | Donohue.Joyce@epa.gov Donohue, Joyce Wang.Lili@epa.gov Wang, Lili Rodgers-Jenkins.Crystal@epa.gov Rodgers-Jenkins, Crystal | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 273 | EPA0120755-EPA0120756 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 13:15 | Donohue.Joyce@epa.gov Donohue, Joyce | Strong.Jamie@epa.gov Strong, Jamie | | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 274 | EPA0120789-EPA0120809 | Deliberative Process; Privileged - Withhold In Full | 11/16/2015 0:00 | | | | Edits to a draft of the proposed NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among interagency staff to allow for comments on and evaluation, contains suggested edits that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 275 | EPA0120812-EPA0120814 | Deliberative Process; Privileged - Withhold In Full | 11/25/2015 11:40 | Donohue.Joyce@epa.gov Donohue, Joyce | thayer@niehs.nih.gov | Strong.Jamie@epa.gov Strong, Jamie Wang.Lili@epa.gov Wang, Lili | Pre-decisional draft of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among EPA staff, contains annotations that reflect EPA staff opinions, evaluations, and recommendations as to the technical analysis and evaluation of EPA's ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 276 | EPA0120841-EPA0120861 | Deliberative Process; Privileged - Withhold In Full | 11/9/2015 0:00 | | | | Edits to a draft of the proposed NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among interagency staff to allow for comments on and evaluation, contains suggested edits that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 286 | EPA0129832-EPA0129834 | Deliberative Process; Privileged - Withhold In Full | 9/1/2015 11:03 | Mason, Paula | Grevatt, Peter | | Pre-decisional interagency discussion concerning coordination that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |

Case 3:17-cv-02162-EMC   Document 79-2   Filed 12/12/18   Page 5 of 6

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 315 | EPA0221181-EPA0221201 | Deliberative Process; Privileged - Withhold In Full | 11/16/2015 0:00 | | | | Edits to a draft of the proposed NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among interagency staff to allow for comments on and evaluation, contains suggested edits that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 342 | EPA0246785-EPA0246787 | Deliberative Process; Privileged - Withhold In Full | 6/21/2016 0:00 | | | | Pre-decisional draft memo for internal communications and discussions concerning the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review |
| 345 | EPA0247044-EPA0247046 | Deliberative Process; Privileged - Withhold In Full | 6/22/2016 0:00 | | | | Internal EPA comments on Draft Communication strategy and Messaging NTP Program of Study on Fluoride. Interagency cooperation concerning the ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 346 | EPA0247419-EPA0247421 | Deliberative Process; Privileged - Withhold In Full | 6/22/2016 0:00 | | | | Draft Communication strategy and Messaging NTP Program of Study on Fluoride. Interagency cooperation concerning the ongoing consideration of health effects due to exposure to fluoride in drinking water. |
| 362 | EPA0276416-EPA0276436 | Deliberative Process; Privileged - Withhold In Full | 11/16/2015 0:00 | | | | Edits to a draft of the proposed NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The draft, circulated among interagency staff to allow for comments on and evaluation, contains suggested edits that reflect upon EPA's recommendations and ongoing evaluation of health effects due to exposure to fluoride in drinking water. |
| 369 | EPA0323473-EPA0323474 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 12:15 | Donohue, Joyce | Strong, Jamie | | EPA exchange of ideas and opinions concerning NTP Fluoride Systematic Review report. |
| 370 | EPA0323534-EPA0323536 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 9:55 | Donohue, Joyce | Strong, Jamie | | EPA exchange of ideas and opinions concerning NTP Fluoride Systematic Review report. |
| 371 | EPA0323731-EPA0323732 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 8:31 | Donohue, Joyce | Strong, Jamie | | EPA exchange of ideas and opinions concerning NTP Fluoride Systematic Review report. |
| 372 | EPA0323739-EPA0323740 | Deliberative Process; Privileged - Withhold In Full | 10/13/2015 15:30 | Donohue, Joyce | Strong, Jamie | | EPA exchange of ideas and opinions concerning NTP Fluoride Systematic Review report. |

Case 3:17-cv-02162-EMC   Document 79-2   Filed 12/12/18   Page 6 of 6

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 383 | EPA0406584-EPA0406585 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 13:50 | Strong, Jamie | Thayer, Kristina (NIH/NIEHS) [E] | Donohue, Joyce; Wang, Lili; Rodgers-Jenkins, Crystal | Discussion of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The discussion is pre-decisional and reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. The discussion includes the internal deliberation of EPA staff that led to the development of the agency's comments on and evaluation of the study in coordination with NTP. |
| 386 | EPA0407210-EPA0407212 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 10:01 | Strong, Jamie | Donohue, Joyce | | Discussion of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The discussion is pre-decisional and reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. The discussion includes the internal deliberation of EPA staff that led to the development of the agency's comments on and evaluation of the study in coordination with NTP. |
| 387 | EPA0407578-EPA0407579 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 9:55 | Strong, Jamie | Donohue, Joyce | | Discussion of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The discussion is pre-decisional and reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. The discussion includes the internal deliberation of EPA staff that led to the development of the agency's comments on and evaluation of the study in coordination with NTP. |
| 388 | EPA0407583-EPA0407584 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 9:44 | Strong, Jamie | Donohue, Joyce | | Discussion of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The discussion is pre-decisional and reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. The discussion includes the internal deliberation of EPA staff that led to the development of the agency's comments on and evaluation of the study in coordination with NTP. |
| 389 | EPA0407589-EPA0407590 | Deliberative Process; Privileged - Withhold In Full | 10/14/2015 7:44 | Strong, Jamie | Donohue, Joyce | | Discussion of NTP Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. The discussion is pre-decisional and reflects upon EPA's ongoing evaluation of health effects due to exposure to fluoride in drinking water. The discussion includes the internal deliberation of EPA staff that led to the development of the agency's comments on and evaluation of the study in coordination with NTP. |