# Exhibit D

# Evaluations Connected to "Six Year Review" in Nov 2, 2018 Privilege Log

*[Plaintiffs are not seeking the production of these]*

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 210 | EPA0111954-EPA0111957 | Deliberative Process; Privileged - Withhold In Full | 4/23/2015 0:00 | | | | Pre-decisional draft memo for internal communications and discussions concerning the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review |
| 211 | EPA0111958-EPA0111959 | Deliberative Process; Privileged - Withhold In Full | 8/3/2016 15:43 | Donohue.Joyce@epa.gov Donohue, Joyce | Wang.Lili@epa.gov Wang, Lili | Strong.Jamie@epa.gov Strong, Jamie | Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |
| 212 | EPA0112000-EPA0112003 | Deliberative Process; Privileged - Withhold In Full | 4/24/2015 0:00 | | | | Pre-decisional draft memo for internal communications and discussions concerning the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review |
| 217 | EPA0112790-EPA0112791 | Deliberative Process; Privileged - Withhold In Full | 3/18/2015 0:00 | | | | Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |
| 218 | EPA0112793-EPA0112794 | Deliberative Process; Privileged - Withhold In Full | 3/18/2015 0:00 | | | | Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |
| 219 | EPA0112796-EPA0112797 | Produce; Deliberative Process; Privileged - Withhold In Full | 3/17/2015 0:00 | | | | Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |
| 241 | EPA0113401-EPA0113403 | Deliberative Process; Privileged - Withhold In Full | 8/16/2016 12:46 | Donohue.Joyce@epa.gov Donohue, Joyce | Strong.Jamie@epa.gov Strong, Jamie | | Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |
| 248 | EPA0115136-EPA0115137 | Produce; Redaction; Deliberative Process- Redact | 11/3/2015 17:08 | Wang.Lili@epa.gov Wang, Lili | Donohue.Joyce@epa.gov Donohue, Joyce | Tucker.Nicole@epa.gov Tucker, Nicole | Redact: Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |
| 290 | EPA0133032-EPA0133035 | Deliberative Process; Privileged - Withhold In Full | 9/1/2016 0:00 | | | | Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,
No. 3:17-cv-02162-EMC (N.D. Cal.)
November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 313 | EPA0219019-EPA0219035 | Deliberative Process; Privileged - Withhold In Full | 3/31/2016 0:00 | | | | Draft pre-option selection briefing for Office of Water Deputy Assistant Administrator. Six-Year Review 3 of National Primary Drinking Water Regulations. |
| 314 | EPA0219780-EPA0219794 | Deliberative Process; Privileged - Withhold In Full | 3/30/2016 0:00 | | | | Draft pre-option selection briefing for Office of Water Deputy Assistant Administrator. Six-Year Review 3 of National Primary Drinking Water Regulations. |
| 322 | EPA0227825-EPA0227826 | Deliberative Process; Privileged - Withhold In Full | 8/26/2016 17:19 | Grevatt, Peter | Burneson, Eric | | Pre-decisional discussion that reflects the internal deliberation of EPA staff that led to the development of the agency's position of the existing MCLG for fluoride in EPA's third Six-Year Review for release to the public. |
| 323 | EPA0233323-EPA0233337 | Deliberative Process; Privileged - Withhold In Full | 3/31/2016 0:00 | | | | Draft pre-option selection briefing for EPA Office of Water Deputy Assistant Administrator with internal agency comments and recommendations. In consideration of Six-Year Review 3 of National Primary Drinking Water Regulations. |
| 328 | EPA0239175-EPA0239179 | Deliberative Process; Privileged - Withhold In Full | 8/16/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 329 | EPA0239182-EPA0239186 | Deliberative Process; Privileged - Withhold In Full | 8/16/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 330 | EPA0239187-EPA0239192 | Deliberative Process; Privileged - Withhold In Full | 8/16/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 331 | EPA0239197-EPA0239202 | Deliberative Process; Privileged - Withhold In Full | 8/16/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 335 | EPA0239533-EPA0239538 | Deliberative Process; Privileged - Withhold In Full | 8/9/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 337 | EPA0239885-EPA0239887 | Deliberative Process; Privileged - Withhold In Full | 8/3/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 338 | EPA0240460-EPA0240462 | Deliberative Process; Privileged - Withhold In Full | 8/2/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |

*Food and Water Watch, Inc. v. U.S. Environmental Protection Agency*,

No. 3:17-cv-02162-EMC (N.D. Cal.)

November 2, 2018 Privilege Log

| Priv Log # | Bates Range | Privilege | Date | Author | Recipient | CC | Subject Matter/Basis |
|---|---|---|---|---|---|---|---|
| 339 | EPA0240467-EPA0240469 | Deliberative Process; Privileged - Withhold In Full | 8/2/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 347 | EPA0249750-EPA0249764 | Deliberative Process; Privileged - Withhold In Full | 3/31/2016 0:00 | | | | Draft pre-option selection briefing for EPA Office of Water Deputy Assistant Administrator with internal agency comments and recommendations. In consideration of Six-Year Review 3 of National Primary Drinking Water Regulations. |
| 350 | EPA0264638-EPA0264639 | Deliberative Process; Privileged - Withhold In Full | 10/5/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 351 | EPA0264806-EPA0264810 | Deliberative Process; Privileged - Withhold In Full | 9/9/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 352 | EPA0265055-EPA0265060 | Deliberative Process; Privileged - Withhold In Full | 9/15/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 355 | EPA0266116-EPA0266121 | Deliberative Process; Privileged - Withhold In Full | 9/23/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 359 | EPA0276068-EPA0276081 | Deliberative Process; Privileged - Withhold In Full | 4/1/2016 0:00 | | | | Draft pre-option selection briefing for EPA Office of Water Deputy Assistant Administrator with internal agency comments and recommendations. In consideration of Six-Year Review 3 of National Primary Drinking Water Regulations. |
| 365 | EPA0283000-EPA0283005 | Deliberative Process; Privileged - Withhold In Full | 9/15/2016 0:00 | | | | Pre-decisional draft of the fluoride section of EPA's third Six-Year Review of existing national primary drinking water regulations. |
| 368 | EPA0299637-EPA0299642 | Deliberative Process; Privileged - Withhold In Full | 8/16/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |
| 377 | EPA0334856-EPA0334861 | Deliberative Process; Privileged - Withhold In Full | 8/9/2016 0:00 | | | | Internal Deliberative Draft of Health Effects of Fluoride in consideration of EPA's third six-year review |