# Exhibit E

# Second Declaration of David P. Ross and Amended Privilege Log

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FOOD & WATER WATCH, et al.,

Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Defendants.

Civil Action No. 4:17-cv-02162-EMC

## SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS PRIVILEGE

I, David P. Ross, declare that the following statements are true and correct to the best of my knowledge and belief, that they are based upon my personal knowledge and on information supplied to me by employees of the United States Environmental Protection Agency ("EPA"), and that they are provided in conjunction with the Amended Privilege Log attached hereto and submitted to Plaintiffs in the above-captioned case.

1.      I am the Assistant Administrator for the EPA Office of Water ("OW"), which is located at 1200 Pennsylvania Avenue, NW, Washington, D.C. 20460. OW develops national programs, policies, and regulations to address contaminants in drinking water and to restore and maintain oceans, watersheds, and their aquatic systems to protect human health, support economic and recreational activities, and provide healthy habitat for fish, plants, and wildlife. Among other responsibilities, OW is responsible for administering the Safe Drinking Water Act, 42 U.S.C. § 300f et seq. In the above-captioned action, Food and Water Watch seeks an order

1  compelling EPA to ban the purposeful addition of fluoride into drinking water under

2  section 21 of the Toxic Substances Control Act, 15 U.S.C. § 2620.[1]

3      2.      On October 3, 1984, the Administrator of EPA delegated to Assistant

4  Administrators the authority to assert, during judicial litigation, the deliberative

5  process privilege with respect to documents and materials within the control of the

6  Agency, such as documents and materials developed by personnel in their

7  respective offices on EPA's behalf (National Delegation 1-49, October 3, 1984; TN

8  106 approved July 20, 2016).

9      3.      On November 16, 2018, I submitted a declaration ("First Declaration")

10  in support of EPA's response to the First Set of Requests for Production of

11  Documents submitted by Plaintiffs in the above-captioned case. Attached to that

12  Declaration was a list of 205 documents for which OW asserted the deliberative

13  process privilege.  I submit this declaration in support of EPA's response to

14  Plaintiffs' letter asking the Court to compel production of 76 of the 205 documents

15  for which OW asserted the deliberative process privilege ("Contested Documents").

16  My staff, with the assistance of EPA and Department of Justice counsel, has

17  reassessed the Contested Documents and has produced 8 documents[2] while

18  asserting that the privilege remains appropriate for the remaining 67 Contested

19  Documents[3].  I provide a supplemental explanation for the Agency's assertion of

20  the privilege below.

21

22  [1] The Toxic Substances Control Act is administered by EPA's Office of Chemical

23  Safety and Pollution Prevention.

    [2] EPA0091522; EPA0107153; EPA0129832; and EPA0129900 have been

24  produced with redaction.

    EPA0167277; EPA0114960; EPA0122144; and EPA0122154 have been produced

25  in full.

26  [3] The number of documents actually in dispute is 67 (rather than 68) because the

27  only responsive portion of EPA0407208 has already been produced.  The

    document was inadvertently included on the privilege log because the redacted

28  portions, although non-responsive, are deliberative.

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS
PRIVILEGE
4:17-cv-02162-EMC

4.     As discussed in the First Declaration, in asserting the deliberative process privilege, EPA limits its claim of privilege to those documents (or portions of documents) that are deliberative, the production of which would harm the important government interest in the quality of administrative decision making.  In determining which documents are subject to the deliberative process privilege, EPA has applied the following principles: (1) the privilege protects from disclosure only those documents that reflect advisory opinions, recommendations, and deliberations comprising part of a process by which government decisions are made or policies are formulated; (2) withheld material must be opinion, deliberation, advice, recommendation, or evaluation by those responsible for advising on the advantages and disadvantages of proposed agency decision or policy; (3) withheld material must be directed toward formulation of a policy or decision being debated within the agency at the time; and (4) withheld material must be pre-decisional, must contain advice or recommendations, and must not merely comment upon already established policy.

5.     In cases involving a large volume of materials, the 1984 policy memorandum permits the Assistant Administrator to assert the deliberative process privilege for documents based on a personal briefing or review of a representative sample of those documents.  As I did for the First Declaration, I have received a personal briefing from OW staff and the EPA Office of General Counsel ("OGC") regarding the use of the deliberative process privilege for these documents and my staff has provided me with 11 documents that constitute a representative sample of the 67 documents for which OW continues to assert the deliberative process privilege.  I have examined one representative sample from each subcategory of documents and been briefed on the remaining documents, all of which are explained in the paragraphs below.  The following is a list of documents I have personally examined:     EPA0206505;     EPA0235568;     EPA0160464;     EPA0121687;

1  EPA0227737;   EPA0117829;   EPA0120743;   EPA0247044;   EPA0120841;
2  EPA0112798; EPA0151822.

3         6.      Based on the briefing provided to me and on my review of the
4  representative sample of documents, I reaffirm my prior conclusion that these
5  documents satisfy the deliberative process privilege principles.  Specifically, all of
6  these documents were prepared by inter- and intra- agency personnel to develop
7  and offer analysis, recommendations, comments, or advice on then-pending EPA
8  decisions regarding potential alteration of the existing national primary drinking
9  water regulations for fluoride as required by law (Six-year Review 3) and EPA's
10 ongoing consideration of fluoride's health effects.  The latter occurs in the context
11 of advising other agencies on their fluoride decision making and assessing relevant
12 scientific products in preparation for the next six-year review, all of which require
13 EPA and other government agencies to exercise their   discretionary policy
14 judgment.

15        7.      Further review of the Contested Documents revealed five categories of
16 deliberations: (1) EPA's Six-year Review 3;  (2) the U.S. Public Health Service's
17 guidance and recommendation regarding the optimal fluoride concentrations in
18 drinking water for community water systems;   (3) the National Toxicology
19 Program's (NTP) 2016 systematic review of animal literature; (4) NTP's pending
20 systematic review of human literature; and (5) nominations for the NTP's
21 congressionally mandated 2016 Report on Carcinogens.

22        8.      **EPA's Six-year Review 3**

23              a.      OW    has    responsibility    for    discharging    the    statutory
24 requirements of the Safe Drinking Water Act ("SDWA").  42 U.S.C. § 300f et seq.
25 Under the SDWA, EPA sets standards for drinking water quality known as National
26 Primary Drinking Water Regulations.  SDWA section 1412(b)(9), 42 U.S.C. §
27 33(g)-1(b)(9), requires EPA to review the existing standards not less than every six
28 years.  Upon completion of its review, the EPA must determine if it is appropriate

1  to revise the drinking water standard for chemicals regulated under the Act, in this

2  case fluoride.  Any revisions to regulations must maintain or provide for greater

3  public health protection.  EPA's regulation of fluoride under the SDWA requires

4  EPA to exercise its discretionary authority granted by Congress based on, among

5  other things, science and economic policy considerations.  EPA's first six-year

6  review of fluoride (68 FR 42908) has resulted in a number of collaborative efforts

7  within the federal government to advance an understanding of the effects that

8  exposure to fluoride have on human health.

9         b.       As a result of EPA's first six-year review of fluoride, EPA

10 requested in 2003 that the National Research Council ("NRC") conduct a review of

11 recent health and exposure data on orally ingested fluoride.  In response, the NRC

12 convened the Committee on Fluoride in Drinking Water.  The committee conducted

13 its review and in 2006 published its findings in a report titled, *Fluoride in Drinking*

14 *Water: A Scientific Review of EPA's Standards*.  As part of EPA's 2010 second six-

15 year review (75 FR 15500), EPA indicated that OW was in the process of

16 developing  its  health  and  exposure  assessments  to  address  the  NRC's

17 recommendations.  EPA finalized the health and exposure assessments, which

18 focused on severe dental fluorosis, skeletal fluorosis, and bone fractures in

19 December 2010.  Once that assessment was complete, EPA prepared a report,

20 published in 2014, concerning the "weight of evidence" concerning fluoride's

21 toxicity for "other health effects" to further address the NRC's recommendations.

22        c.       Four documents, EPA0035559; EPA0116793; EPA0118224;

23 and EPA0206505, are drafts of the 2014 report entitled: *Weight-of-Evidence*

24 *Document for Reproduction and Developmental Health Effects, Intelligence*

25 *Quotient (IQ) Health Effects In Children and Effects on the Endocrine System due*

26 *to Exposure to Fluoride in Drinking Water*.  The Weight-of-Evidence Document

27 was prepared to assist principal EPA decisionmakers in considering whether

28 revisions to regulations for fluoride were needed in Six-year Review 3.  The drafts,

1    which contain annotations and edits that reflect EPA staff opinions, evaluations,

2    and recommendations as to the technical analysis and evaluation of the literature

3    being reviewed, are pre-decisional and not entitled to any weight, as they do not

4    reflect an official agency position.

5         **d.**      Sixteen documents, EPA0112685; EPA0118379; EPA0118380;

6    EPA0121736;   EPA0150881;   EPA0167284;   EPA0198770;   EPA0224864;

7    EPA0224865;   EPA0226189;   EPA0235567;   EPA0235568;   EPA0235571;

8    EPA0235574; EPA0327738; and EPA0420791 encompass EPA staff notes and

9    communications analyzing certain studies related to fluoride and its potential

10   associated health effects that reflect opinions, evaluations, and recommendations as

11   to the technical analysis and evaluation of the literature being reviewed.   The

12   documents were prepared for the purpose of making a recommendation to agency

13   Six-year Review 3 decisionmakers in determining whether revisions to regulations

14   for fluoride were appropriate.

15   **9.      The U.S. Public Health Service's (PHS) guidance and**

16   **recommendation regarding the optimal fluoride concentrations in drinking**

17   **water for community water systems:**

18        a.      During the same period that EPA was reviewing literature

19   related to fluoride exposure and toxicity for other health effects as recommended

20   by the NRC, the Department of Health and Human Services convened a federal

21   interdepartmental, interagency panel of scientists to review and update PHS's

22   guidance regarding the optimal fluoride concentrations in drinking water for

23   community water systems in the United States. Panelists included representatives

24   from Center for Disease Control, the National Institutes of Health, the U.S. Food

25   and Drug Administration, the Agency for Healthcare Research and Quality, the

26   Office of the Assistant Secretary for Health, EPA, and the U.S. Department of

27   Agriculture.  PHS's guidance was publicly updated and published in 2015.

28

1        b.    Two documents, EPA0160464 and EPA0163811, are
2   preliminary drafts of the HHS Federal Register Notice describing the 2015 PHS
3   formal guidance to lower the concentration of fluoride in drinking water for the
4   prevention of dental caries.  Three documents, EPA0121687; EPA0148194; and
5   EPA0148216, are drafts of Community Water Fluoridation FAQs concerning the
6   impact of optimal fluoride concentrations recommendations, which were ultimately
7   issued in coordination with PHS's 2015 guidance and recommendations.  The drafts
8   are pre-decisional as they do not reflect an official agency position.  The drafts,
9   circulated among EPA staff, contain annotations and edits that reflect EPA staff
10   opinions, evaluations, and recommendations in order to assist the PHS in its final
11   recommendation to community water systems for the optimal concentration of
12   fluoride in drinking water.

13        c.    EPA0227737 is a communication among EPA staff that reflects
14   EPA staff opinions, evaluations, and recommendations made to assist the PHS in
15   effectively communicating  its final recommendation to community water systems
16   for the optimal concentration of fluoride in drinking water.

17      **10.**    **The National Toxicology Program's (NTP) 2016 systematic review**
18   **of animal literature:**

19        a.    Once NTP selected fluoride for evaluation and systematic
20   review of the literature regarding neurotoxic effects in animals, NTP requested
21   assistance from a number of federal agencies with expertise on the subject matter
22   through an interagency review and comment period.  Prior to publishing, NTP
23   sought from EPA comments and recommendations on its preliminary drafts
24   concerning its analytic approach and systematic review protocol.  The NTP
25   considered EPA's comments in finalizing the report, which was published in 2016
26   (NTP 2016).

27        b.    Two documents, EPA0117829 and EPA0113270, are
28   preliminary drafts of the NTP report, which are pre-decisional as they do not reflect

an official agency position. Any comparison between the preliminary drafts and the final document could reveal the deliberations leading to the discretionary resolution of administrative science policy questions.

c.   Twenty-one   documents,   EPA0120734;   EPA0120731; EPA0120736;   EPA0120738;   EPA0120741;   EPA0120743;   EPA0120752; EPA0120755;   EPA0323731;   EPA0407578;   EPA0323534;   EPA0407589; EPA0407210;   EPA0407583;   EPA0323739;   EPA0406584;   EPA0323473, EPA0107156; EPA0181787; EPA0181790; and EPA0247039, are internal and interagency communications reflecting deliberations leading to the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which decisionmakers deliberated on and resolved questions of administrative science policy presented by preliminary drafts of NTP 2016.

d.   Additionally, three documents, EPA0247044; EPA0247419; and EPA0246785, are drafts of the NTP communication strategy and messaging for its program of study on fluoride. The drafts are pre-decisional and do not reflect a final agency position. The drafts, circulated among EPA staff, also contain annotations   and   edits   that   reflect   EPA   staff   opinions,   evaluations,   and recommendations made to assist agency decision makers in exercising their discretion to resolve science policy questions concerning the public dissemination of information related to the animal literature study on fluoride, including the issue of how to most effectively characterize the strength, import and utility of the data presented.

**11.   NTP's pending systematic review of human literature:**

a.   After the NTP completed its systematic review of the existing animal studies, but while the study was undergoing peer-review, NTP's Office of Health Assessment and Translation received a nomination to carry out an integrated analysis   of   human,   animal,   and   mechanistic   evidence   to   develop   hazard

1    identification conclusions about whether fluoride is a developmental neurotoxicant.
2    This nomination represented an expansion of the systematic review of animal
3    studies that would involve an examination of human studies as well as studies that
4    evaluate potential biological plausibility.  Issues nominated to the NTP for either a
5    research program or a literature analysis are typically announced in the Federal
6    Register with a request for public comment in conjunction with an interagency
7    comment period. NTP then uses this information to decide whether to move a
8    project forward. NTP sought assistance in determining whether to move the fluoride
9    nomination forward by requesting that EPA provide comment and advice on the
10   scope of the nomination and review its proposed approach and systematic review
11   protocol.

12           b.     Six documents, EPA0120841; EPA0221181; EPA0276416;
13   EPA0112927; EPA0112979; and EPA0120789, are drafts of NTP's "concept
14   document" that proposed specific questions to be addressed by the study, and the
15   general approach it might take to carry out its analysis.  The draft is pre-decisional
16   and does not reflect an official agency position.  Further, the drafts contain
17   annotations  and  edits  that  reflect  EPA  staff  opinions,  evaluations,  and
18   recommendations to assist principle decisionmakers in determining whether to
19   devote governmental resources to conduct further assessments of fluoride data over
20   other potential priorities.

21           c.     Five documents, EPA0112948; EPA0120812; EPA0112951;
22   EPA0112798 and EPA0112801, are internal communications discussing how
23   certain epidemiology data should be presented to the NTP Board of Scientific
24   Counselors for additional analysis on whether the fluoride nomination should move
25   forward. The communications were made to provide recommendations to
26   an agency decisionmaker in the resolution of technical and administrative science
27   policy considerations associated with drawing conclusions regarding the quality of
28   data and identification of confounding factors.

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS
PRIVILEGE
4:17-cv-02162-EMC

1   **12.    Nominations for the NTP's congressionally mandated 2016 Report**

2   **on Carcinogens:**

3          a.      In 2015, the NTP sought recommendations from EPA to assist

4   it in assessing whether fluoride should be considered for possible review for the

5   2016 Report on Carcinogens and for evaluation of non-cancer health outcomes by

6   the Office of Health Assessment and Translation.

7          b.      Four documents, EPA0151709; EPA0151722; EPA0151822;

8   and EPA0226512, are communications made to assist agency decisionmakers in the

9   discretionary determination as to whether EPA should offer such support for

10   devoting governmental resources to a flouride review in light of other potential

11   priorities.  EPA's recommendation was based, in part, on availability of pertinent

12   data and policy considerations of its own regulatory activities related to fluoride.

13          13.    If the candid views of staff contained in these documents are required

14   to be produced, I believe it would not only chill the free exchange of ideas within

15   EPA but also among interagency programs with expertise or knowledge that can

16   assist in prioritizing and assessing research needs to investigate potential harmful

17   carcinogenic and non-carcinogenic health effects. Staff discussions, evaluations, or

18   recommendations expressed in the documents at issue have no official or binding

19   effect and may not represent the ultimate reasons for the government's actions and

20   decisions. Thus, production of the documents may confuse the issues and mislead

21   the public on inherently controversial science-based public policies by suggesting

22   reasons for agency decisions that were not in fact the ultimate basis for those

23   decisions.  Further, EPA's regulation of fluoride under the SDWA requires it to

24   exercise discretionary risk assessment and science-based policy decision making;

25   for example, the risks to humans from chemicals cannot always be established by

26   means of direct evidence. As a result, some determinations of risk rely on weight

27   of evidence stemming from animal data, the interpretation of which may become

28   difficult in the presence of uncertainties and variabilities.  In those instances, the

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS
PRIVILEGE
4:17-cv-02162-EMC

1  regulatory outcome can depend not only on objective scientific fact but also on the
2  discretionary exercise of science policy decision making by the agency in resolving
3  those uncertainties.  Disclosure of documents revealing the give and take leading to
4  the exercise of such discretion could, therefore, undermine the public's confidence
5  in regulations and scientific products addressing public health, ultimately hindering
6  the ability of EPA and other government agencies to carry out their mission of
7  protecting human health.

8  　　　14.　　Plaintiffs have not indicated any need for the documents that outweigh
9  such public policy considerations, especially because the wisdom of EPA's exercise
10  of its science policy discretion in issuing the Six Year Review 3 or in advising other
11  agencies developing related scientific products is not under review in this litigation.

12  　　　15.　　For the reasons explained above, I assert the deliberative process
13  privilege for each of the 67 documents identified in Attachment 1 to this Declaration
14  and referenced in the Amended Privilege Log submitted to Plaintiffs in the above-
15  captioned case.

16

17  　　　Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I declare the
18  foregoing is true and correct to the best of my knowledge.

19

20

21  Date___12/11/18___

22

23  ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
    David P. Ross
23  Assistant Administrator
    Office of Water
24  U.S. Environmental Protection Agency

25

26

27

28

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS
PRIVILEGE
4:17-cv-02162-EMC

**Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water**
**Case No. 3:17-cv-02162-EMC (N.D. Cal.)**

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0151709 | EPA0151712 | 295 | Nominations for the NTP's congressionally mandated 2016 Report on Carcinogens | Communications made to assist EPA decisionmakers in the discretionary determination as to whether EPA should offer  support for an assessment on the neurodevelopmental effects of fluoride in NTP's 2016 congressionally mandated Report on Carcinogens, taking into account policy considerations of EPA's own regulatory activities related to fluoride. | 8/27/2015 8:56 | RE: FEEDBACK NEEDED AUG 28th_FW: NTP POCs: Request for comments on RoC and OHAT nominations - one more on the OHAT | | Ramasamy, Santhini |
| EPA0151722 | EPA0151725 | 296 | Nominations for the NTP's congressionally mandated 2016 Report on Carcinogens | Communications made to assist EPA decisionmakers in the discretionary determination as to whether EPA should offer  support for an assessment on the neurodevelopmental effects of fluoride in NTP's 2016 congressionally mandated Report on Carcinogens, taking into account policy considerations of EPA's own regulatory activities related to fluoride. | 8/26/2015 22:46 | Re: FEEDBACK NEEDED AUG 28th_FW: NTP POCs: Request for comments on RoC and OHAT nominations | | Ramasamy, Santhini |
| EPA0151822 | EPA0151825 | 297 | Nominations for the NTP's congressionally mandated 2016 Report on Carcinogens | Communications made to assist EPA decisionmakers in the discretionary determination as to whether EPA should offer  support for an assessment on the neurodevelopmental effects of fluoride in NTP's 2016 congressionally mandated Report on Carcinogens, taking into account policy considerations of EPA's own regulatory activities related to fluoride. | 8/26/2015 15:55 | RE: FEEDBACK NEEDED AUG 28th_FW: NTP POCs: Request for comments on RoC and OHAT nominations | | Ramasamy, Santhini |
| EPA0226512 | EPA0226515 | 320 | Nominations for the NTP's congressionally mandated 2016 Report on Carcinogens | Communications made to assist EPA decisionmakers in the discretionary determination as to whether EPA should offer  support for an assessment on the neurodevelopmental effects of fluoride in NTP's 2016 congressionally mandated Report on Carcinogens, taking into account policy considerations of EPA's own regulatory activities related to fluoride. | 9/1/2015 16:52 | FYI.......FW: NTP POCs: Request for comments on RoC and OHAT nominations | | Rodgers-Jenkins, Crystal |
| EPA0407208 | EPA0407209 | 35 | Non-Responsive | Office of Science and Technology Meeting Notes from September 14, 2015.  The only portion of the meeting notes addressing fluoride have been produced, the redacted portions of the document are non-responsive.  The document was inadvertently included on the privilege log because the redacted portions, although non-responsive, are deliberative. | | | OST Management Meeting Notes 091415 | Jamie Strong |
| EPA0120731 | EPA0120733 | 266 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 12:04 | Re: COMMENTS DUE THIS WEEK: Fluoride Sys Rev report | | Crystal Rodgers-Jenkins |
| EPA0120734 | EPA0120735 | 267 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 11:49 | RE: Fluoride Sys Rev report | | Jamie Strong |
| EPA0120736 | EPA0120737 | 268 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist an agency decision maker in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and compromise the process by which agency decision makers resolve questions of administrative science policy. | 9/11/2015 8:49 | RE: Fluoride Sys Rev report | | Jamie Strong |

Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water
Case No. 3:17-cv-02162-EMC (N.D. Cal.)

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0120738 | EPA0120740 | 269 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report.  The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 10:42 | RE: COMMENTS DUE THIS WEEK: Fluoride Sys Rev report | | Jamie Strong |
| EPA0120741 | EPA0120742 | 270 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report.  The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 8:48 | COMMENTS DUE THIS WEEK: Fluoride Sys Rev report | | Jamie Strong |
| EPA0120743 | EPA0120745 | 271 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report.  The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 14:50 | EPA OW comments on NTP fluoride sys rev report | | Jamie Strong |
| EPA0120752 | EPA0120754 | 272 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report.  The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 14:55 | RE: EPA OW comments on NTP fluoride sys rev report | | Kristina Thayer |
| EPA0120755 | EPA0120756 | 273 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report.  The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 13:15 | RE: Fluoride Sys Rev report | | Joyce Donohue |
| EPA0323473 | EPA0323474 | 369 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity.  EPA's recommendations were considered by NTP in finalizing its 2016 report.  The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 12:15 | RE: Fluoride Sys Rev report | | Donohue, Joyce |

**Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water**
**Case No. 3:17-cv-02162-EMC (N.D. Cal.)**

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0323534 | EPA0323536 | 370 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 9:55 | RE: fluoride and NIEHS | | Donohue, Joyce |
| EPA0323731 | EPA0323732 | 371 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 8:31 | RE: fluoride and NIEHS | | Donohue, Joyce |
| EPA0323739 | EPA0323740 | 372 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/13/2015 15:30 | RE: fluoride and NIEHS | | Donohue, Joyce |
| EPA0406584 | EPA0406585 | 383 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 13:50 | EPA OW comments on NTP fluoride sys rev report | | Strong, Jamie |
| EPA0407210 | EPA0407212 | 157 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 10:01 | RE: fluoride and NIEHS - I am getting lost on where you want to go on this. | | Strong, Jamie |
| EPA0407578 | EPA0407579 | 168 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 9:55 | RE: fluoride and NIEHS | | Strong, Jamie |

**Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water**
**Case No. 3:17-cv-02162-EMC (N.D. Cal.)**

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0407583 | EPA0407584 | 169 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 9:44 | RE: fluoride and NIEHS | | Strong, Jamie |
| EPA0407589 | EPA0407590 | 216 | NTP 2016 Systematic Review of Animal Literature | Communication made to assist EPA decisionmakers in the resolution of science policy questions presented by review of NTP's Systematic Review of Fluoride Exposure and Potential for Developmental Neurotoxicity. EPA's recommendations were considered by NTP in finalizing its 2016 report. The communication concerns the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which agency decisionmakers resolve questions of administrative science policy. | 10/14/2015 7:44 | RE: fluoride and NIEHS | | Strong, Jamie |
| EPA0247044 | EPA0247046 | 345 | NTP 2016 Systematic Review of Animal Literature | Draft communication strategy and messaging for the NTP Program of Study on Fluoride. The draft is pre-decisional and does not reflect an official agency position. The draft, circulated among EPA staff, contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations made to assist EPA decisionmakers in the discretionary resolution of administrative policy questions concerning the public dissemination of inherently controversial information associated with the NTP's literature study. | | | NTP fluorideJune2016 V2 | Nicole Blair |
| EPA0247419 | EPA0247421 | 346 | NTP 2016 Systematic Review of Animal Literature | Draft communication strategy and messaging for the NTP Program of Study on Fluoride. The draft is pre-decisional and does not reflect an official agency position. The draft, circulated among EPA staff, contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations made to assist EPA decisionmakers in the discretionary resolution of administrative policy questions concerning the public dissemination of inherently controversial information associated with the NTP's literature study. | | | NTP fluorideJune2016 V2 | Kristina Thayer |
| EPA0246785 | EPA0246787 | 342 | NTP 2016 Systematic Review of Animal Literature | Draft communication strategy and messaging for the NTP Program of Study on Fluoride. The draft is pre-decisional and does not reflect an official agency position. The draft, circulated among EPA staff, contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations made to assist EPA decisionmakers in the discretionary resolution of administrative policy questions concerning the public dissemination of inherently controversial information associated with the NTP's literature study. | | | NTP fluorideJune2016 | Unavailable |
| EPA0107156 | EPA0107158 | 169 | NTP 2016 Systematic Review of Animal Literature | Interagency discussion concerning NTP's request for assistance during the interagency comment period, which discussions NTP considered in finalizing its 2016 report. The communications concern the resolution of disagreements in interpretation of scientific studies or the inferences that can be drawn from them and were made to assist decisionmakers in the discretionary resolution of administrative science policy. | 6/22/2016 14:22 | RE: NTP fluoride and animal neurobehavior report | | Blair, Nicole (CDC/ONDIEH/NCCDPHP) |
| EPA0181787 | EPA0181789 | 303 | NTP 2016 Systematic Review of Animal Literature | Interagency discussion concerning NTP's request for assistance during the interagency comment period, which discussions NTP considered in finalizing its 2016 report. The communications concern the resolution of disagreements in interpretation of scientific studies or the inferences that can be drawn from them and were made to assist decisionmakers in the discretionary resolution of administrative science policy. | 10/14/2015 10:09 | RE: fluoride and NIEHS - I am getting lost on where you want to go on this. | | Donohue, Joyce |

**Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water**
**Case No. 3:17-cv-02162-EMC (N.D. Cal.)**

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0181790 | EPA0181792 | 304 | NTP 2016 Systematic Review of Animal Literature | Interagency discussion concerning NTP's request for assistance during the interagency comment period, which discussions NTP considered in finalizing its 2016 report. The communications concern the resolution of disagreements in interpretation of scientific studies or the inferences that can be drawn from them and were made to assist decisionmakers in the discretionary resolution of administrative science policy. | 10/14/2015 10:00 | RE: fluoride and NIEHS - I am getting lost on where you want to go on this. | | Donohue, Joyce |
| EPA0247039 | EPA0247041 | 344 | NTP 2016 Systematic Review of Animal Literature | Interagency discussion concerning NTP's request for assistance during the interagency comment period, which discussions NTP considered in finalizing its 2016 report. The communications concern the resolution of disagreements in interpretation of scientific studies or the inferences that can be drawn from them and were made to assist decisionmakers in the discretionary resolution of administrative science policy. | 6/22/2016 14:22 | RE: NTP fluoride and animal neurobehavior report | | Blair, Nicole (CDC/ONDIEH/NCCDPHP) |
| EPA0113270 | EPA0113400 | 240 | NTP 2016 Systematic Review of Animal Literature | Preliminary draft of NTP report, which is pre-decisional and does not reflect an official agency position. Any comparison between the preliminary draft and the official document could reveal the discretionary resolution of administrative science policy questions. | | | Fluoride and Learning and Memory in Animals_In | Unavailable |
| EPA0117829 | EPA0117893 | 257 | NTP 2016 Systematic Review of Animal Literature | Preliminary draft of NTP report, which is pre-decisional and does not reflect an official agency position. Any comparison between the preliminary draft and the official document could reveal the discretionary resolution of administrative science policy questions. | | | Fluoride and Learning and Memory in Animals dr.doc | Kristina Thayer |
| EPA0107153 | EPA0107155 | 168 | NTP 2016 Systematic Review of Animal Literature | The redacted portion of the communication concerns a recommendation to delete a segment of NTP's draft report.  If the segment appeared in the final version, it is already on the public record and need not be disclosed. If the segment did not appear in the final version, its omission reveals the discretionary resolution of administrative science policy questions. | 6/21/2016 15:46 | Re: NTP fluoride and animal neurobehavior report | | Thayer, Kristina (NIH/NIEHS) [E] |
| EPA0112798 | EPA0112800 | 220 | NTP's Pending Systematic Review of Human Literature | Communication among EPA staff that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making recommendations as to how certain epidemiology data should be presented to the NTP Board of Scientific Counselors reviewing nomination for systemic review of human literature on the effects of fluoride, which address science policy considerations dealing with concern for data quality and cofounding factors. | 11/25/2015 12:08 | RE: Updated fluoride slide set for NTP BSC Dec 2 presentation | | Joyce Donohue |
| EPA0112801 | EPA0112803 | 221 | NTP's Pending Systematic Review of Human Literature | Communication among EPA staff that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making recommendations as to how certain epidemiology data should be presented to the NTP Board of Scientific Counselors reviewing nomination for systemic review of human literature on the effects of fluoride, which address science policy considerations dealing with concern for data quality and cofounding factors. | 11/25/2015 11:39 | RE: Updated fluoride slide set for NTP BSC Dec 2 presentation | | Joyce Donohue |
| EPA0112948 | EPA0112950 | 223 | NTP's Pending Systematic Review of Human Literature | Communication among EPA staff that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making recommendations as to how certain epidemiology data should be presented to the NTP Board of Scientific Counselors reviewing nomination for systemic review of human literature on the effects of fluoride, which address science policy considerations dealing with concern for data quality and cofounding factors. | 11/25/2015 12:03 | RE: Updated fluoride slide set for NTP BSC Dec 2 presentation | | Kristina Thayer |

Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water
Case No. 3:17-cv-02162-EMC (N.D. Cal.)

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0112951 | EPA0112952 | 224 | NTP's Pending Systematic Review of Human Literature | Communication among EPA staff that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making recommendations as to how certain epidemiology data should be presented to the NTP Board of Scientific Counselors reviewing nomination for systemic review of human literature on the effects of fluoride, which address science policy considerations dealing with concern for data quality and cofounding factors. | 11/25/2015 11:26 | RE: Updated fluoride slide set for NTP BSC Dec 2 presentation | | Kristina Thayer |
| EPA0120812 | EPA0120814 | 275 | NTP's Pending Systematic Review of Human Literature | Communication among EPA staff that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making recommendations as to how certain epidemiology data should be presented to the NTP Board of Scientific Counselors reviewing nomination for systemic review of human literature on the effects of fluoride, which address science policy considerations dealing with concern for data quality and cofounding factors. | 11/25/2015 11:40 | RE: Updated fluoride slide set for NTP BSC Dec 2 presentation | | Joyce Donohue |
| EPA0112927 | EPA0112947 | 222 | NTP's Pending Systematic Review of Human Literature | Draft NTP proposal to undertake further systematic review of human, animal, and mechanistic studies to develop hazard identification conclusions about whether fluoride is a developmental neurotoxicant. The draft is pre-decisional and does not reflect an official agency position.  The draft contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations in determining whether to devote scarce governmental resources to the further assessment of Fluoride data over priorities. | | | Fluoride Developmental Neurotox Draft Concept | Crystal Rodgers-Jenkins |
| EPA0112979 | EPA0112999 | 225 | NTP's Pending Systematic Review of Human Literature | Draft NTP proposal to undertake further systematic review of human, animal, and mechanistic studies to develop hazard identification conclusions about whether fluoride is a developmental neurotoxicant. The draft is pre-decisional and does not reflect an official agency position.  The draft contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations in determining whether to devote scarce governmental resources to the further assessment of Fluoride data over priorities. | | | Fluoride Developmental Neurotox Draft Concept | Kristina Thayer |
| EPA0120789 | EPA0120809 | 274 | NTP's Pending Systematic Review of Human Literature | Draft NTP proposal to undertake further systematic review of human, animal, and mechanistic studies to develop hazard identification conclusions about whether fluoride is a developmental neurotoxicant. The draft is pre-decisional and does not reflect an official agency position.  The draft contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations in determining whether to devote scarce governmental resources to the further assessment of Fluoride data over priorities. | | | Fluoride Developmental Neurotox Draft Concept | Crystal Rodgers-Jenkins |
| EPA0120841 | EPA0120861 | 276 | NTP's Pending Systematic Review of Human Literature | Draft NTP proposal to undertake further systematic review of human, animal, and mechanistic studies to develop hazard identification conclusions about whether fluoride is a developmental neurotoxicant. The draft is pre-decisional and does not reflect an official agency position.  The draft contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations in determining whether to devote scarce governmental resources to the further assessment of Fluoride data over priorities. | | | Fluoride Developmental Neurotox Draft Concept | Kristina Thayer |

**Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water**
**Case No. 3:17-cv-02162-EMC (N.D. Cal.)**

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0221181 | EPA0221201 | 315 | NTP's Pending Systematic Review of Human Literature | Draft NTP proposal to undertake further systematic review of human, animal, and mechanistic studies to develop hazard identification conclusions about whether fluoride is a developmental neurotoxicant. The draft is pre-decisional and does not reflect an official agency position. The draft contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations in determining whether to devote scarce governmental resources to the further assessment of Fluoride data over priorities. | | | Fluoride Developmental Neurotox Draft Concept V11_EPA_OW_OGWDW | Crystal Rodgers-Jenkins |
| EPA0276416 | EPA0276436 | 362 | NTP's Pending Systematic Review of Human Literature | Draft NTP proposal to undertake further systematic review of human, animal, and mechanistic studies to develop hazard identification conclusions about whether fluoride is a developmental neurotoxicant. The draft is pre-decisional and does not reflect an official agency position. The draft contains annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations in determining whether to devote scarce governmental resources to the further assessment of Fluoride data over priorities. | | | Fluoride Developmental Neurotox Draft Concept V12_EPA_OW_OGWDW | Crystal Rodgers-Jenkins |
| EPA0129832 | EPA0129834 | 286 | NTP's Pending Systematic Review of Human Literature | The redacted portion of the communication contains a pre-decisional describtion of work conducted by the NTP, which does not reflect an official agency position. If the information did not appear in the final version, its omission reveals the discretionary resolution of administrative science policy questions. | 9/1/2015 11:03 | RE: fluoride developmental neurotic nomination | | Mason, Paula |
| EPA0129900 | EPA0129902 | 287 | NTP's Pending Systematic Review of Human Literature | The redacted portion of the communication contains a pre-decisional describtion of work conducted by the NTP, which does not reflect an official agency position. If the information did not appear in the final version, its omission reveals the discretionary resolution of administrative science policy questions. | 9/1/2015 10:51 | RE: fluoride developmental neurotic nomination | | Thayer, Kristina (NIH/NIEHS) [E] |
| EPA0112685 | EPA0112687 | 216 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | New Fluoride papers. | Joyce Donohue |
| EPA0118380 | EPA0118382 | 261 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | New Fluoride papers - 2. | Joyce Donohue |
| EPA0150881 | EPA0150882 | 294 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | Talking points_CWF and ADHD in the U.S | Barbara Gooch |
| EPA0167284 | EPA0167284 | 301 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | Talking points_hypothyroidism and CWF | Barbara Gooch |

Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water
Case No. 3:17-cv-02162-EMC (N.D. Cal.)

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0224865 | EPA0224867 | 317 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | New Fluoride papers - 2. | Joyce Donohue |
| EPA0226189 | EPA0226191 | 319 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | Evaluation of new Fluoride papers JBS 04_06_15 | Jamie Strong |
| EPA0235568 | EPA0235570 | 325 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | New Fluoride papers - 2..docx | Joyce Donohue |
| EPA0235574 | EPA0235576 | 327 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | Evaluation of new Fluoride papers JBS 04_06_15 | Jamie Strong |
| EPA0327738 | EPA0327740 | 374 | Six Year Review 3 | Analysis of papers on fluoride and its potential associated health effects that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed prepared for the purpose of making a recommendation to the agency decisionmaker in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | | | New Fluoride papers. | Joyce Donohue |
| EPA0118379 | EPA0118379 | 260 | Six Year Review 3 | Communication concerning papers on fluoride that reflect EPA staff opinions, evaluations, and recommendations concerning the literature being reviewed made for the purpose of preparing recommendations to EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | 4/7/2015 17:10 | Revisions to the critique of the Peckham et al report | | Joyce Donohue |
| EPA0121736 | EPA0121736 | 280 | Six Year Review 3 | Communication concerning papers on fluoride that reflect EPA staff opinions, evaluations, and recommendations concerning the literature being reviewed made for the purpose of preparing recommendations to EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | 4/8/2015 8:45 | RE: Revisions to the critique of the Peckham et al report | | Jamie Strong |
| EPA0198770 | EPA0198770 | 305 | Six Year Review 3 | Communication concerning papers on fluoride that reflect EPA staff opinions, evaluations, and recommendations concerning the literature being reviewed made for the purpose of preparing recommendations to EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | 4/8/2015 12:51 | More on the Peckham paper | | Donohue, Joyce |
| EPA0224864 | EPA0224864 | 316 | Six Year Review 3 | Communication concerning papers on fluoride that reflect EPA staff opinions, evaluations, and recommendations concerning the literature being reviewed made for the purpose of preparing recommendations to EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | 4/7/2015 16:10 | Revisions to the critique of the Peckham et al report | | Donohue, Joyce |

Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water
Case No. 3:17-cv-02162-EMC (N.D. Cal.)

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0235567 | EPA0235567 | 324 | Six Year Review 3 | Communication concerning papers on fluoride that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed made for the purpose of preparing recommendations to EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | 4/7/2015 16:16 | FW: Revisions to the critique of the Peckham et al report | | Burneson, Eric |
| EPA0235571 | EPA0235571 | 326 | Six Year Review 3 | Communication concerning papers on fluoride that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed made for the purpose of preparing recommendations to EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | 4/7/2015 16:15 | RE: Revisions to the critique of the Peckham et al report | | Burneson, Eric |
| EPA0420791 | EPA0420791 | 220 | Six Year Review 3 | Communication concerning papers on fluoride that reflect EPA staff opinions, evaluations, and recommendations concering the literature being reviewed made for the purpose of preparing recommendations to EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. | 4/8/2015 7:45 | RE: Revisions to the critique of the Peckham et al report | | Strong, Jamie |
| EPA0035559 | EPA0035631 | 35 | Six Year Review 3 | Preliminary draft of EPA's Weight-of-Evidence Document, which is pre-decisional and does not reflect an official agency position. The document was prepared to assist EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. The draft, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations concerning the technical analysis and evaluation of the literature being reviewed. | | | Fluoride_ReproIQEndo_2_18_14_v3 | Joyce Donohue |
| EPA0116793 | EPA0116865 | 255 | Six Year Review 3 | Preliminary draft of EPA's Weight-of-Evidence Document, which is pre-decisional and does not reflect an official agency position. The document was prepared to assist EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. The draft, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations concerning the technical analysis and evaluation of the literature being reviewed. | | | Fluoride_ReproIQEndo_2_18_14_v3.docx | Joyce Donohue |
| EPA0118224 | EPA0118295 | 259 | Six Year Review 3 | Preliminary draft of EPA's Weight-of-Evidence Document, which is pre-decisional and does not reflect an official agency position. The document was prepared to assist EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. The draft, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations concerning the technical analysis and evaluation of the literature being reviewed. | | | Fluoride_ReproIQEndo_2_18_14_v3 | Frank Letkiewicz |
| EPA0206505 | EPA0206577 | 311 | Six Year Review 3 | Preliminary draft of EPA's Weight-of-Evidence Document, which is pre-decisional and does not reflect an official agency position. The document was prepared to assist EPA decisionmakers in determining whether revisions to regulations for fluoride were needed as a result of EPA's third Six Year Review. The draft, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations concerning the technical analysis and evaluation of the literature being reviewed. | | | Fluoride_ReproIQEndo_2_18_14_v3 | Joyce Donohue |
| EPA0091522 | EPA0091522 | 157 | Six Year Review 3 | Redactions are comments on then pending agency decisions. In paragraph 1 the redacted information and pending agency decision is unrelated to fluoride. In paragraph 2, the redacted information concerns consideration of whether the conclusions of Six Year Review 3 should include fluoride as a candidate for regulation revision. | 1/9/2017 12:01 | FW: OST Monday Notes HHRAB-sophie | | Harper, Ashley |

**Attachment 1 to Second Declaration of David P. Ross, Assistant Administrator for the EPA Office of Water**
**Case No. 3:17-cv-02162-EMC (N.D. Cal.)**

| Bates Beg | Bates End | LOG DOC # | DPP Category | DPP Justification | Email Sent Date | Email Subject | Document Subject | Sender Name / Last Native Author |
|---|---|---|---|---|---|---|---|---|
| EPA0227737 | EPA0227739 | 321 | The U.S. Public Health Service's guidance and recommendation regarding the optimal fluoride concentrations in drinking water for community water systems | Communication among EPA staff that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations to the PHS in publishing its final guidance to community water systems for the optimal concentration of fluoride in drinking water. | 4/26/2015 7:34 | Fwd: Internal Fluoride Q&A and Desk Statement | | Rodgers-Jenkins, Crystal |
| EPA0121687 | EPA0121703 | 279 | The U.S. Public Health Service's guidance and recommendation regarding the optimal fluoride concentrations in drinking water for community water systems | Draft Community Water Fluoridation FAQs concerning the impact of optimal fluoride concentrations recommendation, which were ultimately issued in coordination with PHS's updated guidance and recommendations to community water systems. The draft is pre-decisional and does not reflect an official agency position. The draft, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations to the PHS in publishing its final guidance to community water systems for the optimal concentration of fluoride in drinking water. | | | CWF Recommendation_Additional Qs and As_DRAFT | Unknown CDC User |
| EPA0148194 | EPA0148212 | 292 | The U.S. Public Health Service's guidance and recommendation regarding the optimal fluoride concentrations in drinking water for community water systems | Draft Community Water Fluoridation FAQs concerning the impact of optimal fluoride concentrations recommendation, which were ultimately issued in coordination with PHS's updated guidance and recommendations to community water systems. The draft is pre-decisional and does not reflect an official agency position. The draft, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations to the PHS in publishing its final guidance to community water systems for the optimal concentration of fluoride in drinking water. | | | CWF Recommendation_Additional Qs and As_4-19-2015 - JMD BG | Barbara Gooch |
| EPA0148216 | EPA0148233 | 293 | The U.S. Public Health Service's guidance and recommendation regarding the optimal fluoride concentrations in drinking water for community water systems | Draft Community Water Fluoridation FAQs concerning the impact of optimal fluoride concentrations recommendation, which were ultimately issued in coordination with PHS's updated guidance and recommendations to community water systems. The draft is pre-decisional and does not reflect an official agency position. The draft, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations prepared for use in advising EPA decisionmakers in making policy recommendations to the PHS in publishing its final guidance to community water systems for the optimal concentration of fluoride in drinking water. | | | CWF Recommendation_Additional Qs and As_4-19-2015 | Unknown CDC User |
| EPA0160464 | EPA0160512 | 298 | The U.S. Public Health Service's guidance and recommendation regarding the optimal fluoride concentrations in drinking water for community water systems | Preliminary draft of the HHS Federal Register Notice describing the PHS's formal guidance to lower the concentration in drinking water for the prevention of dental caries, which is pre-decisional and does not reflect an official agency position. Any comparison between the preliminary draft and the official document could reveal the discretionary resolution of administrative science policy questions. | | | Near Final CWF Draft 11-20-2014_BG | Barbara Gooch |
| EPA0163811 | EPA0163856 | 299 | The U.S. Public Health Service's guidance and recommendation regarding the optimal fluoride concentrations in drinking water for community water systems | Preliminary draft of the HHS Federal Register Notice describing the PHS's formal guidance to lower the concentration in drinking water for the prevention of dental caries, which is pre-decisional and does not reflect an official agency position. Any comparison between the preliminary draft and the official document could reveal the discretionary resolution of administrative science policy questions. | | | CWF_9_2_2014_BG_Final Draft_respond to OADS - clean 9-3-2014 (2) | Debra Wagner |