# Exhibit A



RE: Scheduling Carton, Hirzy, & Price depositions
Carfora, Debra (ENRD)
to:
Michael Connett
10/30/2018 09:36 AM
Cc:
"Do, John Thomas (ENRD)"
Hide Details
From: "Carfora, Debra (ENRD)" <Debra.Carfora@usdoj.gov>
To: Michael Connett <mconnett@waterskraus.com>
Cc: "Do, John Thomas (ENRD)" <John.Do@usdoj.gov>
History: This message has been replied to and forwarded.

Michael,

January 7 works for Mr. Price at our DOJ office here in D.C.

Also, I just wanted to quickly follow up on the CMS we need to file today?

Thanks,

DEBRA J. CARFORA, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

---

**From:** Carfora, Debra (ENRD)
**Sent:** Sunday, October 28, 2018 12:18 PM
**To:** 'Michael Connett' <mconnett@waterskraus.com>
**Cc:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>
**Subject:** RE: Scheduling Carton, Hirzy, & Price depositions

Thanks Michael, I'll check with EPA (an Mr. Price) first thing tomorrow.

DEBRA J. CARFORA, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Saturday, October 27, 2018 4:11 PM
**To:** Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>
**Cc:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>
**Subject:** Scheduling Carton, Hirzy, & Price depositions

Debbie - During our meet and confer yesterday, you stated that the dates that Plaintiffs' scheduled for the Carton and Hirzy depositions (Nov 12th & 13th) do not work for DOJ, and that Paul Price would not be available on the three dates we asked for in November. We then discussed the idea of doing these depositions in early January - specifically, Jan 4 for Carton (in Albany), and Jan 7 for Hirzy and Price (in D.C.). I just checked with both Carton and Hirzy, and these dates work for them. I would like to go ahead, therefore, and notice the three depositions for these dates/locations. Will this work for you?



RE: Food & Water Watch v. EPA: Depositions
Carfora, Debra (ENRD)
to:
Michael Connett
11/16/2018 03:01 PM
Cc:
"Do, John Thomas (ENRD)"
Hide Details
From: "Carfora, Debra (ENRD)" <Debra.Carfora@usdoj.gov>
To: Michael Connett <mconnett@waterskraus.com>
Cc: "Do, John Thomas (ENRD)" <John.Do@usdoj.gov>

Michael,

We agree that you should identify an alternative on or before 11/21.

As for the scheduling, I agree that we should aim for those dates in January and will work to confirm those dates with EPA next week.

Thanks,

DEBRA J. CARFORA, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Friday, November 16, 2018 5:50 PM
**To:** Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>
**Cc:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>
**Subject:** Food & Water Watch v. EPA: Depositions

Debbie,

As I mentioned on Wednesday after the NSF deposition, Plaintiffs intend to notice the deposition of the following three individuals:

- Kristina Thayer, EPA
- Joyce Donohue, EPA
- Linda Birnbaum, NIEHS/NTP

It is conceivable that NIEHS may challenge our right to depose Birnbaum. We will not know, however, until after November 21 (the agreed upon date at which we would notify you of the remaining individuals we will depose). In light of this possibility, I believe it is fair for Plaintiffs to identify an alternate individual that we will depose **if and only if** we are unable to depose Birnbaum, as our stipulation provided that Plaintiffs can depose three more individuals. I will identify the alternate (who will likely be another EPA employee) by or on the 21st. If you have any concerns with this, please let me know. I would be available all day Tuesday and Wednesday to meet and confer.

Also, per our discussion on Wednesday, I am hoping we can do the deposition of Thayer and Donohue in D.C. the same week as Hirzy and Price. You had mentioned you would look into this to confirm whether this would work. After you've had a chance to do so, please let me know .

thanks,

Michael

**waterskrauspaul**

**Michael P. Connett | Attorney**

222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245

Toll Free 800-226-9880 | Phone 310-414-8146

Fax 310-414-8156

mconnett@waterskraus.com | www.waterskrauspaul.com

**Please note new address**

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.