DEBRA J. CARFORA
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> FEDERAL DEFENDANTS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS <br><br> ***Parties Do Not Request a Hearing*** <br><br> DATE: February 7, 2018 <br> TIME: 1:30 pm <br> Courtroom: 5, 17th Floor |

**NOTICE OF UNOPPOSED MOTION**

Please take notice[1] that on February 7, 2018 at 1:30 p.m. or as soon thereafter as counsel can be heard, Defendants United States Environmental Protection Agency and the EPA Administrator, in his official capacity, will move this Court, located in Courtroom 5, 17th Floor, United States Court House located at 450 Golden Gate Avenue, San Francisco, California, to stay the present litigation in light of a lapse of appropriations.

**ISSUE TO BE DECIDED**

Whether a stay and extension of all deadlines in this matter should be provided due to the lapse of appropriations.

---

[1] This motion is unopposed and no hearing is requested; the parties jointly request the motion be decided on the papers.

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States of America hereby moves for a stay of the entire case in the above-captioned matter.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the United States Department of Justice (the "Department") expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies, including the federal Defendant United States Environmental Protection Agency ("EPA").  The Department does not know when funding will be restored by Congress.

2. Absent funding, Department of Justice attorneys and EPA employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department and EPA.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department and EPA.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized undersigned counsel to state that the Plaintiffs have no objection to this motion.  The parties jointly agree that this motion should be decided on the papers.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case until Department attorneys and EPA employees are permitted to resume their usual functions.

| | |
|---|---|
| Dated:   December 28, 2018 | Respectfully submitted, |
| | /s/ *Deborah J. Carfora.* <br> DEBRA J. CARFORA. <br> Environmental Defense Section <br> 601 D Street, NW, Suite 8000 <br> Washington, DC 20004 <br> Tel: (202) 514-2640 <br> Email:debra.carfora@usdoj.gov |
| | *Attorneys for Defendants* |