DEBRA J. CARFORA
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> [PROPOSED] ORDER ON UNOPPOSED MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS <br><br> ***Parties Do Not Request a Hearing*** <br><br> DATE:   February 7, 2018 <br> TIME:    1:30 pm <br> Courtroom:  5, 17th Floor |

Before the Court is Defendants' Unopposed Motion to Stay Case in Light of Lapse of Appropriations. Upon due consideration and for good cause shown, the Motion is GRANTED.

Defendants shall inform the Court when Congress has appropriated funds. At that point, all deadlines for the parties shall be extended commensurate with the duration of the lapse in appropriations. The parties may jointly move the Court for an alternative schedule.

IT IS SO ORDERED.

DATED this _____ day of _____, 201\_.

_____
EDWARD M. CHEN
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28