DEBRA J. CARFORA
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> [PROPOSED] ORDER ON UNOPPOSED MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS <br><br> ***Parties Do Not Request a Hearing*** <br><br> DATE:  February 7, 2018 <br> TIME:   1:30 pm <br> Courtroom: 5, 17th Floor |

1 | Before the Court is Defendants' Unopposed Motion to Stay Case in Light of
2 | Lapse of Appropriations.  Upon due consideration and for good cause shown, the Motion
3 | is GRANTED.
4 |
5 | Defendants shall inform the Court when Congress has appropriated funds. At that
6 | point, all deadlines for the parties shall be extended commensurate with the duration of
7 | the lapse in appropriations.  The parties may jointly move the Court for an alternative
8 | schedule.
9 |
10 | IT IS SO ORDERED.
11 |
12 | DATED this __29th__ day of __December__, 2018.

_____
EDWARD M. CHEN
United States District Court Judge