DEBRA J. CARFORA
JOHN THOMAS H. DO
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 514-2640
debra.carfora@usdoj.gov
john.do@usdoj.gov

Counsel for Federal Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | No. 3:17-cv-02162-EMC |
| Plaintiffs, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR FEDERAL DEFENDANTS** |
| U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | |
| Defendants. | |

1   Pursuant to Local Rules 5-1(c)(2)(B) and 11-2, please take notice that John Thomas H.
2  Do of the U.S. Department of Justice is substituted for Norman L. Rave, Jr. as counsel for
3  Defendants United States Environmental Protection Agency and Andrew R. Wheeler,
4  Administrator, in his official capacity.  Although Mr. Rave is no longer counsel for Defendants,
5  Debra J. Carfora remains counsel in addition to Mr. Do.

6   Mr. Do requests that he be designated as an attorney to be noticed.  Mr. Do is a registered
7  user of this Court's electronic case filing system and may be served using that system.  Mr. Do's
8  office address, overnight address, telephone number, facsimile number, and electronic mail
9  address are:

**MAILING ADDRESS**
John Thomas H. Do
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

**OVERNIGHT ADDRESS**
John Thomas H. Do
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D St. NW, Suite 8000
Washington, D.C. 20004

**TELEPHONE**        (202) 514-2593

**FACSIMILE**         (202) 514-8865

**E-MAIL**            john.do@usdoj.gov

Respectfully submitted,

Dated:  March 4, 2019

/s/ John Thomas H. Do
DEBRA J. CARFORA
JOHN THOMAS H. Do
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 514-2593
Fax:   (202) 514-8865
Email: john.do@usdoj.gov

*Counsel for Defendents*

Notice of Substitution of Counsel for Federal Defendents          No. 3:17-cv-02162-EMC

**CERTIFICATE OF SERVICE**

On March 4, 2019, a true and correct copy of the foregoing Notice of Substitution of Counsel for Federal Defendants was served electronically via the Court's e-filing system to Counsel of Record.

/s/ John Thomas H. Do
JOHN THOMAS H. DO
U.S. Department of Justice
