# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 7, 2019  **Time:** 11:04 –11:11 = 7 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC  **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorney for Plaintiff:** Michael Connett (Court Call)
**Attorney for Defendant:** Debra Carfora, John Thomas Do (all Court Call)

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Not Reported

## PROCEEDINGS

Telephonic Status Conference - held.

## SUMMARY

Regarding outstanding discovery disputes, matter is still pending before Magistrate Judge Westmore. The Court will contact Magistrate Judge Westmore regarding status.

Parties have agreed, once resolution from Magistrate Judge Westmore on discovery disputes, they will work together to schedule around plaintiff's counsel's conflict.

Parties to file Stipulation of proposed schedule (including trial) after resolution by Judge Westmore.

ADR: Once discovery completed, plaintiff defers to EPA. Court will revisit.

August 5, 2019 trial date VACATED. To be reset at next case management conference.

Control date: Further Status Conference set 6/13/2019 at 10:30 a.m.