# EXHIBIT A

NTP Research Report,

Systematic Review of the Effects of Fluoride on Learning and Memory in Animal Studies pages i-5 (July 2016)



# NTP National Toxicology Program
U.S. Department of Health and Human Services

# NTP Research Report

## Systematic Review of the Effects of Fluoride on Learning and Memory in Animal Studies

NTP RR 1

July 2016



# Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

July 2016

Office of Health Assessment and Translation (OHAT)
Division of the National Toxicology Program
National Institute of Environmental Health Sciences

*Official citation*: NTP (National Toxicology Program). 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. Research Triangle Park, NC: National Toxicology Program.

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

# Table of Contents

**Tables** ............................................................................................................................................ iv
**Figures** ........................................................................................................................................... iv
**Abstract** .......................................................................................................................................... vi
**Introduction** ................................................................................................................................... 1
    Sources of Exposure ............................................................................................................... 1
    Use of Fluoride to Prevent Tooth Decay .............................................................................. 1
    Concerns for Potential Fluoride Toxicity ............................................................................. 2
    Objectives and Research Strategy ........................................................................................ 4
        Research Strategy ........................................................................................................... 4
**Methods** .......................................................................................................................................... 4
    Development of Research Question ..................................................................................... 4
    Literature Search Strategies .................................................................................................. 5
        Searching electronic databases ..................................................................................... 5
        Searching other resources ............................................................................................. 6
    Selection Criteria for the Evidence ...................................................................................... 6
    Data Collection and Presentation ......................................................................................... 6
        Data extraction ............................................................................................................... 6
        Quality assessment of individual studies ..................................................................... 7
        Evidence synthesis ......................................................................................................... 9
        Assessment of confidence in the body of evidence ................................................... 10
        Preparation of level-of-evidence conclusions ........................................................... 12
**Results** ......................................................................................................................................... 14
    Literature Search Results .................................................................................................... 14
    Overview of Included Studies ............................................................................................. 20
        Behavioral tests for learning and memory ................................................................ 21
    Effects of Fluoride on Learning and Memory .................................................................. 26
        Evidence synthesis ....................................................................................................... 26
        Exposure during development .................................................................................... 27
        Exposure during adulthood ........................................................................................ 35
        Exposure at less than 4 ppm ...................................................................................... 48
        Quality of evidence ...................................................................................................... 52
**Discussion** ................................................................................................................................... 55
    Summary ............................................................................................................................... 55
    Relevance to Human Exposure Levels .............................................................................. 55
    Limitations in the Literature Base ..................................................................................... 57
    Limitations of the Systematic Review ............................................................................... 57
    Data Gaps and Research Needs .......................................................................................... 58

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

Conclusion .................................................................................................................................59
**About this report** ...........................................................................................................................**60**
Contributors ...............................................................................................................................60
Protocol peer reviewers .......................................................................................................61
Report peer reviewers ..........................................................................................................61
**References**....................................................................................................................................**62**
**Appendices**..................................................................................................................................**70**
Appendix 1. Electronic Database Search Strategies..................................................................70
Biosis ...................................................................................................................................70
EMBASE .............................................................................................................................72
PsycINFO .............................................................................................................................73
PubMed.................................................................................................................................73
SCOPUS...............................................................................................................................76
Web of Science (Searched 1/7/2015)....................................................................................78
Appendix 2. Data Extraction Elements for Animal Studies......................................................81
Appendix 3. Studies Excluded from the Analysis for having "Probably High" or
 "Definitely High" Risk of Bias in Multiple Critical Domains .............................................83
Appendix 4. Learning and Memory: Morris Water Maze (All Studies) ...................................87
Appendix 5. Learning and Memory: T-Maze ............................................................................89
Appendix 6. Learning and Memory: Y-Maze ...........................................................................91
Appendix 7. Learning and Memory: Other Maze Tests............................................................93
Appendix 8. Learning and Memory: Exploratory Behavior .....................................................95
Appendix 9. Learning and Memory: Passive Avoidance..........................................................97
Appendix 10. Learning and Memory: Active Avoidance .........................................................99
Appendix 11. Motor and Sensory Function: Locomotor Activity .......................................... 101
Appendix 12. Motor and Sensory Function: Movement Coordination................................... 103
Appendix 13. Motor and Sensory Function: Reflex and Motor Sensory Development ......... 105
Appendix 14. Anxiety.............................................................................................................. 107
Appendix 15. Grooming, Defecation, Urination ..................................................................... 109
Appendix 16. Sexual Behavior................................................................................................ 111
Appendix 17. Territorial Aggression ...................................................................................... 113
Appendix 18. Other.................................................................................................................. 115
Appendix 19. Fluoride Administered and Converted Doses (Individual Studies) .................. 116
Appendix 20. Fluoride Administered and Converted Doses (Range Across Studies for a
 Given ppm Level).............................................................................................................. 119
Appendix 21. Pharmacokinetics and Concentrations of Fluoride Measured in Tissue,
 Blood, Urine, or Bone ....................................................................................................... 122
Pharmacokinetics ............................................................................................................... 122
Appendix 22. Background Fluoride Levels in Drinking Water and Diet ............................... 130

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

## Tables

Table 1. Representative Values for Fluoride Intakes Used in Calculation of the Relative Source Contribution from Drinking Water ........................................................................... 1

Table 2. PECO (Populations, Exposures, Comparators, Outcomes) Statement ............................................. 5

Table 3. OHAT Risk of Bias Questions for Evaluating Experimental Animal Studies ................................. 7

Table 4. Description of Relevant Studies ........................................................................................................ 20

Table 5. Learning and Memory Findings from Developmental Exposure Studies Excluded Based on Concern for High Overall Risk of Bias ................................................................ 30

Table 6. Learning and Memory Findings from Adult Exposure Studies Excluded Based on Concern for High Overall Risk of Bias ............................................................................ 48

Table 7. Findings from Studies Testing <5 ppm Fluoride Excluded Based on Concern for High Overall Risk of Bias ................................................................................................ 52

Table 8. Learning and Memory (Quality of Evidence and Summary of Findings) ...................................... 53

## Figures

Figure 1. Assessing Confidence in the Body of Evidence ("Quality of Evidence") ....................................... 11

Figure 2. Translate Confidence Ratings into Evidence of Health Effect Conclusions from Animal Studies ............................................................................................................................ 13

Figure 3. Study Flow Selection Diagram ........................................................................................................ 15

Figure 4. Publication Time Trend .................................................................................................................... 15

Figure 5. Results from Developmental Exposure Studies Using Morris Water Maze (Ordered by Direction of Expected Adverse Effect). Click here for interactive graphic. ........................................................................................................................... 32

Figure 6. Results from Developmental Exposure Studies in Other Maze, Exploration, and Passive Avoidance Tests (Ordered by Direction of Expected Adverse Effect). Click here for interactive graphic. .................................................................................. 33

Figure 7. Risk of Bias in Studies in Studies Assessing Developmental Exposure to Fluoride ............................................................................................................................................. 34

Figure 8. Results from Adult Exposure Studies Using Morris Water Maze (Ordered by Direction of Expected Adverse Effect). Click here for interactive graphic. ......................... 37

Figure 9. Risk of Bias in Studies Assessing Adult Exposure to Fluoride Using the Morris Water Maze ........................................................................................................................ 38

Figure 10. Results from Adult Exposure Studies Using Y- Maze and T-Maze (Ordered by Direction of Expected Adverse Effect). Click here for interactive graphic. ......................... 41

Figure 11. Risk of Bias in Studies Assessing Adult Exposure to Fluoride Using the T- or Y-Maze ..................................................................................................................................... 43

Figure 12. Results from Adult Exposure Studies Using Active and Passive Avoidance Tests (Ordered by Direction of Expected Adverse Effect). Click here for interactive graphic. ................................................................................................................ 44

Figure 13. Risk of Bias In Adult Exposure Studies Using Active and Passive Avoidance Tests ........................................................................................................ 45

Figure 14. Results from Adult Exposure Studies Using Exploration and Operant Behavior Tests (Ordered by Direction of Expected Adverse Effect). Click here for interactive graphic. ........................................................................................... 46

Figure 15. Risk of Bias in Adult Exposure Studies Using Exploration and Operant Behavior Tests ........................................................................................................ 47

Figure 16. Results from All Studies Assessing Effects at ≤4 ppm (Ordered by Direction of Expected Adverse Effect). Click here for interactive graphic. ................. 50

Figure 17. Risk of Bias Ratings for Studies ≤4 ppm ................................................................ 51

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

## ABSTRACT

**BACKGROUND:** Previous systematic reviews of epidemiology studies have found support for a geographical association between high levels of naturally occurring fluoride in water (>1.5 ppm) and lower IQ in children. Most of the evidence from humans is from fluoride-endemic regions having higher background levels of fluoride compared to the fluoride concentrations historically used in community water fluoridation programs (0.7–1.2 ppm). Confidence in this body of evidence is limited, primarily due to poor reporting quality, lack of consideration of confounding (e.g., nutritional status, socioeconomic status, iodine deficiency), and concern for co-exposures to relatively high levels of other known neurotoxicants such as lead or arsenic. A systematic review of experimental animal studies could help in interpreting the human evidence.

**OBJECTIVE:** To investigate whether fluoride exposure has detrimental impacts on neurobehavior in laboratory animal studies, prioritizing assessment of learning and memory outcomes. Confidence in the body of evidence was assessed according to one of four statements: (1) High, (2) Moderate, (3) Low, or (4) Very Low/No Evidence Available.

**METHODS:** We included experimental animal studies that used mammalian species (whole organism) exposed during development or adulthood, which compared the effects of oral exposure to various fluoride concentrations to vehicle controls on neurobehavioral responses. The principal outcomes were learning and memory, but other neurobehavioral studies were included (e.g., anxiety, motor activity, aggression, sexual behavior). Studies assessing brain-related cellular, morphometric or histological endpoints were considered beyond the scope of this analysis. A literature search was performed up to January 14, 2016, using PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several specialized databases. There were no date or language restrictions, and unpublished data and abstracts were excluded. Risk of bias was assessed regarding randomization, allocation concealment, blinding, exposure characterization, health outcome assessment, incomplete outcome data, selective outcome reporting, and other biases.

**RESULTS:** The database searches yielded 4,643 unique records and 13 records were identified from other sources. Of the 4,656 studies, we identified 68 studies using mice or rats and testing drinking water or dietary concentrations of 0.45 to 272 ppm fluoride (0.12 to 40 mg/kg-d). Most included studies were published after 2000. Forty-eight studies addressed learning and memory, 16 of which assessed exposure during development.

**Synthesis of results:** Meta-analysis was not conducted due to the small number of studies that measured endpoints similarly based on study design, that is, dose levels, duration of treatment, lifestage at exposure, species, or differences in measurement of behavioral responses. Relatively few studies provided information on other sources of fluoride (e.g., diet, water source). Most studies were statistically underpowered to detect a <20% change from control groups for behavioral tests. Approximately 30% of the learning and memory studies were considered to have a very serious risk of bias and were excluded from the narrative analysis. Conclusions were reached based on an analysis of 32 studies. Results show **low-to-moderate** confidence for a pattern of findings suggestive of an effect on learning and memory based on developmental and adult exposure studies. The evidence is strongest (moderate level-of-evidence) in animals exposed as adults and weaker (low level-of-evidence) in animals exposed during development. Level-of-evidence conclusions were rated down due to concern for indirectness and risk of bias. The evidence was strongest and most abundant for adult exposure studies using the Morris water maze. In many cases, across the entire dose range tested, whether the effects were specifically related to learning and memory—versus a possible impact on motor or sensory function that could have

impaired the ability of the animal to perform the learning and memory tests as measured—was not possible to discern. This was considered a form of indirectness. Additional studies are required to have higher confidence in the specificity of the responses as learning or memory impairments and in quantitative measures such as the effect sizes, point of departure, identification of no observed effect level or lowest observed effect level doses, or parameters for benchmark dose analysis. Based on control values (means and standard deviations/standard errors) and the number of animals per group, the studies appear statistically underpowered to detect a <10% or <20% change from controls for most behavioral endpoints.

**CONCLUSION:** Very few studies assessed learning and memory effects in experimental animals (rats and mice) at exposure levels near 0.7 parts per million, the recommended level for community water fluoridation in the United States. At concentrations higher than 0.7 parts per million, this systematic review found a low to moderate level-of-evidence that suggests adverse effects on learning and memory in animal exposed to fluoride. The evidence is strongest (moderate level-of-evidence) in animals exposed as adults and weaker (low level-of-evidence) in animals exposed during development. Confidence in these findings was reduced primarily based on potential confounding of the learning and memory assessments by deficits in motor function or fear and risk of bias limitations. Additional research is needed, in particular to address potential effects on learning and memory following exposure during development to fluoride at levels nearer to 0.7 parts per million. NTP is conducting laboratory studies in rodents to fill data gaps identified by this systematic review of the animal studies. The findings from those studies will be included in a future systematic review to evaluate potential neurobehavioral effects from exposure to fluoride during development with consideration of human, experimental animal and mechanistic data.

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

# INTRODUCTION

## Sources of Exposure

In 2010, the US Environmental Protection Agency (EPA) conducted a relative source contribution analysis of fluoride. Sources include drinking water, foods, beverages, dental products (toothpaste, mouth rinses), supplements, industrial emissions, pharmaceuticals, and pesticides (e.g., cryolite, sulfuryl fluoride). Soil ingestion is another source of exposure in young children (US EPA 2010b). The major contributors to exposure are drinking water, beverages, food, and toothpaste. The relative source contribution from drinking water intake was 40–60% after the age of 1 year and 70% in children less than 1 year old.

**Table 1. Representative Values for Fluoride Intakes Used in Calculation of the Relative Source Contribution from Drinking Water**

| Age group (years) | DWI[a] (mg/d) | BI (mg/d) | FI (mg/d) | TI (mg/d) | SuF (mg/d) | SI (mg/d) | Total (mg/d) | RSC (%) |
|---|---|---|---|---|---|---|---|---|
| 0.5–<1 | 0.84 | – | 0.25[b] | 0.07 | 0.03 | 0.02 | 1.2 | 70 |
| 1–<4 | 0.63 | 0.36 | 0.16 | 0.34 | 0.05 | 0.04 | 1.58 | 40 |
| 4–<7 | 0.82 | 0.54 | 0.35 | 0.22 | 0.06 | 0.04 | 2.03 | 40 |
| 7–<11 | 0.86 | 0.60 | 0.41 | 0.18 | 0.07 | 0.04 | 2.16 | 40 |
| 11–14 | 1.23 | 0.38 | 0.47 | 0.20 | 0.09 | 0.04 | 2.41 | 51 |
| >14 | 1.74[b] | 0.59 | 0.38 | 0.10[c] | 0.08 | 0.02 | 2.91 | 60 |

From Table 7-2 (US EPA 2010b)
[a] Consumers only; 90th percentile intake except for >14 years of age. The >14-year value is based on the Office of Water policy of 2 L/d. [b] Includes foods, fluoride in powdered formula, and fruit juices; no allocation for other beverages.
[c] Assumed. 50% of the 11- to 14-year-old age group. DWI = drinking water intake; BI = beverage intake; FI = food intake (solid foods); TI = toothpaste intake; SuF = sulfuryl fluoride intake; SI = soil intake; RSC = relative source contribution.

EPA has proposed a reference dose (RfD) of 0.08 mg/kg-d for protection against pitting of tooth enamel (severe dental fluorosis), and this value also is considered protective against fractures and skeletal effects in adults (US EPA 2010a).

## Use of Fluoride to Prevent Tooth Decay

Fluoride from community water fluoridation, mouth rinses, gels, and toothpastes is intended to prevent dental caries primarily through topical remineralization of tooth surfaces. Community water fluoridation and fluoride toothpaste are the most common sources of non-dietary fluoride in the United States (US DHHS 2015). Because fluorine is the 13th most abundant element in Earth's crust, fluoride also naturally occurs in water and is present in many non-fluoridated water systems.

Although other fluoride-containing products and sources are available (e.g., mouth rinses, dietary supplements, professionally applied fluoride compounds), community water fluoridation has been identified as the most cost-effective method for delivering fluoride to all members of the community regardless of age, educational attainment, or income level. Consuming fluoridated water and beverages and foods prepared or processed with fluoridated water throughout the day maintains a low concentration of fluoride in saliva and plaque, which enhances remineralization

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

(US DHHS 2015). Community water fluoridation to minimize the occurrence and severity of tooth decay, which began in 1945, had reached 67% of the US population by 2012. About 25 countries practice community water fluoridation (Iheozor-Ejiofor et al. 2015), and many more provide fluoride through other means such as salt. In 2012, an estimated 200 million people in the United States were served by 12,341 community water systems that added fluoride to water or purchased water with added fluoride from other systems (US DHHS 2015).

The US Public Health Service (PHS) first recommended communities add fluoride to drinking water in 1962. PHS guidance is advisory, not regulatory, which means that although PHS recommends community water fluoridation as an effective public health intervention, state and local governments decide whether to fluoridate water systems. For community water systems that add fluoride, PHS currently recommends a fluoride concentration of 0.7 milligrams/liter (mg/L, ppm).[1] This recommended level provides the best balance of protection from dental caries, while limiting the risk of dental fluorosis. Dental fluorosis is a condition marked by changes in the appearance of tooth enamel most commonly appearing as lacy white markings (US DHHS 2015). Dental fluorosis can result when children regularly consume fluoride from birth through 8 years of age—the time when their permanent teeth (with the exception of the third molars) are developing.

Under the Safe Drinking Water Act, EPA sets standards for drinking water quality. Currently, the enforceable fluoride standard is set at 4.0 mg/L to protect consumers from exposure to drinking water sources with naturally high occurrence of fluoride against severe skeletal fluorosis (a condition caused by excessive fluoride intake over a long period that, in advanced stages, can cause pain, crippling damage to bones and joints, or both). EPA also has a secondary drinking water standard of 2.0 mg/L to protect against moderate to severe dental fluorosis. This secondary standard is not enforceable but requires water systems to notify the public. EPA is currently reviewing the drinking water standards for fluoride (US EPA 2013).

**Concerns for Potential Fluoride Toxicity**

The most commonly cited health concerns about fluoride and water fluoridation focus on bone fractures and skeletal fluorosis, intelligence quotient (IQ) and other neurological effects, cancer, and endocrine disruption. Effects on neurological function, endocrine functions (thyroid, parathyroid, pineal), metabolism (glucose), and carcinogenicity were assessed in the 2006 National Research Council (NRC) report, *Fluoride in Drinking Water: A Scientific Review of EPA's Standards* (NRC 2006). The review considered adverse effects of water fluoride, focusing on concentrations of 2–4 mg/L,[2] a range higher than the current recommendation for community water fluoridation (0.7 mg/L). At levels below 4.0 mg/L, NRC found no evidence substantial enough to support negative health effects other than severe dental fluorosis. The conclusions from the NRC review were the primary source of information for the potential hazard summary in a 2015 report by the US Department of Health and Human Services (DHHS), Federal Panel on Community Water Fluoridation. The NRC report noted several challenges to evaluating the literature, including deficiencies in reporting quality; consideration of all sources of fluoride exposure; consideration of

---

[1] For many years, most fluoridated community water systems used fluoride concentrations ranging from 0.8 to 1.2 mg/L (US DHHS 2015).

[2] EPA's maximum contaminant level goal (MCLG) for fluoride is 4 mg/L and secondary maximum contaminant level (SMCL) is 2 mg/L. MCLGs establish an exposure guideline to prevent adverse health effects in the general population, and SMCLs are intended to reduce the occurrence of adverse cosmetic consequences from exposure to fluoride. Both the MCLG and the SMCL are nonenforceable guidelines (NRC 2006).

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

potential confounding; selection of appropriate control subject populations in epidemiology studies; demonstrated clinical significance of endocrine effects; and the biological relationship between histological, biochemical, and molecular alterations with behavioral effects. Regarding neurotoxicity and neurobehavioral effects, the main conclusions in the 2006 NRC report are:

> "Animal and human studies of fluoride have been published reporting adverse cognitive and behavioral effects. A few epidemiologic studies of Chinese populations have reported IQ deficits in children exposed to fluoride at 2.5 to 4 mg/L in drinking water. Although the studies lacked sufficient detail for the committee to fully assess their quality and relevance to U.S. populations, the consistency of the results appears significant enough to warrant additional research on the effects of fluoride on intelligence." [p. 8] (NRC 2006)

> "A few animal studies have reported alterations in the behavior of rodents after treatment with fluoride, but the committee did not find the changes to be substantial in magnitude. More compelling were studies on molecular, cellular, and anatomical changes in the nervous system found after fluoride exposure, suggesting that functional changes could occur. These changes might be subtle or seen only under certain physiological or environmental conditions. More research is needed to clarify the effect of fluoride on brain chemistry and function." [p. 8] (NRC 2006)

Since release of the 2006 NRC report, approximately 10 epidemiological studies of children's IQ have been published. A 2015 systematic analysis of the human literature conducted for the Republic of Ireland's Department of Health (Sutton et al. 2015) reviewed the new literature and concluded no evidence of an association with lowered IQ was apparent in studies of community water fluoridation. The authors based this conclusion primarily on an analysis of a prospective cohort study conducted in New Zealand (Broadbent et al. 2015). For fluoride-endemic areas, there was a strong suggestion that high levels of naturally occurring fluoride in water (>1.5 ppm) could be associated with negative health effects, including lowering of IQ. Overall, these studies were considered low quality, as they did not fully account for known confounding factors with regard to IQ (e.g., nutritional status, socioeconomic status), nor other potential influencing factors (e.g., iodine deficiency, chemical contaminants in the ground water such as arsenic and lead). The conclusions of Sutton et al. (2015) are consistent with findings of a 2012 meta-analysis of 27 epidemiology studies that supported the possibility of an adverse effect of "high" fluoride exposure[3] on children's neurodevelopment, specifically for lowered IQ (Choi et al. 2012). The Choi et al. meta-analysis, however, also identified study quality limitations, primarily related to reporting quality, that limited the strength of the conclusions (Choi et al. 2012). More than 35 experimental animal studies evaluating the neurobehavioral effects of fluoride have been published since release of the 2006 NRC report. A systematic review of experimental studies that focuses on the effects of fluoride on learning and memory would help interpret the human literature on IQ and identify key research/data gaps for additional study.

For cancer and endocrine disruption, the National Toxicology Program (NTP) is analyzing the amount of evidence available and the merit of pursuing systematic reviews given factors such as the extent of new research published since previous evaluations and whether these new reports address or correct the deficiencies noted in the literature (NRC 2006; OEHHA 2011; SCHER 2011).

---

[3] "High" was defined based on drinking water concentration, evidence of fluorosis, exposure related to coal-burning activities, and urine levels.

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

**Objectives and Research Strategy**

The overall objective of this evaluation is to undertake a systematic review of the existing animal studies to develop NTP level-of-evidence conclusions (NTP 2015a) about whether fluoride exposure is associated with impairments in learning and memory.

*Research Strategy*

- Identify literature reporting the effects of exposure to fluoride and neurobehavioral outcomes in experimental animal studies utilizing mammalian species (whole organism).

- Extract data on neurobehavioral outcomes from identified studies. Primary outcomes are learning and memory, but other behavioral measures are summarized (e.g., "anxiety," motor function).

- Assess the internal validity ("risk of bias") of individual studies.

- Summarize the extent of evidence available.

- Synthesize the evidence, and perform quantitative meta-analyses if appropriate, and evaluate sources of heterogeneity.

- Rate confidence in the body of evidence for effects on learning and memory according to one of four statements: (1) High, (2) Moderate, (3) Low, or (4) Very Low/No Evidence Available.

- Translate confidence ratings into level-of-evidence for effects on learning and memory according to one of four statements: (1) High, (2) Moderate, (3) Low, or (4) Inadequate.

- Describe limitations of the evidence base, limitations of the systematic review, and findings in the context of human exposure levels.

- Identify data gaps and key research needs.

# METHODS

The systematic review was conducted based on guidance outlined in the Office of Health Assessment and Translation (OHAT) *Handbook for Conducting a Literature-Based Health Assessment* (NTP 2015a). Methods are summarized below and presented in more detail in the study protocol available at https://hawcproject.org/assessment/126/.

**Development of Research Question**

A PECO statement (**P**opulation, **E**xposure, **C**omparator, **O**utcome) was developed to address and understand potential effects of fluoride on neurobehavioral measures in animal models, especially related to learning and memory (Table 2).

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

| Table 2. PECO (Populations, Exposures, Comparators, Outcomes) Statement ||
|---|---|
| PECO | Evidence |
| Population | Non-human mammalian animal species (whole organism) of all ages |
| Exposure | Fluoride at any concentration; relevant forms are those used as additives for water fluoridation:<br>*fluorosilicic acid* (also called *hydrofluorosilicate*; CASRN 16961-83-4)<br>*sodium hexafluorosilicate* (also called *disodium hexafluorosilicate* or *sodium fluorosilicate*; 16893-85-9)<br>*sodium fluoride* (CASRN 7681-49-4)<br>other forms that readily *dissociate* into free fluoride ions (e.g., potassium fluoride, calcium fluoride, ammonium fluoride) |
| Comparator | Animals exposed to vehicle-only treatment |
| Outcomes | Any *neurobehavioral* outcome<br>Primary outcomes: learning and memory<br>Secondary outcomes: motor and sensory function, and other aspects of behavior that do not fall under learning and memory (e.g., anxiety, territorial aggression) |

### Literature Search Strategies

#### *Searching electronic databases*

Systematic search strategies were developed to identify all relevant published evidence on the health effects of water fluoridation by using index terms and text words based on key elements of the research question. Nine electronic databases[4] initially were searched on January 7, 2015, and the search was updated on January 14, 2016, unless noted otherwise:

- BIOSIS (Thomson Reuters – searched 2/18/2015)

- EMBASE (Elsevier)

- European Chemicals Agency (ECHA) Registration dossiers ("REACH") database (searched 3/24–27/2015)

- Organization for Economic Co-operation and Development (OECD) Existing Chemicals Screening Information Data Sets (SIDS) database (searched 2/18/2015)

- PsycINFO (APA [American Psychological Association] PsycNet)

- PubMed (National Library of Medicine [NLM])

- Scopus (Elsevier)

---

[4] NLM's Toxline database was not included in the search because recent changes have resulted in significant reductions in search functionality that limits running the search strings for this topic. In addition, the other databases are very likely to identify relevant published and peer-reviewed animal studies.