# Exhibit A

**Nov 16, 2018 Email from Defense Counsel Attaching David Ross's First Declaration and 12 Previously Withheld Documents (including Exhibits B, C, and D)**



RE: Food & Water Watch: Privilege Log
Carfora, Debra (ENRD)
to:
Michael Connett
11/16/2018 01:46 PM
Cc:
"Do, John Thomas (ENRD)"
Hide Details
From: "Carfora, Debra (ENRD)" <Debra.Carfora@usdoj.gov>
To: Michael Connett <mconnett@waterskraus.com>
Cc: "Do, John Thomas (ENRD)" <John.Do@usdoj.gov>
History: This message has been replied to and forwarded.

2 Attachments



ENV_DEFENSE-#857940-v1-Fluoride_FINAL_OCSPP_DAA_Deliberative_Process_Declaration_(W__attachment)_.PDF



ENV_DEFENSE-#857932-v1-Fluoride_FINAL_OW_AA_Deliberative_Process_Declaration_(W__attachment)_.PDF

Michael,

After further review, there are 12 documents from the contested categories we are going to release in some form. These documents will be included in our fourth production on Tuesday or Wednesday of next week. The redactions noted below are still based on Deliberative Process, but we agree to release the non-deliberative factual information including in those documents that relate to the NTP study in an attempt to meet Plaintiffs halfway. The justification for the redacted portions of the documents are included on the spreadsheet attached to the declaration from the Office of Chemical Safety and Pollution Prevention.

EPA0069627 (with redactions)
EPA0072797 (with redactions)
EPA0097006 (in full, unredacted)
EPA0107165 (with redactions)
EPA0107646 (in full)
EPA0107648 (in full)
EPA0113270 (in full)
EPA0145278 (in full)
EPA0255898 (in full)
EPA0262834 (in full)
EPA0277043 (in full)
EPA0323811 (in full)

Attached to this email, please find declarations of Nancy B. Beck, Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, and of David P. Ross, Assistant Administrator for the Office of Water, each asserting the deliberative process privilege for documents and materials within the control of their respective offices on EPA's behalf.

Once you have an opportunity to review this material, please let us know the specific documents, if any, you will seek to compel. In compliance with the Court's standing order, please also provide a proposed date and time to meet and confer.

Thank you,

DEBRA J. CARFORA, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Monday, November 5, 2018 3:49 PM
**To:** Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>
**Cc:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>
**Subject:** Re: Food & Water Watch: Privilege Log

Debbie,

Here are the two categories of docs that we will be seeking production of as I don't believe they are covered by a privilege. I have also included a few miscellaneous docs as well. During our call earlier this morning, you had mentioned that you would check with EPA to see if they would agree to produce these identified docs. If EPA stands by its assertion of privilege, we should plan to move forward with the discovery letter brief. During our status conference this afternoon, the Judge asked that we submit the discovery letter brief as soon as possible so that he can issue his ruling prior to the depositions in January. I mentioned we should be able to get it to him by the end of the month, and you agreed this was doable. Should a brief prove necessary, therefore, let's plan on filing by November 30.

Please let me know if you would like to discuss further.

thanks,
Michael

**1) EPA's Ongoing Review of Health Effects**

We do not believe these docs are privileged because they are not part of an Agency action, and are thus neither deliberative, nor pre-decisional. Further, the Judge's order on the motion to compel specifically contemplated the production of documents reflecting EPA scientists' assessment of the merits of studies on fluoride's health effects.

35, 157, 159, 168, 169, 216, 220, 221, 247, 255, 260, 261, 279, 280, 283, 284, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 303, 304, 305, 311, 316, 317, 319, 320, 324, 325, 326, 327, 344, 374, 385, 391

**2) NTP Review**

We do not believe these docs are privileged because they are not an Agency action, and are thus neither deliberative, nor pre-decisional. They relate instead to the action of a third party (NTP). Further, as with the aforementioned documents, the Judge's order specifically contemplated the production of these types of docs.

179, 180, 222, 223, 224, 225, 240, 257, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 286, 287, 315, 342, 345, 346, 348, 349, 362, 363, 369, 370, 371, 372, 373, 383, 386, 387, 388, 389,

**3) Miscellaneous**

- 153 (OMB comments to EPA are not privileged, thus a redacted copy should be produced)
- 130 & 170 (general discussion related to ongoing assessment of sulfuryl fluoride; the relationship between these docs and an Agency action appears too attenuated to be protected by the privilege)
- 259 ("draft document for MCLG" - the description of this doc is too vague to determine whether there is a permissible basis for privilege)
- 285 (the options available to EPA in the 6-Year Review - the options available to EPA appears to be a factual matter which does not invade upon privilege)
- 321 (a discussion about a non-agency action - thus neither deliberative, nor pre-decisional)




**Michael P. Connett | Attorney**

222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskrauspaul.com
**Please note new address**

From: "Carfora, Debra (ENRD)" <Debra.Carfora@usdoj.gov>
To: Michael Connett <mconnett@waterskraus.com>
Cc: "Do, John Thomas (ENRD)" <John.Do@usdoj.gov>
Date: 11/02/2018 07:12 PM
Subject: Food & Water Watch: Privilege Log

---

Michael,

Please find attached EPA's Privilege Log pursuant to the Court's Order of 10/4 (ECF No. 68). We will supplement as necessary.

Per the prior agreement of the parties, this email will constitute service of these materials under Fed. R. Civ. Proc 5(b)(2)(E).

Thanks,

Debra J. Carfora, Trial Attorney
Environmental Defense Section | Environment and Natural Resources Division | U.S. Department of Justice
Phone | office 202.514.2640 | cell 202.598.3835 | fax 202.514.8865
U.S. Mail (including Priority Mail) | P.O. Box 7611 | Washington, DC 20004
Express Couriers and Hand Delivery | 601 D Street, NW | Room 8410 | Washington, DC 20004
[attachment "ENV_DEFENSE-#856878-v1-Fluoride_2_Nov_2018_Priv_Log.PDF" deleted by Michael Connett/Attorney/LA/W&K]

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.