# <u>Exhibit B</u>

**An excerpt\***
**of the May 2016 Draft NTP Report (EPA 0113270) that EPA**
**Produced "After Further Review"**

*\* Plaintiffs have attached the first 10 pages. The full document is 131 pages.*



# Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

May 26, 2016

Office of Health Assessment and Translation (OHAT)
Division of the National Toxicology Program
National Institute of Environmental Health Sciences

Disclaimer: This report has not been formally disseminated by NTP. It does not represent and should not be construed to represent final NTP determination or policy. This is a confidential draft report. Do not cite or distribute.

EPA0113270

# TABLE OF CONTENTS

Table of Contents ............................................................................................................ 2

**Abstract** .......................................................................................................................... 4

**Introduction** ................................................................................................................... 6

Sources of exposure ....................................................................................................... 6

Use of fluoride to prevent tooth decay .......................................................................... 6

Concerns for potential fluoride toxicity ......................................................................... 7

Objectives and Research Strategy .................................................................................. 9

Research Strategy ..................................................................................................... 9

**Methods** ......................................................................................................................... 9

Development of Research Question ................................................................................ 9

Literature Search Strategies .......................................................................................... 10

Searching electronic databases .............................................................................. 10

Searching other resources ...................................................................................... 10

Selection Criteria for the Evidence ............................................................................... 11

Data Collection and Presentation ................................................................................. 11

Data extraction ....................................................................................................... 11

Quality assessment of individual studies ............................................................... 11

Evidence synthesis .................................................................................................. 13

Assessment of confidence in the body of evidence ............................................... 15

Preparation of level of evidence conclusions ........................................................ 17

**Results** .......................................................................................................................... 18

Literature Search Results ............................................................................................. 18

Overview of Included Studies ...................................................................................... 24

Behavioral tests for learning and memory ............................................................. 25

Effects of Fluoride on Learning and Memory .............................................................. 29

Evidence synthesis .................................................................................................. 29

Exposure during adulthood ..................................................................................... 38

Exposure at less than 4 ppm ................................................................................... 53

Quality of evidence ................................................................................................. 57

**Discussion** .................................................................................................................... 59

Summary ....................................................................................................................... 59

Relevance to human exposure levels ........................................................................... 59

Limitations in the literature base ................................................................................. 61

Limitations of the systematic review ........................................................................... 61

Data gaps and research needs ...................................................................................... 62

EPA0113271

Conclusion ........................................................................................................... 63

Contributors ....................................................................................................... 64

    Protocol Peer-Reviewers .............................................................................. 64

    Report Peer-Reviewers ................................................................................. 64

**References** ............................................................................................................**65**

**Appendices** ...........................................................................................................**72**

    Appendix 1. Electronic Database Search Strategies ..................................... 72

        Biosis  72

        EMBASE .................................................................................................. 73

        PsycINFO ................................................................................................ 74

        PubMed ................................................................................................... 74

        SCOPUS .................................................................................................. 77

    Appendix 2. Data Extraction Elements for Animal Studies ........................ 81

    Appendix 3. Studies excluded from the analysis for having "probably high" or "definitely high" risk of bias in multiple critical domains. ............... 82

    Appendix 4. Learning and Memory: Morris Water Maze (All Studies) ...... 85

    Appendix 5. Learning and Memory: T-Maze ............................................... 87

    Appendix 6. Learning and Memory: Y-Maze ............................................... 89

    Appendix 7. Learning and Memory: Other Maze Tests ............................... 91

    Appendix 8. Learning and Memory: Exploratory Behavior ........................ 93

    Appendix 9. Learning and Memory: Passive Avoidance ............................. 95

    Appendix 10. Learning and Memory: Active Avoidance .............................. 97

    Appendix 11. Motor and Sensory Function: Locomotor Activity ................ 99

    Appendix 12. Motor and Sensory Function: Movement Coordination......... 101

    Appendix 13. Motor and Sensory Function: Reflex and Motor Sensory Development ........... 103

    Appendix 14. Depression ............................................................................. 105

    Appendix 15. Anxiety ................................................................................... 107

    Appendix 15. Grooming, Defecation, Urination ......................................... 109

    Appendix 16. Sexual Behavior ..................................................................... 111

    Appendix 17. Territorial Aggression ........................................................... 113

    Appendix 18. Other ...................................................................................... 115

    Appendix 19. Fluoride administered and converted doses (individual studies)........ 116

    Appendix 20. Fluoride administered and converted doses (range across studies for a given ppm level)............................................................................... 118

    Appendix 21. Pharmacokinetics and concentrations of fluoride measured in tissue, blood, urine, or bone ................................................................ 121

    Appendix 22. Background fluoride levels in drinking water and diet........... 129

EPA0113272

## ABSTRACT

**BACKGROUND:** Previous systematic reviews of epidemiology studies have found support for a geographical association between high levels of naturally occurring fluoride in water (> 1.5 ppm) and lower IQ in children.  Most of the human evidence is from fluoride-endemic regions having higher background levels of fluoride compared to the fluoride concentrations historically used in community water fluoridation (CWF) programs (0.7 to 1.2 ppm). Confidence in this body of evidence is limited, mostly related to issues of poor reporting quality, lack of consideration of confounding (e.g., nutritional status, socioeconomic status, iodine deficiency), and concern for co-exposures to relatively high levels of other known neurotoxicants such as lead or arsenic. A systematic review of experimental animal studies could help in interpreting the human evidence.

**OBJECTIVE:** To investigate whether fluoride exposure has detrimental impacts on neurobehavior in laboratory animal studies, prioritizing assessment of learning and memory outcomes. Confidence in the body of evidence will be assessed according to one of four statements: (1) High, (2) Moderate, (3) Low, or (4) Very Low/No Evidence Available.

**METHODS:** We included experimental animal studies utilizing mammalian species (whole organism) exposed during development or adulthood that compared the effects of oral exposure to various fluoride concentrations to vehicle controls on neurobehavioral responses. The primary outcomes were learning and memory, but other neurobehavioral studies were included (e.g., anxiety, motor activity, aggression, sexual behavior). Studies assessing brain-related cellular, morphometric or histological endpoints were considered beyond the scope of this analysis. A literature search was performed up to January 14, 2016 using PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several specialized databases specific to toxicology. There were no date or language restrictions. Unpublished data and abstracts were excluded. Risk of bias was assessed regarding randomization, allocation concealment, blinding, exposure characterization, health outcome assessment, incomplete outcome data, selective outcome reporting, and other biases.

**RESULTS:** The database searches yielded 4,643 unique records and 13 records were identified from other sources. Of the 4,656 studies, we identified 68 studies using mice or rats and testing fluoride concentrations of 0.45 to 272 ppm fluoride (0.12 to 40 mg/kg-d). Most included studies were published after 2000. Forty-eight of the studies addressed learning and memory, 16 of which assessed exposure during development.

**Synthesis of results:** No meta-analysis was conducted due to the small number of studies that measured endpoints in a similar manner based on study design, i.e., dose levels, duration of treatment, lifestage at exposure, species, or differences in measurement of behavioral responses. Relatively studies provided information of other sources of fluoride (e.g., diet, water source).  Most studies were statistically underpowered to detect a <20% change from control groups for behavioral tests. Approximately 30% of the learning and memory studies were considered to have a very serious risk of bias and were excluded from the narrative analysis.  Conclusions were reached based on an analysis of 32 studies.  Results show low to moderate confidence for a pattern of findings suggestive of an effect on learning and memory based on developmental and adult exposure studies. Level-of-evidence conclusions were rated down due to concern for indirectness and risk of bias. The evidence was strongest and most abundant for adult exposure studies utilizing

4

EPA0113273

the Morris Water maze. In many cases, across the entire dose range tested, it was not possible to discern whether the effects were specifically related to learning and memory versus a possible impact on motor or sensory function that could have impaired the ability of the animal to perform the learning and memory tests as measured. This was considered a form of indirectness. Additional studies are required to have higher confidence in the specificity of the responses as learning or memory impairments and in quantitative measures such as the effect sizes, point of departure, identification of "no observed effect level" (NOEL) or "lowest observed effect levels" (LOEL) doses, or parameters for benchmark dose analysis. Based on control values (means and SD/SEs) and the number of animals per group, the studies appear to be statistically underpowered to detect <10% or 20% change from controls for most behavioral endpoints.

**Conclusion:** This review of neurobehavioral studies in experimental animals (rats and mice) exposed to fluoride in drinking water or diet at notably higher levels than that recommended for CWF (i.e., 0.7 ppm) during either the young adult/adult, or gestational and young adult life stages, found some evidence that suggests detrimental effects on learning and memory. The confidence in these findings is low to moderate primarily based on the absence of details in the learning and memory studies to address potential confounding factors of motor function, response charactertics, or sensory threshold and risk of bias limitations. The literature is very limited to directly assess learning and memory effects at the current Public Health Service recommended level of 0.7 ppm for community water systems.

5

EPA0113274

## INTRODUCTION

### Sources of exposure

In 2010, the US Environmental Protection Agency (EPA) conducted a relative source contribution analysis of fluoride. Sources include drinking water, foods, beverages, dental products (toothpaste, mouth rinses), supplements, industrial emissions, pharmaceuticals, and pesticides (e.g., cryolite and sulfuryl fluoride). Soil ingestion is another source of exposure in young children (US EPA 2010b). The major contributors to exposure are drinking water, beverages, food, and toothpaste. The relative source contribution from drinking water intake was 40 to 60% after the age of 1 year and 70% in children less than 1 year old.

| Age group (years) | DWI[a] (mg/day) | BI (mg/day) | FI (mg/day) | TI (mg/day) | SuF (mg/day) | SI (mg/day) | Total (mg/day) | RSC (%) |
|---|---|---|---|---|---|---|---|---|
| 0.5 - <1 | 0.84 | -- | 0.25[b] | 0.07 | 0.03 | 0.02 | 1.2 | 70 |
| 1 - <4 | 0.63 | 0.36 | 0.16 | 0.34 | 0.05 | 0.04 | 1.58 | 40 |
| 4 - <7 | 0.82 | 0.54 | 0.35 | 0.22 | 0.06 | 0.04 | 2.03 | 40 |
| 7 - <11 | 0.86 | 0.60 | 0.41 | 0.18 | 0.07 | 0.04 | 2.16 | 40 |
| 11-14 | 1.23 | 0.38 | 0.47 | 0.20 | 0.09 | 0.04 | 2.41 | 51 |
| >14 | 1.74[b] | 0.59 | 0.38 | 0.10[c] | 0.08 | 0.02 | 2.91 | 60 |

**Table 1. Representative Values for Fluoride Intakes Used in Calculation of the Relative Source Contribution from Drinking Water**

From Table 7-2 (US EPA 2010b)
[a] Consumers only; 90th percentile intake except for >14 years. The >14 year value is based on the Office of Water policy of 2 L/day. [b] Includes foods, fluoride in powdered formula, and fruit juices; no allocation for other beverages. [c] Assumed. 50% of the 11-14 year old age group. DWI = Drinking Water Intake; BI = Beverage Intake; FI = Food Intake (Solid Foods); TI = Toothpaste Intake; SuF = Sulfuryl Fluoride Intake; SI = Soil Intake; RSC = Relative Source Contribution.

EPA has proposed a reference dose (RfD) of 0.08 mg/kg/day for protection against pitting of the tooth enamel (severe dental fluorosis) and this value is also considered protective against fractures and skeletal effects in adults (US EPA 2010a).

### Use of fluoride to prevent tooth decay

Fluoride from community water fluoridation, mouth rinses, gels and toothpastes is intended to prevent dental caries primarily through topical remineralization of tooth surfaces. Community water fluoridation and fluoride toothpaste are the most common sources of non-dietary fluoride in the United States (US DHHS 2015). Because fluorine is the 13th most abundant element in the earth's crust, fluoride is also naturally occurring in water, and is present even in many non-fluoridated water systems.

Although other fluoride-containing products and sources are available (e.g., mouth rinses, dietary supplements, professionally applied fluoride compounds), community water fluoridation has been identified as the most cost-effective method of delivering fluoride to all members of the community regardless of age, educational attainment, or income level. Consuming fluoridated water and beverages, and foods prepared or processed with fluoridated water throughout the day maintains a low concentration of fluoride in saliva and plaque that enhances remineralization (US DHHS 2015). Community water fluoridation to minimize the occurrence and severity of tooth decay began in 1945 and by 2012 had reached 67% of the US population. About 25 countries practice community water fluoridation (Iheozor-Ejiofor et al. 2015) and many more countries provide fluoride through

EPA0113275

other means such as salt. In 2012, an estimated 200 million people in the US. were served by 12,341 community water systems that added fluoride to water or purchased water with added fluoride from other systems (US DHHS 2015).

The US Public Health Service (PHS) first recommended communities add fluoride to drinking water in 1962. PHS guidance is advisory, not regulatory, which means that while PHS recommends community water fluoridation as an effective public health intervention, the decision to fluoridate water systems is made by state and local governments. For community water systems that add fluoride, PHS now recommends a fluoride concentration of 0.7 milligrams/liter (mg/L, ppm)[1]. This recommended level provides the best balance of protection from dental caries while limiting the risk of dental fluorosis, a condition marked by changes in the appearance of tooth enamel most commonly appearing as lacy white markings (US DHHS 2015). Dental fluorosis may result when children regularly consume fluoride from birth through 8 years of age -- the time that their permanent teeth (with the exception of the third molars) are developing.

Under the Safe Drinking Water Act, the US EPA sets standards for drinking water quality. Currently, the enforceable standard is set at 4.0 mg/L to protect consumers from exposure to drinking water sources with naturally high occurrence of fluoride against severe skeletal fluorosis (i.e., a condition caused by excessive fluoride intake for a long period of time that in advanced stages can cause pain and/or crippling damage to bones and joints). EPA also has a secondary drinking water standard of 2.0 mg/L to protect against moderate to severe dental fluorosis, which is not enforceable, but requires systems to notify the public. The EPA is in the process of reviewing the current drinking water standards for fluoride (US EPA 2013).

**Concerns for potential fluoride toxicity**

The most commonly cited health concerns about fluoride and water fluoridation focus on bone fractures and skeletal fluorosis, intelligence quotient (IQ) and other neurological effects, cancer and endocrine disruption. Effects on neurological function, endocrine (thyroid, parathyroid, pineal functions), metabolic (glucose metabolism), and carcinogenicity were assessed in the 2006 National Research Council (NRC) report "Fluoride in Drinking Water: A Scientific Review of EPA's Standards" (NRC 2006). This review considered adverse effects of water fluoride focusing on concentrations of 2–4 mg/L[2], a range higher than the current recommendation for community water fluoridation (0.7 mg/L). At levels below 4.0 mg/L, NRC found no evidence substantial enough to support negative health effects other than severe dental fluorosis. The conclusions from the 2006 NRC review were the primary source to summarize potential hazard in the 2015 US Department of Health and Human Services (DHHS) Federal Panel on Community Water Fluoridation report. The NRC report noted a number of challenges to evaluating the literature, including deficiencies in reporting quality; consideration of all sources of fluoride exposure, consideration of potential confounding, selection of appropriate control subject populations in epidemiology studies; demonstrated clinical significance of endocrine effects, and biological relationship between histological, biochemical, and

---

[1] For many years most community water fluoridated systems used fluoride concentrations ranging from 0.8 to 1.2 mg/L (US DHHS 2015).
[2] EPA's maximum-contaminant-level goal (MCLG) for fluoride is 4mg/L and secondary maximum contaminant level (SMCL) is 2 mg/L. The goal of the MCLG is to establish an exposure guideline to prevent adverse health effects in the general population, and the goal of the SMCL is to reduce the occurrence of adverse cosmetic consequences from exposure to fluoride. Both the MCLG and the SMCL are non-enforceable guidelines (NRC 2006).

EPA0113276

molecular alterations with behavioral effects.  With respect to neurotoxicity and neurobehavioral effects, the main conclusions in the 2006 NRC report were:

> "Animal and human studies of fluoride have been published reporting adverse cognitive and behavioral effects. A few epidemiologic studies of Chinese populations have reported IQ deficits in children exposed to fluoride at 2.5 to 4 mg/L in drinking water. Although the studies lacked sufficient detail for the committee to fully assess their quality and relevance to U.S. populations, the consistency of the results appears significant enough to warrant additional research on the effects of fluoride on intelligence." [p. 8] (NRC 2006)

> "A few animal studies have reported alterations in the behavior of rodents after treatment with fluoride, but the committee did not find the changes to be substantial in magnitude. More compelling were studies on molecular, cellular, and anatomical changes in the nervous system found after fluoride exposure, suggesting that functional changes could occur. These changes might be subtle or seen only under certain physiological or environmental conditions. More research is needed to clarify the effect of fluoride on brain chemistry and function." [p. 8] (NRC 2006)

Since release of the 2006 NRC report, approximately 10 epidemiological studies of children's IQ have been published. A 2015 systematic analysis of the human literature conducted for the Republic of Ireland's Department of Health (Sutton et al. 2015) reviewed the new literature and concluded that there was no evidence of an association with lowered IQ in studies of community water fluoridation. This conclusion was based primarily on an analysis of a prospective cohort study conducted in New Zealand (Broadbent et al. 2015). For fluoride-endemic areas, there was a strong suggestion that high levels of naturally occurring fluoride in water (> 1.5 ppm) may be associated with negative health effects, including lowering of IQ. Overall, these studies were considered of low quality as they did not fully account for known confounding factors with regard to IQ (e.g., nutritional status, socioeconomic status), nor other potential influencing factors (e.g., iodine deficiency, chemical contaminants in the ground water (e.g., arsenic, lead). The conclusions of Sutton et al. (2015) are consistent with findings of a 2012 meta-analysis of 27 epidemiology studies that supported the possibility of an adverse effect of "high" fluoride exposure[3] on children's neurodevelopment, specifically for lowered IQ; although the 2012 meta-analysis also identified study quality limitations, mostly related to reporting quality, that limited the strength of conclusions that could be reached (Choi et al. 2012). Over 35 experimental animal studies evaluating the neurobehavioral effects of fluoride have been published since release of the 2006 NRC report.  A systematic review of experimental studies focused on the effects of fluoride on learning and memory would help in interpreting the human literature on IQ as well as identify key research/data gaps for additional study.

With respect to cancer and endocrine disruption, the NTP is conducting separate analyses to determine the amount of evidence available and merit of pursuing systematic reviews given factors such as the extent of new research published since previous evaluations, and whether these new reports address or correct the deficiencies noted in the literature (NRC 2006; OEHHA 2011; SCHER 2011).

---

[3] "High" was defined based on drinking water concentration, evidence of fluorosis, exposure related to coal-burning activities, and urine levels.

EPA0113277

## Objectives and Research Strategy

The overall objective of this evaluation is to undertake a systematic review of the existing animal studies to develop National Toxicology Program (NTP) level of evidence conclusions (NTP 2015a) about whether fluoride exposure is associated with impairments in learning and memory.

### Research Strategy

- Identify literature reporting the effects of exposure to fluoride and neurobehavioral outcomes in experimental animal studies utilizing mammalian species (whole organism).

- Extract data on neurobehavioral outcomes from identified studies. Primary outcomes are learning and memory, but other behavioral measures are summarized (e.g., "anxiety", motor function).

- Assess the internal validity ("risk of bias") of individual studies.

- Summarize the extent of evidence available.

- Synthesize the evidence, including performance of quantitative meta-analyses if appropriate, and evaluate sources of heterogeneity.

- Rate confidence in the body of evidence for effects on learning and memory according to one of four statements: (1) High, (2) Moderate, (3) Low, or (4) Very Low/No Evidence Available.

- Translate confidence ratings into level of evidence for effects on learning and memory according to one of four statements: (1) High, (2) Moderate, (3) Low, or (4) Inadequate.

- Describe limitations of the evidence base, limitations of the systematic review, and findings in the context of human exposure levels.

- Identify data gaps and key research needs.

## METHODS

The systematic review was conducted based on guidance outlined in the OHAT Handbook for Conducting a Literature-Based Health Assessment (NTP 2015a). Methods are summarized below and presented in more detail in the study protocol available at https://hawcproject.org/assessment/126/.

### Development of Research Question

A PECO statement (Population, Exposure, Comparator, Outcome) was developed to address and understand potential effects of fluoride on neurobehavioral measures in animal models, especially related to learning and memory (Table 2).

| Table 2. PECO (Populations, Exposures, Comparators, Outcomes) Statement | |
|---|---|
| PECO | Evidence |
| Population | Non-human mammalian animal species (whole organism) of all ages |
| Exposure | Fluoride at any concentration.  Relevant forms are those used as additives for water |

9

EPA0113278

| | fluoridation: <br><br> • *fluorosilicic acid* (also called hydrofluorosilicate; CASRN 16961-83-4) <br> • *sodium hexafluorosilicate* (also called disodium hexafluorosilicate or sodium fluosilicate; 16893-85-9) <br> • *sodium fluoride* (CASRN 7681-49-4) <br> • OR other forms that readily dissociate into free fluoride ions (e.g., potassium fluoride, calcium fluoride, ammonium fluoride) |
|---|---|
| **Comparator** | Animals exposed to vehicle-only treatment |
| **Outcomes** | Any neurobehavioral outcome <br> <u>Primary outcomes</u>: learning and memory <br> <u>Secondary outcomes:</u> motor and sensory function, and other aspects of behavior that do not fall under learning and memory (e.g., anxiety, territorial aggression) |

## Literature Search Strategies

### Searching electronic databases

Systematic search strategies were developed to identify all relevant published evidence on the health effects of water fluoridation by using index terms and text words based on key elements of the research question. Nine electronic databases[4] were initially searched on January 7, 2015 and updated on January 14, 2016 unless noted otherwise:

• BIOSIS (Thomson Reuters - searched 2/18/2015)

• EMBASE (Elsevier)

• European Chemicals Agency (ECHA) Registration dossiers ("REACH") database (searched 3/24-27/2015)

• Organization for Economic Co-operation and Development (OECD) Existing Chemicals Screening Information Data Sets (SIDS) database (searched 2/18/2015)

• PsycINFO (APA PsycNet)

• PubMed (NLM)

• Scopus (Elsevier)

• USEPA HPV Challenge Program Robust Summaries and Test Plans database (searched 3/23/2015)

• Web of Science (Thomson Reuters; Web of Science indexes the journal Fluoride)

No publication date or language restrictions were applied. Full details of the search strategy for each database are presented in Appendix 1.

### Searching other resources

The reference lists of included studies, records that do not contain original data (i.e., reviews, editorials, or commentaries), and the Fluoride Action Network website ("Fluoride affects learning

---

[4] NLM's Toxline database was not included in the search because recent changes have resulted in significant reductions in search functionality that limits running the search strings for this topic. In addition, the other databases are very likely to identify relevant published and peer-reviewed animal studies.

EPA0113279