# <u>Exhibit C</u>

**The Draft NTP "Communication Strategy" Document (EPA 0107646) that EPA Produced "After Further Review"**

| From: | Thayer, Kristina (NIH/NIEHS) [E] <thayer@niehs.nih.gov> |
|---|---|
| To: | Harrouk, Wafa (FDA/CDER); Mendez, Elizabeth; Lowit, Anna; wolfe@niehs.nih.gov; Harry, Jean (NIH/NIEHS) [E]; Strong, Jamie; Blair, Nicole (CDC/ONDIEH/NCCDPHP); Swartz, Christina; Doherty, Michael; Iafolla, Timothy (NIH/NIDCR) [E]; Behl, Mamta (NIH/NIEHS) [E]; Tucker, Nicole; DAgostino, Jaime; Rodgers-Jenkins, Crystal; Wang, Lili; Runner, Susan (FDA/CDRH); bucher@niehs.nih.gov; Weno, Katherine (CDC/ONDIEH/NCCDPHP); Ramasamy, Santhini; Donohue, Joyce; Swartz, Christina; Doherty, Michael; Schlosser, Christopher; Howard, Sandra (OS/OASH); Espinoza, Lorena (CDC/OID/NCHHSTP) |
| CC: | Gianelli, Diane M (OASH); Boehm, Karina (NIH/NIDCR) [E]; Bolek, Michelle (FDA/CDER); Borges-Silva, Quentin; Overstreet, Anne; Liv, Chanya (OS/OASH); Hannan, Casey J. (CDC/ONDIEH/NCCDPHP) |
| Sent: | 6/24/2016 10:16:55 AM |
| Subject: | Updated talking points for NTP fluoride and animal neurobehavior report |
| Attachments: | NTP fluorideJune2016final.docx |

Dear all,

Attached are updated talking points (we tried to make them non-technical). Please send comments by Monday, June 27.

Also, NIEHS/NTP is not planning on doing proactive outreach to the media about this completed animal review of the literature, but wants to be prepared if questions do come in.

----------------------

### DRAFT COMMUNICATIONS STRATEGY AND MESSAGING
### NTP PROGRAM OF STUDY ON FLUORIDE

### Animal Literature Review Completed
### DRAFT June 24, 2016

## Key Messages

The National Toxicology Program (NTP) has completed its systematic review of the published animal literature looking at the neurobehavioral effects of exposure to fluoride.

This review looked at animal literature (rats and mice) as part of a larger programmatic undertaking by NTP to look at potential health outcomes from fluoride. The animals in the studies were exposed to fluoride during development and adulthood at levels above 0.7 parts per million, which is the recommended level of community water fluoridation in the United States.

NTP's assessment is that there is a low to moderate level of confidence that the studies support adverse effects on learning and memory in rats and mice exposed to fluoride in the diet or drinking water.
The evidence was strongest in animals exposed as adults, and weaker in animals exposed during development. In addition, there were no studies that considered developmental exposure to fluoride at levels as low as the current community drinking water fluoride recommendations.  This is considered a research need.

**Next steps:** The NTP is conducting rodent studies to fill data research gaps identified in the review of the animal literature.  These results will be included in a future systematic review to evaluate potential neurobehavioral effects from exposure to fluoride during development with consideration of human, experimental animal, and mechanistic data such as cellular effects in the brain and thyroid hormone regulation.

These peer reviewed animal findings will be available on the NTP website at http://ntp.niehs.nih.gov/go/785076 on July 1.

EPA0107646

**Background**

The National Toxicology Program (NTP) received a nomination to review the literature associating exposures to fluoride during development with memory and behavior.

In response to this public nomination, the NTP proposed a concept for a new program of activities related to fluoride.

These activities were presented to <u>NTP Board of Scientific Counselors at a public meeting</u> in December, 2015. Public comments were also solicited. Information about the meeting and the concepts presented are available at <u>http://ntp.niehs.nih.gov/go/165</u>

NTP is conducting a review of the published research investigating neurobehavioral effects of developmental exposure to fluoride and is conducting additional studies in experimental animals, focused on learning and memory.

Fluoridation of water for the prevention of caries is considered one of the most significant public health achievements of the 20th century. This additional research and analysis by NTP will not re-evaluate the effectiveness of fluoridation to prevent dental cavities.

The NTP expects its analysis of the literature, and information from the new animal studies it will conduct, to be completed by 2018.

NTP will continue to work collaboratively with other government agencies to conduct, review, and report on research related to the potential health effects of fluoride.

**Communications Approach**

NIEHS/NTP is not planning on doing proactive outreach to the media about this completed animal review of the literature, but wants to be prepared if questions do come in.

Communications staff at relevant agencies were briefed on the findings on June 27.

If questions do arise from the media, refer them to NIEHS/NTP communications (Robin Mackar, 919-541-0073, <u>rmackar@niehs.nih.gov</u>)

NIEHS/NTP communications will facilitate media requests and schedule individual interviews with NTP spokesperson.

NTP Spokesperson: Dr. Kristina Thayer, Director, NTP Office of Health Assessment and Translation (OHAT) 919-541-5021, <u>Thayer@niehs.nih.gov</u>

The projects are expected to be completed in 2018.

EPA0107647