# Exhibit E

**A document EPA has partially produced [EPA0129900/Log Doc # 287] in which EPA has redacted the summary of NTP's Australian report.**

| | |
|---|---|
| **From:** | Thayer, Kristina (NIH/NIEHS) [E] <thayer@niehs.nih.gov> |
| **To:** | Grevatt, Peter |
| **CC:** | Oshida, Phil; Greene, Ashley; Clark, Becki; Mason, Paula; bucher@niehs.nih.gov |
| **Sent:** | 9/1/2015 10:51:05 AM |
| **Subject:** | RE: fluoride developmental neurotic nomination |
| **Attachments:** | Fluoride and Learning and Memory in Animals June 22, 2015.pdf |

Peter et al.,

How about any of these times for a 1 hour meeting?

This Friday
9/4 between 1 and 3:30 PM
9/8 at 11:30
9/10 at 11 AM
9/11 at 1 PM

Please find attached a report we worked on for the Australian National Health and Medical Research Council (NHMRC). It's a systematic review of the animal and behavior studies (abstract is below). I can walk you through the highlights during our meeting BUT understand this document has not been released as a formal NTP report and some of the conclusions could change as we have the report reviewed by technical advisors and subsequent external peer-review. Also, the attached report includes studies of animals exposed as adults or during development and the nomination referenced by John below focuses on developmental.


Best,

Kris
-----------------------------------------------
Kristina Thayer, Ph.D.
Deputy Director for Analysis, Division of the NTP
Director, NTP Office of Health Assessment and Translation (OHAT)
NIEHS/NTP
530 Davis Drive
Room 2150/Mail Drop K2-04
Morrisville, NC 27560
Ph: 919-541-5021
Fax: 301.480.3286
thayer@niehs.nih.gov

[redacted]



**From:** Grevatt, Peter [mailto:Grevatt.Peter@epa.gov]
**Sent:** Tuesday, September 01, 2015 10:34 AM
**To:** Bucher, John (NIH/NIEHS) [E]
**Cc:** Thayer, Kristina (NIH/NIEHS) [E]; Oshida, Phil; Greene, Ashley; Clark, Becki; Mason, Paula
**Subject:** Re: fluoride developmental neurotic nomination

Thanks John, and apologies for my delayed reply. We have important work coming up on fluoride and we would be pleased to have the opportunity to discuss this nomination with you. Please let us know what time would be convenient, and your folks can work with Paula Mason to get this on my calendar.

Sent from my iPhone

On Aug 31, 2015, at 8:17 AM, Bucher, John (NIH/NIEHS) [E] <bucher@niehs.nih.gov> wrote:

Hello Peter, I'm resending this in case this slipped by. Appreciate any suggestions. Thanks, john

**From:** "John R. Bucher" <bucher@niehs.nih.gov>
**Date:** Tuesday, August 11, 2015 at 2:55 PM
**To:** "grevatt.peter@epa.gov" <grevatt.peter@epa.gov>
**Cc:** "Thayer, Kris (NIH/NIEHS)" <thayer@niehs.nih.gov>
**Subject:** fluoride developmental neurotic nomination

Hi Peter,
I wanted to let you know about some upcoming activities of the National Toxicology Program related to fluoride and ask a small favor. We recently received a request that our Office of Health Assessment and Translation carry out a systematic review of the published evidence linking fluoride with developmental neurotoxicity (an integrated analysis of human, animal, and mechanistic evidence). As is our standard practice, issues nominated to the NTP for either a research program or a literature analysis activity are typically announced in the Federal Register with a request for public comment. We then use this information along with agency comment to decide whether to move a project forward. If a project is considered to have sufficient scientific merit, we then prepare a brief "concept document" that lays out the specific question to be addressed, and the general approach we might take to carry out the research or analysis activity. We then take this to our Board of Scientific Counselors for their comment before deciding whether to undertake further action on the nomination.

We've provided some assistance to the Australian government with a systematic review of the experimental animal studies specifically examining the literature on learning and memory. This nomination would represent an expansion of that work and would involve an examination of human studies as well as studies of any sort that

evaluate biological plausibility.

I wonder if you, or others in your office would consider providing comment and advice as we scope this nomination by reviewing our proposed approach (presented in the concept document) and systematic review protocol, if we move forward with the nomination. We do not expect this to require more than a very modest time commitment, e.g., concept documents are typically not more than a few pages in length.

If you or those you recommend would be willing to help out, we'd like to set up a phone conversation to expand on this note and answer questions. Please let me know if you are interested. Appreciate your help very much.

John

EPA0129902