# Exhibit F

**An excerpt***
**of NTP's systematic review of fluoride and learning/memory**
**that NTP submitted to the Australian government in 2015**

*\* Plaintiffs have attached the first 5 pages. The full document is 64 pages.*

# SYSTEMATIC REVIEW ON THE NEUROBEHAVIORAL TOXICITY OF FLUORIDE IN ANIMAL STUDIES

Prepared in consultation with the National Toxicology Program Office of Health Assessment and Translation (OHAT), National Institute of Environmental Health Sciences

June 2015

Disclaimer: This report has not been formally disseminated by NTP. It does not represent and should not be construed to represent final NTP determination or policy.

Systematic Review on the Neurobehavioral Effects of Fluoride in Animal Studies

# TABLE OF CONTENTS

Abstract .................................................................................................................................1
Introduction ..........................................................................................................................2
   Objectives and Specific Aims ..........................................................................................2
      Specific Aims ...........................................................................................................2
Methods ................................................................................................................................3
   Development of Research Question ................................................................................3
   Literature Search Strategies .............................................................................................4
      Searching electronic databases ................................................................................4
      Searching other resources ........................................................................................4
   Selection Criteria for the Evidence ..................................................................................4
   Data Collection and Presentation .....................................................................................5
      Data extraction .........................................................................................................5
      Quality assessment of individual studies .................................................................5
      Evidence synthesis ...................................................................................................8
      Assessment of confidence in the body of evidence .................................................9
      Preparation of level of evidence conclusions ........................................................10
Results ................................................................................................................................12
   Literature Search Results ...............................................................................................12
      Included studies .....................................................................................................13
   Overview of Included Studies .......................................................................................17
      Behavioral Tests for Learning and Memory .........................................................17
   Effects of Fluoride on Learning and Memory ...............................................................21
      Evidence Synthesis ................................................................................................21
      Exposure during development ...............................................................................21
      Exposure during adulthood ....................................................................................23
Discussion ..........................................................................................................................28
   Summary ........................................................................................................................28
   Limitations in the Literature Base ..................................................................................28
   Limitations of the Systematic Review ...........................................................................28
   Data Gaps and Research Needs .....................................................................................29
   Conclusion .....................................................................................................................29
   Contributors ...................................................................................................................30
      NTP Evaluation Team ...........................................................................................30
      Protocol Peer-Reviewers .......................................................................................30
**References** ........................................................................................................................31
**Appendices** .......................................................................................................................36
   Appendix 1. Electronic Database Search Strategies .....................................................36
   Appendix 2. Data Extraction Elements Captured in DRAGON for Animal Studies ............44
   Appendix 3. Studies excluded from the analysis for having "probably high" or
      "definitely high" risk of bias in critical domains. .................................................45
   Appendix 4. Learning and Memory: Morris Water Maze ............................................47
   Appendix 5. Learning and Memory: T-Maze ................................................................47
   Appendix 6. Learning and Memory: Y-Maze ...............................................................49
   Appendix 7. Learning and Memory: Other Maze Tests ................................................50
   Appendix 8. Learning and Memory: Exploratory Behavior .........................................51
   Appendix 9. Learning and Memory: Passive Avoidance ..............................................52
   Appendix 10. Learning and Memory: Active Avoidance .............................................53
   Appendix 11. Motor and Sensory Function: Locomotor Activity .................................54

Systematic Review on the Neurobehavioral Effects of Fluoride in Animal Studies

Appendix 12. Motor and Sensory Function: Movement Coordination ..............................55
Appendix 13. Motor and Sensory Function: Reflex........................................................56
Appendix 14. Anxiety/Motor Activity ..............................................................................57
Appendix 15. Grooming, Defecation, Urination..............................................................58
Appendix 16. Sexual Behavior ......................................................................................59
Appendix 17. Territorial Aggression...............................................................................60
Appendix 18. Other .......................................................................................................61

EPA0117619

Systematic Review on the Neurobehavioral Effects of Fluoride in Animal Studies

## ABSTRACT

**Objective:** The objective of this systematic review was to evaluate the effects of fluoride on learning and memory in experimental animals. This evaluation is intended to complement consideration of analyses of human studies being undertaken to assess possible impacts of public water fluoridation on children's IQ.

**Methods**: We included studies utilizing mammalian animal models (whole organism) of all ages treated with forms of fluoride relevant for water fluoridation. The primary outcome was learning and memory, but we also included studies assessing motor and sensory function, and other aspects of behavior (e.g., anxiety, territorial aggression). Studies assessing thyroid function or brain-related cellular, morphometric or histological endpoints were considered beyond the scope of this analysis. A literature search was performed using PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several specialized databases specific to toxicology. There were no date or language restrictions. Risk of bias was assessed regarding randomization, allocation concealment, blinding, exposure characterization, health outcome assessment, incomplete outcome data, selective outcome reporting, and other biases.

**Results:** We included 61 studies, 44 of which addressed learning and memory. No meta-analysis was conducted due to the small number of studies that measured endpoints similarly when study design heterogeneity was considered, i.e., dose levels, duration of treatment, lifestage at exposure, species, or differences in measurement of behavioral responses. Approximately 30% of the learning and memory studies were considered to have a very serious risk of bias and were excluded from the narrative analysis of learning and memory, thus conclusions were reached on 30 studies. Results show a moderate level-of-evidence for a pattern of findings suggestive of an effect on learning and memory in rats or mice treated during development or adulthood. Additional studies are required to have higher confidence in the specificity of the responses as learning or memory impairments and in quantitative measures such as the effect sizes, point of departure, identification of NOEL or LOEL doses, or parameters for benchmark dose analysis.

**Conclusion:** This review of neurobehavioral studies in experimental animals (rats and mice) exposed to fluoride in drinking water or diet during either the young adult/adult, or gestational and young adult life stages, found evidence of potential detrimental effects on learning and memory. The confidence in these findings is moderate primarily based on limitations in the studies that prevent precise estimates of effect sizes in many of the studies, and the potential confounding of the learning and memory assessments by deficits in motor function or fear responses.

EPA0117620

Systematic Review on the Neurobehavioral Effects of Fluoride in Animal Studies

## INTRODUCTION

In Australia, naturally-occurring fluoride levels in drinking water sources are generally very low (<0.1 mg/L) and fluoride has been intentionally added to drinking water for more than 55 years to promote dental health. The use of fluoride in Australian drinking water is controlled by state and territory legislation and regulations as well as local regulations.

In 2007, the National Health and Medical Research Council (NHMRC) published A Systematic Review of the Efficacy and Safety of Fluoridation. Based on the findings presented in the review, NHMRC issued a public statement that recommended "that water be fluoridated in the target range of 0.6 to 1.1 mg/L, depending on climate, to balance reduction of dental caries and occurrence of dental fluorosis". The 2011 Australian Drinking Water Guidelines developed by NHMRC in collaboration with the Natural Resource Management Ministerial Council recommend that based on health considerations (namely to protect children from the risk of dental fluorosis), the concentration of fluoride in drinking water should not exceed 1.5 mg/L1.

On 20 June 2013, attendees of an expert meeting on water fluoridation advised that NHMRC's 2007 Review should be updated and broadened to accommodate any new evidence on the health effects of water fluoridation published since 2006. Following this advice, at its meeting on 21 June 2013, the Council of NHMRC reaffirmed NHMRC's 2007 public statement and recommended that NHMRC update the body of evidence to include more recent studies and assess their relevance in the Australian context.

This systematic review on the neurobehavioral effects of fluoride in animal studies is intended to complement an analysis of human studies being undertaken by the University of Sydney to assess potential health effects associated with water fluoridation. The specific research question being addressed in the animal study evaluation focuses on learning and memory due to community concern expressed over possible impacts of public water fluoridation on children's IQ.

### Objectives and Specific Aims

The overall objective of this evaluation is to undertake a systematic review of the existing animal studies to develop level of evidence conclusions about whether fluoride exposure is associated with impairments in learning and memory.[2]

### *Specific Aims*

- Identify studies assessing neurobehavioral outcomes in experimental animals treated with fluoride.

- Extract data on relevant health outcomes from included studies.

---

[1] For more information see "Health effects of water fluoridation" at http://www.nhmrc.gov.au/health-topics/health-effects-water-fluoridation
[2] Level of evidence conclusions focused on learning and memory although studies evaluating other aspects of behavior were identified, data extracted, and assessed for risk of bias (Appendices 4 to 18).

2

EPA0117621