# Exhibit G

# Declaration of Debra. J. Carfora

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>U.S. Environmental Protection Agency,<br>et al.,<br><br>　　　　　　　　Defendants. | Case No.: 17-cv-02162-EMC |

## DECLARATION OF DEBRA J. CARFORA

　　　I, Debra J. Carfora, declare that the following statements are true and correct to the best of my knowledge and belief, that they are based upon my personal knowledge and that they are provided in conjunction with Defendant Environmental Protection Agency's ("EPA") Objection to Reply Evidence.

　　　1. I am a Trial Attorney for the Unites States Department of Justice, Environment and Natural Resources Division, Environmental Defense Section, which is located at 601 D Street, NW, Washington, D.C. 20004. I am lead counsel representing EPA in the above captioned matter. Based on information and belief, I understand that Michael P. Connett is the lead attorney representing all of the Plaintiffs in this matter.

　　　2. Sometime between November 16, 2018, and December 12, 2018, I conferred with Mr. Connett by telephone concerning the inadvertent production of a draft of the 2016 NTP Animal Literature Review. The first page of the document was bates stamped as EPA0113270. Mr. Connett notified me of a potential waiver of the claim of privilege as to the 2016 NTP Animal Literature Review based on the production of this document. Plaintiffs have attached this document as Exhibit B to their Supplemental Brief in support of their motion to compel the

1

2

production of certain withheld documents. (ECF No. 92-2).

3. During the parties' conference, I informed Mr. Connett that EPA maintained the claim of privilege over this document, and that such disclosure did not constitute a waiver of the deliberative process privilege pursuant to Paragraph 19 of the Stipulation and Order Regarding Discovery Procedure. (ECF No. 74).

4. At no time has Mr. Connett, or any other counsel for Plaintiffs, notified me, or any other counsel for EPA, that Plaintiffs have identified any other document that appeared on its face, or in light of facts known to him, to potentially be subject to EPA's claim of privilege

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I declare the foregoing is true and correct to the best of my knowledge.

Dated: March 22, 2019              *Debra J. Carfora*
                                    Debra J. Carfora, Trial Attorney