UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>   Defendants. | Case No. 17-cv-02162-EMC   (KAW)<br><br>**SECOND ORDER REGARDING THE SECOND DISCOVERY LETTER**<br><br>Re: Dkt. No. 79 |

Defendants shall provide chambers copies of the documents listed in Paragraph 11b of the Second Ross Declaration, other than EPA0120841 (which was previously provided to the court), for *in camera* review. Defendants shall coordinate the submission of the material for *in camera* review with Courtroom Deputy Indira Aguilar, who may be reached at (510) 637-3525. Defendants shall ensure that the Court receives the materials by **April 9, 2019**. The Court may compel production of these materials if Defendants fail to comply with any of the foregoing. If Defendants to not make arrangements to retrieve the materials after the Court has completed its *in camera* review, the Court will dispose of the materials.

IT IS SO ORDERED.

Dated: April 3, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge