C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile
*Attorneys for Plaintiffs*

DEBRA J. CARFORA
JOHN THOMAS H. DO
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 514-2640
Email: debra.carfora@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENY, et al.,<br>Defendants. | No. 3:17-cv-02162-EMC<br><br>**STIPULATION ON DISCOVERY SCHEDULE COURT ORDER** |

WHEREAS, on April, 19, 2018, this Court entered a Case Management and Pretrial Order for a Bench Trial, ECF No #58;

WHEREAS, on December 29, 2018 and February 8, 2019, this Court stayed this matter pending restoration of federal funding for Defendants and resolution of the parties' Second and Third Discovery Dispute Letters (ECF Nos. 83 & 86);

WHEREAS, prior to the lapse of appropriations and stays of this matter, fact discovery had ended, but for 31 days of limited fact discovery remaining (December 21, 2018 - January 21,

STIPULATION ON DISCOVERY SCHEDULE         1         Case No 3:17-cv-02162-EMC

2019) for: five noticed depositions originally scheduled in January 2019; five depositions which were removed from the calendar but are pending agreement of the parties as to certain fact stipulations; and other standing depositions which are pending submission of declarations in lieu of depositions;

WHEREAS, the Court further ordered the parties to propose a discovery schedule following resolution of the discovery disputes;

WHEREAS, government appropriations have been restored, and on April 12, 2019, the Court issued a ruling on the Second and Third Discovery Dispute Letters, ECF No 96[1];

WHEREAS, the parties have conferred regarding their respective schedules and availability of witnesses.

THEREFORE, the parties propose and stipulate to the following schedule:

<u>Limited Fact Continues</u>: May 13, 2019

<u>Limited Fact Discovery Cut-Off</u>: June 13, 2019

<u>Disclosure of Opening Expert Reports</u>: June 27, 2019

<u>Disclosure of Expert Rebuttal Reports</u>: August 1, 2019

<u>Expert Discovery Cut-Off</u>: September 6, 2019

<u>Last Day to Hear Dispositive Motions</u>: October 31, 2019

IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

DATED: April 23, 2019               FOOD & WATER WATCH

                                    */s/ Michael Connett*
                                    Michael Connett
                                    Attorney for Plaintiffs

DATED: April 23, 2019

                                    /s/ *John Thomas H. Do*
                                    JOHN THOMAS H. DO
                                    United States Department of Justice

---

[1] The proposed schedule is premised on no party seeking reconsideration of this order.  If any party elects to seek reconsideration, the parties shall meet and confer and move for an alternative schedule concurrently as any motion for reconsideration.

STIPULATION ON DISCOVERY SCHEDULE          2          Case No 3:17-cv-02162-EMC

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that counsel for Plaintiffs has concurred in the filing of this document.

/s/ *John Thomas H. Do*
John Thomas H. Do
United States Department of Justice

# [PROPOSED] ORDER

Before the Court is the parties' Stipulation on Discovery Schedule And [Proposed] Order. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED. It is further ORDERED that the discovery deadlines in this case are as follows:

Limited Fact Continues: May 13, 2019

Limited Fact Discovery Cut-Off: June 13, 2019

Disclosure of Opening Expert Reports: June 27, 2019

Disclosure of Expert Rebuttal Reports: August 1, 2019

Expert Discovery Cut-Off: September 6, 2019

Last Day to Hear Dispositive Motions: October 31, 2019

Final Pretrial Conference: _____

Trial Date: _____

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this __23rd__ day of ____April____, 2019.

_____
EDWARD M. CHEN
United States District Court Judge