1  DEBRA J. CARFORA
2  JOHN THOMAS DO
   U.S. Department of Justice
3  Environment & Natural Resources Division
4  Environmental Defense Section
   601 D Street, NW, Suite 8000
5  Washington, DC 20004
6  Tel.   (202) 514-2640
7  debra.carfora@usdoj.gov

8  *Attorneys for Defendants*

9  **IN THE UNITED STATES DISTRICT COURT**
10
11 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12 **SAN FRANCISCO DIVISION**

13
14 | FOOD & WATER WATCH, INC, et al., | Case No.: 17-cv-02162-EMC |
   |---|---|
15 | | **Stipulation Regarding Manufacturers of Fluoridation Chemicals** |
16 | Plaintiffs, | |
17 | v. | |
18 | U.S. Environmental Protection Agency, et al., | |
19 | | |
20 | Defendants. | |

Plaintiffs and Defendant Environmental Protection Agency ("EPA") jointly submit this Statement of Stipulated Facts concerning three companies that manufacture water fluoridation chemicals in the Unites States.

1. J.R. Simplot Company (hereafter Simplot) produces Hexafluorosilicic Acid, commonly known as Fluorosilicic Acid ("FSA").

2. Simplot has not performed independent testing or analysis to determine the potential for FSA to cause neurotoxic effects.

3. Simplot has not undertaken any specific tests or analysis to determine the potential for FSA in the form or level it may be introduced in public drinking water to impair the function of the thyroid gland.

4. Simplot has not performed independent testing or analysis to determine the potential for FSA in the form or level it may be introduced in public drinking water to harm susceptible subsets of the population.

5. Simplot has not performed independent testing or analysis to determine the daily dose of fluoride ion that will not cause neurotoxic effects.

6. Mosaic Fertilizer and Mosaic Global Sales (collectively, the "Mosaic Subsidiaries") are subsidiaries of the Mosaic Company. These two subsidiaries respectively manufacture and sell FSA.

7. The Mosaic Subsidiaries have not taken any actions to determine the potential for fluoridation chemicals to cause neurotoxic effects, to impair the functioning of the thyroid gland, or to harm susceptible subsets of the population.

8. The Mosaic Subsidiaries have not taken a public position on the daily dose of fluoride ion that will not cause neurotoxic effects.

9. Solvay Fluorides, LLC ("Solvay") manufactures and/or sells certain fluoridation chemicals.

10. Solvay has not taken any actions to determine the potential for fluoridation chemicals to cause neurotoxic effects, to impair the functioning of the thyroid gland, or to harm susceptible subsets of the population.

11. Solvay, has not taken any actions to determine the daily dose of fluoride ion that will not cause neurotoxic effects.

12. Notwithstanding this stipulation, EPA is not waiving, and expressly reserves all rights and defenses to contest the relevance of these facts to Plaintiffs' claim throughout every stage of this litigation, including trial.

IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

DATED: May 22, 2019                FOOD & WATER WATCH

*/s/ Michael Connett by permission*
MICHAEL CONNETT
Attorney for Plaintiffs

DATED:  May 22, 2019

*/s/ Debra J. Carfora*
DEBRA J CARFORA
JOHN THOMAS H. DO
United States Department of Justice
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 22nd day of May, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

             /s/ *Debra J. Carfora*
             Debra J. Carfora, Trial Attorney