# Exhibit B

# Declaration of Cici Reed, Executive Director of Moms Against Fluoridation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al*., | Case No. 17-cv-02162-EMC |
| Plaintiffs, | |
| v. | DECLARATION OF CICI REED |
| ENVIRONMENTAL PROTECTION AGENCY, *et al*., | |
| Defendants. | |

I, CICI REED, declare as follows:

1. I am over the age of eighteen (18) years of age, and suffer from no legal incapacity.

2. I am the Executive Director of Moms Against Fluoridation (MOMS), a position I have held since the organization's founding in 2014. In my capacity as Campaign Director, I oversee and am intimately familiar with the organization's mission, membership, activities, and operations.

3. I make this declaration in support of MOMS' action against EPA under the Toxic Substances Control Act regarding the risks posed by fluoridation chemicals in drinking water.

- 1 -

4. MOMS is a national non-profit 501(c)(3) organization that was incorporated in Oregon on June 2, 2014. MOMS is deeply concerned by recent, peer-reviewed medical literature indicating that fluoridation chemicals can cause neurological harm in our children. In light of these and other health concerns, MOMS seeks to end the addition of toxic fluoridation chemicals to our public water supplies in the USA through the education of families, legislators and government leaders. This litigation is unquestionably germane to MOMS' mission.

5. MOMS' work is financed through the regular donations of its supporters, who MOMS considers members.  Audrey Adams (Renton, WA), Kristin Lavelle (Berkeley, CA), Franzi Talley (Asheville, NC), and Randy Talley (Asheville, NC), are each members of MOMS.

6. MOMS members would have standing in their individual capacity to bring this action, as evident by the experiences of Audrey Adams, Kristin Lavelle, Franzi Talley, and Randy Talley. I am aware of other MOMS members with similar experiences, but for purposes of convenience and economy, MOMS is limiting its standing in this case to the experiences of Mrs. Adams, Mrs. Lavelle, Mrs. and Mr. Talley.

7. As evidenced by the sworn statements of Ms. Adams and Ms. Lavelle, some MOMS members expend substantial sums of money and endure substantial inconvenience in order to protect themselves and their families from the credible risks of neurological harm posed by fluoridation chemicals in food and water, including:

   A. Purchasing non-fluoridated spring/filtered/deionized water for drinking and cooking needs;
   B. Purchasing specialized water filtration systems (including ongoing replacement of filter cartridges) for drinking, cooking and showering needs;
   C. Purchasing bottled water for drinking needs when away from home;
   D. Refraining from consumption of restaurant-prepared beverages in areas where fluoridation chemicals are added to drinking water;

D. Refraining from consumption of restaurant-prepared beverages in areas where fluoridation chemicals are added to drinking water;

E. Refraining from consumption of commercially produced beverages, including coffee, sodas, reconstituted juices, and beers; and

F. Refraining from, or limiting, showers and baths in areas where fluoridation chemicals are added to drinking water.

8. For some MOMS members, the concern about the neurological risks from fluoridation chemicals is based, in part, on the neurological ailments they, or their children, have suffered from drinking fluoridated water. The declaration and deposition of Audrey Adams provides examples of the personal health issues that some MOMS members and their families have experienced from their exposure to fluoridation chemicals.

9. Additional facts supporting the organizational standing of MOMS are set forth in Plaintiffs' response to Defendants Interrogatory No. 7.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge. Executed this 10 day of December, 2018 in Asheville, North Carolina.

CICI REED
Executive Director
MWAF