Exhibit C

Declaration of Kristin Lavelle

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12
13

14   FOOD & WATER WATCH, INC., *et* ) Case No. 17-cv-02162-EMC
     *al.*,                        )
15                                 )
                                   )
16               Plaintiffs,       )
                                   )   DECLARATION OF KRISTIN
17        v.                       )   LAVELLE
                                   )
18   ENVIRONMENTAL PROTECTION      )
     AGENCY, *et al.*,             )
19                                 )
                                   )
20               Defendants.       )
                                   )
21   ——————————————————————————    )

22   I, KRISTIN LAVELLE, declare as follows:

23   1.     I am over the age of eighteen years and am competent to make this declaration.  All the

24   facts stated herein are within my personal knowledge.

25   2.     I am a health professional, an Occupational Therapist and Certified Hand Therapist at San

26
     Francisco General Hospital/San Francisco Department of Public Health with 25 years of clinical
27

28

- 1 -

experience. I also have 5 years of teaching experience as an Assistant Professor in the Masters of Occupational Therapy program at Samuel Merritt University in Oakland, CA.

3.      In the early 2000s, I became aware of health concerns related to fluoridation chemicals in drinking water, including the fact that the union representing the scientists and professionals at the Environmental Protection Agency (EPA) had issued a statement opposing fluoridation because of its risks. (Hirzy 1999). Based on my assessment of the literature at that time, I was persuaded that the health risks from ingesting fluoride in water outweighed any benefits from ingesting it. Shortly after my son Neal was born in 2004, I began taking prudent measures to minimize my family's exposure to fluoride in drinking water. I have continued these efforts to the present day, as explained below.

4.      I have been, and remain, deeply concerned about the harm that fluoride may pose to my son. I am concerned, in part, by the numerous studies that have reported associations between fluoride ingestion during childhood and adverse neurological effects, including reduced IQ (NRC 2006; Choi 2012). I recall that the EPA union of scientists and professionals cited the research on fluoride and the brain as one of the reasons for their opposition to fluoridation. I have strived, therefore, to take whatever measures I can to minimize Neal's ingestion of fluoride.

5.      A related concern that caught my attention when I first began reading about fluoride was a potential link between fluoride and dementia. Based on my understanding, the concern originated from animal experiments (e.g., Varner 1998) which found that rats consuming 1 ppm fluoride in drinking water (the same level used in water fluoridation programs) had higher uptake of aluminum into their brain, as well as brain changes that were apparently consistent with the changes seen in the brains of Alzheimer's patients. The EPA union of scientists and professionals cited this research as one of the bases for their opposition to water fluoridation.

6.      I have seen first hand the devastating effects of Alzheimer's, as my grandfather suffered from it at the end of his life, and my aunt and father-in-law are both currently suffering from it as well. The reported link between fluoride and dementia is an issue that causes me significant apprehension, and one of the reasons I continue taking steps to minimize my ingestion of fluoride chemicals.

7.      My concerns about the health effects of fluoride ingestion were further increased after learning of the findings and recommendations of the National Research Council's (NRC) 2006 review *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*.  I was disturbed to read the myriad number of potential health effects of fluoride ingestion that the NRC identified, including a broad range of adverse neurological and endocrine system effects. Among other things, the NRC confirmed that "fluorides have the ability to interfere with the functions of the brain" and cause brain changes in experimental lab animals that parallel the changes seen in humans with dementia. (p. 222) I am aware of a study published subsequent to the NRC review (i.e., Li 2015) that reported associations between fluoride exposure and cognitive decline in the elderly. It is my understanding that the urinary fluoride levels associated with cognitive decline in this study are within the range found among adults drinking fluoridated water.

8.      I am aware that thyroid disease, including hypothyroidism, is a common cause of illness for women my age. I am concerned by reports linking fluoride to depressed thyroid function, including hypothyroidism. Much of this research was summarized by the NRC, which concluded that fluoride is an "endocrine disrupter." (NRC 2006, p. 266) I am aware of studies (e.g., Peckham 2015; Malin 2018) published subsequent to the NRC review which add further support for the potential of fluoride in drinking water to cause thyroid disease. The link between fluoride and depressed thyroid function is another reason I continue taking steps to minimize my ingestion of fluoride.

9.      An additional concern I have about fluoride in drinking water is the fact that it bioaccumulates in bone. I was concerned, for example, to read in the NRC report that fluoride has a 20-year half-life in bone, meaning that half of the fluoride that enters our bone today will still be there in 20 years. I am further concerned by research, discussed by the NRC, showing that the fluoride stored in bone begins to be released back into our bloodstream at increasing rates after menopause. (NRC 2006, p. 100-102.)  This increased circulation of fluoride in our blood later in life concerns me in light of the NRC's concerns about fluoride's potential link with dementia, and the studies linking fluoride to cognitive decline in late-life years. I try, therefore, to take whatever reasonable steps are available to me to minimize the buildup of fluoride into my bones.

10.     In order to protect myself and my family from the risks posed by fluoride in water, I have spent, and continue to spend, significant sums of money filtering fluoride out of our home's tap water. In or about 2001, while living in Oakland, CA (a city that adds fluoridation chemicals to its drinking water), my husband and I purchased and installed a reverse osmosis filter. However, because reverse osmosis filters are wasteful of water and remove beneficial minerals, we supplemented with a weekly delivery of spring water for some of our drinking and cooking needs. This required significant expense and inconvenience – e.g., changing heavy bottles on the water dispenser, and changing the filters on the reverse osmosis system annually.  Attached as **Exhibit A** are copies of receipts for my purchases of the spring water deliveries from the period of October 2013 to April 2015.

11.     In 2015, we moved to Berkeley, California, another city that adds fluoridation chemicals to its drinking water. To minimize our family's exposure to these fluoridation chemicals, we purchased, at great expense, a whole house filter in 2015. This whole house filter, which cost $2,050, was advertised as removing >80% of the fluoride. Attached as **Exhibit B** is a copy of the receipt for this whole house filter.

- 4 -

12.     After installing the whole house filter, I would occasionally test the water in our house for fluoride to verify that the filter was working properly. On several occasions, the tests found higher-than-expected fluoride levels, which caused me some concern about the continuing effectiveness of the filter.  Out of an abundance of caution, I decided to purchase a Berkey countertop water filter which was advertised as an effective filter for removing fluoride. I have intermittently tested the water from this filter and confirmed that it produces low (i.e., N.D. to <0.2 ppm F) levels of fluoride. Attached as **Exhibit C** is a receipt for the fluoride-testing kit that I purchased to test the fluoride levels in my water.

13.     We now use the Berkey countertop filter as our main source of home drinking water, although we still rely upon the whole house filter for filtering the water used for cooking and showering.  The Berkey filter requires regular ongoing replacement of its filter cartridges to remain effective (about once a year). Each replacement costs about $50. Attached as **Exhibit D** are documents related to my filter purchases from Berkey.

14.     In addition to spending substantial money to filter out the fluoride from the water at my home, I also take measures to minimize my family's exposure to fluoride in drinking water when away from home. As but one example, if I am having a meal at a restaurant in Berkeley or some other fluoridated community, I hesitate to drink the (free) house water and, where available, will often purchase a spring or sparkling water in its place.

15.     In light of the widespread implementation of water fluoridation programs in the United States, I understand that many processed beverages and foods are made with, and are thereby contaminated by, artificially fluoridated water. Since the labels on processed beverages and foods do not provide their fluoride content, it is difficult to fully eliminate my, or my family's, exposure to these fluoridation chemicals. I continue, however, to take steps to minimize our exposure.

- 5 -

16.     The addition of fluoridation chemicals to drinking water has an ongoing impact on my family's daily life, and affects our physical, emotional and financial well-being. Among other things, the addition of fluoridation chemicals to water deprives us of the ability to drink the water that is delivered to our home with a peace of mind that such water is safe and will not cause chronic illness, and has led us to spend substantial sums of money avoiding these chemicals both in, and outside, the home.

17.     I am a member of both Fluoride Action Network and Moms Against Fluoridation. Documents reflecting some of my membership contributions are attached as **Exhibit E**.

18.     Citations to the papers that I have referenced above are provided in **Exhibit F** to this declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 16th day of November, 2018 in Berkeley, California.

KRISTIN LAVELLE

- 6 -

# EXHIBIT A

## Upcoming Delivery Dates

| October 2013 | November 2013 | December 2013 |
|---|---|---|
| Thursday 24 | Thursday 7 | Thursday 5 |
| | Thursday 21 | Thursday 19 |

### Alhambra — We Deliver! STANDARD coffee

**Bottled Water * Filtration * Coffee**

Athena bottled water supports the fight against breast cancer all year `round. October is especially important because it's Breast Cancer Awareness month. Special - buy two cases of Athena bottled water, get one free! $7.99 per case (24 .5L bottles/case). Offer ends 12/31/13.

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 10-13-13 |
| Invoice #: | 13290343 101313 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 10-11-13 | | **Previous Balance** | | | **0.00** |
| | | Payment - Credit Card - 338888 - Thank You | | | -120.08 |
| | | Remaining Balance | | | -120.08 |
| 10-11-13 | T132844863016 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 3 | 23.99 | 71.97 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 3 | 15.00 | 45.00 |
| | | ENERGY SURCHARGE | 1 | 3.11 | 3.11 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **120.08** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | − | Payment | + | Total New Charges | = | Pay This Amount |
|---|---|---|---|---|---|---|
| $0.00 | | $120.08 | | $120.08 | | $0.00 |

      


Alhambra · Crystal Rock · Crystal SPRINGS · DEEP ROCK WATER · Hinckley Springs · Kentwood SPRINGS · Mount Olympus · Sierra SPRINGS · Sparkletts · STANDARD coffee · Vermont Pure

**Alhambra STANDARD coffee**     6750 Discovery Blvd.
Mableton, GA 30126

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ ☐☐☐☐☐ . ☐☐

**♩ Mail Remittance With Payment To: ♩**



**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343

Invoice #: 13290343 101313

| Date | Details | Qty. | Each | Amount |
|---|---|---|---|---|
| | **Total New Charges** | | | **120.08** |

1-800-4-WATERS (1-800-492-8377)                                                           www.AlhambraWater.com

## Upcoming Delivery Dates

| December 2013 | January 2014 | February 2014 |
|---|---|---|
| Thursday 5 | Thursday 2 | Thursday 27 |
| | Thursday 30 | |

**Alhambra**   **We Deliver!** **STANDARD** coffee

**Bottled Water * Filtration * Coffee**

Sparkling Water! We now offer Italy's #1 sparkling water, Ferrarele, for delivery! Order convenient 12-pack (750mL) glass bottles or 24-pack (330mL) glass bottles of Ferrarele and put a little sparkle in your day. Ask your Route Sales Representative to add a case to your next order.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 11-10-13 |
| Invoice #: | 13290343 111013 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 11-08-13 | | Payment - Credit Card - 903299 - Thank You | | | -79.10 |
| | | Remaining Balance | | | -79.10 |
| | | | | | |
| 10-14-13 | T132874916060 | SPRINGWELL DISPENSER Installed Serial #101413 | 1 | 0.00 | 0.00 |
| | | FLOOR STAND Installed Serial #101413 | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **0.00** |
| | Rec'd by: | Not Available or Refused | | | |

---

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance **$0.00** | − | Payment **$79.10** | + | Total New Charges **$79.10** | = | Pay This Amount **$0.00** |
|---|---|---|---|---|---|---|

---

         

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

**Alhambra STANDARD** coffee
6750 Discovery Blvd.
Mableton, GA 30126

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ _____.__

**Mail Remittance With Payment To:**

KRISTIN LAVELLE
428 61ST ST
OAKLAND, CA 94609

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579

**Customer Account #:** 605745613290343                     **Invoice #:** 13290343 111013

| Date | Details | | Qty. | Each | Amount |
|------|---------|--|------|------|--------|
| | R132874874286 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| | R132874874287 | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **0.00** |
| 11-07-13 | T133114916051 | FLOOR STAND Installed Serial #101413 | 1 | 0.00 | 0.00 |
| | | FLOOR STAND Removed Serial #101413 | -1 | 0.00 | 0.00 |
| | | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -3 | 15.00 | -45.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | ENERGY SURCHARGE | 1 | 3.14 | 3.14 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **36.12** |
| 11-08-13 | T133124916027 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 1 | 23.99 | 23.99 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 1 | 15.00 | 15.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **38.99** |
| | | **Total New Charges** | | | **79.10** |

1-800-4-WATERS (1-800-492-8377)                                                                                      www.AlhambraWater.com

**Upcoming Delivery Dates**

| January 2014 | February 2014 | March 2014 |
|---|---|---|
| Thursday 2 | Thursday 27 | Thursday 27 |
| Thursday 30 | | |

**Alhambra** — **We Deliver!** **STANDARD** coffee

Bottled Water * Filtration * Coffee

Sparkling Water! We now offer Italy's #1 sparkling water, Ferrarelle, for delivery! Order convenient 12-pack (750mL) glass bottles or 24-pack (330mL) glass bottles of Ferrarelle and put a little sparkle in your day. Ask your Route Sales Representative to add a case to your next order.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 12-08-13 |
| Invoice #: | 13290343 120813 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 12-06-13 | | Payment - Credit Card - 731649 - Thank You | | | -94.04 |
| | | Remaining Balance | | | -94.04 |
| | | | | | |
| | R133204874286 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| | Rec'd by: | | | | |

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-003

| Previous Balance | − | Payment | + | Total New Charges | = | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | | **$94.04** | | **$94.04** | | **$0.00** |

---

      

Alhambra®   Crystal Rock®   Crystal SPRINGS®   DEEP ROCK WATER®   Hinckley Springs®   Kentwood SPRINGS®   Mount Olympus®   Sierra SPRINGS®   Sparkletts®   STANDARD coffee™   Vermont Pure®

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

**Alhambra**  **STANDARD** coffee
6750 Discovery Blvd.
Mableton, GA 30126

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.



$ ☐☐☐☐☐.☐☐

**↕ Mail Remittance With Payment To: ↕**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343

Invoice #: 13290343 120813

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | R133204874287 | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **0.00** |
| | | | | | |
| 12-05-13 | T133394916052 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 3 | 23.99 | 71.97 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -2 | 15.00 | -30.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 3 | 15.00 | 45.00 |
| | | ENERGY SURCHARGE | 1 | 3.08 | 3.08 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **90.05** |
| | | | | | |
| | | **Total New Charges** | | | **94.04** |

1-800-4-WATERS (1-800-492-8377)                                                                    www.AlhambraWater.com

## Upcoming Delivery Dates

| January 2014 | February 2014 | March 2014 |
|---|---|---|
| Thursday 30 | Thursday 27 | Thursday 27 |

### Alhambra — We Deliver! STANDARD

. Bottled Water * Filtration * Coffee

Sparkling Water! We now offer Italy's #1 sparkling water, Ferrarelle, for delivery! Order convenient 12-pack (750mL) glass bottles or 24-pack (330mL) glass bottles of Ferrarelle and put a little sparkle in your day. Ask your Route Sales Representative to add a case to your next order.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | **01-05-14** |
| Invoice #: | **13290343 010514** |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 01-03-14 | | Payment - Credit Card - 420135 - Thank You | | | -3.99 |
| | | Remaining Balance | | | -3.99 |
| | R133484874287 | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **0.00** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | Payment | Total New Charges | Pay This Amount |
|---|---|---|---|
| **$0.00** | **$3.99** | **$3.99** | **$0.00** |

─ + =

---

       



6750 Discovery Blvd.
Mableton, GA 30126

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

 

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

$ ☐☐☐☐☐☐

⇓ **Mail Remittance With Payment To:** ⇓

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                     Invoice #: 13290343 010514

| Date | Details | | Qty. | Each | Amount |
|------|---------|---|------|------|--------|
| | R133484874286 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| | | **Total New Charges** | | | **3.99** |

1-800-4-WATERS (1-800-492-8377)                                                                www.AlhambraWater.com

## Upcoming Delivery Dates

| March 2014 | April 2014 | May 2014 |
|---|---|---|
| Thursday 27 | Thursday 24 | Thursday 22 |

**Alhambra.**   **We Deliver!**   **STANDARD** *coffee*

Bottled Water * Filtration * Coffee

Put a little sparkle in your day! Now offering Ferrarelle - Italy's #1 Sparkling Water delivered to your door. Add a 12-pack of 750mL bottles or 24-pack of the 330mL bottles to your next delivery. Ask your RSR for details or order now and enjoy crisp refreshing Ferrarelle Sparkling Water today!

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | | |
|---|---|---|
| Invoice Date: | | 03-02-14 |
| Invoice #: | | 13290343 030214 |
| Purchase Order #: | | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 02-28-14 | | Payment - Credit Card - 352358 - Thank You | | | -55.05 |
| | | Remaining Balance | | | -55.05 |
| | R1403910831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance **$0.00** | − | Payment **$55.05** | + | Total New Charges **$55.05** | = | Pay This Amount **$0.00** |
|---|---|---|---|---|---|---|

---

       

| | |
|---|---|
| **Alhambra. STANDARD** *coffee* | Customer Account #: **605745613290343** |
| 6750 Discovery Blvd. | Due By: |
| Mableton, GA 30126 | Late Fees May Apply After: |
| | Total Amount Due: **$0.00** |

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ [ ][ ][ ][ ][ ][ ] . [ ]

**⚓ Mail Remittance With Payment To: ⚓**



KRISTIN LAVELLE
428 61ST ST
OAKLAND, CA 94609

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                    Invoice #: 13290343 030214

| Date | Details | | Qty. | Each | Amount |
|------|---------|--|------|------|--------|
| 02-27-14 | T140584916044 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -2 | 15.00 | -30.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | ENERGY SURCHARGE | 1 | 3.08 | 3.08 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **51.06** |
| | | **Total New Charges** | | | **55.05** |

1-800-4-WATERS (1-800-492-8377)                                    www.AlhambraWater.com

| Upcoming Delivery Dates | | |
|---|---|---|
| **April 2014** | **May 2014** | **June 2014** |
| Thursday 24 | Thursday 22 | Thursday 19 |

**Alhambra.**   We Deliver! **STANDARD** coffee

**Bottled Water * Filtration * Coffee**

Put a little sparkle in your day! Now offering Ferrarelle - Italy's #1 Sparkling Water delivered to your door. Add a 12-pack of 750mL bottles or 24-pack of the 330mL bottles to your next delivery. Ask your RSR for details or order now and enjoy crisp refreshing Ferrarelle Sparkling Water today!

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 03-30-14 |
| Invoice #: | 13290343 033014 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 03-28-14 | | Payment - Credit Card - 558374 - Thank You | | | -55.05 |
| | | Remaining Balance | | | -55.05 |
| | R1406710831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | − | **$55.05** | + | **$55.05** | = | **$0.00** |

      

**Alhambra. STANDARD** coffee

6750 Discovery Blvd.
Mableton, GA 30126

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ ☐☐☐☐☐☐

**♪ Mail Remittance With Payment To: ♪**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                                          Invoice #: 13290343 033014

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 03-27-14 | T140864916041 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -2 | 15.00 | -30.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | ENERGY SURCHARGE | 1 | 3.08 | 3.08 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **51.06** |
| | | **Total New Charges** | | | **55.05** |

1-800-4-WATERS (1-800-492-8377)                                                    www.AlhambraWater.com

**Upcoming Delivery Dates**

| May 2014 | June 2014 | July 2014 |
|----------|-----------|-----------|
| Thursday 22 | Thursday 19 | Thursday 17 |

Alhambra.   **We Deliver!**   STANDARD coffee

**Bottled Water * Filtration * Coffee**

Put a little sparkle in your day! Now offering Ferrarelle - Italy's #1 Sparkling Water delivered to your door. Add a 12-pack of 750mL bottles or 24-pack of the 330mL bottles to your next delivery. Ask your RSR for details or order now and enjoy crisp refreshing Ferrarelle Sparkling Water today!

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date:                 04-27-14
Invoice #:                     13290343 042714
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|------|---------------|---------|------|------|--------|
|  |  | **Previous Balance** |  |  | **0.00** |
| 04-25-14 |  | Payment - Credit Card - 138669 - Thank You |  |  | -3.99 |
|  |  | Remaining Balance |  |  | -3.99 |
|  | R1409510831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
|  |  | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
|  |  | Sales Tax |  |  | 0.00 |
|  |  | **Total** |  |  | **3.99** |
|  | Rec'd by: |  |  |  |  |

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance **$0.00** | − | Payment **$3.99** | + | Total New Charges **$3.99** | = | Pay This Amount **$0.00** |
|---|---|---|---|---|---|---|

---

       

Customer Account #:          605745613290343

Alhambra. STANDARD coffee    6750 Discovery Blvd.
                             Mableton, GA 30126

Due By:
Late Fees May Apply After:
Total Amount Due:            $0.00

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.



$ [            ]

**⫴ Mail Remittance With Payment To: ⫴**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343

Invoice #: 13290343 042714

| Date | Details | Qty. | Each | Amount |
|------|---------|------|------|--------|
| | **Total New Charges** | | | **3.99** |

**1-800-4-WATERS (1-800-492-8377)**                                                                                    **www.AlhambraWater.com**

| Upcoming Delivery Dates | | |
|---|---|---|
| June 2014 | July 2014 | August 2014 |
| Thursday 19 | Thursday 17 | Thursday 14 |

Alhambra.  **We Deliver!** STANDARD *coffee*

**Bottled Water * Filtration * Coffee**

Get grab n' go convenience with .5L individual bottles of water. No matter the activity, it's perfect size for your busy schedule--whether slipping in a quick workout, taking a walk around the block, eating lunch outside or just looking for quick refreshment. Stock up on individual bottles today!

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date: **05-25-14**
Invoice #: **13290343 052514**
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 05-23-14 | | Payment - Credit Card - 222419 - Thank You | | | -80.12 |
| | | Remaining Balance | | | -80.12 |
| | | | | | |
| 04-28-14 | T141184916005 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -2 | 15.00 | -30.00 |
| | | ENERGY SURCHARGE | 1 | 3.14 | 3.14 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **51.12** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance **$0.00** | − | Payment **$80.12** | + | Total New Charges **$80.12** | = | Pay This Amount **$0.00** |
|---|---|---|---|---|---|---|

      

Customer Account #: 605745613290343
 6750 Discovery Blvd.
Mableton, GA 30126
Due By:
Late Fees May Apply After:
Total Amount Due:                    $0.00

☐ Check here and see reverse for address and phone corrections.
☐ Check here and see reverse if paying by credit card.

[MasterCard] [VISA] [DISCOVER] [AMERICAN EXPRESS]

$ ▢▢▢▢▢▢▢

**♪ Mail Remittance With Payment To: ♪**



**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                    Invoice #: 13290343 052514

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 04-30-14 | 431353168 | SPRINGWELL DISPENSER RENTAL | -1 | 3.99 | -3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-3.99** |
| | | | | | |
| 04-30-14 | 431353165 | SPRINGWELL DISPENSER RENTAL | -1 | 3.98 | -3.98 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-3.98** |
| | | | | | |
| | R1412310831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| | | | | | |
| 05-23-14 | T141434916034 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -3 | 15.00 | -45.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **32.98** |
| | | | | | |
| | | **Total New Charges** | | | **80.12** |

1-800-4-WATERS (1-800-492-8377)                                                    www.AlhambraWater.com

**Upcoming Delivery Dates**

| July 2014 | August 2014 | September 2014 |
|-----------|-------------|----------------|
| Thursday 17 | Thursday 14 | Thursday 11 |

**Alhambra** **We Deliver!** **STANDARD** coffee
Bottled Water * Filtration * Coffee

It's summertime - sunshine, blue skies, tropical climates and...Fiji bottled water! This month buy three 6-packs 500mL bottles and get one FREE!* Ask your RSR for details and for other great offers on Fiji products. Chill out and get Fiji today! *$7.99 per 6-pack. Offer ends June 30, 2014.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 06-22-14 |
| Invoice #: | 13290343 062214 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|------|---------------|---------|------|------|--------|
| | | **Previous Balance** | | | **0.00** |
| 06-20-14 | | Payment - Credit Card - 122954 - Thank You | | | -31.12 |
| | | Remaining Balance | | | -31.12 |
| | R1415110831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|------------------|---|---------|---|-------------------|---|-----------------|
| **$0.00** | − | **$31.12** | + | **$31.12** | = | **$0.00** |

---

       

**Alhambra** Crystal Rock® **Crystal** SPRINGS **DEEP ROCK WATER** TH **Hinckley** SPRINGS **Kentwood** SPRINGS **Mount Olympus** **Sierra** SPRINGS **Sparkletts**® **STANDARD** coffee TH **Vermont Pure**®

**Alhambra** **STANDARD** coffee   6750 Discovery Blvd.
Mableton, GA 30126

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ [ ][ ][ ][ ][ ] . [ ][ ]

⬇ Mail Remittance With Payment To: ⬇



KRISTIN LAVELLE
428 61ST ST
OAKLAND, CA 94609

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343

Invoice #: 13290343 062214

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 06-19-14 | T141704916002 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 1 | 23.99 | 23.99 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -1 | 15.00 | -15.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 1 | 15.00 | 15.00 |
| | | ENERGY SURCHARGE | 1 | 3.14 | 3.14 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **27.13** |
| | | **Total New Charges** | | | **31.12** |

## Upcoming Delivery Dates

| August 2014 | September 2014 | October 2014 |
|---|---|---|
| Thursday 14 | Thursday 11 | Thursday 9 |

**♦ Alhambra**   **We Deliver!**   **STANDARD** coffee

Bottled Water * Filtration * Coffee

July Special: Athena Buy 2 Get 1 Free! Now you can drink pink every day & save money with this refreshing special. Buy 2 cases of Athena bottled water and get one FREE!* Fight breast cancer with every bottle. *$7.99 per case. Offer ends July 31, 2014.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | | |
|---|---|---|
| Invoice Date: | | 07-20-14 |
| Invoice #: | | 13290343 072014 |
| Purchase Order #: | | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 07-18-14 | | Payment - Credit Card - 277025 - Thank You | | | -70.08 |
| | | Remaining Balance | | | -70.08 |
| | R1417910831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | − | **$70.08** | + | **$70.08** | = | **$0.00** |


      

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

♦ Alhambra.  STANDARD coffee    6750 Discovery Blvd.
Mableton, GA 30126

☐ Check here and see reverse for address and phone corrections.
☐ Check here and see reverse if paying by credit card.

 

$ [ ][ ][ ][ ][ ][ ] . [ ][ ]

**⬇ Mail Remittance With Payment To: ⬇**

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579


**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Customer Account #: 605745613290343

Invoice #: 13290343 072014

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 07-18-14 | T141994916020 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -1 | 15.00 | -15.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | ENERGY SURCHARGE | 1 | 3.11 | 3.11 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **66.09** |
| | | **Total New Charges** | | | **70.08** |

1-800-4-WATERS (1-800-492-8377)                                                   www.AlhambraWater.com



| Upcoming Delivery Dates | | |
|---|---|---|
| September 2014 | October 2014 | November 2014 |
| Thursday 11 | Thursday 9 | Thursday 6 |

**Alhambra** **We Deliver!** STANDARD coffee

**Bottled Water * Filtration * Coffee**

Put a little sparkle in your day! Now offering Ferrarelle - Italy's #1 Sparkling Water delivered to your door. Take advantage of this month's special pricing of 2 cases for just $39.99! Ask your RSR for details or order now and enjoy the crisp refreshing Ferrarelle Sparkling Water today!

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date: 08-17-14
Invoice #: 13290343 081714
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 08-15-14 | | Payment - Credit Card - 857004 - Thank You | | | -40.08 |
| | | Remaining Balance | | | -40.08 |
| | R1420710831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| | Rec'd by: | | | | |

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | − | Payment | + | Total New Charges | = | Pay This Amount |
|---|---|---|---|---|---|---|
| $0.00 | | $40.08 | | $40.08 | | $0.00 |

---

       



6750 Discovery Blvd.
Mableton, GA 30126

Customer Account #: 605745613290343
Due By:
Late Fees May Apply After:
Total Amount Due: $0.00

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ ☐☐☐☐☐☐.☐☐

⬇ **Mail Remittance With Payment To:** ⬇

KRISTIN LAVELLE
428 61ST ST
OAKLAND, CA 94609

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343

Invoice #: 13290343 081714

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 08-15-14 | T142274916030 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -3 | 15.00 | -45.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | ENERGY SURCHARGE | 1 | 3.11 | 3.11 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **36.09** |
| | | **Total New Charges** | | | **40.08** |

**1-800-4-WATERS (1-800-492-8377)**       **www.AlhambraWater.com**

### Upcoming Delivery Dates

| October 2014 | November 2014 | December 2014 |
|---|---|---|
| Thursday 9 | Thursday 6 | Thursday 4 |

**Alhambra**    We Deliver! **STANDARD**

Bottled Water * Filtration * Coffee

Get grab n' go convenience with Fiji bottled water delivered to your home or office. This month buy five 6-packs of 330mL bottles and get one FREE!* Ask your RSR for details. Chill out and get Fiji today! Offer good from September 15 - 26, 2014.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 09-14-14 |
| Invoice #: | 13290343 091414 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 09-12-14 | | Payment - Credit Card - 100602 - Thank You | | | -79.04 |
| | | Remaining Balance | | | -79.04 |
| | R1423510831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| | | Rec'd by: | | | |

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | − | Payment | + | Total New Charges | = | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | | **$79.04** | | **$79.04** | | **$0.00** |

---

**Alhambra** **ATHENA** **BELMONT SPRINGS** **Crystal Springs** **DEEP ROCK WATER** **Hinckley Springs** **Kentwood Springs** **Mount Olympus** **RELYANT** **Sierra SPRINGS** **Sparkletts** **STANDARD**

**Alhambra STANDARD**   6750 Discovery Blvd.
Mableton, GA 30126

| Customer Account #: | 605745613290343 |
|---|---|
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.



$ ☐☐☐☐☐ . ☐☐

**⬇ Mail Remittance With Payment To: ⬇**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343      Invoice #: 13290343 091414

| Date | Details | | Qty. | Each | Amount |
|------|---------|---|------|------|--------|
| 09-04-14 | T142474916005 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 2 | 23.99 | 47.98 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 2 | 15.00 | 30.00 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -3 | 15.00 | -45.00 |
| | | ENERGY SURCHARGE | 1 | 3.08 | 3.08 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **36.06** |
| | | | | | |
| 09-11-14 | T142544916032 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 1 | 23.99 | 23.99 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 1 | 15.00 | 15.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **38.99** |
| | | | | | |
| | | **Total New Charges** | | | **79.04** |

1-800-4-WATERS (1-800-492-8377)                                                    www.AlhambraWater.com

### Upcoming Delivery Dates

| November 2014 | December 2014 | January 2015 |
|---|---|---|
| Thursday 6 | Thursday 4 | Thursday 29 |

**Alhambra.**   **We Deliver!**  **STANDARD** coffee

Bottled Water * Filtration * Coffee

October Special: Athena Buy 2 Get 1 Free! Now you can drink pink every day & save money with this refreshing special. Buy 2 cases of Athena bottled water and get one FREE!* Fight breast cancer with every bottle. *$7.99 per case. Offer ends October 31, 2014.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 10-12-14 |
| Invoice #: | 13290343 101214 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 10-10-14 | | Payment - Credit Card - 415997 - Thank You | | | -79.00 |
| | | Remaining Balance | | | -79.00 |
| | R1426310831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | Payment | Total New Charges | Pay This Amount |
|---|---|---|---|
| **$0.00** | **$79.00** | **$79.00** | **$0.00** |

       

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

**Alhambra. STANDARD** coffee

6750 Discovery Blvd.
Mableton, GA 30126

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ [          ] . [   ]

**↓ Mail Remittance With Payment To: ↓**


**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343

Invoice #: 13290343 101214

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 10-02-14 | T142754916013 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 3 | 23.99 | 71.97 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -3 | 15.00 | -45.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 3 | 15.00 | 45.00 |
| | | ENERGY SURCHARGE | 1 | 3.04 | 3.04 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **75.01** |
| | | **Total New Charges** | | | **79.00** |

1-800-4-WATERS (1-800-492-8377)                                                                    www.AlhambraWater.com

### Upcoming Delivery Dates

| December 2014 | January 2015 | February 2015 |
|---|---|---|
| Thursday 4 | Thursday 29 | Thursday 26 |

**Alhambra**  We Deliver! **STANDARD** *coffee*

Bottled Water * Filtration * Coffee

Fall is here and cozying up to the perfect cup of coffee is easy with robust options available from Standard Coffee. Brew up the perfect cup of joe at home or in the office with Starbucks, Green Mountain Coffee, Peet's Coffee & Tea, Javarama and more! Ask your RSR for details.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | |
|---|---|
| Invoice Date: | 11-09-14 |
| Invoice #: | 13290343 110914 |
| Purchase Order #: | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 11-07-14 | | Payment - Credit Card - 986263 - Thank You | | | -78.97 |
| | | Remaining Balance | | | -78.97 |
| | R1429110831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

---

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | − | **$78.97** | + | **$78.97** | = | **$0.00** |

---

       

**Alhambra®  Crystal Rock®  Crystal SPRINGS®  DEEP ROCK WATER™  Hinckley SPRINGS®  Kentwood SPRINGS®  Mount Olympus®  Sierra SPRINGS®  Sparkletts®  STANDARD™ coffee  Vermont Pure®**

**Alhambra STANDARD** *coffee*
6750 Discovery Blvd.
Mableton, GA 30126

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.





$ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

**Mail Remittance With Payment To:**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343 — Invoice #: 13290343 110914

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 11-03-14 | T143074916009 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 3 | 23.99 | 71.97 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -3 | 15.00 | -45.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 3 | 15.00 | 45.00 |
| | | ENERGY SURCHARGE | 1 | 3.01 | 3.01 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **74.98** |
| | | **Total New Charges** | | | **78.97** |

**Upcoming Delivery Dates**

| January 2015 | February 2015 | March 2015 |
|---|---|---|
| Thursday 1 | Thursday 26 | Thursday 26 |
| Thursday 29 | | |

**We Deliver!** STANDARD coffee

Bottled Water * Filtration * Coffee

The weather outside is frightful, but the flavor indoors is delightful with cozy hot-brewed beverage indulgences from Standard Coffee. Choose from our tasty hot cocoa mixes and brewed coffee and tea options - all designed to make your day a little warmer.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date: **12-07-14**
Invoice #: **13290343 120714**
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 12-05-14 | | Payment - Credit Card - 279473 - Thank You | | | -3.99 |
| | | Remaining Balance | | | -3.99 |
| | R1431910831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance $0.00 | − | Payment $3.99 | + | Total New Charges $3.99 | = | Pay This Amount $0.00 |
|---|---|---|---|---|---|---|

        

6750 Discovery Blvd.
Mableton, GA 30126

Customer Account #: 605745613290343
Due By:
Late Fees May Apply After:
Total Amount Due: $0.00

☐ Check here and see reverse for address and phone corrections.
☐ Check here and see reverse if paying by credit card.



$ ☐☐☐☐☐ . ☐☐

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

❖ **Mail Remittance With Payment To:** ❖

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343      Invoice #: 13290343 120714

| Date | Details | Qty. | Each | Amount |
|------|---------|------|------|--------|
| | **Total New Charges** | | | **3.99** |

1-800-4-WATERS (1-800-492-8377)                                                                        www.AlhambraWater.com

## Upcoming Delivery Dates

| January 2015 | February 2015 | March 2015 |
|---|---|---|
| Thursday 29 | Thursday 26 | Thursday 26 |

**◊ Alhambra.**   **We Deliver!** **STANDARD** coffee

**Bottled Water * Filtration * Coffee**

New Year = Less Stress. Streamline your life when you sign up for paperless billing from DS Services. It's just one more way to manage your monthly bills with total online account management and payments you can initiate from home or the office! Visit our website for more info.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date:           01-04-15
Invoice #:              13290343 010415
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| 01-02-15 | | Payment - Credit Card - 06022C - Thank You | | | -144.94 |
| | | Remaining Balance | | | -144.94 |
| 12-10-14 | T143444916017 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 3 | 23.99 | 71.97 |
| | | 5 GALLON EMPTY BOTTLE - NON DSS RETURN | -3 | 0.00 | 0.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 3 | 15.00 | 45.00 |
| | | ENERGY SURCHARGE | 1 | 2.94 | 2.94 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **119.91** |

Rec'd by:

---

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | − | **$144.94** | + | **$144.94** | = | **$0.00** |

---

       

◊Alhambra® · Crystal Rock · *Crystal* SPRINGS · DEEPROCK WATER TM · Hinckley Springs · Kentwood® · *Mount Olympus*® · *Sierra*® SPRINGS · ◊Sparkletts® · STANDARD TM coffee · Vermont Pure®

**◊Alhambra.  STANDARD** coffee

6750 Discovery Blvd.
Mableton, GA 30126

Customer Account #:        605745613290343
Due By:
Late Fees May Apply After:
Total Amount Due:          $0.00

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ ☐☐☐☐☐ ☐☐☐☐ . ☐☐

**◊ Mail Remittance With Payment To: ◊**



**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                    Invoice #: 13290343 010415

| Date | Details | | Qty. | Each | Amount |
|------|---------|---|------|------|--------|
| 12-11-14 | T143454905002 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 1 | 23.99 | 23.99 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 1 | 15.00 | 15.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **38.99** |
| | R1434710831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| 12-15-14 | 458890238 | SPRINGWELL DISPENSER RENTAL | -1 | 3.99 | -3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-3.99** |
| 12-15-14 | 458890229 | SPRINGWELL DISPENSER RENTAL | -1 | 1.99 | -1.99 |
| | | Sales Tax | | | 0.00 |
| | | Total | | | -1.99 |
| 12-15-14 | 458890241 | SPRINGWELL DISPENSER RENTAL | -1 | 3.99 | -3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-3.99** |
| 12-15-14 | 458890242 | SPRINGWELL DISPENSER RENTAL | -1 | 3.99 | -3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-3.99** |
| 12-15-14 | 458890232 | SPRINGWELL DISPENSER RENTAL | -1 | 3.99 | -3.99 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-3.99** |
| | | **Total New Charges** | | | **144.94** |

## Upcoming Delivery Dates

| February 2015 | March 2015 | April 2015 |
|---|---|---|
| Thursday 26 | Thursday 26 | Thursday 23 |

### ◊ Alhambra.  We Deliver! STANDARD coffee

**Bottled Water * Filtration * Coffee**

It's "Fe-brew-ary" and we're celebrating custom brews! In addition to our great coffee options you already enjoy at home or the office, you can customize your brew with single serve coffees featuring traditional & gourmet options. Ask your RSR for details.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

| | | |
|---|---|---|
| Invoice Date: | | 02-01-15 |
| Invoice #: | | 13290343 020115 |
| Purchase Order #: | | |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **0.00** |
| | | Payment | | | 0.00 |
| | | Remaining Balance | | | 0.00 |
| | | | | | |
| | R1501010831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |

Rec'd by:

---

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | − | Payment | + | Total New Charges | = | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | | **$0.00** | | **$0.00** | | **$0.00** |

---

        

◊ Alhambra®  Crystal Rock®  Crystal SPRINGS®  DEEP ROCK WATER™  Hinckley Springs®  Kentwood SPRINGS®  Mount Olympus®  Sierra SPRINGS®  ◊ Sparkletts®  STANDARD coffee™  Vermont Pure®

| | |
|---|---|
| Customer Account #: | 605745613290343 |
| Due By: | |
| Late Fees May Apply After: | |
| Total Amount Due: | $0.00 |

◊ Alhambra.  STANDARD coffee
6750 Discovery Blvd.
Mableton, GA 30126

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ [ ][ ][ ][ ][ ][ ] . [ ]

**☂ Mail Remittance With Payment To: ☂**

KRISTIN LAVELLE
428 61ST ST
OAKLAND, CA 94609

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                    Invoice #: 13290343 020115

| Date | Details | | Qty. | Each | Amount |
|---|---|---|---|---|---|
| 01-16-15 | 462811489 | 5.0 GALLON GLASS BOTTLE DEPOSIT | 1 | 45.00 | -45.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-45.00** |
| | | | | | |
| 01-30-15 | 37388226 | SWG CREDIT CARD ADJUSTMENT | 1 | 41.01 | 41.01 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **41.01** |
| | | | | | |
| | | **Total New Charges** | | | **0.00** |

## Upcoming Delivery Dates

| March 2015 | April 2015 | May 2015 |
|---|---|---|
| Thursday 26 | Thursday 23 | Thursday 21 |

**Alhambra.** **We Deliver!** **STANDARD** coffee

**Bottled Water * Filtration * Coffee**

Get a jump on spring with some cool and delicious beverage options available for home & office. Add Crystal Light, Arizona Tea & Arnold Palmer powdered drink mixes to your next delivery & get a FREE .5 liter 24-pk of bottled water. A great way to welcome in spring!
Expires March 27, 2015.

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date: 03-01-15
Invoice #: 13290343 030115
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | Previous Balance | | | 0.00 |
| | | Payment | | | 0.00 |
| | | Remaining Balance | | | 0.00 |
| 02-03-15 | T150344916008 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 4 | 23.99 | 95.96 |
| | | 5.0 GALLON GLASS BOTTLE RETURN | -4 | 15.00 | -60.00 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 4 | 15.00 | 60.00 |
| | | ENERGY SURCHARGE | 1 | 2.77 | 2.77 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **98.73** |

Rec'd by:

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| **$0.00** | − | **$0.00** | + | **$141.71** | = | **$141.71** |

        

**Alhambra** **STANDARD** coffee

6750 Discovery Blvd.
Mableton, GA 30126

Customer Account #: 605745613290343
Due By: Upon Receipt
Late Fees May Apply After: 03-24-15
Total Amount Due: $141.71

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ __ __ __ __ __ . __

⬧ **Mail Remittance With Payment To:** ⬧

KRISTIN LAVELLE
428 61ST ST
OAKLAND, CA 94609

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                    Invoice #: 13290343 030115

| Date | Details | | Qty. | Each | Amount |
|------|---------|--|------|------|--------|
| | R1503810831005 | SPRINGWELL DISPENSER RENTAL | 1 | 3.99 | 3.99 |
| | | FLOOR STAND RENTAL | 1 | 0.00 | 0.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **3.99** |
| | | | | | |
| 02-12-15 | T150434916011 | MOUNTAIN VALLEY 5G SPRING WATER GLASS BOTTLE | 1 | 23.99 | 23.99 |
| | | 5.0 GALLON GLASS BOTTLE DEPOSIT | 1 | 15.00 | 15.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **38.99** |
| | | | | | |
| | | **Total New Charges** | | | **141.71** |
| | | | | | |
| | | *** **We were unable to process your credit card. To avoid possible late fees and service interruptions, please remit payment by mail, visit our website, or call customer service.** *** | | | |

## Upcoming Delivery Dates

Delivery Calendars are available for each of your Ship-To Locations by accessing your self-service account online at selfserve.water.com.

**◇ Alhambra.**    **We Deliver!**    **STANDARD** coffee

**Bottled Water * Filtration * Coffee**

No fooling, April is all about cooling down with Sqwincher Sqweeze Pops. A variety of flavors help to hydrate and replace electrolytes when you need it most. And for a limited time, you can get 4 bags for $10! Ask your Route Sales Rep for details.

---

**Customer Account#: 605745613290343**

| | |
|---|---|
| **KRISTIN LAVELLE** | **Invoice Date:** 04-26-15 |
| 428 61ST ST | **Invoice #:** 13290343 042615 |
| OAKLAND, CA 94609 | **Purchase Order #:** |

| Date | Transaction # | Details | Qty. | Each | Amount |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | 118.73 |
| 04-14-15 | | Payment - Check - 3685 - Thank You | | | -103.73 |
| | | Remaining Balance | | | 15.00 |
| | | | | | |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **0.00** |
| | Rec'd by: | No Activity for this Billing Period | | | |

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| $118.73 | − | $103.73 | + | $0.00 | = | $15.00 |

---

      

◇ Alhambra®  Crystal Rock®  Crystal SPRINGS  DEEP ROCK WATER™  Hinckley SPRINGS  Kentwood SPRINGS  Mount Olympus®  Sierra SPRINGS  Sparkletts®  STANDARD coffee™  Vermont Pure®

**◇ Alhambra.  STANDARD** coffee

6750 Discovery Blvd.
Mableton, GA 30126

| | |
|---|---|
| **Customer Account #:** | 605745613290343 |
| **Due By:** | Upon Receipt |
| **Late Fees May Apply After:** | 05-19-15 |
| **Total Amount Due:** | $15.00 |

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ ☐ ☐ ☐ ☐ ☐ . ☐ ☐

**⚑ Mail Remittance With Payment To: ⚑**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

**Upcoming Delivery Dates**

Delivery Calendars are available for each of
your Ship-To Locations by accessing your self-
service account online at selfserve.water.com.

**Alhambra.    We Deliver! STANDARD.**
*coffee*

**Bottled Water * Filtration * Coffee**

Sparkling refreshment is finally here with 17-oz Sparkletts Sparkling
and Sparkletts ice! 6 refreshing flavors to choose from, all with
natural flavoring. 12-pk for $12 this May! Ask your Route Sales Rep
for details.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date:         05-24-15
Invoice #:            13290343 052415
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|------|---------------|---------|------|------|--------|
| | | **Previous Balance** | | | **15.00** |
| | | Payment | | | 0.00 |
| | | Remaining Balance | | | 15.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **0.00** |
| | Rec'd by: | No Activity for this Billing Period | | | |

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more
with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| **$15.00** | − | **$0.00** | + | **$0.00** | = | **$15.00** |

        

Alhambra® Crystal Rock® Crystal SPRINGS (DEEPROCK WATER)TH Hinckley Springs® Kentwood® Mount Olympus® Sierra SPRINGS® Sparkletts® STANDARD.TH coffee Vermont Pure®

Customer Account #:         605745613290343
Due By:                     Upon Receipt
Late Fees May Apply After:  06-16-15
Total Amount Due:           $15.00

Alhambra. STANDARD.    6750 Discovery Blvd.
coffee                  Mableton, GA 30126

☐ Check here and see reverse for
address and phone corrections.

☐ Check here and see
reverse if paying by
credit card.

 

$ ☐ ☐ ☐ ☐ ☐ . ☐

**Mail Remittance With Payment To:**



**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343                    Invoice #: 13290343 052415

| Date | Details | Qty. | Each | Amount |
|------|---------|------|------|--------|
| | **Total New Charges** | | | **0.00** |
| | *** We were unable to process your credit card. To avoid possible late fees and service interruptions, please remit payment by mail, visit our website, or call customer service. *** | | | |

1-800-4-WATERS (1-800-492-8377)                                      www.AlhambraWater.com

**Upcoming Delivery Dates**

Delivery Calendars are available for each of your Ship-To Locations by accessing your self-service account online at selfserve.water.com.

♦ Alhambra.    **We Deliver!**  STANDARD

• **Bottled Water * Filtration * Coffee**

Sparkletts Sparkling and Sparkletts ice help keep you refreshed all summer long! Choose from six flavor options like Lemon/Lime and Pink Grapefruit. Just $12 for 12-pk this June! Ask your Route Sales Rep for details.

---

**Customer Account#: 605745613290343**

**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

Invoice Date:                06-21-15
Invoice #:          13290343 062115
Purchase Order #:

| Date | Transaction # | Details | Qty. | Each | Amount |
|------|---------------|---------|------|------|--------|
| | | **Previous Balance** | | | **15.00** |
| | | Payment | | | 0.00 |
| | | Remaining Balance | | | 15.00 |
| 06-03-15 | T151544972054 | 5.0 GALLON GLASS BOTTLE RETURN | -1 | 15.00 | -15.00 |
| | | Sales Tax | | | 0.00 |
| | | **Total** | | | **-15.00** |
| | | Rec'd by: | | | |

Ready to streamline your life? View your delivery schedule and account history, manage your payment options, pay your bill and much more with your own online account at water.com/myaccount.

30356-P-0034

| Previous Balance | | Payment | | Total New Charges | | Pay This Amount |
|---|---|---|---|---|---|---|
| **$15.00** | − | **$0.00** | + | **$-15.00** | = | **$0.00** |

---

      


Customer Account #:          605745613290343
Due By:
Late Fees May Apply After:
Total Amount Due:                $0.00

♦ Alhambra.  STANDARD    6750 Discovery Blvd.
Mableton, GA 30126

☐ Check here and see reverse for address and phone corrections.

☐ Check here and see reverse if paying by credit card.

 

$ ⎹ ⎹ ⎹ ⎹ ⎹ . ⎹ ⎹

⬇ **Mail Remittance With Payment To:** ⬇



**KRISTIN LAVELLE**
428 61ST ST
OAKLAND, CA 94609

**ALHAMBRA**
PO BOX 660579
DALLAS, TX 75266-0579

Customer Account #: 605745613290343          Invoice #: 13290343 062115

| Date | Details | Qty. | Each | Amount |
|------|---------|------|------|--------|
| | **Total New Charges** | | | **-15.00** |

# EXHIBIT B

Doulton USA

19541 Cherry Hill Rd
Southfield, MI 48076
Phone: 248-258-5500 Fax:248-258-6977

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/10/15 | D1051805 |

**PAID
02/10/15**

| Bill To | Ship To |
|---------|---------|
| Kristin Lavelle<br>596 Spruce St.<br>Berkeley California 94707<br>USA | Kristin Lavelle<br>596 Spruce St.<br>Berkeley, CA 94707<br>USA |

| P.O. No. | Replacement Elements | Recom'd Repl. (Months) | Terms | Ship Date | Ship Via |
|----------|---------------------|------------------------|-------|-----------|----------|
| | | | PrePaid | 2/10/15 | UPS Ground |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| ARBTC-CBTS14 | Whole house VOC,THM and heavy metals, fluoride and chlorine reduction filter, 14x65 3 cu. ft media bed | 1 | 2,050.00 | 2,050.00 |
| V3007-02 | WS1 fitting 1" Brass Sweat Assembly | 1 | 0.00 | 0.00 |

*Thank you for your purchase with Doulton USA! Please
visit our web-site, or call, for our wide array of replacement
filters and problem water solutions.

Please inspect contents upon arrival and report any shipping damage within two business
days. DO NOTdispose of any damaged packaging or goods before contacting us. When
expressly authorized by us in writing, unused goods may be returned, subject to a
restocking fee and/or rebuilding fee to "as new" condition.

| Total | $2,050.00 |
|-------|-----------|
| **Payments/Credits** | S-2,050.00 |
| **Balance Due** | $0.00 |

Please keep this receipt for your
records.

# EXHIBIT C

**amazon**.com

### Final Details for Order #106-9434406-6059412
Print this page for your records.

**Order Placed:** April 10, 2013
**Amazon.com order number:** 106-9434406-6059412
**Order Total:** $77.15

### Shipped on April 14, 2013

| Items Ordered | Price |
|---|---|
| 1 of: *The Fluoride Deception*, Bryson, Christopher<br>Sold by: Amazon.com Services, Inc | $14.84 |
| Condition: New | |
| 1 of: *Hanna Instruments HI 729 Checker HC Handheld Colorimeter, For Fluoride Low Range*<br>Sold by: Amazon.com Services, Inc | $55.94 |
| Condition: New | |

**Shipping Address:**
Kristin C. Lavelle
428 61st Street
Oakland, CA 94609
United States

**Shipping Speed:**
FREE Shipping

Item(s) Subtotal: $70.78
Shipping & Handling: $6.48
Super Saver Discount: -$6.48
-----
Total before tax: $70.78
Sales Tax: $6.37
-----
**Total for This Shipment:$77.15**
-----

### Payment information

**Payment Method:**
Visa | Last digits: 8498

**Billing address**
Kristin C. Lavelle
428 61st Street
Oakland,, CA 94609
United States

**Credit Card transactions**

Item(s) Subtotal: $70.78
Shipping & Handling: $6.48
Super Saver Discount: -$6.48
-----
Total before tax: $70.78
Estimated tax to be collected: $6.37
-----
**Grand Total:$77.15**

Visa ending in 8498: April 14, 2013:$77.15

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT D

Your Berkey Filters order confirmation

From:  Berkey Filters (customerservice@berkeyfilters.com)
To:    kristieclendenning@yahoo.com
Date:  Friday, November 16, 2018, 10:36 AM PST



Kristin Lavelle,

Thank you for your order from Berkey Filters. Once your package ships we will send
you a tracking number. You can check the status of your order by logging into your
account.

If you have questions about your order, you can email us at
customerservice@berkeyfilters.com.

## Your Order #008196281

Placed on Nov 16, 2018, 11:36:27 AM

| Billing Info | Shipping Info |
|---|---|
| Kristin Lavelle | Kristin Lavelle |
| 596 Spruce Street | 596 Spruce Street |
| Berkeley, California, 94707 | Berkeley, California, 94707 |
| United States | United States |
| T: 415-850-6686 | T: 415-850-6686 |

| Payment Method | Shipping Method |
|---|---|
| Credit Card | Shipping - No Rush |

**Credit Card Type**    Visa
**Credit Card Number**  xxxx-6306

| Items | Qty | Price |
|---|---|---|
| **Berkey Fluoride Water Filter- PF2 (Set of 2)**<br>SKU: PF2 | 1 | $50.00 |
| **Black Berkey™ Replacement Elements (Set of 2)**<br>SKU: BF2 | 1 | $107.00 |

| | |
|---|---|
| Subtotal | $157.00 |
| Shipping & Handling | $0.00 |
| **Grand Total (Excl.Tax)** | **$157.00** |
| State Tax (6.25%) | $9.82 |
| County Tax (1%) | $1.57 |
| Special Tax (2%) | $3.14 |
| Tax | $14.53 |
| **Grand Total (Incl.Tax)** | **$171.53** |

[^_Berkey^_ Filters] Re: Past Receipts

From: Berkey Filters (customerservice@berkeyfilters.com)

To: kristieclendenning@yahoo.com

Date: Tuesday, October 30, 2018, 1:24 PM PDT

---

##- Please type your reply above this line –##

Your request (68518) has been updated. To add additional comments, reply to this email.

---

**Jade** (Berkey Filters)
Oct 30, 2:23 PM MDT

Hello Kristin,

Thank you for contacting Berkey Filters. I do apologize. See if these ones you are able to open.

We strive to make every experience a pleasant one for all of our customers. If I or any of our friendly Berkey associates can be of further assistance to you, please don't hesitate to contact us at your earliest convenience. Have a great day.

Kind Regards,

Jade
Berkey Expert

---

**Kristin Lavelle**
Oct 29, 7:11 PM MDT

Dear Jade,

Thank you so much for getting back to me. Unfortunately I am unable to open either attachment. Is it possible to resend in a different format?

Thank you,

Kristie

On Monday, October 29, 2018, 7:47:43 AM PDT, Berkey Filters <customerservice@berkeyfilters.com> wrote:

---

**Jade** (Berkey Filters)
Oct 29, 8:47 AM MDT

Hello Kristin,

Thank you for contacting Berkey Filters. The previous receipts from us are attached to this email. Please let us know if there is anything else I can help you with.

We strive to make every experience a pleasant one for all of our customers. If I or any of our friendly Berkey associates can be of further assistance to you, please don't hesitate to contact us at your earliest convenience. Have a great day.

Kind Regards,

Jade
Berkey Expert

Attachment(s)
lavelle[1].pdf
lavelle2.pdf 101 kB PDF Click to view.url



**Email:** customerservice@berkeyfilters.com
**Call or Text:** +1 (800) 350-4170
**Website:** http://www.berkeyfilters.com

Our hours of operation are M-F 7:00 am to 5:00 pm and Saturday 8:30 am to 5:00 pm U.S.Mountain Time | 1976 Aspen Circle Pueblo, CO 81006

[R5RQOX-Y9GR]

 Kristin Lavelle1.pdf
98.9kB

 Kristin Lavelle2.pdf
100.1kB

SUMMARY COPY

Kristin Lavelle
428 61st Street
Oakland, CA  94609

171080*        10/29/18      1      S-0000110277

95152            /AC

                        (510) 428-2511

    /                XXXXXXXXrged VISA

            UPS       9.1 Lbs    5      1

| 1 | 0 | 1 PF2 | Berkey Fluoride Water Filter- PF2 | 30.5000 | -- | 30.50 |
| 1 | 0 | 1 SPIGOT-MET AL | Metal Spigot | 24.0000 | -- | 24.00 |
| 1 | 0 | 1 STAND-S | Small Stand for Travel Berkey | 34.0000 | -- | 34.00 |
| 1 | 0 | 1 TU2 | Travel Berkey With 2 Filters | 228.0000 | -- | 228.00 |
| 1 | 0 | -- BERKEY-CAR E | Berkey Care Lifetime Warranty | 0.0000 | -- | 0.00 |

MERCHANDISE INVOICE TOTAL $    316.50
INVOICE TOTAL $    316.50
PREPAYMENT $    -316.50
BALANCE FOR THIS ORDER $    0.00

SUMMARY COPY

Kristin Lavelle
596 Spruce Street
Berkeley, CA  94707


278980*          10/29/18          1          S-0000216412

199834                    /AC

                                    (415) 850-6686


    /                    XXXXXXXX1620 VISA




             UPS          3.1 Lbs     5        1



| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 0 | 1 PF2 | Berkey Fluoride Water Filter- PF2 | 54.0000 | -- | 54.00 |
| 1 | 0 | 1 BF2 | Black Berkey Elements Set of 2 | 107.0000 | -- | 107.00 |
| | | | MERCHANDISE INVOICE TOTAL $ | | | 161.00 |
| | | | INVOICE TOTAL $ | | | 161.00 |
| | | | PREPAYMENT $ | | | -161.00 |
| | | | BALANCE FOR THIS ORDER $ | | | 0.00 |

## [^_Berkey^_ Filters] Re: Re: [Berkey Filters] Re: Past Receipts

From: Berkey Filters (customerservice@berkeyfilters.com)

To:    kristieclendenning@yahoo.com

Date: Thursday, November 15, 2018, 10:14 AM PST

##- Please type your reply above this line -##

Your request (72407) has been updated. To add additional comments, reply to this email.

**Edie** (Berkey Filters)

Nov 15, 11:14 AM MST

Hello Kristin,

Thank you for contacting Berkey Filters. I apologize for that confusion. The order in the amount of $161.00 was placed May 19, 2017. The other order was placed March 25, 2015.

We are happy to have you as our customer and look forward to serving your future water filtration needs. If I or any of our friendly Berkey associates can be of further assistance to you, please don't hesitate to contact us at your earliest convenience. Have a great day.

Kind Regards,

Edie
Berkey Expert

**Kristin Lavelle**

Nov 14, 6:52 PM MST

This is a follow-up to your previous request #68518 "Past Receipts"

Hi Jade,
I am just realizing that the two receipts are dated 10/29/18 due to having to pull them

out of your old system on that date. Could you please locate the dates that these purchases were made? It's very important and I have to turn in my receipts and statement by Friday.

Thank you so very much,

Kristie Lavelle 415-850-6686



**Email:** customerservice@berkeyfilters.com
**Call or Text:** +1 (800) 350-4170
**Website:** http://www.berkeyfilters.com

Our hours of operation are M-F 7:00 am to 5:00 pm and Saturday 8:30 am to 5:00 pm U.S.Mountain Time | 1976 Aspen Circle Pueblo, CO 81006

[ER992O-793R]

# EXHIBIT E

Fw: Thank you for your contribution to American Environmental Health Studies Project

From: Kristie Lavelle (kristieclendenning@yahoo.com)

To: johnklavelle@yahoo.com

Date: Thursday, January 9, 2014, 10:10 PM PST

----- Forwarded Message -----
**From:** "donotreply@networkforgood.org" <donotreply@networkforgood.org>
**To:** kristieclendenning@yahoo.com
**Sent:** Monday, December 16, 2013 8:30 PM
**Subject:** Thank you for your contribution to American Environmental Health Studies Project

LOGO FPO

# AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC

DECEMBER 17, 2013                 www.fluoridealert.org    

## Thank You

Your generous contribution to **AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC** will appear on your credit card or PayPal statement as processed by Network for Good. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

### Receipt

**Name:** Kristin Lavelle
**Address:** 428 61st Street
**City:** Oakland
**State/Province/Region:** CA
**ZIP/Postal Code:** 94609
**Country:** United States
**Email:** kristieclendenning@yahoo.com
**Phone:** 510-428-2511

**Method of Payment:** CreditCard
**Name on Credit Card:** Kristin C Lavelle
**Credit Card Last 4 Digits:** 9397
**Amount:** $50.00
**Total Billed to Your Credit Card:** $50.00

**Tax-Deductible Amount:** $50.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax-deductible total.)
**Date:** 12/17/2013
**Time:** 11:30 PM EST
**Transaction #:** 1258042236

**Authorization:** Approved
**Authorization Code:** 22610Z

**Nonprofit Organization:** AMERICAN ENVIRONMENTAL HEALTH
STUDIES PROJECT INC
**Address:** 16 Lamoille St Essex Jct VT 05452
**Designation:**
**Join Us!:** No

The information on this receipt is private and used only for the purposes
of processing your donation. For more on Network for Good's privacy and
security policies, please visit www.networkforgood.org/privacy.

Your contribution is being made to Network for Good, a nonprofit, donor-
advised fund (tax ID 68-0480736), which will distribute your donation to
the nonprofit organization you indicated. As required by the Internal
Revenue Service (IRS), Network for Good has exclusive legal control over
this donation. All donations are final and may not be refunded.

**Questions?**
Please contact Network for Good via email at
support@networkforgood.org or by phone at (888) 284-7978.

Sincerely,

**Your Network for Good Team**

Network for Good.    Contact Us

Thank you for your contribution to American Environmental Health Studies Project

From:  Network for Good (donotreply@networkforgood.org)
To:    kristieclendenning@yahoo.com
Date:  Saturday, December 31, 2016, 5:09 PM PST

LOGO FPO

# American Environmental Health Studies Project

**DECEMBER 31, 2016**

www.fluoridealert.org  

## Thank You

Your generous donation to **American Environmental Health Studies Project** is processed by Network for Good. Depending on your method of payment, your credit card or PayPal statement will show 'Network for Good' or the charity to which you donated. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

### Receipt

**Name:** Kristin Lavelle
**Address:** 596 Spruce Street
**City:** Berkeley
**State/Province/Region:** CA
**ZIP/Postal Code:** 94707
**Country:** United States
**Email:** kristieclendenning@yahoo.com
**Phone:** 415–850–6686

**Method of Payment:** CreditCard
**Name on Credit Card:** Kristin C Lavelle
**Credit Card Last 4 Digits:** 1620
**Amount:** $100.00
**Total Billed to Your Credit Card:** $100.00

**Tax–Deductible Amount:** $100.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax–deductible total.)
**Date:** 12/31/2016
**Time:** 08:09 PM EST
**Transaction #:** 1264868461

**Authorization:** Approved
**Authorization Code:** 07558C

**Nonprofit Organization:** AMERICAN ENVIRONMENTAL HEALTH STUDIES PROJECT INC
**Address:** 16 Lamoille St Essex Jct VT 05452

**Designation:**
**Join Us!:** Yes

If you made a recurring donation you can always edit or update your
information by logging in through the donation page. To log in click the
recurring donor log in button at the top of the donation page and use
your email address and the password you created when you made your
first recurring donation.

The information in the email is private and only used for the purposes of
processing your donation. For more on Network for Good's privacy and
security policies and other disclosures, please visit
(www1.networkforgood.org/privacy) and
(www1.networkforgood.org/solicitationdisclosure).

Your contribution is being made to Network for Good, a nonprofit, donor-
advised fund (tax ID 68-0480736), which will distribute your donation to
the nonprofit organization you indicated. As required by the Internal
Revenue Service (IRS), Network for Good has exclusive legal control over
this donation. All donations are final and may not be refunded.

**Questions?**
Please contact Network for Good via email at
support@networkforgood.org or by phone at (888) 284-7978.

Sincerely,

**Your Network for Good Team**

Network for Good.          | Contact Us |

Thank you for your contribution to American Environmental Health Studies Project

From: Network for Good (donotreply@networkforgood.org)
To:   kristieclendenning@yahoo.com
Date: Saturday, December 23, 2017, 9:23 AM PST

LOGO FPO

# American Environmental Health Studies Project

DECEMBER 23, 2017                    www.fluoridealert.org    

## Thank You

Your generous donation to **American Environmental Health Studies Project** is processed by Network for Good. Depending on your method of payment, your credit card or PayPal statement will show 'Network for Good' or the charity to which you donated. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

### Receipt

**Name:** Kristin Lavelle
**Address:** 596 Spruce Street
**City:** Berkeley
**State/Province/Region:** CA
**ZIP/Postal Code:** 94707
**Country:** United States
**Email:** kristieclendenning@yahoo.com
**Phone:** 415-850-6686

**Method of Payment:** PayPal
**Amount:** $200.00
**Total Billed:** $200.00

**Tax-Deductible Amount:** $200.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax-deductible total.)
**Date:** 12/23/2017
**Time:** 12:23 PM EST
**Reference #:** 1269753776

**Nonprofit Organization:** American Environmental Health Studies Project Inc
**Address:** STUDIES PROJECT INC 16 LAMOILLE STR ESSEX JCT VT 05452
**Designation:**

If you made a recurring donation you can always edit or update your information by logging in through the donation page. To log in click the recurring donor log in button at the top of the donation page and use your email address and the password you created when you made your first recurring donation.

The information in the email is private and only used for the purposes of processing your donation. For more on Network for Good's privacy and security policies and other disclosures, please visit (www1.networkforgood.org/privacy) and (www1.networkforgood.org/solicitationdisclosure).

Your contribution is being made to Network for Good, a nonprofit, donor-advised fund (tax ID 68-0480736), which will distribute your donation to the nonprofit organization you indicated. As required by the Internal Revenue Service (IRS), Network for Good has exclusive legal control over this donation. All donations are final and may not be refunded.

**Questions?**
Please contact Network for Good via email at support@networkforgood.org or by phone at (888) 284-7978.

Sincerely,

**Your Network for Good Team**

Network for Good.        Contact Us

Thank you for your contribution to American Environmental Health Studies Project

From:  Network for Good (donotreply@networkforgood.org)

To:    kristieclendenning@yahoo.com

Date:  Friday, April 27, 2018, 2:00 PM PDT

LOGO FPO

# American Environmental Health Studies Project

APRIL 27, 2018                    www.fluoridealert.org   

## Thank You

Your generous donation to **American Environmental Health Studies Project** is processed by Network for Good. Depending on your method of payment, your credit card or PayPal statement will show 'Network for Good' or the charity to which you donated. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

### Receipt

**Name:** Kristin Lavelle
**Address:** 596 Spruce Street
**City:** Berkeley
**State/Province/Region:** CA
**ZIP/Postal Code:** 94707
**Country:** United States
**Email:** kristieclendenning@yahoo.com
**Phone:** 415–850–6686

**Method of Payment:** PayPal
**Amount:** $25.00
**Total Billed:** $25.00

**Tax–Deductible Amount:** $25.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax–deductible total.)
**Date:** 04/27/2018
**Time:** 05:00 PM EST
**Reference #:** 1272432642

**Nonprofit Organization:** American Environmental Health Studies Project Inc
**Address:** STUDIES PROJECT INC 16 LAMOILLE STR ESSEX JCT VT 05452
**Designation:**

If you made a recurring donation you can always edit or update your information by logging in through the donation page. To log in click the recurring donor log in button at the top of the donation page and use your email address and the password you created when you made your first recurring donation.

The information in the email is private and only used for the purposes of processing your donation. For more on Network for Good's privacy and security policies and other disclosures, please visit (www1.networkforgood.org/privacy) and (www1.networkforgood.org/solicitationdisclosure).

**Questions?**
Please contact Network for Good via email at support@networkforgood.org or by phone at (888) 284-7978.

Sincerely,

**Your Network for Good Team**

Network for Good.          Contact Us

## Receipt for your donation to ^_Moms^_ ^_Against^_ ^_Fluoridation^_

From: service@paypal.com (service@paypal.com)

To: kristieclendenning@yahoo.com

Date: Saturday, December 31, 2016, 5:11 PM PST



Hello Kristin Lavelle,

This email confirms that you have donated Moms Against Fluoridation using PayPal.

This credit card transaction will appear on your bill as "PAYPAL *MOMSAGAINST".

**Use PayPal Next Time!**

Our records indicate that you have a PayPal account. For future purchases, use your PayPal account for a faster and more convenient checkout. Your financial information is securely stored and never shared.

### Donation Details

| | |
|---|---|
| **Donation amount:** | $50.00 |
| **Total:** | $50.00 |
| **Purpose:** | Make a Donation |
| **Contributor:** | Kristin Lavelle |

### Recipient information

| | |
|---|---|
| **Donations coordinator:** | Moms Against Fluoridation |
| **Contact email:** | Moms@MomsAgainstFluoridation.org |

### Receipt Number: 2480-5096-3082-0566

Keep your Receipt Number (shown above) for future reference. You will need to refer to this number if you need customer service from Moms Against Fluoridation or from PayPal.

If you have questions about your purchase, such as shipping and tracking, we encourage you to contact the seller, Moms Against Fluoridation at Moms@MomsAgainstFluoridation.org.

If you have been unable to resolve your questions with the merchant, PayPal offers a free buyer complaint resolution service that offers a quick, easy resolution to your concerns. It covers physical goods purchases made through PayPal, and is offered at no charge when you register for a free PayPal account. To sign up for an account, click on the 'Save My Information' link above.

Sincerely,
PayPal

Please do not reply to this email. Email sent to this address cannot be answered.

Case 3:17-cv-02162-EMC   Document 100-3   Filed 05/22/19   Page 72 of 74

Copyright © 1999-2016 PayPal. All rights reserved.

PayPal Email ID PP1332 - 3b8ea639743bb

# EXHIBIT F

## Literature Citations

Choi AL, Sun G, Zhang Y, Grandjean P. (2012). Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environmental Health Perspectives* 120(10):1362- 8.

Hirzy W. (1999). Why the EPA Headquarters Professionals' Union Opposes Fluoridation. Available online at: http://www.fluoridealert.org/articles/epa-union/

Li M, Gao Y, Cui J, et al. 2016. Cognitive impairment and risk factors in elderly people living in fluorosis areas in China. *Biological Trace Element Research* 172(1):53-60.

Malin A, et al. (2018). Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status. *Environment International* 121:667-74.

National Research Council (NRC). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Committee on Fluoride in Drinking Water.

Peckham S, Lowery D, Spencer S. 2015. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. *Journal of Epidemiology and Community Health* 69(7):619-24.

Varner J, et al. (1998). Chronic administration of aluminum- fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. *Brain Research* 784:284-298.