1  DEBRA J. CARFORA
2  JOHN THOMAS DO
   U.S. Department of Justice
3  Environment & Natural Resources Division
4  Environmental Defense Section
   601 D Street, NW, Suite 8000
5  Washington, DC 20004
6  Tel.    (202) 514-2640
   debra.carfora@usdoj.gov
7
8  *Attorneys for Defendants*
9
10      **IN THE UNITED STATES DISTRICT COURT**
11     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12            **SAN FRANCISCO DIVISION**
13

| FOOD & WATER WATCH, INC, et al., | Case No.: 17-cv-02162-EMC |
|---|---|
| Plaintiffs, | **Stipulation Regarding the Introduction of Evidence in Support of Plaintiffs' Claims of Standing** |
| v. | |
| U.S. Environmental Protection Agency, et al., | |
| Defendants. | |

Plaintiffs and Defendant Environmental Protection Agency ("EPA") jointly submit this stipulation to address the introduction of evidence in support of Plaintiffs' claims of standing throughout this litigation, including trial.

1. The Parties agree and stipulate that Plaintiffs will rely exclusively on the declarations attached hereto as exhibits A-E to establish the factual basis in support of the claims of standing for the following: Food & Water Watch (Exhibit A); Moms Against Fluoridation (Exhibit B); Kristin Lavelle, individually and on behalf of Neal Lavelle (Exhibit C); Jessica Trader (Exhibit D), and Brenda Staudenmaier, individually and on behalf of Ko Staudenmaier and Hayden Staudenmaier (Exhibit E).

2. The Parties agree and stipulate that Julie Simms will rely exclusively on her declaration (attached as Exhibit F) and certain excerpts from her deposition testimony, to establish the factual basis in support of her claim of standing.

3. The Parties agree and stipulate that Audrey Adams will rely exclusively on her declaration (attached as Exhibit G) and certain excerpts from her deposition testimony to establish the factual basis in support of her claims of standing, individually and on behalf of Kyle Adams.

4. The Parties agree and stipulate that Plaintiffs will not introduce any evidence in this litigation to support the claims of standing for the following: Fluoride Action Network; Franzi and Randy Talley; Rosemary Fletcher; Dayna Stephens; and Karen Spencer.

5. The Parties agree and stipulate that the respective declarations or excerpts of deposition transcripts identified in Paragraphs 1-3 herein will be submitted to the Court, without objection, in lieu of live direct testimony, as evidence in support of Plaintiffs' claims of standing at trial.

6. Notwithstanding the stipulations herein, EPA is not waiving, and expressly reserves, its right to make evidentiary objections as to the deposition exhibits.

CASE NO.: 17-CV-02162-EMC
STIPULATION REGARDING THE INTRODUCTION OF EVIDENCE IN SUPPORT OF PLAINTIFFS' CLAIMS OF STANDING

7.     This stipulation is intended to limit evidence Plaintiffs may introduce to establish the factual basis that supports their claims of standing at each stage of the litigation, including trial. Nothing herein precludes, and Plaintiffs expressly reserve, Plaintiffs' ability to introduce expert opinion related to Plaintiffs' claims of standing. EPA expressly reserves all rights to object to such expert opinion.

8.     Nothing herein should be construed as an admission by EPA that Plaintiffs have meet their burden of proof, with the manner and degree of evidence required at the successive stages of the litigation, including trial, to establish standing.  EPA expressly reserves all rights and defenses to contest Plaintiffs' standing.

IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:


DATED:  May 22, 2019                    FOOD & WATER WATCH

                                          */s/ Michael Connett by permission*
                                         MICHAEL CONNETT
                                         Attorney for Plaintiffs

DATED:  May 22, 2019

                                         */s/ Debra J. Carfora*
                                         DEBRA J CARFORA
                                         JOHN THOMAS H. DO
                                         United States Department of Justice
                                         *Attorneys for Defendant*

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATED: 5/22/2019