DEBRA J. CARFORA
JOHN THOMAS H. DO
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>　　　　　　　Defendants. | Case No.: 17-cv-02162-EMC<br><br>**JOINT REQUEST TO APPEAR TELEPHONICALLY FOR STATUS CONFERENCE AND [PROPOSED] ORDER** |

　　　　Defendants United States Environmental Protection Agency, et al., ("EPA"), and Plaintiffs Food & Water Watch, et al., hereby stipulate to and request an order allowing the parties to appear telephonically for the status conference at 10:30 am on June 13, 2019.

　　　　Lead counsel for EPA is located in Washington, D.C., and, no local Department of Justice attorneys are assigned to this matter and no other Department of Justice attorneys have worked on this matter in any capacity.  The parties believe that the issues to be addressed at the status conference are fairly straight-forward, and can be effectively addressed telephonically without the need for government travel.

Therefore, for the reasons stated above, the parties request that they both be allowed to appear and participate telephonically at the June 13, 2019 status conference.

Dated:  May 28, 2019                                              Respectfully submitted,

/s/ *Debra J. Carfora*
DEBRA J. CARFORA
JOHN THOMAS H. DO
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

*/s/ Michael Connett* (by permission)
MICHAEL CONNETT
CHRIS NIDEL
Food & Water Watch
1814 Franklin St., Suite 1100
Oakland, CA 94612
Tel:  (510) 922-0720

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Request To Appear Telephonically For Status Conference And [Proposed] Order on June 13, 2019, at 10:30 a.m..  Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED.  It is FURTHER ORDERED that

The parties are to make arrangements with CourtCall.

IT IS SO ORDERED.

DATED this _____ day of _____, 2019.

_____
EDWARD M. CHEN
United States District Court Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 28th day of May, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                              /s/ *Debra J. Carfora*
                                              Debra J. Carfora, Trial Attorney