1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

In accordance with the Court's March 7, 2019 Order (ECF No. 89), the undersigned counsel of record respectfully submits the following Joint Case Management Statement:

1. **Legal Issues:**  a.  Have Plaintiffs demonstrated by a preponderance of the evidence that fluoridation chemicals present "an unreasonable risk of injury to health or the environment, without consideration of costs or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation, under the condition of use?"  15 U.S.C. § 2620 (b)(4)(B)(ii).
b. Defendants also intend to challenge Plaintiffs' ability to demonstrate standing.

2. **Relief**: Pursuant to 15 U.S.C. § 2620(b)(4)(B), Plaintiffs seek injunctive relief in the form of an Order requiring the EPA to initiate the rulemaking proceeding requested by Plaintiffs in their Petition to EPA.  Further, pursuant to 15 U.S.C. § 2620(b)(4)(C), Plaintiffs seek recovery of their costs of suit and reasonable fees for attorneys and expert witnesses. Finally, Plaintiffs seek such further relief as the Court may deem just and proper. Defendants deny that Plaintiffs are entitled to relief.

3. **Motions:** No motions are pending at this time.

4. **Discovery**:  Fact discovery cut-off is June 13, 2019.  (ECF No. 98).  The parties have completed all anticipated fact discovery in this matter.

   Disclosure of opening expert reports is June 27, 2019.  (ECF No. 98).

5. **Settlement:** The parties agree that there are no possible grounds for settlement in this matter.

6. **Consent to Magistrate Judge**: Defendants do not consent to having this case conducted by a Magistrate Judge.

7. **Other References**: The Parties do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

8. **Narrowing of Issues**: The parties have not been able to identify a way to narrow the issues in the case.

9. **Scheduling**: The parties seek to set this matter for trial.

10. **Trial**: Pursuant to the Court's Scheduling Order in this matter (ECF No. 58), a bench trial was set to begin on August 5, 2019.  The Court subsequently vacated this trial date (ECF No. 89) due to the stay in proceedings. The parties now ask the Court to set a new trial date, and propose that it be set for February 3 to February 14, 2020.

11. **Disclosure of Non-party Interested Entities or Persons**: The parties are not aware of any non-party entities or persons with an interest in this case.

1    Dated:   June 6, 2019                                Respectfully submitted,

2

3                                                         /s/ *Debra J. Carfora*
                                                          Debra J. Carfora
4                                                         U.S. Department of Justice
                                                          Environmental & Natural Resources
5                                                         Division
                                                          Environmental Defense Section
6

7                                                         *Attorney for Defendants*

8
                                                          /s/ *Michael Connett* (by permission)
9                                                         MICHAEL CONNETT
                                                          CHRIS NIDEL
10                                                        Food & Water Watch
                                                          1814 Franklin St., Suite 1100
11                                                        Oakland, CA 94612
                                                          Tel:  (510) 922-0720
12

13                                                        *Attorneys for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2         I hereby certify that a true and correct copy of the foregoing was served by Notice

3   of Electronic Filing this 6th day of June 2019, upon all ECF registered counsel of record

4   using the Court's CM/ECF system.

5

6                                                    /s/ *Debra J. Carfora*

7                                                    Debra J. Carfora, Trial Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28