1  DEBRA J. CARFORA
2  JOHN THOMAS H. DO
   U.S. Department of Justice
3  Environment & Natural Resources Division
   Environmental Defense Section
4  601 D Street, NW, Suite 8000
   Washington, DC 20004
5  Tel.    (202) 514-2640
6  debra.carfora@usdoj.gov

7  *Attorneys for Defendants*

8
9             IN THE UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION
12

13 | FOOD & WATER WATCH, INC, et al., | Case No.: 17-cv-02162-EMC |
14 | Plaintiffs, | **JOINT REQUEST TO APPEAR TELEPHONICALLY FOR STATUS CONFERENCE AND [PROPOSED] ORDER** |
15 | v. | |
16 | U.S. Environmental Protection Agency, et al., | |
17 | | |
18 | Defendants. | |

19
20   Defendants United States Environmental Protection Agency, et al., ("EPA"), and
21 Plaintiffs Food & Water Watch, et al., hereby stipulate to and request an order allowing
22 the parties to appear telephonically for the status conference at 10:30 am on June 13,
23 2019.
24   Lead counsel for EPA is located in Washington, D.C., and, no local Department
25 of Justice attorneys are assigned to this matter and no other Department of Justice
26 attorneys have worked on this matter in any capacity.  The parties believe that the issues
27 to be addressed at the status conference are fairly straight-forward, and can be effectively
28 addressed telephonically without the need for government travel.

Therefore, for the reasons stated above, the parties request that they both be allowed to appear and participate telephonically at the June 13, 2019 status conference.

Dated:   May 28, 2019                                          Respectfully submitted,

/s/ *Debra J. Carfora*
DEBRA J. CARFORA
JOHN THOMAS H. DO
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel.    (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

*/s/ Michael Connett* (by permission)
MICHAEL CONNETT
CHRIS NIDEL
Food & Water Watch
1814 Franklin St., Suite 1100
Oakland, CA 94612
Tel:  (510) 922-0720

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Before the Court is the parties' Joint Request To Appear Telephonically For Status Conference And [Proposed] Order on June 13, 2019, at 10:30 a.m.. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED. It is FURTHER ORDERED that

The parties are to make arrangements with CourtCall.

IT IS SO ORDERED.

DATED this __10th__ day of ____June____, 2019.

_____
EDWARD M. CHEN
United States District Court Judge