# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 13, 2019　　**Time:** 11:23 – 11:30 = 7 Minutes　　**Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC　　**Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorney for Plaintiff:** Michael Connett (Court Call)
**Attorney for Defendant:** Debra Carfora (Court Call)

**Deputy Clerk:** Angella Meuleman　　**Court Reporter:** Not Reported

## PROCEEDINGS

Telephonic Status Conference - held.

## SUMMARY

Parties stated appearances. Previous Government shutdown and discovery dispute delayed litigation. Parties request new trial date.

Fact discovery complete. In process of expert discovery phase. Bench trial reset for 2/3/2020 at 8:30 a.m. for maximum of eight trial days. Amended Scheduling Order to issue.

Government intends to file summary judgment motion.