BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>    Plaintiffs,<br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 3:17-cv-02162 EMC<br><br>**NOTICE OF APPEARANCE** |

    Pursuant to Civil Local Rule 11-2, please enter the appearance of Brandon N. Adkins, as counsel in the above-captioned case on behalf of Defendants U.S. Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency.

Date: September 3, 2019
Washington, DC

                                         Respectfully Submitted,

                                         */s/ Brandon N. Adkins*
                                         Brandon N. Adkins
                                         United States Department of Justice
                                         Environment & Natural Resources Division
                                         P.O. Box 7611
                                         Washington, D.C. 20044
                                         Tel: (202) 616-9174
                                         Fax: (202) 514-8865
                                         Email: brandon.adkins@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 3rd day of September, 2019, a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                              */s/ Brandon N. Adkins*
                              Brandon N. Adkins
                              United States Department of Justice