C. ANDREW WATERS, CA Bar No. 147259
MICHAEL CONNETT, CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

DEBRA J. CARFORA
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M Street NEWashington, DC 20001
Tel. (202) 514-2640
debra.carfora@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY EXTEND EXPERT DISCOVERY AND PARTIALLY AMEND BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |

Defendants the United States Environmental Protection Agency and Administrator Andrew Wheeler,[1] in his official capacity, (collectively the "EPA") and Plaintiffs (collectively the "parties") stipulate as follows:

WHEREAS, on August 16, 2019 the Court issued an order (ECF 109), pursuant to the parties' stipulation, that extended the cut-off for expert discovery to September 18, 2019; set October 3, 2019 as the last day to file dispositive motions; and set November 7, 2019 as the last day to be heard on dispositive motions;

WHEREAS, the parties have been continuing to work diligently to resolve a dispute related to expert discovery without need for the Court's intervention;

WHEREAS, the parties have reached an agreement on the discovery dispute that will avoid the need for the Court's intervention;

WHEREAS, the parties' agreement will necessitate conducting the final two expert depositions on September 24, 2019 and September 25, 2019;

WHEREAS, the parties have agreed that the expert cut-off shall remain set at September 18, 2019 for all other expert discovery matters besides the aforementioned depositions;

WHEREAS, taking the last depositions on September 24 and 25 will impair the ability to have a complete record available for dispositive motions;

WHEREAS, the parties have agreed to push the date for filing dispositive motions back six days, from October 3 to October 9, to ensure that dispositive motions are based on a complete record;

WHEREAS, the parties have agreed to change the last day for Opposition to dispositive motions from October 17 to October 18, which thereby truncates the time allotted for Opposition to dispositive motions by five days;

WHEREAS, the parties have agreed to keep the last day for Reply set at October 24, 2019, thereby truncating the time for Reply by one day;

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Andrew Wheeler is substituted for Scott Pruitt. Andrew Wheeler assumed the position of Administrator on February 28, 2019.

1. WHEREAS, the parties have agreed that November 7 should remain the last date for the hearing on the dispositive motions;

WHEREAS, the parties propose and stipulate that these extensions should not change or alter the Trial Date currently set for February 3, 2020.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties:

1. The parties represent that they have met and conferred extensively and in good faith to resolve an expert discovery dispute.

2. Good cause exists to extend the expert cut-off to September 25, 2019 for the limited purpose of completing two depositions that were the subject of the parties' discovery dispute.

3. Good cause exists to extend the last day for filing dispositive motions to October 9, 2019 to ensure that dispositive motions are based on a complete record.

4. The last day for Opposition to dispositive motions is set at October 18, 2019.

5. The last day for Reply in support of dispositive motions will remain set at October 24, 2019.

6. The last day to be heard regarding dispositive motions shall remain set at November 7, 2019.

7. The Trial Date currently set for February 3, 2020 shall not change.

DATE: September 12, 2019

                              */s/ Michael Connett*_____
                              MICHAEL CONNETT
                              WATERS, KRAUS & PAUL
                              222 N. Pacific Coast Hwy, Suite 1900
                              El Segundo, CA 90245

                              *Attorney for Plaintiffs*

DATE: September 12, 2019

                              /s/ *by permission*_____
                              DEBRA J. CARFORA
                              U.S. Department of Justice

Environment & Natural Resources Division
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Tel. (202) 514-2640

*Attorney for Defendants*

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this __13th__ day of _____September_____, 2019.

_____
EDWARD M. CHEN
United States District Judge