# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>[PROPOSED] **ORDER TO ENLARGE TIME FOR LIMITED EXPERT DISCOVERY** |

Before the Court is Defendants' Motion to Enlarge Time for Limited Expert Discovery.  Upon due consideration and for good cause shown, the Motion is GRANTED.

IT IS ORDERED that the Scheduling Order, ECF No. 109, as amended by ECF No. 111, is further amended by:

1.    The deadline for additional limited expert discovery is extended by 65 days, until November 22, 2019, so that the parties may only supplement their current expert reports/disclosures regarding the forthcoming NTP *Monograph* and to allow the parties an opportunity to depose the expert witness identified in EPA's supplemental disclosure and to re-depose witnesses whose expert reports are amended to reflect the NTP Monograph.

2.    The deadlines for dispositive motions are vacated and the parties shall file a joint case management statement in 45 days to propose a new schedule.

1      3.     Any other discovery, including any purported supplemental or rebuttal expert

2  reports, require the written agreement of the parties or leave of Court.

4      IT IS SO ORDERED.

6      DATED this _____ day of September, 2019.

9               _____

                    EDWARD M. CHEN

10             United States District Court Judge