C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) |
| Plaintiffs, | ) Civ. No. 17-CV-02162-EMC |
| vs. | ) **DECLARATION OF MICHAEL** |
| | ) **CONNETT IN SUPPORT OF** |
| U.S. ENVIRONMENTAL PROTECTION | ) **PLAINTIFFS' OPPOSITION TO** |
| AGENCY, et al. | ) **DEFENDANTS' MOTION TO** |
| | ) **ENLARGE TIME FOR LIMITED** |
| Defendants. | ) **EXPERT DISCOVERY** |
| | ) |

I, Michael Connett, submit the following declaration in support of Plaintiffs' Opposition to Defendants' Motion to Enlarge Time for Limited Expert Discovery:

1. I am lead counsel for Plaintiffs in the above-captioned case.

2. **Exhibit A** is a document that I downloaded from the National Toxicology Program's (NTP) website on September 20, 2019. The document identifies the EPA as a member of the NTP Executive Committee.

3. **Exhibit B** is an excerpt of a Declaration by EPA's Assistant Administrator for the Office of Water, David Ross, that EPA previously produced in this litigation. Paragraphs 11(a), 11(b), and 11(c) of Ross's Declaration describe written communications wherein EPA provided input on NTP's systematic review. Plaintiffs sought to obtain these documents, but the Court held that they were protected by the deliberative process privilege (ECF No. 96).

4.      I have been involved in every meet and confer with EPA's counsel thus far in this case. The first meet and confer was held in or about August 2017, and there have been numerous meet and confers since then. Not once during any of these meet and confers has EPA's counsel suggested that the scheduling of this case may need to be adjusted to ensure consideration of the pending NTP review.

5.      In the early part of this year, several members of Plaintiff citizen groups, as well as myself, were told by scientists involved with fluoride research that the NTP would be releasing its draft review at some point in 2019.

6.      **Exhibit C** contains the cover pages of four draft NTP reports that I downloaded from the NTP website on September 23, 2019. Each of these cover pages provides a disclaimer that the draft "is distributed solely for the purpose of pre-dissemination peer review under the applicable information quality guidelines. It has not been formally disseminated by NTP. It does not represent and should not be construed to represent any NTP determination or policy."

7.      **Exhibit D** is a document from the National Academy of Sciences' (NAS) website titled "*Peer Review of the NTP Monograph on Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects*" that I downloaded on September 19, 2019. This document states that NAS's peer review of the NTP draft report will last 12 months.

8.      **Exhibit E** is the cover page and summary of NTP's September 2015 *draft* systematic review of fluoride's impact on learning/memory in animals. Plaintiffs obtained this draft from EPA earlier in this litigation in response to Plaintiffs' discovery requests.

9.      **Exhibit F** is the cover page and summary of NTP's finalized July 2016 systematic review of fluoride's impact on learning/memory in animals. I obtained this document directly from NTP's website.

10.      **Exhibit G** are some of the documents that EPA has produced in this litigation which confirm that EPA, including EPA animal toxicologists, provided input on NTP's draft systematic review of fluoride's impact on learning/memory in animals. EPA did not produce the input provided by its animal

toxicologists, despite coming within the scope of Plaintiffs' discovery requests.

11.      **Exhibit H** is a study titled "*Prenatal Fluoride Exposure and Attention Deficit Hyperactivity Disorder (ADHD) Symptoms in Children at 6–12 Years of Age in Mexico City*" that Dr. Howard Hu attached to his June 27, 2019 report. As can be seen on page 663 of this study, the levels of fluoride exposure at issue in the study are described as "optimal" for caries prevention. Further, page 663 notes that "the mean concentration of MUF [maternal urinary fluoride] in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women."

12.      **Exhibit I** is a study titled "*Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada*" that Dr. Bruce Lanphear attached to his June 27, 2019 report. As noted on page 9 of this study:

> We found that pregnant women who lived in fluoridated communities in Canada had mean [urinary fluoride concentrations] (0.87mg/L; range: 0.14–3.80) that fall within a similar range as the creatinine-adjusted levels reported among pregnant women living in nonendemic fluorosis areas in Mexico City (0.91mg/L; range: 0.02–3.67). The similarity in MUF concentrations between the Canadian and Mexican pregnancy cohorts is of scientific and public health relevance given recent findings showing an inverse association between prenatal fluoride exposure and child IQ at 4 y of age and between 6 and 12 y of age in nearly 300 mother–child pairs. [*Citations omitted*]

13.      **Exhibit J** is a prepublication copy of the study titled "*Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada*" that Dr. Bruce Lanphear attached to his initial expert report. As noted on page 3 of this study, "Urinary fluoride concentrations among pregnant women living in fluoridated communities in Canada are similar to concentrations among pregnant women living in Mexico City."

14.      On July 25, 2019, I had a teleconference call with two of the attorneys who represent EPA in this action (Debra Carfora and Brandon Adkins). During this call, I responded to Mr. Adkins' July 19 letter by, in part, explaining the basis for Dr. Hu's opinion that the fluoride exposures in the Mexican City cohort are relevant to general population exposures.

15.      **Exhibit K** is a July 31, 2019 letter that I wrote to EPA's counsel in response to Mr. Adkins'

July 19, 2019 letter, which is attached as Exhibit G to EPA's motion. On page 2 of my letter, I once again explained the basis for Dr. Hu's opinion that the exposures in the Mexico City cohort are relevant to the general population. The relevant passage of this letter is as follows:

> [Y]ou assert as beyond the scope of Dr. Hu's studies his opinion that his data supports neurotoxic risks "at levels of exposure seen in the general population." In support of this, you quote a statement from Dr. Hu's 2017 study where he noted the lack of urinary fluoride data among pregnant women in North America. You fail, however, to mention Dr. Hu's follow-up 2018 study which is attached to his report. As I explained during our meet and confer last Thursday, the 2018 study discusses data on urinary fluoride levels in pregnant women from the Canadian MIREC cohort that became available subsequent to the publication of the 2017 study. As noted on page 663 of the follow-up study, "the mean concentration of [maternal urinary fluoride] in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women (median MUF=0.82 mg/L)." Further, on this same page, Dr. Hu describes the level of exposure in his studies as so-called "optimal" levels of fluoride resulting from salt fluoridation schemes. In contrast to your assertion, therefore, the opinion we seek to elicit from Dr. Hu as to general population exposure is directly addressed, and supported, by the 2018 study that is attached to his report.

16.     **Exhibit L** is a study titled "*Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico*," that Dr. Hu attached to his June 27, 2019 report. Pages 2 to 3 of this study summarize the "Exposure Assessment." As can be seen, this section on exposure assessment references Dr. Martinez-Mier's research three separate times. In addition, multiple references are made to the urine samples being tested at *Indiana University*. Dr. Martinez-Mier is the only author of the study identified as being affiliated with Indiana University.

17.     In Dr. Bruce Lanphear's study referenced above (Exhibit I), Dr. Martinez-Mier's research is specifically cited in the exposure assessment section (on pages 2-3), and reference is repeatedly made to the urine being tested for fluoride at Indiana University.

18.     **Exhibit M** is a copy Dr. Lanphear's study titled "*Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada*" as published on August 19, 2019 in the journal *JAMA Pediatrics*. A prepublication copy of this study (Exhibit J) had been previously provided to EPA as part of Dr. Lanphear's initial disclosures. The August 19, 2019 *JAMA* publication thus did not

DECLARATION OF MICHAEL CONNETT

provide new information to EPA.

19.     As can be seen by comparing Plaintiffs' Exhibits H and L with EPA's Exhibit K (pp. 74-90 of the Carfora Declaration), and Plaintiffs' Exhibits I and J with EPA's Exhibit L (pp. 93-109), the supplemental statement of facts that Plaintiffs provided for Dr. Hu and Dr. Lanphear re-state what was already contained in the published studies that Plaintiffs had provided with the initial disclosures.

20.     The Declaration by Debra Carfora incorrectly states that Plaintiffs provided Dr. Hu's supplemental disclosure on August 27. Carfora Decl. ¶ 14. As can be seen in Exhibit L to Ms. Carfora's declaration (p. 92), Plaintiffs provided Dr. Hu's disclosure on August 26 at 9:28 Pacific Standard Time (the relevant time zone for this case). Per the parties' prior agreement, if Plaintiffs made the disclosure by August 26, EPA was obligated to decide by September 4 whether it would depose Dr. Hu on the agreed-upon date of September 16. EPA, however, waited until September 9 to make its decision, by which time Dr. Hu was no longer available for a September 16 deposition. EPA's delay in making its decision necessitated the parties to seek the Court's permission to partially extend the expert cut-off, as Dr. Hu was not available to do a deposition until September 24. (Dr. Lanphear remained able to do his deposition on September 18, but the parties agreed—for purposes of convenience—to move it to September 25.)

21.     **Exhibit N** is the subpoena that EPA served on Dr. Richard Hornung; EPA provided me a copy of this subpoena on August 9, 2019.

22.     On three occasions prior to filing its Motion to Enlarge Time, EPA's counsel threatened to take actions that would stay or otherwise derail the scheduling of this case unless Plaintiffs consented to certain demands.  First, on August 9, EPA's counsel stated that the Agency would seek a stay of the litigation if Plaintiffs did not agree to provide supplemental disclosures and if the Court did not issue a ruling on the proposed letter brief by early September. To avert this possibility, Plaintiffs agreed to provide the supplemental disclosures. Second, on August 14, EPA's counsel threatened to quash/cancel three depositions (including a deposition scheduled for the last day of discovery) if Plaintiffs did not rescind a

DECLARATION OF MICHAEL CONNETT

rebuttal/supplemental report by Plaintiffs' expert Dr. Philippe Grandjean. If EPA took this course of action, it would have resulted in an indefinite delay in the completion of expert discovery which was of great concern to Plaintiffs. While Plaintiffs refused to rescind the report, Plaintiffs did agree to postpone a deposition of one of EPA's experts so that the expert could more fully review the rebuttal/supplemental report. Third, on September 10, EPA's counsel stated that the Agency would seek to push back the hearing date for dispositive motions if Plaintiffs would not agree to push back the last day for filing dispositive motions. In order to avoid changing the hearing date, Plaintiffs agreed to push back the last day for filing dispositive motions by 7 days, and truncate the deadline for opposition and reply by a corresponding 7 days (ECF No. 111).

23.     Plaintiffs are citizen groups that have limitations on the amount of money they can spend in this litigation. Thus far in this case, the depositions of EPA's witnesses have cost in excess of $5,000 each for the combination of court reporter fees, videographer fees, transcript fees, and travel expenses. If the Court were to grant the 65-day extension to expert discovery that EPA requests, the additional depositions that would need to be conducted would constitute a substantial expense for Plaintiffs.

24.     If the Court permitted EPA's experts to supplement their reports to incorporate the findings of the NTP's review, Plaintiffs will likely do the same so as not to be at a disadvantage at trial. This would require reimbursement of Plaintiffs' experts at hourly rates ranging from $225 to $300 an hour, which would be another substantial expense for Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2019, in El Segundo, California.

> _/s/ Michael Connett_
> MICHAEL CONNETT
> WATERS, KRAUS & PAUL
> 222 N. Pacific Coast Hwy, Suite 1900
> El Segundo, CA 90245
> Tel: (310) 414-8146
> Email: mconnett@waterskraus.com

# **<u>Exhibit A</u>**



# Annual Report for Fiscal Year 2017

https://ntp.niehs.nih.gov/go/837843

## NTP Executive Committee

The NTP Executive Committee provides programmatic and policy oversight support to the NTP director. The committee meets once or twice a year in a closed forum. Members include the heads, or their designees, from the following federal agencies.

- U.S. Consumer Product Safety Commission.
- U.S. Department of Defense.
- U.S. Environmental Protection Agency.
- U.S. Food and Drug Administration.
- National Cancer Institute.
- National Center for Environmental Health/Agency for Toxic Substances and Disease Registry.
- National Institute of Environmental Health Sciences.
- National Institute for Occupational Safety and Health.
- Occupational Safety and Health Administration.

To enhance agency interactions by streamlining communication, NTP uses agency points of contact, rather than formal committees. Agency points of contact have a dedicated responsibility and time commitment, are knowledgeable about the NTP mission and programs and their agency's resources, and bring the most relevant agency expertise to bear on NTP issues.

"SACATM ..." - previous article
next article - "Special Emphasis Panels ..."

# **<u>Exhibit B</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOOD & WATER WATCH, et al.,

        Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, et al.,

        Defendants.

Civil Action No. 4:17-cv-02162-EMC

## SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS PRIVILEGE

I, David P. Ross, declare that the following statements are true and correct to the best of my knowledge and belief, that they are based upon my personal knowledge and on information supplied to me by employees of the United States Environmental Protection Agency ("EPA"), and that they are provided in conjunction with the Amended Privilege Log attached hereto and submitted to Plaintiffs in the above-captioned case.

1. I am the Assistant Administrator for the EPA Office of Water ("OW"), which is located at 1200 Pennsylvania Avenue, NW, Washington, D.C. 20460. OW develops national programs, policies, and regulations to address contaminants in drinking water and to restore and maintain oceans, watersheds, and their aquatic systems to protect human health, support economic and recreational activities, and provide healthy habitat for fish, plants, and wildlife. Among other responsibilities, OW is responsible for administering the Safe Drinking Water Act, 42 U.S.C. § 300f et seq. In the above-captioned action, Food and Water Watch seeks an order

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS PRIVILEGE
4:17-cv-02162-EMC

1  compelling EPA to ban the purposeful addition of fluoride into drinking water under
2  section 21 of the Toxic Substances Control Act, 15 U.S.C. § 2620.[1]

3      2.    On October 3, 1984, the Administrator of EPA delegated to Assistant
4  Administrators the authority to assert, during judicial litigation, the deliberative
5  process privilege with respect to documents and materials within the control of the
6  Agency, such as documents and materials developed by personnel in their
7  respective offices on EPA's behalf (National Delegation 1-49, October 3, 1984; TN
8  106 approved July 20, 2016).

9      3.    On November 16, 2018, I submitted a declaration ("First Declaration")
10  in support of EPA's response to the First Set of Requests for Production of
11  Documents submitted by Plaintiffs in the above-captioned case. Attached to that
12  Declaration was a list of 205 documents for which OW asserted the deliberative
13  process privilege. I submit this declaration in support of EPA's response to
14  Plaintiffs' letter asking the Court to compel production of 76 of the 205 documents
15  for which OW asserted the deliberative process privilege ("Contested Documents").
16  My staff, with the assistance of EPA and Department of Justice counsel, has
17  reassessed the Contested Documents and has produced 8 documents[2] while
18  asserting that the privilege remains appropriate for the remaining 67 Contested
19  Documents[3]. I provide a supplemental explanation for the Agency's assertion of
20  the privilege below.

---

[1] The Toxic Substances Control Act is administered by EPA's Office of Chemical Safety and Pollution Prevention.
[2] EPA0091522; EPA0107153; EPA0129832; and EPA0129900 have been produced with redaction.
EPA0167277; EPA0114960; EPA0122144; and EPA0122154 have been produced in full.
[3] The number of documents actually in dispute is 67 (rather than 68) because the only responsive portion of EPA0407208 has already been produced. The document was inadvertently included on the privilege log because the redacted portions, although non-responsive, are deliberative.

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS PRIVILEGE
4:17-cv-02162-EMC

b.     Two documents, EPA0160464 and EPA0163811, are preliminary drafts of the HHS Federal Register Notice describing the 2015 PHS formal guidance to lower the concentration of fluoride in drinking water for the prevention of dental caries.  Three documents, EPA0121687; EPA0148194; and EPA0148216, are drafts of Community Water Fluoridation FAQs concerning the impact of optimal fluoride concentrations recommendations, which were ultimately issued in coordination with PHS's 2015 guidance and recommendations.  The drafts are pre-decisional as they do not reflect an official agency position.  The drafts, circulated among EPA staff, contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations in order to assist the PHS in its final recommendation to community water systems for the optimal concentration of fluoride in drinking water.

c.     EPA0227737 is a communication among EPA staff that reflects EPA staff opinions, evaluations, and recommendations made to assist the PHS in effectively communicating  its final recommendation to community water systems for the optimal concentration of fluoride in drinking water.

**10.     The National Toxicology Program's (NTP) 2016 systematic review of animal literature:**

a.     Once NTP selected fluoride for evaluation and systematic review of the literature regarding neurotoxic effects in animals, NTP requested assistance from a number of federal agencies with expertise on the subject matter through an interagency review and comment period.  Prior to publishing, NTP sought from EPA comments and recommendations on its preliminary drafts concerning its analytic approach and systematic review protocol.  The NTP considered EPA's comments in finalizing the report, which was published in 2016 (NTP 2016).

b.     Two documents, EPA0117829 and EPA0113270, are preliminary drafts of the NTP report, which are pre-decisional as they do not reflect

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS PRIVILEGE
4:17-cv-02162-EMC

an official agency position. Any comparison between the preliminary drafts and the final document could reveal the deliberations leading to the discretionary resolution of administrative science policy questions.

c.    Twenty-one documents, EPA0120734; EPA0120731; EPA0120736; EPA0120738; EPA0120741; EPA0120743; EPA0120752; EPA0120755; EPA0323731; EPA0407578; EPA0323534; EPA0407589; EPA0407210; EPA0407583; EPA0323739; EPA0406584; EPA0323473, EPA0107156; EPA0181787; EPA0181790; and EPA0247039, are internal and interagency communications reflecting deliberations leading to the resolution of issues regarding the interpretation of scientific studies or the inferences that can be drawn from them and comprise the process by which decisionmakers deliberated on and resolved questions of administrative science policy presented by preliminary drafts of NTP 2016.

d.    Additionally, three documents, EPA0247044; EPA0247419; and EPA0246785, are drafts of the NTP communication strategy and messaging for its program of study on fluoride. The drafts are pre-decisional and do not reflect a final agency position. The drafts, circulated among EPA staff, also contain annotations and edits that reflect EPA staff opinions, evaluations, and recommendations made to assist agency decision makers in exercising their discretion to resolve science policy questions concerning the public dissemination of information related to the animal literature study on fluoride, including the issue of how to most effectively characterize the strength, import and utility of the data presented.

**11.** **NTP's pending systematic review of human literature:**

a.    After the NTP completed its systematic review of the existing animal studies, but while the study was undergoing peer-review, NTP's Office of Health Assessment and Translation received a nomination to carry out an integrated analysis of human, animal, and mechanistic evidence to develop hazard

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS
PRIVILEGE
4:17-cv-02162-EMC

1    identification conclusions about whether fluoride is a developmental neurotoxicant.
2    This nomination represented an expansion of the systematic review of animal
3    studies that would involve an examination of human studies as well as studies that
4    evaluate potential biological plausibility.  Issues nominated to the NTP for either a
5    research program or a literature analysis are typically announced in the Federal
6    Register with a request for public comment in conjunction with an interagency
7    comment period. NTP then uses this information to decide whether to move a
8    project forward. NTP sought assistance in determining whether to move the fluoride
9    nomination forward by requesting that EPA provide comment and advice on the
10   scope of the nomination and review its proposed approach and systematic review
11   protocol.

12           b.      Six documents, EPA0120841; EPA0221181; EPA0276416;
13   EPA0112927; EPA0112979; and EPA0120789, are drafts of NTP's "concept
14   document" that proposed specific questions to be addressed by the study, and the
15   general approach it might take to carry out its analysis.  The draft is pre-decisional
16   and does not reflect an official agency position.   Further, the drafts contain
17   annotations  and  edits  that  reflect  EPA  staff  opinions,  evaluations,  and
18   recommendations to assist principle decisionmakers in determining whether to
19   devote governmental resources to conduct further assessments of fluoride data over
20   other potential priorities.

21           c.      Five documents, EPA0112948; EPA0120812; EPA0112951;
22   EPA0112798 and EPA0112801, are internal communications discussing how
23   certain epidemiology data should be presented to the NTP Board of Scientific
24   Counselors for additional analysis on whether the fluoride nomination should move
25   forward. The communications were made to provide recommendations to
26   an agency decisionmaker in the resolution of technical and administrative science
27   policy considerations associated with drawing conclusions regarding the quality of
28   data and identification of confounding factors.

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS
PRIVILEGE
4:17-cv-02162-EMC

regulatory outcome can depend not only on objective scientific fact but also on the discretionary exercise of science policy decision making by the agency in resolving those uncertainties.  Disclosure of documents revealing the give and take leading to the exercise of such discretion could, therefore, undermine the public's confidence in regulations and scientific products addressing public health, ultimately hindering the ability of EPA and other government agencies to carry out their mission of protecting human health.

14.    Plaintiffs have not indicated any need for the documents that outweigh such public policy considerations, especially because the wisdom of EPA's exercise of its science policy discretion in issuing the Six Year Review 3 or in advising other agencies developing related scientific products is not under review in this litigation.

15.    For the reasons explained above, I assert the deliberative process privilege for each of the 67 documents identified in Attachment 1 to this Declaration and referenced in the Amended Privilege Log submitted to Plaintiffs in the above-captioned case.

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I declare the foregoing is true and correct to the best of my knowledge.

Date___12/11/18_____          _____
                                    David P. Ross
                                    Assistant Administrator
                                    Office of Water
                                    U.S. Environmental Protection Agency

SECOND DECLARATION OF DAVID P. ROSS ASSERTING THE DELIBERATIVE PROCESS
PRIVILEGE
4:17-cv-02162-EMC

# **<u>Exhibit C</u>**



**National Toxicology Program**
U.S. Department of Health and Human Services

**Draft NTP MONOGRAPH ON**

# SYSTEMATIC REVIEW OF TRAFFIC-RELATED AIR POLLUTION AND HYPERTENSIVE DISORDERS OF PREGNANCY

June 2019

Office of Health Assessment and Translation
Division of the National Toxicology Program
National Institute of Environmental Health Sciences
National Institutes of Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

NOTICE:
*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review under applicable information quality guidelines. It has not been formally disseminated by NTP. It does not represent and should not be construed to represent final NTP determination or policy.*



**National Toxicology Program**
U.S. Department of Health and Human Services

**DRAFT NTP MONOGRAPH ON**

# SYSTEMATIC REVIEW OF LONG-TERM NEUROLOGICAL EFFECTS FOLLOWING ACUTE EXPOSURE TO THE ORGANOPHOSPHORUS NERVE AGENT SARIN

Revised December 19, 2018

Office of Health Assessment and Translation
Division of the National Toxicology Program
National Institute of Environmental Health Sciences

NOTICE:

*This DRAFT Monograph is distributed solely for the purpose of pre-dissemination peer review under the applicable information quality guidelines. It has not been formally disseminated by NTP. It does not represent and should not be construed to represent any NTP determination or policy.*



# SYSTEMATIC REVIEW OF
# IMMUNOTOXICITY ASSOCIATED WITH EXPOSURE TO PERFLUOROOCTANOIC ACID (PFOA) OR PERFLUOROOCTANE SULFONATE (PFOS)

June 6, 2016

Office of Health Assessment and Translation

Division of the National Toxicology Program

National Institute of Environmental Health Sciences

National Institutes of Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

*This information is distributed solely for the purpose of pre-dissemination review under applicable information quality guidelines. It has not been formally distributed by the National Toxicology Program. It does not represent and should not be construed to represent any NTP determination or policy.*

NTP TECHNICAL REPORT

ON THE

# PRENATAL DEVELOPMENTAL TOXICITY STUDIES

# OF 4-METHYLCYCLOHEXANEMETHANOL

(CAS NO.  34885-03-5)

# IN SPRAGUE DAWLEY (Hsd:Sprague Dawley SD) RATS

(GAVAGE STUDIES)

Scheduled Peer Review Date:  2019

NOTICE

This DRAFT Technical Report is distributed solely for the purpose of predissemination peer review under the applicable information quality guidelines.  It has not been formally disseminated by the NTP.  It does not represent and should not be construed to represent NTP determination or policy.

NTP DART-02

 National Toxicology Program

National Institutes of Health
Public Health Service
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

# **<u>Exhibit D</u>**

# Peer Review of the NTP Monograph on Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects

**Project Scope:**

An ad hoc committee of the National Academies of Sciences, Engineering, and Medicine will review the *National Toxicology Program (NTP) Monograph on Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects*.  The committee will provide an overall critique of the draft monograph and address the following questions:

- Has the systematic review protocol been followed and modifications appropriately documented and justified?
- Does the monograph accurately reflect the scientific literature?
- Are the findings documented in a consistent, transparent, and credible way?
- Are the report's key messages and graphics clear and appropriate?  Specifically, do they reflect supporting evidence and communicate effectively?
- Are the data and analyses handled in a competent manner?  Are statistical methods applied appropriately?
- What other significant improvements, if any, might be made in the document?

**Status:** Current

**PIN:** DELS-BEST-19-01

**Project Duration (months):** 12 month(s)

**RSO:** Mantus, Ellen

**Division(s):**

Division on Earth and Life Studies

**Board(s)/Committee(s):**

Board on Environmental Studies and Toxicology

**Topic(s):**

Environment and Environmental Studies
Health and Medicine

**Geographic Focus:**

# Committee Membership

**Committee Post Date:** 09/09/2019

**David A. Savitz - (Chair)**

David A. Savitz (chair) is professor of epidemiology and Associate Dean for Research at the Brown University School of Public Health, with joint appointments in obstetrics and gynecology and pediatrics at the Alpert Medical School. He was also vice president of research at the university from 2013-2017. His epidemiological research has addressed a wide array of important public health issues, including environmental hazards in the workplace and community, reproductive health outcomes, and environmental influences on cancer. He has worked extensively on health effects of nonionizing radiation, pesticides, drinking water treatment byproducts, and perfluorinated compounds. Before joining Brown University, Dr. Savitz held appointments as the Charles W. Bluhdorn Professor of Community and Preventive Medicine at Mount Sinai School of Medicine and a professor at the University of North Carolina School of Public Health. He was president of the Society for Epidemiologic Research and the Society for Pediatric and Perinatal Epidemiologic Research and was a North American Regional Councilor for the International Epidemiological Association. Dr. Savitz was elected to the National Academy of Medicine in 2007. Dr. Savitz received his MS in preventive medicine from the Ohio State University and his PhD in epidemiology from the University of Pittsburgh Graduate School of Public Health.

**Germaine M. Buck Louis**

Germaine M. Buck Louis is dean of the College of Health and Human Services at George Mason University. Her research has addressed a mixture of environmental exposures, including endocrine disruptors, stress, diet, and physical activity in relation to a spectrum of reproductive outcomes in men and women. She was an early pioneer in the application of the exposome research paradigm for understanding environmental influences on human fecundity and fertility impairments. Before joining the university, Dr. Louis was the director for the Division of Intramural Population Health Research at the Eunice Kennedy Shriver National Institute of Child Health and Human Development at the National Institutes of Health, where she led population health scientists in designing research aimed at enhancing the health and well-being of fetuses, pregnant women, children, and young adults. She has served the National Academies, Pan American Health Organization, U.S. Environmental Protection Agency, and World Health Organization in various roles. She is a former president of the Society of Pediatric and Perinatal Epidemiologic Research and of the Society for Epidemiologic Research and has served on the boards for the American College of Epidemiology and the International Society for Environmental Epidemiology. Dr. Louis received her PhD in epidemiology from the State University of New York at Buffalo.

**Kevin Crofton**

Kevin Crofton is principal and consultant at R3 Fellows, LLC. Previously, he worked for more than 30 years as a developmental neurotoxicologist at the Environmental Protection Agency in the National Center for Computational Toxicology in the Office of Research and Development where he served as Deputy Director. Dr. Crofton also served as an adjunct associate professor at North Carolina State University and University of North Carolina. His research interests include developmental neurotoxicity with an emphasis on understanding the consequences of endocrine disruption on neurodevelopment. He received the U.S. Environmental Protection Agency's Distinguished Career Service Award. He served as a councilor for the International Neurotoxicology Association and the President for the Neurotoxicology Section at the Society for Toxicology. Dr. Crofton received an MS in toxicology from Miami University and his PhD in toxicology from the University of North Carolina at Chapel Hill.

**Akhgar Ghassabian**

Akhgar Ghassabian is an investigator and assistant professor in Departments of Pediatrics, Population Health, and Environmental Medicine at the New York University (NYU) School of Medicine. Her research interests focus on identifying environmental exposures that contribute to the etiology of developmental disabilities in childhood. Before joining NYU, Dr. Ghassabian was the intramural research training award fellow at the Eunice Kennedy Shriver National Institute of Child Health and Human Development at the National Institutes of Health. During her doctoral and postdoctoral training, Dr. Ghassabian was involved in birth cohort studies in Europe and in the United States. She was a collaborator on European epidemiological consortia examining the effect of nutrition and air pollution on children's neurodevelopment. Dr. Ghassabian was the recipient of the Rubicon Award from the Netherlands Organization for Scientific Research in 2014 and the Robin/Guze Young Investigator Award from the American Psychopathological Association in 2019. She obtained her MD from Tehran University of Medical Sciences and a PhD in epidemiology at Erasmus University Rotterdam, the Netherlands.

**Judith B. Klotz**

Judith B. Klotz is an affiliate faculty member in the Department of Occupational and Environmental Health at

the Dornsife School of Public Health, Drexel University, and an adjunct associate professor in the Department of Epidemiology at the Rutgers School of Public Health. She is member of the Health Effects Committee of the New Jersey Drinking Water Quality Institute and of the Public Health standing committee of the Science Advisory Board, both advisory groups of the New Jersey Department of Environmental Protection. Dr. Klotz has served on several National Academies Committees, including the Subcommittee on Fluoride in Drinking Water and the Committee on the Review of the Styrene Assessment in the National Toxicology Program 12th Report on Carcinogens. She received her MS in genetics from the University of Michigan and her DrPH in environmental health sciences from Columbia University.

**Load More**

**Juleen Lam**
Juleen Lam is an assistant professor in the Department of Health Sciences at the California State University, East Bay. She is also an affiliate researcher in the Department of Obstetrics, Gynecology and Reproductive Sciences at the University of California at San Francisco, School of Medicine. Her research interests are in environmental epidemiology, evaluation of population exposures to environmental contaminants, assessment and communication of environmental risks, and reproductive and developmental health. She specializes in analysis of environmental health data and development and application of risk assessment methods. Of particular note, Dr. Lam has been involved in the development of systematic review methods for environmental health data and has been a pivotal role in implementing, publishing, and disseminating these approaches in academic and government settings. She is a member of the US Environmental Protection Agency Board of Scientific Counselors Chemical Safety for Sustainability Subcommittee. She is currently serving on the National Academies Committee to Review DOD's Approach to Deriving an Occupational Exposure Limit for TCE. She received her MS in environmental engineering management from George Washington University and her MHS in biostatistics and PhD in environmental health policy from the Johns Hopkins University Bloomberg School of Public Health.

**Pamela J. Lein**
Pamela J. Lein is a professor of neurotoxicology in the Department of Molecular Biosciences at the University of California, Davis, School of Veterinary Medicine. Her research interests are in how environmental stressors interact with genetic susceptibilities to influence the risk and severity of neurodevelopmental disorders and neurodegeneration. Because altered patterns of connectivity are associated with neurological deficits, her research focuses on investigating how environmental contaminants, chemical convulsants, and inflammation perturb neuronal connectivity as determined using biochemical, morphogenic, and electrophysiological end points. Her group is also developing biomarkers of organophosphate neurotoxicity and testing novel therapeutic approaches for protecting against the neurodegenerative effects associated with neurotoxic proconvulsants. Dr. Lein was a member of the National Academies Committee to Review Report on Long-Term Health Effects on Army Test Subjects. She received her MS in environmental health from East Tennessee State University and her PhD in pharmacology and toxicology from the State University of New York at Buffalo.

**Michael L. Pennell**
Michael L. Pennell is associate professor in the Division of Biostatistics in the College of Public Health at The Ohio State University. His research interests are nonparametric Bayes, first hitting time models for survival analysis; design and analysis of Group Randomized Trials; joint modeling outcomes of different scales; statistical methods in toxicological risk assessment; and statistical applications in biomedical research, including cancer control, pathology, and veterinary medicine. Dr. Pennell has served as an ad hoc member of US Environmental Protection Agency (EPA) Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel, the EPA Science Advisory Board on trichloroethylene and Libby Amphibole Asbestos, and the Chemical Safety Advisory Subcommittee for 1-bromopropane. He currently serves on the National Academies Committee to Evaluate the IRIS Protocol for Inorganic Arsenic. He received his MS and PhD in biostatistics from the University of North Carolina at Chapel Hill.

**Craig Steinmaus**
Craig Steinmaus is an associate adjunct professor of epidemiology at the University of California Berkeley (UCB). He is also a public health medical officer III at the California Environmental Protection Agency (CalEPA) and is the UCB director of the Arsenic Health Effects Research Group. He is a board-certified physician with over 12 years of patient-care experience. His epidemiologic research has involved studies of

drinking water contaminants with a focus on early-life exposure and other factors conferring susceptibility. He also teaches graduate courses on epidemiology, causal inference, and systematic review at UCB and at the University of California San Francisco. Dr. Steinmaus has served on several study sections of the National Institutes of Health and Centers for Disease Control and Prevention and is currently a full member of the Cancer, Heart, and Sleep Epidemiology, A study section. His work at the CalEPA Water Toxicology section has involved systematic reviews and risk assessments of drinking water agents, including nitrate, arsenic, copper, perchlorate, fluoride, chromium, and trihalomethanes. He received his MD at the University of California, Davis School of Medicine, and his MPH in environmental health sciences from the University of California, Berkeley.

**Charles V. Vorhees**

Charles V. Vorhees is a professor at the University of Cincinnati's College of Medicine. He is co-director of the Animal Behavior Core and program director of the Teratology Training Program. He is on the graduate faculty of the Graduate Programs in Neuroscience and Molecular and Developmental Biology. His research interests focus on brain development and behavior. He was a founding member of the Neurobehavioral Teratology Society in 1977 and was elected president in 1984-85 and 2012-13. Dr. Vorhees has served on multiple scientific advisory committees for the US Food and Drug Administration, US Environmental Protection Agency, and National Institutes of Health. He was on the National Academies Subcommittee on Reproductive and Developmental Toxicants. Dr. Vorhees obtained his MA and PhD in neurobiology from Vanderbilt University.

## Comment on Provisional Committee Appointments

**Viewers may communicate with the National Academies at any time over the project's duration. In addition, formal comments on the provisional appointments to a committee of the National Academies are solicited during the 20-calendar day period following the posting of the membership and, as described below, these comments will be considered before committee membership is finalized. We welcome your comments (Use the Feedback link below).**

**Please note that the appointments made to this committee are provisional, and changes may be made. No appointment shall be considered final until we have evaluated relevant information bearing on the committee's composition and balance. This information will include the confidential written disclosures to The National Academies by each member-designate concerning potential sources of bias and conflict of interest pertaining to his or her service on the committee; information from discussion of the committee's composition and balance that is conducted in closed session at its first event and again whenever its membership changes; and any public comments that we have received on the membership during the 20-calendar day formal public comment period. If additional members are appointed to this committee, an additional 20-calendar day formal public comment period will be allowed. It is through this process that we determine whether the committee contains the requisite expertise to address its task and whether the points of views of individual members are adequately balanced such that the committee as a whole can address its charge objectively.**

FEEDBACK

**You have 10 day(s) remaining after today to provide comments during the formal comment period.**

# Events

**2:00 PM - 3:00 PM (EST)**
**TeleConference**
ONE-DAY EVENT | September 16, 2019
**Committee Call: Peer Review of the NTP Monograph on Systematic Review of Fluoride Exposure and**

**Neurodevelopmental and Cognitive Health Effects**
Sep 16
2019
**Event Type :**

TeleConference

**Registration for Online Attendance :**

NA

**Registration for in Person Attendance :**

NA

*If you would like to attend the sessions of this event that are open to the public or need more information please contact*

**Contact Name:**　Sarah Harper
**Contact Email:**　SHarper@nas.edu
**Contact Phone:**　(202) 334-3353

**Supporting File(s)**

-
**Is it a Closed Session Event?**

Yes

**Closed Session Summary Posted After the Event**

**The following committee members were present at the closed sessions of the event:**

David Savitz (Chair)
Germaine Buck Louis
Akhgar Ghassabian
Craig Steinmaus
Kevin Crofton
Pamela Lein
Charles Vorhees
Juleen Lam
Michael Pennell

**The following topics were discussed in the closed sessions:**

Reviewed statement of task. Completed balance and committee composition conversation.

**The following materials (written documents) were made available to the committee in the closed sessions:**

N/A

**Date of posting of Closed Session Summary:**

September 17, 2019
**Publication(s) resulting from the event:**

-

# Publications

**Publications**

No data present.

# **<u>Exhibit E</u>**

# SYSTEMATIC REVIEW ON THE NEUROBEHAVIORAL TOXICITY OF FLUORIDE IN ANIMAL STUDIES

Prepared the National Toxicology Program Office of Health Assessment and Translation (OHAT), National Institute of Environmental Health Sciences

September 2015

Disclaimer: This report has not been formally disseminated by NTP. It does not represent and should not be construed to represent final NTP determination or policy. This is a confidential draft report. Do not cite or distribute.

EPA0120456

## ABSTRACT

**Objective:** The objective of this systematic review was to evaluate the effects of fluoride on learning and memory in experimental animals. This evaluation is intended to complement consideration of analyses of human studies being undertaken to assess possible impacts of public water fluoridation on children's IQ.

**Methods**: We included studies utilizing mammalian animal models (whole organism) of all ages treated with forms of fluoride relevant for water fluoridation. The primary outcome was learning and memory, but we also included studies assessing motor and sensory function, and other aspects of behavior (e.g., anxiety, territorial aggression). Studies assessing thyroid function or brain-related cellular, morphometric or histological endpoints were considered beyond the scope of this analysis. A literature search was performed using PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several specialized databases specific to toxicology. There were no date or language restrictions. Risk of bias was assessed regarding randomization, allocation concealment, blinding, exposure characterization, health outcome assessment, incomplete outcome data, selective outcome reporting, and other biases.

**Results:** We included 61 studies, 44 of which addressed learning and memory. No meta-analysis was conducted due to the small number of studies that measured endpoints similarly when study design heterogeneity was considered, i.e., dose levels, duration of treatment, lifestage at exposure, species, or differences in measurement of behavioral responses. Approximately 30% of the learning and memory studies were considered to have a very serious risk of bias and were excluded from the narrative analysis of learning and memory, thus conclusions were reached on 30 studies. Results show a moderate level-of-evidence for a pattern of findings suggestive of an effect on learning and memory in rats or mice treated during development or adulthood. Additional studies are required to have higher confidence in the specificity of the responses as learning or memory impairments and in quantitative measures such as the effect sizes, point of departure, identification of NOEL or LOEL doses, or parameters for benchmark dose analysis.

**Conclusion:** This review of neurobehavioral studies in experimental animals (rats and mice) exposed to fluoride in drinking water or diet during either the young adult/adult, or gestational and young adult life stages, found evidence of potential detrimental effects on learning and memory. The confidence in these findings is moderate primarily based on limitations in the studies that prevent precise estimates of effect sizes in many of the studies, and the potential confounding of the learning and memory assessments by deficits in motor function or fear responses.

EPA0120459

# Exhibit F



**National Toxicology Program**

U.S. Department of Health and Human Services

# Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

July 2016

Office of Health Assessment and Translation (OHAT)
Division of the National Toxicology Program
National Institute of Environmental Health Sciences

*Official citation*: NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC: National Toxicology Program.

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

## ABSTRACT

**BACKGROUND:** Previous systematic reviews of epidemiology studies have found support for a geographical association between high levels of naturally occurring fluoride in water (>1.5 ppm) and lower IQ in children. Most of the evidence from humans is from fluoride-endemic regions having higher background levels of fluoride compared to the fluoride concentrations historically used in community water fluoridation programs (0.7–1.2 ppm). Confidence in this body of evidence is limited, primarily due to poor reporting quality, lack of consideration of confounding (e.g., nutritional status, socioeconomic status, iodine deficiency), and concern for co-exposures to relatively high levels of other known neurotoxicants such as lead or arsenic. A systematic review of experimental animal studies could help in interpreting the human evidence.

**OBJECTIVE:** To investigate whether fluoride exposure has detrimental impacts on neurobehavior in laboratory animal studies, prioritizing assessment of learning and memory outcomes. Confidence in the body of evidence was assessed according to one of four statements: (1) High, (2) Moderate, (3) Low, or (4) Very Low/No Evidence Available.

**METHODS:** We included experimental animal studies that used mammalian species (whole organism) exposed during development or adulthood, which compared the effects of oral exposure to various fluoride concentrations to vehicle controls on neurobehavioral responses. The principal outcomes were learning and memory, but other neurobehavioral studies were included (e.g., anxiety, motor activity, aggression, sexual behavior). Studies assessing brain-related cellular, morphometric or histological endpoints were considered beyond the scope of this analysis. A literature search was performed up to January 14, 2016, using PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several specialized databases. There were no date or language restrictions, and unpublished data and abstracts were excluded. Risk of bias was assessed regarding randomization, allocation concealment, blinding, exposure characterization, health outcome assessment, incomplete outcome data, selective outcome reporting, and other biases.

**RESULTS:** The database searches yielded 4,643 unique records and 13 records were identified from other sources. Of the 4,656 studies, we identified 68 studies using mice or rats and testing drinking water or dietary concentrations of 0.45 to 272 ppm fluoride (0.12 to 40 mg/kg-d). Most included studies were published after 2000. Forty-eight studies addressed learning and memory, 16 of which assessed exposure during development.

**Synthesis of results:** Meta-analysis was not conducted due to the small number of studies that measured endpoints similarly based on study design, that is, dose levels, duration of treatment, lifestage at exposure, species, or differences in measurement of behavioral responses. Relatively few studies provided information on other sources of fluoride (e.g., diet, water source). Most studies were statistically underpowered to detect a <20% change from control groups for behavioral tests. Approximately 30% of the learning and memory studies were considered to have a very serious risk of bias and were excluded from the narrative analysis. Conclusions were reached based on an analysis of 32 studies. Results show **low-to-moderate** confidence for a pattern of findings suggestive of an effect on learning and memory based on developmental and adult exposure studies. The evidence is strongest (moderate level-of-evidence) in animals exposed as adults and weaker (low level-of-evidence) in animals exposed during development. Level-of-evidence conclusions were rated down due to concern for indirectness and risk of bias. The evidence was strongest and most abundant for adult exposure studies using the Morris water maze. In many cases, across the entire dose range tested, whether the effects were specifically related to learning and memory—versus a possible impact on motor or sensory function that could have

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

impaired the ability of the animal to perform the learning and memory tests as measured—was not possible to discern. This was considered a form of indirectness. Additional studies are required to have higher confidence in the specificity of the responses as learning or memory impairments and in quantitative measures such as the effect sizes, point of departure, identification of no observed effect level or lowest observed effect level doses, or parameters for benchmark dose analysis. Based on control values (means and standard deviations/standard errors) and the number of animals per group, the studies appear statistically underpowered to detect a <10% or <20% change from controls for most behavioral endpoints.

**CONCLUSION:** Very few studies assessed learning and memory effects in experimental animals (rats and mice) at exposure levels near 0.7 parts per million, the recommended level for community water fluoridation in the United States. At concentrations higher than 0.7 parts per million, this systematic review found a low to moderate level-of -evidence that suggests adverse effects on learning and memory in animal exposed to fluoride. The evidence is strongest (moderate level-of-evidence) in animals exposed as adults and weaker (low level-of-evidence) in animals exposed during development. Confidence in these findings was reduced primarily based on potential confounding of the learning and memory assessments by deficits in motor function or fear and risk of bias limitations. Additional research is needed, in particular to address potential effects on learning and memory following exposure during development to fluoride at levels nearer to 0.7 parts per million. NTP is conducting laboratory studies in rodents to fill data gaps identified by this systematic review of the animal studies. The findings from those studies will be included in a future systematic review to evaluate potential neurobehavioral effects from exposure to fluoride during development with consideration of human, experimental animal and mechanistic data.

# Exhibit G

| From: | Thayer, Kristina (NIH/NIEHS) [E] |
|---|---|
| To: | Harrouk, Wafa (FDA/CDER); Mendez, Elizabeth; Donohue, Joyce; Lowit, Anna; wolfe@niehs.nih.gov; Harry, Jean (NIH/NIEHS) [E]; Strong, Jamie; Blair, Nicole (CDC/ONDIEH/NCCDPHP); Swartz, Christina; Doherty, Michael; Gooch, Barbara (CDC/ONDIEH/NCCDPHP); Iafolla, Timothy (NIH/NIDCR) [E]; Behl, Mamta (NIH/NIEHS) [E]; Tucker, Nicole; DAgostino, Jaime; Rodgers-Jenkins, Crystal; Wang, Lili; Runner, Susan (FDA/CDRH); bucher@niehs.nih.gov; Weno, Katherine (CDC/ONDIEH/NCCDPHP) |
| Subject: | NTP fluoride and animal neurobehavior report |
| Date: | Thursday, May 26, 2016 5:21:51 AM |
| Attachments: | Fluoride and Learning and Memory in Animals_Interagency Review_May 26,2016.pdf |

Good morning,

Please find attached our report "Systematic Literature Review on the Neurobehavioral Effects of Fluoride in Animal." Since you've last seen this report in Fall 2015 we've updated the literature to January 2016 and had the report externally peer-reviewed. In addition, we asked animal toxicologists at EPA to do another round of review. We are planning on releasing this report towards the end of June and wanted to share with you in advance. The document will undergo technical editing in parallel to your review.

Robin Mackar and Mary Wolfe will be contacting staff from our agencies to work on a communication strategy.  As you recall, names of points of contact for communication were identified last fall.

Please respond to the doodle poll below if you'd like to participate in a conference call to discuss the report and be updated on our other fluoride-related activities (systematic review of human literature, animal toxicology studies), which were discussed at the December 1-2, 2015 NTP Board of Scientific Counselors meeting (http://ntp.niehs.nih.gov/go/9741).

http://doodle.com/poll/avk7eztcxsyydriv

Sincerely,

Kris

-----------------------------------------------
Kristina Thayer, Ph.D.
Deputy Director for Analysis, Division of the NTP
Director, NTP Office of Health Assessment and Translation (OHAT)
NIEHS/NTP
530 Davis Drive
Room 2150/Mail Drop K2-04
Morrisville, NC 27560
Ph: 919-541-5021
Fax: 301.480.3286
thayer@niehs.nih.gov

| From: | Thayer, Kristina (NIH/NIEHS) [E] |
|---|---|
| To: | Strong, Jamie |
| Cc: | Donohue, Joyce; Wang, Lili; Rodgers-Jenkins, Crystal |
| Subject: | RE: EPA OW comments on NTP fluoride sys rev report |
| Date: | Wednesday, October 14, 2015 1:55:49 PM |

Thanks so much for your comments! I think these issues can be worked into the current report and should also be discussed in the follow-up systematic review....

**From:** Strong, Jamie [mailto:Strong.Jamie@epa.gov]
**Sent:** Wednesday, October 14, 2015 1:51 PM
**To:** Thayer, Kristina (NIH/NIEHS) [E]
**Cc:** Donohue, Joyce; Wang, Lili; Rodgers-Jenkins, Crystal
**Subject:** EPA OW comments on NTP fluoride sys rev report

Kris,

Thank you for the opportunity to review the Systematic Review of the Neurobehavioral Toxicity of Fluoride in Animal Studies report.  The report is very thorough, particularly related to the description of the method.  The presentation of scientific details from the studies that lead to the conclusions was not as transparent (perhaps that was outside the scope of the project).  Specifically, the document could benefit from presentation of a discussion related to the biochemistry of fluoride and its interaction with the nervous system as support for the effects observed.   For example, fluoride salts are, in some cases, are pretty insoluble ( e.g. Al, Ba, Ca, Fe, Pb, Mg). Questions that are relevant to this property of fluoride include the issue of whether the formation of ion pairs or insoluble salts in some way impact signaling or neurotransmission?  This point may be something to keep in mind as NTP considers a more in depth systematic review of the neurotoxicity literature and study designs.

One other comment relates to the presentation of dose rather than concentration, as dose may be a more accurate measure of exposure given that these were animals studies.  NTP concluded that the strongest evidence available was for the high concentration studies (> 25ppm).  EPA's current MCLG/MCL for fluoride is 4 mg/L.  The document does not include any sort of discussion about the potential risk to humans at low doses (i.e.,  those delivered by a concentrations of 4 mg/L and lower).  In the EPA exposure assessment of intakes of fluoride from food, beverages, toothpaste and soils (U.S. EPA, 2011) the intakes for children from  0.5 months to 14 years excluding drinking water ranged from 0.35 mg/day to 1.09 mg/day. The average drinking water concentration for Public Water Systems at a 90% intake contributed 0.84 to 1.23 mg/day.  It will be important to add context to the report relative to representative human exposures in the US and other countries compared to the findings in the animals studies.  We can only provide information related to exposures in the U.S.

Thank you again for the opportunity to provide input.  We look forward to further discussion as NTP moves forward with their fluoride programs.

Jamie

Jamie Strong, Chief Human Health Risk Assessment Branch

Health and Ecological Criteria Division, 4304-T
Office of Science and Technology, Office of Water
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington DC  20460

phone:  202.566.0056
fax:  202.566.1140

---

**From:** Thayer, Kristina (NIH/NIEHS) [E] [mailto:thayer@niehs.nih.gov]
**Sent:** Thursday, September 10, 2015 8:25 PM
**To:** Strong, Jamie
**Subject:** RE: Fluoride Sys Rev report

Thanks Jamie,

Would you be able to  update Joyce (Donohue.Joyce@epa.gov) and Lila (Wang.Lili@epa.gov) on
what was discussed today? – they were identified from an August 2015 interagency outreach via
NTP Executive Committee points of contact (so, separate outreach than via Peter). Alternatively, I
can get in touch with them but I am up to eyeballs busy until last week in September….

Thanks for thinking of us on the ORD connection – we are in regular contact with Vince and Glinda!!
We are actually planning to meet with Glinda (or someone from her team) on evaluation of animal
studies….we had several meetings on evaluation of human studies earlier this year…very productive
and resulted in a manuscript….still waiting to see if it's accepted, but it basically says that while we
use different tools to assess quality of human studies they are getting at similar content.

---

**From:** Strong, Jamie [mailto:Strong.Jamie@epa.gov]
**Sent:** Thursday, September 10, 2015 1:26 PM
**To:** Thayer, Kristina (NIH/NIEHS) [E]
**Subject:** Fluoride Sys Rev report

Kris,
Thank you again for the briefing on fluoride.  I will coordinate the OW review of the draft systematic
review report for neurobehavioral effects of fluoride.  We will send comments by 10/12, if not
before.  The IRIS Program in ORD is doing a lot of work on systematic review.  They are also
undertaking the development of hazard descriptors for noncancer effects and I am sure they would
be interested to hear about the assessment of confidence laid out in the report.  Vince Cogliano or
Glinda Cooper are potential points of contact in IRIS on this topic.

Thanks,
Jamie

Jamie Strong, Chief Human Health Risk Assessment Branch
Health and Ecological Criteria Division, 4304-T

EPA0120753

Office of Science and Technology, Office of Water
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington DC  20460

phone:  202.566.0056
fax:  202.566.1140

EPA0120754

# **<u>Exhibit H</u>**

Environment International 121 (2018) 658–666

Contents lists available at ScienceDirect

## Environment International

journal homepage: www.elsevier.com/locate/envint



# Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City



Morteza Bashash[a,*], Maelle Marchand[a], Howard Hu[a,1], Christine Till[b], E. Angeles Martinez-Mier[c], Brisa N. Sanchez[d], Niladri Basu[e], Karen E. Peterson[d,f,g], Rivka Green[b], Lourdes Schnaas[h], Adriana Mercado-García[i], Mauricio Hernández-Avila[i], Martha María Téllez-Rojo[i]

[a] Dalla Lana School of Public Health, University of Toronto, Toronto, ON, Canada
[b] Faculty of Health - Department of Psychology, York University, ON, Canada
[c] Indiana University School of Dentistry, Indianapolis, IN, United States of America
[d] University of Michigan School of Public Health, Ann Arbor, MI, United States of America
[e] Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, QC, Canada
[f] Center for Human Growth and Development, University of Michigan, Ann Arbor, MI, United States of America
[g] Harvard W.T. Chan School of Public Health, Boston, MA, United States of America
[h] Instituto Nacional de Perinatología, Mexico City, Mexico
[i] Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

## ARTICLE INFO

Handling Editor: Yong Guan Zhu

Keywords:
Fluoride
Pregnancy
Neurobehavioral
ADHD

## ABSTRACT

*Background:* Epidemiologic and animal-based studies have raised concern over the potential impact of fluoride exposure on neurobehavioral development as manifested by lower IQ and deficits in attention. To date, no prospective epidemiologic studies have examined the effects of prenatal fluoride exposure on behavioral outcomes using fluoride biomarkers and sensitive measures of attention.

*Objective:* We aimed to examine the association between prenatal fluoride exposure and symptoms associated with attention-deficit/hyperactivity disorder (ADHD).

*Method:* 213 Mexican mother-children pairs of the Early Life Exposures to Environmental Toxicants (ELEMENT) birth cohort study had available maternal urinary samples during pregnancy and child assessments of ADHD-like behaviors at age 6–12. We measured urinary fluoride levels adjusted for creatinine ($MUF_{cr}$) in spot urine samples collected during pregnancy. The Conners' Rating Scales-Revised (CRS-R) was completed by mothers, and the Conners' Continuous Performance Test (CPT-II) was administered to the children.

*Results:* Mean $MUF_{cr}$ was 0.85 mg/L (SD = 0.33) and the Interquartile Range (IQR) was 0.46 mg/L. In multivariable adjusted models using gamma regression, a 0.5 mg/L higher $MUF_{cr}$ (approximately one IQR higher) corresponded with significantly higher scores on the CRS-R for DSM-IV Inattention (2.84 points, 95% CI: 0.84, 4.84) and DSM-IV ADHD Total Index (2.38 points, 95% CI: 0.42, 4.34), as well as the following symptom scales: Cognitive Problems and Inattention (2.54 points, 95% CI: 0.44, 4.63) and ADHD Index (2.47 points; 95% CI: 0.43, 4.50). The shape of the associations suggested a possible celling effect of the exposure. No significant associations were found with outcomes on the CPT-II or on symptom scales assessing hyperactivity.

*Conclusion:* Higher levels of fluoride exposure during pregnancy were associated with global measures of ADHD and more symptoms of inattention as measured by the CRS-R in the offspring.

---

*Abbreviations:* ADHD, attention-deficit hyperactivity disorder; cm³, cubic centimeters; CNS, Central Nervous System; CPT-II, Conners' Continuous Performance Test – Second Edition; CRS-R, Conners' Rating Scale – Revised; CUF_sg, specific gravity adjusted child urinary fluoride; DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; ELEMENT, Early Life Exposures in Mexico to Environmental Toxicants; EPA, U.S. Environmental Protection Agency; HOME, Home Observation for Measurement of the Environment; L, liter; mg, milligram; MUF_cr, creatinine adjusted maternal urinary fluoride; SD, Standard Deviation; SE, Standard Error

\* Corresponding author at: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.
*E-mail addresses:* m.bashash@utoronto.ca (M. Bashash), howard.hu@utoronto.ca (H. Hu).
[1] Reprint requests: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.

https://doi.org/10.1016/j.envint.2018.09.017
Received 4 June 2018; Received in revised form 20 August 2018; Accepted 8 September 2018
0160-4120/ © 2018 Elsevier Ltd. All rights reserved.

M. Bashash et al.

Environment International 121 (2018) 658–666

## 1. Introduction

Fluoride, the ionized form of the halogen element fluorine, exists widely in the environment and is the most electronegative and reactive among all elements (ATSDR, 2010). Its well-known cariostatic effect led to the addition of fluoride to water, salt, and milk in some countries. Other sources of fluoride include dental products, such as toothpastes, mouth rinses, and varnishes, supplements, processed foods made with fluoridated water, fluoride-containing pesticides, teas, and fluorinated pharmaceuticals. Systemic ingestion of fluoride through water and water-based beverages is the main source of fluoride intake, accounting for approximately 75% of dietary fluoride intake among adults living in communities that fluoridate their water supply in the United States (U.S. Environmental Protection Agency, 2010; USDA (U.S. Department of Agriculture), 2005). However, in Mexico City, individuals are primarily exposed to fluoride through fluoridated salt (mean concentration of fluoride in salt is $250 \pm 50$ ppm), and to varying degrees of naturally-occurring fluoride in water, which have been reported to range from 0.15 to 1.38 mg/L (Juárez-López et al., 2007; Martinez-Mier et al., 2005). Public water supplies are not fluoridated in Mexico and the mean fluoride content of the water supply is not publicly available.

Long-term exposure to fluoride is regarded by the World Health Organization as being beneficial, including both prevention of dental caries and treating osteoporosis, though excess intake can also cause potential health hazards, including dental and skeletal fluorosis. Fluoride is also shown to readily cross the placenta (Shen and Taves, 1974) and accumulate in fetal brain tissues (Narayanaswamy and Piler, 2009), thereby inducing toxicity (Dong et al., 1993; Jiang et al., 2014). Several animal (Chen et al., 2003; Mcpherson et al., 2018; Mullenix et al., 1995) and human studies (Bashash et al., 2017; Choi et al., 2012) have explored associations between early-life exposure to fluoride and decrements in cognitive function and attention-related behaviors. An ecologic study reported an association between state level prevalence of community water fluoridation and prevalence of ADHD among youth living in the United States (Malin and Till, 2015). Given the increased vulnerability of the developing fetus to environmental exposures (Lanphear, 2015), as well as the widespread distribution of fluoride in society, the potential impact of prenatal exposure to fluoride warrants further study.

Attention-deficit hyperactivity disorder (ADHD) is the most common neurodevelopmental disorder in school-aged children and adolescents, with a worldwide prevalence estimated at about 5% (Polanczyk et al., 2007). Symptoms of ADHD include difficulties with attention, impulsivity, and/or hyperactivity at a level that is severe enough to be associated with impairments in academic and social functioning (American Psychiatric et al., 2013). Although genetics have been shown to play an important role in an individual's susceptibility to ADHD, with estimates of heritability from twin studies in the range of 60–70% (Posthuma and Polderman, 2013), several environmental factors have also been implicated. Environmental risk factors for ADHD include prenatal tobacco and alcohol exposure, heavy metal and chemical exposures, including lead (Huang et al., 2016), mercury, organochlorines, air pollution (Fuertes et al., 2016; Perera et al., 2018; Sentís et al., 2017) and nutritional factors (Polańska et al., 2012).

The purpose of the current study was to prospectively assess the relationship between prenatal exposure to fluoride and parent-reported behaviors associated with ADHD among 6–12 year old children born to mothers living in Mexico City. We tested whether fluoride exposure associated with inattentive and/or hyperactive behaviors.

## 2. Methods

### 2.1. Study population

Participants included a subset of mother-child dyads enrolled in various longitudinal birth cohort studies of the Early Life Exposure in Mexico to Environmental Toxicants (ELEMENT) project (Aafeiche et al., 2011; Bashash et al., 2017). We included mother-child pairs from two of the four ELEMENT cohorts (cohorts 2A and 3) for which maternal urinary samples during trimesters of pregnancy were available. Participants in cohort 2A (Bashash et al., 2017) were recruited between 1997 and 1999 whereas participants in cohort 3 were recruited between 2001 and 2003. We included participants if they had at least one archived urine sample from pregnancy, were $\leq 14$ weeks of gestation at the time of recruitment, and their children underwent behavioral testing between the ages of 6 and 12, as described elsewhere (Bashash et al., 2017). Participants were excluded if they reported a history of psychiatric disorder(s), if there were medical complications (i.e. high-risk pregnancy, gestational diabetes, pre-eclampsia, renal disease, circulatory diseases, hypertension, continuous use of prescription drugs, or seizures during the index pregnancy), or if there was known maternal alcohol or illegal drug use during pregnancy. The study procedures were approved by the Institutional Review Boards of the National Institute of Public Health of Mexico, University of Michigan, Indiana University, University of Toronto, and Harvard School of Public Health, as well as participating clinics. Written informed consent was obtained from all participating families prior to study evaluation.

### 2.2. Fluoride measurements

Concentration of fluoride measured in maternal urinary samples was used as biomarker of prenatal fluoride exposure. Urine has been described as a suitable biomarker for fluoride since it serves as the main pathway through which fluoride is eliminated from the body and excretion is proportional to the total fluoride intake, but modified by factors like diet and various systemic conditions, such as recent fluoride exposure and urinary pH, as well as variation in creatinine excretion by muscle mass, age, sex, and other factors (Barr et al., 2005; Aylward et al., 2015). Ideally, overnight fasting or 24-hour urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure in order to limit diurnal variations and the influence of diet associated with spot samples (Petersen et al., 2014). Because 24-hour urinary samples were not available in our sample, we used spot samples that were corrected for urinary dilution using urinary creatinine, as described elsewhere (Petersen et al., 2014). Each woman in the current sample provided at least one spot (second morning void) urine sample (Thomas et al., 2016) during pregnancy (range: 10 to 38 weeks). We then calculated the average of all available creatinine-adjusted maternal urinary fluoride (MUF) concentrations (Bashash et al., 2017). Further information regarding participant recruitment, data collection methods, as well as methods for fluoride sample shipping, storage, and analysis can be found elsewhere (Bashash et al., 2017).

### 2.3. Attention outcomes

Behaviors associated with ADHD were assessed using the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD (Ortiz-Luna and Acle-Tomasini, 2006). The CRS-R contains three ADHD scales that correspond with the Diagnostic and Statistical Manual of Mental Disorders – 4th edition (DSM-IV) criteria for ADHD: 1) DSM-IV Inattention Index, 2) DSM-IV Hyperactive-Impulsive Index, and 3) DSM-IV Total Index (inattentive and hyperactive-impulsive behaviors combined). It also examines seven types of behavior problems that were derived through factor analysis, including: Oppositional, Anxious-Shy, Cognitive Problem/Inattention, Hyperactivity, Perfectionism, Psychosomatic, and Social Problems. In addition, the CRS-R contains four index scores that were derived based on theory and prior research: Conners' ADHD Index; Conners' Global Index (CGI): Restless-Impulsive; CGI: Emotional Lability, and CGI. For the purpose of the current study, we examined the three DSM-IV ADHD scales as our primary outcomes because these scales are intended to screen for ADHD, and are commonly used to

*Environment International 121 (2018) 658–666*

study the association between diverse environmental contaminants and ADHD-behavior problems (Huang et al., 2016; Perera et al., 2018). We also examined outcomes from two behavior scales (Cognitive Problem/ Inattention and Hyperactivity) and two index scores (Conners' ADHD Index and CGI: Restless-Impulsive), as done in our prior work with lead (Huang et al., 2016). The Conners' ADHD Index, in particular, has been shown to exhibit favorable specificity and sensitivity in ADHD assessment (Chang et al., 2016). In addition, we assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition), a computer-administered signal detection paradigm (Conners, 2000). Using the CPT-II, we measured errors of omission and commission, and hit reaction time (response latency). Mothers completed the CRS-R at the same follow-up visits that the child completed the CPT-II. All measures were standardized for age- and sex. Higher T-scores (mean of 50, SD of 10) indicate poorer performance. All psychometric tests were applied under the supervision of an experienced psychologist (LS).

### 2.4. Measurement of covariates

Covariate data were individually obtained throughout the duration of the study. During the first pregnancy visit, questionnaires were used to collect information concerning maternal age, maternal education, history of smoking, and marital status. At delivery, information regarding birth weight, child sex, birth order, and gestational age (calculated by nurses) was obtained. Mothers also responded to a socioeconomic status questionnaire (Bashash et al., 2017) during the visit when the psychometric tests were administered. Individual items on this questionnaire assess the ability of households to meet the needs of its members in terms of housing, health, energy, technology, prevention and intellectual development; an overall score was derived by summing across each item. The Home Observation for Measurement of the Environment (HOME) Inventory, a semi-structured interview that measures quality and quantity of the caregiving environment, was administered in a subset of participants at approximately the same time as the visits for the neurobehavioral tests.

### 2.5. Data analysis

Univariate statistics, appropriate transformations, and graphical displays were obtained for all variables before bivariate analyses. Bivariate analysis of the data included Chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the continuous outcomes or exposure within groups defined according to the distribution of each covariate. In initial fully adjusted linear regression models, the outcomes demonstrated highly skewed residuals (with the exception of CPT-II commission score and hit reaction time). Thus, to address the skewness of the residuals, gamma regression was used to examine the adjusted association between prenatal fluoride and each neurobehavioral outcome instead of log transformation, which may obscure model interpretation. In the gamma regression, we selected an identity link, so that the interpretation for the regression coefficients is the same as the linear regression (i.e., absolute difference in the mean of the outcome per unit change in predictor). All statistical analyses were performed in SAS software version 9.4. Covariates were selected a priori based on their theoretical relevance or observed associations with fluoride exposure, and/or the analyzed neurobehavioral outcomes. As such, models were adjusted for the following maternal characteristics: age at delivery (continuous, in years), years of education (continuous, in years), marital status (married vs. others), and smoking history (ever-smoker vs. non-smoker). Models were further adjusted for the following child characteristics: gestational age at birth (continuous, in weeks), age at neurobehavioral measurement (continuous, in years), sex (female vs. male), and birth order (first born vs. others), and socioeconomic status through a continuous measure based on reported possessions and household assets (Thomas et al., 2016). Lastly, models

adjusted for potential cohort and Ca intervention effects through inclusion of a variable denoting from which study the participants originated (cohort 2 - A, an observational cohort), cohort 3 subjects who were randomized to the calcium supplement (cohort 3 - $Ca^+$), and cohort 3 subjects who were randomized to the placebo (cohort 3 - Placebo) (Bashash et al., 2017).

Other potential confounders that were examined in sensitivity analyses involving subsets of participants included the home environment (i.e. HOME score) (Thomas et al., 2016) assessed at the time of outcome measurement, child contemporaneous fluoride exposure measured by child urinary fluoride adjusted for specific gravity ($CUF_{sg}$) (Bashash et al., 2017), as well as maternal blood mercury and maternal bone lead levels (a proxy for prenatal lead exposure to the fetus) given that both are established neurodevelopmental toxicants (Bashash et al., 2017). This was done through identifying and including the subset of cases with data on each respective variable. In each subset, results were then compared between the model adjusting for that variable and the model not adjusting for that variable.

Model diagnostics were used to assess for violations of the model assumptions and for identification of remaining influential observations. Cook's D identified three exposure observations as potentially influential to the model results, and models were run with and without these observations (Supplementary Fig. S1). Generalized additive models (GAMs), estimated via cross validation in the R software, were used to visualize the adjusted association between fluoride exposure and measures of attention to examine potential non-linearity. Non-linearity of the fluoride-outcome association was tested through the inclusion of a quadratic term in the model, and found to be significant in four out of ten of the models (see Fig. 2 and Supplementary Fig. 1). We applied the Benjamini–Hochberg false discovery rate (FDR) procedure to address multiple testing corrections, using a false discovery rate of Q = 0.05 and m = 10 tests to determine significance (Benjamini and Hochberg, 1995).

## 3. Results

### 3.1. Population characteristics

Overall, 231 mothers with a minimum of one $MUF_{cr}$ and a matching outcome (CRS-R or CPT-II) were identified for this project. However, complete demographic and outcome information were missing among 17 mother-child pairs, leaving 214 participants for our analyses, of whom 210 mother-child pairs had data for the CRS-R and CPT-II analyses (206 had data for both) (Fig. 1). Demographic information on participants including data on exposure, outcomes, and key covariates by cohort is shown in Table 1. Of the mothers included in our analysis, 154 (72%) were married at the time of recruitment, and 103 (48%) had reported a history of ever smoking. Among the children, 147 (69%) were not of firstborn status and 116 (54%) were female. Besides for younger age of participants in cohorts 3 relative to cohort 2-, there were no significant differences of maternal and children characteristics across cohorts.

### 3.2. Exposure and outcome assessment

Of the 214 participants included in the study, 175 participants had measurements of $MUF_{cr}$ from trimester 1, 80 from trimester 2, and 62 from trimester 3; 14 (6.5%) participants had all three measures, 78 (36.4%) had two measures, and 122 (57.0%) had one. The overall mean level of $MUF_{cr}$ averaged across all the trimesters was 0.85 mg/L, with an Interquartile Range (IQR) of 0.46 mg/L. There was no significant difference of $MUF_{cr}$ across cohorts (Table 1A).

Overall, Mean ± SD scores across all of the CRS-R scales fell within the average range (i.e. mean T = 50 ± 10) (Table 1B). Around 10% of participants fell in the clinically significant range (i.e. T-score ≥ 70 on the Index scores); specifically, clinically elevated scores were found

*M. Bashash et al.*                                                                                                                        *Environment International 121 (2018) 658–666*

**STUDY SUBJECT INCLUSION FLOWCHART (Mothers – Children age 6-12)**



\* Conners' Rating Scale – Revised
\*\* Conners' Continuous Performance Test

**Fig. 1.** Flowchart describing source of mother–offspring subject pairs, fluoride and cognition study. Cohort 2A was designed as an observational birth cohort from 1997 to 2001. Cohort 3 was designed as a randomized double-blind placebo-controlled trial of calcium supplements, with mothers recruited early during pregnancy from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. CRS-R denotes Conners' Rating Scale – Revised and CPTII is Conners' Continuous Performance Test.

among 22 (10.5%) children on the DSM-IV Hyperactivity-Impulsivity scale, 18 (8.6%) children on the DSM-IV ADHD Total scale, and 17 (8.1%) children on the DSM-IV Inattention scale.

Mean ± SD for CPT-II scores for Omission Errors (55.53 ± 13.67), Commission Errors (49.93 ± 9.22), and Hit Reaction Time (52.51 ± 10.53) also fell within the average range (Table 1B).

### 3.3. Models of neurobehavioral outcomes

$MUF_{cr}$ was significantly associated with measures of the CRS-R in the adjusted model (Table 2). Higher concentrations of $MUF_{cr}$ were associated with a higher likelihood of parent-endorsed symptoms on the following scales: DSM-IV Inattention, DSM-IV Total ADHD, Cognitive Problem/Inattention, and the ADHD Index. On average, a 0.5 mg/L higher $MUF_{cr}$ corresponded with a 2.84 (p < 0.01) higher score on the DSM-IV Inattention Index; 2.38 (p = 0.02) higher score on the DSM-IV Total ADHD Index; a 2.54 (p = 0.02) higher score on the Cognitive Problem/Inattention Index; and 2.47 (p = 0.02) higher score on the ADHD index. The associations between $MUF_{cr}$ and CRS-R scales remained significant after correction for the multiple testing. As shown in Fig. 2, a subset of the CRS-R outcomes exhibit a non-linear association with the relationship between $MUF_{cr}$ and behavioral outcomes increasing at first, followed by a plateau. There were no significant associations between $MUF_{cr}$ and any of the outcomes on the CPT-II (Table 2; and Supplementary Fig. S2).

### 3.4. Sensitivity analyses

Sensitivity analyses on adjusted models for the study population

subset that also had HOME scores, $CUF_{sg}$ (there was no correlation between $MUF_{cr}$ and $CUF_{sg}$) and maternal lead and mercury exposures did not appreciably change the results for the CRS-R scores (Supplementary Table 1). There was no significant interaction between sex and $MUF_{cr}$ when we added an interaction term to the models.

## 4. Discussion

The current study aimed to characterize the longitudinal association between prenatal fluoride exposure and symptoms of ADHD in offspring as measured by parent-ratings on the CRS-R and a computerized test of sustained attention and inhibitory control (CPT-II). In our cohort, higher prenatal fluoride exposure, as measured by $MUF_{cr}$, corresponded to more ADHD-like symptoms on the CRS-R, particularly related to inattention as indicated by the strong association with the following two scales: Cognitive Problem/Inattention, and DSM-IV Inattention. In contrast, $MUF_{cr}$ during pregnancy did not predict child performance on any of the hyperactivity measures (i.e. Restless-Impulsive; Hyperactivity; DSM-IV Hyperactivity-Impulsivity) nor the CPT-II outcomes.

In general, a 0.5 mg/L higher $MUF_{cr}$ (approximately the IQR) corresponded to higher scores on the CRS-R for DSM-IV Inattention (2.84 points) and Cognitive Problems and Inattention (2.54 points). Consistency in these results across both of these outcome measures strengthens the conclusion that inattention appears to be associated with prenatal exposure to fluoride. These two scales contribute to the global ADHD Index and the DSM-IV Total scores, which were also associated with higher levels of prenatal fluoride exposure; a 0.5 mg/L increase in $MUF_{cr}$ corresponded to a 2.38 higher point score on the DSM-IV ADHD Total Index and a 2.47 higher point score on the ADHD

*M. Bashash et al.*               *Environment International 121 (2018) 658–666*

**Table 1**
Cohort characteristics including key covariates, urinary fluoride levels, and outcome measurements. Statistical differences across the cohorts are reported upon in the final column.

| | Cohort * | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **A) PARTICIPANTS** | | | | |
| **Child Sex (Girl)** | 2 A | 37 | 52.90% | .831 |
| | 3 Ca | 43 | 53.10% | |
| | 3 Placebo | 36 | 57.10% | |
| | Total | 116 | 54.00% | |
| **First Child** | 2 A | 24 | 34.30% | .839 |
| | 3 Ca | 25 | 30.90% | |
| | 3 Placebo | 18 | 28.60% | |
| | Total | 67 | 31.00% | |
| **Birth Weight (Kg)** | 2 A | 70 | 3.05 (2.94, 3.16) | .103 |
| | 3 Ca | 81 | 3.20 (3.10, 3.30) | |
| | 3 Placebo | 63 | 3.11 (3.01, 3.21) | |
| | Total | 214 | 3.13 (3.07, 3.18) | |
| **Gestational Age (Weeks)** | 2 A | 70 | 38.60 (38.21, 38.99) | .647 |
| | 3 Ca | 81 | 38.74 (38.46, 39.02) | |
| | 3 Placebo | 63 | 38.49 (38.01, 38.97) | |
| | Total | 214 | 38.62 (38.41, 38.84) | |
| **Age At Outcome Assessment (Year)** | 2 A | 70 | 10.04 (9.89, 10.21) | $< .01$ |
| | 3 Ca | 81 | 7.63 (7.52, 7.75) | |
| | 3 Placebo | 63 | 7.57 (7.44, 7.69) | |
| | Total | 214 | 8.40 (8.23, 8.57) | |
| **Marital Status (Married)** | 2 A | 46 | 65.70% | .428 |
| | 3 Ca | 60 | 74.10% | |
| | 3 Placebo | 48 | 76.20% | |
| | Total | 154 | 72.00% | |
| **Maternal Smoking (Ever Smoked)** | 2 A | 32 | 46.40% | .726 |
| | 3 Ca | 42 | 51.90% | |
| | 3 Placebo | 29 | 45.70% | |
| | Total | 103 | 48.10% | |
| **Maternal Education (Years)** | 2 A | 70 | 10.73 (10.08, 11.37) | .580 |
| | 3 Ca | 81 | 11.11 (10.47, 11.75) | |
| | 3 Placebo | 63 | 10.68 (10.03, 11.34) | |
| | Total | 214 | 10.86 (10.49, 11.23) | |
| **SES[1]** | 2 A | 70 | 6.69 (6.10, 7.27) | .604 |
| | 3 Ca | 81 | 6.32 (5.82, 6.82) | |
| | 3 Placebo | 63 | 6.33 (5.64, 7.02) | |
| | Total | 214 | 6.44 (6.11, 6.78) | |
| **B) EXPOSURE AND OUTCOMES** | | | | |
| **$MUF_{cr}$ [2]** | 2 A | 70 | 0.87 (0.80, 0.95) | 0.889 |
| | 3 Ca | 81 | 0.85 (0.78, 0.92) | |
| | 3 Placebo | 63 | 0.85 (0.76, 0.95) | |
| | Total | 214 | 0.85 (0.81, 0.90) | |
| **CRS-R [3]** | | | | |
| **Cognitive Problems + Inattention** | 2 A | 68 | 55.16 (52.45, 57.87) | .884 |
| | 3 Ca | 79 | 54.32 (51.85, 56.78) | |
| | 3 Placebo | 63 | 54.43 (51.78, 57.08) | |
| | Total | 210 | 54.62 (53.14, 56.10) | |
| **Restless-Impulsive** | 2 A | 68 | 55.43 (52.56,58.30) | .490 |
| | 3 Ca | 79 | 55.19 (52.32, 58.07) | |
| | 3 Placebo | 63 | 54.28 (52.11, 56.45) | |
| | Total | 210 | 54.35 (52.94, 55.75) | |
| **Hyperactivity** | 2 A | 68 | 56.67 (53.62, 56.35) | .217 |
| | 3 Ca | 79 | 54.52 (52.42, 56.62) | |
| | 3 Placebo | 63 | 53.70 (51.74, 55.66) | |
| | Total | 210 | 54.97 (53.59, 56.35) | |
| **ADHD [4] Index** | 2 A | 68 | 54.53 (51.77, 56.29) | .865 |
| | 3 Ca | 79 | 54.56 (52.29, 56.82) | |
| | 3 Placebo | 63 | 53.70 (51.25, 56.14) | |
| | Total | 210 | 54.30 (52.88, 55.71) | |
| **DSM-IV [5] Inattention** | 2 A | 68 | 54.42 (51.60, 57.23) | .825 |
| | 3 Ca | 79 | 53.92 (51.65, 56.22) | |
| | 3 Placebo | 63 | 53.29 (50.98, 55.60) | |
| | Total | 210 | 53.89 (52.48, 55.30) | |
| **DSM-IV Hyperactivity-Impulsivity** | 2 A | 68 | 57.54 (54.77, 60.32) | .685 |
| | 3 Ca | 79 | 56.80 (54.59, 59.01) | |
| | 3 Placebo | 63 | 56.00 (53.76, 58.24) | |
| | Total | 210 | 56.80 (55.42, 58.18) | |
| **DSM-IV ADHD Total** | 2 A | 68 | 56.35 (53.72, 58.99) | .670 |
| | 3 Ca | 79 | 55.63 (53.46, 57.81) | |
| | 3 Placebo | 63 | 54.79 (52.47, 57.12) | |
| | Total | 210 | 55.61 (54.26, 56.97) | |
| **CPT-II [6]** | | | | |

*(continued on next page)*

M. Bashash et al.                                                                                                                                    Environment International 121 (2018) 658–666

**Table 1** (*continued*)

|  | Cohort [a] | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **Omission Errors** | 2 A | 67 | 51.76 (48.49, 55.03) | .024 |
|  | 3 Ca | 80 | 57.56 (54.25, 60.87) |  |
|  | 3 Placebo | 63 | 56.80 (53.89, 59.70) |  |
|  | Total | 210 | 55. 48 (53.62, 57.34) |  |
| **Commission Errors** | 2 A | 67 | 46.99 (44.43, 49.55) | .007 |
|  | 3 Ca | 80 | 51.18 (49.17, 53.20) |  |
|  | 3 Placebo | 63 | 51.37 (49.59, 53.16) |  |
|  | Total | 210 | 49.90 (48.65, 51.15) |  |
| **Hit Reaction Time** | 2 A | 67 | 49.43 (47.00, 51.86) | .016 |
|  | 3 Ca | 80 | 53.77 (51.35, 56.18) |  |
|  | 3 Placebo | 63 | 54.05 (51.49, 56.60) |  |
|  | Total | 210 | 52.46 (51.03, 53.90) |  |

[a] Cohort: 2 A; ELEMENT Cohort 2A, an observational birth cohort from 1997 to 2001. 3 Ca and 3 Placebo, ELEMENT Cohort 3, a randomized double-blind placebo-controlled trial of calcium supplements from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. 1) SES, socioeconomic status; 2) MUFcr, Creatinine adjusted maternal urinary fluoride; 3) CRS-R, Conners' Rating Scale – Revised; CPT-II; 4) ADHD, Attention Deficit Hyperactivity Disorder; 5) DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; 6) CPT-II, Conners' Continuous Performance Test – Second Edition.

**Table 2**
Multivariate[a] gamma regression models of differences across CRS-R and CPT-II scores per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$).

|  | β | 95% CI |  | p |
|---|---|---|---|---|
| *CRS-R scores (N = 210)* |  |  |  |  |
| Cognitive Problems + Inattention | 2.54 | 0.44 | 4.63 | .0178 |
| Restless-Impulsive | 1.92 | −0.07 | 3.91 | 0.0586 |
| Hyperactivity | 1.05 | −0.91 | 3.00 | 0.2953 |
| ADHD Index | 2.47 | 0.43 | 4.50 | 0.0175 |
| DSM-IV Inattention | 2.84 | 0.84 | 4.84 | 0.0054 |
| DSM-IV Hyperactivity-Impulsivity | 1.69 | −0.33 | 3.70 | 0.1016 |
| DSM-IV ADHD Total | 2.38 | 0.42 | 4.34 | 0.0176 |
| *CPT-II scores (N = 210)* |  |  |  |  |
| Omission Errors | 0.22 | −2.30 | 2.74 | 0.8643 |
| Commission Errors | −0.43 | −2.38 | 1.51 | 0.6641 |
| Hit Reaction Time | 1.07 | −1.19 | 3.32 | 0.3546 |

[a] Adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 - Ca, Cohort 3 - placebo and Cohort 2A).

Index. Our observed association of MUF$_{cr}$ and CRS-R seems to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

Overall, our results are consistent with the ecological study by Malin and Till (2015). Their cross-sectional study used national health surveys conducted by the Centers for Disease Control and Prevention to estimate the prevalence of ADHD and water fluoridation for each state. Their findings showed that, after controlling for household income, states in which a greater proportion of people received community water fluoridation in 1992 tended to have a greater proportion of children and adolescents who received an ADHD diagnosis in 2003, 2007, and 2011. The prevalence of ADHD increased from 7.8% in 2003 to 11% in 2011. A distinction between this U.S. study and the current study is that our study was a longitudinal birth cohort with individual biomarkers of fluoride exposure obtained during pregnancy when the developing brain is thought to be at the highest risk for fluoride neurotoxicity (Bashash et al., 2017). Moreover, the current study controlled for relevant confounders that may be associated with ADHD, including smoking, maternal education, child sex, HOME score, and exposure to other contaminants. Further, our measure for ADHD was not physician-diagnosed but rather approximated through validated questionnaires and performance-based tests. Both studies examined populations that

are exposed to "optimal" levels of fluoride either through water or salt fluoridation schemes. The exposure level in the Mexico City cohort is generally lower than the populations living in endemic fluorosis areas studied in China (Choi et al., 2012) where natural levels of fluoride are often higher (> 2 mg/L) than recommended for North American (0.7 mg/L). The mean concentration of MUF in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women (median MUF = 0.82 mg/L) (Skeaff and Te Morenga, 2017).

Our finding of an association between MUF$_{cr}$ and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012). A possible explanation for the specific effect on inattention (Dugbartey, 1998) is that fluoride exposure is contributing to thyroid hormone insufficiency. Recent studies demonstrate that even relatively subtle changes in circulating levels of TH in pregnancy (i.e. subclinical hypothyroidism) can have adverse outcomes, including preterm birth, lowered IQ (Hollowell et al., 1999; Murphy et al., 2015; Stagnaro-Green and Rovet, 2016; Thompson et al., 2018; Yang et al., 2008) and increased risk for attention disorders (Modesto et al., 2015; Pakkila et al., 2014) (Rovet and Hepworth, 2001). Some (Swarup et al., 1998) (Swarup et al., 1998), but not all (Mcpherson et al., 2018), animal studies showed reductions in T3 and T4 levels from fluoride exposure, even at low doses. Several human studies have shown that elevated levels of fluoride in drinking water predict higher TSH and lower T3 levels (Bachinskii et al., 1985; Kheradpisheh et al., 2018; Singh et al., 2014), especially among children (Yasmin et al., 2013), as well as an increased likelihood for a diagnosis of hypothyroidism. However, further research is needed to examine how exposure to fluoride may affect thyroid function in pregnancy. Another potential mechanism through which fluoride may contribute to ADHD relates to the dopamine system. Animal studies have shown that fluoride exposure can alter the levels of dopamine (Pal and Sarkar, 2014). Dopamine is an important modulatory

M. Bashash et al.                                                                                          Environment International 121 (2018) 658–666



**Fig. 2.** Association of maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years.

Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n = 210.

neurotransmitter in planning and initiation of motor responses, activation, switching, reaction to novelty and processing of reward (Faraone et al., 2015).

The stronger association between prenatal fluoride exposure and parent-reports of attention problems may be explained by the CRS-R measuring distinct and more extensive constructs that rely on attention (e.g. new learning, ability to hold information and complete tasks, organizational skills, etc.) than those assessed by the CPT-II. Additionally, it has been shown that CPT-II performance and parent rating scales are moderately correlated at best (Gualtieri and Johnson, 2005), suggesting that these measures are assessing different constructs. Other studies examining prenatal Polychlorinated Biphenyls (PCBs) exposure and sustained attention (Vreugdenhil et al., 2004) that report using the computerized continuous performance test with children aged 4 and 11 years also fail to show an association with this measure, but do find an association using other psychometric tests of attention (e.g. digit cancellation task). Further investigation of cognitive performance on other domains, such as learning and memory, is warranted in our study cohort.

Key strengths of this study include the relatively large pregnancy cohort that has a biorepository with a capacity to capture high quality individual biomarker exposure across multiple developmental time points, longitudinal follow-up, detailed assessment of ADHD-like behaviors using both rating scales and performance based measures, as well as measurement of additional health outcomes and potential covariates using validated techniques (Thomas et al., 2016). Assessment of attention, hyperactivity, and impulsivity using multiple measures allowed us to examine different types of ADHD-like behaviors using continuous scales that are sensitive to both clinical and subclinical symptoms of ADHD. This approach minimizes the limitations of viewing ADHD as a categorical and conceptually distinct disorder.

Our study also has some limitations. The cohort was not initially designed to study fluoride exposure and so we are missing some aspects of fluoride exposure assessments (e.g., detailed assessments of diet, water, etc.) that are now underway. The urinary samples were not available for all trimesters of pregnancy for majority of the participants; in particular, for those with only one sample, we cannot rule out the possibility that some samples may reflect acute exposure. Differences in the proportion of fluoride that is excreted in the urine have been described for different age groups as well as for pregnant women. Data on the percentage of fluoride excreted for children and adults are available, which makes estimation of intake feasible. On the other hand, data for pregnant women are sparse, making estimates of intake from urinary concentration not feasible. Therefore, while urinary fluoride is a valid biomarker to identify differences in exposure levels in pregnant women, it is not possible, with the currently available data, to estimate how concentration levels relate to intake. With regards to our outcome measure, we did not have information on family history or genetic markers associated with ADHD, nor were children assessed clinically for a diagnosis of ADHD. Only parent reports were used for the CRS-R, and not teacher reports. This is a limitation to our study as previous studies have shown that there can be considerable variation between the two sources in terms of identifying ADHD-associated behaviors (Lavigne et al., 2012). Nevertheless, parents were unaware of their offspring's fluoride exposure status, removing reporting bias as a limitation. Although elevated scores on behavioral checklists like the CRS-R may be associated with a diagnosis of ADHD, the functional consequences of the symptoms must also be characterized for clinically diagnosing the disorder.

*M. Bashash et al.*

*Environment International 121 (2018) 658–666*

## 5. Conclusion

In summary, we observed a positive association between higher prenatal fluoride exposure and more behavioral symptoms of inattention, but not hyperactivity or impulse control, in a large Mexican cohort of children aged 6 to 12 years. The current findings provide further evidence suggesting neurotoxicity of early-life exposure to fluoride. Replication of these findings is warranted in other population-based studies employing biomarkers of prenatal and postnatal exposure to fluoride.

## Acknowledgements

This study was supported by U.S. NIH R01ES021446, NIH R01-ES007821, NIEHS/EPA P01ES022844, NIEHS P42-ES05947, NIEHS Center Grant P30ES017885 and the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. Dr. David Bellinger collaborated on the design and execution of this study's neurobehavioral testing. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA.Author responsibilities

All authors contributed to the final interpretation of the results and final manuscript.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envint.2018.09.017.

## References

Aafeiche, M., Peterson, K.E., Sanchez, B.N., Cantonwine, D., Lamadrid-Figueroa, H., Schnaas, L., et al., 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in México City. Environ. Health Perspect. 119, 1436–1441.

American Psychiatric Association, Force DSMT, 2013. Diagnostic and Statistical Manual of Mental Disorders: DSM-5.

ATSDR, 2010. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. (Atlanta, Georgia).

Aylward, L.L., Hays, S.M., Vezina, A., Deveau, M., St-Amand, A., Nong, A., 2015. Biomonitoring equivalents for interpretation of urinary fluoride. Regul. Toxicol. Pharmacol. 72, 158–167.

Bachinskii, P.P., Gutsalenko, O.A., Naryzhniuk, N.D., Sidora, V.D., Shliakhta, A.I., 1985. Action of the body fluorine of healthy persons and thyroidopathy patients on the function of hypophyseal-thyroid the system. Probl. Endokrinol. 31, 25–29.

Barr, D.B., Wilder, L.C., Caudill, S.P., Gonzalez, A.J., Needham, L.L., Pirkle, J.L., 2005. Urinary creatinine concentrations in the us population: implications for urinary biologic monitoring measurements. Environ. Health Perspect. 113, 192–200.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., et al., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect. 125, 097017.

Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. R. Stat. Soc. Ser. B Methodol. 57, 289–300.

Chang, L.-Y., Wang, M.-Y., Tsai, P.-S., 2016. Diagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis. Pediatrics 137.

Chen, J., Shan, K.R., Long, Y.-Y., Wang, Y.-N., Nordberg, A., Guan, Z.Z., 2003. Selective decreases of nicotinic acetylcholine receptors in Pc12 cells exposed to fluoride. Toxicology 183, 235–242.

Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ. Health Perspect. 120, 1362–1368.

Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., et al., 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol. Teratol. 47, 96–101.

Conners, C., 1997. The Revised Conners' Rating Scales (Crs-R) Are the Standard Instruments for the Assessment of Attention Deficit/Hyperactivity Disorder (ADHD) in Children and Adolescents-Spanish.

Conners, C., 2000. Conners' Continuous Performance Test II: Computer Program for Windows Technical Guide and Software Manual. Mutli-Health Systems, North Tonwanda, NY.

Dong, Z., Wan, C., Zhang, X., Liu, J., 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. J. Guiyang Med. Coll. 18.

Dugbartey, A.T., 1998. Neurocognitive aspects of hypothyroidism. Arch. Intern. Med. 158, 1413–1418.

Faraone, S.V., Asherson, P., Banaschewski, T., Biederman, J., Buitelaar, J.K., Ramos-Quiroga, J.A., et al., 2015. Attention-deficit/hyperactivity disorder. Nat. Rev. Dis.

Prim. 1, 15020.

Fuertes, E., Standl, M., Forns, J., Berdel, D., Garcia-Aymerich, J., Markevych, I., et al., 2016. Traffic-related air pollution and hyperactivity/inattention, dyslexia and dyscalculia in adolescents of the German Giniplus and Lisaplus birth cohorts. Environ. Int. 97, 85–92.

Gualtieri, C.T., Johnson, L.G., 2005. ADHD: is objective diagnosis possible? Psychiatry (Edgmont) 2, 44–53.

Hollowell Jr., J.G., Garbe, P.L., Miller, D.T., 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med. 341, 2016–2017.

Huang, S., Hu, H., Sanchez, B.N., Peterson, K.E., Ettinger, A.S., Lamadrid-Figueroa, H., et al., 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ. Health Perspect. 124, 868–874.

Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., et al., 2014. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. NeuroMolecular Med. 16, 94–105.

Juárez-López, M., Hernández-Guerrero, J.C., Jiménez-Farfán, D., Molina-Frechero, N., Murrieta-Pruneda, F., Lopez-Jimenez, G., 2007. Fluoride urinary excretion in Mexico City's preschool children. Revista De Investigacion Clinica; Organo Del Hospital De Enfermedades De La Nutricion 60, 241–247.

Kasper, L.J., Alderson, R.M., Hudec, K.L., 2012. Moderators of working memory deficits in children with attention-deficit/hyperactivity disorder (ADHD): a meta-analytic review. Clin. Psychol. Rev. 32, 605–617.

Kheradpisheh, Z., Mirzaei, M., Mahvi, A.H., Mokhtari, M., Azizi, R., Fallahzadeh, H., et al., 2018. Impact of drinking water fluoride on human thyroid hormone: a case-control study. Sci. Rep. 8, 2674.

Lanphear, B.P., 2015. The impact of toxins on the developing brain. Annu. Rev. Public Health 36, 211–230.

Lavigne, J.V., Dulcan, M.K., Lebailly, S.A., Binns, H.J., 2012. Can parent reports serve as a proxy for teacher ratings in medication management of attention-deficit hyperactivity disorder? J. Dev. Behav. Pediatr. 33, 336–342.

Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17.

Martinez-Mier, E.A., Soto-Rojas, A.E., Buckley, C.M., Zero, D.T., Margineda, J., 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int. Dent. J. 55, 93–99.

Mcpherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., et al., 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res (Epub ahead of print).

Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W., Hofman, A., Verhulst, F.C., et al., 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatr. 169, 838–845.

Mullenix, P.J., Denbesten, P.K., Schunior, A., Kernan, W.J., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177.

Murphy, N.C., Diviney, M.M., Donnelly, J.C., Cooley, S.M., Kirkham, C.H., Foran, A.M., et al., 2015. The effect of maternal subclinical hypothyroidism on Iq in 7- to 8-year-old children: a case-control review. Aust. N. Z. J. Obstet. Gynaecol. 55, 459–463.

Narayanaswamy, M., Piler, M.B., 2009. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol. Trace Elem. Res. 133, 71.

Ortiz-Luna, J.A., Acle-Tomasini, G., 2006. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol. 42, 17–21.

Pakkila, F., Mannisto, T., Pouta, A., Hartikainen, A.L., Ruokonen, A., Surcel, H.M., et al., 2014. The impact of gestational thyroid hormone concentrations on ADHD symptoms of the child. J. Clin. Endocrinol. Metab. 99, E1–E8.

Pal, S., Sarkar, C., 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Toxicol. Int. Pharmacol. 38, 684–699.

Perera, F.P., Wheelock, K., Wang, Y., Tang, D., Margolis, A.E., Badia, G., et al., 2018. Combined effects of prenatal exposure to polycyclic aromatic hydrocarbons and material hardship on child ADHD behavior problems. Environ. Res. 160, 506–513.

Petersen, P.E., Baez, R., Marthaler, T., 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. World Health Organization.

Polanczyk, G., De Lima, M.S., Horta, B.L., Biederman, J., Rohde, L.A., 2007. The worldwide prevalence of ADHD: a systematic review and metaregression analysis. Am. J. Psychiatr. 164, 942–948.

Polañska, K., Jurewicz, J., Hanke, W., 2012. Exposure to environmental and lifestyle factors and attention-deficit/hyperactivity disorder in children—a review of epidemiological studies. Int. J. Occup. Med. Environ. Health 25, 330–355.

Posthuma, D., Polderman, T.J.C., 2013. What have we learned from recent twin studies about the etiology of neurodevelopmental disorders? Curr. Opin. Neurol. 26, 111–121.

Rovet, J.F., Hepworth, S.L., 2001. Dissociating attention deficits in children with ADHD and congenital hypothyroidism using multiple CPTS. J. Child Psychol. Psychiatry 42, 1049–1056.

Sentís, A., Sunyer, J., Dalmau-Bueno, A., Andiarena, A., Ballester, F., Cirach, M., et al., 2017. Prenatal and postnatal exposure to No2 and child attentional function at 4–5 years of age. Environ. Int. 106, 170–177.

Shen, Y.-W., Taves, D.R., 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am. J. Obstet. Gynecol. 119, 205–207.

Singh, N., Verma, K.G., Verma, P., Sidhu, G.S., Sachdeva, S., 2014. A comparative study of fluoride ingestion levels, serum thyroid hormone & TSH level derangements,

*M. Bashash et al.*                                                                                          *Environment International 121 (2018) 658–666*

dental fluorosis status among school children from endemic and non-endemic fluorosis areas. Springerplus 3, 7.

Skeaff, S., Te Morenga, L., 2017. Nutrition Society of New Zealand Annual Conference held in Wellington, New Zealand, 1–4 December 2015. Nutrients 9, 239.

Stagnaro-Green, A., Rovet, J., 2016. Pregnancy: maternal thyroid function in pregnancy - a tale of two tails. Nat. Rev. Endocrinol. 12, 10–11.

Swarup, D., Dwivedi, S., Dey, S., Ray, S., 1998. Fluoride intoxication in bovines due to industrial pollution. Indian J. Anim. Sci. 68, 605–608.

Thomas, D.B., Basu, N., Martinez-Mier, E.A., Sanchez, B.N., Zhang, Z., Liu, Y., et al., 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ. Res. 150, 489–495.

Thompson, W., Russell, G., Baragwanath, G., Matthews, J., Vaidya, B., Thompson-Coon, J., 2018. Maternal thyroid hormone insufficiency during pregnancy and risk of neurodevelopmental disorders in offspring: a systematic review and meta-analysis. Clin. Endocrinol. 88, 575–584.

USDA (U.S. Department of Agriculture), 2005. USDA National Fluoride Database of Selected Beverages and Foods - Release 2. Nutrient Data Laboratory, Beltsville Human Nutrition Research Center, Agricultural Research Service, U.S. Department of Agriculture [online] Available: https://data.nal.usda.gov/dataset/usda-national-fluoride-database-selected-beverages-and-foods-release-2-2005.

U.S. Environmental Protection Agency, 2010. Fluoride: exposure and relative source contribution analysis. In: Office of Water, 820-R-10-015, pp. 210. http://water.epa.gov/action/advisories/drinking/fluoride_index.cfm.

Vreugdenhil, H.J.I., Mulder, P.G.H., Emmen, H.H., Weisglas-Kuperus, N., 2004. Effects of perinatal exposure to PCBs on neuropsychological functions in the Rotterdam cohort at 9 years of age. Neuropsychology 18, 185–193.

Yang, Y., Wang, X., Guo, X., Hu, P., 2008. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. Fluoride 41, 336–339.

Yasmin, S., Ranjan, S., Hilaluddin, D'Souza, D., 2013. Effect of excess fluoride ingestion on human thyroid function in Gaya region, Bihar, India. Toxicol. Environ. Chem. 95, 1235–1243.

# Exhibit I

# Research

A Section 508–conformant HTML version of this article is available at https://doi.org/10.1289/EHP3546.

# Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada

Christine Till,[1] Rivka Green,[1] John G. Grundy,[1] Richard Hornung,[2] Raichel Neufeld,[1] E. Angeles Martinez-Mier,[3] Pierre Ayotte,[4,5] Gina Muckle,[5,6] and Bruce Lanphear[7,8]

[1]Faculty of Health, York University, Toronto, Ontario, Canada
[2]Pediatrics and Environmental Health, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, USA
[3]School of Dentistry, Indiana University, Indianapolis, Indiana, USA
[4]Department of Social and Preventive Medicine, Laval University, Quebec, Quebec, Canada
[5]Centre de Recherche du CHU de Québec, Université Laval, Quebec, Quebec, Canada
[6]School of Psychology, Laval University, Quebec, Quebec, Canada
[7]Faculty of Health Sciences, Simon Fraser University, Vancouver, British Columbia, Canada
[8]Child & Family Research Institute, BC Children's Hospital, University of British Columbia, Vancouver, British Columbia, Canada

**BACKGROUND:** Fluoride exposures have not been established for pregnant women who live in regions with and without community water fluoridation.

**OBJECTIVE:** Our aim was to measure urinary fluoride levels during pregnancy. We also assessed the contribution of drinking-water and tea consumption habits to maternal urinary fluoride (MUF) concentrations and evaluated the impact of various dilution correction standards, including adjustment for urinary creatinine and specific gravity (SG).

**METHODS:** We measured MUF concentrations in spot samples collected in each trimester of pregnancy from 1,566 pregnant women in the Maternal–Infant Research on Environmental Chemicals cohort. We calculated intraclass correlation coefficients (ICCs) to assess variability in MUF concentrations across pregnancy. We used regression analyses to estimate associations between MUF levels, tea consumption, and water fluoride concentrations as measured by water treatment plants.

**RESULTS:** Creatinine-adjusted MUF values (mean ± SD; milligrams per liter) were almost two times higher for pregnant women living in fluoridated regions ($0.87 \pm 0.50$) compared with nonfluoridated regions ($0.46 \pm 0.34$; $p < 0.001$). MUF values tended to increase over the course of pregnancy using both unadjusted values and adjusted values. Reproducibility of the unadjusted and adjusted MUF values was modest (ICC range = 0.37–0.40). The municipal water fluoride level was positively associated with creatinine-adjusted MUF (B = 0.52, 95% CI: 0.46, 0.57), accounting for 24% of the variance after controlling for covariates. Higher MUF concentrations correlated with numbers of cups of black ($r = 0.31$–0.32) but not green tea ($r = 0.04$–0.06). Urinary creatinine and SG correction methods were highly correlated ($r = 0.91$) and were interchangeable in models examining predictors of MUF.

**CONCLUSION:** Community water fluoridation is a major source of fluoride exposure for pregnant women living in Canada. Urinary dilution correction with creatinine and SG were shown to be interchangeable for our sample of pregnant women. https://doi.org/10.1289/EHP3546

## Introduction

The public health benefits associated with fluoridated dental products and optimally fluoridated drinking water are cited widely (Brunelle and Carlos 1990; CDC 2014; Featherstone 1999; Newbrun 1989; O'Mullane et al. 2016). Fluoride exposure can also cause potential adverse effects, such as dental fluorosis and skeletal fluorosis, both of which are observed at elevated fluoride exposure levels over a long period of time (Health Canada 2010). Fluoride exposure may also be neurotoxic, especially for the developing fetus (Grandjean and Landrigan 2014). Still, few developmental neurotoxicology studies have measured biomarkers of gestational fluoride exposure (Bashash et al. 2017; Valdez Jiménez et al. 2017). Instead, most studies use water fluoride concentrations (An et al. 1992; Broadbent et al. 2015; Eswar et al. 2011; Karimzade et al. 2014; Khan et al. 2015; Kundu et al. 2015; Liu et al. 2014; Trivedi et al. 2007; Xiang et al. 2003) or children's urinary fluoride level (Das and Mondal 2016; Fan et al. 2007; Trivedi et al. 2007) as measures of contemporaneous exposure.

Fluoride exposure is widespread in North America. Water and water-based beverages are the main sources of systemic ingestion, accounting for approximately 75% of dietary fluoride intake among adults living in communities that fluoridate their water supply in the United States (U.S. EPA 2010). Community water fluoridation (CWF) is the process of adjusting the amount of fluoride found in public drinking water to a level that provides optimal dental benefits. Nearly three-fourths of the U.S. population on community water systems receive fluoridated water (https://www.cdc.gov/fluoridation/statistics/index.htm) compared with approximately one-third of Canadians and only 3% of Europeans. In Canada and the United States, the optimal concentration of fluoride in drinking water is set at 0.7 mg/L to protect against tooth decay (DHHS 2015; Health Canada 2017). Other sources of fluoride include foods, dental products (e.g., toothpastes, mouth rinses), supplements, industrial emissions, and fluoride-containing pharmaceuticals. Certain dietary products, like tea, have been identified as having high concentrations of natural fluoride (Fung et al. 1999; Malinowska et al. 2008; Waugh et al. 2016; USDA 2005).

The National Toxicology Program (NTP) at the National Institutes of Health (NRC 2006) and others (Grandjean and Landrigan 2014) have concluded that prenatal exposure to high levels of fluoride can alter neurodevelopment. Fluoride readily crosses the placenta (Forestier et al. 1990) and, in animal studies, accumulates in critical brain regions involved in learning and memory (Bhatnagar et al. 2002; Dong et al. 1997; Pereira et al. 2011). Results of a meta-analysis (Choi et al. 2012) of 27 epidemiologic studies showed that children who lived in areas

Address correspondence to C. Till, Department of Psychology, York University, 4700 Keele St., M3J 1P3 Toronto, ON, Canada. Telephone: (416) 736-2100, ext. 20776. Email: ctill@yorku.ca

Supplemental Material is available online (https://doi.org/10.1289/EHP3546). The authors declare they have no actual or potential competing financial interests.

Received 22 February 2018; Revised 7 September 2018; Accepted 8 September 2018; Published 10 October 2018.

**Note to readers with disabilities:** *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* articles may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehponline@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

with high-fluoride exposure had lower intelligence quotient (IQ) scores than those who lived in low-exposure areas. However, these findings are controversial because most of the studies were conducted in China where fluoride exists as a natural contaminant and exposure levels are often higher than the 0.70 mg/L "optimal" level for water fluoridation in North America. Notably, 13 of the 18 waterborne fluoride studies included in the 2012 meta-analysis consisted of fluoride concentrations of less than the maximum contaminant level goal of 4 ppm (mean water fluoride level of 2.3 mg/L). A more recent study (Bashash et al. 2017) conducted in a non-endemic fluorosis area in Mexico City of nearly 300 mother-child pairs demonstrated an inverse association between maternal urinary fluoride (MUF) concentration during pregnancy and child IQ.

Biomarkers of fluoride (e.g., urinary fluoride, serum fluoride) are directly correlated with fluoride exposure levels (e.g., water fluoride concentration, fluoride supplement exposures) in children (dela Cruz et al. 2008; Kumar et al. 2016; LeGeros et al. 1985; Singh et al. 2007; Zipkin et al. 1956), adults (Ahmed et al. 2012; Mansfield 1999; McClure and Likins 1951; Yadav et al. 2007; Zipkin et al. 1956), and pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2007; Gardner et al. 1952). To our knowledge, however, no studies have directly compared urinary or serum fluoride concentrations with water fluoride concentration in pregnant women living in North America. Moreover, the impact of using urinary creatinine and urinary SG as correction standards for measuring urinary fluoride concentrations during pregnancy remains unclear.

We measured urinary fluoride concentrations during pregnancy from 1,566 women living in 10 cities across Canada and tested whether MUF concentrations were associated with sociodemographic factors, tea consumption habits, and water fluoride concentrations in public drinking water. We also examined how various methods of adjusting for urinary dilution affected the within-person reliability of MUF concentrations and the relationship of MUF concentrations to water fluoride concentration.

## Methods

### Study Sample

Between 2008 and 2011, Maternal–Infant Research on Environmental Chemicals (MIREC) Study staff recruited a population-based sample of 2001 pregnant women from 10 cities across different geographical regions of Canada, 7 of which have CWF (Toronto, Hamilton, Ottawa, Sudbury, Halifax, Edmonton, Winnipeg; $n = 1,259$) and 3 of which do not (Vancouver, Montreal, Kingston; $n = 742$). To enhance the accuracy of fluoride exposure, we included only women who provided spot samples across all three trimesters. Women were recruited from prenatal clinics during their first trimester to participate in a longitudinal birth cohort study and provided written informed consent after the study was described to them. Participants were included if they could provide consent, communicate in English or French, were older than 18 y of age, and were at <14 wk of gestation. Participants were excluded if there was a known fetal abnormality, if they had any medical complications (i.e., cancer, renal disease, heart disease), or if there was known maternal alcohol or drug abuse during pregnancy. Participant recruitment and further demographic details and birth outcomes on the cohort can be found elsewhere (Arbuckle et al. 2013). Health Canada's Research Ethics Board and all participating recruitment sites approved the MIREC Study. The present study also received ethics approval from the York University Research Ethics Board in Toronto.

### Measure of Fluoride

Fluoride concentrations were assessed in archived spot urine samples obtained from Trimester 1 at $11.57 \pm 1.57$ [mean $\pm$ standard deviation(SD)] wk ($n = 1,885$), Trimester 2 at $19.11 \pm 2.39$ wk ($n = 1,738$), and Trimester 3 at $33.11 \pm 1.50$ wk ($n = 1,660$) of gestation. Urine was collected in Nalgene® containers that were lot tested for phthalates and bisphenol A. Samples were labeled with a unique identification and barcode and then aliquoted into smaller Cryovials® and stored at appropriate temperatures until they were shipped to the Indiana University School of Dentistry for analysis.

Fluoride concentration was analyzed using a modification of the hexamethyldisiloxane (HMDS; Sigma Chemical Co.) microdiffusion procedure of Taves (1968), as modified by Martínez-Mier et al. (2011). A measured and recorded volume of each sample (0.850 mL) was dispensed into 15-cm plastic Petri dishes (Falcon; Fisher Scientific Co.); a sodium hydroxide (NaOH, anhydrous; Sigma Chemical Co.) trap solution was loaded onto the Petri dish lid and after adding sulfuric acid ($H_2SO_4$; Sigma Chemical Co.) saturated with HMDS, each dish was tightly sealed. Fluoride was released by acid hydrolysis and trapped in the NaOH trap. The fluoride-containing trap was then removed and buffered to pH 5.2 with perchloric acid ($HClO_4$; Sigma Chemical Co.). The resulting solution was adjusted to a final volume of 100 μL with total ionic strength buffer (TISAB II; Fisher Scientific Co.). Sets of approximately 30 samples were analyzed at any one time. Fluoride levels were determined by comparing the millivolt reading of each sample to standard curves, covering the range of the samples' values, prepared from the data for standard solutions of diffused fluoride determined at the time the samples were analyzed. Reference standard solutions were monitored by a quality assurance (QA) officer for stability; technicians reanalyzed, on a rotating basis, one of three standards daily. In addition, urine-based certified reference materials [PC-U-F1305; Institut National de Santé Publique Québec, (INSPQ)/ Laboratoire de Toxicologie] were analyzed every 200–300 samples. Finally, the QA officer checked for errors in the sample numbers, recorded results and cell formula errors, and checked results in millivolt readings on source documents versus Microsoft Excel spreadsheets. In neutral solutions, fluoride concentrations can be measured down to 0.02 mg/L fluoride. This method has been shown to yield the highest recoveries of fluoride for undiluted samples. The precision and validity of this analysis technique has been reported elsewhere (Martínez-Mier et al. 2011). Compared with the total sample of spot urines that were available for fluoride analysis, only 0.002% (two samples) of readings was removed at the first trimester due to readings being higher than that of the highest concentration standard. No observations were removed in subsequent trimesters.

### Measure of Urinary Creatinine

Urinary creatinine [CRE; in grams (g creatinine)] was measured using colorimetric end-point (Jaffe) tests on an Indiko instrument (Indiko Plus; ThermoFisher Scientific). An alkaline solution of sodium picrate was used to react with creatinine in urine to form a red Janovski complex using the Mircogenics DRI® Creatinine-Detect® Test. The absorbance was read at 510 nm on an Indiko chemistry autoanalyzer (Indiko Plus, ThermoFisher Scientific) with a detection limit of 0.069 mmol/L, reporting limit of 0.23 mmol/L, and reproducibility of 2.2%. Analyses of creatinine levels for Trimester 1 and 2 urines were conducted at an internationally recognized toxicology lab (Institut National de Santé Publique du Québec), which is accredited by the Standards Council of Canada under ISO 17025. Analyses of creatinine levels for Trimester 3 urines were conducted by another lab overseen by

a Health Canada scientist. Both labs completed CRE analyses for Trimester 1, and there was a very high level of agreement between the values from each lab ($r = 0.95$, $p < 0.01$, $n = 1,477$); because of the consistency of CRE levels across the two labs, we chose to use the available Trimester 3 CRE results analyzed by this separate lab.

### Correction for Variations in Urine Dilution

To account for variations in urine dilution at the time of measurement, MUF concentrations were adjusted for either CRE or specific gravity (SG). We used different methods to correct for hydration status because there is no established standard for estimating fluoride exposure among pregnant women. We used the average MUF concentration taken over all three trimesters for all adjustment methods. The three primary correction methods included adjustment for specific gravity ($MUF_{SG}$) and two methods of adjustment for creatinine ($MUF_{CRE\_1}$ and $MUF_{CRE\_2}$).

### $MUF_{SG}$

The Indiana University laboratory measured SG for all urine samples. Urine samples ($\sim 2.0$ mL) were transferred to a $36 \times 36$ mm weighing dish (catalog no. 08-732-112; Fisher Scientific). After performing zero setting per the instrument instruction manual, the prism head of a pen refractometer (ATAGO Co., Ltd.) was submerged into the sample and a reading was obtained and recorded. Following the SG measurements, a 0.850-mL aliquot of each sample was then removed for fluoride analysis. All readings were conducted in a darkened room and the refractometer prism head was rinsed in deionized water after each reading. Less than 0.02% of SG values fell below the limit of detection; these values were replaced by 1.001 so that we did not lose these data points when we computed the averaged MUF concentration adjusted for SG. Ad hoc analyses were also conducted to show that the use of the imputed SG values of 1.001 did not alter the mean values for MUF adjusted for SG. MUF values were corrected for SG using Equation 1:

$$MUF_{SG(mg/L)} = \frac{MUF_i \times (SG_M - 1)}{(SG_i - 1)} \quad (1)$$

where $MUF_{SG}$ is the SG-adjusted chemical concentration (in milligrams per liter), $MUF_i$ is the observed chemical (fluoride) concentration, $SG_i$ is the specific gravity of the urine sample, and $SG_M$ is the median SG for the cohort (Hauser et al. 2004).

### $MUF_{CRE\_1}$

The first method of creatinine adjustment used Equation 2:

$$MUF_{CRE\_1(mg/g)} = MUF_i / CRE_i \quad (2)$$

where $MUF_i$ concentration (in milligrams fluoride per gram creatinine) is the observed fluoride concentration and $CRE_i$ is the observed creatinine concentration for that individual. The second method of CRE adjustment that was adopted by the Early Life Exposures in Mexico to ENvironmental Toxicants (ELEMENT) study (Bashash et al. 2017; Thomas et al. 2016) was based on the following equation:

$$MUF_{CRE\_2(mg/L)} = (MUF_i / CRE_i) \times CRE_{avg} \quad (3)$$

where $MUF_{CRE\_2}$ is the creatinine-adjusted fluoride concentration (in milligrams fluoride per liter), $MUF_i$ is the observed fluoride concentration, $CRE_i$ is the observed CRE concentration for that individual, and $CRE_{avg}$ is the average CRE concentration of the samples available at each trimester. This method was included in

order to permit comparison with a prior study examining urinary fluoride levels in a large sample of pregnant women (Bashash et al. 2017; Thomas et al. 2016).

In addition to the three methods indicated above, we also adjusted for creatinine ($MUF_{CRE\_cov}$) and SG ($MUF_{SG\_cov}$) as covariates in regression models. This approach was recommended by Barr et al. (2005) as a method to control for confounding between factors—such as age, race, sex, and body mass index (BMI)—that may affect both exposure-related outcomes (e.g., disease risk) and variations in urine dilution.

### Measurement of Municipal Drinking-water Fluoride

Municipal drinking-water reports were solicited from each city that was included in the MIREC Study. For each city included in the study, we determined water treatment plant (WTP) boundary regions and then linked the first three letters of the postal code for each participant [as reported in Trimester 3 (note that postal codes were identical between Trimester 1 and 3 for 89% of the participants)]. In some cases, participants were linked with multiple WTPs because water distribution boundaries may overlap. Water fluoride data were obtained for 1,359 of the 1,566 women (86.8%); of these, 813 participants lived in cities with CWF and 546 lived in cities without. The primary source of drinking water (i.e., public water system or private well) was assessed by questionnaires completed by the participants during pregnancy. Of the 1,566 women with MUF and SG analyses, 1,451 who reported drinking tap water from a public source were included in the study, whereas 110 (7%) who reported drinking well water, 4 (0.2%) who reported other, and 1 (<0.06%) with missing data were excluded (see Figure S1). Women who reported a drinking-water source other than a public water supply were more likely to be white and born in Canada relative to the sample of women who reported a public drinking-water source; all other demographic characteristics were similar between the groups (see Table S1). Of the 1,451 women who reported drinking water from the tap, 1,147 (79%) lived within the WTP distribution areas for each city sampled.

Fluoridation was defined according to current national drinking-water guidelines (Health Canada 2010), which are implemented by drinking-water authorities in the affected jurisdiction. A range of 0.6–0.8 mg/L fluoride in water is recommended by the Ministry of Health and Long-Term Care in Ontario (consistent with Health Canada's recommendation of 0.7 mg/L; https://www.hc-sc.gc.ca/hl-vs/iyh-vsv/environ/fluor-eng.php). In practice, fluoridated water levels may correspond to a wider range, with a maximum acceptable concentration of 1.5 mg/L (Health Canada 2010). The present study defined a nonfluoridated site as having water fluoride levels (both adjusted and natural fluoride levels) of <0.3 mg/L.

We calculated each participant's average fluoridated drinking-water value for the duration of their pregnancy by taking the average of three quarterly means. For example, births in Quarter 1 (January, February, March) were calculated by computing the average of Quarters 3 and 4 of the year before birth and Quarter 1 of the birth year. We calculated geometric means (GMs) given the large range of water fluoride values. For participants who received water from more than one WTP, the fluoridated drinking-water value was calculated by computing the average of the three quarterly GMs from each relevant WTP (see Table S2). Some cities (e.g., Montreal) had both fluoridated and nonfluoridated zones (see sample map showing distributions for each WTP in Figure S2). Participants living in each region were coded accordingly. Finally, for cities that reported fluoride concentrations that were equivalent to the limit of detection (LOD), we used an imputed value of the LOD divided by the square root of 2 (Hornung and Reed 1990) to

calculate the water fluoride level. Average water fluoride levels reported by the municipal WTPs during the years that the participants were in the study are provided in Table S3.

### Fluoride Intake

We estimated fluoride intake via drinking-water habits and consumption of beverages that are known to be high in fluoride content by asking participants about daily water and tea (black or green) consumption. Black and green tea leaves have both been identified as natural sources of fluoride via absorption through the soil (Fung et al. 1999; Malinowska et al. 2008). Participants were asked at the first and third trimester the following question: "Since the beginning of your pregnancy, how much did you drink the following: water (number of glasses; 1 glass = 8 oz); regular tea (cups); green tea (number of cups; 1 cup = 6 oz)?" Participants could answer "none" or insert a number of glasses/cups and select a frequency (day/week/month).

### Statistical Analyses

We performed statistical analyses for women who had all three urine samples corresponding to each trimester using RStudio (version 1.1.383) and SAS (version 9.3; SAS Institute Inc.). We used a two-sided $\alpha = 0.05$ for hypothesis testing. Because the distributions of the MUF levels were right-skewed, values were $\log_{10}$-transformed to obtain a more normal distribution.

We first calculated crude descriptive statistics for each trimester, averaged over the entire pregnancy (ignoring dilution effects) and using each of the three urinary dilution correction methods. Possible differences between the MUF levels for the different trimesters were evaluated with an analysis of variance (ANOVA) test. To assess the reliability of MUF levels over the course of pregnancy, we calculated partial correlation coefficients (adjusted for covariates) between each trimester and for each MUF measurement ($MUF_{SG}$, $MUF_{CRE-1}$, $MUF_{CRE-2}$) to examine whether the method of accounting for urine dilution influenced the results. In addition, we calculated intraclass correlation coefficients (ICCs), and their 95% confidence intervals (CIs). The ICC can be interpreted as a measure of test–retest reliability and uses a pooled mean and standard deviation to center and scale each variable. Values can range from 0 (no reproducibility) to 1 (perfect reproducibility). As a final step, we computed Pearson correlation coefficients to examine the relationship between each of the methods for adjusting for $\log_{10}$-transformed MUF concentration, averaged over the pregnancy.

Covariates of interest were based on literature review (Buzalaf and Whitford 2011; Buzalaf et al. 2015) and consultation with fluoride experts on factors that may influence fluoride metabolism and intake or creatinine (Gerchman et al. 2009). These variables included prepregnancy BMI, maternal age, mother's smoking status (current smoker vs. former or never smoked), alcohol consumption (no alcohol, <1 alcoholic beverage per month, ≥1 alcoholic beverage per month), caffeine consumption (≥1 caffeinated beverage per day vs. did not drink caffeinated beverage), time of urine sample and time since last void (data only available for Trimesters 1 and 3), maternal education (high school or less, some college, college university degree), annual household income (less than vs. more than $70,000 Canadian), and race (white vs. other). Covariates were chosen based on inclusion criteria where $p$ values fell below 0.2 or changed the regression coefficient by more than 10% for the association between the covariate and MUF. Covariates that reached these criteria were prepregnancy BMI (available for 99% of the total sample), maternal age, and mother's smoking status. We used Pearson correlations to examine the associations between average

$\log_{10}$-transformed MUF concentration and these three covariates. We also used Pearson correlations to examine the associations between numbers of glasses of water and cups of green and black tea consumed (using averaged data collected at Trimesters 1 and 3) with average $\log_{10}$-transformed MUF concentration. We included these variables in the final models because they are sources of fluoride. We also used Pearson correlations to examine the relationship between MUF $\log_{10}$-transformed values (both averaged and trimester-specific) and time-dependent spot sampling variables (i.e., time since last void and time at void). Next, we used one-way analysis of covariance (ANCOVA) to test differences in average $\log_{10}$-transformed MUF by residential CWF status, adjusted for covariates. To ensure that multivariate interactions between covariates were not contributing to our findings, we then examined a propensity score matching algorithm in a supplemental analysis (Rosenbaum and Rubin 1983) to match the two groups on the covariates and any multivariate interactions that may exist. This approach used logistic regression to first predict the probability of all people belonging to one group. Then, a second step matched individuals from one group to those in the other based on the probability scores. Thus, individuals that contribute to an unequal match between groups were removed and the $n$ between groups was equated. Given our large sample size, the reduction in $n$ between groups was not a concern. It was more important to show that this procedure and the analyses including everyone provided converging evidence for our conclusions.

Finally, we used linear regression analyses to examine the association between the average $\log_{10}$-transformed MUF concentrations and sources of fluoride-related variables (e.g., WTP fluoride levels, number of cups of tea drunk), with and without covariates. Hierarchical regression was first used to assess the relative contribution of WTP fluoride concentrations on MUF concentration after controlling for all covariates and the other sources of fluoride. Next, we conducted forward regression to examine whether any variables other than water fluoride concentrations were contributing significantly to the model. Separate regression models were run for each method of accounting for urinary dilution of MUF concentration. We also conducted secondary analyses adjusted for urinary dilution by modeling urinary creatinine and SG at each trimester as a time-dependent covariate. The best dilution standard was deemed to be the one that had the highest partial $R^2$ value and beta coefficient for WTP fluoride levels regressed on the MUF level.

## Results

Of the women who had at least one valid measure of MUF level, 1,566 (81.6%) women had a urinary spot sample for all three trimesters, whereas 418 women were excluded because they had <3 samples (including 215, 137, and 66 women with 2, 1, and 0 urine samples, respectively) (Table 1). Of the women who had samples for all three trimesters, the mean age was 32.3 y (SD = 4.94, range 28–48 y). Eighty-six percent of the sample identified as white, and 81% of the women were born in Canada. Almost 96% were married or common-law, and almost 85% had a college diploma or university degree. At the time of pregnancy, 86% of the women were employed either full or part time. Specific gravity was measured in all 1,566 urine samples, whereas urine creatinine was available for 1,236 of the 1,566 (78.9%) urine samples (Table 1). Women who were excluded from the analyses of $MUF_{SG}$ because they had <3 samples ($n = 418$) tended to have a lower level of education and household income, a slightly higher BMI, and were more likely to be younger, unmarried, and to smoke as compared with the women who were included in the analysis (Table 1). Women who were

**Table 1.** Characteristics of women with data from three trimesters that were included in the analyses of MUF$_{SG}$ ($n = 1,566$) and MUF$_{CRE\_1}$ ($n = 1,236$) and women who were excluded because they had data from two or fewer trimesters. Values are mean $\pm$ SD or $n$ (%) unless otherwise indicated.

| Variables | MUF$_{SG}$ | | | MUF$_{CRE\_1}$ | | |
|---|---|---|---|---|---|---|
| | Included[a] | Excluded | $p$-Value[b] | Included | Excluded | $p$-Value[b] |
| $n$ | 1,566[c] | 418[c] | — | 1,236[c] | 748[c] | — |
| Age of mother at enrollment (y) | 32.3 ± 4.9 | 31.7 ± 5.5 | 0.03 | 32.3 ± 4.9 | 32.0 ± 5.3 | 0.20 |
| Race | | | | | | |
| White | 1,347 (86.0) | 304 (84.0) | 0.32 | 1,074 (86.9) | 577 (83.4) | 0.03 |
| Other | 219 (14.0) | 58 (16.0) | | 162 (13.1) | 115 (16.6) | |
| Marital Status | | | | | | |
| Married or common law | 1,501 (95.9) | 335 (92.5) | 0.008 | 1,182 (95.6) | 654 (94.5) | 0.27 |
| Not married | 65 (4.1) | 27 (7.5) | | 54 (4.4) | 38 (5.5) | |
| Country of birth | | | | | | |
| Born in Canada | 1,269 (81.0) | 300 (82.9) | 0.42 | 1,011 (81.8) | 558 (80.6) | 0.53 |
| Born outside of Canada | 297 (19.0) | 62 (17.1) | | 225 (18.2) | 134 (19.4) | |
| Maternal Education | | | | | | |
| High school or less | 124 (7.9) | 44 (12.2) | 0.005 | 95 (7.7) | 73 (10.6) | 0.007 |
| Some college | 78 (5.0) | 22 (6.1) | | 59 (4.8) | 41 (5.9) | |
| College diploma | 356 (22.7) | 97 (26.8) | | 274 (22.2) | 179 (25.9) | |
| University degree | 1,007 (64.3) | 199 (55.0) | | 807 (65.3) | 398 (57.6) | |
| Prepregnancy BMI | 24.8 ± 5.4 | 25.5 ± 5.7 | 0.02 | 24.7 (5.34) | 25.4 (5.7) | 0.006 |
| Employment status at time of pregnancy | | | | | | |
| Employed | 1,349 (86.0) | 298 (82.3) | 0.06 | 1,064 (86.1) | 583 (84.2) | 0.27 |
| Unemployed | 217 (14.0) | 64 (17.7) | | 172 (13.9) | 109 (15.8) | |
| Net household income | | | | | | |
| Net household income >$70,000 CDN | 1,067 (70.8) | 217 (64.2) | 0.02 | 839 (70.4) | 445 (68.1) | 0.06 |
| Net <$70,000 CDN | 440 (29.2) | 121 (35.8) | | 353 (29.6) | 208 (31.9) | |
| Smoking during pregnancy | | | | | | |
| Trimester 1 | 77 (5.0) | 35 (8.4) | 0.007 | 49 (4.0) | 63 (8.9) | <0.001 |
| Trimester 3 | 69 (4.4) | 11 (2.6) | 0.10 | 46 (3.7) | 34 (4.8) | 0.37 |

Note: BMI, body mass index; CRE, creatinine; MUF, maternal urinary fluoride; SD, standard deviation; SG, specific gravity.
[a]The total sample of women who had a valid value for unadjusted MUF at each trimester included two additional participants ($n = 1,568$). These two additional participants would have a negligible impact on the means shown for MUF$_{SG}$, and hence data are not shown for the unadjusted MUF.
[b]Comparisons of percentages/count data were done using the chi-square test; comparisons of means were done using Student's $t$-test. The total sample of women who had a valid value for unadjusted MUF at each trimester included two additional participants ($n = 1,568$), which had a negligible impact on the means (data not shown).
[c]Sample size may be lower for some of the characteristics listed in each group because of missing data.

excluded from the analyses of MUF$_{CRE}$ because they had <3 samples ($n = 748$) tended to be of nonwhite race, smoking at Trimester 1 (but not Trimester 3), and to have a slightly lower level of education and a higher prepregnancy BMI.

Of the sample of women who provided three urine samples, 114 (7.3%) participants reported a primary drinking-water source other than the public water supply (i.e., reverse osmosis system, well water, or bottled water) in their first trimester visit; these women were excluded from the analysis, as was one participant who did not report what type of water source she used (see Table S1).

## Consistency of MUF Levels over Pregnancy and across Dilution Correction Methods

MUF values increased from Trimester 1 to Trimester 3 across all methods used to correct dilution (Figure 1; see also Table S4). Linear contrast tests were all highly significant ($p < 0.0001$) for all of the MUF values, suggesting a linear increase over time. MUF concentrations across each trimester of pregnancy were weakly to moderately correlated, with the correlation coefficients ranging from 0.31 to 0.52 (all $p < 0.0001$) (Figure 2). We observed stronger correlations between measurements closer in time (e.g., T1 and T2 or T2 and T3). Correlations with T1 were lower for all of the urinary dilution adjusted methods. Overall, serial MUF measurements indicated modest reproducibility across all methods of adjustment (ICC range: 0.37–0.40). The highest ICC was observed using the MUF$_{CRE\_2}$ measurement (ICC = 0.40; 95% CI: 0.36, 0.43). A slightly lower ICC value was observed for the unadjusted MUF value (ICC = 0.37; 95% CI: 0.34, 0.40).

Averaging over the course of pregnancy, log$_{10}$-transformed unadjusted MUF values were moderately correlated with SG-

($r = 0.68$, $p < 0.001$) and CRE-adjusted MUF values ($r = 0.56$, $p < 0.001$), whereas SG- and CRE-adjusted values were strongly correlated ($r = 0.91$, $p < 0.001$). The CRE-adjustment methods were perfectly correlated ($r = 1.00$) given that MUF$_{CRE\_2}$ was derived by multiplying MUF$_{CRE\_1}$ by a constant.

***MUF levels as a function of fluoridated versus nonfluoridated status.*** Mean MUF levels were almost two times higher among women living in fluoridated than nonfluoridated communities (Figure 3; see also Table S4), even after controlling for covariates (Table 2) or using propensity score matching on the covariates (see Table S5). The pattern was consistent across all three methods used to adjust for dilution status, but the mean values were highest using the creatinine correction adjustment methods, particularly MUF$_{CRE\_1}$. As expected, water fluoride levels were also significantly higher among fluoridated sites than nonfluoridated sites (Table 2). Specific gravity measurements and creatinine values were also higher among pregnant women living in fluoridated as compared with nonfluoridated areas (Table 2).

## Correlations between MUF and Covariates

Correlations between mean log$_{10}$-transformed MUF concentrations for both SG- and creatinine-adjusted values and covariates are shown in Table 3. MUF$_{SG}$ and MUF$_{CRE}$ levels were not correlated or were very weakly associated ($r$ values <0.10) with BMI, smoking status during pregnancy, parity, level of education, and income level. Weak positive correlations were found between both MUF$_{SG}$ and MUF$_{CRE}$ concentrations and maternal age ($r = 0.12$ to 0.17). Moderate correlations were found between MUF$_{SG}$ and MUF$_{CRE}$ concentrations and water fluoride level as reported by the WTP ($r = 0.50$ to 0.52); these moderate correlations remained after we multiplied the number of glasses of water



**Figure 1.** Fluoride concentrations by trimester in the urine of pregnant women from the MIREC cohort living in fluoridated versus nonfluoridated communities. MUF (maternal urinary fluoride) levels are shown unadjusted and adjusted for specific gravity (MUF$_{SG}$; Equation 1) and creatinine using two different methods (MUF$_{CRE\_1}$ and MUF$_{CRE\_2}$; Equations 2 and 3, respectively). Box plots display the upper and lower quartiles of the data; the median is marked by the vertical line inside the box. The whiskers show the 5th and 95th percentile, whereas the individual data points represent values that exceed the 95th percentile. Box plots were produced after removing outliers defined as a MUF concentration ≥5.

consumed by the estimated amount of fluoride that would be found in a 200-mL cup of tap water ($r = 0.47$–0.48). Finally, higher MUF$_{SG}$ and MUF$_{CRE}$ concentrations correlated with number of cups of black ($r = 0.31$ to 0.32) but not green tea ($r = 0.04$–0.06); the estimated amount of fluoride intake from tea consumption (factoring in fluoride from an average cup of black tea as well as from a 200-mL cup of tap water) was also correlated with both MUF$_{SG}$ and MUF$_{CRE}$ concentrations ($r = 0.16$–0.18).

### Linear Regression Using Water Fluoridation Levels

To determine whether the relationship between WTP fluoride level and MUF concentration differed as a function of the different urinary dilution correction methods that were used, we fit separate regression models using unadjusted MUF, MUF$_{SG}$, and MUF$_{CRE1/2}$ concentration. WTP fluoride level significantly predicted log$_{10}$-transformed MUF$_{SG}$ concentrations and accounted for approximately 24% of the variance, Model 1: $R^2 = 0.24$, $F(1,1134) = 361.9$, $p < 0.0001$ (Table 4). After controlling for covariates, WTP fluoride levels remained a significant predictor of log$_{10}$-transformed MUF$_{SG}$ (B = 0.48, 95% CI: 0.43, 0.53), accounting for approximately 22% of the variance. Model 2 was slightly stronger (B = 0.52, 95% CI: 0.46, 0.57) than Model 1, accounting for 24% of the variance in predicting log$_{10}$-transformed MUF$_{CRE}$ concentration after adjusting for covariates (Table 4). These findings show that a 0.5-mg/L increase in water fluoride, which is roughly the difference in water fluoride level among cities that are fluoridated versus nonfluoridated in our study, would result

in an increase of 73.8% and 82.0% in MUF$_{SG}$ and MUF$_{CRE}$ concentrations, respectively.

We examined models predicting log-transformed MUF (unadjusted) levels at each trimester by WTP fluoride levels before and after controlling for covariates, including the addition of urinary CRE and urinary SG (i.e., MUF$_{CRE\_cov}$, MUF$_{SG\_cov}$). Partial $R^2$ values for WTP fluoride levels ranged from 0.10 to 0.16 when creatinine was used a covariate versus 0.09 to 0.14 when SG was used a covariate (Table 5). These values were lower than the partial $R^2$ in Models 1 and 2 (0.22 and 0.24, respectively), although this difference can be explained by the high correlation between CRE and SG with MUF concentration. The associations were somewhat stronger between WTP fluoride and MUF concentration for CRE than for SG as a covariate.

### Discussion

We measured fluoride levels in urine samples collected during each trimester from 1,566 pregnant women living in fluoridated and nonfluoridated communities in a Canadian pregnancy cohort. We found that mean urinary fluoride values were almost two times higher for pregnant women living in fluoridated regions than for those in nonfluoridated regions (Table 2). The differences in MUF concentration remained significant after adjustment for relevant covariates. Urinary fluoride levels were significantly lower among women living in nonfluoridated regions, despite the so-called diffusion or halo effect (Griffin et al. 2001; Ripa 1993), which refers to the extension of fluoridation to residents of nonfluoridated communities as a result of foods and beverages that



**Figure 2.** Pearson *r* correlations between pairs of trimesters (T1, T2, T3) and intraclass correlation coefficients (ICCs) across trimesters [with 95% confidence interval (CI)] for $log_{10}$-transformed maternal urinary fluoride (MUF) levels without adjustment, with adjustment for specific gravity ($MUF_{SG}$), and with adjustment for creatinine using two methods of adjustment ($MUF_{CRE\_1}$ and $MUF_{CRE\_2}$). Individual data points represent individual observations, solid lines represent regression lines.

are commercially processed in fluoridated areas and consumed in nonfluoridated communities. Measuring fluoride exposure as a function of CWF status is therefore essential, especially given

that the prevalence and severity of dental fluorosis (evidence for excessive ingestion of fluoride) is higher among youth living in fluoridated regions (Beltrán-Aguilar et al. 2010; Warren



**Figure 3.** Log$_{10}$-transformed maternal urinary fluoride (MUF) exposure levels as a function of water treatment plant fluoride levels. MUF levels are shown unadjusted and adjusted for specific gravity (MUF$_{SG}$) and creatinine using two different methods (MUF$_{CRE\_1}$ and MUF$_{CRE\_2}$). Individual data points represent individual observations. Solid lines represent regression lines.

et al. 1999), reflecting the widespread availability of fluoride. Differences in urinary fluoride level as a function of CWF status are consistent with those reported in another Canadian sample of respondents, 3 to 79 y of age, who participated in Cycle 2 (2009–2011) of the Chemical Health Measures Survey (CHMS) (McLaren 2016).

MUF levels increased from Trimesters 1 to 3 for all of the methods used to correct for urinary dilution, consistent with prior studies conducted in pregnant women in urine (Opydo-Szymaczek and Borysewicz-Lewicka 2005; Valdez Jiménez et al. 2017) and blood plasma (Opydo-Szymaczek and Borysewicz-

Lewicka 2006). This linear increase may reflect a number of potential mechanisms that change over the course of fetal development and pregnancy, such as the higher uptake of fluoride into fetal bone in the first trimester compared with the third trimester when fetal bone tissues are mineralized. In contrast with our study, some other studies have reported decreasing levels of MUF over the course of pregnancy (Gedalia et al. 1959; Thomas et al. 2016). In the ELEMENT cohort, MUF concentrations were measured (Thomas et al. 2016) in over 500 women living in Mexico City. However, the time points included broad and overlapping intervals that were defined as early (0–26 wk), mid (15–

**Table 2.** Comparison of maternal urinary fluoride adjusted for covariates (BMI, maternal age, smoking status, glasses of water, as well as black and green tea consumption) as a function of residential fluoridation status. Values reported represent data from individuals who had valid urinary fluoride measurements at all three time points.

| Fluoride measures | Fluoridated | | | | Non-fluoridated | | | | F-Value | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | n | Mean | Median | SD | Range | n | Mean | Median | SD | Range | F-Value | p-Value |
| MUF_Unadjusted (mg/L) | 672 | 0.70 | 0.61 | 0.40 | 0.10–3.61 | 464 | 0.34 | 0.28 | 0.24 | 0.06–2.17 | 465.8 | <0.0001 |
| MUF_SG (mg/L) | 672 | 0.71 | 0.62 | 0.38 | 0.10–3.12 | 463 | 0.41 | 0.34 | 0.28 | 0.08–2.78 | 347.1 | <0.0001 |
| MUF_CRE_1 (mg/g) | 528 | 1.15 | 0.99 | 0.65 | 0.19–4.18 | 369 | 0.60 | 0.50 | 0.40 | 0.14–3.56 | 309.7 | <0.0001 |
| MUF_CRE_2 (mg/L) | 530 | 0.87 | 0.74 | 0.50 | 0.14–3.80 | 370 | 0.46 | 0.38 | 0.34 | 0.11–3.62 | 305.4 | <0.0001 |
| WTP fluoride level (mg/L) | 813 | 0.61 | 0.56 | 0.11 | 0.41–0.87 | 546 | 0.12 | 0.13 | 0.06 | 0.04–0.20 | 8562.6 | <0.0001 |
| SG | 729 | 1.014 | 1.013 | 0.005 | 1.002–1.030 | 476 | 1.012 | 1.012 | 0.005 | 1.002–1.028 | 31.29 | <0.0001 |
| Creatinine (grams) | 536 | 6.66 | 6.17 | 3.61 | 0.93–23.84 | 374 | 6.03 | 5.51 | 3.50 | 1.07–32.67 | 6.75 | 0.01 |

Note: BMI, body mass index; CRE, creatinine; MUF, maternal urinary fluoride; SD, standard deviation; SG, specific gravity; WTP, water treatment plant.

**Table 3.** Pearson correlations between different derivations of $\log_{10}$-transformed MUF averaged across three trimesters.

| Covariates | Log MUF$_{SG}$ | $p$-Value | Log MUF$_{CRE\_1}$[a] | $p$-Value |
|---|---|---|---|---|
| Prepregnancy BMI | 0.03 | 0.33 | −0.10 | 0.001 |
| Maternal age at delivery | 0.12 | <0.0001 | 0.17 | <0.0001 |
| Smoking during pregnancy (yes/no) | 0.05 | 0.03 | 0.02 | 0.61 |
| Level of maternal education[d] | 0.05 | 0.03 | 0.09 | 0.001 |
| Income level[e] | −0.02 | 0.36 | −0.03 | 0.31 |
| Water fluoride level (reported by WTP) | 0.50 | <0.0001 | 0.52 | <0.0001 |
| No. glasses of water | 0.14 | <0.0001 | 0.15 | <0.0001 |
| Estimated amount of fluoride in a 200-mL cup of tap water multiplied by no. of glasses of water reported to be consumed per day | 0.47 | <0.0001 | 0.48 | <0.0001 |
| No. cups of black tea | 0.32 | <0.0001 | 0.31 | <0.0001 |
| Estimated amount of fluoride in a 200-mL cup of black tea multiplied by no. of cups of tea reported to be consumed per day[b] | 0.18 | <0.0001 | 0.16 | <0.0001 |
| No. cups of green tea | 0.06 | 0.01 | 0.04 | 0.13 |
| Time since last void[c] | | | | |
| Trimester 1 | −0.08 | 0.004 | −0.12 | <0.0001 |
| Trimester 3 | −0.12 | <0.0001 | −0.16 | <0.0001 |
| Time at void[c] | | | | |
| Trimester 1 | 0.07 | 0.002 | 0.09 | 0.0002 |
| Trimester 3 | 0.07 | 0.005 | 0.09 | 0.01 |

Note: BMI, body mass index; CRE, creatinine; MUF, maternal urinary fluoride; SD, standard deviation; SG, specific gravity; WTP, water treatment plant.
[a]Data not shown for MUF$_{CRE\_2}$ because the results were identical to MUF$_{CRE\_1}$.
[b]Mean fluoride concentration of tea is based on the average fluoride content in tea when made with deionized water (i.e., 2.6 mg/L; Waugh et al. 2016); thus the fluoride intake from one cup of tea (assuming 200 mL) would be 0.52 mg. We then added the amount of fluoride that would be found if tap water was used to make the tea (i.e., if water is fluoridated at 0.7 mg F/L, then an additional 0.14 mg F would be added to the tea for a total of 0.66 mg F per 200-mL cup of tea).
[c]Urine collection time variables were not collected at Trimester 2.
[d]Education categories were based on the following seven classifications: 0, ≤Grade 8; 1, some high school; 2, high school diploma; 3, some college; 4, college diploma; 5, trade school diploma; 6, undergraduate degree, 7, graduate degree.
[e]Income categories were based on the following nine classifications: 0, ≤$10,000; 1, $10,001–20,000; 2, $20,001–30,000; 3, $30,001–40,000; 4, $40,001–50,000; 5, $50,001–60,000; 6, $60,001–70,000; 7, $70,001–80,000; 8, $80,001–100,000; 9, ≥$100,000.

37 wk), and late (22–43 wk), which may have diluted trimester-specific effects. Moreover, only 71 of the women provided samples at all three time points and some of the women were sampled at zero weeks of pregnancy (i.e., not yet pregnant), which would inflate measurements in the early stage of pregnancy given that nonpregnant women have higher levels of urinary fluoride compared with pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2005).

We found that pregnant women who lived in fluoridated communities in Canada had mean MUF$_2$ creatinine-adjusted concentrations (0.87 mg/L; range: 0.14–3.80) that fall within a similar range as the creatinine-adjusted levels reported among pregnant women living in nonendemic fluorosis areas in Mexico City (0.91 mg/L; range: 0.02–3.67) (Thomas et al. 2016). The similarity in MUF concentrations between the Canadian and Mexican pregnancy cohorts is of scientific and public health relevance given recent findings showing an inverse association between prenatal fluoride exposure and child IQ at 4 y of age and between 6 and 12 y of age in nearly 300 mother–child pairs (Bashash 2017). At the time of the publication of the paper by Bashash et al., there were no available data on urinary fluoride exposure of pregnant women exposed to fluoridated water to assess the applicability of their findings. Our results therefore provide an important comparison point. However, the Mexican population was mainly exposed to fluoride through ingestion of salt (fluoridated to 230 ppm), not artificially fluoridated water. This difference in fluoride source does not permit direct comparison of fluoride exposure among the two populations because we were unable to determine whether people in communities with fluoridated water had the same level of fluoride ingestion as those who consumed fluoridated salt in Mexico.

We also examined factors that could contribute to fluoride exposure or metabolism, including women's age, prepregnancy BMI, education, income level, water and tea consumption, and fluoride level of the woman's drinking-water supply. Older age was associated with higher urinary fluoride concentration, consistent with prior findings showing higher fluoride content in bone with increasing age in women (Mostafaei et al. 2015). Higher education was weakly and positively associated with urinary fluoride concentration ($r < 0.10$), whereas income level and

**Table 4.** Comparison of beta coefficients for dilution-adjusted MUF linear regression models. Models 1 and 2 predict MUF$_{SG}$ and MUF$_{CRE\_2}$ concentrations by water treatment plant fluoridation levels before and after controlling for covariates.

| Covariates | Model 1 Log MUF$_{SG}$ ($n=1,136$) | | | Model 2[a] Log MUF$_{CRE\_2}$ ($n=900$) | | |
|---|---|---|---|---|---|---|
| | $R^2$ | B coefficient | 95% CI | $R^2$ | B coefficient | 95% CI |
| Unadjusted Model | | | | | | |
| WTP fluoride level | 0.24 | 0.49 | 0.44, 0.54 | 0.26 | 0.53 | 0.47, 0.59 |
| Adjusted Model | 0.33 | | | 0.35 | | |
| WTP fluoride level | 0.22 | 0.48 | 0.43, 0.53 | 0.24 | 0.52 | 0.46, 0.57 |
| Prepregnancy BMI | 0.00 | 0.00 | −0.00, 0.00 | 0.01 | −0.01 | −0.01, 0.00 |
| Maternal age at delivery | 0.02 | 0.01 | 0.00, 0.01 | 0.02 | 0.01 | 0.00, 0.01 |
| Smoking during pregnancy | 0.00 | 0.01 | −0.01, 0.03 | 0.00 | −0.00 | −0.03, 0.02 |
| No. glasses of water | 0.02 | 0.02 | 0.01, 0.03 | 0.03 | 0.02 | 0.01, 0.02 |
| No. cups of black tea | 0.07 | 0.12 | 0.10, 0.14 | 0.05 | 0.10 | 0.08, 0.13 |
| No. cups of green tea | 0.00 | 0.08 | 0.01, 0.15 | 0.00 | 0.06 | −0.02, 0.13 |

Note: BMI, body mass index; CI, confidence interval; CRE, creatinine; MUF, maternal urinary fluoride; SG, specific gravity; WTP, water treatment plant.
[a]Data not shown for MUF$_{CRE\_1}$ because the results were identical to MUF$_{CRE\_2}$.

**Table 5.** Beta coefficients and $R^2$ for linear regression models predicting log-transformed MUF (unadjusted) levels by water fluoride levels before and after controlling for covariates. Model 3 includes creatinine level at each trimester (i.e., $MUF_{CRE\_cov}$) and Model 4 includes specific gravity level ($MUF_{SG\_cov}$) at each trimester.

| Covariates | Log $MUF_{trimester1}$ ($n=1,317$) | | | Log $MUF_{trimester2}$ ($n=1,251$) | | | Log $MUF_{trimester3}$ ($n=1,203$) | | |
|---|---|---|---|---|---|---|---|---|---|
| | $R^2$ | B coefficient | 95% CI | $R^2$ | B coefficient | 95% CI | $R^2$ | B coefficient | 95% CI |
| Unadjusted WTP fluoride level | 0.17 | 0.75 | 0.66, 0.84 | 0.23 | 0.70 | 0.63, 0.77 | 0.13 | 0.47 | 0.40, 0.54 |
| Model 3: After covariate adjustment | 0.33 | | | 0.45 | | | 0.48 | | |
| Creatinine | 0.21 | 0.04 | 0.04, 0.04 | 0.25 | 0.04 | 0.04, 0.04 | 0.29 | 0.04 | 0.04, 0.05 |
| WTP fluoride level | 0.10 | 0.58 | 0.50, 0.66 | 0.16 | 0.59 | 0.53, 0.65 | 0.16 | 0.50 | 0.44, 0.56 |
| Prepregnancy BMI | 0.00 | −0.00 | −0.01, 0.00 | 0.00 | −0.00 | −0.01, 0.00 | 0.00 | −0.00 | −0.00, 0.00 |
| Maternal age at delivery | 0.01 | 0.01 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.08 |
| Smoking during pregnancy | 0.00 | 0.02 | −0.00, 0.05 | 0.00 | 0.01 | −0.01, 0.03 | 0.00 | 0.02 | −0.00, 0.04 |
| No. glasses of water | 0.00 | 0.01 | 0.00, 0.02 | 0.00 | 0.01 | 0.00, 0.01 | 0.00 | 0.01 | 0.00, 0.01 |
| No. cups of black tea | 0.01 | 0.10 | 0.06, 0.14 | 0.03 | 0.11 | 0.08, 0.14 | 0.02 | 0.08 | 0.06, 0.11 |
| No. cups of green tea | 0.00 | 0.07 | −0.03, 0.16 | 0.00 | 0.02 | 0.04, 0.04 | 0.00 | −0.02 | −0.09, 0.05 |
| Model 4: After covariate adjustment | 0.31 | | | 0.48 | | | 0.50 | | |
| SG | 0.21 | 29.35 | 26.58, 32.12 | 0.30 | 30.15 | 28.03, 32.30 | 0.32 | 29.00 | 26.83, 31.16 |
| WTP fluoride level | 0.09 | 0.57 | 0.49, 0.65 | 0.14 | 0.57 | 0.51, 0.62 | 0.13 | 0.47 | 0.42, 0.53 |
| Prepregnancy BMI | 0.00 | 0.00 | −0.01, 0.00 | 0.00 | 0.00 | −0.00, 0.00 | 0.00 | 0.00 | −0.00, 0.00 |
| Maternal age at delivery | 0.00 | 0.00 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.01 |
| Smoking during pregnancy | 0.00 | 0.02 | −0.00, 0.05 | 0.00 | 0.01 | −0.01, 0.03 | 0.00 | 0.02 | 0.00, 0.04 |
| No. glasses of water | 0.00 | 0.01 | 0.00, 0.02 | 0.00 | 0.01 | 0.00, 0.02 | 0.01 | 0.01 | 0.01, 0.02 |
| No. black cups of tea | 0.01 | 0.10 | 0.07, 0.14 | 0.03 | 0.11 | 0.09, 0.14 | 0.03 | 0.11 | 0.08, 0.13 |
| No. cups of green tea | 0.00 | 0.07 | −0.03, 0.16 | 0.00 | 0.04 | −0.04, 0.12 | 0.00 | 0.01 | −0.05, 0.08 |

Note: BMI, body mass index; CI, confidence interval; COV, covariance; CRE, creatinine; MUF, maternal urinary fluoride; SG, specific gravity; WTP, water treatment plant.
*$p < 0.01$.

prepregnancy BMI were not associated. The strongest correlate of $MUF_{SG}$ and $MUF_{CRE}$ concentration was water fluoride level, indicating that artificially fluoridated drinking water is a major source of fluoride intake. Specifically, for every 0.5-mg/L increase in water fluoride level, we would expect to see a 74–82% increase in urinary fluoride concentration. These findings are consistent with prior studies showing that fluoride levels in drinking water are closely related to those in urine in children (Paez and Dapas 1983), children and adults (Zipkin et al. 1956), and pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2005).

Black tea consumption was also a significant predictor of MUF levels, accounting for approximately 5% of the variance. Black teas have high concentrations of natural fluoride due to the accumulation of fluoride in tea leaves from the soil (Fung et al. 1999), and the bioavailability of fluoride in tea is close to that of sodium fluoride (U.S. EPA 2010; Waugh et al. 2016). In the Republic of Ireland, where consumption of black tea is among the highest in the world per capita, the total dietary intake of fluoride from tea can exceed the upper tolerable intake limit for both adults and children (Waugh et al. 2016). In our sample, however, the contribution of tea consumption to MUF was minor compared with fluoride intake from public drinking water.

Comparison across the different methods of controlling for urinary dilution revealed several important observations. First, the unadjusted MUF concentration (fluoridated: 0.70 mg/L) was similar with the SG-adjusted MUF concentration (fluoridated: 0.71 mg/L) whereas both creatinine-adjustment methods produced the highest MUF concentrations (i.e., $MUF_{CRE1} = 1.16$ mg/g and $MUF_{CRE2} = 0.87$ mg/L). Second, ICC values for consistency across trimesters were slightly higher when correction methods were used (either SG- or CRE-adjustment ratios) relative to no adjustment for variations in urine dilution. The ICC values between SG and creatinine were about the same (0.39 vs. 0.40), suggesting that the two urinary dilution correction factors are interchangeable. Notably, the ICC in the present study was considerably higher than that reported in a Mexican study of pregnant women (i.e., $ICC = 0.25$) (Thomas et al. 2016), which is likely related to the tight control of sampling at each time point

in the present study and our larger sample size. Moreover, the correlation between $MUF_{SG}$ and $MUF_{CRE1/2}$ concentration was high ($r = 0.91$), suggesting minimal variability between these two correction factors. Third, WTP fluoride level regressed on MUF concentration revealed only a slight advantage for the model, adjusting for urinary creatinine, as compared with SG ($R^2$: 0.35 vs. 0.33). These findings suggest that both correction standards are appropriate methods, with MUF concentration adjusted for creatinine being slightly stronger in terms of predicting water fluoride level. The same pattern was revealed when creatinine was added as a covariate to the model as compared with SG as a covariate.

Our ability to compare the urinary fluoride data with an external source of fluoride (public drinking water) is an important strength of the study. It is notable that minimum and maximum concentrations of fluoride in public drinking-water supplies differed substantially across cities and from year to year (see Table S3). Water fluoride concentrations were lower in 2011–2012 than in 2008–2010. To reduce time-varying changes in water fluoride data, our methods carefully matched water fluoride data with the 9-month period that overlapped with each woman's pregnancy. Our ability to take the average of repeated (in most cases daily) fluoride measurements from each WTP outweighs individual measurement of fluoride from the water tap in the home. WTPs that did not add fluoridation chemicals to public drinking-water supplies did not measure fluoride levels as frequently as the sites that added fluoridation chemicals. However, it is unlikely that the reduced frequency of testing fluoride levels affected our results given that the range of exposure levels was much lower in non-fluoridated areas.

There are several limitations of this study. First, overnight fasting or 24-h urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure (WHO 2014). In contrast, the present study measured the concentration of fluoride in a spot urine sample that did not control for recent fluoride ingestion. Urinary fluoride concentration does not measure total exposure (intake) nor did we estimate the 24-h daily urinary fluoride excretion level, which would require multiplying our fluoride:creatinine ratio by a standard creatinine value (not established to our

knowledge for each trimester of pregnancy). A spot urine sample is limited due to diurnal variations and the influence of diet (e.g., high vegetable intake associated with higher fluoride excretion) or intake of high-fluoride foods or beverages immediately before sample collection. In general, the measurement of urinary fluoride concentration may be influenced by the rapid elimination of fluoride from the body (biologic half life of $\sim 6$ h) (Whitford 1994), urinary pH levels (Buzalaf et al. 2015), as well as variation in creatinine excretion by muscle mass, age, sex, and other factors (Barr et al. 2005; Aylward et al. 2015). Assessment of fluoride during pregnancy introduces additional challenges because many physiological changes (e.g., maternal bone metabolism) are occurring that can affect the interpretation of urinary fluoride analyses (Andra et al. 2015). To enhance our measurement, we therefore measured urinary fluoride at three time points, providing a more sensitive measurement of MUF concentration than if only one measurement were used. We only included participants who had valid fluoride measurements at each trimester in the analysis in order to control for trimester-related differences in urinary fluoride level. The modest ICC for MUF concentration in the present study suggests that exposure to fluoride (through typical water/beverage consumption habits and dental product use) occurred throughout the day in our sample, which in turn, minimized the degree of within- and between-subject variation. This notion is further supported by the relatively weak correlations between both time since last void and time at void and MUF concentration. Indeed, strong correlations ($r = 0.87–0.94$) have been reported between the fluoride:creatinine ratio on a morning spot urine sample and fluoride excretion in a 24-h urine sample for preschool children (Villa et al. 2010; Zohouri et al. 2006), indicating that adjustment for urinary dilution approximates a 24-h biomarker. A second limitation is that the MIREC Study is not a nationally representative sample of the Canadian population of pregnant women. Nonetheless, the MIREC Study, which involves women from 10 major cities across Canada, is the largest study to date assessing fluoride exposures in pregnant women. Third, water fluoride concentrations were assigned to each woman based on the aggregation of quarterly GMs and matched to the woman's postal codes at the third trimester. This method may have introduced some variability if the pregnancy period did not align exactly with each quarter or if the woman moved her residence to a new WTP zone during the pregnancy. We noted that 11% of women had different postal codes between trimesters, although we presume some of these women moved within the same WTP zone. It should also be noted that variability in our water fluoride measurement may have been introduced by combining water fluoride data across multiple municipal drinking-water systems when there was overlap in the distribution systems, as found in Toronto. However, the mean water fluoride values were similar across these overlapping WTPs (i.e., mean water fluoride values ranging within $\pm 0.10$ mg/L of each other). Finally, information about oral hygiene product use, topical fluoride procedures, or consumption of certain foods (e.g., shellfish) and other beverages (e.g., coffee, juices) may represent other important sources of fluoride but were not measured in the present study.

In summary, the modest ICC across serial time points and the strong relationship between MUF concentration and WTP fluoride levels supports the biomarker potential of urinary fluoride concentration in pregnant women, using either SG or CRE to account for urine dilution. Given the widespread exposure to fluoride and recent findings (Bashash et al. 2017) showing reductions in child IQ with gestational exposure to fluoride, the present study is an important step in quantifying fluoride exposure, patterns of exposure, and major sources of fluoride exposure in pregnant women. Research is urgently needed to determine whether prenatal exposure to fluoride contributes to neurodevelopmental outcomes in the offspring of these women.

## Acknowledgments

The authors gratefully acknowledge N. Lupien, S. Bastien, and R.-L. McMaster and the MIREC Study Coordinating Staff for their administrative support; T. Arbuckle for her review of our manuscript as the Knowledge Translation representative for the Maternal–Infant Research on Environmental Chemicals (MIREC) study; A. Leblanc from the Institut National de Santé Publique Québec (INSPQ) for measuring the urinary creatinine; C. Buckley, F. Lippert, and P. Chandrappa for their analysis of urinary fluoride at the Indiana University School of Dentistry; and J. Minnery from Public Health Ontario for his valuable engineering advice regarding water fluoridation. The authors are also grateful to the staff affiliated with the community water treatment plants who helped to provide water fluoride data for this study.

This study was funded by a grant from the National Institutes of Health/National Institute of Environmental Health Science (NIH/NIEHS) (grant R21ES027044). The MIREC Study was supported by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institutes for Health Research (grant MOP-81285).

## References

Ahmed I, Rafique T, Hasan SK, Khan N, Khan MH, Usmani TH. 2012. Correlation of fluoride in drinking water with urine, blood plasma, and serum fluoride levels of people consuming high and low fluoride drinking water in Pakistan. Fluoride 45(4):336–340.

An J, Mei S, Liu A, Fu Y, Wang Q, Hu LLZ, et al. 1992. The effects of high fluoride on the intelligence level of primary and secondary students. Chin J Control Endemic Dis 7(2):93–94.

Andra SS, Austin C, Wright RO, Arora MM. 2015. Reconstructing pre-natal and early childhood exposure to multi-class organic chemicals using teeth: towards a retrospective temporal exposome. Environ Int 83:137–145, PMID: 26134987, https://doi.org/10.1016/j.envint.2015.05.010.

Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, et al. 2013. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol 27(4):415–425, PMID: 23772943, https://doi.org/10.1111/ppe.12061.

Aylward LL, Hays SM, Vezina A, Deveau M, St-Amand A, Nong A. 2015. Biomonitoring Equivalents for interpretation of urinary fluoride. Regul Toxicol Pharmacol 72(1):158–167, PMID: 25863192, https://doi.org/10.1016/j.yrtph.2015.04.005.

Barr DB, Wilder LC, Caudill SP, Gonzalez AJ, Needham LL, Pirkle JL. 2005. Urinary creatinine concentrations in the U.S. population: implications for urinary biologic monitoring measurements. Environ Health Perspect 113(2):192–200, PMID: 15687057, https://doi.org/10.1289/ehp.7337.

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, et al. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ Health Perspect 125(9):097017, PMID: 28937959, https://doi.org/10.1289/EHP655.

Beltrán-Aguilar ED, Barker L, Dye B. 2010. Prevalence and severity of dental fluorosis in the United States, 1999–2004. NCHS Data Brief 53:1–8, PMID: 21211168.

Bhatnagar M, Rao P, Jain S, Bhatnagar R. 2002. Neurotoxicity of fluoride: neurodegeneration in hippocampus of female mice. Indian J Exp Biol 40(5):546–554, PMID: 12622200.

Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, et al. 2015. Community water fluoridation and intelligence: prospective study in New Zealand. Am J Public Health 105(1):72–76, PMID: 24832151, https://doi.org/10.2105/AJPH.2013.301857.

Brunelle JA, Carlos JP. 1990. Recent trends in dental caries in U.S. children and the effect of water fluoridation. J Dent Res 69(2_suppl):723–727, https://doi.org/10.1177/00220345900690S141.

Buzalaf CP, Leite ADL, Buzalaf MAR. 2015. Fluoride Metabolism. In: Fluoride: Chemistry, Analysis, Function and Effects. Preedy VR, ed. Cambridge, UK:Royal Society of Chemistry, 54–72.

Buzalaf, MAR, Whitford GM. 2011. Fluoride intake, metabolism and toxicity. In: Fluoride and the Oral Environment. Vol 22. Buzalaf MAR, ed. Basel, Switzerland:Karger, 20–36.

CDC (Centers for Disease Control and Prevention). 2014. Water fluoridation data & statistics. Monitoring fluoridation in the United States. https://www.cdc.gov/fluoridation/statistics/ [accessed 15 November 2017].

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 120(10):1362–1368, PMID: 22820538, https://doi.org/10.1289/ehp.1104912.

Das K, Mondal NK. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environ Monit Assess 188(4):218–232, PMID: 26960765, https://doi.org/10.1007/s10661-016-5219-1.

dela Cruz GG, Rozier RG, Bawden JW. 2008. Fluoride concentration in dentin of exfoliated primary teeth as a biomarker for cumulative fluoride exposure. Caries Res 42(6):419–428, PMID: 18832828, https://doi.org/10.1159/000159605.

DHHS (U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation). 2015. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. Public Health Rep 130(4):318–314, PMID: 26346489, https://doi.org/10.1177/003335491513000408.

Dong Z, Wan C, Zhang X, Liu J. 1997. Determination of the contents of amino acid and monoamine neurotransmitters in fetal brains from a fluorosis endemic area. J Guiyang Med Coll 18(4):241–245.

Eswar P, Nagesh L, Devaraj CG. 2011. Intelligence quotients of 12–14 year old school children in a high and a low fluoride village in India. Fluoride 14(3):168–172.

Fan Z, Dai H, Bai A, Li P, Ro L, Li G, et al. 2007. The effect of high fluoride exposure on the level of intelligence in children. Environ Health J 28(10):802–803.

Featherstone JDB. 1999. Prevention and reversal of dental caries: role of low level fluoride. Community Dent Oral Epidemiol 27(1):31–40, PMID: 10086924, https://doi.org/10.1111/j.1600-0528.1999.tb01989.x.

Forestier F, Daffos F, Said R, Brunet CM, Guillaume PN. 1990. The passage of fluoride across the placenta. An intra-uterine study [in French]. J Gynecol Obstet Biol Reprod (Paris) 19(2):171–175, PMID: 2182701.

Fung KF, Zhang ZQ, Wong JWC, Wong MH. 1999. Fluoride contents in tea and soil from tea plantations and the release of fluoride into tea liquor during infusion. Environ Pollut 104(2):197–205, https://doi.org/10.1016/S0269-7491(98)00187-0.

Gardner DW, Smith FA, Hodge HC, Overton DE, Feltman R. 1952. The fluoride content of placental tissue as related to the fluoride content of drinking water. Science 115(2982):208–209, PMID: 14913209, https://doi.org/10.1126/science.115.2982.208.

Gedalia I, Brzezinski A, Bercovici B. 1959. Urinary fluoride levels in women during pregnancy and after delivery. J Dent Res 38(3):548–551, PMID: 13654605, https://doi.org/10.1177/00220345590380031701.

Gerchman F, Tong J, Utzschneider KM, Zraika S, Udayasankar J, McNeely MJ, et al. 2009. Body mass index is associated with increased creatinine clearance by a mechanism independent of body fat distribution. J Clin Endocrinol Metab 94(10):3781–3788, PMID: 19584179, https://doi.org/10.1210/jc.2008-2508.

Grandjean P, Landrigan PJ. 2014. Neurobehavioural effects of developmental toxicity. Lancet Neurol 13(3):330–338, PMID: 24556010, https://doi.org/10.1016/S1474-4422(13)70278-3.

Griffin SO, Gooch BF, Lockwood SA, Tomar SL. 2001. Quantifying the diffused benefit from water fluoridation in the United States. Community Dent Oral Epidemiol 29(2):120–129, PMID: 11300171, https://doi.org/10.1111/j.1600-0528.2001.290206.x.

Hauser R, Meeker JD, Park S, Silva MJ, Calafat AM. 2004. Temporal variability of urinary phthalate metabolite levels in men of reproductive age. Environ Health Perspect 112(17):1734–1740, PMID: 15579421, https://doi.org/10.1289/ehp.7212.

Health Canada. 2010. "Guidelines for Canadian Drinking Water Quality: Guideline Technical Document —Fluoride." Catalogue No. H128-1/11-647E-PDF. Ottawa, ON, Canada:Her Majesty the Queen in Right of Canada.

Health Canada. 2017. "The State of Community Water Fluoridation across Canada." Prepared by the Public Health Capacity and Knowledge Management Unity, Quebec Region for the Office of the Chief Dental Officer of Canada, Public Health Agency of Canada. https://www.canada.ca/content/dam/hc-sc/documents/services/publications/healthy-living/community-water-fluoridation-across-canada-2017/community-water-fluoridation-across-canada-2017-eng.pdf [accessed 11 June 2018].

Hornung RW, Reed LD. 1990. Estimation of average concentration in the presence of nondetectable values. Appl Occup Environ Hyg 5(1):46–51, https://doi.org/10.1080/1047322X.1990.10389587.

Karimzade S, Aghaei M, Mahvi AH. 2014. Investigation of intelligence quotient in 9–12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan Province, Iran. Fluoride 47(1):9–14.

Khan SA, Singh RK, Navit S, Chadha D, Johri N, Navit P, et al. 2015. Relationship between dental fluorosis and intelligence quotient of school going children in

and around Lucknow District: a cross-sectional study. J Clin Diagn Res 9(11): ZC10-5., PMID: 26673535, https://doi.org/10.7860/JCDR/2015/15518.6726.

Kumar S, Lata S, Yadav JP, Yadav JP. 2016. Relationship between water, urine and serum fluoride and fluorosis in school children of Jhajjar District, Haryana, India. Appl Water Sci 7(6):3377–3384, https://doi.org/10.1007/s13201-016-0492-2.

Kundu H, Basavaraj P, Singla A, Gupta R, Singh K, Jain S. 2015. Effect of fluoride in drinking water on children's intelligence in high and low fluoride areas of Delhi. J Indian Assoc Public Health Dent 13(2):116–121, https://doi.org/10.4103/2319-5932.159043.

LeGeros RZ, Glenn FB, Lee DD, Glenn WD. 1985. Some physico-chemical properties of deciduous enamel of children with and without pre-natal fluoride supplementation (PNF). J Dent Res 64(3):465–469, PMID: 3855900, https://doi.org/10.1177/00220345850640031601.

Liu F, Ma J, Zhang H, Liu P, Liu YP, Xing B, et al. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 124:1–7, PMID: 24184405, https://doi.org/10.1016/j.physbeh.2013.10.027.

Malinowska E, Inkielewicz I, Czarnowski W, Szefer P. 2008. Assessment of fluoride concentration and daily intake by human from tea and herbal infusions. Food Chem Toxicol 46(3):1055–1061, PMID: 18078704, https://doi.org/10.1016/j.fct.2007.10.039.

Mansfield P. 1999. The distribution of urinary fluoride concentration in the UK. Fluoride 32(1):27–32.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

McClure FJ, Likins RC. 1951. Fluorine in human teeth studied in relation to fluorine in the drinking water. J Dent Res 30(2):172–176, PMID: 14824344, https://doi.org/10.1177/00220345510300020401.

McLaren L. 2016. Fluoridation exposure status based on location of data collection in the Canadian Health Measures Survey: is it valid? J Can Dent Assoc 82:g17, PMID: 27548663.

Mostafaei F, McNeill FE, Chettle DR, Wainman BC, Pidruczny AE, Prestwich WV. 2015. Measurements of fluorine in contemporary urban Canadians: a comparison of the levels found in human bone using in vivo and ex vivo neutron activation analysis. Physiol Meas 36(3):465–487, PMID: 25669130, https://doi.org/10.1088/0967-3334/36/3/465.

Newbrun E. 1989. Effectiveness of water fluoridation. J Public Health Dent 49(5):279–289, https://doi.org/10.1111/j.1752-7325.1989.tb02086.x.

NRC (National Research Council). 2006. Fluoride in Drinking Water: a Scientific Review of EPA's Standards. Washington, DC:National Academies Press.

O'Mullane DM, Baez RJ, Jones S, Lennon MA, Petersen PE, Rugg-Gunn AJ, et al. 2016. Fluoride and oral health. Community Dent Health 33(2):69–99, PMID: 27352462, https://doi.org/10.1922/CDH_3707O'Mullane31.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38(4):312–317.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2006. Variations in concentration of fluoride in blood plasma of pregnant women and their possible consequences for amelogenesis in a fetus. Homo 57(4):295–307, PMID: 16843463, https://doi.org/10.1016/j.jchb.2006.02.002.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2007. Transplacental passage of fluoride in pregnant Polish women assessed on the basis of fluoride concentrations in maternal and cord blood plasma. Fluoride 40(1):46–50.

Paez D, Dapas O. 1983. Biochemistry of fluorosis X—comparative study of the fluoride levels in biological fluids. Fluoride 15(2):88–96.

Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R. 2011. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. Neurotox Res 19(1):55–62, PMID: 19957215, https://doi.org/10.1007/s12640-009-9139-5.

Ripa LW. 1993. A half-century of community water fluoridation in the United States: review and commentary. J Public Health Dent 53(1):17–44, PMID: 8474047, https://doi.org/10.1111/j.1752-7325.1993.tb02666.x.

Rosenbaum PR, Rubin DB. 1983. The central role of the propensity score in observational studies for causal effects. Biometrika 70(1):41–55, https://doi.org/10.1093/biomet/70.1.41.

Singh B, Gaur S, Garg VK. 2007. Fluoride in drinking water and human urine in Southern Haryana, India. J Hazard Mater 144(1–2):147–151, PMID: 17118549, https://doi.org/10.1016/j.jhazmat.2006.10.010.

Taves DR. 1968. Separation of fluoride by rapid diffusion using hexamethyldisiloxane. Talanta 15(9):969–974, PMID: 18960390, https://doi.org/10.1016/0039-9140(68)80097-9.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 150:489–495, PMID: 27423051, https://doi.org/10.1016/j.envres.2016.06.046.

Trivedi MH, Verma RJ, Chinoy NJ, Patel RS, Sathawara NG. 2007. Effect of high fluoride water on intelligence of school children in India. Fluoride 40(3):178–183.

U.S. EPA (U.S. Environmental Protection Agency). 2010. "Fluoride: relative source contribution analysis." EPA 820-R-10-0. Washington, DC:U.S. EPA, Health and Ecological Criteria Division, Office of Water.

USDA (U.S. Department of Agriculture). 2005. USDA National Fluoride Database of Selected Beverages and Foods, Release 2. Beltsville, MD:USDA, Agricultural Research Service, Beltsville Human Nutrition Research Center Nutrient Data Laboratory. https://data.nal.usda.gov/dataset/usda-national-fluoride-database-selected-beverages-and-foods-release-2-2005 [accessed 12 June 2018].

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Henández J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride through drinking water and cognitive development delay in children. Neurotoxicology 59:65–70, PMID: 28077305, https://doi.org/10.1016/j.neuro.2016.12.011.

Villa A, Anabalon M, Zohouri V, Maguire A, Franco AM, Rugg-Gunn A. 2010. Relationships between fluoride intake, urinary fluoride excretion and fluoride retention in children and adults: an analysis of available data. Caries Res 44(1):60–68, PMID: 20130402, https://doi.org/10.1159/000279325.

Warren JJ, Kanellis MJ, Levy SM. 1999. Fluorosis of the primary dentition: what does it mean for permanent teeth? J Am Dent Assoc 130(3):347–356, PMID: 10085657, https://doi.org/10.14219/jada.archive.1999.0204.

Waugh D, Potter W, Limeback H, Godfrey M. 2016. Risk assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. Int J Environ Res Public Health 13(3):259, PMID: 26927146, https://doi.org/10.3390/ijerph13030259.

Whitford GM. 1994. Intake and metabolism of fluoride. Adv Dent Res 8(1):5–14, PMID: 7993560, https://doi.org/10.1177/08959374940080011001.

WHO (World Health Organization). 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. Geneva, Switzerland:WHO.

Xiang Q, Liang Y, Chen L, Wang C, Chen B, Chen X, et al. 2003. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84–94.

Yadav AK, Kaushik CP, Haritash AK, Singh B, Raghuvanshi SP, Kansal A. 2007. Determination of exposure and probable ingestion of fluoride through tea, toothpaste, tobacco and pan masala. J Hazard Mater 142(1–2):77–80, PMID: 16979289, https://doi.org/10.1016/j.jhazmat.2006.07.051.

Zipkin I, Likins RC, McClure FJ, Steere AC. 1956. Urinary fluoride levels associated with use of fluoridated waters. Public Health Rep 71(8):767–772, PMID: 13350471, https://doi.org/10.2307/4589515.

Zohouri FV, Swinbank CM, Maguire A, Moynihan PJ. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, https://doi.org/10.1111/j.1600-0528.2006.00269.x.

# **Exhibit J**

# Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada

Rivka Green, MA[1]

Bruce Lanphear, MD[2,3]

Richard Hornung, PhD[4]

David Flora, PhD[1]

E. Angeles Martinez-Mier, DDS[5]

Raichel Neufeld, BA[1]

Pierre Ayotte, PhD[6,7]

Gina Muckle, PhD[7,8]

Christine Till, PhD[1]

[1]Faculty of Health, York University, Canada, Toronto, Ontario, Canada

[2]Faculty of Health Sciences, Simon Fraser University, Burnaby, British Columbia, Canada

[3]Child & Family Research Institute, BC Children's Hospital, University of British Columbia, Vancouver, British Columbia, Canada

[4]Pediatrics and Environmental Health, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio

[5]School of Dentistry, Indiana University, Indianapolis, Indiana

[6]Department of Social and Preventive Medicine, Laval University, Québec, Québec, Canada.

[7]Centre de Recherche du CHU de Québec, Université Laval, Québec, Québec, Canada

[8]School of Psychology, Laval University, Québec, Québec, Canada

**Question:** Is maternal fluoride exposure during pregnancy associated with childhood IQ in a Canadian cohort receiving optimally fluoridated water?

**Findings:** In this prospective birth cohort study, fluoride exposure during pregnancy was  associated with lower IQ scores in 3 to 4-year old children.

**Meaning:** Fluoride exposure during pregnancy may be associated with adverse effects on child intellectual development, suggesting the possible need to reduce fluoride intake during pregnancy.

**Importance:** The potential neurotoxicity associated with exposure to fluoride, which has generated controversy about community water fluoridation, remains unclear.

**Objective:** To examine the association between fluoride exposure during pregnancy and IQ scores in a prospective birth cohort.

**Design and Setting:** This prospective, multicenter birth cohort study used information from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. Children were born between 2008 and 2012; 41% lived in communities supplied with fluoridated municipal water.

**Participants:** The study sample included mother-child pairs recruited from six major cities in Canada; children were between 3 to 4 years of age at testing.

**Exposures:** Maternal urinary fluoride ($MUF_{SG}$), adjusted for specific gravity, and averaged across 3 trimesters available for 512 pregnant women, as well as self-reported maternal daily fluoride intake from water and beverage consumption available for 400 pregnant women.

**Main Outcomes and Measures:** Children's IQ was assessed at ages 3 to 4 years using the Wechsler Primary and Preschool Scale of Intelligence-III. Multiple linear regression analyses were used to examine covariate-adjusted associations between each fluoride exposure measure and IQ score.

**Results:** Data on $MUF_{SG}$ concentrations, IQ scores, and complete covariates were available for 512 mother-child pairs; data on maternal fluoride intake and children's IQ were available for 400 of 512 mother-child pairs. Women living in areas with fluoridated tap water (n=141) compared with non-fluoridated water (n=228) had significantly higher mean (SD) $MUF_{SG}$ concentrations; 0.69 (0.42) vs 0.40 (0.27) mg/L, $P$ = .001, and fluoride intake levels; 0.93 (0.43) vs 0.30 (0.26) mg F/d, $P$ = .001. There was a significant interaction ($P$ = .02) between child sex and $MUF_{SG}$ (6.89, 95% CI: 0.96, 12.82), indicating a differential association between boys and girls. Children had mean (SD) Full Scale IQ scores of 107.16 (13.26), range 52-143, with girls showing significantly higher scores than boys: 109.56 (11.96) vs 104.61 (14.09), $P$ = .001. A 1 mg/L increase in $MUF_{SG}$ was associated with a 4.49-point lower IQ score (95% CI: -8.38, -0.60) in boys, but there was no statistically significant association with IQ scores in girls ($B$ = 2.40, 95% CI: -2.53, 7.33). A 1 mg higher daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score (95% CI: -7.16, -0.14) in boys and girls.

**Conclusions and Relevance:** In this study, maternal exposure to higher levels of fluoride during pregnancy was associated with lower IQ scores in 3 to 4-year-old children. These findings suggest the possible need to reduce fluoride intake during pregnancy.

## Introduction

For decades, community water fluoridation has been used to prevent tooth decay. Water fluoridation is supplied to about 66% of US residents, 38% of Canadians, and 3% of Europeans.[1] In fluoridated communities, fluoride from water and beverages made with tap water comprises 60 to 80% of daily fluoride intake in adolescents and adults.[2]

Fluoride crosses the placenta[3] and laboratory studies show that it accumulates in brain regions involved in learning and memory,[4] and alters proteins and neurotransmitters in the CNS.[5] Higher fluoride exposure from drinking water has been associated with lower children's intelligence in a meta-analysis of 27 epidemiological studies[6] and in studies including biomarkers of fluoride exposure.[7,8] However, most prior studies were cross-sectional and conducted in regions with higher water fluoride concentrations (0.88-31.6 mg/L) than levels considered optimal (ie, 0.7 mg/L) in North America.[9] Further, most studies did not measure exposure during fetal brain development. In a longitudinal birth cohort study involving 299 mother-child pairs in Mexico City, a 1 mg/L increase in maternal urinary fluoride (MUF) concentration was associated with a six-point (CI:-10.84,-1.74) lower IQ score among school-aged children.[10] In this same cohort, MUF was also associated with more ADHD-like symptoms.[11] Urinary fluoride concentrations among pregnant women living in fluoridated communities in Canada are similar to concentrations among pregnant women living in Mexico City.[12] It is unclear, however, whether fluoride exposure during pregnancy is associated with cognitive deficits in a population receiving optimally fluoridated water.

This study examined whether exposure to fluoride during pregnancy was associated with IQ scores in children in a Canadian birth cohort in which 40% of the sample was supplied with fluoridated municipal water.

## Methods

### Study Cohort

Between 2008 and 2011, the Maternal-Infant Research on Environmental Chemicals (MIREC) program recruited 2001 pregnant women from ten cities across Canada. Women who could communicate in English or French, were older than 18 years, and were within the first 14 weeks of pregnancy were recruited from prenatal clinics. Participants were not recruited if there was a known fetal abnormality, if they had any medical complications, or if there was illicit drug use during pregnancy. Additional details are in the cohort profile description.[13]

A subset of 610 children in the MIREC Study was evaluated for the developmental phase of the study at 3 to 4-years-old; these children were recruited from 6 of the 10 cities included in the original cohort: Vancouver, Montreal, Kingston, Toronto, Hamilton, and Halifax. Due to budgetary restraints, recruitment was restricted to the 6 cities with the most participants who fell into the age range required for the testing during the data collection period. Of the 610 children, 601 (98.5%) completed neurodevelopmental testing; 254 (42.3%) of these children lived in non-fluoridated regions and 180 (30%) lived in fluoridated regions; for 167 (27.7%) fluoridation status was unknown due to missing water data or reported not drinking tap water (Figure 1)

This study was approved by the Research Ethics Boards at Health Canada, York University, and Indiana University. All women signed informed consent forms.

### Maternal Urinary Fluoride Concentration

We used the mean concentrations of maternal urinary fluoride (MUF) measured in urine spot samples collected across each trimester of pregnancy at mean (SD) 11.57 (1.57), 19.11 (2.39), and 33.11 (1.50) weeks of gestation. Due to the variability of urinary fluoride measurement and fluoride absorption during pregnancy,[14] we only included women who had all three urine samples. In our

previous work, these samples were moderately correlated; intra-class correlation coefficient (ICC) ranged from .37 to .40.[12]

Urinary fluoride concentration was analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane (Sigma Chemical Co, MO, USA) micro-diffusion procedure[15] and described in our previous work.[12] Fluoride concentration could be measured to 0.02 mg/L. We excluded two samples (0.002%) because the readings exceeded the highest concentration standard (5 mg/L) and there was less certainty of these being representative exposure values.

To account for variations in urine dilution at the time of measurement, we adjusted MUF concentrations for specific gravity (SG) using the following equation: $MUF_{SG} = MUF_i*(SG_M-1)/(SG_i-1)$, where $MUF_{SG}$ is the SG-adjusted fluoride concentration (mg F/L), $MUF_i$ is the observed fluoride concentration, $SG_i$ is the SG of the individual urine sample, and $SG_M$ is the median SG for the cohort. For comparison, we also adjusted MUF using the same creatinine adjustment method that was used in the recently published Mexican cohort.[10]

### Water Fluoride Concentration

Water treatment plants measured fluoride levels daily if fluoride was added to municipal drinking water and weekly or monthly if fluoride was not added to water ([12]). We matched participants' postal codes with water treatment plant zones, allowing an estimation of water fluoride concentration for each woman by averaging water fluoride concentrations (mg F/L) over the duration of pregnancy. We only included women who reported drinking tap water during pregnancy.

### Daily Fluoride Intake in Mothers

We obtained information on consumption of tap water and other water-based beverages (tea, coffee) from a self-report questionnaire completed by mothers during the first and third trimesters. This questionnaire was developed for this study and has not been validated. Also, for this study, we developed methods

to estimate and calculate fluoride intake that have not yet been validated. To estimate fluoride intake from tap water consumed per day (mg F/d), we multiplied each woman's consumption of water and beverages by her water fluoride concentration (averaged across pregnancy) and multiplied by 0.2 (fluoride content for a 200 mL cup). Since black tea contains a high fluoride content (2.6 mg F/L),[16,17] we also estimated the amount of fluoride consumed from black tea by multiplying each cup of black tea by 0.52 mg F (average fluoride content in a 200 mL cup of black tea made with deionized water) and added this to the fluoride intake variable. Green tea also contains varying levels of fluoride; therefore, we used the average for the green teas listed by the USDA (1.935mg/L).[17] We multiplied each cup of green tea by 0.387 mg F (fluoride content in a 200 mL cup of green tea made with deionized water) and added this to the fluoride intake variable.

### Primary Outcomes

We assessed children's intellectual abilities with the Wechsler Preschool and Primary Scale of Intelligence, Third Edition (WPPSI-III). Full Scale IQ (FSIQ), a measure of global intellectual functioning, was the primary outcome. We also assessed Verbal IQ (VIQ), representing verbal reasoning and comprehension, and Performance IQ (PIQ), representing nonverbal-reasoning, spatial-processing, and visual-motor skills.

### Covariates

We selected covariates from a set of established factors associated with fluoride metabolism (eg, time of void, time since last void) and children's intellectual abilities (eg, child sex, maternal age, gestational age, parity) (see Table 1 footnote). Mother's race was coded as "white" or "other", and maternal education was coded as either (i) bachelor's degree or higher or (ii) trade school diploma or lower. The quality of child's home environment was measured by the Home Observation for Measurement of the Environment (HOME)-Revised

Edition[18] on a continuous scale. We also controlled for city and, in some models, included self-reported exposure to second-hand smoke (yes/no) as a covariate.

## Statistical Analyses

In our primary analysis, we used linear regression analyses to estimate the associations between our two measures of fluoride exposure ($MUF_{SG}$ and fluoride intake) and children's FSIQ scores. In addition to providing the coefficient corresponding to a 1 mg difference in fluoride exposure, we also estimated coefficients corresponding to a fluoride exposure difference spanning the 25th to 75th percentile range (which corresponds to a 0.33 mg/L and 0.62 mg F/d difference in $MUF_{SG}$ and fluoride intake, respectively) as well as the 10th to 90th percentile range (which corresponds to a 0.70 mg/L and 1.04 mg F/d difference in $MUF_{SG}$ and fluoride intake, respectively).

We retained a covariate in the model if its *P* value <.2 or its inclusion changed the regression coefficient of the variable  by more than 10% in any of the IQ models. Regression diagnostics confirmed that there were no collinearity issues in any of the IQ models with $MUF_{SG}$ or fluoride intake [*Variance Inflation Factor*<2 for all covariates]. Residuals from each model had approximately normal distributions and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations as measured by Cook's distance. Including quadratic or natural-log effects of $MUF_{SG}$ or fluoride intake did not significantly improve the regression models. Thus, we present the more easily interpreted  estimates from linear regression models. Additionally, we examined separate models with 2 linear splines to test whether the $MUF_{SG}$ association significantly differed between lower and higher levels of $MUF_{SG}$ based on 3 knots, which were set at 0.5 mg/L (mean $MUF_{SG}$), 0.8 mg/L (threshold seen in the Mexican birth cohort),[10] and 1 mg/L (optimal concentration in the USA until

2015).[19] For fluoride intake, knots were set at 0.4 mg (mean fluoride intake), 0.8 mg, and 1 mg (in accordance with $MUF_{SG}$). We also examined sex-specific associations in all models by testing the interactions between child sex and each fluoride measure.

In sensitivity analyses, we tested whether the associations between $MUF_{SG}$ and IQ were confounded by maternal blood concentrations of lead,[20] mercury,[20] manganese,[20,21] perfluoro-octanoic acid,[22] or urinary arsenic.[23] We also conducted sensitivity analyses by removing IQ scores that were greater than or less than 2.5 standard deviations from the sample mean. Additionally, we examined whether using MUF adjusted for creatinine instead of SG affected the results.

In additional analyses, we examined the association between our 2 measures of fluoride exposure ($MUF_{SG}$ and fluoride intake) with Verbal-IQ (VIQ) and Performance-IQ (PIQ). Additionally, we examined whether water fluoride concentration was associated with FSIQ, VIQ, and PIQ scores.

For all analyses, statistical significance tests with a Type I error rate of 5% were used to test sex interactions, while 95% confidence intervals were used to estimate uncertainty. Analyses were conducted using R software.[24]

## Results

For the first measure of fluoride exposure, $MUF_{SG}$, 512 (85.2%) of the 601 mother-child pairs who completed the neurodevelopmental visit had urinary fluoride levels measured at each trimester of the mother's pregnancy and complete covariate data; 89 (14.8%) were excluded for missing $MUF_{SG}$ at one or more trimesters (n = 75) or missing one or more covariates included in the regression (n = 14) (Figure 1). Of the 512 mother-child pairs with $MUF_{SG}$ data (and all covariates), 264 (52%) were female.

For the second measure of fluoride exposure, fluoride intake from maternal questionnaire, data were available for 400 (66.6%) of the original 601 mother-

child pairs: 201 (33.4%) women were excluded for reporting not drinking tap water (n = 59), living outside of the pre-defined water treatment plant zone (n = 108), missing beverage consumption data (n = 20) or missing covariate data ( = 14) (Figure 1).

Children had FSIQ scores in the average range (population normed) [mean (SD), 107.16 (13.26), range = 52-143], with girls [109.56 (11.96)] showing significantly higher scores than boys [104.61(14.09)], $P < .001$ (Table 1). The demographic characteristics of the 512 mother-child pairs included in the primary analysis were not substantially different from the original MIREC cohort or subset of mother-child pairs without three urine samples (eTable 1 in the Supplement). Of the 400 mother-child pairs with fluoride intake data (and all covariates), 118 of 238 (50%) in the group living in a non-fluoridated region were female and 83 of 162 (51%) in the group living in a fluoridated region were female.

### Fluoride Measurements

The median MUF$_{SG}$ concentration was 0.41 mg/L (range = 0.06-2.44 mg/L). Mean MUF$_{SG}$ concentration was significantly higher among women (n=141) who lived in communities with fluoridated drinking water [0.69 mg/L (0.42)] compared to women (n=228) who lived in communities without fluoridated drinking water [0.40 mg/L (0.27)], $P < .001$ (Table 1, Figure 2).

The median estimated fluoride intake was 0.39 mg F per day (range = 0.01-2.65 mg F). As expected, fluoride intake was significantly higher for women (n=162; 40.5%) who lived in communities with fluoridated drinking water [0.93 mg F (0.43)] than women (n=238; 59.5%) who lived in communities without fluoridated drinking water [0.30 mg F (0.26)], $P < .001$ (Table 1, Figure 2). MUF$_{SG}$ was moderately correlated with fluoride intake ($r = 0.49$, $P < .001$) and water fluoride concentration ($r = 0.37$, $P < .001$).

### MUF Concentrations and IQ

Before covariate adjustment, a significant interaction (*P* for interaction = .03) between $MUF_{SG}$ and child sex (*B* = 7.24, 95% CI: 0.81, 13.67) indicated that $MUF_{SG}$ was associated with FSIQ in boys; an increase of 1 mg/L $MUF_{SG}$ was associated with a 5.01 (95% CI: -9.06, -0.97, *P* = .02) lower FSIQ score in boys. In contrast, $MUF_{SG}$ was not significantly associated with higher FSIQ score in girls (*B* = 2.23 95% CI: -2.77, 7.23; *P* = .38) (Table 2).

Adjusting for covariates, a significant interaction (*P* for interaction = .02) between child sex and $MUF_{SG}$ (*B* = 6.89, 95% CI: 0.96, 12.82) indicated that an increase of 1 mg/L of $MUF_{SG}$ was associated with a 4.49 (95% CI: -8.38, -0.60, *P* = .02) lower FSIQ score for boys. An increase from the 10th to 90th percentile of $MUF_{SG}$ was associated with a 3.14 IQ decrement among boys (Table 2, Figure 3). In contrast, $MUF_{SG}$ was not significantly associated with FSIQ score in girls (*B* = 2.43 95% CI: -2.51, 7.36; *P* = .33).

### Estimated Fluoride Intake and IQ

A 1 mg increase in fluoride intake was associated with a 3.66 (95% CI: -7.16, -0.15, *P* = .04) lower FSIQ score among boys and girls (Table 2, Figure 3). The interaction between child sex and fluoride intake was not statistically significant (*B* = 1.17, 95% CI: -4.08, 6.41, *P* for interaction = .66).

### Sensitivity Analyses

Adjusting for lead, mercury, manganese, perfluorooctanoic acid, or arsenic concentrations did not substantially change the overall estimates of $MUF_{SG}$ for boys or girls (eTable 2 in the Supplement). Use of MUF adjusted for creatinine did not substantially alter the associations with FSIQ (eTable 2 in the Supplement). Including time of void and time since last void did not substantially change the regression coefficient of $MUF_{SG}$ among boys or girls.

Estimates for the association between $MUF_{SG}$ and PIQ showed a similar pattern with a statistically significant interaction between $MUF_{SG}$ and child sex (*P*

for interaction = .007). An increase of 1 mg/L $MUF_{SG}$ was associated with a 4.63 (95% CI: -9.01, -0.25, $P$ = .04) lower PIQ score in boys, but the association was not statistically significant in girls ($B$ = 4.51 95% CI: -1.02, 10.05; $P$ = .11). An increase of 1 mg/L $MUF_{SG}$ was not significantly associated with VIQ in boys ($B$ = -2.85, 95% CI: -6.65, 0.95, $P$ = .14) or girls ($B$ = 0.55, 95% CI: -4.28, 5.37, $P$ = .82); the interaction  between $MUF_{SG}$ and child sex was not statistically significant (*P for interaction = .25)* (eTable 3 in the Supplement).

Consistent with the findings on estimated maternal fluoride intake, increased water fluoride concentration (per 1 mg F/L) was associated with a 5.29 (95% CI: -10.39, -0.19) lower FSIQ score among boys and girls and a 13.79 (95% CI: -18.82, -7.28) lower PIQ score (eTable 4 in the Supplement).

## Discussion

Using a prospective Canadian birth cohort, we found that estimated maternal exposure to higher fluoride levels during pregnancy was associated with lower IQ scores in children. This association was supported by converging findings from 2 measures of fluoride exposure during pregnancy. A difference in $MUF_{SG}$ spanning the interquartile range for the entire sample (ie, 0.33 mg/L) was associated with a 1.5-point IQ decrement among boys, which is roughly the difference in $MUF_{SG}$ concentration for pregnant women living in a fluoridated versus a non-fluoridated community. An increment of 0.70 mg/L in $MUF_{SG}$ concentration was associated with a 3-point IQ decrement in boys; about half of the women living in a fluoridated community have a $MUF_{SG}$ equal to or greater than 0.70 mg/L. These results did not change appreciably after controlling for other key exposures, such as lead, arsenic, and mercury.

To our knowledge, this study is the first to estimate fluoride exposure in a large birth cohort receiving optimally fluoridated water. These findings are consistent with that of a Mexican birth cohort study, which reported a 6.3 decrement in IQ in preschool aged children compared with a 4.5 decrement for

boys in the current study for every 1 mg/L of MUF.[10] The findings of the current study are also concordant with ecologic studies, which have shown an association between higher levels of fluoride exposure and lower intellectual abilities in children.[7,8,25] Collectively, these findings support that fluoride exposure during pregnancy may be associated with neurocognitive effects.

In contrast with the Mexican study, the association between higher $MUF_{SG}$ concentrations and lower IQ scores was observed only in boys, but not in girls. Studies of fetal and early childhood fluoride exposure and IQ have rarely examined  differences by sex; of those that did, some reported no  differences by sex.[10,26-28] The majority of rat studies have focused on fluoride exposure in male rats,[29] although one study showed that male rats were  more sensitive to neurocognitive effects of fetal exposure to fluoride.[30] Testing whether boys are potentially more vulnerable to  neurocognitive effects associated with fluoride exposure requires further investigation, especially considering that boys have a higher prevalence of neurodevelopmental disorders, such as ADHD, learning disabilities, and intellectual disabilities.[31] Adverse effects of early exposure to fluoride may manifest differently for girls and boys, as shown with other neurotoxicants.[32-35]

The estimate of maternal fluoride intake during pregnancy in this study showed that an increase of 1 mg of fluoride was associated with a decrease of 3.7 IQ points across boys and girls. The finding observed for fluoride intake in both boys and girls may reflect postnatal exposure to fluoride, whereas MUF primarily captures prenatal exposure. Importantly, we excluded women who reported that they did not drink tap water and matched water fluoride measurements to time of pregnancy when estimating maternal fluoride intake. None of the fluoride concentrations measured in municipal drinking water were above the Maximum Acceptable Concentration of 1.5 mg/L set by Health Canada; most (94.3%) were lower than the 0.7 mg/L level considered optimal.[36]

Water fluoridation was introduced in the 1950s to prevent dental caries before the widespread use of fluoridated dental products. Originally, the US Public Health Service (PHS) set the optimal fluoride concentrations in water from 0.7 to 1.2 mg/L to achieve the maximum reduction in tooth decay and minimize the risk of enamel fluorosis.[37] Fluorosis, or mottling, is a symptom of excess fluoride intake from any source occurring during the period of tooth development. In 2012, about 30% of adolescents had mild to severe enamel fluorosis.[38] The higher prevalence of enamel fluorosis, especially in fluoridated areas,[39] triggered renewed concern about excessive ingestion of fluoride. In 2015, in response to fluoride overexposure and rising rates of enamel fluorosis,[38,40,41] the PHS recommended an optimal fluoride concentration of 0.7 mg/L, in line with the recommended level of fluoride added to drinking water in Canada to prevent caries. However, the beneficial effects of fluoride predominantly occur at the tooth surface, after the teeth have erupted.[42] Therefore, there is no benefit of systemic exposure to fluoride during pregnancy for the prevention of caries in offspring.[43] The evidence showing an association between fluoride exposure and lower IQ scores raises a possible new concern about cumulative exposures to fluoride during pregnancy, even among pregnant women exposed to optimally fluoridated water.

Our study has several limitations. First, urinary fluoride has a short half-life (~ 5 hours) and depends on behaviors that were not controlled in our study, such as consumption of fluoride-free bottled water, or swallowing toothpaste prior to urine sampling. We minimized this limitation by using three serial urine samples and tested for time of urine sample collection and time since last void, but these variables did not alter our results. Second, although higher maternal ingestion of fluoride corresponds to higher fetal plasma fluoride levels,[44] even serial maternal urinary spot samples may not precisely represent fetal exposure throughout pregnancy. Third, while our analyses controlled for a comprehensive set of covariates, we did not have maternal IQ data. However, there is no evidence

suggesting that fluoride exposure differs as a function of maternal IQ; our prior study did not observe a significant association between MUF levels and maternal education level.[12] Moreover, a greater proportion of women living in fluoridated communities (76%) had a university-level degree compared to women living in non-fluoridated communities (66%). Nonetheless, despite our comprehensive array of covariates included, this observational study design could not address the possibility of other unmeasured residual confounding. Fourth, fluoride intake did not measure actual fluoride concentration in tap water in the participant's home; Toronto, for example, has overlapping water treatment plants servicing the same household. Similarly, our fluoride intake estimate only considered fluoride from beverages; it did not include fluoride from other sources, such as dental products or food. Furthermore, fluoride intake data were limited by self-report of mothers' recall of beverage consumption per day, which was sampled at 2 time points of pregnancy, and we lacked information regarding specific tea brand.[16,17] In addition, our methods of estimating maternal fluoride intake have not been validated. Fifth, this study did not include assessment of postnatal fluoride exposure or consumption. These limitations, however, were minimized by the concordance of results with objective measures of MUF.

## Conclusions

In this prospective birth cohort study from 6 cities in Canada, higher levels of fluoride exposure during pregnancy were associated with lower IQ scores in children measured at 3 to 4 years of age. These findings were observed at fluoride levels typically found in North American women, and suggest the possible need to reduce fluoride intake during pregnancy.

## Article Information

**Corresponding Author:** Christine Till, PhD, Department of Psychology, York University, 4700 Keele St, Toronto, Ontario M3J 1P3, Canada (ctill@yorku.ca).

**Author Contributions:** Authors Green and Till had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.

*Concept and design: Green, Lanphear, Martinez-Mier, Ayotte, Muckle, Till.*
*Acquisition, analysis, or interpretation of data: All authors.*
*Drafting of the manuscript: Green, Flora, Martinez-Mier, Muckle, Till.*
*Critical revision of the manuscript for important intellectual content: All authors.*
*Statistical analysis: Green, Hornung, Flora, Till.*
*Obtained funding: Lanphear, Muckle, Till.*
*Administrative, technical, or material support: Green, Lanphear, Martinez-Mier, Ayotte, Till.*
*Supervision: Flora, Till.*

**Conflict of Interest Disclosures:** Ms Green, Dr Till, Dr Flora, Dr Muckle, Dr Ayotte, Dr Martinez-Mier, Dr Hornung and Ms Neufeld have nothing to disclose. Dr Lanphear reports serving as an expert witness in an upcoming case involving the US EPA and water fluoridation, but will not receive any payment.

**Funding/Support:** This MIREC Biobank study was funded by a grant from the National Institute of Environmental Health Science (NIEHS) (grant #R21ES027044). The MIREC Study was supported by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institutes for Health Research (grant # MOP-81285).

**Additional Contributions:** The authors gratefully acknowledge: Nicole Lupien, Stéphanie Bastien, and Romy-Leigh McMaster and the MIREC Study Coordinating Staff for their administrative support, as well as the MIREC study group of investigators and site investigators; Alain Leblanc from the INSPQ for measuring the urinary creatinine; Christine Buckley, Dr Frank Lippert and Prithvi Chandrappa for their analysis of urinary fluoride at the Indiana University School of Dentistry; Maddy Blazer from York University for assisting with preparation of the manuscript; Linda Farmus for statistical consulting; and Dr John Minnery for his valuable engineering advice regarding water fluoridation. The authors are also grateful to the staff affiliated with community water treatment plants who helped to provide water fluoride data for this study.

# References

<unknown>1. Public Health Agency of Canada. The State of Community Water Fluoridation (CWF) across Canada; 2017.</unknown>
<bok>2. United States Environmental Protection Agency. Fluoride: Relative Source Contribution Analysis. Vol 820-R-10-0; 2010.</bok>

<jrn>3. Ron M, Singer L, Menczel J, Kidroni G. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. *Eur J Obstet Gynecol Reprod Biol*. 1986;21(4):213-218. Medline:3709921 doi:10.1016/0028-2243(86)90018-3</jrn>

<jrn>4. Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. *Neurotox Res*. 2011;19(1):55-62. Medline:19957215 doi:10.1007/s12640-009-9139-5</jrn>

<jrn>5. Jiang C, Zhang S, Liu H, et al. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. *Neuromolecular Med*. 2014;16(1):94-105. Medline:23982469 doi:10.1007/s12017-013-8260-z</jrn>

<jrn>6. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect*. 2012;120(10):1362-1368. Medline:22820538 doi:10.1289/ehp.1104912</jrn>

<jrn>7. Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. *Environ Monit Assess*. 2016;188(4):218. Medline:26960765 doi:10.1007/s10661-016-5219-1</jrn>

<jrn>8. Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology*. 2017;59:65-70. Medline:28077305 doi:10.1016/j.neuro.2016.12.011</jrn>

<jrn>9. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. *Public Health Rep*. 2015;130(1):1-14. Medline:25552748 doi:10.1177/003335491513000408</jrn>

<jrn>10. Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6 – 12 years of age in Mexico. *Environ Health Perspect*. 2017;125(9):097017. Medline:28937959 doi:10.1289/EHP655</jrn>

11. Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int*. 2018;121(Pt 1):658-666. Medline:30316181 doi:10.1016/j.envint.2018.09.017

12. Till C, Green R, Grundy JG, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environ Health Perspect*. 2018;126(10):107001. Medline:30392399 doi:10.1289/EHP3546

13. Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: the maternal-infant research on environmental chemicals research platform. *Paediatr Perinat Epidemiol*. 2013;27(4):415-425. Medline:23772943 doi:10.1111/ppe.12061

14. Opydo-Szymaczek J, Borysewicz-Lewicka M. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. *Fluoride*. 2005;38(4):312-317.

15. Martínez-Mier EA, Cury JA, Heilman JR, et al. Development of gold standard ion-selective electrode-based methods for fluoride analysis. *Caries Res*. 2011;45(1):3-12. Medline:21160184 doi:10.1159/000321657

16. Waugh DT, Potter W, Limeback H, Godfrey M. Risk Assessment of assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. *Int J Environ Res Public Health*. 2016;13(3):259. Medline:26927146 doi:10.3390/ijerph13030259

17. USDA Nutrient Data Laboratory Beltsville Human Nutrition Research Center Agricultural Research Service. USDA National Fluoride Database of Selected Beverages and Foods. USDA Natl Fluoride Database Sel Beverages Foods. 2005:26. http://www.ars.usda.gov/SP2UserFiles/Place/80400525/Data/Fluoride/F02.pdf.

18. Caldwell B, Bradley R. Home Observation for Measurement of the Environment (HOME) - Revised Edition. University of Arkansas, Little Rock., Little Rock.; 1984.

19. Rabb-waytowich D. Professional water fluoridation in Canada. *Past Present*. 2009;75(6):451-454.

20. Arbuckle TE, Liang CL, Morisset A-S, et al; MIREC Study Group. Maternal and fetal exposure to cadmium, lead, manganese and mercury: The MIREC study. *Chemosphere*. 2016;163:270-282. Medline:27540762 doi:10.1016/j.chemosphere.2016.08.023

21. Dion L-A, Saint-Amour D, Sauvé S, Barbeau B, Mergler D, Bouchard MF. Changes in water manganese levels and longitudinal assessment of intellectual function in children exposed through drinking water. *Neurotoxicology*. 2018;64:118-125. Medline:28870865 doi:10.1016/j.neuro.2017.08.015

22. Vélez MP, Arbuckle TE, Fraser WD. Maternal exposure to perfluorinated chemicals and reduced fecundity: the MIREC study. *Hum Reprod*. 2015;30(3):701-709. Medline:25567616 doi:10.1093/humrep/deu350

23. Ettinger AS, Arbuckle TE, Fisher M, et al; MIREC Study Group. Arsenic levels among pregnant women and newborns in Canada: Results from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. *Environ Res*. 2017;153:8-16. Medline:27880879 doi:10.1016/j.envres.2016.11.008

24. Team RCR. *A Language and Environment for Statistical Computing*. Vienna, Austria: R Foundati; 2013.

25. Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. *Neurotoxicol Teratol*. 2015;47:96-101. Medline:25446012 doi:10.1016/j.ntt.2014.11.001

26. Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS. Effect of high-fluoride water on intelligence in children. *Fluoride*. 2000;33(2):74-78.

27. Zhao LB, Liang GH, Zhang DN, Wu XR. Effect of high fluoride water supply on children's intelligence. *Fluoride*. 1996;29(4):190-192.

28. Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. *Fluoride*. 2003;36(2):84-94.

<jrn>29. McPherson CA, Zhang G, Gilliam R, et al. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. *Neurotox Res*. 2018;34(4):781-798. Medline:29404855 doi:10.1007/s12640-018-9870-x</jrn>

<jrn>30. Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. Neurotoxicity of sodium fluoride in rats. *Neurotoxicol Teratol*. 1995;17(2):169-177. Medline:7760776 doi:10.1016/0892-0362(94)00070-T</jrn>

<eref>31. Boyle CA, Boulet S, Schieve LA, et al. Trends in the Prevalence of Developmental Disabilities in US Children, 1997–2008. Pediatrics. May 2011. http://pediatrics.aappublications.org/content/early/2011/05/19/peds.2010-2989.abstract.</eref>

<jrn>32. Gochfeld M. Sex differences in human and animal toxicology. *Toxicol Pathol*. 2017;45(1):172-189. Medline:27895264 doi:10.1177/0192623316677327</jrn>

<jrn>33. Arbuckle TE. Are there sex and gender differences in acute exposure to chemicals in the same setting? *Environ Res*. 2006;101(2):195-204. Medline:16233896 doi:10.1016/j.envres.2005.08.015</jrn>

<jrn>34. Desrochers-Couture M, Oulhote Y, Arbuckle TE, et al. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. *Environ Int*. 2018;121(Pt 2):1235-1242. Medline:30392942 doi:10.1016/j.envint.2018.10.043</jrn>

<jrn>35. Evans SF, Kobrosly RW, Barrett ES, et al. Prenatal bisphenol A exposure and maternally reported behavior in boys and girls. *Neurotoxicology*. 2014;45:91-99. Medline:25307304 doi:10.1016/j.neuro.2014.10.003</jrn>

<bok>36. Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document —Fluoride. Ottawa, Ontario, Air and Climate Change Bureau, Healthy Environments and Consumer Safety Branch, Health Canada, Ottawa, Ontario.; 2010. doi:Catalogue No. H128-1/11-647E-PDF.</bok>

<jrn>37. Martinez-Mier EA, Shone DB, Buckley CM, Ando M, Lippert F, Soto-Rojas AE. Relationship between enamel fluorosis severity and fluoride content. *J Dent*. 2016;46:42-46. Medline:26808157 doi:10.1016/j.jdent.2016.01.007</jrn>

<bok>38. Wiener R, Shen C, Findley P, Tan X, Sambamoorthi U. Dental Fluorosis over Time: A Comparison of National Health and Nutrition Examination Survey Data from 2001-2002 and 2011-2012. Vol 92.; 2018.</bok>

<eref>39. National Research Council (NRC). Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, DC: National Academies Press; 2006. doi:http://www.nap.edu.</eref>

<jrn>40. Beltrán-Aguilar ED, Barker L, Dye BA. Prevalence and severity of dental fluorosis in the United States, 1999-2004. *NCHS Data Brief*. 2010;(53):1-8. http://www.ncbi.nlm.nih.gov/pubmed/21211168 Medline:21211168</jrn>

<jrn>41. Warren JJ, Kanellis MJ, Levy SM. Fluorosis of the primary dentition: what does it mean for permanent teeth? *J Am Dent Assoc*. 1999;130(3):347-356. Medline:10085657 doi:10.14219/jada.archive.1999.0204</jrn>

<jrn>42. Limeback H. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? *Community Dent Oral Epidemiol*. 1999;27(1):62-71. Medline:10086928 doi:10.1111/j.1600-0528.1999.tb01993.x</jrn>

<jrn>43. Takahashi R, Ota E, Hoshi K, et al. Fluoride supplementation (with tablets, drops, lozenges or chewing gum) in pregnant women for preventing dental caries in the primary teeth of their children. *Cochrane Database Syst Rev*. 2017;10(10):CD011850. Medline:29059464 doi:10.1002/14651858.CD011850.pub2</jrn>

<jrn>44. Gedalia I, Zukerman H, Leventhal H. Fluoride content of teeth and bones of human fetuses: in areas with about 1 ppm of fluoride in drinking water. *J Am Dent Assoc*. 1965;71(5):1121-1123. Medline:5213647 doi:10.14219/jada.archive.1965.0051</jrn>

Figure Headings

1.  Flowchart of inclusion criteria.



2.  Distribution of fluoride levels in maternal urine and for estimated fluoride intake by
    fluoridation status.





3. In A, blue dots represent boys and red dots represent girls. In B, community fluoridation status (CWF) is shown for each woman; black dots represent women living in non-fluoridated (non-Fl) communities and blue dots represent women living in fluoridated (Fl) communities.



Tables

Table 1. Demographic Characteristics and Exposure Outcomes for Mother-Child Pairs With MUF$_{SG}$ (n = 512) and Fluoride Intake Data (n = 400) by Fluoridated and Non-fluoridated Status[a,b]

| Variable | No. (%) | | |
|---|---|---|---|
| | MUF$_{SG}$ Sample (N = 512)[a] | Maternal-Child Pairs With Fluoride Intake, IQ, and Complete Covariate Data (N = 400) | |
| | | Non-fluoridated (N = 238) | Fluoridated (N = 162) |
| Mothers | | | |
| Age of mother at enrollment, mean (SD), y | 32.33 (5.07) | 32.61 (4.90) | 32.52 (4.03) |
| Pre-pregnancy BMI, mean (SD) | 25.19 (6.02) | 25.19 (6.35) | 24.33 (5.10) |
| Married or common law | 497 (97) | 225 (95) | 159 (98) |
| Born in Canada | 426 (83) | 187 (79) | 131 (81) |
| White | 463 (90) | 209 (88) | 146 (90) |
| Maternal education | | | |
| Trade school diploma/high school | 162 (32) | 80 (34) | 38 (24) |
| Bachelor's degree or higher | 350 (68) | 158 (66) | 124 (76) |
| Employed at time of pregnancy | 452 (88) | 205 (86) | 149 (92) |
| Net income household>$70 000 | 364 (71) | 162 (68) | 115 (71) |
| HOME total score, mean (SD) | 47.32 (4.32) | 47.28 (4.48) | 48.14 (3.90) |
| Smoked in trimester 1 | 12 (2) | 7 (3) | 2 (1) |
| Second hand smoke in the home | 18 (4) | 9 (4) | 2 (1) |
| Alcohol consumption, alcoholic drink/mo | | | |
| No alcohol | 425 (83) | 192 (81) | 136 (84) |
| <1 | 41 (8) | 23 (10) | 11 (7) |
| ≥1 | 46 (9) | 23 (10) | 15 (9) |
| Parity (first birth) | 233 (46) | 119 (50) | 71 (44) |
| Children | | | |
| Female sex | 264 (52) | 118 (50) | 83 (51) |

| | | | |
|---|---|---|---|
| Age at testing, mean (SD), y | 3.42 (0.32) | 3.36 (0.31) | 3.49 (0.29) |
| Gestation, mean (SD), wk | 39.12 (1.57) | 39.19 (1.47) | 39.17 (1.81) |
| Birth weight, mean (SD), kg | 3.47 (0.49) | 3.48 (0.48) | 3.47 (0.53) |
| Full scale IQ | 107.16 (13.26) | 108.07 (13.31) | 108.21 (13.72) |
| Boys[c] | 104.61 (14.09) | 106.31 (13.60) | 104.78 (14.71) |
| Girls[c] | 109.56 (11.96) | 109.86 (12.83) | 111.47 (11.89) |
| **Exposure Variables** | | | |
| MUF$_{SG}$ concentration, mg/L | | | |
| No. | 512 | 228 | 141 |
| Mean (SD) | 0.51 (0.36) | 0.40 (0.27) | 0.69 (0.42) |
| Fluoride intake level per day, mg F | | | |
| No. | 369[d] | 238 | 162 |
| Mean (SD) | 0.54 (0.44) | 0.30 (0.26) | 0.93 (0.43) |
| Water fluoride concentration, mg/L | | | |
| No. | 369[d] | 238 | 162 |
| Mean (SD) | 0.31 (0.23) | 0.13 (0.06) | 0.59 (0.08) |

Due to missing water treatment plant data and/or MUF data, the samples are distinct with some overlapping participants in both groups (n = 369).

All of the listed variables were tested as potential covariates, as well as the following: paternal variables (age, education, employment status, smoking status & race); marital status; maternal chronic condition during pregnancy and birth country; breastfeeding duration; time of void & time since last void.

Abbreviations: BMI, body mass index; FSIQ, Full Scale IQ; HOME, Home Observation for Measurement of the Environment; MUF, maternal urinary fluoride; MUF$_{SG}$, maternal urinary fluoride adjusted for specific gravity; SD, standard deviation.

[a]Maternal urinary fluoride (averaged across all 3 trimesters) and corrected for specific gravity.

[b]Due to missing water treatment plant data, the sample in the fluoridated and non-fluoridated regions do not add up to the MUF sample size.

[c]369 women with water fluoride data also had all 3 MUF.

[d]FSIQ score has a mean (SD) of 100 (15); United States population norms used.

Table 2. Unadjusted and Adjusted Associations  Estimated From Linear Regression Models of Fluoride Exposure Variables and  FSIQ Scores

| Variable | Difference (95% CI) | | | |
| --- | --- | --- | --- | --- |
| | Unadjusted | Adjusted Estimates, Regression Coefficients Indicate Change in Outcome per | | |
| | | 1 mg | 25th to 75th Percentiles | 10th to 90th Percentiles |
| MUF$_{SG}$[a] | −2.60 (−5.80 to 0.60) | −1.95 (−5.19 to 1.28)[b] | −0.64 (−1.69 to 0.42)[b] | −1.36 (−3.58 to 0.90)[b] |
| Boys | −5.01 (−9.06 to −0.97) | −4.49 (−8.38 to −0.60)[c] | −1.48 (−2.76 to −0.19)[c] | −3.14 (−5.86 to −0.42)[c] |
| Girls | 2.23 (−2.77 to 7.23) | 2.40 (−2.53 to 7.33)[c] | 0.79 (−0.83 to 2.42)[c] | 1.68 (−1.77 to 5.13)[c] |
| Fluoride intake[d] | −3.19 (−5.94 to −0.44) | −3.66 (−7.16 to −0.15)[e] | −2.26 (−4.45 to −0.09)[e] | −3.80 (−7.46 to −0.16)[e] |

Adjusted estimates pertain to predicted FSIQ difference for a value spanning the IQR (25th to 75th percentiles), and 80th central range (10th to 90th percentiles): (i) MUF$_{SG}$: 0.33 mg/L, 0.70 mg/L, respectively; (ii) Fluoride intake: 0.62 mg, 1.04 mg, respectively.

Effect estimates shown for increases equivalent to one-unit, interquartile range (IQR; 25th to 75th percentiles), and 80th central range (10th to 90th percentiles).

Abbreviations: FSIQ, full scale IQ; MUF$_{SG}$, maternal urinary fluoride adjusted for specific gravity; SD, standard deviation.

[a]N = 512.

[b]Adjusted for sex, city, HOME score, maternal education, and race (no interaction).

[c]Adjusted for city, HOME score, maternal education, race and including child sex interaction; Adjusted model for boys.

[d](N = 400); Missing data due to incomplete questionnaire responses to beverage consumption.

[e]Adjusted for HOME score, maternal education, race, child sex, prenatal second-hand smoke exposure, and city.

**Supplementary Online Content**

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. Fluoride exposure during fetal development and intellectual abilities in a Canadian birth cohort. *JAMA Pediatr.* Published online DATE, 2019. Doi: XXX

**eTable 1**.  Comparison of current sample to other MIREC samples
**eTable 2**.  Sensitivity analyses predicting Full Scale IQ (FSIQ)
**eTable 3.**  Unadjusted and adjusted effect estimates from linear regression models of fluoride exposure variables predicting Verbal IQ and Performance IQ scores
**eTable 4.**  Unadjusted and adjusted effect estimates from linear regression models of water fluoride concentration (mg/L) predicting FSIQ scores

Their supplementary material has been provided by the authors to give the readers additional information about their work.

eTable 1: Comparison of current sample to other MIREC samples

| Variable | Participants in the MIREC cohort with: | | |
|---|---|---|---|
| | Live births[a] | Women with 3 urine samples and child IQ scores | Women with <3 urine samples and child IQ scores |
| n | 1983 | 512 | 70 |
| Mean (SD) age of mother at enrollment (years) | 32.2 (5.1) | 32.51 (4.46) | 32.43 (5.29) |
| Caucasian, No. (%) | 1651 (85) | 463 (90) | 56 (80) |
| Married or Common-law, No. (%) | 1890 (95.3) | 497 (97) | 63 (90) |
| Born in Canada, No. (%) | 1569 (79) | 426 (83) | 53 (76) |
| Maternal Education, No. (%) | | | |
| High school or less | 158 (9) | 24 (5) | 4 (6) |
| Some college | 100 (5) | 17 (3) | 5 (7) |
| College diploma | 412 (24) | 121 (24) | 20 (29) |
| University degree | 1246 (62) | 348 (68) | 40 (57) |
| Employed at time of pregnancy, No. (%) | 1647 (83) | 452 (88) | 87.0 |
| Net household income >$70,000, No. (%) | 1269 (64) | 364 (71) | 65.2 |

Abbreviations: SD = standard deviation

[a]from a total of 2001 women who were recruited

Note: Differences between the analytic sample (n=512), live births sample (n=1983), and excluded participants (n=70) were all considered small (i.e. Cohen's effect size $h$ of ≤0.30).

**eTable 2: Sensitivity analyses predicting Full Scale IQ (FSIQ).**

| MLR Models | N | B (SE) of predictor | p | 95% CI |
|---|---|---|---|---|
| Model $_A$ | 512 | -4.49 (1.98) | .02 | -8.38, -0.60 |
| Model $_{A+lead}$ | 504 | -4.61 (1.98) | .02 | -8.50, -0.71 |
| Model $_{A+mercury}$ | 456 | -5.13 (2.05) | .01 | -9.16, -1.10 |
| Model $_{A+PFOA}$ | 503 | -4.57 (1.97) | .02 | -8.21, -0.50 |
| Model $_{A+arsenic}$ | 512 | -4.44 (1.99) | .03 | -8.35, -0.54 |
| Model $_{A+manganese}$ | 502 | -4.55 (1.97) | .02 | -8.42, -0.69 |
| Model $_{A+second\ hand\ smoke\ exposure}$ | 512 | -4.18 (1.98) | .03 | -8.06, -0.30 |
| Model $_B$ | 510 | -4.11 (1.92) | .03 | -7.89, -0.33 |
| Model $_C$ | 407 | -4.96 (1.83) | .007 | -8.56, -1.36 |
| Model $_D$ | 369 | -6.25 (2.70) | .02 | -11.56, -0.94 |

Abbreviations: HOME = Home Observation for Measurement of the Environment; PFOA = perfluorooctanoic acid; MLR = multiple linear regression; MUF = maternal urinary fluoride

Model $_A$ – MUF$_{SG}$ coefficient for boys controlling for city, HOME total score, race and maternal level of education with baby sex as an interaction term

Model $_B$ – Model $_A$ without two boys with FSIQ lower than 60

Model $_C$ – MUF coefficient for boys adjusted for creatinine with same covariates as Model $_A$

Model $_D$ – using water fluoride concentration as a predictor for those women who have MUF values only

**Table S3. Unadjusted and adjusted effect estimates from linear regression models of fluoride exposure variables predicting Verbal IQ and Performance IQ scores.**

| | Performance IQ | | Verbal IQ | |
| | Unadjusted | Adjusted | Unadjusted | Adjusted |
| Predictor | *B* (95% CI) | *B* (95% CI) | *B* (95% CI) | *B* (95% CI) |
|---|---|---|---|---|
| MUF$_{SG}$[a] | -5.81* (-9.31, -2.30) | -1.24 (-4.88, 2.40) | 1.28 (-1.87, 4.43) | -1.60 (-4.74, 1.55) |
| Boys | -8.81* (-13.29, -4.32) | -4.63* (-9.01, -0.25)[d] | -0.21 (-4.19, 3.77) | -2.82 (-6.62, 0.98)[c] |
| Girls[b] | -0.56 (-6.09, 4.97) | 4.51 (-1.02, 10.05)[d] | 4.78 (-0.14, 9.70) | 0.50 (-4.32, 5.33)[c] |
| Fluoride intake[c] | -5.75* (-8.74, -2.76) | -2.74 (-6.82, 1.34)[e] | -0.03 (-2.71, 2.64) | -3.08 (-6.40, 0.25)[d] |

Abbreviations: MUF$_{SG}$ = maternal urinary fluoride adjusted for specific gravity; HOME = Home Observation for Measurement of the Environment

[a] N=507 for PIQ; N=509 for VIQ

[b] Girls had significantly higher scores on VIQ (*p* < .001) and PIQ (*p* = .03) compared with boys

[c] N=395 for PIQ; N=399 for VIQ; Missing data due to incomplete questionnaire responses to beverage consumption

[d] adjusted for city, HOME score, maternal education, race and including child sex interaction

[e] adjusted for HOME score, maternal education, race, child sex, prenatal second-hand smoke exposure, and city

*$p$ < .05

**eTable 4: Unadjusted and adjusted effect estimates from linear regression models of water fluoride concentration (mg/L) predicting FSIQ scores.**

| Predictor | Unadjusted (FSIQ) | Adjusted estimates[b] | | |
| | | Full Scale IQ | Performance IQ | Verbal IQ |
| | $B$ (95% CI) | $B$ (95% CI) | $B$ (95% CI) | $B$ (95% CI) |
| Water fluoride concentration[a] | 3.49 (-9.04, 2.06) | -5.29* (-10.39, -0.19)[b] | -13.79* (-18.82, -7.28) | 3.37 (-1.50, 8.24) |

[a] N=420
[b] adjusted for HOME score, maternal education, race, child sex, and prenatal second-hand smoke exposure; because city was strongly multi-collinear with water fluoride concentration (VIF >20), it was excluded from the model
*$p < .05$

# **<u>Exhibit K</u>**

**waterskrauspaul**

PARTNERS

C. Andrew Waters (CA,DC,NC,OR,TX)
Peter A. Kraus (CA,FL,MO,TX,VA)
Charles S. Siegel (PA,TX)
Michael L. Armitage (CA,LA)
Gary M. Paul (CA)
Leslie C. MacLean (PA,TX)
Michael B. Gurien (CA)
Jonathan A. George (CA,PA,TX,VA)
Kevin M. Loew (CA)
Gibbs C. Henderson (IL,TX)
Joy Sparling (NJ)
Susannah B. Chester-Schindler (LA,TX)

ASSOCIATES

Caitlyn Silhan (CA,TX)
Erin M. Wood (TX)
Susan M. Ulrich (CA,MA,WA)
Rajeev K. Mittal (CA)
Patrick J. Wigle (TX)
Michael P. Connett (CA,PA)
Charles P. Stern (LA,TX)
Rachel A. Gross (TX)
Christopher L. Johnson (OR,TX)
Alexandra B. Asclone (CA)
Elizabeth A. Post (CA)
Nancy C. Marcus (CA,DC,OH)
Taryn E. Ourso (TX)
Sam I. Iola (TX)
Earl J. Washington (CA)
Jillian Rice-Loew (CA)
Shawna Forbes-King (CA)

OF COUNSEL

B. Scott Kruka (PA,TX)
Wm. Paul Lawrence II (TX,VA)
William Galerston (CA)
Randall L. Iola (IL,OK,TX)
Kay Gunderson Reeves (TX,WA)
Steven M. Gruber (AL,MN,TX)
Lawrence G. Gettys (LA,TX)

July 31, 2019

*Via Email*

Debra Carfora
Brandon Adkins
Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044

       Re: EPA's Objections to Plaintiffs' Amended Disclosures and Proposed
       Stipulation

Dear Debra & Brandon,

I am writing in further response to your objections to Plaintiffs' expert disclosures for Drs. Hu and Lanphear, as well as your proposed stipulation.

First, your July 19 letter mis-states Plaintiffs' position as being that "an expert witness is not required to provide a written report under Rule 26(a)(2)(B) simply because he or she will not receive compensation." As my July 16 letter made clear, this is not Plaintiffs' position. As detailed in my letter, it is the absence of compensation *plus* the fact that the opinions of Drs. Hu and Lanphear are directly based on their own percipient knowledge and experience conducting landmark NIH-funded studies on fluoride and IQ which form a key factual foundation for Plaintiffs' claims. As with the non-retained expert in the *Amos* decision, Plaintiffs will *not* elicit opinions from Drs. Hu or Lanphear on the ultimate question for the Court (i.e., whether fluoridation presents an unreasonable risk).

Second, as I have reiterated in our telephonic meet and confers, Plaintiffs will not be eliciting any opinions from Drs. Hu or Lanphear that go beyond the scope of what is identified in our Amended Disclosures, unless EPA opens the door to require such inquiry. Accordingly, for Dr. Hu, the only opinions we intend to elicit are (1) "his prospective cohort studies of fluoride's neurodevelopmental effects are methodologically rigorous studies that provide scientifically reliable and robust results," and (2) "the results of his studies are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population." As explained in our Amended Disclosures, these

WATERS KRAUS & PAUL ATTORNEYS AND COUNSELORS

LOS ANGELES: 222 N PACIFIC COAST HIGHWAY SUITE 1900 EL SEGUNDO, CALIFORNIA 90245 TEL 310 414 8146 FAX 310 414 8156

DALLAS: 3141 HOOD ST SUITE 700 DALLAS, TEXAS 75219 TEL 214 357 6244 FAX 214 357 7252

MOLINE: 1530 3RD AVENUE A 2ND FLOOR MOLINE, ILLINOIS 61265 TEL 800 226 9880 (by appointment)

BATON ROUGE: 9191 SIEGEN LANE BLDG 7 BATON ROUGE, LOUISIANA 70810 TEL 225 308 2617 FAX 225 769 5101

Debra Carfora & Brandon Adkins
July 31, 2019
Page 2

opinions will be based on the facts and data contained in Dr. Hu's published studies on fluoride, which are attached to his report.

Third, you assert as beyond the scope of Dr. Hu's studies his opinion that his data supports neurotoxic risks "at levels of exposure seen in the general population." In support of this, you quote a statement from Dr. Hu's 2017 study where he noted the lack of urinary fluoride data among pregnant women in North America. You fail, however, to mention Dr. Hu's follow-up 2018 study which is attached to his report. As I explained during our meet and confer last Thursday, the 2018 study discusses data on urinary fluoride levels in pregnant women from the Canadian MIREC cohort that became available subsequent to the publication of the 2017 study. As noted on page 663 of the follow-up study, "the mean concentration of [maternal urinary fluoride] in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women (median MUF=0.82 mg/L)." Further, on this same page, Dr. Hu describes the level of exposure in his studies as so-called "optimal" levels of fluoride resulting from salt fluoridation schemes. In contrast to your assertion, therefore, the opinion we seek to elicit from Dr. Hu as to general population exposure is directly addressed, and supported, by the 2018 study that is attached to his report.

Fourth, you indicated yesterday (both by phone and email) that EPA will not move forward with Dr. Lanphear's deposition on August 9 unless Plaintiffs agree to a stipulation limiting the scope of his testimony. You have based this request on the conclusory assertion that Plaintiffs have failed to adequately identify Dr. Lanphear's opinions and the facts upon which they are based. To date, however, you have failed to identify any specific deficiency in our disclosures for Dr. Lanphear. Although Dr. Lanphear was not required to produce a report, he did so, and his report clearly and unequivocally sets forth the opinions he intends to offer in this case (which are based on his own studies, which are cited in his report). Plaintiffs have thus gone above and beyond our obligations in disclosing to you Dr. Lanphear's opinions, and the basis for them.

Fifth, the adequacy of Plaintiffs' disclosures for Dr. Lanphear become apparent when contrasting them against EPA's disclosures for its own experts (Tala Henry and Charlotte Lewis). EPA's disclosure for Henry, a non-retained expert, fails to clearly and unambiguously identify any expert opinion that Dr. Henry intends to offer, let alone the factual basis on which the opinion(s) will be based. For example, the disclosure for Henry summarily states that there is "no scientifically defensible basis to conclude that any persons have suffered neurotoxic harm as a result of exposure to fluoride in the U.S. through the purposeful addition of fluoridation chemicals to drinking water," but the disclosure fails to provide any

Debra Carfora & Brandon Adkins
July 31, 2019
Page 3

factual basis that Dr. Henry is relying on for this (possible) opinion. Similarly, the assertions in the report by Dr. Lewis, a retained expert, are unaccompanied by citations to the specific research upon which Dr. Lewis relies. Although Dr. Lewis has a bibliography at the end of the report, there is no attempt to explain how the cited references support Dr. Lewis's opinions.

Sixth, you have requested that Plaintiffs re-write our disclosure of Drs. Hu and Lanphear with language that EPA would prefer. Specifically, you have asked Plaintiffs to stipulate "that any testimony offered by Howard Hu and Bruce Lanphear shall be limited to the expressly stated design, conduct, and findings of their individual research studies attached to the disclosures provided in this case." As worded, this stipulation would appear to limit Dr. Hu's and Lanphear's testimony to robotically reading, word-for-word, the language in their studies without permitting them to provide any additional insights based on their expertise as leading researchers on developmental neurotoxicity issues. Plaintiffs cannot agree to such a narrow limitation. We remain prepared, however, to stipulate that we will only elicit opinions from Drs. Hu and Lanphear that are based on their studies, not on information provided by counsel, and that Plaintiffs will not seek to elicit any opinions about these studies that are not identified in our disclosures so long as EPA does not open the door to other areas of inquiry. I believe this stipulation gives you more than enough clarity as to the scope and basis of Dr. Hu's and Dr. Lanphear's opinions, particularly given that you have the opportunity to explore any uncertainties or questions you may have at deposition, as we intend to do in our depositions of Drs. Henry and Lewis.

Finally, you have indicated that, if Plaintiffs do not accept your stipulation, you will not move forward with Dr. Lanphear's deposition next week and will instead move to compel additional disclosures. Please let us know if you intend to take this course of action so that I can adjust my travel accommodations and inform Dr. Lanphear. As you know, Dr. Lanphear has agreed to make arrangements to drive from Vancouver to Bellingham to attend the deposition, and has put other plans on hold to do so. If you do not intend to take his deposition, I need to inform him of this ASAP.

Yours sincerely,

Michael Connett

# **Exhibit L**

# Research

A Section 508–conformant HTML version of this article is available at https://doi.org/10.1289/EHP655.

# Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico

Morteza Bashash,[1] Deena Thomas,[2] Howard Hu,[1] E. Angeles Martinez-Mier,[3] Brisa N. Sanchez,[2] Niladri Basu,[4] Karen E. Peterson,[2,5,6] Adrienne S. Ettinger,[2] Robert Wright,[7] Zhenzhen Zhang,[2] Yun Liu,[2] Lourdes Schnaas,[8] Adriana Mercado-García,[9] Martha María Téllez-Rojo,[9] and Mauricio Hernández-Avila[9]

[1]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada
[2]University of Michigan School of Public Health, Ann Arbor, Michigan, USA
[3]Indiana University School of Dentistry, Indiana University-Purdue University Indianapolis, Indianapolis, Indiana, USA
[4]Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, Quebec, Canada
[5]Center for Human Growth and Development, University of Michigan, Ann Arbor, Michigan, USA
[6]Harvard T.H. Chan School of Public Health, Boston, Massachusetts, USA
[7]Icahn School of Medicine at Mount Sinai, New York, New York, USA
[8]Instituto Nacional de Perinatología, Mexico City, Mexico
[9]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

**BACKGROUND:** Some evidence suggests that fluoride may be neurotoxic to children. Few of the epidemiologic studies have been longitudinal, had individual measures of fluoride exposure, addressed the impact of prenatal exposures or involved more than 100 participants.

**OBJECTIVE:** Our aim was to estimate the association of prenatal exposure to fluoride with offspring neurocognitive development.

**METHODS:** We studied participants from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. An ion-selective electrode technique was used to measure fluoride in archived urine samples taken from mothers during pregnancy and from their children when 6–12 y old, adjusted for urinary creatinine and specific gravity, respectively. Child intelligence was measured by the General Cognitive Index (GCI) of the McCarthy Scales of Children's Abilities at age 4 and full scale intelligence quotient (IQ) from the Wechsler Abbreviated Scale of Intelligence (WASI) at age 6–12.

**RESULTS:** We had complete data on 299 mother–child pairs, of whom 287 and 211 had data for the GCI and IQ analyses, respectively. Mean (SD) values for urinary fluoride in all of the mothers ($n = 299$) and children with available urine samples ($n = 211$) were 0.90 (0.35) mg/L and 0.82 (0.38) mg/L, respectively. In multivariate models we found that an increase in maternal urine fluoride of 0.5 mg/L (approximately the IQR) predicted 3.15 (95% CI: −5.42, −0.87) and 2.50 (95% CI −4.12, −0.59) lower offspring GCI and IQ scores, respectively.

**CONCLUSIONS:** In this study, higher prenatal fluoride exposure, in the general range of exposures reported for other general population samples of pregnant women and nonpregnant adults, was associated with lower scores on tests of cognitive function in the offspring at age 4 and 6–12 y. https://doi.org/10.1289/EHP655

## Introduction

Community water, salt, milk, and dental products have been fluoridated in varying degrees for more than 60 y to prevent dental caries, while fluoride supplementation has been recommended to prevent bone fractures (Jones et al. 2005). In addition, people may be exposed to fluoride through the consumption of naturally contaminated drinking water, dietary sources, dental products, and other sources (Doull et al. 2006). Whereas fluoride is added to drinking water [in the United States at levels of 0.7–1.2 mg/L (Doull et al. 2006)] to promote health, populations with exceptionally high exposures, often from naturally contaminated drinking water, are at risk of adverse health effects, including fluorosis.

In the United States, the U.S. Environmental Protection Agency (EPA) is responsible for establishing maximum permissible concentrations of contaminants, including fluoride, in public drinking-water systems. These standards are guidelines for restricting the amount of fluoride contamination in drinking water, not standards for intentional drinking-water fluoridation. In 2006 the U.S. EPA asked the U.S. National Research Council (NRC) to reevaluate the existing U.S. standards for fluoride contamination, including the maximum contaminant level goal (MCLG, a concentration at which no adverse health effects are expected) of 4 mg/L, to determine if the standard were adequate to protect public health (Doull et al. 2006). The committee concluded that the MCLG of 4 mg/L should be lowered because it puts children at risk of developing severe enamel fluorosis, and may be too high to prevent bone fractures caused by fluorosis (Doull et al. 2006). The Committee also noted some experimental and epidemiologic evidence suggesting that fluoride may be neurotoxic (Doull et al. 2006).

The National Toxicology Program (NTP) recently reviewed animal studies on the effects of fluoride on neurobehavioral outcomes and concluded that there was a moderate level of evidence for adverse effects of exposures during adulthood, a low level of evidence for effects of developmental exposures on learning and memory, and a need for additional research, particularly on the developmental effects of exposures consistent with those resulting from water fluoridation in the United States (Doull et al. 2006; NTP 2016). Human studies have shown a direct relationship between the serum fluoride concentrations of maternal venous blood and cord blood, indicating that the placenta is not a barrier to the passage of fluoride to the fetus (Shen and Taves, 1974). Fluoride was shown to accumulate in rat brain tissues after chronic exposures to high levels, and investigators have speculated that accumulation in the hippocampus might explain effects on learning and memory (Mullenix et al. 1995). An experimental study on mice has shown that fluoride exposure may have adverse effects on neurodevelopment, manifesting as both cognitive and behavioral abnormalities later in life (Liu et al. 2014).

Please send correspondence to M. Bashash, Dalla Lana School of Public Health, 6th floor, 155 College St., Toronto, Ontario M5R3M7 Canada. Telephone: +1-416-978-6512. Email: m.bashash@utoronto.ca

Supplemental Material is available online (https://doi.org/10.1289/EHP655).

The authors declare they have no actual or potential competing interests.

Received 14 June 2016; Revised 8 May 2017; Accepted 9 May 2017; Published 19 September 2017.

**Note to readers with disabilities:** *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* articles may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehponline@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

Most epidemiologic studies demonstrating associations between fluoride exposure and lower neuropsychological indicators have been conducted in populations living in regions with endemic fluorosis that are exposed to high levels of fluoride in contaminated drinking water. The epidemiologic evidence is limited, however, with most studies using an ecologic design to estimate childhood exposures based on neighborhood measurements of fluoride (e.g., drinking water levels) rather than personal exposure measures. Moreover, almost all existing studies of childhood outcomes are cross-sectional in nature, rendering them weak contributors towards causal inference.

The main objective of this study was to assess the potential impact of prenatal exposures to fluoride on cognitive function and test hypotheses related to impacts on overall cognitive function. We hypothesized that fluoride concentrations in maternal urine samples collected during pregnancy, a proxy measure of prenatal fluoride exposure, would be inversely associated with cognitive performance in the offspring children. Overall, to our knowledge, this is one of the first and largest longitudinal epidemiologic studies to exist that either address the association of early life exposure to fluoride to childhood intelligence or study the association of fluoride and cognition using individual biomarker of fluoride exposure.

## Methods

This is a longitudinal birth cohort study of measurements of fluoride in the urine of pregnant mothers and their offspring (as indicators of individual prenatal and postnatal exposures to fluoride, respectively) and their association with measures of offspring cognitive performance at 4 and 6–12 y old. The institutional review boards of the National Institute of Public Health of Mexico, University of Toronto, University of Michigan, Indiana University, and Harvard T.H. Chan School of Public Health and participating clinics approved the study procedures. Participants were informed of study procedures prior to signing an informed consent required for participation in the study.

### Participants

Mother–child pairs in this study were participants from the successively enrolled longitudinal birth cohort studies in Mexico City that comprise the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. Of the four ELEMENT cohorts [that have been described elsewhere (Afeiche et al. 2011)], Cohort 1 and Cohort 2B recruited participants at birth and did not have archived maternal-pregnancy urine samples required for this analysis; they were thus excluded. Mothers for Cohort 2A ($n = 327$) and 3 ($n = 670$) were all recruited from the same three hospitals in Mexico City that serve low-to-moderate income populations. Cohort 2A was an observational study of prenatal lead exposure and neurodevelopmental outcomes in children (Hu et al. 2006). Women who were planning to become pregnant or were pregnant were recruited during May 1997–July 1999 and were considered eligible if they consented to participate; were ≤14 wk of gestation at the time of recruitment; planned to stay in the Mexico City study area for at least 5 y; did not report a history of psychiatric disorders, high-risk pregnancies, gestational diabetes; did not report current use of daily alcohol, illegal drugs, and continuous prescription drugs; and were not diagnosed with preeclampsia, renal disease, circulatory diseases, hypertension, and seizures during the index pregnancy.

Cohort 3 mothers were pregnant women (≤14 wk of gestation) recruited from 2001 to 2003 for a randomized trial of the effect of calcium supplementation during pregnancy on maternal

blood lead levels (Ettinger et al. 2009). Eligibility criteria were the same as for Cohort 2A, and 670 agreed to participate.

### Exposure Assessment

By virtue of living in Mexico, individuals participating in the study have been exposed to fluoridated salt (at 250 ppm) (Secretaría-de-Salud 1995, 1996) and to varying degrees of naturally occurring fluoride in drinking water. Previous reports, based on samples taken from different urban and rural areas, indicate that natural water fluoride levels in Mexico City may range from 0.15 to 1.38 mg/L (Juárez-López et al. 2007; Martínez-Mier et al. 2005). Mean fluoride content for Mexico City's water supply is not available because fluoride is not reported as part of water quality control programs in Mexico.

Mother–child pairs with at least one archived urine sample from pregnancy and measures of neurocognitive function in the offspring were included in this study. In terms of when the archived samples were collected, the pregnant mothers were invited for assessments with the collection of samples during trimester 1 ($13.6 \pm 2.1$ wk for Cohort 3 and $13.7 \pm 3.5$ wk for Cohort 2A), trimester 2 ($25.1 \pm 2.3$ wk for Cohort 3 and $24.4 \pm 2.9$ wk for Cohort 2A), and trimester 3 ($33.9 \pm 2.2$ wk for Cohort 3 and $35.0 \pm 1.8$ wk for Cohort 2A).

A spot (second morning void) urine sample was targeted for collection during each trimester of pregnancy of ELEMENT mothers as well as the offspring children at the time of their measurements of intelligence at 6–12 y old. The samples were collected into fluoride-free containers and immediately frozen at the field site and shipped and stored at $-20°C$ at the Harvard T. H. Chan School of Public Health (HSPH), and then at $-80°C$ at the University of Michigan School of Public Health (UMSPH).

A procedure for urine analysis of fluoride described elsewhere (Martínez-Mier et al. 2011) was adapted and modified for this study. The fluoride content of the urine samples was measured using ion-selective electrode-based assays. First, 3 M sulfuric acid saturated with hexamethyldisiloxane (HMDS) was added to the sample to allow fluoride to diffuse from the urine for 20–24 hr. The diffused fluoride was allowed to collect in 0.05 M of sodium hydroxide on the interior of the petri dish cover. Once the diffusion was complete, 0.25 M of acetic acid was added to the sodium hydroxide to neutralize the solution and then analyzed directly using a fluoride ion-selective electrode (Thermo Scientific Orion, Cat#13-642-265) and pH/ISE meter (Thermo Scientific Orion, Cat#21-15-001). All electrode readings (in millivolts) were calculated from a standard curve. Analyses were performed in a Class 100/1,000 clean room. Quality control measures included daily instrument calibration, procedural blanks, replicate runs, and the use of certified reference materials (Institut National de Santé Publique du Québec, Cat #s 0910 and 1007; NIST3183, Fluoride Anion Standard). Urinary fluoride concentrations were measured at the UMSPH and the Indiana University Oral Health Research Institute (OHRI) as previously described (Thomas et al. 2016). A validation study comparing measures taken by the two labs in the same samples revealed a between-lab correlation of 0.92 (Thomas et al. 2016).

There were a total of 1,484 prenatal samples measured at the UMSPH lab. All of these samples were measured in duplicate. Of these, 305 (20%) of them did not meet the quality control criteria for ion-selective electrode-based methods (i.e., RSD <20% for samples with F level <0.2 ppm or RSD <10% when F level >0.2 ppm) (Martinez-Mier et al. 2011). Of these 305, 108 had a second aliquot available and were successfully measured at the OHRI lab in Indiana (sufficient urine volume was not available for the remaining 197 samples). The OHRI lab in Indiana also measured an additional 289 samples. Of the 397

total samples measured at the OHRI lab in Indiana, 139 (35%) were measured in duplicate, for which >95% complied with the quality control criteria above; thus, all 139 values were retained. The remaining 258 (65%) were not measured in duplicate because of limitations in available urine volume, but were included in the study given the excellent quality control at the OHRI lab. In total, we ended up with 1,576 prenatal urine samples with acceptable measures of fluoride.

Of these 1,576 urine samples, 887 also had data on urinary creatinine and were associated with mother–offspring pairs who had data on the covariates of interest and GCI or IQ in the offspring. The urinary creatinine data were used to correct for variations in urine dilution at the time of measurement (Baez et al. 2014). Creatinine-adjusted urinary fluoride concentrations were obtained for each maternally derived sample by dividing the fluoride concentration (MUF) in the sample by the sample's creatinine concentration (MUC), and multiplying by the average creatinine concentration of samples available at each trimester ($MUC_{average}$) using the formula: $(MUF/MUC) \times MUC_{average}$. The values of average creatinine concentration used for the $MUC_{average}$ at each trimester were derived from the larger pool of trimester-1, -2, and -3 samples from Cohorts 2A and 3 examined in our previous report on maternal fluoride biomarker levels (Thomas et al. 2016): 100.81, 81.60, and 72.41 (mg/L), respectively. For each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure ($MUF_{cr}$). For children, as creatinine measurements were not available, urinary fluoride values (CUF) were corrected for specific gravity (SG) using the formula $CUF_{SG} = CUF(1.02 - 1)/(SG - 1)$ (Usuda et al. 2007).

After calculating $MUF_{cr}$ for the 887 urine samples noted above, 10 values of $MUF_{cr}$ were identified as extreme outliers (>3.5 SDs) and were dropped, leaving 877 measures of $MUF_{cr}$. These 877 measures of $MUF_{cr}$ stemmed from 512 unique mothers. Of these 512, 71 participants had measurements from each of the three trimesters; 224 had measurements from two of the three trimesters (74, T1 and T2; 131, T1 and T3; and 19, T2 and T3); and 217 had measurements from only one of the trimesters (159, T1; 34, T2; and 24, T3).

### Measurement of Outcomes

At age 4 y, neurocognitive outcomes were measured using a standardized version of the McCarthy Scales of Children's Abilities (MSCA) translated into Spanish (McCarthy 1991). MSCA evaluates verbal, perceptual-performance, quantitative, memory, and motor abilities of preschool-aged children, and it has previously been successfully used in translated versions (Braun et al. 2012; Julvez et al. 2007; Kordas et al. 2011; Puertas et al. 2010). For this analysis, we focused on the General Cognitive Index (GCI), which is the standardized composite score produced by the MSCA (McCarthy 1991). For children 6–12 y old a Spanish-version of the Wechsler Abbreviated Scale of Intelligence (WASI) (Wechsler 1999) was administered. WASI includes four subtests (Vocabulary, Similarities, Block Design, and Matrix Reasoning), which provide estimates of Verbal, Performance, and Full-Scale IQ (Wechsler 1999). Both tests were administered by a team of three psychologists who were trained and supervised by an experienced developmental psychologist (L.S.). This team of three psychologists applied all of the McCarthy tests as well as the WASI-FSIQ tests. At the time of follow-up visits (age 4 and 6–12 y), each child was evaluated by one of the psychologists who was blind to the children's fluoride exposure. The inter-examiner reliability of the psychologists was evaluated by having all three psychologists participate in assessments on a set of 30 individuals. For these 30, the inter-examiner reliability of the psychologists was evaluated by calculating the correlation in GCI scores by two of the psychologists with the scores of a third psychologist whom they observed applying the test in all three possible combinations with 10 participants for each observers–examiner pair (i.e., psychologist A (applicant) was observed by psychologist B and psychologist C; psychologist B (applicant) was observed by psychologist A and psychologist C; and psychologist C (applicant) was observed by psychologist A and psychologist B). The mean observer–examiner correlation was 0.99. All raw scores were standardized for age and sex (McCarthy 1991). Inter-examiner reliability was not examined on the WASI test.

### Measurement of Covariates

Data were collected from each subject by questionnaire on maternal age (and date of birth), education, and marital status at the first pregnancy visit; on birth order, birth weight, and gestational age at delivery; and on maternal smoking at every prenatal and postnatal visit. Gestational age was estimated by registered nurses. Maternal IQ was estimated using selected subtests of the Wechsler Adult Intelligence Scale (WAIS)-Spanish (Information, Comprehension, Similarities, and Block Design), which was standardized for Mexican adults (Renteria et al. 2008; Wechsler et al. 1981). Maternal IQ was measured at the study visit 6 mo after birth or at the 12-mo visit if the earlier visit was not completed.

The quality of the children's individual home environments was assessed using an age-appropriate version of the HOME score. However, the measure was not available for all observations because it was only added to on-going cohort evaluation protocols beginning in April 2003, when a version of the HOME score instrument that is age-appropriate for children 0–5 y old was adopted, following which a version of the HOME score instrument that is age-appropriate for children ≥6 y old was adopted in September 2009 (Caldwell and Bradley 2003). Thus, we adjusted for HOME score using the measures for 0- to 5-y-old children in the subset of children who had this data in our analyses of GCI, and we adjusted for HOME score using the measures for >6-y-old children in the subset of children who had this data in our analyses of IQ.

### Statistical Analyses

Univariate distributions and descriptive statistics were obtained for all exposure variables, outcome variables, and model covariates. For each variable, observations were classified as outliers if they were outside the bounds of the mean ± 3.5 SDs. Primary analyses were conducted with exposure and outcome outliers excluded. Statistical tests of bivariate associations were conducted using chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the means of the outcomes or exposure within groups defined according to the distribution of each covariate. Spearman correlation coefficients were used to measure the correlation between $MUF_{cr}$ and $CUF_{SG}$. Regression models were used to assess the adjusted associations between prenatal fluoride and each neurocognitive outcome separately. Generalized additive models (GAMs) were used to visualize the adjusted association between fluoride exposure and measures of intelligence [SAS statistical software (version 9.4; SAS Institute Inc.)]. Because the pattern appeared curvilinear, and because GAMs do not yield exact p-values for deviations from linearity, we used a Wald p-value of a quadratic term of fluoride exposure to test the null hypothesis that a quadratic model fit the data better

## STUDY SUBJECT INCLUSION FLOWCHART



**Figure 1.** Flowchart describing source of mother–offspring subject pairs, fluoride and cognition study. Cohort 2A was designed as an observational birth cohort of lead toxicodynamics during pregnancy, with mothers recruited early during pregnancy from 1997 to 2001. Cohort 3 was designed as a randomized double-blind placebo-controlled trial of calcium supplements, with mothers recruited early during pregnancy from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. GCI is the McCarthy Scales General Cognitive Index (administered at age 4 y). IQ is the Wechsler Abbreviated Intelligence Scales Intelligence Quotient (administered at age 6–12 y and age-adjusted).

than the model assuming a linear relationship, and thus obtained a *p*-value for deviation from linearity of the fluoride–outcome associations. Residual diagnostics were used to examine other model assumptions and identify any additional potentially influential observations. Visual inspection of default studentized residual versus leverage plot from SAS PROC REG did not identify potential influential observations. Visual inspection of the histogram of the residuals did not indicate lack of normality; however, a fanning pattern in the residual versus predicted value plot indicated lack of constant variance (data not shown). Hence, robust standard errors were obtained using the "empirical" option in SAS PROC GENMOD.

Our overall strategy for selecting covariates for adjustment was to identify those that are well known to have potential associations with either fluoride exposure or cognitive outcomes and/or are typically adjusted for as potential confounders in analyses of environmental toxicants and cognition. All models were adjusted for gestational age at birth (in weeks), birthweight (kilograms), birth order (first born yes vs. no), sex, and child's age at the time of the neurocognitive test (in years). All models were also adjusted for maternal characteristics including marital status (married vs. others), smoking history (ever-smoker vs. never-

smoker), age at delivery, IQ, and education (itself also a proxy for socioeconomic status). Finally, all models adjusted for potential cohort effects by including indicator variables denoting from which cohort (Cohort 2A, Cohort 3 + Ca supplement, and Cohort 3 -placebo) the participants came. We used 0.5 mg/L, which was close to the interquartile range of $MUF_{cr}$ for the analyses of both GCI (IQR = 0.45) and IQ (IQR = 0.48), as a standard measure of incremental exposure. SAS statistical software (version 9.4; SAS Institute Inc.) was used for all data analyses described.

### Sensitivity Analyses

Models were further adjusted for variables that relate to relatively well-known potential confounders (but for which we were missing a significant amount of data) and variables that were less-well known but possible confounders. The HOME scores were subject to sensitivity analyses because, as noted in the "Methods" section, they were not added to the subject evaluation protocols until 2003, resulting in a significantly smaller subsample of participants with this data. Models of the association between prenatal fluoride exposure ($MUF_{cr}$) and IQ at 6–12 y old were also adjusted for the child's urine fluoride concentration at 6–12 y of

**Table 1.** Comparisons across cohorts with respect to the distributions of biomarkers of exposure to prenatal fluoride (MUF$_{cr}$), prenatal lead (maternal bone Pb), prenatal mercury (maternal blood Hg), and contemporaneous childhood fluoride (CUF$_{sg}$); and cognitive outcomes (GCI and IQ).

| Analysis | Measurement | Cohort | N | Mean | SD | Min | 25 | 50 | 75 | Max | p-Value[a] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GCI Analysis | GCI | Cohort 3-Ca | 84 | 96.88 | 14.07 | 50 | 88 | 96 | 107 | 124 | 0.997 |
| | | Cohort 3-placebo | 93 | 96.80 | 13.14 | 50 | 89 | 96 | 105 | 125 | |
| | | Cohort 2A | 110 | 96.95 | 15.46 | 56 | 88 | 98 | 110 | 125 | |
| | | Total[b] | 287 | 96.88 | 14.28 | 50 | 88 | 96 | 107 | 125 | |
| | MUF$_{cr}$ (mg/L) | Cohort 3-Ca | 84 | 0.92 | 0.41 | 0.28 | 0.60 | 0.84 | 1.14 | 2.36 | 0.57 |
| | | Cohort 3-placebo | 93 | 0.87 | 0.34 | 0.23 | 0.62 | 0.82 | 1.10 | 2.01 | |
| | | Cohort 2A | 110 | 0.92 | 0.33 | 0.23 | 0.68 | 0.86 | 1.11 | 2.14 | |
| | | Total[b] | 287 | 0.90 | 0.36 | 0.23 | 0.65 | 0.84 | 1.11 | 2.36 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 62 | 7.30 | 7.37 | 0.05 | 0.75 | 4.40 | 12.93 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 43 | 7.31 | 7.11 | 0.11 | 1.50 | 8.60 | 13.97 | 27.37 | |
| | | Cohort 2A | 62 | 13.60 | 11.36 | 0.15 | 5.35 | 10.52 | 19.46 | 47.07 | |
| | | Total[c] | 167 | 10.13 | 9.41 | 0.05 | 2.37 | 8.22 | 15.37 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 38 | 3.32 | 1.40 | 0.73 | 2.40 | 3.00 | 4.15 | 7.06 | 0.12 |
| | | Cohort 3-placebo | 28 | 2.80 | 1.33 | 1.27 | 1.89 | 2.53 | 3.40 | 7.22 | |
| | | Cohort 2A | 75 | 4.53 | 5.61 | 0.77 | 2.30 | 3.24 | 4.37 | 35.91 | |
| | | Total[c] | 141 | 3.86 | 4.25 | 0.73 | 2.20 | 3.08 | 4.15 | 35.91 | |
| IQ Analysis | IQ | Cohort 3-Ca | 58 | 94.91 | 9.86 | 76 | 87 | 96 | 100 | 120 | 0.69 |
| | | Cohort 3-placebo | 75 | 96.29 | 9.63 | 75 | 89 | 97 | 102 | 124 | |
| | | Cohort 2A | 78 | 96.47 | 13.20 | 67 | 87 | 96 | 107 | 131 | |
| | | Total[d] | 211 | 95.98 | 11.11 | 67 | 88 | 96 | 107 | 131 | |
| | MUF$_{cr}$ (mg/L) | Cohort 3-Ca | 58 | 0.89 | 0.38 | 0.29 | 0.57 | 0.84 | 1.10 | 1.85 | 0.86 |
| | | Cohort 3-placebo | 75 | 0.87 | 0.35 | 0.23 | 0.61 | 0.82 | 1.11 | 2.01 | |
| | | Cohort 2A | 78 | 0.90 | 0.34 | 0.23 | 0.67 | 0.85 | 1.09 | 2.14 | |
| | | Total[d] | 211 | 0.89 | 0.36 | 0.23 | 0.64 | 0.82 | 1.07 | 2.14 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 67 | 6.97 | 7.20 | 0.05 | 0.76 | 4.36 | 11.73 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 48 | 9.07 | 7.42 | 0.11 | 1.00 | 8.49 | 14.41 | 27.37 | |
| | | Cohort 2A | 62 | 13.60 | 11.36 | 0.15 | 5.35 | 10.52 | 19.46 | 47.07 | |
| | | Total[e] | 177 | 9.86 | 9.33 | 0.05 | 2.29 | 7.95 | 15.22 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 43 | 3.25 | 1.41 | 0.51 | 2.43 | 2.87 | 4.02 | 7.06 | 0.067 |
| | | Cohort 3-placebo | 31 | 2.66 | 1.36 | 0.78 | 1.81 | 2.40 | 3.26 | 7.22 | |
| | | Cohort 2A | 75 | 4.53 | 5.61 | 0.77 | 2.30 | 3.24 | 4.37 | 35.91 | |
| | | Total[e] | 149 | 3.77 | 4.16 | 0.51 | 2.19 | 2.90 | 4.11 | 35.91 | |
| | CUF$_{sg}$ (mg/L) | Cohort 3-Ca | 71 | 0.84 | 0.4 | 0.31 | 0.53 | 0.78 | 1.12 | 2.8 | 0.29 |
| | | Cohort 3-placebo | 53 | 0.85 | 0.38 | 0.35 | 0.57 | 0.75 | 1.14 | 1.85 | |
| | | Cohort 2A | 65 | 0.76 | 0.34 | 0.18 | 0.51 | 0.7 | 0.89 | 1.76 | |
| | | Total[e] | 189 | 0.82 | 0.38 | 0.18 | 0.54 | 0.73 | 1.01 | 2.8 | |
| All available measurements | GCI | Cohort 3-Ca | 133 | 97.32 | 13.67 | 50 | 88 | 96 | 107 | 124 | 0.57 |
| | | Cohort 3-placebo | 149 | 95.99 | 13.07 | 50 | 88 | 96 | 106 | 125 | |
| | | Cohort 2A | 150 | 97.57 | 14.63 | 56 | 88 | 99 | 109 | 131 | |
| | | Total[f] | 432 | 96.95 | 13.80 | 50 | 88 | 96 | 107 | 131 | |
| | IQ | Cohort 3-Ca | 91 | 95.92 | 10.15 | 76 | 88 | 95 | 103 | 120 | 0.92 |
| | | Cohort 3-placebo | 114 | 96.56 | 9.84 | 75 | 89 | 96 | 102 | 124 | |
| | | Cohort 2A | 111 | 96.25 | 12.67 | 67 | 87 | 95 | 105 | 131 | |
| | | Total[f] | 316 | 96.27 | 10.97 | 67 | 88 | 96 | 103 | 131 | |
| | MUF$_{cr}$ (mg/L) | Cohort 3-Ca | 181 | 0.89 | 0.36 | 0.28 | 0.64 | 0.83 | 1.09 | 2.36 | 0.11 |
| | | Cohort 3-placebo | 183 | 0.84 | 0.31 | 0.02 | 0.61 | 0.81 | 1.02 | 2.01 | |
| | | Cohort 2A | 148 | 0.91 | 0.35 | 0.23 | 0.67 | 0.86 | 1.10 | 2.15 | |
| | | Total[f] | 512 | 0.88 | 0.34 | 0.02 | 0.64 | 0.82 | 1.07 | 2.36 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 97 | 7.07 | 7.26 | 0.01 | 0.83 | 4.36 | 11.78 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 74 | 9.55 | 8.38 | 0.11 | 0.85 | 8.62 | 13.41 | 40.8 | |
| | | Cohort 2A | 86 | 13.77 | 11.30 | 0.15 | 5.49 | 10.52 | 20.58 | 47.07 | |
| | | Total[f] | 257 | 9.91 | 9.51 | 0.01 | 2.01 | 7.64 | 15.31 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 55 | 3.03 | 1.41 | 0.51 | 2.12 | 2.77 | 3.62 | 7.06 | 0.09 |
| | | Cohort 3-placebo | 48 | 2.87 | 2.09 | 0.34 | 1.82 | 2.37 | 3.34 | 13.47 | |
| | | Cohort 2A | 104 | 4.06 | 4.88 | 0.77 | 2.14 | 3.10 | 4.16 | 35.91 | |
| | | Total[f] | 207 | 3.51 | 3.70 | 0.34 | 2.07 | 2.80 | 3.79 | 35.91 | |
| | CUF$_{sg}$ (mg/L) | Cohort 3-Ca | 104 | 0.84 | 0.39 | 0.31 | 0.56 | 0.75 | 1.07 | 2.80 | 0.227 |
| | | Cohort 3-placebo | 84 | 0.90 | 0.46 | 0.35 | 0.58 | 0.75 | 1.09 | 2.89 | |
| | | Cohort 2A | 96 | 0.79 | 0.34 | 0.18 | 0.53 | 0.73 | 0.92 | 2.11 | |
| | | Total[f] | 284 | 0.84 | 0.40 | 0.18 | 0.57 | 0.74 | 1.00 | 2.89 | |

[a]Analysis of variance across cohorts.
[b]Total number of subjects included in GCI main analysis.
[c]Total number of subjects included in GCI sensitivity analysis.
[d]Total number of subjects included in IQ main analysis.
[e]Total number of subjects included in IQ sensitivity analysis.
[f]Total number of subjects with available measurements, combining Cohort 2A and Cohort 3.

**Table 2.** Analysis comparing subjects with and without data of interest [$n$ (%) or mean ± SD] with respect to characteristics of mothers and children and sensitivity analysis covariates.

| Characteristic | GCI analysis | | IQ analysis | |
|---|---|---|---|---|
| | Included | Excluded | Included | Excluded |
| Total number[a] | 287 | 710 | 211 | 786 |
| Sex | | | | |
|   Female | 160 (56%) | 244 (47%) | 116 (55%) | 288 (48%) |
|   Male | 127 (44%) | 275 (53%) | 95 (45%) | 307 (52%) |
| Birth order | | | | |
|   First child | 96 (33%) | 184 (35%) | 93 (32%) | 279 (36%) |
|   ≥2nd child | 191 (67%) | 335 (65%) | 118 (68%) | 507 (65%) |
| Birth weight (kg) | 3.11 ± 0.45 | 3.11 ± 0.44 | 3.11 ± 0.46 | 3.11 ± 0.43 |
| Gestational age (wk) | 38.66 ± 1.84 | 38.58 ± 1.68 | 38.56 ± 1.80 | 38.63 ± 1.72 |
| Age at outcome assessment (y) | 4.04 ± 0.05 | 4.05 ± 0.05 | 8.50 ± 1.31 | 8.83 ± 1.64 |
| Maternal age at delivery (y) | 26.78 ± 5.53 | 26.49 ± 5.37 | 27.16 ± 5.61 | 26.41 ± 5.36 |
| Maternal education (y)[b] | 10.63 ± 2.76 | 10.75 ± 3.08 | 10.80 ± 2.85 | 10.69 ± 3.03 |
| Maternal IQ[c] | 88.63 ± 12.17 | 89.27 ± 14.6 | 89.01 ± 12.45 | 88.27 ± 13.00 |
| Marital status[d] | 3.11 ± 0.45 | 3.11 ± 0.44 | 3.11 ± 0.46 | 3.11 ± 0.43 |
|   Married | 201 (70%) | 493 (70%) | 149 (71%) | 544 (69%) |
|   Other | 86 (30%) | 216 (30%) | 62 (29%) | 240 (31%) |
| Maternal smoking[e] | | | | |
|   Ever | 141 (49%) | 335 (51%) | 102 (48%) | 374 (51%) |
|   Never | 146 (51%) | 325 (49%) | 109 (52%) | 362 (49%) |
| Cohort | | | | |
|   Cohort 3-Ca | 93 (32%) | 241 (34%) | 76 (36%) | 259 (33%) |
|   Cohort 3-placebo | 84 (29%) | 252 (36%) | 59 (28%) | 278 (35%) |
|   Cohort 2A | 110 (38%) | 217 (31%) | 78 (37%) | 249 (32%) |
| Sensitivity Analyses | | | | |
|   HOME score[f] | $N^\dagger = 138$ | $N^\ddagger = 87$ | $N^\dagger = 124$ | $N^\ddagger = 55$ |
| | 35.24 ± 6.31 | 33.23 ± 6.55 | 35.54 ± 7.46 | 35.8 ± 7.44 |
|   SES[g] | $N^\dagger = 188$ | $N^\ddagger = 110$ | $N^\dagger = 199$ | $N^\ddagger = 98$ |
| | 6.35 ± 2.43 | 6.94 ± 2.72 | 6.36 ± 2.41 | 6.98 ± 2.79 |
|   Maternal Bone Pb (µg/g)[h] | $N^\dagger = 167$ | $N^\ddagger = 91$ | $N^\dagger = 177$ | $N^\ddagger = 80$ |
| | 9.26 ± 10.55 | 8.97 ± 10.32 | 9.02 ± 10.43 | 9.48 ± 10.55 |
|   Maternal Blood Hg (µg/L)[i] | $N^\dagger = 141$ | $N^\ddagger = 67$ | $N^\dagger = 149$ | $N^\ddagger = 58$ |
| | 3.86 ± 4.25 | 2.76 ± 1.95 | 3.77 ± 4.16 | 2.83 ± 2.01 |
|   CUF$_{sg}$[j] (mg/L) | | | $N^\dagger = 124$ | $N^\ddagger = 55$ |
| | | | 35.54 ± 7.46 | 35.8 ± 7.44 |

[a]The total number of subjects ($n = 997$) are all mother–offspring pairs who participated in the original Cohort 2A and Cohort 3 studies.
[b]Maternal education at the time of the child's birth.
[c]Maternal IQ measured at 6 mo after child's birth.
[d]Mother's marital status at the time of the child's birth.
[e]History of any maternal smoking.
[f]HOME score measured using the separate age-appropriate instruments pertaining to children of ≤5 y old; and children >5 y old.
[g]Family socioeconomic status (SES) measured by questionnaire of family possessions at follow-up.
[h]Maternal patella bone lead measured by KXRF after birth.
[i]Maternal average blood mercury during pregnancy.
[j]Children's specific gravity–corrected urinary fluoride measured at the time of each child's IQ test (6–12 y old).
$N^\dagger$ Number of subjects with measurements of $MUF_{cr}$, cognitive outcome, main covariates, and sensitivity covariates (they are included in the sensitivity model).
$N^\ddagger$ Number of subjects with measurements of sensitivity covariates, but missing data on exposure, outcomes, or main covariates (they are excluded from the sensitivity model).

age ($CUF_{sg}$), a measure that was collected in a significantly smaller subset of individuals, to evaluate the potential role of contemporaneous exposure. Associations with prenatal fluoride exposure ($MUF_{cr}$) and GCI at 4 y old could not be adjusted for contemporaneous fluoride exposure because urine samples were not collected from children when the MSCA (from which the GCI is derived) was administered. Maternal bone lead measured by a 109-Cd K-X-ray fluorescence (KXRF) instrument at 1 mo postpartum, a proxy for lead exposure from mobilized maternal bone lead stores during pregnancy (Hu et al. 2006), was included in the model to test for the possible confounding effect of lead exposure during pregnancy. We focused on the subset of women who had patella bone lead values because these were found to be most influential on our previous prospective study of offspring cognition (Gomaa et al. 2002). Average maternal mercury level during pregnancy was also tested for being a potential confounder (Grandjean and Herz 2011). Mercury was measured as total mercury content in the subsample of women who had samples of archived whole blood samples taken during pregnancy

with sufficient volume to be analyzed using a Direct Mercury Analyzer 80 (DMA-80, Milestone Inc., Shelton, CT, USA) as previously described (Basu et al. 2014).

To address the potential confounding effect of socioeconomic status (SES) we conducted sensitivity analyses that adjusted our model for SES (family possession score). The socioeconomic questionnaire asked about the availability of certain items and assets in the home. Point values were assigned to each item, and SES was calculated based on the sum of the points across all items (Huang et al. 2016). Given that the calcium intervention theoretically could have modified the impact of fluoride, in examining our results, we repeated the analyses with and without the Cohort 3 participants who were randomized to the calcium intervention to omit any potential confounding effect of this intervention. Another sensitivity test was performed to examine the potential effect of the psychologist who performed the WASI test by including tester in the regression model. The information about psychologists who performed the WASI was available for 75% of participants, as recording this data was

**Table 3.** Distributions of maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$) and offspring cognitive scores across categories of main covariates.

| | | GCI Analysis | | | | | IQ Analysis | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Covariate | $n$ | MUF$_{cr}$[a] | $p$-Value | GCI (Age 4) | $p$-Value | $n$ | MUF$_{cr}$[a] | $p$-Value | IQ (Age 6–12) | $p$-Value |
| **Mothers** | | | | | | | | | | |
| Age | | | | | | | | | | |
| ≥25 y | 123 | 0.88 ± 0.36 | 0.45 | 96.22 ± 14.12 | 0.50 | 88 | 0.89 ± 0.37 | 0.98 | 95.75 ± 11.64 | 0.80 |
| <25 y | 164 | 0.92 ± 0.36 | | 97.37 ± 14.43 | | 123 | 0.89 ± 0.35 | | 96.15 ± 10.76 | |
| Education | | | | | | | | | | |
| <12 y | 153 | 0.91 ± 0.4 | 0.92 | 94.22 ± 14.23 | 0.001 | 111 | 0.87 ± 0.37 | 0.53 | 93.09 ± 10.54 | <0.001 |
| 12 y | 97 | 0.89 ± 0.34 | | 98.56 ± 14.46 | | 70 | 0.93 ± 0.35 | | 98.29 ± 10.72 | |
| >12 y | 37 | 0.89 ± 0.42 | | 103.49 ± 11.21 | | 30 | 0.85 ± 0.31 | | 101.3 ± 11.16 | |
| Marital status | | | | | | | | | | |
| Married | 201 | 0.90 ± 0.37 | 0.81 | 96.40 ± 14.46 | 0.39 | 62 | 0.90 ± 0.35 | 0.79 | 96.55 ± 11.06 | 0.63 |
| Other | 86 | 0.91 ± 0.33 | | 98.00 ± 13.88 | | 149 | 0.88 ± 0.36 | | 95.74 ± 11.16 | |
| Smoking | | | | | | | | | | |
| Ever smoker | 141 | 0.90 ± 0.36 | 0.80 | 97.77 ± 13.9 | 0.30 | 102 | 0.90 ± 0.36 | 0.56 | 97.21 ± 10.7 | 0.12 |
| Nonsmoker | 146 | 0.91 ± 0.35 | | 96.01 ± 14.63 | | 109 | 0.87 ± 0.35 | | 94.83 ± 11.41 | |
| HOME score[b] | | | | | | | | | | |
| Mid-low ≤30 | 49 | 0.88 ± 0.37 | 0.47 | 90.73 ± 13.36 | <0.001 | 32 | 0.87 ± 0.36 | 0.85 | 89.88 ± 8.45 | 0.011 |
| High >30 | 137 | 0.92 ± 0.38 | | 99.29 ± 14.61 | | 92 | 0.88 ± 0.38 | | 99.05 ± 11.65 | |
| Maternal IQ | | | | | | | | | | |
| Mid-low ≤85 | 116 | 0.95 ± 0.35 | 0.09 | 93.16 ± 15.04 | <0.001 | 86 | 0.92 ± 0.36 | 0.23 | 91.26 ± 9.72 | <0.001 |
| High >85 | 171 | 0.87 ± 0.36 | | 99.4 ± 13.21 | | 125 | 0.86 ± 0.35 | | 99.23 ± 10.87 | |
| **Children** | | | | | | | | | | |
| Sex | | | | | | | | | | |
| Boy | 127 | 0.94 ± 0.36 | 0.09 | 93.93 ± 13.98 | 0.002 | 95 | 0.96 ± 0.38 | 0.008 | 96.82 ± 12.02 | 0.32 |
| Girl | 160 | 0.87 ± 0.36 | | 99.22 ± 14.12 | | 116 | 0.83 ± 0.32 | | 95.29 ± 10.31 | |
| Birthweight | | | | | | | | | | |
| ≥3.5 kg | 241 | 0.91 ± 0.36 | 0.57 | 96.52 ± 14.36 | 0.33 | 201 | 0.89 ± 0.36 | 0.88 | 95.66 ± 11.29 | 0.58 |
| <3.5 kg | 46 | 0.87 ± 0.35 | | 98.76 ± 13.88 | | 10 | 0.88 ± 0.34 | | 97.38 ± 9.42 | |
| Gestational age | | | | | | | | | | |
| ≤39 wk | 192 | 0.90 ± 0.35 | 0.90 | 96.66 ± 14.23 | 716 | 146 | 0.89 ± 0.36 | 0.712 | 95.71 ± 11.62 | 0.65 |
| >39 wk | 95 | 0.90 ± 0.37 | | 97.32 ± 14.46 | | 65 | 0.88 ± 0.34 | | 96.58 ± 9.91 | |
| First child | | | | | | | | | | |
| Yes | 96 | 0.91 ± 0.38 | 0.75 | 99.97 ± 12.87 | 0.009 | 68 | 0.88 ± 0.36 | 0.91 | 97.00 ± 11.00 | 0.36 |
| No | 191 | 0.90 ± 0.35 | | 95.32 ± 14.73 | | 143 | 0.89 ± 0.36 | | 95.50 ± 11.17 | |
| CUF$_{sg}$[c] | | | | | | | | | | |
| ≥0.80 mg/L | | | | | | 112 | 0.86 ± 0.32 | 0.49 | 96.80 ± 11.16 | 0.37 |
| <0.80 mg/L | | | | | | 77 | 0.90 ± 0.38 | | 95.37 ± 10.31 | |

[a]Maternal creatinine-adjusted urinary fluoride (mg/L).
[b]Home Observation for the Measurement of the Environment (HOME) score, measured using the separate age-appropriate instruments pertaining to children of ≤5 y old; and children >5 y old.
[c]Child contemporaneous specific gravity–adjusted urinary fluoride (available at the time of each child's IQ test).

added later to the study protocol. We also re-ran models with exposure outliers included as a sensitivity step. Finally, we ran models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by CUF$_{sg}$) and IQ score, unadjusted; adjusting for the main covariates of interest; and adjusting for prenatal exposure (MUF$_{cr}$) as well as the covariates of interest.

## Results

### Flow of Participants

Of the 997 total mothers from two cohorts evaluated, 971 were eligible after removing mothers <18 y old. Of these 971, 825 had enough urine sample volume to measure fluoride in at least one trimester urine sample, and of these 825 participants, 515 participants had urine samples with previously measured creatinine values, enabling calculation of creatinine-adjusted urinary fluoride (MUF$_{cr}$) concentrations. Of these 515, 3 participants were excluded based on the 10 extreme outlier values identified for MUF$_{cr}$ (see the "Methods" section, "Exposure Assessment" subsection) and not having any other MUF$_{cr}$ values to remain in the analysis. Thus, we had a total of 512 participants (mothers) with at least one value of MUF$_{cr}$ for our analyses (Figure 1).

Of these 512 mothers, 312 had offspring with outcome data at age 4 (i.e., GCI), and 234 had offspring with outcome data at age

6–12 (i.e., IQ). Of these, complete data on all the covariates of main interest (as specified in the "Methods" section) were available on 287 mother–child pairs for the GCI analysis and 211 mother–child pairs for the IQ analysis. A total of 299 mother–child pairs had data on either GCI or IQ, and 199 mother–child pairs had data on both GCI and IQ (Figure 1).

### Number of Exposure Measures per Subject

In terms of repeated measures of MUF$_{cr}$ across trimesters, of the 287 participants with data on GCI outcomes; 25 participants had MUF$_{cr}$ data for all three trimesters (11 from Cohort 2A and 14 from Cohort 3), 121 participants had MUF$_{cr}$ data from two trimesters (48 from Cohort 2A and 73 from Cohort 3), and 141 participants had MUF$_{cr}$ data from one trimester (51 from Cohort 2A and 90 from Cohort 3). Of the 211 participants with data on IQ outcomes, 10 participants had MUF$_{cr}$ data for all three trimesters (6 from Cohort 2A and 4 from Cohort 3), 82 participants had data from two trimesters (32 from Cohort 2A and 50 from Cohort 3), and 119 participants had data from one trimester (40 from Cohort 2A and 79 from Cohort 3).

### Comparisons across the Cohorts

In terms of the mother–child pairs who had data on all covariates as well as data on either GCI or IQ ($n = 299$), the mean (SD)

**Table 4.** Multivariate regression models: unadjusted and adjusted differences in GCI and IQ per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$).

| Estimate | GCI | | | IQ | | |
|---|---|---|---|---|---|---|
| | $n$ | $\beta$ (95%CI) | $p$-Value | $n$ | $\beta \pm$ S.E (95%CI) | $p$-Value |
| Unadjusted | 287 | −3.76 (−6.32, −1.19) | <0.01 | 211 | −2.37 (−4.45, −0.29) | 0.03 |
| model A[a] | 287 | −3.15 (−5.42, −0.87) | 0.01 | 211 | −2.50 (−4.12, −0.59) | 0.01 |
| Model A − HOME | 138 | −3.63 (−6.48, −0.78) | <0.01 | 124 | −2.36 (−4.48, −0.24) | 0.03 |
| Model A + HOME | 138 | −3.76 (−7.08, −0.45) | 0.03 | 124 | −2.49 (−4.65, −0.33) | 0.02 |
| Model A − CUF$_{sg}$ | | | | 189 | −1.79 (−3.80, 0.22) | 0.08 |
| Model A + CUF$_{sg}$ | | | | 189 | −1.73 (−3.75, 0.29) | 0.09 |
| Model A − SES | 188 | −4.55 (−7.23, −1.88) | 0.01 | 199 | −2.10 (−4.02, −0.18) | 0.03 |
| Model A + SES | 188 | −4.45 (−7.08, −1.81) | 0.01 | 199 | −2.10 (−4.06, −0.15) | 0.04 |
| Model A − Pb | 167 | −5.57 (−8.48, −2.66) | <0.01 | 177 | −3.21 (−5.17, −1.24) | <0.01 |
| Model A + Pb | 167 | −5.63 (−8.53, −2.72) | <0.01 | 177 | −3.22 (−5.18, −1.25) | <0.01 |
| Model A − Hg | 141 | −7.13 (−10.26, −4.01) | <0.01 | 149 | −4.59 (−7.00, −2.17) | <0.01 |
| Model A + Hg | 141 | −7.03 (−10.19, −3.88) | <0.01 | 149 | −4.58 (−6.99, −2.16) | <0.01 |
| Model A − Ca | 194 | −3.67 (−6.57, −0.77) | 0.01 | 136 | −3.23 (−5.88, −0.57) | 0.02 |

[a]Coefficients from linear regression models adjusted for gestational age, maternal age at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked during the pregnancy vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Model A−HOME, model A for subset of cases who have data on Home Observation for the Measurement of the Environment (HOME) scores (but the model did not include HOME score). Model A + HOME, model A for subset of cases with HOME score, adjusted for HOME score. Model A − CUF$_{sg}$, model A for subset of cases who have data on child contemporaneous specific gravity–adjusted urinary fluoride CUF$_{sg}$ (but the model did not include CUF$_{sg}$). Model A + CUF$_{sg}$, model A for subset of cases with CUF$_{sg}$, adjusted for CUF$_{sg}$. Model A−SES, model A for subset of cases who have data on socioeconomic status (family possession measured by questionnaire of family possessions) (but the model did not include SES). Model A + SES, model A for subset of cases with SES data, adjusted for SES. Model A−Pb, model A for subset of cases who have data on maternal bone lead (but the model did not include maternal bone lead). Model A + Pb, model A for subset of cases with data on maternal bone lead, adjusted for maternal bone lead. Model A−Hg, model A for subset of cases who have data on maternal blood mercury (but the model did not include maternal blood mercury). Model A + Hg, model A for subset of cases who have data on maternal blood mercury, adjusted for maternal blood mercury. Model A − Ca, model A for subset of cases who did not receive the Ca supplement (they received the placebo).

values of creatinine–corrected urinary fluoride for the mothers was 0.90 (0.36) mg/L. The distributions of the urinary fluoride, outcomes (GCI and IQ), and additional exposure measures examined in our sensitivity analyses (maternal bone lead, maternal blood mercury, and children's contemporaneous urinary fluoride) across the three cohort strata (Cohort 3-Calcium, Cohort 3-placebo, and Cohort 2A) and all strata combined are shown in Table 1 for the mother–child pairs who had data for the GCI outcome ($n = 287$) and the IQ outcome ($n = 211$). The distributions showed little variation across the cohort strata except for bone lead and possibly blood mercury, for which, in comparison with Cohort 3, Cohort 2A clearly had higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). The mean (SD) values of specific gravity–corrected urinary fluoride for the children who had these measures (only available for those children who had IQ; $n = 189$) were 0.82 (0.38) mg/L.

In terms of the comparability of the participants across Cohort 2A and Cohort 3 with respect to our covariates, the distribution of the covariates was very similar with the exception of age of the offspring when IQ was measured, for which the mean ages were 7.6 and 10.0 y, respectively; and birth weight in the GCI analysis, for which Cohort 3 participants were slightly heavier than Cohort 2 participants (see Table S1).

### GCI versus IQ Scores

There was a significant correlation between GCI at 4 y and IQ at 6–12 y old (Spearman $r = 0.55$; $p < 0.01$). There was no significant correlation between prenatal MUF$_{cr}$ and offspring CUF$_{sg}$ (Spearman $r = 0.54$, $p = 0.44$).

### Comparisons of Participants in Relation to Missing Data

In comparing the participants who were included for the GCI and IQ analyses with the participants who were not included (based on data missing on GCI, IQ or other covariates), the distribution of covariates were similar except for sex, for which the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses (Table 2).

In terms of the sensitivity analyses, for each sensitivity variable of interest, we compared participants who had data on our exposures, outcomes, covariates, and the sensitivity variable of interest (and were thus included in the sensitivity analysis) versus participants who had data on the sensitivity variable of interest but were missing data on the exposure, outcomes, and/or covariates of interest (and were thus excluded from the sensitivity analysis; Table 2). It can be seen that for each sensitivity analysis, most of the participants with data on the sensitivity variable of interest also had data on the exposures, outcomes, and covariates and were therefore included in the sensitivity analysis. In addition, the distributions appeared to be similar comparing those included with those excluded in each sensitivity analysis (means were within 10% of each other), with the exception of maternal blood Hg, for which the mean levels for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively.

### Comparisons of GCI and IQ across Covariates

Table 3 shows mean and SD values for MUF$_{cr}$ and offspring cognitive scores across categories of the covariates. In the participants with GCI data, the offspring cognitive scores were higher among mothers with higher levels of education, measured IQ, and HOME scores for both analyses; and scores were higher among first children and girls. In the IQ analysis a statistically significant difference was observed in MUF$_{cr}$ as a function of child sex. No significant differences in MUF$_{cr}$ values across levels of other covariates were observed. A modest difference (not statistically significant), was observed in MUF$_{cr}$ as a function of maternal IQ ($p = 0.09$), and MUF$_{cr}$ as a function of child sex ($p = 0.09$). Among other co-variates there were significant differences in age ($p < 0.01$) in both analyses.

### Regression Models of GCI

Before adjustment, a 0.5 mg/L increase in MUF$_{cr}$ was negatively associated with GCI at 4 y old [mean score −3.76; 95% confidence interval (CI): −6.32, −1.19] (Table 4). The association was somewhat attenuated after adjusting for the main covariates





**Figure 2.** Adjusted association of maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$) and General Cognitive Index (GCI) scores in children at age 4 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the *x*-axis reflect the density of the urinary fluoride measures. Individual data points are individual observations, $n = 287$.

(model A, $-3.15$; 95% CI: $-5.42$, $-0.87$). The smooth plot of the association between GCI and maternal prenatal urinary fluoride from an adjusted GAM model suggested a linear relation over the exposure distribution (Figure 2).

### Regression Models of IQ

A 0.5 mg/L increase in prenatal fluoride was also negatively associated with IQ at age 6–12 y based on both unadjusted ($-2.37$; 95% CI: $-4.45$, $-0.29$) and adjusted models ($-2.50$; 95% CI: $-4.12$, $-0.59$) (Table 4). However, estimates from the adjusted GAM model suggest a nonlinear relation, with no clear association between IQ scores and values below approximately 0.8 mg/L, and a negative association above this value (Figure 3A). There was a nonsignificant improvement in the fit of the model when a quadratic term was added to the linear model ($p = 0.10$).

### Sensitivity Analyses

In sensitivity analyses, adjustment for HOME score increased the magnitude of the association between MUF$_{cr}$ and GCI, though the difference was less pronounced when associations with and without adjustment for HOME score were both estimated after restricting the model to the subset of 138 children with HOME score data (Table 4). The association of IQ scores with MUF$_{cr}$ did not substantially change after adding HOME score to the model (Table 4).

The association between MUF$_{cr}$ and IQ was attenuated slightly after adjusting for contemporaneous children's urinary fluoride (CUF$_{sg}$) and comparing estimates from [$-1.73$ (95% CI: $-3.75$, 0.29)] and without [$-1.94$ (95% CI: $-4.15$, 0.26)] adjustment for CUF$_{sg}$ among the 189 children with this data (Table 4). In addition, the evidence of nonlinearity was more pronounced, with no clear evidence of an association for MUF$_{cr}$ <1.0 mg/L



**Figure 3.** (A) Adjusted association of maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$) and children's IQ at age 6–12 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Short vertical bars on the *x*-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, $n = 211$. (B) Association of maternal creatinine-adjusted urinary fluoride (MUFU$_{cr}$) and children's IQ at age 6–12 y, adjusted for specific gravity–adjusted child urinary fluoride (CUF$_{sg}$). Adjusted for gestational age, weight at birth, sex, parity (being the first child), age and CUF$_{sg}$ at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the *x*-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, $n = 189$.

based on the GAM model (Figure 3B), and a significant improvement in model fit when a quadratic term was added to the linear regression model ($p = 0.01$).

When we restricted models to subsets of children with available data for each additional covariate, there was little difference

between adjusted and unadjusted associations between $MUF_{cr}$ and GCI or IQ when socioeconomic status (family possession), maternal bone lead, and blood mercury, were added to models (Table 4). However, the effect estimates associated with $MUF_{cr}$ for these analyses appear to be higher in the subsets with available data for these variables.

Adding tester (psychologist who performed WASI in the model did not substantially change the results (data not shown). In the sensitivity analyses in which we excluded Cohort 3 participants who received the calcium supplement, we continued to observe a negative association between $MUF_{cr}$ and GCI [0.5 mg/L increase in $MUF_{cr}$ associated with 3.67 lower GCI (95% CI: −6.57, −0.77), $n = 194$]; and between $MUF_{cr}$ and IQ [0.5 mg/L increase in $MUF_{cr}$ associated with 3.23-lower IQ (95% CI: −5.88, −0.57), $n = 136$].

In sensitivity analyses in which we re-ran models that included the 10 outliers with respect to fluoride exposure (for each of seven participants already in our models, an additional value of $MUF_{cr}$ [from a different trimester]; for three participants, a value of $MUF_{cr}$ that then allowed the participants to be added to our models), the results did not change in any meaningful way (data not shown). There were no outliers with respect to cognitive outcomes.

### Independent Influence of Child Fluoride Exposure

Finally, in models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by their specific gravity–adjusted urinary fluoride levels) and IQ score and that contained the main covariates of interest, there was not a clear, statistically significant association between contemporaneous children's urinary fluoride ($CUF_{sg}$) and IQ either unadjusted or adjusting for $MUF_{cr}$. A 0.5 mg/L increase in $CUF_{sg}$ was associated with a 0.89 lower IQ (95% CI: −2.63, 0.85) when not adjusting for $MUF_{cr}$; and 0.77-lower IQ (95% CI: −2.53, 0.99), adjusting for $MUF_{cr}$ ($n = 189$).

### Discussion

In our study population of Mexican women and children, which accounted for two of the three cohorts included in the ELEMENT study, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 y old, and with lower Full-Scale IQ scores at 6–12 y old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

Overall, our results are somewhat consistent with the ecological studies suggesting children who live in areas with high fluoride exposure (ranging from 0.88 to 11.0 mg/L fluoride in water, when reported) have lower IQ scores than those who live in low-exposure or control areas (ranging from 0.20 to 1.0 mg/L fluoride in water) (Choi et al. 2012) and with results of a pilot study of 51 children (mean age 7 y) from southern Sichuan, China, that reported that children with moderate or severe dental fluorosis (60% of the study population) had lower WISC-IV digit span scores than other children (Choi et al. 2015). A distinction is that

our study, which was longitudinal with repeated measures of exposure beginning in the prenatal period, found associations with respect to prenatal fluoride exposures.

To our knowledge, the only other study that is similar to ours was only recently published. Valdez Jiménez et al. (2017) studied the association of prenatal maternal urinary fluoride levels (not corrected for dilution) and scores on the Bayley Scales of Infant Development II among 65 children evaluated at age 3–15 mo (average of 8 mo). The mothers in their study had urinary fluoride levels of which the means at each of the three trimesters of pregnancy (1.9, 2.0, 2.7 mg/L) were higher than the mean $MUF_{cr}$ in our participants (0.88 mg/L) (Valdez Jiménez et al. 2017). These levels of exposure were found to be associated with statistically significantly lower scores on the Bayley Scales' Mental Development Index (MDI) score after adjusting for gestational age, age of child, a marginality index, and type of drinking water (Valdez Jiménez et al. 2017). By comparison, our study had much longer periods of follow-up and larger sample sizes, controlled for a much larger set of covariates and sensitivity variables, and used creatinine–corrected urinary fluoride measures (which, by adjusting for urinary dilution effects, provides a more reliable measure of internal fluoride exposure).

With respect to understanding the generalizability of our findings to other populations, there are very few studies that measured prenatal fluoride levels among women derived from population-based samples. Gedalia et al. (1959) measured urinary fluoride in multiple samples collected from each of 117 healthy pregnant women living in Jerusalem, where fluoride in the water was approximate 0.50 mg/L, and reported mean levels per person that ranged from 0.29 to 0.53 mg/L. However, these analysis were not conducted utilizing modern analytical techniques. In a study of 31 pregnant women living in Poland, Opydo-Szymaczek and Borysewicz-Lewicka (2005) measured urinary fluoride in healthy pregnant women patients of a maternity hospital in Poland, where fluoride in the water ranged from 0.4 to 0.8 mg/L, and found a mean level of 0.65 mg/L for women in their 28th week of pregnancy, 0.84 mg/L in their 33rd week, and 1.30 mg/L in healthy non-pregnant women of similar age. This would suggest that the mothers in our study, who had a mean $MUF_{cr}$ value of 0.90 mg/L, had fluoride exposures slightly higher than prior-mentioned populations.

In terms of comparing our findings with other studies of fluoride (using urinary fluoride as a biomarkers of exposure) and intelligence (i.e., those not involving prenatal exposures), of the 27 epidemiological studies on fluoride and IQ reviewed by Choi et al. in their 2012 meta-analysis, only 2 had measures of urinary fluoride. Both were of urinary fluoride measures in children (not pregnant mothers), and neither corrected for dilution (either by correcting for urinary creatinine or specific gravity). Of these two, in comparison with the urinary fluoride levels of both our mothers (0.88 mg/L) and our children (0.82 mg/L), the mean levels of children's urinary fluoride were higher in the non-fluorosis (1.02 mg/L) and high-fluorosis (2.69 mg/L) groups found by Li et al. (1995) as well as the control (1.5 mg/L) and high-fluorosis (5.1 mg/L) groups described by Wang et al. (2007).

Among the limitations of our study are that we measured fluoride in spot (second morning void) urine samples instead of 24-hr urine collections. However, others have noted a close relationship between the fluoride concentrations of early morning samples and 24-hr specimens (Watanabe et al. 1994; Zohouri et al. 2006). Another limitation relates to the potential differences in the distribution of covariates over our study cohorts, raising the issue of potential bias. In the analyses we conducted across cohorts, we saw that, in comparison with Cohort 3, Cohort 2A clearly had

higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). However, we saw no other differences and the differences in these measures have a clear likely explanation: Cohort 2A had bone lead levels measured in 1997–2001 and Cohort 3 had bone lead levels measured in 2001–2005. Given that environmental lead and mercury exposures were steadily decreasing during this time interval (due to the phase-out of lead from gasoline), this difference likely relates to an exposure–time–cohort effect. We do not anticipate that this phenomenon would have introduced a bias in our analyses of fluoride and cognition controlling for bone lead.

Another limitation relates to the missing data that pertain to our covariate and sensitivity variables. In the comparisons of participants in relation to missing data (Table 2A,B), the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses, and the mean levels of maternal blood Hg for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively. We also note that the coefficients for the associations between fluoride on cognition varied substantially in some of the sensitivity analyses, particularly with respect to the subgroups of participants who have data on SES, lead exposure, and mercury exposure (of which, for the latter, the effect estimates almost doubled). We do not have a ready explanation for this phenomenon, given that there is no obvious way that each of the selection factors governing which mothers had these measurements (discussed above) could have influenced the fluoride–cognition relationship. Nevertheless, it is not possible to entirely rule out residual confounding or in the population as a whole (that might have been detected had we had full data on larger sample sizes) or bias (should the subpopulations that had the data for analysis have a different fluoride–cognition relationship than those participants who were excluded from the analyses).

Other limitations include the lack of information about iodine in salt, which could modify associations between fluoride and cognition; the lack of data on fluoride content in water given that determination of fluoride content is not reported as part of the water quality monitoring programs in Mexico; and the lack of information on other environmental neurotoxicants such as arsenic. We are not aware of evidence suggesting our populations are exposed to significant levels of arsenic or other known neurotoxicants; nevertheless, we cannot rule out the potential for uncontrolled confounding due to other factors, including diet, that may affect urinary fluoride excretion and that may be related to cognition.

Another potential limitation is that we adjusted maternal urinary fluoride levels based on urinary creatinine, whereas we adjusted children's urinary fluoride levels based on urinary specific gravity; however, these two methods are almost equivalent in their ability to account for urinary dilution. We also had no data to assess the inter-examiner reliability of the testers administering the WASI test; however, the excellent reliability of these same testers in administering the McCarthy tests provides some reassurance that the WASI tests were conducted in a consistent manner.

Finally, our ability to extrapolate our results to how exposures may impact on the general population is limited given the lack of data on fluoride pharmacokinetics during pregnancy. There are no reference values for urinary fluoride in pregnant women in the United States. The Centers for Disease Control and Prevention has not included fluoride as one of the population exposures measured in urine or blood samples in its nationally representative sampling. The WHO suggests a reference value of 1 mg/L for healthy adults when monitoring renal fluoride excretion in community preventive programs (Marthaler 1999). As part of the NRC's review of the fluoride drinking-water standard, it was noted that healthy adults exposed to optimally fluoridated water had urinary fluoride concentrations ranging from 0.62 to 1.5 mg/L.

## Conclusion

In this study, higher levels of maternal urinary fluoride during pregnancy (a proxy for prenatal fluoride exposure) that are in the range of levels of exposure in other general population samples of pregnant women as well as nonpregnant adults were associated with lower scores on tests of cognitive function in the offspring at 4 and 6–12 y old.

Community water and salt fluoridation, and fluoride toothpaste use, substantially reduces the prevalence and incidence of dental caries (Jones et al. 2005) and is acknowledged as a public health success story (Easley 1995). Our findings must be confirmed in other study populations, and additional research is needed to determine how the urine fluoride concentrations measured in our study population are related to fluoride exposures resulting from both intentional supplementation and environmental contamination. However, our findings, combined with evidence from existing animal and human studies, reinforce the need for additional research on potential adverse effects of fluoride, particularly in pregnant women and children, and to ensure that the benefits of population-level fluoride supplementation outweigh any potential risks.

## Acknowledgments

This study was supported by the U.S. National Institutes of Health (NIH; grants R01ES021446 and R01-ES007821); the National Institute of Environmental Health Sciences/the U.S. Environmental Protection Agency (NIEHS/EPA; grant P01ES022844), the NIEHS (grant P42-ES05947 and NIEHS Center Grant P30ES017885), and by the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA. David Bellinger collaborated on the design and execution of this study's cognitive testing.

## References

Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, et al. 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ Health Perspect 119(10):1436–1441, PMID: 21715242, https://doi.org/10.1289/ehp.1003184.

Baez R, Petersen PE, Marthaler T. 2014. *Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health*. Geneva, Switzerland:World Health Organization.

Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, et al. 2014. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res 135:63–69, PMID: 25262076, https://doi.org/10.1016/j.envres.2014.08.029.

Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, et al. 2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology 33(5):1040–1047, PMID: 22579785, https://doi.org/10.1016/j.neuro.2012.04.022.

Caldwell BM, Bradley RH. 2003. Administration Manual: HOME Observation for Measurement of the Environment. Little Rock, AK:University of Arkansas at Little Rock.

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 120(10):1362–1368, PMID: 22820538, https://doi.org/10.1289/ehp.1104912.

Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, et al. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot

study. Neurotoxicol Teratol 47:96–101, PMID: 25446012, https://doi.org/10.1016/j.ntt.2014.11.001.

Doull J, Boekelheide K, Farishian B, Isaacson R, Klotz J, Kumar J, et al. 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards.* Committee on Fluoride in Drinking Water, Board on Environmental Studies and Toxicology, Division on Earth and Life Studies, National Research Council of the National Academies. Washington, DC:National Academies Press.

Easley MW. 1995. Celebrating 50 years of fluoridation: a public health success story. Br Dent J 178(2):72–75, PMID: 7848761, https://doi.org/10.1038/sj.bdj.4808658.

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, et al. 2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ Health Perspect 117(1):26–31, PMID: 19165383, https://doi.org/10.1289/ehp.11868.

Gedalia I, Brzezinski A, Bercovici B. 1959. Urinary fluorine levels in women during pregnancy and after delivery. J Dent Res 38(3):548–551, PMID: 13654605, https://doi.org/10.1177/00220345590380031701.

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics 110(1):110–118, PMID: 12093955.

Grandjean P, Herz KT. 2011. Methylmercury and brain development: imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 78(1):107–118, PMID: 21259267, https://doi.org/10.1002/msj.20228.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, et al. 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730–1735, PMID: 17107860, https://doi.org/10.1289/ehp.9067.

Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, et al. 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect 124(6):868–874, PMID: 26645203, https://doi.org/10.1289/ehp.1510067.

Jones S, Burt BA, Petersen PE, Lennon MA. 2005. The effective use of fluorides in public health. Bull World Health Organ 83:670–676.

Juárez-López M, Hernández-Guerrero JC, Jiménez-Farfán D, Molina-Frechero N, Murrieta-Pruneda F, Lopez-Jimenez G. 2007. Fluoride Urinary Excretion in Mexico City's Preschool Children [in Spanish]. Revista de investigacion clinica; organo del Hospital de Enfermedades de la Nutricion 60:241–247.

Julvez J, Ribas-Fito N, Torrent M, Forns M, Garcia-Esteban R, Sunyer J. 2007. Maternal smoking habits and cognitive development of children at age 4 years in a population-based birth cohort. Int J Epidemiol 36(4):825–832, PMID: 17550944, https://doi.org/10.1093/ije/dym107.

Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, et al. 2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638–643, PMID: 21592505, https://doi.org/10.1016/j.jpeds.2011.03.043.

Li XS, Zhi JL, Gao RO. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28(4):189–192.

Liu F, Ma J, Zhang H, Liu P, Liu YP, Xing B, et al. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 124:1–7, PMID: 24184405, https://doi.org/10.1016/j.physbeh.2013.10.027.

Marthaler T. 1999. *Monitoring of Renal Fluoride Excretion in Community Preventive Programmes on Oral Health.* Geneva, Switzerland:World Health Organization.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int Dent J 55(2):93–99, PMID: 15880964.

McCarthy D. 1991. *Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide [in Spanish].* Madrid, Spain:TEA Ediciones.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17(2):169–177, PMID: 7760776.

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC:NTP.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38:312–317.

Puertas R, Lopez-Espinosa MJ, Cruz F, Ramos R, Freire C, Pérez-García M, et al. 2010. Prenatal exposure to mirex impairs neurodevelopment at age of 4 years. Neurotoxicology 31(1):154–160, PMID: 19818364, https://doi.org/10.1016/j.neuro.2009.09.009.

Renteria L, Li ST, Pliskin NH. 2008. Reliability and validity of the Spanish language Wechsler Adult Intelligence Scale (3rd Edition) in a sample of American, urban, Spanish-speaking Hispanics. Clin Neuropsychol 22(3):455–470, PMID: 17853132, https://doi.org/10.1080/13854040701336428.

Secretaría-de-Salud. 1995. Norma oficial Mexicana nom-040-ssa-1-1993. *Sal yodatada y sal fluorada* [in Spanish]. México:Diario Oficial de la Federación, 12–27.

Secretaría-de-Salud. 1996. Norma oficial Mexicana nom-127-ssa1-1994. Salud ambiental. Agua para uso y consumo humano. *Límites permisibles de calidad y tratamientos a que debe someterse el agua para su potabilización* [in Spanish]. México:Diario Oficial de la Federación, 41–46.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstet Gynecol 119(2):205–207, PMID: 4823388.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 150:489–495, PMID: 27423051, https://doi.org/10.1016/j.envres.2016.06.046.

Usuda K, Kono K, Shimbo Y, Fujihara M, Fujimoto K, Kawano A, et al. 2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol Trace Elem Res 119(1):27–34, PMID: 17914216, https://doi.org/10.1007/s12011-007-0044-6.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride and cognitive development in infants. Neurotoxicology 59:65–70, PMID: 28077305, https://doi.org/10.1016/j.neuro.2016.12.011.

Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 115(4):643–647, PMID: 17450237, PubMed Central PMCID: PMC1852689. https://doi.org/10.1289/ehp.9270.

Watanabe M, Kono K, Orita Y, Ydote T, Usuda K, Takahashi Y, et al. 1994. *Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine.* In: *Proceedings of the XXth Conference of the International Society for Fluoride Research, Beijing, China.* Beijing, China: Ministry of Public Health of People's Republic of China, 246–247.

Wechsler D. 1999. *Wechsler Abbreviated Scale of Intelligence.* San Antonio, TX: Psychological Corporation.

Wechsler D, Jorge M, Velaco A. 1981. *WAIS-Español: Escala de Inteligencia para Adultos: El Manual Moderno [in Spanish].* México, DF:El Manual Moderno, S.A.

Zohouri F, Swinbank C, Maguire A, Moynihan P. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, https://doi.org/10.1111/j.1600-0528.2006.00269.x.

# **Exhibit M**

Research

JAMA Pediatrics | Original Investigation

# Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada

Rivka Green, MA; Bruce Lanphear, MD; Richard Hornung, PhD; David Flora, PhD; E. Angeles Martinez-Mier, DDS; Raichel Neufeld, BA; Pierre Ayotte, PhD; Gina Muckle, PhD; Christine Till, PhD

Editorial and Editor's Note

Supplemental content

**IMPORTANCE** The potential neurotoxicity associated with exposure to fluoride, which has generated controversy about community water fluoridation, remains unclear.

**OBJECTIVE** To examine the association between fluoride exposure during pregnancy and IQ scores in a prospective birth cohort.

**DESIGN, SETTING, AND PARTICIPANTS** This prospective, multicenter birth cohort study used information from the Maternal-Infant Research on Environmental Chemicals cohort. Children were born between 2008 and 2012; 41% lived in communities supplied with fluoridated municipal water. The study sample included 601 mother-child pairs recruited from 6 major cities in Canada; children were between ages 3 and 4 years at testing. Data were analyzed between March 2017 and January 2019.

**EXPOSURES** Maternal urinary fluoride ($MUF_{SG}$), adjusted for specific gravity and averaged across 3 trimesters available for 512 pregnant women, as well as self-reported maternal daily fluoride intake from water and beverage consumption available for 400 pregnant women.

**MAIN OUTCOMES AND MEASURES** Children's IQ was assessed at ages 3 to 4 years using the Wechsler Primary and Preschool Scale of Intelligence-III. Multiple linear regression analyses were used to examine covariate-adjusted associations between each fluoride exposure measure and IQ score.

**RESULTS** Of 512 mother-child pairs, the mean (SD) age for enrollment for mothers was 32.3 (5.1) years, 463 (90%) were white, and 264 children (52%) were female. Data on $MUF_{SG}$ concentrations, IQ scores, and complete covariates were available for 512 mother-child pairs; data on maternal fluoride intake and children's IQ were available for 400 of 601 mother-child pairs. Women living in areas with fluoridated tap water (n = 141) compared with nonfluoridated water (n = 228) had significantly higher mean (SD) $MUF_{SG}$ concentrations (0.69 [0.42] mg/L vs 0.40 [0.27] mg/L; $P$ = .001; to convert to millimoles per liter, multiply by 0.05263) and fluoride intake levels (0.93 [0.43] vs 0.30 [0.26] mg of fluoride per day; $P$ = .001). Children had mean (SD) Full Scale IQ scores of 107.16 (13.26), range 52-143, with girls showing significantly higher mean (SD) scores than boys: 109.56 (11.96) vs 104.61 (14.09); $P$ = .001. There was a significant interaction ($P$ = .02) between child sex and $MUF_{SG}$ (6.89; 95% CI, 0.96-12.82) indicating a differential association between boys and girls. A 1-mg/L increase in $MUF_{SG}$ was associated with a 4.49-point lower IQ score (95% CI, −8.38 to −0.60) in boys, but there was no statistically significant association with IQ scores in girls ($B$ = 2.40; 95% CI, −2.53 to 7.33). A 1-mg higher daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score (95% CI, −7.16 to −0.14) in boys and girls.

**CONCLUSIONS AND RELEVANCE** In this study, maternal exposure to higher levels of fluoride during pregnancy was associated with lower IQ scores in children aged 3 to 4 years. These findings indicate the possible need to reduce fluoride intake during pregnancy.

*JAMA Pediatr*. doi:10.1001/jamapediatrics.2019.1729
Published online August 19, 2019.

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Corresponding Author:** Christine Till, PhD, Department of Psychology, York University, 4700 Keele St, Toronto, ON M3J 1P3, Canada (ctill@yorku.ca).

© 2019 American Medical Association. All rights reserved.

E1

Downloaded From: https://jamanetwork.com/ on 08/29/2019

**Research** Original Investigation

Association Between Maternal Fluoride Exposure During Fetal Development and IQ Scores in Offspring in Canada

For decades, community water fluoridation has been used to prevent tooth decay. Water fluoridation is supplied to about 66% of US residents, 38% of Canadian residents, and 3% of European residents.[1] In fluoridated communities, fluoride from water and beverages makes up in tap water makes up 60% to 80% of daily fluoride intake in adolescents and adults.[2]

Fluoride crosses the placenta,[3] and laboratory studies show that it accumulates in brain regions involved in learning and memory[4] and alters proteins and neurotransmitters in the central nervous system.[5] Higher fluoride exposure from drinking water has been associated with lower children's intelligence in a meta-analysis[6] of 27 epidemiologic studies and in studies[7,8] including biomarkers of fluoride exposure. However, most prior studies were cross-sectional and conducted in regions with higher water fluoride concentrations (0.88-31.6 mg/L; to convert to millimoles per liter, multiply by 0.05263) than levels considered optimal (ie, 0.7 mg/L) in North America.[9] Further, most studies did not measure exposure during fetal brain development. In a longitudinal birth cohort study involving 299 mother-child pairs in Mexico City, Mexico, a 1-mg/L increase in maternal urinary fluoride (MUF) concentration was associated with a 6-point (95% CI, −10.84 to −1.74) lower IQ score among school-aged children.[10] In this same cohort, MUF was also associated with more attention-deficit/hyperactivity disorder–like symptoms.[11] Urinary fluoride concentrations among pregnant women living in fluoridated communities in Canada are similar to concentrations among pregnant women living in Mexico City.[12] However, it is unclear whether fluoride exposure during pregnancy is associated with cognitive deficits in a population receiving optimally fluoridated water.

This study examined whether exposure to fluoride during pregnancy was associated with IQ scores in children in a Canadian birth cohort in which 40% of the sample was supplied with fluoridated municipal water.

## Methods

### Study Cohort

Between 2008 and 2011, the Maternal-Infant Research on Environmental Chemicals (MIREC) program recruited 2001 pregnant women from 10 cities across Canada. Women who could communicate in English or French, were older than 18 years, and were within the first 14 weeks of pregnancy were recruited from prenatal clinics. Participants were not recruited if there was a known fetal abnormality, if they had any medical complications, or if there was illicit drug use during pregnancy. Additional details are in the cohort profile description.[13]

A subset of 610 children in the MIREC Study was evaluated for the developmental phase of the study at ages 3 to 4 years; these children were recruited from 6 of 10 cities included in the original cohort: Vancouver, Montreal, Kingston, Toronto, Hamilton, and Halifax. Owing to budgetary restraints, recruitment was restricted to the 6 cities with the most participants who fell into the age range required for

**Key Points**

**Question** Is maternal fluoride exposure during pregnancy associated with childhood IQ in a Canadian cohort receiving optimally fluoridated water?

**Findings** In this prospective birth cohort study, fluoride exposure during pregnancy was associated with lower IQ scores in children aged 3 to 4 years.

**Meaning** Fluoride exposure during pregnancy may be associated with adverse effects on child intellectual development, indicating the possible need to reduce fluoride intake during pregnancy.

the testing during the data collection period. Of the 610 children, 601 (98.5%) completed neurodevelopmental testing; 254 (42.3%) of these children lived in nonfluoridated regions and 180 (30%) lived in fluoridated regions; for 167 (27.7%) fluoridation status was unknown owing to missing water data or reported not drinking tap water (**Figure 1**).

This study was approved by the research ethics boards at Health Canada, York University, and Indiana University. All women signed informed consent forms for both mothers and children.

### Maternal Urinary Fluoride Concentration

We used the mean concentrations of MUF measured in urine spot samples collected across each trimester of pregnancy at a mean (SD) of 11.57 (1.57), 19.11 (2.39), and 33.11 (1.50) weeks of gestation. Owing to the variability of urinary fluoride measurement and fluoride absorption during pregnancy,[14] we only included women who had all 3 urine samples. In our previous work, these samples were moderately correlated; intraclass correlation coefficient (ICC) ranged from 0.37 to 0.40.[12]

Urinary fluoride concentration was analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane (Sigma Chemical Co) microdiffusion procedure[15] and described in our previous work.[12] Fluoride concentration could be measured to 0.02 mg/L. We excluded 2 samples (0.002%) because the readings exceeded the highest concentration standard (5 mg/L) and there was less certainty of these being representative exposure values.

To account for variations in urine dilution at the time of measurement, we adjusted MUF concentrations for specific gravity (SG) using the following equation: $MUF_{SG} = MUF_i \times (SG_M - 1)/(SG_i - 1)$, where $MUF_{SG}$ is the SG-adjusted fluoride concentration (in milligrams of fluoride per liter), $MUF_i$ is the observed fluoride concentration, $SG_i$ is the SG of the individual urine sample, and $SG_M$ is the median SG for the cohort.[16] For comparison, we also adjusted MUF using the same creatinine adjustment method that was used in the 2017 Mexican cohort.[10]

### Water Fluoride Concentration

Water treatment plants measured fluoride levels daily if fluoride was added to municipal drinking water and weekly or monthly if fluoride was not added to water.[12] We matched

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

Association Between Maternal Fluoride Exposure During Fetal Development and IQ Scores in Offspring in Canada

Figure 1. Flowchart of Inclusion Criteria



MUF indicates maternal urinary fluoride.

participants' postal codes with water treatment plant zones, allowing an estimation of water fluoride concentration for each woman by averaging water fluoride concentrations (in milligrams per liter) during the duration of pregnancy. We only included women who reported drinking tap water during pregnancy.

### Daily Fluoride Intake in Mothers

We obtained information on consumption of tap water and other water-based beverages (tea and coffee) from a self-report questionnaire completed by mothers during the first and third trimesters. This questionnaire was used in the original MREC cohort and has not been validated. Also, for this study, we developed methods to estimate and calculate fluoride intake that have not yet been validated. To estimate fluoride intake from tap water consumed per day (milligrams per day), we multiplied each woman's consumption of water and beverages by her water fluoride concentration (averaged across pregnancy) and multiplied by 0.2 (fluoride content for a 200-mL cup). Because black tea contains a high fluoride content (2.6 mg/L),[17,18] we also estimated the amount of fluoride consumed from black tea by multiplying each cup of black tea by 0.52 mg (mean fluoride content in a 200-mL cup of black tea made with deionized water) and added this to the fluoride intake variable. Green tea also contains varying levels of fluoride; therefore, we used the mean for the green teas listed by the US Department of Agriculture (1.935 mg/L).[18] We multiplied each cup of green tea by 0.387 mg (fluoride content in a 200-mL cup of green tea made with deionized water) and added this to the fluoride intake variable.

### Primary Outcomes

We assessed children's intellectual abilities with the Wechsler Preschool and Primary Scale of Intelligence, Third Edition. Full Scale IQ (FSIQ), a measure of global intellectual functioning, was the primary outcome. We also assessed verbal IQ (VIQ), representing verbal reasoning and comprehension, and performance IQ (PIQ), representing nonverbal reasoning, spatial processing, and visual-motor skills.

### Covariates

We selected covariates from a set of established factors associated with fluoride metabolism (eg, time of void and time since last void) and children's intellectual abilities (eg, child sex, maternal age, gestational age, and parity) (**Table 1**). Mother's race/ethnicity was coded as white or other, and maternal education was coded as either bachelor's degree or higher or trade school diploma or lower. The quality of a child's home environment was measured by the Home Observation for Measurement of the Environment (HOME)-Revised Edition[19] on a continuous scale. We also controlled for city and, in some models, included self-reported exposure to secondhand smoke (yes/no) as a covariate.

### Statistical Analyses

In our primary analysis, we used linear regression analyses to estimate the associations between our 2 measures of fluoride exposure (MUF$_{SG}$ and fluoride intake) and children's FSIQ scores. In addition to providing the coefficient corresponding to a 1-mg difference in fluoride exposure, we also estimated coefficients corresponding to a fluoride exposure

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

Table 1. Demographic Characteristics and Exposure Outcomes for Mother-Child Pairs With $MUF_{SG}$ (n = 512) and Fluoride Intake Data (n = 400) by Fluoridated and Nonfluoridated Status[a]

| Variable[b] | MUF$_{SG}$ Sample (n = 512)[c] | Maternal-Child Pairs With Fluoride Intake, IQ, and Complete Covariate Data (n = 400) | |
| | | Nonfluoridated (n = 238) | Fluoridated (n = 162) |
| --- | --- | --- | --- |
| **Mothers** | | | |
| Age of mother at enrollment, mean (SD), y | 32.33 (5.07) | 32.61 (4.90) | 32.52 (4.03) |
| Prepregnancy BMI, mean (SD) | 25.19 (6.02) | 25.19 (6.35) | 24.33 (5.10) |
| Married or common law | 497 (97) | 225 (95) | 159 (98) |
| Born in Canada | 426 (83) | 187 (79) | 131 (81) |
| White | 463 (90) | 209 (88) | 146 (90) |
| Maternal education | | | |
| Trade school diploma/high school | 162 (32) | 80 (34) | 38 (24) |
| Bachelor's degree or higher | 350 (68) | 158 (66) | 124 (76) |
| Employed at time of pregnancy | 452 (88) | 205 (86) | 149 (92) |
| Net income household >$70 000 CAD | 364 (71) | 162 (68) | 115 (71) |
| HOME total score, mean (SD) | 47.32 (4.32) | 47.28 (4.48) | 48.14 (3.90) |
| Smoked in trimester 1 | 12 (2) | 7 (3) | 2 (1) |
| Secondhand smoke in the home | 18 (4) | 9 (4) | 2 (1) |
| Alcohol consumption, alcoholic drink/mo | | | |
| None | 425 (83) | 192 (81) | 136 (84) |
| <1 | 41 (8) | 23 (10) | 11 (7) |
| ≥1 | 46 (9) | 23 (10) | 15 (9) |
| Parity (first birth) | 233 (46) | 119 (50) | 71 (44) |
| **Children** | | | |
| Female | 264 (52) | 118 (50) | 83 (51) |
| Age at testing, mean (SD), y | 3.42 (0.32) | 3.36 (0.31) | 3.49 (0.29) |
| Gestation, mean (SD), wk | 39.12 (1.57) | 39.19 (1.47) | 39.17 (1.81) |
| Birth weight, mean (SD), kg | 3.47 (0.49) | 3.48 (0.48) | 3.47 (0.53) |
| FSIQ | 107.16 (13.26) | 108.07 (13.31) | 108.21 (13.72) |
| Boys[d] | 104.61 (14.09) | 106.31 (13.60) | 104.78 (14.71) |
| Girls[d] | 109.56 (11.96) | 109.86 (12.83) | 111.47 (11.89) |
| **Exposure variables** | | | |
| MUF$_{SG}$ concentration, mg/L[e] | | | |
| No. | 512 | 228 | 141 |
| Mean (SD) | 0.51 (0.36) | 0.40 (0.27) | 0.69 (0.42) |
| Fluoride intake level per day, mg | | | |
| No. | 369[a] | 238 | 162 |
| Mean (SD) | 0.54 (0.44) | 0.30 (0.26) | 0.93 (0.43) |
| Water fluoride concentration, mg/L | | | |
| No. | 369[a] | 238 | 162 |
| Mean (SD) | 0.31 (0.23) | 0.13 (0.06) | 0.59 (0.08) |

Abbreviations: BMI, body mass index (calculated as weight in kilograms divided by height in meters squared); CAD, Canadian dollars; FSIQ, Full Scale IQ; HOME, Home Observation for Measurement of the Environment; MUF$_{SG}$, maternal urinary fluoride adjusted for specific gravity.

SI conversion factor: To convert fluoride to millimoles per liter, multiply by 0.05263.

[a] Owing to missing water treatment plant data and/or MUF data, the samples are distinct with some overlapping participants in both groups (n = 369).

[b] All of the listed variables were tested as potential covariates, as well as the following: paternal variables (age, education, employment status, smoking status, and race/ethnicity); maternal chronic condition during pregnancy and birth country; breastfeeding duration; and time of void and time since last void.

[c] Maternal urinary fluoride (averaged across all 3 trimesters) and corrected for specific gravity.

[d] The FSIQ score has a mean (SD) of 100 (15); US population norms used.

[e] Owing to missing water treatment plant data, the samples in the fluoridated and nonfluoridated regions do not add up to the MUF sample size.

difference spanning the 25th to 75th percentile range (which corresponds to a 0.33 mg/L and 0.62 mg F/d difference in MUF$_{SG}$ and fluoride intake, respectively) as well as the 10th to 90th percentile range (which corresponds to a 0.70 mg/L and 1.04 mg F/d difference in MUF$_{SG}$ and fluoride intake, respectively).

We retained a covariate in the model if its P value was less than .20 or its inclusion changed the regression coefficient of the variable associated factor by more than 10% in any of the IQ models. Regression diagnostics confirmed that there were no collinearity issues in any of the IQ models

with MUF$_{SG}$ or fluoride intake (variance inflation factor <2 for all covariates). Residuals from each model had approximately normal distributions, and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations as measured by Cook distance. Including quadratic or natural-log effects of MUF$_{SG}$ or fluoride intake did not significantly improve the regression models. Thus, we present the more easily interpreted estimates from linear regression models. Additionally, we examined separate models with 2 linear splines to test

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

whether the MUF$_{SG}$ association significantly differed between lower and higher levels of MUF$_{SG}$ based on 3 knots, which were set at 0.5 mg/L (mean MUF$_{SG}$), 0.8 mg/L (threshold seen in the Mexican birth cohort),[10] and 1 mg/L (optimal concentration in the United States until 2015).[20] For fluoride intake, knots were set at 0.4 mg (mean fluoride intake), 0.8 mg, and 1 mg (in accordance with MUF$_{SG}$). We also examined sex-specific associations in all models by testing the interactions between child sex and each fluoride measure.

In sensitivity analyses, we tested whether the associations between MUF$_{SG}$ and IQ were confounded by maternal blood concentrations of lead,[21] mercury,[21] manganese,[21,22] perfluoro-octanoic acid,[23] or urinary arsenic.[24] We also conducted sensitivity analyses by removing IQ scores that were greater than or less than 2.5 standard deviations from the sample mean. Additionally, we examined whether using MUF adjusted for creatinine instead of SG affected the results.

In additional analyses, we examined the association between our 2 measures of fluoride exposure (MUF$_{SG}$ and fluoride intake) with VIQ and PIQ. Additionally, we examined whether water fluoride concentration was associated with FSIQ, VIQ, and PIQ scores.

For all analyses, statistical significance tests with a type I error rate of 5% were used to test sex interactions, while 95% confidence intervals were used to estimate uncertainty. Analyses were conducted using R software (the R Foundation).[25] The P value level of significance was .05, and all tests were 2-sided.

## Results

For the first measure of fluoride exposure, MUF$_{SG}$, 512 of 601 mother-child pairs (85.2%) who completed the neurodevelopmental visit had urinary fluoride levels measured at each trimester of the mother's pregnancy and complete covariate data (Figure 1); 89 (14.8%) were excluded for missing MUF$_{SG}$ at 1 or more trimesters (n = 75) or missing 1 or more covariates included in the regression (n = 14) (Figure 1). Of the 512 mother-child pairs with MUF$_{SG}$ data (and all covariates), 264 children were female (52%).

For the second measure of fluoride exposure, fluoride intake from maternal questionnaire, data were available for 400 of the original 601 mother-child pairs (66.6%): 201 women (33.4%) were excluded for reporting not drinking tap water (n = 59), living outside of the predefined water treatment plant zone (n = 108), missing beverage consumption data (n = 20), or missing covariate data (n = 14) (Figure 1).

Children had mean FSIQ scores in the average range (population normed) (mean [SD], 107.16 [13.26], range = 52-143), with girls (109.56 [11.96]) showing significantly higher scores than boys (104.61 [14.09]; P < .001) (Table 1). The demographic characteristics of the 512 mother-child pairs included in the primary analysis were not substantially different from the original MIREC cohort or subset of mother-child pairs without 3 urine samples (eTable 1 in the Supplement). Of the 400 mother-child pairs with fluoride intake data (and all covariates), 118 of

238 (50%) in the group living in a nonfluoridated region were female and 83 of 162 (51%) in the group living in a fluoridated region were female.

### Fluoride Measurements

The median MUF$_{SG}$ concentration was 0.41 mg/L (range, 0.06-2.44 mg/L). Mean MUF$_{SG}$ concentration was significantly higher among women (n = 141) who lived in communities with fluoridated drinking water (0.69 [0.42] mg/L) compared with women (n=228) who lived in communities without fluoridated drinking water (0.40 [0.27] mg/L; P < .001) (Table 1; Figure 2).

The median estimated fluoride intake was 0.39 mg per day (range, 0.01-2.65 mg). As expected, the mean (SD) fluoride intake was significantly higher for women (162 [40.5%]) who lived in communities with fluoridated drinking water (mean [SD], 0.93 [0.43] mg) than women (238 [59.5%]) who lived in communities without fluoridated drinking water (0.30 [0.26] mg; P < .001) (Table 1; Figure 2). The MUF$_{SG}$ was moderately correlated with fluoride intake (r = 0.49; P < .001) and water fluoride concentration (r = 0.37; P < .001).

### Maternal Urinary Fluoride Concentrations and IQ

Before covariate adjustment, a significant interaction (P for interaction = .03) between MUF$_{SG}$ and child sex (B = 7.24; 95% CI, 0.81- 13.67) indicated that MUF$_{SG}$ was associated with FSIQ in boys; an increase of 1 mg/L MUF$_{SG}$ was associated with a 5.01 (95% CI, −9.06 to −0.97; P = .02) lower FSIQ score in boys. In contrast, MUF$_{SG}$ was not significantly associated with FSIQ score in girls (B = 2.23; 95% CI, −2.77 to 7.23; P = .38) (Table 2).

Adjusting for covariates, a significant interaction (P for interaction = .02) between child sex and MUF$_{SG}$ (B = 6.89; 95% CI, 0.96-12.82) indicated that an increase of 1 mg/L of MUF$_{SG}$ was associated with a 4.49 (95% CI, −8.38 to −0.60; P = .02) lower FSIQ score for boys. An increase from the 10th to 90th percentile of MUF$_{SG}$ was associated with a 3.14 IQ decrement among boys (Table 2; Figure 3). In contrast, MUF$_{SG}$ was not significantly associated with FSIQ score in girls (B = 2.43; 95% CI, −2.51 to 7.36; P = .33).



**Figure 2. Distribution of Fluoride Levels in Maternal Urine and for Estimated Fluoride Intake by Fluoridation Status**

To convert fluoride to millimoles per liter, multiply by 0.05263.

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

Table 2. Unadjusted and Adjusted Associations Estimated From Linear Regression Models of Fluoride Exposure Variables and FSIQ Scores

| Variable | Difference (95% CI) | | | |
|---|---|---|---|---|
| | Unadjusted | Adjusted Estimates, Regression Coefficients Indicate Change in Outcome per[a] | | |
| | | 1 mg | 25th to 75th Percentiles | 10th to 90th Percentiles |
| MUF$_{SG}$[b,c] | −2.60 (−5.80 to 0.60) | −1.95 (−5.19 to 1.28) | −0.64 (−1.69 to 0.42) | −1.36 (−3.58 to 0.90) |
| Boys | −5.01 (−9.06 to −0.97) | −4.49 (−8.38 to −0.60) | −1.48 (−2.76 to −0.19) | −3.14 (−5.86 to −0.42) |
| Girls | 2.23 (−2.77 to 7.23) | 2.40 (−2.53 to 7.33) | 0.79 (−0.83 to 2.42) | 1.68 (−1.77 to 5.13) |
| Fluoride intake[d,e] | −3.19 (−5.94 to −0.44) | −3.66 (−7.16 to −0.15) | −2.26 (−4.45 to −0.09) | −3.80 (−7.46 to −0.16) |

Abbreviations: FSIQ, Full Scale IQ; HOME, Home Observation for Measurement of the Environment; MUF$_{SG}$, maternal urinary fluoride adjusted for specific gravity.

[a] Adjusted estimates pertain to predicted FSIQ difference for a value spanning the interquartile range (25th to 75th percentiles) and 80th central range (10th to 90th percentiles): (1) MUF$_{SG}$: 0.33 mg/L, 0.70 mg/L, respectively; (2) fluoride intake: 0.62 mg, 1.04 mg, respectively.

[b] n = 512.

[c] Adjusted for city, HOME score, maternal education, race/ethnicity, and including child sex interaction.

[d] n = 400.

[e] Adjusted for city, HOME score, maternal education, race/ethnicity, child sex, and prenatal secondhand smoke exposure.

Figure 3. Covariate Results of Multiple Linear Regression Models of Full Scale IQ (FSIQ) from Maternal Urinary Fluoride Concentration by Child Sex (n = 512) and Total Fluoride Intake Estimated from Daily Maternal Beverage Consumption (n = 400)



B, Community fluoridation status (CWF) is shown for each woman; black dots represent women living in nonfluoridated (non-Fl) communities and blue dots represent women living in fluoridated (Fl) communities.

### Estimated Fluoride Intake and IQ

A 1-mg increase in fluoride intake was associated with a 3.66 (95% CI, −7.16 to −0.15; P = .04) lower FSIQ score among boys and girls (Table 2; Figure 3). The interaction between child sex and fluoride intake was not statistically significant (B = 1.17; 95% CI, −4.08 to 6.41; P for interaction = .66).

### Sensitivity Analyses

Adjusting for lead, mercury, manganese, perfluorooctanoic acid, or arsenic concentrations did not substantially change the overall estimates of MUF$_{SG}$ for boys or girls (eTable 2 in the Supplement). Use of MUF adjusted for creatinine did not substantially alter the associations with FSIQ (eTable 2 in the Supplement). Including time of void and time since last void did not substantially change the regression coefficient of MUF$_{SG}$ among boys or girls.

Estimates for determining the association between MUF$_{SG}$ and PIQ showed a similar pattern with a statistically significant interaction between MUF$_{SG}$ and child sex (P for interaction = .007). An increase of 1 mg/L MUF$_{SG}$ was associated with a 4.63 (95% CI, −9.01 to −0.25; P = .04) lower PIQ score in boys, but the association was not statistically significant in girls

(B = 4.51; 95% CI, −1.02 to 10.05; P = .11). An increase of 1 mg/L MUF$_{SG}$ was not significantly associated with VIQ in boys (B = −2.85; 95% CI, −6.65 to 0.95; P = .14) or girls (B = 0.55; 95% CI, −4.28 to 5.37; P = .82); the interaction between MUF$_{SG}$ and child sex was not statistically significant (P for interaction = .25) (eTable 3 in the Supplement).

Consistent with the findings on estimated maternal fluoride intake, increased water fluoride concentration (per 1 mg/L) was associated with a 5.29 (95% CI, −10.39 to −0.19) lower FSIQ score among boys and girls and a 13.79 (95% CI, −18.82 to −7.28) lower PIQ score (eTable 4 in the Supplement).

### Discussion

Using a prospective Canadian birth cohort, we found that estimated maternal exposure to higher fluoride levels during pregnancy was associated with lower IQ scores in children. This association was supported by converging findings from 2 measures of fluoride exposure during pregnancy. A difference in MUF$_{SG}$ spanning the interquartile range for the entire sample (ie, 0.33 mg/L), which is roughly the difference in

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

$MUF_{SG}$ concentration for pregnant women living in a fluoridated vs a nonfluoridated community, was associated with a 1.5-point IQ decrement among boys. An increment of 0.70 mg/L in $MUF_{SG}$ concentration was associated with a 3-point IQ decrement in boys; about half of the women living in a fluoridated community have a $MUF_{SG}$ equal to or greater than 0.70 mg/L. These results did not change appreciably after controlling for other key exposures such as lead, arsenic, and mercury.

To our knowledge, this study is the first to estimate fluoride exposure in a large birth cohort receiving optimally fluoridated water. These findings are consistent with that of a Mexican birth cohort study that reported a 6.3 decrement in IQ in preschool-aged children compared with a 4.5 decrement for boys in our study for every 1 mg/L of MUF.[10] The findings of the current study are also concordant with ecologic studies that have shown an association between higher levels of fluoride exposure and lower intellectual abilities in children.[7,8,26] Collectively, these findings support that fluoride exposure during pregnancy may be associated with neurocognitive deficits.

In contrast with the Mexican study,[10] the association between higher $MUF_{SG}$ concentrations and lower IQ scores was observed only in boys but not in girls. Studies of fetal and early childhood fluoride exposure and IQ have rarely examined differences by sex; of those that did, some reported no differences by sex.[10,27-29] Most rat studies have focused on fluoride exposure in male rats,[30] although 1 study[31] showed that male rats were more sensitive to neurocognitive effects of fetal exposure to fluoride. Testing whether boys are potentially more vulnerable to neurocognitive effects associated with fluoride exposure requires further investigation, especially considering that boys have a higher prevalence of neurodevelopmental disorders such as ADHD, learning disabilities, and intellectual disabilities.[32] Adverse effects of early exposure to fluoride may manifest differently for girls and boys, as shown with other neurotoxicants.[33-36]

The estimate of maternal fluoride intake during pregnancy in this study showed that an increase of 1 mg of fluoride was associated with a decrease of 3.7 IQ points across boys and girls. The finding observed for fluoride intake in both boys and girls may reflect postnatal exposure to fluoride, whereas MUF primarily captures prenatal exposure. Importantly, we excluded women who reported that they did not drink tap water and matched water fluoride measurements to time of pregnancy when estimating maternal fluoride intake. None of the fluoride concentrations measured in municipal drinking water were greater than the maximum acceptable concentration of 1.5 mg/L set by Health Canada; most (94.3%) were lower than the 0.7 mg/L level considered optimal.[37]

Water fluoridation was introduced in the 1950s to prevent dental caries before the widespread use of fluoridated dental products. Originally, the US Public Health Service set the optimal fluoride concentrations in water from 0.7 to 1.2 mg/L to achieve the maximum reduction in tooth decay and minimize the risk of enamel fluorosis.[38] Fluorosis, or mottling, is a symptom of excess fluoride intake from any source occurring during the period of tooth development. In 2012, 68% of adolescents had very mild to severe enamel fluorosis.[39] The higher prevalence of enamel fluorosis, especially in fluoridated areas,[40] triggered renewed concern about excessive ingestion of fluoride. In 2015, in response to fluoride overexposure and rising rates of enamel fluorosis,[39,41,42] the US Public Health Service recommended an optimal fluoride concentration of 0.7 mg/L, in line with the recommended level of fluoride added to drinking water in Canada to prevent caries. However, the beneficial effects of fluoride predominantly occur at the tooth surface after the teeth have erupted.[43] Therefore, there is no benefit of systemic exposure to fluoride during pregnancy for the prevention of caries in offspring.[44] The evidence showing an association between fluoride exposure and lower IQ scores raises a possible new concern about cumulative exposures to fluoride during pregnancy, even among pregnant women exposed to optimally fluoridated water.

## Strengths and Limitations

Our study has several strengths and limitations. First, urinary fluoride has a short half-life (approximately 5 hours) and depends on behaviors that were not controlled in our study, such as consumption of fluoride-free bottled water or swallowing toothpaste prior to urine sampling. We minimized this limitation by using 3 serial urine samples and tested for time of urine sample collection and time since last void, but these variables did not alter our results. Second, although higher maternal ingestion of fluoride corresponds to higher fetal plasma fluoride levels,[45] even serial maternal urinary spot samples may not precisely represent fetal exposure throughout pregnancy. Third, while our analyses controlled for a comprehensive set of covariates, we did not have maternal IQ data. However, there is no evidence suggesting that fluoride exposure differs as a function of maternal IQ; our prior study did not observe a significant association between MUF levels and maternal education level.[12] Moreover, a greater proportion of women living in fluoridated communities (124 [76%]) had a university-level degree compared with women living in nonfluoridated communities (158 [66%]). Nonetheless, despite our comprehensive array of covariates included, this observational study design could not address the possibility of other unmeasured residual confounding. Fourth, fluoride intake did not measure actual fluoride concentration in tap water in the participant's home; Toronto, for example, has overlapping water treatment plants servicing the same household. Similarly, our fluoride intake estimate only considered fluoride from beverages; it did not include fluoride from other sources such as dental products or food. Furthermore, fluoride intake data were limited by self-report of mothers' recall of beverage consumption per day, which was sampled at 2 points of pregnancy, and we lacked information regarding specific tea brand.[17,18] In addition, our methods of estimating maternal fluoride intake have not been validated; however, we show construct validity with MUF. Fifth, this study did not include assessment of postnatal fluoride exposure or consumption. However, our future analyses will assess exposure to fluoride in the MIREC cohort in infancy and early childhood.

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

## Conclusions

In this prospective birth cohort study from 6 cities in Canada, higher levels of fluoride exposure during preg-

nancy were associated with lower IQ scores in children measured at age 3 to 4 years. These findings were observed at fluoride levels typically found in white North American women. This indicates the possible need to reduce fluoride intake during pregnancy.

**ARTICLE INFORMATION**

**Accepted for Publication:** April 4, 2019.

**Published Online:** August 19, 2019.
doi:10.1001/jamapediatrics.2019.1729

**Open Access:** This is an open access article distributed under the terms of the CC-BY License. © 2019 Green R et al. *JAMA Pediatrics.*

**Author Affiliations:** Faculty of Health, York University, Toronto, Ontario, Canada (Green, Flora, Neufeld, Till); Faculty of Health Sciences, Simon Fraser University, Burnaby, British Columbia, Canada (Lanphear); Child and Family Research Institute, British Columbia Children's Hospital, University of British Columbia, Vancouver, British Columbia, Canada (Lanphear); Pediatrics and Environmental Health, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio (Hornung); School of Dentistry, Indiana University, Indianapolis (Martinez-Mier); Department of Social and Preventive Medicine, Laval University, Québec City, Québec, Canada. (Ayotte); Centre de Recherche du CHU de Québec, Université Laval, Québec City, Québec, Canada (Ayotte, Muckle); School of Psychology, Laval University, Québec City, Québec, Canada (Muckle).

**Author Contributions:** Ms Green and Dr Till had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.

*Concept and design:* Green, Lanphear, Martinez-Mier, Ayotte, Muckle, Till.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* Green, Flora, Martinez-Mier, Muckle, Till.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Green, Hornung, Flora, Till.
*Obtained funding:* Lanphear, Muckle, Till.
*Administrative, technical, or material support:* Green, Lanphear, Martinez-Mier, Ayotte, Till.
*Supervision:* Flora, Till.

**Conflict of Interest Disclosures:** Dr Lanphear reports serving as an expert witness in an upcoming case involving the US Environmental Protection Agency and water fluoridation, but will not receive any payment. Dr Hornung reported personal fees from York University during the conduct of the study. Dr Martinez-Mier reported grants from the National Institutes of Health during the conduct of the study. No other disclosures were reported.

**Funding/Support:** This study was funded by a grant from the National Institute of Environmental Health Science (grant R21ES027044). The Maternal-Infant Research on Environmental Chemicals Study was supported by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institutes for Health Research (grant MOP-81285).

**Additional Contributions:** We thank Nicole Lupien, BA, Stéphanie Bastien, BA, and Romy-Leigh McMaster, BA (Centre de Recherche, CHU Sainte-Justine), and the MIREC Study Coordinating

Staff for their administrative support, as well as the MIREC study group of investigators and site investigators; Alain Leblanc, PhD, Insitut National de Santé Publique du Québec, for measuring the urinary creatinine; Christine Buckley, MSc, Frank Lippert, PhD, and Prithvi Chandrappa, MSc (Indiana University School of Dentistry), for their analysis of urinary fluoride at the Indiana University School of Dentistry; Maddy Blazer, BA, York University, for assisting with preparation of the manuscript; Linda Farmus, MA, York University, for statistical consulting; and John Minnery, PhD, Public Health Ontario, for his valuable engineering advice regarding water fluoridation. We also thank staff affiliated with community water treatment plants who helped to provide water fluoride data for this study. No compensation was received from a funding sponsor for these contributions.

**REFERENCES**

1. Public Health Agency of Canada. The state of Community Water Fluoridation (CWF) across Canada. https://www.canada.ca/en/services/health/publications/healthy-living/community-water-fluoridation-across-canada-2017.html. Accessed June 15, 2018.

2. United States Environmental Protection Agency. Fluoride: Relative Source Contribution Analysis. Vol 820-R-10-0. https://www.epa.gov/sites/production/files/2019-03/documents/comment-response-report-peer-review-fluoride-exposure.pdf. Published 2010. Accessed May 18, 2017.

3. Ron M, Singer L, Menczel J, Kidroni G. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. *Eur J Obstet Gynecol Reprod Biol.* 1986;21(4):213-218. doi:10.1016/0028-2243(86)90018-3

4. Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. *Neurotox Res.* 2011;19(1):55-62. doi:10.1007/s12640-009-9139-5

5. Jiang C, Zhang S, Liu H, et al. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. *Neuromolecular Med.* 2014;16(1):94-105. doi:10.1007/s12017-013-8260-z

6. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect.* 2012;120(10):1362-1368. doi:10.1289/ehp.1104912

7. Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. *Environ Monit Assess.* 2016;188(4):218. doi:10.1007/s10661-016-5219-1

8. Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology.* 2017;59:65-70. doi:10.1016/j.neuro.2016.12.011

9. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. *Public Health Rep.* 2015;130(1):21-28. doi:10.1177/003335491513000408

10. Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6 – 12 years of age in Mexico. *Enviromental Heal Perspect.* 2017;1:1-12.

11. Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int.* 2018;121(Pt 1):658-666. doi:10.1016/j.envint.2018.09.017

12. Till C, Green R, Grundy JG, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environ Health Perspect.* 2018;126(10):107001. doi:10.1289/EHP3546

13. Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: the maternal-infant research on environmental chemicals research platform. *Paediatr Perinat Epidemiol.* 2013;27(4):415-425. doi:10.1111/ppe.12061

14. Opydo-Szymaczek J, Borysewicz-Lewicka M. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. *Fluoride.* 2005;38(4):312-317.

15. Martínez-Mier EA, Cury JA, Heilman JR, et al. Development of gold standard ion-selective electrode-based methods for fluoride analysis. *Caries Res.* 2011;45(1):3-12. doi:10.1159/000321657

16. Macpherson S, Arbuckle TE, Fisher M. Adjusting urinary chemical biomarkers for hydration status during pregnancy. *J Expo Sci Environ Epidemiol.* 2018;28:481-493. doi:10.1038/s41370-018-0043-z

17. Waugh DT, Potter W, Limeback H, Godfrey M. Risk Assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. *Int J Environ Res Public Health.* 2016;13(3):259. doi:10.3390/ijerph13030259

18. USDA Nutrient Data Laboratory Beltsville Human Nutrition Research Center Agricultural Research Service. USDA National Fluoride Database of Selected Beverages and Foods. http://www.ars.usda.gov/SP2UserFiles/Place/80400525/Data/Fluoride/F02.pdf. Published 2005. Accessed May 18, 2017.

19. Caldwell B, Bradley R. *Home Observation for Measurement of the Environment (HOME): Revised Edition.* Little Rock, Arkansas: University of Arkansas; 1984.

20. Rabb-Waytowich D. Water fluoridation in Canada: past and present. *J Can Dent Assoc.* 2009;75(6):451-454.

21. Arbuckle TE, Liang CL, Morisset A-S, et al; MIREC Study Group. Maternal and fetal exposure to cadmium, lead, manganese and mercury: the

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

Association Between Maternal Fluoride Exposure During Fetal Development and IQ Scores in Offspring in Canada

MIREC study. *Chemosphere*. 2016;163:270-282. doi:10.1016/j.chemosphere.2016.08.023

**22**. Dion L-A, Saint-Amour D, Sauvé S, Barbeau B, Mergler D, Bouchard MF. Changes in water manganese levels and longitudinal assessment of intellectual function in children exposed through drinking water. *Neurotoxicology*. 2018;64:118-125. doi:10.1016/j.neuro.2017.08.015

**23**. Vélez MP, Arbuckle TE, Fraser WD. Maternal exposure to perfluorinated chemicals and reduced fecundity: the MIREC study. *Hum Reprod*. 2015;30 (3):701-709. doi:10.1093/humrep/deu350

**24**. Ettinger AS, Arbuckle TE, Fisher M, et al; MIREC Study Group. Arsenic levels among pregnant women and newborns in Canada: results from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. *Environ Res*. 2017;153: 8-16. doi:10.1016/j.envres.2016.11.008

**25**. Team RCR. *A Language and Environment for Statistical Computing*. Vienna, Austria: R Foundation; 2013.

**26**. Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. *Neurotoxicol Teratol*. 2015;47:96-101. doi:10.1016/j.ntt.2014.11.001

**27**. Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS. Effect of high-fluoride water on intelligence in children. *Fluoride*. 2000;33(2):74-78.

**28**. Zhao LB, Liang GH, Zhang DN, Wu XR. Effect of high fluoride water supply on children's intelligence. *Fluoride*. 1996;29(4):190-192.

**29**. Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. *Fluoride*. 2003;36(2):84-94.

**30**. McPherson CA, Zhang G, Gilliam R, et al. An evaluation of neurotoxicity following fluoride

exposure from gestational through adult ages in Long-Evans hooded rats. *Neurotox Res*. 2018;34(4): 781-798. doi:10.1007/s12640-018-9870-x

**31**. Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. Neurotoxicity of sodium fluoride in rats. *Neurotoxicol Teratol*. 1995;17(2):169-177. doi:10.1016/0892-0362(94)00070-T

**32**. Boyle CA, Boulet S, Schieve LA, et al. Trends in the prevalence of developmental disabilities in US Children, 1997–2008. http://pediatrics.aappublications.org/content/early/2011/05/19/peds.2010-2989. Published 2011. Accessed May 30, 2017.

**33**. Gochfeld M. Sex differences in human and animal toxicology. *Toxicol Pathol*. 2017;45(1):172-189. doi:10.1177/0192623316677327

**34**. Arbuckle TE. Are there sex and gender differences in acute exposure to chemicals in the same setting? *Environ Res*. 2006;101(2):195-204. doi:10.1016/j.envres.2005.08.015

**35**. Desrochers-Couture M, Oulhote Y, Arbuckle TE, et al. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. *Environ Int*. 2018;121(Pt 2):1235-1242. doi:10.1016/j.envint.2018.10.043

**36**. Evans SF, Kobrosly RW, Barrett ES, et al. Prenatal bisphenol A exposure and maternally reported behavior in boys and girls. *Neurotoxicology*. 2014;45:91-99. doi:10.1016/j.neuro.2014.10.003

**37**. Health Canada. *Guidelines for Canadian Drinking Water Quality: Guideline Technical Document*. Ottawa, Ontario: Ottawa, Ontario, Air and Climate Change Bureau, Healthy Environments and Consumer Safety Branch, Health Canada; 2010.

**38**. Martinez-Mier EA, Shone DB, Buckley CM, Ando M, Lippert F, Soto-Rojas AE. Relationship

between enamel fluorosis severity and fluoride content. *J Dent*. 2016;46:42-46. doi:10.1016/j.jdent.2016.01.007

**39**. Wiener RC, Shen C, Findley P, Tan X, Sambamoorthi U. Dental fluorosis over time: a comparison of national health and nutrition examination survey data from 2001-2002 and 2011-2012. *J Dent Hyg*. 2018;92(1):23-29.

**40**. National Research Council (NRC). Fluoride in drinking water: a scientific review of EPA's standards. Washington, DC: National Academies Press; 2006.

**41**. Beltrán-Aguilar ED, Barker L, Dye BA. Prevalence and severity of dental fluorosis in the United States, 1999-2004. *NCHS Data Brief*. 2010; (53):1-8.

**42**. Warren JJ, Kanellis MJ, Levy SM. Fluorosis of the primary dentition: what does it mean for permanent teeth? *J Am Dent Assoc*. 1999;130(3): 347-356. doi:10.14219/jada.archive.1999.0204

**43**. Limeback H. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? *Community Dent Oral Epidemiol*. 1999;27(1):62-71. doi:10.1111/j.1600-0528.1999.tb01993.x

**44**. Takahashi R, Ota E, Hoshi K, et al. Fluoride supplementation (with tablets, drops, lozenges or chewing gum) in pregnant women for preventing dental caries in the primary teeth of their children. *Cochrane Database Syst Rev*. 2017;10(10):CD011850. doi:10.1002/14651858.CD011850.pub2

**45**. Gedalia I, Zukerman H, Leventhal H. Fluoride content of teeth and bones of human fetuses: in areas with about 1 ppm of fluoride in drinking water. *J Am Dent Assoc*. 1965;71(5):1121-1123. doi:10.14219/jada.archive.1965.0051

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/29/2019

# **<u>Exhibit N</u>**

1   DEBRA J. CARFORA
    JOHN THOMAS DO
2   BRANDON N. ADKINS
    U.S. Department of Justice
3   Environmental Defense Section
    P.O. Box 7611
4   Washington, D.C. 20044
    Tel: (202) 616-9174
5   Fax: (202) 514-8865
    Email: brandon.adkins@usdoj.gov
6
7   *Attorneys for Defendants*

8

9                 **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN FRANCISCO DIVISION**

11
    FOOD & WATER WATCH, INC., et al.,
12
                    Plaintiffs,
13                                              Case No. 3:17-cv-02162 EMC
             v.
14                                              **Notice of Subpoena**
    UNITED STATES ENVIRONMENTAL
15  PROTECTION AGENCY, et al.,

16                  Defendant.

17  TO:    Michael P. Connett
           Waters Kraus & Paul
18         222 N. Pacific Coast Highway, Suite 1900
           El Segundo, CA 90245
19         mconnett@waterskraus.com
20

21         PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Defendants will

22  serve the attached Subpoena on Richard W. Hornung, PhD, on or about August 12, 2019.

23  Date: August 9, 2019              Respectfully Submitted,

24
                                      */s/ Brandon N. Adkins*
25                                    Brandon N. Adkins
                                      United States Department of Justice
26                                    P.O. Box 7611
                                      Washington, D.C. 20044
27                                    Tel: (202) 616-9174
                                      Fax: (202) 514-8865
28                                    Email: brandon.adkins@usdoj.gov

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Food & Water Watch, Inc., et al., | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.  3:17-cv-02162-EMC |
| United States Environmental Protection Agency, et al., | ) |
| _Defendant_ | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:                                     Richard W. Hornung, PhD

_____
_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: Via email to: brandon.adkins@usdoj.gov; otherwise to: Attn: Brandon Adkins (ENRD) 303 Marconi Blvd, Ste. 200, Columbus, OH 43215 | Date and Time: 08/26/2019 12:00 pm |
|---|---|

❑ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      08/09/2019

_CLERK OF COURT_

                                                    OR

_____          /s/ Brandon N. Adkins
_Signature of Clerk or Deputy Clerk_          _____
                                                    _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
Defendant United States Environmental Protection Agency_____ , who issues or requests this subpoena, are:

Brandon N. Adkins, P.O. Box 7611, Washington, DC 20044; brandon.adkins@usdoj.gov; (202) 616-9174

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:17-cv-02162-EMC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT A

## I.  DEFINITIONS

A.  "Communication" means the transmittal (in the form of facts, ideas, thoughts, opinions, data, inquiries or otherwise) and includes, without limitation, correspondence, memoranda, reports, presentations, face-to-face conversations, telephone conversations, text messages, instant messages, voice messages, negotiations, agreements, inquiries, understandings, meetings, letters, notes, telegrams, mail, electronic mail ("email"), telephone records, and postings of any type.

B.  "Document" means the original (or, if the information called for cannot be provided as to the original, each and every copy, duplicate or reproduction) of any medium upon which information can be recorded or retrieved, and shall mean, without limitation, any emails, text messages, correspondence, or phone records, notes, memoranda, diaries, or minutes of oral communications, whether by telephone or face-to-face, contracts, agreements, drafts or proposed contracts or agreements, or memoranda of understanding, together with all notations on any of the foregoing, all originals, file copies or other unique copies of the foregoing and all versions of drafts thereof, whether used or not.

C.  "Person" means any natural person or anyone acting in their capacity or any entity or organization, including divisions, departments, and other units therein.

D.  "You" or "your" means the person responding to this Subpoena.

## II.  INSTRUCTIONS

A.  You are requested to produce all documents in your possession, custody, or control that are described below, including any documents in the possession of your assistants, partners, officers, employees, attorneys, accountants, representatives, or agents, or that are otherwise subject to your custody or control.

B.  In producing documents, you are requested to produce a copy of each original document together with all copies and drafts of that document. If the original of any document cannot be located, a copy shall be provided in lieu thereof, and shall be legible and bound or stapled in the same manner as the original.

C.  Each document requested herein is to be produced in its entirety and without deletion or excisions, regardless of whether you consider the entire document to be relevant or responsive to the Requests. If you have redacted any portion of a document, stamp the word "redacted" on each page of such document.

D.  If any document, electronically stored information, or tangible thing is known to have existed but no longer exists, has been destroyed, or is otherwise unavailable, you must identify the reason for its loss, destruction or unavailability, the name of each person known or reasonably believed by you to have present possession, custody, or control of the original and any copy thereof (if applicable), and a description of the disposition of each copy.

E.   When construing the Requests, Definitions, and Instructions herein, the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring all responses within the scope of this Request.

F.   **In lieu of delivering the documents, electronically stored information, and tangible things that exist in the ordinary course of business in electronic form (such as email) at the place of compliance listed in this Subpoena, you may deliver them by email at the email address listed for the attorney who issued this Subpoena. All documents that exist only in hard copy form must be delivered at the place of compliance listed in this Subpoena.**

## III.   REQUESTS

1.   All documents that contain, reflect, discuss, relate to, or refer to any communications with any journals or publishers regarding the paper that is now known as, "Association Between Maternal Fluoride Exposure During Pregnancy and IQ scores in Offspring in Canada," by Rivka Green, Bruce Lanphear, Richard Hornung, David Flora, E. Angeles Martinez-Mier, Raichel Neufeld, Pierre Ayotte, Gina Muckle, and Christine Till (the "Green study").

2.   All drafts of the Green study, its main text, and any supplementary material, including, but not limited to, comments, revisions, feedback, or suggested changes by any journals, publishers, or other persons to any drafts of the paper.

3.   All documents that contain, reflect, discuss, relate to, or refer to any communications with any journals or publishers regarding the paper that is now known as, "Fluoride Exposure from Infant Formula and Child IQ in a Canadian Birth Cohort," by Christine Till, Rivka Green, David Flora, Richard Hornung, E. Angeles Martinez-Mier, Maddy Blazer, Linda Farmus, Pierre Ayotte, Gina Muckle, and Bruce Lanphear (the "Till study").

4.   All drafts of the Till study, its main text, and any supplementary material, including, but not limited to, comments, revisions, feedback, or suggested changes by any journals, publishers, or other persons to any drafts of the paper.

5.   All documents that contain, reflect, discuss, relate to, or refer to any communications with Bruce Lanphear regarding his agreement to provide expert testimony about the Green study or Till study.

6.   All documents that contain, reflect, discuss, relate to, or refer to any communications regarding Bruce Lanphear's agreement to provide testimony in the case captioned in the accompanying Subpoena.