Exhibit A

Adkins Declaration

1   BRANDON N. ADKINS
2   U.S. Department of Justice
    Environmental Defense Section
3   P.O. Box 7611
    Washington, D.C. 20044
4   Tel: (202) 616-9174
    Fax: (202) 514-8865
5   Email: brandon.adkins@usdoj.gov

6   *Attorney for Defendants*

7

8                       **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
10

11  FOOD & WATER WATCH, INC., et al.,

12              Plaintiffs,                    Case No. 3:17-cv-02162 EMC

13        v.                                   **DECLARATION OF**
                                               **BRANDON N.  ADKINS IN**
14  UNITED STATES ENVIRONMENTAL                **SUPPORT OF DEFENDANTS'**
    PROTECTION AGENCY, et al.,                 **MOTION FOR SUMMARY**
15                                             **JUDGMENT**
                Defendants.
16

17        I, Brandon N. Adkins, submit the following declaration in support of Defendants' motion

18  summary judgment:

19        1.      I am a trial attorney within the Environment and Natural Resources Division of the United

20  States Department of Justice and counsel of record for Defendants in the above-captioned case.

21        2.      I have attached to this Declaration true and correct copies of the following documents or,

22  where noted, excerpts of documents:

23
    | Exhibit 1 | Introduction section and Chapter 11 of National Research Council, Fluoride in Drinking Water: A Scientific Review of EPA's Standards (2006), available at http://www.nap.edu/catalog/11571.html |
24
    |-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
25  | Exhibit 2 | Excerpts from EPA, Office of Water, Fluoride: Dose-Response Analysis For Non-Cancer Effects (December 2010) |
26
27  | Exhibit 3 | Guidance to Assist Interested Persons in Developing and Submitting Draft Risk Evaluations Under the Toxic Substances Control Act (June 2017) |
28

| Exhibit 4 | Excerpts from Expert Report of Kathleen M. Thiessen (June 27, 2019) |
|---|---|
| Exhibit 5 | Excerpts from Expert Report of Philippe Grandjean (June 21, 2019) |
| Exhibit 6 | Excerpts from deposition of Kathleen M. Thiessen (August 27, 2019) |
| Exhibit 7 | Bashash, M., et al., Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico, Environmental Health Perspectives (2017) |
| Exhibit 8 | Bashash, Morteza, et al., Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City, 121 Environment International 658 (2018) |
| Exhibit 9 | Valdez Jimenez, L., et al., In Utero Exposure to Fluoride and Cognitive Development Delay in Infants, 59 NeuroToxicology 65 (2017) |
| Exhibit 10 | Green, Rivka, et al., Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada, JAMA Pediatrics (2019) |
| Exhibit 11 | Excerpts from deposition of Howard Hu (September 24, 2019) |
| Exhibit 12 | Excerpts from deposition of Philippe Grandjean (September 13, 2019) |
| Exhibit 13 | Declaration of Audrey Adams (November 19, 2018) (without exhibits) |
| Exhibit 14 | Deposition of Audrey Adams (November 28, 2018) (without exhibits) |
| Exhibit 15 | Declaration of Julie Simms (November 15, 2018) (without exhibits) |
| Exhibit 16 | Declaration of Kristin Lavelle (November 16, 2018) (without exhibits) |
| Exhibit 17 | Declaration of Brenda Staudenmaier (November 16, 2018) (without exhibits) |
| Exhibit 18 | Declaration of Jessica Trader (November 18, 2018) (without exhibits) |
| Exhibit 19 | Li, Mang, et al., Cognitive Impairment and Risk Factors in Elderly People Living in Fluorosis Areas in China, Biol Trace Elem Res (2016) |
| Exhibit 20 | Malin, Ashley, et al., Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status, Environment International (2018) |
| Exhibit 21 | Excerpts from deposition of Tala Rae Henry, Ph.D. (August 20, 2019) |

2

1        I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on October 9th, 2019, in Washington, DC.

3

4                              */s/ Brandon N. Adkins*

5                              Brandon N. Adkins
                                    U.S. Department of Justice

6                              Environmental Defense Section
                                    P.O. Box 7611

7                              Washington, D.C. 20044
                                    Tel: (202) 616-9174

8                              Fax: (202) 514-8865
                                    Email: brandon.adkins@usdoj.gov

9

Exhibit A

Adkins Declaration, Exhibit 01

NRC 2006 - excerpts

# FLUORIDE
## IN DRINKING WATER

### A SCIENTIFIC REVIEW OF
### EPA'S STANDARDS

Committee on Fluoride in Drinking Water

Board on Environmental Studies and Toxicology

Division on Earth and Life Studies

NATIONAL RESEARCH COUNCIL
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright National Academy of Sciences. All rights reserved.

**THE NATIONAL ACADEMIES PRESS**   500 Fifth Street, NW   Washington, DC 20001

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This project was supported by Contract No. 68-C-03-013 between the National Academy of Sciences and the U.S. Environmental Protection Agency. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the view of the organizations or agencies that provided support for this project.

International Standard Book Number 10   0-309-10128-X (Book)
International Standard Book Number 13   978-0-309-10128-8 (Book)
International Standard Book Number 10   0-309-65796-2 (PDF)
International Standard Book Number 13   978-0-309-65796-9 (PDF)
Library of Congress Control Number 2006933237

Additional copies of this report are available from

The National Academies Press
500 Fifth Street, NW
Box 285
Washington, DC 20055

800-624-6242
202-334-3313 (in the Washington metropolitan area)
http://www.nap.edu

Copyright 2006 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

# Summary

Under the Safe Drinking Water Act, the U.S. Environmental Protection Agency (EPA) is required to establish exposure standards for contaminants in public drinking-water systems that might cause any adverse effects on human health. These standards include the maximum contaminant level goal (MCLG), the maximum contaminant level (MCL), and the secondary maximum contaminant level (SMCL). The MCLG is a health goal set at a concentration at which no adverse health effects are expected to occur and the margins of safety are judged "adequate." The MCL is the enforceable standard that is set as close to the MCLG as possible, taking into consideration other factors, such as treatment technology and costs. For some contaminants, EPA also establishes an SMCL, which is a guideline for managing drinking water for aesthetic, cosmetic, or technical effects.

Fluoride is one of the drinking-water contaminants regulated by EPA. In 1986, EPA established an MCLG and MCL for fluoride at a concentration of 4 milligrams per liter (mg/L) and an SMCL of 2 mg/L. These guidelines are restrictions on the total amount of fluoride allowed in drinking water. Because fluoride is well known for its use in the prevention of dental caries, it is important to make the distinction here that EPA's drinking-water guidelines are not recommendations about adding fluoride to drinking water to protect the public from dental caries. Guidelines for that purpose (0.7 to 1.2 mg/L) were established by the U.S. Public Health Service more than 40 years ago. Instead, EPA's guidelines are maximum allowable concentrations in drinking water intended to prevent toxic or other adverse effects that could result from exposure to fluoride.

In the early 1990s at the request of EPA, the National Research Council

*1*

Copyright National Academy of Sciences. All rights reserved.

(NRC) independently reviewed the health effects of ingested fluoride and the scientific basis for EPA's MCL. It concluded that the MCL was an appropriate interim standard but that further research was needed to fill data gaps on total exposure to fluoride and its toxicity. Because new research on fluoride is now available and because the Safe Drinking Water Act requires periodic reassessment of regulations for drinking-water contaminants, EPA requested that the NRC again evaluate the adequacy of its MCLG and SMCL for fluoride to protect public health.

## COMMITTEE'S TASK

In response to EPA's request, the NRC convened the Committee on Fluoride in Drinking Water, which prepared this report. The committee was charged to review toxicologic, epidemiologic, and clinical data on fluoride—particularly data published since the NRC's previous (1993) report—and exposure data on orally ingested fluoride from drinking water and other sources. On the basis of its review, the committee was asked to evaluate independently the scientific basis of EPA's MCLG of 4 mg/L and SMCL of 2 mg/L in drinking water and the adequacy of those guidelines to protect children and others from adverse health effects. The committee was asked to consider the relative contribution of various fluoride sources (e.g., drinking water, food, dental-hygiene products) to total exposure. The committee was also asked to identify data gaps and to make recommendations for future research relevant to setting the MCLG and SMCL for fluoride. Addressing questions of artificial fluoridation, economics, risk-benefit assessment, and water-treatment technology was not part of the committee's charge.

## THE COMMITTEE'S EVALUATION

To accomplish its task, the committee reviewed a large body of research on fluoride, focusing primarily on studies generated since the early 1990s, including information on exposure; pharmacokinetics; adverse effects on various organ systems; and genotoxic and carcinogenic potential. The collective evidence from in vitro assays, animal research, human studies, and mechanistic information was used to assess whether multiple lines of evidence indicate human health risks. The committee only considered adverse effects that might result from exposure to fluoride; it did not evaluate health risk from lack of exposure to fluoride or fluoride's efficacy in preventing dental caries.

After reviewing the collective evidence, including studies conducted since the early 1990s, the committee concluded unanimously that the present MCLG of 4 mg/L for fluoride should be lowered. Exposure at the MCLG clearly puts children at risk of developing severe enamel fluorosis,

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

a condition that is associated with enamel loss and pitting. In addition, the majority of the committee concluded that the MCLG is not likely to be protective against bone fractures. The basis for these conclusions is expanded upon below.

### Exposure to Fluoride

The major sources of exposure to fluoride are drinking water, food, dental products, and pesticides. The biggest contributor to exposure for most people in the United States is drinking water. Estimates from 1992 indicate that approximately 1.4 million people in the United States had drinking water with natural fluoride concentrations of 2.0-3.9 mg/L, and just over 200,000 people had concentrations equal to or exceeding 4 mg/L (the presented MCL). In 2000, it was estimated that approximately 162 million people had artificially fluoridated water (0.7-1.2 mg/L).

Food sources contain various concentrations of fluoride and are the second largest contributor to exposure. Beverages contribute most to estimated fluoride intake, even when excluding contributions from local tap water. The greatest source of nondietary fluoride is dental products, primarily toothpastes. The public is also exposed to fluoride from background air and from certain pesticide residues. Other sources include certain pharmaceuticals and consumer products.

Highly exposed subpopulations include individuals who have high concentrations of fluoride in drinking water, who drink unusually large volumes of water, or who are exposed to other important sources of fluoride. Some subpopulations consume much greater quantities of water than the 2 L per day that EPA assumes for adults, including outdoor workers, athletes, and people with certain medical conditions, such as diabetes insipidus. On a per-body-weight basis, infants and young children have approximately three to four times greater exposure than do adults. Dental-care products are also a special consideration for children, because many tend to use more toothpaste than is advised, their swallowing control is not as well developed as that of adults, and many children under the care of a dentist undergo fluoride treatments.

Overall, the committee found that the contribution to total fluoride exposure from fluoride in drinking water in the average person, depending on age, is 57% to 90% at 2 mg/L and 72% to 94% at 4 mg/L. For high-water-intake individuals, the drinking-water contribution is 86% to 96% at 2 mg/L and 92% to 98% at 4 mg/L. Among individuals with an average water-intake rate, infants and children have the greatest total exposure to fluoride, ranging from 0.079 to 0.258 mg/kg/day at 4 mg/L and 0.046 to 0.144 mg/kg/day at 2 mg/L in drinking water. For high-water-intake individuals exposed to fluoride at 4 mg/L, total exposure ranges from 0.294

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

mg/kg/day for adults to 0.634 mg/kg/day for children. The corresponding intake range at 2 mg/L is 0.154 to 0.334 mg/kg/day for adults and children, respectively.

### Dental Effects

Enamel fluorosis is a dose-related mottling of enamel that can range from mild discoloration of the tooth surface to severe staining and pitting. The condition is permanent after it develops in children during tooth formation, a period ranging from birth until about the age of 8. Whether to consider enamel fluorosis, particularly the moderate to severe forms, to be an adverse health effect or a cosmetic effect has been the subject of debate for decades. In previous assessments, all forms of enamel fluorosis, including the severest form, have been judged to be aesthetically displeasing but not adverse to health. This view has been based largely on the absence of direct evidence that severe enamel fluorosis results in tooth loss; loss of tooth function; or psychological, behavioral, or social problems.

Severe enamel fluorosis is characterized by dark yellow to brown staining and discrete and confluent pitting, which constitutes enamel loss. The committee finds the rationale for considering severe enamel fluorosis only a cosmetic effect to be much weaker for discrete and confluent pitting than for staining. One of the functions of tooth enamel is to protect the dentin and, ultimately, the pulp from decay and infection. Severe enamel fluorosis compromises that health-protective function by causing structural damage to the tooth. The damage to teeth caused by severe enamel fluorosis is a toxic effect that is consistent with prevailing risk assessment definitions of adverse health effects. This view is supported by the clinical practice of filling enamel pits in patients with severe enamel fluorosis and restoring the affected teeth. Moreover, the plausible hypothesis concerning elevated frequency of caries in persons with severe enamel fluorosis has been accepted by some authorities, and the available evidence is mixed but generally supportive.

Severe enamel fluorosis occurs at an appreciable frequency, approximately 10% on average, among children in U.S. communities with water fluoride concentrations at or near the current MCLG of 4 mg/L. Thus, the MCLG is not adequately protective against this condition.

Two of the 12 members of the committee did not agree that severe enamel fluorosis should now be considered an adverse health effect. They agreed that it is an adverse dental effect but found that no new evidence has emerged to suggest a link between severe enamel fluorosis, as experienced in the United States, and a person's ability to function. They judged that demonstration of enamel defects alone from fluorosis is not sufficient to change the prevailing opinion that severe enamel fluorosis is an adverse cosmetic effect. Despite their disagreement on characterization of the condition, these

Copyright National Academy of Sciences. All rights reserved.

two members concurred with the committee's conclusion that the MCLG should prevent the occurrence of this unwanted condition.

Enamel fluorosis is also of concern from an aesthetic standpoint because it discolors or results in staining of teeth. No data indicate that staining alone affects tooth function or susceptibility to caries, but a few studies have shown that tooth mottling affects aesthetic perception of facial attractiveness. It is difficult to draw conclusions from these studies, largely because perception of the condition and facial attractiveness are subjective and culturally influenced. The committee finds that it is reasonable to assume that some individuals will find *moderate* enamel fluorosis on front teeth to be detrimental to their appearance and that it could affect their overall sense of well-being. However, the available data are not adequate to categorize moderate enamel fluorosis as an adverse health effect on the basis of structural or psychological effects.

Since 1993, there have been no new studies of enamel fluorosis in U.S. communities with fluoride at 2 mg/L in drinking water. Earlier studies indicated that the prevalence of moderate enamel fluorosis at that concentration could be as high as 15%. Because enamel fluorosis has different distribution patterns among teeth, depending on when exposure occurred during tooth development and on enamel thickness, and because current indexes for categorizing enamel fluorosis do not differentiate between mottling of anterior and posterior teeth, the committee was not able to determine what percentage of moderate cases might be of cosmetic concern.

### Musculoskeletal Effects

Concerns about fluoride's effects on the musculoskeletal system historically have been and continue to be focused on skeletal fluorosis and bone fracture. Fluoride is readily incorporated into the crystalline structure of bone and will accumulate over time. Since the previous 1993 NRC review of fluoride, two pharmacokinetic models were developed to predict bone concentrations from chronic exposure to fluoride. Predictions based on these models were used in the committee's assessments below.

#### Skeletal Fluorosis

Skeletal fluorosis is a bone and joint condition associated with prolonged exposure to high concentrations of fluoride. Fluoride increases bone density and appears to exacerbate the growth of osteophytes present in the bone and joints, resulting in joint stiffness and pain. The condition is categorized into one of four stages: a preclinical stage and three clinical stages that increase in severity. The most severe stage (clinical stage III) historically has been referred to as the "crippling" stage. At stage II, mobility is not significantly

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

affected, but it is characterized by chronic joint pain, arthritic symptoms, slight calcification of ligaments, and osteosclerosis of the cancellous bones. Whether EPA's MCLG of 4 mg/L protects against these precursors to more serious mobility problems is unclear.

Few clinical cases of skeletal fluorosis in healthy U.S. populations have been reported in recent decades, and the committee did not find any recent studies to evaluate the prevalence of the condition in populations exposed to fluoride at the MCLG. Thus, to answer the question of whether EPA's MCLG protects the general public from stage II and stage III skeletal fluorosis, the committee compared pharmacokinetic model predictions of bone fluoride concentrations and historical data on iliac-crest bone fluoride concentrations associated with the different stages of skeletal fluorosis. The models estimated that bone fluoride concentrations resulting from lifetime exposure to fluoride in drinking water at 2 mg/L (4,000 to 5,000 mg/kg ash) or 4 mg/L (10,000 to 12,000 mg/kg ash) fall within or exceed the ranges historically associated with stage II and stage III skeletal fluorosis (4,300 to 9,200 mg/kg ash and 4,200 to 12,700 mg/kg ash, respectively). However, this comparison alone is insufficient for determining whether stage II or III skeletal fluorosis is a risk for populations exposed to fluoride at 4 mg/L, because bone fluoride concentrations and the levels at which skeletal fluorosis occurs vary widely. On the basis of the existing epidemiologic literature, stage III skeletal fluorosis appears to be a rare condition in the United Sates; furthermore, the committee could not determine whether stage II skeletal fluorosis is occurring in U.S. residents who drink water with fluoride at 4 mg/L. Thus, more research is needed to clarify the relationship between fluoride ingestion, fluoride concentrations in bone, and stage of skeletal fluorosis before any conclusions can be drawn.

**Bone Fractures**

Several epidemiologic studies of fluoride and bone fractures have been published since the 1993 NRC review. The committee focused its review on observational studies of populations exposed to drinking water containing fluoride at 2 to 4 mg/L or greater and on clinical trials of fluoride (20-34 mg/day) as a treatment for osteoporosis. Several strong observational studies indicated an increased risk of bone fracture in populations exposed to fluoride at 4 mg/L, and the results of other studies were qualitatively consistent with that finding. The one study using serum fluoride concentrations found no appreciable relationship to fractures. Because serum fluoride concentrations may not be a good measure of bone fluoride concentrations or long-term exposure, the ability to show an association might have been diminished in that study. A meta-analysis of randomized clinical trials reported an elevated risk of new nonvertebral fractures and a slightly decreased risk of vertebral

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

fractures after 4 years of fluoride treatment. An increased risk of bone fracture was found among a subset of the trials that the committee found most informative for assessing long-term exposure. Although the duration and concentrations of exposure to fluoride differed between the observational studies and the clinical trials, bone fluoride content was similar (6,200 to more than 11,000 mg/kg ash in observational studies and 5,400 to 12,000 mg/kg ash in clinical trials).

Fracture risk and bone strength have been studied in animal models. The weight of evidence indicates that, although fluoride might increase bone volume, there is less strength per unit volume. Studies of rats indicate that bone strength begins to decline when fluoride in bone ash reaches 6,000 to 7,000 mg/kg. However, more research is needed to address uncertainties associated with extrapolating data on bone strength and fractures from animals to humans. Important species differences in fluoride uptake, bone remodeling, and growth must be considered. Biochemical and physiological data indicate a biologically plausible mechanism by which fluoride could weaken bone. In this case, the physiological effect of fluoride on bone quality and risk of fracture observed in animal studies is consistent with the human evidence.

Overall, there was consensus among the committee that there is scientific evidence that under certain conditions fluoride can weaken bone and increase the risk of fractures. The majority of the committee concluded that lifetime exposure to fluoride at drinking-water concentrations of 4 mg/L or higher is likely to increase fracture rates in the population, compared with exposure to 1 mg/L, particularly in some demographic subgroups that are prone to accumulate fluoride into their bones (e.g., people with renal disease). However, 3 of the 12 members judged that the evidence only supports a conclusion that the MCLG *might not* be protective against bone fracture. Those members judged that more evidence is needed to conclude that bone fractures occur at an appreciable frequency in human populations exposed to fluoride at 4 mg/L and that the MCLG is not *likely* to be protective.

There were few studies to assess fracture risk in populations exposed to fluoride at 2 mg/L in drinking water. The best available study, from Finland, suggested an increased rate of hip fracture in populations exposed to fluoride at concentrations above 1.5 mg/L. However, this study alone is not sufficient to judge fracture risk for people exposed to fluoride at 2 mg/L. Thus, no conclusions could be drawn about fracture risk or safety at 2 mg/L.

### Reproductive and Developmental Effects

A large number of reproductive and developmental studies in animals have been conducted and published since the 1993 NRC report, and the

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

overall quality of that database has improved significantly. Those studies indicated that adverse reproductive and developmental outcomes occur only at very high concentrations that are unlikely to be encountered by U.S. populations. A few human studies suggested that high concentrations of fluoride exposure might be associated with alterations in reproductive hormones, effects on fertility, and developmental outcomes, but design limitations make those studies insufficient for risk evaluation.

### Neurotoxicity and Neurobehavioral Effects

Animal and human studies of fluoride have been published reporting adverse cognitive and behavioral effects. A few epidemiologic studies of Chinese populations have reported IQ deficits in children exposed to fluoride at 2.5 to 4 mg/L in drinking water. Although the studies lacked sufficient detail for the committee to fully assess their quality and relevance to U.S. populations, the consistency of the results appears significant enough to warrant additional research on the effects of fluoride on intelligence.

A few animal studies have reported alterations in the behavior of rodents after treatment with fluoride, but the committee did not find the changes to be substantial in magnitude. More compelling were studies on molecular, cellular, and anatomical changes in the nervous system found after fluoride exposure, suggesting that functional changes could occur. These changes might be subtle or seen only under certain physiological or environmental conditions. More research is needed to clarify the effect of fluoride on brain chemistry and function.

### Endocrine Effects

The chief endocrine effects of fluoride exposures in experimental animals and in humans include decreased thyroid function, increased calcitonin activity, increased parathyroid hormone activity, secondary hyperparathyroidism, impaired glucose tolerance, and possible effects on timing of sexual maturity. Some of these effects are associated with fluoride intake that is achievable at fluoride concentrations in drinking water of 4 mg/L or less, especially for young children or for individuals with high water intake. Many of the effects could be considered subclinical effects, meaning that they are not adverse health effects. However, recent work on borderline hormonal imbalances and endocrine-disrupting chemicals indicated that adverse health effects, or increased risks for developing adverse effects, might be associated with seemingly mild imbalances or perturbations in hormone concentrations. Further research is needed to explore these possibilities.

Copyright National Academy of Sciences. All rights reserved.

### Effects on Other Organ Systems

The committee also considered effects on the gastrointestinal system, kidneys, liver, and immune system. There were no human studies on drinking water containing fluoride at 4 mg/L in which gastrointestinal, renal, hepatic, or immune effects were carefully documented. Case reports and in vitro and animal studies indicated that exposure to fluoride at concentrations greater than 4 mg/L can be irritating to the gastrointestinal system, affect renal tissues and function, and alter hepatic and immunologic parameters. Such effects are unlikely to be a risk for the average individual exposed to fluoride at 4 mg/L in drinking water. However, a potentially susceptible subpopulation comprises individuals with renal impairments who retain more fluoride than healthy people do.

### Genotoxicity and Carcinogenicity

Many assays have been performed to assess the genotoxicity of fluoride. Since the 1993 NRC review, the most significant additions to the database are in vivo assays in human populations and, to a lesser extent, in vitro assays with human cell lines and in vivo experiments with rodents. The results of the in vivo human studies are mixed. The results of in vitro tests are also conflicting and do not contribute significantly to the interpretation of the existing database. Evidence on the cytogenetic effects of fluoride at environmental concentrations is contradictory.

Whether fluoride might be associated with bone cancer has been a subject of debate. Bone is the most plausible site for cancer associated with fluoride because of its deposition into bone and its mitogenic effects on bone cells in culture. In a 1990 cancer bioassay, the overall incidence of osteosarcoma in male rats exposed to different amounts of fluoride in drinking water showed a positive dose-response trend. In a 1992 study, no increase in osteosarcoma was reported in male rats, but most of the committee judged the study to have insufficient power to counter the evidence for the trend found in the 1990 bioassay.

Several epidemiologic investigations of the relation between fluoride and cancer have been performed since the 1993 evaluation, including both individual-based and ecologic studies. Several studies had significant methodological limitations that made it difficult to draw conclusions. Overall, the results are mixed, with some studies reporting a positive association and others no association.

On the basis of the committee's collective consideration of data from humans, genotoxicity assays, and studies of mechanisms of action in cell systems (e.g., bone cells in vitro), the evidence on the potential of fluoride to initiate or promote cancers, particularly of the bone, is tentative and

Copyright National Academy of Sciences. All rights reserved.

mixed. Assessing whether fluoride constitutes a risk factor for osteosarcoma is complicated by the rarity of the disease and the difficulty of characterizing biologic dose because of the ubiquity of population exposure to fluoride and the difficulty of acquiring bone samples in nonaffected individuals.

A relatively large hospital-based case-control study of osteosarcoma and fluoride exposure is under way at the Harvard School of Dental Medicine and is expected to be published in 2006. That study will be an important addition to the fluoride database, because it will have exposure information on residence histories, water consumption, and assays of bone and toenails. The results of that study should help to identify what future research will be most useful in elucidating fluoride's carcinogenic potential.

## DRINKING-WATER STANDARDS

### Maximum-Contaminant-Level Goal

In light of the collective evidence on various health end points and total exposure to fluoride, the committee concludes that EPA's MCLG of 4 mg/L should be lowered. Lowering the MCLG will prevent children from developing severe enamel fluorosis and will reduce the lifetime accumulation of fluoride into bone that the majority of the committee concludes is likely to put individuals at increased risk of bone fracture and possibly skeletal fluorosis, which are particular concerns for subpopulations that are prone to accumulating fluoride in their bones.

To develop an MCLG that is protective against severe enamel fluorosis, clinical stage II skeletal fluorosis, and bone fractures, EPA should update the risk assessment of fluoride to include new data on health risks and better estimates of total exposure (relative source contribution) for individuals. EPA should use current approaches for quantifying risk, considering susceptible subpopulations, and characterizing uncertainties and variability.

### Secondary Maximum Contaminant Level

The prevalence of severe enamel fluorosis is very low (near zero) at fluoride concentrations below 2 mg/L. From a cosmetic standpoint, the SMCL does not completely prevent the occurrence of moderate enamel fluorosis. EPA has indicated that the SMCL was intended to reduce the severity and occurrence of the condition to 15% or less of the exposed population. The available data indicate that fewer than 15% of children will experience moderate enamel fluorosis of aesthetic concern (discoloration of the front teeth) at that concentration. However, the degree to which moderate enamel fluorosis might go beyond a cosmetic effect to create an adverse psychological effect or an adverse effect on social functioning is not known.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

## OTHER PUBLIC HEALTH ISSUES

The committee's conclusions regarding the potential for adverse effects from fluoride at 2 to 4 mg/L in drinking water do not address the lower exposures commonly experienced by most U.S. citizens. Fluoridation is widely practiced in the United States to protect against the development of dental caries; fluoride is added to public water supplies at 0.7 to 1.2 mg/L. The charge to the committee did not include an examination of the benefits and risks that might occur at these lower concentrations of fluoride in drinking water.

## RESEARCH NEEDS

As noted above, gaps in the information on fluoride prevented the committee from making some judgments about the safety or the risks of fluoride at concentrations of 2 to 4 mg/L. The following research will be useful for filling those gaps and guiding revisions to the MCLG and SMCL for fluoride.

- Exposure assessment
  — Improved assessment of exposure to fluoride from all sources is needed for a variety of populations (e.g., different socioeconomic conditions). To the extent possible, exposures should be characterized for individuals rather than communities, and epidemiologic studies should group individuals by exposure level rather than by source of exposure, location of residence, or fluoride concentration in drinking water. Intakes or exposures should be characterized with and without normalization for body weight. Fluoride should be included in nationwide biomonitoring surveys and nutritional studies; in particular, analysis of fluoride in blood and urine samples taken in these surveys would be valuable.
- Pharmacokinetic studies
  — The concentrations of fluoride in human bone as a function of exposure concentration, exposure duration, age, sex, and health status should be studied. Such studies would be greatly aided by noninvasive means of measuring bone fluoride. Information is particularly needed on fluoride plasma and bone concentrations in people with small-to-moderate changes in renal function as well as in those with serious renal deficiency.
  — Improved and readily available pharmacokinetic models should be developed. Additional cross-species pharmacokinetic comparisons would help to validate such models.
- Studies of enamel fluorosis
  — Additional studies, including longitudinal studies, should be done in U.S. communities with water fluoride concentrations greater than 1 mg/L.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

These studies should focus on moderate and severe enamel fluorosis in relation to caries and in relation to psychological, behavioral, and social effects among affected children, their parents, and affected children after they become adults.

— Methods should be developed and validated to objectively assess enamel fluorosis. Consideration should be given to distinguishing between staining or mottling of the anterior teeth and of the posterior teeth so that aesthetic consequences can be more easily assessed.

— More research is needed on the relation between fluoride exposure and dentin fluorosis and delayed tooth eruption patterns.

• Bone studies

— A systematic study of clinical stage II and stage III skeletal fluorosis should be conducted to clarify the relationship between fluoride ingestion, fluoride concentration in bone, and clinical symptoms.

— More studies of communities with drinking water containing fluoride at 2 mg/L or more are needed to assess potential bone fracture risk at these higher concentrations. Quantitative measures of fracture, such as radiologic assessment of vertebral body collapse, should be used instead of self-reported fractures or hospital records. Moreover, if possible, bone fluoride concentrations should be measured in long-term residents.

• Other health effects

— Carefully conducted studies of exposure to fluoride and emerging health parameters of interest (e.g., endocrine effects and brain function) should be performed in populations in the United States exposed to various concentrations of fluoride. It is important that exposures be appropriately documented.

Copyright National Academy of Sciences. All rights reserved.

# 11

# Drinking Water Standards for Fluoride

The U.S. Environmental Protection Agency (EPA) has three standards for fluoride in drinking water: a maximum-contaminant-level goal (MCLG), a maximum contaminant level (MCL), and a secondary maximum contaminant level (SMCL). In this chapter, the committee reviews the MCLG and SMCL for fluoride, the two nonenforceable standards, for their scientific basis and adequacy for protecting the public from adverse effects. First, an overview of current procedures for establishing exposure standards is provided, and risk assessment issues that have developed since the original MCLG and SMCL for fluoride were established are discussed.

## CURRENT METHODS FOR SETTING STANDARDS FOR DRINKING WATER

To establish MCLGs for drinking water, EPA reviews studies of health effects of individual contaminants and uses the information to calculate an exposure level at which no known or anticipated adverse health effects would occur with an adequate margin of safety. MCLGs consider only public health and not the limits of detection or treatment technology, so they may be set at concentrations that water systems cannot achieve.

### Noncarcinogenic Contaminants

For noncarcinogenic chemicals, the MCLG is based on the reference dose, which is defined as an estimate (with uncertainty spanning perhaps an order of magnitude or greater) of a daily dose to the human population

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

(including susceptible subpopulations) that is likely to have no appreciable risk of deleterious health effects during a lifetime. The reference dose characterizes exposure conditions that are unlikely to cause noncancer health effects, which are typically assumed to have a threshold dose above which adverse health effects would be expected to occur.

Traditionally, reference doses are determined by identifying the most sensitive health effects that are relevant to the human, selecting a no-observed-adverse-effect level (NOAEL) or a lowest-observed-adverse-effect level (LOAEL), and dividing the NOAEL or LOAEL by one or more uncertainty factors to provide a margin of safety. Uncertainty factors are applied to address uncertainties with using experimental animal data for human effects (interspecies differences) to account for variable susceptibilities in the human population (intraspecies differences), to adjust for differences between the LOAEL and NOAEL when a LOAEL is used instead of a NOAEL (LOAEL-to-NOAEL extrapolation), to account for uncertainties with predicting chronic exposure effects on the basis of subchronic exposure studies (subchronic to chronic extrapolation), and to address uncertainties when the database on the chemical is inadequate. Sometimes a modifying factor is used to account for additional uncertainty not addressed by the standard uncertainty factors.

Typically, uncertainty factors are assigned values ranging from 1 to 10. If information about a factor is sparse and uncertainty is high, a default value of 10 is generally used. If information is available, the uncertainty factor might be reduced to 1. For an uncertainty factor that falls between 1 and 10, a factor of 3 is typically assigned, because 3 is the approximate logarithmic mean of 1 and 10, and it is assumed that the uncertainty factor is distributed lognormally (EPA 1994). To calculate a reference dose, the NOAEL or LOAEL is divided by the product of the uncertainty factors. EPA typically uses a maximum of 3,000 for the product of four uncertainty factors that individually are greater than 1 and a maximum of 10,000 with five uncertainty factors (Dourson 1994).

More recently, the benchmark dose is being used as the starting point for calculating reference doses. The benchmark dose is a dose with a specified low level of excess health risk, generally in the range of 1% to 10%, which can be estimated from data with little or no extrapolation outside the experimental dose range. Specifically, the benchmark dose is derived by modeling the data in the observed experimental range, selecting an incidence level within or near the observed range (e.g., the effective dose producing a 10% increased incidence of response), and determining the upper confidence limit on the model. To account for experimental variation, a lower confidence limit or uncertainty factors on the benchmark dose are used to ensure that the specified excess risk is not likely to be exceeded.

To derive an MCLG, the reference dose is multiplied by a typical adult

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

body weight of 70 kg and divided by an assumed daily water consumption of 2 L to yield a drinking water equivalent level. That level is multiplied by a percentage of the total daily exposure contributed by drinking water (usually 20%) to calculate the MCLG. EPA then uses the MCLG to set an enforceable standard (the MCL). The MCL is set as close to the MCLG as feasible.

### Carcinogenic Contaminants

EPA sets MCLGs of zero for contaminants that are known or probable human carcinogens. For chemicals judged to be possibly carcinogenic to humans, EPA has recently begun applying an uncertainty factor between 1 and 10 to the reference dose derived from noncancer health effects to determine some exposure standards, such as certain ambient water-quality criteria (EPA 2000d). EPA stipulates that the water concentrations estimated to result in $1 \times 10^{-6}$ to $1 \times 10^{-5}$ excess cancer risks should also be compared with the reference dose.

## NEW RISK ASSESSMENT CONSIDERATIONS

Since the fluoride MCLG and SMCL were originally issued, there have been a number of developments in risk assessment. A few of those issues were described above in the discussion of current risk assessment practices (e.g., use of benchmark dose). Below, a few specific issues relevant to the committee's review of the drinking water standards for fluoride are discussed, including advances in carcinogenicity assessment, relative source contribution, special considerations for children, and explicit treatment of uncertainty and variability.

### Carcinogenicity Assessment

In 2005, EPA issued its new *Guidelines for Carcinogen Risk Assessment* (EPA 2005a) as a replacement for its 1986 guidelines (EPA 1986). The revised guidelines were issued partly to address changes in the understanding of the variety of ways in which carcinogens can operate. For example, the guidelines provide a framework that allows all relevant biological information to be incorporated and the flexibility to consider future scientific advances.

The guidelines provide several options for constructing the dose-response relationship, in contrast to the single default dose-response relationship of the 1986 cancer guidelines. Biologically based extrapolation is the preferred approach for quantifying risk. It involves extrapolating from animals to humans based on a similar underlying mode of action. However,

Copyright National Academy of Sciences. All rights reserved.

in the absence of data on the parameters used in such models, the guidelines allow for alternative quantitative methods. In the default approaches, response data are modeled in the range of observation and then the point of departure or the range of extrapolation below the range of observation is determined. In addition to modeling tumor data, other kinds of responses are modeled if they are considered measures of carcinogenic risk. Three default approaches—linear, nonlinear, and both—are provided. Curve fitting in the observed range provides the effective dose corresponding to the lower 95% limit on a dose associated with a low level of response (usually in the range of 1% to 10%). That dose is then used as a point of departure for extrapolating the origin as the linear default or for a margin of exposure as the nonlinear default.

Other modifications of interest in the new guidelines include the following:

- All biological information and not just tumor findings is considered in the hazard-assessment phase of risk assessment.
- Mode of action is emphasized to reduce the uncertainty in describing the likelihood of harm and in determining the dose-response approaches.
- A weight-of-evidence narrative replaces the 1986 alphanumeric classification categories. The narrative describes the key evidence, potential modes of action, conditions of hazard expression, and key default options used.
- Direction is provided on how the overall conclusion and the confidence about risk are presented and a call is made for assumptions and uncertainties to be clearly explained.

### Relative Source Contribution

EPA has developed a relative source contribution policy for assessing total human exposure to a contaminant. Under this policy, nonwater sources of exposure are considered in development of the reference dose. The percentage of total exposure typically accounted for by drinking water is applied to the reference dose to determine the maximum amount of the reference dose "apportioned" to drinking water reflected by the MCLG value. In the drinking water program, the MCLG cannot account for more than 80% or for less than 20% of the reference dose (EPA 2000d). Typically, a conservative approach is used by applying a relative source contribution factor of 20% to the reference dose when exposure data are inadequate. It is assumed that the major portion (80%) of the total exposure comes from other sources, such as the diet. This policy contrasts with past "subtraction" methods of determining relative source contributions, in which

Copyright National Academy of Sciences. All rights reserved.

sources of exposure other than drinking water were subtracted from the reference dose.

In EPA's *Methodology for Deriving Ambient Water Quality Criteria for the Protection of Human Health*, a process called the exposure decision tree (Figure 11-1) is proposed as another means for determining relative source



**FIGURE 11-1** Exposure Decision Tree for Defining Proposed Reference Dose Apportionment. SOURCE: EPA 2000d. Abbreviations: POD, point of departure; UF, uncertainty factor

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

contributions (EPA 2000d). This method considers the adequacy of available exposure data, levels of exposure, relevant sources/media of exposure, and regulatory agendas. The exposure decision tree approach offers flexibility in the reference dose apportionment among sources of exposure and uses chemical information (e.g., chemical and physical properties, uses of the chemical, environmental fate and transformation, likelihood of occurrence in various media) when monitoring data are inadequate. The process also allows for use of either the subtraction or the percentage method to account for other exposures, depending on whether one or more health-based criterion is relevant for the chemical in question. The subtraction method can be used when only one criterion is relevant to a chemical. In those cases, other sources of exposure can be considered "background" and can be subtracted from the reference dose (EPA 2000d).

### Risk to Children

In 1996, EPA's Office of the Administrator issued *Environmental Health Threats to Children* (EPA 1996b) and set an agenda that called for considering children's risks in all EPA actions. Children are considered a special subpopulation because their health risks can differ from those of adults as a result of their immature physiology, metabolism, and differing levels of exposure due to factors such as greater food consumption per unit of body weight and outdoor play activities. Different levels of exposure for children are typically considered in risk assessments, but the underlying toxicity database often does not specifically address effects on children. Such limitations in toxicity data are typically addressed by applying uncertainty factors to protect susceptible populations. In 2005, EPA issued special guidance for assessing susceptibility to carcinogens during early life stages (EPA 2005b).

## FLUORIDE STANDARDS

### Maximum-Contaminant-Level Goal

In 1986, EPA established an MCLG for fluoride of 4 mg/L to protect against "crippling" (clinical stage III) skeletal fluorosis. At that time, a reference dose for fluoride was not available, and the MCLG was calculated from a LOAEL of 20 mg/day estimated from case studies (Moller and Gudjonsson 1932), the assumption that adult water intake is 2 L per day, and the application of a safety factor of 2.5. EPA selected the safety factor to establish an MCLG that was in agreement with a recommendation from the U.S. Surgeon General (see Chapter 1).

The committee considered three toxicity end points for which there were sufficient relevant data for assessing the adequacy of the MCLG for

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

fluoride to protect public health: severe enamel fluorosis, skeletal fluorosis, and bone fractures.

## Severe Enamel Fluorosis

In the past, moderate to severe forms of enamel fluorosis were considered to be aesthetically displeasing but not adverse to health, largely because there was no direct evidence that moderate-to-severe enamel fluorosis, as observed in the United States, had resulted in tooth loss, loss of tooth function, or psychological problems. In reviewing the collective evidence, the committee considered moderate and severe forms of the condition separately. Severe enamel fluorosis is characterized by enamel loss and pitting. This damage compromises enamel's protective barrier and can make the teeth more susceptible to environmental stresses and to caries formation because it allows bacteria, plaque, and food particles to become entrapped in the enamel. Caries is dental decay caused by bacterial infection. When the infection goes unchecked, cavities may form that can cause toothache and tooth sensitivity to temperature and sweets. If cavities are untreated, the infection can lead to abscess, destruction of bone, and spread of the infection to other parts of the body (USDHHS 2000). While increased risk of caries has not been firmly established, the majority of the committee found that destruction of the enamel and the clinical practice of treating the condition even in the absence of caries provide additional lines of evidence for concluding that severe enamel fluorosis is an adverse health effect. Severe enamel fluorosis occurs at an appreciable frequency, approximately 10% on average, among children in U.S. communities with water fluoride concentrations at or near the current MCLG of 4 mg/L. Thus, the committee concludes that the MCLG of 4 mg/L is not protective against severe enamel fluorosis.

Two of the 12 members of the committee did not agree that severe enamel fluorosis should now be considered an adverse health effect. They agreed that it is an adverse dental effect but found that no new evidence has emerged to suggest a link between severe enamel fluorosis, as experienced in the United States, and a person's ability to function. They judged that demonstration of enamel defects alone from fluorosis is not sufficient to change the prevailing opinion that severe enamel fluorosis is an adverse cosmetic effect. Despite their disagreement on characterization of the condition, these two members concurred with the committee's conclusion that the MCLG should prevent the occurrence of this unwanted condition.

Strong evidence exits that the prevalence of severe enamel fluorosis is nearly zero at water fluoride concentrations to below 2 mg/L. For example, Horowitz et al. (1972) found that partial defluorination of drinking water from 6.7 mg/L to slightly below 2 mg/L prevented severe enamel fluorosis. Moderate forms of enamel fluorosis decreased from 42% to 3%.

Copyright National Academy of Sciences. All rights reserved.

**Skeletal Fluorosis**

Skeletal fluorosis is a bone and joint condition associated with prolonged exposure to high concentrations of fluoride. Fluoride increases bone density and appears to exacerbate the growth of osteophytes in the bone and joints, which leads to the radiological characteristics of the condition and associated pain. Crippling skeletal fluorosis (or clinical stage III) is the current basis of EPA's MCLG. The term crippling historically has been used to describe alterations in bone architecture and calcification of tissues that progress to the degree that they limit an individual's range of motion.

The committee judges that stage II skeletal fluorosis (the stage before mobility is significantly affected) should also be considered an adverse health effect. This stage is characterized by chronic joint pain, arthritic symptoms, slightly calcified ligaments, increased osteosclerosis/cancellous bones, and possibly osteoporosis of long bones (PHS 1991). No new studies and few clinical cases of skeletal fluorosis in healthy U.S. populations have been reported in recent decades. To determine whether EPA's MCLG protects the general public from stage II and stage III skeletal fluorosis, the committee compared pharmacokinetic predictions of bone-fluoride concentrations and historical data on iliac-crest bone-fluoride concentrations associated with the different stages of skeletal fluorosis. It found that bone-fluoride concentrations estimated to be achieved from lifetime exposure to fluoride at 4 mg/L (10,000 to 12,000 milligrams per kilogram [mg/kg] ash) fall within or exceed the ranges historically associated with stage II and stage III skeletal fluorosis (4,300 to 9,200 gm/kg ash and 4,200 to 12,700 mg/kg ash, respectively). This suggests that the MCLG might not protect all individuals from the adverse stages of the condition. However, stage III skeletal fluorosis appears to be a rare condition in the United States, and the existing epidemiologic evidence is insufficient for determining whether stage II skeletal fluorosis is occurring in U.S. residents. Thus, before any conclusions can be drawn, more research is needed to clarify the relationship between fluoride ingestion, fluoride concentrations in bone, and stage of skeletal fluorosis.

**Bone Fractures**

The database on fluoride's effects on bone fractures has expanded since the earlier National Research Council (NRC) review. A number of observational studies have compared bone fracture rates between populations exposed to different concentrations of fluoride in drinking water. The committee focused its review on studies involving exposure to fluoride near or within the range of 2 to 4 mg/L. Several strong studies (Sowers et al. 1991; Kurttio et al. 1999; Li et al. 2001) indicated an increased risk of bone fracture, and the results of other studies (Sowers et al. 1986; Alarcón-Herrera et

Copyright National Academy of Sciences. All rights reserved.

*348* *FLUORIDE IN DRINKING WATER*

al. 2001) were qualitatively consistent with that finding. The one study using serum fluoride concentrations found no appreciable relationship to fractures (Sowers et al. 2005). Because serum fluoride concentrations may not be a good measure of bone fluoride concentrations or long-term exposure, the ability to show an association might have been diminished.

A larger database on clinical trials of fluoride as an osteoporosis treatment was also reviewed. A meta-analysis of randomized clinical trials of fluoride reported an elevated risk of new nonvertebral fractures (1.85, 95% CI = 1.36, 2.50) and a slightly decreased risk of vertebral fractures (0.90, 95% CI = 0.71, 1.14) after 4 years (Haguenauer et al. 2000). An increased risk of bone fracture was found among those studies. Although the doses of fluoride were higher in the clinical trials than were experienced by people drinking water with fluoride at 4 mg/L, the length of exposure was shorter. Although comparison of these sets of data involves several assumptions, the ranges of estimated concentrations of bone fluoride were similar in the clinical trials (5,400 to 12,000 mg/kg ash) and observational studies (6,200 to >1,000 mg/kg ash). Pharmacokinetic modeling indicates that these concentrations of fluoride in bone could result from lifetime exposure to fluoride at 4 mg/L in drinking water.

Fracture risk and bone strength have been studied in animal models. The studies have shown that fluoride increases bone mass but results about its effect on the strength of bone are conflicting. Some investigators have reported a biphasic effect on bone strength (Beary 1969; Rich and Feist 1970; Turner et al. 1992), with lower concentrations of fluoride increasing strength and higher concentrations reducing it, but others have not found this effect (Turner et al. 1995). The weight of the evidence from laboratory studies indicates that, although fluoride might increase bone volume, strength per unit volume is lower. Studies of rats indicate that bone strength begins to decline when fluoride in bone ash reaches the range of 6,000 to 7,000 mg/kg (Turner et al. 1992). Studies in rabbits have shown that fluoride might decrease bone strength by altering the structural integrity of the bone microarchitecture (Turner et al. 1997; Chachra et al. 1999). However, more research is needed to address uncertainties associated with extrapolating animal data on bone strength and fractures to humans.

Overall, there was consensus among the committee that there is scientific evidence that under certain conditions fluoride can weaken bone and increase the risk of fractures. The majority of the committee concluded that lifetime exposure to fluoride at drinking water concentrations of 4 mg/L or higher is likely to increase fracture rates in the population, compared with exposure to 1 mg/L, particularly in some demographic subgroups that are prone to accumulate fluoride in their bones (e.g., people with renal disease). However, 3 of the 12 members judged that the evidence only supported a conclusion that the MCLG *might not* be protective against bone fracture.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

These members judge that more evidence is needed that bone fractures occur at an appreciable frequency in human populations exposed to fluoride at 4 mg/L before drawing a conclusion that the MCLG is *likely* to be not protective.

## Secondary Maximum Contaminant Level

EPA established an SMCL of 2 mg/L on the basis of cosmetically "objectionable" enamel fluorosis, defined as discoloration and/or pitting of teeth. The SMCL was selected to prevent objectionable enamel fluorosis in a significant portion of the population. EPA reviewed data on the prevalence of moderate and severe enamel fluorosis and found that, at a fluoride concentration of 2 mg/L in drinking water, the prevalence of moderate fluorosis ranged from 4% to 15% and that severe cases were observed at concentrations above 2.5 mg/L. Because of the anticaries properties of fluoride, EPA judged 2 mg/L to be an adequate upper-boundary guideline to limit the occurrence of objectionable enamel fluorosis and provide some anticaries benefit. The SMCL is not a recommendation to add fluoride to drinking water. The SMCL is a guideline for naturally occurring fluoride to be used by the states for reducing the occurrence and severity of enamel fluorosis, a condition considered by EPA to be a cosmetic condition. If fluoride in a community water system exceeds the SMCL but not the regulatory MCL, a notice about the potential risk of enamel fluorosis must be sent to all customers served by the system. The committee evaluated the SMCL only in terms of its protection against adverse cosmetic and health effects, including enamel fluorosis, skeletal fluorosis, and bone fracture. Prevention of caries was not evaluated.

### Enamel Fluorosis

The committee considers moderate enamel fluorosis to be a cosmetic effect, because the available data are inadequate for categorizing the moderate form as adverse to health on the basis of structural or psychological effects. There are no studies since 1993 to assess the prevalence of enamel fluorosis at 2 mg/L, but previous reports have shown a distinct increase (approximately 15%) in moderate enamel fluorosis around 2 mg/L. Thus, the SMCL will not completely prevent the occurrence of moderate enamel fluorosis. As noted above, SMCL was intended to reduce the severity and occurrence of the condition to 15% or less of the exposed population. The available data indicates that less than 15% of children would experience moderate enamel fluorosis of aesthetic concern (discoloration of the front teeth). However, the degree to which moderate enamel fluorosis might go

Copyright National Academy of Sciences. All rights reserved.

beyond a cosmetic effect to create an adverse psychological effect or an adverse effect on social functioning is not known.

While a few cases of severe enamel fluorosis occasionally have been reported in populations exposed at 2 mg/L, it appears that other sources of exposure to fluoride or other factors contributed to the condition. For example, similar rates of severe enamel fluorosis were reported in populations exposed to negligible amounts of fluoride in drinking water and in populations exposed at 2 mg/L (Selwitz et al. 1995; Kumar and Swango 1999; Nowjack-Raymer et al. 1995). Thus, the committee concludes that the SMCL of 2 mg/L adequately protects the public from the most severe stage of the condition (enamel pitting).

**Skeletal Fluorosis**

Few new data are available on skeletal fluorosis in populations exposed to fluoride in drinking water at 2 mg/L. Thus, the committee's evaluation was based on new estimates of the accumulation of fluoride into bone (iliac crest/pelvis) at that concentration (on average 4,000 to 5,000 mg/kg ash) and historical information on stage II skeletal fluorosis (4,300 to 9,200 mg/kg ash). A comparison of the bone concentrations indicates that lifetime exposure at the SMCL could lead to bone fluoride concentrations that historically have been associated with stage II skeletal fluorosis. However, as noted above, the existing epidemiologic evidence is insufficient for determining whether stage II skeletal fluorosis is occurring in U.S. residents, so no quantitative conclusions could be made about risks or safety at 2-mg/L exposures.

**Bone Fracture**

There were few studies to assess bone fracture risk in populations exposed to fluoride at 2 mg/L in drinking water. The best available study was from Finland, which provided data that suggested an increased rate of hip fracture in populations exposed to fluoride at >1.5 mg/L (Kurttio et al. 1999). However, this study alone is not sufficient to base judgment of fracture risk for people exposed to fluoride at 2 mg/L in drinking water. Thus, no quantitative conclusions could be drawn about fracture risk or safety at the SMCL.

### Susceptible Subpopulations

Populations in need of special consideration when determining the MCLG and SMCL for fluoride include those at risk because their exposure to fluoride is greater than that of the average person or because they are

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 31 of 334

*DRINKING WATER STANDARDS FOR FLUORIDE*                                    351

particularly vulnerable to the effects of fluoride. The first category includes people who consume much larger volumes of water than assumed by EPA, such as athletes and outdoor workers, who consume large volumes of water to replace fluids lost because of strenuous activity, and people with medical conditions that cause them to consume excessive amounts of water (e.g., diabetes insipidus). Individuals who consume well over 2 L of water per day will accumulate more fluoride and reach critical bone concentrations before the average water drinker exposed to the same concentration of fluoride in drinking water. In Chapter 2, it was estimated that for high-water-intake individuals, drinking water would contribute 92% to 98% of the exposure to fluoride at 4 mg/L and 86% to 96% at 2 mg/L. Another consideration is individuals who are exposed to other significant sources of fluoride, such as occupational, industrial, and therapeutic sources.

There are also environmental, metabolic, and disease conditions that cause more fluoride to be retained in the body. For example, fluoride retention might be affected by environments or conditions that chronically affect urinary pH, including diet, drugs, altitude, and certain diseases (e.g., chronic obstructive pulmonary disease) (reviewed by Whitford 1996). It is also affected by renal function, because renal excretion is the primary route of fluoride elimination. Age and health status can affect renal excretion. Individuals with renal disease are of particular concern because their ability to excrete fluoride can be seriously inhibited, causing greater uptake of fluoride into their bones. However, the available data are insufficient to provide quantitative estimates of the differences between healthy individuals and people with renal disease.

Another category of individuals in need of special consideration includes those who are particularly susceptible or vulnerable to the effects of fluoride. For example, children are vulnerable for developing enamel fluorosis, because the condition occurs only when there is exposure while teeth are being formed (the pre-eruption stages). Thus, children up to the age of 8 are the susceptible subpopulation of concern for that end point. The elderly are another population of concern because of their long-term accumulation of fluoride into their bones. There are also medical conditions that can make people more susceptible to the effects of fluoride.

### Relative Source Contribution

At the time the MCLG was established for fluoride, a reference dose was not available and the MCLG was calculated directly from available data rather than as an apportioned part of the reference dose. In Chapter 2, the committee shows that at 4 mg/L, drinking water is the primary contributor to total fluoride exposure, ranging from 72% to 94% for average-water-intake individuals and from 92% to 98% for high-water-intake individuals.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 32 of 334

At 2 mg/L, drinking water contributes 57% to 90% for average-water-intake individuals and 86% to 96% for high-water-intake individuals. Thus, it is important that future revisions to the MCLG take into consideration that water is a significant, and sometimes the most significant, source of exposure to fluoride.

## FINDINGS AND RECOMMENDATIONS

### Maximum-Contaminant-Level Goal

In light of the collective evidence on various health end points and total exposure to fluoride, the committee concludes that EPA's MCLG of 4 mg/L should be lowered. Lowering the MCLG will prevent children from developing severe enamel fluorosis and will reduce the lifetime accumulation of fluoride into bone that the majority of the committee concluded is likely to put individuals at increased risk of bone fracture and possibly skeletal fluorosis, which are particular concerns for subpopulations that are prone to accumulating fluoride in their bone.

**Recommendation: To develop an MCLG that is protective of severe enamel fluorosis, clinical stage II skeletal fluorosis, and bone fractures, EPA should update the risk assessment of fluoride to include new data on health risks and better estimates of total exposure (relative source contribution) in individuals and to use current approaches to quantifying risk, considering susceptible subpopulations, and characterizing uncertainties and variability.**

### Secondary Maximum Contaminant Level

The prevalence of severe enamel fluorosis is very low (near zero) at fluoride concentrations below 2 mg/L. However, from a cosmetic standpoint, the SMCL does not completely prevent the occurrence of moderate enamel fluorosis. EPA has indicated that the SMCL was intended to reduce the severity and occurrence of the condition to 15% or less of the exposed population. The available data indicates that fewer than 15% of children would experience moderate enamel fluorosis of aesthetic concern (discoloration of the front teeth). However, the degree to which moderate enamel fluorosis might go beyond a cosmetic effect to create an adverse psychological effect or an adverse effect on social functioning is not known.

**Recommendations: Additional studies, including longitudinal studies, of the prevalence and severity of enamel fluorosis should be done in U.S. communities with fluoride concentrations greater than**

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

1 mg/L. These studies should focus on moderate and severe enamel fluorosis in relation to caries and in relation to psychological, behavioral, and social effects among affected children, among their parents, and among affected children after they become adults.

To better define the aesthetics of enamel fluorosis, methods should be developed and validated to objectively assess enamel fluorosis. Staining and mottling of the anterior teeth should be distinguished from staining of the posterior teeth so that aesthetic consequences can be more easily assessed.

Copyright National Academy of Sciences. All rights reserved.

# References

Aardema, M.J., and T. Tsutsui. 1995. Sodium fluoride-induced chromosome aberrations in different cell cycle stages. Mutat. Res. 331(1):171-172.

Abboud, T.K., L. D'Onofrio, A. Reyes, P. Mosaad, J. Zhu, M. Mantilla, H. Gangolly, D. Crowell, M. Cheung, A. Afrasiabi, N. Khoo, J. Davidson, Z. Steffens, and N. Zaki. 1989. Isoflurane or halothane for cesarean section: Comparative maternal and neonatal effects. Acta Anaesthesiol. Scand. 33(7):578-581.

ADA (American Dental Association). 2005. Fluoridation facts. Chicago, IL: American Dental Association.

Adachi, J.D., M.J. Bell, W.G. Bensen, F. Bianchi, A. Cividino, R.J. Sebaldt, M. Gordon, G. Ioannidis, and C. Goldsmith. 1997. Fluoride therapy in prevention of rheumatoid arthritis induced bone loss. J. Rheumatol. 24(12):2308-2313.

Adair, S.M. 1999. Overview of the history and current status of fluoride supplementation schedules. J. Public Health Dent. 59(4):252-258.

Adair, S.M., W.P. Piscitelli, and C. McKnight-Hanes. 1997. Comparison of the use of a child and an adult dentifrice by a sample of preschool children. Pediatr. Dent. 19(2):99-103.

Adams, G.R. 1977. Physical attractiveness, personality, and social reactions to peer pressure. J. Psychol. 96(Part 2):287-296.

Adams, G.R., and T. Huston. 1975. Social perceptions of middle-aged persons varying in physical attractiveness. Dev. Psychol. 11:657-658.

Ahmad, R., and J.M. Hammond. 2004. Primary, secondary, and tertiary hyperparathyroidism. Otolaryngol. Clin. N. Am. 37(4):701-713.

Ahn, H.W., B. Fulton, D. Moxon, and E.H. Jeffery. 1995. Interactive effects of fluoride and aluminum uptake and accumulation in bones of rabbits administered both agents in their drinking water. J. Toxicol. Environ. Health 44(3):337-350.

Akano, A., and S.W. Bickler. 2003. Pineal gland calcification in sub-Saharan Africa. Clin. Radiol. 58(4):336-337.

Akpata, E.S., Z. Fakiha, and N. Khan. 1997. Dental fluorosis in 12-15-year-old rural children exposed to fluorides from well drinking water in the Hail region of Saudi Arabia. Community Dent. Oral Epidemiol. 25(4):324-327.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

Al-Alousi, W., D. Jackson, G. Crompton, and O.C. Jenkins. 1975. Enamel mottling in a fluoride and in a non-fluoride community. Br. Dent. J. 138(1):9-15.

Alarcón-Herrera, M.T., I.R. Martín-Domínguez, R. Trejo-Vázquez, and S. Rodriguez-Dozal. 2001. Well water fluoride, dental fluorosis, and bone fractures in the Guadiana Valley of Mexico. Fluoride 34(2):139-149.

Albino, J.E., J.J. Cunat, R.N. Fox, E.A. Lewis, M.J. Slakter, and L.A. Tedesco. 1981. Variables discriminating individuals who seek orthodontic treatment. J. Dent. Res. 60(9):1661-1667.

Aleandri, V., V. Spina, and A. Ciardo. 1997. The role of the pineal body in the endocrine control of puberty [in Italian]. Minerva Ginecol. 49(1-2):43-48.

Alhava, E.M., H. Olkkonen, P. Kauranen, and T. Kari. 1980. The effect of drinking water fluoridation on the fluoride content, strength and mineral density of human bone. Acta Orthop. Scand. 51(3):413-420.

Al-Hiyasat, A.S., A.M. Elbetieha, and H. Darmani. 2000. Reproductive toxic effects of ingestion of sodium fluoride in female rats. Fluoride 33(2):79-84.

Allegood, J. 2005. Water treatment process called potential risk. Chemicals' mix with plumbing could put lead in tap water. The News & Observer. May 18, 2005 [online]. Available: http://www.newsobserver.com/news/health_science/story/2417101p-8794959c.html [accessed Sept. 20, 2005]

Allolio, B., and R. Lehmann. 1999. Drinking water fluoridation and bone. Exp. Clin. Endocrinol. Diabetes 107(1):12-20.

Almond, F.W. 1923. Letter from F.W. Almond, Director, Public Health Service, Boise, ID, to the Surgeon General, U.S. Public Health Service. November 5, 1923 (From the H. Trendley Dean Papers, MS C 468, The History of Medicine Division, National Library of Medicine).

Alonge, O.K., D.D. Williamson, and S. Narendran. 2000. Dental fluorosis among third graders in Harris County, Texas--1998 study findings. Tex. Dent. J. 117(9):22-29.

al-Wakeel, J.S., A.H. Mitwalli, S. Huraib, S. al-Mohaya, H. Abu-Aisha, A.R. Chaudhary, S.A. al-Majed, and N. Memon. 1997. Serum ionic fluoride levels in haemodialysis and continuous ambulatory peritoneal dialysis patients. Nephrol. Dial. Transplant. 12(7):1420-1424.

American Diabetes Association. 2004. Basic Diabetes Information [online]. Available: http://www.diabetes.org. [accessed Sept. 10, 2004].

Anbar, M., S. Guttmann, and Z. Lewitus. 1959. Effect of monofluorosulphonate, difluorophosphate and fluoroborate ions on the iodine uptake of the thyroid gland. Nature 183(4674):1517-1518.

Andersen, L., A. Richards, A.D. Care, H.M. Andersen, J. Kragstrup, and O. Fejerskov. 1986. Parathyroid glands, calcium, and vitamin D in experimental fluorosis in pigs. Calcif. Tissue Int. 38(4):222-226.

Anderson, R.E., D.M. Woodbury, and W.S. Jee. 1986. Humoral and ionic regulation of osteoclast activity. Cacif. Tissue Int. 39(4):252-258.

Anderson, S.E., G.E. Dallal, and A. Must. 2003. Relative weight and race influence average age at menarche: Results from two nationally representative surveys of U.S. girls studied 25 years apart. Pediatrics 111(4 Pt 1):844-850.

Ando, M., M. Tadano, S. Yamamoto, K. Tamura, S. Asanuma, T. Watanabe, T. Kondo, S. Sakurai, R. Ji, C. Liang, X. Chen, Z. Hong, and S. Cao. 2001. Health effects of fluoride pollution caused by coal burning. Sci. Total Environ. 271(1-3):107-116.

Angelillo, I.F., I. Torre, C.G. Nobile, and P. Villari. 1999. Caries and fluorosis prevalence in communities with different concentrations of fluoride in water. Caries Res. 33(2):114-122.

Angmar-Mansson, B., and G.M. Whitford. 1990. Environmental and physiological factors affecting dental fluorosis. J. Dent. Res. 69(Spec.):706-713.

Copyright National Academy of Sciences. All rights reserved.

*356*                                          *FLUORIDE IN DRINKING WATER*

Anisimov, V.N. 2003. The role of pineal gland in breast cancer development. Crit. Rev. Oncol. Hematol. 46(3):221-234.

Antich, P.P., C.Y. Pak, J. Gonzales, J. Anderson, K. Sakhaee, and C. Rubin. 1993. Measurement of intrinsic bone quality in vivo by reflection ultrasound: Correction of impaired quality with slow-release sodium fluoride and calcium citrate. J. Bone Miner. Res. 8(3):301-311.

Antonny, B., and M. Chabre. 1992. Characterization of the aluminum and beryllium fluoride species which activate transducin. Analysis of the binding and dissociation kinetics. J. Biol. Chem. 267(10):6710-6718.

Aoba, T., and O. Fejerskov. 2002. Dental fluorosis: Chemistry and biology. Crit. Rev. Oral. Biol. Med. 13(2):155-170.

Arendt, J. 2003. Importance and relevance of melatonin to human biological rhythms. J. Neuroendocrinol. 15(4):427-431.

Arnala, I., E.M. Alhava, and P. Kauranen. 1985. Effects of fluoride on bone in Finland. Histomorphometry of cadaver bone from low and high fluoride areas. Acta Orthop. Scand. 56(2):161-166.

Arnala, I., E.M. Alhava, R. Kivivuori, and P. Kauranen. 1986. Hip fracture incidence not affected by fluoridation. Osteofluorosis studied in Finland. Acta Orthop. Scand. 57(4):344-348.

Arnow, P.M., L.A. Bland, S. Garcia-Houchins, S. Fridkin, and S.K. Fellner. 1994. An outbreak of fatal fluoride intoxication in a long-term hemodialysis unit. Ann. Intern. Med. 121(5):339-344.

Arola, D., and R.K. Reprogel. 2005. Effects of aging on the mechanical behavior of human dentin. Biomaterials 26(18):4051-4061.

Assem, E.S., and B.Y. Wan. 1982. Stimulation of $H^+$ ion secretion from the isolated mouse stomach by sodium fluoride. Experientia 38(3):369-370.

ATSDR (Agency for Toxic Substances and Disease Registry). 1999. Toxicological Profile for Aluminum. U.S. Department of Health and Human Services, Public Health Service, Atlanta, GA. July 1999.

ATSDR (Agency for Toxic Substances and Disease Registry). 2002. Toxicological Profile for Beryllium. U.S. Department of Health and Human Services, Public Health Service, Atlanta, GA. September 2002.

ATSDR (Agency for Toxic Substances and Disease Registry). 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. U.S. Department of Health and Human Services, Public Health Service, Atlanta, GA. September 2003.

Austen, K.F., M. Dworetzky, R.S. Farr, G.B. Logan, S. Malkiel, E. Middleton Jr., M.M. Miller, R. Patterson, C.E. Reed, S.C. Siegel, and P.P. Van Arsdel Jr. 1971. A statement on the question of allergy to fluoride as used in the fluoridation of community water supplies. J. Allergy 47(6):347-348.

Avorn, J., and L.C. Niessen. 1986. Relationship between long bone fractures and water fluoridation. Gerodontics 2(5):175-179.

Awadia, A.K., J.M. Birkeland, O. Haugejorden, and K. Bjorvatn. 2000. An attempt to explain why Tanzanian children drinking water containing 0.2 or 3.6 mg fluoride per liter exhibit a similar level of dental fluorosis. Clin. Oral Investig. 4(4):238-244.

Awadia, A.K., J.M. Birkeland, O. Haugejorden, and K. Bjorvatn. 2002. Caries experience and caries predictors—a study of Tanzanian children consuming drinking water with different fluoride concentrations. Clin. Oral Invest. 6(2):98-103.

Bachinskii, P.P., O.A. Gutsalenko, N.D. Naryzhniuk, V.D. Sidora, and A.I. Shliakhta. 1985. Action of the body fluorine of healthy persons and thyroidopathy patients on the function of hypophyseal-thyroid the system [translated from Russian by Ralph McElroy. Translation Company, Austin, TX]. Probl. Endokrinol. 31(6):25-29.

Copyright National Academy of Sciences. All rights reserved.

Baelum, V., O. Fejerskov, F. Manji, and M.J. Larsen. 1987. Daily dose of fluoride and dental fluorosis. Tandlaegebladet 91(10):452-456.

Baker, M.T., and W.C. Ronnenberg Jr. 1992. Acute stimulation of trifluoroethene defluorination and cytochrome P450 inactivation in the rat by exposure to isoflurane. Toxicol. Appl. Pharmacol. 114(1):25-30.

Balabolkin, M.I., N.D. Mikhailets, R.N. Lobovskaia, and N.V. Chernousova. 1995. The interrelationship of the thyroid and immune statuses of workers with long-term fluorine exposure [in Russian]. Ter. Arkh. 67(1):41-42.

Bang, S., G. Boivin, J.C. Gerster, and C.A. Baud. 1985. Distribution of fluoride in calcified cartilage of a fluoride-treated osteoporosis patient. Bone 6(4):207-210.

Barnhart, W.E., L K. Hiller, G.J. Leonard, and S.E. Michaels. 1974. Dentifrice usage and ingestion among four age groups. J. Dent. Res. 53(4):1317-1322.

Bartels, D., K. Haney, and S.S. Khajotia. 2000. Fluoride concentrations in bottled water. J. Okla. Dent. Assoc. 91(1):18-22.

Bassin, E.B. 2001. Pp. 68-83 and 92-100 in Association Between Fluoride in Drinking Water During Growth and Development and the Incidence of Osteosarcoma for Children and Adolescents. D.M.S. Thesis, Harvard School of Dental Medicine, Boston, Massachusetts [online]. Available: http://www.fluoridealert.org/health/cancer/bassin-2001.pdf [accessed Oct. 10, 2005].

Baud, C.A., R. Lagier, G. Boivin, and M.A. Boillat. 1978. Value of bone biopsy in the diagnosis of industrial fluorosis. Virchows. Arch. A Pathol. Anat. Histol. 380(4):283-297.

Baum, K., W. Börner, C. Reiners, and E. Moll. 1981. Bone density and thyroid gland function in adolescents in relation to fluoride content of drinking water [in German]. Fortschr. Med. 99(36):1470-1472.

Bayley, T.A., J.E. Harrison, T.M. Murray, R.G. Josse, W. Sturtridge, K.P. Pritzker, A. Strauss, R. Vieth, and S. Goodwin. 1990. Fluoride-induced fractures: Relation to osteogenic effect. J. Bone Miner. Res. 5(Suppl. 1):S217-S222.

Baylis, P.H., and T. Cheetham. 1998. Diabetes insipidus. Arch. Dis. Child. 79(1):84-89.

Beary, D.F. 1969. The effects of fluoride and low calcium on the physical properties of the rat femur. Anat. Rec. 164(3):305-316.

Becaria, A., S.C. Bondy, and A. Campbell. 2003. Aluminum and copper interact in the promotion of oxidative but not inflammatory events: Implications for Alzheimer's disease. J. Alzheimers Dis. 5(1):31-38.

Beers, M.H., and R. Berkow, eds. 1999. The Merck Manual of Diagnosis and Therapy, 17th Ed. Whitehouse Station, NJ: Merck Research Laboratories.

Behrendt, A., V. Oberste, and W.E. Wetzel. 2002. Fluoride concentration and pH of iced tea products. Caries Res. 36(6):405-410.

Belchetz, P.E., and P.J. Hammond. 2003. Mosby's Color Atlas and Text of Diabetes and Endocrinology. Edinburgh: Mosby.

Bello, V.A., and H.J. Gitelman. 1990. High fluoride exposure in hemodialysis patients. Am. J. Kidney Dis. 15(4):320-324.

Bellows, C.G., J.N. Heersche, and J.E. Aubin. 1990. The effects of fluoride on osteoblast progenitors in vitro. J. Bone Miner. Res. 5(Suppl. 1):S101-S105.

Beltran-Aguilar, E.D., S.O. Griffin, and S.A. Lockwood. 2002. Prevalence and trends in enamel fluorosis in the United States from the 1930s to the 1980s. J. Am. Dent. Assoc. 133(2):157-165.

Bentley, E.M., R.P. Ellwood, and R.M. Davies. 1999. Fluoride ingestion from toothpaste by young children. Br. Dent. J. 186(9):460-462.

Bergan, T. 1989. Pharmacokinetics of ciprofloxacin with reference to other fluorinated quinolones. J. Chemother. 1(1):10-17.

Copyright National Academy of Sciences. All rights reserved.

*358*                                                    *FLUORIDE IN DRINKING WATER*

Berry, W.T. 1958. A study of the incidence of mongolism in relation to the fluoride content of water. Am. J. Ment. Defic. 62(4):634-636.

Berscheid, E., and E. Walster. 1974. Physical attractiveness. Adv. Exp. Soc. Psychol. 7: 157-215.

Bhat, M., and K.B. Nelson. 1989. Developmental enamel defects in primary teeth in children with cerebral palsy, mental retardation, or hearing defects: A review. Adv. Dent. Res. 3(2):132-142.

Bhatnagar, M., P. Rao, J. Sushma, and R. Bhatnagar. 2002. Neurotoxicity of fluoride: Neurodegeneration in hippocampus of female mice. Indian J. Exp. Biol. 40(5):546-554.

Biggerstaff, R.H., and J.C. Rose. 1979. The effects of induced prenatal hypothyroidism on lamb mandibular third primary molars. Am. J. Phys. Anthropol. 50(3):357-362.

Bigsby, R., R.E. Chapin, G.P. Daston, B.J. Davis, J. Gorski, L.E. Gray, K.L. Howdeshell, R.T. Zoeller, and F.S. vom Saal. 1999. Evaluating the effects of endocrine disruptors on endocrine function during development. Environ. Health Perspect. 107(Suppl. 4):613-618.

Binder, K. 1973. Comparison of the effects of fluoride drinking water on caries frequency and mottled enamel in three similar regions of Austria over a 10-year period. Caries Res. 7(2):179-183.

Biondi, B., E.A. Palmieri, G. Lombardi, and S. Fazio. 2002. Effects of subclinical thyroid dysfunction on the heart. Ann. Intern. Med. 137(11):904-914.

Björk, J., and U. Strömberg. 2002. Effects of systematic exposure assessment errors in partially ecologic case-control studies. Int. J. Epidemiol. 31(1):154-160.

Blanco, E., M.I. Vidal, J. Blanco, S. Fagundo, O. Campana, and J. Alvarez. 1995. Comparison of maintenance and recovery characteristics of sevoflurane-nitrous oxide and enflurane-nitrous oxide anaesthesia. Eur. J. Anaesthesiol. 12(5):517-523.

Bobek, S., S. Kahl, and Z. Ewy. 1976. Effect of long-term fluoride administration on thyroid hormones level blood in rats. Endocrinol. Exp. 10(4):289-295.

Boillat, M.A., J. Garcia, and L. Velebit. 1980. Radiological criteria of industrial fluorosis. Skeletal. Radiol. 5(3):161-165.

Boivin, G., P. Chavassieux, M.C. Chapuy, C.A. Baud, and P.J. Meunier. 1986. Histomorphometric profile of bone fluorosis induced by prolonged ingestion of Vichy Saint-Yorre water. Comparison with bone fluorine levels [in French]. Pathol. Biol. 34(1):33-39.

Boivin, G., M.C. Chapuy, C.A. Baud, and P.J. Meunier. 1988. Fluoride content in human iliac bone: Results in controls, patients with fluorosis, and osteoporotic patients treated with fluoride. J. Bone Miner. Res. 3(5):497-502.

Boivin, G., P. Chavassieux, M.C. Chapuy, C.A. Baud, and P.J. Meunier. 1989. Skeletal fluorisis: Histomorphometric analysis of bone changes and bone fluoride content in 29 patients. Bone 10(2):89-99.

Boivin, G., P. Chavassieux, M.C. Chapuy, C.A. Baud, and J.P. Meunier. 1990. Skeletal fluorosis: Histomorphometric findings. J. Bone Miner. Res. 5(Suppl. 1):S185-S189.

Boivin, G., J. Duriez, M.C. Chapuy, B. Flautre, P. Hardouin, and P.J. Meunier. 1993. Relationship between bone fluoride content and histological evidence of calcification defects in osteoporotic women treated long term with sodium fluoride. Osteoporos. Int. 3(4):204-208.

Borke, J.L., and G.M. Whitford. 1999. Chronic fluoride ingestion decreases 45Ca uptake by rat kidney membranes. J. Nutr. 129(6):1209-1213.

Boros, I., P. Keszler, G. Csikós, and H. Kalász. 1998. Fluoride intake, distribution, and bone content in diabetic rats consuming fluoridated drinking water. Fluoride 31(1):33-42.

Bottled Water Web. 2004. The Definitive Bottled Water Site [online]. Available: http://www.bottledwaterweb.com. [accessed Feb. 20, 2004].

Bovill, E.G., Jr., A. Kung'u, A. Bencivenga, M.K. Jeshrani, B.S. Mbindyo, and P.M. Heda. 1985.

Copyright National Academy of Sciences. All rights reserved.

An epidemiological study of osteogenic sarcoma in Kenya: The variations in incidence between ethnic groups and geographic regions, 1968-1978. Int. Orthop. 9(1):59-63.

Brambilla, E., G. Belluomo, A. Malerba, M. Buscaglia, and L. Strohmenger. 1994. Oral administration of fluoride in pregnant women, and the relation between concentration in maternal plasma and in amniotic fluid. Arch. Oral Biol. 39(11):991-994.

Brenner, H., D.A. Savitz, K.H. Jöckel, and S. Greenland. 1992. Effects of nondifferential exposure misclassification in ecologic studies. Am. J. Epidemiol. 135(1):85-95.

Briancon, D., and P.J. Meunier. 1981. Treatment of osteoporosis with fluoride, calcium and vitamin D. Orthop. Clin. North Am. 12(3):629-648.

Bringhurst, F.R., M.B. Demay, and H.M. Kronenberg. 2002. Hormones and disorders of mineral metabolism. Pp. 1303-1371 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Bronckers, A.L., D.M. Lyaruu, T.J. Bervoets, and J.H. Woltgens. 2002. Fluoride enhances intracellular degradation of amelogenins during secretory phase of amelogenesis of hamster teeth in organ culture. Connect. Tissue Res. 43(2-3):456-465.

Brown, A.S., E. Feingold, K.W. Broman, and S.L. Sherman. 2000. Genome-wide variation in recombination in female meiosis: A risk factor for non-disjunction of chromosome 21. Hum. Mol. Genet. 9(4):515-523.

Brownlee, M., L.P. Aiello, E. Friedman, A.I. Vinik, R.W. Nesto, and A.J.M. Boulton. 2002. Complications of diabetes mellitus. Pp. 1509-1583 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Brucker-Davis, F., K. Thayer, and T. Colborn. 2001. Significant effects of mild endogenous hormonal changes in humans: Considerations for low-dose testing. Environ. Health Perspect. 109(Suppl. 1):21-26.

Bucher, J.R., M.R. Hejtmancik, J.D. Toft, II, R.L. Persing, S.L. Eustis, and J.K. Haseman. 1991. Results and conclusions of the National Toxicology Program's rodent carcinogenicity studies with sodium fluoride. Int. J. Cancer. 48(5):733-737.

Bürgi, H., L. Siebenhüner, and E. Miloni. 1984. Fluorine and thyroid gland function: A review of the literature. Klin. Wochenschr. 62(12):564-569.

Burgstahler, A.W., and M.A. Robinson. 1997. Fluoride in California wines and raisins. Fluoride 30(3):142-146.

Burt, B.A. 1992. The changing patterns of systemic fluoride intake. J. Dent. Res. 71(5): 1228-1237.

Burt, B.A., and S.A. Eklund. 1999. Dentistry, Dental Practice, and the Community, 5th Ed. Phildelphia, PA: WB Saunders Co.

Burt, B.A., M.A. Keels, and K.E. Heller. 2003. Fluorosis development in seven age cohorts after an 11-month break in water fluoridation. J. Dent. Res. 82(1):64-68.

Buse, J.B., K.S. Polonsky, and C.F. Burant. 2002. Type 2 diabetes mellitus. Pp. 1427-1483 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Butler, J.E., M. Satam, and J. Ekstrand. 1990. Fluoride: An adjuvant for mucosal and systemic immunity. Immunol. Lett. 26(3):217-220.

Cajochen, C., K. Kräuchi, and A. Wirz-Justice. 2003. Role of melatonin in the regulation of human circadian rhythms and sleep. J. Neuroendocrinol. 15(4):432-437.

Caldera, R., J. Chavinie, J. Fermanian, D. Tortrat, and A.M. Laurent. 1988. Maternal-fetal transfer of fluoride in pregnant women. Biol. Neonate 54(5):263-269.

Calderon, J., B. Machado, M. Navarro, L. Carrizales, M.D. Ortiz, and F. Diaz-Barriga. 2000. Influence of fluoride exposure on reaction time and visuospatial organization in children. Epidemiology 11(4):S153.

Copyright National Academy of Sciences. All rights reserved.

Call, R.A., D.A. Greenwood, W.H. Lecheminant, J.L. Shupe, H.M. Nielsen, L.E. Olson, R.E. Lamborn, F.L. Mangelson, and R.V. Davis. 1965. Histological and chemical studies in man on effects of fluoride. Public Health Rep. 80:529-538.

Calvo, M.S., R. Eastell, K.P. Offord, E.J. Bergstralh, and M.F. Burritt. 1991. Circadian variation in ionized calcium and intact parathyroid hormone: Evidence for sex differences in calcium homeostasis. J. Clin. Endocrinol. Metab. 72(1):69-76.

Cardinali, D.P., M.G. Ladizesky, V. Boggio, R.A. Cutrera, and C. Mautalen. 2003. Melatonin effects on bone: Experimental facts and clinical perspectives. J. Pineal. Res. 34(2):81-87.

Carlson, C.H., L. Singer, and W.D. Armstrong. 1960. Radiofluoride distribution in tissues of normal and nephrectomized rats. Proc. Soc. Exp. Biol. Med. 103:418-420.

Carmona, R.H. 2004. Surgeon General's Statement on Community Water Fluoridation. U.S. Department of Health and Human Services, Public Health Service, Office of the Surgeon General, Rockville, MD. July 28, 2004 [online]. Available: http://www.cdc.gov/oralhealth/waterfluoridation/fact_sheets/sg04.htm [accessed Sept. 15, 2005].

Cauley, J.A., P.A. Murphy, T.J. Riley, and A.M. Buhari. 1995. Effects of fluoridated drinking water on bone mass and fractures: The study of osteoporotic fractures. J. Bone Miner. Res. 10(7):1076-1086.

Caverzasio, J., T. Imai, P. Ammann, D. Burgener, and J.P. Bonjour. 1996. Aluminum potentiates the effect of fluoride on tyrosine phosphorylation and osteoblast replication in vitro and bone mass in vivo. J. Bone Miner. Res. 11(1):46-55.

Caverzasio, J., G. Palmer, A. Suzuki, and J.P. Bonjour. 1997. Mechanism of the mitogenic effect of fluoride on osteoblast-like cells: Evidence of a G protein-dependent tyrosine phosphorylation process. J. Bone Miner. Res. 12(12):1975-1983.

Caverzasio, J., G. Palmer, and J.P. Bonjour. 1998. Fluoride: Mode of action. Bone 22(6):585-589.

Cawson, R.A., A.W. McCracken, and P.B. Marcus. 1982. Pathologic Mechanisms and Human Disease, 2nd Ed. St. Louis, MO: The C.V. Mosby Company.

CDC (Centers for Disease Control and Prevention). 1993. Fluoridation Census 1992. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Center for Prevention Services, Division of Oral Health.

CDC (Centers for Disease Control and Prevention). 1995. Engineering and Administrative Recommendations for Water Fluoridation, 1995. Morbidity and Mortality Weekly Report, Recommendations and Reports 44(RR-13). Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention.

CDC (Centers for Disease Control and Prevention). 1999. Ten great public health achievements—United States, 1900-1999. MMWR 48(12):241-243.

CDC (Centers for Disease Control and Prevention). 2001. Recommendations for Using Fluoride to Prevent and Control Dental Caries in the United States. Morbidity and Mortality Weekly Report 50(RR-14). Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention [online]. Available: http://www.cdc.gov/mmwr/preview/mmwrhtml/rr5014a1.htm [accessed Sept. 13, 2004].

CDC (Centers for Disease Control and Prevention). 2002a. Populations receiving optimally fluoridated public drinking water-United States, 2000. MMWR 51(7):144-147 [online]. Available: http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5107a2.htm [accessed July 7, 2004].

CDC (Centers for Disease Control and Prevention). 2002b. Fluoridation Statistics 2000: Status of Water Fluoridation in the United States. Fact Sheet. Oral Health Resources. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Na-

Copyright National Academy of Sciences. All rights reserved.

*REFERENCES* *361*

tional Center for Chronic Disease Prevention and Health Promotion [online]. Available: http://www.cdc.gov/OralHealth/factsheets/fl-stats-us2000.htm [accessed Sept. 9, 2004].

CDC (Centers for Disease Control and Prevention). 2002c. Fluoridation Statistics 1992: Status of Water Fluoridation in the United States. Fact Sheet. Oral Health Resources. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion [online]. Available: http://www.cdc.gov/OralHealth/factsheets/fl-stats1992.htm [accessed Sept. 9, 2004].

CDC (Centers for Disease Control). 2002d. Iodine Level, United States, 2000. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, Hyattsville, MD [online]. Available: http://www.cdc.gov/nchs/products/pubs/pubd/hestats/iodine.htm [accessed Nov. 9, 2004].

CDC (Centers for Disease Control and Prevention). 2003. Second National Report on Human Exposure to Environmental Chemicals. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Atlanta, GA [online]. Available: http://www.cdc.gov/exposurereport/2nd/ [accessed Sept. 9, 2004].

CDC (Centers for Disease Control and Prevention). 2005. Third National Report on Human Exposure to Environmental Chemicals. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Atlanta, GA [online]. Available: http://www.cdc.gov/exposurereport/ [accessed July 26, 2005].

CEPA (Canadian Environmental Protection Act). 1996. National Ambient Air Quality Objectives for Hydrogen Fluoride (HF): Science Assessment Document. Ontario: CEPA/FPAC Working Group on Air Quality Objectives and Guidelines, Canadian Environmental Protection Act (as cited in ATSDR 2003).

Cettour-Rose, P., C. Theander-Carrillo, C. Asensio, M. Klein, T.J. Visser, A.G. Burger, C.A. Meier, and F. Rohner-Jeanrenaud. 2005. Hypothyroidism in rats decreases peripheral glucose utilisation, a defect partially corrected by central leptin infusion. Diabetologia 48(4):624-633.

Chabre, M. 1990. Aluminofluoride and beryllofluoride complexes: A new phosphate analogs in enzymology. Trends Biochem. Sci. 15(1):6-10.

Chachra, D., C.H. Turner, A.J. Dunipace, and M.D. Grynpas. 1999. The effect of fluoride treatment on bone mineral in rabbits. Calcif. Tissue Int. 64(4):345-351.

Chadha, M., and S. Kumar. 2004. Fluorosis-induced hyperparathyroidism mimicking a giant-cell tumour of the femur. J. Bone Joint Surg. Br. 86(4):594-496.

Challacombe, S.J. 1996. Does fluoridation harm immune function? Community Dent. Health 13(Suppl. 2):69-71.

Chan, J.T., and S.H. Koh. 1996. Fluoride content in caffeinated, decaffeinated and herbal teas. Caries Res. 30(1):88-92.

Chan, J.T., C. Stark, and A.H. Jeske. 1990. Fluoride content of bottled waters: Implications for dietary fluoride supplementation. Tex. Dent. J. 107(4):17-21.

Chang, C.Y., P.H. Phillips, E.B. Hart, and G. Bonstedt. 1934. The effect of feeding raw rock phosphate on the fluorine content of the organs and tissues of dairy cows. J. Dairy Sci. 17:695-700 (as cited in Galletti and Joyet 1958).

Chang, W.K., S.A. McClave, M.S. Lee, and Y.C. Chao. 2004. Monitoring bolus nasogastric tube feeding by the Brix value determination and residual volume measurement of gastric contents. JPEN J. Parenter. Enteral. Nutr. 28(2):105-112.

Charen, J., D.R. Taves, J.W. Stamm, and F.M. Parkins. 1979. Bone fluoride concentrations associated with fluoridated drinking water. Calcif. Tissue Int. 27(2):95-99.

Chavassieux, P., P. Pastoureau, G. Boivin, M.C. Chapuy, P.D. Delmas, and P.J. Meunier. 1991. Dose effects on ewe bone remodeling of short-term sodium fluoride administration--a histomorphometric and biochemical study. Bone 12(6):421-427.

Copyright National Academy of Sciences. All rights reserved.

Cheetham, T., and P.H. Baylis. 2002. Diabetes insipidus in children: Pathophysiology, diagnosis and management. Pediatr. Drugs 4(12):785-796.

Chen, B.C. 1989. Epidemiological study on dental fluorosis and dental caries prevalence in communities with negligible, optimal, and above-optimal fluoride concentrations in drinking water supplies. Zhonghua Ya Yi Xue Hui Za Zhi. 8(3):117-127.

Chen, C.J., C.S. Anast, and E.M. Brown. 1988. Effects of fluoride on parathyroid hormone secretion and intracellular second messengers in bovine parathyroid cells. J. Bone Miner. Res. 3(3):279-288.

Chen, H., S. Shoumura, S. Emura, M. Utsumi, T. Yamahira, and H. Isono. 1990. Effects of pinealectomy on the ultrastructure of the golden hamster parathyroid gland. Histol. Histopathol. 5(4):477-484.

Chen, H., S. Shoumura, S. Emura, M. Utsumi, T. Yamahira, and H. Isono. 1991. Effects of melatonin on the ultrastructure of the golden hamster parathyroid gland. Histol. Histopathol. 6(1):1-7.

Chibole, O. 1987. Epidemiology of dental fluorosis in Kenya. J. R. Soc. Health 107(6): 242-243.

Chilvers, C., and D. Conway. 1985. Cancer mortality in England in relation to levels of naturally occurring fluoride in water supplies. J. Epidemiol. Community Health 39(1):44-47.

Chinoy, N.J., and M.V. Narayana. 1994. In vitro fluoride toxicity in human spermatozoa. Reprod. Toxicol. 8(2):155-159.

Chinoy, N.J., and D. Patel. 1998. Influences of fluoride on biological free radicals in ovary of mice and its reversal. Environ. Sci. 6(3):171-184.

Chinoy, N.J., and T.N. Patel. 2001. Effects of sodium fluoride and aluminum chloride on ovary and uterus of mice and their reversal by some antidotes. Fluoride 34(1):9-20.

Chinoy, N.J., and E. Sequeira. 1989. Effects of fluoride on the histoarchitecture of reproductive organs of the male mouse. Reprod. Toxicol. 3(4):261-267.

Chinoy, N.J., and E. Sequeira. 1992. Reversible fluoride induced fertility impairment in male mice. Fluoride 25(2):71-76.

Chinoy, N.J., and A. Sharma. 1998. Amelioration of fluoride toxicity by vitamins E and D in reproductive functions of male mice. Fluoride 31(4):203-216.

Chinoy, N.J., and A. Sharma. 2000. Reversal of fluoride-induced alteration in cauda epididymal spermatozoa and fertility impairment in male mice. Environ. Sci. 7(1):29-38.

Chinoy, N.J., M.V. Rao, M.V. Narayana, and E. Neelakanta. 1991a. Microdose vasal injection of sodium fluoride in the rat. Reprod. Toxicol. 5(6):505-512.

Chinoy, N.J., E. Sequeira, and M.V. Narayana. 1991b. Effects of vitamin C and calcium on the reversibility of fluoride-induced alterations in spermatozoa of rabbits. Fluoride 24(1):29-39.

Chinoy, N.J., P.K. Pradeep, and E. Sequeira. 1992. Effect of fluoride ingestion on the physiology of reproductive organs of male rats. J. Environ. Biol. 13(1):55-61.

Chinoy, N.J., A.S. Walimbe, H.A. Vyas, and P. Mangla. 1994. Transient and reversible fluoride toxicity in some soft tissues of female mice. Fluoride 27(4):205-214.

Chinoy, N.J., M.V. Narayana, V. Dalal, M. Rawat, and D. Patel. 1995. Amelioration of fluoride toxicity in some accessory reproductive glands and spermatozoa of rat. Fluoride 28(2):75-86.

Chinoy, N.J., B.C. Patel, D.K. Patel, and A.K. Sharma. 1997. Fluoride toxicity in the testis and cauda epididymis of guinea pig and reversal by ascorbate. Med. Sci. Res. 25(2):97-100.

Choubisa, S.L. 1999. Some observations on endemic fluorosis in domestic animals in Southern Rajasthan (India). Vet. Res. Commun. 23(7):457-465.

Christensen, G.J. 2005. The advantages of minimally invasive dentistry. J. Am. Dent. Assoc. 136(11):1563-1565.

Copyright National Academy of Sciences. All rights reserved.

*REFERENCES*                                                                363

Chumlea, W.C., C.M. Schubert, A.F. Roche, H.E. Kulin, P.A. Lee, J.H. Himes, and S.S. Sun. 2003. Age at menarche and racial comparisons in U.S. girls. Pediatrics 111(1):110-113.

Cinar, A., and M. Selcuk. 2005. Effects of chronic fluorosis on thyroxine, triiodothyronine, and protein-bound iodine in cows. Fluoride 38(1):65-68.

Cittanova, M.L., B. Lelongt, M.C. Verpont, M. Geniteau-Legendre, F. Wahbe, D. Prie, P. Coriat, and P.M. Ronco. 1996. Fluoride ion toxicity in human kidney collecting duct cells. Anesthesiology 84(2):428-435.

Cittanova, M.L., L. Estepa, R. Bourbouze, O. Blanc, M.C. Verpont, E. Wahbe, P. Coriat, M. Daudon, and P.M. Ronco. 2002. Fluoride ion toxicity in rabbit kidney thick ascending limb cells. Eur. J. Anaesthesiol. 19(5):341-349.

Clabby, C. 2005. Water tests to plumb extent of lead problem. Durham among cities where chemical could cause toxic taint in tap water. The News and Observer, Raleigh, NC, September 3, 2005 [online]. Available: http://www.newsobserver.com [accessed Nov. 7, 2005].

Clark, D.C. 1995. Evaluation of aesthetics for the different classifications of the Tooth Surface Index of Fluorosis. Community Dent. Oral. Epidemiol. 23(2):80-83.

Clark, D.C., H.J. Hann, M.F. Williamson, and J. Berkowitz. 1993. Aesthetic concerns of children and parents in relation to different classifications of the Tooth Surface Index of Fluorosis. Community Dent. Oral. Epidemiol. 21(6):360-364.

Clarkson, J. 1989. Review of terminology, classifications, and indices of developmental defects of enamel. Adv. Dent. Res. 3(2):104-109.

Clarkson, J., and J. McLoughlin. 2000. Role of fluoride in oral health promotion. Int. Dent. J. 50(3):119-128.

Clarkson, J., and D. O'Mullane. 1989. A modified DDE index for use in epidemiological studies of enamel defects. J. Dent. Res. 68(3):445-450.

Clarkson, J., K. Hardwick, D. Barmes, and L.M. Richardson. 2000. International collaborative research on fluoride. J. Dent. Res. 79(4):893-904.

Clay, A.B., and J.W. Suttie. 1987. Effect of dietary fluoride on dairy cattle: Growth of young heifers. J. Dairy Sci. 70(6):1241-1251.

Clovis, J., and J.A. Hargreaves. 1988. Fluoride intake from beverage consumption. Community Dent. Oral. Epidemiol. 16(1):11-15.

Cohen, M., M. Lippman, and B. Chabner. 1978. Role of pineal gland in aetiology and treatment of breast cancer. Lancet 2(8094):814-816.

Cohen-Solal, M.E., F. Augry, Y. Mauras, C. Morieux, P. Allain, and M.C. de Vernejoul. 2002. Fluoride and strontium accumulation in bone does not correlate with osteoid tissue in dialysis patients. Nephrol. Dial. Transplant. 17(3):449-454.

Cohn, P.D. 1992. A Brief Report on the Association of Drinking Water Fluoridation and the Incidence of Osteosarcoma among Young Males. New Jersey Department of Health, November 8, 1992. 17pp.

Collins, T.F., R.L. Sprando, M.E. Shackelford, T.N. Black, M.J. Ames, J.J. Welsh, M.F. Balmer, N. Olejnik, and D.I. Ruggles. 1995. Developmental toxicity of sodium fluoride in rats. Food Chem. Toxicol. 33(11):951-960.

Collins, T.F., R.L. Sprando, T.N. Black, M.E. Shakelford, M.A. Bryant, N. Olejnik, M.J. Ames, J.I Rorie, and D.I. Ruggles. 2001a. Multigenerational evaluation of sodium fluoride in rats. Food Chem. Toxicol. 39(6):601-613.

Collins, T.F., R.L. Sprando, T.N. Black, M.E. Shackelford, N. Olejnik, M.J. Ames, J.I Rorie, and D.I. Ruggles. 2001b. Developmental toxicity of sodium fluoride measured during multiple generations. Food Chem. Toxicol. 39(8):867-876.

Colquhoun, J. 1997. Why I changed my mind about water fluoridation. Perspect. Biol. Med. 41(1):29-44.

Cone, R.D., M.J. Low, J.K. Elmquist, and J.L. Cameron. 2002. Neuroendocrinology. Pp. 81-

Copyright National Academy of Sciences. All rights reserved.

*364*                                            *FLUORIDE IN DRINKING WATER*

176 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Convertino, V.A., L.E. Armstrong, E.F. Coyle, G.W. Mack, M.N. Sawka, L.C. Senay, Jr., and W.M. Sherman. 1996. American College of Sports Medicine position stand: Exercise and fluid replacement. Med. Sci. Sports Exerc. 28(1):1-7.

Conzen, P.F., M. Nuscheler, A. Melotte, M. Verhaegen, T. Leupolt, H. Van Aken, and K. Peter. 1995. Renal function and serum fluoride concentrations in patients with stable renal insufficiency after anesthesia with sevoflurane or enflurane. Anesth. Analg. 81(3):569-575.

Cooper, C., C. Wickham, R.F. Lacey, and D.J. Barker. 1990. Water fluoride concentration and fracture of the proximal femur. J. Epidemiol. Community Health 44(1):17-19.

Cooper, C., C.A. Wickham, D.J. Barker, and S.J. Jacobsen. 1991. Water fluoridation and hip fracture. JAMA 266(4):513-514.

Coplan, M.J., and R.D. Masters. 2001. Silicofluorides and fluoridation. Fluoride 34(3):161-164.

Coris, E.E., A.M. Ramirez, and D.J. Van Durme. 2004. Heat illness in athletes: The dangerous combination of heat, humidity and exercise. Sports Med. 34(1):9-16.

Corrêa Rodrigues, M.A., J.R. de Magalhães Bastos, and M.A.R. Buzalaf. 2004. Fingernails and toenails as biomarkers of subchronic exposure to fluoride from dentifrice in 2- to 3-year-old children. Caries Res. 38(2):109-114.

Cortes, D.F., R.P. Ellwood, D.M. O'Mullane, and J.R. Bastos. 1996. Drinking water fluoride levels, dental fluorosis, and caries experience in Brazil. J. Public Health Dent. 56(4):226-228.

Cousins, M.J., and R.I. Mazze. 1973. Methoxyflurane nephrotoxicity: A study of the dose response in man. JAMA 225(13):1611-1616.

Cousins, M.J., L.R. Greenstein, B.A. Hitt, and R.I. Mazze. 1976. Metabolism and renal effects of enflurane in man. Anesthesiology 44(1):44-53.

Cousins, M.J., G.K. Gourlay, K.M. Knights, P.D. Hall, C.A. Lunam, and P. O'Brien. 1987. A randomized prospective controlled study of the metabolism and hepatotoxicity of halothane in humans. Anesth. Analg. 66(4):299-308.

Cox, G.R., E.M. Broad, M.D. Riley, and L.M. Burke. 2002. Body mass changes and voluntary fluid intakes of elite level water polo players and swimmers. J. Sci. Med. Sport. 5(3):183-193.

Coyle, E.F. 2004. Fluid and fuel intake during exercise. J. Sports Sci. 22(1):39-55.

Crapper, D.R., and A.J. Dalton. 1973. Aluminum induced neurofibrillary degeneration, brain electrical activity and alterations in acquisition and retention. Physiol. Behav. 10(5):935-945.

Cross, D.W., and R.J. Carton. 2003. Fluoridation: A violation of medical ethics and human rights. Int. J. Occup. Environ. Health 9(1):24-29.

Crossman, M. 2003. Inside a diet plan. Sporting News (Dec. 29, 2003-Jan. 5, 2004):26-27. [online]. Available: http://www.findarticles.com/p/articles/mi_m1208/is_52_227/ai_112168690 [accessed Sept. 10, 2004].

Curzon, M.E., and P.C. Spector. 1977. Enamel mottling in a high strontium area of the U.S.A. Community Dent. Oral. Epidemiol. 5(5):243-247.

Cutress, T.W., and G.W. Suckling. 1990. Differential diagnosis of dental fluorosis. J. Dent. Res. 69(Spec.):714-720.

Cutress, T.W., G.W. Suckling, G.E. Coote, and J. Gao. 1996. Fluoride uptake into the developing enamel and dentine in sheep incisors following daily ingestion of fluoridated milk or water. N. Z. Dent. J. 92(409):68-72.

Czarnowski, W., and J. Krechniak. 1990. Fluoride in the urine, hair, and nails of phosphate fertiliser workers. Br. J. Ind. Med. 47(5):349-351.

Czarnowski, W., J. Krechniak, B. Urbanska, K. Stolarska, M. Taraszewska-Czarnowska, and

Copyright National Academy of Sciences. All rights reserved.

A. Muraszko-Klaudel. 1999. The impact of water-borne fluoride on bone density. Fluoride 32(2):91-95.

Dabeka, R.W., and A.D. McKenzie. 1987. Lead, cadmium, and fluoride levels in market milk and infant formulas in Canada. J. Assoc. Off. Anal. Chem. 70(4):754-757.

Dabeka, R.W., and A.D. McKenzie. 1995. Survey of lead, cadmium, fluoride, nickel, and cobalt in food composites and estimation on dietary intakes of these elements by Canadians in 1986-1988. J. AOAC Int. 78(4):897-909.

Dabeka, R.W., K.F. Karpinski, A.D. McKenzie, and C.D. Bajdik. 1986. Survey of lead, cadmium and fluoride in human milk and correlation of levels with environmental and food factors. Food Chem. Toxicol. 24(9):913-921.

Dandona, P., A. Coumar, D.S. Gill, J. Bell, and M. Thomas. 1988. Sodium fluoride stimulates osteocalcin in normal subjects. Clin. Endocrinol. 29(4):437-441.

Daniels, T.C., and E.C. Jorgensen. 1977. Physicochemical properties in relation to biological action. Pp. 5-62 in Textbook of Organic Medicinal and Pharmaceutical Chemistry, 7th Ed., C.O. Wilson, O. Gisvold, and R.F. Doerge, eds. Philadelphia: Lippincott.

Danielson, C., J.L. Lyon, M. Egger, and G.K. Goodenough. 1992. Hip fractures and fluoridation in Utah's elderly population. JAMA 268(6):746-748.

Das, T.K., A.K. Susheela, I.P. Gupta, S. Dasarathy, and R.K. Tandon. 1994. Toxic effects of chronic fluoride ingestion on the upper gastrointestinal tract. J. Clin. Gastroenterol. 18(3):194-199.

Dasarathy, S., T.K. Das, I.P. Gupta, A.K. Susheela, and R.K. Tandon. 1996. Gastroduodenal manifestations in patients with skeletal fluorosis. J. Gastroenterol. 31(3):333-337.

Daston, G.P., B.F. Rehnberg, B. Carver, and R.J. Kavlock. 1985. Toxicity of sodium fluoride to the postnatally developing rat kidney. Environ. Res. 37(2):461-474.

Davies, T.F., and P.R. Larsen. 2002. Thyrotoxicosis. Pp. 374-421 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Day, T.K., and P.R. Powell-Jackson. 1972. Fluoride, water hardness, and endemic goitre. Lancet 1(7761):1135-1138.

Dean, H.T. 1934. Classification of mottled enamel diagnosis. J. Am. Dent. Assoc. 21: 1421-1426.

Dean, H.T. 1942. The investigation of physiological effects by the epidemiological method. Pp. 23-31 in Fluorine and Dental Health, F.R. Mouton, ed. AAAS No. 19. Washington, DC: American Association for the Advancement of Science.

de Camargo, A.M., and J. Merzel. 1980. Histological and histochemical appearance of livers and kidneys of rats after long-term treatment with different concentrations of sodium fluoride in drinking water. Acta Anat. 108(3):288-294.

Delagrange, P., J. Atkinson, J.A. Boutin, L. Casteilla, D. Lesieur, R. Misslin, S. Pellissier, L. Penicaud, and P. Renard. 2003. Therapeutic perspectives for melatonin agonists and antagonists. J. Neuroendocrinol. 15(4):442-448.

de la Sota, M., R. Puche, A. Rigalli, L.M. Fernandez, S. Benassati, and R. Boland. 1997. Changes in bone mass and in glucose homeostasis in subjects with high spontaneous fluoride intake. Medicina (B Aires) 57(4):417-420.

DeLucia, M.C., M.E. Mitnick, and T.O. Carpenter. 2003. Nutritional rickets with normal circulating 25-hydroxyvitamin D: A call for reexamining the role of dietary calcium intake in North American infants. J. Clin. Endocrinol. Metab. 88(8):3539-3545.

Demole, V. 1970. Toxic effects on the thyroid. Pp. 255-262 in Fluorides and Human Health, Monograph Series No. 59. Geneva: World Health Organization.

DenBesten, P.K. 1994. Dental fluorosis: Its use as a biomarker. Adv. Dent. Res. 8(1): 105-110.

Copyright National Academy of Sciences. All rights reserved.

*366* *FLUORIDE IN DRINKING WATER*

DenBesten, P.K. 1999. Biological mechanisms of dental fluorosis relevant to the use of fluoride supplements. Community Dent. Oral Epidemiol. 27(1):41-47.

DenBesten, P.K., and H. Thariani. 1992. Biological mechanisms of fluorosis and level and timing of systemic exposure to fluoride with respect to fluorosis. J. Dent. Res. 71(5): 1238-1243.

DenBesten, P.K., Y. Yan, J.D. Featherstone, J.F. Hilton, C.E. Smith, and W. Li. 2002. Effects of fluoride on rat dental enamel matrix proteinases. Arch. Oral Biol. 47(11):763-770.

Desai, V.K., D.M. Solanki, and R.K. Bansal. 1993. Epidemiological study on goitre in endemic fluorosis district of Gujarat. Fluoride 26(3):187-190.

Dick, A.E., R.P. Ford, P.J. Schluter, E.A. Mitchell, B.J. Taylor, S.M. Williams, A.W. Stewart, D.M. Becroft, J.M. Thompson, R. Scragg, I.B. Hassall, D.M. Barry, and E.M. Allen. 1999. Water fluoridation and the sudden infant death syndrome. N.Z. Med. J. 112(1093):286-289.

DIF (The Diabetes Insipidus Foundation, Inc.). 2004. Question # 0007 FAQ Keywords: prevalence, nocturnal enuresis, incidence. General Question, Frequently Asked Questions. The Diabetes Insipidus Foundation, Inc. [online]. Available: http://www.diabetesinsipidus.org/faqs5.htm#GENERAL%20QUESTIONS [accessed Sept. 10, 2004].

Dillenberg, J.S., S.M. Levy, D.C. Schroeder, E.N. Gerston, and C.J. Andersen. 1992. Arizona providers' use and knowledge of fluoride supplements. Clin. Prev. Dent. 14(5):15-26.

Dominok, G., K. Siefert, J. Frege, and B. Dominok. 1984. Fluoride content of bones of retired fluoride workers. Fluoride 17(1):23-26.

Dost, F.N., R.M. Knaus, D.E. Johnson, and C.H. Wang. 1977. Fluoride impairment of glucose utilization: Nature of effect in rats during and after continuous NaF infusion. Toxicol. Appl. Pharmacol. 41(3):451-458.

Douglass, C. 2004. Fluoride Exposure and Osteosarcoma. Grant No. 5 ROI ES06000. National Institute of Environmental Health Sciences.

Dourson, M.L. 1994. Methods for establishing oral reference doses (RfDs). Pp. 51-61 in Risk Assessment of Essential Elements, W. Mertz, C.O. Abernathy, and S.S. Olin, eds. Washington, DC: ILSI Press.

Driessen, B., L. Zarucco, E.P. Steffey, C. McCullough, F. Del Piero, L. Melton, B. Puschner, and S.M. Stover. 2002. Serum fluoride concentrations, biochemical and histopathological changes associated with prolonged sevoflurane anaesthesia in horses. J. Vet. Med. A Physiol. Pathol. Clin. Med. 49(7):337-347.

Driscoll, W.S., H.S. Horowitz, R.J. Meyers, S.B. Heifetz, A. Kingman, and E.R. Zimmerman. 1983. Prevalence of dental caries and dental fluorosis in areas with optimal and above-optimal water fluoride concentrations. J. Am. Dent. Assoc. 107(1):42-47.

Driscoll, W.S., H.S. Horowitz, R.J. Meyers, S.B. Heifetz, A. Kingman, and E.R. Zimmerman. 1986. Prevalence of dental caries and dental fluorosis in areas with negligible, optimal, and above-optimal fluoride concentrations in drinking water. J. Am. Dent. Assoc. 113(1):29-33.

Duchassaing, D., B. Rigat, J.P. Barberousse, and M.J. Laisne. 1982. The elimination of inorganic fluoride after enflurane anesthesia--transitory action on parathyroid tissue. Int. J. Clin. Pharmacol. Ther. Toxicol. 20(8):366-372.

Duell, P.B., and C.H. Chesnut III. 1991. Exacerbation of rheumatoid arthritis by sodium fluoride treatment of osteoporosis. Arch. Int. Med. 151(4):783-784.

Dunipace, A.J., E.J. Brizendine, W. Zhang, M.E. Wilson, L.L. Miller, B.P. Katz, J.M. Warrick, and G.K. Stookey. 1995. Effect of aging on animal response to chronic fluoride exposure. J. Dent. Res. 74(1):358-368.

Dunipace, A.J., C.A. Wilson, M.E. Wilson, W. Zhang, A.H. Kafrawy, E.J. Brizendine, L.L. Miller, B.P. Katz, J.M. Warrick, and G.K. Stookey. 1996. Absence of detrimental effects of fluoride exposure in diabetic rats. Arch. Oral Biol. 41(2):191-203.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 47 of 334

*REFERENCES*                                                                 *367*

Dunipace, A.J., E.J. Brizendine, M.E. Wilson, W. Zhang, B.P. Katz, and G.K. Stookey. 1998. Chronic fluoride exposure does not cause detrimental, extraskeletal effects in nutritionally deficient rats. J. Nutr. 128(8):1392-1400.

Duperon, D.F., J.R. Jedrychowski, and J. Kong. 1995. Fluoride content of Los Angeles County water. J. Calif. Dent. Assoc. 23(2):45-46, 48.

Durand, M., and J. Grattan. 2001. Effects of volcanic air pollution on health. Lancet 357(9251):164.

Dure-Smith, B.A., S.M. Farley, S.G. Linkhart, J.R. Farley, and D.J. Baylink. 1996. Calcium deficiency in fluoride-treated osteoporotic patients despite calcium supplementation. J. Clin. Endocrinol. Metab. 81(1):269-275.

Duursma, S.A., J.H. Glerum, A. van Dijk, R. Bosch, H. Kerkhoff, J. van Putten, and J.A. Raymakers. 1987. Responders and non-responders after fluoride therapy in osteoporosis. Bone 8(3):131-136.

Easmann, R.P., D.E. Steflik, D.H. Pashley, R.V. McKinney, and G.M. Whitford. 1984. Surface changes in rat gastric mucosa induced by sodium fluoride: A scanning electron microscopic study. J. Oral Pathol. 13(3):255-264.

Eastell, R., M.S. Calvo, M.F. Burritt, K.P. Offord, R.G. Russell, and B.L. Riggs. 1992. Abnormalities in circadian patterns of bone resorption and renal calcium conservation in type I osteoporosis. J. Clin. Endocrinol. Metab. 74(3):487-494.

Eble, D.M., T.G. Deaton, F.C. Wilson Jr., and J.W. Bawden. 1992. Fluoride concentrations in human and rat bone. J. Public Health Dent. 52(5):288-291.

EC (European Commission). 2003. Directive 2003/40/EC of 16 May 2003 establishing the list, concentration limits and labelling requirements for the constituents of natural mineral waters and the conditions for using ozone-enriched air for the treatment of natural mineral waters and spring waters. Official Journal of the European Union (22.5.2003)L 126/34-39 [online]. Available: http://europa.eu.int/comm/food/food/labellingnutrition/water/index_en.htm [accessed Nov. 1, 2005].

Eckerlin, R.H., L. Krook, G.A. Maylin, and D. Carmichael. 1986a. Toxic effects of food-borne fluoride in silver foxes. Cornell Vet. 76(4):395-402.

Eckerlin, R.H., G.A. Maylin, and L. Krook. 1986b. Milk production of cows fed fluoride contaminated commercial feed. Cornell Vet. 76(4):403-414.

Edwards, S.L., T.L. Poulos, and J. Kraut. 1984. The crystal structure of fluoride-inhibited cytochrome c peroxidase. J. Biol. Chem. 259(21):12984-12988.

Eichner, R., W. Börner, D. Henschler, W. Köhler, and E. Moll. 1981. Osteoporosis therapy and thyroid function. Influence of 6 months of sodium fluoride treatment on thyroid function and bone density [in German]. Fortschr. Med. 99(10):342-348.

Eisenbarth, G.S., K.S. Polonsky, and J.B. Buse. 2002. Type 1 diabetes mellitus. Pp. 1485-1508 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Ekambaram, P., and V. Paul. 2001. Calcium preventing locomotor behavioral and dental toxicities of fluoride by decreasing serum fluoride level in rats. Environ. Toxicol. Pharmacol. 9(4):141-146.

Ekambaram, P., and V. Paul. 2002. Modulation of fluoride toxicity in rats by calcium carbonate and by withdrawal of fluoride exposure. Pharmacol. Toxicol. 90(2):53-58.

Eklund, S.A., B.A. Burt, A.I. Ismail, and J.J. Calderone. 1987. High-fluoride drinking water, fluorosis, and dental caries in adults. J. Am. Dent. Assoc. 114(3):324-328.

Eklund, S.A., J.L. Pittman, and K.E. Heller. 2000. Professionally applied topical fluoride and restorative care in insured children. J. Public Health Dent. 60(1):33-38.

Ekstrand, J. 1978. Relationship between fluoride in the drinking water and the plasma fluoride concentration in man. Caries Res. 12(3):123-127.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 48 of 334

*368* *FLUORIDE IN DRINKING WATER*

Ekstrand, J., and C.J. Spak. 1990. Fluoride pharmacokinetics: Its implications in the fluoride treatment of osteoporosis. J. Bone Miner. Res. 5(Suppl.1):S53-S61.

Ekstrand, J., M. Ehrnebo, and L.O. Boreus. 1978. Fluoride bioavailability after intravenous and oral administration: Importance of renal clearance and urine flow. Clin. Pharmacol. Ther. 23(3):329-337.

Ekstrand, J., S.J. Fomon, E.E. Ziegler, and S.E. Nelson. 1994. Fluoride pharmacokinetics in infancy. Pediatr. Res. 35(2):157-163.

Elbetieha, A., H. Darmani, and A.S. Al-Hiyasat. 2000. Fertility effects of sodium fluoride in male mice. Fluoride 33(3):128-134.

el-Hajj Fuleihan, G., E.B. Klerman, E.N. Brown, Y. Choe, E.M. Brown, and C.A. Czeisler. 1997. The parathyroid hormone circadian rhythm is truly endogenous—a general clinical research center study. J. Clin. Endocrinol. Metab. 82(1):281-286.

Ellwood, R., D. O'Mullane, J. Clarkson, and W. Driscoll. 1994. A comparison of information recorded using the Thylstrup Fejerskov index, Tooth Surface index of Fluorosis and Developmental Defects of Enamel index. Int. Dent. J. 44(6):628-636.

Emsley, J., D.J. Jones, J.M. Miller, R.E. Overill, and R.A. Waddilove. 1981. An unexpectedly strong hydrogen bond: Ab initio calculations and spectroscopic studies of amide-fluoride systems. J. Am. Chem. Soc. 103:24-28.

Englander, H.R., and P.F. DePaola. 1979. Enhanced anticaries action from drinking water containing 5 ppm fluoride. J. Am. Dent. Assoc. 98(1):35-39.

EPA (U.S. Environmental Protection Agency). 1986. Guidelines for Carcinogen Risk Assessment. EPA/630/R-00/004. Risk Assessment Forum, U.S. Environmental Protection Agency, Washington, DC. September 1986 [online]. Available: http://www.epa.gov/ncea/raf/car2sab/guidelines_1986.pdf [accessed Jan. 25, 2005].

EPA (U.S. Environmental Protection Agency). 1988. Summary Review of Health Effects Associated with Hydrogen Fluoride and Related Compounds. Health Issue Assessment. EPA/600/8-89/002F. Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC. December 1988.

EPA (U.S. Environmental Protection Agency). 1989. Fluorine (Soluble Fluoride) (CASRN 7782-41-4). Integrated Risk Information System, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/iris/subst/0053.htm [accessed Sept. 10, 2004].

EPA (U.S. Environmental Protection Agency). 1992. Sulfuryl Fluoride. R.E.D. (Registration Eligibility Decision) Facts. EPA-738-R-93-012. Office of Prevention, Pesticide and Toxic Substances, U.S. Environmental Protection Agency [online]. Available: http://www.fluorideaction.org/pesticides/ Sulfuryl_fluoride_RED.1992.pdf [accessed Sept. 10, 2004].

EPA (U.S. Environmental Protection Agency). 1994. Methods for Derivation of Inhalation Reference Concentrations and Application of Inhalation Dosimetry. EPA/600/8-90/066F. Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC. October 1994.

EPA (U.S. Environmental Protection Agency). 1996a. Cryolite. R.E.D. (Registration Eligibility Decision) Facts. EPA-738-R-96-016. Office of Prevention, Pesticide and Toxic Substances, U.S. Environmental Protection Agency [online]. Available: www.epa.gov/oppsrrd1/REDs/factsheets/0087fact.pdf [accessed Sept. 10, 2004].

EPA (U.S. Environmental Protection Agency). 1996b. Environmental Health Threats to Children. EPA175-F-96-001. Office of the Administrator, U.S. Environmental Protection Agency. September 1996.

EPA (U.S. Environmental Protection Agency). 1997. Exposure Factors Handbook,Vol. I, II, III. EPA/600/P-95/002Fa-c. National Center for Environmental Assessment, Office of

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

Research and Development, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/ncea/exposfac.htm [accessed Oct. 13, 2004].

EPA (U.S. Environmental Protection Agency). 2000a. Estimated Per Capita Water Ingestion in the United States: Based on Data Collected by the United States Department of Agriculture's 1994-96 Continuing Survey of Food Intakes by Individuals. EPA-822-R-00-008. Office of Water, U.S. Environmental Protection Agency. April 2000.

EPA (U.S. Environmental Protection Agency). 2000b. Report to Congress. EPA Studies on Sensitive Subpopulations and Drinking Water Contaminants. EPA 815-R-00-015. Office of Water, U.S. Environmental Protection Agency, Washington, DC. December 2000.

EPA (U.S. Environmental Protection Agency). 2000c. Food Commodity Intake Database (FCID). Computer data file. NTIS PB2000-500101. Office of Pesticide Programs, U.S. Environmental Protection Agency, Washington, DC.

EPA (U.S. Environmental Protection Agency). 2000d. Methodology for Deriving Ambient Water Quality Criteria for the Protection of Human Health (2000), Final Report. EPA-822-B-00-004. Office of Science and Technology, Office of Water, U.S. Environmental Protection Agency, Washington, DC [online]. Available: http://www.epa.gov/waterscience/humanhealth/method/complete.pdf [accessed Oct. 13, 2004].

EPA (U.S. Environmental Protection Agency). 2003a. Occurrence Estimation Methodology and Occurrence Findings Report for the Six-Year Review of Existing National Primary Drinking Water Regulations. EPA-815-R-03-006. Office of Water, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/safewater/standard/review/pdfs/support_6yr_occurancemethods_final.pdf [accessed Sept. 10, 2004].

EPA (U.S. Environmental Protection Agency). 2003b. Preliminary Risk Assessment of the Developmental Toxicity Associated with Exposure to Perfluorooctanoic Acid and Its Salts. Risk Assessment Division, Office of Pollution Prevention and Toxics, U.S. Environmental Protection Agency. April 10, 2003 [online]. Available: http://www.nicnas.gov.au/publications/pdf/pfospreliminaryriskassessment.pdf [accessed Sept. 10, 2004].

EPA (U.S. Environmental Protection Agency). 2003c. Health Risks to Fetuses, Infants and Children (Proposed Stage 2 Disinfectant/Disinfection Byproducts): A Review. EPA-822-R-03-010. Office of Water, Office of Science and Technology, U.S. Environmental Protection Agency. March 2003.

EPA (U.S. Environmental Protection Agency). 2004. Human Health Risk Assessment for Sulfuryl Fluoride and Fluoride Anion Addressing the Section 3 Registration of Sulfuryl Fluoride Post-Harvest Fumigation of Stored Cereal Grains, Dried Fruits and Tree Nuts and Pest Control in Grain Processing Facilities. PP# 1F6312. Memorandum to Dennis McNeilly/Richard Keigwin, Fungicide Branch, Registration Division, from Michael Doherty, Edwin Budd, Registration Action Branch 2, and Becky Daiss, Registration Action Branch 4, Health Effects Division, Office of Prevention, Pesticides and Toxic Substances, U.S. Environmental Protection Agency, Washington, DC. January 20, 2004 [online]. Available: http://www.fluorideaction.org/pesticides/fr.sulfuryl.fluoride.htm [accessed Sept. 10, 2004].

EPA (U.S. Environmental Protection Agency). 2005a. Guidelines for Carcinogen Risk Assessment. EPA/630/P-03/001F. Risk Assessment Forum, U.S. Environmental Protection Agency, Washington, DC [online]. Available: http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=116283 [accessed Oct. 10, 2005].

EPA (U.S. Environmental Protection Agency). 2005b. Supplemental Guidance for Assessing Susceptibility from Early-Life Exposure to Carcinogens. EPA/630/R-03/003F. Risk Assessment Forum, U.S. Environmental Protection Agency, Washington, DC [online]. Available: http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=116283 [accessed Oct. 10, 2004].

Erben, J., B. Hajakova, M. Pantucek, and L. Kubes. 1984. Fluoride metabolism and renal

Copyright National Academy of Sciences. All rights reserved.

osteodystrophy in regular dialysis treatment. Proc. Eur. Dial. Transplant Assoc. Eur. Ren. Assoc. 21:421-425.

Erdal, S., and S.N. Buchanan. 2005. A quantitative look at fluorosis, fluoride exposure, and intake in children using a health risk assessment approach. Environ. Health Perspect. 113(1):111-117.

Erickson, J.D. 1980. Down syndrome, water fluoridation, and maternal age. Teratology 21(2):177-180.

Erickson, J.D., G.P. Oakley, J.W. Flynt, and S. Hay. 1976. Water fluoridation and congenital malformation: No association. J. Am. Dent. Assoc. 93(5):981-984.

Ericsson, Y., K. Gydell, and T. Hammarskioeld. 1973. Blood plasma fluoride: An indicator of skeletal fluoride content. J. Int. Res. Commun. Syst. 1:33-35.

Erlacher, L., H. Templ, and D. Magometschnigg. 1995. A comparative bioavailability study on two new sustained-release formulations of disodiummonoflu9orophosphate versus a non-sustained-release formulation in healthy volunteers. Calcif. Tissue. Int. 56(3):196-200.

Ermiş, R.B., F. Koray, and B.G. Akdeniz. 2003. Dental caries and fluorosis in low- and high-fluoride areas in Turkey. Quintessence Int. 34(5):354-360.

Ernst, P., D. Thomas, and M.R. Becklake. 1986. Respiratory survey of North American Indian children living in proximity to an aluminum smelter. Am. Rev. Respir. Dis. 133(2):307-312.

Eto, B., M. Boisset, and J.F. Desjeux. 1996. Sodium fluoride inhibits the antisecretory effect of peptide YY and its analog in rabbit jejunum. Arch. Physiol. Biochem. 104(2):180-184.

Evans, R.W., and J.W. Stamm. 1991. An epidemiologic estimate of the critical period during which human maxillary central incisors are most susceptible to fluorosis. J. Public Health Dent. 51(4):251-259.

Everett, E.T., M.A. McHenry, N. Reynolds, H. Eggertsson, J. Sullivan, C. Kantmann, E.A. Martinez-Mier, J.M. Warrick, and G.K. Stookey. 2002. Dental fluorosis: Variability among different inbred mouse strains. J. Dent. Res. 81(11):794-798.

Fabiani, L., V. Leoni, and M. Vitali. 1999. Bone-fracture incidence rate in two Italian regions with different fluoride concentration levels in drinking water. J. Trace Elem. Med. Biol. 13(4):232-237.

Façanha, A.R., and A.L. Okorokova-Façanha. 2002. Inhibition of phosphate uptake in corn roots by aluminum-fluoride complexes. Plant Physiol. 129(4):1763-1772.

Faccini, J.M. 1967. Inhibition of bone resorption in the rabbit by fluoride. Nature 214(94): 1269-1271.

Faccini, J.M. 1969. Fluoride-induced hyperplasia of the parathyroid glands. Proc. R Soc. Med. 62(3):241.

Faccini, J.M., and A.D. Care. 1965. Effect of sodium fluoride on the ultrastructure of the parathyroid glands of the sheep. Nature 207(4):1399-1401.

Farkas, G., A. Fazekas, and E. Szekeres. 1983. The fluoride content of drinking water and menarcheal age. Acta Univ. Szeged. Acta Biol. 29(1-4):159-168.

Farley, J.R., J.R. Wergedal, and D.J. Baylink. 1983. Fluoride directly stimulates proliferation and alkaline phosphatase activity of bone forming cells. Science 222(4621):330-332.

Farley, J.R., N. Tarbaux, S. Hall, and D.J. Baylink. 1988. Evidence that fluoride-stimulated 3[H]- thymidine incorporation in embryonic chick calvarial cell cultures is dependent on the presence of a bone cell mitogen, sensitive to changes in the phosphate concentration, and modulated by systemic skeletal effectors. Metabolism 37(10):988-995.

Farley, J.R., S.L. Hall, and M.A. Tanner. 1993. Fluoride increase net calcium uptake by SaOS-2 cells: The effect is phosphate dependent. Calcif. Tissue Int. 53(3):187-192.

FDI (Fédération Dentaire Internationale). 1982. An epidemiological index of developmental defects of dental enamel (DDE index). Int. Dent. J. 32(2):159-167.

Copyright National Academy of Sciences. All rights reserved.

Featherstone, J.D. 1999. Prevention and reversal of dental caries: Role of low level fluoride. Community Dent. Oral Epidemiol. 27(1):31-40.

Fein, N.J., and F.L. Cerklewski. 2001. Fluoride content of foods made with mechanically separated chicken. J. Agric. Food Chem. 49(9):4284-4286.

Fejerskov, O. 2004. Changing paradigms in concepts on dental caries: Consequences for oral health care. Caries Res. 38(3):182-191.

Fejerskov, O., K.W. Stephen, A. Richards, and R. Speirs. 1987. Combined effect of systemic and topical fluoride treatments on human deciduous teeth—case studies. Caries Res. 21(5):452-459.

Fejerskov, O., F. Manji, and V. Baelum. 1990. The nature and mechanisms of dental fluorosis in man. J. Dent. Res. 69(Spec. Iss.):692-700.

Fejerskov, O., M.J. Larsen, A. Richards, and V. Baelum. 1994. Dental tissue effects of fluoride. Adv. Dent. Res. 8(1):15-31.

Felsenfeld, A.J., and M.A. Roberts. 1991. A report of fluorosis in the United States secondary to drinking well water. JAMA 265(4):486-488.

Feltman, R., and G. Kosel. 1961. Prenatal and postnatal ingestion of fluorides—Fourteen years of investigation. Final report. J. Dent. Med. 16(Oct.):190-198.

Feskanich, D., W. Owusu, D.J. Hunter, W. Willett, A. Ascherio, D. Spiegelman, S. Morris, V.L. Spate, and G. Colditz. 1998. Use of toenail fluoride levels as an indicator for the risk of hip and forearm fractures in women. Epidemiology 9(4):412-416.

Fleischer, M. 1962. Fluoride Content of Ground Water in the Conterminous United States. U.S. Geological Survey Miscellaneous Geological Investigation I-387. Washington, DC: U.S. Geological Survey (as cited in ATSDR 2003).

Fleischer, M., R.M. Forbes, R.C. Harriss, L. Krook, and J. Kubots. 1974. Fluorine. Pp. 22-25 in Geochemistry and the Environment, Vol. I: The Relation of Selected Trace Elements to Health and Disease. Washington, DC: National Academy of Sciences (as cited in ATSDR 2003).

Fomon, S.J., and J. Ekstrand. 1999. Fluoride intake by infants. J. Public Health Dent. 59(4):229-234.

Fomon, S.J., J. Ekstrand, and E.E. Ziegler. 2000. Fluoride intake and prevalence of dental fluorosis: Trends in fluoride intake with special attention to infants. J. Public Health Dent. 60(3):131-139.

Forsman, B. 1974. Dental fluorosis and caries in high-fluoride districts in Sweden. Community Dent. Oral Epidemiol. 2(3):132-148.

Foster, N.L., T.N. Chase, P. Fedio, N.J. Patronas, R.A. Brooks, and G. Di Chiro. 1983. Alzheimer's disease: Focal cortical changes shown by positron emission tomography. Neurology 33(8):961-965.

Franke, J., and E. Auermann. 1972. Significance of iliac crest puncture with histological and microanalytical examination of the obtained bone material in the diagnosis of fluorosis [in German]. Int. Arch. Arbeitsmed. 29(2):85-94.

Franke, J., F. Rath, H. Runge, F. Fengler, E. Auermann, and G.L. Lenart. 1975. Industrial fluorosis. Fluoride 8(2):61-85.

Fraser, W.D., F.C. Logue, J.P. Christie, S.J. Gallacher, D. Cameron, D.S. O'Reilly, G.H. Beastall, and I.T. Boyle. 1998. Alteration of the circadian rhythm of intact parathyroid hormone and serum phosphate in women with established postmenopausal osteoporosis. Osteoporos Int. 8(2):121-126.

Freni, S.C. 1994. Exposure to high fluoride concentrations in drinking water is associated with decreased birth rates. J. Toxicol. Environ. Health 42(1):109-121.

Freni, S.C., and D.W. Gaylor. 1992. International trends in the incidence of bone cancer are not related to drinking water fluoridation. Cancer 70(3):611-618.

Frink, E.J. Jr., H. Ghantous, T.P. Malan, S. Morgan, J. Fernando, A.J. Gandolfi, and B.R. Brown

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 52 of 334

*372*                                          *FLUORIDE IN DRINKING WATER*

Jr. 1992. Plasma inorganic fluoride with sevoflurane anesthesia: Correlation with indices of hepatic and renal function. Anesth. Analg. 74(2):231-235.

Fujii, A., and T. Tamura. 1989. Deleterious effect of sodium fluoride on gastrointestinal tract. Gen. Pharmacol. 20(5):705-710.

Fujita, T., and G.M. Palmieri. 2000. Calcium paradox disease: Calcium deficiency prompting secondary hyperparathyroidism and cellular calcium overload. J. Bone Miner. Metab. 18(3):109-125.

Gabler, W.L., and P.A. Leong. 1979. Fluoride inhibition of polymorphonuclear leukocytes. J. Dent. Res. 58(9):1933-1939.

Gadhia, P.K., and S. Joseph. 1997. Sodium fluoride induced chromosome aberrations and sister chromatid exchange in cultured human lymphocytes. Fluoride 30(3):153-156.

Galletti, P.M., and G. Joyet. 1958. Effect of fluorine on thyroidal iodine metabolism in hyperthyroidism. J. Clin. Endocrinol. Metab. 18(10):1102-1110.

García-Patterson, A., M. Puig-Domingo, and S.M. Webb. 1996. Thirty years of human pineal research: Do we know its clinical relevance? J. Pineal. Res. 20(1):1-6.

Gedalia, I., and N. Brand. 1963. The relationship of fluoride and iodine in drinking water in the occurrence of goiter. Arch. Int. Pharmacodyn. Ther. 142(April 1):312-315.

Gedalia, I., J. Gross, S. Guttmann, J.E. Steiner, F.G. Sulman, and M.M. Weinreb. 1960. The effects of water fluorination on thyroid function, bones and teeth of rats on a low iodine diet. Arch. Int. Pharmacodyn. Ther. 129(Dec.1):116-124.

Gelberg, K.H. 1994. Case-control Study of Childhood Osteosarcoma. Ph.D. Dissertation, Yale University.

Gelberg, K.H., E.F. Fitzgerald, S.A. Hwang, and R. Dubrow. 1995. Fluoride exposure and childhood osteosarcoma: A case-control study. Am. J. Public Health 85(12):1678-1683.

Gerster, J.C., S.A. Charhon, P. Jaeger, G. Boivin, D. Briancon, A. Rostan, C.A. Baud, P.J. Meunier. 1983. Bilateral fractures of femoral neck in patients with moderate renal failure receiving fluoride for spinal osteoporosis. Br. Med. J. 287(6394):723-725.

Gessner, B.D., M. Beller, J.P. Middaugh, and G.M. Whitford. 1994. Acute fluoride poisoning from a public water system. N. Engl. J. Med. 330(2):95-99.

Gharzouli, K., S. Amira, S. Khennouf, and A. Gharzouli. 2000. Effects of sodium fluoride on water and acid secretion, soluble mucus and adherent mucus of the rat stomach. Can. J. Gastroenterol. 14(6):493-498.

Ghosh, D., S. Das Sarkar, R. Maiti, D. Jana, and U.B. Das. 2002. Testicular toxicity in sodium fluoride treated rats: Association with oxidative stress. Reprod. Toxicol. 16(4):385-390.

Gibson, S.L. 1992. Effects of fluoride on immune system function. Complement. Med. Res. 6:111-113.

Gill, D.S., A. Coumar, and P. Dandona. 1989. Effect of fluoride on parathyroid hormone. Clin. Sci. 76(6):677-678.

Gispen, W.H., and R.L. Isaacson. 1986. Excessive grooming in response to ACTH. Pp. 273-312 in Neuropeptides and Behavior, Vol. 1. CNS Effects of ACTH, MSH, and Opioid Peptides, D. de Weid, W.H. Gispen, and T.B. van Wimersma Greidanus, eds. New York: Pergamon Press.

Goh, E.H., and A.W. Neff. 2003. Effects of fluoride on Xenopus embryo development. Food Chem. Toxicol. 41(11):1501-1508.

Gold, M.S., A.L. Pottash, and I. Extein. 1981. Hypothyroidism and depression. Evidence from complete thyroid function evaluation. JAMA 245(19):1919-1922.

Goldberg, M.E., J. Cantillo, G.E. Larijani, M. Torjman, D. Vekeman, and H. Schieren. 1996. Sevoflurane versus isoflurane for maintenance of anesthesia: Are serum inorganic fluoride ion concentrations of concern? Anesth. Analg. 82(6):1268-1272.

Goldman, R., Y. Granot, and U. Zor. 1995. A pleiotropic effect of fluoride on signal trans-

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 53 of 334

*REFERENCES*                                                                 *373*

    duction in macrophages: Is it mediated by GPT-binding proteins? J. Basic Clin. Physiol. Pharmacol. 6(1):79-94.

Gomez-Ubric, J.L., J. Liebana, J. Gutierrez, and A. Castillo A. 1992. In vitro immune modulation of polymorphonuclear leukocyte adhesiveness by sodium fluoride. Eur. J. Clin. Invest. 22(10):659-661.

Goodman, H.M. 2003. Basic Medical Endocrinology, 3rd Ed. San Diego, CA: Academic Press.

Gopalakrishnan, P., R.S. Vasan, P.S. Sarma, K.S. Nair, and K.R. Thankappan. 1999. Prevalence of dental fluorosis and associated risk factors in Alappuzha district, Kerala. Natl. Med. J. India 12(3):99-103.

Goward, P.E. 1982. Mottling on deciduous incisor teeth. A study of 5-year-old Yorkshire children from districts with and without fluoridation. Brit. Dent. J. 153(10):367-369.

Goyer, R.A. 1995. Nutrition and metal toxicity. Am. J. Clin. Nutr. 61(3 Suppl.):646S-650S.

Grandjean, P., and J.H. Olsen. 2004. Extended follow-up of cancer incidence in fluoride-exposed workers. J. Natl. Cancer Inst. 96(10):802-803.

Grandjean, P., J.H. Olsen, O.M. Jensen, and K. Juel. 1992. Cancer incidence and mortality in workers exposed to fluoride. J. Natl. Cancer Inst. 84(24):1903-1909.

Grattan, J., M. Durand, and S. Taylor. 2003. Illness and elevated human mortality in Europe coincident with the Laki Fissure eruption. Pp. 401-414 in Volcanic Degassing, C. Oppenheimer, D.M. Pyle, and J. Barclay, eds. Geological Society Special Publication No. 213. London: Geological Society.

Greenberg, L.W., C.E. Nelsen, and N. Kramer. 1974. Nephrogenic diabetes insipidus with fluorosis. Pediatrics 54(3):320-322.

Greenland, S. 1992. Divergent biases in ecologic and individual-level studies. Stat. Med. 11(9):1209-1223.

Greenland, S. 1998. Meta-analysis. Pp. 643-674 in Modern Epidemiology, 2nd Ed, K.J. Rothman, and S. Greenland, eds. Philadelphia, PA: Lippincott-Raven.

Greenland, S., and J. Robins. 1994. Invited commentary: Ecologic studies—biases, misconceptions and counterexamples. Am. J. Epidemiol. 139(8):747-760.

Griffin, S.O., E.D. Beltran, S.A. Lockwood, and L.K. Barker. 2002. Esthetically objectionable fluorosis attributable to water fluoridation. Community Dent. Oral. Epidemiol. 30(3):199-209.

Griffith-Jones, W. 1977. Fluorosis in dairy cattle. Vet. Rec. 100(5):84-89.

Grimbergen, G.W. 1974. A double blind test for determination of intolerance to fluoridated water. Preliminary report. Fluoride 7(3):146-152.

Grobler, S.R., A.J. Louw, and T.J. van Kotze. 2001. Dental fluorosis and caries experience in relation to three different drinking water fluoride levels in South Africa. Int. J. Paediatr. Dent. 11(5):372-379.

Grossman, J. 2002. Bottled Water not Affecting Tooth Decay. UPI Science News, May 30, 2002 [online]. Available: http://www.nrwa.org/2001/frontpage/front%20page%20cells/tooth-decay.htm [accessed Sept. 13, 2004].

Groudine, S.B., R.J. Fragen, E.D. Kharasch, T.S. Eisenman, E J. Frink, and S. McConnell. 1999. Comparison of renal function following anesthesia with low-flow sevoflurane and isoflurane. J. Clin. Anesth. 11(3):201-207.

Grucka-Mamczar, E., M. Machoy, R. Tarnawski, E. Birkner, and A. Mamczar. 1997. Influence of long-term sodium fluoride administration on selected parameters of rat blood serum and liver function. Fluoride 30(3):157-164.

Grucka-Mamczar, E., E. Birkner, J. Zalejska-Fiolka, and Z. Machoy. 2005. Disturbances of kidney function in rats with fluoride-induced hyperglycemia after acute poisoning by sodium fluoride. Fluoride 38(1):48-51.

Gruebbel, A.O. 1952. Summarization of the subject. J. Am. Dent. Assoc. 44(2):151-155.

Copyright National Academy of Sciences. All rights reserved.

Grumbach, M.M., and D.M. Styne. 2002. Puberty: Ontogeny, neuroendocrinology, physiology, and disorders. Pp. 1115-1286 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Guan, Z.Z., Z.J. Zhuang, P.S. Yang, and S. Pan. 1988. Synergistic action of iodine-deficiency and fluorine-intoxication on rat thyroid. Chin. Med. J. 101(9):679-684.

Guan, Z.Z., P.S. Yang, N.D. Yu, and Z.J. Zhuang. 1989. An experimental study of blood biochemical diagnostic indices for chronic fluorosis. Fluoride 22(3):112-118.

Guan, Z.Z., Y.N. Wang, K.Q. Xiao, D.Y. Dai, Y.H, Chen, J.L. Liu, P. Sindelar, and G. Dallner. 1998. Influence of chronic fluorosis on membrane lipids in rat brain. Neurotoxicol. Teratol. 20(5):537-542.

Guan, Z.Z., X. Zhang, K. Blennow, and A. Nordberg. 1999. Decreased protein level of nicotinic receptor alpha7 subunit in the frontal cortex from schizophrenic brain. NeuroReport 10(8):1779-1782.

Guan, Z.Z., K.Q. Xiao, X.Y. Zeng, Y.G. Long, Y.H. Cheng, S.F. Jiang, and Y.N. Wang. 2000. Changed cellular membrane lipid composition and lipid peroxidation of kidney in rats with chronic fluorosis. Arch. Toxicol. 74(10):602-608.

Guna Sherlin, D.M., and R.J. Verma. 2001. Vitamin D ameliorates fluoride-induced embryotoxicity in pregnant rats. Neurotoxicol. Teratol. 23(2):197-201.

Gupta, I.P., T.K. Das, A.K. Susheela, S. Dasarathy, and R.K. Tandon. 1992. Fluoride as a possible aetiological factor in non-ulcer dyspepsia. J. Gastroenterol. Hepatol. 7(4):355-359.

Gupta, S., A.K. Seth, A. Gupta, and A.G. Gavane. 1993. Transplacental passage of fluorides. J. Pediatr. 123(1):139-141.

Gupta, S.K., R.C. Gupta, and A.K. Seth. 1994. Increased incidence of spina bifida occulta in fluorosis prone areas. Indian Pediatr. 31(11):1431-1432.

Gupta, S.K., R.C. Gupta, A.K. Seth, and C.S. Chaturvedi. 1995. Increased incidence of spina bifida occulta in fluorosis prone areas. Acta Paediatr. Jpn. 37(4):503-506.

Gupta, S.K., T.I. Khan, R.C. Gupta, A.B. Gupta, K.C. Gupta, P. Jain, and A. Gupta. 2001. Compensatory hyperparathyroidism following high fluoride ingestion—a clinicobiochemical correlation. Indian Pediatr. 38(2):139-146.

Gutteridge, D.H., R.I. Price, G.N. Kent, R.L. Prince, and P.A. Michell. 1990. Spontaneous hip fractures in fluoride-treated patients: Potential causative factors. J. Bone Miner. Res. 5 (Suppl. 1):S205-S215.

Hac, E., W. Czarnowski, T. Gos, and J. Krechniak. 1997. Lead and fluoride content in human bone and hair in the Gdansk region. Sci. Total Environ. 206(2-3):249-254.

Haftenberger, M., G. Viergutz, V. Neumeister, and G. Hetzer. 2001. Total fluoride intake and urinary excretion in German children aged 3-6 years. Caries Res. 35(6):451-457.

Haguenauer, D., V. Welch, B. Shea, P. Tugwell, J.D. Adachi, and G. Wells. 2000. Fluoride for the treatment of postmenopausal osteoporotic fractures: A meta-analysis. Osteoporosis Int. 11(9):727-738.

Haimanot, R.T., A. Fekadu, and B. Bushra. 1987. Endemic fluorosis in the Ethiopian Rift Valley. Trop. Geogr. Med. 39(3):209-217.

Hanhijärvi, H. 1974. The effect of renal diseases on the free ionized plasma fluoride concentrations in patients from anb artificially fluoridated and non-fluoridated drinking water community. Proc. Finn. Dent. Soc. 70(Suppl. 1-3):35-43.

Hanhijärvi, H. 1982. The effect of renal impairment of fluoride retention of patients hospitalized in a low-fluoride community. Proc. Finn. Dent. Soc. 78(1):13-19.

Hanhijärvi, H., and I. Penttilä. 1981. The relationship between human ionic plasma fluoride and serum creatinine concentrations in cases of renal and cardiac insufficiency in a fluoridated community. Proc. Finn. Dent. Soc. 77(6):330-335.

Hanhijärvi, H., V.M. Anttonen, A. Pekkarinen, and A. Penttila. 1972. The effects of artificially

Copyright National Academy of Sciences. All rights reserved.

fluoridated drinking water on the plasma of ionized fluoride content in certain clinical disease and in normal individuals. Acta Pharmacol. Toxicol. 31(1):104-110.

Hanhijärvi, H., I. Penttilä, and A. Pekkarinen. 1981. Human ionic plasma fluoride concentrations and age in a fluoridated community. Proc. Finn. Dent. Soc. 77(4):211-221.

Hansson, T., and B. Roos. 1987. The effect of fluoride and calcium on spinal bone mineral content: A controlled prospective (3year) study. Calcif. Tissue Int. 40(6):315-317.

Hara, K. 1980. Studies on fluorosis, especially effects of fluoride on thyroid metabolism [in Japanese]. Koku Eisei Gakkai Zasshi 30(1):42-57.

Hara, T., M. Fukusaki, T. Nakamura, and K. Sumikawa. 1998. Renal function in patients during and after hypotensive anesthesia with sevoflurane. J. Clin. Anesth. 10(7):539-545.

Harbrow, D.J., M.G. Robinson, and P.A. Monsour. 1992. The effect of chronic fluoride administration on rat condylar cartilage. Aust. Dent. J. 37(1):55-62.

Hardin, J.A., M.H. Kimm, M. Wirasinghe, and D.G. Gall. 1999. Macromolecular transport across the rabbit proximal and distal colon. Gut 44(2):218-225.

Harris, N.O., and R.L. Hayes. 1955. A tracer study of the effect of acute and chronic exposure to sodium fluoride on the thyroid iodine metabolism of rats. J. Dent. Res. 34(4):470-477.

Harrison, J.E., K.G. McNeill, W.C. Sturtridge, T.A. Bayley, T.M. Murray, C. Williams, C. Tam, and V. Fornasier. 1981. Three year changes in bone mineral mass of osteoporotic patients based on neutron activation analysis of the central third of the skeleton. J. Clin. Endocrinol. Metab. 52(4):751-758.

Hartfield, P.J., and J.M. Robinson. 1990. Fluoride-mediated activation of the respiratory burst in electropermeabilized neutrophils. Biochim. Biophys. Acta. 1054(2):176-180.

Hase, K., K. Meguro, and T. Nakamura. 2000. Effects of sevoflurane anesthesia combined with epidural block on renal function in the elderly: Comparison with isoflurane. J. Anesth. 14(2):53-60.

Haseman, J.K., J.E. Huff, G.N. Rao, J.E. Arnold, G.A. Boorman, and E.E. McConnell. 1985. Neoplasms observed in untreated and corn oil gavage control groups of F344/N rats and (C57BL/6N X $C_3$H/HeN)$F_1$ (B6C3$F_1$) mice. J. Natl. Cancer Inst. 75(5):975-984.

Haseman, J.K., J.R. Hailey, and R.W. Morris. 1998. Spontaneous neoplasm incidences in Fischer 344 rats and B$_6$C$_3$F$_1$ mice in two-year carcinogenicity studies: A National Toxicology Program update. Toxicol. Pathol. 26(3):428-441.

Hasling, C., H.E. Nielsen, F. Melsen, and L. Mosekilde. 1987. Safety of osteoporosis treatment with sodium fluoride, calcium phosphate and vitamin D. Miner. Electrolyte Metab. 13(2):96-103.

Hassold, T., and S. Sherman. 2000. Down syndrome: Genetic recombination and the origin of the extra chromosome 21. Clin. Genet. 57(2):95-100.

Hassold, T., S. Sherman, and P. Hunt. 2000. Counting cross-overs: Characterizing meiotic recombination in mammals. Hum. Mol. Genet. 9(16):2409-2419.

Hattner, R., B.N. Epker, and H.M. Frost. 1965. Suggested sequential mode of control of changes in cell behaviour in adult bone remodeling. Nature 206(983):489-490.

Hawley, G.M., R.P. Ellwood, and R.M. Davies. 1996. Dental caries, fluorosis and the cosmetic implications of different TF scores in 14-year-old adolescents. Community Dent. Health 13(4):189-192.

He, H., V. Ganapathy, C.M. Isales, and G.M. Whitford. 1998. pH-dependent fluoride transport in intestinal brush border membrane vesicles. Biochim. Biophys. Acta. 1372(2):244-254.

Heath, K., V. Singh, R. Logan, and J. McIntyre. 2001. Analysis of fluoride levels retained intraorally or ingested following routine clinical applications of topical fluoride products. Aust. Dent. J. 46(1):24-31.

Copyright National Academy of Sciences. All rights reserved.

Hefti, A., and T.M. Marthaler. 1981. Bone fluoride concentrations after 16 years of drinking water fluoridation. Caries Res. 15(1):85-89.

Heifetz, S.B., W.S. Driscoll, H.S. Horowitz, and A. Kingman. 1988. Prevalence of dental caries and dental fluorosis in areas with optimal and above-optimal water-fluoride concentrations: A 5-year follow-up survey. J. Am. Dent. Assoc. 116(4):490-495.

Heilman, J.R., M.C. Kiritsy, S.M. Levy, and J.S. Wefel. 1997. Fluoride concentrations of infant foods. J. Am. Dent. Assoc. 128(7):857-863.

Heilman, J.R., M.C. Kiritsy, S.M. Levy, and J.S. Wefel. 1999. Assessing fluoride levels of carbonated soft drinks. J. Am. Dent. Assoc. 130(11):1593-1599.

Hein, J.W., F.A. Smith, and F. Brudevold. 1954. Distribution of 1 ppm fluoride as radioactively tagged NaF in soft tissues of adult female albino rats. J. Dent. Res. 33(Oct.):709-710.

Hein, J.W., Bonner, J.F., F. Brudevold, F.A. Smith, and H.C. Hodge. 1956. Distribution in the soft tissue of the rat of radioactive fluoride administered as sodium fluoride. Nature 178(4545):1295-1296.

Heindel, J.J., H.K. Bates, C.J. Price, M.C. Marr, C.B. Myers, and B.A. Schwetz. 1996. Developmental toxicity evaluation of sodium fluoride administered to rats and rabbits in drinking water. Fundam. Appl. Toxicol. 30(2):162-177.

Helfand, M. 2004. Screening for subclinical thyroid dysfunction in nonpregnant adults: A summary of the evidence for the U.S. Preventive Services Task Force. Ann. Intern. Med. 140(2):128-141.

Heller, K.E., S.A. Eklund, and B.A. Burt. 1997. Dental caries and dental fluorosis at varying water fluoride concentrations. J. Public Health Dent. 57(3):136-143.

Heller, K.E., W. Sohn, B.A. Burt, and S.A. Eklund. 1999. Water consumption in the United States in 1994-96 and implications for water fluoridation policy. J. Public Health Dent. 59(1):3-11.

Heller, K.E., W. Sohn, B.A. Burt, and R.J. Feigal. 2000. Water consumption and nursing characteristics of infants by race and ethnicity. J. Public Health Dent. 60(3):140-146.

Higuchi, H., S. Arimura, H. Sumikura, T. Satoh, and M. Kanno. 1994. Urine concentrating ability after prolonged sevoflurane anaesthesia. Br. J. Anaesth. 73(2):239-240.

Higuchi, H., H. Sumikura, S. Sumita, S. Arimura, F. Takamatsu, M. Kanno, and T. Satoh. 1995. Renal function in patients with high serum fluoride concentrations after prolonged sevoflurane anesthesia. Anesthesiology 83(3):449-458.

Hileman, B. 1988. Fluoridation of water: Questions about health risks and benefits remain after more than 40 years. Chem. Eng. News (August 1):26-42 [online]. Available: http://www.fluoridealert.org/hileman.htm [accessed Sept. 9, 2004].

Hill, A.B. 1965. The environment and disease: Association or causation? Proc. R. Soc. Med. 58(May):295-300.

Hillier, S., C. Cooper, S. Kellingray, G. Russell, H. Hughes, and D. Coggon. 2000. Fluoride in drinking water and risk of hip fracture in the UK: A case-control study. Lancet 355(9200):265-269.

Hillman, D., D.L. Bolenbaugh, and E.M. Convey. 1979. Hypothyroidism and anemia related to fluoride in dairy cattle. J. Dairy Sci. 62(3):416-423.

Hinkle, A.J. 1989. Serum inorganic fluoride levels after enflurane in children. Anesth. Analg. 68(3):396-399.

Hinrichs, E.H., Jr. 1966. Dental changes in juvenile hypothyroidism. J. Dent. Child. 33(3):167-173.

Hirano, S., M. Ando, and S. Kanno. 1999. Inflammatory responses of rat alveolar macrophages following exposure to fluoride. Arch. Toxicol. 73(6):310-315.

Hirano, T., D.B. Burr, C.H. Turner, M. Sato, R.L. Cain, and J.M. Hock. 1999. Anabolic effects of human biosynthetic parathyroid hormone fragment (1-34), LY333334, on

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 57 of 334

*REFERENCES*                                                                377

remodeling and mechanical properties of cortical bone in rabbits. J. Bone Miner. Res. 14(4):536-545.

Hirayama, T., K. Niho, O. Fujino, and M. Murakami. 2003. The longitudinal course of two cases with cretinism diagnosed after adolescence. J. Nippon Med. Sch. 70(2):175-178.

Hirschauer, S.C. 2004. Too much fluoride; Parts of state don't meet drinking water standards. The Daily Press. October 10, 2004 [online]. Available: http://www.fluoridealert.org/news/2066.html [accessed Oct. 12, 2005].

Hodge, H.C., and F.A. Smith. 1965. Fluorine Chemistry, Vol. 4, J.H. Simons, ed. New York: Academic Press.

Hodsman, A.B., and D.J. Drost. 1989. The response of vertebral bone mineral density during the treatment of osteoporosis with sodium fluoride. J. Clin. Endocrinol. Metab. 69(5):932-938.

Hoffman, R., J. Mann, J. Calderone, J. Trumbull, and M. Burkhart. 1980. Acute fluoride poisoning in a New Mexico elementary school. Pediatrics 65(5):897-900.

Hong, L., S.M. Levy, J.J. Warren, G.R. Bergus, D.V. Dawson, J.S. Wefel, and B. Broffitt. 2004. Primary tooth fluorosis and amoxicillin use during infancy. J. Public Health Dent. 64(1):38-44.

Honkanen, K., R. Honkanen, L. Heikkinen, H. Kröger, and D. Saarikoski. 1999. Validity of self-reports of fractures in perimenopausal women. Am. J. Epidemiol. 150(5):511-516.

Hoover, R.N., S.S. Devesa, K.P. Cantor, J.H. Lubin, and J.F. Fraumeni. 1991. Fluoridation of Drinking Water and Subsequent Cancer Incidence and Mortality. Appendix E in Review of Fluoride Benefits and Risks: Report of the Ad Hoc Subcommittee on Fluoride Committee of the Committee to Coordinate Environmental Health and Related Programs. Public Health Service, U.S. Department of Health and Human Services, Washington, DC.

Horowitz, H.D., S.B. Heifetz, and W.S. Driscoll. 1972. Partial defluoridation of a community water supply and dental fluorosis. Health Serv. Rep. 87(5):451-455.

Horowitz, H.S. 1996. The effectiveness of community water fluoridation in the United States. J. Public Health Dent. 56(5 Spec. No.):253-258.

Horowitz, H.S., W.S. Driscoll, R.J. Meyers, S.B. Heifetz, and A. Kingman. 1984. A new method for assessing the prevalence of dental fluorosis: The Tooth Surface index of Fluorosis. J. Am. Dent. Assoc. 109(1):37-41.

Horswill, C.A. 1998. Effective fluid replacement. Int. J. Sport Nutr. 8(2):175-195.

Hossny, E., S. Reda, S. Marzouk, D. Diab, and H. Fahmy. 2003. Serum fluoride levels in a group of Egyptian infants and children from Cairo city. Arch. Environ. Health 58(5):306-315.

Hotchkiss, C.E., R. Brommage, M. Du, and C.P. Jerome. 1998. The anesthetic isoflurane decreases ionized calcium and increases parathyroid hormone and osteocalcin in cynomolgus monkeys. Bone 23(5):479-484.

Hrudey, S.E., C.L. Soskolne, J. Berkel, and S. Fincham. 1990. Drinking water fluoridation and osteosarcoma. Can. J. Public Health 81(6):415-416.

Huang, C.C. 1987. Bone resorption in experimental otosclerosis in rats. Am. J. Otolaryngol. 8(5):332-341.

Huang, Z., K. Li, G. Hou, Z. Shen, C. Wang, K. Jiang, and X. Luo. 2002. Study on the correlation of the biochemical indexes in fluoride workers [in Chinese]. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi 20(3):192-194.

Hudak, P.F. 1999. Fluoride levels in Texas groundwater. J. Environ. Sci. Health Part A 34(8):1659-1676.

Hull, W.E., R.E. Port, R. Herrmann, B. Britsch, and W. Kunz. 1988. Metabolites of 5-fluorouracil in plasma and urine, as monitored by 19F nuclear magnetic resonance spectroscopy, for patients receiving chemotherapy with or without methotrexate pretreatment. Cancer Res. 48(6):1680-1688.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 58 of 334

*378* *FLUORIDE IN DRINKING WATER*

Hung, J., and R. Anderson. 1997. p53: Functions, mutations and sarcomas. Acta Orthop. Scand. 273(Suppl.):68-73.

Huraib, S., M.Z. Souqqiyeh, S. Aswad, and A.R. al-Swailem. 1993. Pattern of renal osteodystrophy in haemodialysis patients in Saudi Arabia. Nephrol. Dial Transplant. 8(7):603-608.

Husdan, H., R. Vogl, D. Oreopoulos, C. Gryfe, and A. Rapoport. 1976. Serum ionic fluoride: Normal range and relationship to age and sex. Clin. Chem. 22(11):1884-1888.

Imbeni, V., J.J. Kruzic, G.W. Marshall, S.J. Marshall, and R.O. Ritchie. 2005. The dentin-enamel junction and the fracture of human teeth. Nat. Mater. 4(3):229-232.

Inkielewicz, I., and J. Krechniak. 2003. Fluoride content in soft tissues and urine of rats exposed to sodium fluoride in drinking water. Fluoride 36(4):263-266.

IOM (Institute of Medicine). 1997. Dietary Reference Intakes: For Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. Washington, DC: National Academy Press.

IOM (Institute of Medicine). 2004. Dietary Reference Intakes for Water, Potassium, Sodium, Chloride, and Sulfate. Washington, DC: The National Academies Press.

Ionescu, O., E. Sonnet, N. Roudaut, F. Prédine-Hug, and V. Kerlan. 2004. Oral manifestations of endocrine dysfunction [in French]. Ann. Endocrinol. (Paris) 65(5):459-465.

Irie, T., T. Aizawa, and S. Kokubun. 2005. The role of sex hormones in the kinetics of chondrocytes in the growth plate. A study in the rabbit. J. Bone Joint Surg. Br. 87(9): 1278-1284.

Isaacson, R.L., J.M. Fahey, and F.A. Mughairbi. 2003. Environmental conditions unexpectedly affect the long-term extent of cell death following a hypoxic episode. Ann. NY Acad. Sci. 993(May):179-194.

Ishii, T., and G. Suckling. 1991. The severity of dental fluorosis in children exposed to water with a high fluoride content for various periods of time. J. Dent. Res. 70(6):952-956.

Ismail, A.I., J. Shoveller, D. Langille, W.A. MacInnis, and M. McNally. 1993. Should the drinking water of Truro, Nova Scotia, be fluoridated? Water fluoridation in the 1990s. Community Dent. Oral. Epidemiol. 21(3):118-125.

Jackson, D., and S.M. Weidmann. 1958. Fluorine in human bone related to age and the water supply of different regions. J. Pathol. Bacteriol. 76(2):451-459.

Jackson, P.J., P.W. Harvey, and W.F. Young. 2002. Chemistry and Bioavailability Aspects of Fluoride in Drinking Water. Report No. CO 5037. WRc-NSF Ltd., Marlow, Bucks.

Jackson, R., S. Kelly, T. Noblitt, W. Zhang, A. Dunipace, Y. Li, G. Stookey, B. Katz, E. Brizendine, S. Farley, and D. Baylink. 1994. The effect of fluoride therapy on blood chemistry parameters in osteoporotic females. Bone Miner. 27(1):13-23.

Jackson, R.D., S.A. Kelly, B.P. Katz, J.R. Hull, and G.K. Stookey. 1995. Dental fluorosis and caries prevalence in children residing in communities with different levels of fluoride in the water. J. Public Health Dent. 55(2):79-84.

Jackson, R.D., S.A. Kelly, T.W. Noblitt, W. Zhang, M.E. Wilson, A.J. Dunipace, Y. Li, B.P. Katz, E.J. Brizendine, and G.K. Stookey. 1997. Lack of effect of long-term fluoride ingestion on blood chemistry and frequency of sister chromatid exchange in human lymphocytes. Environ. Mol. Mutagen. 29(3):265-271.

Jackson, R.D., S.A. Kelly, B. Katz, E. Brizendine, and G.K. Stookey. 1999. Dental fluorosis in children residing in communities with different water fluoride levels: 33-month follow-up. Pediatr. Dent. 21(4):248-254.

Jackson, R.D., E.J. Brizendine, S.A. Kelly, R. Hinesley, G.K. Stookey, and A.J. Dunipace. 2002. The fluoride content of foods and beverages from negligibly and optimally fluoridated communities. Community Dent. Oral Epidemiol. 30(5):382-391.

Jacobsen, S.J., J. Goldberg, T.P. Miles, J.A. Brody, W. Stiers, and A.A. Rimm. 1990. Regional variation in the incidence of hip fracture. U.S. white women aged 65 years and older. JAMA 264(4):500-502.

Copyright National Academy of Sciences. All rights reserved.

*REFERENCES* 379

Jacobsen, S.J., J. Goldberg, C. Cooper, and S.A. Lockwood. 1992. The association between water fluoridation and hip fracture among white women and men aged 65 years and older: A national ecologic study. Ann. Epidemiol. 2(5):617-626.

Jacobsen, S.J., W.M. O'Fallon, and L.J. Melton, III. 1993. Hip fracture incidence before and after the fluoridation of public water supply, Rochester, Minnesota. Am. J. Public Health 83(5):743-745.

Jacqmin, H., D. Commenges, L. Letenneur, P. Barberger-Gateau, and J.F. Dartigues. 1994. Components of drinking water and risk of cognitive impairment in the elderly. Am. J. Epidemiol. 139(1):48-57.

Jacqmin-Gadda, H., D. Commenges, and J.F. Dartigues. 1995. Fluorine concentrations in drinking water and fractures in the elderly [letter]. JAMA 273(10):775-776.

Jacqmin-Gadda, H., A. Fourrier, D. Commenges, and J.F. Dartigues. 1998. Risk factors for fractures in the elderly. Epidemiology 9(4):417-423.

Jagiello, G., and J.S. Lin. 1974. Sodium fluoride as potential mutagen in mammalian eggs. Arch. Environ. Health 29(4):230-235.

Jain, S.K., and A.K. Susheela. 1987. Effect of sodium fluoride on antibody formation in rabbits. Environ. Res. 44(1):117-125.

Jenkins, G.N. 1991. Fluoride intake and its safety among heavy tea drinkers in a British fluoridated city. Proc. Finn. Dent. Soc. 87(4):571-579.

Jenny, J., and J.M. Proshek. 1986. Visibility and prestige of occupations and the importance of dental appearance. J. Can. Dent. Assoc. 52(12):987-989.

Jeschke, M., G.J. Standke, and M. Scaronuscarona. 1998. Fluoroaluminate induces activation and association of Src and Pyk2 tyrosine kinases in osteoblastic $MC_3T_3$-$E_1$ cells. J. Biol. Chem. 273(18):11354-11361.

Jobson, M.D., S.E. Grimm, III, K. Banks, and G. Henley. 2000. The effects of water filtration systems on fluoride: Washington, D.C. metropolitan area. J. Dent. Child. 67(5):350-354.

Johnson, K.A., B.L. Holman, S.P. Mueller, T.J. Rosen, R. English, J.S. Nagel, and J.H. Growdon. 1988. Single photon emission computed tomography in Alzheimer's disease. Abnormal iofetamine I 123 uptake reflects dementia severity. Arch. Neurol. 45(4):392-396.

Johnson, S.A., and C. DeBiase. 2003. Concentration levels of fluoride in bottled drinking water. J. Dent. Hyg. 77(3):161-167.

Johnson, W.J., D.R. Taves, and J. Jowsey. 1979. Fluoridation and bone disease. Pp. 275-293 in Continuing Evaluation of the Use of Fluorides. E. Johansen, D.R. Taves, and T.O. Olsen, eds. AAAS Selected Symposium. Boulder, CO: Westview Press.

Jonderko, G., K. Kita, J. Pietrzak, B. Primus-Slowinska, B. Ruranska, M. Zylka-Wloszczyk, and J. Straszecka. 1983. Effect of subchronic poisoning with sodium fluoride on the thyroid gland of rabbits with normal and increased supply of iodine [in Polish]. Endokrynol. Pol. 34(3):195-203.

Jones, K.F., and J.H. Berg. 1992. Fluoride supplementation. A survey of pediatricians and pediatric dentists. Am. J. Dis. Child. 146(12):1488-1491.

Jooste, P.L., M.J. Weight, J.A. Kriek, and A.J. Louw. 1999. Endemic goitre in the absence of iodine deficiency in schoolchildren of the Northern Cape Province of South Africa. Eur. J. Clin. Nutr. 53(1):8-12.

Jope, R.S. 1988. Modulation of phosphoinositide hydrolysis by NaF and aluminum in rat cortical slices. J. Neurochem. 51(6):1731-1736.

Joseph, S., and P.K. Gadhia. 2000. Sister chromatid exchange frequency and chromosome aberrations in residents of fluoride endemic regions of south Gujarat. Fluoride 33(4):154-158.

Jubb, T.F., T.E. Annand, D.C. Main, and G.M. Murphy. 1993. Phosphorus supplements and fluorosis in cattle—a northern Australian experience. Aust. Vet. J. 70(10):379-383.

Juncos, L.I., and J.V. Donadio Jr. 1972. Renal failure and fluorosis. JAMA 222(7):783-785.

Copyright National Academy of Sciences. All rights reserved.

*380*                                          *FLUORIDE IN DRINKING WATER*

Juuti, M., and O.P. Heinonen. 1980. Incidence of urolithiasis and composition of household water in southern Finland. Scand. J. Urol. Nephrol. 14(2):181-187.

Kameyama, Y., S. Nakane, H. Maeda, T. Saito, S. Konishi, and N. Ito. 1994. Effect of fluoride on root resorption caused by mechanical injuries of the periodontal soft tissues in rats. Endod. Dent. Traumatol. 10(5):210-214.

Kapoor, V., T. Prasad, and K.C. Bhatia. 1993. Effect of dietary fluorine on histopathological changes in calves. Fluoride 26(2):105-110.

Karagas, M.R., J.A. Baron, J.A. Barrett, and S.J. Jacobsen. 1996. Patterns of fracture among the United States elderly: Geographic and fluoride effects. Ann. Epidemiol. 6(3):209-216.

Kassem, M., L. Mosekilde, and E.F. Eriksen. 1994. Effects of fluoride on human bone cells in vitro: Differences in responsiveness between stromal osteoblast precursors and mature osteoblasts. Eur. J. Endocrinol. 130(4):381-386.

Kato, S., H. Nakagaki, Y. Toyama, T. Kanayama, M. Arai, A. Togari, S. Matsumoto, M. Strong, and C. Robinson. 1997. Fluoride profiles in the cementum and root dentine of human permanent anterior teeth extracted from adult residents in a naturally fluoridated and a non-fluoridated area. Gerodontology 14(1):1-8.

Kaur, P., A. Tewari, and H.S. Chawla. 1987. Changing trends of dental cries and enamel mottling after change of fluoride content in drinking water in endemic fluoride belt. J. Indian Soc. Pedod. Prev. Dent. 5(1):37-44.

Kawase, T., and A. Suzuki. 1989. Studies on the transmembrane migration of fluoride and its effects on proliferation of L-929 fibroblasts (L cells) in vitro. Arch. Oral Biol. 34(2):103-107.

Kawase, T., A. Oguro, M. Orikasa, and D.M. Burns. 1996. Characteristics of NaF-induced differentiation of HL-60 cells. J. Bone Miner. Res. 11(11):1676-1687.

Kedryna, T., M.B. Stachurska, J. Ignacak, and M. Guminska. 1993. Effect of environmental fluorides on key biochemical processes in humans. Folia Med. Cracov 34(1-4):49-57.

Kekki, M., E. Lampainen, P. Kauranen, F. Hoikka, M. Alhava, and A. Pasternack. 1982. The nonlinear tissue binding characteristics of fluoride kinetics in normal and anephric subjects. Nephron 31(2):129-134.

Kernan, W.J., and P.J. Mullenix. 1991. Stability and reproducibility of time structure in spontaneous behavior of male rats. Pharmacol. Biochem. Behav. 39(3):747-754.

Kernan, W.J., P.J. Mullenix, and D.L. Hopper. 1987. Pattern recognition of rat behavior. Pharmacol. Biochem. Behav. 27(3):559-564.

Kernan, W.J., P.J. Mullenix, R. Kent, D.L. Hopper, and N.A. Cressie. 1988. Analysis of the time distribution and time sequence of behavioral acts. Int. J. Neurosci. 43(1-2):35-51.

Kertesz, P., T. Kerenyi, J. Kulka, and J. Banoczy. 1989. Comparison of the effects of NaF and $CaF_2$ on rat gastric mucosa. A light-, scanning- and transmission electron microscopic study. Acta Morphol. Hung. 37(1-2):21-28.

Khalil, A.M. 1995. Chromosome aberrations in cultured rat bone marrow cells treated with inorganic fluorides. Mutat. Res. 343(1):67-74.

Khalil, A.M., and A.A. Da'dara. 1994. The genotoxic and cytotoxic activities of inorganic fluoride in cultured rat bone marrow cells. Arch. Environ. Contam. Toxicol. 26(1):60-63.

Kharasch, E.D., and D.C. Hankins. 1996. P450-dependent and nonenzymatic human liver microsomal defluorination of fluoromethyl-2,2-difluoro-1-(trifluoromethyl)vinyl ether (compound A), a sevoflurane degradation product. Drug Metab. Dispos. 24(6):649-654.

Kingman, A. 1994. Current techniques for measuring dental fluorosis: Issues in data analysis. Adv. Dent. Res. 8(1):56-65.

Kinney, J.H., R.K. Nalla, J.A. Pople, T.M. Breunig, and R.O. Ritchie. 2005. Age-related transparent root dentin: Mineral concentration, crystallite size, and mechanical properties. Biomaterials 26(16):3363-3376.

Kiritsy, M.C., S.M. Levy, J.J. Warren, N. Guha-Chowdhury, J.R. Heilman, and T. Marshall.

*REFERENCES* *381*

1996. Assessing fluoride concentrations of juices and juice-flavored drinks. J. Am. Dent. Assoc. 127(7):895-902.

Kishi, K., and T. Ishida. 1993. Clastogenic activity of sodium fluoride in great ape cells. Mutat. Res. 301(3):183-188.

Kleerekoper, M., and R. Balena. 1991. Fluoride and osteoporosis. Ann. Rev. Nut. 11: 309-324.

Kleerekoper, M., and D.B. Mendlovic. 1993. Sodium fluoride therapy of postmenopausal osteoporosis. Endocr. Rev. 14(3):312-323.

Kleerekoper, M., E.L. Peterson, D.A. Nelson, E. Phillips, M.A. Schork, B.C. Tilley, and A.M. Parfitt. 1991. A randomized trial of sodium fluoride as a treatment for postmenopausal osteoporosis. Osteoporosis Int. 1(3):155-161.

Klein, H. 1975. Dental fluorosis associated with hereditary diabetes insipidus. Oral Surg. Oral Med. Oral Pathol. 40(6):736-741.

Klein, R.Z., J.D. Sargent, P.R. Larsen, S.E. Waisbren, J.E. Haddow, and M.L. Mitchell. 2001. Relation of severity of maternal hypothyroidism to cognitive development of offspring. J. Med. Screen. 8(1):18-20.

Knappwost, A., and J. Westendorf. 1974. Inhibition of cholinesterases caused by fluorine complex of silicon and of iron [in German]. Naturwissenschaften 61(6):275.

Kolka, M.A., W.A. Latzka, S.J. Montain, W.P. Corr, K.K. O'Brien, and M.N. Sawka. 2003. Effectiveness of revised fluid replacement guidelines for military training in hot weather. Aviat. Space Environ. Med. 74(3):242-246.

Kragstrup, J., A. Richards, and O. Fejerskov. 1984. Experimental osteo-fluorosis in the domestic pig: A histomorphometric study of vertebral trabecular bone. J. Dent. Res. 63(6):885-889.

Krasowska, A., and T. Włostowski. 1992. The effect of high fluoride intake on tissue trace elements and histology of testicular tubules in the rat. Comp. Biochem. Physiol. C 103(1):31-34.

Krishnamachari, K.A. 1982. Trace elements in serum and bone in endemic Genu valgum: Manifestation of fluorosis. Fluoride 15(1):25-31.

Krishnamachari, K.A. 1986. Skeletal fluorosis in humans: A review of recent progress in the understanding of the disease. Prog. Food Nutr. Sci. 10(3-4):279-314.

Kroger, H., E. Alhava, R. Honkanen, M. Tuppurainen, and S. Saarkoski. 1994. The effect of fluoridated drinking water on axial bone mineral density—a population based study. Bone Miner. 27(1):33-41.

Kudo, N., and Y. Kawashima. 2003. Toxicity and toxicokinetics of perfluorooctanoic acid in humans and animals. J. Toxicol. Sci. 28(2):49-57.

Kumar, A., and A.K. Susheela. 1994. Ultrastructural studies of spermiogenesis in rabbit exposed to chronic fluoride toxicity. Int. J. Fertil. Menopausal. Stud. 39(3):164-171.

Kumar, A., and A.K. Susheela. 1995. Effects of chronic fluoride toxicity on the morphology of ductus epididymis and the maturation of spermatozoa of rabbit. Int. J. Exp. Pathol. 76(1):1-11.

Kumar, J.V., and P.A. Swango. 1999. Fluoride exposure and dental fluorosis in Newburgh and Kingston, New York: Policy implications. Community Dent. Oral. Epidemiol. 27(3):171-180.

Kunz, D., S. Schmitz, R. Mahlberg, A. Mohr, C. Stöter, K.J. Wolf, and W.M. Herrmann. 1999. A new concept for melatonin deficit: On pineal calcification and melatonin excretion. Neuropsychopharmacol. 21(6):765-772.

Kunzel, V.W. 1976. Cross sectional comparison of the median eruption time for permanent teeth in children from fluoride poor and optimally fluoridated areas [in German]. Stomatol. DDR 5:310-321.

Copyright National Academy of Sciences. All rights reserved.

Kunzel, W. 1980. Caries and dental fluorosis in high-fluoride districts under sub-tropical conditions. J. Int. Assoc. Dent. Child. 11(1):1-6.

Kuo, H.C., and J.W. Stamm. 1974. Fluoride levels in human rib bone: A preliminary study. Can. J. Public Health. 65(5):359-361.

Kuo, H.C., and J.W. Stamm. 1975. The relationship of creatinine clearance to serum fluoride concentration and urinary fluoride excretion in man. Arch. Oral Biol. 20(4):235-238.

Kurttio, P., N. Gustavsson, T. Vartianinen, and J. Pekkanen. 1999. Exposure to natural fluoride in well water and hip fracture: A cohort analysis in Finland. Am. J. Epidemiol. 150(9):817-824.

Lafage, M.H., R. Balena, M.A. Battle, M. Shea, J.G. Seedor, H. Klein, W.C. Hayes, and G.A. Rodan. 1995. Comparison on alendronate and sodium fluoride effects on cancellous and cortical bone in minipigs. A one-year study. J. Clin. Invest. 95(5):2127-2133.

Laisalmi, M., A. Soikkeli, H. Kokki, H. Markkanen, A. Yli-Hankala, P. Rosenberg, and L. Lindgren. 2003. Fluoride metabolism in smokers and non-smokers following enflurane anaesthesia. Br. J. Anaesth. 91(6):800-804.

Lalumandier, J.A., and L.W. Ayers. 2000. Fluoride and bacterial content of bottled water vs. tap water. Arch. Fam. Med. 9(3):246-250.

Lalumandier, J.A., and R.G. Rozier. 1998. Parents' satisfaction with children's tooth color: Fluorosis as a contributing factor. J. Am. Dent. Assoc. 129(7):1000-1006.

Lamb, N.E., S.B. Freeman, A. Savage-Austin, D. Pettay, L. Taft, J. Hersey, Y. Gu, J. Shen, D. Saker, K.M. May, D. Avramopoulos, M.B., Petersen, A. Hallberg, M. Mikkelsen, T.J. Hassold, and S.L. Sherman. 1996. Susceptible chiasmate configurations of chromosome 21 predispose to non-disjunction in both maternal meiosis I and meiosis II. Nat. Genet. 14(4):400-405.

Lamb, N.E., E. Feingold, A. Savage, D. Avramopoulos, S. Freeman, Y. Gu, A. Hallberg, J. Hersey, G. Karadima, D. Pettay, D. Saker, J. Shen, L. Taft, M. Mikkelsen, M.P. Petersen, T. Hassold, and S.L. Sherman. 1997. Characterization of susceptible chiasma configurations that increase the risk for maternal nondisjunction of chromosome 21. Hum. Mol. Genet. 6(9):1391-1399.

Lantz, O., M.H. Jouvin, M.C. De Vernejoul, and P. Druet. 1987. Fluoride induced chronic renal failure. Am. J. Kidney Dis. 10(2):136-137.

Larsen, M.J., F. Melsen, L. Mosekilde, and M.S. Christensen. 1978. Effects of a single dose of fluoride on calcium metabolism. Calcif. Tissue Res. 26(3):199-202.

Larsen, P.R., and T.F. Davies. 2002. Hypothyroidism and thyroiditis. Pp. 423-455 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Larsen, P.R., T.F. Davies, M.J. Schlumberger, and I.D. Hay. 2002. Thyroid physiology and diagnostic evaluation of patients with thyroid disorders. Pp. 331-373 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Lasne, C., Y.P. Lu, and I. Chouroulinkov. 1988. Transforming activities of sodium fluoride in cultured Syrian hamster embryo and BALB/3T3 cells. Cell Biol. Toxicol. 4(3):311-324.

Lau, K.H., and D.J. Baylink. 1998. Molecular mechanism of action of fluoride on bone cells. J. Bone Miner. Res. 13(11):1660-1667.

Lau, K.H., J.R. Farley, and D.J. Baylink. 1985. Phosphotyrosyl-specific protein phosphatase activity of a bovine skeletal acid phosphatase isoenzyme. Comparison with the phosphotyrosyl protein phosphatase activity of skeletal alkaline phosphatase. J. Biol. Chem. 260(8):4653-4660.

Lau, K.H., T.K. Freeman, and D.J. Baylink. 1987. Purification and characterization of an acid phosphatase that displays phosphotyrosyl-protein phosphatase activity from bovine cortical bone matrix. J. Biol. Chem. 262(3):1389-1397.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

Lau, K.H., J.R. Farley, T.K. Freeman, and D.J. Baylink. 1989. A proposed mechanism of the mitogenic action of fluoride on bone cells: Inhibition of the activity of an osteoblastic acid phosphatase. Metabolism 38(9):858-868.

Lee, Z.H., and H.H. Kim. 2003. Signal transduction by receptor activator of nuclear factor kappa B in osteoclasts. Biochem. Biophys. Res. Commun. 305(2):211-214.

Lees, S., and D.B. Hanson. 1992. Effect of fluoride dosage on bone density, sonic velocity, and longitudinal modulus of rabbit femurs. Calcif. Tissue Int. 50(1):88-92.

Lehmann, R., M. Wapniarz, B. Hofmann, B. Pieper, I. Haubitz, and B. Allolio. 1998. Drinking water fluoridation: Bone mineral density and hip fracture incidence. Bone 22(3) 273-278.

Lejus, C., O. Delaroche, C. Le Roux, E. Legendre, O. Rivault, H. Floch, M. Renaudin, and M. Pinaud. 2002. Does sevoflurane inhibit serum cholinesterase in children? Anaesthesia 57(1):44-48.

Leone, N.C., M.B. Shimkin, F.A. Arnold, Jr., C.A. Stevenson, E.R. Zimmermann, P.B. Geiser, and J.E. Lieberman. 1954a. Medical aspects of excessive fluoride in a water supply. A ten-year study. Pp. 110-130 in Fluoridation as a Public Health Measure, J.H. Shaw, ed. Washington, DC: American Association for the Advancement of Science.

Leone, N.C., M.B. Shimkin, F.A. Arnold, Jr., C.A. Stevenson, E.R. Zimmermann, P.B. Geiser, and J.E. Lieberman. 1954b. Medical aspects of excessive fluoride in a water supply. Public Health Rep. 69(10):925-936.

Leone, N.C., C.A. Stevenson, T.F. Hilbish, and M.C. Sosman. 1955a. A roentgenologic study of a human population exposed to high fluoride domestic water: A 10 year study. Am. J. Roentgenol. Radium Ther. Nucl. Med. 74(5):874-875.

Leone, N.C., F.A. Arnold, Jr., E.R. Zimmermann, P.B. Geiser, and J.E. Lieberman. 1955b. Review of the Bartlett-Cameron survey: A ten year fluoride study. J. Am. Dent. Assoc. 50(3):277-281.

Leone, N.C., E.C. Leatherwood, I.M. Petrie, and L. Lieberman. 1964. Effect of fluoride on thyroid gland: Clinical study. J. Am. Dent. Assoc. 69(Aug.):179-180.

Leroy, R., K. Bogaerts, E. Lesaffre, and D. Declerck. 2003. The effect of fluorides and caries in primary teeth on permanent tooth emergence. Community Dent. Oral Epidemiol. 31(6):463-470.

Levy, B.M., S. Dreizen, S. Bernick, and J.K. Hampton Jr. 1970. Studies on the biology of the periodontium of marmosets. IX. Effect of parathyroid hormone on the alveolar bone of marmosets pretreated with fluoridated and nonfluoridated drinking water. J. Dent. Res. 49(4):816-821.

Levy, F.M., J.R. de Magalhães Bastos, and M.A.R. Buzalaf. 2004. Nails as biomarkers of fluoride in children of fluoridated communities. J. Dent. Child. 71(2):121-125.

Levi, J.E., and H.E. Silberstein. 1955. Lack of effect of fluorine ingestion on uptake of iodine 131 by the thyroid gland. J. Lab. Clin. Med. 45(3):348-351.

Levy, S.M. 1993. A review of fluoride intake from fluoride dentifrice. J. Dent. Child. 60(2): 115-124.

Levy, S.M. 1994. Review of fluoride exposures and ingestion. Community Dent. Oral Epidemiol. 22(3):173-180.

Levy, S.M. 2003. An update on fluorides and fluorosis. J. Can. Dent. Assoc. 69(5):286-291.

Levy, S.M., and N. Guha-Chowdhury. 1999. Total fluoride intake and implications for dietary fluoride supplementation. J. Public Health Dent. 59(4):211-223.

Levy, S.M., and G. Muchow. 1992. Provider compliance with recommended dietary fluoride supplement protocol. Am. J. Public Health 82(2):281-283.

Levy, S.M., and D.A. Shavlik. 1991. The status of water fluoride assay programs and implications for prescribing of dietary fluoride supplements. J. Dent. Child. 58(1):23-26.

Copyright National Academy of Sciences. All rights reserved.

Levy, S.M., and Z. Zarei-M. 1991. Evaluation of fluoride exposures in children. J. Dent. Child. 58(6):467-473.

Levy, S.M., T.J. Maurice, and J.R. Jakobsen. 1992. A pilot study of preschoolers' use of regular-flavored dentifrices and those flavored for children. Pediatr. Dent. 14(6):388-391.

Levy, S.M., T.J. Maurice, and J.R. Jakobsen. 1993. Dentifrice use among preschool children. J. Am. Dent. Assoc. 124(9):57-60.

Levy, S.M., M.C. Kiritsy, and J.J. Warren. 1995a. Sources of fluoride intake in children. J. Public Health Dent. 55(1):39-52.

Levy, S.M., F.J. Kohout, N. Guha-Chowdhury, M.C. Kiritsy, J.R. Heilman, and J.S. Wefel. 1995b. Infants' fluoride intake from drinking water alone and from water added to formula, beverages, and food. J. Dent. Res. 74(7):1399-1407.

Levy, S.M., F.J. Kohout, M.C. Kiritsy, J.R. Heilman, and J.S. Wefel. 1995c. Infants' fluoride ingestion from water, supplements and dentifrice. J. Am. Dent. Assoc. 126(12):1625-1632.

Levy, S.M., M.C. Kiritsy, S.L. Slager, J.J. Warren, and F.J. Kohout. 1997. Patterns of fluoride dentifrice use among infants. Pediatr. Dent. 19(1):50-55.

Levy, S.M., J.A. McGrady, P. Bhuridej, J.J. Warren, J.R. Heilman, and J.S. Wefel. 2000. Factors affecting dentifrice use and ingestion among a sample of U.S. preschoolers. Pediatr. Dent. 22(5):389-394.

Levy, S., K. Furst, and W. Chern. 2001a. A pharmacokinetic evaluation of 0.5% and 5% fluorouracil topical cream in patients with actinic keratosis. Clin. Ther. 23(6):908-920.

Levy, S.M., J.J. Warren, C.S. Davis, H.L. Kirchner, M.J. Kanellis, and J.S. Wefel. 2001b. Patterns of fluoride intake from birth to 36 months. J. Public Health Dent. 61(2):70-77.

Levy, S.M., S.L. Hillis, J.J. Warren, B.A. Broffitt, A.K. Mahbubul Islam, J.S. Wefel, and M.J. Kanellis. 2002a. Primary tooth fluorosis and fluoride intake during the first year of life. Community Dent. Oral Epidemiol. 30(4):286-295.

Levy, S.M., J.J. Warren, and J.R. Jakobsen. 2002b. Follow-up study of dental students' esthetic perceptions of mild dental fluorosis. Community Dent. Oral. Epidemiol. 30(1):24-28.

Levy, S.M., B. Broffitt, R. Slayton, J.J. Warren, and M.J. Kanellis. 2003a. Dental visits and professional fluoride applications for children ages 3 to 6 in Iowa. Pediatr. Dent. 25(6):565-571.

Levy, S.M., J.J. Warren, and B. Broffitt. 2003b. Patterns of fluoride intake from 36 to 72 months of age. J. Public Health Dent. 63(4):211-220.

Lewis, D.W., and H. Limeback. 1996. Comparison of recommended and actual mean intakes of fluoride by Canadians. J. Can. Dent. Assoc. 62(9):708-715.

Lewis, H.A., U. M. Chikte, and A. Butchart. 1992. Fluorosis and dental caries in school children from rural areas with about 9 and 1 ppm F in the water supplies. Community Dent. Oral Epidemiol. 20(1):53-54.

Li, G., and L. Ren. 1997. Effects of excess fluoride on bone turnover under conditions of diet with different calcium contents [in Chinese]. Zhonghua Bing Li Xue Za Zhi 26(5):277-280.

Li, L. 2003. The biochemistry and physiology of metallic fluoride: Action, mechanism, and implications. Crit. Rev. Oral Biol. 14(2):100-114.

Li, L.C., Y.S. Zhang, R.Z. Hu, and X.C. Zhou. 1992. Inhibitory effect of fluoride on renal stone formation in rats. Urol. Int. 48(3):336-341.

Li, X.S., J.L. Zhi, and R.O. Gao. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28(4):189-192.

Li, Y., C.K. Liang, B.P. Katz, E.J. Brizendine, and G.K. Stookey. 1995. Long-term exposure to fluoride in drinking water and sister chromatid exchange frequency in human blood lymphocytes. J. Dent. Res. 74(8):1468-1474.

Li, Y., C. Liang, C.W. Slemenda, R. Ji, S. Sun, J. Cao, C.L. Emsley, F. Ma, Y. Wu, P. Ying, Y. Zhang, S. Gao, W. Zhang, B.P. Katz, S. Niu, S. Cao, and C.C. Johnston, Jr. 2001. Effects

Copyright National Academy of Sciences. All rights reserved.

of long-term exposure to fluoride in drinking water on risks of bone fractures. J. Bone Miner. Res. 16(5):932-939.

Likins, R.C., F.J. McClure, and A.C. Steere. 1956. Urinary excretion of fluoride following defluoridation of a water supply. Public Health Rep. 71(3):217-220.

Limeback, H. 1999a. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: Is there any anti-caries benefit from swallowing fluoride? Community Dent. Oral Epidemiol. 27(1):62-71.

Limeback, H. 1999b. Appropriate use of fluoride supplements for the prevention of dental caries. Consensus Conference of the Canadian Dental Association, Toronto, Canada, 28-29 November 1997. Introduction. Community Dent. Oral Epidemiol. 27(1):27-30.

Limeback, H., A. Ismail, D. Banting, P. DenBesten, J. Featherstone, and P.J. Riordan. 1998. Canadian Consensus Conference on the appropriate use of fluoride supplements for the prevention of dental caries in children. J. Can. Dent. Assoc. 64(9):636-639.

Lin, F.F., Aihaiti, H.X. Zhao, J. Lin, J.Y. Jiang, Maimaiti, and Aiken. 1991. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. IDD Newsletter 7(3):24-25 [online]. Available: http://www.people.virginia.edu/~jtd/iccidd/newsletter/idd891.htm#Relationship [accessed Oct. 5, 2004].

Lindskog, S., M.E. Flores, E. Lilja, and L. Hammarstrom. 1989. Effect of a high dose of fluoride on resorbing osteoclasts in vivo. Scand. J. Dent. Res. 97(6):483-487.

Lindstrom, J. 1997. Nicotinic acetylcholine receptors in health and disease. Mol. Neurobiol. 15(2):193-222.

Liptrot, G.F. 1974. Modern Inorganic Chemistry. London: Mills and Boon, Ltd.

Liu, C., L.E. Wyborny, and J.T. Chan. 1995. Fluoride content of dairy milk from supermarket: A possible contributing factor to dental fluorosis. Fluoride 28(1):10-16.

Liu, C.C., and D.J. Baylink. 1977. Stimulation of bone formation and bone resorption by fluoride in thyroparathyroidectomized rats. J. Dent. Res. 56(3):304-311.

Liu, J.L., T. Xia, Y.Y. Yu, X.Z. Sun, Q. Zhu, W. He, M. Zhang, and A. Wang. 2005. The dose-effect relationship of water fluoride levels and renal damage in children [in Chinese]. Wei Sheng Yan Jiu 34(3):287-288.

Locker, D. 1999. Benefits and Risks of Water Fluoridation. An Update of the 1996 Federal-Provincial Sub-committee Report. Prepared under contract for Public Health Branch, Ontario Ministry of Health, First Nations and Inuit Health Branch, Health, Canada, by David Locker, Community Dental Health Services Research Unit, Faculty of Dentistry, University of Toronto. November 15, 1999 [online]. Available: http://www.health.gov.on.ca/english/public/pub/ministry_reports/fluoridation/fluor.pdf [accessed Oct. 8, 2004].

Loevy, H.T., H. Aduss, and I.M. Rosenthal. 1987. Tooth eruption and craniofacial development in congenital hypothyroidism: Report of case. J. Am. Dent. Assoc. 115(3):429-431.

Loftenius, A., B. Andersson, J. Butler, and J. Ekstrand. 1999. Fluoride augments the mitogenic and antigenic response of human blood lymphocytes in vitro. Caries Res. 33(2):148-155.

Long, Y.G., Y.N. Wang, J. Chen, S.F. Jiang, A. Nordberg, and Z.Z. Guan. 2002. Chronic fluoride toxicity decreases the number of nicotinic acetylcholine receptors in rat brain. Neurotoxicol. Teratol. 24(6):751-757.

Lu, Y., Z.R. Sun, L.N. Wu, X. Wang, W. Lu, and S.S. Liu. 2000. Effect of high-fluoride water on intelligence in children. Fluoride 33(2):74-78.

Luke, J. 2001. Fluoride deposition in the aged human pineal gland. Caries Res. 35(2):125-128.

Luke, J.A. 1997. The Effect of Fluoride on the Physiology of the Pineal Gland. Ph.D. Thesis, University of Surrey, Guildford. 278 pp.

Lundy, M.W., M. Stauffer, J.E. Wergedal, D.J. Baylink, J.D. Featherstone, S.F. Hodgson, and

Copyright National Academy of Sciences. All rights reserved.

*386*                                                    *FLUORIDE IN DRINKING WATER*

B.L. Riggs. 1995. Histomorphometric analysis of iliac crest bone biopsies in placebo-treated versus fluoride-treated subjects. Osteoporos. Int. 5(2):115-129.

Maas, R.P., S.C. Patch, and A.M. Smith. 2005. Effects of Fluorides and Chloramines on Lead Leaching from Leaded-Brass Surfaces. Technical Report 05-142. Environmental Quality Institute, University of North Carolina, Asheville, NC. June 2005.

Macek, M.D., T.D. Matte, T. Sinks, and D.M. Malvitz. 2006. Blood lead concentrations in children and method of water fluoridation in the United States, 1988-1994. Environ. Health Perspect. 114(1):130-134.

Machaliński, B., M. Zejmo, I. Stecewicz, A. Machalinska, Z. Machoy, and M.Z. Ratajczak. 2000. The influence of sodium fluoride on the clonogenecity of human hematopoietic progenitor cells: Preliminary report. Fluoride 33(4):168-173.

Machaliński, B., M. Baskiewicz-Masiuk, B. Sadowska, A. Machalinska, M. Marchlewicz, B. Wiszniewska, and I. Stecewicz. 2003. The influence of sodium fluoride and sodium hexa-fluorosilicate on human leukemic cell lines: Preliminary report. Fluoride 36(4):231-240.

Madans, J., J.C. Kleinman, and J. Cornoni-Huntley. 1983. The relationship between hip fracture and water fluoridation: An analysis of national data. Am. J. Public Health 73(3):296-298.

Maguire, A., P.J. Moynihan, and V. Zohouri. 2004. Bioavailability of Fluoride in Drinking Water—A Human Experimental Study, June 2004. Prepared for the UK Department of health, by School of Dental Sciences, University of Newcastle [online]. Available: http://www.ncl.ac.uk/dental/assets/docs/fluoride_bioavailability [accessed Sept. 16, 2004].

Mahoney, M.C., P.C. Nasca, W.S. Burnett, and J.M. Melius. 1991. Bone cancer incidence rates in New York State: Time trends and fluoridated drinking water. Am. J. Public Health 81(4):475-479.

Maier, F.J. 1953. Defluoridation of municipal water supplies. J. Am. Water Works Assoc. 45:879-888.

Maier, N.R.F. 1929. Reasoning in White Rats. Comparative Psychology Monographs 6(29). Baltimore: John Hopkins Press.

Maier, N.R.F. 1932. Cortical destruction of the posterior part of the brain and its effect on reasoning in rats. J. Comp. Neurol. 56(1):179-214.

Malhotra, A., A. Tewari, H.S. Chawla, K. Gauba, and K. Dhall. 1993. Placental transfer of fluoride in pregnant women consuming optimum fluoride in drinking water. J. Indian Soc. Pedod. Prev. Dent. 11(1):1-3.

Mamelle, N., P.J. Meunier, R. Dusan, M. Guillaume, J.L Martin, A. Gaucher, A. Prost, G. Zeigler, and P. Netter. 1988. Risk-benefit ratio of sodium fluoride treatment in primary vertebral osteoporosis. Lancet 2(8607):361-365.

Mann, J., M. Tibi, and H.D. Sgan-Cohen. 1987. Fluorosis and caries prevalence in a community drinking above-optimal fluoridated water. Community Dent. Oral Epidemiol. 15(5):293-295.

Mann, J., W. Mahmoud, M. Ernest, H. Sgan-Cohen, N. Shoshan, and I. Gedalia. 1990. Fluorosis and dental caries in 6-8-year-old children in a 5 ppm fluoride area. Community Dent. Oral Epidemiol. 18(2):77-79.

Marie, P.J., and M. Hott. 1986. Short term effects of fluoride and strontium on bone formation and resorption in the mouse. Metabolism 35(6):547-551.

Marier, J.R. 1977. Some current aspects of environmental fluoride. Sci. Total Environ. 8(3):253-265.

Martin, R.B. 1988. Ternary hydroxide complexes in neutral solutions of $Al^{3+}$ and $F^-$. Biochem. Biophys. Res. Commun. 155(3):1194-1200.

Martínez, O.B., C. Díaz, T.M. Borges, E. Díaz, and J.P. Pérez. 1998. Concentrations of fluoride in wines from the Canary Islands. Food Addit. Contam. 15(8):893-897.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 67 of 334

*REFERENCES*                                                      *387*

Masters, R.D., and M. Coplan. 1999. Water treatment with silicofluorides and lead toxicity. Int. J. Environ. Sci. 56:435-449.

Masters, R.D., M.J. Coplan, B.T. Hone, and J.E. Dykes. 2000. Association of silicofluoride treated water with elevated blood lead. Neurotoxicology 21(6):1091-1100.

Mathias, R.S., U. Amin, C.H. Mathews, and P. DenBesten. 2000. Increased fluoride content in the femur growth plate and cortical bone of uremic rats. Pediatr. Nephrol. 14(10-11):935-939.

Matsumura, C., O. Kemmotsu, Y. Kawano, K. Takita, H. Sugimoto, and T. Mayumi. 1994. Serum and urine inorganic fluoride levels following prolonged low-dose sevoflurane anesthesia combined with epidural block. J. Clin. Anesth. 6(5):419-424.

Matsuo, S., K. Kiyomiya, and M. Kurebe. 1998. Mechanism of toxic action of fluoride in dental fluorosis: Whether trimeric G proteins participate in the disturbance of intracellular transport of secretory ameloblast exposed to fluoride. Arch. Toxicol. 72(12):798-806.

Matthews, E.J., J.W. Spalding, and R.W. Tennant. 1993. Transformation of BALB/c-3T3 cells: V. Transformation responses of 168 chemicals compared with mutagenicity in Salmonella and carcinogenicity in rodent bioassays. Environ Health Perspect. 101(Suppl. 2):347-482.

Maumené, E. 1854. Experience pour determiner l'action des fluores sur l'economie animale. Compt. Rend. Acad. Sci. Paris 39:538 (as cited in Gedalia and Brand 1963).

Maumené, E. 1866. Recherches expérimentales sur les causes du goitre. Compt. Rend. Acad. Sci. Paris 62:381 (as cited in Murray et al. 1948).

Maurer, J.K., M.C. Cheng, B.G. Boysen, and R.L. Anderson. 1990. Two-year carcinogenicity study of sodium fluoride in rats. J. Natl. Cancer Inst. 82(13):1118-1126.

Maurer, J.K., M.C. Cheng, B.G. Boysen, R.A. Squire, J.D. Strandberg, S.E. Weisbrode, J.L. Seymour, and R.L. Anderson. 1993. Confounded carcinogenisity study of sodium fluoride in CD-1 mice. Regul. Toxicol. Pharmacol. 18(2):154-168.

Mazze, R.I., R.K. Calverley, and N.T. Smith. 1977. Inorganic fluoride nephrotoxicity: Prolonged enflurane and halothane anesthesia in volunteers. Anesthesiology 46(4):265-271.

McCarty, M.F., and C.A. Thomas. 2003. PTH excess may promote weight gain by impeding catecholamine-induced lipolysis: Implications for the impact of calcium, vitamin D, and alcohol on body weight. Med. Hypotheses 61(5-6):535-542.

McClure, F.J. 1943. Ingestion of fluoride and dental caries. Quantitative relations based on food and water requirements of children one to twelve years old. Am. J. Dis. Child. 66:362-369 (as cited in IOM 1997).

McClure, F.J. 1970. Water Fluoridation, the Search and the Victory. Bethesda, MD: U.S. Department of Health, Education, and Welfare, National Institutes of Health, National Institute of Dental Research.

McClure, F.J., H.H. Mitchell, T.S. Hamilton, and C.A. Kinser. 1945. Balances of fluorine ingested from various sources in food and water by five young men. Excretion of fluorine through the skin. J. Ind. Hyg. Toxicol. 27:159-170 (as cited in Singer et al. 1985).

McDonagh, M., P. Whiting, M. Bradley, J. Cooper, A. Sutton, I. Chestnutt, K. Misso, P. Wilson, E. Treasure, and J. Kleijnen. 2000a. A Systematic Review of Public Water Fluoridation. NHS Centre for Reviews and Dissemination, University of York, York, UK [online]. Available: http://www.york.ac.uk/inst/crd/fluorid.pdf [accessed Sept. 28, 2004].

McDonagh, M.S., P.F. Whiting, P.M. Wilson, A.J. Sutton, I. Chestnutt, J. Cooper, K. Misso, M. Bradley, E. Treasure, and J. Kleijnen. 2000b. Systematic review of water fluoridation. Br. Med. J. 321(7265):855-859.

McDonnell, S.T., D. O'Mullane, M. Cronin, C. MacCormac, and J. Kirk. 2004. Relevant factors when considering fingernail clippings as a fluoride biomarker. Community Dent. Health 21(1):19-24.

McGuire, S.M., E.D. Vanable, M.H. McGuire, J.A. Buckwalter, and C.W. Douglass. 1991.

Copyright National Academy of Sciences. All rights reserved.

Is there a link between fluoridated water and osteosarcoma? J. Am. Dent. Assoc. 122(4):38-45.

McInnes, P.M., B.D. Richardson, and P.E. Cleaton-Jones. 1982. Comparison of dental fluorosis and caries in primary teeth of preschool-children living in arid high and low fluoride villages. Community Dent. Oral Epidemiol. 10(4):182-186.

McKay, F.S. 1933. Mottled enamel: The prevention of its further production through a change of the water supply at Oakley, Ida. J. Am. Dental Assoc. 20(7):1137-1149.

McLaren, J.R. 1976. Possible effects of fluorides on the thyroid. Fluoride 9(2):105-116.

McNall, P.E., and J.C. Schlegel. 1968. Practical thermal environmental limits for young adult males working in hot, humid environments. ASHRAE Trans. 74:225-235 (as cited in EPA 1997).

Mehta, M.N., K. Raghavan, V.P. Gharpure, and R. Shenoy. 1998. Fluorosis: A rare complication of diabetes insipidus. Indian Pediatr. 35(5):463-467.

Mella, S.O., X.M. Molina, and E.S. Atalah. 1994. Prevalence of dental fluorosis and its relation with fluoride content of communal drinking water [in Spanish]. Rev. Med. Chile 122(11):1263-1270.

Meng, Z., and B. Zhang. 1997. Chromosomal aberrations and micronuclei in lymphocytes of workers at a phosphate fertilizer factory. Mutat. Res. 393(3):283-288.

Meng, Z., H. Meng, and X. Cao. 1995. Sister-chromatid exchanges in lymphocytes of workers at a phosphate fertilizer factory. Mutat. Res. 334(2):243-246.

Menon, A., and K.R. Indushekar. 1999. Prevalence of dental caries and co-relation with fluorosis in low and high fluoride areas. J. Indian Soc. Pedod. Prev. Dent. 17(1):15-20.

Mernagh, J.R., J.E. Harrison, R. Hancock, and K.G. McNeill. 1977. Measurement of fluoride in bone. Int. J. Appl. Radiat. Isot. 28(6):581-583.

Messer, H.H., W.D. Armstrong, and L. Singer. 1973a. Fluoride, parathyroid hormone and calcitonin: Inter-relationships in bone calcium metabolism. Calcif. Tissue Res. 13(3): 217-224.

Messer, H.H., W.D. Armstrong, and L. Singer. 1973b. Fluoride, parathyroid hormone and calcitonin: Effects on metabolic processes involved in bone resorption. Calcif. Tissue Res. 13(3):227-233.

Mg'ang'a, P.M., and M.L. Chindia. 1990. Dental and skeletal changes in juvenile hypothyroidism following treatment: Case report. Odontostomatol. Trop. 13(1):25-27.

Michael, M., V.V. Barot, and N.J. Chinoy. 1996. Investigations of soft tissue functions in fluorotic individuals of north Gujarat. Fluoride 29(2):63-71.

Mihashi, M., and T. Tsutsui. 1996. Clastogenic activity of sodium fluoride to rat vertebral body-derived cells in culture. Mutat. Res. 368(1):7-13.

Mikhailets, N.D., M.I Balabolkin, V.A. Rakitin, and I.P. Danilov. 1996. Thyroid function during prolonged exposure to fluorides [in Russian]. Probl. Endocrinol. 42(1):6-9.

Millan-Plano, S., J.J. Garcia, E. Martinez-Ballarin, R.J. Reiter, S. Ortega-Gutierrez, R.M. Lazaro, and J.F. Escanero. 2003. Melatonin and pinoline prevent aluminium-induced lipid peroxidation in rat synaptosomes. J. Trace Elem. Med. Biol. 17(1):39-44.

Miller-Ihli, N.J., P.R. Pehrsson, R.L. Cutrifelli, and J.M. Holden. 2003. Fluoride content of municipal water in the United States: What percentage is fluoridated? J. Food Compos. Anal. 16(5):621-628.

Mitchell, E.A., J.M. Thompson, and B. Borman. 1991. No association between fluoridation of water supplies and sudden infant death syndrome. N.Z. Med. J. 104(924):500-501.

Miu, A.C., C.E. Andreescu, R. Vasiu, and A.L. Olteanu. 2003. A behavioral and histological study of the effects of long-term exposure of adult rats to aluminum. Int. J. Neurosci. 113(9):1197-1211.

Mohr, H. 1990. Fluoride effect on bone formation—an overview [in Danish]. Tandlaegebladet 94(18):761-763.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 69 of 334

*REFERENCES*                                                              *389*

Mokrzynski, S., and Z. Machoy. 1994. Fluoride incorporation into fetal bone. Fluoride 27(3):151-154.

Moller, P.F., and S.V. Gudjonsson. 1932. Massive fluorosis of bones and ligaments. Acta Radiol. 13:269-294.

Moonga, B.S., M. Pazianas, A.S. Alam, V.S. Shankar, C.L. Huang, and M. Zaidi. 1993. Stimulation of a Gs-like G protein in the osteoclast inhibits bone resorption by enhances tartrate-resistant acid phosphatase secretion. Biochem. Biophys. Res. Commun. 190(2):496-501.

Morgan, L., E. Allred, M. Tavares, D. Bellinger, and H. Needleman. 1998. Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. Pediatr. Dent. 20(4):244-252.

Morgenstern, H. 1998. Ecologic studies. Pp. 459-480 in Modern Epidemiology, 2nd Ed., K.J. Rothman, and S. Greenland, eds. Philadelphia, PA: Lippincott-Raven.

Morris, M.D. 2004. The Chemistry of Fluorosilicate Hydrolysis in Municipal Water Supplies. A Review of the Literature and a Summary of University of Michigan Studies. Report to the National Academy of Science, by M.D. Morris, University of Michigan, Ann Arbor, MI. January 23, 2004.

Moss, M.E., M.S. Kanarek, H.A. Anderson, L.P. Hanrahan, and P.L. Remington. 1995. Osteosarcoma, seasonality, and environmental factors in Wisconsin, 1979-1989. Arch. Environ. Health 50(3):235-241.

Moss, S.J. 1999. The case for retaining the current supplementation schedule. J. Public Health Dent. 59(4):259-262.

Mukai, M., M. Ikeda, T. Yanagihara, G. Hara, K. Kato, K. Ishiguro, H. Nakagaki, and C. Robinson. 1994. Fluoride distribution in dentine and cementum in human permanent teeth with vital and non-vital pulps. Arch. Oral Biol. 39(3):191-196.

Mukhopadhyay, D., L. Gokulkrishnan, and K. Mohanaruban. 2001. Lithium-induced nephrogenic diabetes insipidus in older people. Age Ageing 30(4):347-350.

Mullenix, P.J., P.K. DenBesten, A. Schunior, and W.J. Kernan. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17(2):169-177.

Munday, I.T., P.A. Stoddart, R.M. Jones, J. Lytle, and M.R. Cross. 1995. Serum fluoride concentration and urine osmolality after enflurane and sevoflurane anesthesia in male volunteers. Anesth. Analg. 81(2):353-359.

Murao, H., N. Sakagami, T. Iguchi, T. Murakami, and Y. Suketa. 2000. Sodium fluoride increases intracellular calcium in rat renal epithelial cell line NRK-52E. Biol. Pharm. Bull. 23(5):581-584.

Murcia García, J., A. Muñoz Hoyos, A. Molina Carballo, J.M. Fernández García, E. Narbona López, and J. Uberos Fernández. 2002. Puberty and melatonin [in Spanish]. An. Esp. Pediatr. 57(2):121-126.

Murray, J.M., M.B. Frarcsi, and T.R. Trinick. 1992. Plasma fluoride concentrations during and after prolonged anesthesia: A comparison of halothane and isoflurane. Anesth. Analg. 74(2):236-240.

Murray, M.M., J.A. Ryle, B.W. Simpson, and D.C. Wilson. 1948. Thyroid Enlargement and Other Changes Related to the Mineral Content of Drinking Water, with a Note on Goitre Prophylaxis. Medical Research Council Memorandum 18. London: His Majesty's Stationary Office.

Myers, B.S., J.S. Martin, D.T. Dempsey, H.P. Parkman, R.M. Thomas, and J.P. Ryan. 1997. Acute experimental colitis decreases colonic circular smooth muscle contractility in rats. Am. J. Physiol. 273(4 Pt 1):G928-G936.

Naccache, H., P.L. Simard, L. Trahan, J.M. Brodeur, M. Demers, D. Lachapelle, and P.M. Bernard. 1992. Factors affecting the ingestion of fluoride dentifrice by children. J. Public Health Dent. 52(4):222-226.

Copyright National Academy of Sciences. All rights reserved.

*FLUORIDE IN DRINKING WATER*

Naguib, M., A.H. Samarkandimb, Y. Al-Hattab, A. Turkistani, M.B. Delvi, W. Riad, and M. Attia. 2001. Metabolic, hormonal and gastric fluid and pH changes after different pre-operative feeding regimens. Can. J. Anaesth. 48(4):344-350.

Nakano, O., C. Sakamoto, H. Nishisaki, Y. Konda, K. Matsuda, K. Wada, M. Nagao, and T. Matozaki. 1990. Difference in effects of sodium fluoride and cholecystokinin on diacylglycerol accumulation and calcium increase in guinea pig gastric chief cells. Life Sci. 47(7):647-654.

Narayana, M.V., and N.J. Chinoy. 1994a. Reversible effects of sodium fluoride on spermatozoa of the rat. Int. J. Fertil. Menopausal. Stud. 39(6):337-346.

Narayana, M.V., and N.J. Chinoy. 1994b. Effect of fluoride on rat testicular steroidogenesis. Fluoride 27(1):7-12.

Narchi, P., D. Edouard, P. Bourget, J. Otz, and I. Cattaneo. 1993. Gastric fluid pH and volume in gynaecologic out-patients. Influences of cimetidine and cimetidine-sodium citrate combination. Eur. J. Anaesthesiol. 10(5):357-361.

NCDC (National Climatic Data Center). 2002a. State, Regional, and National Monthly Temperature Weighted by Area 1971-2000 (and Previous Normals Periods). Historical Climatography Series No. 4-1. Asheville, NC: National Oceanic and Atmospheric Administration, National Climatic Data Center [online]. Available: http://lwf.ncdc.noaa.gov/oa/climate/normals/usnormals.html [accessed Sept. 15, 2004].

NCDC (National Climatic Data Center). 2002b. Divisional Normals and Standard Deviations of Temperature, Precipitation, and Heating and Cooling Degree Days 1971-2000 (and Previous Normals Periods), Climatography of the United States No. 85. Asheville, NC: National Oceanic and Atmospheric Administration, National Climatic Data Center [online]. Available: http://lwf.ncdc.noaa.gov/oa/climate/normals/usnormals.html [accessed Sept. 15, 2004].

Needleman, H.L., S.M. Pueschel, and K.J. Rothman. 1974. Fluoridation and the occurrence of Down's syndrome. N. Engl. J. Med. 291(Oct. 17):821-823.

Nesin, B.C. 1956. A water supply perspective of the fluoridation discussion. J. Maine Water Util. Assoc. 32:33-47.

Nevitt, M.C., S.R. Cummings, W.S. Browner, D.G. Seeley, J.A. Cauley, T.M. Vogt, and D.M. Black. 1992. The accuracy of self-report of fractures in elderly women: Evidence from a prospective study. Am. J. Epidemiol. 135(5):490-499.

Newbrun, E. 1986. Fluorides and Dental Caries, 3rd Ed. Springfield, IL: Charles C. Thomas.

Newbrun, E. 1989. Effectiveness of water fluoridation. J. Public Health Dent. 49(5): 279-289.

Newbrun, E. 1992. Current regulations and recommendations concerning water fluoridation, fluoride supplements, and topical fluoride agents. J. Dent. Res. 71(5):1255-1265.

Newbrun, E. 1999. The case for reducing the current Council on Dental Therapeutics fluoride supplementation schedule. J. Public Health Dent. 59(4):263-268.

Newhouse, P.A., A. Potter, and E.D. Levin. 1997. Nicotinic system involvement in Alzheimer's and Parkinson's diseases. Implications for therapeutics. Drugs Aging. 11(3):206-228.

Newman, P.J., A.C. Quinn, G.M. Hall, and R.M. Grounds. 1994. Circulating fluoride changes and hepatorenal function following sevoflurane anaesthesia. Anaesthesia 49(11): 936-939.

Newton, J.T., N. Prabhu, and P.G. Robinson. 2003. The impact of dental appearance on the appraisal of personal characteristics. Int. J. Prosthodont. 16(4):429-434.

Ng, A.H., G. Hercz, R. Kandel, and M.D. Grynpas. 2004. Association between fluoride, magnesium, aluminum and bone quality in renal osteodystrophy. Bone 34(1):216-224.

Nicolay, A., P. Bertocchio, E. Bargas, and J.P. Reynier. 1997. Long-term follow up of ionic plasma fluoride level in patients receiving hemodialysis treatment. Clin. Chim. Acta 263(1):97-104.

Copyright National Academy of Sciences. All rights reserved.

Nicolay, A., P. Bertocchio, E. Bargas, F. Coudore, G. Al Chahin, and J.P. Reynier. 1999. Hyperkalemia risks in hemodialysed patients consuming fluoride-rich water. Clin. Chim. Acta 281(1-2):29-36.

Noren, J.G., and J. Alm. 1983. Congenital hypothyroidism and changes in the enamel of deciduous teeth. Acta Paediatr. Scand. 72(4):485-489.

Nourjah, P., A.M. Horowitz, and D.K. Wagener. 1994. Factors associated with the use of fluoride supplements and fluoride dentifrice by infants and toddlers. J. Public Health Dent. 54(1):47-54.

Nowak, A., and M.V. Nowak. 1989. Fluoride concentration of bottled and processed waters. Iowa Dent. J. 7(4):28.

Nowjack-Raymer, R.E., R.H. Selwitz, A. Kingman, and W.S. Driscoll. 1995. The prevalence of dental fluorosis in a school-based program of fluoride mouthrinsing, fluoride tablets, and both procedures combined. J. Public Health Dent. 55(3):165-170.

NRC (National Research Council). 1977. Drinking Water and Health, Vol. 1. Washington, DC: National Academy Press.

NRC (National Research Council). 1989a. Biologic Markers in Reproductive Toxicology. Washington, DC: National Academy Press.

NRC (National Research Council). 1989b. Recommended Dietary Allowances, 10th Ed. Washington, DC: National Academy Press.

NRC (National Research Council). 1993. Health Effects of Ingested Fluoride. Washington, DC: National Academy Press.

NTP (National Toxicology Program). 1990. NTP Technical Report on the Toxicology and Carcinogenesis Studies of Sodium Fluoride (CAS no. 7682-49-4) in F344/N Rats and B6C3F$_1$ (Drinking Water Studies) /. Technical Report 393. NIH Publ. No. 91-2848. National Institutes of Health, Public Health Service, U.S. Department of Health and Human Services, Research Triangle Park, NC.

NTP (National Toxicology Program). 1992. NTP Supplemental 2-Year Study of Sodium Fluoride in Male F344 Rats (CAS No. 7681-49-4). Study No. C55221D. National Toxicology Program, National Institute of Environmental Health Sciences, Research Triangle Park, NC [online]. Available: http://ntp.niehs.nih.gov/index.cfm?objectid=16577B88-F1F6-975E-750961B2062D514E [accessed August 23, 2005].

NTP (National Toxicology Program). 2002. The National Toxicology Program. Annual Plan, Fiscal Year 2002. NIH Publication No. 03-5309. National Toxicology Program, Public Health Service, U.S. Department of Health and Human Services, Research Triangle Park, NC [online]. Available: http://ntp-server.niehs.nih.gov/ntp/htdocs/2002AP/AP2002.pdf [accessed Oct. 6, 2005].

Nunn, J.H., J.J. Murray, P. Reynolds, D. Tabari, and J. Breckon. 1992. The prevalence of developmental defects of enamel in 15-16-year-old children residing in three districts (natural fluoride, adjusted fluoride, low fluoride) in the north east of England. Community Dent. Health 9(3):235-247.

Obata, R., H. Bito, M. Ohmura, G. Moriwaki, Y. Ikeuchi, T. Katoh, and S. Sato. 2000. The effects of prolonged low flow sevoflurane anesthesia on renal and hepatic function. Anesth. Analg. 91(5):1262-1268.

Obel, A.O. 1982. Goitre and fluorosis in Kenya. East Afr. Med. J. 59(6):363-365.

Ogilvie, A.L. 1953. Histologic findings in the kidney, liver, pancreas, adrenal, and thyroid glands of the rat following sodium fluoride administration. J. Dent. Res. 32(3):386-397.

Oguro, A., J. Cervenka, and K. Horii. 1995. Effect of sodium fluoride on chromosomal ploidy and breakage in cultured human diploid cells (IMR-90): An evaluation of continuous and short-time treatment. Pharmacol. Toxicol. 76(4):292-296.

Oguro, A., T. Kawase, and M. Orikasa. 2003. NaF induces early differentiation of murine bone

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 72 of 334

392                                          FLUORIDE IN DRINKING WATER

marrow cells along the granulocytic pathway but not the monocytic or preosteoclastic pathway in vitro. In Vitro Cell Dev. Biol. Anim. 39(5-6):243-248.

Oikkonen, M., and O. Meretoja. 1989. Serum fluoride in children anaesthetized with enflurane. Eur. J. Anaesthesiol. 6(6):401-407.

OIV (Office International de la Vigne et du Vin). 1990. Recueil des Méthodes Internationales de' Analyse des Vins et des Mouts. Paris: OIV Édition officelle (as cited in Martínez et al. 1998).

Okuda, A., J. Kanehisa, and J.N. Heersche. 1990. The effects of sodium fluoride on the resorptive activity of osteoclasts. J. Bone Miner. Res. 5(Suppl. 1):S115-S120.

Oliveby, A., S. Twetman, and J. Ekstrand. 1990. Diurnal fluoride concentration in whole saliva in children living in a high- and a low-fluoride area. Caries Res. 24(1):44-47.

Olsen, G.W., T.R. Church, E.B. Larson, G. van Belle, J.K. Lundberg, K.J. Hansen, J.M. Burris, J.H. Mandel, and L.R. Zobel. 2004. Serum concentrations of perfluorooctanesulfonate and other fluorochemicals in an elderly population from Seattle, Washington. Chemosphere 54(11):1599-1611.

Olsen, G.W., T.R. Church, J.P. Miller, J.M. Burris, K.J. Hansen, J.K. Lundberg, J.B. Armitage, R.M. Herron, Z. Medhdizadehkashi, J.B. Nobiletti, E.M. O'Neill, J.H. Mandel, and L.R. Zobel. 2003. Perfluorooctanesulfonate and other fluorochemicals in the serum of American Red Cross adult blood donors. Environ. Health Perspect. 111(16):1900.

Olson, S.C., S.R. Tyagi, and J.D. Lambeth. 1990. Fluoride activates diradylglycerol and superoxide generation in human neutrophils via PLD/PA phosphohydrolase-dependent and -independent pathways. FEBS Lett. 272(1-2):19-24.

Olsson, B. 1979. Dental findings in high-fluoride areas in Ethiopia. Community Dent. Oral Epidemiol. 7(1):51-56.

Ophaug, R.H., L. Singer, and B.F. Harland. 1980. Estimated fluoride intake of average two-year-old children in four dietary regions of the United States. J. Dent. Res. 59(5):777-781.

Ophaug, R.H., L. Singer, and B.F. Harland. 1985. Dietary fluoride intake of 6-months and 2-year-old children in four dietary regions of the United States. J. Clin. Nutr. 42(4):701-707.

Opinya, G.N., N. Bwibo, J. Valderhaug, J.M. Birkeland, and P. Lökken. 1991. Intake of fluoride and excretion in mothers' milk in a high fluoride (9 ppm) area in Kenya. Eur. J. Clin. Nutr. 45(1):37-41.

Orcel, P., M.C. de Vernejoul, A. Prier, L. Miravet, D. Kuntz, and G. Kaplan. 1990. Stress fractures of the lower limbs in osteoporotic patients treated with fluoride. J. Bone Miner. Res. 5(Suppl. 1):S191-S194.

Ortiz-Perez, D., M. Rodriguez-Martinez, F. Martinez, V.H. Borja-Aburto, J. Castelo, J.I. Grimaldo, E. de la Cruz, L. Carrizales, and F. Diaz-Barriga. 2003. Fluoride-induced disruption of reproductive hormones in men. Environ. Res. 93(1):20-30.

Osborne, M.A., J.M. Eddleston, and W. McNicoll. 1996. Inorganic fluoride concentration after long-term sedation with isoflurane. Intensive Care Med. 22(7):677-682.

O'Shea, J.J., K.B. Urdahl, H.T. Luong, T.M. Chused, L.E. Samelson, and R.D. Klausner. 1987. Aluminum fluoride induces phosphatidylinositol turnover, elevation of cytoplasmic free calcium, and phosphorylation of the T cell antigen receptor in murine T cells. J. Immunol. 139(10):3463-3469.

Padez, C., and M.A. Rocha. 2003. Age at menarche in Coimbra (Portugal) school girls: A note on the secular changes. Ann. Hum. Biol. 30(5):622-632.

Pak, C.Y., K. Sakhaee, B. Adams-Huet, V. Piziak, R.D. Peterson, and J.R. Poindexter. 1995. Treatment of postmenopausal osteoporosis with slow-release sodium fluoride. Ann. Intern. Med. 123(6):401-408.

Paloyan Walker, R., E. Kazuko, C. Gopalsami, J. Bassali, A.M. Lawrence, and E. Paloyan.

Copyright National Academy of Sciences. All rights reserved.

1997. Hyperparathyroidism associated with a chronic hypothyroid state. Laryngoscope 107(7):903-909.

Pang, D.T., C.L. Phillips, and J.W. Bawden. 1992. Fluoride intake from beverage consumption in a sample of North Carolina children. J. Dent. Res. 71(7):1382-1388.

Panzer, A. 1997. Melatonin in osteosarcoma: An effective drug? Med. Hypotheses 48(6): 523-525.

Parkins, F.M., N. Tinanoff, M. Moutinho, M.B. Anstey, and M.H. Waziri. 1974. Relationships of human plasma fluoride and bone fluoride to age. Calcif. Tissue Res. 16(4):335-338.

Parodi, S., D. Malacarne, and M. Taningher. 1991. Examples of uses of databases for quantitative and qualitative correlation studies between genotoxicity and carcinogenicity. Environ. Health Perspect. 96:61-66.

Parsons, V., A.A. Choudhury, J.A. Wass, and A. Vernon. 1975. Renal excretion of fluoride in renal failure and after renal transplantation. Br. Med. J. 1(5950):128-130.

Partanen, S. 2002. Inhibition of human renal acid phosphatases by nephrotoxic micromolar concentrations of fluoride. Exp. Toxicol. Pathol. 54(3):231-237.

Pashley, D.H., N.B. Allison, R.P. Easmann, R.V. McKinney, J.A. Horner, and G.M. Whitford. 1984. The effects of fluoride on the gastric mucosa of the rat. J. Oral Pathol. 13(5):535-545.

Paul, V., P. Ekambaram, and A.R. Jayakumar. 1998. Effects of sodium fluoride on locomotor behavior and a few biochemical parameters in rats. Environ. Toxicol. Pharmacol. 6(3):187-191.

Pellestor, F., B. Andréo, F. Arnal, C. Humeau, and J. Demaille. 2003. Maternal aging and chromosomal abnormalities: New data drawn from in vitro unfertilized human oocytes. Hum. Genet. 112(2):195-203.

Pendrys, D.G. 1990. The fluorosis risk index: A method for investigating risk factors. J. Public Health Dent. 50(5):291-298.

Pendrys, D.G., and D.E. Morse. 1995. Fluoride supplement use by children in fluoridated communities. J. Public Health Dent. 55(3):160-164.

Penman, A.D., B.T. Brackin, and R. Embrey. 1997. Outbreak of acute fluoride poisoning caused by a fluoride overfeed, Mississippi, 1993. Public Health Rep. 112(5):403-409.

Peres, K.G., R. Latorre Mdo, M.A. Peres, J. Traebert, and M. Panizzi. 2003. Impact of dental caries and dental fluorosis on 12-year-old schoolchildren's self-perception of appearance and chewing [in Portuguese]. Cad. Saude Publica 19(1):323-330.

Pessan, J.P., M.L. Pin, C.C. Martinhon, S.M. de Silva, J.M. Granjeiro, and M.A. Buzalaf. 2005. Analysis of fingernails and urine as biomarkers of fluoride exposure from dentifrice and varnish in 4- to 7-year-old children. Caries Res. 39(5):363-370.

Petersen, L.R., D. Denis, D. Brown, J.L. Hadler, and S.D. Helgerson. 1988. Community health effects of a municipal water supply hyperfluoridation accident. Am. J. Public Health. 78(6):711-713.

Petersen, M.B., and M. Mikkelsen. 2000. Nondisjunction in trisomy 21: Origin and mechanisms. Cytogenet. Cell. Genet. 91(1-4):199-203.

Petraborg, H.T. 1977. Hydrofluorosis in the fluoridated Milwaukee area. Fluoride 10(4): 165-168.

Pettifor, J.M., C.M. Schnitzler, F.P. Ross, and G.P. Moodley. 1989. Endemic skeletal fluorosis in children: Hypocalcemia and the presence of renal resistance to parathyroid hormone. Bone Miner. 7(3):275-288.

Phipps, K.R., E.S. Orwoll, J.D. Mason, and J.A. Cauley. 2000. Community water fluoridation, bone mineral density, and fractures: Prospective study of effects in older women. BMJ 321(7265):860-864.

PHS (Public Health Service). 1991. Review of Fluoride Benefits and Risks: Report of the Ad Hoc Subcommittee on Fluoride Committee of the Committee to Coordinate Environmen-

Copyright National Academy of Sciences. All rights reserved.

*394* *FLUORIDE IN DRINKING WATER*

tal Health and Related Programs. Public Health Service, U.S. Department of Health and Human Services, Washington, DC.

Pirinen, S. 1995. Endocrine regulation of craniofacial growth. Acta Odontol. Scand. 53(3): 179-185.

Pivonello, R., A. Colao, C. Di Somma, G. Facciolli, M. Klain, A. Faggiano, M. Salvatore, and G. Lombardi. 1998. Impairment of bone status in patients with central diabetes insipidus. J. Clin. Endocrinol. Metab. 83(7):2275-2280.

Poole, C. 1985. Exception to the rule about nondifferential misclassification [abstract]. Am. J. Epidemiol. 122(3):508.

Powell, J.J., and R.P. Thompson. 1993. The chemistry of aluminum in the gastrointestinal lumen and its uptake and absorption. Proc. Nutr. Soc. 52(1):241-253.

Pradhan, K.M., N.K. Arora, A. Jena, A.K. Susheela, and M.K. Bhan. 1995. Safety of ciprofloxacin therapy in children: Magnetic resonance images, body fluid levels of fluoride and linear growth. Acta Paediatr. 84(5):555-560.

Procopio, M., and G. Borretta. 2003. Derangement of glucose metabolism in hyperparathyroidism. J. Endocrinol. Invest. 26(11):1136-1142.

Qin, L.S., and S.Y. Cui. 1990. The Influence of drinking water fluoride on pupils IQ, as measured by Rui Wen`s standards [in Chinese]. Chinese J. Control Endemic Dis. 5:203-204.

Raisz, L.G., B.E. Kream, and J.A. Lorenzo. 2002. Metabolic bone disease. Pp. 1373-1410 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Ramesh, N., A.S. Vuayaraghavan, B.S. Desai, M. Natarajan, P.B. Murthy, and K.S. Pillai. 2001. Low levels of p53 mutations in Indian patients with osteosarcoma and the correlation with fluoride levels in bone. J. Environ. Pathol. Toxicol. Oncol. 20(3):237-243.

Rantanen, N.W., J.E. Alexander, and G.R. Spencer. 1972. Interaction of fluoride, calcium, phosphorus, and thyroidectomy on porcine bone. Am. J. Vet. Res. 33(7):1347-1358.

Rao, H.V., R.P. Beliles, G.M. Whitford, and C.H. Turner. 1995. A physiologically based pharmacokinetic model for fluoride uptake by bone. Regul. Toxicol. Pharmacol. 22(1):30-42.

Rapaport, I. 1956. Contribution to the study of mongolism: Pathogenicity of fluorine [in French]. Bull. Acad. Nat. Med. Paris 140(28-29):529-531.

Rapaport, I. 1963. Oligophrenie mongolienne et caries dentaires. Rev. Stomatol. 64: 207-218.

Ray, S.K., S. Ghosh, I.C. Tiwari, J. Nagchaudhuri, P. Kaur, and D.C. Reddy. 1982. Prevalence of dental fluorosis in relation to fluoride in drinking water in two villages of Varanasi (U.P.). Indian J. Public Health 26(3):173-178.

Read, S.G. 1982. The distribution of Down's syndrome. J. Ment. Defic. Res. 26(Pt 4): 215-227.

Ream, L.J., and R. Principato. 1981a. Ultrastructural observations on the mechanism of secretion in the rat parathyroid after fluoride ingestion. Cell Tissue Res. 214(3):569-573.

Ream, L.J., and R. Principato. 1981b. Glycogen accumulation in the parathyroid gland of the rat after fluoride ingestion. Cell Tissue Res. 220(1):125-130.

Ream, L.J., and R. Principato. 1981c. Fluoride stimulation of the rat parathyroid gland: An ultrastructural study. Am. J. Anat. 162(3):233-241.

Record, S., D.F. Montgomery, and M. Milano. 2000. Fluoride supplementation and caries prevention. J. Pediatr. Health Care 14(5):247-249.

Reed, B.Y., J.E. Zerwekh, P.P. Antich, and C.Y. Pak. 1993. Fluoride-stimulated [3H]thymidine uptake in a human osteoblastic osteosarcoma cell line is dependent of transforming growth factor beta. J. Bone Miner. Res. 8(1):19-25.

Reginster, J.Y., L. Meurmans, B. Zegels, L.C. Rovati, H.W. Minne, G. Giacovelli, A.N. Taquet, I. Setnikar, J. Collett, and C. Gosset. 1998. The effect of sodium monofluorophosphate

Copyright National Academy of Sciences. All rights reserved.

plus calcium on vertebral fracture rate in postmenopausal women with moderate osteoporosis. A randomized, controlled trial. Ann. Intern. Med. 129(1):1-8.

Reiter, R.J. 1998. Melatonin and human reproduction. Ann. Med. 30(1):103-108.

Reiter, R.J., D.X. Tan, J.C. Mayo, R.M. Sainz, J. Leon, and D. Bandyopadhyay. 2003a. Neurally-mediated and neurally-independent beneficial actions of melatonin in the gastrointestinal tract. J. Physiol. Pharmacol. 54(Suppl. 4):113-125.

Reiter, R.J., D.X. Tan, J.C. Mayo, R.M. Sainz, J. Leon, and Z. Czarnocki. 2003b. Melatonin as an antioxidant: Biochemical mechanisms and pathophysiological implications in humans. Acta Biochim. Pol. 50(4):1129-1146.

Retief, D.H., E.L. Bradley, F.H. Barbakow, M. Friedman, E.H. van der Merwe, and J.I. Bischoff. 1979. Relationships among fluoride concentration in enamel, degree of fluorosis and caries incidence in a community residing in a high fluoride area. J. Oral Pathol. 8(4):224-236.

Ribeiro, D.A., M.E. Marques, G.F. de Assis, A. Anzai, M.L. Poleti, and D.M. Salvadori. 2004a. No relationship between subchronic fluoride intake and DNA damage in Wistar rats. Caries Res. 38(6):576-579.

Ribeiro, D.A., C. Scolastici, M.E. Marques, and D.M. Salvadoir. 2004b. Fluoride does not induce DNA breakage in Chinese hamster ovary cells in vitro. Pesqui Odontol. Bras. 18(3):192-196.

Rice-Evans, C., and P. Hoschstein. 1981. Alterations in erythrocyte membrane fluidity by phenylhydrazine-induced peroxidation of lipids. Biochem. Biophys. Res. Commun. 100(4):1537-1541.

Rich, C., and J. Ensinck. 1961. Effect of sodium fluoride on calcium metabolism of human beings. Nature 191(July 8):184-185.

Rich, C., and E. Feist. 1970. The action of fluoride on bone. Pp. 70-87 in Fluoride in Medicine, T.L. Vischer, ed. Bern: Hans Huber.

Richards, A., L. Mosekilde, and C.H. Sogaard. 1994. Normal age-related changes in fluoride content of vertebral trabecular bone—relation to bone quality. Bone 15(1):21-26.

Ridefelt, P., P. Hellman, J. Rastad, R. Larsson, G. Akerstrom, and E. Gylfe. 1992. Fluoride interactions with stimulus-secretion coupling of normal and pathological parathyroid cells. Acta Physiol. Scand. 145(3):275-285.

Rigalli, A., J.C. Ballina, E. Roveri, and R.C. Puche. 1990. Inhibitory effect of fluoride on the secretion of insulin. Calcif. Tissue Int. 46(5):333-338.

Rigalli, A., J.C. Ballina, and R.C. Puche. 1992. Bone mass increase and glucose tolerance in rats chronically treated with sodium fluoride. Bone Miner. 16(2):101-108.

Rigalli, A., R. Alloatti, I. Menoyo, and R.C. Puche. 1995. Comparative study of the effect of sodium fluoride and sodium monofluorophosphate on glucose homeostasis in the rat. Arzneimittel-Forsch. 45(3):289-292.

Riggs, B.L., S.F. Hodgson, W.M. O'Fallon, E.Y. Chao, H.W. Wahner, J.M. Muhs, S.L. Cedel, and L.J. Melton III. 1990. Effect of fluoride treatment on the fracture rate in post-menopausal women with osteoporosis. N. Engl. J. Med. 322(12):802-809.

Rimoli, C., C.N. Carducci, C. Dabas, C. Vescina, M. E. Quindimil, and A. Mascaro. 1991. Relationship between serum concentrations of flecainide and fluoride in humans. Boll. Chim. Farm. 130(7):279-282.

Riordan, P.J. 1993. Perceptions of dental fluorosis. J. Dent. Res. 72(9):1268-1274.

Ripa, L.W. 1993. A half-century of community water fluoridation in the United States: Review and commentary. J. Public Health Dent. 53(1):17-44.

Robinson, A.G., and J.G. Verbalis. 2002. Posterior pituitary gland. Pp. 281-329 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Robinson, C., J. Kirkham, and J.A. Weatherell. 1996. Fluoride in teeth and bone. Pp. 69-87

Copyright National Academy of Sciences. All rights reserved.

*FLUORIDE IN DRINKING WATER*

in Fluoride in Dentistry, 2nd Ed., O. Fejerskov, J. Ekstrand, and B.A. Burt, eds. Copenhagen: Munksgaard.

Roholm, K. 1937. Fluorine Intoxication: A Clinical-Hygienic Study, with a Review of the Literature and Some Experimental Investigations. London: H.K. Lewis & Co.

Rojas-Sanchez, F., S.A. Kelly, K.M. Drake, G.J. Eckert, G.K. Stookey, and A.J. Dunipace. 1999. Fluoride intake from foods, beverages and dentifrice by young children in communities with negligibly and optimally fluoridated water: A pilot study. Community Dent. Oral Epidemiol. 17(4):288-297.

Rölla, G., and J. Ekstrand. 1996. Fluoride in oral fluids and dental plaque. Pp. 215-229 in Fluoride in Dentistry, 2nd Ed, O. Fejerskov, J. Ekstrand, and B.A. Burt, eds. Copenhagen: Munksgaard.

Romundstad, P., A. Andersen, and T. Haldorsen. 2000. Cancer incidence among workers in six Norwegian aluminum plants. Scand. J. Work Environ. Health 26(6):461-469.

Rosenquist, J., and L. Boquist. 1973. Effects of supply and withdrawal of fluoride. Experimental studies on growing and adult rabbits. 2. Parathyroid morphology and function. Acta Pathol. Microbiol. Scand. A 81(5):637-644.

Rosenquist, J.B., P.R. Lorentzon, and L.L. Boquist. 1983. Effect of fluoride on parathyroid activity of normal and calcium-deficient rats. Calcif. Tissue Int. 35(4-5):533-537.

Ross, J.F., and G.P. Daston. 1995. Neurotoxicity of sodium fluoride in rats [letter]. Neurotoxicol. Teratol. 17(6):685-688.

Ross, P.D. 1996. Osteoporosis: Frequency, consequences and risk factors. Ann. Intern. Med. 156(13):1399-1411.

Roth, J.A., B.G. Kim, W.L. Lin, and M.I. Cho. 1999. Melatonin promotes osteoblast differentiation and bone formation. J. Biol. Chem. 274(31):22041-22047.

Rothman, K.J., and S. Greenland, eds. 1998. Modern Epidemiology, 2nd Ed. Philadelphia, PA: Lippincott-Raven.

Rozier, R.G. 1994. Epidemiologic indices for measuring the clinical manifestations of dental fluorosis: Overview and critique. Adv. Dent. Res. 8(1):39-55.

Rozier, R.G., and G.G. Dudney. 1981. Dental fluorosis in children exposed to multiple sources of fluoride: Implications for school fluoridation programs. Public Health Rep. 96(6):542-546.

Rozman, K.K., and J. Doull. 2000. Dose and time as variables of toxicity. Toxicology 144(1-3):169-178.

Russell, A.L., and E. Elvove. 1951. Domestic water and dental caries. VII. A study of the fluoride-dental caries relationship in an adult population. Public Health Rep. 66(43): 1389-1401.

Rwenyonyi, C.M., K. Bjorvatn, J. Birkeland, and O. Haugejorden. 1999. Altitude as a risk indicator of dental fluorosis in children residing in areas with 0.5 and 2.5 mg fluoride per liter in drinking water. Caries Res. 33(4):267-274.

Rwenyonyi, C.M., J.M. Birkeland, O. Haugejorden, and K. Bjorvatn. 2001. Dental caries among 10- to 14-year-old children in Ugandan rural areas with 0.5 and 2.5 mg fluoride per liter in drinking water. Clin. Oral Investig. 5(1):45-50.

Saka, O., P. Hallac, and I. Urgancioglu. 1965. The effect of fluoride on the thyroid of the rat. New Istanbul Contrib. Clin. Sci. 8(2):87-90.

Sakai, T., and M. Takaori. 1978. Biodegradation of halothane, enflurane, and methoxyflurane. Br. J. Anaesth. 50(8):785-791.

Salti, R., F. Galluzzi, G. Bindi, F. Perfetto, R. Tarquini, F. Halberg, and G. Cornelissen. 2000. Nocturnal melatonin patterns in children. J. Clin. Endocrinol. Metab. 85(6):2137-2144.

Saltzman, W.M. 2004. Pp. 91-93 in Tissue Engineering: Engineering Principles for the Design of Replacement Organs and Tissues. New York, NY: Oxford University Press.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 77 of 334

Sampaio, F.C., and P. Arneberg. 1999. Dental plaque fluoride and pH in children exposed to different water fluoride levels. Acta Odontol. Scand. 57(2):65-71.

Sandyk, R., P.G. Anastasiadis, P.A. Anninos, and N. Tsagas. 1992. Is postmenopausal osteoporosis related to pineal gland functions? Int. J. Neurosci. 62(3-4):215-225.

Sankaran, B., and N.G. Gadekar. 1964. Skeletal fluorosis. Pp. 357-362 in Bone and Tooth: Proceedings of the First European Symposium held at Somerville College, Oxford, April 1963, H.J.J. Blackwood, ed. New York: Pergamon Press.

Sapov, K., I. Gedalia, S. Grobler, I. Lewinstein, I. Roman, L. Shapira, Z. Hirschfeld, and S. Teotia. 1999. A laboratory assessment of enamel hypoplasia of teeth with varying severities of dental fluorosis. J. Oral Rehabil. 26(8):672-677.

Sarner, J.B., M. Levine, P.J. Davis, J. Lerman, D.R. Cook, and E.K. Motoyama. 1995. Clinical characteristics of sevoflurane in children. Anesthesiology 82(1):38-46.

Sauer, G.R., L.N. Wu, M. Iijima, and R.E. Wuther. 1997. The influence of trace elements on calcium phosphate formation by matrix vesicles. J. Inorg. Biochem. 65(1):57-65.

Sauerbrunn, B.J., D.M. Ryan, and J.F. Shaw. 1965. Chronic fluoride intoxication with fluorotic radiculomyelopathy. Ann. Intern. Med. 63(6):1074-1078.

Savage, L.M. 2001. In search of the neurobiological underpinnings of the differential outcomes effect. Integr. Physiol. Behav. Sci. 36(3):182-195.

Savas, S., M. Cetin, M. Akdogan, and N. Heybeli. 2001. Endemic fluorosis in Turkish patients: Relationships with knee osteoarthritis. Rheumatol. Int. 21(1):30-35.

SCDHEC (South Carolina Department of Health and Environmental Control). 2004. South Carolina Public Water System Annual Compliance Report for Calendar Year 2003. [online]. Available: http://www.scdhec.gov/eqc/water/pubs/dwreport.doc.

Schamschula, R.G., E. Sugár, P.S. Un, K. Tóth, D.E. Barmes, and B.L. Adkins. 1985. Physiological indicators of fluoride exposure and utilization: An epidemiological study. Community Dent. Oral Epidemiol. 13(2):104-107.

Scheffrahn, R.H., R.C. Hsu, and N.Y. Su. 1989. Fluoride residues in frozen foods fumigated with sulfuryl fluoride. Bull. Environ. Contam. Toxicol. 43(6):899-903.

Scheffrahn, R.H., L. Bodalbhai, and N.Y. Su. 1992. Residues of methyl bromide and sulfuryl fluoride in manufacturer-packaged household foods following fumigation. Bull. Environ. Contam. Toxicol. 48(6):821-827.

Schellenberg, D., T.A. Marks, C.M. Metzler, J.A. Oostveen, and M.J. Morey. 1990. Lack of effect of fluoride on reproductive performance and development in Shetland sheepdogs. Vet. Hum. Toxicol. 32(4):309-314.

Schiffl, H.H., and U. Binswanger. 1980. Human urinary fluoride excretion as influenced by renal functional impairment. Nephron 26(2):69-72.

Schlegel, H.H. 1974. Industrial skeletal fluorosis: Preliminary report on 61 cases from aluminum smelter [in German]. Soz. Praventiv. Med. 19:269-274.

Schlesinger, E.R., D.E. Overton, H.C. Chase, and K.T. Cantwell. 1956. Newburgh-Kingston caries-fluorine study. XIII. Pediatric findings after ten years. J. Am. Dent. Assoc. 52(3):296-306.

Schlumberger, M.-J., S. Filetti, and I.D. Hay. 2002. Nontoxic goiter and thyroid neoplasia. Pp. 457-490 in Williams Textbook of Endocrinology, 10th Ed., P.R. Larsen, H.M. Kronenberg, S. Melmed, and K.S. Polonsky, eds. Philadelphia, PA: Saunders.

Schneider, M.J., S.N. Fiering, S.E. Pallud, A.F. Parlow, D.L. St Germain, and V.A. Galton. 2001. Targeted disruption of the type 2 selenodeiodinase gene ($DIO_2$) results in a phenotype of pituitary resistance to T4. Mol. Endocrinol. 15(12):2137-2148.

Schottenfeld, D., and J.F. Fraumeni. 1996. Cancer Epidemiology and Prevention, 2nd Ed. New York: Oxford University Press.

Schulze-Specking, A., J. Duyster, P.J. Gebicke-Haerter, S. Wurster, and P. Dieter. 1991. Effect of fluoride, pertussis and cholera toxin on the release of arachidonic acid and the formation

Copyright National Academy of Sciences. All rights reserved.

of prostaglandin E2, D2, superoxide and inositol phosphates in rat liver macrophages. Cell Signal 3(6):599-606.

Selwitz, R.H. 1994. Strategies for improving methods of assessing fluoride accumulation in body fluids and tissues. Adv. Dent. Res. 8(1):111-112.

Selwitz, R.H., R.E. Nowjack-Raymer, A. Kingman, and W.S. Driscoll. 1995. Prevalence of dental caries and dental fluorosis in areas with optimal and above-optimal water fluoride concentrations: A 10-year follow-up survey. J. Public Health Dent. 55(2):85-93.

Selwitz, R.H., R.E. Nowjack-Raymer, A. Kingman, and W.S. Driscoll. 1998. Dental caries and dental fluorosis among schoolchildren who were lifelong residents of communities having either low or optimal levels of fluoride in drinking water. J. Public Health Dent. 58(1):28-35.

Semenza, J.C., and L.H. Weasel. 1997. Molecular epidemiology in environmental health: The potential of tumor suppressor gene p53 as a biomarker. Environ. Health Perspect. 105(Suppl. 1):155-163.

Seow, W.K. 1993. Clinical diagnosis and management strategies of amelogenesis imperfecta-variants. Pediatr. Dent. 15(6):384-393.

Seow, W.K., and M.J. Thomsett. 1994. Dental fluorosis as a complication of hereditary diabetes insipidus: Studies of six affected patients. Pediatr. Dent. 16(2):128-132.

Shashi, A. 1992a. Biochemical effects of fluoride on lipid metabolism in the reproductive organs of male rabbits. Fluoride 25(3):149-154.

Shashi, A. 1992b. Studies on alterations in brain lipid metabolism following experimental fluorosis. Fluoride 25(2):77-84.

Shashi, A. 2002. Histopathological effects of sodium fluoride on the duodenum of rabbits. Fluoride 35(1):28-37.

Shashi, A., and S.P. Thapar. 2001. Histopathology of fluoride-induced hepatotoxicity in rabbits. Fluoride 34(1):34-42.

Shashi, A., J.P. Singh, and S.P. Thapar. 1994. Effect of long-term administration of fluoride on levels of protein, free amino acids and RNA in rabbit brain. Fluoride 27(3):155-159.

Shashi, A., J.P. Singh, and S.P. Thapar. 2002. Toxic effects of fluoride on rabbit kidney. Fluoride 35(1):38-50.

Shayiq, R.M., H. Raza, and A.M. Kidwai. 1984. Alteration in gastric secretion of rats administered NaF. Fluoride 17(3):178-182.

Sheth, F.J., A.S. Multani, and N.J. Chinoy. 1994. Sister chromatid exchanges: A study in fluorotic individuals of North Gujarat. Fluoride 27(4):215-219.

Shimonovitz, S., D. Patz, P. Ever-Hadani, L. Singer, D. Zacut, G. Kidroni, and M. Ron. 1995. Umbilical cord fluoride serum levels may not reflect fetal fluoride status. J. Perinat. Med. 23(4):279-282.

Shivarajashankara, Y.M., A.R. Shivashankara, P.G. Bhat, S.M. Rao, and S.H. Rao. 2002. Histological changes in the brain of young fluoride-intoxicated rats. Fluoride 35(1):12-21.

Shoback, D.M., and J.M. McGhee. 1988. Fluoride stimulates the accumulation of inositol phosphates, increases intracellular free calcium, and inhibits parathyroid hormone release in dispersed bovine parathyroid cells. Endocrinology 122(6):2833-2839.

Short, E.M. 1944. Domestic water and dental caries: VI. The relation of fluoride domestic waters to permanent tooth eruption. J. Dent. Res. 23:247-255. [Reprinted as pp. 137-141 in McClure, F.J. (Ed.) 1962. Fluoride Drinking Waters. A selection of Public Health Service papers on dental fluorosis and dental caries; physiological effects, analysis and chemistry of fluoride. Bethesda, MD: U.S. Department of Health, Education, and Welfare, Public Health Service.]

Shortt, H.M., G.R. McRobert, T.W. Bernard, and A.S.M. Nayar. 1937. Endemic fluorosis in Madras Presidency. Indian Med. Gazette 72:396-398.

Shoumura, S., H. Chen, S. Emura, M. Utsumi, D. Hayakawa, T. Yamahira, K. Terasawa,

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 79 of 334

*REFERENCES*                                                                 *399*

A. Tamada, M. Arakawa, and H. Isono. 1992. An in vitro study on the effects of melatonin on the ultrastructure of the hamster parathyroid gland. Histol. Histopathol. 7(4):715-718.

Shu, W.S., Z.Q. Zhang, C.Y. Lan, and M.H. Wong. 2003. Fluoride and aluminum concentrations of tea plants and tea products from Sichuan Province, PR China. Chemosphere 52(9):1475-1482.

Shulman, J.D., and L.M. Wells. 1997. Acute fluoride toxicity from ingesting home-use dental products in children, birth to 6 years of age. J. Public Health Dent. 57(3):150-158.

Shulman, J.D., J.A. Lalumandier, and J.D. Grabenstein. 1995. The average daily dose of fluoride: A model based on fluid consumption. Pediatr. Dent. 17(1):13-18.

Siddiqui, A.H. 1955. Fluorosis in Nalgonda district, Hyderabad-Deccan. Br. Med. J. 2(4953):1408-1413.

Siddiqui, A.H. 1960. Incidence of simple goitre in areas of endemic fluorosis. J. Endocrinol. 20(Apr.):101-105.

Sidhu, K.S., and R.O. Kimmer. 2002. Fluoride overfeed at a well site near an elementary school in Michigan. J. Environ. Health 65(3):16-21, 38.

Sidora, V.D., A.I. Shliakhta, V.K. Iugov, A.S. Kas'ianenko, and V.G. Piatenko. 1983. Indices of the pituitary-thyroid system in residents of cities with various fluorine concentrations in drinking water [in Russian]. Probl. Endokrinol. 29(4):32-35.

Siebenhüner, L., E. Miloni, and H. Bürgi. 1984. Effects of fluoride on thyroid hormone biosynthesis. Studies in a highly sensitive test system. Klin. Wochenschr. 62(18):859-861.

Silverman, D.H., and G.W. Small. 2002. Prompt identification of Alzheimer's disease with brain PET imaging of a woman with multiple previous diagnoses of other neuropsychiatric conditions. Am. J. Psychiatry 159(9):1482-1468.

Silverman, S., Jr. 1971. Oral changes in metabolic diseases. Postgrad. Med. 49(1):106-110.

Simard, P.L., H. Naccache, D. Lachapelle, and J.M. Brodeur. 1991. Ingestion of fluoride from dentifrices by children aged 12 to 24 months. Clin. Pediar. 30(11):614-617.

Simonen, O., and O. Laitinen. 1985. Does fluoridation of drinking water prevent bone fragility and osteoporosis? Lancet 2(8452):432-433.

Singer, L., R.H. Ophaug, and B.F. Harland. 1985. Dietary fluoride intake of 15-19-year-old male adults residing in the United States. J. Dent. Res. 64(11):1302-1305.

Singh, A., and S.S. Jolly. 1961. Endemic fluorosis. Q. J. Med. 30(Oct.):357-372.

Singh, A., S.S. Jolly, and B.C. Bansal. 1961. Skeletal fluorosis and its neurological complications. Lancet 1:197-200.

Singh, A., B.M. Singh, I.D. Singh, S.S. Jolly, and K.C. Malhotra. 1966. Parathyroid function in endemic fluorosis. Indian J. Med. Res. 54(6):591-597.

Singh, P.P., M.K. Barjatiya, S. Dhing, R. Bhatnagar, S. Kothari, and V. Dhar. 2001. Evidence suggesting that high intake of fluoride provokes nephrolithiasis in tribal populations. Urol. Res. 29(4):238-244.

Sjögren, K., and N.H. Melin. 2001. The influence of rinsing routines on fluoride retention after toothbrushing. Gerodontology 18(1):15-20.

Smith, M.C., and H.V. Smith. 1940. Observations on the durability of mottled teeth. Am. J. Public Health 30:1050-1052.

Snow, G.R., and C. Anderson. 1986. Short term fluoride administration and trabecular bone remodeling in beagles: A pilot study. Calcif. Tissue Int. 38(4):217-221.

Søgaard, C.H., L. Mosekilde, A. Richards, and L. Mosekilde. 1994. Marked decrease in trabecular bone quality after five years of sodium fluoride therapy—assessed by biomechanical testing of iliac crest bone biopsies in osteoporotic patients. Bone 15(4): 393-399.

Søgaard, C.H., L. Mosekilde, W. Schwartz, G. Leidig, H.W. Minne, and R. Ziegler. 1995. Effects of fluoride on rat vertebral body biomechanical competence and bone mass. Bone 16(1):163-169.

Copyright National Academy of Sciences. All rights reserved.

*FLUORIDE IN DRINKING WATER*

Søgaard, C.H.. L. Mosekilde, J.S. Thomsen, A. Richards, and J.E. McOsker. 1997. A comparison of the effects of two anabolic agents (fluoride and PTH) on ash density and bone strength assessed in an osteopenic rat model. Bone 20(5):439-449.

Sohn, W., K.H. Heller, and B.A. Burt. 2001. Fluid consumption related to climate among children in the United States. J. Public Health Dent. 61(2):99-106.

Sokoloff, L. 1966. Cerebral circulatory and metabolic changes associated with aging. Res. Publ. Assoc. Res. Nerv. Ment. Dis. 41:237-254.

Sondhi, H., M.L. Gupta, and G.L. Gupta. 1995. Intestinal effects of sodium fluoride in Swiss albino mice. Fluoride 28(1):21-24.

Sowers, M.F., G.M. Whitford, M.K. Clark, and M.L. Jannausch. 2005. Elevated serum fluoride concentrations in women are not related to fractures and bone mineral density. J. Nutr. 135(9):2247-2252.

Sowers, M.F.R., R.B. Wallace, and J.H. Lemke. 1986. The relationship of bone mass and fracture history to fluoride and calcium intake: A study of three communities. Am. J. Clin. Nutr. 44(6):889-898.

Sowers, M.F.R., M.K. Clark, M.L. Jannausch, and R.B. Wallace. 1991. A prospective study of bone mineral content and fracture in communities with differential fluoride exposure. Am. J. Epidemiol. 133(7):649-660.

Spak, C.J., L.I. Hardell, and P. De Chateau. 1983. Fluoride in human milk. Acta Paediatr. Scand. 72(5):699-701.

Spak, C.J., S. Sjostedt, L. Eleborg, B. Veress, L. Perbeck, and J. Ekstrand. 1990. Studies of human gastric mucosa after application of 0.42% fluoride gel. J. Dent. Res. 69(2):426-429.

Spencer, H., L. Kramer, C. Norris, and E. Wiatrowski. 1980. Effect of aluminum hydroxide on fluoride metabolism. Clin. Pharmacol. Ther. 28(4):529-535.

Spira, L. 1962. Fluorine-induced endocrine disturbances in mental illness. Folia Psychiatr. Neurol. Jpn. 16(Apr.):4-14.

Spittle, B. 1994. Psychopharmacology of fluoride: A review. Int. Clin. Psychopharmacol. 9(2):79-82.

Sprando, R.L., T.N. Black, M.J. Ames, J.I. Rorie, and T.F. Collins. 1996. Effect of intratesticular injection of sodium fluoride on spermatogenesis. Food Chem. Toxicol. 34(4):377-384.

Sprando, R.L., T.F. Collins, T.N. Black, J. Rorie, M.J. Ames, and M. O'Donnell. 1997. Testing the potential of sodium fluoride to affect spermatogenesis in the rat. Food Chem. Toxicol. 35(9):881-890.

Sprando, R.L., T.F. Collins, T. Black, N. Olejnik, and J. Rorie. 1998. Testing the potential of sodium fluoride to affect spermatogenesis: A morphometric study. Food Chem. Toxicol. 36(12):1117-1124.

Srinivasan, V. 2002. Melatonin oxidative stress and neurodegenerative diseases. Indian J. Exp. Biol. 40(6):668-679.

Srivastava, R.N., D.S. Gill, A. Moudgil, R.K. Menon, M. Thomas, and P. Dandona. 1989. Normal ionized calcium, parathyroid hypersecretion, and elevated osteocalcin in a family with fluorosis. Metabolism 38(2):120-124.

Stamp, T.C., M.V. Jenkins, N. Loveridge, P.W. Saphier, M. Katakity, and S.E. MacArthur. 1988. Fluoride therapy in osteoporosis: Acute effects on parathyroid and mineral homoeostasis. Clin. Sci. 75(2):143-146.

Stamp, T.C., P.W. Saphier, N. Loveridge, C.R. Kelsey, A.J. Goldstein, M. Katakity, M.V. Jenkins, and G.A. Rose. 1990. Fluoride therapy and parathyroid hormone activity in osteoporosis. Clin. Sci. 79(3):233-238.

Stannard, J., J. Rovero, A. Tsamtsouris, and V. Gavris. 1990. Fluoride content of some bottled waters and recommendations for fluoride supplementation. J. Pedod. 14(2):103-107.

Copyright National Academy of Sciences. All rights reserved.

Stannard, J.G., Y.S. Shim, M. Kritsineli, P. Labropoulou, and A. Tsamtsouris. 1991. Fluoride levels and fluoride contamination of fruit juices. J. Clin. Pediatr. Dent. 16(1):38-40.

Starkstein, S.E., S. Vazquez, R. Migliorelli, A. Teson, L. Sabe, and R. Leiguarda. 1995. A single-photon emission computed tomographic study of anosognosia in Alzheimer's disease. Arch. Neurol. 52(4):415-420.

Stehle, J.H., C. von Gall, and H.W. Korf. 2003. Melatonin: A clock-output, a clock-input. J. Neuroendocrinol. 15(4):383-389.

Steiner, G.G. 2002. Cancer incidence rates and environmental factors: An ecological study. J. Environ. Pathol. Toxicol. Oncol. 21(3):205-212.

Sternweis, P.C., and A.G. Gilman. 1982. Aluminum: A requirement for activation of the regulatory component of adenylate cyclase by fluoride. Proc. Natl. Acad. Sci. USA 79(16):4888-4891.

Stevenson, C.A., and A.R. Watson. 1957. Fluoride osteosclerosis. Am. J. Roentgenol. Radium Ther. Nucl. Med. 78(1):13-18.

Steyn, D.G. 1948. Fluorine and endemic goitre. S.A. Med. J. 22(16):525-526.

Steyn, D.G., J. Kieser, W.A. Odendaal, H. Malherbe, H.W. Snyman, W. Sunkel, C.P. Naude, H. Klintworth, and E. Fisher. 1955. Endemic goitre in the Union of South Africa and some neighbouring territories [excerpts]. Union of South Africa, Department of Nutrition. March 1955 [online]. Available: http://www.slweb.org/south-africa.goitre.html [accessed Oct. 7, 2004].

Stoffer, S.S., W.E. Szpunar, and M. Block. 1982. Hyperparathyroidism and thyroid disease: A study of their association. Postgrad. Med. 71(6):91-94.

Stokinger, H.E., N.J. Ashenburg, J. DeVoldre, J.K. Scott, and F.A. Smith. 1949. The Enhancing Effect of the Inhalation of Hydrogen Fluoride Vapor on Beryllium Sulfate Poisoning in Animals. Atomic Energy Project, UR-68, University of Rochester, NY.

Stolc, V., and J. Podoba. 1960. Effect of fluoride on the biogenesis of thyroid hormones. Nature 188(4753):855-856.

Stone, R. 2004. Iceland's doomsday scenario? Science 306(5700):1278-1281.

Stormont, J., F.L. Kozelka, and M.H. Seevers. 1931. The iodine content of the thyroid following chronic fluoride administration. J. Pharmacol. Exp. Ther. 57:143-144.

Strunecka, A., and J. Patocka. 2002. Aluminofluoride complexes: A useful tool in laboratory investigations, but a hidden danger for living organisms? Pp. 271-282 in Group 13 Chemistry: From Fundamentals to Applications, P.J. Shapiro, and D.A. Atwood, eds. ACS Symposium Series 822. Washington, DC: American Chemical Society.

Strunecka, A., O. Strunecky, and J. Patocka. 2002. Fluoride plus aluminum: Useful tools in laboratory investigations, but messengers of false information. Physiol. Res. 51(6):557-564.

Suarez-Almazor, M.E., G. Flowerdew, S.D. Saunders, C.L. Soskolne, and AS. Russell. 1993. The fluoridation of drinking water and hip fracture hospitalization rates in two Canadian communities. Am. J. Public Health 83(5):689-693.

Suay, L.L., and D.F. Ballester. 2002. Review of studies on exposure to aluminum and Alzheimer's disease [in Spanish]. Rev. Esp. Salud. Publica. 76(6):645-658.

Subbareddy, V.V., and A. Tewari. 1985. Enamel mottling at different levels of fluoride in drinking water: In an endemic area. J. Indian Dent. Assoc. 57(6):205-212.

Sugimoto, T., C. Ritter, E. Slatopolsky, and J. Morrissey. 1990. Role of guanine nucleotide binding protein, cytosolic calcium and cAMP in fluoride-induced suppression of PTH secretion. Miner. Electrolyte Metab. 16(4):224-231.

Suketa, Y., and Y. Kanamoto. 1983. A role of thyroid-parathyroid function in elevation of calcium content in kidney of rats after a single large dose of fluoride. Toxicology 26(3-4):335-345.

Suketa, Y., Y. Asao, Y. Kanamoto, T. Sakashita, and S. Okada. 1985. Changes in adrenal

Copyright National Academy of Sciences. All rights reserved.

function as a possible mechanism for elevation of serum glucose by a single large dose of fluoride. Toxicol. Appl. Pharmacol. 80(2):199-205.

Sundström B. 1971. Thyroidal C-cells and short term, experimental fluorosis in the rat. Acta Pathol. Microbiol. Scand. A 79(4):407-410.

Susa, M., G.J. Standke, M. Jeschke, and D. Rohner. 1997. Fluoroaluminate induces pertussis toxin-sensitive protein phosphorylation: Differences in $MC_3T_3$-$E_1$ osteoblastic and NIH3T3 fibroblastic cells. Biochem. Biophys. Res. Commun. 235(3):680-684.

Susheela, A.K., and T.K. Das. 1988. Chronic fluoride toxicity: A scanning electron microscopic study of duodenal mucosa. J. Toxicol. Clin. Toxicol. 26(7):467-476.

Susheela, A.K., and P. Jethanandani. 1996. Circulating testosterone levels in skeletal fluorosis patients. J. Toxicol. Clin. Toxicol. 34(2):183-189.

Susheela, A.K., and A. Kumar. 1991. A study of the effect of high concentrations of fluoride on the reproductive organs of male rabbits, using light and scanning electron microscopy. J. Reprod. Fertil. 92(2):353-360.

Susheela, A.K., and A. Kumar. 1997. Ultrastructural studies on the Leydig cells of rabbits exposed to chronic fluoride toxicity. Environ. Sci. 5(2):79-94.

Susheela, A.K., A. Kumar, M. Bhatnagar, and R. Bahadur. 1993. Prevalence of endemic fluorosis with gastrointestinal manifestations in people living in some North-Indian villages. Fluoride 26(2):97-104.

Susheela, A.K., M. Bhatnagar, K. Vig, and N.K. Mondal. 2005. Excess fluoride ingestion and thyroid hormone derangements in children living in Delhi, India. Fluoride 38(2):98-108.

Swarup, D., S.K. Dwivedi, S. Dey, and S.K. Ray. 1998. Fluoride intoxication in bovines due to industrial pollution. Indian J. Anim. Sci. 68(7):605-608.

Szpunar, S.M., and B.A. Burt. 1988. Dental caries, fluorosis, and fluoride exposure in Michigan schoolchildren. J. Dent. Res. 67(5):802-806.

Szpunar, S.M., and B.A. Burt. 1990. Fluoride exposure in Michigan schoolchildren. J. Public Health Dent. 50(1):18-23.

Taivainen, T., P. Tiainen, O.A. Meretoja, L. Raiha, and P.H. Rosenberg. 1994. Comparison of the effects of sevoflurane and halothane on the quality of anaesthesia and serum glutathione transferase alpha and fluoride in paediatric patients. Br. J. Anaesth. 73(5):590-595.

Takahashi, K. 1998. Fluoride-linked Down syndrome births and their estimated occurrence due to water fluoridation. Fluoride 31(2):61-73.

Takahashi, K., K. Akiniwa, and K. Narita. 2001. Regression analysis of cancer incidence rates and water fluoride in the U.S.A. based on IACR/IARC (WHO) data (1978-1992). International Agency for Research on Cancer. J. Epidemiol. 11(4):170-179.

Talbot, J.R., M.M. Fischer, and S.M. Farley, C. Libanati, J. Farley, A. Tabuenca, and D.J. Baylink. 1996. The increase in spinal bone density that occurs in response to fluoride therapy for osteoporosis is not maintained after therapy is discontinued. Osteoporosis Int. 6(6):442-447.

Taves, D.R., and W.S. Guy. 1979. Distribution of fluoride among body compartments. Pp. 159-186 in Continuing Evaluation of the Use of Fluorides, E. Johansen, D.R. Taves, and T.O. Olsen, eds. AAAS Selected Symposium 11. Boulder, CO: Westview Press.

Taylor, M.L., A. Boyde, and S.J. Jones. 1989. The effect of fluoride on the patterns of adherence of osteoclasts cultured on and resorbing dentine: A 3-D assessment of vinculin-labelled cells using confocal microscopy. Anat. Embryol. 180(5):427-435.

Taylor, M.L., E. Maconnachie, K. Frank, A. Boyde, and S.J. Jones. 1990. The effect of fluoride on the resorption of dentine by osteoclasts in vitro. J. Bone Miner. Res. 5(Suppl. 1):S121-S130.

Tennant, R.W. 1987. Issues in biochemical applications to risk assessment: Are short-term tests predictive of in vivo tumorigenicity? Environ. Health Perspect. 76:163-167.

Copyright National Academy of Sciences. All rights reserved.

Tennant, R.W., B.H. Margolin, M.D. Shelby, E. Zeiger, J.K. Haseman, J. Spalding, W. Caspary, M. Resnick, S. Stasiewicz, and B. Anderson. 1987. Prediction of chemical carcinogenicity in rodents from in vitro genetic toxicity assays. Science 236(4804):933-941.

Teotia, M., A. Rodgers, S.P. Teotia, A.E. Wandt, and M. Nath. 1991. Fluoride metabolism and fluoride content of stones from children with endemic vesical stones. Br. J. Urol. 68(4):425-429.

Teotia, M., S.P. Teotia, and K.P. Singh. 1998. Endemic chronic fluoride toxicity and dietary calcium deficiency interaction syndromes of metabolic bone disease and deformities in India: Year 2000. Indian J. Pediatr. 65(3):371-381.

Teotia, S.P., and M. Teotia. 1973. Secondary hyperparathyroidism in patients with endemic skeletal flurosis. Br. Med. J. 1(5854):637-640.

Teotia, S.P., M. Teotia, R.K. Singh, D.R. Taves, and S. Heels. 1978. Endocrine aspects of endemic skeletal fluorosis. J. Assoc. Physicians India 26(11):995-1000.

Thaper, R., A. Tewari, H.S. Chawla, and V. Sachdev. 1989. Prevalence and severity of dental fluorosis in primary and permanent teeth at varying fluoride levels. J. Indian Soc. Pedod. Prev. Dent. 7(1):38-45.

Thylstrup, A., and O. Fejerskov. 1978. Clinical appearance of dental fluorosis in permanent teeth in relation to histologic changes. Community Dent. Oral. Epidemiol. 6(6):315-328.

Tice, R.R., H.F. Stack, and M.D. Waters. 1996. Human exposures to mutagens—an analysis using the genetic activity profile database. Environ. Health Perspect. 104(Suppl 3):585-589.

Tiwari, S., S.K. Gupta, K. Kumar, R. Trivedi, and M.M. Godbole. 2004. Simultaneous exposure of excess fluoride and calcium deficiency alters VDR, CaR, and Calbindin D 9 k mRNA levels in rat duodenal mucosa. Calcif. Tissue Int. 75(4):313-320.

Tohyama, E. 1996. Relationship between fluoride concentration in drinking water and mortality rate from uterine cancer in Okinawa prefecture, Japan. J. Epidemiol. 6(4):184-191.

Tokar′, V.I., and O.N. Savchenko. 1977. Effect of inorganic fluorine compounds on the functional state of the pituitary-testis system [in Russian]. Probl. Endokrinol. 23(4):104-107.

Tokar′, V.I., V.V. Voroshnin, and S.V. Sherbakov. 1989. Chronic effects of fluorides on the pituitary-thyroid system in industrial workers [in Russian]. Gig. Tr. Prof. Zabol. 1989(9):19-22.

Tormanen, C.D. 2003. Substrate inhibition of rat liver and kidney arginase with fluoride. J. Inorg. Biochem. 93(3-4):243-246.

Torra, M., M. Rodamilans, and J. Corbella. 1998. Serum and urine fluoride concentration: Relationships to age, sex, and renal function in a non-fluoridated population. Sci. Total Environ. 220(1):81-85.

Toumba, K.J., S. Levy, and M.E. Curzon. 1994. The fluoride content of bottled drinking waters. Br. Dent. J. 176(7):266-268.

Trabelsi, M., F. Guermazi, and N. Zeghal. 2001. Effect of fluoride on thyroid function and cerebellar development in mice. Fluoride 34(3):165-173.

Train, T.E., A.G. McWhorter, N.S. Seale, C.F. Wilson, and I.Y. Guo. 1996. Examination of esthetic improvement and surface alteration following microabrasion in fluorotic human incisors in vivo. Pediatr. Dent. 18(5):353-362.

TRI (Toxic Release Inventory). 2003. TRI Explorer. Release Reports: Chemical Report for Fluorine and Hydrogen Fluoride, 2001 Data Update as of July 25, 2003. Toxic Release Inventory, U.S. Environmental Protection Agency, Washington, DC [online]. Available: http://www.epa.gov/triexplorer/trends.htm [accessed Sept. 14, 2004].

Trivedi, N., A. Mithal, S.K. Gupta, and M.M. Godbole. 1993. Reversible impairment of glucose tolerance in patients with endemic fluorosis. Fluoride Collaborative Study Group. Diabetologia 36(9):826-828.

Truman, B.I., B.F. Gooch, I. Sulemana, H.C. Gift, A.M. Horowitz, C.A. Evans, S.O. Griffin,

Copyright National Academy of Sciences. All rights reserved.

*404*                                                   *FLUORIDE IN DRINKING WATER*

and V.G. Carande-Kulis. 2002. Reviews of evidence on interventions to prevent dental caries, oral and pharyngeal cancers, and sports-related craniofacial injuries. Am. J. Prev. Med. 23( 1 Suppl.):21-54.

TSO (The Stationery Office Limited). 2004. The Natural Mineral Water, Spring Water and Bottled Drinking Water (Amendment) England Regulations 2004. Statutory Instrument 2004 No. 656 [online]. Available: http://www.opsi.gov.uk/si/si2004/20040656.htm [accessed Nov. 1, 2005].

Tsutsui, T., Y. Tanaka, Y. Matsudo, A. Uehama, T. Someya, F. Hamaguchi, H. Yamamoto, and M. Takahashi. 1995. No increases in chromosome aberrations in human diploid fibroblasts following exposure to low concentrations of sodium fluoride for long times. Mutat. Res. 335(1):15-20.

Turner, C.H., M.P. Akhter, and R.P. Heaney. 1992. The effects of fluoridated water on bone strength. J. Orthop. Res. 10(4):581-587.

Turner, C.H., G. Boivin, and P.J. Meunier. 1993. A mathematical model for fluoride uptake by the skeleton. Calcif. Tissue Int. 52(2):130-138.

Turner, C.H., K. Hasegawa, W. Zhang, M. Wilson, Y. Li, and A.J. Dunipace. 1995. Fluoride reduces bone strength in older rats. J. Dent. Res. 74(8):1475-1481.

Turner, C.H., I. Owan, E.J. Brizendine, W. Zhang, M.E. Wilson, and A.J. Dunipace. 1996. High fluoride intakes cause osteomalacia and diminished bone strength in rats with renal deficiency. Bone 19(6):595-601.

Turner, C.H., L.P. Garetto, A.J. Dunipace, W. Zhang, M.E. Wilson, M.D. Grynpas, D. Chachra, R. McClintock, M. Peacock, and G.K. Stookey. 1997. Fluoride treatment increased serum IGF-1, bone turnover, and bone mass, but not bone strength, in rabbits. Calcif. Tissue Int. 61(1):77-83.

Urbansky, E.T. 2002. Fate of fluorosilicate drinking water additives. Chem. Rev. 102(8): 2837-2854.

Urbansky, E.T., and M.R. Schock. 2000. Can fluoride affect lead (II) in potable water? Hexafluorosilicate and fluoride equilibria in aqueous solution. Int. J. Environ. Studies 57:597-637.

Urbansky, E.T., and M.R. Schock. Undated. Can Fluoride Affect Water Lead (II) Levels and Lead (II) Neurotoxicity? National Risk Management Research Laboratory, Office of Research and Development, U.S. Environmental Protection Agency, Cincinnati, OH. [online]. Available: http://fluoride.oralhealth.org/papers/pdf/urbansky.pdf [accessed Oct. 1, 2004].

U.S. Army. 1983. Water Consumption Planning Factors Study. Directorate of Combat Developments, U. S. Army Quartermaster School, Fort Lee, VA (as cited in EPA 1997).

USASMA (U.S. Army Sergeants Major Academy). 2003. Revised Fluid Replacement Policy for Warm Weather Training. Health Promotion Office, U.S. Army Sergeants Major Academy [online]. Available: http://usasma.bliss.army.mil/HPO/Fluid.htm [accessed Sept. 20, 2004].

U.S. Census Bureau. 2000. Census 2000. Population Division, U.S. Census Bureau [online]. Available: http://factfinder.census.gov [accessed August 17, 2005].

USDA (U.S. Department of Agriculture). 2004. USDA National Fluoride Database of Selected Beverages and Foods. Nutrient Data Laboratory, Beltsville Human Nutrition Research Center, Agricultural Research Service, U.S. Department of Agriculture [online]. Available: http://www.nal.usda.gov/fnic/foodcomp/Data/Fluoride/Fluoride.html [accessed Sept. 21, 2005].

USDHHS (U.S. Department of Health and Human Services). 2000. Oral Health in America: A Report of the Surgeon General. U.S. Department of Health and Human Services, National Institute of Dental and Craniofacial Research, National Institutes of Health, Rockville, MD.

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

Usuda, K., K. Kono, and Y. Yoshida. 1997. The effect of hemodialysis upon serum levels of fluoride. Nephron 75(2):175-178.

Uz, T., N. Dimitrijevic, M. Akhisaroglu, M. Imbesi, M. Kurtuncu, and H. Manev. 2004. The pineal gland and anxiogenic-like action of fluoxetine in mice. Neuroreport 15(4): 691-694.

van Asten, P., F. Darroudi, A.T. Natarajan, I.J. Terpstra, and S.A. Duursma. 1998. Cytogenetic effects on lymphocytes in osteoporotic patients on long-term fluoride therapy. Pharm. World Sci. 20(5):214-218.

Vanden Heuvel, J.P., B.I. Kuslikis, M.J. Van Rafelghem, and R.E. Peterson. 1991. Tissue distribution, metabolism, and elimination of perfluorooctanoic acid in male and female rats. J. Biochem. Toxicol. 6(2):83-92.

van Kesteren, R.G., S.A. Duursma, W.J. Visser, J. van der Sluys Veer, and O. Backer Dirks. 1982. Fluoride in serum and bone during treatment of osteoporosis with sodium fluoride, calcium and vitamin D. Metab. Bone Dis. Relat. Res. 4(1):31-37.

Van Winkle, S., S.M. Levy, M.C. Kiritsy, J.R. Heilman, J.S. Wefel, and T. Marshall. 1995. Water and formula fluoride concentrations: Significance for infant fed formula. Pediatr. Dent. 17(4):305-310.

Varner, J.A., C.W. Huie, W.J. Horvath, K.F. Jensen, and R.L. Isaacson. 1993. Chronic $AIF_3$ administration: II. Selected histological observations. Neurosci. Res. Commun. 13(2):99-104.

Varner, J.A., K.F. Jensen, W. Horvath, and R.L. Isaacson. 1998. Chronic administration of aluminum-fluoride or sodium fluoride to rats in drinking water: Alterations in neuronal and cerebrovascular integrity. Brain Res. 784(1-2):284-298.

Varner, J.A., W.J. Horvath, C.W. Huie, H.R. Naslund, and R.L. Isaacson. 1994. Chronic aluminum fluoride administration. Behav. Neural. Biol. 61(3):233-241.

Venkateswarlu, P., D.N. Rao, and K.R. Rao. 1952. Studies in endemic fluorosis: Visakhapatnam and suburban areas. Fluorine mottled enamel and dental caries. Ind. J. Med. Res. 40(4):535-548.

Verma, R.J., and D.M. Guna Sherlin. 2001. Vitamin C ameliorates fluoride-induced embryotoxicity in pregnant rats. Hum. Exp. Toxicol. 20(12):619-623.

Verma, R.J., and D.M. Guna Sherlin. 2002a. Sodium fluoride-induced hypoproteinemia and hypoglycemia in parental and $F_1$ generation rats and amelioration by vitamins. Food Chem. Toxicol. 40(12):1781-1788.

Verma, R.J., and D.M. Guna Sherlin. 2002b. Hypocalcaemia in parental and $F_1$ generation rats treated with sodium fluoride. Food Chem. Toxicol. 40(4):551-554.

Vieira, A.P., R. Hancock, H. Limeback, R. Maia, and M.D. Grynpas. 2004. Is fluoride concentration in dentin and enamel a good indicator of dental fluorosis? J. Dent. Res. 83(1):76-80.

Vieira, A.P.G.F., M. Mousny, R. Maia, R. Hancock, E.T. Everett, and M.D. Grynpas. 2005. Assessment of teeth as biomarkers for skeletal fluoride exposure. Osteoporos. Int. 16(12):1576-1582.

Vígh, B., A. Szél, K. Debreceni, Z. Fejér, M.J. Manzano e Silva, and I. Vígh-Teichmann. 1998. Comparative histology of pineal calcification. Histol. Histopathol. 13(3):851-870.

Vine, M.F. 1994. Biological markers: Their use in quantitative assessments. Adv. Dent. Res. 8(1):92-99.

Virtanen, J.I., R.S. Bloigu, and M.A. Larmas. 1994. Timing of eruption of permanent teeth: Standard Finnish patient documents. Community Dent. Oral Epidemiol. 22(5 Part 1):286-288.

Vogt, R.L., L. Witherell, D. LaRue, and D.N. Klaucke. 1982. Acute fluoride poisoning associated with an on-site fluoridator in a Vermont elementary school. Am. J. Public Health 72(10):1168-1169.

Copyright National Academy of Sciences. All rights reserved.

von Tirpitz, C., J. Klaus, M. Steinkamp, L.C. Hofbauer, W. Kratzer, R. Mason, B.O. Boehm, G. Adler, and M. Reinshagen. 2003. Therapy of osteoporosis in patients with Crohn's disease: A randomized study comparing sodium fluoride and ibandronate. Aliment. Pharmacol. Ther. 17(6):807-816.

Wadayama, B., J. Toguchida, T. Yamaguchi, M.S. Sasaki, and T. Yamamuro. 1993. p53 expression and its relationship to DNA alterations in bone and soft tissue sarcomas. Br. J. Cancer 68(6):1134-1139.

Wagener, D.K., P. Nourjah, and A.M. Horowitz. 1992. Trends in Childhood Use of Dental Care Products Containing Fluoride: United States, 1983-1989. Hyattsville, MD: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control.

Waldbott, G.L. 1956. Incipient chronic fluoride intoxication from drinking water. II. Distinction between allergic reactions and drug intolerance. Int. Arch. Allergy Appl. Immunol. 9(5):241-249.

Waldbott, G.L., A.W. Burgstahler, and H.L. McKinney. 1978. Fluoridation: The Great Dilemma. Lawrence, KS: Coronado Press.

Wang, A.G., T. Xia, Q.L. Chu, M. Zhang, F. Liu, X.M. Chen, and K.D. Yang. 2004. Effects of fluoride on lipid peroxidation, DNA damage and apoptosis in human embryo hepatocytes. Biomed. Environ. Sci. 17(2):217-222.

Wang, D., and M. Qian. 1989. Report on the village use of the recension Chinese combined Raven's Test. Inform. Phychol. Sci. 5:23-27.

Wang, R. 2005. Anisotropic fracture in bovine root and coronal dentin. Dent. Mater. 21(5):429-436.

Wang, Y.N., K.Q. Xiao, J.L. Liu, G. Dallner, and Z.Z. Guan. 2000. Effect of long term fluoride exposure on lipid composition in rat liver. Toxicology 146(2-3):161-169.

Warnakulasuriya, K.A., S. Balasuriya, P.A. Perera, and L.C. Peiris. 1992. Determining optimal levels of fluoride in drinking water for hot, dry climates—a case study in Sri Lanka. Community Dent. Oral Epidemiol. 20(6):364-367.

Warnakulasuriya, S., C. Harris, S. Gelbier, J. Keating, and T. Peters. 2002. Fluoride content of alcoholic beverages. Clin. Chim. Acta 320(1-2):1-4.

Warren, D.P., H.A. Henson, and J.T. Chan. 1996. Comparison of fluoride content in caffeinated, decaffeinated and instant coffee. Fluoride 29(3):147-150.

Warren, J.J., and S.M. Levy. 1999. Systemic fluoride. Sources, amounts, and effects of ingestion. Dent. Clin. North Am. 43(4):695-711.

Waterhouse, C., D. Taves, and A. Munzer. 1980. Serum inorganic fluoride: Changes related to previous fluoride intake, renal function and bone resorption. Clin. Sci. 58(2):145-152.

Webster, T. 2000. Bias in Ecologic and Semi-Individual Studies. D.Sc. dissertation, Boston University School of Public Health.

Webster, T. 2002. Commentary: Does the spectre of ecologic bias haunt epidemiology? Int. J. Epidemiol. 31(1):161-162.

Weetman, A.P. 1997. Hypothyroidism: Screening and subclinical disease. Br. Med. J. 314(7088): 1175-1178.

Weinberger, S.J. 1991. Bottled drinking waters: Are the fluoride concentrations shown on the labels accurate? Int. J. Pediatr. Dent. 1(3):143-146.

Weiner, M.F., W.H. Wighton-Benn, R. Risser, D. Svetlik, R. Tintner, J. Hom, R.N. Rosenberg, and F.J. Bonte. 1993. Xenon-133 SPECT-determined regional cerebral blood flow in Alzheimer's disease: What is typical? J. Neuropsychiatry Clin. Neurosci. 5(4):415-418.

Weiss, B. 1969a. Similarities and differences in the norepinephrine-and sodium fluoride-sensitive adenyl cyclase system. J. Pharmacol. Exp. Ther. 166(2):330-338.

Weiss, B. 1969b. Effects of environmental lighting and chronic denervation on the activation of

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards
Case 3:17-cv-02162-EMC  Document 116-1  Filed 10/09/19  Page 87 of 334

*REFERENCES* *407*

adenyl cyclase of rat pineal gland by norepinephrine and sodium fluoride. J. Pharmacol. Exp. Ther. 168(1):146-152.

Wergedal, J.E., K.H. Lau, and D.J. Baylink. 1988. Fluoride and bovine bone extract influence cell proliferation and phosphatase activities in human bone cell cultures. Clin. Orthop. Relat. Res. 233:274-282.

Wergedal, J.W., and K.H. Lau. 1992. Human bone cells contain a fluoride sensitive acid phosphatase: Evidence that this enzyme functions at neutral pH as a phosphotyrosyl protein phosphatase. Clin. Biochem. 25(1):47-53.

Westendorf, J. 1975. The Kinetics of Actylcholinesterase Inhibition and the Influence of Fluoride and Fluoride Complexes on the Permeability of Erythrocyte Membranes [in German]. Ph.D. Thesis, University of Hamburg, Hamburg, Germany (as cited in Masters et al. 2000).

Whitford, G.M. 1994. Intake and metabolism of fluoride. Adv. Dent. Res. 8(1):5-14.

Whitford, G.M. 1996. The Metabolism and Toxicity of Fluoride, 2nd Rev. Ed. Monographs in Oral Science Vol. 16. New York: Karger.

Whitford, G.M. 1999. Fluoride metabolism and excretion in children. J. Pub. Health Dent. 59(4):224-228.

Whitford, G.M., and N.L. Birdsong-Whitford. 2000. Plasma as a biomarker for bone fluoride concentrations in rats. Abstract No. 2283. J. Dent. Res. 79(IADR Abstracts):429.

Whitford, G.M., and E.R. Taves. 1973. Fluoride-induced diuresis. Anesthesiology 39(4): 416-427.

Whitford, G.M., D.H. Pashley, and K.E. Reynolds. 1979. Fluoride tissue distribution: short-term kinetics. Am. J. Physiol. 236(2):F141-F148.

Whitford, G.M., E.D. Biles, and N.L. Birdsong-Whitford. 1991. A comparative study of fluoride pharmacokinetics in five species. J. Dent. Res. 70(6):948-951.

Whitford, G.M., J.W. Bawden, W.H. Bowen, L.J. Brown, J.E. Ciardi, T.W. Clarkson, P.B. Imrey, M. Kleerekoper, T.M. Marthaler, S. McGuire, R.H. Ophaug, C. Robinson, J.S. Schultz, G.K. Stookey, M.S. Tochman, P. Venkateswarlu, and D.T. Zero. 1994. Report for Working Group I: Strategies for improving the assessment of fluoride accumulation in body fluids and tissues. Adv. Dent. Res. 8(1):113-115.

Whitford, G.M., D.H. Pashley, and R.H. Garman. 1997. Effects of fluoride on structure and function of canine gastric mucosa. Dig. Dis. Sci. 42(10):2146-2155.

Whitford, G.M., F.C. Sampaio, P. Arneberg, and F.R. von der Fehr. 1999a. Fingernail fluoride: A method for monitoring fluoride exposure. Caries Res. 33(6):462-467.

Whitford, G.M., J.E. Thomas, and S.M Adair. 1999b. Fluoride in whole saliva, parotid ductal saliva and plasma in children. Arch. Oral Biol. 44(10):785-788.

Whitford, G.M., M.A. Buzalaf, M.F. Bijella, and J.L. Waller. 2005. Plaque fluoride concentrations in a community without water fluoridation: Effects of calcium and use of a fluoride or placebo dentifrice. Caries Res. 39(2):100-107.

Whiting, P., M. MacDonagh, and J. Kleijnen. 2001. Association of Down's syndrome and water fluoride level: A systematic review of the evidence. BMC Public Health 1(1):6.

WHO (World Health Organization). 2002. Fluorides. Environmental Health Criteria 227. Geneva, Switzerland: International Programme on Chemical Safety, World Health Organization [online]. Available: http://www.inchem.org/documents/ehc/ehc/ehc227.htm [accessed Oct. 8, 2004].

Whyte, M.P., K. Essmyer, F.H. Gannon, and W.R. Reinus. 2005. Skeletal fluorosis and instant tea. Am. J. Medicine 118(1):78-82.

Wilkinson, P.C. 1983. Effects of fluoride on locomotion of human blood leucocytes in vitro. Arch. Oral Biol. 28(5):415-418.

Wilson, D.C. 1941. Fluorine in the aetiology of endemic goitre. Lancet 1(Feb. 15):211-212.

Copyright National Academy of Sciences. All rights reserved.

Winterer, G., and D. Goldman. 2003. Genetics of human prefrontal function. Brain Res. Rev. 43(1):134-163.

Wolff, W.A., and E.G. Kerr. 1938. The composition of human bone in chronic fluoride poisoning. Am. J. Med. Sci. 195:493-497.

Wollan, M. 1968. Controlling the potential hazards of government-sponsored technology. George Wash. Law Rev. 36(5):1105-1137.

Wolstenholme, J., and R.R. Angell. 2000. Maternal age and trisomy—A unifying mechanism of formation. Chromosoma 109(7):435-438.

Wondwossen , F., A.N. Astrom, K. Bjorvatn, and A. Bardsen. 2004. The relationship between dental caries and dental fluorosis in areas with moderate- and high-fluoride drinking water in Ethiopia. Community Dent. Oral Epidemiol. 32(5):337-344.

Wong, F.S., and G.B. Winter. 2002. Effectiveness of microabrasion technique for improvement of dental aesthetics. Br. Dent. J. 193(3):155-158.

Wong, M.H., K.F. Fung, and H.P. Carr. 2003. Aluminum and fluoride content in tea, with emphasis on brick tea, and their health implications. Toxicol. Lett. 137(1-2):111-120.

Woolf, A.D., and K. Åkesson. 2003. Preventing fractures in elderly people. Br. Med. J. 327(7406):89-95.

Wu, D.Q., and Y. Wu. 1995. Micronucleus and sister chromatid exchange frequency in endemic fluorosis. Fluoride 28(3):125-127.

Wu, T., P. Mendola, and G.M. Buck. 2002. Ethnic differences in the presence of secondary sex characteristics and menarche among US girls: The Third National Health and Nutrition Examination Survey, 1988-1994. Pediatrics 110(4):752-757.

Xiang, Q., Y. Liang, L. Chen, C. Wang, B. Chen, X. Chen, and M. Zhou. 2003a. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84-94.

Xiang, Q., Y. Liang, M. Zhou, and H. Zang. 2003b. Blood lead of children in Wamiao-Xinhuai intelligence study [letter]. Fluoride 36(3):198-199.

Yamamoto, S., K. Katagiri, M. Ando, and X.Q. Chen. 2001. Suppression of pulmonary antibacterial defenses mechanisms and lung damage in mice exposed to fluoride aerosol. J. Toxicol. Environ. Health A 62(6):485-494.

Yang, C.Y., M.F. Cheng, S.S. Tsai, and C.F. Hung. 2000. Fluoride in drinking water and cancer mortality in Taiwan. Environ. Res. 82(3):189-193.

Yang, Q., S.L. Sherman, T.J. Hassold, K. Allran, L. Taft, D. Pettay, M.J. Khoury, J.D. Erickson, and S.B. Freeman. 1999. Risk factors for trisomy 21: Maternal cigarette smoking and oral contraceptive use in a population-based case-control study. Genet. Med. 1(3):80-88.

Yang, Y., X. Wang, and X. Guo. 1994. Effects of high iodine and high fluorine on children's intelligence and the metabolism of iodine and fluorine [in Chinese]. Zhonghua Liu Xing Bing Xue Za Zhi 15(5):296-298.

Yatani, A., and A.M. Brown. 1991. Mechanism of fluoride activation of G protein-gated muscarinic atrial K$^+$ channels. J. Biol. Chem. 266(34):22872-22877.

Yates, C., S. Doty, and R.V. Talmage. 1964. Effects of sodium fluoride on calcium homeostasis. Proc. Soc. Exp. Biol. Med. 115(Apr.):1103-1108.

Yiamouyiannis, J.A. 1993. Fluoridation and cancer: The biology and epidemiology of bone and oral cancer related to fluoridation. Fluoride 26(2):83-96.

Yoder, K.M., L. Mabelya, V.A. Robison, A.J. Dunipace, E.J. Brizendine, and G.K. Stookey. 1998. Severe dental fluorosis in a Tanzanian population consuming water with negligible fluoride concentration. Community Dent. Oral Epidemiol. 26(6):382-393.

Yokel, R.A., S.S. Rhineheimer, R.D. Brauer, P. Sharma, D. Elmore, and P.J. McNamara. 2001. Aluminum bioavailability from drinking water is very low and is not appreciably influenced by stomach contents or water hardness. Toxicology 161(1-2):93-101.

Yuan, S., K. Song, Q. Xie, and F. Lu. 1994. Experimental study of inhibition of lactation due to fluorosis in rat. Environ. Sci. 2(4):179-187.

Copyright National Academy of Sciences. All rights reserved.

Zaleske, D.J., M.G. Ehrlich, C. Piliero, J.W. May, Jr., and H.J. Mankin. 1982. Growth-plate be-
havior in whole joint replantation in the rabbit. J. Bone Joint Surg. Am. 64)2):249-258

Zatz, M. 1977. Effects of cholera toxin on supersensitive and subsensitive rat pineal glands:
Regulation of sensitivity at multiple sites. Life Sci. 21(9):1267-1276.

Zatz, M. 1979. Low concentrations of lithium inhibit the synthesis of cyclic AMP and cyclic
GMP in the rat pineal gland. J. Neurochem. 32(4):1315-1321.

Zeiger, E., D.K. Gulati, P. Kaur, A.H. Mohamed, J. Revazova, and T.G. Deaton. 1994. Cyto-
genetic studies of sodium fluoride in mice. Mutagenesis 9(5):467-471.

Zero, D.T., R.F. Raubertas, J. Fu, A.M. Pedersen, A.L. Hayes, and J.D. Featherstone. 1992.
Fluoride concentrations in plaque, whole saliva, and ductal saliva after application of
home-use topical fluorides. J. Dent. Res. 71(11):1768-1775.

Zerwekh, J., A. Morris, P. Padalino, F. Gottschalk, and C.Y. Pak. 1990. Fluoride rapidly and
transiently raises intracellular Ca in human osteoblasts. J. Bone Miner. Res. 5(Suppl. 1):
S131-S136.

Zerwekh, J.E., P.P. Antich, S. Mehta, K. Sakhaee, F. Gottschalk, and C.Y. Pak. 1997a. Reflec-
tion ultrasound velocities and histomorphometric and connectivity analyses: Correlations
and effect of slow-release sodium fluoride. J. Bone Miner. Res. 12(12):2068-2075.

Zerwekh, J.E., P. Padalino, and C.Y. Pak. 1997b. The effect of intermittent slow-release sodium
fluoride and continuous calcium citrate therapy on calcitropic hormones, biochemical
markers of bone metabolism, and blood chemistry in postmenopausal osteoporosis.
Calcif. Tissue Int. 61(4):272-278.

Zhao, L.B., G.H. Liang, D.N. Zhang, and X.R. Wu. 1996. Effect of a high fluoride water sup-
ply on children's intelligence. Fluoride 29(4):190-192.

Zhao, W., H. Zhu, Z. Yu, K. Aoki, J. Misumi, and X. Zhang. 1998. Long-term effects of
various iodine and fluorine doses on the thyroid and fluorosis in mice. Endocr. Regul.
32(2):63-70.

Zhao, Z.L., N.P. Wu, and W.H. Gao. 1995. The influence of fluoride on the content of testos-
terone and cholesterol in rat. Fluoride 28(3):128-130.

Zipkin, I., F.J. McClure, N.C. Leone, and W.A. Lee. 1958. Fluoride deposition in human
bones after prolonged ingestion of fluoride in drinking water. Public Health Rep.
73(8):732-740.

Zohouri, F.V., A. Maguire, and P.J. Moynihan. 2003. Fluoride content of still bottled waters
available in the North-East of England, UK. Br. Dent. J. 195(9):515-518.

Copyright National Academy of Sciences. All rights reserved.

Exhibit A

Adkins Declaration, Exhibit 02

Dose-Response Analysis 2010 - excerpts

 **EPA**

820-R-10-019

# Fluoride:
# Dose-Response Analysis
# For Non-cancer Effects

**Health and Ecological Criteria Division**
**Office of Water**

**December, 2010**

**U.S. Environmental Protection Agency**
**Washington, D.C.**

**PREFACE**

In March, 2006, the National Academy of Sciences National Research Council (NRC) released the Report: *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. The NRC (2006) noted that "in light of the collected evidence of various health endpoints and total exposure to fluoride, the committee concludes the EPA's MCLG of 4 mg/L should be lowered." They further suggested that, in order to develop an MCLG that is protective against severe enamel fluorosis, clinical stage II skeletal fluorosis and bone fractures, EPA should:

- Apply current approaches for quantifying dose-response where feasible,
- Consider susceptible populations,
- Characterize uncertainties and variability, and
- Provide better estimates of total exposure for individuals.

The Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride and focused on the dose-response analysis as they had recommended. The OW collected available dose-response data for severe dental fluorosis, clinical stage II skeletal fluorosis and skeletal fractures as they relate to fluoride exposure expanding on the data retrieved by NRC (2006) to include studies identified by literature searches that covered the time period from 2000 to 2010. Current methodologies (categorical regression and benchmark dose modeling) were applied in evaluating dose-response in order to identify an appropriate point of departure for severe dental fluorosis as the critical effect. The NRC analysis determined that severe dental fluorosis appears to occur at a lower dose than stage II skeletal fluorosis and/or bone fractures. This document presents the results of the dose-response analysis requested by NRC.

The objective of the OW effort was to identify a point of departure for the fluoride concentration in drinking water that would be protective for sensitive exposed populations (children) who are vulnerable to severe enamel fluorosis, and determine if that point of departure will also be protective against stage II skeletal fluorosis and bone fractures in adults. The OW analysis focused first on severe dental fluorosis based on the NRC analysis.

This document provides a detailed review of available dose-response data from published and peer-reviewed studies for the following endpoints as they relate to fluoride exposure from drinking water:

- Dental fluorosis
- Skeletal fluorosis
- Skeletal fractures

Detailed analyses of the suitability of studies that had been identified by NRC (2006) and those retrieved by the OW for dose-response analysis are included as separate documents to accompany this report. There are two separate collections of study evaluations, one covers dental effects (*Dental Fluorosis: Evaluations of Key Studies*, EPA Report No. 820-R-10-018) and the other skeletal effects (*Fluoride-Related Skeletal Effects: Evaluations of Key Studies*, EPA Report No. 820-R-10-017).

EPA identified a point of departure (POD) of 1.87 mg F/L for severe dental fluorosis based on benchmark dose modeling of the prevalence for severe dental fluorosis associated with specific drinking water fluoride concentrations as reported by Dean (1942). In that era, drinking water and the diet were the major sources of fluoride exposure. The POD is a lower confidence bound on the concentration in drinking water associated with severe dental fluorosis in 0.5% of the population studied. This POD was the lowest concentration that was statistically justified by the population size. This value is consistent with other analyses of the Dean (1942) data set that identify 2 mg/L as the threshold drinking water fluoride concentration for severe dental fluorosis (EPA, 1986, NRC 1993, 2006).

In this document drinking water intake information for ingestion of tap water delivered by public drinking water systems, as reported in the USDA 1977–1978 Food Consumption Survey, is used to estimate the fluoride dose from drinking water associated with the POD in children studied by Dean (1942). Data from a publication on dietary fluoride by McClure (1943) were used to estimate the dose from the diet for the children studied by Dean (1942). The combination of the drinking water and dietary estimates thus become the basis for the OW inorganic fluoride Reference Dose (RfD) estimate of 0.08 mg F/kg/day. The RfD is an estimate of the fluoride dose that will protect against severe dental fluorosis, clinical stage II skeletal fluorosis and skeletal fractures while allowing for a fluoride exposure adequate to protect against tooth decay for children and adults. Confidence in the RfD is considered to be medium.

The OW has also prepared and peer reviewed a second document that provides fluoride exposure estimates for the age groups susceptible to severe dental fluorosis. This second document, *Fluoride: Exposure and Relative Source Contribution Analysis* (EPA Report No. 820-R-10-015), can be accessed through the following url:
http://water.epa.gov/action/advisories/drinking/fluoride_index.cfm.

5.      **Reference Dose Derivation**

Section 4 of this report establishes severe dental fluorosis as the critical effect for fluoride exposure during the period of pre-eruptive, permanent tooth-enamel formation.  Prior evaluations of the effects of excess fluoride (Koop, 1984; NRC, 1993) considered all stages of enamel fluorosis as a cosmetic effect, albeit one to avoid if possible.  However, NRC (2006) classified severe dental fluorosis as adverse due to the associated thinning and/or pitting of the enamel that weakens its role in protecting the dentin.

After examining the dose-response data for several aspects of dental fluorosis, EPA determined that data on the relationship between drinking water concentration and the occurrence of severe fluorosis was amenable to modeling.  Dean (1942) was selected as the critical study because of the size of the population studied and the number of data points provided.  In addition, this study was conducted prior to the introduction of fluoridation of water systems and the introduction of fluoride into dental products.  Accordingly, the confounding contribution of non-dietary sources to total fluoride exposure was minimal at that time. In many of the localities evaluated by Dean (1942), the source of fluoride in water was of geochemical origin. Therefore, the Dean (1942) dataset represents a population for which drinking water was the major source of fluoride exposure, with dietary intakes from local produce contributing only a small amount to total exposures.

The Benchmark Dose analysis (Section 4) of the relationship between drinking water concentration and the severe enamel fluorosis identified a BMD of 2.14 mg/L and BMDL (95% confidence bound) of 1.87 mg/L for the prevalence of severe dental fluorosis in 0.5% of the children evaluated.

Utilization of the BMD/BMDL data in derivation of an RfD requires conversion of the exposure associated with a drinking water concentration of 1.87 mg F/L to a dose in mg/kg/day for the sensitive population and knowledge of the vulnerable ages for development of enamel fluorosis. Severe fluorosis of the permanent teeth is a condition that lasts for the lifetime of the tooth, but can only occur during a defined period of tooth development. Determination of the dose associated with severe dental fluorosis is not an easy task because data on drinking water intakes and body weights for the populations studied and the individuals with severe fluorosis were not collected.  Accordingly, an indirect approach must be employed.  Consideration of the beneficial fluoride doses that increase the resistance of enamel to cavities is also an important consideration in selecting a point of departure for the RfD determination.

5.1.    **Nutritional Guidelines**

Risk assessment for elements such as fluoride with beneficial as well as adverse properties is a challenge, especially when there is a narrow boundary between the doses that are beneficial and those that have adverse effects.  The NAS established the first dietary recommendations for fluoride in 1989 (NRC, 1989).  At that time, fluoride was not classified as an essential element, but was considered beneficial for humans because of its valuable contributions to dental health (NRC, 1989).  The estimated range of safe and adequate dietary intakes (including drinking water) for adults was defined as a daily intake of between 1.5 and 4 mg F/day.  The estimated

safe and adequate intake range for the first year of life was identified as 0.1 to 1 mg/day and that for the 1–3 year old age group as 0.5 to 1.5 mg/day.

The dietary guidelines for fluoride were revised by the Institute of Medicine (IOM) in 1997. The 1997 revisions (see Table 5-1) considered fluoride as a nutrient based on its presence and function in bones and tooth enamel. The dietary intake information (including fluoride from drinking water) was used to establish Adequate Intake (AI) guidelines for each age, life-stage (i.e. pregnancy or lactation), and/or gender grouping covered by the Dietary Reference Intakes (DRI). An AI is defined as an estimate of the average nutrient intake by a group or groups of healthy people within a designated age, life-stage, and/or gender grouping and is the recommended dietary guideline when data to determine a more precise Estimated Average Requirement (EAR) are not available. The AI is based on observed or experimentally determined estimates of average intakes by a group or groups of healthy people; in this case, those receiving drinking water optimally fluoridated to achieve optimal anticaries protection. The AI established for fluoride is 0.05 mg/kg/day for all age groups above 6 months, and is based on data from four studies of the dietary fluoride intake of children in the United States or Canada from optimally fluoridated communities (~ 1 mg/L) that were published after 1980. The IOM (1997) converted the 0.05 mg/kg/day AI to mg/day intakes based on the average body weights for the age groups of concern in the OW assessment (Table 5-1).

| Table 5-1. Adequate Intake (AI) Reference Values and Tolerable Upper Intake Levels (UL) for Select Age Groups. | | | | |
|---|---|---|---|---|
| Age Range (Body wt. in kg) | Criterion | AI (mg/day)[a] | | UL (mg/day) |
| | | Males | Females | |
| 0–6 mon (not reported) | Human milk content | 0.01 | 0.01 | 0.7 |
| 7–12 mon (9 kg) | Caries prevention | 0.5 | 0.5 | 0.9 |
| 1–3 yr (13 kg) | Caries prevention | 0.7 | 0.7 | 1.3 |
| 4–8 yr (22 kg) | Caries prevention | 1 | 1 | 2.2 |
| 9–13 yr (40 kg) | Caries prevention | 2 | 2 | 10 |
| 14–18 yr (boys, 64 kg; girls, 57 kg) | Caries prevention | 3 | 3 | 10 |

SOURCE: IOM (1997).
[a]AI is the observed estimate of nutrient intake that reduces the occurrence of dental caries in a group of healthy individuals.

The IOM (1997) also established a Tolerable Upper Intake Level (UL) for fluoride in different age, life-stage, and/or gender groupings. A UL is defined as the maximum level of a total chronic daily intake of a nutrient that is unlikely to pose risks of adverse health effects for almost all individuals in the general population. In the case of fluoride, the UL for infants and children up to age 8 was selected based on prevention of moderate dental fluorosis; for all other age groups, the UL was selected based on the prevention of skeletal fluorosis.

In the derivation of the UL for children, IOM (1997) used the Dean (1942) data and considered that there was a less than a 5% prevalence of moderate dental fluorosis at a 2 mg/L drinking water concentration. At this concentration IOM estimated that fluoride intakes would range from 0.08 to 0.12 mg/kg/day. The body weight and water intakes used for this estimate are not provided. The middle of the range (0.1 mg/kg/day) was identified as a LOAEL for moderate dental fluorosis "the threshold beyond which moderate enamel fluorosis appears in some

children" (IOM, 1997). The LOAEL was divided by an uncertainty factor of 1 to establish a dose of 0.1 mg/kg as the UL for infants and children through eight years of age. Based on reference weights of 7 kg and 9 kg, respectively, the UL for infants in the first six months of life is 0.7 mg/day and that for the second six months is 0.9 mg/day. Children were divided into two age groups, those one to three years old (bw = 13 kg) and those 4 through 8 years old (bw = 22 kg). The UL for the first group of children is 1.3 mg/day and that for the second group is 2.2 mg/day. The UL for all other age groups is 10 mg/day and was based on a NOAEL of 10 mg/day for the development of skeletal fluorosis.

## 5.2.    Period of Developmental Sensitivity to Dental Fluorosis

The U.S. EPA (1985) and the IOM (1997) have used birth to the age of 8 or 9 years as the period of concern for dental fluorosis. These early assessments focused on fluorosis of the anterior teeth because, from a cosmetic perspective, they are the most visible teeth. Data suggesting that severe dental fluorosis may increase the risk for caries throughout the lifetime (NRC, 2006; Forsman, 1974) broadens the concern for severe fluorosis induction to cover the time period of enamel formation of both the anterior and posterior teeth. A study by Groneveld et al. (1990) concluded that about 66% of the anticaries impact of fluoride on pit and fissure cavities of the posterior teeth with high caries susceptibility was due to pre-eruptive fluoride exposure, while the pre-eruptive contribution to protection of the anterior teeth with smooth surfaces was 25%.

A study of fluorosis in 70 children, ages 6.5 to 13, living in a village in Greenland and who had received sodium fluoride tablets (0.5 mg/day) showed that the age at which fluoride administration was initiated increased the risk of developing dental fluorosis and the teeth impacted (Larsen et al., 1985). Exposures during ages 2.5 to 5.5 years were associated with fluorosis of the upper central incisors, from 2.5 to 4.5 years with the first molars, and from 5.5 to 8.5 years with the 2nd molars. The controls were children from the same age range who had not receive the fluoride tablets; all children were lifetime residents of the same village. The local water supply had a concentration of 0.1 mg F/L. Outside of these age periods the risk was not significantly greater than that for the controls. None of the children had TFI scores greater than 3. It is important to note that the third molars would not have erupted and thus would not have been included in the analysis.

The dose-response curve developed from the Dean data is for the secondary teeth since, at the time of examination, approximately 94% of the permanent teeth were present (Dean, 1942). There are no dose-response data for primary teeth comparable to that from Dean (1942) for secondary teeth. The mineralization of the secondary teeth begins at about $6 \pm 2$ months with the incisors, whereas that for the primary teeth begins in utero (Massler and Schour, 1958). The developing secondary teeth remain rather quiescent until age 2 years $\pm$ 6 months when formation of the other permanent teeth begins and the incisors begin to increase in size. Tooth mineralization continues until age 10 years when all teeth except the wisdom teeth appear to be completely calcified. Eruption of all teeth except for the wisdom teeth is complete by about age 13 (ADA, 2005). The wisdom teeth erupt between ages 17 and 21 but are formed by age 15 years $\pm$ 6 months. Since enamel formation appears to be complete by age 15 years, EPA has considered the period of greatest sensitivity to severe enamel fluorosis as the time from six months through 14 years of age in this assessment in order to cover the formation of the wisdom teeth.

The data indicate that fluoride exposure and developmental age are the major factors influencing the occurrence of severe dental fluorosis. However, as described in Section 3.1.4, there are other stressors that influence fluorosis development including diet, climate, altitude and possibly genetics. Low intakes of enamel-forming nutrients such as calcium and phosphorous could, when combined with exposure to excess fluoride, increase the tendency for fluorotic defects in the hydroxyapatite crystal lattice of the tooth enamel. However, no data were identified that directly support this hypothesis. Co-exposure to some other minerals (strontium, zinc; see Section 3.1.4.3) can influence the staining of teeth but not the enamel (pitting) defects of severe dental fluorosis.

Some studies (Section 3.1.4.1) show that there is an impact of climate on the prevalence of severe dental fluorosis. Areas with higher ambient air temperatures have a greater prevalence of fluorosis than those with a more temperate climate, hypothetically because of the direct relationship between temperature and drinking water intake (Galagan and Lamson, 1953; Galagan and Vermillion, 1957). Neither climate nor diet is likely to have had a major impact on the fluorosis data in the Dean (1942) study since all of the key cities represented in the concentration-response assessment have fairly comparable latitudes and average ambient air temperatures (See Figure 5-1 and Table 3-15).



**Figure 5-1.  Sampling sites used in Dean (1942) dental fluorosis study.**

**December 2010**

There are some data (Section 3.1.4.2) from countries outside of the United States that suggest the prevalence of dental fluorosis may be increased at elevated altitudes (>2000 m). Respiratory water loss may account for the altitude effects because at higher altitudes and low atmospheric pressure there is a greater than normal loss of water vapor from the lungs (IOM, 2005). In areas where ambient air temperatures are high, respiratory water losses may be accompanied by increased water intake. None of the sites in the Dean (1942) data set fell at altitudes over 2000 m although Colorado Springs, CO (one of 21 sites) has an altitude of 1900 m. Dose-response modeling in the presence and absence of the high temperature and high altitude sites, as well as both combined, showed there was little impact on the BMD and BMDL. Other factors discussed in Section 3.1.4 such as acid/base balance would not be influenced by the geographic position of the Dean (1942) observation sites.

## 5.3.    Dose Determination for Severe Dental Fluorosis

As mentioned above, an indirect approach was required in order to estimate the dose associated with severe dental fluorosis in the affected segment of the populations studied by Dean (1942) because data on drinking water intakes were not collected. In the absence of drinking water intake data from the time of the Dean (1942) study, EPA used data collected during the 1977/1978 Nationwide Food Consumption Survey (Ershow and Cantor, 1989) on drinking water intakes and body weights of children during the susceptible age period to estimate their fluoride doses in mg/kg/day for the mean, 75th, 90th, and 95th percentile tap water consumer groupings. These data were selected because they provide the drinking water intake information that lie closest to the time of the Dean study and the body weight data are consistent with the growth curves for children from 1923 (Proudfit, 1923) and 1958 (Cooper et al., 1958); these dates bracket the time of the Dean (1942) studies. The water intake and body weight data were converted to estimated fluoride doses using the following equation:

$$\text{Estimated F dose} = \frac{\underline{\text{F concentration at the BMDL x L tap water consumed}}}{\text{body weight}}$$

The assumption that drinking water was the primary source of exposure to fluoride in the communities studied is justified by the fact that, at the time of the Dean (1942) study, there was no fluoride in toothpaste or other dental products and no use of fluoride supplements. In addition, there was no intentional fluoridation of community water supplies thus limiting the introduction of fluoride from drinking water into commercial foods and beverages processed in the many areas of the country with low natural levels of fluoride.

This calculation provides a range of doses for different age grouping at mean and each percentile of drinking water intake evaluated. Any drinking water intakes (mean or percentile) that resulted in doses that were less than or equal to the 0.05 mg/kg/day IOM AI value associated with optimal, anticaries protection were eliminated from consideration as doses causing severe dental fluorosis. At the time of the Dean (1942) study there were no data to suggest that severe dental fluorosis was present in situations where the drinking water fluoride concentration fell between 0.7 and 1.1 mg/L, the drinking water concentrations from the seven studies that were used as the basis for the IOM (1997) AI recommendation of 0.05 mg/kg/day.

The BMDL is a lower bound estimate of the tap water fluoride concentration associated with 0.5% severe dental fluorosis in a large population (5,824) of children as determined by the drinking water concentration-response observed in 20 locations studied. The sensitivity analysis presented in Section 4.3 shows that the BMDL is not affected appreciably by differences in the modeling approach. Because it is the deposition of fluoride in the crystal lattice of the tooth enamel that causes dental fluorosis, it is assumed that the small number of children who displayed severe dental fluorosis in the Dean (1942) publication were either sensitive to its effects or those that received excess exposure to fluoride during the period when the affected enamel was being formed. Where exposure was the main contributor to the effects it was assumed that tap water was the source of almost all of the fluoride exposure. Nutritional and/or genetic factors may have played a role in the development of severe dental fluorosis for some affected individuals, however, these factors were assumed to have a minimal impact on the concentration-response noted in communities studied by Dean (1942) with drinking water concentrations near the BMDL. Doses generated from drinking water intakes (mean or percentile) that were greater than 0.05 mg/kg/day AI were considered as points of departure for the drinking water component of the RfD analysis.

### 5.3.1. Body Weight and Drinking Water Intakes

As mentioned in Section 5.3, EPA was not able to identify data that provide a detailed analysis of average body weights and water intakes for the sensitive population during the time the Dean (1942) data were collected. Comprehensive body weight and drinking water intake data were identified in two important sources covering later time periods. The first source (Ershow and Cantor, 1989), provided body weight and drinking water intake information (direct and indirect) from the 1977–1978 U.S. Department of Agriculture (USDA) Nationwide Food Consumption survey. The other source is the U.S. EPA analysis of the data from the USDA 1994–1998 Continuing Survey of Food Intake by Individuals (CSFII) as presented in U.S. EPA, 2004.

There are some differences in the methodologies used to generate the 1989 and 2004 reports, but the general approach to data analysis and the framework for the analysis are the same. The data are reported by Ershow and Cantor (1989) as gram intakes of tap water per day rather than the milliliters per day (mL/day) used in the EPA reports. Thus, the gram intakes were converted to milliliters using a density for water of 1 g/ml.

Ershow and Cantor (1989) reported mean body weights and tap water intakes; tap water included direct and indirect uses. Tap water intake was defined as the sum of drinking water intake and water added in final home or restaurant preparation of beverages and food. U.S. EPA (2004) reported mean body weights and direct and indirect drinking (tap) water intakes  Direct drinking water refers to ingestion of plain drinking water and indirect water was defined as water used in the final preparation of foods and beverages at home or by food service establishments such as school cafeterias and restaurants (U.S. EPA, 2004). The combination of direct and indirect water reported in the U.S. EPA (2004) report is equivalent to the total tap water consumption in the Ershow and Cantor (1989) report. Both groups reported the mean body weights and water intakes using the same age groupings. The Ershow and Cantor data (1989) were derived from survey data contributed by about 26,000 participants (8621 children in the age range of interest) and collected during the 1970's. The data from the 1994–1998 CSFII (U.S. EPA, 2004) were contributed by about 21,000 participants (9687 children in the age range of interest).

Table 5.2 summarizes the body weight and tap water intake data (direct and indirect) from the Ershow and Cantor (1989) report for the age groups of interest; Table 5-3 summarizes comparable data (consumers only for the children) from the EPA (2004) report. Ershow and Cantor (1989) did not provide consumer only data in their report but did use three-days of dietary recall information rather than the two-days used for the EPA (2004) analysis. The consumer-only analysis from (EPA, 2004) was based only on recall data where water intake was provided for both days. It was the judgment of Ershow and Cantor (1989) that their estimates of average intakes were fully representative of population intakes for all age groups other than the infants. They felt that intakes reported for formula-fed infants could be underestimations of actual exposures because the recall information did not distinguish between powdered, concentrate and ready-to-feed formula.

| Table 5-2. Body Weight and Tap Water Intake in the United States (Ershow and Cantor, 1989) | | | | | |
|---|---|---|---|---|---|
| Age Range (years) | Mean Body Wt. (kg) | Tapwater Intake | | | |
| | | Mean (ml) | 75th Percentile (ml) | 90th Percentile (ml) | 95th Percentile (ml) |
| 0.5–0.9 | 9.2 | 328 | 480 | 688 | 764 |
| 1–3 | 14.1 | 646 | 820 | 1162 | 1419 |
| 4–6 | 20.3 | 742 | 972 | 1302 | 1520 |
| 7–10 | 30.6 | 787 | 1016 | 1338 | 1556 |
| 11–14 | 47.7 | 925 | 1196 | 1621 | 1924 |

As is apparent from a comparison of Table 5-2 and 5-3, tap water intake seems to have been greater in the 1970's than in the 1990's, with the exception of the 0.5 to 0.9 year-old infants. This is consistent with dietary data indicating that there has been an increase in the intake of bottled water and commercial beverages in place of tap water over the last decade (EPA, 2004; IOM, 1997). Measures of bottled water intakes and commercial bottled beverages are not included in the Ershow and Cantor (1989) report because at the time of the Nationwide Food Consumption survey in 1977/1978, bottled water was not as important a commercial product as it was at the time of the 1993–1998 survey. Based on the EPA (2004) report, bottled water accounts for 13 % of mean total water intake. Mean body weights have also increased slightly for the older age groups. The Ershow and Cantor (1989) data were used in the dose analysis that follows because they were collected during a time period closer to the Dean (1942) study.

| Table 5-3. Body Weight and Drinking Water Intake Data (Consumers Only) from Estimated Body Weight and Per Capita Water Ingestion in the United States – An Update (U.S. EPA 2004) | | | | |
|---|---|---|---|---|
| Age Range (years) | Mean Body Wt. (kg) | Tapwater Intake | | |
| | | Mean (ml) | 90th Percentile (ml) | 95th Percentile (ml) |
| 0.5–0.9 | 9 | 467 | 971 | 1,147 |
| 1–3 | 14 | 349 | 723 | 946 |
| 4–6 | 21 | 442 | 943 | 1,176 |
| 7–10 | 32 | 487 | 993 | 1,241 |
| 11–14 | 51 | 641 | 1415 | 1,742 |

The children studied by Dean (1942) were largely 9 to 14 years old; however, their severe fluorosis developed during the pre-eruptive earlier period of enamel formation. The age ranges

used in this U.S. EPA assessment range from six-months (the beginning of enamel formation on the secondary teeth (Massler and Schour, 1958) through age 14 in order to cover late enamel development of the wisdom teeth. Since wisdom teeth were not likely to have erupted in the children evaluated by the Dean study, they would not be reflected in the severe fluorosis values observed by Dean (1942).

### 5.3.2.  Dose Estimates

The dose estimates generated using the drinking water intake values and mean body weights in Table 5-2 are summarized in Table 5-4. The values in Table 5-4 represent the doses associated with drinking water intakes and body weights for each of the age groups evaluated.

| Table 5-4.  Estimates of Fluoride Doses at Specific Tap Water Intakes for Age Groupings During the Sensitive Window for Development of Severe Enamel Fluorosis (at 1.87 mg F/L) | | | | |
|---|---|---|---|---|
| Age Range (Years) | Fluoride Exposure (mg/kg/day) | | | |
| | Mean | 75th Percentile | 90th Percentile | 95th Percentile |
| Ershow and Cantor, 1989 | | | | |
| 0.5 – 0.9[a] | 0.07 | 0.10 | 0.14 | 0.16 |
| 1–3 | 0.09 | 0.10 | 0.15 | 0.19 |
| 4–6 | 0.07 | 0.09 | 0.12 | 0.14 |
| 7–10 | 0.05 | 0.06 | 0.08 | 0.10 |
| 11–14 | 0.04 | 0.05 | 0.06 | 0.08 |

[a]Dose estimates for infants may underestimate the actual doses because of the lack of reliable information on the type of formula used for bottle-fed infants.

As children grow, their body weights, eating, and drinking water consumption patterns change. It is therefore important to evaluate each combination of water intake and body weight variables to determine the appropriate point of departure for the RfD determination.  Consideration of more than one age grouping with associated estimates of drinking water intake provides a fuller picture of the impact of age, water intake and body weight on fluoride dose from ingestion of drinking water containing 1.87 mg F/L, the derived BMDL for 0.5% severe fluorosis (see Section 4.3).

Examination of the dose estimates for individuals based on mean water intakes in Table 5-4 demonstrates that two of the doses, 0.04 and 0.05 mg/kg/day, are not appropriate as the point of departure for the RfD because they fall at or below the recommended fluoride intake level of 0.05 mg/kg/day (IOM, 1997). The same is true of the 0.04 and 0.06 mg/kg/day dose estimates at the 75th and 90th percentile drinking water intakes. The OW selected 0.07 mg/kg/day as the contribution of the drinking water to the RfD because it provided a reasonable difference (0.02 mg/kg/day) between it and the IOM (1997) intake (0.05 mg/kg/day) that was the basis for the AI considering day-to-day dietary variability.  Although the lower 0.06 mg/kg/day dose estimate also exceeded the IOM (1997) estimate of need, OW felt that a 0.01 mg/kg/day difference between the IOM estimate and a dose from drinking water that caused severe dental fluorosis was too small given the range of dose estimates in Table 5-4 and the uncertainties surrounding both the AI and the drinking water component of the RfD.  The range of estimates for the mean water intakes is 0.04 to 0.09 mg/kg/day and that for the full range of water intakes is 0.04 to 0.19 mg/kg/day.  The Dean (1942) report provided only drinking water concentration information; it included no data on diet or drinking water intakes for the children studied.  It is thus unclear whether high water intakes, individual sensitivity, or a combination of both factors predisposed

some children to severe rather than mild or moderate fluorosis in the populations studied by Dean (1942).

Support for the EPA fluoride dose estimates, as derived from drinking water intake estimates and the calculated BMLD for severe dental fluorosis, is provided by the data from the Iowa Fluoride Study (Hong et al., 2006a, b).  As part of this study, 579 children were evaluated for dental fluorosis of the eight permanent incisors and four first molars at 8–10 years of age (mean 9.2 years).  The fluoride intake of these same children had been followed from birth through 48 months by means of questionnaires their parents completed every 3–4 months (Hong et al., 2006b).   Daily fluoride intake in mg/kg/day was estimated from water, beverages, and selected foods, fluoride supplements and dentifrice.  Fluorosis was evaluated using the Fluorosis Risk Index (FRI).  Severe Fluorosis cases were defined as having FRI definitive staining and/or pitting on both maxillary central incisors. [This characterization of severe fluorosis differs from that of the Dean Index in that it includes staining without pitting.]  Individuals with FRI questionable fluorosis were excluded. The importance of fluoride intake during different time periods was assessed using t-tests and logistic regression.

One hundred and thirty-nine (24%) subjects had fluorosis (mostly mild) on both maxillary central incisors. Mean age-specific fluoride intake per unit body weight (bw) ranged from 0.040 to 0.057 mg/kg bw, with higher intake during earlier time periods and relative stability after 16 months (Hong et al., 2006a). In bivariate categorical analyses, fluoride intakes during each of the first 4 years were individually significantly related to fluorosis on maxillary central incisors, with the first year most important ($P < 0.01$), followed by the second ($P < 0.01$), third ($P < 0.01$), and fourth year ($P < 0.03$). Multivariable logistic regression analyses showed that, after controlling only for the first year, the later years individually were still statistically significant. When all four time periods were in the model, the first ($P < 0.01$) and second years ($P = 0.04$) were still significant, but the third ($P = 0.32$) and fourth ($P = 0.82$) were not.  The lack of severe fluorosis in this population provides some support for considering intakes of 0.04 and 0.05 mg/kg day as below the threshold for severe fluorosis.

In a second publication, (Hong et al., 2006a) reported estimated fluoride intakes from birth to 36 months based on the questionnaire mentioned above. Relative risks for fluorosis were significantly elevated for intakes of 0.04 to 0.06 mg/kg/day and >0.06 mg/kg/day, compared with intakes <0.04 mg/kg/day.  The highest relative risk 4.76 (2.39–9.41; 95% CI) was found for the average 24 to 36 month period.  The few subjects (8) classified as having severe dental fluorosis all had fluoride intakes >0.06 mg/kg/day.  Severe fluorosis was defined by the FRI as including staining and/or pitting of the central incisors or first molars.  In that respect, this categorization differed from that of Dean where "discrete or confluent pitting" was necessary in order to categorize the fluorosis as severe.

EPA contacted Dr. Steven Levy, director of the Iowa Study and asked if he would be able to determine if any of the eight cases identified as severe by the FRI demonstrated pitting of the enamel.  Dr. Levy (2010) reported back to EPA that only one of the eight cases (0.2% of the subjects with dietary records) had pitting according to photographs of the children's teeth.  The pictures for a second child could not be located.  Dr. Levy also provided EPA with the fluoride intake estimates (mg/kg bw) from water, selected foods, supplements and dentifrice for each of eight severe fluorosis cases.

The child that had the pitting of the enamel was apparently breast fed for at least the first 6 months. Starting at about 6 months the baby received substantial amounts of infant formula reconstituted with tap water. At 8 months, the tap water source was changed from one with 0.05 mg/L F to one with 1 mg/L F. The 9-month exposure record had the highest estimated daily fluoride intake (0.118 mg/kg bw) reported over the three-year period. The average daily intake from 16 through 36 months was 0.079 mg/kg bw. Between 20 months and 36 months, the fluoride exposure estimate exceeded 0.08 mg/kg/day in 4 of 5 reports. The affected child's average fluoride intake for 3 to 9 months was the lowest of the 8 children in the data set shared by Dr Levy likely reflecting breast feeding for the first six to nine months.

For the 16 month to 36 month period, 2 of seven children had higher estimated average intakes than the child with pitted enamel. Their teeth developed staining, but no pitting. Exposure records for the 8th child were deficient after the first year, with data for only one of seven reports. The child with the missing pictorial dental record had only two exposure reports of the five expected over the first year and both were > 0.1 mg/kg bw. That child's average intake for the 16 month to 36 month period was 0.056 mg/kg bw.

There are limitations to the exposure records from this study as discussed in Hong et al. (2006a). There was no direct verification of the data reported by the parents in the questionnaires. Also the questionnaire was administered at 3 to 4 months intervals and could not capture day to day variations in the children's exposures. The questionnaire did not ask for information on the use of fluoride mouth washes or gels. In some cases, records were incomplete because parents did not submit questionnaires for some of the time periods. Given these limitations, the data suggest that both cumulative and episodic exposures during critical windows of enamel formation could have an impact on staining and pitting of the central incisors and first molars in children when they are exposed during the period 0.5 to 3 or 4 years of age. This is the approximate time these teeth are forming (Massler and Schour, 1958). They are also supportive of the EPA fluoride dose estimates in Table 5-4 for children in this age range with severe dental fluorosis as defined by Dean when they are average consumers of drinking water at the BMDL (1.87 mg/L fluoride) for 0.5% severe fluorosis.

## 5.4.    RfD Determination

The point of departure for the drinking-water RfD is a dose of 0.07 mg/kg/day as identified in Section 5.3.2. This dose is greater than the beneficial dose of 0.05 mg/kg/day and allows a 0.02 mg/kg/day difference between the AI and RfD. It is less than the IOM UL estimate of 0.1 mg/kg/day, which was based on a <5 % increase in moderate dental fluorosis. The OW drinking water RfD estimate is based on the lower bound confidence limit for the fluoride concentration associated with a 0.5% prevalence of severe dental fluorosis. Thus, the two estimates are not necessarily in conflict.

$$RfD = \frac{0.07 \text{ mg/kg/day}}{1} = 0.07 \text{ mg/kg/day}$$

where:

0.07 mg/kg/day = Lower Limit on Benchmark Dose estimates (in mg/kg bw/day) associated with severe fluorosis in the population studied by Dean (1942).

1 = A composite Uncertainty Factor following EPA guidelines (see Section 5.4.2)

It is unfortunate that the Dean (1942) publication does not provide any data on which teeth were the two most severely fluorotic teeth that became the basis of the fluorosis score. Had those teeth been identified, it might have been possible to more precisely identify the age period of greatest sensitivity. Without that data, it is necessary to consider the entire age period of enamel formation as the time of vulnerability to fluorosis. Dean (1942) does mention that, in one community with a drinking water concentration of 1.2 mg/L, 11.1 % of the teeth positive for fluorosis were incisors or first molars and 88.9 percent were cuspids, bicuspids and second molars; however, none of the children in this population had moderate or severe fluorosis.

When conducting risk assessments involving exposures through drinking water, the BMDL concentration of 1.87 mg/L can be used in place of the RfD as the appropriate point of departure for determination of the MCLG because it does not include the uncertainty associated with assumptions used to calculate the drinking-water RfD. A relative source contribution (RSC) factor would be applied to the BMDL concentration to account for exposure to fluoride through media such as dental products that were not available at the time the Dean (1942) data were collected.

The drinking water-based RfD was adjusted to account for the additional fluoride intake from foods at the time of the Dean (1942) study. OW determined from the data presented by McClure (1943) that an intake of fluoride from a diet where solid foods had an average concentration of 0.50 ppm fluoride appeared to provide a reasonable basis for the contribution of solid foods to total fluoride exposure in the 1930 to 1940 time frame (see Appendix D). The dietary fluoride intakes estimated by McClure (1943) for the 1–3, 4–6, 7–9 and 10–12 year old age groups consuming foods with an average of 0.5 ppm fluoride were divided by the midpoint of the ranges of body weights provided by McClure (1943) to derive the dose estimate for the contribution from solid foods. The result of this calculation was an estimated dietary intake of 0.01 mg F/kg/day when the individual values for each age grouping were rounded to two decimal places (see Appendix D).

The final OW estimated oral RfD for fluoride was therefore:

Oral RfD = Intake from DW + Intake from food

**Oral RfD = 0.07 mg/kg/day + 0.01 mg/kg/day = 0.08 mg/kg/day**

### 5.4.1. Application of Estimated Oral RfD to Adult Populations

The estimated oral RfD (0.08 mg/kg/day) is protective against severe dental fluorosis in children during the critical period of enamel formation.  This value is likely also protective against fluoride-related adverse effects in adults, including skeletal fluorosis and an increased risk of bone fractures.  The oral RfD includes a drinking water component of 4.9 mg/day [equivalent to a drinking water concentration of 2.45 mg F/L (DWEL) for a 70 kg adult drinking 2 liters per day], and a food component of 0.7 mg/day (for a 70 kg man), and resulting in a total daily intake of 5.6 mg F/day.

In evaluating the data available for skeletal effects of fluoride (Section 3.3), EPA did not identify data that were good candidates for dose- or concentration-response modeling. Unlike severe enamel fluorosis which showed a linear concentration-response, the skeletal effects display a biphasic relationship of fluoride exposure and its impact on bone strength which cannot be accommodated by currently available models. Although the bone effects could not be reliably modeled for dose-response, the data examined in this current analysis indicated that the skeletal effects are unlikely to occur at the 1.87 mg/L BMDL for severe dental fluorosis.

The NRC (2006) qualitatively suggested that adults could be at risk for bone fractures at a fluoride drinking water concentration approaching 4 ppm (8 mg/day assuming a 2 L/day drinking water intake). The World Health Organization (2002) concluded that there was an increased risk of bone fractures at total fluoride intakes of $\geq$ 14 mg/day in some countries and an increased risk of bone effects at total intakes above about 6 mg/day based in part on a study of bone fractures by Li et al. (2001) conducted in China.  The oral RfD of 5.6 mg/day, including a drinking water component of 4.9 mg/day (for a 70 kg person), is protective compared to each of these benchmarks.

### 5.4.2. Uncertainty factors

In establishing an estimated oral RfD for fluoride, data on nutritional benefit were assessed in combination with the data on severe dental fluorosis to define a level that provides anticaries protection without causing severe dental fluorosis when consumed daily for a lifetime. Conventional application of uncertainty factors is not always appropriate when carrying out a risk assessment for nutrients and other beneficial substances, especially when there is a relatively small difference between the levels that satisfy need and those that cause adverse effects.  For this reason the total uncertainty factor applied was 1.  The widely recognized variability in epidemiological data on the prevalence of severe dental fluorosis combined with the data demonstrating the anticaries benefit of exposures to fluoride at concentrations at or below the BMDL do not support any other approach.  The margin of difference between the AI and RfD is 0.03 mg/kg/day.

The point of departure for the oral RfD analysis is the lower bound for 0.5 % severe dental fluorosis in children.  The sample size was large (138 to 404 individuals per data point in the critical area around the BMD (1.9–2.6 mg/L) and the participants were randomly selected. Geographic and climate differences related to the places of residence of the children examined were unlikely to contribute to sensitivity.  The population studied is the group vulnerable to

dental fluorosis of the secondary teeth (children ages 6 months to 14 years) eliminating the need for an intraspecies UF. The duration of exposure covered the full period of sensitivity to severe dental fluorosis of the secondary teeth. An oral RfD of 0.08 mg/kg/day appears to be protective for possible impacts on bone fractures and skeletal fluorosis in adults, and should be protective of severe dental fluorosis of the primary teeth as well. Accordingly, an uncertainty factor of other than 1 is not needed for intrahuman variability ($UF_H$) and for extrapolation from a subchronic to chronic exposure ($UF_S$). In addition, human data provide the basis of the estimated oral RfD. Therefore, an adjustment for the use of animal data ($UF_A$) is not necessary. The use of a BMDL for 0.5% severe fluorosis as the POD eliminated the need for a LOAEL to NOAEL extrapolation ($UF_L$)

The standard toxicity database for fluoride is complete negating the need for a database uncertainty factor ($UF_D$). It includes chronic, reproductive, and developmental studies in animals as well as a variety of epidemiology studies in humans (NRC, 2006). Although NRC (2006) did identify research needs for the endocrine, neurological and other effects of fluoride, they generally concluded that available studies on other effects were not sufficient to assess public health relevance to the U.S. population. To date, the best documented and established public health consequences of fluoride exposure are severe dental fluorosis, skeletal fluorosis and increased risk of bone fractures.

As a consequence, 1 is the chosen value for each of the following uncertainty factors used in this estimate of the fluoride oral RfD: $UF_H$, $UF_A$, $UF_S$, $UF_L$. The composite UF is also equal to 1.

### 5.4.3. Confidence in the Estimated Oral RfD

Confidence in the BMDL for fluoride exposure from drinking water is high because of the large number of children evaluated in the critical study and the fact that the data were collected before drinking water fluoridation, fluoridated supplements, and dental products were introduced. There remains some uncertainty that concentrations in water, especially in those communities with high naturally occurring fluoride levels, adequately capture total fluoride exposure. However, other exposures in those communities would increase, rather than decrease the BMDL.

Confidence in the estimated oral RfD may be impacted by uncertainties concerning the accuracy and sensitivity of the method used to measure fluoride in the water sources for the municipalities included in the Dean (1942) study (see Section 3.1.1). The method, modified zirconium-alizarin reagent with visual color comparison to standard solutions, is no longer used; however, the regent has been reported to be sensitive to small increments of fluoride over a range of 0.0 to 3.0 ppm, the critical range for assessing the threshold for severe fluorosis, and within this range it approximates Beer's law (Megregian and Maier, 1952). In addition, Dean's data appear to be:

- Internally consistent as evidenced by the BMD stability when end points at the high and low end of the curve were removed,

- Supported by later studies on some of the same water sources showing similar concentrations,

- Used average concentration values from 12 consecutive months for all but the three systems with the highest prevalence of severe dental fluorosis, thereby compensating for potential individual and seasonal variation,

- Based on water quality data from the same time period, and not likely to have been compromised by high levels of interfering substances.

Confidence in the estimated oral RfD is medium because of the difficulties encountered in converting the concentration-response data to dose estimates for the RfD derivation.

### 5.4.4. Impact of nutritional requirements on dentition and other uncertainties

There are a few studies that have identified severe dental fluorosis in individuals from the United States exposed to fluoride in drinking water at a concentration lower than 1.87 mg F/L (Driscoll et al., 1983; Galagan and Lamson, 1953). However, both studies were completed after the beginning of fluoridation and the introduction of fluoride from fluoridated water into the food supply. The Driscoll et al. (1983) study was conducted after fluoride was introduced into dental products. Accordingly, they do not contribute to uncertainty regarding the Dean (1942) results.

The prevalence of fluorosis can be affected by factors which alter rates of intake and excretion. Of particular importance are water consumption rates (which may be affected by climate and altitude), the potential for increased fluoride intake through sources other than drinking water (foods or food additives containing high levels of fluoride and cooking of foods in fluoridated water), the use of fluoridated dental products; inadequate intake of essential vitamins and minerals (e.g., Vitamin D and calcium); and physiological and pathological conditions which may alter excretion rates (acid-base balance and kidney diseases).

As discussed in Section 3.1.4, there are a number of additional factors that may produce alterations in dental enamel that resemble those caused by fluoride. These include dental changes caused by living at high altitudes, genetic abnormalities, malnutrition, or exposure to minerals such as strontium or aluminum or medications, which may complicate the diagnosis of dental fluorosis.

Because of fluoride-related and nonfluoride-related variables, the prevalence and severity of fluorosis in a given population may be impacted by factors other than the levels of fluoride in drinking water. However, for the data set from which the BMDL is derived, the only confounding factor that was identified was the co-exposure in one of the study populations to high levels of aluminum. This data point was excluded from the calculation.

### 5.5.   Summary and Conclusions

The estimated oral RfD for fluoride, based on the endpoint of enamel pitting as manifest in severe dental fluorosis is 0.08 mg F/kg/day for children during the period from 6 months to 14 years of age. Beyond the period when the enamel forms on pre-eruptive teeth, the ingestion of fluoride does not cause pitting of enamel. However, the RfD is applicable to the entire population since it is also protective for the endpoints of severe fluorosis of primary teeth, skeletal fluorosis and increased risk of bone fractures in adults.

Exhibit A

Adkins Declaration, Exhibit 03

EPA Guidance

Exhibit A

Adkins Declaration, Exhibit 03

EPA Guidance



United States
Environmental Protection Agency

EPA 740-R17-001| June 2017
Office of Chemical
Safety and Pollution Prevention

# Guidance to Assist Interested Persons

# in Developing and Submitting

# Draft Risk Evaluations

# Under the

# Toxic Substances Control Act

*June 2017*

06/22/2017

# DISCLAIMER

This Guidance does not constitute rulemaking by the United States Environmental Protection Agency (U.S. EPA), and cannot be relied on to create a substantive or procedural right enforceable by any party in litigation with the United States. As indicated by the use of non-mandatory language such as "may" and "should," it provides recommendations and does not impose any legally binding requirements.

The TSCA statutory provisions and EPA regulations described in this document contain legally binding requirements. This document is not a regulation itself, nor does not it change or substitute for those provisions and regulations. While EPA has made every effort to ensure the accuracy of the discussion in this guidance, the obligations of EPA and the regulated community are determined by statutes, regulations, or other legally binding requirements. In the event of a conflict between the discussion in this document and any statute or regulation, this document would not be controlling.

The guidance is not applicable to risk evaluations developed to support other EPA statutes or programs. Interested persons are free to raise questions and objections about the substance of this guidance and the appropriateness of the application of this guidance to a particular situation. EPA may take action that is at variance with the recommendations in this document and may change them at any time without public notice.

This is a living document and may be revised periodically. EPA welcomes public input on this document at any time.

# TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................................3

AUTHORS, CONTRIBUTORS, AND REVIEWERS ....................................................4

GLOSSARY OF TERMS AND ABBREVIATIONS ......................................................4

1   PURPOSE OF THIS GUIDANCE ...........................................................................5

2   BACKGROUND AND STATUTORY FRAMEWORK ..........................................6

   2.1   Statutory Requirements for Risk Evaluations under TSCA ..............................6

   2.2   Definitions ........................................................................................................7

3   SCIENTIFIC STANDARDS FOR TSCA RISK EVALUATIONS .......................10

   3.1   Best Available Science ...................................................................................10

   3.2   Weight of Evidence ........................................................................................11

      3.2.1   Systematic Review ..............................................................................12

   3.3   Data Quality ...................................................................................................13

4   TSCA RISK EVALUATION PROCESS ...............................................................13

   4.1   Scope ..............................................................................................................15

      4.1.1   Conceptual Model ...............................................................................15

      4.1.2   Analysis Plan ......................................................................................15

   4.2   Exposure Assessment .....................................................................................16

   4.3   Hazard Assessment ........................................................................................18

   4.4   Risk Characterization .....................................................................................20

5   RISK DETERMINATION IN TSCA RISK EVALUATIONS ..............................22

6   REFERENCES ........................................................................................................23

06/22/2017

# AUTHORS, CONTRIBUTORS, AND REVIEWERS

This guidance document was developed by the U.S. EPA, Office of Chemical Safety and Pollution Prevention, Office of Pollution Prevention and Toxics.

# GLOSSARY OF TERMS AND ABBREVIATIONS

| | |
|---|---|
| AOP | Adverse Outcome Pathway |
| CFR | Code of Federal Regulations |
| EPA | Environmental Protection Agency |
| IRIS | Integrated Risk Information System |
| MOA | Mode of action |
| NRC | National Research Council |
| OECD | Organization for Economic Cooperation and Development |
| OPPT | Office of Pollution Prevention and Toxics |
| TSCA | Toxic Substances Control Act |
| U.S. | United States |
| U.S.C | United States Code |

# 1   PURPOSE OF THIS GUIDANCE

On June 22, 2016, the "*Frank R. Lautenberg Chemical Safety for the 21st Century Act*" was signed into law, thereby amending the 1976 Toxics Substances Control Act.  The amended Toxic Substances Control Act is referred to as *TSCA* hereafter. One of the key features of the amended law is the requirement that EPA prioritize and assess existing chemicals, and manage identified risks. Through a combination of new authorities, a risk-based assessment mandate, deadlines for action, and minimum throughput requirements, TSCA effectively creates a "pipeline" by which EPA will conduct risk evaluation and management of existing chemicals.

The law also requires EPA to develop guidance, which is presented in this document, to assist interested persons (referred as external parties hereafter) in submitting draft risk evaluations which shall be considered by EPA. In accordance with TSCA, the guidance shall, at a minimum, address the quality of the information submitted and the process to be followed in developing draft risk evaluations for consideration by EPA.

This guidance avoids being prescriptive as EPA's approaches – and consequently the guidance that EPA would provide to external parties – will likely evolve over time, and new relevant guidance documents will be developed.  EPA's goal is to ensure that external parties have flexibility to use the best available science by adapting and keeping current with changing science. Its contents may be refined, updated, or superseded in the future to capture the latest changes to the risk evaluation process resulting from Agency experience, advances in science, and future guidance which may be developed or updated.

EPA's expectation is that external party draft risk evaluations will be of the same high quality as those developed by EPA. To that end, this guidance discusses the science standards, data quality considerations, and the steps of the risk evaluation process that external parties should follow when developing draft TSCA risk evaluations. Having the key factors and risk evaluation process laid out in this guidance will foster predictability by transparently communicating EPA's expectations.

EPA's vision is to have a sustainable TSCA program that is meaningfully informed by high-quality risk evaluations conducted by external parties.  EPA will continue to consider other approaches to ensure that external parties are provided with sufficient information to provide high quality draft risk evaluations to the Agency. For example, EPA may consider the development of a voluntary consensus standard for the conduct of risk evaluations that would be consistent with the requirements in TSCA and would also meet the EPA quality standards

EPA values the opportunity for public involvement to strengthen the guidance document for external party draft risk evaluations. External parties should contact EPA at TSCA-externalparty@epa.gov to discuss any questions about the contents of this guidance document including plans to submit draft risk evaluations for consideration by EPA. Furthermore, the

public can provide comments on the guidance at www.regulations.gov, docket # EPA-HQ-OPPT-2017-0341.

Concomitant with this guidance, EPA is issuing final rules to establish the procedures EPA will use to prioritize chemical substances and conduct risk evaluations for existing chemicals (40 CFR Part 702). External parties are encouraged to read the final rules, including preambles to both rules, to familiarize themselves with the TSCA prioritization and risk evaluation processes. Please visit the EPA website for more information on the TSCA implementation activities.

## 2   BACKGROUND AND STATUTORY FRAMEWORK

### 2.1   Statutory Requirements for Risk Evaluations under TSCA

EPA's Office of Pollution Prevention and Toxics (OPPT) is responsible for health and environmental risk evaluations of existing chemicals under TSCA. These risk evaluations are conducted to determine whether a chemical substance or category of chemicals, under the conditions of use, presents an unreasonable risk of injury to health or the environment. The risk evaluations have to be conducted without consideration of costs or other non-risk factors, and must evaluate risks to potentially exposed or susceptible subpopulations that EPA identifies as relevant to the risk evaluation.

TSCA section 6(b) identifies the minimum components EPA must include in all chemical risk evaluations. For each risk evaluation, EPA must publish a document that outlines the scope of the risk evaluation that will be conducted, and that includes the hazards, exposures, conditions of use, and the potentially exposed or susceptible subpopulations the EPA expects to consider. The statute provides that the scope of the risk evaluation must be published no later than six months after the initiation of the risk evaluation. The statute also requires that EPA allow for at least one 30-day public comment period on the draft risk evaluation, prior to publishing a final risk evaluation. Furthermore, there are statutory time limits for completing TSCA risk evaluations. TSCA requires EPA to complete the final risk evaluation within three years from initiation, with a possible six-month extension. External parties are encouraged to go to 40 CFR Part 702 for more information about the procedures for chemical risk evaluations under TSCA.

Each risk evaluation must: (1) "integrate and assess available information on hazards and exposure for the conditions of use of the chemical substance, including information on specific risks of injury to health or the environment and information on potentially exposed or susceptible subpopulations identified as relevant by the Administrator;" (2) "describe whether aggregate or sentinel exposures were considered, and the basis for that consideration;" (3) "not consider costs or other nonrisk factors"; (4) "take into account, where relevant, the likely duration, intensity, frequency, and number of exposures under the conditions of use;" and (5) "describe the weight of scientific evidence for the identified hazards and exposure." When conducting risk evaluations

of metals or metal compounds, EPA must use the March 2007 *Framework for Metals Risk Assessment* of the Office of the Science Advisor (U. S. Environmental Protection Agency, 2007) or a successor document that addresses metals risk assessment and is peer-reviewed by the Science Advisory Board.

Moreover, the statute requires that EPA adhere to specific provisions regarding Scientific Standards and Weight of the Scientific Evidence (herein after referred to as weight of the evidence). Chapter 3 of this guidance document addresses the science standards for draft risk evaluations as articulated in Section 26 (h) and (i) of TSCA [15 U.S.C. 2625(h) and (i)] and 40 CFR Part 702.

Pursuant to TSCA section 26(j) [15 U.S.C. 2625(j)], and subject to TSCA section 14, 40 CFR Part 702 specifies that EPA will provide public access to the following information, as applicable, for a particular risk evaluation: (1) the draft scope, final scope, draft risk evaluation, and final risk evaluation; (2) all notices, determinations, findings, consent agreements, and orders; (3) any information required to be provided to the Agency under 15 U.S.C. 2603; (4) a nontechnical summary of the risk evaluation; (5) a list of the studies, with the results of the studies, considered in carrying out each risk evaluation; (6) the final peer review report, including the response to peer review and public comments received during peer review; and (7) response to public comments received on the draft scope and the draft risk evaluation.

EPA will review this guidance document according to the statutory timeframes set forth in section 26(l)(2) of TSCA, and revise it as EPA determines to be necessary to reflect new scientific developments or understandings.

## 2.2   Definitions

This section defines key terms that are important to understand when developing a draft risk evaluation. The following definitions are codified in TSCA (15 U.S.C. 2602) or 40 CFR Part 702.33. EPA recommends that external parties consult with the preamble of 40 CFR Part 702 for EPA's interpretation of those definitions that were established in the final rule establishing the procedures for chemical risk evaluations under TSCA.

1. *Aggregate exposure* means the combined exposures to an individual from a single chemical substance across multiple routes and across multiple pathways.

2. *Best available science* means science that is reliable and unbiased.  Use of best available science involves the use of supporting studies conducted in accordance with sound and objective science practices, including, when available, peer reviewed science and supporting studies and data collected by accepted methods or best available methods (if the reliability of the method and the nature of the decision justifies use of the data). Additionally,  as stated in

06/22/2017

EPA's *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act*, under 40 CFR Part 702.33, EPA will consider as applicable:

- The extent to which the scientific information, technical procedures, measures, methods, protocols, methodologies, or models employed to generate the information are reasonable for and consistent with the intended use of the information;
- The extent to which the information is relevant for the Administrator's use in making a decision about a chemical substance or mixture;
- The degree of clarity and completeness with which the data, assumptions, methods, quality assurance, and analyses employed to generate the information are documented;
- The extent to which the variability and uncertainty in the information, or in the procedures, measures, methods, protocols, methodologies, or models, are evaluated and characterized; and
- The extent of independent verification or peer review of the information or of the procedures, measures, methods, protocols, methodologies or models.

3. *Chemical substance* means any organic or inorganic substance of a particular molecular identity, including any combination of such substances occurring in whole or in part as a result of a chemical reaction or occurring in nature, and any element or uncombined radical. Chemical substance does not include
   - any mixture;
   - any pesticide (as defined in the Federal Insecticide, Fungicide, and Rodenticide Act) when manufactured, processed, or distributed in commerce for use as a pesticide,
   - tobacco or any tobacco product;
   - any source material, special nuclear material, or byproduct material (as such terms are defined in the Atomic Energy Act of 1954 and regulations issued under such Act);
   - any article the sale of which is subject to the tax imposed by section 4181 of the Internal Revenue Code of 1954 (determined without regard to any exemptions from such tax provided by section 4182 or 4221 or any other provision of such Code), and
   - any food, food additive, drug, cosmetic, or device (as such terms are defined in section 201 of the Federal Food, Drug, and Cosmetic Act) when manufactured, processed, or distributed in commerce for use as a food, food additive, drug, cosmetic, or device.

4. *Conditions of use* means the circumstances, as determined by the Administrator, under which a chemical substance is intended, known, or reasonably foreseen to be manufactured, processed, distributed in commerce, used, or disposed of.

5. *Guidance*: any significant written guidance of general applicability prepared by the EPA Administrator.

**06/22/2017**

6. *Pathways* means the mode through which one is exposed to a chemical substance, including but not limited to: food, water, soil, and air.

7. *Potentially exposed or susceptible subpopulation* means a group of individuals within the general population identified by the Agency who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly.

8. *Reasonably available information* means information that EPA possesses or can reasonably generate, obtain, and synthesize for use in risk evaluations, considering the deadlines specified in TSCA section 6(b)(4)(G) for completing such evaluation. Information that meets the terms of the preceding sentence is reasonably available information whether or not the information is confidential business information, that is protected from public disclosure under TSCA section 14.

9. *Routes* means the particular manner which a chemical substance may contact the body, including absorption via ingestion, inhalation, or dermally (integument).

10. *Sentinel exposure* means the exposure from a single chemical substance that represents the plausible upper bound of exposure relative to all other exposures within a broad category of similar or related exposures.

11. *Uncertainty* means the imperfect knowledge or lack of precise knowledge of the real world either for specific values of interest or in the description of the system.

12. *Variability* means the inherent natural variation, diversity, and heterogeneity across time and/or space or among individuals within a population.

13. *Weight of evidence* means a systematic review method, applied in a manner suited to the nature of the evidence or decision, that uses a pre-established protocol to comprehensively, objectively, transparently, and consistently, identify and evaluate each stream of evidence, including strengths, limitations, and relevance of each study and to integrate evidence as necessary and appropriate based upon strengths, limitations, and relevance.

The terms "*risk assessment*" and "*risk evaluation*" are commonly used interchangeably in the scientific literature and in certain EPA technical guidance documents. *Risk assessment* evaluates available scientific information on the properties of an agent and its effects in biological systems to provide an evaluation of the potential for harm as a consequence of environmental exposure (EPA, 2005).

On the other hand, the term "*risk evaluation*" is used exclusively in this guidance, consistent with the specialized meaning of "*risk evaluation*" under TSCA. "*Risk evaluation*" is the process specified under section 6(b)(4)(A) of determining whether a chemical substance presents an unreasonable risk of injury to health or the environment under the conditions of use. A *risk evaluation* has to be conducted without consideration of costs or other non-risk factors, and must evaluate risks to potentially exposed or susceptible subpopulations that EPA identifies as relevant to the risk evaluation. *Risk assessment* does not necessarily imply all aspects of TSCA risk evaluation as specified under section 6(b)(4)(A).

# 3   SCIENTIFIC STANDARDS FOR TSCA RISK EVALUATIONS

TSCA requires that, to the extent that EPA makes a decision based on science under TSCA sections 4, 5, or 6, EPA must use certain scientific standards and make those decisions consistent with the best available science and based on the weight of the scientific evidence [15 U.S.C. 2625(h) and (i)]. In addition, TSCA section 6(b)(4) establishes specific substantive requirements for EPA-conducted risk evaluations [15 U.S.C 2605 (b)(4)].

Given these TSCA requirements, EPA recommends that external parties, in preparing a draft risk evaluation, adhere to the same scientific standards and other substantive requirements that apply to EPA in the course of implementing TSCA section 6(b) and preparing risk evaluations. External-party draft risk evaluations will be of little or no value to EPA if they do not explain how they conform to the TSCA provisions mentioned above. Also, although it will be within EPA's purview to determine that the information received meets the TSCA scientific standards, EPA will be more able to effectively utilize the information provided if external parties understand and apply their best judgment in conforming to the standards in draft risk evaluations.

## 3.1   Best Available Science

EPA recommends that external parties prepare draft risk evaluations using the best available science as described in 15 U.S.C. 2625(h) and defined in 40 CFR Part 702.33, establishing the procedures for chemical risk evaluations under TSCA.

In determining that best available science is an integral component of section 6 risk evaluations, EPA defined, by rulemaking, best available science as "science that is reliable and unbiased. Use of best available science involves the use of supporting studies conducted in accordance with sound and objective science practices, including, when available, peer reviewed science and supporting studies and data collected by accepted methods or best available methods (if the reliability of the method and the nature of the decision justifies use of the data)."

06/22/2017

As defined in 40 CFR Part 702.33, implementing the best available science also means "…to consider, as applicable:

- The extent to which the scientific information, technical procedures, measures, methods, protocols, methodologies, or models employed to generate the information are reasonable for and consistent with the intended use of the information;
- The extent to which the information is relevant for the Administrator's use in making a decision about a chemical substance or mixture;
- The degree of clarity and completeness with which the data, assumptions, methods, quality assurance, and analyses employed to generate the information are documented;
- The extent to which the variability and uncertainty in the information, or in the procedures, measures, methods, protocols, methodologies, or models, are evaluated and characterized; and
- The extent of independent verification or peer review of the information or of the procedures, measures, methods, protocols, methodologies or models."

EPA's *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act*, under 40 CFR Part 702.45, require EPA to peer review the risk evaluations.  If EPA were to use parts of a draft risk evaluation submitted by an external party, those parts would become part of the EPA's risk evaluation and would undergo the required peer review, regardless of the source of the information.

EPA is not suggesting that external parties need to have their draft risk evaluation peer reviewed before submission to EPA. Therefore, EPA has not described a peer review process for these submissions in this guidance document. However, if an external party wanted to have an assessment peer reviewed before submission to EPA, nothing would preclude those activities and EPA would likely consider any peer review record that was provided with the submission.

## 3.2   Weight of Evidence

TSCA risk evaluations are required to rely on the weight of the scientific evidence [15 U.S.C. 2625 (i)]. EPA recommends that external parties use weight of the evidence approaches in the draft risk evaluation. In accordance with the final rule (40 CFR Part 702.33), weight of evidence is defined as "a systematic review method, applied in a fit-for-purpose manner, that uses a pre-established protocol to comprehensively, objectively, transparently, and consistently, identify and evaluate each stream of evidence, including strengths, limitations, and relevance of each study and to integrate evidence as necessary and appropriate based upon strengths, limitations, and relevance."

Application of weight of the evidence analysis is an integrative and interpretive process.  It is more than simply tallying of the number of positive and negative studies and is applicable to both human health and ecological risk evaluations.

**06/22/2017**

There are certain principles of weight of the evidence evaluations that are universal, including foundational considerations such as objectivity and transparency, and the general process. This process starts with assembling the relevant information, evaluating the information for quality and relevance, and finally the synthesizing and integrating the different lines of evidence to support conclusions (EPA, 2016). EPA recommends that interested persons explain the evidence integration process and methods used to support the weight of evidence analysis in the draft risk evaluation.

### 3.2.1 SYSTEMATIC REVIEW

EPA intends to use systematic review when conducting TSCA risk evaluations for existing chemicals. As defined by the Institute of Medicine, systematic review "is a scientific investigation that focuses on a specific question and uses explicit, pre-specified scientific methods to identify, select, assess, and summarize the findings of similar but separate studies" (Institute of Medicine, 2011). The goal of systematic review methods is to ensure that the review is complete, unbiased, reproducible, and transparent (Bilotta, Milner, & Boyd, 2014).

The principles of systematic review have been well developed in the context of evidence-based medicine (e.g., evaluating efficacy in clinical trials) (Higgins & Green, 2011) and are being adapted for use across a more diverse array of systematic review questions, including answering important public health questions. The National Academies' National Research Council (NRC) has encouraged EPA to move towards systematic review processes to enhance the transparency of scientific literature review that support chemical-specific risk assessments to inform regulatory decision making (National Research Council, 2011, 2014).

Key elements of systematic review include (Hoffmann et al., 2017; Stephens et al., 2016):

- A clearly stated set of objectives (defining the question)
- Developing a protocol which describes the specific criteria and approaches that will be used throughout the process
- Applying the search strategy criteria in a literature search
- Selecting the relevant papers using predefined criteria
- Assessing the quality of the studies using predefined criteria
- Analyzing and synthesizing the data using the predefined methodology
- Interpreting the results and presenting a summary of findings

EPA/OPPT plans to integrate systematic review into the TSCA risk evaluations to meet the statutory requirements of TSCA. EPA strongly recommends that external parties use systematic review approaches when developing draft TSCA risk evaluations. EPA also recommends that external parties develop a pre-established systematic review protocol at the beginning of the draft risk evaluation development process to ensure that the review is complete, unbiased, reproducible, and transparent. The protocol should describe the pre-specified criteria,

approaches, methods and/or procedures to identify, select, assess, and summarize the findings of studies including strengths, limitations, and relevance of each study. The protocol should also address how the evidence will be integrated, as necessary and appropriate, based upon strengths, limitations and relevance. Expert judgement is often used throughout the process of evaluating the studies. However, benchmarking interpretations to clear criteria for study quality will help improve the transparency and objectivity of the evaluation.

## 3.3   Data Quality

Prior to developing a draft risk evaluation, EPA recommends that external parties implement a data quality system that ensures that the draft risk evaluation uses quality data intended for risk assessment purposes consistent with the requirements of TSCA [15 U.S.C. 2625(h) and (i); 2605 (b)(4)]. EPA encourages external parties to read EPA's *Guidelines for Ensuring and Maximizing the Quality, Objectivity, Utility, and Integrity of Information Disseminated by the Environmental Protection Agency*.  EPA will use the approaches set forth in the rule at 40 CFR Part 702 and the accompanying preamble to prepare the various sections of TSCA risk evaluations. Thus, EPA recommends that external parties familiarize themselves with those documents.  In addition, *EPA's Assessment Factors* provides a summary of general assessment factors that the public should consider when generating and documenting the quality of their information products (EPA, 2003). Moreover, EPA strongly recommends that external parties disclose and make publicly available all raw data used to support the draft risk evaluation, if not previously reported in the literature.

# 4   TSCA RISK EVALUATION PROCESS

Since EPA's inception, human health and ecological risk assessment has informed decisions made to protect humans and the environment. EPA uses risk assessment as a tool to integrate exposure and health effects or ecological effects information into a characterization of the potential for health hazards in humans or other hazards to our environment (U. S. Environmental Protection Agency, 2004).

According to 40 CFR Part 702, the steps of the TSCA risk evaluation process include scope, hazard assessment, exposure assessment, risk characterization and finally a risk determination. The steps are applicable for both human health and environmental risk evaluations and rely on EPA's risk assessment frameworks described in the *Framework for Ecological Risk Assessment* (EPA, 1992a),  the *Guidelines for Ecological Risk Assessment* (EPA, 1998) and the *Framework for Human Health Risk Assessment to Inform Decision Making* (EPA, 2014).  External parties should consider these frameworks when developing fit-for-purpose draft risk evaluations that are consistent with the best available science and based on the weight of the evidence within the context of TSCA.  While EPA is ultimately most interested in the quality of the submitted

external party draft risk evaluation, not the specific process by which the evaluation was developed, EPA believes following these steps help to ensure a high-quality product.

TSCA includes an explicit requirement for EPA to publish the *scope* for any risk evaluation it will conduct. Further, TSCA requires this scope to include the hazards, exposures, conditions of use, and the potentially exposed or susceptible subpopulations that EPA expects to consider. In the TSCA Risk Evaluation Rule (40 CFR Part 702), EPA has included the conceptual model and an analysis plan as required components of the scope for a risk evaluation. As defined in EPA's guidance, problem formulation captures the exposure pathways, receptors and health endpoints that would be included in the risk evaluations (EPA, 1992a; 1998; 2014). Furthermore, EPA's risk assessment frameworks explain that the outcome of problem formulation is a conceptual model(s) and an analysis plan (EPA, 1992a; 1998; 2014). Hence, problem formulation has essentially the same function as scoping under the amended TSCA, thereby aligning the requirements of the scope for a TSCA risk evaluation with the components of a problem formulation in EPA guidance (EPA, 1992a; 1998; 2014).  Thus, EPA guidance on problem formulation will be relevant and useful to external parties in scoping TSCA risk evaluations.

TSCA provides that external parties may submit to EPA a draft risk evaluation. EPA does not expect that external parties would provide a separate scope to EPA. However, EPA recommends that external party draft risk evaluations document problem formulation in the form of a conceptual model and analysis plan.

Furthermore, since each risk evaluation is based on the specific circumstances surrounding the chemical being assessed, this guidance does not single out of any specific guidance, method or model for routine use, to ensure that there is flexibility to address the specific questions of the TSCA risk evaluation. When conducting risk evaluations, EPA will take advantage of existing guidance, tools, models and/or approaches that are relevant and available for use in conducting a risk evaluation under TSCA as long as they are consistent with the various requirements of section 26 of TSCA, including conforming to the best available science and weight of the evidence requirements.  A compendium of existing guidance typically consulted by EPA can be found at the following websites:

- EPA's *Risk Assessment Portal*
- EPA's *Pesticide Science and Assessing Pesticide Risks[1]*
- EPA's *Predictive Models and Tools for Assessing Chemicals under TSCA*
- OECD's *Assessment of Chemicals*

---

[1] Some of the risk assessment guidance for pesticides may be useful to address risk assessment issues in TSCA risk evaluations.

## 4.1   Scope

As stated above, the scoping step of a TSCA risk evaluation identifies the hazards, exposures, conditions of use and potentially exposed or susceptible subpopulations that EPA expects to consider in a risk evaluation.  EPA recommends that, in scoping a draft risk evaluation, external parties follow the principles and approaches laid out in 40 CR Part 702 and the accompanying preamble.

In addition, consistent with Part 702, EPA recommends that the outcome of the scoping phase of the draft risk evaluation includes a conceptual model(s) and an analysis plan which are further discussed in 4.1.1 and 4.2.2. In addition, it is also important to identify previous assessments and regulatory history during scoping as this information may frame the draft risk evaluation by understanding (1) what elements of the life cycle of the chemical substance are regulated by EPA, other federal agencies, States, local governments, Tribes and other international organizations; (2) how they are regulated; (3) the rationale for the regulation, and (4) how the chemical substance has been evaluated in the past (e.g., previous risk assessments). Previous assessments generally provide useful information about exposure, hazards and risks and any potentially exposed or susceptible subpopulations that have been considered by others.

### 4.1.1   CONCEPTUAL MODEL

An important outcome of the scoping phase is a conceptual model that:

- Describes actual or predicted relationships between the chemical substance, the conditions of use and human and environmental receptors.
- Identifies human and ecological health hazards expected to be evaluated in the draft risk evaluation.
- Considers the life cycle of the chemical substance, including manufacture, processing, distribution in commerce, storage, use, and disposal, relevant to the conditions of use expected to be considered in the draft risk evaluation.

The conceptual model also addresses those aspects that might not be analyzed in the draft risk evaluation (e.g., excluded exposure pathways), the recognition of which sometimes is important in the overall decision-making process (EPA, 2014).  Additional details and examples are provided in EPA's risk assessment guidance (EPA, 1998; 2014).

### 4.1.2   ANALYSIS PLAN

The analysis plan describes the analytical intentions for the TSCA risk evaluation (EPA, 2014). During analysis planning, the relationships described in the conceptual model are evaluated to determine how they will be assessed using available and new data. Although the conceptual model may identify a larger set of pathways and relationships, the analysis plan focuses on the pathways and relationships that will be pursued in the risk assessment. The rationale for selecting

or omitting pathways and relationships is incorporated into the plan, as is acknowledgement of data gaps and uncertainties.

The analysis plan may include these components: (1) the assessment design and rationale for selecting specific pathways to include in the risk assessment; (2) a description of the data, information, methods and models to be used in the analyses (including uncertainty analyses), as well as intended outputs (e.g., risk metrics); (3) associated data gaps and limitations.  The analysis plan may describe the extent or aspects of the assessment that are qualitative rather than quantitative. In all cases, the analysis plan addresses the quality of data to be used (EPA, 1998; 2014).

## 4.2   Exposure Assessment

Pursuant to TSCA section 6(b)(4)(F), EPA, "where relevant, will take into account the likely duration, intensity, frequency, and number of exposures under the conditions of use in an exposure assessment".  Consistent with TSCA, the exposure assessment evaluates, where relevant, the likely duration, intensity, frequency and number of exposures to human populations (e.g., general population, consumer, worker), including potentially exposed or susceptible subpopulations, and ecological receptors (e.g., aquatic, terrestrial species) for the conditions of use of the chemical substance.  TSCA also requires that a risk evaluation describe whether aggregate or sentinel exposures are considered in the exposure assessment and the basis for that consideration.

An exposure assessment includes some discussion of the size, nature, and types of individuals or populations exposed to the chemical substance, as well as discussion of the uncertainties in this information. Exposure can be measured directly, but when data are unavailable, it is estimated indirectly through consideration of measured concentrations in the environment, consideration of models of chemical transport and fate in the environment, and/or estimates of human intake or environmental exposure over time.

Using reasonably available information, exposures are estimated (usually quantitatively) for the identified conditions of use.  For human health exposure, the assessment would consider all relevant potentially exposed or susceptible subpopulation(s) and utilize any combination, as available, of population-based epidemiological studies, information related to geographic location of susceptible subpopulations, models representing exposures to the population, measurements in human tissues or relevant environmental or exposure media, and any other relevant, scientifically valid information or methodology.  In an environmental health exposure assessment, the interaction of the chemical substance with ecological receptors is characterized and evaluated.

EPA recommends that external parties document all aspects of the exposure scenarios being evaluated in the draft risk evaluation (e.g., workers, general population, consumers).  This also

06/22/2017

includes documentation for scenarios for relevant potentially exposed or susceptible subpopulations. EPA also recommends that external parties document use of aggregate or sentinel exposure analyses (if applicable). EPA recommends including the following information in the exposure assessment:

- Chemical-specific factors including, but not limited to: physical- chemical properties and environmental fate and transport parameters.
- Characterization of exposure information relevant to exposure scenarios under evaluation including a discussion of the overall quality and main limitations of the exposure data, data sources and underlying principles and assumptions using weight of evidence approaches.
- Disclosure of all data used for the calculations (modeled and measured).
- If applicable, model framework and its scientific basis, including rationale for why the model is selected for risk assessment purposes, utilizes the proper modeling relationships, results in reasonable approximations, and meets the objectives of the evaluation in terms of acceptable levels of uncertainty and variability.
- Discussion of available exposure evidence on factors that may make potentially exposed or susceptible subpopulations more vulnerable to the exposure of the chemical of interest.
- Basis for selecting key and/or supporting exposure studies in the exposure assessment;
- List of equations and explanation of each input and output parameter that are used to calculate the exposure estimates.
- Where relevant, estimates of human exposure by pathway that consider likely duration, intensity, frequency, and number of exposures under the conditions of use under evaluation, including potentially exposed or susceptible subpopulations, in a manner appropriate for the intended risk characterization.
- If considered, aggregate and/or sentinel exposure estimates under the conditions of use and the basis for their estimation.
- Results of the sensitivity analysis when modeling is used (if applicable).
- Integrative discussion based on the best available science and the weight of the evidence. Discussion should include the strengths and limitations of the exposure evidence, along with a discussion on the uncertainties, variability, degree of confidence, and underlying assumptions including science policy assumptions supporting the exposure estimates.

Further discussion of these elements can be found in *EPA's Guidelines for Exposure Assessment* (EPA, 1992b). In addition, EPA encourages interested persons to consult EPA guidance on various issues related to exposure assessment and exposure to susceptible subpopulations. The guidance can be found at *EPA's Risk Assessment Portal, Protecting Children's Environmental Health* web page or EPA's *ExpoBox*. Other applicable policy for susceptible subpopulations can be found in Executive Orders *12898* and *13045* and EPA guidance on evaluating health risks to children (1995, 2006).

EPA recommends that external parties use tables, figures, and appendices to increase transparency and clarity of the exposure assessment.

## 4.3   Hazard Assessment

In compliance with TSCA section 6(b)(4)(F), EPA will conduct a hazard assessment on each chemical substance or category, under the conditions of use as identified by the Administrator. A hazard assessment identifies the types of adverse health or environmental effects or hazards that can be caused by exposure to the chemical substance in question, and characterizes the quality and weight of the evidence supporting this identification.

The hazard assessment has two components: the hazard identification and the dose-response assessment. Hazard identification is the process of determining whether exposure to a chemical substance or category can cause an increase in the incidence of specific adverse health or environmental effects (e.g., cancer, developmental toxicity, reduced growth in aquatic organisms). All hazard information is reviewed in a manner consistent with best available science and weight of the evidence. This includes the identification, evaluation, and synthesis of information to describe the potential health and environmental hazards of the chemical, under the conditions of use, and documentation of all assessment methods.

As part of the hazard identification assessment, EPA typically reviews and summarizes all available and relevant data. Specifically, for human health hazards, the assessment considers all relevant potentially exposed or susceptible subpopulation(s). Potential information sources that may support the health hazard assessment include, but are not limited to: population based epidemiological studies that identify risk factors and susceptible subpopulations; information related to geographic location of subpopulations; models that represent health effects of relevant subpopulation; *in vivo* and/or *in vitro* laboratory studies; and mechanistic or kinetic studies in a variety of test systems including, but not limited to, mode of action (MOA), adverse outcome pathways (AOP)], toxicokinetics, toxicodynamics, and computational toxicology (e.g., high-throughput assays, genomic response assays).  The hazard identification will also include an evaluation of the strength, limitations, and uncertainties associated with the available information.  Similarly, field or laboratory data and modeling strategies may be used in the environmental hazard assessment.

In some cases, computer models using structure-activity relationships (i.e., predictions of toxicological activity based on analysis of chemical structure) also may be used as supporting evidence for both the human health and environmental hazard assessment.  Read-across and chemical category approaches can be used when data gaps occur in the hazard database of the chemical of interest.

Dose-response assessment describes dose-response relationships in the hazard information, in other words how the likelihood and severity of adverse health or environmental effects (the

responses) are related to the amount and condition of exposure to a chemical substance (the dose provided). The same principles generally apply for studies where the exposure is to a concentration of the chemical substance (e.g., airborne concentrations applied in inhalation exposure studies or water or other media concentrations for ecological exposure studies), and the resulting information is referred to as the concentration-response.

EPA recommends that external parties document all aspects of the environmental and human health hazard identification and dose-response assessments including the following information:

- Characterization of nature and severity of human health and ecological effects and their respective dose or concentration responses including a discussion of the overall quality and main limitations of the hazard data, data sources and underlying principles and assumptions.
- Disclosure of all data used for the calculations of hazard values (modeled and measured).
- If applicable, for any model used, the model framework and its scientific basis (e.g., physiologically-based pharmacokinetic modeling), including rationale for why the model is selected for risk assessment purposes, utilizes the proper modeling relationships, results in reasonable approximations, and meets the objectives of the evaluation in terms of acceptable levels of uncertainty and variability.
- Incorporation of mechanistic data, if available, to inform the biological or chemical events associated with toxic effects (i.e., MOA/AOP) and guide the synthesis and integration of the effects evidence for both hazard identification and dose-response.
- Discussion of available hazard evidence on factors that may make potentially exposed or susceptible populations more vulnerable to adverse effects (e.g., life stages, windows of developmental susceptibility).
- If applicable, a discussion of the adequacy and robustness of data-gap filling approaches (e.g., analog data through read-across, category approaches, models based on structure-activity relationships) and basis for use.
- Integrative discussion based on the best available science and the weight of the evidence. Discussion should include the strengths and limitations of the hazard evidence, along with a discussion on the uncertainties, variability, degree of confidence, and underlying assumptions including science policy assumptions supporting the hazard values.
- The correspondence between the expected route(s) of exposure and the exposure route(s) utilized in the studies forming the basis of the dose-response assessment, as well as the interrelationships of potential effects from different exposure routes.
- Model(s) used to develop the dose-response curve and the basis for selecting the model, their strengths and limitations and underlying assumptions.
- Extrapolation methods and the basis for selecting them, including their strengths and limitations and underlying assumptions.
- The basis for selecting interspecies dose scaling factors to account for extrapolating doses from experimental animals to humans.

06/22/2017

- Rationale for route-to-route extrapolations, including strengths and limitations
- Discussion if the dose-response values are adopted from other sources (e.g., EPA's Integrated Risk Information System (IRIS) assessments).
- Applicability of dose-response values (i.e., point of departures) and critical effects to susceptible populations,
- Basis for selecting key and/or supporting studies and corresponding human health and ecological hazards (or effects) including their basis and hazard values for pertinent exposure scenarios.
- List of equations and explanation of each input and output parameter that are used to calculate the hazard values.
- Major assumptions and uncertainties in the dose-response values affecting their confidence.
- Basis for the selection of uncertainty factors for estimating hazard values for the variety of scenarios under examination.

EPA's Weight of Evidence in Ecological Assessment may provide useful information for planning and using the weight of the evidence for the ecological component of the hazard assessment (EPA, 2016). EPA recommends that external parties use tables, figures, and appendices to increase transparency and clarity of the human health and environmental hazard assessments.

## 4.4   Risk Characterization

According to EPA's Risk Characterization Handbook, "*the risk characterization integrates information for the preceding components of the risk assessment and synthesizes an overall conclusion about risk that is complete, informative, and useful for decision makers*" (EPA, 2000). It should be prepared according to the *Risk Characterization Principles* of transparency, clarity, consistency and reasonableness (EPA, 2000).

- *Transparency* ensures that any reader understands all the steps, logic, key assumptions, limitations, and decisions in the risk evaluation, and comprehends the supporting rationale that lead to the outcome (EPA, 2000).
- *Clarity* ensures that the risk characterization is clear and easy to understand (EPA, 2000),
- *Consistency* ensures that the content of the risk characterization is in harmony with statutory requirements, program precedents, and EPA's assessment guidelines including science policy, and deviations are explained if need be (EPA, 2000).
- *Reasonableness* ensures that the integrative analysis of the risk characterization is scientifically sound and based on the best available science by following an acceptable logic and retaining common sense in applying relevant guidance (EPA, 2000).

06/22/2017

EPA recommends that external parties develop a risk characterization section that addresses the following:

- Discussion of the risk estimation approach, including equations and pertinent assumptions.

- Discussion of how the hazard and exposure assessments are integrated into the quantitative and/or qualitative estimates of risk for the identified human and ecological receptors under the conditions of use of the chemical substance (e.g., exposure scenarios, hazard values and rationale for their selection, effects of concern based on weight of evidence approach).

- Summary of the magnitude of the human health and environmental risk estimates (in tabular form) for the various exposure scenarios assessing the conditions of use of the chemical substance, including risk estimates for aggregate or sentinel exposures (if applicable).

- Discussion of the major issues associated with determining the nature and extent of the risk in potentially exposed or susceptible populations, including data needs.

- Discussion of the overall characterization and/or analysis of the impact of the uncertainty and variability on estimated risks. This should include considerations regarding uncertainty and variability in each of the risk evaluation components (e.g., use of default assumptions such as uncertainty factors, exposure scenarios, choice of models and information used for quantitative analysis). It should also include discussion about data quality issues in the data/information supporting the risk characterization and the level of confidence in the human health and environmental hazard and exposure values used to estimate risks.

- If appropriate and relevant, discussion of plausible alternative interpretations of the data and analyses used in the draft risk evaluation.

06/22/2017

# 5  RISK DETERMINATION IN TSCA RISK EVALUATIONS

The final step of a risk evaluation is for EPA to determine whether the chemical substance, under the conditions of use, presents an unreasonable risk of injury to health or the environment. Determinations will specify whether a chemical substance does or does not present an unreasonable risk of injury to health or the environment under the conditions of use.  In general, EPA may weigh a variety of factors in determining unreasonable risk and include, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use (including cancer and non-cancer risks); the effects on the chemical substance on the environment and environmental exposure under the conditions of use; the population exposed (including any susceptible populations); the severity of hazard (the nature of the hazard, the irreversibility of hazard); and uncertainties.

TSCA expressly reserves to EPA the final determination of whether risk posed by a chemical substance is "unreasonable." External parties have the option of including their unreasonable risk judgment in their draft risk evaluation, with the clear understanding that EPA reserves the authority to determine and issue the final determination.

06/22/2017

# 6   REFERENCES

1.  15 U.S. Code Chapter 53, Subchapter I. Toxics Substances Control Act.
    http://uscode.house.gov/view.xhtml?path=/prelim@title15/chapter53&edition=prelim
2.  Bilotta, G. S., Milner, A. M., & Boyd, I. (2014). On the use of systematic reviews to inform
    environmental policies. Environmental Science & Policy, 42, 67-77.
3.  Executive Order 12898. (1994). Federal actions to address environmental justice in minority
    populations and low-income populations. Federal Register, 59(32), 7629-7633.
4.  Executive Order 13045. (1997). Protection of children from environmental health risks and
    safety risks. Federal Register, 62(78), 19885-19888.
5.  Higgins, J. P., & Green, S. (2011). Cochrane handbook for systematic reviews of
    Interventions (Electronic version 5.1.0 updated March 2011 ed.).
6.  Hoffmann, S., de Vries, R. B. M., Stephens, M. L., Beck, N. B., Dirven, H., Fowle, J. R., . . .
    Tsaioun, K. (2017). A primer on systematic reviews in toxicology. Arch Toxicol. doi:
    10.1007/s00204-017-1980-3
7.  Institute of Medicine. (2011). Finding what works in health care: Standards for Systematic
    Reviews. Washington, DC: The National Academies Press.
8.  National Research Council. (2011). Review of the Environmental Protection Agency's Draft
    IRIS Assessment of Formaldehyde Division on Earth and Life Studies. Washington, DC.
9.  National Research Council. (2014). Review of EPA's Integrated Risk Information System
    (IRIS) Process. Board on Environmental Studies and Toxicology. Washington, DC.
10. Stephens, M. L., Betts, K., Beck, N. B., Cogliano, V., Dickersin, K., Fitzpatrick, S., . . .
    Hoffmann, S. (2016). The emergence of systematic review in toxicology. Toxicol Sci,
    152(1), 10-16. doi: 10.1093/toxsci/kfw059
11. U. S. Environmental Protection Agency. (1992a). Framework for ecological risk assessment.
    Washington, DC.
12. U. S. Environmental Protection Agency. (1992b). Guidelines for exposure assessment. Risk
    Assessment Forum. Washington, DC.
13. U. S. Environmental Protection Agency. (1995). Policy on evaluating health risks to children.
    Washington, DC.
14. U. S. Environmental Protection Agency. (1998). Guidelines for ecological risk assessment
    Risk Assessment Forum. Washington, DC.
15. U. S. Environmental Protection Agency. (2000). Risk characterization handbook. Office of
    Science Policy. Washington, DC.
16. U. S. Environmental Protection Agency. (2002). Guidelines for ensuring and maximizing the
    quality, objectivity, utility and integrity of information disseminated by the Environmental
    Protection Agency. Office of Environmental Information. Washington, DC.
17. U. S. Environmental Protection Agency. (2004). An examination of EPA risk assessment
    principles and practices. Office of the Science Advisor. Washington, DC.

**06/22/2017**

18. U. S. Environmental Protection Agency. (2005). Guidelines for carcinogen risk assessment. Risk Assessment Forum. Washington, DC.
19. U. S. Environmental Protection Agency. (2006). A framework for assessing health risks of environmental exposures to children (Final). Office of Research and Development. Washington, DC.
20. U. S. Environmental Protection Agency. (2007). Framework for metals risk assessment. Washington, DC.
21. U. S. Environmental Protection Agency. (2014). Framework for human health risk assessment to inform decision making. Risk Assessment Forum. Washington, DC.
22. U. S. Environmental Protection Agency. (2016). Weight of evidence in ecological risk assessment. Office of Research and Development. Washington, DC.

Exhibit A

Adkins Declaration, Exhibit 04

Thiessen Report - Excerpts

# APPENDIX 6:

### Expert Report of Kathleen M. Thiessen, PhD



EXHIBIT

259

Thiessen 8/27/19

# Assessment of the Neurotoxicity of Fluoride

Kathleen M. Thiessen, Ph.D.
June 27, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv-—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



*Environmental Radioactivity*, among others. My formal education is in biomedical sciences, with a concentration in the field of genetics, and I remain interested in the effect of genetic background on individual response to chemical or radiation exposures. A list of my publications and technical reports is included in my resume, which is included herein as Appendix F.

### C. Summary of Opinions

For the reasons described herein, I have reached the following conclusions to a reasonable degree of scientific certainty:

1. Based on the hazard identification principles set forth in EPA's *Guidelines for Neurotoxicity Risk Assessment*, there is sufficient evidence to conclude that neurotoxicity is a hazard of fluoride exposure.

2. Convergent data from experimental animal studies and epidemiological studies of human populations, alongside considerations of pharmacokinetics and biological plausibility, strongly indicate that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.

3. Identifiable subsets of the population have heightened susceptibility to the risk of harm from fluoridation chemicals. These populations include the fetus; bottle-fed infants; the elderly; individuals with nutrient deficiencies, kidney disease, and/or high-water intake; and populations with specific genotypes.

4. The current EPA reference dose (RfD) for fluoride (0.08 mg/kg/day) is not protective against neurotoxicity, including loss of cognitive function.

5. Fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss, if assessed under the same analytical framework that EPA uses in its risk evaluations of other chemicals under the Toxic Substance Control Act (TSCA).

### D. Updates and Reservation

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report.

### E. Compensation and Prior Litigation Work

The hourly rate for my work in this case has been $225 to $300. I have not been deposed in the last four years. My hourly rate for depositions is $300.



The Guidelines recognize several types of human studies that can inform the hazard identification analysis, including case reports and epidemiological studies.[99]  In contrast to the 9 chemicals for which EPA has established RfDs or RfCs pursuant to the Guidelines (most of which did not have *any* human studies available), both categories of human studies are available for fluoride, including the most reliable kind of epidemiological study, prospective cohort studies.

I have become familiar with the human epidemiological data on fluoride neurotoxicity, both through my work for the National Research Council, and through my ongoing review of the literature. A systematic review of the human literature was not considered necessary nor particularly helpful, since systematic reviews have already been conducted,[100] and those few studies reporting no effects are well known to people familiar with fluoride research.[101]  As those familiar with the literature know, there are many more studies reporting associations of fluoride exposure with neurotoxic outcomes than the reverse. The number of studies reporting no association between fluoride and neurotoxic outcomes is quite small, and, as such, a systematic review was not considered necessary to identify and address them. Each of these "no effect" studies is addressed below.  To ensure that there are no additional no-effect studies, I reviewed the results of my PubMed searches for "fluoride and brain," "fluoride and learning," and "fluoride and memory," and conducted additional PubMed searches for "fluoride and intelligence" and "fluoride and IQ." These searches did not retrieve any additional no-effect studies, although they did retrieve additional studies reporting adverse effects. Due to the sheer magnitude of studies reporting associations with neurotoxic outcomes, I have not sought to review each of them.  For purposes of completeness, however, I have attached a reference list of all epidemiological studies of which I am aware that have reported associations between fluoride exposure and cognitive deficits.[102]

*Case Reports:*  As noted in the Guidelines, "the first type of human data available is often the case report or case series," including clinician observations of occupationally exposed workers.[103]  This statement holds true for fluoride.  Decades before the first study of fluoride and IQ was published, case reports and clinician surveys of occupationally exposed workers identified neurological symptoms among fluoride-exposed individuals, including general malaise, fatigue, headaches, and difficulties with concentration and memory.[104]  As the NRC noted, "[t]here are numerous reports of mental and physiological changes after exposure to fluoride from various routes (air, food, and water) and for various time periods."[105]

While case reports are generally not sufficient, by themselves, to establish a hazard, the Guidelines consider them "useful when corroborating epidemiological data are available."[106]  Moreover, several of the case reports could be characterized as "experimental studies," since they involved "individuals who underwent withdrawal from their source of fluoride exposure and subsequent re-exposures under 'blind' conditions.  In most cases, the symptoms disappeared with the elimination of exposure to fluoride and

---

[99] EPA (1998a), p. 15; Federal Register (1998), p. 26932.

[100] See for example Tang et al. (2008); Choi et al. (2012); Duan et al. (2018).

[101] Aggebom and Öhman (2017); Barberio et al. (2017); Broadbent et al. (2015); Morgan et al. (1998); Shannon et al. (1986).

[102] Appendix B contains a list of 67 studies associating fluoride exposures with cognitive deficits in humans.

[103] EPA (1998a), p. 15; Federal Register (1998), p. 26932.

[104] Roholm (1937), pp. 138-140, 178; Spittle (1994).

[105] NRC (2006), p. 208.

[106] EPA (1998a), p. 15; Federal Register (1998), p. 26932.

*Food and Water Watch v. EPA*                                                                 *Thiessen Report*

---

*Database Deficiency (UF_D)*: EPA regularly applies an uncertainty factor of 3 to 10 to account for important research gaps in the literature, or when there are indications of other toxic effects that have not been adequately studied. According to EPA, "If there is concern that future studies may identify a more sensitive effect, target organ, population, or life stage, a database uncertainty factor reflects the nature of the database deficiency."[435] In the 2-Hexanone risk assessment, for example, EPA applied a $UF_D$ of 10 because of both (a) the absence of multigenerational and developmental studies, and (b) the existence of studies which "suggest the possibility" of reproductive and immunological toxicity.[436]

*Composite uncertainty factors:* As summarized in Table 4, the composite uncertainty factors that EPA has applied in its 9 neurotoxicity risk assessments under the Guidelines range from 100 to 3,000. Three of these risk assessments (those for Methanol, RDX, and Trimethylbenzenes[437]), were published after EPA's adoption (in 2011) of its current hierarchical framework for determining HEDs from animal data.[438] Prior to adoption of this method, $UF_A$ for interspecies variability had a value of 10 for each of the risk assessments; thereafter it has had a value of 3. As a practical matter, however, the adjustment is similar across the two periods of time, because the point of departure now starts at a lower dose under EPA's current approach, due to derivation of the HED prior to application of uncertainty factors.

## B) Identifying LOAEL/NOAELs for Fluoride Neurotoxicity from Animal Studies

EPA prefers to use human data for identifying a POD in the rare instances where such data are available.[439] The recent prospective cohort studies[440] with individual-level biomonitoring data provide sufficient human data to establish a POD for fluoride neurotoxicity. I understand that Dr. Philippe Grandjean has conducted an analysis of human data to establish a POD for fluoride neurotoxicity, and that he has calculated a BMDL of 0.1 mg/L (maternal urinary fluoride during pregnancy) based on a Benchmark Response (BMR) of 1 lost IQ point from prospective cohort data reported by Bashash et al.[441] I understand that Dr. Grandjean has not attempted to establish an RfD, but a BMDL of 0.1 mg/L in maternal urine would result in an RfD well below the intake levels in fluoridated communities, particularly after the application of appropriate uncertainty factors.

To avoid duplication of Dr. Grandjean's analysis, and to determine whether his BMDL is consistent with potential RfDs derived from animal data, I sought to determine the range of RfDs that are supported by the current animal experimental data. My purpose was not to derive a single value for the RfD, but to assess the approximate range of RfD values that would be obtained if EPA's ordinary risk assessment procedures are applied to examples selected from the fluoride database. Of primary interest to this analysis is whether RfDs derived from neurotoxicity data would be greater than, equal to, or less than the current RfD of 0.08 mg/kg/day.

In light of the human data now available, animal data would no longer be the preferred source of the POD for fluoride neurotoxicity.[442] However, several considerations could justify use of animal data to establish an RfD for fluoride. First, EPA has used animal research as the principal study for each of the

---

[435] EPA (2018a), p. xxii.
[436] EPA (2009c), pp. 74-75.
[437] EPA (2013a; 2016; 2018a).
[438] EPA (2011b).
[439] EPA (2018a), p. 2-1.
[440] Bashash et al. (2017; 2018); Valdez-Jiménez et al. (2017); Green (2018).
[441] Bashash et al. (2017).
[442] EPA (2018a), p. 2-1.



on learning at 11 mg/L did find changes in the brain at this level,[458] consistent with 11 mg/L being a LOAEL, rather than a NOAEL. But, for purposes of illustration, the RfD calculation below will include an assumed NOAEL of 11 mg/L as one of the PODs.

**NOAEL of 20 mg/L:** The highest possible NOAEL that could be selected from these prenatal studies is the 20 mg/L no-effect finding from McPherson et al.[459] While it is difficult to justify reliance on McPherson et al.'s study for the RfD analysis (due to strain of rat used, single sex, and lack of first-trimester exposure[460]), an RfD calculation will be done below using 20 mg/L as an assumed NOAEL, in order to highlight the upper bound RfD that would be permitted by the current animal data.

*Conversion of fluoride concentration to intake per unit body weight*

Before RfDs can be calculated for the selected LOAELs or NOAELs, the unit of measurement has to be converted from a water fluoride concentration (mg/L) to an intake rate or dose (mg/kg/day). The 2016 NTP review provides data that facilitate this analysis.[461] In its review, the NTP estimated the doses for dozens of rodent studies by using EPA's default water consumption rates and body weight data for the species, strain, and sex of the animals studied.[462] A review of NTP's data in Appendix 20 shows that the average ratio of fluoride concentration (mg/L) to intake rate or dose (mg/kg/day) is 6.8, while a review of NTP's data in Appendix 19 shows that the range of this ratio is generally higher for rats (typically 6 to 10) than for mice (typically 3.8 to 5). For purposes of this analysis, I chose the low end of this range for each species (6 for rats, 3.8 for mice); this results in probable overestimates of the actual intake rates of fluoride by the animals, thereby overestimating the resulting PODs and inflating the RfDs derived from them.[463]

   D)   Selection of Uncertainty Factors

     The next step in deriving an RfD from animal data is to decide which uncertainty factors are applicable and to determine what the value of each uncertainty factor should be.

*Intraspecies Variability (UF$_H$):* As noted earlier, EPA applies a UF$_H$ of 10 to account for variability among humans unless there is "convincing data to the contrary."[464] In the case of fluoride, the available evidence (summarized in Section 2 above) confirms that susceptibility varies greatly across the population. While the magnitude of the variability is difficult to quantify, the available evidence does not provide any justification for using a lower value than the default of 10. Therefore, UF$_H$ was assigned a value of 10.

*Interspecies Variability (UF$_A$):* A full PBTK model has not yet been developed for fluoride that would allow for the calculation of HEDs from doses given to animals. As such, EPA's preferred approach for controlling for interspecies toxicokinetics is not available. There is, however, some chemical-specific information for fluoride that could support application of EPA's intermediate approach. As discussed by the NRC, rats require higher levels of fluoride in their water to achieve the same level of fluoride in their

---

[458] Sun et al. (2018); Wang et al. (2018a).

[459] McPherson et al. (2018).

[460] See also the review of McPherson et al. (2018) by Spencer and Limeback (2018).

[461] NTP (2016), Appendix 19.

[462] NTP (2016), p. 118.

[463] Using this method gives an intake rate of 0.83 mg/kg/day for rats for the 5 mg/L fluoride concentration (Table 7). However, Bartos et al. (2018; 2019) give an estimate of 0.6 mg/kg/day for their rats and this fluoride concentration. Using the same approach described below with Table 7 for a LOAEL of 5 mg/L, equivalent to an intake rate of 0.6 mg/kg/day, gives an RfD of 0.00005 (all four UFs) or 0.0005 (only UF$_H$ and UF$_A$), compared with 0.00007 and 0.0007 in Table 7.

[464] EPA (2013a), pp. 5-17.



Exhibit A

Adkins Declaration, Exhibit 05

Grandjean Report - Excerpts

U.S. FEDERAL COURT

ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA

EXPERT REPORT OF
PHILIPPE GRANDJEAN, MD, DMSc

PREPARED ON BEHALF OF
PLAINTIFFS

21 June 2019

1

Research Program (National Institute of Environmental Health Sciences), where I serve as Center co-lead and PI for one of the four center projects. The Center focuses entirely on perfluorinated alkylate substances (PFASs), how they disseminate, biomagnify and lead to adverse health effects.

I have published over 500 scientific papers, of which most are research articles in international scientific journals with peer review. My h-index in the Web of Science database is 66, and my work is cited well over a thousand times every year. Seven of my articles published in the last 10 years have earned the attribute "Highly Cited Paper," i.e., they received enough citations to place them in the top 1% of published papers in the field. I just received notice that an article in PLOS Medicine that I co-authored was selected as a "2018 Paper of the Year" by the funding NIH institute, among 2,900 publications considered.[1] I have also authored or edited 20 books, including textbooks on environmental health and risk assessment.

I am regularly invited as a speaker at international conferences and other scientific events. I am (Founding) Editor-in-Chief of the open-access scientific journal, Environmental Health (since 2002), which ranks among the top 10% of journals in the field. I also serve or have served on editorial boards of about a dozen journals in the fields of medicine, environmental science, and toxicology. As editor and as reviewer for other major journals, I frequently evaluate manuscripts on environmental epidemiology and toxicology.

In addition to the appointments mentioned above, I have served on, sometimes chaired, or acted as rapporteur for, expert committees under the auspices of the WHO, the International Agency for Research on Cancer (IARC), the EPA, the European Commission, the European Food Safety Authority (EFSA), and other organizations. During my six-year membership of the EFSA expert panel on food contaminants, I participated in multiple expert groups and contributed to the 'Guidance of the Scientific Committee on Use of the benchmark dose approach in risk assessment' [11]. I currently serve on the Scientific Committee of the EU's European Environment Agency.

A copy of my most recent CV is attached as Exhibit B. A list of publications which I authored or co-authored during the past 10 years is attached as Exhibit C.

**B.    Materials relied upon**

For the purposes of this report, I have relied on my own experience, education, and training, on my own research, and on major publications concerning fluoride, in particular the literature on human neurotoxicity risks associated with fluoride exposure. The numbered references are listed in Exhibit D. Among major sources of information, I have relied upon the National Research Council (NRC) report [1] on fluoride and, among reviews on human neurotoxicity, our own meta-analysis [9] and the more recent meta-analysis by Duan [12]. I have assessed in detail the recent prospective studies, of which the one from Canada has not been formally published, and I therefore rely on the presentation of the results at an international conference in August last year as well as a master's thesis from the Canadian research group.

---

[1] https://factor.niehs.nih.gov/2019/1/feature/2-feature-papers-of-the-year/index.htm

In addition to epidemiological studies, I have considered the most relevant supporting toxicological information from laboratory animal studies and *in vitro* models to assess biological plausibility, where emphasis is placed on the expert conclusions in the reviews published by the NRC [1] and the National Toxicology Program (NTP) [13]. My review focuses on the evidence that carries the greatest weight, and I do not necessarily cite all reports that may be relevant. While summarizing available documentation, I also outline the emergence over time of the knowledge on human fluoride exposures and associated neurotoxicity risks.

### C.    Exhibits

I may use as exhibits part or all of any of the documents or papers cited in this report including this report itself; graphs or tables drawn from data in any of those documents or papers, or any document helpful as foundation for or illustration of my testimony.

### D.    Updates and reservation

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report. I also reserve the right to respond to any opinions on similar topics by other experts in this matter, and to respond to any criticism or comment on my opinions.

### E.    Compensation

The Harvard T.H. Chan School of Public Health charges $300 per hour for my time in preparing this report. This compensation does not depend in any way on the content of my opinions.

### F.    Previous service as expert at deposition or trial during last 4 years

State of Minnesota District Court for the County of Hennepin, Fourth Judicial District, Civil Action No. 27-CV-10-28862, deposition only.

United States district court for the Eastern District of Missouri (United States of America, et al. v. Ameren Missouri, Case No 4:11Cv77), deposition only.

United States district court for the District of Vermont, Case No. 5:16-cv-125, deposition only. United States district court for the District of New Hampshire, Civil Action No. 1:16-Cb-00242-Jl, deposition scheduled.


## II.  SUMMARY OF OPINIONS

The opinions expressed in this report, which I hold to a reasonable degree of scientific certainty, can be summarized as follows:

The lack of large and representative studies on fluoride concentrations in urine and blood (serum or plasma) makes it hard to judge the overall fluoride exposure levels in U.S. populations exposed to fluoridated drinking water. However, I shall consider the Canadian data on urine-fluoride as reasonable guidance [65], although the high rate of dental fluorosis and greater reach of water fluoridation in the U.S. suggests that urine-fluoride concentrations may be higher than in Canada.

## V.  EVIDENCE OF NEUROTOXICITY

I shall now discuss the epidemiological evidence on neurotoxicity that I rely on, I shall summarize the supporting toxicological evidence, and lastly, I shall discuss possible mechanisms along with uncertainties and potential criticisms relating to the exposure assessment or endpoint in question. My assessment follows the general approach formalized by WHO's International Agency for Research on Cancer [83] and also used by regulatory agencies, such as the EPA.[5] Unfortunately, the most recent toxicity review of fluoride from EPA's Integrated Risk Information System (IRIS) that aims at covering hazard identification and dose-response assessment has not been updated for over 30 years.[6]

In the past, I have prepared evidence-based reviews on fluoride and fluorine for the European Commission and the WHO. Due to my long-term research interest in fluoride, I have followed the fluoride literature through weekly updates from the PubMed data base; for the purpose of the present report, I have carried out supplementary literature searches using the same data base. The present review therefore presents a reasonably comprehensive coverage of the relevant epidemiological evidence. In the absence of any recent guidance from IRIS, I rely on the most relevant studies, especially those that are prospective and therefore carry the greatest weight, and I have not aimed at covering studies of less validity or less strength, i.e., similar to the approach, e.g., in the NRC review [1], to which I contributed as a reviewer.

### A.    Neurotoxicity findings in human studies

It is my opinion, based on the weight of the epidemiological evidence, and the supporting toxicity evidence, that fluoride poses a substantial hazard to human health as a neurotoxicant. As noted by the NRC committee [1], past assessments of fluoride safety have relied on incomplete information on potential risks of adverse effects and have not focused on neurotoxicity.

Opportunities for epidemiological studies depend on the existence of comparable population groups exposed to fairly constant but differing amounts of fluoride from drinking water. Such circumstances are difficult to find in many industrialized countries, as fluoride concentrations in community water generally vary within a limited range, and because exposures are affected by residence changes. Multiple epidemiological studies of developmental fluoride

---

[5] Environmental Protection Agency. (2017). Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act. Federal Register, Vol 82, July 20, 2017, pp. 33726-33753.
https://www.govinfo.gov/content/pkg/CFR-2010-title40-vol21/pdf/CFR-2010-title40-vol21-part132-appC.pdf
[6] https://cfpub.epa.gov/ncea/iris2/chemicalLanding.cfm?&substance_nmbr=53

level likely also reflects past developmental exposures. In fact, some studies highlighted that the children were born in the respective area, and/or had been using the same water supply since birth. Any deviation from stable exposure would result in exposure misclassification and most likely resulted in an underestimation of fluoride toxicity.

Although the studies that were included in our meta-analysis were generally of inadequate quality, mainly due to deficient reporting, the consistency of the findings supports the likelihood that developmental fluoride exposure causes cognitive deficits. For example, limited information was available on age adjustment of the cognitive test results reported as scaled scores, but age was not found to be a significant co-factor. When we published these findings, we recommended that future research should formally evaluate dose-response relations based on individual-level measures of exposure over time, including more precise prenatal exposure assessment and more extensive standardized measures of neurobehavioral performance, in addition to improving the assessment and control of potential confounders. Recent North American studies satisfy these requirements, as discussed in the next section.

Many more IQ studies in endemic fluorosis areas have been published after our review. As with the previous studies, these newer studies continue to find associations between fluoride and IQ, although many of them suffer from the same limitations. A PubMed search using the terms "fluoride AND intelligence" shows that 14 studies have been published on fluoride and IQ since our meta-analysis was published in 2012. While I consider it beyond the present report to evaluate these studies in detail, 13 of them report clear associations between elevated fluoride exposure and reduced intelligence. I am aware of at least seven Chinese-language studies published since 2012 that report similar associations between fluoride exposure and reduced IQ [98, 126-130]. I also note that some of the recent studies have identified possible genetic predisposition to fluoride neurotoxicity [117, 131]. This means that some subgroups of the general population will be more vulnerable to fluoride exposure and that exposure limits aimed at protecting the average population may not protect those with susceptible genotypes, as we have shown for methylmercury neurotoxicity [132]. A comprehensive evaluation of these studies is beyond the scope of this report.

To ascertain the validity of the Chinese reports on fluoride neurotoxicity, we carried out a pilot study in Sichuan using methods commonly applied in neurobehavioral epidemiology [10]. The children examined had lived in their respective communities since conception. Although we examined only 51 children, our results support the notion that cognitive deficits occur at elevated fluoride exposures. Interestingly, negative associations were found for cognitive function tests regarding all three measures of fluoride exposure. One was the known water-fluoride concentration at the residence where the child was born and had grown up, another was the child's morning urine-fluoride after having ingested fluoride-free water the night before (neither measure reached formal statistical significance as predictor of cognitive deficits). The strongest and statistically significant association was seen with the degree of dental fluorosis that served as a marker of early-life fluoride exposure [37, 133, 134], our study suggested that fluorosis can serve as a useful marker of early fluoride exposure in studies of neurodevelopmental toxicity.

21

exposures in fluoridated communities, especially in adults with iodine deficiency [68]. In England, the diagnosis of hypothyroidism was nearly twice as frequent in medical practices located in a fully fluoridated area, as compared to a non-fluoridated area [165]. These findings are of particular concern, as the thyroid hormone is crucial for optimal brain development [166]. I shall not discuss this evidence further, as I understand that fluoride toxicity to the thyroid gland is covered in a separate report.

The notion that fluoride is primarily a developmental neurotoxicant means that fluoride – like lead, methylmercury, and arsenic – can affect brain development at exposures much below those that cause toxicity in adults [167]. For lead and methylmercury, adverse effects are associated with blood concentrations as low as about 10 nmol/L. Blood-fluoride concentrations associated with elevated intakes from drinking-water may exceed 20 μg/L, or about 1 μmol/L, i.e., more than 100-fold greater than the serum concentrations of the neurotoxic metals that cause neurodevelopmental damage. Thus, although fluoride is neurotoxic, it appears to be much less potent than the neurotoxic metals, which are also present in the Earth's crust at much lower concentrations.

## VI. APPROACHES TO HAZARD EVALUATION

### A.     Interpretation of epidemiology studies

In evaluating the evidence on inorganic fluoride toxicity, a weight-of-the-evidence approach should be used, where human studies will contribute substantially. Because it would be unethical to conduct experimental studies in humans with substances that may cause cancer or other serious effects, the main human epidemiological evidence on fluoride comes from observational studies of occupational cohorts and from community studies of subjects exposed at different so-called background levels, such as through drinking water. Of particular relevance are prospective studies of population-based cohorts followed over time. Further, the validity of the exposure assessment is crucial and should rely on stable concentrations in drinking water or exposure biomarkers obtained at an appropriate time.

While most of the endemic fluorosis studies have rather simple cross-sectional designs and may have failed to control for the some confounding factors of possible importance, they also have important strengths, including: 1) Stable populations with stable water-fluoride concentrations. Many of the studies specifically limited the populations to those who had lived in the community their entire life (thus capturing prenatal exposures). 2) Unlike in the US, children in rural China (where most of these studies have been conducted) have very little exposure to fluoridated dental products [118], thus making water a more important and reliable metric of fluoride exposure. 3) The studies in endemic fluorosis areas that have controlled for or excluded key confounding factors (arsenic, iodine, parental education) were still capable of identifying associations with cognitive deficits [9].

Prospective information on exposed birth cohorts is desirable, as it is not just the dose that can matter but also the timing of the dosing in regard to the developmental stage of the subjects [33, 168]. In particular, birth cohorts are crucial, as they can reveal with greater certainty the impacts of exposures assessed during early life stages. The recent emergence of

such prospective information is fortunate, especially because the studies represent different settings and therefore, in concert, provide solid observational evidence.

This new information is in overall agreement with less certain cross-sectional studies, thereby supporting the strength of the evidence. In the past, the presence of limitations and perhaps absence of statistical significance in individual cross-sectional studies may have been misinterpreted as evidence that fluoride exposures are innocuous. However, in evaluating the weight of the evidence, the question must be asked what each study could potentially reveal, given the design and choice of study parameters, including such factors as imprecise exposure assessment. As the NRC once warned, the apparent absence of convincing evidence of (fluoride) toxicity should not be misinterpreted as proof that toxicity does not exist, and such erroneous conclusion has been dubbed the "untested chemicals assumption" [169].

### 1. Bias toward the null

In the field of epidemiology, there is a well-known bias toward the null, of which epidemiologists (and readers of epidemiology reports) need to be careful, especially when human health is at stake. Studies that do not show a statistical significance are sometimes called "negative," although this term is misleading. Joint analyses of several such studies may well show a significant difference or trend. Table 1 highlights common causes of bias toward the null in epidemiological studies, i.e., reasons that a study might not show the existence of a risk that indeed is present, though hidden due to the bias. While biases in the opposite direction also exist, they are usually of much less significance [170].

*Table 1. Causes of bias toward the null in epidemiology studies [170].*

| |
|---|
| Inadequate statistical power in small studies |
| Lost cases and inadequate follow-up for long-term effects |
| Exposed or otherwise inappropriate comparison (control) group |
| Exposure misclassification |
| Insensitive or imprecise outcome measures |
| Failure to adjust for confounders with effects in the opposite direction |
| Disregarding vulnerable subgroups |
| 5% probability level to minimize risk of false positives (Type I error) |
| 20% probability level to minimize risk of false negatives (Type II error) |
| Pressure to avoid false alarm |

The bias toward the null is particularly problematic where human health is concerned; scientists and public health officers therefore often assess and rely on the direction or weight of the evidence and not solely on statistical significance, as it may take a very long time to obtain complete and irrefutable proof. Thus, observational studies will rarely if ever provide a 100 percent proof, and it is always possible for someone critical of the weight of the evidence to raise some type of doubt seeking to require additional or improved data before a conclusion can be drawn [171, 172]. Again, the presence of uncertainties often tends to cause underestimations of actual risks, not the opposite. This issue is of importance especially regarding substances that have not yet been studied in the detail desired or cannot be examined in randomized clinical

31

trials. Again, many unfortunate past errors in regard to industrial chemicals have shown that initial assessments were often erroneous and led to an underestimation of the true risks [173].

In the present report, while considering the extent of possible biases, my conclusions are based on the strength of the evidence and are stated in terms of assessing whether fluoride poses an unreasonable health risk to the general public or to susceptible subsets of the population, such as pregnant women and small children. My evaluation as an expert therefore considers the weight of the evidence, the uncertainties involved, the plausibility, and what could possibly be known, given the study opportunities and methodologies applied, as well as the likely overall impact on public health.

### B.    Assessment of uncertainties

In the absence of randomized clinical trials on fluoride, the hazard evaluation must be based on observational epidemiology studies, as supported by toxicological evidence from animal studies. As already noted, the NRC found the toxicological evidence sufficient to conclude that fluoride can cause neurotoxicity [1]. Although the more recent NTP review did not regard the studies on developmental neurotoxicity as conclusive [143], the report considered only attention and memory aspects rather than the additional and more extensive documentation on neurochemical and neuropathological effects.

True, the cross-sectional design of most of the human studies limits the ability to reach conclusions about causation (since the exposure is not ascertained before the development of the adverse outcome).  Still, this design is appropriate in stable populations where water supplies and fluoride concentrations have remained virtually unchanged so that current exposures is likely also to reflect developmental exposures. Also, some of these studies measured urinary fluoride concentrations, which partially reflect long-term exposures due to the accumulation of fluoride in the calcified tissues. Thus, jointly with more informative prospective studies, the results provide convincing evidence of developmental neurotoxicity.

As indicated above and also discussed in Section VII.A, research into fluoride neurotoxicity appears to have been controversial and unwelcome, and the desire for fluoride supplementation may have resulted in suppression of studies or publications, as suggested by case reports [90, 174, 175]. Further, severe critique was launched against studies that reported adverse effects that could challenge the wisdom of water fluoridation. For example, because our meta-analysis [9] indicated consistent associations between fluoride and reduced IQ, our findings were challenged. One commentary indicated that our review had been severely criticized [39] and referred to a report by a UK consulting firm hired to criticize our work [176]. An additional source was the previously released SCHER report [103]. This EU committee had questioned the plausibility of neurotoxicity and did not directly comment on our report. The disapproving commentary [39] also alleged that our article had been used by anti-fluoridationists and referred to the "many flaws" – without specifying what these flaws were. A later article referred to fluoride neurotoxicity as "misinformation" in the title of the article [177].

Similar superficial and misleading critiques were aired at a web site belonging to the American Academy of Pediatrics[14] and in additional journal articles [112, 178]. I particularly note that the adverse effects were said to be associated with elevated fluoride exposure from water up to 11.5 mg/L [178], i.e., the *highest* fluoride concentration present in *one* of the studies, while not mentioning that most of the studies included in our review referred to water-fluoride concentrations below the EPA's MCLG for fluoride (4 mg/L) [9]. As previously noted, almost the same wording was used by the EPA [113].

As our study [9] was misinterpreted in the media, we released a press statement [179], which concluded: "These results do not allow us to make any judgment regarding possible levels of risk at levels of exposure typical for water fluoridation in the U.S. On the other hand, neither can it be concluded that no risk is present. We therefore recommend further research to clarify what role fluoride exposure levels may play in possible adverse effects on brain development, so that future risk assessments can properly take into regard this possible hazard."

As alleged proof that water fluoridation poses no risk to cognitive development the study from New Zealand has been highlighted [39]. This study [111] erroneously stated that our press release "had to emphasize the fact that [our] research was irrelevant to CWF [Community Water Fluoridation]". Also, while the authors [111] emphasized potential biases in our meta-analysis [9], they downplayed the limitations to their own study (see Section V.A.4).

A federal interagency panel in 2015 accepted the NRC's findings [1] as a "summary of the hazard", and the panel recommended that the level of fluoride added to community water be reduced to 0.7 mg/L [77]. The aim of this recommendation remained to protect against dental fluorosis, as neurotoxicity was thought not to be relevant.

## VII.   RISK ASSESSMENT

### A.   Changing approaches to fluoride exposure

Fluoride ingestion has in the past been considered "essential" for optimal dental health. Already in 1989, a National Research Council report on nutrition noted that fluoride is not an essential nutrient, but a "beneficial element" for dental health purposes [180]. Further, fluoride's predominant mechanism of action in preventing caries comes from topical contact with the outside of the enamel, not from ingestion [1], as discussed in a separate report.

The concept of an "optimal fluoride dose" for caries prevention purposes is at odds with current knowledge as to fluoride's cariostatic mechanisms but is nevertheless still widely held [39]. EPA concluded that a reference dose (RfD) could not be below 0.05 mg/kg/day, in respect of the so-called optimal dose [181]. For this reason, assessments of fluoride exposure have mostly focused on securing sufficient intakes to obtain the assumed benefits, i.e., maintaining the so-called optimal intake without any excess of importance to health. Accordingly, reports from WHO and national agencies have generally focused on beneficial effects [37, 40, 182]. Given the strong association with dental health benefits observed in past studies, the tendency was to

---

[14] https://ilikemyteeth.org/harvard-study-fluoride-neurotoxicity/

33

**D.     Setting drinking water health limits**

Available data show that maternal urinary fluoride excretion levels during pregnancy and calculated daily fluoride intake are significantly associated with lower IQ levels in the child. Data from the ELEMENT study in Mexico [142, 143] and the MIREC study in Canada [144] provide suitable data for dose-response analysis. In addition, a third study also documents developmental neurotoxicity, although for the Bayley scale at a younger age, not IQ [141]. These studies document the associations at maternal urine-fluoride concentrations within ranges occurring in fluoridated communities. As these data refer to the critical effect in a highly vulnerable population, they are appropriate as documentation for identifying a safe drinking water limit.

Visual inspection of the ELEMENT data (Figure 2, page 23) [142] suggest a possible threshold of perhaps 0.8 mg/L in maternal urine when considering the IQ in 6-to-12-year-olds, while no threshold seemed to be present for deficits at age 4 years (Figure 1, page 22). Similarly, no threshold seemed to be present in the Canadian IQ study (Figures 4 and 5, pages 24-25) [144] or in the Mexico ADHD study [143]. I also note that cross-sectional studies in China have reported IQ deficits at elevated water-fluoride concentrations even below 1 mg/L [9].

Regulatory agencies are in overall agreement in using a benchmark dose approach to calculate non-cancer health-based limits for dietary intakes, such as drinking water [11, 196]. In this approach, a dose-response function is fitted to the data or adopted from a default assumption (usually a linear relationship). The benchmark dose (BMD) is defined as the dose that leads to a specific loss (or degree of abnormality) known as the benchmark response (BMR) in the outcome variable. The BMR must be specified before the analysis. In previous BMD analyses of human neurotoxicity, the BMR has been set at 1 IQ point [197, 198]. The statistical uncertainty in the BMD estimation is taken into account by calculating its lower one-sided 95% confidence limit, which is called the benchmark dose level (BMDL). The BMDL is then used as the point of departure for calculation of the exposure limit, by dividing the BMDL by an uncertainty factor (usually fixed at 10) to obtain a protective RfD [11, 196]. I shall now discuss the calculation of a BMDL using the available data on fluoride neurotoxicity.

**E.     Benchmark dose calculations for fluoride**

My colleague, Esben Budtz-Jørgensen, and I are formalizing an agreement with the authors of the ELEMENT fluoride report [142] to jointly assess benchmark dose results, and access to the raw data will likely happen in the near future to allow preparation of a scientific publication. In the absence of the original data at this point, we have applied benchmark dose algorithms to estimate the approximate BMD and BMDL, first by using the descriptive data on the distributions of urinary fluoride concentrations and the IQs as already published as Table 4 [142].

The benchmark dose is the exposure dose leading to a specific decrease (denoted BMR) in the response (in this case, the IQ), when compared to unexposed individuals. The BMR must be defined before the analysis [196], and general guidelines have been developed for the selection of a BMR [11]. A 1-to-2 IQ point reduction at the population level was recognized by the U.S. EPA Clean Air Scientific Advisory Committee, which emphasized that "an IQ loss on

be done using the data on the 95th percentiles, again assuming that the U.S. population in fluoridated areas have similar urine-fluoride concentrations as Canadians.

I have made these calculations only to illustrate the significance and impact of neurotoxicity outcomes, and I offer these crude estimates to emphasize my concern that developmental neurotoxicity due to early-life exposure to fluoride must be controlled.

### G.    Conclusions

In the past, health risks associated with elevated exposures to fluoride have been downplayed in the interest of promoting community water fluoridation to prevent caries development. Although this has resulted in a biased risk assessment and inappropriately high exposure limits for fluoride in water, the situation has changed due to two developments.

First, it now appears that water fluoridation no longer has the same beneficial impact on caries prevention that it once had, and topical fluoride exposure in the oral cavity has emerged as the preferred intervention in much of the industrialized world, thereby making systemic fluoride exposure unnecessary.

Second, substantial research now documents the risks and consequences of developmental neurotoxicity associated with fluoride exposure in early life. The critical effect from fluoride exposure is no longer dental fluorosis with pitting, or crippling skeletal fluorosis that occur at highly elevated exposures. The risk assessment relied upon by the EPA is therefore outdated.

Recent research has shown that the most vulnerable life stage for many toxicants, particularly those that adversely affect the brain, is during intrauterine development. Fluoride fits into this paradigm, and efforts to control human fluoride exposures must therefore focus on pregnant women and small children.

Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure is toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

While existing limits for fluoride in drinking water are known not to protect against early stages of fluorosis, they are even less protective regarding neurodevelopmental deficits. Applying methods for standards setting routinely used by the EPA, the recent studies on

Exhibit A

Adkins Declaration, Exhibit 06

Thiessen Dep.

Page 1

1          UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

2

3    FOOD & WATER WATCH, INC., et        )

     al.,                               )

4                                       )

                                        )

5                      Plaintiffs,      )

                                        )  Case No.

6    vs.                                )  3:17-cv-02162

                                        )  -EMC

7    UNITED STATES ENVIRONMENTAL        )

     PROTECTION AGENCY, et al.,         )

8                                       )

                                        )

9                      Defendants.      )

                                        )

10

11

12

13          VIDEO RECORD & ORAL DEPOSITION OF

14              Kathleen M. Thiessen, Ph.D.

15             Tuesday, August 27, 2019

16                    9:00 A.M.

17              U.S. Attorney's Office

18                800 Market Street

19            Knoxville, Tennessee 37902

20

21

22

23

24

                   Georgette H. Mitchell

25          Registered Professional Reporter

                    LCR-55 (TN)

Page 221

1    mixed bag.  I would not be at all willing to use the --

2    the available data to say that -- that this country

3    experiences safe levels of exposure to it.

4         Q.     Okay.  In your opinion, if EPA were to

5    conduct a hazard assessment for fluoride, should it

6    look at the existing body of animal data or should it

7    look at the existing body of human data?

8         A.     It should look at both.  There's no

9    reason to not look at both.

10        Q.     Okay.  And how do those two work

11   together?

12        A.     With animal studies, you have the

13   opportunity for controlled experiments.  You can set

14   things up so that only one variable is being managed.

15   You can -- you have a better opportunity to control for

16   various things, to have blinding of the researchers and

17   so forth.

18              With human studies, depending on the

19   specific kind of study, it can be much harder to

20   evaluate exposures.  It -- sometimes we have a large

21   body of human studies that have not been blinded, so

22   you've got the inherent bias in those studies, but they

23   should, in the bigger picture, they should reinforce

24   each other.

25        Q.     Okay.  If in your opinion, if EPA were to

Kathleen M. Thiessen , Ph.D.                    August 27, 2019

Page 222

1    conduct a dose-response assessment, should it rely on

2    animal data or human data?

3         A.     It should look at both.

4         Q.     Okay.  But let's -- let's back up.  For

5    dose-response assessment, how does a dose-response

6    assessment work?

7              MR. CONNETT:  Overbroad.

8              THE WITNESS:  For a given effect or

9         endpoint you look at what dose, if any, is

10        associated with that effect or dose or range of

11        doses and whether the effect is either more

12        prevalent or more severe or both with increasing

13        dose.

14              In some cases, you can also get some

15        information on mechanism.

16   BY MS. CARFORA:

17        Q.     Are you familiar with the term point of

18   departure?

19        A.     Yes.

20        Q.     Okay.  What does that term mean?

21        A.     It's the selected combination of exposure

22   and effect used to -- as a starting place or point of

23   departure to set -- to calculate whether or not it's to

24   set what an RfD would be a reference dose.

25              That in my experience, that's the main

Page 223

1    thing it's used for.  It's to -- as a way, a starting

2    place to estimate where to set an exposure level that

3    is probably going to be protective.

4                    MS. CARFORA:  Sorry.  What exhibit number

5         are we on?

6                    MR. CONNETT:  260.

7                    MS. CARFORA:  260.  I am going to mark

8         here 260.

9         (Exhibit 260 - Dose-Response Evaluation Graph.)

10   BY MS. CARFORA:

11        Q.     Have you ever seen a graph like this

12   before?

13        A.     Not exactly --

14        Q.     Okay.

15        A.     -- but I've seen the general idea for the

16   main part of it.

17        Q.     If I were to define point of departure to

18   be part of the first observation that effects at a

19   certain level, would that be accurate?

20        A.     That would be one possible point to

21   select as a point of departure.

22        Q.     Okay.  So there are other possible points

23   of depart -- or what else would you rely on to select a

24   point of departure?

25        A.     From what I've seen you can select,

Page 224

1    depending on the information available, you can select

2    a LOAEL, lowest adverse effect level, lowest observed

3    adverse effect level or a no observed adverse effect

4    level, NOAEL, or a benchmark dose.

5                    There may be other possibilities, but

6    those are the three that I'm aware of.

7         Q.        Okay.  So the NOAEL, that you refer to as

8    NOAEL.  That's the N-O-A-E-L?

9         A.        Yes.

10        Q.        And then the LOAEL is the lowest

11   observable adverse effect level, right?

12                   So we would measure those two points,

13   right?  And then so the idea is there's some sort of

14   threshold in between no observed effects, the lowest

15   observed effects that would be point of departure, so

16   to speak?

17                   MR. CONNETT:  Overbroad.

18                   THE WITNESS:  That's the principle that

19        that approach is based on, on practices.  It's not

20        necessarily quite that simple.

21   BY MS. CARFORA:

22        Q.        Okay.  What -- in terms of fluoride,

23   what's your opinion on what approach should be used?

24                   MR. CONNETT:  Overbroad.

25                   THE WITNESS:  What approach for?

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 225

1    BY MS. CARFORA:

2         Q.     Setting -- setting point of departure for

3    health effective neurotoxicity?

4              MR. CONNETT:  Same objection.

5              THE WITNESS:  Well, you've got several

6         options.  You've got no effect levels, lowest

7         effect levels from animal studies.

8              You've got the human studies.  Depending

9         on the endpoint, the human studies might or might

10        not be up to it, but the -- I don't know that

11        there's been much benchmark dose modeling done.

12   BY MS. CARFORA:

13        Q.     Okay.  In your scientific --

14        A.     The studies would lend themselves to

15   that.

16        Q.     You're saying there aren't enough studies

17   that would lend themselves to taking up point of

18   departure for fluoride?

19             MR. CONNETT:  Misstates testimony.

20             THE WITNESS:  That's not what I'm saying.

21        The -- in fact, basically we did this in the 2009

22        NRC report.  We listed a bunch of LOAELs and

23        NOAELs for human exposures.

24             Those are -- in that case those were for

25        average, estimated average exposures associated

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 226

 1          with either a NOAEL or a LOAEL for human studies.

 2     BY MS. CARFORA:

 3          Q.     In your scientific opinion, which

 4     approach should be used for identifying a point of

 5     departure of neurotoxicity from fluoride exposure?

 6                    MR. CONNETT:  Incomplete hypothetical.

 7                    THE WITNESS:  I think you need to look at

 8          the human data and you need to look at the animal

 9          data and --

10     BY MS. CARFORA:

11          Q.     And do what with it?

12          A.     And run it both ways.

13          Q.     At some point you have to pick one,

14     right?

15          A.     Sure, but you don't have to do that too

16     soon.

17          Q.     What does that mean?  What would be too

18     soon?  Is it too soon right now to do that?

19                    MR. CONNETT:  Vague and ambiguous.

20                    THE WITNESS:  If you -- if you pick a

21          study too early in the evaluation process, you may

22          miss something else, but if you do it with -- with

23          several endpoints, and with the human and the

24          animal, you're probably going to see some

25          convergence if you're looking at something

1       similar, at endpoints that are reasonably

2       comparable.

3   BY MS. CARFORA:

4       Q.      I'm just trying to understand what your

5   opinion is here.

6               Is it your opinion that there's -- what

7   is your opinion here?

8               MR. CONNETT:  Vague and ambiguous.

9   BY MS. CARFORA:

10      Q.      I mean, in order to do a dose-response

11  assessment you have to have a point of departure; isn't

12  that right?

13      A.      The point of departure is selected from

14  the dose-response information.

15      Q.      Okay.  And so -- but if you're -- if

16  you're going to do a dose-response assessment, you have

17  to have a point of departure, correct?

18      A.      That's what I just said.  You look at the

19  dose responses information and from that you select the

20  point of departure.

21      Q.      Okay.  So with the -- you have reviewed

22  the existing body of evidence for fluoride; isn't that

23  right?

24      A.      A lot of it.

25      Q.      Okay.  But you did not do a systematic

Page 228

1   review; is that right?

2        A.      That's correct.

3        Q.      Okay.  And why did you decide not to do a

4   systematic review?

5        A.      There's not enough time in the framework

6   of this case.  I didn't wish to bankrupt my client.  It

7   takes a lot of time and effort to do that kind of thing

8   in detail.

9               There have been some systematic reviews.

10  There have been a lot of literature reviews already.

11  It was not -- not my place to do a formal systematic

12  review.

13              I'm merely -- my -- my purpose has been

14  merely to say this kind of information is out there.

15  If EPA does its homework, this is the kind of thing

16  they can expect to see.

17       Q.      Okay.  So you just -- you're -- okay.  So

18  you just let EPA know it's out there, but are you

19  offering an opinion on what that data means?

20       A.      I offer an opinion that these data mean

21  that current levels of exposure in the United States

22  are not safe.

23       Q.      Okay.  Well, if that's your opinion, what

24  is the level -- what is the point of departure?

25       A.      You can take several.  I looked at animal

Page 229

1    points of departure from animal studies in this report.

2              You could take some of the things from

3    the NRC 2006, 2009 reports, and use a point of

4    departure.  You can be very -- I don't know what the

5    word would be, simplistic about it and take the -- the

6    current MCLG that the NRC said was not protective, so

7    it's -- it's not a no-effect level, it probably isn't

8    the lowest effect level for those endpoints, the

9    skeletal and dental effects.

10             I think you could call it a frank effect

11   level and say, well, we have in enough EPA documents

12   that if you don't have a no effect level on point,

13   you've got as a lowest effect level, a NOAEL, but you

14   need a factor of ten in there.

15             If you take that factor of ten with the

16   MCLG, then I think you can feel confident that a safe

17   level is not going to be above that and it could, in

18   fact, be even lower.  You've got a variety of points of

19   departure.

20        Q.    Okay.  Which one, in your opinion, which

21   approach should be used to identify a point of

22   departure for the endpoint of neurotoxicity?

23             MR. CONNETT:  Beyond the scope.

24   BY MS. CARFORA:

25        Q.    I'm sorry.  Are you not offering an

Page 230

1    opinion on that?  You don't have an opinion?  I'm

2    sorry, let's back up.

3              MS. CARFORA:  Can you repeat my question

4         for me?

5              (Last question read.)

6              THE WITNESS:  You've got the prospective

7         studies in humans showing neurotoxic effects from

8         prenatal exposure and probably early childhood

9         exposure also.  You've got animal studies showing

10        neurotoxic effects.  I think all those need to be

11        looked at and you-- you pick the most sensitive of

12        those for your point of departure.

13   BY MS. CARFORA:

14        Q.    Okay.  So you don't have an opinion on

15   that?

16             MR. CONNETT:  Misstates testimony.

17             THE WITNESS:  I'm not going to be the one

18        that selects the individual study.

19   BY MS. CARFORA:

20        Q.    So you have not done that, you have not

21   picked --

22        A.    I -- I have provided examples of the RfD

23   you would get from several different possibilities.

24   You've got the Bartos animal studies with a lowest

25   effect level of five milligrams per kilogram per day.

1        Q.      If -- if you're not going to be the
2    person who picks the point of departure, who is going
3    to be the person that picks the point of departure?
4                    MR. CONNETT:  Lacks foundation.
5                    THE WITNESS:  I would assume that -- that
6            -- that EPA would do that.
7    BY MS. CARFORA:
8        Q.      So you believe that it should be -- you
9    believe that your role here is to provide the available
10   information and that EPA should then, based on the
11   information you provided, choose a study that it would
12   use for a point of departure?
13                   MR. CONNETT:  Overbroad.  Vague and
14           ambiguous and lacks foundation.
15                   THE WITNESS:  EPA should look at the
16           information provided by several experts including
17           its own, and -- and do its due diligence to select
18           a point of departure and set -- and set the limits
19           it needs to set.
20   BY MS. CARFORA:
21       Q.      If you -- if time and money were not
22   factors in this particular litigation, would you have
23   preferred to conduct a systematic review?
24       A.      Michael has seen my office.  I -- I like
25   to look at all of the information that's available.

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 232

1    It's not always possible.

2                   With the NRC report I did try to look at

3    -- at everything that was available to me.  There's

4    always the -- you look at somebody's reference list,

5    and there's one more paper that you didn't know

6    existed.  So it -- you have to cut it off somewhere, or

7    it becomes an endless -- an endless thing.

8                   But the -- there's also the case that

9    once you have the -- the main set of literature on a

10   topic, if you add to that, then does it change this,

11   does it not change this.  I would be surprised if I

12   missed something really important, significant that --

13   that nobody has told me has been published and is out

14   there.

15        Q.      So nobody has told you.  So just to be

16   clear, you haven't done any type of search on your own?

17        A.      Oh, I do literature searches myself, too,

18   and I -- I think I've got the important set of stuff.

19   That's why I say I'd be surprised if somebody told me

20   that I -- I missed something or that if I did another

21   search and there's something that's been sitting there

22   for five years and I didn't know about it.

23        Q.      In preparing your expert report, did you,

24   yourself, conduct a search for literature?

25        A.      Yes.

Page 262

1              (Last question read.)

2              MR. CONNETT:  Same objection.

3              THE WITNESS:  I think your question is

4        whether the court and the EPA should use the same

5        criteria.

6    BY MS. CARFORA:

7        Q.     Well, if that's how you understand my

8    question let's -- why don't you answer that then?

9        A.     What's your question?

10       Q.     What's your -- what's your opinion on

11   that?  Should -- in your opinion, should the court be

12   using the same reasonableness criteria that EPA is

13   using?

14             MR. CONNETT:  Calls for a legal opinion.

15             THE WITNESS:  I have no idea what the

16        court should use.

17   BY MS. CARFORA:

18       Q.     Okay.  What would you --

19       A.     In terms of ordinary assessment of

20   whether something is an unreasonable risk, these

21   criteria would -- would hold generally as a human

22   health hazard.

23             The extent of exposure is large.  The

24   estimated margin between the toxic effect level and the

25   human exposure is small.

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 263

1   BY MS. CARFORA:

2          Q.      Okay.  But you, I mean, expressly said in

3   section E that fluoridation presents an unreasonable

4   risk as defined by EPA.  So you, yourself, relied on

5   EPA's criteria; is that right?

6          A.      I didn't say "as defined."  I said EPA

7   considers these basic things.

8          Q.      Well, the heading section, section E is

9   titled "Fluoridation chemicals present an unreasonable

10  risk of neurotoxicity as defined by EPA."

11                 Is that not what it says?

12         A.      Well, then it -- that applies to the

13  whole section, not just a few sentences.

14         Q.      Okay.  But you did -- the first section

15  is -- it has a footnote, right, 490, footnote 490?

16         A.      Right.

17         Q.      Okay.  In footnote 490 you reference a

18  number of EPA documents, don't you?

19         A.      Right.

20         Q.      So you did, in fact, rely on EPA's

21  criteria in forming your own opinion; is that right?

22         A.      Some of that -- that language came from

23  those EPA reports, whether or not EPA calls those

24  criteria, but those -- those are the things that EPA

25  would report or anybody else should use.

Page 264

1         Q.      Okay.  Are you aware that the documents

2     that you cited to are documents that were created under

3     TSCA section five?

4         A.      Yes.  That would -- that's the new

5     chemicals and those are the ones that I said were

6     basically for short screening assessments, but the --

7     the same principles would apply for new chemicals --

8     excuse me, for -- for existing chemicals.

9                 The same criteria apply regardless of the

10    context.  If the human exposure is extensive and high

11    enough and there's toxic effects, then -- then this

12    needs more attention.

13        Q.      You said that they are manufacturing

14    notices, right?  So section five of TSCA, you just

15    described as short screening assessments; is that

16    right?

17        A.      Uh-huh.

18        Q.      Okay.  Do you think EPA should provide a

19    short screening assessment on fluoride?

20        A.      No.

21        Q.      Do you think EPA should do something more

22    substantial?

23        A.      I think EPA should have done something

24    more substantial at several points in the last few

25    decades.  On -- yeah, it needs to be more substantial,

Page 265

1    but the same basic considerations still apply of the

2    human health hazard, the extent of human exposure and

3    the level of toxicity.

4         Q.      In all your work doing risk assessments

5    in the past 30 years; is that right?

6         A.      Something like.

7         Q.      Sorry?

8         A.      Something like.

9         Q.      Okay.  In all of your time doing risk

10   assessments, have you ever conducted a short screening

11   assessment to make a determination as to hazard

12   identification or dose-response?

13        A.      Part of that Oak Ridge dose

14   reconstruction project that you have the summary

15   reports for was to -- part of it we set up a screening

16   assessment to determine what of all of the long list of

17   things we -- that were discovered in all those boxes of

18   documents, which -- which ones needed more evaluation

19   and which ones did not need a whole lot.

20               So I helped design that method and I'm

21   familiar with the purpose of screening assessments.

22        Q.      Okay.  Does it make any difference to you

23   that plaintiffs in this matter have petitioned EPA to

24   make a rule under section six of TSCA?

25               MR. CONNETT:  Calls for a legal opinion.

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 266

1              THE WITNESS:  I'm not into all the

2        details, so that the legal parts are not in my

3        scope.

4              Section six, as I understand it, is for

5        the existing chemicals.  I see no reason why

6        things for new chemicals should be inconsistent in

7        terms of the kinds of things.

8              The section five ones in many cases will

9        not take much of an assessment because there's not

10       much of the information in, and especially there's

11       not much exposure.

12             Fluoride you've got considerable exposure

13       of a large fraction of the population, and the --

14       the same considerations apply.  It's just they --

15       they do need to be addressed in more detail.

16  BY MS. CARFORA:

17       Q.     Okay.  Does learning that the plaintiffs

18  in this case petitioned EPA to make a rule under

19  section six, does that change your opinion at all on

20  whether it would be appropriate to apply criteria

21  listed under section five as opposed to section six?

22             MR. CONNETT:  Asked and answered.

23             THE WITNESS:  As I have said, the -- the

24       same considerations apply.  How people are

25       exposed?  What levels of exposure?  What are the

Page 267

 1          toxic effects?

 2                    It doesn't matter if it's a new chemical

 3          or an existing chemical or -- you can't go saying

 4          the number of people affected counts for new

 5          chemicals, but -- but has no relevance to existing

 6          chemicals.  You can't --

 7     BY MS. CARFORA:

 8          Q.      Well, let's clarify this.  Fluoride is

 9     not a new chemical, correct?

10          A.      That's correct.

11          Q.      Fluoride is an existing chemical,

12     correct?

13          A.      Correct.

14          Q.      Fluoride naturally occurs, people have

15     been adding fluoride to water since at least the 1950s;

16     is that correct?

17          A.      Not all fluoride is naturally occurring.

18     Fluoride has been added to at least some drinking water

19     since, I think the 1940s.

20          Q.      Okay.  So there -- and there is a

21     plethora of information, literature available as to

22     fluoride and potential effects; is that right?

23          A.      There is a large body of information of

24     widely variable quality.  There is not good information

25     that clearly establishes safety as currently used.

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 268

1          Q.      Okay.  But you agree fluoride is not a

2     new chemical, correct?

3          A.      It's not a new chemical.

4          Q.      Okay.  So I just want to understand.  The

5     basis for your application of section five to fluoride

6     is because they're general tenets of risk assessment

7     that should apply regardless of whether it's a new

8     chemical or an existing chemical; is that right?

9          A.      Those -- those are general tenets that

10     should apply and it is language that the EPA has used.

11          Q.      Okay.  But it is an existing distinction

12     that the statute makes, right, between new chemicals

13     and existing chemicals; isn't that right?

14          A.      But the -- the tenets of risk assessment

15     should apply to either.

16          Q.      Sure.  But the idea under section five is

17     that a manufacturer that wants to come to the market

18     with a new chemical is the only person, so to speak,

19     that has information about that chemical that they can

20     offer; you understand that?

21                    MR. CONNETT:  Overbroad.

22                    THE WITNESS:  I understand that that

23          could be the case.

24     BY MS. CARFORA:

25          Q.      Okay.  And understand the purpose of

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 270

1   BY MS. CARFORA:

2        Q.      Okay.  So just so I understand.  The risk

3   assessment, the steps of hazard identification, the

4   dose-response assessment, the exposure assessment and

5   then the risk characterization; is that right?

6                And then the risk evaluation under TSCA

7   requires EPA to go one step further and that is to make

8   a determination as to whether the risk characterization

9   is unreasonable or not.

10               Do you understand that?

11       A.      Whether the risk characterization is

12  unreasonable in terms of accuracy or in terms of we

13  need to do something?

14       Q.      In terms of we need to do something.

15               Do you understand that?

16       A.      Yes.

17       Q.      Okay.  So it's an additional step that

18  does not exist in normal risk assessment.

19               You understand that?

20       A.      Right.

21       Q.      Okay.  So I just, you know, I just want

22  to understand.  You have not done a risk evaluation

23  under section six here, have you?

24               MR. CONNETT:  Vague and ambiguous.

25       Misstates testimony.

Kathleen M. Thiessen , Ph.D.                                    August 27, 2019

Page 271

1                    THE WITNESS:  That would be -- well, to

2          -- to meet EPA's requirements for something for a

3          term with a specific definition is going to be

4          outside of the scope of what I can do.

5     BY MS. CARFORA:

6          Q.      Why do you say that?

7          A.      Because I'm not an EPA staff member.

8          Q.      Are you aware that EPA offered guidance

9     to the public to help them draft risk evaluations under

10    TSCA?

11         A.      I saw that somewhere.

12         Q.      Okay.  When did you see that, the

13    guidance?

14         A.      Somewhere in the last few weeks.

15         Q.      Okay.  So you were not aware prior to

16    doing this report that EPA provided guidance for people

17    in the general public to provide draft risk evaluations

18    under TSCA?

19         A.      I don't think I saw the specific --

20         Q.      Okay.

21         A.      -- something labeled members of the

22    public.

23         Q.      If you had known that that existed, would

24    that -- would you have followed that guidance as

25    opposed to using section five?

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

                                                    Page 272

  1                    MR. CONNETT:  Incomplete hypothetical.

  2                    THE WITNESS:  Very possible I would have

  3         put both of them in there.

  4    BY MS. CARFORA:

  5         Q.      Okay.  And -- and why do you say that?

  6         A.      Because basically every set of criteria

  7    or every set of language from various EPA contexts,

  8    fluoride would qualify as a chemical that needs further

  9    evaluation.

 10         Q.      Further evaluation, but you don't have an

 11    opinion as to whether it's a reasonable risk or not,

 12    right, because the evaluation is not done?

 13                    MR. CONNETT:  Misstates the testimony.

 14                    THE WITNESS:  Fluoride would constitute

 15         an unreasonable risk regardless of which set of

 16         EPA language you use.

 17    BY MS. CARFORA:

 18         Q.      And how do you know that if the

 19    assessment is not done?

 20         A.      Well, because the -- a large fraction of

 21    the population is exposed, two hundred million people.

 22    The exposures are high enough to cause a toxic effect.

 23                    The toxic effects are there.  That would

 24    be an informal evaluation, but it -- it's enough to say

 25    that an unreasonable risk appears.

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 273

1           Q.      You testified earlier that you were not

2     in a position to identify a point of departure for

3     neurotoxic -- neurotoxic effects of fluoride.

4                   MR. CONNETT:  Misstates testimony.

5     BY MS. CARFORA:

6           Q.      Did you not testify?

7           A.      There are several possible points of

8     departure.  They all should be examined.

9           Q.      As possible points of departure, right?

10          A.      Sure.

11          Q.      But you are unwilling to identify any one

12    particular point of departure that should be used for

13    the purposes of risk assessment?

14          A.      I'm not --

15                  MR. CONNETT:  Vague and ambiguous.

16          Misstates testimony.

17                  THE WITNESS:  I'm not going to say that

18          one particular study should be used, and others

19          should be ignored.

20    BY MS. CARFORA:

21          Q.      So if you are not willing to identify a

22    point of departure, how could you identify -- how could

23    you -- how could you even do an exposure assessment if

24    you haven't identified a point of departure yet?

25                  MR. CONNETT:  Misstates the record.

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 274

1                THE WITNESS:  We -- we did identify

2          several possible points of departure and we did

3          follow those through into --

4     BY MS. CARFORA:

5          Q.      I understand that you --

6          A.      -- into RfDs.

7          Q.      I understand you identified potential

8     points but, in your scientific judgment, you do risk

9     assessments.

10               Which one of those points of departure

11    should be used?

12         A.      The most sensitive.

13         Q.      Which one is the most sensitive?

14         A.      The lowest one.

15         Q.      Okay.  Which one is the lowest one, which

16    study?  The lowest animal point of departure are you

17    talking about now, or human?

18         A.      I haven't done it for the humans.  But

19    for the -- for the animal studies that would probably

20    have been Bartos.  That would have -- that would have

21    -- would come up with an RfD, several orders of 92

22    below the Office of Water's RfD.

23         Q.      So you're using, but we said -- are you

24    using the Office of Water's RfD or are you picking a

25    new RfD?

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 275

1          A.      The Office of Water has an RfD.  There's

2     still an RfD in IRIS.  Neither of those is protective.

3     If you take the Bartos study and calculate a new RfD,

4     it would be waters of 92 below either of the existing

5     ones.

6          Q.      Okay.  And that's after applying five

7     uncertainty factors; is that right?

8                  MR. CONNETT:  Misstates the record.

9                  THE WITNESS:  Four.

10    BY MS. CARFORA:

11         Q.      Four.  It's actually five, right, because

12    you already included an uncertainty factor of ten in

13    the study itself?

14                 MR. CONNETT:  Misstates the record.

15                 THE WITNESS:  That's not correct.

16    BY MS. CARFORA:

17         Q.      That's not correct?  What page are you

18    on?

19         A.      You're talking about the LOAEL-to-NOAEL?

20         Q.      Yeah.

21         A.      Oh, okay.

22         Q.      Yeah, so it's five, correct?

23         A.      That's -- that's --

24                 MR. CONNETT:  Misstates the record.

25                 THE WITNESS:  That's not an uncertainty

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 319

1     Q.     Which table was that?

2     A.     Table 1, page nine.

3     Q.     Oh, this was the table that counsel was

4  asking questions about earlier, correct?

5     A.     Yes.

6     Q.     Okay.  So you -- these -- the IRIS

7  assessments that you looked at, they were assessments

8  that considered the neurotoxicity literature according

9  to the EPA's guidelines for neurotoxicity risk

10  assessment?

11     A.     Yes.

12     Q.     Do the guidelines provide criteria and

13  considerations for how we review scientific literature

14  on neurotoxicity?

15     A.     They give at least some of that

16  information, and they -- they tell the types and kinds

17  of studies that would constitute sufficient cause to be

18  looking seriously at neurotoxicity.

19     Q.     Okay.  And when you assessed the

20  literature, did you assess the literature according to

21  the considerations and methods and principles set forth

22  in the guidelines?

23               MS. CARFORA:  Objection, leading.

24               THE WITNESS:  Yes.

25  BY MR. CONNETT:

Page 320

1          Q.      Do the -- do EPA's guidelines for

2     neurotoxicity risk assessment, do they require

3     systematic reviews?

4          A.      No.

5          Q.      Dr. Chang, did you read her report in

6     this case?

7          A.      Yes.

8                  MS. CARFORA:  Objection, scope.

9     BY MR. CONNETT:

10         Q.      Okay.  Did Dr. Chang -- do you understand

11    that Dr. Chang -- strike that.

12                 Did Dr. Chang perform any systematic

13    review?

14                 MS. CARFORA:  Objection, scope.

15                 THE WITNESS:  I believe she said she did,

16         yes.

17    BY MR. CONNETT:

18         Q.      Okay.  Did Dr. Chang identify studies

19    that you did not discuss in your report?

20                 MS. CARFORA:  Objection, scope.

21                 THE WITNESS:  She may have had some that

22         I didn't, but I did not discuss the entire set of

23         epidemiologic papers.

24    BY MR. CONNETT:

25         Q.      If she identified studies of fluoride

Page 321

1   that found or reported adverse effects -- adverse

2   neurotoxic effects from fluoride exposure, if she

3   identified such studies and you did not discuss those

4   studies in your report, should we conclude that you

5   were biased in your assessment of the literature?

6                   MS. CARFORA:  Objection, scope.  Scope

7         and hypothetical and complex question.  Compound

8         question.

9                   THE WITNESS:  If she discussed reports

10        finding an effect --

11                  MR. CONNETT:  Right.

12                  THE WITNESS:  -- that would simply

13        support what I had.

14   BY MR. CONNETT:

15        Q.    Okay.  Now, Dr. Chang discusses a -- an

16   abstract by Dr. Bruce Spittle that was published in

17   1998.

18                  Are you familiar at all with that

19   abstract?

20                  MS. CARFORA:  Objection, scope.

21                  THE WITNESS:  I looked it up after I saw

22        her report.

23   BY MR. CONNETT:

24        Q.    Do you recall whether Dr. Spittle in his

25   abstract identified controlling for any confounding

Exhibit A

Adkins Declaration, Exhibit 07

Bashash 2017

# Research

A Section 508–conformant HTML version of this article
is available at https://doi.org/10.1289/EHP655.

# Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico

Morteza Bashash,[1] Deena Thomas,[2] Howard Hu,[1] E. Angeles Martinez-Mier,[3] Brisa N. Sanchez,[2] Niladri Basu,[4] Karen E. Peterson,[2,5,6] Adrienne S. Ettinger,[2] Robert Wright,[7] Zhenzhen Zhang,[2] Yun Liu,[2] Lourdes Schnaas,[8] Adriana Mercado-García,[9] Martha María Téllez-Rojo,[9] and Mauricio Hernández-Avila[9]

[1]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada
[2]University of Michigan School of Public Health, Ann Arbor, Michigan, USA
[3]Indiana University School of Dentistry, Indiana University-Purdue University Indianapolis, Indianapolis, Indiana, USA
[4]Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, Quebec, Canada
[5]Center for Human Growth and Development, University of Michigan, Ann Arbor, Michigan, USA
[6]Harvard T.H. Chan School of Public Health, Boston, Massachusetts, USA
[7]Icahn School of Medicine at Mount Sinai, New York, New York, USA
[8]Instituto Nacional de Perinatología, Mexico City, Mexico
[9]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

**BACKGROUND:** Some evidence suggests that fluoride may be neurotoxic to children. Few of the epidemiologic studies have been longitudinal, had individual measures of fluoride exposure, addressed the impact of prenatal exposures or involved more than 100 participants.

**OBJECTIVE:** Our aim was to estimate the association of prenatal exposure to fluoride with offspring neurocognitive development.

**METHODS:** We studied participants from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. An ion-selective electrode technique was used to measure fluoride in archived urine samples taken from mothers during pregnancy and from their children when 6–12 y old, adjusted for urinary creatinine and specific gravity, respectively. Child intelligence was measured by the General Cognitive Index (GCI) of the McCarthy Scales of Children's Abilities at age 4 and full scale intelligence quotient (IQ) from the Wechsler Abbreviated Scale of Intelligence (WASI) at age 6–12.

**RESULTS:** We had complete data on 299 mother–child pairs, of whom 287 and 211 had data for the GCI and IQ analyses, respectively. Mean (SD) values for urinary fluoride in all of the mothers ($n = 299$) and children with available urine samples ($n = 211$) were 0.90 (0.35) mg/L and 0.82 (0.38) mg/L, respectively. In multivariate models we found that an increase in maternal urine fluoride of 0.5 mg/L (approximately the IQR) predicted 3.15 (95% CI: −5.42, −0.87) and 2.50 (95% CI −4.12, −0.59) lower offspring GCI and IQ scores, respectively.

**CONCLUSIONS:** In this study, higher prenatal fluoride exposure, in the general range of exposures reported for other general population samples of pregnant women and nonpregnant adults, was associated with lower scores on tests of cognitive function in the offspring at age 4 and 6–12 y. https://doi.org/10.1289/EHP655

## Introduction

Community water, salt, milk, and dental products have been fluoridated in varying degrees for more than 60 y to prevent dental caries, while fluoride supplementation has been recommended to prevent bone fractures (Jones et al. 2005). In addition, people may be exposed to fluoride through the consumption of naturally contaminated drinking water, dietary sources, dental products, and other sources (Doull et al. 2006). Whereas fluoride is added to drinking water [in the United States at levels of 0.7–1.2 mg/L (Doull et al. 2006)] to promote health, populations with exceptionally high exposures, often from naturally contaminated drinking water, are at risk of adverse health effects, including fluorosis.

In the United States, the U.S. Environmental Protection Agency (EPA) is responsible for establishing maximum permissible concentrations of contaminants, including fluoride, in public drinking-water systems. These standards are guidelines for restricting the amount of fluoride contamination in drinking water, not

standards for intentional drinking-water fluoridation. In 2006 the U.S. EPA asked the U.S. National Research Council (NRC) to reevaluate the existing U.S. standards for fluoride contamination, including the maximum contaminant level goal (MCLG, a concentration at which no adverse health effects are expected) of 4 mg/L, to determine if the standards were adequate to protect public health (Doull et al. 2006). The committee concluded that the MCLG of 4 mg/L should be lowered because it puts children at risk of developing severe enamel fluorosis, and may be too high to prevent bone fractures caused by fluorosis (Doull et al. 2006). The Committee also noted some experimental and epidemiologic evidence suggesting that fluoride may be neurotoxic (Doull et al. 2006).

The National Toxicology Program (NTP) recently reviewed animal studies on the effects of fluoride on neurobehavioral outcomes and concluded that there was a moderate level of evidence for adverse effects of exposures during adulthood, a low level of evidence for effects of developmental exposures on learning and memory, and a need for additional research, particularly on the developmental effects of exposures consistent with those resulting from water fluoridation in the United States (Doull et al. 2006; NTP 2016). Human studies have shown a direct relationship between the serum fluoride concentrations of maternal venous blood and cord blood, indicating that the placenta is not a barrier to the passage of fluoride to the fetus (Shen and Taves, 1974). Fluoride was shown to accumulate in rat brain tissues after chronic exposures to high levels, and investigators have speculated that accumulation in the hippocampus might explain effects on learning and memory (Mullenix et al. 1995). An experimental study on mice has shown that fluoride exposure may have adverse effects on neurodevelopment, manifesting as both cognitive and behavioral abnormalities later in life (Liu et al. 2014).

Please send correspondence to M. Bashash, Dalla Lana School of Public Health, 6th floor, 155 College St., Toronto, Ontario M5R3M7 Canada. Telephone: +1-416-978-6512. Email: m.bashash@utoronto.ca

Supplemental Material is available online (https://doi.org/10.1289/EHP655).

The authors declare they have no actual or potential competing interests.

Received 14 June 2016; Revised 8 May 2017; Accepted 9 May 2017; Published 19 September 2017.

**Note to readers with disabilities:** *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehponline@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

Most epidemiologic studies demonstrating associations between fluoride exposure and lower neuropsychological indicators have been conducted in populations living in regions with endemic fluorosis that are exposed to high levels of fluoride in contaminated drinking water. The epidemiologic evidence is limited, however, with most studies using an ecologic design to estimate childhood exposures based on neighborhood measurements of fluoride (e.g., drinking water levels) rather than personal exposure measures. Moreover, almost all existing studies of childhood outcomes are cross-sectional in nature, rendering them weak contributors towards causal inference.

The main objective of this study was to assess the potential impact of prenatal exposures to fluoride on cognitive function and test hypotheses related to impacts on overall cognitive function. We hypothesized that fluoride concentrations in maternal urine samples collected during pregnancy, a proxy measure of prenatal fluoride exposure, would be inversely associated with cognitive performance in the offspring children. Overall, to our knowledge, this is one of the first and largest longitudinal epidemiologic studies to exist that either address the association of early life exposure to fluoride to childhood intelligence or study the association of fluoride and cognition using individual biomarker of fluoride exposure.

## Methods

This is a longitudinal birth cohort study of measurements of fluoride in the urine of pregnant mothers and their offspring (as indicators of individual prenatal and postnatal exposures to fluoride, respectively) and their association with measures of offspring cognitive performance at 4 and 6–12 y old. The institutional review boards of the National Institute of Public Health of Mexico, University of Toronto, University of Michigan, Indiana University, and Harvard T.H. Chan School of Public Health and participating clinics approved the study procedures. Participants were informed of study procedures prior to signing an informed consent required for participation in the study.

### Participants

Mother–child pairs in this study were participants from the successively enrolled longitudinal birth cohort studies in Mexico City that comprise the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. Of the four ELEMENT cohorts [that have been described elsewhere (Afeiche et al. 2011)], Cohort 1 and Cohort 2B recruited participants at birth and did not have archived maternal-pregnancy urine samples required for this analysis; they were thus excluded. Mothers for Cohort 2A ($n = 327$) and 3 ($n = 670$) were all recruited from the same three hospitals in Mexico City that serve low-to-moderate income populations. Cohort 2A was an observational study of prenatal lead exposure and neurodevelopmental outcomes in children (Hu et al. 2006). Women who were planning to become pregnant or were pregnant women were recruited during May 1997–July 1999 and were considered eligible if they consented to participate; were ≤14 wk of gestation at the time of recruitment; planned to stay in the Mexico City study area for at least 5 y; did not report a history of psychiatric disorders, high-risk pregnancies, gestational diabetes; did not report current use of daily alcohol, illegal drugs, and continuous prescription drugs; and were not diagnosed with preeclampsia, renal disease, circulatory diseases, hypertension, and seizures during the index pregnancy.

Cohort 3 mothers were pregnant women (≤14 wk of gestation) recruited from 2001 to 2003 for a randomized trial of the effect of calcium supplementation during pregnancy on maternal blood lead levels (Ettinger et al. 2009). Eligibility criteria were the same as for Cohort 2A, and 670 agreed to participate.

### Exposure Assessment

By virtue of living in Mexico, individuals participating in the study have been exposed to fluoridated salt (at 250 ppm) (Secretaría-de-Salud 1995, 1996) and to varying degrees of naturally occurring fluoride in drinking water. Previous reports, based on samples taken from different urban and rural areas, indicate that natural water fluoride levels in Mexico City may range from 0.15 to 1.38 mg/L (Juárez-López et al. 2007; Martínez-Mier et al. 2005). Mean fluoride content for Mexico City's water supply is not available because fluoride is not reported as part of water quality control programs in Mexico.

Mother–child pairs with at least one archived urine sample from pregnancy and measures of neurocognitive function in the offspring were included in this study. In terms of when the archived samples were collected, the pregnant mothers were invited for assessments with the collection of samples during trimester 1 (13.6 ± 2.1 wk for Cohort 3 and 13.7 ± 3.5 wk for Cohort 2A), trimester 2 (25.1 ± 2.3 wk for Cohort 3 and 24.4 ± 2.9 wk for Cohort 2A), and trimester 3 (33.9 ± 2.2 wk for Cohort 3 and 35.0 ± 1.8 wk for Cohort 2A).

A spot (second morning void) urine sample was targeted for collection during each trimester of pregnancy of ELEMENT mothers as well as the offspring children at the time of their measurements of intelligence at 6–12 y old. The samples were collected into fluoride-free containers and immediately frozen at the field site and shipped and stored at −20°C at the Harvard T. H. Chan School of Public Health (HSPH), and then at −80°C at the University of Michigan School of Public Health (UMSPH).

A procedure for urine analysis of fluoride described elsewhere (Martínez-Mier et al. 2011) was adapted and modified for this study. The fluoride content of the urine samples was measured using ion-selective electrode-based assays. First, 3 M sulfuric acid saturated with hexamethyldisiloxane (HMDS) was added to the sample to allow fluoride to diffuse from the urine for 20–24 hr. The diffused fluoride was allowed to collect in 0.05 M of sodium hydroxide on the interior of the petri dish cover. Once the diffusion was complete, 0.25 M of acetic acid was added to the sodium hydroxide to neutralize the solution and then analyzed directly using a fluoride ion-selective electrode (Thermo Scientific Orion, Cat#13-642-265) and pH/ISE meter (Thermo Scientific Orion, Cat#21-15-001). All electrode readings (in millivolts) were calculated from a standard curve. Analyses were performed in a Class 100/1,000 clean room. Quality control measures included daily instrument calibration, procedural blanks, replicate runs, and the use of certified reference materials (Institut National de Santé Publique du Québec, Cat #s 0910 and 1007; NIST3183, Fluoride Anion Standard). Urinary fluoride concentrations were measured at the UMSPH and the Indiana University Oral Health Research Institute (OHRI) as previously described (Thomas et al. 2016). A validation study comparing measures taken by the two labs in the same samples revealed a between-lab correlation of 0.92 (Thomas et al. 2016).

There were a total of 1,484 prenatal samples measured at the UMSPH lab. All of these samples were measured in duplicate. Of these, 305 (20%) of them did not meet the quality control criteria for ion-selective electrode-based methods (i.e., RSD <20% for samples with F level <0.2 ppm or RSD <10% when F level >0.2 ppm) (Martinez-Mier et al. 2011). Of these 305, 108 had a second aliquot available and were successfully measured at the OHRI lab in Indiana (sufficient urine volume was not available for the remaining 197 samples). The OHRI lab in Indiana also measured an additional 289 samples. Of the 397

total samples measured at the OHRI lab in Indiana, 139 (35%) were measured in duplicate, for which >95% complied with the quality control criteria above; thus, all 139 values were retained. The remaining 258 (65%) were not measured in duplicate because of limitations in available urine volume, but were included in the study given the excellent quality control at the OHRI lab. In total, we ended up with 1,576 prenatal urine samples with acceptable measures of fluoride.

Of these 1,576 urine samples, 887 also had data on urinary creatinine and were associated with mother–offspring pairs who had data on the covariates of interest and GCI or IQ in the offspring. The urinary creatinine data were used to correct for variations in urine dilution at the time of measurement (Baez et al. 2014). Creatinine-adjusted urinary fluoride concentrations were obtained for each maternally derived sample by dividing the fluoride concentration (MUF) in the sample by the sample's creatinine concentration (MUC), and multiplying by the average creatinine concentration of samples available at each trimester ($MUC_{average}$) using the formula: $(MUF/MUC) \times MUC_{average}$. The values of average creatinine concentration used for the $MUC_{average}$ at each trimester were derived from the larger pool of trimester-1, -2, and -3 samples from Cohorts 2A and 3 examined in our previous report on maternal fluoride biomarker levels (Thomas et al. 2016): 100.81, 81.60, and 72.41 (mg/L), respectively. For each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure ($MUF_{cr}$). For children, as creatinine measurements were not available, urinary fluoride values (CUF) were corrected for specific gravity (SG) using the formula $CUF_{sg} = CUF(1.02 - 1)/(SG - 1)$ (Usuda et al. 2007).

After calculating $MUF_{cr}$ for the 887 urine samples noted above, 10 values of $MUF_{cr}$ were identified as extreme outliers (>3.5 SDs) and were dropped, leaving 877 measures of $MUF_{cr}$. These 877 measures of $MUF_{cr}$ stemmed from 512 unique mothers. Of these 512, 71 participants had measurements from each of the three trimesters; 224 had measurements from two of the three trimesters (74, T1 and T2; 131, T1 and T3; and 19, T2 and T3); and 217 had measurements from only one of the trimesters (159, T1; 34, T2; and 24, T3).

### Measurement of Outcomes

At age 4 y, neurocognitive outcomes were measured using a standardized version of McCarthy Scales of Children's Abilities (MSCA) translated into Spanish (McCarthy 1991). MSCA evaluates verbal, perceptual-performance, quantitative, memory, and motor abilities of preschool-aged children, and it has previously been successfully used in translated versions (Braun et al. 2012; Julvez et al. 2007; Kordas et al. 2011; Puertas et al. 2010). For this analysis, we focused on the General Cognitive Index (GCI), which is the standardized composite score produced by the MSCA (McCarthy 1991). For children 6–12 y old a Spanish-version of the Wechsler Abbreviated Scale of Intelligence (WASI) (Wechsler 1999) was administered. WASI includes four subtests (Vocabulary, Similarities, Block Design, and Matrix Reasoning), which provide estimates of Verbal, Performance, and Full-Scale IQ (Wechsler 1999). Both tests were administered by a team of three psychologists who were trained and supervised by an experienced developmental psychologist (L.S.). This team of three psychologists applied all of the McCarthy tests as well as the WASI-FSIQ tests. At the time of follow-up visits (age 4 and 6–12 y), each child was evaluated by one of the psychologists who was blind to the children's fluoride exposure. The inter-examiner reliability of the psychologists was evaluated by having all three psychologists participate in assessments on a set of 30 individuals. For these 30, the inter-examiner reliability of the psychologists was evaluated by calculating the correlation in GCI scores by two of the psychologists with the scores of a third psychologist whom they observed applying the test in all three possible combinations with 10 participants for each observers–examiner pair (i.e., psychologist A (applicant) was observed by psychologist B and psychologist C; psychologist B (applicant) was observed by psychologist A and psychologist C; and psychologist C (applicant) was observed by psychologist A and psychologist B). The mean observer–examiner correlation was 0.99. All raw scores were standardized for age and sex (McCarthy 1991). Inter-examiner reliability was not examined on the WASI test.

### Measurement of Covariates

Data were collected from each subject by questionnaire on maternal age (and date of birth), education, and marital status at the first pregnancy visit; on birth order, birth weight, and gestational age at delivery; and on maternal smoking at every prenatal and postnatal visit. Gestational age was estimated by registered nurses. Maternal IQ was estimated using selected subtests of the Wechsler Adult Intelligence Scale (WAIS)-Spanish (Information, Comprehension, Similarities, and Block Design), which was standardized for Mexican adults (Renteria et al. 2008; Wechsler et al. 1981). Maternal IQ was measured at the study visit 6 mo after birth or at the 12-mo visit if the earlier visit was not completed.

The quality of the children's individual home environments was assessed using an age-appropriate version of the HOME score. However, the measure was not available for all observations because it was only added to on-going cohort evaluation protocols beginning in April 2003, when a version of the HOME score instrument that is age-appropriate for children 0–5 y old was adopted, following which a version of the HOME score instrument that is age-appropriate for children ≥6 y old was adopted in September 2009 (Caldwell and Bradley 2003). Thus, we adjusted for HOME score using the measures for 0- to 5-y-old children in the subset of children who had this data in our analyses of GCI, and we adjusted for HOME score using the measures for >6-y-old children in the subset of children who had this data in our analyses of IQ.

### Statistical Analyses

Univariate distributions and descriptive statistics were obtained for all exposure variables, outcome variables, and model covariates. For each variable, observations were classified as outliers if they were outside the bounds of the mean $\pm 3.5$ SDs. Primary analyses were conducted with exposure and outcome outliers excluded. Statistical tests of bivariate associations were conducted using chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the means of the outcomes or exposure within groups defined according to the distribution of each covariate. Spearman correlation coefficients were used to measure the correlation between $MUF_{cr}$ and $CUF_{sg}$. Regression models were used to assess the adjusted associations between prenatal fluoride and each neurocognitive outcome separately. Generalized additive models (GAMs) were used to visualize the adjusted association between fluoride exposure and measures of intelligence [SAS statistical software (version 9.4; SAS Institute Inc.)]. Because the pattern appeared curvilinear, and because GAMs do not yield exact p-values for deviations from linearity, we used a Wald p-value of a quadratic term of fluoride exposure to test the null hypothesis that a quadratic model fit the data better

**STUDY SUBJECT INCLUSION FLOWCHART**



**Figure 1.** Flowchart describing source of mother–offspring subject pairs, fluoride and cognition study. Cohort 2A was designed as an observational birth cohort of lead toxicodynamics during pregnancy, with mothers recruited early during pregnancy from 1997 to 2001. Cohort 3 was designed as a randomized double-blind placebo-controlled trial of calcium supplements, with mothers recruited early during pregnancy from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. GCI is the McCarthy Scales General Cognitive Index (administered at age 4 y). IQ is the Wechsler Abbreviated Intelligence Scales Intelligence Quotient (administered at age 6–12 y and age-adjusted).

than the model assuming a linear relationship, and thus obtained a *p*-value for deviation from linearity of the fluoride–outcome associations. Residual diagnostics were used to examine other model assumptions and identify any additional potentially influential observations. Visual inspection of default studentized residual versus leverage plot from SAS PROC REG did not identify potential influential observations. Visual inspection of the histogram of the residuals did not indicate lack of normality; however, a fanning pattern in the residual versus predicted value plot indicated lack of constant variance (data not shown). Hence, robust standard errors were obtained using the "empirical" option in SAS PROC GENMOD.

Our overall strategy for selecting covariates for adjustment was to identify those that are well known to have potential associations with either fluoride exposure or cognitive outcomes and/or are typically adjusted for as potential confounders in analyses of environmental toxicants and cognition. All models were adjusted for gestational age at birth (in weeks), birthweight (kilograms), birth order (first born yes vs. no), sex, and child's age at the time of the neurocognitive test (in years). All models were also adjusted for maternal characteristics including marital status (married vs. others), smoking history (ever-smoker vs. never-

smoker), age at delivery, IQ, and education (itself also a proxy for socioeconomic status). Finally, all models adjusted for potential cohort effects by including indicator variables denoting from which cohort (Cohort 2A, Cohort 3 + Ca supplement, and Cohort 3 -placebo) the participants came. We used 0.5 mg/L, which was close to the interquartile range of $MUF_{cr}$ for the analyses of both GCI (IQR = 0.45) and IQ (IQR = 0.48), as a standard measure of incremental exposure. SAS statistical software (version 9.4; SAS Institute Inc.) was used for all data analyses described.

*Sensitivity Analyses*

Models were further adjusted for variables that relate to relatively well-known potential confounders (but for which we were missing a significant amount of data) and variables that were less-well known but possible confounders. The HOME scores were subject to sensitivity analyses because, as noted in the "Methods" section, they were not added to the subject evaluation protocols until 2003, resulting in a significantly smaller subsample of participants with this data. Models of the association between prenatal fluoride exposure ($MUF_{cr}$) and IQ at 6–12 y old were also adjusted for the child's urine fluoride concentration at 6–12 y of

**Table 1.** Comparisons across cohorts with respect to the distributions of biomarkers of exposure to prenatal fluoride ($MUF_{cr}$), prenatal lead (maternal bone Pb), prenatal mercury (maternal blood Hg), and contemporaneous childhood fluoride ($CUF_{sg}$); and cognitive outcomes (GCI and IQ).

| Analysis | Measurement | Cohort | N | Mean | SD | Min | 25 | 50 | 75 | Max | p-Value[a] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GCI Analysis | GCI | Cohort 3-Ca | 84 | 96.88 | 14.07 | 50 | 88 | 96 | 107 | 124 | 0.997 |
| | | Cohort 3-placebo | 93 | 96.80 | 13.14 | 50 | 89 | 96 | 105 | 125 | |
| | | Cohort 2A | 110 | 96.95 | 15.46 | 56 | 88 | 98 | 110 | 125 | |
| | | Total[b] | 287 | 96.88 | 14.28 | 50 | 88 | 96 | 107 | 125 | |
| | $MUF_{cr}$ (mg/L) | Cohort 3-Ca | 84 | 0.92 | 0.41 | 0.28 | 0.60 | 0.84 | 1.14 | 2.36 | 0.57 |
| | | Cohort 3-placebo | 93 | 0.87 | 0.34 | 0.23 | 0.62 | 0.82 | 1.10 | 2.01 | |
| | | Cohort 2A | 110 | 0.92 | 0.33 | 0.23 | 0.68 | 0.86 | 1.11 | 2.14 | |
| | | Total[b] | 287 | 0.90 | 0.36 | 0.23 | 0.65 | 0.84 | 1.11 | 2.36 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 62 | 7.30 | 7.37 | 0.05 | 0.75 | 4.40 | 12.93 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 43 | 7.31 | 7.31 | 0.11 | 1.50 | 8.60 | 13.97 | 27.37 | |
| | | Cohort 2A | 62 | 13.60 | 11.36 | 0.15 | 5.35 | 10.52 | 19.46 | 47.07 | |
| | | Total[c] | 167 | 10.13 | 9.41 | 0.05 | 2.37 | 8.22 | 15.37 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 38 | 3.32 | 1.40 | 0.73 | 2.40 | 3.00 | 4.15 | 7.06 | 0.12 |
| | | Cohort 3-placebo | 28 | 2.80 | 1.33 | 1.27 | 1.89 | 2.53 | 3.40 | 7.22 | |
| | | Cohort 2A | 75 | 4.53 | 5.61 | 0.77 | 2.30 | 3.24 | 4.37 | 35.91 | |
| | | Total[c] | 141 | 3.86 | 4.25 | 0.73 | 2.20 | 3.08 | 4.15 | 35.91 | |
| IQ Analysis | IQ | Cohort 3-Ca | 58 | 94.91 | 9.86 | 76 | 87 | 96 | 100 | 120 | 0.69 |
| | | Cohort 3-placebo | 75 | 96.29 | 9.63 | 75 | 89 | 97 | 102 | 124 | |
| | | Cohort 2A | 78 | 96.47 | 13.20 | 67 | 87 | 96 | 107 | 131 | |
| | | Total[d] | 211 | 95.98 | 11.11 | 67 | 88 | 96 | 107 | 131 | |
| | $MUF_{cr}$ (mg/L) | Cohort 3-Ca | 58 | 0.89 | 0.38 | 0.29 | 0.57 | 0.84 | 1.10 | 1.85 | 0.86 |
| | | Cohort 3-placebo | 75 | 0.87 | 0.35 | 0.23 | 0.61 | 0.82 | 1.11 | 2.01 | |
| | | Cohort 2A | 78 | 0.90 | 0.34 | 0.23 | 0.67 | 0.85 | 1.09 | 2.14 | |
| | | Total[d] | 211 | 0.89 | 0.36 | 0.23 | 0.64 | 0.82 | 1.07 | 2.14 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 67 | 6.97 | 7.20 | 0.05 | 0.76 | 4.36 | 11.73 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 48 | 9.07 | 7.42 | 0.11 | 1.00 | 8.49 | 14.41 | 27.37 | |
| | | Cohort 2A | 62 | 13.60 | 11.36 | 0.15 | 5.35 | 10.52 | 19.46 | 47.07 | |
| | | Total[e] | 177 | 9.86 | 9.33 | 0.05 | 2.29 | 7.95 | 15.22 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 43 | 3.25 | 1.41 | 0.51 | 2.43 | 2.87 | 4.02 | 7.06 | 0.067 |
| | | Cohort 3-placebo | 31 | 2.66 | 1.36 | 0.78 | 1.81 | 2.40 | 3.26 | 7.22 | |
| | | Cohort 2A | 75 | 4.53 | 5.61 | 0.77 | 2.30 | 3.24 | 4.37 | 35.91 | |
| | | Total[e] | 149 | 3.77 | 4.16 | 0.51 | 2.19 | 2.90 | 4.11 | 35.91 | |
| | $CUF_{sg}$ (mg/L) | Cohort 3-Ca | 71 | 0.84 | 0.4 | 0.31 | 0.53 | 0.78 | 1.12 | 2.8 | 0.29 |
| | | Cohort 3-placebo | 53 | 0.85 | 0.38 | 0.35 | 0.57 | 0.75 | 1.14 | 1.85 | |
| | | Cohort 2A | 65 | 0.76 | 0.34 | 0.18 | 0.51 | 0.7 | 0.89 | 1.76 | |
| | | Total[e] | 189 | 0.82 | 0.38 | 0.18 | 0.54 | 0.73 | 1.01 | 2.8 | |
| All available measurements | GCI | Cohort 3-Ca | 133 | 97.32 | 13.67 | 50 | 88 | 96 | 107 | 124 | 0.57 |
| | | Cohort 3-placebo | 149 | 95.99 | 13.07 | 50 | 88 | 96 | 106 | 125 | |
| | | Cohort 2A | 150 | 97.57 | 14.63 | 56 | 88 | 99 | 109 | 131 | |
| | | Total[f] | 432 | 96.95 | 13.80 | 50 | 88 | 96 | 107 | 131 | |
| | IQ | Cohort 3-Ca | 91 | 95.92 | 10.15 | 76 | 88 | 95 | 103 | 120 | 0.92 |
| | | Cohort 3-placebo | 114 | 96.56 | 9.84 | 75 | 89 | 96 | 102 | 124 | |
| | | Cohort 2A | 111 | 96.25 | 12.67 | 67 | 87 | 95 | 105 | 131 | |
| | | Total[f] | 316 | 96.27 | 10.97 | 67 | 88 | 96 | 103 | 131 | |
| | $MUF_{cr}$ (mg/L) | Cohort 3-Ca | 181 | 0.89 | 0.36 | 0.28 | 0.64 | 0.83 | 1.09 | 2.36 | 0.11 |
| | | Cohort 3-placebo | 183 | 0.84 | 0.31 | 0.02 | 0.61 | 0.81 | 1.02 | 2.01 | |
| | | Cohort 2A | 148 | 0.91 | 0.35 | 0.23 | 0.67 | 0.86 | 1.10 | 2.15 | |
| | | Total[f] | 512 | 0.88 | 0.34 | 0.02 | 0.64 | 0.82 | 1.07 | 2.36 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 97 | 7.07 | 7.26 | 0.01 | 0.83 | 4.36 | 11.78 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 74 | 9.15 | 8.38 | 0.11 | 0.85 | 8.62 | 13.41 | 40.8 | |
| | | Cohort 2A | 86 | 13.77 | 11.30 | 0.15 | 5.49 | 10.52 | 20.58 | 47.07 | |
| | | Total[f] | 257 | 9.91 | 9.51 | 0.01 | 2.01 | 7.64 | 15.31 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 55 | 3.03 | 1.41 | 0.51 | 2.12 | 2.77 | 3.62 | 7.06 | 0.09 |
| | | Cohort 3-placebo | 48 | 2.87 | 2.09 | 0.34 | 1.82 | 2.37 | 3.34 | 13.47 | |
| | | Cohort 2A | 104 | 4.06 | 4.88 | 0.77 | 2.14 | 3.10 | 4.16 | 35.91 | |
| | | Total[f] | 207 | 3.51 | 3.70 | 0.34 | 2.07 | 2.80 | 3.79 | 35.91 | |
| | $CUF_{sg}$ (mg/L) | Cohort 3-Ca | 104 | 0.84 | 0.39 | 0.31 | 0.56 | 0.75 | 1.07 | 2.80 | 0.227 |
| | | Cohort 3-placebo | 84 | 0.90 | 0.46 | 0.35 | 0.58 | 0.75 | 1.09 | 2.89 | |
| | | Cohort 2A | 96 | 0.79 | 0.34 | 0.18 | 0.53 | 0.73 | 0.92 | 2.11 | |
| | | Total[f] | 284 | 0.84 | 0.40 | 0.18 | 0.57 | 0.74 | 1.00 | 2.89 | |

[a]Analysis of variance across cohorts.
[b]Total number of subjects included in GCI main analysis.
[c]Total number of subjects included in GCI sensitivity analysis.
[d]Total number of subjects included in IQ main analysis.
[e]Total number of subjects included in IQ sensitivity analysis.
[f]Total number of subjects with available measurements, combining Cohort 2A and Cohort 3.

**Table 2.** Analysis comparing subjects with and without data of interest [n (%) or mean ± SD] with respect to characteristics of mothers and children and sensitivity analysis covariates.

| | GCI analysis | | IQ analysis | |
|---|---|---|---|---|
| Characteristic | Included | Excluded | Included | Excluded |
| Total number[a] | 287 | 710 | 211 | 786 |
| Sex | | | | |
| Female | 160 (56%) | 244 (47%) | 116 (55%) | 288 (48%) |
| Male | 127 (44%) | 275 (53%) | 95 (45%) | 307 (52%) |
| Birth order | | | | |
| First child | 96 (33%) | 184 (35%) | 93 (32%) | 279 (36%) |
| ≥2nd child | 191 (67%) | 335 (65%) | 118 (68%) | 507 (65%) |
| Birth weight (kg) | 3.11 ± 0.45 | 3.11 ± 0.44 | 3.11 ± 0.46 | 3.11 ± 0.43 |
| Gestational age (wk) | 38.66 ± 1.84 | 38.58 ± 1.68 | 38.56 ± 1.80 | 38.63 ± 1.72 |
| Age at outcome assessment (y) | 4.04 ± 0.05 | 4.05 ± 0.05 | 8.50 ± 1.31 | 8.83 ± 1.64 |
| Maternal age at delivery (y) | 26.78 ± 5.53 | 26.49 ± 5.37 | 27.16 ± 5.61 | 26.41 ± 5.36 |
| Maternal education (y)[b] | 10.63 ± 2.76 | 10.75 ± 3.08 | 10.80 ± 2.85 | 10.69 ± 3.03 |
| Maternal IQ[c] | 88.63 ± 12.17 | 89.27 ± 14.6 | 89.01 ± 12.45 | 88.27 ± 13.00 |
| Marital status[d] | 3.11 ± 0.45 | 3.11 ± 0.44 | 3.11 ± 0.46 | 3.11 ± 0.43 |
| Married | 201 (70%) | 493 (70%) | 149 (71%) | 544 (69%) |
| Other | 86 (30%) | 216 (30%) | 62 (29%) | 240 (31%) |
| Maternal smoking[e] | | | | |
| Ever | 141 (49%) | 335 (51%) | 102 (48%) | 374 (51%) |
| Never | 146 (51%) | 325 (49%) | 109 (52%) | 362 (49%) |
| Cohort | | | | |
| Cohort 3-Ca | 93 (32%) | 241 (34%) | 76 (36%) | 259 (33%) |
| Cohort 3-placebo | 84 (29%) | 252 (36%) | 59 (28%) | 278 (35%) |
| Cohort 2A | 110 (38%) | 217 (31%) | 78 (37%) | 249 (32%) |
| Sensitivity Analyses | | | | |
| HOME score[f] | $N^\dagger = 138$ | $N^\ddagger = 87$ | $N^\dagger = 124$ | $N^\ddagger = 55$ |
| | 35.24 ± 6.31 | 33.23 ± 6.55 | 35.54 ± 7.46 | 35.8 ± 7.44 |
| SES[g] | $N^\dagger = 188$ | $N^\ddagger = 110$ | $N^\dagger = 199$ | $N^\ddagger = 98$ |
| | 6.35 ± 2.43 | 6.94 ± 2.72 | 6.36 ± 2.41 | 6.98 ± 2.79 |
| Maternal Bone Pb (μg/g)[h] | $N^\dagger = 167$ | $N^\ddagger = 91$ | $N^\dagger = 177$ | $N^\ddagger = 80$ |
| | 9.26 ± 10.55 | 8.97 ± 10.32 | 9.02 ± 10.43 | 9.48 ± 10.55 |
| Maternal Blood Hg (μg/L)[i] | $N^\dagger = 141$ | $N^\ddagger = 67$ | $N^\dagger = 149$ | $N^\ddagger = 58$ |
| | 3.86 ± 4.25 | 2.76 ± 1.95 | 3.77 ± 4.16 | 2.83 ± 2.01 |
| CUF_sg[j] (mg/L) | | | $N^\dagger = 124$ | $N^\ddagger = 55$ |
| | | | 35.54 ± 7.46 | 35.8 ± 7.44 |

[a]The total number of subjects ($n = 997$) are all mother–offspring pairs who participated in the original Cohort 2A and Cohort 3 studies.
[b]Maternal education at the time of the child's birth.
[c]Maternal IQ measured at 6 mo after child's birth.
[d]Mother's marital status at the time of the child's birth.
[e]History of any maternal smoking.
[f]HOME score measured using the separate age-appropriate instruments pertaining to children of ≤5 y old; and children >5 y old.
[g]Family socioeconomic status (SES) measured by questionnaire of family possessions at follow-up.
[h]Maternal patella bone lead measured by KXRF after birth.
[i]Maternal average blood mercury during pregnancy.
[j]Children's specific gravity–corrected urinary fluoride measured at the time of each child's IQ test (6–12 y old).
$N^\dagger$ Number of subjects with measurements of $MUF_{cr}$, cognitive outcome, main covariates, and sensitivity covariates (they are included in the sensitivity model).
$N^\ddagger$ Number of subjects with measurements of sensitivity covariates, but missing data on exposure, outcomes, or main covariates (they are excluded from the sensitivity model).

age ($CUF_{sg}$), a measure that was collected in a significantly smaller subset of individuals, to evaluate the potential role of contemporaneous exposure. Associations between prenatal fluoride exposure ($MUF_{cr}$) and GCI at 4 y old could not be adjusted for contemporaneous fluoride exposure because urine samples were not collected from children when the MSCA (from which the GCI is derived) was administered. Maternal bone lead measured by a 109-Cd K-X-ray fluorescence (KXRF) instrument at 1 mo postpartum, a proxy for lead exposure from mobilized maternal bone lead stores during pregnancy (Hu et al. 2006), was included in the model to test for the possible confounding effect of lead exposure during pregnancy. We focused on the subset of women who had patella bone lead values because these were found to be most influential on our previous prospective study of offspring cognition (Gomaa et al. 2002). Average maternal mercury level during pregnancy was also tested for being a potential confounder (Grandjean and Herz 2011). Mercury was measured as total mercury content in the subsample of women who had samples of archived whole blood samples taken during pregnancy

with sufficient volume to be analyzed using a Direct Mercury Analyzer 80 (DMA-80, Milestone Inc., Shelton, CT, USA) as previously described (Basu et al. 2014).

To address the potential confounding effect of socioeconomic status (SES) we conducted sensitivity analyses that adjusted our model for SES (family possession score). The socioeconomic questionnaire asked about the availability of certain items and assets in the home. Point values were assigned to each item, and SES was calculated based on the sum of the points across all items (Huang et al. 2016). Given that the calcium intervention theoretically could have modified the impact of fluoride, in examining our results, we repeated the analyses with and without the Cohort 3 participants who were randomized to the calcium intervention to omit any potential confounding effect of this intervention. Another sensitivity test was performed to examine the potential effect of the psychologist who performed the WASI test by including tester in the regression model. The information about psychologists who performed the WASI was available for 75% of participants, as recording this data was

**Table 3.** Distributions of maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$) and offspring cognitive scores across categories of main covariates.

| Covariate | GCI Analysis | | | | | IQ Analysis | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $n$ | MUF$_{cr}$[a] | $p$-Value | GCI (Age 4) | $p$-Value | $n$ | MUF$_{cr}$[a] | $p$-Value | IQ (Age 6–12) | $p$-Value |
| **Mothers** | | | | | | | | | | |
| Age | | | | | | | | | | |
| ≥25 y | 123 | 0.88 ± 0.36 | 0.45 | 96.22 ± 14.12 | 0.50 | 88 | 0.89 ± 0.37 | 0.98 | 95.75 ± 11.64 | 0.80 |
| <25 y | 164 | 0.92 ± 0.36 | | 97.37 ± 14.43 | | 123 | 0.89 ± 0.35 | | 96.15 ± 10.76 | |
| Education | | | | | | | | | | |
| <12 y | 153 | 0.91 ± 0.4 | 0.92 | 94.22 ± 14.23 | 0.001 | 111 | 0.87 ± 0.37 | 0.53 | 93.09 ± 10.54 | <0.001 |
| 12 y | 97 | 0.89 ± 0.34 | | 98.56 ± 14.46 | | 70 | 0.93 ± 0.35 | | 98.29 ± 10.72 | |
| >12 y | 37 | 0.89 ± 0.42 | | 103.49 ± 11.21 | | 30 | 0.85 ± 0.31 | | 101.3 ± 11.16 | |
| Marital status | | | | | | | | | | |
| Married | 201 | 0.90 ± 0.37 | 0.81 | 96.40 ± 14.46 | 0.39 | 62 | 0.90 ± 0.35 | 0.79 | 96.55 ± 11.06 | 0.63 |
| Other | 86 | 0.91 ± 0.33 | | 98.00 ± 13.88 | | 149 | 0.88 ± 0.36 | | 95.74 ± 11.16 | |
| Smoking | | | | | | | | | | |
| Ever smoker | 141 | 0.90 ± 0.36 | 0.80 | 97.77 ± 13.9 | 0.30 | 102 | 0.90 ± 0.36 | 0.56 | 97.21 ± 10.7 | 0.12 |
| Nonsmoker | 146 | 0.91 ± 0.35 | | 96.01 ± 14.63 | | 109 | 0.87 ± 0.35 | | 94.83 ± 11.41 | |
| HOME score[b] | | | | | | | | | | |
| Mid-low ≤30 | 49 | 0.88 ± 0.37 | 0.47 | 90.73 ± 13.36 | <0.001 | 32 | 0.87 ± 0.36 | 0.85 | 89.88 ± 8.45 | 0.011 |
| High >30 | 137 | 0.92 ± 0.38 | | 99.29 ± 14.61 | | 92 | 0.88 ± 0.38 | | 99.05 ± 11.65 | |
| Maternal IQ | | | | | | | | | | |
| Mid-low ≤85 | 116 | 0.95 ± 0.35 | 0.09 | 93.16 ± 15.04 | <0.001 | 86 | 0.92 ± 0.36 | 0.23 | 91.26 ± 9.72 | <0.001 |
| High >85 | 171 | 0.87 ± 0.36 | | 99.4 ± 13.21 | | 125 | 0.86 ± 0.35 | | 99.23 ± 10.87 | |
| **Children** | | | | | | | | | | |
| Sex | | | | | | | | | | |
| Boy | 127 | 0.94 ± 0.36 | 0.09 | 93.93 ± 13.98 | 0.002 | 95 | 0.96 ± 0.38 | 0.008 | 96.82 ± 12.02 | 0.32 |
| Girl | 160 | 0.87 ± 0.36 | | 99.22 ± 14.12 | | 116 | 0.83 ± 0.32 | | 95.29 ± 10.31 | |
| Birthweight | | | | | | | | | | |
| ≥3.5 kg | 241 | 0.91 ± 0.36 | 0.57 | 96.52 ± 14.36 | 0.33 | 201 | 0.89 ± 0.36 | 0.88 | 95.66 ± 11.29 | 0.58 |
| <3.5 kg | 46 | 0.87 ± 0.35 | | 98.76 ± 13.88 | | 10 | 0.88 ± 0.34 | | 97.38 ± 9.42 | |
| Gestational age | | | | | | | | | | |
| ≤39 wk | 192 | 0.90 ± 0.35 | 0.90 | 96.66 ± 14.23 | 716 | 146 | 0.89 ± 0.36 | 0.712 | 95.71 ± 11.62 | 0.65 |
| >39 wk | 95 | 0.90 ± 0.37 | | 97.32 ± 14.46 | | 65 | 0.88 ± 0.34 | | 96.58 ± 9.91 | |
| First child | | | | | | | | | | |
| Yes | 96 | 0.91 ± 0.38 | 0.75 | 99.97 ± 12.87 | 0.009 | 68 | 0.88 ± 0.36 | 0.91 | 97.00 ± 11.00 | 0.36 |
| No | 191 | 0.90 ± 0.35 | | 95.32 ± 14.73 | | 143 | 0.89 ± 0.36 | | 95.50 ± 11.17 | |
| CUF$_{sg}$[c] | | | | | | | | | | |
| ≥0.80 mg/L | | | | | | 112 | 0.86 ± 0.32 | 0.49 | 96.80 ± 11.16 | 0.37 |
| <0.80 mg/L | | | | | | 77 | 0.90 ± 0.38 | | 95.37 ± 10.31 | |

[a]Maternal creatinine-adjusted urinary fluoride (mg/L).
[b]Home Observation for the Measurement of the Environment (HOME) score, measured using the separate age-appropriate instruments pertaining to children of ≤5 y old; and children >5 y old.
[c]Child contemporaneous specific gravity–adjusted urinary fluoride (available at the time of each child's IQ test).

added later to the study protocol. We also re-ran models with exposure outliers included as a sensitivity step. Finally, we ran models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by CUF$_{sg}$) and IQ score, unadjusted; adjusting for the main covariates of interest; and adjusting for prenatal exposure (MUF$_{cr}$) as well as the covariates of interest.

## Results

### Flow of Participants

Of the 997 total mothers from two cohorts evaluated, 971 were eligible after removing mothers <18 y old. Of these 971, 825 had enough urine sample volume to measure fluoride in at least one trimester urine sample, and of these 825 participants, 515 participants had urine samples with previously measured creatinine values, enabling calculation of creatinine-adjusted urinary fluoride (MUF$_{cr}$) concentrations. Of these 515, 3 participants were excluded based on the 10 extreme outlier values identified for MUF$_{cr}$ (see the "Methods" section, "Exposure Assessment" subsection) and not having any other MUF$_{cr}$ values to remain in the analysis. Thus, we had a total of 512 participants (mothers) with at least one value of MUF$_{cr}$ for our analyses (Figure 1).

Of these 512 mothers, 312 had offspring with outcome data at age 4 (i.e., GCI), and 234 had offspring with outcome data at age

6–12 (i.e., IQ). Of these, complete data on all the covariates of main interest (as specified in the "Methods" section) were available on 287 mother–child pairs for the GCI analysis and 211 mother–child pairs for the IQ analysis. A total of 299 mother–child pairs had data on either GCI or IQ, and 199 mother–child pairs had data on both GCI and IQ (Figure 1).

### Number of Exposure Measures per Subject

In terms of repeated measures of MUF$_{cr}$ across trimesters, of the 287 participants with data on GCI outcomes; 25 participants had MUF$_{cr}$ data for all three trimesters (11 from Cohort 2A and 14 from Cohort 3), 121 participants had MUF$_{cr}$ data from two trimesters (48 from Cohort 2A and 73 from Cohort 3), and 141 participants had MUF$_{cr}$ data from one trimester (51 from Cohort 2A and 90 from Cohort 3). Of the 211 participants with data on IQ outcomes, 10 participants had MUF$_{cr}$ data for all three trimesters (6 from Cohort 2A and 4 from Cohort 3), 82 participants had data from two trimesters (32 from Cohort 2A and 50 from Cohort 3), and 119 participants had data from one trimester (40 from Cohort 2A and 79 from Cohort 3).

### Comparisons across the Cohorts

In terms of the mother–child pairs who had data on all covariates as well as data on either GCI or IQ ($n = 299$), the mean (SD)

**Table 4.** Multivariate regression models: unadjusted and adjusted differences in GCI and IQ per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$).

| | GCI | | | IQ | | |
|---|---|---|---|---|---|---|
| Estimate | n | β (95%CI) | p-Value | n | β ± S.E (95%CI) | p-Value |
| Unadjusted | 287 | −3.76 (−6.32, −1.19) | <0.01 | 211 | −2.37 (−4.45, −0.29) | 0.03 |
| model A[a] | 287 | −3.15 (−5.42, −0.87) | 0.01 | 211 | −2.50 (−4.12, −0.59) | 0.01 |
| Model A − HOME | 138 | −3.63 (−6.48, −0.78) | <0.01 | 124 | −2.36 (−4.48, −0.24) | 0.03 |
| Model A + HOME | 138 | −3.76 (−7.08, −0.45) | 0.03 | 124 | −2.49 (−4.65, −0.33) | 0.02 |
| Model A − CUF$_{sg}$ | | | | 189 | −1.79 (−3.80, 0.22) | 0.08 |
| Model A + CUF$_{sg}$ | | | | 189 | −1.73 (−3.75, 0.29) | 0.09 |
| Model A − SES | 188 | −4.55 (−7.23, −1.88) | 0.01 | 199 | −2.10 (−4.02, −0.18) | 0.03 |
| Model A + SES | 188 | −4.45 (−7.08, −1.81) | 0.01 | 199 | −2.10 (−4.06, −0.15) | 0.04 |
| Model A − Pb | 167 | −5.57 (−8.48, −2.66) | <0.01 | 177 | −3.21 (−5.17, −1.24) | <0.01 |
| Model A + Pb | 167 | −5.63 (−8.53, −2.72) | <0.01 | 177 | −3.22 (−5.18, −1.25) | <0.01 |
| Model A − Hg | 141 | −7.13 (−10.26, −4.01) | <0.01 | 149 | −4.59 (−7.00, −2.17) | <0.01 |
| Model A + Hg | 141 | −7.03 (−10.19, −3.88) | <0.01 | 149 | −4.58 (−6.99, −2.16) | <0.01 |
| Model A − Ca | 194 | −3.67 (−6.57, −0.77) | 0.01 | 136 | −3.23 (−5.88, −0.57) | 0.02 |

[a]Coefficients from linear regression models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked during the pregnancy vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Model A−HOME, model A for subset of cases who have data on Home Observation for the Measurement of the Environment (HOME) scores (but the model did not include HOME score). Model A + HOME, model A for subset of cases with HOME score, adjusted for HOME score. Model A − CUF$_{sg}$, model A for subset of cases who have data on child contemporaneous specific gravity–adjusted urinary fluoride CUF$_{sg}$ (but the model did not include CUF$_{sg}$). Model A + CUF$_{sg}$, model A for subset of cases with CUF$_{sg}$, adjusted for CUF$_{sg}$. Model A−SES, model A for subset of cases who have data on socioeconomic status (family possession measured by questionnaire of family possessions) (but the model did not include SES). Model A + SES, model A for subset of cases with SES data, adjusted for SES. Model A−Pb, model A for subset of cases who have data on maternal bone lead (but the model did not include maternal bone lead). Model A + Pb, model A for subset of cases with data on maternal bone lead, adjusted for maternal bone lead. Model A−Hg, model A for subset of cases who have data on maternal blood mercury (but the model did not include maternal blood mercury). Model A + Hg, model A for subset of cases who have data on maternal blood mercury, adjusted for maternal blood mercury. Model A − Ca, model A for subset of cases who did not receive the Ca supplement (they received the placebo).

values of creatinine–corrected urinary fluoride for the mothers was 0.90 (0.36) mg/L. The distributions of the urinary fluoride, outcomes (GCI and IQ), and additional exposure variables examined in our sensitivity analyses (maternal bone lead, maternal blood mercury, and children's contemporaneous urinary fluoride) across the three cohort strata (Cohort 3-Calcium, Cohort 3-placebo, and Cohort 2A) and all strata combined are shown in Table 1 for the mother–child pairs who had data for the GCI outcome ($n = 287$) and the IQ outcome ($n = 211$). The distributions showed little variation across the cohort strata except for bone lead and possibly blood mercury, for which, in comparison with Cohort 3, Cohort 2A clearly had higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). The mean (SD) values of specific gravity–corrected urinary fluoride for the children who had these measures (only available for those children who had IQ; $n = 189$) were 0.82 (0.38) mg/L.

In terms of the comparability of the participants across Cohort 2A and Cohort 3 with respect to our covariates, the distribution of the covariates was very similar with the exception of age of the offspring when IQ was measured, for which the mean ages were 7.6 and 10.0 y, respectively; and birth weight in the GCI analysis, for which Cohort 3 participants were slightly heavier than Cohort 2 participants (see Table S1).

### GCI versus IQ Scores

There was a significant correlation between GCI at 4 y and IQ at 6–12 y old (Spearman $r = 0.55$; $p < 0.01$). There was no significant correlation between prenatal MUF$_{cr}$ and offspring CUF$_{sg}$ (Spearman $r = 0.54$, $p = 0.44$).

### Comparisons of Participants in Relation to Missing Data

In comparing the participants who were included for the GCI and IQ analyses with the participants who were not included (based on data missing on GCI, IQ or other covariates), the distribution of covariates were similar except for sex, for which the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses (Table 2).

In terms of the sensitivity analyses, for each sensitivity variable of interest, we compared participants who had data on our exposures, outcomes, covariates, and the sensitivity variable of interest (and were thus included in the sensitivity analysis) versus participants who had data on the sensitivity variable of interest but were missing data on the exposure, outcomes, and/or covariates of interest (and were thus excluded from the sensitivity analysis; Table 2). It can be seen that for each sensitivity analysis, most of the participants with data on the sensitivity variable of interest also had data on the exposures, outcomes, and covariates and were therefore included in the sensitivity analysis. In addition, the distributions appeared to be similar comparing those included with those excluded in each sensitivity analysis (means were within 10% of each other), with the exception of maternal blood Hg, for which the mean levels for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively.

### Comparisons of GCI and IQ across Covariates

Table 3 shows mean and SD values for MUF$_{cr}$ and offspring cognitive scores across categories of the covariates. In the participants with GCI data, the offspring cognitive scores were higher among mothers with higher levels of education, measured IQ, and HOME scores for both analyses; and scores were higher among first children and girls. In the IQ analysis a statistically significant difference was observed in MUF$_{cr}$ as a function of child sex. No significant differences in MUF$_{cr}$ values across levels of other covariates were observed. A modest difference (not statistically significant), was observed in MUF$_{cr}$ as a function of maternal IQ ($p = 0.09$), and MUF$_{cr}$ as a function of child sex ($p = 0.09$). Among other co-variates there were significant differences in age ($p < 0.01$) in both analyses.

### Regression Models of GCI

Before adjustment, a 0.5 mg/L increase in MUF$_{cr}$ was negatively associated with GCI at 4 y old [mean score −3.76; 95% confidence interval (CI): −6.32, −1.19] (Table 4). The association was somewhat attenuated after adjusting for the main covariates





**Figure 2.** Adjusted association of maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$) and General Cognitive Index (GCI) scores in children at age 4 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observations, $n = 287$.

(model A, $-3.15$; 95% CI: $-5.42$, $-0.87$). The smooth plot of the association between GCI and maternal prenatal urinary fluoride from an adjusted GAM model suggested a linear relation over the exposure distribution (Figure 2).

### Regression Models of IQ

A 0.5 mg/L increase in prenatal fluoride was also negatively associated with IQ at age 6–12 y based on both unadjusted ($-2.37$; 95% CI: $-4.45$, $-0.29$) and adjusted models ($-2.50$; 95% CI: $-4.12$, $-0.59$) (Table 4). However, estimates from the adjusted GAM model suggest a nonlinear relation, with no clear association between IQ scores and values below approximately 0.8 mg/L, and a negative association above this value (Figure 3A). There was a nonsignificant improvement in the fit of the model when a quadratic term was added to the linear model ($p = 0.10$).

### Sensitivity Analyses

In sensitivity analyses, adjustment for HOME score increased the magnitude of the association between $MUF_{cr}$ and GCI, though the difference was less pronounced when associations with and without adjustment for HOME score were both estimated after restricting the model to the subset of 138 children with HOME score data (Table 4). The association of IQ scores with $MUF_{cr}$ did not substantially change after adding HOME score to the model (Table 4).

The association between $MUF_{cr}$ and IQ was attenuated slightly after adjusting for contemporaneous children's urinary fluoride ($CUF_{sg}$) and comparing estimates with [$-1.73$ (95% CI: $-3.75$, 0.29)] and without [$-1.94$ (95% CI: $-4.15$, 0.26)] adjustment for $CUF_{sg}$ among the 189 children with this data (Table 4). In addition, the evidence of nonlinearity was more pronounced, with no clear evidence of an association for $MUF_{cr} < 1.0$ mg/L



**Figure 3.** (A) Adjusted association of maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$) and children's IQ at age 6–12 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, $n = 211$. (B) Association of maternal creatinine-adjusted urinary fluoride ($MUFU_{cr}$) and children's IQ at age 6–12 y, adjusted for specific gravity–adjusted child urinary fluoride ($CUF_{sg}$). Adjusted for gestational age, weight at birth, sex, parity (being the first child), age and $CUF_{sg}$ at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, $n = 189$.

based on the GAM model (Figure 3B), and a significant improvement in model fit when a quadratic term was added to the linear regression model ($p = 0.01$).

When we restricted models to subsets of children with available data for each additional covariate, there was little difference

between adjusted and unadjusted associations between $MUF_{cr}$ and GCI or IQ when socioeconomic status (family possession), maternal bone lead, and blood mercury, were added to models (Table 4). However, the effect estimates associated with $MUF_{cr}$ for these analyses appear to be higher in the subsets with available data for these variables.

Adding tester (psychologist who performed WASI) in the model did not substantially change the results (data not shown). In the sensitivity analyses in which we excluded Cohort 3 participants who received the calcium supplement, we continued to observe a negative association between $MUF_{cr}$ and GCI [0.5 mg/L increase in $MUF_{cr}$ associated with 3.67 lower GCI (95% CI: −6.57, −0.77), $n = 194$]; and between $MUF_{cr}$ and IQ [0.5 mg/L increase in $MUF_{cr}$ associated with 3.23-lower IQ (95% CI: −5.88, −0.57), $n = 136$].

In sensitivity analyses in which we re-ran models that included the 10 outliers with respect to fluoride exposure (for each of seven participants already in our models, an additional value of $MUF_{cr}$ [from a different trimester]; for three participants, a value of $MUF_{cr}$ that then allowed the participants to be added to our models), the results did not change in any meaningful way (data not shown). There were no outliers with respect to cognitive outcomes.

### Independent Influence of Child Fluoride Exposure

Finally, in models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by their specific gravity–adjusted urinary fluoride levels) and IQ score and that contained the main covariates of interest, there was not a clear, statistically significant association between contemporaneous children's urinary fluoride ($CUF_{sg}$) and IQ either unadjusted or adjusting for $MUF_{cr}$. A 0.5 mg/L increase in $CUF_{sg}$ was associated with a 0.89 lower IQ (95% CI: −2.63, 0.85) when not adjusting for $MUF_{cr}$; and 0.77-lower IQ (95% CI: −2.53, 0.99), adjusting for $MUF_{cr}$ ($n = 189$).

## Discussion

In our study population of Mexican women and children, which accounted for two of the three cohorts included in the ELEMENT study, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 y old, and with lower Full-Scale IQ scores at 6–12 y old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

Overall, our results are somewhat consistent with the ecological studies suggesting children who live in areas with high fluoride exposure (ranging from 0.88 to 11.0 mg/L fluoride in water, when reported) have lower IQ scores than those who live in low-exposure or control areas (ranging from 0.20 to 1.0 mg/L fluoride in water) (Choi et al. 2012) and with results of a pilot study of 51 children (mean age 7 y) from southern Sichuan, China, that reported that children with moderate or severe dental fluorosis (60% of the study population) had lower WISC-IV digit span scores than other children (Choi et al. 2015). A distinction is that

our study, which was longitudinal with repeated measures of exposure beginning in the prenatal period, found associations with respect to prenatal fluoride exposures.

To our knowledge, the only other study that is similar to ours was only recently published. Valdez Jiménez et al. (2017) studied the association of prenatal maternal urinary fluoride levels (not corrected for dilution) and scores on the Bayley Scales of Infant Development II among 65 children evaluated at age 3–15 mo (average of 8 mo). The mothers in their study had urinary fluoride levels of which the means at each of the three trimesters of pregnancy (1.9, 2.0, 2.7 mg/L) were higher than the mean $MUF_{cr}$ in our participants (0.88 mg/L) (Valdez Jiménez et al. 2017). These levels of exposure were found to be associated with statistically significantly lower scores on the Bayley Scales' Mental Development Index (MDI) score after adjusting for gestational age, age of child, a marginality index, and type of drinking water (Valdez Jiménez et al. 2017). By comparison, our study had much longer periods of follow-up and larger sample sizes, controlled for a much larger set of covariates and sensitivity variables, and used creatinine–corrected urinary fluoride measures (which, by adjusting for urinary dilution effects, provides a more reliable measure of internal fluoride exposure).

With respect to understanding the generalizability of our findings to other populations, there are very few studies that measured prenatal fluoride levels among women derived from population-based samples. Gedalia et al. (1959) measured urinary fluoride in multiple samples collected from each of 117 healthy pregnant women living in Jerusalem, where fluoride in the water was approximate 0.50 mg/L, and reported mean levels per person that ranged from 0.29 to 0.53 mg/L. However, these analysis were not conducted utilizing modern analytical techniques. In a study of 31 pregnant women living in Poland, Opydo-Szymaczek and Borysewicz-Lewicka (2005) measured urinary fluoride in healthy pregnant women patients of a maternity hospital in Poland, where fluoride in the water ranged from 0.4 to 0.8 mg/L, and found a mean level of 0.65 mg/L for women in their 28th week of pregnancy, 0.84 mg/L in their 33rd week, and 1.30 mg/L in healthy non-pregnant women of similar age. This would suggest that the mothers in our study, who had a mean $MUF_{cr}$ value of 0.90 mg/L, had fluoride exposures slightly higher than prior-mentioned populations.

In terms of comparing our findings with other studies of fluoride (using urinary fluoride as a biomarkers of exposure) and intelligence (i.e., those not involving prenatal exposures), of the 27 epidemiological studies on fluoride and IQ reviewed by Choi et al. in their 2012 meta-analysis, only 2 had measures of urinary fluoride. Both were of urinary fluoride measures in children (not pregnant mothers), and neither corrected for dilution (either by correcting for urinary creatinine or specific gravity). Of these two, in comparison with the urinary fluoride levels of both our mothers (0.88 mg/L) and our children (0.82 mg/L), the mean levels of children's urinary fluoride were higher in the non-fluorosis (1.02 mg/L) and high-fluorosis (2.69 mg/L) groups found by Li et al. (1995) as well as the control (1.5 mg/L) and high-fluorosis (5.1 mg/L) groups described by Wang et al. (2007).

Among the limitations of our study are that we measured fluoride in spot (second morning void) urine samples instead of 24-hr urine collections. However, others have noted a close relationship between the fluoride concentrations of early morning samples and 24-hr specimens (Watanabe et al. 1994; Zohouri et al. 2006). Another limitation relates to the potential differences in the distribution of covariates over our study cohorts, raising the issue of potential bias. In the analyses we conducted across cohorts, we saw that, in comparison with Cohort 3, Cohort 2A clearly had

higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). However, we saw no other differences and the differences in these measures have a clear likely explanation: Cohort 2A had bone lead levels measured in 1997–2001 and Cohort 3 had bone lead levels measured in 2001–2005. Given that environmental lead and mercury exposures were steadily decreasing during this time interval (due to the phase-out of lead from gasoline), this difference likely relates to an exposure–time–cohort effect. We do not anticipate that this phenomenon would have introduced a bias in our analyses of fluoride and cognition controlling for bone lead.

Another limitation relates to the missing data that pertain to our covariate and sensitivity variables. In the comparisons of participants in relation to missing data (Table 2A,B), the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses, and the mean levels of maternal blood Hg for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively. We also note that the coefficients for the associations between fluoride on cognition varied substantially in some of the sensitivity analyses, particularly with respect to the subgroups of participants who have data on SES, lead exposure, and mercury exposure (of which, for the latter, the effect estimates almost doubled). We do not have a ready explanation for this phenomenon, given that there is no obvious way that each of the selection factors governing which mothers had these measurements (discussed above) could have influenced the fluoride–cognition relationship. Nevertheless, it is not possible to entirely rule out residual confounding or in the population as a whole (that might have been detected had we had full data on larger sample sizes) or bias (should the subpopulations that had the data for analysis have a different fluoride–cognition relationship than those participants who were excluded from the analyses).

Other limitations include the lack of information about iodine in salt, which could modify associations between fluoride and cognition; the lack of data on fluoride content in water given that determination of fluoride content is not reported as part of the water quality monitoring programs in Mexico; and the lack of information on other environmental neurotoxicants such as arsenic. We are not aware of evidence suggesting our populations are exposed to significant levels of arsenic or other known neurotoxicants; nevertheless, we cannot rule out the potential for uncontrolled confounding due to other factors, including diet, that may affect urinary fluoride excretion and that may be related to cognition.

Another potential limitation is that we adjusted maternal urinary fluoride levels based on urinary creatinine, whereas we adjusted children's urinary fluoride levels based on urinary specific gravity; however, these two methods are almost equivalent in their ability to account for urinary dilution. We also had no data to assess the inter-examiner reliability of the testers administering the WASI test; however, the excellent reliability of these same testers in administering the McCarthy tests provides some reassurance that the WASI tests were conducted in a consistent manner.

Finally, our ability to extrapolate our results to how exposures may impact on the general population is limited given the lack of data on fluoride pharmacokinetics during pregnancy. There are no reference values for urinary fluoride in pregnant women in the United States. The Centers for Disease Control and Prevention has not included fluoride as one of the population exposures measured in urine or blood samples in its nationally representative sampling. The WHO suggests a reference value of 1 mg/L for healthy adults when monitoring renal fluoride excretion in community preventive programs (Marthaler 1999). As part of the NRC's review of the fluoride drinking-water standard, it was noted that healthy adults exposed to optimally fluoridated water had urinary fluoride concentrations ranging from 0.62 to 1.5 mg/L.

## Conclusion

In this study, higher levels of maternal urinary fluoride during pregnancy (a proxy for prenatal fluoride exposure) that are in the range of levels of exposure in other general population samples of pregnant women as well as nonpregnant adults were associated with lower scores on tests of cognitive function in the offspring at 4 and 6–12 y old.

Community water and salt fluoridation, and fluoride toothpaste use, substantially reduces the prevalence and incidence of dental caries (Jones et al. 2005) and is acknowledged as a public health success story (Easley 1995). Our findings must be confirmed in other study populations, and additional research is needed to determine how the urine fluoride concentrations measured in our study population are related to fluoride exposures resulting from both intentional supplementation and environmental contamination. However, our findings, combined with evidence from existing animal and human studies, reinforce the need for additional research on potential adverse effects of fluoride, particularly in pregnant women and children, and to ensure that the benefits of population-level fluoride supplementation outweigh any potential risks.

## Acknowledgments

This study was supported by the U.S. National Institutes of Health (NIH; grants R01ES021446 and R01-ES007821); the National Institute of Environmental Health Sciences/the U.S. Environmental Protection Agency (NIEHS/EPA; grant P01ES022844), the NIEHS (grant P42-ES05947 and NIEHS Center Grant P30ES017885), and by the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA. David Bellinger collaborated on the design and execution of this study's cognitive testing.

## References

Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, et al. 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ Health Perspect 119(10):1436–1441, PMID: 21715242, https://doi.org/10.1289/ehp.1003184.

Baez R, Petersen PE, Marthaler T. 2014. *Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health*. Geneva, Switzerland:World Health Organization.

Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, et al. 2014. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res 135:63–69, PMID: 25262076, https://doi.org/10.1016/j.envres.2014.08.029.

Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, et al. 2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology 33(5):1040–1047, PMID: 22579785, https://doi.org/10.1016/j.neuro.2012.04.022.

Caldwell BM, Bradley RH. 2003. Administration Manual: HOME Observation for Measurement of the Environment. Little Rock, AK:University of Arkansas at Little Rock.

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 120(10):1362–1368, PMID: 22820538, https://doi.org/10.1289/ehp.1104912.

Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, et al. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot

study. Neurotoxicol Teratol 47:96–101, PMID: 25446012, https://doi.org/10.1016/j.ntt.2014.11.001.

Doull J, Boekelheide K, Farishian B, Isaacson R, Klotz J, Kumar J, et al. 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards.* Committee on Fluoride in Drinking Water, Board on Environmental Studies and Toxicology, Division on Earth and Life Studies, National Research Council of the National Academies. Washington, DC:National Academies Press.

Easley MW. 1995. Celebrating 50 years of fluoridation: a public health success story. Br Dent J 178(2):72–75, PMID: 7848761, https://doi.org/10.1038/sj.bdj.4808658.

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, et al. 2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ Health Perspect 117(1):26–31, PMID: 19165383, https://doi.org/10.1289/ehp.11868.

Gedalia I, Brzezinski A, Bercovici B. 1959. Urinary fluorine levels in women during pregnancy and after delivery. J Dent Res 38(3):548–551, PMID: 13654605, https://doi.org/10.1177/00220345590380031701.

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics 110(1):110–118, PMID: 12093955.

Grandjean P, Herz KT. 2011. Methylmercury and brain development: imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 78(1):107–118, PMID: 21259267, https://doi.org/10.1002/msj.20228.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, et al. 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730–1735, PMID: 17107860, https://doi.org/10.1289/ehp.9067.

Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, et al. 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect 124(6):868–874, PMID: 26645203, https://doi.org/10.1289/ehp.1510067.

Jones S, Burt BA, Petersen PE, Lennon MA. 2005. The effective use of fluorides in public health. Bull World Health Organ 83:670–676.

Juárez-López M, Hernández-Guerrero JC, Jiménez-Farfán D, Molina-Frechero N, Murrieta-Pruneda F, Lopez-Jimenez G. 2007. Fluoride Urinary Excretion in Mexico City's Preschool Children [in Spanish]. Revista de investigacion clinica; organo del Hospital de Enfermedades de la Nutricion 60:241–247.

Julvez J, Ribas-Fito N, Torrent M, Forns M, Garcia-Esteban R, Sunyer J. 2007. Maternal smoking habits and cognitive development of children at age 4 years in a population-based birth cohort. Int J Epidemiol 36(4):825–832, PMID: 17550944, https://doi.org/10.1093/ije/dym107.

Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, et al. 2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638–643, PMID: 21592505, https://doi.org/10.1016/j.jpeds.2011.03.043.

Li XS, Zhi JL, Gao RO. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28(4):189–192.

Liu F, Ma J, Zhang H, Liu P, Liu YP, Xing B, et al. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 124:1–7, PMID: 24184405, https://doi.org/10.1016/j.physbeh.2013.10.027.

Marthaler T. 1999. *Monitoring of Renal Fluoride Excretion in Community Preventive Programmes on Oral Health.* Geneva, Switzerland:World Health Organization.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int Dent J 55(2):93–99, PMID: 15880964.

McCarthy D. 1991. *Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide [in Spanish].* Madrid, Spain:TEA Ediciones.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17(2):169–177, PMID: 7760776.

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC:NTP.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38:312–317.

Puertas R, Lopez-Espinosa MJ, Cruz F, Ramos R, Freire C, Pérez-García M, et al. 2010. Prenatal exposure to mirex impairs neurodevelopment at age of 4 years. Neurotoxicology 31(1):154–160, PMID: 19818364, https://doi.org/10.1016/j.neuro.2009.09.009.

Renteria L, Li ST, Pliskin NH. 2008. Reliability and validity of the Spanish language Wechsler Adult Intelligence Scale (3rd Edition) in a sample of American, urban, Spanish-speaking Hispanics. Clin Neuropsychol 22(3):455–470, PMID: 17853132, https://doi.org/10.1080/13854040701336428.

Secretaría-de-Salud. 1995. Norma oficial Mexicana nom-040-ssa-1-1993. *Sal yodatada y sal fluorada* [in Spanish]. México:Diario Oficial de la Federación, 12–27.

Secretaría-de-Salud. 1996. Norma oficial Mexicana nom-127-ssa1-1994. Salud ambiental. Agua para uso y consumo humano. *Límites permisibles de calidad y tratamientos a que debe someterse el agua para su potabilización* [in Spanish]. México:Diario Oficial de la Federación, 41–46.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstet Gynecol 119(2):205–207, PMID: 4823388.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 150:489–495, PMID: 27423051, https://doi.org/10.1016/j.envres.2016.06.046.

Usuda K, Kono K, Shimbo Y, Fujihara M, Fujimoto K, Kawano A, et al. 2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol Trace Elem Res 119(1):27–34, PMID: 17914216, https://doi.org/10.1007/s12011-007-0044-6.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride and cognitive development in infants. Neurotoxicology 59:65–70, PMID: 28077305, https://doi.org/10.1016/j.neuro.2016.12.011.

Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 115(4):643–647, PMID: 17450237, PubMed Central PMCID: PMC1852689. https://doi.org/10.1289/ehp.9270.

Watanabe M, Kono K, Orita Y, Ydote T, Usuda K, Takahashi Y, et al. 1994. *Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine.* In: *Proceedings of the XXth Conference of the International Society for Fluoride Research, Beijing, China.* Beijing, China: Ministry of Public Health of People's Republic of China, 246–247.

Wechsler D. 1999. *Wechsler Abbreviated Scale of Intelligence.* San Antonio, TX: Psychological Corporation.

Wechsler D, Jorge M, Velaco A. 1981. *WAIS-Español: Escala de Inteligencia para Adultos: El Manual Moderno [in Spanish].* México, DF:El Manual Moderno, S.A.

Zohouri F, Swinbank C, Maguire A, Moynihan P. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, https://doi.org/10.1111/j.1600-0528.2006.00269.x.

Exhibit A

Adkins Declaration, Exhibit 08

Bashash 2018

Environment International 121 (2018) 658–666

Contents lists available at ScienceDirect

## Environment International

journal homepage: www.elsevier.com/locate/envint



# Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City



Morteza Bashash[a,*], Maelle Marchand[a], Howard Hu[a,1], Christine Till[b], E. Angeles Martinez-Mier[c], Brisa N. Sanchez[d], Niladri Basu[e], Karen E. Peterson[d,f,g], Rivka Green[b], Lourdes Schnaas[h], Adriana Mercado-García[i], Mauricio Hernández-Avila[i], Martha María Téllez-Rojo[i]

[a] Dalla Lana School of Public Health, University of Toronto, Toronto, ON, Canada
[b] Faculty of Health - Department of Psychology, York University, ON, Canada
[c] Indiana University School of Dentistry, Indianapolis, IN, United States of America
[d] University of Michigan School of Public Health, Ann Arbor, MI, United States of America
[e] Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, QC, Canada
[f] Center for Human Growth and Development, University of Michigan, Ann Arbor, MI, United States of America
[g] Harvard W.T. Chan School of Public Health, Boston, MA, United States of America
[h] Instituto Nacional de Perinatología, Mexico City, Mexico
[i] Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

## ARTICLE INFO

Handling Editor: Yong Guan Zhu

Keywords:
Fluoride
Pregnancy
Neurobehavioral
ADHD

## ABSTRACT

*Background:* Epidemiologic and animal-based studies have raised concern over the potential impact of fluoride exposure on neurobehavioral development as manifested by lower IQ and deficits in attention. To date, no prospective epidemiologic studies have examined the effects of prenatal fluoride exposure on behavioral outcomes using fluoride biomarkers and sensitive measures of attention.

*Objective:* We aimed to examine the association between prenatal fluoride exposure and symptoms associated with attention-deficit/hyperactivity disorder (ADHD).

*Method:* 213 Mexican mother-children pairs of the Early Life Exposures to Environmental Toxicants (ELEMENT) birth cohort study had available maternal urinary samples during pregnancy and child assessments of ADHD-like behaviors at age 6–12. We measured urinary fluoride levels adjusted for creatinine ($MUF_{cr}$) in spot urine samples collected during pregnancy. The Conners' Rating Scales-Revised (CRS-R) was completed by mothers, and the Conners' Continuous Performance Test (CPT-II) was administered to the children.

*Results:* Mean $MUF_{cr}$ was 0.85 mg/L (SD = 0.33) and the Interquartile Range (IQR) was 0.46 mg/L. In multivariable adjusted models using gamma regression, a 0.5 mg/L higher $MUF_{cr}$ (approximately one IQR higher) corresponded with significantly higher scores on the CRS-R for DSM-IV Inattention (2.84 points, 95% CI: 0.84, 4.84) and DSM-IV ADHD Total Index (2.38 points, 95% CI: 0.42, 4.34), as well as the following symptom scales: Cognitive Problems and Inattention (2.54 points, 95% CI: 0.44, 4.63) and ADHD Index (2.47 points; 95% CI: 0.43, 4.50). The shape of the associations suggested a possible celling effect of the exposure. No significant associations were found with outcomes on the CPT-II or on symptom scales assessing hyperactivity.

*Conclusion:* Higher levels of fluoride exposure during pregnancy were associated with global measures of ADHD and more symptoms of inattention as measured by the CRS-R in the offspring.

*Abbreviations:* ADHD, attention-deficit hyperactivity disorder; cm³, cubic centimeters; CNS, Central Nervous System; CPT-II, Conners' Continuous Performance Test – Second Edition; CRS-R, Conners' Rating Scale – Revised; $CUF_{sg}$, specific gravity adjusted child urinary fluoride; DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; ELEMENT, Early Life Exposures in Mexico to Environmental Toxicants; EPA, U.S. Environmental Protection Agency; HOME, Home Observation for Measurement of the Environment; L, liter; mg, milligram; $MUF_{cr}$, creatinine adjusted maternal urinary fluoride; SD, Standard Deviation; SE, Standard Error

* Corresponding author at: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.
  *E-mail addresses:* m.bashash@utoronto.ca (M. Bashash), howard.hu@utoronto.ca (H. Hu).
[1] Reprint requests: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.

https://doi.org/10.1016/j.envint.2018.09.017
Received 4 June 2018; Received in revised form 20 August 2018; Accepted 8 September 2018
Available online 10 October 2018
0160-4120/ © 2018 Elsevier Ltd.

M. Bashash et al.

Environment International 121 (2018) 658–666

# 1. Introduction

Fluoride, the ionized form of the halogen element fluorine, exists widely in the environment and is the most electronegative and reactive among all elements (ATSDR, 2010). Its well-known cariostatic effect led to the addition of fluoride to water, salt, and milk in some countries. Other sources of fluoride include dental products, such as toothpastes, mouth rinses, and varnishes, supplements, processed foods made with fluoridated water, fluoride-containing pesticides, teas, and fluorinated pharmaceuticals. Systemic ingestion of fluoride through water and water-based beverages is the main source of fluoride intake, accounting for approximately 75% of dietary fluoride intake among adults living in communities that fluoridate their water supply in the United States (U.S. Environmental Protection Agency, 2010; USDA (U.S. Department of Agriculture), 2005). However, in Mexico City, individuals are primarily exposed to fluoride through fluoridated salt (mean concentration of fluoride in salt is $250 \pm 50$ ppm), and to varying degrees of naturally-occurring fluoride in water, which have been reported to range from 0.15 to 1.38 mg/L (Juárez-López et al., 2007; Martinez-Mier et al., 2005). Public water supplies are not fluoridated in Mexico and the mean fluoride content of the water supply is not publicly available.

Long-term exposure to fluoride is regarded by the World Health Organization as being beneficial, including both prevention of dental caries and treating osteoporosis, though excess intake can also cause potential health hazards, including dental and skeletal fluorosis. Fluoride is also shown to readily cross the placenta (Shen and Taves, 1974) and accumulate in fetal brain tissues (Narayanaswamy and Piler, 2009), thereby inducing toxicity (Dong et al., 1993; Jiang et al., 2014). Several animal (Chen et al., 2003; Mcpherson et al., 2018; Mullenix et al., 1995) and human studies (Bashash et al., 2017; Choi et al., 2012) have explored associations between early-life exposure to fluoride and decrements in cognitive function and attention-related behaviors. An ecologic study reported an association between state level prevalence of community water fluoridation and prevalence of ADHD among youth living in the United States (Malin and Till, 2015). Given the increased vulnerability of the developing fetus to environmental exposures (Lanphear, 2015), as well as the widespread distribution of fluoride in society, the potential impact of prenatal exposure to fluoride warrants further study.

Attention-deficit hyperactivity disorder (ADHD) is the most common neurodevelopmental disorder in school-aged children and adolescents, with a worldwide prevalence estimated at about 5% (Polanczyk et al., 2007). Symptoms of ADHD include difficulties with attention, impulsivity, and/or hyperactivity at a level that is severe enough to be associated with impairments in academic and social functioning (American Psychiatric et al., 2013). Although genetics have been shown to play an important role in an individual's susceptibility to ADHD, with estimates of heritability from twin studies in the range of 60–70% (Posthuma and Polderman, 2013), several environmental factors have also been implicated. Environmental risk factors for ADHD include prenatal tobacco and alcohol exposure, heavy metal and chemical exposures, including lead (Huang et al., 2016), mercury, organochlorines, air pollution (Fuertes et al., 2016; Perera et al., 2018; Sentís et al., 2017) and nutritional factors (Polańska et al., 2012).

The purpose of the current study was to prospectively assess the relationship between prenatal exposure to fluoride and parent-reported behaviors associated with ADHD among 6–12 year old children born to mothers living in Mexico City. We tested whether fluoride exposure associated with inattentive and/or hyperactive behaviors.

# 2. Methods

## 2.1. Study population

Participants included a subset of mother-child dyads enrolled in various longitudinal birth cohort studies of the Early Life Exposure in Mexico to Environmental Toxicants (ELEMENT) project (Aafeiche et al., 2011; Bashash et al., 2017). We included mother-child pairs from two of the four ELEMENT cohorts (cohorts 2A and 3) for which maternal urinary samples during trimesters of pregnancy are available. Participants in cohort 2A (Bashash et al., 2017) were recruited between 1997 and 1999 whereas participants in cohort 3 were recruited between 2001 and 2003. We included participants if they had at least one archived urine sample from pregnancy, were ≤14 weeks of gestation at the time of recruitment, and their children underwent behavioral testing between the ages of 6 and 12, as described elsewhere (Bashash et al., 2017). Participants were excluded if they reported a history of psychiatric disorder(s), if there were medical complications (i.e. high-risk pregnancy, gestational diabetes, pre-eclampsia, renal disease, circulatory diseases, hypertension, continuous use of prescription drugs, or seizures during the index pregnancy), or if there was known maternal alcohol or illegal drug use during pregnancy. The study procedures were approved by the Institutional Review Boards of the National Institute of Public Health of Mexico, University of Michigan, Indiana University, University of Toronto, and Harvard School of Public Health, as well as participating clinics. Written informed consent was obtained from all participating families prior to study evaluation.

## 2.2. Fluoride measurements

Concentration of fluoride measured in maternal urinary samples was used as biomarker of prenatal fluoride exposure. Urine has been described as a suitable biomarker for fluoride since it serves as the main pathway through which fluoride is eliminated from the body and excretion is proportional to the total fluoride intake, but modified by factors like diet and various systemic conditions, such as recent fluoride exposure and urinary pH, as well as variation in creatinine excretion by muscle mass, age, sex, and other factors (Barr et al., 2005; Aylward et al., 2015). Ideally, overnight fasting or 24-hour urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure in order to limit diurnal variations and the influence of diet associated with spot samples (Petersen et al., 2014). Because 24-hour urinary samples were not available in our sample, we used spot samples that were corrected for urinary dilution using urinary creatinine, as described elsewhere (Petersen et al., 2014). Each woman in the current sample provided at least one spot (second morning void) urine sample (Thomas et al., 2016) during pregnancy (range: 10 to 38 weeks). We then calculated the average of all available creatinine-adjusted maternal urinary fluoride (MUF) concentrations (Bashash et al., 2017). Further information regarding participant recruitment, data collection methods, as well as methods for fluoride sample shipping, storage, and analysis can be found elsewhere (Bashash et al., 2017).

## 2.3. Attention outcomes

Behaviors associated with ADHD were assessed using the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD (Ortiz-Luna and Acle-Tomasini, 2006). The CRS-R contains three ADHD scales that correspond with the Diagnostic and Statistical Manual of Mental Disorders – 4th edition (DSM-IV) criteria for ADHD: 1) DSM-IV Inattention Index, 2) DSM-IV Hyperactive-Impulsive Index, and 3) DSM-IV Total Index (inattentive and hyperactive-impulsive behaviors combined). It also examines seven types of behavior problems that were derived through factor analysis, including: Oppositional, Anxious-Shy, Cognitive Problem/Inattention, Hyperactivity, Perfectionism, Psychosomatic, and Social Problems. In addition, the CRS-R contains four index scores that were derived based on theory and prior research: Conners' ADHD Index; Conners' Global Index (CGI): Restless-Impulsive; CGI: Emotional Lability, and CGI. For the purpose of the current study, we examined the three DSM-IV ADHD scales as our primary outcomes because these scales are intended to screen for ADHD, and are commonly used to

M. Bashash et al.

Environment International 121 (2018) 658–666

study the association between diverse environmental contaminants and ADHD-behavior problems (Huang et al., 2016; Perera et al., 2018). We also examined outcomes from two behavior scales (Cognitive Problem/ Inattention and Hyperactivity) and two index scores (Conners' ADHD Index and CGI: Restless-Impulsive), as done in our prior work with lead (Huang et al., 2016). The Conners' ADHD Index, in particular, has been shown to exhibit favorable specificity and sensitivity in ADHD assessment (Chang et al., 2016). In addition, we assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition), a computer-administered signal detection paradigm (Conners, 2000). Using the CPT-II, we measured errors of omission and commission, and hit reaction time (response latency). Mothers completed the CRS-R at the same follow-up visits that the child completed the CPT-II. All measures were standardized for age- and sex. Higher T-scores (mean of 50, SD of 10) indicate poorer performance. All psychometric tests were applied under the supervision of an experienced psychologist (LS).

### 2.4. Measurement of covariates

Covariate data were individually obtained throughout the duration of the study. During the first pregnancy visit, questionnaires were used to collect information concerning maternal age, maternal education, history of smoking, and marital status. At delivery, information regarding birth weight, child sex, birth order, and gestational age (calculated by nurses) was obtained. Mothers also responded to a socioeconomic status questionnaire (Bashash et al., 2017) during the visit when the psychometric tests were administered. Individual items on this questionnaire assess the ability of households to meet the needs of its members in terms of housing, health, energy, technology, prevention and intellectual development; an overall score was derived by summing across each item. The Home Observation for Measurement of the Environment (HOME) Inventory, a semi-structured interview that measures quality and quantity of the caregiving environment, was administered in a subset of participants at approximately the same time as the visits for the neurobehavioral tests.

### 2.5. Data analysis

Univariate statistics, appropriate transformations, and graphical displays were obtained for all variables before bivariate analyses. Bivariate analysis of the data included Chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the continuous outcomes or exposure within groups defined according to the distribution of each covariate. In initial fully adjusted linear regression models, the outcomes demonstrated highly skewed residuals (with the exception of CPT-II commission score and hit reaction time). Thus, to address the skewness of the residuals, gamma regression was used to examine the adjusted association between prenatal fluoride and each neurobehavioral outcome instead of log transformation, which may obscure model interpretation. In the gamma regression, we selected an identity link, so that the interpretation for the regression coefficients is the same as the linear regression (i.e., absolute difference in the mean of the outcome per unit change in predictor). All statistical analyses were performed in SAS software version 9.4. Covariates were selected a priori based on their theoretical relevance or observed associations with fluoride exposure, and/or the analyzed neurobehavioral outcomes. As such, models were adjusted for the following maternal characteristics: age at delivery (continuous, in years), years of education (continuous, in years), marital status (married vs. others), and smoking history (ever-smoker vs. non-smoker). Models were further adjusted for the following child characteristics: gestational age at birth (continuous, in weeks), age at neurobehavioral measurement (continuous, in years), sex (female vs. male), and birth order (first born vs. others), and socioeconomic status through a continuous measure based on reported possessions and household assets (Thomas et al., 2016). Lastly, models

adjusted for potential cohort and Ca intervention effects through inclusion of a variable denoting from which study the participants originated (cohort 2 - A, an observational cohort), cohort 3 subjects who were randomized to the calcium supplement (cohort 3 - Ca$^+$), and cohort 3 subjects who were randomized to the placebo (cohort 3 - Placebo) (Bashash et al., 2017).

Other potential confounders that were examined in sensitivity analyses involving subsets of participants included the home environment (i.e. HOME score) (Thomas et al., 2016) assessed at the time of outcome measurement, child contemporaneous fluoride exposure measured by child urinary fluoride adjusted for specific gravity (CUF$_{sg}$) (Bashash et al., 2017), as well as maternal blood mercury and maternal bone lead levels (a proxy for prenatal lead exposure to the fetus) given that both are established neurodevelopmental toxicants (Bashash et al., 2017). This was done through identifying and including the subset of cases with data on each respective variable. In each subset, results were then compared between the model adjusting for that variable and the model not adjusting for that variable.

Model diagnostics were used to assess for violations of the model assumptions and for identification of remaining influential observations. Cook's D identified three exposure observations as potentially influential to the model results, and models were run with and without these observations (Supplementary Fig. S1). Generalized additive models (GAMs), estimated via cross validation in the R software, were used to visualize the adjusted association between fluoride exposure and measures of attention to examine potential non-linearity. Non-linearity of the fluoride-outcome association was tested through the inclusion of a quadratic term in the model, and found to be significant in four out of ten of the models (see Fig. 2 and Supplementary Fig. 1). We applied the Benjamini–Hochberg false discovery rate (FDR) procedure to address multiple testing corrections, using a false discovery rate of Q = 0.05 and m = 10 tests to determine significance (Benjamini and Hochberg, 1995).

## 3. Results

### 3.1. Population characteristics

Overall, 231 mothers with a minimum of one MUF$_{cr}$ and a matching outcome (CRS-R or CPT-II) were identified for this project. However, complete demographic and outcome information were missing among 17 mother-child pairs, leaving 214 participants for our analyses, of whom 210 mother-child pairs had data for the CRS-R and CPT-II analyses (206 had data for both) (Fig. 1). Demographic information on participants including data on exposure, outcomes, and key covariates by cohort is shown in Table 1. Of the mothers included in our analysis, 154 (72%) were married at the time of recruitment, and 103 (48%) had reported a history of ever smoking. Among the children, 147 (69%) were not of firstborn status and 116 (54%) were female. Besides for younger age of participants in cohorts 3 relative to cohort 2-, there were no significant differences of maternal and children characteristics across cohorts.

### 3.2. Exposure and outcome assessment

Of the 214 participants included in the study, 175 participants had measurements of MUF$_{cr}$ from trimester 1, 80 from trimester 2, and 62 from trimester 3; 14 (6.5%) participants had all three measures, 78 (36.4%) had two measures, and 122 (57.0%) had one. The overall mean level of MUF$_{cr}$ averaged across all the trimesters was 0.85 mg/L, with an Interquartile Range (IQR) of 0.46 mg/L. There was no significant difference of MUF$_{cr}$ across cohorts (Table 1A).

Overall, Mean ± SD scores across all of the CRS-R scales fell within the average range (i.e. mean T = 50 ± 10) (Table 1B). Around 10% of participants fell in the clinically significant range (i.e. T-score ≥ 70 on the Index scores); specifically, clinically elevated scores were found

M. Bashash et al.                                                                                                                    Environment International 121 (2018) 658–666

**STUDY SUBJECT INCLUSION FLOWCHART (Mothers – Children age 6-12)**



\* Conners' Rating Scale – Revised
\*\* Conners' Continuous Performance Test

**Fig. 1.** Flowchart describing source of mother–offspring subject pairs, fluoride and cognition study. Cohort 2A was designed as an observational birth cohort from 1997 to 2001. Cohort 3 was designed as a randomized double-blind placebo-controlled trial of calcium supplements, with mothers recruited early during pregnancy from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. CRS-R denotes Conners' Rating Scale – Revised and CPTII is Conners' Continuous Performance Test.

among 22 (10.5%) children on the DSM-IV Hyperactivity-Impulsivity scale, 18 (8.6%) children on the DSM-IV ADHD Total scale, and 17 (8.1%) children on the DSM-IV Inattention scale.

Mean ± SD for CPT-II scores for Omission Errors (55.53 ± 13.67), Commission Errors (49.93 ± 9.22), and Hit Reaction Time (52.51 ± 10.53) also fell within the average range (Table 1B).

### 3.3. Models of neurobehavioral outcomes

$MUF_{cr}$ was significantly associated with measures of the CRS-R in the adjusted model (Table 2). Higher concentrations of $MUF_{cr}$ were associated with a higher likelihood of parent-endorsed symptoms on the following scales: DSM-IV Inattention, DSM-IV Total ADHD, Cognitive Problem/Inattention, and the ADHD Index. On average, a 0.5 mg/L higher $MUF_{cr}$ corresponded with a 2.84 ($p < 0.01$) higher score on the DSM-IV Inattention Index; 2.38 ($p = 0.02$) higher score on the DSM-IV Total ADHD Index; a 2.54 ($p = 0.02$) higher score on the Cognitive Problem/Inattention Index; and 2.47 ($p = 0.02$) higher score on the ADHD index. The associations between $MUF_{cr}$ and CRS-R scales remained significant after correction for the multiple testing. As shown in Fig. 2, a subset of the CRS-R outcomes exhibit a non-linear association with the relationship between $MUF_{cr}$ and behavioral outcomes increasing at first, followed by a plateau. There were no significant associations between $MUF_{cr}$ and any of the outcomes on the CPT-II (Table 2; and Supplementary Fig. S2).

### 3.4. Sensitivity analyses

Sensitivity analyses on adjusted models for the study population

subset that also had HOME scores, $CUF_{sg}$ (there was no correlation between $MUF_{cr}$ and $CUF_{sg}$), maternal lead and mercury exposures did not appreciably change the results for the CRS-R scores (Supplementary Table 1). There was no significant interaction between sex and $MUF_{cr}$ when we added an interaction term to the models.

### 4. Discussion

The current study aimed to characterize the longitudinal association between prenatal fluoride exposure and symptoms of ADHD in offspring as measured by parent-ratings on the CRS-R and a computerized test of sustained attention and inhibitory control (CPT-II). In our cohort, higher prenatal fluoride exposure, as measured by $MUF_{cr}$, corresponded to more ADHD-like symptoms on the CRS-R, particularly related to inattention as indicated by the strong association with the following two scales: Cognitive Problem/Inattention, and DSM-IV Inattention. In contrast, $MUF_{cr}$ during pregnancy did not predict child performance on any of the hyperactivity measures (i.e. Restless-Impulsive; Hyperactivity; DSM-IV Hyperactivity-Impulsivity) nor the CPT-II outcomes.

In general, a 0.5 mg/L higher $MUF_{cr}$ (approximately the IQR) corresponded to higher scores on the CRS-R for DSM-IV Inattention (2.84 points) and Cognitive Problems and Inattention (2.54 points). Consistency in these results across both of these outcome measures strengthens the conclusion that inattention appears to be associated with prenatal exposure to fluoride. These two scales contribute to the global ADHD Index and the DSM-IV Total scores, which were also associated with higher levels of prenatal fluoride exposure; a 0.5 mg/L increase in $MUF_{cr}$ corresponded to a 2.38 higher point score on the DSM-IV ADHD Total Index and a 2.47 higher point score on the ADHD

*M. Bashash et al.* *Environment International 121 (2018) 658–666*

**Table 1**
Cohort characteristics including key covariates, urinary fluoride levels, and outcome measurements. Statistical differences across the cohorts are reported upon in the final column.

| | Cohort * | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **A) PARTICIPANTS** | | | | |
| **Child Sex (Girl)** | 2 A | 37 | 52.90% | .831 |
| | 3 Ca | 43 | 53.10% | |
| | 3 Placebo | 36 | 57.10% | |
| | Total | 116 | 54.00% | |
| **First Child** | 2 A | 24 | 34.30% | .839 |
| | 3 Ca | 25 | 30.90% | |
| | 3 Placebo | 18 | 28.60% | |
| | Total | 67 | 31.00% | |
| **Birth Weight (Kg)** | 2 A | 70 | 3.05 (2.94, 3.16) | .103 |
| | 3 Ca | 81 | 3.20 (3.10, 3.30) | |
| | 3 Placebo | 63 | 3.11 (3.01, 3.21) | |
| | Total | 214 | 3.13 (3.07, 3.18) | |
| **Gestational Age (Weeks)** | 2 A | 70 | 38.60 (38.21, 38.99) | .647 |
| | 3 Ca | 81 | 38.74 (38.46, 39.02) | |
| | 3 Placebo | 63 | 38.49 (38.01, 38.97) | |
| | Total | 214 | 38.62 (38.41, 38.84) | |
| **Age At Outcome Assessment (Year)** | 2 A | 70 | 10.04 (9.89, 10.21) | < .01 |
| | 3 Ca | 81 | 7.63 (7.52, 7.75) | |
| | 3 Placebo | 63 | 7.57 (7.44, 7.69) | |
| | Total | 214 | 8.40 (8.23, 8.57) | |
| **Marital Status (Married)** | 2 A | 46 | 65.70% | .428 |
| | 3 Ca | 60 | 74.10% | |
| | 3 Placebo | 48 | 76.20% | |
| | Total | 154 | 72.00% | |
| **Maternal Smoking (Ever Smoked)** | 2 A | 32 | 46.40% | .726 |
| | 3 Ca | 42 | 51.90% | |
| | 3 Placebo | 29 | 45.70% | |
| | Total | 103 | 48.10% | |
| **Maternal Education (Years)** | 2 A | 70 | 10.73 (10.08, 11.37) | .580 |
| | 3 Ca | 81 | 11.11 (10.47, 11.75) | |
| | 3 Placebo | 63 | 10.68 (10.03, 11.34) | |
| | Total | 214 | 10.86 (10.49, 11.23) | |
| **SES[1]** | 2 A | 70 | 6.69 (6.10, 7.27) | .604 |
| | 3 Ca | 81 | 6.32 (5.82, 6.82) | |
| | 3 Placebo | 63 | 6.33 (5.64, 7.02) | |
| | Total | 214 | 6.44 (6.11, 6.78) | |
| **B) EXPOSURE AND OUTCOMES** | | | | |
| **MUF$_{cr}$ [2]** | 2 A | 70 | 0.87 (0.80, 0.95) | 0.889 |
| | 3 Ca | 81 | 0.85 (0.78, 0.92) | |
| | 3 Placebo | 63 | 0.85 (0.76, 0.95) | |
| | Total | 214 | 0.85 (0.81, 0.90) | |
| **CRS-R [3]** | | | | |
| **Cognitive Problems + Inattention** | 2 A | 68 | 55.16 (52.45, 57.87) | .884 |
| | 3 Ca | 79 | 54.32 (51.85, 56.78) | |
| | 3 Placebo | 63 | 54.43 (51.78, 57.08) | |
| | Total | 210 | 54.62 (53.14, 56.10) | |
| **Restless-Impulsive** | 2 A | 68 | 55.43 (52.56,58.30) | .490 |
| | 3 Ca | 79 | 55.19 (52.32, 58.07) | |
| | 3 Placebo | 63 | 54.28 (52.11, 56.45) | |
| | Total | 210 | 54.35 (52.94, 55.75) | |
| **Hyperactivity** | 2 A | 68 | 56.67 (53.62, 56.35) | .217 |
| | 3 Ca | 79 | 54.52 (52.42, 56.62) | |
| | 3 Placebo | 63 | 53.70 (51.74, 55.66) | |
| | Total | 210 | 54.97 (53.59, 56.35) | |
| **ADHD [4] Index** | 2 A | 68 | 54.53 (51.77, 56.29) | .865 |
| | 3 Ca | 79 | 54.56 (52.29, 56.82) | |
| | 3 Placebo | 63 | 53.70 (51.25, 56.14) | |
| | Total | 210 | 54.30 (52.88, 55.71) | |
| **DSM-IV [5] Inattention** | 2 A | 68 | 54.42 (51.60, 57.23) | .825 |
| | 3 Ca | 79 | 53.92 (51.65, 56.22) | |
| | 3 Placebo | 63 | 53.29 (50.98, 55.60) | |
| | Total | 210 | 53.89 (52.48, 55.30) | |
| **DSM-IV Hyperactivity-Impulsivity** | 2 A | 68 | 57.54 (54.77, 60.32) | .685 |
| | 3 Ca | 79 | 56.80 (54.59, 59.01) | |
| | 3 Placebo | 63 | 56.00 (53.76, 58.24) | |
| | Total | 210 | 56.80 (55.42, 58.18) | |
| **DSM-IV ADHD Total** | 2 A | 68 | 56.35 (53.72, 58.99) | .670 |
| | 3 Ca | 79 | 55.63 (53.46, 57.81) | |
| | 3 Placebo | 63 | 54.79 (52.47, 57.12) | |
| | Total | 210 | 55.61 (54.26, 56.97) | |
| **CPT-II [6]** | | | | |

*(continued on next page)*

M. Bashash et al.                                                                                           Environment International 121 (2018) 658–666

**Table 1** (continued)

| | Cohort [a] | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **Omission Errors** | 2 A | 67 | 51.76 (48.49, 55.03) | .024 |
| | 3 Ca | 80 | 57.56 (54.25, 60.87) | |
| | 3 Placebo | 63 | 56.80 (53.89, 59.70) | |
| | Total | 210 | 55. 48 (53.62, 57.34) | |
| **Commission Errors** | 2 A | 67 | 46.99 (44.43, 49.55) | .007 |
| | 3 Ca | 80 | 51.18 (49.17, 53.20) | |
| | 3 Placebo | 63 | 51.37 (49.59, 53.16) | |
| | Total | 210 | 49.90 (48.65, 51.15) | |
| **Hit Reaction Time** | 2 A | 67 | 49.43 (47.00, 51.86) | .016 |
| | 3 Ca | 80 | 53.77 (51.35, 56.18) | |
| | 3 Placebo | 63 | 54.05 (51.49, 56.60) | |
| | Total | 210 | 52.46 (51.03, 53.90) | |

[a]Cohort: 2 A; ELEMENT Cohort 2A, an observational birth cohort from 1997 to 2001. 3 Ca and 3 Placebo, ELEMENT Cohort 3, a randomized double-blind placebo-controlled trial of calcium supplements from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. 1) SES, socioeconomic status; 2) MUFcr, Creatinine adjusted maternal urinary fluoride; 3) CRS-R, Conners' Rating Scale – Revised; CPT-II; 4) ADHD, Attention Deficit Hyperactivity Disorder; 5) DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; 6) CPT-II, Conners' Continuous Performance Test – Second Edition.

**Table 2**
Multivariate[a] gamma regression models of differences across CRS-R and CPT-II scores per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$).

| | β | 95% CI | | p |
|---|---|---|---|---|
| *CRS-R scores (N = 210)* | | | | |
| Cognitive Problems + Inattention | 2.54 | 0.44 | 4.63 | .0178 |
| Restless-Impulsive | 1.92 | −0.07 | 3.91 | 0.0586 |
| Hyperactivity | 1.05 | −0.91 | 3.00 | 0.2953 |
| ADHD Index | 2.47 | 0.43 | 4.50 | 0.0175 |
| DSM-IV Inattention | 2.84 | 0.84 | 4.84 | 0.0054 |
| DSM-IV Hyperactivity-Impulsivity | 1.69 | −0.33 | 3.70 | 0.1016 |
| DSM-IV ADHD Total | 2.38 | 0.42 | 4.34 | 0.0176 |
| *CPT-II scores (N = 210)* | | | | |
| Omission Errors | 0.22 | −2.30 | 2.74 | 0.8643 |
| Commission Errors | −0.43 | −2.38 | 1.51 | 0.6641 |
| Hit Reaction Time | 1.07 | −1.19 | 3.32 | 0.3546 |

[a] Adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 - Ca, Cohort 3 - placebo and Cohort 2A).

Index. Our observed association of $MUF_{cr}$ and CRS-R seems to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

Overall, our results are consistent with the ecological study by Malin and Till (2015). Their cross-sectional study used national health surveys conducted by the Centers for Disease Control and Prevention to estimate the prevalence of ADHD and water fluoridation for each state. Their findings showed that, after controlling for household income, states in which a greater proportion of people received community water fluoridation in 1992 tended to have a greater proportion of children and adolescents who received an ADHD diagnosis in 2003, 2007, and 2011. The prevalence of ADHD increased from 7.8% in 2003 to 11% in 2011. A distinction between this U.S. study and the current study is that our study was a longitudinal birth cohort with individual biomarkers of fluoride exposure obtained during pregnancy when the developing brain is thought to be at the highest risk for fluoride neurotoxicity (Bashash et al., 2017). Moreover, the current study controlled for relevant confounders that may be associated with ADHD, including smoking, maternal education, child sex, HOME score, and exposure to other contaminants. Further, our measure for ADHD was not physician-diagnosed but rather approximated through validated questionnaires and performance-based tests. Both studies examined populations that

are exposed to "optimal" levels of fluoride either through water or salt fluoridation schemes. The exposure level in the Mexico City cohort is generally lower than the populations living in endemic fluorosis areas studied in China (Choi et al., 2012) where natural levels of fluoride are often higher (> 2 mg/L) than recommended for North American (0.7 mg/L). The mean concentration of MUF in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women (median MUF = 0.82 mg/L) (Skeaff and Te Morenga, 2017).

Our finding of an association between $MUF_{cr}$ and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012). A possible explanation for the specific effect on inattention (Dugbartey, 1998) is that fluoride exposure is contributing to thyroid hormone insufficiency. Recent studies demonstrate that even relatively subtle changes in circulating levels of TH in pregnancy (i.e. subclinical hypothyroidism) can have adverse outcomes, including preterm birth, lowered IQ (Hollowell et al., 1999; Murphy et al., 2015; Stagnaro-Green and Rovet, 2016; Thompson et al., 2018; Yang et al., 2008) and increased risk for attention disorders (Modesto et al., 2015; Pakkila et al., 2014) (Rovet and Hepworth, 2001). Some (Swarup et al., 1998) (Swarup et al., 1998), but not all (Mcpherson et al., 2018), animal studies showed reductions in T3 and T4 levels from fluoride exposure, even at low doses. Several human studies have shown that elevated levels of fluoride in drinking water predict higher TSH and lower T3 levels (Bachinskii et al., 1985; Kheradpisheh et al., 2018; Singh et al., 2014), especially among children (Yasmin et al., 2013), as well as an increased likelihood for a diagnosis of hypothyroidism. However, further research is needed to examine how exposure to fluoride may affect thyroid function in pregnancy. Another potential mechanism through which fluoride may contribute to ADHD relates to the dopamine system. Animal studies have shown that fluoride exposure can alter the levels of dopamine (Pal and Sarkar, 2014). Dopamine is an important modulatory

M. Bashash et al.

*Environment International 121 (2018) 658–666*



**Fig. 2.** Association of maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years.

Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n = 210.

neurotransmitter in planning and initiation of motor responses, activation, switching, reaction to novelty and processing of reward (Faraone et al., 2015).

The stronger association between prenatal fluoride exposure and parent-reports of attention problems may be explained by the CRS-R measuring distinct and more extensive constructs that rely on attention (e.g. new learning, ability to hold information and complete tasks, organizational skills, etc.) than those assessed by the CPT-II. Additionally, it has been shown that CPT-II performance and parent rating scales are moderately correlated at best (Gualtieri and Johnson, 2005), suggesting that these measures are assessing different constructs. Other studies examining prenatal Polychlorinated Biphenyls (PCBs) exposure and sustained attention (Vreugdenhil et al., 2004) that report using the computerized continuous performance test with children aged 4 and 11 years also fail to show an association with this measure, but do find an association using other psychometric tests of attention (e.g. digit cancellation task). Further investigation of cognitive performance on other domains, such as learning and memory, is warranted in our study cohort.

Key strengths of this study include the relatively large pregnancy cohort that has a biorepository with a capacity to capture high quality individual biomarker exposure across multiple developmental time points, longitudinal follow-up, detailed assessment of ADHD-like behaviors using both rating scales and performance based measures, as well as measurement of additional health outcomes and potential covariates using validated techniques (Thomas et al., 2016). Assessment of attention, hyperactivity, and impulsivity using multiple measures allowed us to examine different types of ADHD-like behaviors using continuous scales that are sensitive to both clinical and subclinical symptoms of ADHD. This approach minimizes the limitations of viewing ADHD as a categorical and conceptually distinct disorder.

Our study also has some limitations. The cohort was not initially designed to study fluoride exposure and so we are missing some aspects of fluoride exposure assessments (e.g., detailed assessments of diet, water, etc.) that are now underway. The urinary samples were not available for all trimesters of pregnancy for majority of the participants; in particular, for those with only one sample, we cannot rule out the possibility that some samples may reflect acute exposure. Differences in the proportion of fluoride that is excreted in the urine have been described for different age groups as well as for pregnant women. Data on the percentage of fluoride excreted for children and adults are available, which makes estimation of intake feasible. On the other hand, data for pregnant women are sparse, making estimates of intake from urinary concentration not feasible. Therefore, while urinary fluoride is a valid biomarker to identify differences in exposure levels in pregnant women, it is not possible, with the currently available data, to estimate how concentration levels relate to intake. With regards to our outcome measure, we did not have information on family history or genetic markers associated with ADHD, nor were children assessed clinically for a diagnosis of ADHD. Only parent reports were used for the CRS-R, and not teacher reports. This is a limitation to our study as previous studies have shown that there can be considerable variation between the two sources in terms of identifying ADHD-associated behaviors (Lavigne et al., 2012). Nevertheless, parents were unaware of their offspring's fluoride exposure status, removing reporting bias as a limitation. Although elevated scores on behavioral checklists like the CRS-R may be associated with a diagnosis of ADHD, the functional consequences of the symptoms must also be characterized for clinically diagnosing the disorder.

*M. Bashash et al.*                                                                                                                                    *Environment International 121 (2018) 658–666*

# 5. Conclusion

In summary, we observed a positive association between higher prenatal fluoride exposure and more behavioral symptoms of inattention, but not hyperactivity or impulse control, in a large Mexican cohort of children aged 6 to 12 years. The current findings provide further evidence suggesting neurotoxicity of early-life exposure to fluoride. Replication of these findings is warranted in other population-based studies employing biomarkers of prenatal and postnatal exposure to fluoride.

## Acknowledgements

This study was supported by U.S. NIH R01ES021446, NIH R01-ES007821, NIEHS/EPA P01ES022844, NIEHS P42-ES05947, NIEHS Center Grant P30ES017885 and the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. Dr. David Bellinger collaborated on the design and execution of this study's neurobehavioral testing. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA.Author responsibilities

All authors contributed to the final interpretation of the results and final manuscript.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envint.2018.09.017.

## References

Aafeiche, M., Peterson, K.E., Sanchez, B.N., Cantonwine, D., Lamadrid-Figueroa, H., Schnaas, L., et al., 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in México City. Environ. Health Perspect. 119, 1436–1441.
American Psychiatric Association, Force DSMT, 2013. Diagnostic and Statistical Manual of Mental Disorders: DSM-5.
ATSDR, 2010. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. (Atlanta, Georgia).
Aylward, L.L., Hays, S.M., Vezina, A., Deveau, M., St-Amand, A., Nong, A., 2015. Biomonitoring equivalents for interpretation of urinary fluoride. Regul. Toxicol. Pharmacol. 72, 158–167.
Bachinskii, P.P., Gutsalenko, O.A., Naryzhniuk, N.D., Sidora, V.D., Shliakhta, A.I., 1985. Action of the body fluorine of healthy persons and thyroidopathy patients on the function of hypophyseal-thyroid the system. Probl. Endokrinol. 31, 25–29.
Barr, D.B., Wilder, L.C., Caudill, S.P., Gonzalez, A.J., Needham, L.L., Pirkle, J.L., 2005. Urinary creatinine concentrations in the us population: implications for urinary biologic monitoring measurements. Environ. Health Perspect. 113, 192–200.
Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., et al., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect. 125, 097017.
Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. R. Stat. Soc. Ser. B Methodol. 57, 289–300.
Chang, L.-Y., Wang, M.-Y., Tsai, P.-S., 2016. Diagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis. Pediatrics 137.
Chen, J., Shan, K.R., Long, Y.-g., Wang, Y.-N., Nordberg, A., Guan, Z.-Z., 2003. Selective decreases of nicotinic acetylcholine receptors in Pc12 cells exposed to fluoride. Toxicology 183, 235–242.
Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ. Health Perspect. 120, 1362–1368.
Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., et al., 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol. Teratol. 47, 96–101.
Conners, C., 1997. The Revised Conners' Rating Scales (Crs-R) Are the Standard Instruments for the Assessment of Attention Deficit/Hyperactivity Disorder (ADHD) in Children and Adolescents-Spanish.
Conners, C., 2000. Conners' Continuous Performance Test II: Computer Program for Windows Technical Guide and Software Manual. Mutli-Health Systems, North Tonwanda, NY.
Dong, Z., Wan, C., Zhang, X., Liu, J., 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. J Guiyang Med. Coll. 18.
Dugbartey, A.T., 1998. Neurocognitive aspects of hypothyroidism. Arch. Intern. Med. 158, 1413–1418.
Faraone, S.V., Asherson, P., Banaschewski, T., Biederman, J., Buitelaar, J.K., Ramos-Quiroga, J.A., et al., 2015. Attention-deficit/hyperactivity disorder. Nat. Rev. Dis.

Prim. 1, 15020.
Fuertes, E., Standl, M., Forns, J., Berdel, D., Garcia-Aymerich, J., Markevych, I., et al., 2016. Traffic-related air pollution and hyperactivity/inattention, dyslexia and dyscalculia in adolescents of the German Giniplus and Lisaplus birth cohorts. Environ. Int. 97, 85–92.
Gualtieri, C.T., Johnson, L.G., 2005. ADHD: is objective diagnosis possible? Psychiatry (Edgmont) 2, 44–53.
Hollowell Jr., J.G., Garbe, P.L., Miller, D.T., 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med. 341, 2016–2017.
Huang, S., Hu, H., Sanchez, B.N., Peterson, K.E., Ettinger, A.S., Lamadrid-Figueroa, H., et al., 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ. Health Perspect. 124, 868–874.
Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., et al., 2014. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. NeuroMolecular Med. 16, 94–105.
Juárez-López, M., Hernández-Guerrero, J.C., Jiménez-Farfán, D., Molina-Frechero, N., Murrieta-Pruneda, F., Lopez-Jimenez, G., 2007. Fluoride urinary excretion in Mexico City's preschool children. Revista De Investigacion Clinica; Organo Del Hospital De Enfermedades De La Nutricion 60, 241–247.
Kasper, L.J., Alderson, R.M., Hudec, K.L., 2012. Moderators of working memory deficits in children with attention-deficit/hyperactivity disorder (ADHD): a meta-analytic review. Clin. Psychol. Rev. 32, 605–617.
Kheradpisheh, Z., Mirzaei, M., Mahvi, A.H., Mokhtari, M., Azizi, R., Fallahzadeh, H., et al., 2018. Impact of drinking water fluoride on human thyroid hormone: a case-control study. Sci. Rep. 8, 2674.
Lanphear, B.P., 2015. The impact of toxins on the developing brain. Annu. Rev. Public Health 36, 211–230.
Lavigne, J.V., Dulcan, M.K., Lebailly, S.A., Binns, H.J., 2012. Can parent reports serve as a proxy for teacher ratings in medication management of attention-deficit/hyperactivity disorder? J. Dev. Behav. Pediatr. 33, 336–342.
Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17.
Martinez-Mier, E.A., Soto-Rojas, A.E., Buckley, C.M., Zero, D.T., Margineda, J., 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int. Dent. J. 55, 93–99.
Mcpherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., et al., 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res (Epub ahead of print).
Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W., Hofman, A., Verhulst, F.C., et al., 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatr. 169, 838–845.
Mullenix, P.J., Denbesten, P.K., Schunior, A., Kernan, W.J., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177.
Murphy, N.C., Diviney, M.M., Donnelly, J.C., Cooley, S.M., Kirkham, C.H., Foran, A.M., et al., 2015. The effect of maternal subclinical hypothyroidism on Iq in 7- to 8-year-old children: a case-control review. Aust. N. Z. J. Obstet. Gynaecol. 55, 459–463.
Narayanaswamy, M., Piler, M.B., 2009. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol. Trace Elem. Res. 133, 71.
Ortiz-Luna, J.A., Acle-Tomasini, G., 2006. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol. 42, 17–21.
Pakkila, F., Mannisto, T., Pouta, A., Hartikainen, A.L., Ruokonen, A., Surcel, H.M., et al., 2014. The impact of gestational thyroid hormone concentrations on ADHD symptoms of the child. J. Clin. Endocrinol. Metab. 99, E1–E8.
Pal, S., Sarkar, C., 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Neurotoxicol. Pharmacol. 38, 684–699.
Perera, F.P., Wheelock, K., Wang, Y., Tang, D., Margolis, A.E., Badia, G., et al., 2018. Combined effects of prenatal exposure to polycyclic aromatic hydrocarbons and material hardship on child ADHD behavior problems. Environ. Res. 160, 506–513.
Petersen, P.E., Baez, R., Marthaler, T., 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. World Health Organization.
Polanczyk, G., De Lima, M.S., Horta, B.L., Biederman, J., Rohde, L.A., 2007. The worldwide prevalence of ADHD: a systematic review and metaregression analysis. Am. J. Psychiatr. 164, 942–948.
Polańska, K., Jurewicz, J., Hanke, W., 2012. Exposure to environmental and lifestyle factors and attention-deficit/hyperactivity disorder in children—a review of epidemiological studies. Int. J. Occup. Med. Environ. Health 25, 330–355.
Posthuma, D., Polderman, T.J.C., 2013. What have we learned from recent twin studies about the etiology of neurodevelopmental disorders? Curr. Opin. Neurol. 26, 111–121.
Rovet, J.F., Hepworth, S.L., 2001. Dissociating attention deficits in children with ADHD and congenital hypothyroidism using multiple CPTS. J. Child Psychol. Psychiatry 42, 1049–1056.
Sentís, A., Sunyer, J., Dalmau-Bueno, A., Andiarena, A., Ballester, F., Cirach, M., et al., 2017. Prenatal and postnatal exposure to No2 and child attentional function at 4–5 years of age. Environ. Int. 106, 170–177.
Shen, Y.-W., Taves, D.R., 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am. J. Obstet. Gynecol. 119, 205–207.
Singh, N., Verma, K.G., Verma, P., Sidhu, G.K., Sachdeva, S., 2014. A comparative study of fluoride ingestion levels, serum thyroid hormone & TSH level derangements,

*Environment International 121 (2018) 658–666*

dental fluorosis status among school children from endemic and non-endemic fluorosis areas. Springerplus 3, 7.

Skeaff, S., Te Morenga, L., 2017. Nutrition Society of New Zealand Annual Conference held in Wellington, New Zealand, 1–4 December 2015. Nutrients 9, 239.

Stagnaro-Green, A., Rovet, J., 2016. Pregnancy: maternal thyroid function in pregnancy - a tale of two tails. Nat. Rev. Endocrinol. 12, 10–11.

Swarup, D., Dwivedi, S., Dey, S., Ray, S., 1998. Fluoride intoxication in bovines due to industrial pollution. Indian J. Anim. Sci. 68, 605–608.

Thomas, D.B., Basu, N., Martinez-Mier, E.A., Sanchez, B.N., Zhang, Z., Liu, Y., et al., 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ. Res. 150, 489–495.

Thompson, W., Russell, G., Baragwanath, G., Matthews, J., Vaidya, B., Thompson-Coon, J., 2018. Maternal thyroid hormone insufficiency during pregnancy and risk of neurodevelopmental disorders in offspring: a systematic review and meta-analysis. Clin. Endocrinol. 88, 575–584.

USDA (U.S. Department of Agriculture), 2005. USDA National Fluoride Database of Selected Beverages and Foods - Release 2. Nutrient Data Laboratory, Beltsville Human Nutrition Research Center, Agricultural Research Service, U.S. Department of Agriculture [online] Available: https://data.nal.usda.gov/dataset/usda-national-fluoride-database-selected-beverages-and-foods-release-2-2005.

U.S. Environmental Protection Agency, 2010. Fluoride: exposure and relative source contribution analysis. In: Office of Water, 820-R-10-015, pp. 210. http://water.epa.gov/action/advisories/drinking/fluoride_index.cfm.

Vreugdenhil, H.J.I., Mulder, P.G.H., Emmen, H.H., Weisglas-Kuperus, N., 2004. Effects of perinatal exposure to PCBs on neuropsychological functions in the Rotterdam cohort at 9 years of age. Neuropsychology 18, 185–193.

Yang, Y., Wang, X., Guo, X., Hu, P., 2008. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. Fluoride 41, 336–339.

Yasmin, S., Ranjan, S., Hilaluddin, D'Souza, D., 2013. Effect of excess fluoride ingestion on human thyroid function in Gaya region, Bihar, India. Toxicol. Environ. Chem. 95, 1235–1243.

Exhibit A

Adkins Declaration, Exhibit 09

Valdez Jimenez 2017

NeuroToxicology 59 (2017) 65–70



Contents lists available at ScienceDirect

## NeuroToxicology



Full Length Article

# In utero exposure to fluoride and cognitive development delay in infants

L. Valdez Jiménez[a], O.D. López Guzmán[b], M. Cervantes Flores[b], R. Costilla-Salazar[c], J. Calderón Hernández[a], Y. Alcaraz Contreras[d], D.O. Rocha-Amador[d,*]

[a] Coordinación para la Innovación y Aplicación de la Ciencia y la Tecnología (CIACYT), Universidad Autónoma de San Luis Potosí, San Luis Potosí, Mexico
[b] Facultad de Ciencias Químicas, Universidad Juárez del Estado de Durango (Unidad Durango), Victoria de Durango, Mexico
[c] División de Ciencias de la Vida, Universidad de Guanajuato, Guanajuato, Mexico
[d] División de Ciencias Naturales y Exactas, Universidad de Guanajuato, Guanajuato, Mexico

Exhibit 297

Jacqueline
Calderon, Ph.D.

Date: September 4, 2019
Amanda Kalas, CSR 13901

ARTICLE INFO

Article history:
Received 21 December 2015
Received in revised form 24 November 2016
Accepted 15 December 2016
Available online 8 January 2017

Keywords:
Fluoride exposure in utero
Infant
Cognitive development delay

ABSTRACT

The objective of this study was to evaluate the association between in utero exposure to fluoride (F) and Mental and Psychomotor Development (MDI and PDI) evaluated through the Bayley Scale of Infant Development II (BSDI-II) in infants. The sample included 65 mother-infant pairs. Environmental exposure to F was quantified in tap and bottled water samples and F in maternal urine was the biological exposure indicator; samples were collected during the 1st, 2nd and 3rd trimester of pregnancy. The mean values of F in tap water for the 1st, 2nd and 3rd trimester were $2.6 \pm 1.1$ mg/l, $3.1 \pm 1.1$ mg/l and $3.7 \pm 1.0$ mg/l respectivly; above to 80% of the samples exceeded the reference value of 1.5 mg/l (NOM-127-SSA1-1994). Regarding F in maternal urine, mean values were $1.9 \pm 1.0$ mg/l, $2.0 \pm 1.1$ mg/l and $2.7 \pm 1.1$ mg/l for the 1st, 2nd and 3rd trimester respectively. The infants with MDI and PDI scores less than 85 points were 38.5% and 20.9% respectively. After adjusting for potential confounding factors (gestational age, age of child, marginalization index and type of water for consumption), the MDI showed an inverse association with F levels in maternal urine for the first ($\beta = -19.05$, $p = 0.04$) and second trimester ($\beta = -19.34$, $p = 0.01$). Our data suggests that cognitive alterations in children born from exposed mothers to F could start in early prenatal stages of life.

© 2017 Published by Elsevier B.V.

## 1. Introduction

Fluorides are naturally-occurring components in rocks and soil and are also found in air, water, plants, and animals. The general population is exposed to fluoride (F) through the consumption of drinking water, foodstuff, and dental products. Populations living in areas with naturally high F levels in water and soil may be exposed to high levels of F in water, especially if drinking water is provided from wells (ATSDR, 2003; Vineet Dhar1, 2009). In the central and north areas of Mexico there are groundwater with elevated levels of F (Ortega-Guerrero, 2009). In this areas, almost 90% of the population has the practice of use tap water for food preparation and direct consumption as drinking water (Jarquín-

Yañez et al., 2015). The bioavailability of F through ingestion 80–100% (ATSDR, 2003).

Epidemiological research conducted in school age children living in endemic hydrofluorosis areas have evaluated the influence of exposure of F on cognitive development assessed as intelligence quotient scores (IQ). Different intelligence tests have been used (RAVEN-Chinese version, Wechsler Intelligence Scales, Stanford-Binet Intelligence Scale) and have reported lower IQ points associated with F exposure at concentrations of 2.20–3.94 mg/l compared with residents from control areas (concentrations of F in water <0.41 mg/l). The lack of biomarkers of exposure and control of potential confounders is an issue that has to be considered in these studies (Karimzade et al., 2014; Trivedi et al., 2012). Other well conducted research papers also reported that F decreases IQ scores (Ding et al., 2011; Rocha-Amador et al., 2007).

Cognitive development alterations associated with F exposure could start in early prenatal stages of life and come up later at school age; and likely continue into adulthood. Few studies have explored this hypothesis and the evidence is inconclusive. For

* Corresponding author at: Departamento de Farmacia, División de Ciencias Naturales y Exactas, Universidad de Guanajuato Noria Alta S/N, C.P. 36050 Guanajuato, Guanajuato, México.
E-mail address: drochaa@ugto.mx (D.O. Rocha-Amador).

http://dx.doi.org/10.1016/j.neuro.2016.12.011
0161-813X/© 2017 Published by Elsevier B.V.

example, Chinese newborns; scored lower in the Standard Neonatal Behavioral Neurological Assessment (NBNA) test in the high exposure group (F in urine $3.58 \pm 1.47$) compared with the control group ($1.74 \pm 0.96$ mg/l); $36.48 \pm 1.09$ vs $38.28 \pm 1.10$, $p < 0.05$, respectively (Li et al., 2008). Another study in aborted fetuses of mothers living in an endemic hydrofluorosis area ($4.3 \pm 2.9$ mg/l of F in urine) reported changes in neurotransmitters compared with levels of aborted fetuses of mothers living in non-endemic areas (F in urine $1.67 \pm 0.8$ mg/l) (Yu et al., 2008). Regarding experimental studies, data shows that F accumulates in the brain, specifically in the hippocampus; a region associated with memory, attention and learning (Shivarajashankara et al., 2001; Bhatnagar et al., 2006; Basha et al., 2011). About gestational exposure, some experimental studies, indicated that F alters learning and memory (Mullenix et al., 1995; Bera et al., 2007; Basha et al., 2011).

In endemic hydrofluorosis areas millions of people consume contaminated water daily, including pregnant women and there is evidence that support the F capacity to cross the placental and the blood-brain barriers and accumulate in critical areas of the brain related to cognitive development. The objective of this research was to evaluate the influence of *in utero* exposure to F in Mexicans infants born from mothers living in endemic hydrofluorosis areas on the Mental and Psychomotor Development (MDI and PDI) through the Bayley Scale of Infant Development II (BSDI-II).

## 2. Methodology

### 2.1. Participants and recruitment

Authorizations from the authorities of the Ministry of Health (SSA) of the selected municipalities included for the study were obtained. The project protocol was conducted in accordance with the Declaration of Helsinki and was approved by the bioethics committees of the SSA from the municipalities. Follow up was conducted in pregnant women recruited from 2013 to 2014 who received prenatal care in health centers located in Durango City and Lagos de Moreno, Jalisco, Mexico. Both are endemic hydro-fluorosis areas (Hurtado-Jiménez and Gardea-Torresdey, 2005; Rocha-Amador et al., 2007). Inclusion criteria were: ≤12 weeks of gestation, with no history of thyroid disease, without clinically diagnosed diabetes, and a minimum 5 years of residence in the study area; 182 potential participants were identified. Each woman was visited at home to explain the objective of the study, the risks and the benefits of their participation. A written informed consent was obtained from those who agree to participate (n = 90) and 65 women approved the participation of their infants in the neuropsychological evaluation. Water and urine samples were obtained at three periods through pregnancy; 1st trimester (between the 8 to 12 week), 2nd trimester (between the 24 to 28 week) and the 3rd trimester (after the 30 week); 65, 46 and 29 women provided water and urine samples for the 1st, 2nd and 3rd trimesters, respectively.

### 2.2. Maternal interviews

In the 1st trimester of pregnancy a questionnaire was applied to obtain information about sociodemographic, prenatal history, mother's health status before pregnancy (use of drugs, vaccines, diseases, etc.) and the type of water for drinking and cooking. The marginalization index (MI) was obtained from the National Population Council (CONAPO). The mother's address was geographically referenced to identify the basic geostatistical area (AGEB) to which she belonged. The marginalization index integrates information from educational level variables to health services and social assistance, living and deceased children,

housing conditions, number of rooms and bedrooms, type of floor, toilet, and availability of goods. Two additional surveys were applied during the 2nd and 3rd trimester of pregnancy to get information about the mother's health, pregnancy evolution and sources of water consumption.

### 2.3. Fluoride exposure assessment

Tap and bottled water samples were collected at participant's home. First morning voided urine samples were collected in plastic bottles at each trimester of pregnancy (as described in participants and recruitment). All samples were kept refrigerated at −4 °C until processed.

Fluoride in water (FW) was quantified by adding a TISAB buffer to the samples just prior to the analysis with a specific ion sensitive electrode. As an internal quality control, primary standard reference material "Fluoride standard solution" (NIST SRM 3183; National Institute of Standards and Technology, United States) was analyzed. The accuracy was $98 \pm 3\%$. F in maternal urine (FU) was analyzed according to the method 8308 (Fluoride in urine) from the National Institute of Occupational Safety and Health (NIOSH, 1984). As quality control "Urine Control Lyophilized for Trace Elements" ClinChek® of Iristech Co was analyzed. The accuracy was $97 \pm 6\%$. The F urine levels were corrected by specific gravity and were reported as mg/l (AIHA, 2004).

### 2.4. Maternal interview about child's health

A survey was conducted to get information about childbirth (type of birth, week of birth, weight and length at birth, Apgar and health conditions of the baby during the first month of life). This information was corroborated with the birth certificate. The gestational age of the babies was calculated and classified into three categories: immature (21–27 weeks of gestation and birth weight <1.0 kg); preterm (28–37 weeks of gestation and birth weight between 1.0 to 2.5 kg); and term (37–41 weeks and birth weight >2.5 kg) according to the Official Mexican Norm 007 (NOM-007-SSA2-1993).

### 2.5. Neurodevelopmental and behavioral evaluation in young children

Neurodevelopment was assessed with the Bayley Scales of Infant Development II (BSDI-II) (Bayley, 1993). This test has good reliability and validity; it is applied to evaluate developmental delay in children between 3 months to 5 years in Mexico by the SSA (CNPSS, 2013). The Mental Development Index scale (MDI) of the Bayley test evaluate aspects of functioning such as eye-hand coordination, manipulation, understanding of object relation, imitation and early language development whereas the Psycho-motor Development Index (PDI) scale assesses gross motor development. A trained psychologist who was blinded about mother's F exposure evaluated the infants at the participant's home; the application lasted 30–45 min. All young children were healthy at the time of the test application and accompanied by the mother. The raw scores of MDI and PDI were standardized by age with an average of 100 and a standard deviation of 15. To standardize the raw scores for children who were born prematurely, the number of months of prematurity was subtracted from their chronological age. The scores below 85 points indicated a possible developmental delay.

### 2.6. Statistical analysis

The sample size was calculated with data from a previous study of decreased IQ and F exposure in school age children. In this study near to 60% of the children consumed contaminated water and the

*L. Valdez Jiménez et al./NeuroToxicology 59 (2017) 65–70*

prevalence of children with IQ below 90 points was 25% in the control group (F urine 1.5 mg/g creatinine) in comparison with the 58% of children in the exposed group (F urine >5 mg/g creatinine) (OR = 4.1, CI 95% 1.3–13.2) (data unpublished). A meta-analysis of F and children's intelligence also reported a similar OR (Tang et al., 2008). The two-side confidence level and power were 95% and 80% respectively. The method followed was the X-Sectional, Cohort, & Randomized Clinical Trials. The final sample was 86, in our study 90 women accepted to participate in the pregnancy follow up. The calculation was done with Open Epi.

Regarding statistical analysis, first we examined the univariate (mean, standard deviation, and proportions) characteristics of demographic, maternal and child factors. The variables, concentration of F in tap water, F in bottled water and F in maternal urine were log10-tranformed and reported as geometric mean and standard error. Normality, homoscedasticity and linearity assumption were satisfied for MDI and PDI scores and were modeled as continuous variables. For qualitative variables, frequency and percentage (education, marital status, occupation, parity, type of water used for drinking or cooking) are reported. F levels in tap water, bottled water and maternal urine across trimesters were compared with paired *t*- test (1st and 2nd, 2nd and 3rd and 1st and 3rd). The relationship between education, occupation and marital status of the mother, the type of water for drinking and food preparation, child sex, type of birth, breastfeeding, birth weight, number of antenatal care visits and MDI and PDI scores were analyzed using bivariate tests as applied (correlations, t-student, ANOVA). Previous to run multivariable regression linear models we explored the goodness of fit between the dependent variables (MDI or PDI) and the F in maternal urine exposure by each trimester with the curve fitting method to find the best-fit line. Also, scatterplots were conducted as a visual exploratory tool between the F exposure-outcome. To examine the association between BSID II scores and maternal F exposure, we performed separate adjusted multiple regression linear models (MRLM) for MDI and PDI by the 1st and 2nd trimesters of pregnancy. All models were adjusted for the same set of covariates (gestational age, children age, MI and type of drinking water) even if they were not significant in the bivariate analysis. Finally, we reported two MRLM including only children with data of F in maternal urine for both the 1st and the 2nd trimester (n = 46). The stepwise method was used to select the best-fit model. To assess the validity model, residual analysis was performed. All statistical analysis was performed with SPSS 20 (SPSS Inc., Chicago, IL, USA) the significance level was set at $p < 0.05$.

## 3. Results

Table 1 shows the comparison of general characteristics of the pregnant women between participants in the biological monitoring and the women who agreed to their child's cognitive evaluation. The average age of the participants was $22.4 \pm 4.0$, in education 41.5% of the participants had completed high school. Regarding marital status, 69.7% of the participants were married, 70.7% of the participants reported being housewives, and for 44.6% of the participants it was their first birth. About marginalization index 52.3% of participants were classified in the mid-level. Almost 64.6% of the participants reported tap water for drinking and 56.6% use tap water for prepare food (data not shown). No statistical significant differences (p > 0.05) in education level, marital status, occupation, parity, MI or type of drinking water were observed between pregnant women whose children participated in the study and those who did not participate in the neuropsychological evaluation (n = 25).

Table 2 shows information about F levels in tap water. The values ranged from 0.5 to 12.5 mg/l, 81.5%, 86.7% and 92.2% of

**Table 1**
Comparison of general characteristics between the pregnant women who consented to their children's cognitive evaluation and participants that only participated in the biological monitoring.

| | (n = 65) | (n = 25) | p[a,b] |
|---|---|---|---|
| **Age[c]** | | | |
| Years | 22.0 ± 4.0 (15–30) | 20.7 ± 5.0 (20–28) | 0.09 |
| | | | |
| **Education[d]** | | | |
| Illiterate | 10.7 (7) | 12.0 (3) | |
| Incomplete elementary school | 12.3 (8) | 4.0 (1) | 0.13 |
| Elementary school | 16.9 (11) | 8.0 (2) | |
| Elementary school | 41.5 (27) | 44.0 (11) | |
| High school | 18.4 (12) | 32.0 (8) | |
| | | | |
| **Marital status[d]** | | | |
| Married | 69.7 (45) | 80.0 (20) | 0.72 |
| Single | 30.2 (20) | 20.0 (5) | |
| | | | |
| **Occupation[d]** | | | |
| Housewife | 70.8 (46) | 44.0 (11) | 0.72 |
| Works | 23.1 (15) | 32.0 (8) | |
| Student | 6.1 (4) | 8.0 (2) | |
| Search works | – | 16.0 (4) | |
| | | | |
| **Parity[d]** | | | |
| First pregnancy | 44.6 (29) | 64.0 (16) | 0.76 |
| | | | |
| **Drinking water[d]** | | | |
| Bottled water | 64.6 (43) | 48.0 (12) | 0.20 |
| Tap water | 33.8 (22) | 52.0 (13) | |
| | | | |
| **Cooking water[d]** | | | |
| Bottled water | 33.8 (22) | 16.0 (4) | 0.46 |
| Tap Water | 66.1 (43) | 84.0 (21) | |
| | | | |
| **Marginalization Index[d]** | | | |
| Very high | – | – | |
| High | 12.3 (8) | 12.0 (3) | 0.90 |
| Medium | 52.3 (34) | 48.0 (12) | |
| Low | 24.6 (16) | 28.0 (7) | |
| Very Low | 10.8 (7) | 12.0 (3) | |

[a] Continuous variables were compared through *t*-test.
[b] Categorical variables were analyzed by chi-square test.
[c] Arithmetic mean ± standard deviation (minimun-maximum).
[d] Percentage (n).

**Table 2**
Fluoride concentration (water, bottled and urine) by trimester of pregnancy.

| F concentration (mg/l) Trimester | GM ± SE* | (min- max.) | |
|---|---|---|---|
| Tap water | | | % ≤ NOM127[a] |
| First | 2.6 ± 1.1 | (0.5 – 10.8) | 81.5 |
| Second | 3.1 ± 1.1 | (0.7 – 10.0) | 86.7 |
| Third | 3.7 ± 1.0 | (0.6 – 12.5) | 92.2 |
| Bottled Water | | | % ≤ NOM41[b] |
| First | 2.3 ± 1.1 | (0.01 – 5.7) | 52.0 |
| Second | 2.0 ± 1.1 | (0.02 – 8.1) | 50.0 |
| Third | 2.9 ± 1.0 | (0.02–7.9) | 66.7 |
| Urine X>0.65*[c] | | | |
| First | 1.9 ± 1.0 | (0.16 – 4,9) | 96.0 |
| Second | 2.0 ± 1.1 | (0.7 – 6.0) | 100.0 |
| Third | 2.7 ± 1.1** | (1.3 – 8.2) | 100.0 |

[a] NOM-127-SSA1-1994 (1.5 mg/l); [b] NOM-041-SSA1-1993 (0.7 mg/l); [c] 0.65 mg/l level in pregnant women determined by ion selective electrode (Opydo-Szymaczek and Borysewicz-Lewicka, 2005b); 1st trimester n = 65; 2nd trimester n = 46; 3rd trimester n = 29; * Geometric mean ± standard error; ** Differences were observed with the 1st, 2nd vs the 3rd trimester (*p* = 0.004 and *p* = 0.009 respectively trought paired *t* test; n = 29).

samples in each trimester exceeded the NOM-127-SSA1-1994 (1.5 mg/l). No statistically significant differences were observed between trimesters (1st vs 2nd p = 0.35; 1st vs 3rd p = 0.28 and 2nd

*L. Valdez Jiménez et al. / NeuroToxicology 59 (2017) 65–70*

vs 3rd $p = 0.79$). Regarding bottled water 52.0%, 50.0% and 66.7% of samples in each of the trimesters exceeded the NOM-041-SSA1-1993 (0.7 mg/l). The mean concentration of F in the urine of the mothers was $1.9 \pm 1.0$ mg/l (0.16–4.9 mg/l) for the 1st trimester, $2.0 \pm 1.1$ mg/l (0.7–6.0 mg/l) for the 2nd and $2.7 \pm 1.1$ mg/l (1.3–8.2 mg/l) for the 3rd trimester. There is not a biological exposure index for F in urine in pregnant women. However, we compared our data with the mean value of F in urine (0.65 mg/l) of pregnant women residents in areas with low levels of F in drinking water (0.4–0.8 mg/l) and 96% to 100% of the samples for the three trimesters exceeded this value (Opydo-Szymaczek and Borysewicz-Lewicka, 2005). No statistically significant differences were observed between the levels of F in urine of the mother between the 1st and the 2nd trimester (p > 0.05). Only differences were observed with the 1st, 2nd vs the 3rd trimester (p = 0.004 and p = 0.009 respectively; n = 29). Nevertheless, when we correlate F in urine levels into trimesters we found a relationship between the 1st and 2nd trimester r = 0.40, p = 0.05 (n = 46) and 2nd and 3rd r = 0.37, p = 0.05 (n = 29).

In Table 3 pregnancy and childbirth characteristics are listed. The average age of children assessed was 8 months (3–15 months) and almost 70% were girls. Only 66.2% of the babies were at term. From this 66.2% were born vaginally and weighed and measured on average $3.1 \pm 0.5$ kg and $50 \pm 6.0$ cm, respectively. We found higher levels of F in urine across trimester in premature compared with full term 2.4 vs 1.6 mg/l (1st); 2.3 vs 1.8 mg/l (2nd); and 4.1 vs 2.8 mg/l (3rd) (data not shown). During pregnancy, women reported having an average of 8 prenatal control visits and 92.3% reported that they breastfed their children (with a duration between 3 to 7 months). Regarding, BSID-II the mean of MDI score was $91.6 \pm 14.3$ (ranged from 60 to 135 points), the normal range of MDI is between 85 to 115, 38.5% of the newborns scored below 85 while 11.9% scored above 115. Regarding PDI, the average was $90.9 \pm 13.5$ (ranged from 54 to 131 points). The proportion of infants scored less than 85 was 20.9% and 6% scored over 115 points.

Table 4 shows results of MRLM between F in urine and MDI and PDI. After adjusting for potential confounders, an inverse association was observed between levels of F in urine in the 1st and 2nd trimesters with MDI scores (β = −19.05; p = 0.04; β = −19.35; p = 0.013 respectively). No differences in general characteristics and F in urine levels (2.2 vs 2.1 mg/l, p = 0.47) were observed between the 46 women who provided environmental and biological samples in the 1st and 2nd trimester with the 19 women who do not provided samples for the 2nd trimester (data no shown).

## 4. Discussion

The objective of this research was to evaluate the influence of *in utero* exposure to F on Mental and Psychomotor Development evaluated through the BSDI II in Mexican children born from mothers living in endemic hydrofluorosis areas. The proportion of children with values of MDI less than minus one standard deviation (SD) was 38.5%; scores under 85 points are considered as an indicator of possible developmental delay. This test evaluates psychological processes such as attention, memory, sensory processing, exploration and manipulation, and concept formation (Bayley, 1993). F in maternal urine (log$_{10}$) for the 1st and the 2nd trimester were negatively associated with MDI (β = −19.05;

**Table 3**
Characteristics of pregnancy, childbirth and development indices of infant evaluated.

| Variable | % (n) |
| --- | --- |
| Gender | |
| Male | 30.7 (20) |
| Female | 69.2 (45) |
| | |
| Gestational age (NOM 007)[a] | |
| Immature | – |
| Premature | 33.8 (22) |
| Term | 66.2 (43) |
| | |
| Type of delivery | |
| Vaginal | 66.2 (43) |
| Caesarean section | 33.8 (22) |
| | |
| Feeding type | |
| Breast feeding | 92.3 (60) |
| Formula | 7.6 (5) |
| | $\bar{x} \pm SD^d$ (min– max.) |
| Birth weight (kg) | $3.1 \pm 0.5$ (1.8 – 4.0) |
| Size at birth (cm) | $50.0 \pm 6.0$ (27.0 – 54.0) |
| Number of antenatal care visits | $8.0 \pm 3.0$ (4.0 – 20.0) |
| MDI[b] | $91.6 \pm 14.3$ (60.0 – 135.0) |
| MDI[c] % ≤ 85 | 38.5 |
| MDI% ≥ 115 | 11.9 |
| PDI[b] | $90.9 \pm 13.5$ (54.0 – 131.0) |
| PDI[c] % ≤ 85 | 20.9 |
| PDI% ≥ 115 | 6.0 |

[a] NOM007 Immature (21–27 weeks, weight ≥ 1.0 kg; Premature 28–37 weeks gestation weight between 1.001 to 2.5 kg); term 37–41 weeks gestation, weight ≥ 2.5 kg).
[b] Reference value 100 ± 15.
[c] Possible developmental delay (n = 65).
[d] Arithmetic mean ± standard deviation.

**Table 4**
Multiple Regression Linear Models of MDI and maternal fluoride exposure after adjustments for gestational age, age of child, marginality index and type of drinking water (1st and 2nd trimester).

| 1st trimester | β | Standard error | Standard β | p |
| --- | --- | --- | --- | --- |
| (Constant) | 95.9 | 3.3 | | 0.00 |
| Maternal exposure to F [a] | −15.8 | 9.07 | −0.27 | 0.08 |
| Adjusted Model | | | | |
| (Constant) | 46.1 | 19.36 | | 0.022 |
| Gestational age [b] | −10.0 | 6.59 | −0.23 | 0.13 |
| Age of child | 0.55 | 0.76 | 0.11 | 0.47 |
| Marginality index | 1.5 | 2.49 | 0.09 | 0.54 |
| Type of drinking water [c] | −13.3 | 5.4 | 0.38 | 0.02 |
| Maternal exposure to F [a] | −19.05 | 8.9 | −0.32 | 0.04 |
| | | | | |
| 2nd trimester | β | Standard error | Standard β | p |
| (Constant) | 97.0 | 3.1 | | 0.00 |
| Maternal exposure to F [a] | −18.1 | 7.6 | −0.34 | 0.02 |
| Adjusted Model | | | | |
| (Constant) | 47.31 | 18.31 | | 0.014 |
| Gestational age [b] | −10.51 | 6.23 | −0.24 | 0.1 |
| Age of child | 0.57 | 0.73 | 0.11 | 0.43 |
| Marginality index | 2.22 | 2.35 | 0.14 | 0.35 |
| Type of drinking water [c] | −11.39 | 4.88 | 0.34 | 0.025 |
| Maternal exposure to F [a] | −19.34 | 7.46 | −0.36 | 0.013 |

[a] Log of F in urine.
[b] Gestational age was coded like 1 = term, 2 = preterm and 3 = immature.
[c] Type of drinking water was coded like 1 = bottled and 2 = tap; 1st trimester: R = 0.26; $R^2$ = 0.07; 1st trimester adjusted model: R = 0.50; $R^2$ = 0.25; Durbin-Watson = 2.2, p = 0.05; 2nd trimester: R = 0.34; $R^2$ = 0.11; 2nd trimester adjusted model: R = 0.53; $R^2$ = 0.28; Durbin-Watson = 1.88, p = 0.02; n = 46 for both MLRM.

$p = 0.04$; $\beta = -19.34$; $p = 0.01$, respectively) and the R-squared was 24%. These coefficients indicate that for every additional F in maternal urine ($\log_{10}$) we can expect MDI to decrease by an average of 19.5 scores. In previous studies conducted by our group we reported similar results between F levels in urine in school age children and IQ scores ($R^2 = 25\%$; $\beta = -16.9$; $p = 0.05$) (Rocha-Amador et al., 2007). In the present study the highest value quantified of F in maternal urine was 8.2 mg/l for the 3rd trimester; in other endemic hydrofluorosis areas of Mexico it is possible that women have similar levels of F in urine. It is particularly important because critical periods of development are most likely to occur in utero, the development of the CNS begins in the third week of gestation and continues maturation into adolescence (Selevan et al., 2000); thus F exposure in utero could possible explain the cognitive alterations observed in school age children chronically exposed to this element (Rocha-Amador et al., 2007; Poureslami et al., 2011). Some authors mention that attention, memory and visuospatial organization could be impacted by F exposure (Calderón et al., 2003; Jiang et al., 2014) and recent reports have linked F exposure to attention problems and hyperactivity in adolescents (Malin and Till, 2015).

The BSID-II has been used in other risk settings to test pesticides exposure or low socioeconomic status contribution to children cognitive development (Eskenazi et al., 2006; Kolobe 2004). In this stud, we did not find any differences between MDI and MI ($p > 0.05$), nevertheless this variable was included in the final models. Regarding PDI and F in maternal urine we did not find any association with F in urine in the 1st and 2nd trimesters before and after performing multivariable modeling (1st $\beta = 6.28$, $p = 0.48$; 2nd $\beta = 5.33$, $p = 0.48$, respectively) (data not shown).

Regarding F levels in tap water mean concentrations for each trimester were: $2.6 \pm 1.1$ mg/l, $3.1 \pm 1.1$ mg/l and $3.7 \pm 1.0$ mg/l respectively. It is worthy to note that over 81.5% of the samples of tap water were above 1.5 mg/l (NOM-127- SSA1-1994) with the highest value of 12.5 mg/l. These higher values are consistent with reports of F in groundwater in the study sites (Hurtado-Jiménez and Gardea-Torresdey, 2005; Rocha-Amador et al., 2007). About maternal exposure to F, the data indicate that over 96.0% had levels of F in urine above 0.65 mg/l (reported in pregnant women exposed to low levels of F in water; Opydo- Szymaczek and Borysewicz-Lewicka, 2005) in the 1st trimester, while in the 2nd and 3rd trimester were 100% and 100% respectively. The F levels in urine were similar as expected in endemic hydrofluorosis areas (F in water 1.7–6.0 mg/l; F in urine $3.58 \pm 1.47$ mg/l) (Li et al., 2008). Comparing the average values of F in urine by each trimester, we noted that the first two trimesters remained constant ($1.9 \pm 1.0$ mg/l vs $2.0 \pm 1.1$ mg/l), except for the 3rd trimester the average values were 1.5 times higher ($2.7 \pm 1.1$ mg/l). Some authors mention that metabolism of F change with gestation, decreasing the absorption of F in calcified tissues and decreasing fetal bone calcification at the end of pregnancy (Opydo- Szymaczek and Borysewicz-Lewicka, 2005). It is possible that the observed increment in F in urine for the 3rd trimester could be explained by this mechanism. However, we only get samples for 41.5% of participants. In our study 92.3% of women reported breastfeed their babies and F is poorly transferred from plasma to milk (Ekstrand et al., 1981). However, it is remarkable that 33.8% of women reported drink tap water and 78.4% use it for cooking. The practice of use tap water for drink or cooking is crucial because exposure to F could be increased when the infant change to bottle feeding and starts solid foods. Regarding, bottled water it is important to mention that we have analyzed several brands of this water and 65% of the samples exceeded the 0.7 mg/l value (NOM-041-SSA1-1993) and 22.9% had values over 1.5 mg/l (NOM-127-SSA1-1994) data not shown.

In our study, 33.8% of children were born premature i.e. between weeks 28–36 and had a birth weight lower than 2.5 kg.

The incidence of prematurity according to the National Institute of Perinatology is 19.7%. The World Health Organization (WHO) in Mexico reported a rate of 7.3 cases per 100 births (Zamudio et al., 2013); compared with 33.8% of cases per 100 births that we observed in our study. We have 26.5% more cases than expected. A study conducted in and endemic hydrofluorosis area (F water levels on average 4.7 mg/l) reported 25.9% of newborns weighing less than 2.5 kg compared with 6.9% in the control area (F water <0.009 mg/l). A risk of 1.99 (95% CI 1.3-3.67) of having babies with low birth weight (Diouf et al., 2012). None of the mothers involved in this research, reported drink alcohol or smoke during pregnancy; thus the high proportion of low birth weight babies is not explained by these factors. Another fact that stands out, is the high proportion of girls born in the cohort (69.2%) compared to the 51.2% reported by CONAPO for Mexican population. In the present study we did not find differences between gender ($p > 0.05$).

This study has some limitations including the small sample size of evaluated children, the low participation to provide biological and environmental samples in the last trimester and it was conducted in residents from endemic areas. However, in Mexico F in water remains as the main source of F exposure. In endemic hydrofluorosis areas of Mexico only non-fluorinated salt is distributed according to the NOM-040-SSA1-1993.

## 5. Conclusion

Due the importance of cognitive development in children and the amount of people (millions) exposed daily; more studies need to be conducted to support the *in utero* exposure of F and effects in young children. Considering previous data supporting the potential neurotoxicity of F in school-age children, preventive measures in affected communities should be implemented (communication programs, treatments water methods and a continuous monitoring to guarantee water quality) to decrease the F intake through drinking water along with an early intervention cognitive program in infants who are at risk of developmental delay or disabilities.

## Conflict of interest

None.

## Acknowledgements

The authors acknowledge the financial support of this research by CONACYT with number 181577, FONSEC 2012 and the University of Guanajuato through DAIP support with number FO-DAI-05, 2013. The present work was carried out during the first period of the first author postdoctoral training (fellowship number 239404).

## References

American Industrial Hygiene Association, 2004. Biological Monitoring. A Practical Field Manual. United States of America. pp. 15.

Agency for Toxic Substances and Disease Registry (ATSDR), 2003. Toxicological Profile for Fluoride. Department of Health and Human Services, Atlanta, GA.

Basha, P.M., Rai, P., Begum, S., 2011. Fluoride toxicity and status of serum thyroid hormones, brain histopathology, and learning memory in rats: a multigenerational assessment. Biol. Trace Elem. Res. 144, 1083–1094.

Bayley, N., 1993. The Bayley Scales of Infant Development, 2nd ed. Psychological Corporation, San Antonio, TX.

Bera, I., Sabatini, R., Auteri, P., Flace, P., Sisto, G., Montagnani, M., Potenza, M.A., Marasciulo, F.L., Carratu, M.R., Coluccia, A., Borracci, P., Tarullo, A., Cagiano, R., 2007. Neurofunctional effects of developmental sodium fluoride exposure in rats. Eur. Rev. Med. Pharmacol. Sci. 11 (July-August) (4)), 211–224.

Bhatnagar, M., Rao, P., Saxena, A., Bhatnagar, R., Meena, P., Barbar, S., Chouhan, A., Vimal, S., 2006. Biochemical changes in brain and other tissues of young adult female mice from fluoride in their drinking water. Fluoride 39, 280–284.

Comisión Nacional de Protección Social en Salud, 2013. Manual para la evaluación de menores de cinco años con riesgo de retraso en el desarrollo. Primera edición Secretaría de Salud, México D.F, pp. 88.

Calderón, J., Ortiz-Pérez, D., Yáñez, L., Díaz-Barriga, F., 2003. Human exposure to metals. Pathways of exposure biomarkers of effect, and host factors. Ecotoxicol. Environ. Saf. 56, 93–103.

Ding, Y., YanhuiGao, H., Han, H., Wang, W., Ji, X., Liu, X., Sun, D., 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. J. Hazard. Mater. 186, 1942–1946.

Diouf, M., Cisse, D., Lo, C.M.M., Ly, M., Faye, D., Ndiaye, O., 2012. Pregnant women living in areas of endemic fluorosis in Senegal and low birthweight newborns: case-control study. Rev. Epidemiol. Sante Publique 60, 103–108.

Ekstrand, J., Boreus, Lo., de Chateau, P., 1981. No evidence of transfer of fluoride from plasma to breast milk. Br. Med. J. 283, 761–762.

Eskenazi, B., Marks, A.R., Bradman, A., Fenster, L., Johnson, C., Barr, D.B., Jewell, N.P., 2006. In utero exposure to dichlorodiphenyltrichloroethane (DDT) and dichlorodiphenyldichloroethylene (DDE) and neurodevelopment among young Mexican American Children. Pediatrics 118 (1), 233–241.

Hurtado-Jiménez, R., Gardea-Torresdey, J., 2005. Estimación de la exposición a fluoruros en Los Altos de Jalisco, México. Salud Pública Mex. 47, 58–63.

Jarquín-Yañez, L., Mejía-Saavedra, J., Molina-Frechero, N., Gaona, E., Rocha-Amador, D.O., López-Guzmán, O.D., Bologna-Molina, R., 2015. Association between urine fluoride and dental fluorosis as a toxicity factor in a rural community in the state of San Luis Potosi. Sci. World J. 2015, 647184.

Jiang, S., Su, J., Yao, S., Zhang, Y., Cao, F., Wang, F., Wang, H., Li, J., Xi, S., 2014. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats. PLoS One 23 (4), e96041.

Karimzade, S., Aghaei, M., Mahvi, A.H., 2014. Investigation of intelligence quotient in 9- 12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan Province, Iran. Fluoride 47, 9–14.

Kolobe, T.H., 2004. Childrearing practices and developmental expectations for Mexican-American mothers and the developmental status of their infants. Phys. Ther. 84 (5), 439–453.

Li, J., Yao, L., Shao, Q., Wu, C., 2008. Effects of high fluoride level on neonatal neurobehavioral development. Fluoride 41, 165–170.

Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17.

Mullenix, P.J., Denbesten, P.K., Schunior, A., Kernan, W.J., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177.

Norma Oficial Mexicana NOM-040-SSA1-1993, Bienes y Servicios. Sal yodada y sal yodada fluorurada. Especificaciones sanitarias.

Opydo-Szymaczek, J., Borysewicz-Lewicka, M., 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan. Poland Res. Rep. Fluoride 38 (4), 312–317.

Ortega-Guerrero, M.A., 2009. Presencia, distribución, hidrogeoquímica y origen de arsénico, fluoruro y otros elementos traza disueltos en agua subterránea, a escala de cuenca hidrológica tributaria de Lerma-Chapala, México. Rev. Mex. Cienc. Geo. 26, 143–161.

Poureslami, H.R., Horri, A., Khoramian, S., Garrusi, B., 2011. Intelligence quotient of 7 to 9 year-old children from an area with high fluoride in drinking water. J. Dent. Oral Hyg. 3, 61–64.

Rocha-Amador, D., Navarro, M.E., Carrizales, L., Morales, R., Calderón, J., 2007. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cad. Saude Publica 23 (Suppl. 4), S579–87.

Selevan, S.G., Kimmel, C.A., Mendola, P., 2000. Identifying critical windows of exposure for children's health. Environ. Health Perspect. 108, 451–455. doi: http://dx.doi.org/10.1289/ehp.00108s3451.

Shivarajashankara, Y.M., Shivashankara, A.R., Bhat, P.G., Rao, S.H., 2001. Effect of fluoride intoxication on lipid peroxidation and antioxidant systems in rats. Fluoride 34, 108–113.

Tang, Q.Q., Du, J., Ma, H.H., Jiang, S.J., Zhou, X.J., 2008. Fluoride and children's intelligence: a meta-analysis. Biol. Trace Elem. Res. Winter 126 (1–3), 115–120. doi:http://dx.doi.org/10.1007/s12011-008-8204-x.

Trivedi, M.H., Sangai, N.P., Pastel, R.S., Payak, M.V.S., 2012. Assessment of groundwater quality with special reference to fluoride and its impact on IQ of the schoolchildren in six villages of the mundra region, Kachchh, Gujarat India. Fluoride 45 (4), 377–383.

Vineet Dharl, M.B., 2009. Physiology and toxicity of fluoride. India J. Dent. Res. 20, 350–355.

Yu, Y., Dong, W., Zhang, L., Xiao, H.L., 2008. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Fluoride 41 (2), 134–138.

Zamudio, P.R, Rafael, C., Terrones, L., Barboza, A.R., 2013. Morbilidad y mortalidad del recién nacido prematuro en el Hospital General de Irapuato. Bol. Med. Hosp. Inft. Mex. 70, 299–303.

Exhibit A

Adkins Declaration, Exhibit 10

Green 2019

Research

**JAMA Pediatrics | Original Investigation**

# Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada

Rivka Green, MA; Bruce Lanphear, MD; Richard Hornung, PhD; David Flora, PhD; E. Angeles Martinez-Mier, DDS; Raichel Neufeld, BA; Pierre Ayotte, PhD; Gina Muckle, PhD; Christine Till, PhD

➕ **Editorial** and **Editor's Note**

➕ **Supplemental content**

**IMPORTANCE** The potential neurotoxicity associated with exposure to fluoride, which has generated controversy about community water fluoridation, remains unclear.

**OBJECTIVE** To examine the association between fluoride exposure during pregnancy and IQ scores in a prospective birth cohort.

**DESIGN, SETTING, AND PARTICIPANTS** This prospective, multicenter birth cohort study used information from the Maternal-Infant Research on Environmental Chemicals cohort. Children were born between 2008 and 2012; 41% lived in communities supplied with fluoridated municipal water. The study sample included 601 mother-child pairs recruited from 6 major cities in Canada; children were between ages 3 and 4 years at testing. Data were analyzed between March 2017 and January 2019.

**EXPOSURES** Maternal urinary fluoride ($MUF_{SG}$), adjusted for specific gravity and averaged across 3 trimesters available for 512 pregnant women, as well as self-reported maternal daily fluoride intake from water and beverage consumption available for 400 pregnant women.

**MAIN OUTCOMES AND MEASURES** Children's IQ was assessed at ages 3 to 4 years using the Wechsler Primary and Preschool Scale of Intelligence-III. Multiple linear regression analyses were used to examine covariate-adjusted associations between each fluoride exposure measure and IQ score.

**RESULTS** Of 512 mother-child pairs, the mean (SD) age for enrollment for mothers was 32.3 (5.1) years, 463 (90%) were white, and 264 children (52%) were female. Data on $MUF_{SG}$ concentrations, IQ scores, and complete covariates were available for 512 mother-child pairs; data on maternal fluoride intake and children's IQ were available for 400 of 601 mother-child pairs. Women living in areas with fluoridated tap water (n = 141) compared with nonfluoridated water (n = 228) had significantly higher mean (SD) $MUF_{SG}$ concentrations (0.69 [0.42] mg/L vs 0.40 [0.27] mg/L; $P = .001$; to convert to millimoles per liter, multiply by 0.05263) and fluoride intake levels (0.93 [0.43] vs 0.30 [0.26] mg of fluoride per day; $P = .001$). Children had mean (SD) Full Scale IQ scores of 107.16 (13.26), range 52-143, with girls showing significantly higher mean (SD) scores than boys: 109.56 (11.96) vs 104.61 (14.09); $P = .001$. There was a significant interaction ($P = .02$) between child sex and $MUF_{SG}$ (6.89; 95% CI, 0.96-12.82) indicating a differential association between boys and girls. A 1-mg/L increase in $MUF_{SG}$ was associated with a 4.49-point lower IQ score (95% CI, −8.38 to −0.60) in boys, but there was no statistically significant association with IQ scores in girls ($B = 2.40$; 95% CI, −2.53 to 7.33). A 1-mg higher daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score (95% CI, −7.16 to −0.14) in boys and girls.

**CONCLUSIONS AND RELEVANCE** In this study, maternal exposure to higher levels of fluoride during pregnancy was associated with lower IQ scores in children aged 3 to 4 years. These findings indicate the possible need to reduce fluoride intake during pregnancy.

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Corresponding Author:** Christine Till, PhD, Department of Psychology, York University, 4700 Keele St, Toronto, ON M3J 1P3, Canada (ctill@yorku.ca).

*JAMA Pediatr*. doi:10.1001/jamapediatrics.2019.1729
Published online August 19, 2019.

© 2019 American Medical Association. All rights reserved.

E1

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

**Research**   Original Investigation

Association Between Maternal Fluoride Exposure During Fetal Development and IQ Scores in Offspring in Canada

For decades, community water fluoridation has been used to prevent tooth decay. Water fluoridation is supplied to about 66% of US residents, 38% of Canadian residents, and 3% of European residents.[1] In fluoridated communities, fluoride from water and beverages makes up 60% to 80% of daily fluoride intake in adolescents and adults.[2]

Fluoride crosses the placenta,[3] and laboratory studies show that it accumulates in brain regions involved in learning and memory[4] and alters proteins and neurotransmitters in the central nervous system.[5] Higher fluoride exposure from drinking water has been associated with lower children's intelligence in a meta-analysis[6] of 27 epidemiologic studies and in studies[7,8] including biomarkers of fluoride exposure. However, most prior studies were cross-sectional and conducted in regions with higher water fluoride concentrations (0.88-31.6 mg/L; to convert to millimoles per liter, multiply by 0.05263) than levels considered optimal (ie, 0.7 mg/L) in North America.[9] Further, most studies did not measure exposure during fetal brain development. In a longitudinal birth cohort study involving 299 mother-child pairs in Mexico City, Mexico, a 1-mg/L increase in maternal urinary fluoride (MUF) concentration was associated with a 6-point (95% CI, −10.84 to −1.74) lower IQ score among school-aged children.[10] In this same cohort, MUF was also associated with more attention-deficit/hyperactivity disorder–like symptoms.[11] Urinary fluoride concentrations among pregnant women living in fluoridated communities in Canada are similar to concentrations among pregnant women living in Mexico City.[12] However, it is unclear whether fluoride exposure during pregnancy is associated with cognitive deficits in a population receiving optimally fluoridated water.

This study examined whether exposure to fluoride during pregnancy was associated with IQ scores in children in a Canadian birth cohort in which 40% of the sample was supplied with fluoridated municipal water.

## Methods

### Study Cohort

Between 2008 and 2011, the Maternal-Infant Research on Environmental Chemicals (MIREC) program recruited 2001 pregnant women from 10 cities across Canada. Women who could communicate in English or French, were older than 18 years, and were within the first 14 weeks of pregnancy were recruited from prenatal clinics. Participants were not recruited if there was a known fetal abnormality, if they had any medical complications, or if they used illicit drug use during pregnancy. Additional details are in the cohort profile description.[13]

A subset of 610 children in the MIREC Study was evaluated for the developmental phase of the study at ages 3 to 4 years; these children were recruited from 6 of 10 cities included in the original cohort: Vancouver, Montreal, Kingston, Toronto, Hamilton, and Halifax. Owing to budgetary restraints, recruitment was restricted to the 6 cities with the most participants who fell into the age range required for

**Key Points**

**Question** Is maternal fluoride exposure during pregnancy associated with childhood IQ in a Canadian cohort receiving optimally fluoridated water?

**Findings** In this prospective birth cohort study, fluoride exposure during pregnancy was associated with lower IQ scores in children aged 3 to 4 years.

**Meaning** Fluoride exposure during pregnancy may be associated with adverse effects on child intellectual development, indicating the possible need to reduce fluoride intake during pregnancy.

the testing during the data collection period. Of the 610 children, 601 (98.5%) completed neurodevelopmental testing; 254 (42.3%) of these children lived in nonfluoridated regions and 180 (30%) lived in fluoridated regions; for 167 (27.7%) fluoridation status was unknown owing to missing water data or reported not drinking tap water (**Figure 1**).

This study was approved by the research ethics boards at Health Canada, York University, and Indiana University. All women signed informed consent forms for both mothers and children.

### Maternal Urinary Fluoride Concentration

We used the mean concentrations of MUF measured in urine spot samples collected across each trimester of pregnancy at a mean (SD) of 11.57 (1.57), 19.11 (2.39), and 33.11 (1.50) weeks of gestation. Owing to the variability of urinary fluoride measurement and fluoride absorption during pregnancy,[14] we only included women who had all 3 urine samples. In our previous work, these samples were moderately correlated; intraclass correlation coefficient (ICC) ranged from 0.37 to 0.40.[12]

Urinary fluoride concentration was analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane (Sigma Chemical Co) microdiffusion procedure[15] and described in our previous work.[12] Fluoride concentration could be measured to 0.02 mg/L. We excluded 2 samples (0.002%) because the readings exceeded the highest concentration standard (5 mg/L) and there was less certainty of these being representative exposure values.

To account for variations in urine dilution at the time of measurement, we adjusted MUF concentrations for specific gravity (SG) using the following equation: $MUF_{SG} = MUF_i \times (SG_M\text{-}1)/(SG_i\text{-}1)$, where $MUF_{SG}$ is the SG-adjusted fluoride concentration (in milligrams of fluoride per liter), $MUF_i$ is the observed fluoride concentration, $SG_i$ is the SG of the individual urine sample, and $SG_M$ is the median SG for the cohort.[16] For comparison, we also adjusted MUF using the same creatinine adjustment method that was used in the 2017 Mexican cohort.[10]

### Water Fluoride Concentration

Water treatment plants measured fluoride levels daily if fluoride was added to municipal drinking water and weekly or monthly if fluoride was not added to water.[12] We matched

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

Figure 1. Flowchart of Inclusion Criteria



MUF indicates maternal urinary fluoride.

participants' postal codes with water treatment plant zones, allowing an estimation of water fluoride concentration for each woman by averaging water fluoride concentrations (in milligrams per liter) during the duration of pregnancy. We only included women who reported drinking tap water during pregnancy.

### Daily Fluoride Intake in Mothers
We obtained information on consumption of tap water and other water-based beverages (tea and coffee) from a self-report questionnaire completed by mothers during the first and third trimesters. This questionnaire was used in the original MREC cohort and has not been validated. Also, for this study, we developed methods to estimate and calculate fluoride intake that have not yet been validated. To estimate fluoride intake from tap water consumed per day (milligrams per day), we multiplied each woman's consumption of water and beverages by her water fluoride concentration (averaged across pregnancy) and multiplied by 0.2 (fluoride content for a 200-mL cup). Because black tea contains a high fluoride content (2.6 mg/L),[17,18] we also estimated the amount of fluoride consumed from black tea by multiplying each cup of black tea by 0.52 mg (mean fluoride content in a 200-mL cup of black tea made with deionized water) and added this to the fluoride intake variable. Green tea also contains varying levels of fluoride; therefore, we used the mean for the green teas listed by the US Department of Agriculture (1.935 mg/L).[18] We multiplied each cup of green tea by 0.387 mg (fluoride content in a 200-mL cup of green tea made with deionized water) and added this to the fluoride intake variable.

### Primary Outcomes
We assessed children's intellectual abilities with the Wechsler Preschool and Primary Scale of Intelligence, Third Edition. Full Scale IQ (FSIQ), a measure of global intellectual functioning, was the primary outcome. We also assessed verbal IQ (VIQ), representing verbal reasoning and comprehension, and performance IQ (PIQ), representing nonverbal reasoning, spatial processing, and visual-motor skills.

### Covariates
We selected covariates from a set of established factors associated with fluoride metabolism (eg, time of void and time since last void) and children's intellectual abilities (eg, child sex, maternal age, gestational age, and parity) (Table 1). Mother's race/ethnicity was coded as white or other, and maternal education was coded as either bachelor's degree or higher or trade school diploma or lower. The quality of a child's home environment was measured by the Home Observation for Measurement of the Environment (HOME)–Revised Edition[19] on a continuous scale. We also controlled for city and, in some models, included self-reported exposure to secondhand smoke (yes/no) as a covariate.

### Statistical Analyses
In our primary analysis, we used linear regression analyses to estimate the associations between our 2 measures of fluoride exposure (MUF$_{SG}$ and fluoride intake) and children's FSIQ scores. In addition to providing the coefficient corresponding to a 1-mg difference in fluoride exposure, we also estimated coefficients corresponding to a fluoride exposure

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

Table 1. Demographic Characteristics and Exposure Outcomes for Mother-Child Pairs With $MUF_{SG}$ (n = 512) and Fluoride Intake Data (n = 400) by Fluoridated and Nonfluoridated Status[a]

| Variable[b] | No. (%) | | |
|---|---|---|---|
| | | Maternal-Child Pairs With Fluoride Intake, IQ, and Complete Covariate Data (n = 400) | |
| | $MUF_{SG}$ Sample (n = 512)[c] | Nonfluoridated (n = 238) | Fluoridated (n = 162) |
| **Mothers** | | | |
| Age of mother at enrollment, mean (SD), y | 32.33 (5.07) | 32.61 (4.90) | 32.52 (4.03) |
| Prepregnancy BMI, mean (SD) | 25.19 (6.02) | 25.19 (6.35) | 24.33 (5.10) |
| Married or common law | 497 (97) | 225 (95) | 159 (98) |
| Born in Canada | 426 (83) | 187 (79) | 131 (81) |
| White | 463 (90) | 209 (88) | 146 (90) |
| Maternal education | | | |
| Trade school diploma/high school | 162 (32) | 80 (34) | 38 (24) |
| Bachelor's degree or higher | 350 (68) | 158 (66) | 124 (76) |
| Employed at time of pregnancy | 452 (88) | 205 (86) | 149 (92) |
| Net income household >$70 000 CAD | 364 (71) | 162 (68) | 115 (71) |
| HOME total score, mean (SD) | 47.32 (4.32) | 47.28 (4.48) | 48.14 (3.90) |
| Smoked in trimester 1 | 12 (2) | 7 (3) | 2 (1) |
| Secondhand smoke in the home | 18 (4) | 9 (4) | 2 (1) |
| Alcohol consumption, alcoholic drink/mo | | | |
| None | 425 (83) | 192 (81) | 136 (84) |
| <1 | 41 (8) | 23 (10) | 11 (7) |
| ≥1 | 46 (9) | 23 (10) | 15 (9) |
| Parity (first birth) | 233 (46) | 119 (50) | 71 (44) |
| **Children** | | | |
| Female | 264 (52) | 118 (50) | 83 (51) |
| Age at testing, mean (SD), y | 3.42 (0.32) | 3.36 (0.31) | 3.49 (0.29) |
| Gestation, mean (SD), wk | 39.12 (1.57) | 39.19 (1.47) | 39.17 (1.81) |
| Birth weight, mean (SD), kg | 3.47 (0.49) | 3.48 (0.48) | 3.47 (0.53) |
| FSIQ | 107.16 (13.26) | 108.07 (13.31) | 108.21 (13.72) |
| Boys[d] | 104.61 (14.09) | 106.31 (13.60) | 104.78 (14.71) |
| Girls[d] | 109.56 (11.96) | 109.86 (12.83) | 111.47 (11.89) |
| **Exposure variables** | | | |
| $MUF_{SG}$ concentration, mg/L[e] | | | |
| No. | 512 | 228 | 141 |
| Mean (SD) | 0.51 (0.36) | 0.40 (0.27) | 0.69 (0.42) |
| Fluoride intake level per day, mg | | | |
| No. | 369[a] | 238 | 162 |
| Mean (SD) | 0.54 (0.44) | 0.30 (0.26) | 0.93 (0.43) |
| Water fluoride concentration, mg/L | | | |
| No. | 369[a] | 238 | 162 |
| Mean (SD) | 0.31 (0.23) | 0.13 (0.06) | 0.59 (0.08) |

Abbreviations: BMI, body mass index (calculated as weight in kilograms divided by height in meters squared); CAD, Canadian dollars; FSIQ, Full Scale IQ; HOME, Home Observation for Measurement of the Environment; $MUF_{SG}$, maternal urinary fluoride adjusted for specific gravity.

SI conversion factor: To convert fluoride to millimoles per liter, multiply by 0.05263.

[a] Owing to missing water treatment plant data and/or MUF data, the samples are distinct with some overlapping participants in both groups (n = 369).

[b] All of the listed variables were tested as potential covariates, as well as the following: paternal variables (age, education, employment status, smoking status, and race/ethnicity); maternal chronic condition during pregnancy and birth country; breastfeeding duration; and time of void and time since last void.

[c] Maternal urinary fluoride (averaged across all 3 trimesters) and corrected for specific gravity.

[d] The FSIQ score has a mean (SD) of 100 (15); US population norms used.

[e] Owing to missing water treatment plant data, the samples in the fluoridated and nonfluoridated regions do not add up to the MUF sample size.

difference spanning the 25th to 75th percentile range (which corresponds to a 0.33 mg/L and 0.62 mg F/d difference in $MUF_{SG}$ and fluoride intake, respectively) as well as the 10th to 90th percentile range (which corresponds to a 0.70 mg/L and 1.04 mg F/d difference in $MUF_{SG}$ and fluoride intake, respectively).

We retained a covariate in the model if its $P$ value was less than .20 or its inclusion changed the regression coefficient of the variable associated factor by more than 10% in any of the IQ models. Regression diagnostics confirmed that there were no collinearity issues in any of the IQ models

with $MUF_{SG}$ or fluoride intake (variance inflation factor <2 for all covariates). Residuals from each model had approximately normal distributions, and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations as measured by Cook distance. Including quadratic or natural-log effects of $MUF_{SG}$ or fluoride intake did not significantly improve the regression models. Thus, we present the more easily interpreted estimates from linear regression models. Additionally, we examined separate models with 2 linear splines to test

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

Case 3:17-cv-02162-EMC   Document 116-1   Filed 10/09/19   Page 218 of 334

Association Between Maternal Fluoride Exposure During Fetal Development and IQ Scores in Offspring in Canada    Original Investigation  Research

whether the $MUF_{SG}$ association significantly differed between lower and higher levels of $MUF_{SG}$ based on 3 knots, which were set at 0.5 mg/L (mean $MUF_{SG}$), 0.8 mg/L (threshold seen in the Mexican birth cohort),[10] and 1 mg/L (optimal concentration in the United States until 2015).[20] For fluoride intake, knots were set at 0.4 mg (mean fluoride intake), 0.8 mg, and 1 mg (in accordance with $MUF_{SG}$). We also examined sex-specific associations in all models by testing the interactions between child sex and each fluoride measure.

In sensitivity analyses, we tested whether the associations between $MUF_{SG}$ and IQ were confounded by maternal blood concentrations of lead,[21] mercury,[21] manganese,[21,22] perfluoro-octanoic acid,[23] or urinary arsenic.[24] We also conducted sensitivity analyses by removing IQ scores that were greater than or less than 2.5 standard deviations from the sample mean. Additionally, we examined whether using MUF adjusted for creatinine instead of SG affected the results.

In additional analyses, we examined the association between our 2 measures of fluoride exposure ($MUF_{SG}$ and fluoride intake) with VIQ and PIQ. Additionally, we examined whether water fluoride concentration was associated with FSIQ, VIQ, and PIQ scores.

For all analyses, statistical significance tests with a type I error rate of 5% were used to test sex interactions, while 95% confidence intervals were used to estimate uncertainty. Analyses were conducted using R software (the R Foundation).[25] The P value level of significance was .05, and all tests were 2-sided.

## Results

For the first measure of fluoride exposure, $MUF_{SG}$, 512 of 601 mother-child pairs (85.2%) who completed the neurodevelopmental visit had urinary fluoride levels measured at each trimester of the mother's pregnancy and complete covariate data (Figure 1); 89 (14.8%) were excluded for missing $MUF_{SG}$ at 1 or more trimesters (n = 75) or missing 1 or more covariates included in the regression (n = 14) (Figure 1). Of the 512 mother-child pairs with $MUF_{SG}$ data (and all covariates), 264 children were female (52%).

For the second measure of fluoride exposure, fluoride intake from maternal questionnaire, data were available for 400 of the original 601 mother-child pairs (66.6%): 201 women (33.4%) were excluded for reporting not drinking tap water (n = 59), living outside of the predefined water treatment plant zone (n = 108), missing beverage consumption data (n = 20), or missing covariate data (n = 14) (Figure 1).

Children had mean FSIQ scores in the average range (population normed) (mean [SD], 107.16 [13.26], range = 52-143), with girls (109.56 [14.09]) showing significantly higher scores than boys (104.61 [14.09]; P < .001) (Table 1). The demographic characteristics of the 512 mother-child pairs included in the primary analysis were not substantially different from the original MIREC cohort or subset of mother-child pairs without 3 urine samples (eTable 1 in the Supplement). Of the 400 mother-child pairs with fluoride intake data (and all covariates), 118 of

238 (50%) in the group living in a nonfluoridated region were female and 83 of 162 (51%) in the group living in a fluoridated region were female.

### Fluoride Measurements

The median $MUF_{SG}$ concentration was 0.41 mg/L (range, 0.06-2.44 mg/L). Mean $MUF_{SG}$ concentration was significantly higher among women (n = 141) who lived in communities with fluoridated drinking water (0.69 [0.42] mg/L) compared with women (n=228) who lived in communities without fluoridated drinking water (0.40 [0.27] mg/L; P < .001) (Table 1; **Figure 2**).

The median estimated fluoride intake was 0.39 mg per day (range, 0.01-2.65 mg). As expected, the mean (SD) fluoride intake was significantly higher for women (162 [40.5%]) who lived in communities with fluoridated drinking water (mean [SD], 0.93 [0.43] mg) than women (238 [59.5%]) who lived in communities without fluoridated drinking water (0.30 [0.26] mg; P < .001) (Table 1; Figure 2). The $MUF_{SG}$ was moderately correlated with fluoride intake (r = 0.49; P < .001) and water fluoride concentration (r = 0.37; P < .001).

### Maternal Urinary Fluoride Concentrations and IQ

Before covariate adjustment, a significant interaction (P for interaction = .03) between $MUF_{SG}$ and child sex (B = 7.24; 95% CI, 0.81- 13.67) indicated that $MUF_{SG}$ was associated with FSIQ in boys; an increase of 1 mg/L $MUF_{SG}$ was associated with a 5.01 (95% CI, −9.06 to −0.97; P = .02) lower FSIQ score in boys. In contrast, $MUF_{SG}$ was not significantly associated with FSIQ score in girls (B = 2.23; 95% CI, −2.77 to 7.23; P = .38) (Table 2).

Adjusting for covariates, a significant interaction (P for interaction = .02) between child sex and $MUF_{SG}$ (B = 6.89; 95% CI, 0.96-12.82) indicated that an increase of 1 mg/L of $MUF_{SG}$ was associated with a 4.49 (95% CI, −8.38 to −0.60; P = .02) lower FSIQ score for boys. An increase from the 10th to 90th percentile of $MUF_{SG}$ was associated with a 3.14 IQ decrement among boys (Table 2; **Figure 3**). In contrast, $MUF_{SG}$ was not significantly associated with FSIQ score in girls (B = 2.43; 95% CI, −2.51 to 7.36; P = .33).



**Figure 2. Distribution of Fluoride Levels in Maternal Urine and for Estimated Fluoride Intake by Fluoridation Status**

A  Maternal urine

B  Fluoride intake

To convert fluoride to millimoles per liter, multiply by 0.05263.

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

**Research** Original Investigation

Association Between Maternal Fluoride Exposure During Fetal Development and IQ Scores in Offspring in Canada

Table 2. Unadjusted and Adjusted Associations Estimated From Linear Regression Models of Fluoride Exposure Variables and FSIQ Scores

| Variable | Difference (95% CI) | | | |
|---|---|---|---|---|
| | Unadjusted | Adjusted Estimates, Regression Coefficients Indicate Change in Outcome per[a] | | |
| | | 1 mg | 25th to 75th Percentiles | 10th to 90th Percentiles |
| MUF$_{SG}$[b,c] | −2.60 (−5.80 to 0.60) | −1.95 (−5.19 to 1.28) | −0.64 (−1.69 to 0.42) | −1.36 (−3.58 to 0.90) |
| Boys | −5.01 (−9.06 to −0.97) | −4.49 (−8.38 to −0.60) | −1.48 (−2.76 to −0.19) | −3.14 (−5.86 to −0.42) |
| Girls | 2.23 (−2.77 to 7.23) | 2.40 (−2.53 to 7.33) | 0.79 (−0.83 to 2.42) | 1.68 (−1.77 to 5.13) |
| Fluoride intake[d,e] | −3.19 (−5.94 to −0.44) | −3.66 (−7.16 to −0.15) | −2.26 (−4.45 to −0.09) | −3.80 (−7.46 to −0.16) |

Abbreviations: FSIQ, Full Scale IQ; HOME, Home Observation for Measurement of the Environment; MUF$_{SG}$, maternal urinary fluoride adjusted for specific gravity.

[a] Adjusted estimates pertain to predicted FSIQ difference for a value spanning the interquartile range (25th to 75th percentiles) and 80th central range (10th to 90th percentiles): (1) MUF$_{SG}$: 0.33 mg/L, 0.70 mg/L, respectively; (2) fluoride intake: 0.62 mg, 1.04 mg, respectively.

[b] n = 512.

[c] Adjusted for city, HOME score, maternal education, race/ethnicity, and including child sex interaction.

[d] n = 400.

[e] Adjusted for city, HOME score, maternal education, race/ethnicity, child sex, and prenatal secondhand smoke exposure.

Figure 3. Covariate Results of Multiple Linear Regression Models of Full Scale IQ (FSIQ) from Maternal Urinary Fluoride Concentration by Child Sex (n = 512) and Total Fluoride Intake Estimated from Daily Maternal Beverage Consumption (n = 400)



B, Community fluoridation status (CWF) is shown for each woman; black dots represent women living in nonfluoridated (non-Fl) communities and blue dots represent women living in fluoridated (Fl) communities.

### Estimated Fluoride Intake and IQ

A 1-mg increase in fluoride intake was associated with a 3.66 (95% CI, −7.16 to −0.15; P = .04) lower FSIQ score among boys and girls (Table 2; Figure 3). The interaction between child sex and fluoride intake was not statistically significant (B = 1.17; 95% CI, −4.08 to 6.41; P for interaction = .66).

### Sensitivity Analyses

Adjusting for lead, mercury, manganese, perfluorooctanoic acid, or arsenic concentrations did not substantially change the overall estimates of MUF$_{SG}$ for boys or girls (eTable 2 in the Supplement). Use of MUF adjusted for creatinine did not substantially alter the associations with FSIQ (eTable 2 in the Supplement). Including time of void and time since last void did not substantially change the regression coefficient of MUF$_{SG}$ among boys or girls.

Estimates for determining the association between MUF$_{SG}$ and PIQ showed a similar pattern with a statistically significant interaction between MUF$_{SG}$ and child sex (P for interaction = .007). An increase of 1 mg/L MUF$_{SG}$ was associated with a 4.63 (95% CI, −9.01 to −0.25; P = .04) lower PIQ score in boys, but the association was not statistically significant in girls

(B = 4.51; 95% CI, −1.02 to 10.05; P = .11). An increase of 1 mg/L MUF$_{SG}$ was not significantly associated with VIQ in boys (B = −2.85; 95% CI, −6.65 to 0.95; P = .14) or girls (B = 0.55; 95% CI, −4.28 to 5.37; P = .82); the interaction between MUF$_{SG}$ and child sex was not statistically significant (P for interaction = .25) (eTable 3 in the Supplement).

Consistent with the findings on estimated maternal fluoride intake, increased water fluoride concentration (per 1 mg/L) was associated with a 5.29 (95% CI, −10.39 to −0.19) lower FSIQ score among boys and girls and a 13.79 (95% CI, −18.82 to −7.28) lower PIQ score (eTable 4 in the Supplement).

### Discussion

Using a prospective Canadian birth cohort, we found that estimated maternal exposure to higher fluoride levels during pregnancy was associated with lower IQ scores in children. This association was supported by converging findings from 2 measures of fluoride exposure during pregnancy. A difference in MUF$_{SG}$ spanning the interquartile range for the entire sample (ie, 0.33 mg/L), which is roughly the difference in

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

$MUF_{SG}$ concentration for pregnant women living in a fluoridated vs a nonfluoridated community, was associated with a 1.5-point IQ decrement among boys. An increment of 0.70 mg/L in $MUF_{SG}$ concentration was associated with a 3-point IQ decrement in boys; about half of the women living in a fluoridated community have a $MUF_{SG}$ equal to or greater than 0.70 mg/L. These results did not change appreciably after controlling for other key exposures such as lead, arsenic, and mercury.

To our knowledge, this study is the first to estimate fluoride exposure in a large birth cohort receiving optimally fluoridated water. These findings are consistent with that of a Mexican birth cohort study that reported a 6.3 decrement in IQ in preschool-aged children compared with a 4.5 decrement for boys in our study for every 1 mg/L of MUF.[10] The findings of the current study are also concordant with ecologic studies that have shown an association between higher levels of fluoride exposure and lower intellectual abilities in children.[7,8,26] Collectively, these findings support that fluoride exposure during pregnancy may be associated with neurocognitive deficits.

In contrast with the Mexican study,[10] the association between higher $MUF_{SG}$ concentrations and lower IQ scores was observed only in boys but not in girls. Studies of fetal and early childhood fluoride exposure and IQ have rarely examined differences by sex; of those that did, some reported no differences by sex.[10,27-29] Most rat studies have focused on fluoride exposure in male rats,[30] although 1 study[31] showed that male rats were more sensitive to neurocognitive effects of fetal exposure to fluoride. Testing whether boys are potentially more vulnerable to neurocognitive effects associated with fluoride exposure requires further investigation, especially considering that boys have a higher prevalence of neurodevelopmental disorders such as ADHD, learning disabilities, and intellectual disabilities.[32] Adverse effects of early exposure to fluoride may manifest differently for girls and boys, as shown with other neurotoxicants.[33-36]

The estimate of maternal fluoride intake during pregnancy in this study showed that an increase of 1 mg of fluoride was associated with a decrease of 3.7 IQ points across boys and girls. The finding observed for fluoride intake in both boys and girls may reflect postnatal exposure to fluoride, whereas MUF primarily captures prenatal exposure. Importantly, we excluded women who reported that they did not drink tap water and matched water fluoride measurements to time of pregnancy when estimating maternal fluoride intake. None of the fluoride concentrations measured in municipal drinking water were greater than the maximum acceptable concentration of 1.5 mg/L set by Health Canada; most (94.3%) were lower than the 0.7 mg/L level considered optimal.[37]

Water fluoridation was introduced in the 1950s to prevent dental caries before the widespread use of fluoridated dental products. Originally, the US Public Health Service set the optimal fluoride concentrations in water from 0.7 to 1.2 mg/L to achieve the maximum reduction in tooth decay and minimize the risk of enamel fluorosis.[38] Fluorosis, or mottling, is a symptom of excess fluoride intake from any source occurring during the period of tooth development. In

2012, 68% of adolescents had very mild to severe enamel fluorosis.[39] The higher prevalence of enamel fluorosis, especially in fluoridated areas,[40] triggered renewed concern about excessive ingestion of fluoride. In 2015, in response to fluoride overexposure and rising rates of enamel fluorosis,[39,41,42] the US Public Health Service recommended an optimal fluoride concentration of 0.7 mg/L, in line with the recommended level of fluoride added to drinking water in Canada to prevent caries. However, the beneficial effects of fluoride predominantly occur at the tooth surface after the teeth have erupted.[43] Therefore, there is no benefit of systemic exposure to fluoride during pregnancy for the prevention of caries in offspring.[44] The evidence showing an association between fluoride exposure and lower IQ scores raises a possible new concern about cumulative exposures to fluoride during pregnancy, even among pregnant women exposed to optimally fluoridated water.

## Strengths and Limitations

Our study has several strengths and limitations. First, urinary fluoride has a short half-life (approximately 5 hours) and depends on behaviors that were not controlled in our study, such as consumption of fluoride-free bottled water or swallowing toothpaste prior to urine sampling. We minimized this limitation by using 3 serial urine samples and tested for time of urine sample collection and time since last void, but these variables did not alter our results. Second, although higher maternal ingestion of fluoride corresponds to higher fetal plasma fluoride levels,[45] even serial maternal urinary spot samples may not precisely represent fetal exposure throughout pregnancy. Third, while our analyses controlled for a comprehensive set of covariates, we did not have maternal IQ data. However, there is no evidence suggesting that fluoride exposure differs as a function of maternal IQ; our prior study did not observe a significant association between MUF levels and maternal education level.[12] Moreover, a greater proportion of women living in fluoridated communities (124 [76%]) had a university-level degree compared with women living in nonfluoridated communities (158 [66%]). Nonetheless, despite our comprehensive array of covariates included, this observational study design could not address the possibility of other unmeasured residual confounding. Fourth, fluoride intake did not measure actual fluoride concentration in tap water in the participant's home; Toronto, for example, has overlapping water treatment plants servicing the same household. Similarly, our fluoride intake estimate only considered fluoride from beverages; it did not include fluoride from other sources such as dental products or food. Furthermore, fluoride intake data were limited by daily recall of mothers' recall of beverage consumption per day, which was sampled at 2 points of pregnancy, and we lacked information regarding specific tea brand.[17,18] In addition, our methods of estimating maternal fluoride intake have not been validated; however, we show construct validity with MUF. Fifth, this study did not include assessment of postnatal fluoride exposure or consumption. However, our future analyses will assess exposure to fluoride in the MIREC cohort in infancy and early childhood.

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

## Conclusions

In this prospective birth cohort study from 6 cities in Canada, higher levels of fluoride exposure during pregnancy were associated with lower IQ scores in children measured at age 3 to 4 years. These findings were observed at fluoride levels typically found in white North American women. This indicates the possible need to reduce fluoride intake during pregnancy.

**ARTICLE INFORMATION**

**Accepted for Publication:** April 4, 2019.

**Published Online:** August 19, 2019.
doi:10.1001/jamapediatrics.2019.1729

**Open Access:** This is an open access article distributed under the terms of the CC-BY License. © 2019 Green R et al. JAMA Pediatrics.

**Author Affiliations:** Faculty of Health, York University, Toronto, Ontario, Canada (Green, Flora, Neufeld, Till); Faculty of Health Sciences, Simon Fraser University, Burnaby, British Columbia, Canada (Lanphear); Child and Family Research Institute, British Columbia Children's Hospital, University of British Columbia, Vancouver, British Columbia, Canada (Lanphear); Pediatrics and Environmental Health, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio (Hornung); School of Dentistry, Indiana University, Indianapolis (Martinez-Mier); Department of Social and Preventive Medicine, Laval University, Québec City, Québec, Canada. (Ayotte); Centre de Recherche du CHU de Québec, Université Laval, Québec City, Québec, Canada (Ayotte, Muckle); School of Psychology, Laval University, Québec City, Québec, Canada (Muckle).

**Author Contributions:** Ms Green and Dr Till had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* Green, Lanphear, Martinez-Mier, Ayotte, Muckle, Till.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* Green, Flora, Martinez-Mier, Muckle, Till.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Green, Hornung, Flora, Till.
*Obtained funding:* Lanphear, Muckle, Till.
*Administrative, technical, or material support:* Green, Lanphear, Martinez-Mier, Ayotte, Till.
*Supervision:* Flora, Till.

**Conflict of Interest Disclosures:** Dr Lanphear reports serving as an expert witness in an upcoming case involving the US Environmental Protection Agency and water fluoridation, but will not receive any payment. Dr Hornung reported personal fees from York University during the conduct of the study. Dr Martinez-Mier reported grants from the National Institutes of Health during the conduct of the study. No other disclosures were reported.

**Funding/Support:** This study was funded by a grant from the National Institute of Environmental Health Science (grant R21ES027044). The Maternal-Infant Research on Environmental Chemicals Study was supported by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institutes for Health Research (grant MOP-81285).

**Additional Contributions:** We thank Nicole Lupien, BA, Stéphanie Bastien, BA, and Romy-Leigh McMaster, BA (Centre de Recherche, CHU Sainte-Justine), and the MIREC Study Coordinating Staff for their administrative support, as well as the MIREC study group of investigators and site investigators; Alain Leblanc, PhD, Insitut National de Santé Publique du Québec, for measuring the urinary creatinine; Christine Buckley, MSc, Frank Lippert, PhD, and Prithvi Chandrappa, MSc (Indiana University School of Dentistry), for their analysis of urinary fluoride at the Indiana University School of Dentistry; Maddy Blazer, BA, York University, for assisting with preparation of the manuscript; Linda Farmus, MA, York University, for statistical consulting; and John Minnery, PhD, Public Health Ontario, for his valuable engineering advice regarding water fluoridation. We also thank staff affiliated with community water treatment plants who helped to provide water fluoride data for this study. No compensation was received from a funding sponsor for these contributions.

**REFERENCES**

**1.** Public Health Agency of Canada. The state of Community Water Fluoridation (CWF) across Canada. https://www.canada.ca/en/services/health/publications/healthy-living/community-water-fluoridation-across-canada-2017.html. Accessed June 15, 2018.

**2.** United States Environmental Protection Agency. Fluoride: Relative Source Contribution Analysis. Vol 820-R-10-O. https://www.epa.gov/sites/production/files/2019-03/documents/comment-response-report-peer-review-fluoride-exposure.pdf. Published 2010. Accessed May 18, 2017.

**3.** Ron M, Singer L, Menczel J, Kidroni G. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. *Eur J Obstet Gynecol Reprod Biol.* 1986;21(4):213-218. doi:10.1016/0028-2243(86) 90018-3

**4.** Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. *Neurotox Res.* 2011;19(1):55-62. doi:10.1007/s12640-009-9139-5

**5.** Jiang C, Zhang S, Liu H, et al. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. *Neuromolecular Med.* 2014;16(1):94-105. doi:10.1007/s12017-013-8260-z

**6.** Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect.* 2012;120(10):1362-1368. doi:10.1289/ehp.1104912

**7.** Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. *Environ Monit Assess.* 2016;188 (4):218. doi:10.1007/s10661-016-5219-1

**8.** Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology.* 2017;59:65-70. doi:10.1016/j.neuro.2016.12.011

**9.** U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. *Public Health Rep.* 2015; 130(1):21-28. doi:10.1177/003335491513000408

**10.** Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6 – 12 years of age in Mexico. *Enviromental Heal Perspect.* 2017;1:1-12.

**11.** Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int.* 2018;121(Pt 1):658-666. doi:10.1016/j.envint.2018.09.017

**12.** Till C, Green R, Grundy JG, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environ Health Perspect.* 2018; 126(10):107001. doi:10.1289/EHP3546

**13.** Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: the maternal-infant research on environmental chemicals research platform. *Paediatr Perinat Epidemiol.* 2013;27(4):415-425. doi:10.1111/ppe.12061

**14.** Opydo-Szymaczek J, Borysewicz-Lewicka M. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. *Fluoride.* 2005;38(4):312-317.

**15.** Martínez-Mier EA, Cury JA, Heilman JR, et al. Development of gold standard ion-selective electrode-based methods for fluoride analysis. *Caries Res.* 2011;45(1):3-12. doi:10.1159/000321657

**16.** Macpherson S, Arbuckle TE, Fisher M. Adjusting urinary chemical biomarkers for hydration status during pregnancy. *J Expo Sci Environ Epidemiol.* 2018;28:481-493. doi:10.1038/s41370-018-0043-z

**17.** Waugh DT, Potter W, Limeback H, Godfrey M. Risk Assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. *Int J Environ Res Public Health.* 2016;13(3):259. doi:10.3390/ijerph13030259

**18.** USDA Nutrient Data Laboratory Beltsville Human Nutrition Research Center Agricultural Research Service. USDA National Fluoride Database of Selected Beverages and Foods. http://www.ars.usda.gov/SP2UserFiles/Place/80400525/Data/Fluoride/F02.pdf. Published 2005. Accessed May 18, 2017.

**19.** Caldwell B, Bradley R. *Home Observation for Measurement of the Environment (HOME): Revised Edition.* Little Rock, Arkansas: University of Arkansas; 1984.

**20.** Rabb-Waytowich D. Water fluoridation in Canada: past and present. *J Can Dent Assoc.* 2009; 75(6):451-454.

**21.** Arbuckle TE, Liang CL, Morisset A-S, et al; MIREC Study Group. Maternal and fetal exposure to cadmium, lead, manganese and mercury: the

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

Association Between Maternal Fluoride Exposure During Fetal Development and IQ Scores in Offspring in Canada    Original Investigation    Research

MIREC study. *Chemosphere*. 2016;163:270-282. doi:10.1016/j.chemosphere.2016.08.023

**22**. Dion L-A, Saint-Amour D, Sauvé S, Barbeau B, Mergler D, Bouchard MF. Changes in water manganese levels and longitudinal assessment of intellectual function in children exposed through drinking water. *Neurotoxicology*. 2018;64:118-125. doi:10.1016/j.neuro.2017.08.015

**23**. Vélez MP, Arbuckle TE, Fraser WD. Maternal exposure to perfluorinated chemicals and reduced fecundity: the MIREC study. *Hum Reprod*. 2015;30 (3):701-709. doi:10.1093/humrep/deu350

**24**. Ettinger AS, Arbuckle TE, Fisher M, et al; MIREC Study Group. Arsenic levels among pregnant women and newborns in Canada: results from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. *Environ Res*. 2017;153: 8-16. doi:10.1016/j.envres.2016.11.008

**25**. Team RCR. *A Language and Environment for Statistical Computing*. Vienna, Austria: R Foundation; 2013.

**26**. Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. *Neurotoxicol Teratol*. 2015;47:96-101. doi:10.1016/j.ntt.2014.11.001

**27**. Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS. Effect of high-fluoride water on intelligence in children. *Fluoride*. 2000;33(2):74-78.

**28**. Zhao LB, Liang GH, Zhang DN, Wu XR. Effect of high fluoride water supply on children's intelligence. *Fluoride*. 1996;29(4):190-192.

**29**. Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. *Fluoride*. 2003;36(2):84-94.

**30**. McPherson CA, Zhang G, Gilliam R, et al. An evaluation of neurotoxicity following fluoride

exposure from gestational through adult ages in Long-Evans hooded rats. *Neurotox Res*. 2018;34(4): 781-798. doi:10.1007/s12640-018-9870-x

**31**. Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. Neurotoxicity of sodium fluoride in rats. *Neurotoxicol Teratol*. 1995;17(2):169-177. doi:10.1016/0892-0362(94)00070-T

**32**. Boyle CA, Boulet S, Schieve LA, et al. Trends in the prevalence of developmental disabilities in US Children, 1997–2008. http://pediatrics.aappublications.org/content/early/2011/05/19/peds.2010-2989. Published 2011. Accessed May 30, 2017.

**33**. Gochfeld M. Sex differences in human and animal toxicology. *Toxicol Pathol*. 2017;45(1):172-189. doi:10.1177/0192623316677327

**34**. Arbuckle TE. Are there sex and gender differences in acute exposure to chemicals in the same setting? *Environ Res*. 2006;101(2):195-204. doi:10.1016/j.envres.2005.08.015

**35**. Desrochers-Couture M, Oulhote Y, Arbuckle TE, et al. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. *Environ Int*. 2018;121(Pt 2):1235-1242. doi:10.1016/j.envint.2018.10.043

**36**. Evans SF, Kobrosly RW, Barrett ES, et al. Prenatal bisphenol A exposure and maternally reported behavior in boys and girls. *Neurotoxicology*. 2014;45:91-99. doi:10.1016/j.neuro.2014.10.003

**37**. Health Canada. *Guidelines for Canadian Drinking Water Quality: Guideline Technical Document*. Ottawa, Ontario: Ottawa, Ontario, Air and Climate Change Bureau, Healthy Environments and Consumer Safety Branch, Health Canada; 2010.

**38**. Martinez-Mier EA, Shone DB, Buckley CM, Ando M, Lippert F, Soto-Rojas AE. Relationship

between enamel fluorosis severity and fluoride content. *J Dent*. 2016;46:42-46. doi:10.1016/j.jdent.2016.01.007

**39**. Wiener RC, Shen C, Findley P, Tan X, Sambamoorthi U. Dental fluorosis over time: a comparison of national health and nutrition examination survey data from 2001-2002 and 2011-2012. *J Dent Hyg*. 2018;92(1):23-29.

**40**. National Research Council (NRC). Fluoride in drinking water: a scientific review of EPA's standards. Washington, DC: National Academies Press; 2006.

**41**. Beltrán-Aguilar ED, Barker L, Dye BA. Prevalence and severity of dental fluorosis in the United States, 1999-2004. *NCHS Data Brief*. 2010; (53):1-8.

**42**. Warren JJ, Kanellis MJ, Levy SM. Fluorosis of the primary dentition: what does it mean for permanent teeth? *J Am Dent Assoc*. 1999;130(3): 347-356. doi:10.14219/jada.archive.1999.0204

**43**. Limeback H. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? *Community Dent Oral Epidemiol*. 1999;27(1):62-71. doi:10.1111/j.1600-0528.1999.tb01993.x

**44**. Takahashi R, Ota E, Hoshi K, et al. Fluoride supplementation (with tablets, drops, lozenges or chewing gum) in pregnant women for preventing dental caries in the primary teeth of their children. *Cochrane Database Syst Rev*. 2017;10(10):CD011850. doi:10.1002/14651858.CD011850.pub2

**45**. Gedalia I, Zukerman H, Leventhal H. Fluoride content of teeth and bones of human fetuses: in areas with about 1 ppm of fluoride in drinking water. *J Am Dent Assoc*. 1965;71(5):1121-1123. doi:10.14219/jada.archive.1965.0051

**JAMA Pediatrics**   Published online August 19, 2019   **E9**

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a U.S. Department of Justice User  on 09/16/2019

Exhibit A

Adkins Declaration, Exhibit 11

Hu Dep. - Excerpts

Page 1

1                UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    _____

4    FOOD & WATER WATCH, INC., et al.,      )

                                            )

5    Plaintiff,                             )

                                            )

6          vs.                             )No. 3:17-cv-02162-EMC

                                            )

7    US ENVIRONMENTAL PROTECTION AGENCY,   )

     et al.,                                )

8                                           )

     Defendant.                            )

9    _____

10           Deposition Upon Oral Examination Of

11                      HOWARD HU

12   _____

13

14

15

16

17                      9:15 a.m.

18                 September 24, 2019

19                 700 Stewart Street

20                 Seattle, Washington

21

22

23

24   Job No. CS3560042

25   REPORTED BY:  Yvonne A. Gillette, CCR No. 2129.

Page 85

1    A          Correct.

2    Q          And Thomas 2016 considered two birth cohorts

3    within the ELEMENT project, cohort 2A and cohort 3; is

4    that correct?

5    A          Correct.

6    Q          Mothers in cohort 3 were recruited later in

7    time compared to the mothers in cohort 2A; is that

8    correct?

9    A          Correct.

10   Q          And you found -- well, Thomas 2016 found

11   that the mean levels of urinary fluoride were lower

12   before the creatinine adjustment for the mothers who

13   were recruited later in the ELEMENT study; is that

14   correct?

15   A          Correct.

16   Q          Other than the socio-demographic variables

17   that we discussed, did Thomas 2016 make any other

18   items to control for potential confounding factors in

19   its analysis of maternal urinary flouride

20   concentrations?

21   A          Talking about the Thomas paper?

22   Q          Yes, Thomas 2016.  We'll talk about the

23   others later.

24   A          Thomas didn't control for anything.  Like I

25   said, it's just looking at the relationship between

Howard Hu                                    September 24, 2019

Page 86

1   the urinary fluoride levels and these various

2   covariants.  It didn't really control for anything

3   except for dilution.

4   Q          Okay.  When you say it didn't control for

5   anything, what factor did the socio-demographic

6   variables play in the analysis?

7   A          As variables that were evaluated for their

8   potential correlation or association with the urinary

9   flouride levels.

10  Q          And Thomas 2016 did not compare its results

11  for maternal urinary flouride levels found in Canada;

12  is that correct?

13  A          Correct.

14  Q          Thomas 2016 did not compare its results for

15  maternal urinary fluoride levels found in the United

16  States; is that correct?

17  A          My recollection is that we sought such data

18  and found none.

19  Q          Okay.  So in the publication, Thomas 2016,

20  you did not compare the results of maternal urinary

21  fluoride levels with those levels found in the United

22  States; is that correct?

23  A          Correct.  And, again, because we could not

24  find such data.

25  Q          A limitation of Thomas 2016 was that the

1    study was not initially designed to address fluoride

2    exposure; is that correct?

3    A          I think we state that.

4    Q          So is it your answer that it is a limitation

5    or that you stated it's a limitation, but you

6    disagree?

7               MR. CONNETT:  Asked and answered.

8    A          Okay.  Wait a minute.

9               MR. CONNETT:  Take a second.

10   Q          Take a second.  Look at page 494, if that's

11   helpful.

12   A          Yeah.  I'm there.  Okay.  Repeat the

13   question.

14   Q          Sure.  A limitation of Thomas 2016 was that

15   the study was not initially designed to address

16   fluoride exposure, correct?

17   A          Correct.

18   Q          A limitation of Thomas 2016 was also that

19   the study did not ascertain specific sources of

20   fluoride exposure, correct?

21   A          I think that's a limitation in understanding

22   how to interpret the results with respect to questions

23   regarding source apportionment and exposure

24   assessment, but I don't consider it a limitation with

25   regards to what we then used this data to do, which is

Page 120

1    too fast.  You're quoting our critique of their study?

2    Q        Some of the limitations of Valdez-Jimenez

3    2017 were their small sample size?

4    A        Yeah.

5    Q        Small number of covariants for control and

6    sensitivity variables and lack of correction for

7    variability in urine, correct?

8             MR. CONNETT:  Misstates the record.

9    A        Lack of adjustment for urinary dilution.

10   Q        And those are limitations in Valdez-Jimenez,

11   2017, correct?

12   A        Yes.

13   Q        Are there any limitations in that study that

14   are not listed in Bashash 2017?

15   A        Maybe, but I'd have to review the paper to

16   refresh my --

17   Q        When is the last time you read it?

18   A        At least a year ago.

19   Q        Okay.  Do you recall whether you believed

20   there were other limitations, and you don't remember

21   what they were, or you just don't recall whether there

22   are any other limitations or not without having

23   reviewed it in a while?

24   A        The latter.

25   Q        So Bashash 2017 did not attempt to

Page 121

1    generalize its findings to Canada, correct?

2    A        No.

3    Q        And Bashash 2017 did not attempt to

4    generalize its findings to the United States, correct?

5    A        Correct.

6    Q        Bashash 2017 did not compare its results

7    with maternal urinary fluoride levels found in Canada

8    or the United States, correct?

9    A        Correct.

10   Q        A limitation of Bashash 2017 was the lack of

11   information regarding the fluoride content in the

12   water of the participants, correct?

13   A        That's a limitation only if the aim of the

14   study was to understand the sources of fluoride

15   exposure, but it was not a limitation with respect to

16   the hypotheses we tested in this paper.

17   Q        The authors of the paper state that it was a

18   limitation.  What -- do you think they drew that

19   distinction as well?

20   A        Yes.

21   Q        So why didn't it state that this was a

22   limitation with respect to how the study is used and

23   not with respect to the conclusions drawn in the

24   paper?

25   A        I think that's pretty self-evident for

Howard Hu                                           September 24, 2019

Page 122

1    scientists.  But now that you mention it, it probably

2    should have stated so it's clearer.

3    Q          A limitation in Bashash 2017 was the lack of

4    information about iodine in salt, which could modify

5    associations between fluoride and cognition; is that

6    correct?

7    A          Potentially.

8    Q          So this is a limitation that could

9    potentially be to the conclusions reached in this

10   study; is that correct?

11   A          I would think not.  You know, if you -- if

12   you lack control of an effect modifier, you're not

13   likely to see a spurious association if it didn't

14   really truly occur.  What you may lack is the ability

15   to discern the subpopulation of people who are

16   particularly sensitive to the exposure of interest.

17   It's just you haven't measured the effect modifier to

18   understand that.

19   Q          Okay.  So with -- with respect to the lack

20   of information about fluoride in water, the limitation

21   was only with respect to trying to use this study to

22   identify the source of fluoride exposure, but not

23   necessarily the conclusions reached in this study?

24   A          Correct.

25   Q          But with -- with respect to iodine in salt,

Exhibit A

Adkins Declaration, Exhibit 12

Grandjean Dep. - Excerpts

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3

4   FOOD & WATER WATCH, INC., et al.,  ) Case No.

                                       ) 3:17-CV-02162-EMC

5           Plaintiffs,                )

                                       )

6        v.                            )

                                       )

7   UNITED STATES ENVIRONMENTAL        )

    PROTECTION AGENCY, et al.,         )

8                                      )

            Defendants.                )

9   -----------------------------------)

10

11                    - - -

12              FRIDAY, SEPTEMBER 13, 2019

13                    - - -

14

15      Videotaped deposition of PHILLIPE GRANDJEAN,

16   M.D., PH.D., taken at the offices of U.S. Department

17   of Justice, 4 Constitution Square, 150 M Street N.E.,

18   Room 5.1405, Washington, D.C., beginning at 9:10 a.m.,

19   before Nancy J. Martin, a Registered Merit Reporter,

20   Certified Shorthand Reporter.

21

    Job No. CS3520657

22

Phillipe Grandjean                                    September 13, 2019

Page 93

1    the academic tradition.

2        Q.  Okay.  But I don't know if that answers my

3    question.  My question is did you write it?

4            MR. CONNETT:  Asked and answered.

5            THE WITNESS:  Okay.  I think it's the same

6    thing in legal practice, that if you produce a

7    document from the DOJ, it may be submitted on behalf

8    of the secretary but the secretary didn't write it,

9    but the secretary was the one responsible for the

10   thinking behind it and for the approach, and then

11   there were people contributing to various parts of it.

12           And I don't remember how many percent of the

13   wording -- maybe it was 50 percent.  But in science

14   when you collaborate -- I mean as a journalist, I have

15   to say if the person is listed as an author, that

16   person must have contributed intellectually, not just

17   lending the colleagues an instrument or sending them a

18   useful reference.

19   BY MS. CARFORA:

20       Q.  Okay.  So what was your intellectual

21   contribution to the BMD calculations for lead?

22           MR. CONNETT:  Asked and answered.  Overbroad.

Phillipe Grandjean                                    September 13, 2019

Page 94

1            THE WITNESS:  Let me explain -- I wrote my

2   doctoral thesis on lead.  I'm well versed in the

3   field.  I know the colleagues who have done studies.

4   I mean WHO sent me to Australia to participate on

5   their behalf in a meeting to coordinate efforts in

6   New Zealand and Australia in regard to controlling led

7   exposure in children.  I know these colleagues.

8            And therefore I initiated this project so

9   that we could provide the best and highest quality

10  evidence as guidance for, you know, improved public

11  health in this field because lead is an ongoing hazard

12  to brain development even in America where we have

13  regulated lead in various ways and lead exposures have

14  decreased, but it's still a hazard.

15  BY MS. CARFORA:

16       Q.  Okay.  Did you do the BMD calculations in

17  that paper?

18       A.  No.

19       Q.  Okay.  Did you do the BMD calculations in

20  your expert report in this matter?

21       A.  I can do them, and I know how to do it.  The

22  formula is here.  So it's easy to do.  I think you

Page 95

1    could do it.

2         Q.   But did you do it?

3         A.   No.  I decided I would rather have the

4    chairman of biostatistics be responsible for that

5    because he is a world expert on benchmark dose.  I

6    wouldn't trust myself.

7         Q.   Okay.  So you sent Exben an E-mail and asked

8    him to do the benchmark dose analysis for your expert

9    report in this matter; is that right?

10        A.   That is correct.

11        Q.   Okay.  And then he responded to you and,

12   presumably, I'm pretty sure you cut-and-pasted what

13   was in his E-mail into your expert report; is that

14   right?

15        A.   As I explained in my report.

16        Q.   Just very quickly, you testified a little bit

17   earlier about not -- I think you said you didn't

18   understand exactly how all of EPA's processes went for

19   reference dose in BMD calculations.  And I guess my

20   question for you, then, is if you weren't sure how

21   they worked, why did you use them for your expert

22   report here?

Phillipe Grandjean                                September 13, 2019

Page 96

1              MR. CONNETT:  Overbroad.  Argumentative.

2      Vague and ambiguous.

3              THE WITNESS:  Okay.  So let me just be clear.

4      I have a reasonable understanding of what EPA does

5      because I mean I was working so closely with EPA on

6      methylmercury because EPA and the National Research

7      Council decided that my research should provide the

8      basis for a reference dose.  You know, that was in

9      2001, and I think the National Research Council report

10     was in 2000.

11             And we worked together on using the research

12     data that I had gathered so that EPA could do a proper

13     risk assessment and generate a reference dose for

14     methylmercury.  And this is now what's being updated

15     with the people.

16             So I do have a fair understanding of the

17     procedures and, you know, how risk assessments are

18     carried out in EPA.  I wouldn't say that I'm able to

19     give you a detailed explanation of all the details.

20     BY MS. CARFORA

21         Q.  Okay.  Does fluoride's toxicity depend on

22     root of exposure?

Phillipe Grandjean                                    September 13, 2019

Page 114

1   number of buckets.

2          THE WITNESS:  Okay.  So what you're calling a

3   confounder, just for clarification, I talk about

4   co-variants.  Confounding is a situation where that

5   additional factor correlates both with the exposure

6   and the outcome and can conceivably have caused that

7   outcome that you think is associated with your primary

8   exposure.  That's confounding.

9          And let's say we are looking at the

10  children's age, and certainly, all the children will

11  perform better on cognitive tests.  So if it happens

12  that the mother's urinary fluoride is higher, if the

13  children are younger at the time of testing, then age

14  could be a confounder.

15         But even if there's no confounding like this,

16  adjustment for that co-variant will improve the

17  outcome and perhaps also decrease the P-value because

18  age is helping to explain some of the noise, some of

19  the variability in the outcome that is a cognitive

20  test.  So the more we can explain that, the better.

21         However, in a situation where we have

22  imprecision on the horizontal scale, that is, the

Phillipe Grandjean                                                September 13, 2019

Page 115

1    fluoride exposure, then if we have a co-variant

2    without imprecision -- and age is usually very exactly

3    measured -- it can steal some of the variants from

4    fluoride so that statistics will attribute some of the

5    variation in the IQ to the differences in age

6    improperly because it's really due to the fact that

7    you don't know exactly what the fluoride exposure was.

8    You just have the proxy variable that suggests the

9    approximate exposure level.

10          So there are issues like that that you have

11   to take into regard.  So for me to give you a

12   straight, general answer, if you just check these

13   points here, you're safe.  You know, weight of

14   evidence assessment has to -- it depends on the

15   circumstances.  It's a specific field, and the

16   particular methods used and having done research in

17   this field for many, many years, I think I know the

18   pitfalls and I know the strengths and weaknesses of

19   the methodologies used, and that's what I rely on.

20   BY MS. CARFORA:

21       Q.  You rely on your own knowledge?

22       A.  We all do.  I think I have a respectable

Phillipe Grandjean                                    September 13, 2019

Page 116

1    record in the field so that I can properly -- and

2    also, I assess maybe 500 manuscripts a year from my

3    journal.  I have a reasonable experience so that I can

4    judge the quality and the reliability, the weight of

5    the evidence.

6        Q.  Do you think that it's important for somebody

7    who might be reading your opinion, or any opinion or

8    any research paper that you do, to understand what

9    considerations you're taking into account by judging

10   the validity of a study?

11       A.  I think I understand this suggestion and I

12   put --

13       Q.  I'm not -- no.  Hang on a second.  We've been

14   through this.  Okay?  I would ask you to -- you know,

15   if you don't understand my question, ask me.  But,

16   please, if you could just answer the question I'm

17   asking you as opposed to assuming I'm asking you about

18   something different, it's really going to make

19   things -- I'm just asking you general questions right

20   now.

21           MR. CONNETT:  The witness was directly

22   answering your question, and you just cut him off

Phillipe Grandjean                                    September 13, 2019

Page 117

1   again.

2          So I'd ask the witness if there's additional

3   testimony that you were going to provide, please

4   provide it.

5          MS. CARFORA:  He said --  I asked the

6   question, and the answer was, "I think I understand

7   this suggestion."  That's how he started his question.

8   All I'm asking is --

9          MR. CONNETT:  He went on to answer your

10  question and you cut him off.

11         MS. CARFORA:  He went on to answer a question

12  he thought I was asking.  He said, "I think I

13  understand this suggestion," which --

14         MR. CONNETT:  That's not a basis to cut the

15  witness off.

16         MS. CARFORA:  I think it is.  I think what

17  that suggests is that he doesn't understand my

18  question and I --

19         MR. CONNETT:  I think he just said, "I think

20  I understand" your question, and he's going to now

21  answer the question.

22         MS. CARFORA:  No, I'm sorry.  The testimony

Page 120

1    answer them.  He is going to be here as long as

2    seven -- you have seven hours, and that's how long he

3    will be here regardless of how he answers your

4    questions.

5            So don't create the impression for the

6    witness that he could leave earlier today if he just

7    answers the questions the way you want him to.

8            MS. CARFORA:  Okay.  Well, I mean that's your

9    interpretation.  I actually believe that if we can get

10   through these questions quicker, we'll get out of here

11   quicker.

12           Can we just go off the record.  I need a

13   break.

14           THE VIDEOGRAPHER:  We're going off the

15   record.  The time on the video is 12:17 p.m.

16           (A recess was taken from 12:17 p.m.

17           to 12:26 p.m.)

18           THE VIDEOGRAPHER:  We're back on the record.

19   The time on the video is 12:26 p.m.

20   BY MS. CARFORA:

21      Q.  Doctor, I apologize for all that commotion

22   just before the break.  I was going back to find the

                                                    Page 121

1   exact question that caused all the commotion.

2        A.  I didn't think it was a commotion.

3        Q.  Okay.  Fair enough.

4            (Pause in proceedings.)

5   BY MS. CARFORA:

6        Q.  Do you think it's important for somebody who

7   might be reading your opinion, or any opinion for any

8   research paper that you -- what you do to understand

9   the considerations you've taken into account by

10  judging the validity of the study?

11       A.  That seems fair to me.

12       Q.  Okay.  So it's not just enough to say, "I

13  have experience in this.  I inherently know what I

14  should be looking at."  You actually have to explain

15  what your considerations were.  Is that fair?

16       A.  It's fair, as I believe I've demonstrated in

17  my opinion.

18       Q.  And for the purposes of public policy, do you

19  have -- you had said earlier this morning that you

20  helped the Danish ministry of health interpret issues

21  for public policy?

22       A.  Not directly with regard to public policy,

Page 122

1    but I have been helping to translate science in terms

2    so that proper and prudent public health policies can

3    be developed.  I'm not part of the policy development.

4         Q.  Do you have an opinion, one way or the other,

5    whether public -- do you think public policy should be

6    transparent?

7         A.  As a citizen, I would think that would be

8    reasonable, but I mean this is not as a scientist.

9    It's sort of what one would expect from a modern

10   democracy.

11        Q.  Transparency in policy making?

12            MR. CONNETT:  Vague and ambiguous.

13   Overbroad.

14   BY MS. CARFORA:

15        Q.  I'm just asking if that's what you're

16   referring to.

17        A.  Yeah.  But I mean I don't have a

18   science-based opinion on this.  This is a matter of

19   what all personal preferences are.

20        Q.  I understand.

21            Is it true that certain health effects can be

22   demonstrated by chance from a sample study?

Phillipe Grandjean                                    September 13, 2019

Page 213

1      Q.   Okay.  So they followed them -- they went

2   through examination at age seven and then also later

3   on.  And so what they did was to characterize the

4   children, whether they lived in a fluoridated

5   community or not.  And the way was -- I think in the

6   meeting environment.  So this was the southern part of

7   the south island in New Zealand.  And the way it

8   happened, very few of the children -- I think about

9   100 of them -- lived in a fluoridated community.

10           And one of the uncertainties is that at the

11   time when these children were born in the 1970's, it

12   was common to dispense fluoride tablets, and Broadbent

13   actually talks about that.  And it's a little unclear

14   how many children from the non-fluoridated community

15   at age three had, you know, been exposed to fluoride

16   supplements, whether through the mother during

17   pregnancy or, you know, sometime later.  It's a little

18   unclear.

19           But at least it was only 139 kids, and

20   therefore, this study doesn't really address the

21   concern about prenatal exposure and early post-natal

22   exposure because they recruited the kids at age three.

Phillipe Grandjean                              September 13, 2019

                                                      Page 214

1        Q.  Okay.  But the study -- the result of the

2    study was that there was no impact to IQ.  That was

3    the result of the Broadbent -- the finding in the

4    Broadbent study between non-fluoridated control groups

5    and water community fluoridated exposure groups.

6        A.  They found no definite, no detectable

7    difference in IQ.

8        Q.  Okay.  And how did you weigh that study in

9    your analysis here?

10       A.  It's relevant.  It seems to be well conducted

11   with a high participation rate.  The trouble is that

12   the exposure assessment is not very good.  We call

13   this an ecological study when you are classifying

14   people's exposure based on some general parameter.

15           Ecological, let's say you're interested in

16   air pollution, and then you test kids from D.C. and

17   compare them to kids from the countryside in Maryland.

18   That's an ecological study because you assume --

19   because the air pollution will be less in the

20   countryside and then it's higher here in D.C.  But you

21   don't know what the individual exposures are because

22   within D.C. there are variations, and likewise, in the

Phillipe Grandjean                                    September 13, 2019

Page 215

1    countryside.

2            And so this study here has the problem of

3    not -- I mean they didn't have urine samples, for

4    example, to assess what the exposures were.  They

5    didn't have any information on prenatal exposures.

6    And so I mean, Myron Allukian, the dentist, has

7    promoted this study, and he has claimed that it proves

8    that fluoride does not interfere with brain

9    development, and I must say that's an inappropriate

10   conclusion.

11       Q.  Do you know what the average difference in

12   exposure between the control group and the test group

13   was estimated to be in the Broadbent study?

14       A.  What they had reported is a difference of 0.3

15   milligrams per day.  Yeah.  0.3 milligrams per day.  I

16   think that was the difference they reported.

17       Q.  Does that seem reasonable to you?

18           MR. CONNETT:  Vague and ambiguous.

19           THE WITNESS:  I mean if they reported it, I

20   have no reason to doubt it.  But it is a small

21   difference, and the point is that there's just about

22   100 kids from the non-fluoridated community.

Phillipe Grandjean                                September 13, 2019

Page 231

1   I believe that my literature search is as, you know,

2   complete as it can be.  I may have missed a paper or

3   two.

4           But I tried to cover the complete literature,

5   and I didn't think it was -- I mean within the time

6   that I had available to do this report, I didn't think

7   that I would need to do a meta-analysis.  I hope EPA

8   can do it.

9   BY MS. CARFORA:

10      Q.  What did you -- how much time did you have to

11  complete the report?

12      A.  I don't remember.  More time than I wanted.

13  I mean too many weekends.

14      Q.  More time than you wanted, but not enough

15  time to do a meta-analysis?

16          MR. CONNETT:  Argumentative.

17          THE WITNESS:  Do you really want to know how

18  much time it takes to do a meta-analysis?  I mean this

19  is not something you do in an afternoon, and it

20  requires a lot of thinking about how you adjust for

21  different scales and different ages of the children,

22  and I just decided I'm not going to do that.

                                            Page 232

1          An hour to review like I have provided here

2     was, to me, just as convincing because there is a

3     meta-analysis here with a P-value of below

4     0.000-something-1.  An extremely low P-value.  It is

5     very, very improbable that what we showed in 2012 is

6     an artifact or accidental.  We were on April -- we did

7     all sorts of stratifications to take into account

8     arsenic and lead and iron deficiency, those sorts of

9     things.

10          We took into account ages.  We took into

11     account the outcome scales used.  So we did everything

12     we could to show that fluoride is not causing this,

13     but it's something else and now we'll look at that,

14     and we failed every time.

15     BY MS. CARFORA:

16          Q.  Wait.  So that was 2012.  So just so I

17     understand, what process did you use, for the purposes

18     of your expert report, to assess the quality of the

19     studies from 2012 to today?

20          A.  Right.  First of all, I scanned the

21     literature.  I have been collecting that literature

22     over the years.  So, anyway, I got hold of the

Phillipe Grandjean                                    September 13, 2019

Page 233

1   published peer reviewed literature in this field, and

2   then I assessed the quality and relevance -- you know,

3   I weighted the evidence.

4         Q.   But how?

5         A.   We talked about that already.  I looked at

6   the validity of the methods used.  I looked at the

7   biostatistics methods.  I looked at the, you know,

8   covariants and -- I mean like I explained before.  And

9   then I wrote a narrative review here and -- anyway,

10   it's about Page 20, something like that.  And I also

11   relied on Duan's.  He actually did a meta-analysis for

12   the studies with water levels below 4 milligrams per

13   liter and showed that, you know, essentially, the same

14   findings, but narrow down the concern about fluoride

15   exposures from higher levels to those that are below

16   EPA's MCGL.

17         Q.   But the Duan -- for example, the Duan was

18   2018; is that right?  The meta-analysis?

19         A.   I can look it up.  Duan should be -- well, at

20   least it's more recent than my own work from 2012.

21         MR. CONNETT:  If you need to look, that's

22   fine.  Take your time.

Page 234

1          THE WITNESS:  Okay.

2          MR. CONNETT:  Dr. Grandjean, if you want to

3   find the date, that's fine, if you want to look in

4   your report.

5          (The witness reviewed the document.)

6          THE WITNESS:  Duan, 2018.

7   BY MS. CARFORA:

8     Q.  2018.  Okay.  And do you know what average

9   concentrations of fluoride were in the Duan

10  meta-analysis?

11    A.  I think I report that -- this is Page 20, the

12  first full paragraph.

13         (The witness further reviewed the document.)

14  BY MS. CARFORA:

15    Q.  Did you find it?

16    A.  2018.

17    Q.  I'm sorry.  I asked you do you know what the

18  average concentrations of fluoride were in the Duan

19  meta-analysis?  Do you know what the answer is to

20  that?

21    A.  The average -- I didn't bring the paper.

22    Q.  But you did write about it in your report;

Phillipe Grandjean                                        September 13, 2019

Page 248

1    measures.  I think it's the -- I seem to remember the

2    name Sheyoung, which is one of the recent studies in

3    China, where they had individual data on fluoride

4    exposures, and that's a real strength.

5             And I would say if those studies had found

6    there was no effect on fluoride and Broadbent had

7    said, "Oh, there's a strong effect," I would not have

8    gone with Broadbent because it's a weaker study.  It's

9    a very weak study.

10            It's three prospective studies with

11   individual data.  They have the strength.  That's

12   where the strength of the evidence is, and I know that

13   Dr. Chang agrees on that because she selected those

14   studies as the most important in regard to causality.

15   We agreed.  I mean her overall conclusion is

16   different, but that's another story.

17            But, anyway, we are limited by the fact that

18   we cannot ethically dose fluoride to pregnant mothers

19   or small children to see what happens.  We would never

20   do that.  And so we have to live with the fact that

21   there are limitations to the evidence, but then we

22   need to -- to interpret that responsibly.

Page 249

1      Q.  Okay.  Let's talk about what you did and what

2  Dr. Chang did.  You say that you both relied on the

3  same three studies -- the same three prospective

4  studies; is that right?

5      A.  Well, what I should say is that in her

6  conclusion, she's citing 10 studies that she thinks

7  are important, and one of them is Broadbent.  And I

8  don't think Broadbent is as strong a survey as you

9  understand.  But she does cite the same prospective

10  studies, and all of the studies that she highlights

11  are in my report and I have evaluated them as part of

12  my assessment.

13      Q.  Okay.  What criteria did you use to evaluate?

14      A.  Well, we've gone over this.  I'm looking at

15  the strength of the evidence.

16      Q.  Okay.  Did you set forth in your report what

17  criteria you used to assess the strength of the

18  evidence?

19      A.  Uh-huh.  Yes.

20      Q.  Can you point me to it?

21      A.  Okay.

22          MR. CONNETT:  Point to every place in the

Phillipe Grandjean                                    September 13, 2019

                                                Page 250

1    report where he does that?

2    BY MS. CARFORA:

3        Q.   I mean is there a general place where you

4    talk about "These are the things I considered in

5    looking at the strength of the evidence"?

6            MR. CONNETT:  Or if there's multiple

7    places --

8            MS. CARFORA:  Are you going to testify for

9    him now?

10           MR. CONNETT:  No.  But I just want -- I'm a

11   little concerned that sometimes you mischaracterize

12   the answer to get an answer that you want that might

13   misstate the record.  So I just want to make it clear.

14           MS. CARFORA:  Okay.  The record will speak

15   for itself.  Thank you, Counsel.  If you cannot

16   testify for the witness, that would be wonderful.

17           THE WITNESS:  Okay.  If you go to Page 30,

18   there's a section called "Approaches to Hazard

19   Evaluation," and here I give a brief summary with

20   interpretation of epidemiology studies.  And then I

21   highlight the bias towards the null.

22           And under Section 6B, I emphasize the

Phillipe Grandjean                                    September 13, 2019

Page 251

1    assessment on uncertainties.

2            REPORTER MARTIN:  Emphasize the assessment on

3    uncertainties?

4            THE WITNESS:  Of uncertainties, yeah.

5            And in the subsequent section on risk

6    assessment, I review the changing approaches to

7    fluoride exposure where we have moved from the opinion

8    that fluoride was somehow essential to health and then

9    into the, you know, fluorosis concern, and then most

10   recently, the developmental neurotoxicity.  And I

11   developed that in great detail on Page 15 in a

12   separate section, Section 5.  And that way I think

13   I -- I've tried to explain this in, you know,

14   reasonably understandable terms so that you can see

15   this is an -- entirely in agreement with the way that

16   EPA has done risk assessments for lead and

17   methylmercury and other substances like that.

18           So, anyway, I think I've really written, you

19   know, a substantial part of my report to explain what

20   the strength of the evidence is and what the

21   weaknesses are, what the uncertainties are, and how to

22   draw conclusions.

Page 276

1    World Health Organization?

2         A.  I did.

3         Q.  And is it true that you withdrew from that

4    committee?

5         A.  Yes.

6         Q.  And can you tell me why you withdrew from

7    that committee?

8         A.  I was recruited to draft the environmental

9    health criteria report and, you know, this is part of

10   a series done by the international program on chemical

11   safety to which WHO contributes, and it has the

12   secretariat, and also the international labor

13   organization, which is another UN organization.  I

14   think UNKEPT is also involved.  So that's the

15   United Nations Environment Program.

16        Anyway, so this is joint for UN programs,

17   including World Health.  And so I drafted the report

18   and they were very pleased about it, and then they

19   called a working group to, you know, elaborate on that

20   report and finalize it so it could be published as an

21   IPCS, international program on chemical safety, and

22   IPCS, environmental health criteria report.

Phillipe Grandjean                                September 13, 2019

                                                    Page  277

1              What happened, which was beyond my control,

2       was that WHO recruited members of the committee to

3       reflect various expertise and countries because it's

4       under UN, it's international.  And some of the most, I

5       would say, outspoken colleagues represented oral

6       health.

7              And my report was not on oral health and

8       water fluoridation.  My report was environmental

9       fluoride that, of course, includes water fluoride.

10      But what they did -- and I've, you know, written a

11      letter that summarized this to Dr. Ward.  I think he

12      was from EPA because he had an assignment with WHO.

13             Anyway, so it's not a secret what happened,

14      but that committee decided to change my report.  So

15      every time that I had referred to scientific evidence

16      that fluoride could cause changes in enzymes in the

17      brain or, you know, something like that, they would

18      add wording "but only in huge doses of fluoride" or

19      something like that.  So every time there was

20      something that could be interpreted like fluoride is

21      toxic, they changed the wording, and in my opinion,

22      against the evidence.

Phillipe Grandjean                                    September 13, 2019

Page 278

1              So, you know, I was considered part of the

2      secretariat with Professor Michelle Marshay, who was

3      the director of the program within the World Health

4      Organization, and I then said, "I'm sorry.  The

5      evidence -- this report says that the concentrations

6      were not humongous."  But they still insisted.  And

7      when I said, "It's not correct," the response was,

8      "You're part of the secretariat.  We decide."

9              I thought I had the expertise.  I had been

10     appointed by WHO to write the report, but people who

11     were in oral health were concerned that WHO would

12     raise concerns about fluoride toxicity, which was

13     against their interest.

14             And at some point one of them said, "I hear

15     your concern, but you know what?  I think you should

16     go to the library and find that paper."  And, you

17     know, for a colleague, a member of a working group to

18     say that to a professor who had served -- I think I

19     got paid like $500 to do this draft report.  For a

20     member of the working group to say, "Could you kindly

21     go to the library and find that report" -- that was

22     before digital publication.

Exhibit A

Adkins Declaration, Exhibit 13

Adams Decl.

Exhibit G

Declaration of Audrey Adams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FOOD & WATER WATCH, INC., *et al*., | ) | Case No. 17-cv-02162-EMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | DECLARATION OF AUDREY ADAMS |
| | ) | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, AUDREY ADAMS, declare as follows:

1.      I am over the age of eighteen years and am competent to make this declaration.  All the facts stated herein are within my personal knowledge.

2.      I am the legal guardian and primary caretaker of my son, Kyle, age 33, who lives with me and my husband at our home in Renton, which is located in King County, Washington. The water has been fluoridated here ever since my husband and I purchased our house in 1978.

3.      Kyle is severely hypersensitive to fluoride.  I did not realize this for the first 14 years of Kyle's life, nor did I know of his countless other chemical sensitivities.  We've traveled a long and

- 1 -

painful road together, his pain physical (and profound), my pain emotional (when I can't stop his suffering).

4.      In 1999, when Kyle was 13 and 14 years old, he was in pain constantly, particularly in his extremities (hands, feet, lips, and tongue) and back of his head. Kyle's pain had increased considerably in the aftermath of a horrific reaction to a doctor prescribed "over the counter" (OTC) treatment that is completely benign to most people. After this reaction, Kyle developed incapacitating pain in his fingers that forced him to stop playing his beloved cello in the school orchestra. His school sent him home repeatedly with horrific headaches during this time, and he would scream and race around the house as if pursued by killer bees. At night the house shook with Kyle's leg-pounding that was more like a grand mal seizure than "restless leg."

5.      We went to numerous medical specialists during this time and not one of them could diagnose the source of Kyle's pain, let alone help relieve it. We tried using Tylenol, but this always seemed to result in a migraine the next day; other pain-relievers were ineffective.

6.      During this time, I began experimenting with removing chemicals from Kyle's food and environment. Among other things, I changed Kyle's diet to organically grown food, stopped using chemical cleaners or scented products, and got Kyle's school to cooperate with providing him a low-chemical environment. These changes improved Kyle's symptoms, but he still manifested symptoms of intense pain each day and continued to report pain in the back of his head, though less often and less severe.

7.      In or about May 2000, a mom from Beaverton, Oregon, with two autistic teenagers of her own, recommended that I stop Kyle's exposure to fluoridated water. Since Kyle's only beverage was tap water and because I was willing to try anything that could help relieve Kyle's pain, I followed her recommendation. Within three days of drinking filtered, fluoride-free water, Kyle experienced a substantial improvement in his symptoms, including with the pain he had been

- 2 -

suffering in his extremities. After eliminating fluoridated drinking water from his diet, Kyle was able to resume playing cello in the school orchestra, and his remaining high school and transition school years were more successful and productive than they otherwise would have been.

8.      Having observed first-hand the pronounced improvement that Kyle experienced after we eliminated fluoridated drinking water, I have gone to great lengths to ensure that he is never again exposed to fluoridated drinking water. I consider this of paramount importance to protecting Kyle.

9.      In April 2007, after 7 years of hauling thousands of gallons of reverse osmosis and spring water to my home for drinking and cooking, Kyle's improved quality of life enabled him to work a part-time office job at Highline Community College, where he continues to work to the present day, scanning and archiving documents to a computer. I am convinced that this would not have been possible if we had not eliminated fluoridated drinking water.

10.     To be clear, Kyle was not (and is not) free of all pain. Indeed, Kyle still regularly experiences pain when he is exposed to a variety of chemical and food triggers; such as chemicals, pesticides and toxins that are hidden in food; airborne fumes, such as auto exhaust or perfumes; and certain allergic foods; as well as for reasons I cannot always identify. Kyle has also experienced pain as the result of Lyme Disease (diagnosed in 2007 but now resolved), as well as gut dysbiosis and acute infections, including ear infections. But, by providing Kyle with fluoride-free water, the severity, frequency and consistency of his pain was reduced. This allowed me, in turn, to better detect other triggers of Kyle's symptoms.

11.     In or about 2008/2009, I discovered that one of the triggers of Kyle's symptoms was another source of fluoride that I did not previously appreciate: skin contact to fluoridated water in the shower. This discovery was prompted after Kyle began experiencing regular morning headaches. Each morning he woke up without a headache, but a headache would inevitably seem to set in prior to leaving for work or starting his day. We had multiple conversations with his doctor

- 3 -

about it, and over several months, we investigated various possible causes, such as possible mold or toxins in his bedroom, and experimented with his already organic, highly specialized breakfast.

12.     Prior to, and during the time when Kyle developed the morning headaches, I was not filtering fluoride out of Kyle's shower water, as I did not believe at that time that skin contact to fluoride could pose a problem.  I did have a carbon filter on the shower to prevent chlorine fumes, but this filter did not remove fluoride.

13.     After hearing of Kyle's headaches, a mother of a child with autism from Snoqualmie, WA persuaded me to limit Kyle's exposure to fluoridated water in the shower. The next day after this conversation I had Kyle skip his morning shower and the morning headache that had become a routine did not develop. That evening, I had Kyle shower before bed, and the headache returned. Based on this initial "shower trial," I heated bottled water on the stove for Kyle to sponge bathe over the course of the next week. There were no morning headaches at all during this week.

14.     These "trials," which included several more tests of the shower water (each of which were followed by headaches), convinced me that Kyle was sensitive to fluoride in shower water. For the next 8 to 10 months, therefore, I continued to heat bottled spring water on the stove for sponge bathing, intermittently experimenting on ways to limit Kyle's exposure to fluoridated water during showers.  After many failed attempts with various filtering products, I finally purchased a filter that removed enough fluoride to avoid Kyle's headaches if I do all of the following four things: (1) Set a timer and limit the shower to 4 minutes; (2) Use warm water, not hot; (3) Keep water pressure at the lowest possible, about 1 gal/min, for maximum filtration contact; and (4) Change the filter at 3 months, not 6 as the manufacturer suggests..

15.     Kyle has camped with our family in state and national parks for all of his 33 years, usually 25 or more nights per year, showering daily in those campgrounds. After I became aware of Kyle's pain from fluoridated water, I'd call ahead and ask about the fluoridation status.  Based on my

- 4 -

experience, campgrounds almost never have water with added fluoride, but they do have

chlorine.  Kyle does not get headaches when showering at campgrounds or when we visit relatives

near Portland (an area with no fluoridation). Likewise, when we stay at motels in areas with

chlorinated, but not fluoridated, water, Kyle does not report head pain and does not demonstrate

symptoms of headaches following a shower.

16.     On one family camping trip, I wrongly assumed that the campground we visited did not

use fluoridated water.  I let Kyle take a shower at the campground, assuming it was safe.  To my

horror, he had a very painful reaction to the shower; with the manifestations of the pain lasting

over a day—which is longer than the pain used to last. I asked the park ranger about the water and

he informed me that the campground used fluoridated municipal water. This experience left me

concerned that Kyle's sensitivity to fluoride has increased over time.

17.     Based on Kyle's longstanding sensitivity to fluoride, his two current treating doctors (Dr.

Charles Butler and Dr. Nooshin Darvish) have both advised that he continue refraining from

exposure to fluoridated water, and other forms of fluoride ingestion. (**Exhibits A, B, C, D, E**).

Consistent with this, the Washington State Department of Health & Human Services, in its annual

care needs assessments of Kyle, called Person Centered Service Plans (PCSP), has recognized the

need to limit Kyle's exposure to fluoride, including fluoridated water. (**Exhibit F**).

18.     Ever since 2000, I have incurred whatever financial expense is necessary to protect Kyle

from the fluoridation chemicals contained in the tap water in our home; and most other

communities in King County, including the nearby cities where he works, attends medical

appointments and recreates in Special Olympics sports and other recreational activities with the

Renton Parks Department. He cannot leave the house without carrying an adequate supply of

fluoride-free water in his backpack. When we travel we must pack multiple gallons of fluoride-

free water and buy spring water at grocery stores during our trip.  I will continue incurring these expenses so long as fluoridation chemicals pose a risk to Kyle.

19.  A small fraction of the financial costs I have incurred purchasing fluoride-free spring water, and filtering fluoride from our home water, are reflected in the documents included in **Exhibit G.**

20.  The cost of my time and extraordinary inconvenience providing safe, fluoride-free water for Kyle's drinking, cooking and bathing needs is incalculable.

21.  Far more important to me than the financial costs and physical burden associated with avoiding fluoridated water is the painful reactions Kyle experiences when exposed to fluoridated water and other sources of fluoride ingestion.  As Kyle's legal guardian and primary caregiver, it causes me profound distress to see my son suffer, and I will continue to do whatever I can to keep him out of harm's way.

22.  I am concerned that the presence of fluoride in the tap water of nearly every community in King County will jeopardize Kyle's future home care placement options. With the help of Kyle's case manager, we are targeting a move in the next 2-3 years out of my home to a state residential placement. However, the type of living arrangements available to Kyle are limited because the Adult Family Homes that Kyle currently qualifies for are paid a flat rate and are not paid extra to provide fluoride-free water for drinking, cooking and bathing. Moreover, the Adult Family Homes do not have any allowances for special filtration equipment. Further, all caregivers in any future living arrangement will have to become fluoride-avoidance experts—an extreme expectation when that means tap water avoidance—and will expect to be paid for the complex fluoride-removal tasks that I currently do.  Obtaining the state funding for such a high level of care, which is exacerbated by wide-spread water fluoridation in our area, is very challenging.

23.     I am a supporting member of the Food and Water Watch, Fluoride Action Network, and Moms Against Fluoridation. Examples of my membership contributions are attached as **Exhibit H.**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 19ᵗʰ day of November, 2018 in Renton, Washington.

AUDREY ADAMS

Exhibit A

Adkins Declaration, Exhibit 14

Simms Decl.

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE CENTRAL DISTRICT OF CALIFORNIA

3  _____

4  FOOD & WATER WATCH,        )

5  et al.,                    )

6          Plaintiffs,        )

7     vs.                     ) No. 17-cv-02162-EMC

8  US ENVIRONMENTAL           )

9  PROTECTION AGENCY,         )

10  et al.,                   )

11          Defendants.       )

12  _____

13

14          DEPOSITION UPON ORAL EXAMINATION

15                      OF

16                  AUDREY ADAMS

17  _____

18                    2:08 p.m.

19                November 28, 2018

20                   700 Stewart

21              Seattle, Washington

22

23

24  REPORTED BY: Margaret Walkky, CCR, RPR, RMR, CRR

25  Court Reporter, License No. 2540

Page 52

1    sensitivity.  I'm chemically sensitive, but a lot

2    less than he is.  I've had genetic testing done on

3    him and myself as well, and I don't understand the

4    implications of all of that, but I do know that our

5    testing has shown genetic defects or variance in

6    genes that are responsible for detoxification.  So we

7    don't get rid of stuff as efficiently as quickly as

8    other people, and the letter from Kyle's doctors

9    refers to that.

10             Q.   Is that the MTHFR --

11             A.   MTHFR is just one of them, but yes,

12   it's one of them.  There are others.

13             Q.   There are others that Kyle suffers

14   from?

15             A.   No, there are other genes that are

16   involved in detoxification.  There's many different

17   genes that might be, but that's the one that is most

18   looked at right now.

19             Q.   For Kyle specifically or --

20             A.   For a lot -- there's a number of us

21   that have the MTHFR genetic variant.

22             Q.   But Kyle we know has that; is that

23   right?

24             A.   Right.

25             Q.   And that genetic variant we know causes

Audrey Adams                                        November 28, 2018

Page 53

1    hypersensitivity to chemicals and things like that?

2                   MR. CONNETT:  Calling for an expert

3    opinion.  You can answer.

4              Q.   In your experience with Kyle, is that

5    correct?

6                   MR. CONNETT:  Same objection.

7              A.   Well, again, that's drawing a line from

8    one thing to the next, and I don't know that it's

9    that simple.  I suspect that there are multiple other

10   things that are involved.  You know, is it one thing?

11   No.  Is autism caused by one thing?  Heavens, no.

12             Q.   Have you ever been given any indication

13   of what caused Kyle's autism?

14             A.   Have I been given any indication?

15   That's a huge question.  Do we want to go down that

16   road?  That's a huge question for any parent with a

17   child of autism.  How do we know?  I don't know.

18                  I do know that I was exposed to way too

19   much mercury.  Based on what I know about my ability

20   to get rid of mercury now, he was exposed to way too

21   much mercury while I was pregnant with him.  So that

22   would have set him up for, you know, some, definitely

23   some potential neurodevelopmental harm.  I mean, what

24   causes autism?  I mean, that's a huge question.

25             Q.   But there's no event, single event that

Page 54

1    happened during your pregnancy or at the time of

2    birth that gave rise to the autism that you know of?

3              A.   Well, I would say that each one of the

4    mercury exposures that I had would certainly have

5    contributed to his susceptibility, and the mercury

6    exposures as vaccines which they then -- and his

7    reaction to the vaccines.

8                   And so the straw that broke the camel's

9    back but it certainly is not the only thing, is

10   the -- when he had his MMR.  So there was many other

11   things building up that would have led to other

12   issues, but, you know, when it became apparent that

13   he had symptoms that looked like what I later learned

14   to be autism, was after the MMR.

15             Q.   What's an MMR?

16             A.   Measles mumps rubella shot.  He got the

17   measles from the MMR shot 10 days after, and got

18   very, very ill from it and then didn't get well.

19   But -- so the symptoms of autism, I was not aware of

20   any symptoms that were unusual developmentally even

21   though I, you know, I used to keep a baby journal for

22   both of my kids, and he seemed to be doing just what

23   my daughter was doing.

24                  And then so getting the measles, you

25   know, the trigger of, you know, the gun that was

Audrey Adams                                      November 28, 2018

Page 55

1    already pointed, who is to say, but I could never

2    know what, you know, all of the different factors

3    added together.

4              Q.   So it's really as ambiguous of not even

5    knowing if it was something in the womb or something

6    he was exposed to after birth?

7              A.   Well, I know he didn't have any

8    symptoms of autism prior to getting the measles.  He

9    did have symptoms of reactivity to the DPTs at two,

10   four and six months, but that has nothing to do with

11   fluoride.

12              MR. CONNETT:  We've been going an hour

13   and a half.  Can we take a quick break?

14              MS. CARFORA:  Sure.

15              (Brief recess.)

16              MS. CARFORA:  Back on the record.

17              Q.   Ms. Adams, let's focus on Kyle a little

18   bit and his exposure to fluoride.  What is your claim

19   of harm to Kyle from fluoride?

20              MR. CONNETT:  Overbroad.  You can

21   answer.

22              A.   It causes him pain and other symptoms.

23              Q.   Causes pain and what other symptoms?

24              A.   Speaking in the current, for example,

25   last week, when I didn't do a good enough job

Audrey Adams                                           November 28, 2018

Page 56

1    monitoring his shower, because it really matters that

2    the water pressure is low so that the filter has

3    maximum contact time with the filtration medium, and

4    I didn't listen for that.  Usually I'm really careful

5    to listen for that and tell him to turn it down,

6    because I can tell, you know, audibly whether it's

7    high or not.

8                   And also -- well, so at the end of the

9    shower, right before the shower, everything is fine

10   and at the end of the shower, he's yelling really

11   loud, really, really loud, and so I ask him to let me

12   in the bathroom and he's (vocalizing), lots of

13   panting, you know, heart racing and in obvious pain.

14                  And I could see also that it was hotter

15   in the bathroom than it should -- he's supposed to

16   keep the water lukewarm, not hot, because the hotter

17   the water, the more he absorbs it.  It was probably a

18   combination of those two things, because it was only

19   a four-minute shower and the shower filter is only

20   about seven weeks old, roughly, about, anyway.  So

21   it's well, you know, in the early stages of the

22   filter.

23                  And so I hadn't done those -- you know,

24   he can't take a shower without pain unless we adhere

25   to all of the -- no more than four minutes because we

Exhibit A

Adkins Declaration, Exhibit 15

Lavelle Decl.

Exhibit F

Declaration of Julie Simms

1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13
14
15
16
17
18

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al.*, | Case No. 17-cv-02162-EMC |
| Plaintiffs, | |
| v. | DECLARATION OF JULIE SIMMS |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants. | |

19

I, JULIE SIMMS, declare as follows:

20
21    1.     I am over the age of eighteen years and am competent to make this declaration.  All the

22    facts stated herein are within my personal knowledge.

23    2.     I was born on September 24, 1968 and currently live in Seattle, Washington where I work

24    as a senior marketing communications manager in the computer industry.

25    3.     In approximately 1976 while living in the East San Francisco Bay Area, our local water

26    district EBMUD began water fluoridation (**Exhibit A**). When I was 12, we relocated to Pleasanton,

27    CA which also fluoridated their water (**Exhibit B**). I remained in the Bay Area until 1989.

28

- 1 -

4.     At age 14, I had my first migraine headache, and continued to experience occasional migraines throughout my teenage years.

5.     From 1989-1991 I relocated to Chico, CA. I was in excellent health and was fortunate to experience no migraines during this time. I learned later Chico does not fluoridate their water (**Exhibit C**).  From 1991-1992, while living in Japan, I experienced no migraines. I lived in Tottori prefecture, which has never fluoridated their water (https://en.wikipedia.org/wiki/Fluoridation_by_country#Japan).

6.     In 1993, I moved back to California, spending a year in South San Francisco then two years in Palo Alto. Both districts practice water fluoridation (https://www.cityofpaloalto.org/faqs/categoryqna.asp?id=63, https://www.sfwater.org/index.aspx?page=408). By 1994, I sought medical help for the first time for my increasingly painful and more frequent headaches which lasted 2-5 days. The doctor diagnosed me with migraines. I was having approximately 8 severe migraines each year.

7.     In 1995, I relocated to Newport Beach, California. I used to believe my trips home to the San Francisco Bay Area were stressful as I would always get migraine headaches when I visited, but I didn't experience them while at home in Orange County.

8.     In approximately 1996, when water fluoridation was on the ballot in Newport Beach, I voted in support of the practice. I believed water fluoridation was safe and effective.

9.     In 1998, I moved to San Francisco. Over the next few years, I experienced a significant increase in migraine frequency to about 20 episodes each year. The pain severity and length of the episodes increased dramatically during this time, along with frequent nausea and vomiting. I also began to miss approximately 2 days of work each month due to the pain and difficulty focusing.

10.     I relocated again in 2001 to Seattle Washington, which also practiced water fluoridation. (https://seattle.gov/util/MyServices/Water/Water_Quality/Fluoride/index.htm) By 2002 and until

- 2 -

2013, I was experiencing low-grade daily migraines that would flair from a pain level of 2 or 3 to a 9 or 10 several times each month. Some migraines lasted 10 days or more. I believed, at that time, that my migraine headaches might be related to the stress of working long hours for a big software company, or possibly to a car accident that I had in the early 2000s.

11.     I tried every remedy I could find to bring relief to these oppressive migraines including a variety of prescription and non-prescription medications, vitamins, exercise, diet changes, acupuncture, meditation, more sleep, less sleep, and I would often drink a lot of water in hopes of relieving possible dehydration.

12.     In 2009, at my father's urging, I got an MRI to see if it could identify the cause of the headaches. The MRI, however, failed to identify a cause. (**Exhibit D**).

13.     I often asked friends and colleagues who also experienced headaches for advice. In early 2013 someone suggested drinking fluoridated water could be causing my headaches. I was skeptical. I believed water fluoridation was safe. Still I wanted to try, so I went to a local natural food store, filled a 5-gallon bottle with fluoride-free water and bought fluoride-free toothpaste. Within 3 days my daily headaches were substantially less painful and within a few weeks they were completely gone. (**Exhibit E**). Based on this dramatic improvement, I decided then—and continue to this day—to strictly limit all identifiable exposures to fluoride, as discussed below.

14.     I began seeking out research about the impacts of fluoride on the rest of our bodies, particularly the brain. I started with the CDC, where I came across an article, Achievements in Public Health, 1900-1999: Fluoridation of Drinking Water to Prevent Dental Caries (https://www.cdc.gov/mmwr/preview/mmwrhtml/mm4841a1.htm). I was struck how the research was all about dental health and a very small section, Safety of Water Fluoridation, dismissed concerns and offered no evidence to the safety of the practice. After failing to find any studies on

- 3 -

the impact of fluoride on the body on the CDC site, I made my way to Google and eventually to an article on the Fluoride Action Network about fluoride and the brain.

15.     Since committing myself to a fluoride-free life, I have enjoyed long stretches of months and months without migraines, (**Exhibit F**). I have other migraine triggers, such as alcohol, lack of sleep, and aged cheese. It's possible that inadvertent exposures to fluoride in processed and restaurant-prepared foods may serve as an occasional trigger as well.

16.     To reduce my fluoride intake, I have purchased fluoride-free water since 2013. Initially, I purchased this water from my local natural food store, which involved filling two reusable five-gallon jugs on a weekly basis (at a cost of $0.29 a gallon). In late 2014, however, I switched over to using a home water filter (**Exhibit G**). I ultimately became concerned about the effectiveness of this filter, however, so in January 2017 I began purchasing home deliveries of fluoride-free spring water from Mountain Mist (**Exhibits H & I**). I continue to do so until the present day.

17.     In addition to purchasing fluoride-free Mountain Mist water, I have stopped drinking processed beverages like soda, because they are often made in areas with fluoridated water. The only beverages I now consume are pure water, pure juices, coffee, and an occasional beer. On the rare occasions when I have a beer, I make sure it is brewed in an area that does not have water fluoridation, such as Portland, Oregon.

18.     When I travel, I always educate myself on the local water district (usually through accessing the Water Quality Reports) to learn if they fluoridate to inform how careful I need to be with food and water consumption. By way of example, in 2014, I visited a friend who lived in Los Angeles, which I knew to be a fluoridated area. My friend mentioned that there was a health food store in her area that had an ALKALINE water vending machine, so before going to Los Angeles, I emailed this company to find out whether their vending machines filtered fluoride (**Exhibit J**).

19.     In addition to strictly avoiding fluoride in drinking water, I also buy showerhead filters (**Exhibit K**) and refrain from baths to prevent absorption through the skin. I also restrict how often, and where, I eat out.

20.     The addition of fluoridation chemicals to water has forced me to spend considerable sums of money avoiding exposure to fluoride in both food and water.  It has also interfered with my ability to enjoy things that others may take for granted, like drinking water from my sink, taking a bath in my house, and travelling to other places without having to worry about whether the food or water will make me sick.

21.     I am a dues-paying member of both Food & Water Watch and Fluoride Action Network. **(Exhibit L)**

        I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 15th day of November , 2018 in Seattle, Washington.

JULIE SIMMS

- 5 -

Exhibit A

Adkins Declaration, Exhibit 16

Lavelle Decl.

Exhibit C

Declaration of Kristin Lavelle

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 17-cv-02162-EMC<br><br>DECLARATION OF KRISTIN LAVELLE |

I, KRISTIN LAVELLE, declare as follows:

1.　　I am over the age of eighteen years and am competent to make this declaration. All the facts stated herein are within my personal knowledge.

2.　　I am a health professional, an Occupational Therapist and Certified Hand Therapist at San Francisco General Hospital/San Francisco Department of Public Health with 25 years of clinical

experience. I also have 5 years of teaching experience as an Assistant Professor in the Masters of Occupational Therapy program at Samuel Merritt University in Oakland, CA.

3.      In the early 2000s, I became aware of health concerns related to fluoridation chemicals in drinking water, including the fact that the union representing the scientists and professionals at the Environmental Protection Agency (EPA) had issued a statement opposing fluoridation because of its risks. (Hirzy 1999). Based on my assessment of the literature at that time, I was persuaded that the health risks from ingesting fluoride in water outweighed any benefits from ingesting it. Shortly after my son Neal was born in 2004, I began taking prudent measures to minimize my family's exposure to fluoride in drinking water. I have continued these efforts to the present day, as explained below.

4.      I have been, and remain, deeply concerned about the harm that fluoride may pose to my son. I am concerned, in part, by the numerous studies that have reported associations between fluoride ingestion during childhood and adverse neurological effects, including reduced IQ (NRC 2006; Choi 2012). I recall that the EPA union of scientists and professionals cited the research on fluoride and the brain as one of the reasons for their opposition to fluoridation. I have strived, therefore, to take whatever measures I can to minimize Neal's ingestion of fluoride.

5.      A related concern that caught my attention when I first began reading about fluoride was a potential link between fluoride and dementia. Based on my understanding, the concern originated from animal experiments (e.g., Varner 1998) which found that rats consuming 1 ppm fluoride in drinking water (the same level used in water fluoridation programs) had higher uptake of aluminum into their brain, as well as brain changes that were apparently consistent with the changes seen in the brains of Alzheimer's patients. The EPA union of scientists and professionals cited this research as one of the bases for their opposition to water fluoridation.

- 2 -

6.      I have seen first hand the devastating effects of Alzheimer's, as my grandfather suffered from it at the end of his life, and my aunt and father-in-law are both currently suffering from it as well. The reported link between fluoride and dementia is an issue that causes me significant apprehension, and one of the reasons I continue taking steps to minimize my ingestion of fluoride chemicals.

7.      My concerns about the health effects of fluoride ingestion were further increased after learning of the findings and recommendations of the National Research Council's (NRC) 2006 review *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*.  I was disturbed to read the myriad number of potential health effects of fluoride ingestion that the NRC identified, including a broad range of adverse neurological and endocrine system effects. Among other things, the NRC confirmed that "fluorides have the ability to interfere with the functions of the brain" and cause brain changes in experimental lab animals that parallel the changes seen in humans with dementia. (p. 222) I am aware of a study published subsequent to the NRC review (i.e., Li 2015) that reported associations between fluoride exposure and cognitive decline in the elderly. It is my understanding that the urinary fluoride levels associated with cognitive decline in this study are within the range found among adults drinking fluoridated water.

8.      I am aware that thyroid disease, including hypothyroidism, is a common cause of illness for women my age. I am concerned by reports linking fluoride to depressed thyroid function, including hypothyroidism. Much of this research was summarized by the NRC, which concluded that fluoride is an "endocrine disrupter." (NRC 2006, p. 266) I am aware of studies (e.g., Peckham 2015; Malin 2018) published subsequent to the NRC review which add further support for the potential of fluoride in drinking water to cause thyroid disease. The link between fluoride and depressed thyroid function is another reason I continue taking steps to minimize my ingestion of fluoride.

9.     An additional concern I have about fluoride in drinking water is the fact that it bioaccumulates in bone. I was concerned, for example, to read in the NRC report that fluoride has a 20-year half-life in bone, meaning that half of the fluoride that enters our bone today will still be there in 20 years. I am further concerned by research, discussed by the NRC, showing that the fluoride stored in bone begins to be released back into our bloodstream at increasing rates after menopause. (NRC 2006, p. 100-102.)  This increased circulation of fluoride in our blood later in life concerns me in light of the NRC's concerns about fluoride's potential link with dementia, and the studies linking fluoride to cognitive decline in late-life years. I try, therefore, to take whatever reasonable steps are available to me to minimize the buildup of fluoride into my bones.

10.     In order to protect myself and my family from the risks posed by fluoride in water, I have spent, and continue to spend, significant sums of money filtering fluoride out of our home's tap water. In or about 2001, while living in Oakland, CA (a city that adds fluoridation chemicals to its drinking water), my husband and I purchased and installed a reverse osmosis filter. However, because reverse osmosis filters are wasteful of water and remove beneficial minerals, we supplemented with a weekly delivery of spring water for some of our drinking and cooking needs. This required significant expense and inconvenience – e.g., changing heavy bottles on the water dispenser, and changing the filters on the reverse osmosis system annually.  Attached as **Exhibit A** are copies of receipts for my purchases of the spring water deliveries from the period of October 2013 to April 2015.

11.     In 2015, we moved to Berkeley, California, another city that adds fluoridation chemicals to its drinking water. To minimize our family's exposure to these fluoridation chemicals, we purchased, at great expense, a whole house filter in 2015. This whole house filter, which cost $2,050, was advertised as removing >80% of the fluoride. Attached as **Exhibit B** is a copy of the receipt for this whole house filter.

- 4 -

12.     After installing the whole house filter, I would occasionally test the water in our house for fluoride to verify that the filter was working properly. On several occasions, the tests found higher-than-expected fluoride levels, which caused me some concern about the continuing effectiveness of the filter.  Out of an abundance of caution, I decided to purchase a Berkey countertop water filter which was advertised as an effective filter for removing fluoride. I have intermittently tested the water from this filter and confirmed that it produces low (i.e., N.D. to <0.2 ppm F) levels of fluoride. Attached as **Exhibit C** is a receipt for the fluoride-testing kit that I purchased to test the fluoride levels in my water.

13.     We now use the Berkey countertop filter as our main source of home drinking water, although we still rely upon the whole house filter for filtering the water used for cooking and showering.  The Berkey filter requires regular ongoing replacement of its filter cartridges to remain effective (about once a year). Each replacement costs about $50. Attached as **Exhibit D** are documents related to my filter purchases from Berkey.

14.     In addition to spending substantial money to filter out the fluoride from the water at my home, I also take measures to minimize my family's exposure to fluoride in drinking water when away from home. As but one example, if I am having a meal at a restaurant in Berkeley or some other fluoridated community, I hesitate to drink the (free) house water and, where available, will often purchase a spring or sparkling water in its place.

15.     In light of the widespread implementation of water fluoridation programs in the United States, I understand that many processed beverages and foods are made with, and are thereby contaminated by, artificially fluoridated water. Since the labels on processed beverages and foods do not provide their fluoride content, it is difficult to fully eliminate my, or my family's, exposure to these fluoridation chemicals. I continue, however, to take steps to minimize our exposure.

- 5 -

16.     The addition of fluoridation chemicals to drinking water has an ongoing impact on my family's daily life, and affects our physical, emotional and financial well-being. Among other things, the addition of fluoridation chemicals to water deprives us of the ability to drink the water that is delivered to our home with a peace of mind that such water is safe and will not cause chronic illness, and has led us to spend substantial sums of money avoiding these chemicals both in, and outside, the home.

17.     I am a member of both Fluoride Action Network and Moms Against Fluoridation. Documents reflecting some of my membership contributions are attached as **Exhibit E**.

18.     Citations to the papers that I have referenced above are provided in **Exhibit F** to this declaration.

        I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 16th day of November, 2018 in Berkeley, California.

KRISTIN LAVELLE

- 6 -

Exhibit A

Adkins Declaration, Exhibit 17

Staudenmaier Decl.

Exhibit E

Declaration of Brenda Staudenmaier

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FOOD & WATER WATCH, INC., *et al.*, | ) ) ) | Case No. 17-cv-02162-EMC |
| Plaintiffs, | ) ) | DECLARATION OF BRENDA STAUDENMAIER |
| v. | ) ) | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

I, BRENDA STAUDENMAIER, declare as follows:

1.     In 2018, I received an Associate Degree in Environmental Engineering-Waste & Water Technology from Wisconsin Technical College in Green Bay, Wisconsin. At graduation, I was acknowledged for highest honors and membership of Phi Theta Kappa International Honor Society.

- 1 -

2.      In 2015, I received the Wisconsin Water Association (WWA) scholarship, which is a division of the American Water Works Association (AWWA), for my outstanding academic achievements and volunteer work.

3.      I currently work at the Madison Metropolitan Sewer District (MMSD) in Madison, Wisconsin, as a Relief Operator so that I can support my family, save for retirement, and have benefits.  The reason I have chosen to work in wastewater instead of drinking water is because fluoridation of water conflicts with my ethics.  I know other wastewater operators who have left the field of drinking water because of the hazards of handling fluoride.

4.      I have two sons: Ko, who is 8 years old, and Hayden, who is 16 years old.

5.      I first learned about fluoride in 2008 while eliminating some of my asthma and allergy symptoms.  During this time my friend, Frankie Olvera, was diagnosed with osteosarcoma which had spread to his lungs and soon after, his brain.  At around the time of Frankie's diagnosis, I became aware of an NIH-funded study by a Harvard scientist (Elise Bassin) which reported that exposure to fluoridated water during the mid-childhood growth spurt (ages 6 to 8) correlated with a significant increased risk of boys developing osteosarcoma in their adolescence.  The link between fluoride and osteosarcoma in boys was very concerning to me because my son Hayden was in the age range suggested to be at risk.

6.      After reading about the Harvard study's findings on fluoride and bone cancer, I researched and learned about EPA scientist, Dr. William Marcus, and the concerns he had voiced about fluoride's potential to cause osteosarcoma, and about his concerns with the National Toxicology Program's animal study on fluoride & cancer.

7.      Based on my research at that time, it was clear to me that fluoride was controversial and the safety of it was not settled. As a mother of two boys, I decided to take precautionary action and limit my children's exposure to fluoridated water, as well as my own. In or about 2009, while

- 2 -

living in fluoridated New York City, I purchased my first reverse osmosis filter system to reduce the level of fluoride in my home water. I have since spent many years purchasing filter systems, bottled water, and filling expensive and heavy glass carboys at local grocery stores as a way of minimizing my own, and my children's, exposure to fluoride. Currently, I filter fluoride from my home tap water through a Berkey countertop filter, which requires ongoing replacement of the filter cartridges. A small fraction of my ongoing costs are accounted for in **Exhibit A**.

8. I regret that I was unable to filter fluoride out of my home water during my pregnancy with Ko in 2010, as I had moved to Green Bay, Wisconsin (which adds fluoridation chemicals to its water) during the pregnancy and did not have sufficient income to afford a filtration system.

9. I have spent time volunteering in public schools and have regularly noticed what appears to be dental fluorosis on urban children's teeth, including some apparently advanced forms of the condition. My experience in urban schools has given me the impression that dental fluorosis is now a common condition. National surveys by the CDC appear to be consistent with my observations. The fact that fluoride is causing visible effects of over-exposure in so many children furthers my concern about what fluoridation chemicals may be doing to our health.

10. My current concerns with fluoride include its adverse effects on the brain and cognition. My concern with neurological effects is based on published research linking fluoride ingestion to reduced IQ, learning disorders, and dementia. My son Ko seems to have ADHD and I worry that it is due to my inability to afford a fluoride filtration system during my pregnancy with him. Ko has some white discoloration on his teeth which appears similar to dental fluorosis, although I cannot say for certain that it is.

11. Avoiding fluoride in water is difficult for me because I waitress on the weekends and all the foods and beverages are made with fluoridated tap water. I typically bring my own mason jar of water to work but sometimes I forget. Also, since I continue to eat out at restaurants, and

- 3 -

consume processed beverages and foods, I recognize that I am regularly being indirectly exposed to fluoridated drinking water.

12. I have purchased a fluoride analyzer with equipment so that I am able to monitor the fluoride levels in my water and urine. Documents related to my purchase of the analyzer, and its accompanying parts, are attached as **Exhibit B**.

13.    Despite my best efforts to minimize my exposure to fluoride, I have found that my urinary fluoride levels fluctuate quite a bit. While I can often keep them below 0.3 mg/L, they sometimes go as high as 1 mg/L. I believe this is the result of the fact that I have not yet eliminated processed beverages from my diet. Since many processed beverages are made in fluoridated areas, some of the processed beverages I consume are likely made with fluoridated water.  The fact that I am being intermittently exposed to fluoridated chemicals causes me concern about the potential adverse effects these chemicals could have on my health.

14.    Until fluoridation chemicals are removed from water, I will continue suffering economic harm by spending my hard-earned and limited finances on measures to limit my family's exposure to fluoridation chemicals.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 16 day of November , 2018 in Madison, Wisconsin.

BRENDA STAUDENMAIER

Exhibit A

Adkins Declaration, Exhibit 18

Trader Decl.

Case 3:17-cv-02162-EMC   Document 200-4   Filed 05/22/19   Page 2 of 4

Exhibit D

Declaration of Jessica Trader

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al*., | ) ) Case No. 17-cv-02162-EMC |
| Plaintiffs, | ) ) ) |
| v. | ) DECLARATION OF JESSICA ) TRADER ) |
| ENVIRONMENTAL PROTECTION AGENCY, *et al*., | ) ) ) |
| Defendants. | ) ) ) |

I, JESSICA TRADER, declare as follows:

1.      I am 32 years old. All the facts stated herein are within my personal knowledge.

2.      I live and work in San Francisco, California.

3.      When I was a teenager, I was diagnosed as having a condition called dental fluorosis, which my dentist told me was caused by too much exposure to fluoride while my teeth were

developing. At first, the fluorosis appeared as little white spots on my teeth. Over time, however, these spots became darker in color, and now have the appearance at times of lipstick being on my teeth. In addition to being discolored, my teeth are also very fragile and keep breaking. Recently, for example, one of my teeth fractured while I was chewing candy.

4.      The staining that dental fluorosis caused on my teeth has caused me social anxiety and embarrassment over the years, as I have feared that people would find me less attractive, or think I was neglecting my hygiene.

5.      I recently went to a dentist here in San Francisco (Lisa Lam, DDS) to get cosmetic treatment for my teeth so as to minimize the staining that fluorosis has caused.  My dentist prescribed me a remineralizing paste to treat the fluorosis.  Upon getting this paste, however, I learned that it contained fluoride, which made me furious, as I made it clear to the dentist that I did not want to use any dental treatments that contained fluoride. I never used the remineralizing paste, and ceased all further visits to this dentist.

6.      As someone who has been over-exposed to fluoride, I am very concerned about what additional fluoride exposures may do to my health, particularly after learning that published studies have linked fluoride ingestion to adverse effects on the bones, thyroid gland and brain.

7.      I try to do whatever I reasonably can to limit my ingestion of fluoride. Since San Francisco adds fluoridation chemicals to its water, I do not drink the tap water at my home. Instead, I purchase bottled spring water.  In addition, I do not use any fluoride-containing dental products.

8.      I own and manage a restaurant/bar/music venue in San Francisco called Noir Lounge. To limit my exposure to fluoridated water while at work, as well as the exposure of my employees and customers, I installed a professional water filtration system that removes the fluoride.

- 2 -

9.      I am a member of Food & Water Watch.


        I declare under penalty of perjury, under the laws of the United States of America, that the

foregoing is true and correct. Executed this _18__ day of ___November___, 2018 in San

Francisco, California.


JESSICA TRADER

Exhibit A

Adkins Declaration, Exhibit 19

Li 2015

Biol Trace Elem Res (2016) 172:53–60
DOI 10.1007/s12011-015-0568-0



# Cognitive Impairment and Risk Factors in Elderly People Living in Fluorosis Areas in China

Mang Li[1] · Yanhui Gao[1] · Jing Cui[1] · Yuanyuan Li[1] · Bingyun Li[1] · Yang Liu[1] ·
Jing Sun[1] · Xiaona Liu[1] · Hongxu Liu[1] · Lijun Zhao[1] · Dianjun Sun[1]

Received: 27 August 2015 / Accepted: 17 November 2015 / Published online: 25 November 2015
© Springer Science+Business Media New York 2015

**Abstract** Residents living in fluorosis areas generally experienced long-term exposure to excessive fluoride in drinking water. The adverse effects of high fluoride levels on the nervous system have been studied; however, the effect of fluoride exposure on cognitive functions of elderly people in fluorosis areas is rarely reported. This study was aimed to find out the potential risk factors of cognitive impairment among elderly people who lived in fluorosis areas of China. A total of 511 subjects, aged 60 years or above, were investigated in fluorosis areas of Heilongjiang Province, Inner Mongolia Autonomous Region, Qinghai Province, and Xinjiang Uygur Autonomous Region. The Mini-Mental State Examination (MMSE) was used to examine cognitive functions of the study subjects. Based on the MMSE scores, the study subjects were divided into normal group and cognitive impairment group that consisted of mild, moderate, and severe groups. Multivariable logistic regression showed that a higher risk of cognitive impairment was associated with increased age and decreased education levels. Multiple linear regression analysis revealed that MMSE scores were negatively associated with serum homocysteine (Hcy) levels. However, both urinary fluoride and serum Hcy levels in the normal group were not the lowest among the four groups. Spearman's correlation analysis showed that urinary fluoride levels were positively correlated with serum Hcy ($r_s$=0.209, $P<0.01$). Our study suggests that people with cognitive impairment in fluorosis areas have elevated serum Hcy levels, which was positively correlated with urinary fluoride concentrations. A certain low dose of fluoride intake may play a potential protective rather than harmful role in cognitive functions; however, high fluoride exposure is a potential risk factor for cognitive impairment.

**Keywords** Fluorosis · Cognitive impairment · Elder population · Urinary fluoride · Homocysteine

## Introduction

Groundwater with high fluoride concentrations can be found in many areas of the world, and it is estimated that about 200 million people from 25 countries all over the world may suffer from fluorosis caused by fluoride contamination in groundwater [1]. In China, endemic fluorosis is distributed in 27 provinces and poses a great threat to people living in those endemic areas [2, 3]. Previous studies show that the target organs of fluorosis are bone and teeth. Excessive fluoride exposure can cause skeletal fluorosis in adults, which is characterized by osteosclerosis, osteomalacia, and osteoporosis [4]. Fluorosis is manifest in dental fluorosis in children; the mechanism of which is that the excessive fluoride intake can lead to damage of dental ameloblasts, resulting in tooth calcification disorder, enamel or dentin damagement [5]. In recent years, with more extensive research on fluoride, the effect of fluoride on non-target organs, especially on central nervous system, was brought into a great attention internationally [6].

Residents in fluorosis areas generally have experienced long-term exposure to excessive fluoride in their drinking water. The adverse effects of high fluoride on the nervous system have been studied. Animal experiments have confirmed that long-term high fluoride intake can lead to the accumulation of fluoride in brain, which breaks the

✉ Dianjun Sun
hrbmusdj@163.com

1    Center for Endemic Disease Control, Chinese Center for Disease
     Control and Prevention, Key Lab of Etiology and Epidemiology,
     Education Bureau of Heilongjiang Province & Ministry of Health
     (23618504), China and Russia Medical Research Center, Harbin
     Medical University, 157 Baojian Road, Harbin 150081, China

FWW_TSCA_FL_0002137

balance of brain and further causes changes in morphology, metabolism, and functions of the brain [7]. Chioca et al. [8] found that habituation behavior of rats was damaged by drinking the water containing 50 and 100 mg/L sodium fluoride for 30 days, and the number of active avoidance was reduced in the 100 mg/L group, which indicated that excessive fluoride exposure had a potentially deleterious effect on the ability of learning and memory. In humans, researches on the effect of fluoride on the nervous system have been mainly focused on children's Intelligence Quotient (IQ). A study conducted in fluorosis areas in India showed that the IQ of children who lived in high-fluoride areas ($5.55\pm0.41$ mg/L F in drinking water) was significantly lower than those who lived in low fluoride areas ($2.01\pm0.09$ mg/L F in drinking water), and a significantly inverse relationship was found between IQ and urinary fluoride levels [9]. Studies from our research team proved that even low levels of fluoride exposure (less than 3 mg/L) in drinking water had a negative effect on children's intelligence [10].

With the increasing number of the elderly in the world, Alzheimer's disease has recently been become one of the substantial research interests in neurological disorders. Mild cognitive impairment (MCI) refers to the transitional stage between normal aging and Alzheimer's disease [11]. Individuals with MCI are at higher risk for developing Alzheimer's disease [12]. Chronic excessive fluoride exposure can affect intelligence in children; however, studies on the relationship between chronic fluoride exposure and cognitive impairment in the elderly are rarely reported. Therefore, we aimed in this study to find out the potential risk factors of cognitive impairment in elderly people, aged 60 years or older, living in fluorosis areas. In addition, whether fluoride exposure can cause cognitive impairment and the relationship between high fluoride exposure and cognitive impairment were also assessed.

## Materials and Methods

### Selection of Study Subjects

A total of 722 subjects (aged≥60 years) in fluorosis areas of Heilongjiang Province, Inner Mongolia Autonomous Region, Qinghai Province, and Xinjiang Uygur Autonomous Region, distributed in the northern region of China, were investigated from December 2011 to August 2012. All individuals signed an informed consent before investigation. Of all the subjects, 143 cases were excluded from the analysis by Hachinski ischaemic score (≥4 points) because they may have a history of cerebral infarction. Another 61 cases were excluded because of traumatic brain injury. Also, seven cases were excluded because of mental diseases. As a result, a total of 511 subjects (234 men and 277 women; mean age, $67.01\pm5.89$ y; range,

60–86 y) were eligible and included in this study. Subjects were voluntarily taken X-ray on the knee for the diagnosis of skeletal fluorosis. The severity of skeletal fluorosis was divided into three degrees according to the Chinese Diagnostic Criteria of Endemic Skeletal Fluorosis, and the study subjects were marked as one point for gradeI, two points for gradeII, and three points for grade III, respectively. Subjects without skeletal fluorosis were marked as 0 point.

### Assessment of Cognitive Impairment

The Mini-Mental State Examination (MMSE) was used to examine the cognitive status of the subjects. The MMSE includes 11 items of questions and the score ranges from 0 to 30. To ensure uniformity, all the interviewers were being trained before the survey. Each question was asked only once by the interviewer and all the individuals answered the questions independently. The determination and grading of cognitive impairment was in accordance with the international uniform standard, i.e., 27–30 points for normal group, 21–26 points for mild cognitive impairment group, 10–20 points for moderate cognitive impairment group, and 0–9 points for severe cognitive impairment group. The study subjects were divided into four groups, as categorized above. The number of subjects in each group is as follows: 96 in the normal group, 182 in the mild group, 210 in the moderate group; and 23 in the severe group.

### Collection of General Information

Other data on socio-demographic and personal characteristics were collected, including gender, age, education level, marital status, smoking status, drinking alcohol, and daily water consumption. Education level was categorized as illiterate, elementary school, middle school, and higher. Marital status was categorized as married (living with spouse or children) and single (unmarried, widowed, divorced, or separated). Smoking behavior was classified as nonsmoker, ex-smoker, current light smoker (≤15 cigarettes per day) and current heavy smoker (>15 cigarettes per day) [13]. Drinking behavior was assessed by frequency multiplied by the degree of drunkenness. Two points was recorded for drinking once or twice every month, 4 points for once a week, 13 points for drinking every 2 to 3 days, and 30 points for every day. The degree of drunkenness was recorded as 1 point for a few sips but not drunk, 2 points for occasionally drunk and 3 points for often drunk. The individuals were classified as non-drinker (0 point), light drinker (2–13 points), and moderate to heavy drinker (26–90 points) [13]. The level of water fluoride exposure was calculated by the product of water fluoride concentration and daily water consumption.


FWW_TSCA_FL_0002138

## Collection, Storage, and Analysis of Laboratory Samples

Water samples, 24-h random urine samples, and fasting blood samples of the subjects were collected, respectively. Water samples and 24 h random urine samples were collected using 15-ml tubes and kept in $-20\,°C$ until analysis. Blood samples were collected using 5-ml Vacutainer blood collection tubes and centrifuged (3,500 rpm/min for 10 min) to separate the serum after one hour sedimentation. The serum was dispensed into 120 μL aliquots in each microcentrifuge tube and stored at $-80\,°C$ until analysis. The concentrations of water and urinary fluoride were assayed by the method of F-ion selective electrode, a national standardized method in China (WS/T 89–1996). The concentration of serum Hcy was measured with an ARCHITECT Homocysteine Reagent Kit. The detective range of this measurement was 0 to 50 μmol/L.

## Statistical Analysis

Data on socio-demographic factors and personal characteristics among groups were compared using Chi-square analysis. Multivariable logistic regression models were used to analyze the risk factors for cognitive impairment. The degree of association between two groups of data was analyzed by Spearman correlation or multiple linear regression analysis. The data with a skewed distribution were log-transformed before analysis and geometric means were shown in the figures. The differences in urinary fluoride and serum homocysteine (Hcy) levels among the four groups were compared using one-way ANOVA. All data were analyzed using SPSS 18.0. Statistical significance was defined as $P<0.05$.

## Results

### Basic Characteristics

According to the international standard for determination of cognitive impairment, all the 511 eligible subjects in this study were divided into four groups with 96, 182, 210, and 23 subjects in normal, mild, moderate, and severe cognitive impairment groups, respectively. Subjects in cognitive impairment groups accounted for 81.2 % of the total population. Basic characteristics of the study subjects, including gender, age, education level, marital status, alcohol consumption, and smoking status are given in Table 1. The MMSE scores and all of the basic characteristics were significantly different among the four groups ($P<0.0001$).

### Risk Factors for Cognitive Impairment

Multivariable logistic regression analyses for mild, moderate, and severe cognitive impairment groups versus normal group were performed respectively. Gender, age, educational level, marital status, alcohol consumption, cigarette smoking, total daily water fluoride intake, urinary fluoride concentrations, and serum Hcy levels were included as independent variables (Table 2). Males had a higher risk of cognitive impairment than females in the moderate and severe groups. The risk of cognitive impairment was increasing with increasing age, especially in people aged over 80 years ($P<0.001$). This risk was decreased with increased education level, especially in people who had a middle school and higher education ($P<0.01$). No significant associations of marital status, alcohol consumption, and smoking status were found with cognitive impairment in this study. Furthermore, total daily water fluoride intake and urinary fluoride level were not significantly associated with cognitive impairment. Serum Hcy levels were significantly associated severe cognitive impairment, showing an 1.06-time increased odds of severe cognitive impairment as serum Hcy increased by 1 μmol/L ($P<0.05$). This result suggests that high levels of serum Hcy may be indicative of severe cognitive impairment among people who lived in fluorosis areas.

### Effect of Fluoride Exposure on Cognitive Impairment

We selected 38 pairs of cases and controls from 511 subjects after matching several confounders, including age, gender, education level, alcohol consumption, and cigarette smoking. There were 26 males and 12 females in each group, and the mean age was 64.95 and 65.05 for normal group and cognitive impairment group, respectively. The MMSE scores in the normal group (also known as "control group", 27.09±0.96) were significantly higher than in the cognitive impairment group (also known as "case group", 21.50±4.37), as seen in Table 3. The indices of urinary fluoride concentrations and skeletal fluorosis scores in the normal group were significantly lower than those in the cognitive impairment group ($P<0.05$). The exposure index of fluoride, total daily water fluoride intake tended to be higher in the cognitive impairment group compared with the normal group ($p=0.228$). These results suggest that the degree of fluoride exposure was consistent with the severity of skeletal fluorosis, and fluoride exposure may be a risk factor for cognitive impairment. No significant differences in serum Hcy levels were found between the normal group and cognitive impairment group.

### Relationship Between Total Daily Water Fluoride Intake and Urinary Fluoride Concentrations

Spearman correlation analysis showed that there was a strong correlation between total daily water fluoride intake and urinary fluoride concentrations ($r_s=0.730$, $n=511$, $P<0.01$) (Fig. 1). Water fluoride levels could well reflect total levels of individual exposure to fluoride since it is the main source of

**Table 1** Basic characteristics of the study subjects

| Characteristics [a] | Normal group (n=96) | Mild group (n=182) | Moderate group (n=210) | Severe group (n=23) | P value |
|---|---|---|---|---|---|
| MMSE score | 27.89±0.93 | 23.71±1.77 | 15.69±2.91 | 7.48±1.59 | 0.000 |
| Gender | | | | | |
| Male | 63 (65.6) | 100 (54.9) | 66 (31.4) | 5 (21.7) | 0.000 |
| Female | 33 (34.4) | 82 (45.1) | 144 (68.6) | 18 (78.3) | |
| Age (years) | | | | | |
| 60–69 | 78 (81.3) | 132 (72.5) | 124 (59.0) | 12 (52.2) | 0.000 |
| 70–79 | 18 (18.8) | 48 (26.4) | 79 (37.6) | 6 (26.1) | |
| 80+ | 0 (0) | 2 (1.1) | 7 (3.3) | 5 (21.7) | |
| Educational level | | | | | |
| Illiterate | 9 (9.4) | 36 (19.8) | 140 (66.7) | 21 (91.3) | 0.000 |
| Elementary school | 39 (40.6) | 103 (56.6) | 63 (30.0) | 2 (8.7) | |
| Middle school and higher | 48 (50.0) | 43 (23.6) | 7 (3.3) | 0 (0) | |
| Marital status | | | | | |
| Single | 3 (3.1) | 14 (7.7) | 23 (11.0) | 2 (8.7) | 0.000 |
| Married | 93 (96.9) | 168 (92.3) | 187 (89.0) | 21 (91.3) | |
| Alcohol consumption | | | | | |
| Non-drinkers | 59 (61.5) | 123 (67.6) | 164 (78.1) | 22 (95.7) | 0.000 |
| Light drinkers | 15 (15.6) | 27 (14.8) | 18 (8.6) | 0 (0) | |
| Moderate to heavy drinkers | 22 (22.9) | 32 (17.6) | 28 (13.3) | 1 (4.3) | |
| Cigarette smoking | | | | | |
| Never smokers | 55 (57.3) | 105 (57.7) | 140 (66.7) | 19 (82.6) | 0.000 |
| Ex-smokers | 18 (18.8) | 17 (9.3) | 32 (15.2) | 1 (4.3) | |
| Light smokers | 6 (6.3) | 28 (15.4) | 19 (9.0) | 3 (13.0) | |
| Heavy smokers | 17 (17.7) | 32 (17.6) | 19 (9.0) | 0 (0) | |

Differences in MMSE score among groups are analyzed using one-way ANOVA; and the differences in other characteristics among groups are analyzed using Chi-square test

[a] Values are mean±SD for MMSE score and $n$(%) for other characteristics

fluoride intake for individuals living in the areas. Total daily water fluoride intake was calculated by multiplying water fluoride level by daily water intake that was obtained by questionnaire surveys, thus the results may have estimation bias. Urinary fluoride concentrations were determined in the lab with a higher accuracy as compared to the total daily water fluoride intake. Therefore, we used urinary fluoride concentrations as an index to assess individual exposure levels to fluoride in the following analysis.

**Urinary Fluoride Concentrations in Different Groups and the Relationship Between Urinary Fluoride Concentrations and MMSE Scores**

Geometric means of urinary fluoride concentrations ($n$=511) in normal, mild, moderate, and severe groups were 1.85, 1.63, 1.70, and 1.91 mg/L, respectively. In cognitive impairment groups, the level of urinary fluoride tended to be increasing with the exacerbation of the disease status. Urinary fluoride concentrations in the normal group tended to be lower than that in the severe group but higher than in the other two groups (Fig. 2). Multiple linear regression analysis showed that there were no significant associations between urinary fluoride concentrations and individual MMSE scores.

**Serum Hcy Concentrations in Different Groups and the Relationship Between Serum Hcy Concentrations and MMSE Scores**

Geometric means of serum Hcy concentrations ($n$=511) in normal, mild, moderate, and severe groups were 19.09, 17.98, 19.11, and 21.99 μmol/L, respectively. In cognitive impairment groups, the levels of serum Hcy were increasing with the exacerbation of cognitive impairment. Comparisons between every two groups showed that serum Hcy concentration in the mild group was significantly lower than in the severe group ($P<0.05$). No significant differences of serum Hcy concentrations were found between other two groups.

FWW_TSCA_FL_0002140

Cognitive Impairment and Risk Factors of Fluorosis    57

**Table 2** Multivariable logistic regression analysis of the association between cognitive impairment and related factors

| Characteristics | Mild group | | Moderate group | | Severe group | |
|---|---|---|---|---|---|---|
| | OR (95%CI) [a] | P value | OR (95%CI) [a] | P value | OR (95%CI) [a] | P value |
| Gender (male[b]) | | | | | | |
| Female | 0.68 (0.35, 1.31) | 0.252 | 0.20 (0.09, 0.43) | 0.000 | 0.24 (0.06, 0.95) | 0.041 |
| Age (years) (60–69[b]) | | | | | | |
| 70–79 | 1.69 (0.88, 3.25) | 0.118 | 2.46 (1.20, 5.04) | 0.014 | 1.53 (0.43, 5.43) | 0.510 |
| 80+ | 4.43E7 (6.25E6, 3.13E8) | 0.000 | 5.82E7 (1.43E7, 2.38E8) | 0.000 | 2.09E8 (2.09E8, 2.09E8) | 0.000 |
| Educational level (illiterate[b]) | | | | | | |
| Elementary school | 0.69 (0.30, 1.59) | 0.386 | 0.12 (0.05, 0.26) | 0.000 | 0.03 (0.01, 0.15) | 0.000 |
| High school and higher | 0.26 (0.11, 0.61) | 0.002 | 0.01 (0.00, 0.04) | 0.000 | 0.00 (1.37E-6, 1.35) | 0.061 |
| Marital status (married[b]) | | | | | | |
| Single | 2.65 (0.69, 10.12) | 0.155 | 2.91 (0.70, 12.09) | 0.142 | 1.62 (0.20, 13.41) | 0.657 |
| Alcohol consumption (non-drinkers[b]) | | | | | | |
| Light drinkers | 1.21 (0.53, 2.76) | 0.650 | 1.32 (0.48, 3.63) | 0.589 | 0.06 (5.96E-5, 57.06) | 0.419 |
| Moderate to heavy drinkers | 0.86 (0.39, 1.91) | 0.707 | 1.70 (0.65, 4.42) | 0.279 | 0.35 (0.02, 5.35) | 0.449 |
| Cigarette smoking (never smokers[b]) | | | | | | |
| Ex-smokers | 0.55 (0.24, 1.26) | 0.156 | 1.07 (0.44, 2.60) | 0.887 | 0.43 (0.05, 4.05) | 0.459 |
| Light smokers | 2.29 (0.85, 6.22) | 0.103 | 1.06 (0.34, 3.31) | 0.920 | 1.47 (0.24, 8.92) | 0.677 |
| Heavy smokers | 1.30 (0.59, 2.85) | 0.516 | 0.90 (0.34, 2.38) | 0.835 | 0.07 (9.57E-5, 44.39) | 0.412 |
| Serum Hcy (μmol/L) | 0.99 (0.96, 1.03) | 0.591 | 1.02 (0.99, 1.06) | 0.455 | 1.06 (1.00,1.13) | 0.038 |
| Total daily water fluoride intake (mg) | 1.00 (0.92, 1.08) | 0.931 | 0.94 (0.85, 1.04) | 0.231 | 0.86 (0.69,1.06) | 0.152 |
| Urinary fluoride (mg/L) | 0.98 (0.79, 1.20) | 0.824 | 1.12 (0.89, 1.42) | 0.338 | 1.25 (0.87,1.81) | 0.230 |

[a] E represents the base of 10

[b] Reference group

Serum Hcy concentrations in the four groups showed a similar tendency as it was found in urinary fluoride concentrations (Fig. 3). The reference normal value- of serum Hcy for adults in China is 5.08-15.39 μmol/L. According to this standard, the subjects with serum Hcy concentrations over the upper limit of the normal value were 67.7, 63.2, 71.9, and 78.3 % in the normal, mild, moderate, and severe groups, respectively. In the cognitive impairment groups,

the rate of serum Hcy over the standard was increasing with the exacerbation of cognitive impairment (Fig. 4). There was a weak but significantly negative correlation between serum Hcy concentrations and MMSE scores ($R=-0.073$, $P<0.01$). All of these results indicated that elderly people who lived in the fluorosis areas might have elevated serum Hcy concentrations, which may contribute to the occurrence of cognitive impairment.

**Table 3** Analysis of the effect of fluoride exposure on cognitive impairment

| Characteristics [a] | Normal group ($n=38$) | Cognitive impairment group ($n=38$) | P value |
|---|---|---|---|
| Male/female | 26/12 | 26/12 | |
| Age (years) | 64.95±4.60 | 65.05±4.40 | 0.920 |
| MMSE score | 27.79±0.96 | 21.50±4.37 | 0.000 |
| Total daily water fluoride intake (mg[b]) | 2.23±2.23 | 3.62±6.71 | 0.228 |
| Urinary fluoride (mg/L[b]) | 1.46±1.04 | 2.47±2.88 | 0.046 |
| fluorosis score [b] | 0.74±0.98 | 1.29±1.01 | 0.018 |
| Serum Hcy (μmol/L[b]) | 19.97±8.88 | 20.14±9.29 | 0.934 |

[a] Values are $n/n$ for gender and mean±SD for other indices.

[b] The original values were log-transformed before comparison. The difference between two groups was tested using Student's t test.



**Fig. 1** Relationship between total daily water fluoride intake and urinary fluoride concentrations. The scatter plot of total daily water fluoride versus urinary fluoride concentrations and a trend line are shown. The relationship between total daily water fluoride intake and urinary fluoride concentrations was analyzed using Spearman correlation since the data of both total daily water fluoride intake and urinary fluoride concentrations were with a skewed distribution. The correlation coefficient was 0.730, $P<0.01$

## Relationship Between Urinary Fluoride Concentrations and Serum Hcy Levels

Urinary fluoride concentrations of the 511 subjects were stratified by quartiles. Geometric means of urinary fluoride concentrations in each quartile were 0.600, 1.224, 2.145, and 5.540 mg/L, respectively; and of the geometric means of serum Hcy levels in each quartile were 17.78, 17.70, 18.94, and 20.95 μmol/L, respectively. Comparisons between every two groups showed that the serum Hcy level in the fourth quartile was significantly higher than in the other three groups ($P<0.05$) (Fig. 5). The similar levels of serum Hcy in the first and the second quartiles indicated that the level of low fluoride



**Fig. 3** Serum Hcy levels in normal group and cognitive impairment groups. Values are shown as geometric means. Data were log-transformed before the comparison between two groups. *$P<0.05$

exposure might have no effects on the concentration of serum Hcy. Spearman correlation analysis showed that there was a positive correlation between urinary fluoride and serum Hcy levels ($r_s$=0.209, $P<0.01$) (Fig. 6).

## Discussion

In this study, we found that the risk of cognitive impairment in fluorosis areas was positively associated with age but had been negatively associated with education level, which was consistent with the previous study [14]. The fact that males had higher risk than females in moderate and severe groups may be due to more cigarette smoking and alcohol



**Fig. 2** Different levels of urinary fluoride between normal group and cognitive impairment groups. Values are shown as geometric means. Data were log-transformed before comparison between two groups



**Fig. 4** The rate of serum Hcy over the standard among different groups. The reference normal value of serum Hcy for adults in China is 5.08–15.39 μmol/L. According to this standard, the subjects with serum Hcy concentrations over the upper limit of the normal value were 67.7, 63.2, 71.9, and 78.3 % in the normal, mild, moderate, and severe groups, respectively

FWW_TSCA_FL_0002142



**Fig. 5** Serum Hcy levels in the quartiles of urinary fluoride. Values are shown as geometric means. Data were log-transformed before the comparison between two groups. *$P<0.05$. **$P<0.01$



**Fig. 6** Relationship between urinary fluoride and serum Hcy concentrations. The scatter plot of urinary fluoride versus serum Hcy concentrations and a trend line are shown. The relationship between urinary fluoride and serum Hcy was analyzed using Spearman correlation since the data of both urinary fluoride and serum Hcy levels were with a skewed distribution. The correlation coefficient was 0.209, $P<0.01$

consumption, although the impact of these two factors on cognitive impairment was not shown to statistically significant in our study. Serum Hcy concentrations were increased with the exacerbation of cognitive impairment, which supported that higher serum concentrations of Hcy may be one of the risk factors for cognitive impairment as reported by a previous study [15].

Currently, the prevalence of cognitive impairment was distinct in different countries and regions as well as in different age groups. The prevalence of cognitive impairment in USA is 19.2 to 38 % in adults, aged 65 to 85 years [16]. However, the latest prevalence survey of cognitive impairment in China in the same age group was absent. The detection rate of cognitive impairment in subjects, aged over 60 years, in this study was 81.1 %, which was much higher than the reports from other countries and regions. The low economic standard and low education level of the subjects living in the rural areas of China as we found in our study may explain this finding. With such a high prevalence of cognitive impairment, this study had explored risk factors of cognitive impairment in fluorosis areas by stratifications according to the severity of cognitive impairment.

Our study found that there was a positive correlation between urine fluoride concentrations and serum Hcy levels ($r_s=$ 0.209, $p<0.01$). At present, research on the relationship between fluorosis and Hcy was rarely reported, to the best of our knowledge. Studies have shown that long-term excessive intake of fluoride would cause oxidative stress in human body [17, 18]. It is also suggested that Hcy may induce oxidative stress and apoptosis in human umbilical vein endothelial cells [19]. Therefore, high levels of serum Hcy may be an intermediate factor for the oxidative stress caused by excessive

fluoride exposure and may contribute to the occurrence of cognitive impairment.

Our study also found that urine fluoride and serum Hcy concentrations were not the lowest in the normal group compared with the cognitive impairment groups, which indicated that the cause of cognitive impairment in older people can be very complex and low doses of fluoride intake may be not enough to cause cognitive impairment. Research showed that a low dose of fluoride (2.0 mg/L F−) could stimulate the viability of mouse osteoblastic cell line MC3T3-E1 but high doses of fluoride (8.0 and 12.0 mg/L F−) significantly inhibited the viability [20]. A study also showed that fluoride (700 μmol/L NaF) could stimulate the ability of cellular anti-oxidative effects [21]. Therefore, it could be inferred that a certain low dose of fluoride exposure may play a protective rather than adverse role on cognitive impairment through the mechanisms of stimulating cells viability and anti-oxidative ability. However, the concentration of urinary fluoride in the severe group was still the highest among all groups in this study, which indicated that excessive fluoride intake could increase the risk of cognitive impairment. Although the relationship between plasma Hcy levels and cognitive functions was reported in some literatures, the findings were not entirely consistent and conclusive. Among elderly subjects, aged≥ 55 years, from a population-based Rotterdam study in Netherlands, no relationship was found between Hcy levels and reduced cognitive functions that was also assessed by MMSE [22]. In our study, however, increasing levels of serum Hcy were found to be associated with declined cognitive functions.

Our study was carried out with a cross-sectional study design. Although we found that both urine fluoride concentrations and serum Hcy levels were inversely associated with the

status of cognitive function in adults living in fluorosis areas, the causality and the contribution of fluoride exposure and serum Hcy to cognitive impairment will need further research. Follow-up observations on a cohort population with normal cognitive functions in fluorosis areas would be helpful for a better understanding of the relationship between doses of fluoride intake as well as abnormal Hcy levels and the development of cognitive impairment.

## Conclusion

Our study suggests that people who suffer from cognitive impairment in fluorosis areas have elevated serum Hcy levels and there is a positive correlation between serum Hcy and urinary fluoride concentrations. The urinary fluoride and serum Hcy levels are positively associated with the severity of cognitive impairment in cognitive impairment groups. However, the levels of these two indices in the normal group were not the lowest among the four groups, indicating potential complex effects of fluoride on cognitive impairment. Certain low doses of fluoride intake may be a potential protective rather than a harmful factor for cognitive function; however, high fluoride exposure is a potential risk factor for cognitive impairment in elderly population.

**Acknowledgments**   The authors are grateful to the Elsevier's WebShop for providing the English language editing service. This study was supported by the National Natural Science Foundation of China (no. 81172605) and the University Science Innovation Foundation of Heilongjiang Province (no. 700233).

**Compliance with Ethical Standards**

**Conflict of Interest**   The authors declare no competing financial interests.

## References

1. Jha SK, Singh RK, Damodaran T, Mishra VK, Sharma DK, Rai D (2013) Fluoride in groundwater: toxicological exposure and remedies. J Toxicol Environ Health B Crit Rev 16:52–66
2. Wang C, Gao YH, Wang W, Zhao LJ, Zhang W, Han HP (2012) A national cross-sectional study on effects of fluoride-safe water supply on the prevalence of fluorosis in China. BMJ 2, e001564
3. Zhao Y (2006) The progress about the influence of fluorine on bone. Medical Recapitulate 12:1092–1094
4. Koroglu BK, Ersoy IH, Koroglu M, Balkarli A, Ersoy S, Varol S (2011) Serum parathyroid hormone levels in chronic endemic fluorosis. Biol Trace Elem Res 143:79–86
5. Wei W, Gao YH, Wang C, Zhao LJ, Sun DJ (2013) Excessive fluoride induces endoplasmic reticulum stress and interferes enamel proteinases secretion. Environ Toxicol 28(6):332–341
6. Gao Q, Guan ZZ (2010) Damages of nervous system in chronic fluorosis. Foreign medical sciences(section of medgography) 31(2):130–135
7. Yang CG, Ye F (2006) Effects of fluoride on IQ and central nervous system. Chin J Endemiol 25(3):352–353
8. Chioca LR, Raupp IM, Cunha CD, Losso EM, Andreatini R (2008) Subchronic fluoride intake induces impairment in habituation and active avoidance tasks in rats. Eur J Pharmacol 579(1–3):196–201
9. Trvedi MH, Verma RJ, Chinoy NJ, Patel RS, Sathawara NG (2007) Effect of high fluoride water on intelligence of school children in India. Fluoride 40(3):178–183
10. Ding YP, Gao YH, Sun HX, Han HP, Wang W, Ji XH (2011) The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. J Hazard Mater 186:1942–1946
11. American Psychiatric Association (1994) Diagnostic and Statistical Manual of Mental Disorders (DSM-IV), 4th edn. APA, Washington, pp 706–708
12. Friedrich MJ (1999) Mild cognitive impairment raises Alzheimer disease risk. JAMA 282:621–622
13. Wu MS, Lan TH, Chen CM, Chiu HC, Lan TY (2011) Socio-demographic and health-related factors associated with cognitive impairment in the elderly in Taiwan. BMC Public Health 11:12
14. Sun SY, Zeng H, Zhang Q (2008) Research progress on cognitive function of aged people and its strategy. Chin Nurs Res 22(2):285–287
15. Smith AD, Smith SM, de Jager CA, Whitbread P, Johnston C, Agacinski G (2010) Homocysteine-lowering by B vitamins slows the rate of accelerated brain atrophy in mild cognitive impairment: a randomized controlled trial. PLoS One 5(9), e12244
16. Angevaren M, Aufdemkampe G, Verhaar HJJ, Aleman A, Vanhees L (2008) Physical activity and enhanced fitness to improve cognitive function in older people without known cognitive impairment. Cochrane Database Syst Rev 3, CD005381
17. Bian JC, Xian SM, Ye P, Wang XS, Liu CJ, Ma AH (1992) The influence of trace elements level of fluorosis crowd on the blood antioxidant enzymes. Chin J Endemiol 11(6):335–338
18. Fu D, Li ZZ, Wu Y, Wang ZC, Guan DH, Zhao GL (1991) Research of the levels of lipid peroxides and vitamin E in serum from patient with skeletal fluorosis. Journal of Harbin Medical University 25(2):132–133
19. Dong F, Zhang XC, Li SY, Zhang ZJ, Ren Q, Culver B (2005) Possible involvement of NADPH oxidase and JNK in homocysteine-induced oxidative stress and apoptosis in human umbilical vein endothelial cells. Cardiovasc Toxicol 5:9–20
20. Zhao ZT, Shi LQ, Lv P, Xu H, Li GS (2012) Level of reduced glutathione and oxidized glutathione in a mouse bone cell line MC3T3-E1 cells exposed to fluoride. Chin J Endemiol 31(5):511–514
21. Bian JC, Lin XY, Yang XX, Hou XD, Fan T, Zhu QL (2011) Human umbilical vein vascular endothelial cell injury induced by fluoride in vitro. Chin J Endemiol 30(2):142–147
22. Kalmijn S, Launer LJ, Lindemans J, Bots ML, Hofman A, Breteler MMB (1999) Total homocysteine and cognitive decline in a community-based sample of elderly subjects: the Rotterdam study. Am J Epidemiol 150:283–289



FWW_TSCA_FL_0002144

Exhibit A

Adkins Declaration, Exhibit 20

Malin et al. 2018

Environment International 121 (2018) 667–674



Contents lists available at ScienceDirect

# Environment International

journal homepage: www.elsevier.com/locate/envint



# Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status



Ashley J. Malin[a,b,*], Julia Riddell[b], Hugh McCague[c], Christine Till[b]

[a] Department of Environmental Medicine and Public Health, Icahn School of Medicine at Mount Sinai, One Gustave L. Levy Place, Box 1057, New York 10029, NY, USA
[b] Psychology Department, Faculty of Health, York University, 4700 Keele St, Toronto M3J 1P3, ON, Canada
[c] Institute for Social Research, York University, 242A-4700 Keele St, Toronto, ON, Canada, M3J 1P3

ARTICLE INFO

Handling Editor: Lesa Aylward

Keywords:
Fluoride
Thyroid
Iodine status
Thyroid stimulating hormone

ABSTRACT

Background: Fluoride exposure has the potential to disrupt thyroid functioning, though adequate iodine intake may mitigate this effect. This is the first population-based study to examine the impact of chronic low-level fluoride exposure on thyroid function, while considering iodine status. The objective of this study was to determine whether urinary iodine status modifies the effect of fluoride exposure on thyroid stimulating hormone (TSH) levels.
Methods: This cross-sectional study utilized weighted population-based data from Cycle 3 (2012 – 2013) of the Canadian Health Measures Survey (CHMS). Information was collected via a home interview and a visit to a mobile examination centre. The weighted sample represented 6,914,124 adults in Canada aged 18–79 who were not taking any thyroid-related medication. Urinary fluoride concentrations were measured in spot samples using an ion selective electrode and adjusted for specific gravity ($UF_{SG}$). Serum TSH levels provided a measure of thyroid function. Multivariable regression analyses examined the relationship between $UF_{SG}$ and TSH, controlling for covariates.
Results: Approximately 17.8% of participants fell in the moderately-to-severely iodine deficient range. The mean (SD) age of the sample was 46.5 (15.6) years and the median $UF_{SG}$ concentration was 0.74 mg/L. Among iodine deficient adults, a 1 mg/L increase in $UF_{SG}$ was associated with a 0.35 mIU/L increase in TSH [95% CI: 0.06, 0.64; p = 0.01, one-tailed].
Conclusions: Adults living in Canada who have moderate-to-severe iodine deficiencies and higher levels of urinary fluoride may be at an increased risk for underactive thyroid gland activity.

## 1. Introduction

Fluoride is an element that occurs either naturally in the environment or can be industrialized and added artificially to public drinking water to protect against dental caries. Approximately 38.7% of the population in Canada receives artificially fluoridated drinking water (Public Health Capacity and Knowledge Management Unit; Quebec Region for the Office of the Chief Dental Officer of Canada, 2017a). Provinces with the highest proportion of fluoridated drinking water include: Ontario, Manitoba, and the Northwest Territories, while provinces with the lowest proportion include: the Yukon Territories, British Columbia, Newfoundland, and Quebec (Public Health Capacity and Knowledge Management Unit; Quebec Region for the Office of the Chief Dental Officer of Canada, 2017b). The recommended fluoride concentration for drinking water in Canada is 0.7 mg/L (Government of

Canada, 2017). However, the national average tap water fluoride concentration in Canada, including both fluoridated and non-fluoridated regions, is 0.12 mg/L (Canadian Health Measures Survey, 2017). Fluoride exposure can also occur from tea, beverages made with fluoridated water, processed foods, dental products, supplements, pharmaceuticals, and foods sprayed with fluoride-containing pesticides.

Hypothyroidism, the most common thyroid disorder, is characterized by suppression of thyroid gland activity. Subclinical hypothyroidism is indicated by high serum thyroid stimulating hormone (TSH) concentrations of 4.5–9 mIU/L with normal triiodothyronine ($T_3$) and thyroxine ($T_4$) levels. However, TSH levels above 2.5 mIU/L may increase risk for subclinical and clinical hypothyroidism (Demers & Spencer, 2002; Waise & Price, 2009). Subclinical hypothyroidism is estimated to occur in 4.3–9.5% of the US adult population (Hollowell et al., 2002; Canaris et al., 2000) and is associated with various health

* Corresponding author at: Department of Environmental Medicine and Public Health, Icahn School of Medicine at Mount Sinai, One Gustave L. Levy Place, Box 1057, New York, NY 10029, USA.
E-mail addresses: Ashley.malin@mssm.edu (A.J. Malin), jriddell@yorku.ca (J. Riddell), hmccague@yorku.ca (H. McCague), ctill@yorku.ca (C. Till).

https://doi.org/10.1016/j.envint.2018.09.026
Received 27 April 2018; Received in revised form 14 September 2018; Accepted 14 September 2018
0160-4120/ © 2018 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license
(http://creativecommons.org/licenses/BY-NC-ND/4.0/).

FWW_TSCA_FL_0012817

A.J. Malin et al.

Environment International 121 (2018) 667–674

problems (Gonzalez Gil & de la Sierra, 2017; Pesic et al., 2015; Jayasingh & Puthuran, 2016), including: miscarriage and preterm birth among pregnant women, and altered growth and neurodevelopment among offspring (Maraka et al., 2016; Zhang et al., 2017; Murphy et al., 2015; Vrijkotte et al., 2017). Moreover, "high normal" TSH levels of 2.0–4.0 mIU/L and 2.5–4.5 mIU/L have been associated with hypocholesterolemia (Michalopoulou et al., 1998), and an increased risk of metabolic syndrome (Ruhla et al., 2010) respectively. Thus, studying factors that contribute to low thyroid function, even at the subclinical level, is of high public health importance.

Animal studies have shown reductions in $T_3$ and $T_4$ levels due to fluoride exposure, even at low doses (Cinar, 2005; Bobek et al., 1976). In humans, fluoride in drinking water, even at levels as low as 0.3–0.5 mg/L, have predicted elevated TSH concentrations (Kheradpisheh et al., 2018; Bachinskii et al., 1985). Higher water fluoride concentrations have also predicted an increased likelihood of a hypothyroidism diagnosis among adults (Kheradpisheh et al., 2018; Peckham et al., 2015) and an increased incidence of diabetes among adults in the United States (Fluegge, 2016) and children in Canada (Chafe et al., 2018). However, these findings were from ecological studies and thus did not control for important confounders. Higher urinary fluoride and TSH levels have also been observed among children and adolescents living in endemic fluorosis areas (Singh et al., 2014; Khandare et al., 2018). In contrast, other studies have not found significant differences in thyroid hormone levels or thyroid disorder diagnoses as a function of urinary fluoride levels (Barberio et al., 2017).

Iodine deficiency can contribute to decreased thyroid hormone production and exacerbate the thyroid-disrupting effects of certain chemicals, as well as fluoride (Jiang et al., 2016; Yang et al., 1994; Xu & Zhang, 1994). Adequate iodine levels can offset adverse goitrogenic effects of fluoride (Xu & Zhang, 1994; Zhao et al., 1998). Fluoride exposures of 0.05–0.13 mg/kg/day have been associated with adverse thyroid effects among iodine sufficient people, while lower fluoride exposures of 0.01–0.03 mg/kg/day have been associated with these effects among iodine deficient people (National Research Council, 2006). Synergistic effects of high fluoride and deficient iodine have also been found among both animals (Zhao et al., 1998; Guan et al., 1988; Ge et al., 2005) and humans (Lin et al., 1991). Still, few studies have considered iodine as a moderator of fluoride's effects on thyroid function as large sample sizes are needed for assessment of effect modification. Cycle 2 (2009–2011) data from the CHMS indicated low iodine intakes among 22% of Canadians aged 3 to 79 (Statistics Canada, 2013; World Health Organization, 2013).

We examined whether the relationship between fluoride exposure and thyroid function is modified by iodine status among adults participating in a Canadian population-based survey. We hypothesized that higher urinary fluoride levels would predict higher TSH levels and that this relationship would be stronger among adults with moderate-to-severe iodine deficiencies.

## 2. Materials and methods

### 2.1. Participants

We utilized data from Cycle 3 of the Canadian Health Measures Survey (CHMS, 2012–2013) because it was the first cycle to include thyroid hormone measurements (data from Cycle 4 were not available at the outset of this study). The CHMS is an ongoing survey launched by Statistics Canada, Health Canada and the Public Health Agency of Canada in 2007 to collect health and wellness data and biological specimens on a nationally representative sample of Canadians. Cycle 3 was conducted between January 2012 and December 2013. It consisted of 5785 Canadians ages 3 to 79 recruited from 16 sites across all ten provinces with 2671 people providing urine and blood samples for fluoride and TSH analysis (out of the approximately 2950 who were asked to do so). People living in the three territories, on reserves or other aboriginal settlements in the provinces, full-time members of the Canadian forces, institutionalized people, and those living in remote areas were not sampled. The overall response rate for all aspects of Cycle 3 was 79% (Statistics Canada, 2015; Begin, 2015).

Information was collected from participants via a computer-assisted home interview and a visit to a mobile examination centre where biospecimens and physical measures were collected by trained professionals. Cases of hypo- or hyperthyroidism were identified from information gathered directly from the interview; participants were asked: "Remember we are interested in conditions diagnosed by a health professional … Do you have a thyroid condition?". Data on medication usage during the past month was also collected and photographs of medication bottles were obtained as part of the household questionnaire. Medication usage was later confirmed during mobile examination centre visits. This enabled identification of which participants were using thyroid or anti-thyroid medication. Individuals who were on these medications and/or reporting a thyroid condition diagnosed by a health professional were excluded from our analyses. Pregnant women were also excluded given that pregnancy may increase stress on the thyroid and demand for iodine intake. We limited our analyses to adults aged 18 and over (with urinary fluoride and TSH levels) due to the low prevalence of hypothyroidism in younger individuals. Finally, we excluded participants who had iodine levels above the WHO cut-off of 2.37 μmol/L for excess iodine levels (Iodine Status Worldwide: WHO Global Database on Iodine Deficiency, 2004). We removed these participants because excess iodine levels can cause abnormalities in TSH (Katagiri et al., 2017), including elevations, and we wanted to test the relationship between fluoride exposure and TSH as a function of iodine deficiency, not iodine excess. Approximately 1% of participants reported having kidney disease, and they were equally likely to have adequate or deficient iodine levels. Since these individuals could be particularly vulnerable to adverse effects of fluoride on the thyroid gland, we did not exclude them.

Approximately 1000 adults between the ages of 18 and 79 met the above inclusion criteria (exact number cannot be reported as per Statistics Canada reporting requirements). Using sampling weights provided by Statistics Canada, the weighted sample represented 6,914,124 adults. See Appendix A for frequencies of participants at each CHMS site according to fluoridation status.

The CHMS was approved by the Health Canada institutional review board and participants provided written informed consent. Detailed CHMS methodology has been published elsewhere (Statistics Canada, 2015; Labrecque, 2014) and full study details can be found at www.statscan.gc.ca. The present study also received ethics approval from the York University Research Ethics Board (Certificate e2018–233).

### 2.2. Fluoride measure

Fluoride was measured in urine which provides a valid measure of exposure given that urinary fluoride levels have been shown to directly correlate with water fluoride concentration levels in adults (Ahmed et al., 2012; Mansfield, 1999). Approximately 40% of absorbed fluoride is excreted in urine, while 60% is absorbed in calcified tissue (Barbier et al., 2010). Spot urine samples were collected under normal (not fasting) conditions and not standardized with respect to time of collection. Urinary fluoride concentrations were analyzed using an Orion PH meter with a fluoride ion selective electrode after being diluted with an ionic adjustment buffer (Institut National de Sante Publique du Quebec (INSPQ), 2009). To account for variations in urine dilution, urinary fluoride concentrations were adjusted for specific gravity ($UF_{SG}$; mg/L). A reference value for $UF_{SG}$ among adults unexposed to community water fluoridation is geometric mean = 0.613 mg/L (95% CI of 0.21–1.6 mg/L) (Usuda et al., 2007). Analyses were performed at the Toxicology Laboratory of the INSPQ (accredited under ISO 17025) under standardized operating procedures (Statistics Canada, 2015). Fluoride concentrations in tap water were also measured via a basic anion exchange chromatography procedure.

FWW_TSCA_FL_0012818

A.J. Malin et al.

Environment International 121 (2018) 667–674

### 2.3. Measure of thyroid gland function

TSH levels were utilized as the primary measure of thyroid function because they provide a sensitive index of both subclinical and clinical thyroid dysfunction. Blood samples were collected at the mobile centre examination visit by a phlebotomist using a standard venipuncture method. The time of day of blood collection was not standardized. Serum TSH levels were measured using a third generation assay analyzer equipped with a chemiluminescent detection system (Health Canada, 2012a); the reference interval for TSH was 0.55–4.78 mIU/L. Serum levels of free T4 were analyzed using a competitive chemiluminescent immunoassay (Health Canada, 2012b) and the reference interval was 11.5–22.5 pmol/L. Thyroid hormones were analyzed at the INSPQ on the Siemens ADVIA Centaur XP analyzer (Health Canada, 2012b).

### 2.4. Measure of iodine

Iodine level was measured in spot urine samples by colorimetric microplate assay. The limit of detection (LoD) was 0.20 μmol/L (Health Canada, 2012c). For iodine values that fell below the limit of detection, we used an imputed value of LoD/√2 (Hornung & Reed, 1990). Urinary iodine is considered a valid measure of population level iodine status and a highly sensitive measure of dietary iodine intake (Pearce & Caldwell, 2016; Zimmermann & Andersson, 2012). Moderate-to-severe iodine deficiency was defined as urinary iodine ≤0.38 μmol/L using guidelines established by the World Health Organization (Iodine Status Worldwide: WHO Global Database on Iodine Deficiency, 2004). Participants were considered to have adequate levels of iodine if the urinary iodine value fell between > 0.38 and ≤2.37 μmol/L.

### 2.5. Covariates

Covariates were selected a priori based on being empirically related to thyroid function and/or fluoride absorption in the body. They included: age, sex, body mass index (BMI), and serum calcium level. Serum calcium was measured by colorimetric Arsenazo III dye-binding on the Ortho Clinical Diagnostics Vitros 5,1FS analyzer. Urinary iodine was considered an effect modifier because of iodine's important role in thyroid function and potential protective effect on the thyroid from fluoride. Age, sex and BMI were included because they can influence TSH levels (Shinkov et al., 2014; Sanyal & Raychaudhuri, 2016). Lastly, serum calcium was included because dietary calcium intake may affect fluoride absorption in the body (National Research Council, 2006) and thyroid hormone regulation (Kališnik et al., 1990).

### 2.6. Statistical analysis

Data analysis was conducted at the Research Data Centre at York University in Toronto. As directed by Statistics Canada, all models applied survey weights to take into account aspects of the sample design, such as stratification, in order to permit generalization to the entire Canadian population. A survey weight and 500 bootstrap weights were applied to ensure more accurate model and variance estimations. Stata (V.14.X) software was used for all analyses.

Spearman correlations were used to test relationships between urinary fluoride, urinary iodine and TSH. Linear regression was used to model TSH levels as a function of urinary fluoride and iodine level while controlling for covariates. The potential modifying effect of iodine status, defined as urinary iodine deficiency ≤0.38 μmol/L (yes/no) was analyzed as an interaction term; yes (urinary iodine ≤0.38 μmol/L) = 1 and no (urinary iodine > 0.38 μmol/L) = 0. For ease of interpretability, we also recoded our model with iodine deficient participants as our reference. Assumptions pertaining to normality, homogeneity of variance and linearity were satisfied. Regression diagnostics identified a few extreme cases with high TSH levels (exact number of cases cannot be reported due to

confidentiality requirements by Statistics Canada). Although these extreme cases had large standardized residuals and high Cook's distance in unweighted analyses, these TSH values were biologically plausible and thus not indicative of an error in data collection or entry. Therefore, they were included in the analyses. These few deemed outliers in the unweighted analyses were equally balanced between iodine deficient and non-deficient groups. In the weighted analysis, these few cases were found to have survey weights close to the mean of the survey weights, such that they were neither strongly weighted up nor strongly weighted down. Given our directional hypothesis, a one-tailed alpha of 0.05 was the criteria for statistical significance for the applicable variables in the regression analyses.

## 3. Results

### 3.1. Population characteristics

Missing data were < 5% in all analyses except for household income which was reported by 77% of respondents; however, Statistics Canada provided imputed estimates for these missing values. Approximately 1,346,329 people (17.8% of the overall sample weighted to the population) fell in the moderately-to-severely iodine deficient range. Demographic characteristics for the overall sample (excluding participants with excess iodine levels), adults with moderate-to-severe iodine deficiencies, and adults without iodine deficiencies or excesses are presented in Table 1.

Descriptive statistics for urinary iodine, TSH, free thyroxine, $UF_{SG}$ and tap water fluoride concentrations as a function of iodine status are presented in Table 2. See Supplemental Table S1 for $UF_{SG}$ concentrations according to age and sex. Tap water fluoride concentrations were low overall (median = 0.11 mg/L) with all values falling below the recommended level (≤0.70 mg/L) for community water fluoridation; water fluoride concentrations were lower among iodine deficient participants (median = 0.07 mg/L; range (10th - 90th percentile) = 0.00 - 0.27 mg/L) than non-iodine deficient participants (median = 0.12 mg/L; range (10th - 90th percentile) = 0.00 - 0.61 mg/L). Arithmetic mean $UF_{SG}$

**Table 1**
Demographic characteristics for the overall sample and according to iodine status.

|  | All adults[1] (N = 6,914,124)[2] | Adults with moderate/severe iodine deficiencies (N = 1346, 329) | Adults without moderate/severe iodine deficiencies (N = 5,567,795)[1] |
|---|---|---|---|
| Age (yrs.); M (SD) | 46.49 (15.55) | 48.21 (15.61) | 46.08 (15.50) |
| Sex; N (%) |  |  |  |
| Male | 3,563,836 (51.54) | 696,775 (51.75) | 2,867,061 (51.49) |
| Female | 3,350,288 (48.46) | 649,554 (48.25) | 2,700,734 (48.51) |
| BMI; M (SD) | 26.95(4.94) | 26.06 (4.05) | 27.16 (5.11) |
| BMI Categories[3]; N (%): |  |  |  |
| Normal |  | 606,795 (45.14) | 2,100,051 (37.90) |
| Overweight |  | 569,152(42.34) | 1,998,364 (36.06) |
| Obese |  | 168,213(12.51) | 1,442,598 (26.03) |
| Total household income; M (SD) | $93,659.95 ($64,183.32) | $93,881.67 ($69,655.63) | $93,606.34 ($62,788.40) |

Abbreviations: BMI = Body mass index; M = Mean; SD = standard deviation.
[1] Includes descriptive statistics for the sample after the removal of participants with excess iodine levels.
[2] The total N may differ for some variables due to missing biomonitoring data. The total N for the entire sample size weighted to the Canadian population is shown.
[3] Normal: 18.50 ≤BMI ≤24.99; Overweight: 25.00 ≤BMI ≤29.99; Obese: BMI ≥30.

FWW_TSCA_FL_0012819

*A.J. Malin et al.*                                                                                              *Environment International 121 (2018) 667–674*

**Table 2**
Thyroid hormone, fluoride, iodine and calcium concentrations.

| | Arithmetic mean | Standard deviation | Median | 10th percentile[3] | 90th percentile[3] |
|---|---|---|---|---|---|
| **All adults** | | | | | |
| TSH (mIU/L) | 1.79 | 1.23 | 1.79 | 0.79 | 2.87 |
| Free thyroxine (pmol/L) | 14.55 | 2.07 | 14.4 | 12.2 | 17.6 |
| $UF_{SG}$ (mg/L) | 0.94 | 1.05 | 0.74 | 0.34 | 1.73 |
| Urinary iodine (μmol/L) | 0.85 | 0.50 | 0.77 | 0.28 | 1.52 |
| Tap water fluoride (mg/L) | 0.22 | 0.24 | 0.11 | 0.00 | 0.60 |
| Serum Calcium (mmol/L) | 2.41 | 0.30 | 2.40 | 2.29 | 2.51 |
| **Iodine deficient[1] adults** | | | | | |
| TSH (mIU/L) | 1.66 | 1.25 | 1.46 | 0.83 | 2.41 |
| Free thyroxine (pmol/L) | 14.69 | 2.41 | 14.2 | 11.6 | 17.8 |
| $UF_{SG}$ (mg/L) | 1.06 | 1.11 | 0.74 | 0.29 | 2.09 |
| Urinary iodine (μmol/L) | 0.25 | 0.08 | 0.27 | 0.14 | 0.36 |
| Tap water fluoride (mg/L) | 0.12 | 0.16 | 0.07 | 0.00 | 0.27 |
| Serum calcium (mmol/L) | 2.43 | 0.38 | 2.41 | 2.32 | 2.52 |
| **Non-iodine deficient[2] adults** | | | | | |
| TSH (mIU/L) | 1.82 | 1.22 | 1.54 | 0.77 | 2.94 |
| Free thyroxine (pmol/L) | 14.52 | 1.97 | 14.4 | 12.4 | 17.2 |
| $UF_{SG}$ (MG/L) | 0.91 | 0.65 | 0.72 | 0.36 | 1.60 |
| Urinary iodine (μmol/L) | 0.99 | 0.45 | 0.87 | 0.50 | 1.56 |
| Tap water fluoride (mg/L) | 0.25 | 0.25 | 0.12 | 0.00 | 0.61 |
| Serum calcium (mmol/L) | 2.41 | 0.30 | 2.40 | 2.28 | 2.51 |

Note. Reported concentrations are for the entire sample, including outliers, but with those who had excess urinary iodine levels excluded.
$UF_{SG}$ = urinary fluoride adjusted for specific gravity.
[1] Moderate to severe iodine deficiency defined as urinary iodine ≤0.38 μmol/L.
[2] Non-iodine deficient defined as urinary iodine > 0.38 to ≤2.37 μmol/L.
[3] Values falling at the more extreme values, such as the 5th and 95th percentiles, were unreleasable due to minimum sample size requirements set by Statistics Canada. Parametric and non-parametric analyses cannot be conducted to test differences in distributions using weighted data and thus are not reported.

concentrations however were higher among iodine deficient participants ($M = 1.06$ mg/L; $SD = 1.11$) than non-iodine deficient participants ($M = 0.91$ mg/L; $SD = 0.65$, Cohen's $d = 0.165$). However, geometric means for $UF_{SG}$ concentrations were identical (0.80 mg/L) and median values were similar between the iodine deficient and sufficient participants (median values = 0.74 and 0.72 mg/L, respectively). TSH and free T4 values at the 10th and 90th percentile for the population fell within the standard reference range, while outlying TSH and T4 values did not.

Lower urinary iodine was associated with higher $UF_{SG}$ in the entire sample ($\rho = -0.11$, p < 0.000). This negative association was observed among both adults with adequate iodine ($\rho = -0.11$, $p = 0.003$), and adults with moderate-to-severe iodine deficiencies ($\rho = -0.15$, $p = 0.04$). TSH levels were weakly correlated with urinary iodine levels for the entire population ($\rho = 0.09$, $p = 0.003$), but the relationship did not reach significance when participants were subset by iodine status. $UF_{SG}$ was not significantly correlated with free thyroxine.

### 3.2. Regression results

After adjustment for covariates, $UF_{SG}$ did not significantly predict TSH levels among iodine sufficient adults ($UF_{SG}$: B = −0.02, $t = -0.19$, p = 0.43), but iodine status did (B = −0.55, $t = -4.43$, p = 0.00). (Table 3). Serum calcium also positively predicted TSH (B = 1.87, $t = 2.21$, p = 0.03).

#### 3.2.1. Evaluation of effect modification

Iodine status was found to modify the association between $UF_{SG}$ and TSH (B = 0.36, $t = 1.84$, $p = 0.03$) (Table 3). In the recoded model (i.e. using iodine deficiency as the reference group), a 1 mg/L increase in $UF_{SG}$ was associated with a 0.35 mIU/L increase in TSH (B = 0.35, $t = 2.33$, $p = 0.01$; [95% CI: 0.06, 0.64]) among adults with iodine deficiency (Fig. 1).

We conducted a supplemental regression analysis to determine if the results were maintained when urinary fluoride was adjusted for urinary creatinine ($UF_{CR}$) according to described methods (Analytical Method for the Determination of Urine Creatinine of Hitachi 917 (C-530);

**Table 3**
Linear regression predicting serum TSH with $UF_{SG}$.

| Variable | B | 95% Confidence interval | Standard error | $t$ | $p$ |
|---|---|---|---|---|---|
| $UF_{SG}$[1] | −0.02 | - 0.19, 0.15 | 0.09 | −0.19 | 0.43 |
| Urinary iodine | −0.55 | −0.80, −0.31 | 0.12 | −4.43 | **0.00** |
| $UF_{SG}$*urinary[1] iodine | 0.36 | −0.03, 0.75 | 0.20 | 1.84 | **0.03** |
| Age | 0.00 | −0.00, 0.01 | 0.00 | 1.17 | 0.24 |
| BMI | 0.02 | −0.02, 0.06 | 0.02 | 1.02 | 0.31 |
| Serum calcium | 1.87 | 0.21, 3.53 | 0.85 | 2.21 | **0.03** |
| Sex | 0.04 | −0.20, 0.27 | 0.12 | 0.30 | 0.77 |

Note. $UF_{SG}$ = urinary fluoride adjusted for specific gravity; $UF_{SG}$*Urinary Iodine = the interaction between urinary fluoride and iodine status; BMI = Body Mass Index; $UF_{SG}$*Urinary Iodine and Urinary Iodine were the only analyses that considered iodine status.
[1] $p$ values for $UF_{SG}$ and $UF_{SG}$*Urinary Iodine are for one-tailed tests. All other analyses were non-directional and $p$ values are reported for two-tailed tests.

Condensed Veresion for the CHMS, [Press Release], 2008) instead of specific gravity. This was indeed the case (see Supplemental Table S2).

#### 3.2.2. Sensitivity analysis

We conducted a sensitivity analysis to determine whether $UF_{SG}$ predicted TSH among adults with moderate-to-severe iodine deficiencies after participants with outlying TSH values were removed (Supplemental Table S3). The interaction effect remained significant (albeit weaker) if we excluded the outliers. Serum calcium was no longer a significant predictor of TSH in this analysis. These results remained consistent if we conducted our analysis using $UF_{CR}$ instead of $UF_{SG}$ (Supplemental Table S4).

## 4. Discussion

We examined the relationship between urinary biomarkers of fluoride exposure and TSH levels as a function of iodine status in a

**FWW_TSCA_FL_0012820**

A.J. Malin et al.                                                                                                Environment International 121 (2018) 667–674



**Fig. 1.** The interaction between $UF_{SG}$ and iodine status in predicting TSH levels
Note. $UF_{SG}$ = urinary fluoride adjusted for specific gravity; TSH = thyroid stimulating hormone; iodine sufficient defined as urinary iodine > 0.38 to ≤2.37 μmol/L; iodine deficient defined as urinary iodine ≤0.38.

Canadian population exposed to artificially fluoridated and non-fluoridated drinking water. The distribution of participants in our sample living in fluoridated or non-fluoridated regions was comparable to that of the Canadian population (Public Health Capacity and Knowledge Management Unit; Quebec Region for the Office of the Chief Dental Officer of Canada, 2017a). We utilized TSH levels as the outcome since TSH is sensitive to both clinical and subclinical thyroid dysfunction. We considered iodine status given its importance for thyroid health, and its potential impact for effect modification of fluoride on thyroid function.

Higher urinary fluoride levels were not associated with higher TSH levels in the general population of adults living in Canada. Thus, we did not find evidence that fluoride exposure, when considered by itself, contributes to thyroid dysfunction among this general population. However, consistent with our hypothesis, participants' iodine status modified the relationship between urinary fluoride and TSH such that adults with moderate-to-severe iodine deficiencies who had higher urinary fluoride levels also tended to have higher TSH levels, after adjustment for covariates. Among these iodine deficient adults, a 1 mg/L increase in $UF_{SG}$ was associated with a 0.35 mIU/L increase in TSH; and results of urine adjusted for creatinine ($UF_{CR}$) were very similar. To put this into context, a $UF_{SG}$ concentration of 1.0 mg/L is approximately the 70th percentile for adults in our sample. The association between urinary fluoride and TSH is not apparent, however, in the absence of considering iodine status as an effect modifier. This is consistent with other recent research examining fluoride exposure and thyroid hormone levels among adults in Cycle 3 of the CHMS that did not consider iodine status (Barberio et al., 2017).

Consistent with Cycle 2 CHMS data (Statistics Canada, 2013), it was notable that almost 18% of our sample had moderate-to-severe iodine deficiency. Among this 18%, individuals who have higher urinary fluoride levels, and likely other risk factors for thyroid dysfunction, may be at an increased risk for underactive thyroid gland activity. Our finding that iodine status independently predicted higher TSH levels after controlling for covariates provides further support for iodine's important role in thyroid hormone regulation. Indeed, two prior

epidemiological studies examining fluoride exposure and thyroid hormones comment on the importance of considering this nutrient even though neither did (Peckham et al., 2015; Barberio et al., 2017).

Interestingly, although iodine deficient individuals tended to be exposed to lower water fluoride concentrations, they had higher arithmetic mean urinary fluoride concentrations and a greater range of $UF_{SG}$ values (explaining why the geometric means were identical between groups) compared with the non-iodine deficient group. This may reflect differences in intake of water or other sources of fluoride, or differences in fluoride excretion and retention between iodine deficient and non-deficient individuals. Moreover, since urinary fluoride concentrations were relatively high considering overall low tap water concentrations (Massmann, 1981), it may be that drinking water is not the primary source of fluoride exposure among our sample. Indeed, a significant proportion of Canadians consume tea (Garriguet, 2008) which can provide a major dietary source of fluoride (Dabeka & McKenzie, 1995; Mostafaei et al., 2015).

There are several potential mechanisms by which fluoride and iodine may interact to affect thyroid function. First, fluoride interferes with Na/K-ATPase (Suketa et al., 1995; Murphy & Hoover, 1992) and iodothyronine deiodinase (Shashi & Singla, 2013), two enzymes that are important for thyroid function. Na/K-ATPase maintains functionality of the sodium iodide symporter which facilitates thyroidal iodide uptake (Nicola et al., 2014). Iodothyronine deiodinase catalyzes $T_3$ from deiodination of $T_4$ (Bianco & Larsen, 2005), and therefore, interference from fluoride could decrease $T_3$ production, and subsequently increase TSH. Fluoride has also been shown to inhibit prolactin, which promotes thyroidal iodine uptake, lowers T4 secretion and inhibits stimulatory effects of exogenous TSH (Ortiz-Perez et al., 2003; Rillema & Rowady, 1997; Grau & Stetson, 1977). Consistent with our findings, interference by fluoride with any of these mechanisms would result in more pronounced adverse effects on the thyroid gland among individuals with iodine deficiencies because their iodine stores would be more readily depleted.

There is also evidence that despite fluoride's lighter atomic weight, iodine may contribute to increased excretion of fluoride from the body

**FWW_TSCA_FL_0012821**

A.J. Malin et al.                                                Environment International 121 (2018) 667–674

(Xu & Zhang, 1994; Zhao et al., 1998). One study conducted in China found a 40% higher prevalence of dental fluorosis among individuals living in a community with low water iodine levels than those in a community with sufficient water iodine levels, despite both being fluoridated at 0.8 mg/L (Xu & Zhang, 1994). Prevalence of dental fluorosis and bone fluoride concentrations have also been shown to be significantly higher among rats with iodine deficiencies than rats with normal or excess iodine levels, despite both having equivalent excess fluoride concentration exposures (Zhao et al., 1998). These findings imply that deficient iodine intake may lead to increased fluoride absorption. However, more research is needed to better understand the mechanism by which fluoride and iodine interact within the body to affect thyroid function.

Our study has some limitations. First, regarding our exclusion criteria, there may have been people who did not report taking thyroid hormone medications or having a thyroid condition even if they did. Furthermore, exclusion of participants who reported a thyroid condition (or taking thyroid medication) during the past month, as well as pregnant women, meant that those who may have been most sensitive to potential adverse effects of fluoride on thyroid function were excluded. Thus, the potential effect of fluoride exposure on TSH could have been underestimated in this study. Second, exposure to fluoride was assessed through spot urine samples that were not standardized with respect to time of sample collection. Due to the rapid elimination of fluoride (half-life of approximately 6 h) (Whitford, 1994), we expect temporal variation in fluoride intake because exposure may be impacted by day-to-day behaviors that were not controlled for (e.g. brushing with fluoridated toothpaste, consumption of non-fluoridated water prior to urine sampling, professionally applied fluoride, etc.). Still, exposure misclassification on the basis of the measurement technique should be non-differential and bias estimates towards the null. Third, the directionality of the association cannot be discerned due to the cross-sectional analysis. It is possible that chronic consumption of fluoridated products alters thyroid functioning in susceptible populations or that an overactive thyroid leads to excess thirst, which may result in higher urinary fluoride levels, especially among people consuming fluoridated water (McLaren, 2016). Fourth, fewer than 5% of the iodine-deficient individuals had tap water fluoride levels that fell near the recommended concentration for water fluoridation (i.e. 0.7 mg/L). Given that in some fluoridated communities, community water fluoridation accounts for 40–70% of daily fluoride intake in adults (Health and Ecological Criteria Division. Office of Water, 2010), the fluoride exposure levels observed in our iodine-deficient sample

may underestimate fluoride exposure levels among individuals living in fluoridated regions. These limitations notwithstanding, spot sample urinary fluoride is a widely used exposure biomarker and an improvement over studies that do not incorporate biomonitoring data. Adjustment of urinary dilution effects (by correcting for both specific gravity and creatinine) provides a more reliable measure of internal fluoride exposure, increases the rigor of our findings and permits assessment of dose-response relationships.

## 5. Conclusions

Fluoride exposure among adults with moderate-to-severe iodine deficiencies living in Canada may increase risk for underactive thyroid gland activity. Additional studies are needed to clarify the mechanism by which fluoride and iodine interact in the body, as well as the effects of low level chronic fluoride exposure on thyroid function.

## Declarations of interest

None.

## Sources of funding

This research was supported by funds to the Canadian Research Data Centre Network (CRDCN) from the Social Sciences and Humanities Research Council (SSHRC), the Canadian Institutes of Health Research (CIHR), the Canadian Foundation for Innovation (CFI), and Statistics Canada. Although the research and analysis are based on data from Statistics Canada, the opinions expressed do not represent the views of Statistics Canada. This work was also supported by The Faculty of Health, York University, Toronto, ON. The funding sources did not have any involvement in the study or decision to submit the article for publication.

## Acknowledgments

We would like to thank the staff at the York University Research Data Centre for the time that they devoted to vetting our statistical output. We would also like to thank Dr. David Flora for providing us with statistical consultation. Additionally, we would like to thank Statistics Canada, Health Canada and the Public Health Agency of Canada for conducting the CHMS, and the participants of CHMS Cycle 3 for providing us with the invaluable data that we used for this study.

**Appendix A.** Number of participants at each CHMS Site included in Cycle 3 according to Water Fluoridation Status in 2012–2013

| Site | Weighted N | % of total sample |
|---|---|---|
| Fluoridated | | |
| Oshawa-Whitby | 559,305 | 8.09 |
| Brampton | 498,143 | 7.20 |
| Lethbridge | 475,880 | 6.88 |
| North Toronto | 341,760 | 4.94 |
| Halifax | 239,913 | 3.47 |
| Non-fluoridated | | |
| Victoria-Saanich | 593,585 | 8.59 |
| Vancouver | 455,034 | 6.58 |
| East Montreal | 364,210 | 5.27 |
| Orillia | 305,171 | 4.41 |
| South Cent Laurentians | 291,135 | 4.21 |
| Mixed | | |
| Brantford-Brant County | 346,086 | 5.01 |

**FWW_TSCA_FL_0012822**

A.J. Malin et al.

Environment International 121 (2018) 667–674

| Kent County | 254,835 | 3.69 |
|---|---|---|
| West Montreal | 687,586 | 9.94 |
| Windsor | 507,402 | 7.34 |
| South West Calgary | 634,261 | 9.17 |
| South West Monteregie | 359,821 | 5.20 |

## Appendix B. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envint.2018.09.026.

## References

Ahmed, I.R.T., Hasan, S.K., Khan, N., Khan, M.H., Usmani, T.H., 2012. Correlation of fluoride in drinking water with urine, blood plasma, and serum fluoride levels of people consuming high and low fluoride drinking water in Pakistan. Fluoride 45, 384–388.

Analytical Method for the Determination of Urine Creatinine of Hitachi 917 (C-530); Condensed Veresion for the CHMS, [Press Release].

Bachinskii, P.P., Gutsalenko, O.A., Naryzhniuk, N.D., Sidora, V.D., Shliakhta, A.I., 1985. Action of the body fluorine of healthy persons and thyroidopathy patients on the function of hypophyseal-thyroid the system. Probl. Endokrinol. 31 (6), 25–29.

Barberio, A.M., Hosein, F.S., Quinonez, C., McLaren, L., 2017. Fluoride exposure and indicators of thyroid functioning in the Canadian population: implications for community water fluoridation. J. Epidemiol. Community Health 71 (10), 1019–1025.

Barbier, O., Arreola-Mendoza, L., Del Razo, L.M., 2010. Molecular mechanisms of fluoride toxicity. Chem. Biol. Interact. 188 (2), 319–333.

Begin, J., 2015. Overview of the Canadian Health Measures Survey. Statistics Canada.

Bianco, A.C., Larsen, P.R., 2005. Cellular and structural biology of the deiodinases. Thyroid 15 (8), 777–786.

Bobek, S., Kahl, S., Ewy, Z., 1976. Effect of long-term fluoride administration on thyroid hormones level blood in rats. Endocrinol. Exp. 10 (4), 289–295.

Canadian Health Measures Survey, 2017. Tap Water and Urine Fluoride Concentration Levels, 2014–2015 [Press Release].

Canaris, G.J., Manowitz, N.R., Mayor, G., Ridgway, E.C., 2000. The Colorado thyroid disease prevalence study. Arch. Intern. Med. 160 (4), 526–534.

Chafe, R., Aslanov, R., Sarkar, A., Gregory, P., Comeau, A., Newhook, L.A., 2018. Association of type 1 diabetes and concentrations of drinking water components in Newfoundland and Labrador, Canada. BMJ Open Diabetes Res. Care 6 (1), e000466.

Cinar, A.S.M., 2005. Effects of chronic fluorosis on thyroxine, triiodothyronine, and protein-bound iodine in cows. Fluoride 38 (1), 65–68.

Dabeka, R.W., McKenzie, A.D., 1995. Survey of lead, cadmium, fluoride, nickel, and cobalt in food composites and estimation of dietary intakes of these elements by Canadians in 1986–1988. J. AOAC Int. 78 (4), 897–909.

Demers, L., Spencer, C., 2002. Laboratory Medicine Practice Guidelines: Laboratory Support for the Diagnosis and Monitoring of Thyroid Disease. National Academy of Clinical Biochemistry.

Fluegge, K., 2016. Community water fluoridation predicts increase in age-adjusted incidence and prevalence of diabetes in 22 states from 2005 and 2010. J. Water Health 14 (5), 864–877.

Garriguet, D., 2008. Beverage Consumption of Canadian Adults. Statistics Canada.

Ge, Y.N.H., Wang, S., Wang, J., 2005. DNA damage in thyroid gland cells of rats exposed to long-term intake of high fluoride and low iodine. Fluoride 38 (4), 318–323.

Gonzalez Gil, L., de la Sierra, A., 2017. Prevalence of hypertension and other cardiovascular risk factors in subjects with subclinical hypothyroidism. Med. Clin. (Barc.) 148 (8), 351–353.

Government of Canada, 2017. Fluoride and Oral Health. https://www.canada.ca/en/health-canada/services/healthy-living/your-health/environment/fluorides-human-health.html, Accessed date: 1 January 2018.

Grau, E.G., Stetson, M.H., 1977. The effects of prolactin and TSH on thyroid function in Fundulus heteroclitus. Gen. Comp. Endocrinol. 33 (3), 329–335.

Guan, Z.Z., Zhuang, Z.J., Yang, P.S., Pan, S., 1988. Synergistic action of iodine-deficiency and fluorine-intoxication on rat thyroid. Chin. Med. J. 101 (9), 679–684.

Health and Ecological Criteria Division. Office of Water, 2010. Fluoride: Relative Source Contribution Analysis. United States Environmental Protection Agency.

Health Canada, 2012a. Analytic Procedure Manual: Third Generation Ultra THYROID STIMULATING HORMONE (TSH3-UL) on ADVIA Centaur XP. Division CRLNR.

Health Canada, 2012b. Analytic Procedure Manual: Free Thyroxine (FT4) on ADVIA Centaur XP: CHMS Reference Laboratory. Nutrition Research Division.

Health Canada, 2012c. In: Trans. Canada (Ed.), Urinary Iodine by Colorimetric Microplate Assay. CHMS Reference Laboratory NRD, Analytical Procedure Manual, pp. 1–8.

Hollowell, J.G., Staehling, N.W., Flanders, W.D., et al., 2002. Serum TSH, T(4), and thyroid antibodies in the United States population (1988 to 1994): National Health and Nutrition Examination Survey (NHANES III). J. Clin. Endocrinol. Metab. 87 (2), 489–499.

Hornung, R.W., Reed, L., 1990. Estimation of average concentration in the presence of nondetectable values. Appl. Occup. Environ. Hyg. 5, 46–51.

Institut National de Sante Publique du Quebec (INSPQ), 2009. Analytical Method for the Determination of Fluoride in Urine (M-186), Condensed Version for CHMS. Orion Research Inc, Quebec, QC.

Iodine Status Worldwide: WHO Global Database on Iodine Deficiency. Department of Nutrition for Health and Development - World Health Organization, Geneva.

Jayasingh, I.A., Puthuran, P., 2016. Subclinical hypothyroidism and the risk of hypercholesterolemia. J. Family Med. Prim. Care 5 (4), 809–816.

Jiang, Y., Guo, K., Sun, Q., Shan, Z., Teng, W., 2016. Effects of excess fluoride and iodide on thyroid function and morphology. Biol. Trace Elem. Res. 170 (2), 382–389.

Kališnik, M., Zorc-Plesković, R., Pajer, Z., Pavlin, K., 1990. The effect of chronic hypercalcemia or hypocalcemia on the follicular and parafollicular cells in rat thyroid gland. Am. J. Anat. 189 (3), 201–206.

Katagiri, R., Yuan, X., Kobayashi, S., Sasaki, S., 2017. Effect of excess iodine intake on thyroid diseases in different populations: a systematic review and meta-analyses including observational studies. PLoS One 12 (3), e0173722.

Khandare, A.L., Validandi, V., Gourineni, S.R., Gopalan, V., Nagalla, B., 2018. Dose-dependent effect of fluoride on clinical and subclinical indices of fluorosis in school going children and its mitigation by supply of safe drinking water for 5 years: an Indian study. Environ. Monit. Assess. 190 (3), 110.

Kheradpisheh, Z., Mirzaei, M., Mahvi, A.H., et al., 2018. Impact of drinking water fluoride on human thyroid hormones: a case- control study. Sci. Rep. 8 (1), 2674.

Labrecque, F.Q.A., 2014. Sampling Documentation for Cycle 3 of the Canadian Health Measures Survey. Internal Document. Statistics Canada, Ottawa, ON, Canada.

Lin, F.F., Aihaiti, Zhao, H.X., Lin, J., Jiang, J.Y., Maimaiti, Aiken, 1991. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. IDD Newslett. 7 (3), 24–25.

Mansfield, P., 1999. The distribution of urinary fluoride concentration in the UK. Fluoride 32, 27–32.

Maraka, S., Ospina, N.M., O'Keeffe, D.T., et al., 2016. Subclinical hypothyroidism in pregnancy: a systematic review and meta-analysis. Thyroid 26 (4), 580–590.

Massmann, W., 1981. Reference values of renal excretion of fluoride. J. Clin. Chem. Clin. Biochem. 19 (10), 1039–1041.

McLaren, L., 2016. Fluoridation exposure status based on location of data collection in the Canadian health measures survey: is it valid? J. Can. Dent. Assoc. 82, g17.

Michalopoulou, G., Alevizaki, M., Piperingos, G., et al., 1998. High serum cholesterol levels in persons with 'high-normal' TSH levels: should one extend the definition of subclinical hypothyroidism? Eur. J. Endocrinol. 138 (2), 141–145.

Mostafaei, F., McNeill, F.E., Chettle, D.R., Wainman, B.C., Pidruczny, A.E., Prestwich, W.V., 2015. Measurements of fluorine in contemporary urban Canadians: a comparison of the levels found in human bone using in vivo and ex vivo neutron activation analysis. Physiol. Meas. 36 (3), 465–487.

Murphy, A.J., Hoover, J.C., 1992. Inhibition of the Na,K-ATPase by fluoride. Parallels with its inhibition of the sarcoplasmic reticulum CaATPase. J. Biol. Chem. 267 (24), 16995-700.

Murphy, N.C., Diviney, M.M., Donnelly, J.C., et al., 2015. The effect of maternal subclinical hypothyroidism on IQ in 7- to 8-year-old children: a case-control review. Aust. N. Z. J. Obstet. Gynaecol. 55 (5), 459–463.

National Research Council, 2006. Fluoride in Drinking Water: A Scientific Review of EPAs Standards Washington, DC.

Nicola, J.P., Carrasco, N., Amzel, L.M., 2014. Physiological sodium concentrations enhance the iodide affinity of the Na+/I- symporter. Nat. Commun. 5, 3948.

Ortiz-Perez, D., Rodriguez-Martinez, M., Martinez, F., et al., 2003. Fluoride-induced disruption of reproductive hormones in men. Environ. Res. 93 (1), 20–30.

Pearce, E.N., Caldwell, K.L., 2016. Urinary iodine, thyroid function, and thyroglobulin as biomarkers of iodine status. Am. J. Clin. Nutr. 104 (Suppl. 3), 898s–901s.

Peckham, S., Lowery, D., Spencer, S., 2015. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. J. Epidemiol. Community Health 69 (7), 619-624.

Pesic, M.M., Radojkovic, D., Antic, S., Kocic, R., Stankovic-Djordjevic, D., 2015. Subclinical hypothyroidism: association with cardiovascular risk factors and components of metabolic syndrome. Biotechnol. Biotechnol. Equip. 29 (1), 157–163.

Public Health Capacity and Knowledge Management Unit; Quebec Region for the Office of the Chief Dental Officer of Canada, 2017a. Table 1: provincial and territorial estimates for fluoridated water systems coverage, 2017. In: The State of Community Water Fluoridation across Canada. Public Health Agency of Canada, Canada.

Public Health Capacity and Knowledge Management Unit; Quebec Region for the Office of the Chief Dental Officer of Canada, 2017b. Table 3: provincial and territorial estimates for total community water fluoridation coverage, 2017. In: The State of Community Water Fluoridation across Canada. Public Health Agency of Canada.

Rillema, J.A., Rowady, D.L., 1997. Characteristics of the prolactin stimulation of iodide uptake into mouse mammary gland explants. Proc. Soc. Exp. Biol. Med. 215 (4), 366–369.

Ruhla, S., Weickert, M.O., Arafat, A.M., et al., 2010. A high normal TSH is associated with the metabolic syndrome. Clin. Endocrinol. 72 (5), 696–701.

**FWW_TSCA_FL_0012823**

A.J. Malin et al.

Environment International 121 (2018) 667–674

Sanyal, D., Raychaudhuri, M., 2016. Hypothyroidism and obesity: an intriguing link. Indian J. Endocrinol. Metab. 20 (4), 554–557.

Shashi, A., Singla, S., 2013. Clinical and biochemical profile of deiodinase enzymes and thyroid function hormones in patients of fluorosis. Aust. J. Basic Appl. Sci. 7 (4), 100–107.

Shinkov, A., Borissova, A.M., Vlahov, J., Dakovska, L., Blajeva, E., 2014. Male gender differences in the thyroid ultrasound features, thyroid peroxidase antibodies and thyroid hormone levels: a large population-based study. J. Endocrinol. Investig. 37 (3), 269–276.

Singh, N., Verma, K.G., Verma, P., Sidhu, G.K., Sachdeva, S., 2014. A comparative study of fluoride ingestion levels, serum thyroid hormone & TSH level derangements, dental fluorosis status among school children from endemic and non-endemic fluorosis areas. Springerplus 3, 7.

Statistics Canada, 2013. USI ensures adequate iodine intake in Canada. IDD Newslett. 1.

Statistics Canada, 2015. Canadian Health Measures Survey (CHMS) Data User Guide: Cycle 3. Ottawa, ON.

Suketa, Y., Suzuki, K., Taki, T., et al., 1995. Effect of fluoride on the activities of the Na + /glucose cotransporter and Na + /K( + )-ATPase in brush border and basolateral membranes of rat kidney (in vitro and in vivo). Biol. Pharm. Bull. 18 (2), 273–278.

Usuda, K., Kono, K., Shimbo, Y., et al., 2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol. Trace Elem. Res. 119 (1), 27–34.

Vrijkotte, T.G., Hrudey, E.J., Twickler, M.B., 2017. Early maternal thyroid function during gestation is associated with fetal growth, particularly in male newborns. J. Clin. Endocrinol. Metab. 102 (3), 1059–1066.

Waise, A., Price, H.C., 2009. The upper limit of the reference range for thyroid-stimulating hormone should not be confused with a cut-off to define subclinical hypothyroidism. Ann. Clin. Biochem. 46 (2).

Whitford, G.M., 1994. Intake and metabolism of fluoride. Adv. Dent. Res. 8 (1), 5–14.

World Health Organization, 2013. Urinary Iodine Concentrations for Determining Iodine Status in Populations.

Xu, Y.L.C., Zhang, X., 1994. The effect of fluorine on the level of intelligence in children. Endem. Dis. Bull. 9 (2), 83–84.

Yang, Y., Wang, X., Guo, X., 1994. Effects of high iodine and high fluorine on children's intelligence and the metabolism of iodine and fluorine. Zhonghua Liu Xing Bing Xue Za Zhi 15 (5), 296–298.

Zhang, Y., Wang, H., Pan, X., Teng, W., Shan, Z., 2017. Patients with subclinical hypothyroidism before 20 weeks of pregnancy have a higher risk of miscarriage: a systematic review and meta-analysis. PLoS One 12 (4), e0175708.

Zhao, W., Zhu, H., Yu, Z., Aoki, K., Misumi, J., Zhang, X., 1998. Long-term effects of various iodine and fluorine doses on the thyroid and fluorosis in mice. Endocr. Regul. 32 (2), 63–70.

Zimmermann, M.B., Andersson, M., 2012. Update on iodine status worldwide. Curr. Opin. Endocrinol. Diabetes Obes. 19 (5), 382–387.

FWW_TSCA_FL_0012824

Exhibit A

Adkins Declaration, Exhibit 21

Henry Dep.

1          THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  AT SAN FRANCISCO

4   FOOD & WATER WATCH, et al.     *

5     Plaintiffs                   *   Civ. No.

6   v.                            *   17-CV-02162-EMC

7   U.S. ENVIRONMENTAL PROTECTION *

8   AGENCY, et al.                 *

9     Defendants                   *

**CERTIFIED COPY**

10              *    *    *    *    *

11          VIDEOTAPED DEPOSITION OF

12          TALA RAE HENRY, Ph.D.

13            AUGUST 20th, 2019

14            WASHINGTON, D.C.

15

16        Reported by:  Dawn M. Hyde

17

18

19

20

21

1     VIDEOTAPED DEPOSITION OF

2      TALA RAE HENRY, Ph.D.

3   The videotaped deposition of Tala Rae Henry,

4 Ph.D., taken by the Plaintiffs in the

5 above-captioned case on Tuesday, August 20th,

6 2019, commencing at 9:20 a.m., at Department of

7 Justice, 150 M Street, Northeast, Room 8211,

8 Washington, D.C. 20002 and was reported by Dawn M.

9 Hyde, a notary public.

10

11

12

13

14

15

16

17

18

19

20

21

1      A     Yes.

2      Q     So you would agree that a chemical

3  that disrupts the thyroid gland or reduces

4  thyroid function can affect the brain,

5  correct?

6      A     Depending on the dose and the

7  timing, there is evidence that thyroid

8  dysfunction might affect the brain.

9      Q     Now, are you familiar with who Joyce

10  Donahue is?

11      A     Yes.

12      Q     And who is Joyce Donahue?

13      A     Joyce Donahue is a toxicologist in

14  the Office of Water at the EPA.

15      Q     And are you aware that Joyce Donahue

16  is the main expert on fluoride at the Office

17  of Water?

18      A     Yes.

19      Q     Are you aware that Joyce Donahue was

20  deposed in this case?

21      A     Yes.

1        Q     Have you read the transcript?

2        A     No.

3        Q     Joyce Donahue testified that -- she

4    agreed that that MCLG of four milligrams per

5    liter is outdated.  Would you agree with that

6    assessment?

7        A     I think that the literature on which

8    it's based does -- is of a certain era and

9    that subsequently other literature has been

10   published.

11       Q     And what era is the -- strike that.

12             You stated that the literature that

13   that MCLG is based on is from a certain era.

14   What era is that?

15       A     Well, it had to be prior to 2010

16   when they released the document.  I don't have

17   it in front of me but they probably describe

18   the dates that their literature searches were

19   conducted.

20       Q     And would you agree that there -- in

21   light of the neurotoxicity data that has been

1   published subsequent to 2010, including the

2   prospective birth cohort studies, would you

3   agree that the assessment that EPA did in 2010

4   is now outdated?

5       A    I don't think it has to do with

6   those specific studies but it simply was done

7   during a certain time, and time has passed

8   since then.  So it represents the literature

9   of the time, which is obviously about ten

10  years old.

11      Q    Would you agree that there is now

12  sufficient neurotoxicity data to warrant a

13  reassessment of EPA's drinking water policy on

14  fluoride?

15      A    I can't speak on behalf of EPA.

16      Q    Well, just based on what you have

17  read, the studies you've read and what you

18  understand as to the science on fluoride

19  neurotoxicity, do you believe that the current

20  drinking water standard should be reassessed?

21      A    I don't have an opinion on the

1   drinking water standard.  I think there is

2   additional literature that could be reviewed

3   and evaluated for quality and relevancy to the

4   issue.

5        **Q    Okay.  Are you familiar with an EPA**

6   **scientist, I gather he's no longer with the**

7   **agency, but William Mundy?**

8        A    I know the name.

9        **Q    What do you know about Dr. Mundy?**

10       A    He is in the office -- he was, I

11  didn't know he left -- in the Office of

12  Research and Development in National Health

13  and Environmental Effects Research Lab.

14       **Q    And Dr. Mundy was a**

15  **neurotoxicologist?**

16       A    I'd have to check.  Does it say he

17  was in the neurotox division?

18       **Q    Yes.**

19       A    Yes.  Okay.

20       **Q    What would that indicate to you if**

21  **he was a member of the neurotoxicity division?**

1       A    Then you'd specialize in

2    neurotoxicity.

3               (Deposition Exhibit Number 223 was

4               marked for identification.)

5       BY MR. CONNETT:

6       Q    Let me hand you a document which I

7    will mark as Exhibit Number 223.  It is a

8    document entitled, "Building a Database of

9    Developmental Neurotoxicants: evidence from

10   human and animal studies."

11              Have you seen this before?

12      A    No.

13      Q    Are you familiar with the fact that

14   the neurotoxicity division at EPA was working

15   on a screening and prioritization program from

16   neurotoxicants?

17      A    No.

18      Q    And you see there is a section there

19   on the right titled "Chemicals with

20   substantial evidence of developmental

21   neurotoxicity."

1   the list, as did the fluoride ion.

2        **Q    And they showed up on the list.**

3   **What list?**

4        A    Before -- this list -- again, you

5   would have to read the methodology document --

6   that there were several steps to get to this

7   list.  So again, based on the types of toxic

8   effects as well as the persistence and

9   bioaccumulative nature, a variety, very

10  specific pre-identified list of sources were

11  consulted to come up with chemicals on those

12  other lists.

13        And so there was over 1,200

14  chemicals identified there and then there was

15  sort of a trimming process -- another step

16  that occurred to get down to something over

17  200, which then underwent the various specific

18  scoring activity outline in the methodology

19  document to get to this list of 90.  Well, it

20  was really 83 at first and then subsequently

21  updated to get this 2014 list.

1      Q      Okay.  So could you repeat the

2   inorganic compounds that showed up on the

3   initial list of chemicals?

4      A      There were two ammonium salts.

5      Q      Ammonium fluoride salts?

6      A      Yes, two different forms.

7      Q      And besides those two different

8   ammonium fluoride salts, were there any other

9   inorganic fluoride compounds that showed up on

10   this list?

11      A      Just the fluoride ion.

12      Q      So do you know why those three

13   fluoride compounds that you have identified,

14   why they did not end up on this list of 90

15   chemicals?

16      A      My understanding around the fluoride

17   ion is it is not a chemical on the TSCA

18   inventory because it's just an ion.  It's not

19   a compound.  It's not a chemical substance

20   under the TSCA inventory.  And then the two

21   ammonium salts -- inorganics generally were

1    taken off the list with the exception of

2    putting -- placing back on nine metal groups.

3         **Q    Why were inorganic compounds taken**

4    **off the list?**

5         A    I don't know the specifics about

6    that.

7         **Q    It wasn't based on whether or not**

8    **those compounds were toxic?**

9         A    No, they didn't undergo the

10   screening.

11        **Q    So by not being included in this**

12   **process, EPA wasn't making a judgment about**

13   **the toxicity or lack thereof of those**

14   **inorganic compounds; is that fair?**

15        A    No.  It had more to do with whether

16   or not they were amenable to TSCA assessment

17   methods and potential risk management.

18        **Q    Why would inorganic compounds not be**

19   **amenable to TSCA assessments?**

20        A    That was one of the reasons, but

21   inorganics generally were taken off and then

```
 1   several put back on, and I don't know the

 2   specifics of the rationale there.

 3       Q    So you have identified one rationale

 4   which is that inorganic compounds might not be

 5   amenable to TSCA assessments.

 6       A    Some of the chemicals on the list

 7   were not.  Many, many, many of them were

 8   drugs, for example, which we have no purview

 9   under TSCA, and there are other exclusions for

10   TSCA.

11           There were several reasons things

12   were removed.  They were naturally occurring

13   substances, they were not chemicals under

14   TSCA's purview.  Inorganics were just taken

15   off and a couple of other things I don't

16   recall at this very moment.

17       Q    Okay.  So what about fluoride ion?

18   What was the reason why fluoride ion did not

19   make it to this list of 90 chemicals?

20       A    Fluoride ion as an ion is not on the

21   TSCA inventory.
```

1    **Q     What does it mean to not be on the**

2    **TSCA inventory?**

3        A     Then it's not in the purview of

4    TSCA.

5    **Q     What is the TSCA inventory?   I**

6    **probably should have asked that then.**

7        A     It's an inventory of chemicals

8    either put on the inventory as chemicals in

9    commerce, but there is no taking them off

10   per se until very recently when we got

11   amendments to TSCA.

12   **Q     And so fluorosilicic acid, you're**

13   **familiar with that chemical, right?**

14       A     Yes.

15   **Q     Was that considered in this --**

16       A     No, it didn't come up on any of the

17   other lists.

18   **Q     Was sodium fluoride considered as**

19   **part of this prioritization assessment?**

20       A     No.

21   **Q     Do you know why sodium fluoride was**

1        A      The three under the criteria for a

2    ranking of three is measured in drinking

3    water.

4        BY MR. CONNETT:

5        Q      So would you give it a three or not?

6        A      Yes.

7        Q      Now, going to the third section

8    which is the "Release score," this refers to

9    chemicals that are reported in the toxic

10   release inventory, correct?

11       A      Correct.

12       Q      And have you ever looked at the

13   toxic release inventory to see how many -- how

14   much hydrogen fluoride emissions are being

15   reported by industry?

16       A      No.

17       Q      Do you have any reason to disagree

18   with Dr. Thiessen's conclusions on that point

19   with respect to how much fluoride -- hydrogen

20   fluoride is being released by industry?

21       A      I don't have a basis for an opinion

 1    because I didn't look it up.  It's a different

 2    chemical, however.

 3         Q    Well, it's a fluoride chemical,

 4    correct?

 5         A    But again, we scored things in this

 6    methodology based on the specific chemical

 7    substance.

 8         Q    Do you understand that hydrogen

 9    fluoride, when it's released in the air,

10    results in fluoride ion contamination in

11    vegetation?

12         A    Yes.  But again, the scoring under

13    the TSCA methodology is on a specific chemical

14    substance.

15         Q    Right.  And you had specifically

16    mentioned fluoride ion as being a category of

17    chemical substance, correct?

18         A    No.  I said fluoride ion is not a

19    chemical on the TSCA inventory.

20         Q    Okay.  But you understand that when

21    hydrogen fluoride is emitted into the air, it

1    results in a -- can result in fluoride ion

2    exposure in humans, correct?

3       A    Yes.

4       Q    And you understand that fluoride ion

5    is the toxic component of sodium fluoride?

6       A    Depending on the study and the

7    exposure.  I understand that the sodium and

8    the fluoride dissociate.

9       Q    Right, and you understand that with

10   fluoridation chemicals, it's fluoride ion that

11   we're concerned about in terms of what is

12   causing the harmful effects?

13      A    That you are concerned about, yes.

14      Q    Well, does EPA have zero concern

15   about the effects of fluoride in drinking

16   water?

17           MS. CARFORA:  Objection to form.

18      A    I can't speak for EPA.

19   BY MR. CONNETT:

20      Q    Do you have zero concern about the

21   effects of fluoride on human health?

1        A     At this point, I don't have the

2    evidence or knowledge to have a concern.

3        **Q     So you have zero concern about**

4    **fluoride's effects on human health?**

5        A     I don't have the evidence and data

6    in front of me to formulate an opinion.

7        **Q     So after everything you've read, you**

8    **have no concerns about the effects of fluoride**

9    **on human health in the United States?**

10       A     Again, that's sort of a qualitative

11   characterization.  So again, the way I think

12   as a toxicologist, I need to understand what

13   dose to what population for what duration.

14       **Q     Based on your understanding as to**

15   **how much fluoride people are receiving in the**

16   **United States, you have no concern about**

17   **fluoride's effects on human health; is that a**

18   **fair statement?**

19       A     With the facts I know today, I do

20   not personally have that concern.

21       **Q     No concerns about what fluoride**