Exhibit C

Chang Declaration

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FOOD & WATER WATCH, INC., et al.,

   Plaintiffs,

 v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

   Defendants.

Case No. 3:17-cv-02162 EMC

**DECLARATION OF ELLEN T. CHANG**

  I, Ellen T. Chang, Sc.D., submit the following declaration in support of Defendants' Motion for Summary Judgment:

**Dr. Chang's Experience**

  1. I am a Principal Scientist at Exponent, Inc., an international science and engineering consulting company, where I work as an epidemiologist in the Center for Health Sciences. I am also a member of the Stanford Cancer Institute, and a Visiting Professor at the Sun Yat-sen University Cancer Center.

  2. I earned my undergraduate degree at Harvard College in 1998 and my doctorate degree (Doctor of Science, Sc.D.) in epidemiology with a minor in biostatistics from the Harvard School of Public Health in 2003. I completed a post-doctoral fellowship in medical epidemiology and biostatistics at the Karolinska Institute in Stockholm, Sweden, in 2005.

  3. Prior to joining Exponent I was a research scientist at the Cancer Prevention Institute of California, where I conducted original research studies on cancer epidemiology and performed cancer

surveillance research at a population-based cancer registry that was supported by the National Cancer Institute as part of its Surveillance, Epidemiology, and End Results program. I was also the Chief Epidemiologist at the Asian Liver Center at Stanford University, where I conducted community-based research on hepatitis B and liver cancer awareness, detection, prevention, and management. From 2005 to 2016, I was a Consulting Assistant Professor in the Division of Epidemiology, Department of Health Research and Policy at the Stanford University School of Medicine.

4. My main research interests are the epidemiology, surveillance, and prevention of cancer and other chronic diseases. I have conducted epidemiological studies of a wide range of exposures in association with risk of various chronic diseases and conditions, including chlorinated solvents, air pollution, occupational exposures, infections, immunological biomarkers, medication use, reproductive factors, physical activity, body size, diet and nutrition, alcohol consumption, tobacco smoking, family structure, personal and family medical history, and genetic variation. I have expertise in systematic literature review, meta-analysis, and synthesis of evidence, including reviews of the epidemiology of fluoride and other environmental exposures with respect to neurodevelopmental outcomes. I am also familiar with the literature on fluoride's potential impact, if any, on the thyroid as it may relate to potential neurotoxic effects.

5. My prior work includes four systematic literature reviews on associations of various environmental exposures with neurodevelopmental outcomes.

6. I have published more than 180 peer-reviewed scientific articles and reviews and twelve book chapters.

**Plaintiffs' experts' failure to conduct a systematic review**

7. Epidemiology is the scientific study of the distribution and determinants of diseases in populations. Epidemiological research is required to measure disease occurrence, to identify the causes of specific health outcomes in humans, to assess the contribution of various causal factors to the occurrence of diseases that can be induced by multiple agents, and to determine exposure-response relationships between causes and human health effects. Therefore, epidemiological studies are the most relevant and informative scientific basis on which to evaluate the relationship between fluoride exposure and developmental neurotoxicity in humans.

8. A systematic literature review aims to identify and integrate all of the available scientific evidence relevant to a given research question in a methodical manner that is unbiased, comprehensive, transparent, and reproducible. Essential components of a systematic literature review include explicit specification of the research question at issue, use of a wide-ranging and clearly documented search strategy, uniform application of literature selection criteria, and rigorous critical assessment of the methodological quality and results of the relevant literature based on standard, well-accepted considerations.

9. I have reviewed the submissions by Plaintiffs' epidemiology and toxicology experts. None of the Plaintiffs' experts in this matter have conducted a systematic literature review of the association between fluoride exposure and developmental neurotoxicity, nor do any purport to do so.

10. Dr. Kathleen M. Thiessen and Dr. Philippe Grandjean instead rely in part on literature reviews conducted as part of meta-analyses.

11. Meta-analysis is a statistical procedure used to combine data from multiple studies. Three meta-analyses have been conducted based on literature reviews of subsets of published epidemiological studies of fluoride exposure and neurodevelopmental outcomes. They are as follows:

- Tang QQ, Du J, Ma HH, et al. Fluoride and children's intelligence: a meta-analysis. Biol Trace Elem Res 2008; 126(1-3):115–120 ("Tang et al. 2008");
- Choi AL, Sun G, Zhang Y, et al. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspectives 2012; 120(10):1362–1368 ("Choi et al. 2012"); and
- Duan Q, Jiao J, Chen X, et al. Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. Public Health 2018; 154:87–97 ("Duan et al. 2018").

12. Tang et al. 2008, Choi et al. 2012, and Duan et al. 2018 examined child intelligence as the sole health outcome of interest. Other neurodevelopmental outcomes were not addressed in these meta-analyses.

13. Tang et al. 2008, Choi et al. 2012, and Duan et al. 2018 did not include any epidemiological studies published after 2016.

14. Among the thirty-six studies variously included in meta-analyses by Tang et al. (2008), Choi et al. (2012), and Duan et al. (2018), only four evaluated drinking water fluoride levels below 1.0 mg/L.

15. These four studies were conducted in fluorosis-endemic areas of China, including two studies of regions with endemic fluorosis from coal burning, one study of a region with concomitant "subclinical endemic cretinism" from iodine deficiency, and one study of a region with concomitant arsenic poisoning. Thus, these studies are not relevant to the general population of the United States.

16. All of the other thirty-two studies variously included in the meta-analyses by Tang et al. (2008), Choi et al. (2012), and Duan et al. (2018) were conducted in regions of China, India, and Iran with drinking water fluoride levels greater than 1.0 mg/L.

17. When all included studies show similar associations between an exposure and a health outcome, meta-analyses can be used to estimate the magnitude of that association with greater statistical precision based on aggregated data. When the association varies among studies, meta-analyses can help to identify sources of heterogeneity.

18. However, meta-analyses cannot on their own be used to identify, confirm, or refute causal relationships. That is, calculating an overall statistical association from the results of several studies does not strengthen or weaken the scientific evidence for causality, which must be evaluated based on the methodological quality and results of the underlying studies themselves.

19. Meta-analysis is especially problematic when applied to observational epidemiological studies, because such studies can vary substantially by source population, subject recruitment exposure and outcome assessment, control for confounding, and other characteristics that have been identified in the scientific literature, and because observational studies have inherent limitations for making inferences about causal effects.

20. In the presence of such heterogeneity, even if the heterogeneity is not detectable using formal statistical tests, a single quantitative estimate of association may not be scientifically meaningful when summarized across diverse study settings. In addition, even when studies are homogeneous, meta-analysis may not demonstrate a scientifically valid association, since this technique cannot overcome low-quality study design and conduct.

21. Instead, given that confounding and bias cannot be eliminated from observational epidemiological studies, modest associations detected across multiple studies may simply be due to shared biases, rather than a true causal association. Therefore, it remains essential to take the setting, methods, and results of each individual study into consideration in the process of a systematic literature review.

22. Not a single study included in the three prior meta-analyses by Tang et al. (2008), Choi et al. (2012), and Duan et al. (2018) was methodologically rigorous, and all were conducted in China, India, or Iran, often in rural, impoverished areas, where other potential environmental and behavioral influences on neurodevelopment may limit the relevance of results to the United States.

23. Therefore, due to the substantial methodological weaknesses, the high levels of fluoride exposure, and the low-resource settings of the underlying studies, the results of prior meta-analyses do not establish a causal effect of consumption of fluoridated drinking water, especially at concentrations in U.S. community drinking water, on neurodevelopmental outcomes in humans.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 9, 2019, in Menlo Park, California.

_____
Ellen T. Chang, Sc.D.