**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>          Plaintiffs,<br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>          Defendants. | Case No. 3:17-cv-02162 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

    Before the Court is Defendants' Motion for Summary Judgment. Upon due consideration, Defendants' Motion for Summary Judgment is **GRANTED**. The Court further **ORDERS** the Clerk of Court to enter **JUDGMENT in favor of Defendants**.

    **IT IS SO ORDERED.**

    DATED this __ day of November, 2019.

_____
EDWARD M. CHEN
United States District Judge