**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**AT SAN FRANCISCO**

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

Before the Court are Plaintiffs' Motion for Summary Judgment and Motions for Partial Summary Judgment. Upon due consideration:

Plaintiffs' Motion for Summary Judgment is **GRANTED**. The Court further **ORDERS the Clerk of Court to JUDGMENT in favor of Plaintiffs.**

Plaintiffs' Motion for Partial Summary Judgment to establish the lack of relief to EPA under 15 U.S.C. § 2620(b)(4)(B)(ii) is **GRANTED** because there is no genuine dispute of fact that EPA lacks the evidence to establish the relative risk finding that the Act requires.

Plaintiffs' Motion for Partial Summary Judgment to exclude consideration of fluoride's dental health benefits is **GRANTED** because 15 U.S.C. § 2605(b)(4)(A) prohibits consideration of "costs or other nonrisk factors" from the risk evaluation.

DATED this _____ day of _____, 2019.

_

_____
EDWARD M. CHEN
United States District Judge