C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | ) **ERRATUM RE: PLAINTIFFS' NOTICE** |
| vs. | ) **OF MOTION & MOTION FOR** |
| | ) **SUMMARY JUDGMENT AND** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) **PARTIAL SUMMARY JUDGMENT** |
| | ) Date: November 7, 2019 |
| Defendants. | ) Time: 1:30 a.m. |
| | ) Judge: Hon. Edward Chen |
| | ) Courtroom: 5, 17th Floor |

## ERRATUM

It has come to Plaintiffs' attention that Exhibit 2 to Plaintiffs' Motion for Summary Judgment and Partial Summary Judgement is missing page 287, which is cited on page 13 (line 26) of Plaintiffs' motion. A true and correct copy of page 287 is thus attached to the accompanying declaration. Plaintiffs apologize for this inadvertent omission.

Dated: October 14, 2019         Respectfully submitted,

                                */s/ Michael Connett*
                                MICHAEL CONNETT
                                Attorney for Plaintiffs

1
ERRATUM RE: PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 14th day of October, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT