C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>            Defendants. | Civ. No. 17-CV-02162-EMC<br><br>**DECLARATION OF MICHAEL CONNETT REGARDING INADVERTENTLY OMITTED PAGE FROM EXHIBIT 2 TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |

I, Michael Connett, submit the following declaration in support of Plaintiffs' Motion for Summary Judgment and Partial Summary Judgment.

1. I am lead counsel for Plaintiffs in the above-captioned case.

2. **Exhibit 2, Page 287** is a true and correct copy of page 287 to the deposition of EPA's 30(b)(6) representative in this case, Dr. Edward Ohanian. This page was inadvertently omitted from the documents that were attached to Plaintiffs' Motion for Summary Judgment and Partial Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2019, in El Segundo, California.

*/s/ Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs

# **Exhibit 2, Page 287**

1      A.   Correct.

2      Q.   And yet, you have no data -- EPA has no

3   data, at all, as to the percentage of the children

4   in Dean's study that were breastfed, correct?

5      A.   Correct.

6      Q.   Okay.  EPA has cited data in its report

7   that children with kidney disease, diabetes

8   insipidus, and genetic diabetes, and polio

9   nephrites are more susceptible to the development

10  of dental fluorosis than healthy children,

11  correct?

12     A.   Correct.

13     Q.   And yet, you have no data, from Dean's

14  study, as to the percentage of children in that

15  study, that had any of those conditions, correct?

16     A.   Correct.

17     Q.   And you, yourself, admitted that you can

18  draw no conclusions, from Dean's study, as to the

19  risk of severe dental fluorosis, for children with

20  kidney disease, drinking water with less than two

21  parts per million, correct?