Exhibit A

Adkins Declaration

BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| FOOD & WATER WATCH, INC., et al., | Case No. 3:17-cv-02162 EMC |
| Plaintiffs, | **DECLARATION OF BRANDON N. ADKINS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

I, Brandon N. Adkins, submit the following declaration in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Partial Summary Judgment:

1.      I am a trial attorney within the Environment and Natural Resources Division of the United States Department of Justice and counsel of record for Defendants in the above-captioned case.

2.      I have attached to this Declaration true and correct copies of the following documents or, where noted, excerpts of documents:

| Exhibit 1 | Excerpts from deposition of Kris Thayer (May 17, 2019) |
|---|---|
| Exhibit 2 | Excerpts from deposition of Tala Rae Henry, Ph.D. (August 20, 2019) |
| Exhibit 3 | Excerpts from deposition of Philippe Grandjean (September 13, 2019) |
| Exhibit 4 | Choi, A.L., et al., "Developmental Fluoride Neurotoxicity: A Systematic Review," 120 Environmental Health Perspectives 1362. |
| Exhibit 5 | Excerpts from deposition of Ellen T. Chang (August 29, 2019) |

| Exhibit 6 | Excerpts from Expert Report of Kathleen M. Thiessen (June 27, 2019) |
| Exhibit 7 | Second Declaration of Ellen T. Chang (October 18, 2019) |
| Exhibit 8 | Declaration of Joyce Tsuji (October 18, 2019) |
| Exhibit 9 | Excerpt from deposition of Kathleen M. Thiessen (August 27, 2019) |
| Exhibit 10 | Excerpts from deposition of Joyce Tsuji (September 11, 2019) |
| Exhibit 11 | Office of the Science Advisor, Framework for Metals Risk Assessment |
| Exhibit 12 | TSCA Work Plan for Chemical Assessments: 2014 Update |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18th, 2019, in Washington, DC.

/s/ Brandon N. Adkins
Brandon N. Adkins
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov

2

Exhibit A

Adkins Declaration, Exhibit 01

Thayer Dep.

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3          AT SAN FRANCISCO

4 FOOD & WATER WATCH, et al.   *

5   Plaintiffs         *   Civ. No.

6 v.                *   17-CV-02162-EMC

7 U.S. ENVIRONMENTAL PROTECTION *

8 AGENCY, et al.        *

9   Defendants       *

**CERTIFIED COPY**

10      *   *   *   *   *

11      VIDEOTAPED DEPOSITION OF

12      KRISTINA A. THAYER, Ph.D.

13        MAY 17th, 2019

14        WASHINGTON, D.C.

15

16     Reported by:  Dawn M. Hyde

17

18

19

20

21

22

23

24

25

1    on not how much of the chemical gets into the

2    blood or the target organ, but the

3    different -- how much of the chemical is

4    required to cause the toxic effect, right?

5        A    That is a fair characterization.

6        Q    So taking those two together -- so

7    basically someone might ingest -- two people

8    can ingest the same chemical.  One person is

9    going to have more of that chemical in their

10   bloodstream than the other person, correct?

11          MS. CARFORA:  Objection, foundation.

12       A    We typically assume there's a

13   distribution within the population.

14       BY MR. CONNETT:

15       Q    Distribution.  So some people are

16   going to have more of the chemical get into

17   their bloodstream and some people are going to

18   have less of a chemical get into their

19   bloodstream, correct?

20       A    That's the assumption with the

21   distribution.

22       Q    And with toxicodynamics, what that

23   means is you have two people, one person might

24   require ten parts per million of the chemical

25   at the target organ to cause the effect, while

1  someone else might require 20 parts per

2  million of the chemical to cause the effect of

3  the target organ.  Is that basically the gist

4  of what we're looking at with toxicodynamics?

5      A    Well, that's the assumption when

6  you're talking about an uncertainty factor

7  representing a range of uncertainty because

8  you often don't typically know what that

9  variation is.

10      Q    Right.  And because when we don't

11  know -- when the data is not sufficient to

12  tell us exactly what the range of variability

13  is with respect to toxicokinetics or with

14  respect to toxicodynamics, EPA will use

15  default factors to account for those

16  considerations, right?

17      A    They will use factors.  Typically,

18  the preference would be not to go to default

19  but to see if there is other information that

20  can help you go from a default to something

21  that's more evidence-based.

22      Q    Right.  And so let's go to look at

23  the factor that EPA used for interspecies

24  variability in the RDX assessment.  And if you

25  turn to page 2-12 and you see the section

1  there at the bottom called "Derivation of

2  Candidate Values."

3      A    I am seeing it.  I am looking at it.

4      Q    Okay.  And if you look at -- if you

5  could just read the second paragraph there.

6      A    "An intraspecies uncertainty factor

7  (UFH) of 10 was applied to all PODs to account

8  for potential differences in toxicokinetics

9  and toxicodynamics in the absence of

10  information on the variability of response in

11  the human population following oral exposure

12  to RDX.  The available human pharmacokinetic

13  data are not sufficient to inform human

14  kinetic variability and derive a

15  chemical-specific UF for intraspecies

16  uncertainty."

17      Q    So what -- so EPA used a factor of

18  ten here to account for interspecies[sic]

19  variability, right?

20      A    That is what that says.

21      Q    And it did so because there wasn't

22  sufficient data to provide a customized value,

23  right?

24      A    A chemical-specific value.

25      Q    A chemical-specific value, okay.  So

1   have no -- I don't even actually know what

2   happened to the NTP experimental research but

3   I'm generally aware that there's new

4   information.

5        **Q    So -- okay.  And you would agree**

6   **then to determine what level of confidence we**

7   **have in the developmental studies today, we**

8   **should -- in addition to considering NTP's**

9   **review from 2016 -- consider new studies that**

10  **have been published since that time?**

11       A    Absolutely.  But probably more

12  important would be to do a very careful

13  analysis of the epidemiological evidence.

14       **Q    Okay.**

15       A    I mean, that's even grown since we

16  were working on this.  So, you know, what

17  we're doing now within the IRIS program is if

18  you have an abundance of information, then --

19  and you -- especially in the human evidence,

20  then why -- you might not need to go to the

21  animal evidence.

22            So I would say that I would first --

23  I would think it would be a priority to

24  understand what's happening with the human

25  evidence, and if that's where the action is in

1  terms of having the richness of the evidence

2  base to work with, then you could update on

3  the animal evidence, but it's not clear

4  whether it's really going to be as meaningful

5  as the human analysis.

6      **Q    Right.  Because if you have a really**

7  **good human study, that would be more important**

8  **than a good animal study?**

9      A    I would say more than one study.

10  Like, you know, for example, we're working on

11  arsenic.  Many, many human studies.  So I

12  would say that our analysis will not be based

13  on one human study.  There are very

14  sophisticated statistical methods to try to

15  integrate across human studies.

16          So right off the bat when you're

17  talking about something with fluoride with its

18  large evidence base, I have a hard time

19  imagining that there would be one study at

20  this day and age, given how the science has

21  evolved, that would be used to derive a

22  reference value.

23      **Q    Right.  You would want to consider a**

24  **study in the context of all the studies that**

25  **have been --**

1        A      Probably not consider a study.

2    Probably look for ways to integrate findings

3    across those studies.  And again, what we're

4    talking about now is you're talking about

5    complex statistical analyses that were

6    probably not deployed within the agency even

7    ten years ago.  We're beginning to roll these

8    out in some of the IRIS assessments and it's

9    new.  It's new.

10            So I would say that again, thinking

11   about something like fluoride, I would think

12   that there would be that kind of thought

13   process that if you have all these human

14   studies available, you are probably not -- you

15   really wouldn't want to pick one.  You would

16   want to explore your ability to quantitatively

17   integrate across the available studies after

18   doing a careful analysis of their strengths

19   and weaknesses.

20       Q      Right.  And where you start to see

21   consistency of findings in human studies

22   dealing with different populations, that

23   increases the confidence in the conclusions,

24   right?

25            A      In the hazard portion, right.  And

1   then again what happens is once you go from

2   hazard to actually pivoting and thinking about

3   quantitative dose-response on human studies,

4   then typically it's going to be a smaller set

5   of studies that are going to be informative.

6        Q    Right.  You've first got to

7   determine if there is a hazard.  Once you have

8   determined if there is a hazard, then you look

9   for human studies, if they're available, that

10  allow you to make a dose-response assessment?

11       A    Right.  In this case at this point

12  in terms of fluoride, we know there are human

13  studies.

14       Q    Right.

15       A    Do we know how -- what that hazard

16  would look like, no because I don't think

17  there's been an analysis, let alone the

18  dose-response.

19       Q    Right.  And I'm going to ask you

20  some questions on that later.  So let's get

21  back to the NTP report, and so can you --

22  sounds like one of the reasons why you had

23  less confidence in the developmental studies

24  as of this time, July 2016, is that there were

25  just less of them than there were of the adult

```
 1        A    Right.  I suspect, when we look at

 2   fluoride, it won't be the same scenario.

 3        Q    Because with fluoride we have far

 4   more human data on fluoride neurotoxicity than

 5   we have on RDX neurotoxicity.

 6        A    Right.  And what I'm talking about

 7   in terms of the same data is you mentioned

 8   that there were case reports, a case study,

 9   cross-sectional, right?

10        Q    Right.

11        A    What I'm talking about with fluoride

12   is I know we have more cohort kind of studies,

13   right.

14        Q    Right.

15        A    So it's not that I know those

16   studies but I know that the collection of

17   studies is much more rich for fluoride than

18   RDX.

19        Q    Right.  And so let's talk about

20   cohort studies, and you'd agree that

21   prospective cohort studies -- well, first of

22   all are you familiar with the phrase

23   prospective cohort studies?

24        A    Yes.

25        Q    Do you agree that that's basically
```

1    **the gold standard epidemiological study for**

2    **determining the relationship between an**

3    **environmental chemical and the human health**

4    **effect?**

5              MS. CARFORA:  Objection, foundation.

6         A    It's an ideal study design in our

7    field.  It's not an experimental study but we

8    don't often see those in environmental health

9    for a variety of reasons.

10        BY MR. CONNETT:

11        **Q    So for purposes of environmental**

12   **health epidemiology, a prospective cohort**

13   **study is the ideal study design?**

14        A    It is, but beyond that -- beyond

15   that, you also have to think about the way

16   that the exposure was measured.  Was it

17   actually measured and reflective of the time

18   periods that you want.  And then you have to

19   think about the outcome.  So it's an ideal

20   study design, but that study design on its own

21   does not mean that every prospective cohort

22   study is going to automatically be high

23   quality.

24        **Q    Right.**

25             MS. CARFORA:  Can we take a break?

```
 1              MR. CONNETT:  Yes, this is a good
 2    time.
 3              THE VIDEOGRAPHER:  Okay.  We're
 4    going off the record here at 12:47 p.m.
 5              (Lunch recess taken from 12:47 p.m.
 6              until 1:24 p.m.)
 7              THE VIDEOGRAPHER:  We are going back
 8    on the record here at 1:24 p.m.  This is tape
 9    number four of the videotaped deposition of
10    Kristina Thayer.
11        BY MR. CONNETT:
12        Q    Okay.  I would like to for the next
13    hour talk with you about animal studies, okay.
14    Just joking.
15        A    I was practicing my -- how did I do?
16        Q    Very good.  Very good.
17              So just sort of wrapping up our
18    discussion on animal studies, would you agree
19    that the animal evidence that exists today on
20    fluoride impairing learning and memory in
21    animals supports the biologic plausibility of
22    fluoride reducing IQ in humans?
23              MS. CARFORA:  Objection, foundation.
24        A    I would say supports a biological
25    plausibility of something neurological, but I
```

1   that both of these prospective cohort studies

2   in two different populations have found that

3   prenatal fluoride exposure is significantly

4   correlated with reduced IQ in children?

5       A    I honestly would have to see the

6   nuts and bolts of the assessment.

7       Q    But you have agreed that prospective

8   cohort studies are the ideal study design for

9   epidemiological research into environmental

10  contaminants, correct?

11          MS. CARFORA:  Objection, misstates

12  her testimony.

13      A    In most cases, that is about the

14  best design we can get.

15      BY MR. CONNETT:

16      Q    And you would agree that when you

17  have consistency of results across -- in

18  different populations, that's an important

19  fact supporting the association between a

20  chemical and a disease, correct?

21      A    But I am also experienced enough in

22  assessments to know that I really -- you

23  really need to see the nuts and bolts of the

24  assessment.  You'd want to understand how the

25  studies were evaluated and then, more

1    importantly, you know, again there's this

2    difference between sort of hazard and thinking

3    about dose-response and getting quantitative

4    conclusions from there, and there's a lot to

5    unpack there.

6        Q    Okay.  Would it be important in an

7    **evaluation of fluoride neurotoxicity if the**

8    **levels of fluoride exposure that were**

9    **correlated with reduced IQ in both of these**

10   **cohorts was a level of exposure that millions**

11   **of American women ingest in fluoridated areas?**

12       A    Of course it would be pertinent.  Of

13   course.

14       **Q    And that information would directly**

15   **go to the question not just of hazard but of**

16   **risk?**

17       A    It would go toward applicability,

18   and again, there's other considerations that

19   drive how much you might be able to

20   quantitate.  And ideally again, what you would

21   want to do is not just rely on a study when

22   you have an abundance of studies.  You would

23   really want to try to integrate across those

24   studies quantitatively again for those

25   purposes.  And there's a different collection

1 of considerations about whether that's even

2 feasible.  It's impossible to know until you

3 get deep down into the weeds of the study.

4     **Q     And if the studies found that going**

5 **from zero ppm fluoride in the urine of the**

6 **pregnant mother to one ppm fluoride in the**

7 **urine of the pregnant mother resulted in a**

8 **reduction of six IQ points in the children,**

9 **would you agree that that would be a pretty**

10 **large magnitude of effect?**

11     A     I would.  But again, what I would

12 want to see is I would want to see that

13 assessment done, undergo the rigorous public

14 comment, external peer review.  And if that's

15 the conclusion that stood at the end of time,

16 at the end of that process, then it would be

17 obviously a very meaningful assessment.

18     **Q     Right.  And okay, but I am asking**

19 **now, you're a scientist, you pick up these**

20 **studies and you look at them.  And I'm asking**

21 **for your initial response, leaving aside that**

22 **there may be some systematic evaluation later**

23 **on down the road.**

24     **You're a scientist, you pick up**

25 **these two studies and you look at the**

1  dose-response and you see that going from zero

2  ppm fluoride in the urine to one ppm fluoride

3  in the urine in a pregnant mother in both

4  studies is associated with a five- to

5  six-point drop in IQ of the offspring.

6          When you first look at those

7  studies, would you agree that that's a large

8  magnitude of effect?

9      A    Well, I think we were aware even

10  when NTP was developing the proposal that

11  there was a collection of human studies that

12  were pointing to lower doses.  I would do the

13  same.  There is something here.  It should be

14  looked at in a very rigorous, transparent way

15  and undergo -- you know, that's the power of

16  the peer-review process.  When it goes through

17  that and if that's a conclusion, it tends to

18  stick.

19          So I would have the same thing

20  there.  I don't at this point -- I don't at

21  this point give much credence to my individual

22  first pass of an individual paper absent that

23  rigorous assessment process.

24      Q    Okay.  But -- I appreciate that but

25  my -- I mean, my question is different.  My

```
1        BY MR. CONNETT:

2        Q     Well, you remember the Choi

3   meta-review, right?

4        A     No.

5        Q     You don't.  Okay.

6        A     No.

7        Q     If the Choi --

8        A     Yes.

9        Q     You remember that?

10       A     Yes.

11       Q     And you recall that in that

12   meta-review, they found that children living

13   in high fluoride areas had on average seven IQ

14   points less than children living in low

15   fluoride areas; do you remember that?

16       A     Not that specific conclusion.

17       Q     But if you knew that, okay, if you

18   knew that and then you look at these two

19   prospective cohort studies and you see these

20   drops of five to six IQ points, wouldn't you

21   agree that we're looking at a large magnitude

22   of effect right now when it comes to fluoride

23   and IQ?

24       A     Again, at the end of the day, if

25   that is what the assessment said, it would
```

```
 1    have to go through all of those steps.  It
 2    really would.  There's a big difference
 3    between a published study, a systematic
 4    review, and honestly the rigor of that same
 5    kind of assessment that happens in the
 6    fishbowl of a federal agency.
 7         Q    Okay.  So let's talk about the
 8    fishbowl of a federal agency.  It goes through
 9    all that labyrinth.
10         A    And public comment, external review,
11    a much more rigorous peer review than happens
12    at any journal.
13         Q    Okay.  So you go through peer
14    review, go through public comment, and the
15    conclusion is increasing the fluoride level of
16    the urine of a pregnant mother from zero to
17    one ppm brings about roughly a drop of five IQ
18    points in a child.  You would agree that
19    that's a large magnitude of effect?
20         A    If that's the conclusion that came
21    from the assessment, yes, that would be a
22    meaningful conclusion.
23         Q    It would be a large magnitude of
24    effect, right?
25         A    For IQ, yes.
```

1      **Q    And a large magnitude of effect is**

2    **an important consideration when looking at how**

3    **much confidence to place in the epidemiologic**

4    **literature, correct?**

5      A    It's one consideration.

6      **Q    Right.  The larger the magnitude,**

7    **the greater the confidence you could have in**

8    **the results, right?**

9      A    Along with other factors, right, and

10    especially hinged on that assessment of

11    potential bias.

12      **Q    Now, you've had the opportunity**

13    **through your work at NTP to review some of the**

14    **literature on fluoride neurotoxicity, right?**

15      A    Yes.

16      **Q    And you would agree that there is**

17    **substantial evidence today, both in human and**

18    **animal populations, showing that fluoride is**

19    **neurotoxic, right?**

20          MS. CARFORA:  Objection, foundation.

21      A    My opinion about the animal data up

22    to 2016 is reflected in the NTP report.

23    Beyond that, I can't speak to the other

24    information and I really have a very limited

25    understanding of what the human studies are

Exhibit A

Adkins Declaration, Exhibit 02

Henry Dep.

1          THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                AT SAN FRANCISCO

4    FOOD & WATER WATCH, et al.    *

5      Plaintiffs              *   Civ. No.

6    v.                        *   17-CV-02162-EMC

7    U.S. ENVIRONMENTAL PROTECTION *

8    AGENCY, et al.            *

9      Defendants             *

10              *    *    *    *    *

11          VIDEOTAPED DEPOSITION OF

12            TALA RAE HENRY, Ph.D.

13              AUGUST 20th, 2019

14              WASHINGTON, D.C.

15

16        Reported by:  Dawn M. Hyde

1      A      Correct.

2      Q      So for -- when EPA is determining

3  whether a chemical is a high-priority chemical

4  or a low-priority chemical, it is only to

5  consider the risks of the chemical, right?

6      A      Risk factors.  Risk-related factors.

7      Q      So EPA would not consider the

8  benefits of the chemical as part of this

9  process, right?

10      A      Not the economic benefits.

11      Q      What -- would EPA consider any

12  benefits of the chemical as part of their risk

13  prioritization process?

14      A      Again, I can't really speak for EPA.

15  It's basically -- but I can say that the EPA

16  is just now running through the first set of

17  prioritizations so...

18      Q      And in any of the prioritizations

19  that EPA has conducted subsequent to this

20  final rule, has EPA considered the benefits of

21  the chemicals or any chemical?

1     A     No, not economic benefits.

2     Q     Well, what other benefits might EPA

3  consider as part of the prioritization

4  process?

5     A     Again, I can't really speak for EPA.

6     Q     Well, when I ask that, I am always

7  asking for your understanding.  I know you're

8  not speaking on behalf of the EPA.  So

9  sometimes I might say shorthand but if you

10  need me to clarify it every time, I can, but

11  I'm asking for your understanding.  Do you

12  understand that?

13     A     Okay, but I might still clarify.

14     Q     That's fine.  So what -- you used

15  the phrase economic benefits.  Does the

16  statute permit EPA to consider noneconomic

17  benefits when determining whether a chemical

18  is a high-priority or a low-priority chemical?

19          MS. CARFORA:  Objection, form.

20     A     Again, I can't say that we have.  We

21  definitely have not thus far, but certain

1    things have health benefits and I don't really

2    have the understanding of whether or not that

3    kind of consideration can come to play because

4    it does speak to risk.  It can.

5        BY MR. CONNETT:

6        **Q    It can.  Is there anywhere in the**

7    **statute that says that EPA can consider health**

8    **benefits when conducting --**

9        A    Not in those words.

10        MS. CARFORA:  Objection to form.

11        A    Again, I can't really speak on

12    behalf of EPA.

13        BY MR. CONNETT:

14        **Q    No, I am asking for your**

15    **understanding as to -- does the statute**

16    **permit -- based on your understanding, does**

17    **the statute permit EPA to consider health**

18    **benefits of a chemical when doing the**

19    **prioritization process?**

20        A    It does not allow nonrisk factors.

21    That is the words that are used.

1    Q    So if it doesn't allow nonrisk

2  factors, how could EPA consider benefits?

3    A    EPA can consider benefits in making

4  risk management on chemicals.

5    Q    Right.  So but the risk management

6  process comes after the risk evaluation,

7  right?

8    A    Correct.

9    Q    And the risk evaluation comes after

10  the prioritization, right?

11    A    Correct.

12    Q    So first you have prioritization?

13    A    Yes.

14    Q    And under prioritization, EPA can

15  only consider risk, right?

16    A    Risk-related factors.

17    Q    And under the risk evaluation, EPA

18  can only consider risk, correct?

19    A    Risk-related factors, yes.

20    Q    And it's only at the risk management

21  phase, which is the promulgation of a rule,

1    where EPA can consider the nonrisk factors,

2    right?

3        A    Correct.

4        Q    And the nonrisk factors would

5    include benefits, right?

6        A    Economic benefits, yes.

7        Q    Okay.  So -- well, have you read --

8    you read Dr. Thiessen's report, her rebuttal

9    report, and you recall her analysis of whether

10   fluoride is a high-priority chemical under the

11   current procedures?

12       A    Yes.

13       Q    Is there anything about her analysis

14   that you disagree with?

15       A    There's parts of it I couldn't

16   understand.

17       Q    What parts of it?

18       A    As stated previously, I don't

19   understand what chemical substances she was

20   using to make her persistence conclusion or

21   bioaccumulation conclusion and she had quite a

1   number of things that I found to be something

2   that, from what I know, wouldn't be used by

3   EPA in making some of the exposure arguments.

4       Q    What about her analysis specific to

5   the 2017 rule on prioritization?

6       A    As I recall, she pretty much made

7   the point that you just did, that there's

8   potential for exposure in the U.S. and I

9   believe she relied on the various studies

10  available for the potential hazard.

11      Q    Is there anything about that

12  analysis that you disagree with?

13      A    Again, I didn't have time to look

14  into the various studies on which she based

15  that so I don't know if I have an opinion of

16  agreement or disagreement.

17      Q    Okay.  Now, I just want to talk

18  briefly about the petition in this case that

19  the plaintiffs filed with the EPA, okay?

20      A    Okay.

21      Q    Now, you were, in your report -- you

1   antagonist and it disappears.

2       Q    So those are three.  Can you

3   identify for me any others?

4       A    I cannot remember them all.  If you

5   put them in front of me, I might be able to

6   include them.

7       Q    Right, but you're saying many of

8   these tenets are considered.  So those are the

9   only three that you have in mind when you say

10   that?

11       A    Those are three very important.

12       Q    Okay.  And that last criteria that

13   you just talked about, the effect going away

14   when you put something else in there --

15       A    Or you take it away.  You take away

16   the stressor.

17       Q    Was that tenet or was that a

18   consideration or a factor the EPA addressed in

19   the 1-BP risk evaluation?

20       A    Not specifically that I know of.

21   Again, it's part of reviewing a study to

1    understand whether the data or the experiment

2    support causality.

3        Q    Was the -- did EPA consider the

4    temporal relationship issue in the 1-BP risk

5    evaluation?

6        A    Absolutely.

7        Q    And it considered -- EPA considered

8    biological gradient in the 1-BP --

9        A    Absolutely.

10        Q    Now, EPA over time issues guidelines

11    on various aspects of risk assessment, right?

12        A    As well as guidance.

13        Q    And in the final rule on risk

14    evaluation procedures under TSCA, EPA

15    references these prior guidelines, right?

16        A    Yes.

17        Q    And EPA states in the final rule

18    that it's -- that those guidelines can be used

19    and considered when doing risk evaluation,

20    right?

21        A    Yes.

1      Q     And one of the guidelines that EPA

2   has published in the past is guidelines on

3   neurotoxicity risk assessment, correct?

4      A     Yes.

5      Q     So when doing a risk evaluation

6   under TSCA, one can use and consider EPA's

7   guidelines on neurotoxicity risk assessment,

8   correct?

9      A     Yes.

10      Q     Now, are you familiar -- have you

11   ever read the guidelines on neurotoxicity risk

12   assessment?

13      A     Yes.

14      Q     When is the last time you read them?

15      A     Two weeks ago.

16      Q     Okay.  So why don't I pull those

17   out.

18             (Deposition Exhibit Number 234

19             was marked for identification.)

20      BY MR. CONNETT:

21      Q     I'm going to mark this as Exhibit

```
 1    Number 234.  It's just an excerpt of EPA's

 2    "Guidelines for neurotoxicity risk

 3    assessment."  And I would like to draw your

 4    attention to the introduction section here

 5    which is on page one.  And the first sentence

 6    of the introduction states, "These guidelines

 7    describe the principles, concepts and

 8    procedures that the U.S. Environmental

 9    Protection Agency will follow in evaluating

10    data on potential neurotoxicity associated

11    with exposure to environmental toxicants."

12              Did I read that correctly?

13        A    Yes.

14        Q    Is that a correct statement?

15        A    Yes.

16        Q    So then if someone is evaluating

17    data on the potential neurotoxicity associated

18    with fluoride, someone should -- the risk

19    assessor should use these guidelines, correct?

20        A    To the extent they're applicable.

21        Q    Now, do these guidelines -- and I
```

1  **know I haven't given you the full document so**

2  **it's going to go on your recollection, but do**

3  **these guidelines require any systematic review**

4  **procedure?**

5      A     There's a whole chapter on various

6  things to consider, particularly -- this

7  particular guideline has a lot of information

8  for evaluating studies and many, many of those

9  are very similar if not the same as the kinds

10 of criteria that you use in conducting a

11 systematic review and evaluating literature

12 under that umbrella.

13     **Q     Well, let me just move to strike as**

14 **nonresponsive.**

15         **Do these guidelines require a**

16 **systematic review method?**

17         MS. CARFORA:  Objection, asked and

18 answered.

19     A     At the time that this guideline was

20 published, what was in this guideline from

21 what I read, particularly under hazard, are

```
 1   they should in fact use a weight of evidence

 2   but it does not have a specific methodology

 3   per se.

 4       Q    Okay.  And do those guidelines

 5   recommend, suggest or require the use of a

 6   predefined method for how to analyze and

 7   synthetize the data?

 8       A    Again, these guidelines are a higher

 9   level than a particular assessment.  A

10   particular assessment would -- it depends --

11   what kind of analysis you would do in a

12   particular risk assessment would depend upon

13   the body of data that you have.

14            So typically in EPA guidelines like

15   this, you're trying to be -- provide guidance

16   to risk assessors at EPA at a level of

17   granularity that's a bit higher than that.

18   Here are the basic -- as it says here, the

19   principles and concepts and procedures to use

20   but it doesn't get into that level of detail

21   normally.
```

1    **Q     Okay.  A risk assessment that**

2    **follows and adheres to these guidelines for**

3    **neurotoxicity risk assessment, would that**

4    **provide credible information for making a**

5    **determination as to risk?**

6    A     Generally speaking, yes, but one

7    always has to consider, you know, the vintage

8    of the guidelines, what newer science has

9    become available since then, what potentially

10   supersedent guidance that EPA has, as well as

11   the context, in this case specifically TSCA,

12   context you're conducting a risk assessment.

13   **Q     Has EPA issued any superseding**

14   **guidelines for neurotoxicity risk assessment?**

15   A     Not specifically in whole.

16   **Q     So when you say not specifically in**

17   **whole, what do you mean?**

18   A     There are certain aspects of some

19   chapters in this guideline have had updated

20   guidance published subsequently but not called

21   the neurotoxicity risk assessment guidelines.

1     **Q    Which chapters or which portions of**

2  **this document have had subsequent guidance**

3  **issued?**

4     A    Some of the hazard assessment in

5  dose-response have had updated or more

6  specific or additional approaches be the

7  subject of further guidance by EPA.

8     **Q    Okay.  Can you -- what guidelines**

9  **are you --**

10    A    Again, I have to see the whole

11  document then.

12     **Q    Well, you're saying you're aware.**

13  **You've already testified that you're aware of**

14  **certain portions of this guideline from 1998**

15  **that has been --**

16    A    Some aspects of the hazard

17  assessment and dose-response that was in this

18  guideline was not as specific as some guidance

19  that has come out since.

20     **Q    So which -- can you identify for me**

21  **what subsequent guidelines you're referring**

1    basis for characterizing risk, right?

2         A    Yes, in some programs.

3         Q    Including in TSCA, right?

4         A    Yes.

5         Q    And in your rebuttal report in this

6    case, you identified margin of exposure as a

7    method EPA uses for characterizing risk under

8    TSCA, right?

9         A    Yes.

10        Q    And in a margin of exposure

11   analysis, if the calculated margin of exposure

12   is less than the benchmark margin of exposure,

13   EPA considers that to be a risk of concern,

14   correct?

15        A    It's a risk that we would consider

16   further.

17        Q    And in fact under TSCA, EPA

18   considers -- strike that.

19             Under TSCA, where the calculated

20   margin of exposure is less than the benchmark

21   margin of exposure, EPA considers that to be

1    an unacceptable risk, correct?

2        A    No.

3        Q    You yourself have stated that,

4    correct?

5        A    No.

6        Q    Are you testifying today that you

7    have never stated that where the calculated

8    margin of exposure is less than the benchmark

9    margin of exposure, that is an unacceptable

10   health risk?

11       A    That is the generalized guideline

12   for whether or not you consider it further,

13   but under TSCA there is an additional step

14   beyond that risk characterization.

15       Q    What is the additional step?

16       A    To make an unreasonable risk

17   determination.

18       Q    Well, I'm talking right now about

19   unacceptable risk; do you understand that?

20       A    A different word.

21       Q    Dr. Henry, have you in your public

1    **writings described as an unacceptable health**

2    **risk a situation where the calculated margin**

3    **of exposure is less than the benchmark margin**

4    **of exposure?**

5        A    Sitting here today, I don't recall

6    the exact construct of the words but as a

7    general principle, when you have an MOE below

8    a benchmark, that is where you think harder

9    about possibly refining the risk assessment or

10   making a risk call.

11       Q    **Okay.**

12       A    It's a generalized consideration.

13   It is not absolute.

14       Q    **As general rule, would you agree**

15   **that EPA considers it to be an unacceptable**

16   **risk when the calculated margin of exposure is**

17   **less than the benchmark margin of exposure?**

18       A    That's the starting generalization

19   but is not the end.

20       Q    **So the general rule is that where**

21   **the calculated margin of exposure is less than**

1      Q      Do you know that the NRC did a

2  comprehensive review of exposure to fluoride

3  in the United States?

4      A      I don't recall the year but I'm

5  aware.

6      Q      Is it your testimony that the NRC is

7  an unreliable source of information for

8  understanding exposure to fluoride in the

9  United States?

10     A      No, that is not my testimony.

11     Q      Well, Dr. Thiessen in her report is

12  relying upon the NRC's estimates of fluoride

13  exposure in the United States.  Are you saying

14  that's an unreliable thing to do?

15     A      I think what she presented was not

16  transparent, even though she's trying -- she

17  is purporting to conduct a risk evaluation

18  under the procedures and processes of TSCA.

19     Q      Move to strike as nonresponsive.

20             Are you saying that it was

21  inappropriate for Dr. Thiessen to rely upon

1    the exposure estimates from the NRC?

2         A    What I said was she did not provide

3    any documentation of conducting any lit search

4    for exposures.

5         Q    And you understand that Dr. Thiessen

6    was a coauthor of the NRC's review in 2006,

7    right?

8         A    Yes.

9         Q    And you understand that the NRC did

10   an assessment of exposure to fluoride in the

11   United States, correct?

12        A    Correct.

13        Q    Is it reliable -- do you agree that

14   the NRC is an authoritative institution when

15   it comes to scientific reviews?

16        A    Yes.

17        Q    Is the NRC the type of organization

18   that one can reliably rely on for information

19   as to exposure to a chemical?

20        A    Again, it would depend very much on

21   what the time period was that they searched

1    for and reviewed.

2         **Q    Do you have any reason to believe**

3    **that that NRC assessment of fluoride exposure**

4    **in the United States was anything but**

5    **reliable?**

6         A    At the time it was performed, I

7    don't have any evidence to not think it's not.

8         **Q    Are you criticizing Dr. Thiessen for**

9    **relying on the NRC report for her assessment**

10   **of exposure in the United States?**

11        A    What I said is she did not provide

12   any evidence that she's searched and

13   summarized or reviewed -- she didn't present

14   any findings of the literature, she did not

15   present any evaluation or review of exposure

16   assessment but purports to conduct a risk

17   evaluation.

18        **Q    Are you aware of any published data**

19   **subsequent to the NRC review that contradicts**

20   **NRC's estimates as to exposure to fluoride?**

21        A    No, I am not.

1      Q      Would you say that the NRC review of

2   exposure to a chemical substance is the type

3   of material that qualifies as best available

4   science?

5      A      Yes.

6      Q      Now, you also criticize Dr. Thiessen

7   for doing an analysis with respect to the RfD

8   for fluoride, right?

9      A      Yes.

10      Q      What's your understanding as to why

11   Dr. Thiessen analyzed the RfD?

12      A      You mean why she derived one?

13      Q      No.   Why she analyzed and critiqued

14   the current -- or the proposed RfD from 2010.

15   What's your understanding as to why she did

16   that?

17      A      I really couldn't figure out why she

18   did that pertinent to this case.

19      Q      So you understand that that RfD that

20   EPA established in 2010 is the dose that the

21   EPA tells the American public every day is

1    with me?

2         A    Yes.

3         Q    Is it your testimony that that --

4    those facts would be irrelevant to a TSCA risk

5    evaluation because it's not expressed in the

6    form of a margin of exposure framework?

7         A    That is not quite what's wrong with

8    the construct.

9         Q    But you're saying here that

10   Dr. Grandjean did not use a margin of exposure

11   framework, right?

12        A    Correct.

13        Q    But if we know that there is a risk

14   of fluoride in maternal -- sorry, strike that.

15   If we know that there's a risk of IQ loss when

16   there's 0.2 ppm or more of fluoride in the

17   pregnant mother, and if we know that pregnant

18   women in fluoridated areas have 0.7 ppm in

19   their urine on average, isn't that enough

20   information for EPA to be able to conclude

21   hey, there's a risk here or there's at least a

```
 1    potential risk here?

 2             MS. CARFORA:  Objection to form.

 3        A    Again, you're asking me to speak in

 4    the theoretical hypothetical on behalf of the

 5    EPA which I cannot.

 6        BY MR. CONNETT:

 7        Q    But under your view -- I mean just

 8    you as a scientist and a risk assessment

 9    scientist, if you know that, isn't that

10    enough?  I mean, do you need to express it

11    through an MOE framework before you can

12    conclude there's a risk?

13        A    No.  You can use an internal dose is

14    one of the bases that you can tie to -- in a

15    dose-response analysis.  The issue with an

16    internal dose such as that using a biomarker

17    like urine is you have to get back to where

18    did that exposure come from?

19        Q    Why do you need to get back to where

20    the exposure --

21        A    Because under TSCA you have to
```

1   regulate something if you find risk.  So where

2   did they get it from.  How did that urine

3   concentration in their urine, what is it

4   attributed to that is tied to a TSCA condition

5   of use?

6           MS. CARFORA:  Tala, do you need a

7   break?

8           THE WITNESS:  Sure.

9           THE VIDEOGRAPHER:  This concludes

10  media unit number six.  The time on the video

11  is 4:43 p.m.  We're off the record.

12          (Recess taken from 4:43 p.m.

13          until 4:56 p.m.)

14          THE VIDEOGRAPHER:  This begins media

15  unit number seven.  The time on the video is

16  4:56 p.m.  We're on the record.

17      BY MR. CONNETT:

18      Q    Okay, I'm going to --

19          MS. CARFORA:  Counsel, can I just

20  very quickly, while we're on the record.  I

21  have you about five hours and 40 minutes, just

1    short of that, five hours, 38 minutes.  I just

2    want to clarify that we have no intention of

3    giving you more than the seven hours that

4    you're entitled to but I do have rebuttal.  So

5    I don't know if you want to reserve some time

6    for rebuttal or --

7             MR. CONNETT:  Do you have the

8    running time?

9             THE VIDEOGRAPHER:  I have 5:40.

10       BY MR. CONNETT:

11       Q    Okay.  Another hypothetical.  Fact

12   one of the hypothetical, a maternal urinary

13   fluoride level of 0.2 ppm is associated with

14   loss of IQ in the offspring.  You got that?

15       A    Yes.

16       Q    Fact number two, the addition of

17   fluoridation chemicals to drinking water

18   increases the maternal urinary fluoride

19   content by 0.3 ppm.  Got that?

20       A    Increases from what?

21       Q    Well, it just increases it 0.3

1    **report why you find Dr. Chang's and**

2    **Dr. Tsuji's reports to be credible and**

3    **persuasive?**

4            MS. CARFORA:  Objection,

5    mischaracterizes the document.

6        A    Without regard to that, again they

7    are far, far more transparent about what they

8    did --

9        BY MR. CONNETT:

10       **Q    Move to strike --**

11       A    That's what my opinion's based on,

12   the transparency provided by them as to the

13   strengths and limitations of these studies

14   under review.

15       **Q    Move to strike as nonresponsive.**

16           **Do you analyze or summarize**

17   **Dr. Chang's and Dr. Tsuji's analyses in this**

18   **report?**

19           MS. CARFORA:  Objection, asked and

20   answered, mischaracterizes the document.

21       A    By and large, no, but I did rely on

```
 1    them for the opinions because this is the

 2    summary of the opinions.

 3         BY MR. CONNETT:

 4         Q    Okay.

 5         A    That I would testify to.

 6         Q    Now, in your initial report you talk

 7    about --

 8         A    My initial report?

 9         Q    Yes.  Well, let's strike that.  We

10    don't need to go to your initial report right

11    now.  But you're familiar with -- I am going

12    to hand you the text of Section 6 of TSCA

13    which is 15 U.S.C. 2605, and I'll mark it as

14    Exhibit Number 242.

15              (Deposition Exhibit Number 242 was

16              marked for identification.)

17         BY MR. CONNETT:

18         Q    And I would like to direct your

19    attention to page 1717 of this document.

20    And you see at the bottom left it's

21    subsection (c).
```

1        A     Yes.

2        Q     And this is subsection -- this is

3    sometimes referred to as Section 6(c) of TSCA,

4    right?

5        A     Right.

6        Q     And Section 6(c)(2) identifies

7    the -- what does Section 6(c)(2) identify?

8        A     The requirements for the rule.

9        Q     And these -- the factors listed in

10   Section 6(c)(2)(A) are the costs and nonrisk

11   factors that EPA can consider in the risk

12   management phase, correct?

13       A     Yes.

14       Q     And these costs and nonrisk factors

15   include the benefits of the chemical substance

16   or mixture for various uses?

17       A     Can you point where you're talking

18   to?  Oh, this is for an actual 6(c) -- a risk

19   management rule.  You can -- this is what you

20   can consider in the rulemaking.

21       Q     Okay.  In the rulemaking, which is

1    after the risk evaluation is completed,

2    correct?

3        A    Yes.

4        Q    And this Section 6(c)(2)(A) sets

5    forth the costs and nonrisk factors that can

6    be considered in the --

7        A    It's not just nonrisk factors at

8    this point.  Now you're in risk management.

9        Q    Okay.

10       A    The nonrisk factors may not --

11   nonrisk factors may not be considered during

12   the risk evaluation.

13       Q    Right.

14       A    Now we're in the rulemaking.

15       Q    Right.  Now, we're in the rulemaking

16   which -- would it be fair to say the

17   rulemaking is essentially the risk management

18   phase?

19       A    Yes.

20       Q    And in the risk management phase,

21   the EPA can consider the cost and nonrisk

1    factors identified in Section 6(c), right?

2        A    Yes.  [Inaudible] cost.

3        Q    And these costs and nonrisk factors

4    include the benefits of the chemical substance

5    or mixture?

6        A    Yes.

7        Q    And these costs and nonrisk factors

8    include the reasonably ascertainable economic

9    consequences of the rule, correct?

10       A    Yes.

11       Q    And the reasonably ascertainable

12   economic consequences of the rule include the

13   likely effect on public health, correct?

14       A    Are you under little (iv)?

15       Q    Yes.

16       A    "The likely effect on the national

17   economy, small business, technological

18   innovation, the environment and public

19   health," correct.

20       Q    Okay.  And these risk management

21   considerations, these factors are only to be

1    considered as part of the risk management rule

2    or the risk management process, right?

3         A    Correct.

4         Q    And in your initial report you talk

5    about how EPA, if the court was to find an

6    unreasonable risk, EPA may consider as part of

7    its rulemaking proceeding whether an exemption

8    applies under Section 6(g), correct?

9         A    Correct.

10        Q    And you specifically talk about the

11   exception under 6(g)(1)(C), right?

12        A    Yes.

13        Q    And that exception refers to a

14   situation or refers to the specific condition

15   of use of the chemical substance or mixture as

16   compared to reasonably available

17   alternatives -- sorry, strike that.  I'll ask

18   that again.

19             Under this exemption, EPA can issue

20   an exemption if "the specific condition of use

21   of the chemical substance or a mixture as

```
1    compared to reasonably available alternatives

2    provides a substantial benefit to health, the

3    environment or public safety," right?

4         A    Right.

5         Q    So in that -- in consider --

6         A    It's really more an exemption from

7    whatever regulatory remedy is being proposed

8    in the rule.  It's not issuing an exemption

9    per se, but get with the lawyers on that.

10        Q    Okay.  So basically what you mean

11   there is if the court finds there's an

12   unreasonable risk, EPA could assess whether

13   water fluoridation provides a substantial

14   benefit to health as compared to reasonably

15   available alternatives.  And if EPA makes that

16   conclusion, EPA could exempt fluoridation

17   chemicals from the regulation; is that

18   correct?

19        A    If that specific condition of use,

20   compared to reasonably available alternatives,

21   provides a substantial benefit to health, yes.
```

1    Q    And that's the first -- you wouldn't

2    consider this exemption.  You wouldn't do this

3    analysis until this evaluation phase is

4    complete, correct?

5    A    Yes.

6    Q    That's correct?

7    A    Yes.

8    Q    So EPA -- in doing a risk evaluation

9    of fluoridation chemicals, EPA cannot consider

10   the economic costs of banning fluoridation

11   until the rulemaking phase of the analysis,

12   correct?

13   A    Correct.

14   Q    And EPA cannot consider the benefits

15   of fluoridation chemicals until the rulemaking

16   phase of the analysis, correct?

17        MS. CARFORA:  Objection, form.

18   A    Again, I think there is -- I can't

19   speak on behalf of EPA.

20   BY MR. CONNETT:

21   Q    But based on your understanding --

1    A    But there are different -- I think

2    benefits can be different things.  There's

3    different kinds of benefits and it's not clear

4    to me that health -- like if something

5    prevents a disease.  I'm not sure.  I just

6    don't know if that can be considered.  It

7    hasn't come up.

8        **Q    As you sit here today, you do not**

9    **know one way or the other whether EPA can**

10   **consider fluoride's effects on caries**

11   **prevention as part of the risk evaluation?**

12       A    No, I think that if there was an

13   endpoint such as the severe dental fluorosis,

14   that is an adverse effect that can be

15   considered in the risk evaluation.

16       **Q    What about caries prevention?  Can**

17   **that be considered, that benefit of caries**

18   **prevention?**

19       A    That's not typically how it would be

20   done.  We would be looking for a dose-response

21   to find an adverse effect and protect against

1    that.

2        Q    So the question of benefits for

3    caries prevention would be -- would come up in

4    the rulemaking proceeding?

5        A    Yes.

6        Q    And -- but let's just to say --

7    let's just say, hypothetically speaking, that

8    the EPA can consider caries prevention as part

9    of the risk evaluation.  Are you with me so

10   far?

11       A    Okay.

12       Q    Would the require -- the same

13   scientific standards that applied to risks

14   apply to the assessment of the caries

15   prevention?

16       A    So again, I don't have any

17   experience in which -- in a risk assessment.

18   Basically the flip side of risk was considered

19   so I really don't have a basis on which --

20   anything to gauge that by.

21       Q    Okay.

```
1        A    I mean -- yes, I really don't.

2        Q    And I'd like to flesh that out a

3   little bit, like would the same requirements

4   of systematic review apply to the assessment

5   of caries prevention as it applies to the

6   neurotoxic risks?

7        A    If it's conducted as part of the

8   rulemaking process, like is part of an

9   economic analysis, typically that is not done.

10       Q    So if EPA was to --

11       A    I mean, I don't know how to say this

12  but the economic analysis that is conducted,

13  the rulemaking, risk management rulemaking is

14  based on analyses -- often based on analyses

15  conducted in the risk evaluation.

16            So that whole dose-response is quite

17  important really to figure out just where the

18  tipping point is between no effect and effect.

19  And then from there you go and try to figure

20  out the economic consequences of preventing

21  that effect.
```

Exhibit A

Adkins Declaration, Exhibit 03

Grandjean Dep.

Phillipe Grandjean                                    September 13, 2019

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3

4   FOOD & WATER WATCH, INC., et al.,  ) Case No.

                                       ) 3:17-CV-02162-EMC

5            Plaintiffs,               )

                                       )

6        v.                            )

                                       )

7   UNITED STATES ENVIRONMENTAL        )

    PROTECTION AGENCY, et al.,         )

8                                      )

             Defendants.               )

9   -----------------------------------)

10

11                    - - -

12            FRIDAY, SEPTEMBER 13, 2019

13                    - - -

14

15       Videotaped deposition of PHILLIPE GRANDJEAN,

16   M.D., PH.D., taken at the offices of U.S. Department

17   of Justice, 4 Constitution Square, 150 M Street N.E.,

18   Room 5.1405, Washington, D.C., beginning at 9:10 a.m.,

19   before Nancy J. Martin, a Registered Merit Reporter,

20   Certified Shorthand Reporter.

21

    Job No. CS3520657

22

Phillipe Grandjean                         September 13, 2019

Page 93

1    the academic tradition.

2       Q.  Okay.  But I don't know if that answers my

3    question.  My question is did you write it?

4           MR. CONNETT:  Asked and answered.

5           THE WITNESS:  Okay.  I think it's the same

6    thing in legal practice, that if you produce a

7    document from the DOJ, it may be submitted on behalf

8    of the secretary but the secretary didn't write it,

9    but the secretary was the one responsible for the

10   thinking behind it and for the approach, and then

11   there were people contributing to various parts of it.

12           And I don't remember how many percent of the

13   wording -- maybe it was 50 percent.  But in science

14   when you collaborate -- I mean as a journalist, I have

15   to say if the person is listed as an author, that

16   person must have contributed intellectually, not just

17   lending the colleagues an instrument or sending them a

18   useful reference.

19   BY MS. CARFORA:

20      Q.  Okay.  So what was your intellectual

21   contribution to the BMD calculations for lead?

22           MR. CONNETT:  Asked and answered.  Overbroad.

Page 94

1              THE WITNESS:  Let me explain -- I wrote my

2     doctoral thesis on lead.  I'm well versed in the

3     field.  I know the colleagues who have done studies.

4     I mean WHO sent me to Australia to participate on

5     their behalf in a meeting to coordinate efforts in

6     New Zealand and Australia in regard to controlling led

7     exposure in children.  I know these colleagues.

8              And therefore I initiated this project so

9     that we could provide the best and highest quality

10    evidence as guidance for, you know, improved public

11    health in this field because lead is an ongoing hazard

12    to brain development even in America where we have

13    regulated lead in various ways and lead exposures have

14    decreased, but it's still a hazard.

15    BY MS. CARFORA:

16        Q.  Okay.  Did you do the BMD calculations in

17    that paper?

18        A.  No.

19        Q.  Okay.  Did you do the BMD calculations in

20    your expert report in this matter?

21        A.  I can do them, and I know how to do it.  The

22    formula is here.  So it's easy to do.  I think you

Page 95

1    could do it.

2         Q.  But did you do it?

3         A.  No.  I decided I would rather have the

4    chairman of biostatistics be responsible for that

5    because he is a world expert on benchmark dose.  I

6    wouldn't trust myself.

7         Q.  Okay.  So you sent Exben an E-mail and asked

8    him to do the benchmark dose analysis for your expert

9    report in this matter; is that right?

10        A.  That is correct.

11        Q.  Okay.  And then he responded to you and,

12   presumably, I'm pretty sure you cut-and-pasted what

13   was in his E-mail into your expert report; is that

14   right?

15        A.  As I explained in my report.

16        Q.  Just very quickly, you testified a little bit

17   earlier about not -- I think you said you didn't

18   understand exactly how all of EPA's processes went for

19   reference dose in BMD calculations.  And I guess my

20   question for you, then, is if you weren't sure how

21   they worked, why did you use them for your expert

22   report here?

Page 96

1          MR. CONNETT:  Overbroad.  Argumentative.

2     Vague and ambiguous.

3          THE WITNESS:  Okay.  So let me just be clear.

4     I have a reasonable understanding of what EPA does

5     because I mean I was working so closely with EPA on

6     methylmercury because EPA and the National Research

7     Council decided that my research should provide the

8     basis for a reference dose.  You know, that was in

9     2001, and I think the National Research Council report

10    was in 2000.

11         And we worked together on using the research

12    data that I had gathered so that EPA could do a proper

13    risk assessment and generate a reference dose for

14    methylmercury.  And this is now what's being updated

15    with the people.

16         So I do have a fair understanding of the

17    procedures and, you know, how risk assessments are

18    carried out in EPA.  I wouldn't say that I'm able to

19    give you a detailed explanation of all the details.

20    BY MS. CARFORA

21         Q.  Okay.  Does fluoride's toxicity depend on

22    root of exposure?

Phillipe Grandjean                                    September 13, 2019

Page 210

1    in 2015, where we found exactly the same as all of the

2    previous Chinese studies.

3            So we were -- I mean it would have been very,

4    very interesting if we could have found that there was

5    some confounder that would explain this, wow, we would

6    have been famous.  But we wanted to check can we do

7    this as westerners and with our methodologies, our

8    study design.  And, unfortunately, all three exposure

9    parameters showed that the more fluoride, the less IQ.

10           And so I mean we put this hypothesis to the

11   strongest possible test, and we failed -- we failed to

12   accept the null hypothesis.  We had strong evidence

13   that fluoride is affecting brain development.

14           And so in my report, you know, to the Court

15   here, I'm trying to explain what the present day

16   perspective is.  And I understand that you would like

17   to look at single, individual papers and some wording

18   from seven years ago or something, but to me, what's

19   important is the integrated review that I provided to

20   you.  It took a lot of time to write this report, and

21   I'm hoping it will be helpful beyond single statements

22   like "the findings suggest" or whatever because those

Page 211

```
 1   single statements can be taken out of context and

 2   misinterpreted.

 3        Q.  What was the average concentration in the

 4   high exposure groups in the Choi 2012 study?  What was

 5   it?

 6        A.  I don't remember.  What I looked for was how

 7   many of them had a high exposure group below 4.

 8   That's what I think is important.  Those response

 9   relationships are inherently hard to extract from case

10   control studies like this.

11        Q.  And, in fact, you say in the Choi study that

12   you can't extract a dose response because of the

13   measurement of fluoride exposure.  You say that in the

14   report; right?

15        A.  Yeah.  Yeah.  Yeah.  I know.  And I agree.

16   Some people would say you could probably do that

17   anyway, but my opinion is we would have to make too

18   many assumptions.  So that, let's say, a dose response

19   relationship or benchmark dose, it would be too

20   uncertain to be useful, and that's why we said, "All

21   right.  So the average difference is slightly less

22   than seven IQ points," and that was the bottom line.
```

Page 212

1          Q.  Now, did you read the -- let's talk about the

2     Broadbent study for a second.

3               Broadbent, you understand, is a prospective

4     study out of New England published in 2015; is that

5     right?

6               MR. CONNETT:  Misstates the record.

7               THE WITNESS:  Broadbent was in New Zealand

8     and published in the American Journal of Public

9     Health.

10    BY MS. CARFORA:

11         Q.  Okay.  And that study -- what's your

12    understanding of that study?

13         A.  It's prospective in the sense that it

14    identified the children at -- I'd have to look at my

15    papers here.  Was it explained where they identified

16    the kids?

17         Q.  You don't remember?

18         A.  No, I don't remember.  I mean I can look it

19    up here.

20         Q.  Okay.

21         A.  Yeah.  There were -- 1,037 children were

22    recruited at Page 3 in my report on Page 22.

Page 309

1    fluoride exposures in Canada and Mexico, and I wanted

2    to follow up briefly on that.

3           In your report you talk about urinary

4    fluoride data from the Green study and the Bashash

5    study; correct?

6        A.  Right.

7        Q.  And how would you summarize the -- sorry --

8    the similarity, or lack thereof, of those two data

9    sets with respect to the urinary fluoride

10   concentrations?

11       A.  Okay.  The urinary fluoride concentrations

12   are lower in the Green study than in the Mexican

13   study.

14       Q.  Is it -- but do those ranges overlap?

15       A.  Oh, they overlap, and I'm sure they overlap

16   with U.S. exposures.

17       Q.  What significance, Dr. Grandjean, do you draw

18   from the similarity in urinary fluoride levels that

19   were reported in the MIWAK cohort and the -- what

20   significance, if any, do you draw when interpreting

21   the data from those studies?

22       A.  And you can also added the Jimenez study.  So

Phillipe Grandjean                                      September 13, 2019

                                                        Page 310

1    when strong studies that really have a lot of weight

2    because they have individual assessments of exposures

3    at what we think is probably the most vulnerable

4    developmental stage, that is prenatally in this case,

5    and when the methodology in the whole study design,

6    biostatistics, when they are of, you know, high

7    quality and, you know, has been under detailed peer

8    review and they reach publication in high level

9    journals and both of them show essentially the same,

10   and as I've calculated in my supplemental report, the

11   benchmark dose levels are very similar.

12           And my calculations are estimates because I

13   had to assume the linearity and caution distribution.

14   So when the real data are used, maybe the numbers will

15   be slightly different.  But I think my estimates are

16   very similar.  The two studies are so much in

17   agreement that it is very hard to sort of support the

18   hypothesis that this is not due to fluoride, also

19   given the Jimenez study, given the Sheyoung study from

20   which a benchmark dose was also calculated recently,

21   and all those cross-sectional studies that are not

22   really cross-sectional because they relate to lifetime

Phillipe Grandjean                        September 13, 2019

Page 311

1   exposures, and the animal data plus the toxicokinetic

2   data, we know fluoride passes through the placenta and

3   into the fetal brain.

4           With all of that evidence, I would say there

5   is a very strong support for a conclusion that makes

6   fluoride a development neurotoxicant at current day

7   exposure levels.

8       Q.   Okay.   Speaking of exposure levels, have

9   you -- is there any data on the relationship between

10  total fluoride intake or water fluoride concentration

11  and the amount of fluoride that's in the urine?   Are

12  you aware of any of that data?

13      A.   Right.   W. Shaw has correlated a lot of that.

14  So, on average, the urinary fluoride concentration is

15  generally slightly higher than the fluoride

16  concentration in drinking water.   Drinking water is a

17  major source, but the urinary excretion level is

18  usually a little bit higher, and the serum

19  concentration is about the same when measured in

20  micromoles per liter rather than milligrams per liter.

21          So the same concentration is lower, but if

22  you express it in terms of micromoles per liter, it's

Phillipe Grandjean                                    September 13, 2019

Page 313

1    aborted fetuses.  And so we know that elevated

2    exposures to fluoride are being shared by the mother

3    with the fetus and that they reach the fetal brain.

4    BY MR. CONNETT:

5        Q.  Okay.  And you were asked some questions

6    about the sources of fluoride in Mexico, and you had

7    talked about salt.  Can you explain a little bit more

8    what you meant when you mentioned salt as a source of

9    fluoride?

10       A.  As I remember, Mexico doesn't have water

11   fluoridation but -- and I'm not -- I don't know the

12   details about this, but for some reason they decided

13   to use salt fluoridation because most households use,

14   you know, a few grams per person of salt, just like

15   salt has been used as the medium for iodine

16   supplementation.  So in Mexico -- I don't know any

17   other countries that do that.  But, anyway, so there's

18   fluoride added to table salt.

19       Q.  Could that be a source of the fluoride that's

20   found in the food?

21       A.  Yeah.  Yeah.  Oh, absolutely.  And so this

22   is -- the water by itself, and also the salt in

Page 314

1    processed food.

2        Q.   Okay.   So benchmark dose.   You've been

3    talking about a benchmark, the BMDL, and you were

4    asked some questions by counsel about the word is

5    "benchmark dose" -- right? -- and there was some

6    questions about the difference between dose and

7    concentration.   So I want to very briefly follow up on

8    that and ask you, Doctor, can a benchmark dose be

9    expressed in terms of a concentration in a human

10   biomarker like urine or blood?

11       A.   Right.   The way that this is normally

12   expressed is in terms of an exposure parameter, and

13   because the element study relied on maternal urine

14   fluoride adjusted for creatinine, that was what I used

15   for my calculation of benchmark dose in the element

16   study.   And as I showed in my supplement report, the

17   MERIC study also had maternal urinary fluoride, and I

18   then showed the results in the table on Page 16 of my

19   supplementary report, and it can be seen that they are

20   pretty similar.   There's one result for girls that is

21   higher, but anyway, otherwise, they're very, very

22   similar.

Phillipe Grandjean                                       September 13, 2019

Page 315

1       Q.  Now, you've previously -- you were asked some

2   questions about the analysis you did, I think back in

3   2013, on lead and creating a BMDL for lead?

4       A.  Right.

5       Q.  Did you use a human biomarker for the BMDL

6   for lead?

7       A.  Yeah.  For lead, it's appropriate to use the

8   blood -- the whole blood concentration of lead as the

9   exposure of parameters.

10      Q.  And that's called the benchmark dose?

11      A.  Benchmark dose, yeah.

12      Q.  Okay.  So and you were asked some questions

13  about, you know, whether certain findings in certain

14  studies, even if they were statistically significant,

15  can occur by chance.  Do you recall that line of

16  questioning?

17      A.  Yeah.

18      Q.  Dr. Grandjean, in your meta-analysis that you

19  did in 2012, you found what -- the vast majority of

20  the studies found effects of fluoride exposure on IQ?

21      A.  There were 27 studies, and 26 of them showed

22  that there was a tendency toward lower IQ points in

Exhibit A

Adkins Declaration, Exhibit 04

Choi et al. 2012

Review

# Developmental Fluoride Neurotoxicity: A Systematic Review and Meta-Analysis

Anna L. Choi,[1] Guifan Sun,[2] Ying Zhang,[3] and Philippe Grandjean[1,4]

[1]Department of Environmental Health, Harvard School of Public Health, Boston, Massachusetts, USA; [2]School of Public Health, China Medical University, Shenyang, China; [3]School of Stomatology, China Medical University, Shenyang, China; [4]Institute of Public Health, University of Southern Denmark, Odense, Denmark

BACKGROUND: Although fluoride may cause neurotoxicity in animal models and acute fluoride poisoning causes neurotoxicity in adults, very little is known of its effects on children's neurodevelopment.

OBJECTIVE: We performed a systematic review and meta-analysis of published studies to investigate the effects of increased fluoride exposure and delayed neurobehavioral development.

METHODS: We searched the MEDLINE, EMBASE, Water Resources Abstracts, and TOXNET databases through 2011 for eligible studies. We also searched the China National Knowledge Infrastructure (CNKI) database, because many studies on fluoride neurotoxicity have been published in Chinese journals only. In total, we identified 27 eligible epidemiological studies with high and reference exposures, end points of IQ scores, or related cognitive function measures with means and variances for the two exposure groups. Using random-effects models, we estimated the standardized mean difference between exposed and reference groups across all studies. We conducted sensitivity analyses restricted to studies using the same outcome assessment and having drinking-water fluoride as the only exposure. We performed the Cochran test for heterogeneity between studies, Begg's funnel plot, and Egger test to assess publication bias, and conducted meta-regressions to explore sources of variation in mean differences among the studies.

RESULTS: The standardized weighted mean difference in IQ score between exposed and reference populations was –0.45 (95% confidence interval: –0.56, –0.35) using a random-effects model. Thus, children in high-fluoride areas had significantly lower IQ scores than those who lived in low-fluoride areas. Subgroup and sensitivity analyses also indicated inverse associations, although the substantial heterogeneity did not appear to decrease.

CONCLUSIONS: The results support the possibility of an adverse effect of high fluoride exposure on children's neurodevelopment. Future research should include detailed individual-level information on prenatal exposure, neurobehavioral performance, and covariates for adjustment.

KEY WORDS: fluoride, intelligence, neurotoxicity. *Environ Health Perspect* 120:1362–1368 (2012). http://dx.doi.org/10.1289/ehp.1104912 [Online 20 July 2012]

A recent report from the National Research Council (NRC 2006) concluded that adverse effects of high fluoride concentrations in drinking water may be of concern and that additional research is warranted. Fluoride may cause neurotoxicity in laboratory animals, including effects on learning and memory (Chioca et al. 2008; Mullenix et al. 1995). A recent experimental study where the rat hippocampal neurons were incubated with various concentrations (20 mg/L, 40 mg/L, and 80 mg/L) of sodium fluoride *in vitro* showed that fluoride neurotoxicity may target hippocampal neurons (Zhang M et al. 2008). Although acute fluoride poisoning may be neurotoxic to adults, most of the epidemiological information available on associations with children's neurodevelopment is from China, where fluoride generally occurs in drinking water as a natural contaminant, and the concentration depends on local geological conditions. In many rural communities in China, populations with high exposure to fluoride in local drinking-water sources may reside in close proximity to populations without high exposure (NRC 2006).

Opportunities for epidemiological studies depend on the existence of comparable population groups exposed to different levels of fluoride from drinking water. Such circumstances are difficult to find in many industrialized countries, because fluoride concentrations in community water are usually no higher than 1 mg/L, even when fluoride is added to water supplies as a public health measure to reduce tooth decay. Multiple epidemiological studies of developmental fluoride neurotoxicity were conducted in China because of the high fluoride concentrations that are substantially above 1 mg/L in well water in many rural communities, although microbiologically safe water has been accessible to many rural households as a result of the recent 5-year plan (2001–2005) by the Chinese government. It is projected that all rural residents will have access to safe public drinking water by 2020 (World Bank 2006). However, results of the published studies have not been widely disseminated. Four studies published in English (Li XS et al. 1995; Lu et al. 2000; Xiang et al. 2003; Zhao et al. 1996) were cited in a recent report from the NRC (2006), whereas the World Health Organization (2002) has considered only two (Li XS et al. 1995; Zhao et al. 1996) in its most recent monograph on fluoride.

Fluoride readily crosses the placenta (Agency for Toxic Substances and Disease Registry 2003). Fluoride exposure to the developing brain, which is much more susceptible to injury caused by toxicants than is the mature brain, may possibly lead to permanent damage (Grandjean and Landrigan 2006). In response to the recommendation of the NRC (2006), the U.S. Department of Health and Human Services (DHHS) and the U.S. EPA recently announced that DHHS is proposing to change the recommended level of fluoride in drinking water to 0.7 mg/L from the currently recommended range of 0.7–1.2 mg/L, and the U.S. EPA is reviewing the maximum amount of fluoride allowed in drinking water, which currently is set at 4.0 mg/L (U.S. EPA 2011).

To summarize the available literature, we performed a systematic review and meta-analysis of published studies on increased fluoride exposure in drinking water associated with neurodevelopmental delays. We specifically targeted studies carried out in rural China that have not been widely disseminated, thus complementing the studies that have been included in previous reviews and risk assessment reports.

## Methods

*Search strategy.* We searched MEDLINE (National Library of Medicine, Bethesda, MD, USA; http://www.ncbi.nlm.nih.gov/pubmed), Embase (Elsevier B.V., Amsterdam, the Netherlands; http://www.embase.com), Water Resources Abstracts (Proquest, Ann Arbor, MI, USA; http://www.csa.com/factsheets/water-resources-set-c.php), and TOXNET (Toxicology Data Network; National Library of Medicine, Bethesda, MD, USA; http://toxnet.nlm.nih.gov) databases to identify studies of drinking-water fluoride and neurodevelopmental outcomes in children. In addition, we searched the China National Knowledge Infrastructure (CNKI; Beijing, China; http://www.cnki.net) database to identify studies published in Chinese journals only. Key

Address correspondence to A.L. Choi, Department of Environmental Health, Harvard School of Public Health, Landmark Center 3E, 401 Park Dr., Boston, MA 02215 USA. Telephone: (617) 384-8646. Fax: (617) 384-8994. E-mail: achoi@hsph.harvard.edu

Supplemental Material is available online (http://dx.doi.org/10.1289/ehp.1104912).

We thank V. Malik, Harvard School of Public Health, for the helpful advice on the meta-analysis methods.

This study was supported by internal institutional funds.

The authors declare they have no actual or potential competing financial interests.

Received 30 December 2011; accepted 20 July 2012.

words included combinations of "fluoride" or "drinking water fluoride," "children," "neurodevelopment" or "neurologic" or "intelligence" or "IQ." We also used references cited in the articles identified. We searched records for 1980–2011. Our literature search identified 39 studies, among which 36 (92.3%) were studies with high and reference exposure groups, and 3 (7.7%) studies were based on individual-level measure of exposures. The latter showed that dose-related deficits were found, but the studies were excluded because our meta-analysis focused on studies with the high- and low-exposure groups only. In addition, two studies were published twice, and the duplicates were excluded.

*Inclusion criteria and data extraction.* The criteria for inclusion of studies included studies with high and reference fluoride exposures, end points of IQ scores or other related cognitive function measures, presentation of a mean outcome measure, and associated measure of variance [95% confidence intervals (CIs) or SEs and numbers of participants]. Interpretations of statistical significance are based on an alpha level of 0.05. Information included for each study also included the first author, location of the study, year of publication, and numbers of participants in high-fluoride and low-fluoride areas. We noted and recorded the information on age and sex of children, and parental education and income if available.

*Statistical analysis.* We used STATA (version 11.0; StataCorp, College Station, TX, USA) and available commands (Stern 2009) for the meta-analyses. A standardized weighted mean difference (SMD) was computed using both fixed-effects and random-effects models. The fixed-effects model uses the Mantel–Haenszel method assuming homogeneity among the studies, whereas the random-effects model uses the DerSimonian and Laird method, incorporating both a within-study and an additive between-studies component of variance when there is between-study heterogeneity (Egger et al. 2001). The estimate of the between-study variation is incorporated into both the SE of the estimate of the common effect and the weight of individual studies, which was calculated as the inverse sum of the within and between study variance. We evaluated heterogeneity among studies using the $I^2$ statistic, which represents the percentage of total variation across all studies due to between-study heterogeneity (Higgins and Thompson 2002). We evaluated the potential for publication bias using Begg and Egger tests and visual inspection of a Begg funnel plot (Begg and Mazumdar 1994; Egger et al. 1997). We also conducted independent meta-regressions to estimate the contribution of study characteristics (mean age in years from the age range and year of publication in each

study) to heterogeneity among the studies. The scoring standard for the Combined Raven's Test–The Rural edition in China (CRT-RC) test classifies scores of ≤ 69 and 70–79 as low and marginal intelligence, respectively (Wang D et al. 1989). We also used the random-effects models to estimate risk ratios for the association between fluoride exposure and a low/marginal versus normal Raven's test score among children in studies that used the CRT-RC test (Wang D et al. 1989). Scores indicating low and marginal intelligence (≤ 69 and 70–79, respectively) were combined as a single outcome due to small numbers of children in each outcome subgroup.

## Results

Six of the 34 studies identified were excluded because of missing information on the number of subjects or the mean and variance of the outcome [see Figure 1 for a study selection flow chart and Supplemental Material, Table S1 (http://dx.doi.org/10.1289/ehp.1104912) for additional information on studies that were excluded from the analysis]. Another study (Trivedi et al. 2007) was excluded because SDs reported for the outcome parameter were questionably small (1.13 for the high-fluoride group, and 1.23 for the low-fluoride group) and the SMD (–10.8; 95% CI: –11.9, –9.6) was > 10 times lower than the second smallest SMD (–0.95; 95% CI: –1.16, –0.75) and 150 times lower than the largest SMD (0.07; 95% CI: –0.083, 0.22) reported for the other studies, which had relatively consistent SMD estimates. Inclusion of this study in the meta-analysis resulted with a much smaller pooled random-effects SMD estimate and a much larger $I^2$ (–0.63; 95% CI: –0.83, –0.44, $I^2$ 94.1%) compared with the estimates that excluded this study (–0.45; 95% CI: –0.56, –0.34, $I^2$ 80%) (see Supplemental Material, Figure S1). Characteristics of the 27 studies included are shown in Table 1 (An et al. 1992; Chen et al. 1991; Fan et al. 2007; Guo et al. 1991; Hong et al. 2001; Li FH et al. 2009; Li XH et al. 2010; Li XS 1995; Li Y et al. 1994; Li Y et al. 2003; Lin et al. 1991; Lu et al. 2000; Poureslami et al. 2011; Ren et al. 1989; Seraj et al. 2006; Sun et al. 1991; Wang G et al. 1996; Wang SH et al. 2001; Wang SX et al. 2007; Wang ZH et al. 2006; Xiang et al. 2003; Xu et al. 1994; Yang et al. 1994; Yao et al. 1996, 1997; Zhang JW et al. 1998; Zhao et al. 1996). Two of the studies included in the analysis were conducted in Iran (Poureslami et al. 2011; Seraj et al. 2006); the other study cohorts were populations from China. Two cohorts were exposed to fluoride from coal burning (Guo et al. 1991; Li XH et al. 2010); otherwise populations were exposed to fluoride through drinking water. The CRT-RC was used to measure the children's intelligence in 16 studies. Other intelligence measures included the

Wechsler Intelligence tests (3 studies; An et al. 1992; Ren et al. 1989; Wang ZH et al. 1996), Binet IQ test (2 studies; Guo et al. 1991; Xu et al. 1994), Raven's test (2 studies; Poureslami et al. 2011; Seraj et al. 2006), Japan IQ test (2 studies; Sun et al. 1991; Zhang JW et al. 1998), Chinese comparative intelligence test (1 study; Yang et al. 1994), and the mental work capacity index (1 study; Li Y et al. 1994). Because each of the intelligence tests used is designed to measure general intelligence, we used data from all eligible studies to estimate the possible effects of fluoride exposure on general intelligence.

In addition, we conducted a sensitivity analysis restricted to studies that used similar tests to measure the outcome (specifically, the CRT-RC, Wechsler Intelligence test, Binet IQ test, or Raven's test), and an analysis restricted to studies that used the CRT-RC. We also performed an analysis that excluded studies with co-exposures including iodine and arsenic, or with non-drinking-water fluoride exposure from coal burning.

*Pooled SMD estimates.* Among the 27 studies, all but one showed random-effect SMD estimates that indicated an inverse association, ranging from –0.95 (95% CI: –1.16, –0.75) to –0.10 (95% CI:



**Figure 1.** Flow diagram of the meta-analysis.

–0.25, 0.04) (Figure 2). The study with a positive association reported an SMD estimate of 0.07 (95% CI: –0.8, 0.22). Similar results were found with the fixed-effects SMD estimates. The fixed-effects pooled SMD estimate was –0.40 (95% CI: –0.44, –0.35), with a $p$-value < 0.001 for the test for homogeneity. The random-effects SMD estimate was –0.45 (95% CI: –0.56, –0.34) with an $I^2$ of 80% and homogeneity test $p$-value < 0.001 (Figure 2). Because of heterogeneity (excess variability) between study results, we used primarily the random-effects model for subsequent sensitivity analyses, which is generally considered to be the more conservative method (Egger et al. 2001). Among the restricted sets of intelligence tests, the SMD for the model with only CRT-RC tests and drinking-water exposure (and to a lesser extent the model with only CRT-RC tests) was lower than that for all studies combined,

although the difference did not appear to be significant. Heterogeneity, however, remained at a similar magnitude when the analyses were restricted (Table 2).

*Sources of heterogeneity.* We performed meta-regression models to assess study characteristics as potential predictors of effect. Information on the child's sex and parental education were not reported in > 80% of the studies, and only 7% of the studies reported household income. These variables were therefore not included in the models. Among the two covariates, year of publication (0.02; 95% CI: 0.006, 0.03), but not mean age of the study children (–0.02; 95% CI: –0.094, 0.04), was a significant predictor in the model with all 27 studies included. $I^2$ residual 68.7% represented the proportion of residual between-study variation due to heterogeneity. From the adjusted $R^2$, 39.8% of between-study variance was explained by

the two covariates. The overall test of the covariates was significant ($p = 0.004$).

When the model was restricted to the 16 studies that used the CRT-RC, the child's age (but not year of publication) was a significant predictor of the SMD. The $R^2$ of 65.6% of between-study variance was explained by the two covariates, and only 47.3% of the residual variation was attributable to heterogeneity. The overall test of both covariates in the model remained significant ($p = 0.0053$). On further restriction of the model to exclude the 7 studies with arsenic and iodine as co-exposures and fluoride originating from coal burning (thus including only the 9 with fluoride exposure from drinking water), neither age nor year of publication was a significant predictor, and the overall test of covariates was less important ($p = 0.062$), in accordance with the similarity of intelligence test outcomes and the source of exposure in the studies included.

**Table 1.** Characteristics of epidemiological studies of fluoride exposure and children's cognitive outcomes.

| Reference | Study location | No. in high-exposure group | No. in reference group | Age range (years) | Fluoride exposure Assessment | Fluoride exposure Range | Outcome measure | Results |
|---|---|---|---|---|---|---|---|---|
| Ren et al. 1989 | Shandong, China | 160 | 169 | 8–14 | High-/low-fluoride villages | Not specified | Wechsler Intelligence test[a] | Children in high-fluoride region had lower IQ scores |
| Chen et al. 1991 | Shanxi, China | 320 | 320 | 7–14 | Drinking water | 4.55 mg/L (high); 0.89 mg/L (reference) | CRT-RC[b] | The average IQ of children from high-fluoride area were lower than that of the reference area |
| Guo et al. 1991 | Hunan, China | 60 | 61 | 7–13 | Fluoride in coal burning | 118.1–1361.7 mg/kg (coal burning area); Control area used wood | Chinese Binet[c] | Average IQ in fluoride coal-burning area was lower than that in the reference area |
| Lin et al. 1991 | Xinjiang, China | 33 | 86 | 7–14 | Drinking water | 0.88 mg/L (high); 0.34 mg/L (reference) | CRT-RC[b] | Children in the high-fluoride (low-iodine) area had lower IQ scores compared with the children from the reference fluoride (low-iodine) areas |
| Sun et al. 1991 | Guiyang, China | 196 | 224 | 6.5–12 | Rate of fluorosis | Fluorosis: 98.36% (high); not specified (reference) | Japan IQ test[d] | Mean IQ was lower in all age groups except ≤ 7 years in the area with high fluoride and aluminum (limited to high-fluoride population only) |
| An et al. 1992 | Inner Mongolia, China | 121 | 121 | 7–16 | Drinking water | 2.1–7.6 mg/L (high); 0.6–1.0 mg/L (reference) | Wechsler Intelligence test[a] | IQ scores of children in high-fluoride area were significantly lower than those of children living in reference fluoride area |
| Li Y et al. 1994 | Sichuan, China | 106 | 49 | 12–13 | Burning of high-fluoride coal to cook grain in high-fluoride area | 4.7–31.6 mg/kg (high); 0.5 mg/kg (reference) | Child mental work capacity | Early, prolonged high fluoride intake causes a decrease in the child's mental work capacity |
| Xu et al. 1994 | Shandong, China | 97 | 32 | 8–14 | Drinking water | 1.8 mg/L (high); 0.8 mg/L (reference) | Binet-Simon[e] | Children had lower IQ scores in high-fluoride area than those who lived in the reference area. |
| Yang et al. 1994 | Shandong, China | 30 | 30 | 8–14 | Well water | 2.97 mg/L (high); 0.5 mg/L (reference) | Chinese comparative intelligence test[f] | The average IQ scores was lower in children from high-fluoride and -iodine area than those from the reference area, but the results were not significant |
| Li XS et al. 1995 | Guizhou, China | 681 | 226 | 8–13 | Urine, Dental Fluorosis Index | 1.81–2.69 mg/L (high); 1.02 mg/L (reference); DFI 0.8–3.2 (high); DFI < 0.4 (reference) | CRT-RC[b] | Children living in fluorosis areas had lower IQ scores than children living in nonfluorosis areas |
| Wang G et al. 1996 | Xinjiang, China | 147 | 83 | 4–7 | Drinking water | > 1.0–8.6 mg/L (high); 0.58–1.0 mg/L (reference) | Wechsler Intelligence test[a] | Average IQ score was lower in children in the high-fluoride group than those in the reference group |
| Yao et al. 1996 | Liaoning, China | 266 | 270 | 8–12 | Drinking water | 2–11mg/L (high); 1 mg/L (reference) | CRT-RC[b] | Average IQ scores of children residing in exposed fluoride areas were lower than those in the reference area |
| Zhao et al. 1996 | Shanxi, China | 160 | 160 | 7–14 | Drinking water | 4.12 mg/L (high); 0.91 mg/L (reference) | CRT-RC[b] | Children living in high-fluoride and -arsenic area had significantly lower IQ scores than those living in the reference fluoride (and no arsenic) area |
| Yao et al. 1997 | Liaoning, China | 188 | 314 | 7–14 | Drinking water | 2 mg/L (exposed); 0.4 mg/L (reference) | CRT-RC[b] | IQ scores of children in the high-fluoride area were lower than those of children in the reference area |

*Continued*

Although official reports of lead concentrations in the study villages in China were not available, some studies reported high percentage (95–100%) of low lead exposure (less than the standard of 0.01 mg/L) in drinking-water samples in villages from several study provinces (Bi et al. 2010; Peng et al. 2008; Sun 2010).

*Publication bias.* A Begg's funnel plot with the SE of SMD from each study plotted against its corresponding SMD did not show clear evidence of asymmetry, although two studies with a large SE also reported relatively large effect estimates, which may be consistent with publication bias or heterogeneity (Figure 3). The plot appears symmetrical for studies with larger SE, but with substantial variation in SMD among the more precise studies, consistent with the heterogeneity observed among the studies included in the analysis. Begg ($p = 0.22$) and Egger ($p = 0.11$)

tests did not indicate significant ($p < 0.05$) departures from symmetry.

*Pooled risk ratios.* The relative risk (RR) of a low/marginal score on the CRT-RC test (< 80) among children with high fluoride exposure compared with those with low fluoride exposure (16 studies total) was 1.93 (95% CI: 1.46, 2.55; $I^2$ 58.5%). When the model was restricted to 9 studies that used the CRT-RC and included only drinking-water fluoride exposure (Chen et al. 1991; Fan et al. 2007; Li XH et al. 2010; Li XS et al. 1995; Li Y et al. 2003; Lu et al. 2000; Wang ZH et al. 2006; Yao et al. 1996, 1997), the estimate was similar (RR = 1.75; 95% CI: 1.16, 2.65; $I^2$ 70.6%). Although fluoride exposure showed inverse associations with test scores, the available exposure information did not allow a formal dose–response analysis. However, dose-related differences in test scores occurred at a wide range of water-fluoride concentrations.

## Discussion

Findings from our meta-analyses of 27 studies published over 22 years suggest an inverse association between high fluoride exposure and children's intelligence. Children who lived in areas with high fluoride exposure had lower IQ scores than those who lived in low-exposure or control areas. Our findings are consistent with an earlier review (Tang et al. 2008), although ours more systematically addressed study selection and exclusion information, and was more comprehensive in *a*) including 9 additional studies, *b*) performing meta-regression to estimate the contribution of study characteristics as sources of heterogeneity, and *c*) estimating pooled risk ratios for the association between fluoride exposure and low/marginal Raven's test score.

As noted by the NRC committee (NRC 2006), assessments of fluoride safety have relied on incomplete information on potential

**Table 1. Continued.**

| Reference | Study location | No. in high-exposure group | No. in reference group | Age range (years) | Fluoride exposure Assessment | Fluoride exposure Range | Outcome measure | Results |
|---|---|---|---|---|---|---|---|---|
| Zhang JW et al. 1998 | Xinjiang, China | 51 | 52 | 4–10 | Drinking water | Not specified | Japan IQ Test[d] | Average IQ scores of children residing in high-fluoride and -arsenic area were lower than those who resided in the reference area |
| Lu et al. 2000 | Tianjin, China | 60 | 58 | 10–12 | Drinking water | 3.15 mg/L (high); 0.37 mg/L (reference) | CRT-RC[b] | Children in the high-fluoride area scored significantly lower IQ scores than those in the reference area |
| Hong et al. 2001 | Shandong, China | 85 | 32 | 8–14 | Drinking water | 2.90 mg/L (high); 0.75 mg/L (reference) | CRT-RC[b] | Average IQ scores were significantly lower in high-fluoride group (and -iodine) than the reference group |
| Wang SH et al. 2001 | Shandong, China | 30 | 30 | 8–12 | Drinking water | 2.97 mg/L (high); 0.5 mg/L (reference) | CRT-RC[b] | No significant difference in IQ scores of children in the high-fluoride/high-iodine and reference fluoride/low-iodine areas |
| Li Y et al. 2003 | Inner Mongolia, China | 720 | 236 | 6–13 | Fluorosis | Endemic vs. control regions defined by the Chinese Geological Office | CRT-RC[b] | Average IQ of children in high-fluorosis area was lower than that in the reference area |
| Xiang et al. 2003 | Jiangsu, China | 222 | 290 | 8–13 | Drinking water | 0.57–4.5 mg/L (high); 0.18–0.76 mg/L (reference) | CRT-RC[b] | Mean IQ score was significantly lower in children who lived in the high-fluoride area than that of children in the reference exposure area (both areas also had arsenic exposure) |
| Seraj et al. 2006 | Tehran, Iran | 41 | 85 | Not specified | Drinking water | 2.5 mg/L (high); 0.4 mg/L (reference) | Raven[g] | The mean IQ of children in the high-fluoride area was significantly lower than that from the reference fluoride area |
| Wang ZH et al. 2006 | Shanxi, China | 202 | 166 | 8–12 | Drinking water | 5.54 ± 3.88 mg/L (high); 0.73 ± 0.28 mg/L (reference) | CRT-RC[b] | The IQ scores of children in the high-fluoride group were significantly lower than those in the reference group |
| Fan et al 2007 | Shaanxi, China | 42 | 37 | 7–14 | Drinking water | 1.14–6.09 mg/L (high); 1.33–2.35 mg/L (reference) | CRT-RC[b] | The average IQ scores of children residing in the high-fluoride area were lower than those of children residing in the reference area |
| Wang SX et al. 2007 | Shanxi, China | 253 | 196 | 8–12 | Drinking water and urine | 3.8–11.5 mg/L (water, high); 1.6–11 mg/L (urine, high); 0.2–1.1 mg/L (water, reference); 0.4–3.9 mg/L (urine, reference) | CRT-RC[b] | Mean IQ scores were significantly lower in the high-fluoride group than from the reference group in the fluoride/arsenic areas |
| Li et al. 2009 | Hunan, China | 60 | 20 | 8–12 | Coal burning | 1.24–2.34 mg/L (high); 0.962 mg/L (reference) | CRT-RC[b] | Mean IQ was lower in children in coal-burning areas compared to those in the reference group |
| Li FH et al. 2010 | Henan, China | 347 | 329 | 7–10 | Drinking water | 2.47 ± 0.75 mg/L (high) | CRT-RC[b] | No significant difference in IQ scores between children in the exposed and reference groups |
| Poureslami et al. 2011 | Iran | 59 | 60 | 6–9 | Drinking Water | 2.38 mg/L (high); 0.41 mg/L (reference) | Raven[g] | Children in the high-fluoride group scored significantly lower than those in reference group |

[a]Wechsler Intelligence Scale (Lin and Zhang 1986). [b]CRT-RC, Chinese Standardized Raven Test, rural version (Wang G et al. 1989). [c]Chinese Binet Test (Wu 1936). [d]Japan test (Zhang J et al. 1985). [e]Binet-Simon Test (Binet and Simon 1922). [f]Chinese comparative intelligence test (Wu 1983). [g]Raven test (Raven et al. 2003).

risks. In regard to developmental neurotoxicity, much information has in fact been published, although mainly as short reports in Chinese that have not been available to most expert committees. We carried out an extensive review that includes epidemiological studies carried out in China. Although most reports were fairly brief and complete information on covariates was not available, the results tended to support the potential for fluoride-mediated developmental neurotoxicity at relatively high levels of exposure in some studies. We did not find conclusive evidence of publication bias, although there was substantial heterogeneity among studies. Drinking water may contain other neurotoxicants, such as arsenic, but exclusion of studies including arsenic and iodine as co-exposures in a sensitivity analysis resulted in a lower estimate, although the

difference was not significant. The exposed groups had access to drinking water with fluoride concentrations up to 11.5 mg/L (Wang SX et al. 2007); thus, in many cases concentrations were above the levels recommended (0.7–1.2 mg/L; DHHS) or allowed in public drinking water (4.0 mg/L; U.S. EPA) in the United States (U.S. EPA 2011). A recent cross-sectional study based on individual-level measure of exposures suggested that low levels of water fluoride (range, 0.24–2.84 mg/L) had significant negative associations with children's intelligence (Ding et al. 2011). This study was not included in our meta-analysis, which focused only on studies with exposed and reference groups, thereby precluding estimation of dose-related effects.

The results suggest that fluoride may be a developmental neurotoxicant that affects brain

development at exposures much below those that can cause toxicity in adults (Grandjean 1982). For neurotoxicants such as lead and methylmercury, adverse effects are associated with blood concentrations as low as 10 nmol/L. Serum fluoride concentrations associated with high intakes from drinking water may exceed 1 mg/L, or 50 μmol/L—more than 1,000 times the levels of some other neurotoxicants that cause neurodevelopmental damage. Supporting the plausibility of our findings, rats exposed to 1 ppm (50 μmol/L) of water fluoride for 1 year showed morphological alterations in the brain and increased levels of aluminum in brain tissue compared with controls (Varner et al. 1998).

The estimated decrease in average IQ associated with fluoride exposure based on our analysis may seem small and may be within the measurement error of IQ testing. However, as research on other neurotoxicants has shown, a shift to the left of IQ distributions in a population will have substantial impacts, especially among those in the high and low ranges of the IQ distribution (Bellinger 2007).

Our review cannot be used to derive an exposure limit, because the actual exposures of the individual children are not known. Misclassification of children in both high- and low-exposure groups may have occurred if the children were drinking water from other sources (e.g., at school or in the field).

The published reports clearly represent independent studies and are not the result of duplicate publication of the same studies (we removed two duplicates). Several studies (Hong et al. 2001; Lin et al. 1991; Wang SH et al. 2001; Wang SX et al. 2007; Xiang et al. 2003; Zhao et al. 1996) report other exposures, such as iodine and arsenic, a neurotoxicant, but our sensitivity analyses showed similar associations between high fluoride exposure and the outcomes even after these studies were excluded. Large tracts of China



**Figure 2.** Random-effect standardized weighted mean difference (SMD) estimates and 95% CIs of child's intelligence score associated with high exposure to fluoride. SMs for individual studies are shown as solid diamonds (♦), and the pooled SMD is shown as an open diamond (◊). Horizontal lines represent 95% CIs for the study-specific SMDs.

**Table 2.** Sensitivity analyses of pooled random-effects standardized weighted mean difference (SMD) estimates of child's intelligence score with high exposure of fluoride.

| Model | Available studies for analysis | SMD (95% CI) | $I^2$ | p-Value test of heterogeneity |
|---|---|---|---|---|
| 1. Exclude nonstandardized tests[a] | 23 | −0.44 (−0.54, −0.33) | 77.6% | < 0.001 |
| 2. Exclude non–CRT-RC Tests[b] | 16 | −0.36 (−0.48, −0.25) | 77.8% | < 0.001 |
| 3. Exclude studies with other exposures (iodine, arsenic)[c] or non–drinking-water fluoride exposure[d] | 9 | −0.29 (−0.44, −0.14) | 81.8% | < 0.001 |

[a]Mental work capacity (Li Y et al. 1994); Japan IQ (Sun et al. 1991; Zhang JW et al. 1998); Chinese comparative scale of intelligence test (Yang et al. 1994). [b]Wechsler intelligence test (An et al. 1992; Ren et al. 1989; Wang G et al. 1996); Chinese Binet IQ (Guo et al. 1991); Raven (Poureslami et al. 2011; Seraj et al. 2006); Binet-Simon (Xu et al. 1994). [c]Iodine (Hong et al. 2001; Lin et al. 1991; Wang SH et al. 2001); arsenic [Wang SX et al. 2007; Xiang et al. 2003; Zhao et al. 1996; (Zhang JW et al. 1998 was already excluded, see note a)]. [d]Fluoride from coal burning [Li FH et al. 2009 (Guo et al. 1991 and Li Y et al. 1994 were already excluded; see notes a and b)].



**Figure 3.** Begg's funnel plot showing individual studies included in the analysis according to random-effect standardized weighted mean difference (SMD) estimates (x-axis) and the SE (se) of each study-specific SMD (y-axis). The solid vertical line indicates the pooled SMD estimate for all studies combined and the dashed lines indicated pseudo 95% confidence limits around the pooled SMD estimate.

have superficial fluoride-rich minerals with little, if any, likelihood of contamination by other neurotoxicants that would be associated with fluoride concentrations in drinking water. From the geographic distribution of the studies, it seems unlikely that fluoride-attributed neurotoxicity could be attributable to other water contaminants.

Still, each of the articles reviewed had deficiencies, in some cases rather serious ones, that limit the conclusions that can be drawn. However, most deficiencies relate to the reporting of where key information was missing. The fact that some aspects of the study were not reported limits the extent to which the available reports allow a firm conclusion. Some methodological limitations were also noted. Most studies were cross-sectional, but this study design would seem appropriate in a stable population where water supplies and fluoride concentrations have remained unchanged for many years. The current water fluoride level likely also reflects past developmental exposures. In regard to the outcomes, the inverse association persisted between studies using different intelligence tests, although most studies did not report age adjustment of the cognitive test scores.

Fluoride has received much attention in China, where widespread dental fluorosis indicates the prevalence of high exposures. In 2008, the Ministry of Health reported that fluorosis was found in 28 provinces with 92 million residents (China News 2008). Although microbiologically safe, water supplies from small springs or mountain sources created pockets of increased exposures near or within areas of low exposures, thus representing exposure settings close to the ideal, because only the fluoride exposure would differ between nearby neighborhoods. Chinese researchers took advantage of this fact and published their findings, though mainly in Chinese journals and according to the standards of science at the time. This research dates back to the 1980s, but has not been widely cited at least in part because of limited access to Chinese journals.

In its review of fluoride, the NRC (2006) noted that the safety and the risks of fluoride at concentrations of 2–4 mg/L were incompletely documented. Our comprehensive review substantially extends the scope of research available for evaluation and analysis. Although the studies are generally of insufficient quality, the consistency of their findings adds support to existing evidence of fluoride-associated cognitive deficits, and suggests that potential developmental neurotoxicity of fluoride should be a high research priority. Although reports from the World Health Organization and national agencies have generally focused on beneficial effects of fluoride (Centers for Disease Control and

Prevention 1999; Petersen and Lennon 2004), the NRC report examined the potential adverse effects of fluoride at 2–4 mg/L in drinking water and not the benefits or potential risks that may occur when fluoride is added to public water supplies at lower concentrations (0.7–1.2 mg/L) (NRC 2006).

In conclusion, our results support the possibility of adverse effects of fluoride exposures on children's neurodevelopment. Future research should formally evaluate dose–response relations based on individual-level measures of exposure over time, including more precise prenatal exposure assessment and more extensive standardized measures of neurobehavioral performance, in addition to improving assessment and control of potential confounders.

## References

Agency for Toxic Substances and Disease Registry. 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine (Update). Available: http://www.atsdr.cdc.gov/toxprofiles/tp11.pdf [accessed 5 April 2010].

An JA, Mei SZ, Liu AP, Fu Y, Wang CF. 1992. Effect of high level of fluoride on children's intelligence [in Chinese]. Chin J Control Endem Dis 7(2):93–94.

Begg CB, Mazumdar M. 1994. Operating characteristics of a rank correlation test for publication bias. Biometrics 50:1088–1101.

Bellinger DC. 2007. Interpretation of small effect sizes in occupational and environmental neurotoxicity: individual versus population risk. Neurotoxicology 28:245–251.

Bi WJ, Zheng X, Lan TX. 2010. Analysis on test results of drinking water's quality in Janan Railway Bureau from 2005–2009 [in Chinese]. Prev Med Trib 16(6):483–485.

Binet A, Simon T. 1922. The Measurement of the Mental Development of the Child (translated into Chinese by Jie FP). Shanghai:Commercial Press.

Centers for Disease Control and Prevention. 1999. Achievements in public health, 1900–1999: fluoridation of drinking water to prevent dental caries. MMWR 48(41):933–940.

Chen YX, Han F, Zhou Z, Zhang H, Jiao X, Zhang S, et al. 1991. Research on the intellectual development of children in high fluoride areas. Chin J Control Endem Dis 6(suppl):99–100. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

China News. 2008. Twenty-eight provinces were affected by fluorosis in China [in Chinese]. Available: http://news.qq.com/a/20081216/001707.htm [accessed 3 July 2012].

Chioca LR, Raupp IM, Da Cunha C, Losso EM, Andreatini R. 2008. Subchronic fluoride intake induces impairment in habituation and active avoidance tasks in rats. Eur J Pharmacol 579:196–201.

Ding Y, Gao Y, Sun H, Han H, Wang W, Ji X, et al. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis area in Hulunbuir, Inner Mongolia, China. J Hazard Mater 186:1942–1946.

Egger M, Davey Smith G, Altman DG. 2001. Systematic Reviews in Health Care: Meta-Analysis in Context. London:BMJ Publishing.

Egger M, Davey Smith G, Schneider M, Minder C. 1997. Bias in meta-analysis detected by a simple, graphical test. BMJ 315:629–634.

Fan ZX, Dai HY, Bai AM, Li PO, Li T, LI GD, et al. 2007. Effect of high fluoride exposure in children's intelligence [in Chinese]. J Environ Health 24(10):802–803.

Grandjean P. 1982. Occupational fluorosis through 50 years: clinical and epidemiological experiences. Am J Ind Med 3(2):227–336.

Grandjean P, Landrigan P. 2006. Developmental neurotoxicity of industrial chemicals. Lancet 368(9553):2167–2178.

Guo XC, Wang R, Cheng C, Wei W, Tang L, Wang Q, et al. 1991. A preliminary exploration of IQ of 7–13 year old pupils in a fluorosis area with contamination from burning coal. Chin J Endemiol 10:98–100. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

Higgins JP, Thompson SG. 2002. Quantifying heterogeneity in a meta-analysis. Stat Med 21:1539–1558.

Hong F, Cao Y, Yang D, Wang H. 2001. A study of fluorine effects on children's intelligence development under different environments. Chin Prim Health Care 15:56–57. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

Li FH, Chen X, Huang RJ, Xie YP. 2009. Intelligence impact of children with endemic fluorosis caused by fluoride from coal burning [in Chinese]. J Environ Health 26(4):338–340.

Li XH, Hou GQ, Yu B, Yuan CS, Liu Y, Zhang L, et al. 2010. Investigation and analysis of children's intelligence and dental fluorosis in high fluoride area [in Chinese]. J Med Pest Control 26(3):230–231.

Li XS, Zhi JL, Gao RO. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28(4):189–192.

Li Y, Jing X, Chen D, Lin L, Wang Z. 2003. The effects of endemic fluoride poisoning on the intellectual development of children in Baotou. Chin J Public Health Manag 19(4):337–338. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

Li Y, Li X, Wei S. 1994. Effect of excessive fluoride intake on mental work capacity of children and a preliminary study of its mechanism. J West China Univ Med Sci 25(2):188–191. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

Lin C, Zhang H. 1986. Wechsler Children Intelligence Scale. Revised Edition in China. Beijing:Beijing Normal University Press.

Lin FF, Ai HT, Zhao HX, Lin J, Jhiang JY, Maimaiti, et al. 1991. High fluoride and low iodine environment and subclinical cretinism in Xinjiang [in Chinese]. Endem Dis Bull 6(2):62–67.

Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS. et al. 2000. Effect of high-fluoride water on intelligence in children [in Chinese]. Fluoride 33(2):74–78.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17:169–177.

NRC (National Research Council). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, DC:National Academies Press.

Peng YP, Zou J, Yang DF, Li XH, Wu K. 2008. Analysis of water quality from homemade wells in Leshan downtown during 2004–2006 [in Chinese]. J Occup Health Damage. 23(4):219–221.

Petersen PE, Lennon MA. 2004. Effective use of fluorides for the prevention of dental caries in the 21st century: the WHO approach. Community Dent Oral Epidem 32(5):319–321.

Poureslami HR, Horri A, Atash R. 2011. High fluoride exposure in drinking water: effect on children's IQ, one new report. Int J Pediatr Dent 21(suppl 1):47.

Raven J, Raven JC, Court JH. 2003. Manual for Raven's Progressive Matrices and Vocabulary Scales. San Antonio, TX:Harcourt Assessment.

Ren DL, Li K, Lin D. 1989. An investigation of intelligence development of children aged 8–14 years in high-fluoride and low-iodine areas. Chin J Control Endem Dis 4:251. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

Seraj B, Shahrabi M, Falahzade M, Falahzade FP, Akhondi N. 2006. Effect of high fluoride concentration in drinking water on children's intelligence. J Dental Med 19(2):80–86. [abstract in English]. Available: http://journals.tums.ac.ir/upload_files/pdf/_/2530.pdf [accessed 24 August 2012].

Stern JAC. 2009. Meta-analysis in Stata: An Updated Collection from the Stata Journal. College Station, TX:Stata Press.

Sun LY. 2010. Survey of drinking water quality in Jintang County [in Chinese]. J Occup Health Damage 25(5):277–280.

Sun MM, Li SK, Wang YF, Li FS. 1991. Measurement of intelligence by drawing test among the children in the endemic area of Al-F combined toxicosis [in Chinese]. J Guiyang Med College 16(3):204–206.

Tang QQ, Du J, Ma HH, Jiang SJ, Zhou XJ. 2008. Fluoride and children's intelligence: a meta-analysis. Bio Trace Elem Res 126:115–120.

Trivedi MH, Verma RJ, Chinoy NJ, Patel RS, Sathawara NG. 2007. Effect of high fluoride water on intelligence of school children in India. Fluoride 40(3):178–183.

U.S. EPA. 2011. EPA and HHS Announce New Scientific Assessments and Actions on Fluoride: Agencies Working Together to Maintain Benefits of Preventing Tooth Decay while Preventing Excessive Exposure. Available: http://yosemite.epa.gov/opa/admpress.nsf/bd4379a92eceeeac8525735900400c27/86964af577c37ab28525781005a8417!OpenDocument [accessed 7 January 2011].

Choi et al.

Varner JA, Jensen KF, Horvath W, Isaacson RL. 1998. Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. Brain Res 784:284–298.

Wang D, Di M, Qian M. 1989. Chinese Standardized Raven Test, Rural Version. Tianjin, China:Tianjin Medical University.

Wang G, Yang D, Jia F, Wang H. 1996. Research on intelligence quotient of 4-7 year-old children in a district with a high level of fluoride. Endem Dis Bull 11:60–62. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

Wang SH, Wang LF, Hu PY, Guo SW, Law SH. 2001. Effects of high iodine and high fluorine on children's intelligence and thyroid function [in Chinese]. Chin J Endemiol 20(4):288–290.

Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin County, Shanxi Province, China. Environ Health Perspect 115:643–647.

Wang ZH, Wang SX, Zhang XD, Li J, Zheng XT, Hu CM, et al. 2006. Investigation of children's growth and development under long-term fluoride exposure [in Chinese; abstract in English]. Chin J Control Endem Dis 21(4):239–241.

World Bank. 2006. Water Quality Management: Policy and Institutional Considerations. Available: http://siteresources.worldbank.org/INTEAPREGTOPENVIRONMENT/Resources/China_WPM_final_lo_res.pdf [accessed 13 June 2012].

World Health Organization. 2002. Fluorides. Geneva:World Health Organization. Available: http://whqlibdoc.who.int/ehc/WHO_EHC_227.pdf [accessed 5 September 2012].

Wu TM. 1936. Second revision of Chinese-Binet Intelligence Test. Shanghai:Commercial Press (in Chinese).

Wu T. 1983. The Chinese Comparative Intelligence Test Guidebook. 3rd ed. Beijing:Beijing University Press.

Xiang Q, Liang Y, Chen L, Wang C, Chen B, Chen X, et al. 2003. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84–94.

Xu YL, Lu CS, Zhang XN. 1994. Effect of fluoride on children's intelligence [in Chinese]. Endem Dis Bull 2:83–84.

Yang Y, Wang X, Guo X, Hu P. 1994. Effects of high iodine and high fluorine on children's intelligence and the metabolism of iodine and fluorine. Chin J Pathol 15(5):296–298. Available: http://www.fluoridealert.org/chinese/ [accessed 20 August 2012].

Yao LM, Deng Y, Yang SY, Zhou JL, Wang SL, Cui JW. 1997. Comparison of children's health and intelligence between the fluorosis areas with and without altering water sources [in Chinese]. Lit Inf Prev Med 3(1):42–43.

Yao LM, Zhou JL, Wang SL, Cui KS, Lin FY. 1996. Analysis of TSH levels and intelligence of children residing in high fluorosis areas [in Chinese]. Lit Inf Prev Med 2(1):26–27.

Zhang J, Gung Y, Guo J. 1985. Children Intelligence Scale Handbook. Beijing:Captial Institute of Pediatrics Heatlh Research Office.

Zhang JW, Yao H, Chen Y. 1998. Effect of high level of fluoride and arsenic on children's intelligence [in Chinese]. Chin J Public Health 17(2):57.

Zhang M, Wang A, Xia T, He P. 2008. Effects of fluoride on DNA damage, S-phase cell-cycle arrest and the expression of NF-κB in primary cultured rat hippocampal neurons. Toxicol Lett 179:1–5.

Zhao LB, Liang GH, Zhang DN, Wu XR. 1996. Effect of a high fluoride water supply on children's intelligence. Fluoride 29(4):190–192.

Exhibit A

Adkins Declaration, Exhibit 05

Chang Dep.

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 AT SAN FRANCISCO

4

5   FOOD & WATER WATCH, et al.,   )   **CERTIFIED COPY**
                                  )
6                                 )
                                  )
          Plaintiffs,             )
7                                 )   Case No.
      vs.                         )   17-CV-02162-EMC
8                                 )
    U.S. ENVIRONMENTAL            )
9   PROTECTION AGENCY, et al.,    )
                                  )
10        Defendants.             )
                   ____           )
11

12

13

14

15            VIDEOTAPED DEPOSITION OF

16             ELLEN CHANG, SC.D.

17

18          Thursday, August 29, 2019

19

20

21

22

23

24

25

1    A.    I would say, again, it depends.  If the

2  method that you're talking about is, for example,

3  you know, like the directions that you gave, or

4  measuring some -- like a standard length that is

5  known to be 100 centimeters, you know, precisely.

6  Then something that simple should be able to be

7  reproduced with a very small degree of error, you

8  know, almost all the time.

9         When it's more complicated and involves

10  scientific judgment and expertise, then it will

11  depend on the scientific judgment and expertise of

12  the individuals involved.  And you may arrive at

13  different conclusions a higher proportion of the

14  time than you would when you are doing something as

15  simple as measuring distance or measuring length.

16    **Q.    Okay.  So you can envision scenarios where**

17  **a scientific method that produces -- that results in**

18  **50 scientists reaching one conclusion and 50**

19  **scientists reaching the opposite conclusion, you can**

20  **contemplate the scenario where that would be**

21  **considered still a scientifically reliable method.**

22    A.    I think it does not necessarily call the

23  method into question.  You could have -- I think it

24  depends on -- I think that's, I guess, just too

25  vague a scenario or, perhaps, too simple.  It's -- I

```
 1    think the method can be completely clear and

 2    reliable and valid, and yet be -- due to differences

 3    in the individuals attempting to follow that method.

 4    Again, in -- in terms of their judgment and their

 5    qualifications and background and expertise, as well

 6    as, how well they followed the method and -- and

 7    that sort of thing.  I think you can lead -- you can

 8    obtain different results despite following the same

 9    valid method.

10         I would also say that reaching a conclusion

11    that evidence is insufficient to establish a causal

12    effect and a conclusion that evidence is sufficient

13    to establish a causal effect are not necessarily

14    opposite conclusions, but they are different.  But

15    not diametrically opposed, necessarily.

16         Q.   Okay.  Can you explain how --

17              So how is it that a conclusion that there

18    is insufficient evidence of caus- -- causation, how

19    is that not opposite the conclusion that there is

20    sufficient evidence of causation?  Can you explain

21    that a little bit more?

22         A.   Sure.  I think if you conclude that there

23    is insufficient evidence, you could conclude -- that

24    could be a conclusion that there is, for example, a

25    statistical association that is observed.  If we're
```

1    talking about epidemiology.  There could be a

2    conclusion that there is a statistically significant

3    association observed.  Even that it's consistent

4    across a number of studies, not necessarily all

5    studies, but in -- in multiple studies.  And yet --

6    and it could be suggestive of a causal association,

7    but not yet sufficient.

8             So, you know, it could fall short, for

9    example, in terms of uncertainties in exposure

10   assessment or in control for confounders.

11            And so I think that conclusion -- it's

12   similar to, for example, an NTP conclusion that

13   there's a presumed health hazard, or an IARC

14   conclusion that a given agent is a probable human

15   carcinogen, but not a definite human carcinogen.

16   There are degrees of classification of the level of

17   evidence.

18        Q.   Uh-huh.

19        A.   And so for me, the opposite conclusion

20   would be that there is evidence that it is not a

21   causal effect.

22            So that would be like the Group 4

23   classification for IARC, which my understanding is

24   they've only classified one agent ever as a Group 4

25   carcinogen where, you know, they said the

```
1   evidence -- there -- there's good evidence, and it

2   suggests it's not a carcinogen.  And then NTP, that

3   would be their classification that something is

4   not -- or not likely to be, I think is their lowest

5   classification.  Not likely to be a health hazard.

6   That, to me, would be closer to the opposite

7   conclusion than, you know, the -- the sort of

8   higher -- higher levels.

9       Q.   So insufficient evidence of causation, for

10  epidemiology sake, is not inconsistent with the

11  chemical being a presumed cause of the outcome.

12      A.   That is correct.  So presumed under NTP's

13  definition of presumed health hazard is -- is

14  actually specifically not known to be a health

15  hazard.  So it's specifically not a causal effect.

16  And so insufficient evidence is -- is consistent

17  with, you know, not known to be a cause.

18      Q.   Right.

19          So when you used the phrase insufficient

20  evidence of causation from the epidemiological

21  literature, you're not saying the chemical doesn't

22  cause the effect; is that correct?

23          MS. CARFORA:  Objection.  Mischaracterizes.

24          THE WITNESS:  It says -- when I say it's

25  insufficient, I'm saying that there's not enough
```

1    compelling evidence to reach a definitive

2    conclusion, one way or the other.

3    BY MR. CONNETT:

4        Q.    Okay.  And your conclusion that there's

5    insufficient evidence of epidemiological -- sorry,

6    strike that.

7            Your conclusion, in any of your systematic

8    reviews that there is insufficient epidemiological

9    evidence of causation, is not inconsistent with the

10   chemical being a presumed cause of the effect.

11       A.    Where presumed -- here we're using

12   presumed, I guess, do you mean it the way NTP means

13   it?  Where they have a specific technical

14   definition?

15       Q.    No, let's use it more generally.

16       A.    So presumed more generally, I would not use

17   that term because I think it's -- it's -- it can be

18   misinterpreted.

19       Q.    Okay.

20       A.    I think NTP can use it because they

21   specifically --

22       Q.    Right.

23       A.    -- define out what presumed means.

24       Q.    Okay.

25       A.    And then I'm comfortable -- I'm more

```
 1   comfortable using it the way -- you know, if I can

 2   say, "This is how NTP uses it."

 3           Where they say, for example, I think for

 4   the, you know, the perfluorinated chemicals, I think

 5   they con- -- considered there to be a moderate level

 6   of epidemiologic evidence for one particular immune

 7   outcome, and then a low level of epidemiologic

 8   evidence for all of the other immune outcomes.

 9           I mean, I -- I agree that it's not a high

10   level of epidemiologic evidence for any specific

11   immune outcome.  This all falls under the presumed

12   immune hazard classification.

13           Then my conclusion, or my and my coauthor's

14   conclusion, that PFOA and PFOS have insufficient

15   epidemiologic evidence to establish that they cause

16   immunotoxic outcomes in humans.  That conclusion is

17   consistent with NTP's classification where they

18   looked at the human evidence and specifically

19   considered it moderate for one immune outcome, low

20   --

21           THE REPORTER:  I'm sorry, for one outcome?

22           THE WITNESS:  For one immune outcome,

23   sorry.

24           Low quality of evidence, or low weight of

25   evidence for another, and then overall, based on the
```

```
 1   you, right?

 2        A.   I don't remember now if it was seven or

 3   some other value.  I did have that letter.

 4        Q.   Okay.  So moving on, if you turn to Page

 5   71.

 6             And this is your section on consistency,

 7   correct?

 8        A.   Yes.

 9        Q.   Okay.

10             MR. CONNETT:  Can we just go off the record

11   really quickly?

12             THE VIDEOGRAPHER:  We're off the record.

13

14                    (Break taken.)

15

16             THE VIDEOGRAPHER:  We are on the record.

17             The time is 4:56 p.m.

18   BY MR. CONNETT:

19        Q.   Okay.  So on Page 71, I'm looking about

20   halfway down the paragraph.

21             And you see the sentence beginning, "Among

22   the Mexican children"?

23        A.   Yes.

24        Q.   I'm looking further down, if you go to the

25   next line, I'm gonna start reading.  It says, "Among
```

```
 1    the Canadian children, no association with maternal

 2    urinary fluoride, residential drinking water

 3    fluoride level, or estimated fluoride intake from

 4    beverages, with point estimates" -- "estimates

 5    indicating nonsignificant higher IQ scores was

 6    observed among girls."

 7              That's what you wrote, right?

 8      A.    I see that.

 9      Q.    And that's --

10              You're referencing the Green 2019 study,

11    right?

12      A.    At the time it was Green, et al., in press.

13      Q.    Okay.  And you're citing that as evidence

14    of inconsistency in the data, correct?

15      A.    I'm --

16              What I am citing here is the finding that

17    in the Green, et al. study they observed

18    heterogeneous results between boys and girls.  They

19    found adverse associations in boys.  Whereas, they

20    did not find that association in girls.  Whereas, in

21    the Mexico City study, they did not see -- where

22    Mexico City study refers to Bashash, et al., 2017,

23    they did not see this heterogeneity by gender.

24      Q.    Now, Dr. Chang, you would agree, and I

25    think you testified earlier, that the Green study is
```

1    an important study in the -- important study on

2    fluoride and IQ, correct?

3        A.   Yeah.  I don't think I used the word

4    "Important" before, but I agree that it is an

5    informative -- I -- I think it's an important study.

6        Q.   Okay.  And have you read it?  Have you read

7    the study?

8        A.   Yes.

9        Q.   And Dr. Chang, is it your testimony that

10   the Green study did not find a significant

11   relationship between fluoride intake from beverages

12   and reduced IQ in girls?

13       A.   I'm looking at it right now.  Or my summary

14   of it right now.

15            So here I can see that they have no

16   significant association between maternal urinary

17   fluoride and full-scale IQ in girls.  They also do

18   not have a significant association between maternal

19   urinary fluoride in the first trimester, the second

20   trimester, or the third trimester, and full-scale IQ

21   among girls.  I see that they have no significant

22   association between maternal urinary fluoride and

23   performance IQ in girls, and that also applies to

24   maternal first, second, and third trimester urinary

25   fluoride.  And that also is true for verbal IQ.

Exhibit A

Adkins Declaration, Exhibit 06

Thiessen Report

# APPENDIX 6:

### Expert Report of Kathleen M. Thiessen, PhD



# Assessment of the Neurotoxicity of Fluoride

Kathleen M. Thiessen, Ph.D.
June 27, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



**B.    Neurotoxicity Is a More Sensitive Effect of Fluoride than Severe Dental Fluorosis**

According to the Guidelines, "if data are considered sufficient for risk assessment, and if neurotoxicity is the effect occurring at the lowest dose level (i.e., the critical effect), an oral or dermal RfD, or an inhalation RfC, based on neurotoxic effects, is then derived."[228]  At present, EPA assumes severe dental fluorosis to be the critical effect of fluoride exposure.[229]  This assumption, however, has no identifiable biological or empirical justification, and it is at odds with substantial animal and epidemiological evidence.

A)    <u>Background</u>

The EPA, in its 2010 report, established a Reference Dose (RfD)[230] of 0.08 mg/kg/day, based on keeping the percentage of children with severe dental fluorosis below 0.5%.[231]  EPA considered this RfD to also be protective against a fluoride-related increase in bone fractures in adults[232] and presumably also of Stage II skeletal fluorosis.  EPA stated that the "Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride."[233]  However, the EPA ignored or failed to consider any adverse health effects other than severe dental fluorosis, stage II skeletal fluorosis, or bone fractures, even though the NRC (2006) discussed a number of additional adverse health effects due to fluoride exposure.[234]  As discussed earlier, the NRC concluded that fluoride is an endocrine disruptor,[235] and it can interfere with the brain by both direct and indirect means.[236]  EPA's representative in this litigation (Edward Ohanian) recognized that NRC's concerns about potential neurotoxicity in humans justified application of an uncertainty factor to account for a "database deficiency."[237]  However, EPA did not apply any uncertainty factors, due to concerns about interfering with caries-prevention programs.[238]

B)    <u>Biological Considerations</u>

In its risk assessment, EPA did not address the biological or empirical justification for assuming that severe dental fluorosis is a more sensitive effect of fluoride exposure than neurotoxicity.  Instead, EPA treated the scarcity of quantitative dose response data on neurotoxicity as evidence that neurotoxicity is a less sensitive effect.  EPA's assumption ignores the different windows of susceptibility for fluoride-induced neurotoxicity and fluorosis.  As discussed earlier, there are distinct pharmacokinetics (e.g., known placental transfer, lack of an effective blood-brain barrier) during the *in utero* period that will render the organism more vulnerable to fluoride's neurological effects than during the childhood years.  Consistent with this, recent prospective cohort studies, as well many animal studies, have identified the prenatal period as a

---

[228] EPA (1998a), p. 2; Federal Register (1998), p. 26928.
[229] EPA (2010b), pp. i, 87, 94.
[230] Reference Dose (RfD): An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments. EPA (2009a).
[231] EPA (2010b), pp. xiv, 103.
[232] EPA (2010b), pp. xv, 105.
[233] EPA (2010b), p. i.
[234] NRC (2006), pp. 8, 12, 222-223, 266-267.
[235] NRC (2006), p. 266.
[236] NRC (2006), p. 222.
[237] Ohanian Deposition at pp. 200:4-202:2, 206:9-19.
[238] Ohanian Deposition at pp. 205:6-16, 206:14-19, 329:3-7.  See also EPA (2010b), pp. 105-106:  "the total uncertainty factor applied was 1" (p. 105) and "1 is the chosen value for each of the following uncertainty factors used in this estimate of the fluoride oral RfD:  UF_H, UF_A, UF_S, UF_L.  The composite UF is also equal to 1" (p. 106).



*Database Deficiency ($UF_D$):* EPA regularly applies an uncertainty factor of 3 to 10 to account for important research gaps in the literature, or when there are indications of other toxic effects that have not been adequately studied. According to EPA, "If there is concern that future studies may identify a more sensitive effect, target organ, population, or life stage, a database uncertainty factor reflects the nature of the database deficiency."[435] In the 2-Hexanone risk assessment, for example, EPA applied a $UF_D$ of 10 because of both (a) the absence of multigenerational and developmental studies, and (b) the existence of studies which "suggest the possibility" of reproductive and immunological toxicity.[436]

*Composite uncertainty factors:* As summarized in Table 4, the composite uncertainty factors that EPA has applied in its 9 neurotoxicity risk assessments under the Guidelines range from 100 to 3,000. Three of these risk assessments (those for Methanol, RDX, and Trimethylbenzenes[437]), were published after EPA's adoption (in 2011) of its current hierarchical framework for determining HEDs from animal data.[438] Prior to adoption of this method, $UF_A$ for interspecies variability had a value of 10 for each of the risk assessments; thereafter it has had a value of 3. As a practical matter, however, the adjustment is similar across the two periods of time, because the point of departure now starts at a lower dose under EPA's current approach, due to derivation of the HED prior to application of uncertainty factors.

B)  Identifying LOAEL/NOAELs for Fluoride Neurotoxicity from Animal Studies

EPA prefers to use human data for identifying a POD in the rare instances where such data are available.[439] The recent prospective cohort studies[440] with individual-level biomonitoring data provide sufficient human data to establish a POD for fluoride neurotoxicity. I understand that Dr. Philippe Grandjean has conducted an analysis of human data to establish a POD for fluoride neurotoxicity, and that he has calculated a BMDL of 0.1 mg/L (maternal urinary fluoride during pregnancy) based on a Benchmark Response (BMR) of 1 lost IQ point from prospective cohort data reported by Bashash et al.[441] I understand that Dr. Grandjean has not attempted to establish an RfD, but a BMDL of 0.1 mg/L in maternal urine would result in an RfD well below the intake levels in fluoridated communities, particularly after the application of appropriate uncertainty factors.

To avoid duplication of Dr. Grandjean's analysis, and to determine whether his BMDL is consistent with potential RfDs derived from animal data, I sought to determine the range of RfDs that are supported by the current animal experimental data. My purpose was not to derive a single value for the RfD, but to assess the approximate range of RfD values that would be obtained if EPA's ordinary risk assessment procedures are applied to examples selected from the fluoride database. Of primary interest to this analysis is whether RfDs derived from neurotoxicity data would be greater than, equal to, or less than the current RfD of 0.08 mg/kg/day.

In light of the human data now available, animal data would no longer be the preferred source of the POD for fluoride neurotoxicity.[442] However, several considerations could justify use of animal data to establish an RfD for fluoride. First, EPA has used animal research as the principal study for each of the

[435] EPA (2018a), p. xxii.
[436] EPA (2009c), pp. 74-75.
[437] EPA (2013a; 2016; 2018a).
[438] EPA (2011b).
[439] EPA (2018a), p. 2-1.
[440] Bashash et al. (2017; 2018); Valdez-Jiménez et al. (2017); Green (2018).
[441] Bashash et al. (2017).
[442] EPA (2018a), p. 2-1.



Exhibit A

Adkins Declaration, Exhibit 07

Second Chang Decl.

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10
11

FOOD & WATER WATCH, INC., et al.,

12                      Plaintiffs,

    v.

Case No. 3:17-cv-02162 EMC

13

UNITED STATES ENVIRONMENTAL
14  PROTECTION AGENCY, et al.,

**SECOND DECLARATION OF**
**ELLEN T. CHANG**

15                      Defendants.

16
17        I, Ellen T. Chang, Sc.D., submit the following declaration in support of Defendants' Opposition

18  to Plaintiffs' Motion for Summary Judgment and Partial Motion for Summary Judgment:

19        1.      My experience and credentials are set out in the declaration that I submitted in support of

20  Defendants' Motion for Summary Judgment, dated October 9, 2019, ECF No. 116-3, and are

    incorporated by reference herein.
21

22        2.      On June 27, 2019, Plaintiffs' retained experts Dr. Jacqueline Calderón Hernández,

23  Dr. Philippe Grandjean, and Dr. Kathleen Thiessen, as well as non-retained experts Dr. Howard Hu and

24  Dr. Bruce Lanphear, filed expert reports pertaining at least in part to the epidemiological evidence on

    the association between exposure to fluoride and human developmental neurotoxicity.
25

26        3.      Counsel for Defendants asked me to, *inter alia*, assess and respond to Plaintiffs' expert

27  opinions on the epidemiological evidence regarding the association between exposure to fluoride and

28  human developmental neurotoxicity.

4.      None of Plaintiffs' experts in this matter, including Drs. Calderón Hernández, Grandjean, Hu, Lanphear, and Thiessen, conducted a systematic literature review of the association between fluoride exposure and developmental neurotoxicity, nor did any purport to do so.

5.      Therefore, to respond to Plaintiffs' experts' opinions, and to address gaps in the coverage and critical assessment of the relevant scientific evidence covered in their reports, I undertook a systematic literature review and causal analysis of the available epidemiological literature on fluoride exposure and developmental neurotoxicity in humans.

6.      If called upon to testify, I will explain in detail the methods and results of my systematic literature review and causal analysis, and distinctions between my opinions and Plaintiffs' experts' opinions and the bases thereof, which were described throughout the rebuttal report that I submitted in this case. The following summarizes the methods that I used and my results. Where citations are provided, they refer to sources cited in my rebuttal report.

**Summary of Systematic Literature Review Methods**

7.      The primary source that I used to identify relevant studies was PubMed, an online search engine developed and maintained by the U.S. National Library of Medicine that provides access to more than 29 million citations for biomedical literature from MEDLINE (a bibliographic database of articles from more than 5,200 international biomedical and life sciences journals), additional life science journals, and online books.

8.      Because several of the studies included in prior meta-analyses were published in the journal *Fluoride*, which is not included in MEDLINE, I also searched the *Fluoride* website. I also searched for relevant studies in the reference lists of articles that I reviewed, as well as Plaintiffs' responses to requests for production and Plaintiffs' experts' reports.

9.      Prior to searching the literature, I determined that epidemiological studies relevant to this matter should meet the following eligibility criteria:

- Evaluation of developmental exposure to fluoride, where "developmental" refers to early life and childhood, defined broadly as including gestation through age 18 years;

2

- Evaluation of neurological outcomes, defined broadly as including cognitive, behavioral, and other neuropsychological endpoints, at any age; and

- Presentation of quantitative results, such as relative risks, risk differences (e.g., differences in group means), and/or correlation coefficients, for the association between developmental exposure to fluoride and neurological outcomes.

10.    I excluded epidemiological studies of occupational exposure to fluoride, because such exposure occurs during adulthood and, therefore, it does not pertain to neurodevelopmental outcomes. I also excluded animal studies, *in vitro* studies, epidemiological studies of other health outcomes, editorials, commentaries, letters without original research data, and reviews.

11.    Using the following search string, I identified 1,457 articles in PubMed as of July 1, 2019:

> *(fluorid\* OR fluoride OR fluoridation OR fluoridated OR fluoridate) AND (intell\* OR intelligence OR intellectual OR IQ OR cognit\* OR cognitive OR behavior\* OR behavior OR behavioral OR neuro\* OR neurolog\* OR neurotox\* OR neurodevelopment\* OR psycho\* OR psycholog\* OR psychomotor\* OR mental OR attention OR hyperactiv\* OR autism OR autistic OR nervous) AND (water OR urine OR urinary OR blood OR serum OR plasma).*

12.    Based on a review of the titles and abstracts, I identified 44 of these articles as being potentially relevant original epidemiological research studies of fluoride exposure and neurodevelopmental outcomes.

13.    Using the following search string, I identified approximately 1,250 results (although the number of hits fluctuated substantially over time) on the *Fluoride* journal website as of July 1, 2019:

> *intelligence OR intellectual OR intellect OR IQ OR cognitive OR cognition OR behavior OR behavioral OR neurodevelopment OR neurodevelopmental OR psychological OR psychomotor OR neuropsychological OR mental OR attention OR hyperactivity OR autism OR nervous.*

14.    Based on a review of the titles, I identified 39 of these results as being potentially relevant original epidemiological research studies, including full-length articles and abstracts.

15.    Finally, from reference lists of reviewed articles, as well as Plaintiffs' responses to requests for production and Plaintiffs' experts' reports, I identified 40 additional potentially relevant original epidemiological research studies.

3

16.     I reviewed the full text of all 123 potentially relevant studies and excluded 31 that lacked original data on fluoride exposure and neurodevelopmental outcomes. I separated out the 36 articles that were previously reviewed in the three meta-analyses, which I described in my prior declaration and that I also reviewed and would testify to if called upon (*i.e.*, Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). This left 56 original research articles, apart from the 36 that were covered in prior meta-analyses, that I included in my review.

17.     All of the published original epidemiological studies of fluoride exposure and neurodevelopmental outcomes conducted by the research teams of Drs. Calderón Hernández, Grandjean, Hu, and Lanphear, as cited in their expert reports, were included in my review.

18.     To encompass the totality of epidemiological studies of fluoride exposure and neurodevelopmental outcomes, I undertook a qualitative assessment of the methodological quality and results of all of the studies identified by my literature search. To ensure a systematic approach to this assessment, I evaluated the studies according to standard epidemiological considerations, including study design, study population, exposure assessment, outcome assessment, and confounder adjustment, based on well-accepted scientific principles. I also considered the potential for publication bias.

**Summary of Certain Systematic Literature Review Results**

19.     The following is a summary of some of the results of my systematic literature review.

20.     Most of the available epidemiological studies of the association between fluoride exposure and human developmental neurotoxicity are of poor quality and insufficient to establish causal effects of fluoride exposure due to their methodological limitations, including their cross-sectional design, high potential for selection bias, ecological or otherwise non-specific assessment of fluoride exposure, and minimal control for confounding.

21.     Concerns about editorial and publication bias also undermine the reliability of conclusions based on many of the available published epidemiological studies of fluoride exposure and developmental neurotoxicity.

22.     Further, most of the available epidemiological studies were conducted in populations where average fluoride exposure levels were well above those attained through artificial fluoridation in

1    the United States, such that their findings cannot reliably be extrapolated to the potential health effects

2    of consuming artificially fluoridated drinking water in the United States.

3        23.    Finally, most of the available epidemiological studies were conducted in rural,

4    impoverished areas, where other potential environmental and behavioral influences on

5    neurodevelopment may limit the relevance of results to the United States. For example, in such settings,

6    limited educational resources (including poorly educated parents), infectious diseases, food deficiency

7    and stunting, deficiencies in essential nutrients such as folate, iodine, and iron, physical stressors, and

8    co-exposure to neurotoxins such as lead and mercury from environmental pollution could interact with

9    fluoride exposure to influence cognitive outcomes in children.

10       24.    In the past two years, the available epidemiological literature has been augmented by

11   higher-quality studies in Western populations with lower levels of fluoride in drinking water, including

12   some studies that found statistically significant adverse associations.

13       25.    However, the number of such studies is relatively small; methodological uncertainties

14   remain about the assessment of fluoride exposure and neurodevelopmental outcomes; and the reported

15   findings are plausibly explained by confounding, bias, and chance.

16       26.    Therefore, my systematic literature review and causal analysis of the available

17   epidemiological studies show that the overall weight of scientific evidence does not demonstrate a causal

18   effect of consumption of fluoridated drinking water on developmental neurotoxicity in humans.

19

20   I declare under penalty of perjury that the foregoing is true and correct.

21   Executed on October 18, 2019, in Menlo Park, California.

22

23

24                                    Ellen T. Chang
                                      Ellen T. Chang, Sc.D.

25

26

27

28

5

SECOND DECLARATION OF ELLEN T. CHANG
Case No. 3:17-cv-02162 EMC

Exhibit A

Adkins Declaration, Exhibit 08

Tsuji Decl.

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10
11
12
13
14
15

FOOD & WATER WATCH, INC., et al.,

        Plaintiffs,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

        Defendants.

Case No. 3:17-cv-02162 EMC

**DECLARATION OF JOYCE TSUJI**

16
17
18
19

     I, Joyce Tsuji, Ph.D., DABT, Fellow ATS, submit the following declaration in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Partial Motion for Summary Judgment:

**Experience and credentials**

20
21
22

     1.    I am a toxicologist and am employed as a Principal Scientist at Exponent, a multidisciplinary sciences and engineering firm.

22
23
24

     2.    I completed a Ph.D. focused in environmental physiology with postdoctoral research related to quantitative genetics in the Department of Zoology, University of Washington.

24
25
26

     3.    I have been a Fellow of the Academy of Toxicological Sciences since 2007, and have been continuously certified by the American Board of Toxicology since 1992.

26
27
28

     4.    I have served on various expert scientific committees for the National Academy of Sciences (NAS)/National Research Council (NRC), Institute of Medicine (IOM), EPA, and the State of Washington.

5.      From 1987 until the present, I have worked as an environmental consultant conducting, overseeing, and reviewing human health risk assessments, exposure studies, and toxicology assessments.

6.      I am familiar with exposure and health effects of fluoride and neurotoxic inorganic chemicals from my service on expert committees and numerous risk assessment and toxicology projects.

7.      I have published in the peer-reviewed scientific literature on risk assessment, toxicology, biomonitoring, and exposure pathways to substances in the environment.

8.      If called upon to testify, I will explain in detail the methods and results of my systematic literature review and causal analysis, and distinctions between my opinions and Plaintiffs' experts' opinions and the bases thereof, which were described throughout the rebuttal report I submitted in this case. The following summarizes the methodology I used, certain of my results, and certain critiques I made of Dr. Grandjean's and Dr. Thiessen's opinions.

**Dr. Tsuji's systematic review of relevant toxicology literature**

9.      Counsel for Defendants asked me to provide expert toxicology opinions in response to Plaintiffs' experts regarding the alleged unreasonable risk of neurotoxicity posed by community water fluoridation in the United States.

10.     I reviewed, among other things, the opinions of Plaintiffs' experts Dr. Kathleen Thiessen and Dr. Philippe Grandjean that relate to the neurotoxicology of fluoride based on experimental animal studies, and in particular, the consistency of the evidence regarding developmental neurotoxicity (i.e., learning and memory) in laboratory animals with the epidemiological literature on the association of early-life fluoride exposure on IQ test scores of children.

11.     A primary focus of Plaintiffs' experts appears to be on the hazard of fluoride, which is typically interpreted as whether a substance at any dose can cause an effect, regardless of mechanism. This is a relatively easy criterion to meet regarding effecting basic physiological functions such as of the nervous system because excessively high doses of most any substance can disrupt metabolic functions and other organ systems and thereby harm the nervous system. The more relevant consideration for regulation of substances is not hazard, but the relationship between dose and potential health effects at relevant human exposures. This relationship is the central tenant of toxicology.

12.     In considering the scientific literature on the neurotoxicology of fluoride, I first evaluated the recent National Toxicology Program ("NTP") systematic review (NTP 2016) because of the breadth and depth of its coverage and assessment of the published literature, including foreign language articles.

13.     In 2016, NTP published a systematic review that identified key data gaps in the available data and the lack of comprehensive, well-conducted studies for assessing the dose-response at relevant human exposures, especially concerning the developmental neurotoxicity of fluoride

14.     I updated the NTP 2016 review by conducting a systematic search of the more recent literature from 2016 to June 15, 2019 using the National Library of Medicine's PubMed database. I reviewed the titles and abstracts of the publications identified through this search to identify any additional relevant publications.

15.     In addition, because the *Fluoride* journal is not listed in PubMed, I reviewed each issue from 2016 to June 2019. I also reviewed the materials produced in this case for articles published since the NTP 2016 review.

16.     Since the 2016 NTP review, there have been twelve developmental neurotoxicity studies published, including one animal study conducted by NTP researchers specifically to follow up on and fill the gap regarding the uncertainties and deficiencies noted in the NTP 2016 review, McPherson et al. 2018.

17.     McPherson et al. 2018 is the most comprehensive and well-conducted and reported developmental neurotoxicity study of learning and memory in animals among the studies published after the NTP 2016 review. It addressed many of the key data gaps in the literature on the relationship between fluoride exposure and developmental neurotoxicity. The results of the study, therefore, are the most reliable of the studies I identified in my systematic review.

18.     Based on my systematic review, other studies published after the NTP 2016 review had significant issues of study quality, risk of bias, indirectness for testing learning and memory, and hence reliability for basing conclusions, including serious limitations for quantifying the dose-response of fluoride exposure and developmental neurotoxicity and the consistency of this evidence with the epidemiological studies of cognitive effects in children.

3

**Brief summary of certain critiques of Plaintiffs' experts**

19. Based on my review of NTP 2016 and my systematic review of subsequent literature, because of their focus on positive findings of effects or hazard of fluoride, Dr. Grandjean and Dr. Thiessen rely on the weight of overwhelmingly poor quality studies on neurotoxicity and downgrade the most rigorously conducted developmental neurotoxicity publication by NTP that characterized the potential developmental neurotoxicity of fluoride at low doses of relevance to U.S. populations.

20. Further, Plaintiffs' experts failed to fully consider the results of McPherson et al. 2018.

21. Drs. Thiessen and Grandjean allege that the strain of rat used by McPherson et al. 2018 (the Long Evans hooded rat) is an insensitive strain which therefore explains the lack of effects of fluoride at the exposure concentrations used. This comment and others were presented in a commentary relied upon by Dr. Thiessen, which was published in the *Journal of Medical Hypothesis*, which claimed to have identified 10 flaws in the McPherson study (Spencer and Limeback 2018).

22. Spencer and Limeback 2018's commentary does not conduct a critical review of the other developmental neurotoxicology studies on fluoride, which are of far lower quality and less comprehensive and scientifically rigorous than McPherson et al. 2018. The criticisms of Spencer and Limeback 2018 regarding McPherson et al. 2018 have little scientific basis and contain a number of errors.

23. No actual evidence indicates that the lack of statistically significant effects with fluoride exposure reported by McPherson et al. 2018 compared to other animal studies resulted because of the issues raised by Spencer and Limeback 2018.

24. For these reasons and others, Dr. Thiessen's and Dr. Grandjean's critique of McPherson et al. 2018 lacks support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2019, in Bellevue, Washington.

Joyce Tsuji, Ph.D., DABT, Fellow ATS

4

Exhibit A

Adkins Declaration, Exhibit 09

Thiessen Dep.

Page 1

1                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

2

3      FOOD & WATER WATCH, INC., et        )

       al.,                               )

4                                         )

                                          )

5                          Plaintiffs,    )

                                          )  Case No.

6      vs.                                )  3:17-cv-02162

                                          )  -EMC

7      UNITED STATES ENVIRONMENTAL        )

       PROTECTION AGENCY, et al.,         )

8                                         )

                                          )

9                          Defendants.    )

                                          )

10

11

12

13            VIDEO RECORD & ORAL DEPOSITION OF

14               Kathleen M. Thiessen, Ph.D.

15              Tuesday, August 27, 2019

16                     9:00 A.M.

17              U.S. Attorney's Office

18                 800 Market Street

19           Knoxville, Tennessee 37902

20

21

22

23

24

                  Georgette H. Mitchell

25         Registered Professional Reporter

                    LCR-55 (TN)

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 221

1   mixed bag.  I would not be at all willing to use the --

2   the available data to say that -- that this country

3   experiences safe levels of exposure to it.

4        Q.     Okay.  In your opinion, if EPA were to

5   conduct a hazard assessment for fluoride, should it

6   look at the existing body of animal data or should it

7   look at the existing body of human data?

8        A.     It should look at both.  There's no

9   reason to not look at both.

10       Q.     Okay.  And how do those two work

11  together?

12       A.     With animal studies, you have the

13  opportunity for controlled experiments.  You can set

14  things up so that only one variable is being managed.

15  You can -- you have a better opportunity to control for

16  various things, to have blinding of the researchers and

17  so forth.

18              With human studies, depending on the

19  specific kind of study, it can be much harder to

20  evaluate exposures.  It -- sometimes we have a large

21  body of human studies that have not been blinded, so

22  you've got the inherent bias in those studies, but they

23  should, in the bigger picture, they should reinforce

24  each other.

25       Q.     Okay.  If in your opinion, if EPA were to

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 222

1     conduct a dose-response assessment, should it rely on

2     animal data or human data?

3          A.     It should look at both.

4          Q.     Okay.  But let's -- let's back up.  For

5     dose-response assessment, how does a dose-response

6     assessment work?

7                 MR. CONNETT:  Overbroad.

8                 THE WITNESS:  For a given effect or

9          endpoint you look at what dose, if any, is

10         associated with that effect or dose or range of

11         doses and whether the effect is either more

12         prevalent or more severe or both with increasing

13         dose.

14                In some cases, you can also get some

15         information on mechanism.

16    BY MS. CARFORA:

17         Q.     Are you familiar with the term point of

18    departure?

19         A.     Yes.

20         Q.     Okay.  What does that term mean?

21         A.     It's the selected combination of exposure

22    and effect used to -- as a starting place or point of

23    departure to set -- to calculate whether or not it's to

24    set what an RfD would be a reference dose.

25                That in my experience, that's the main

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 223

1    thing it's used for.  It's to -- as a way, a starting

2    place to estimate where to set an exposure level that

3    is probably going to be protective.

4                    MS. CARFORA:  Sorry.  What exhibit number

5         are we on?

6                    MR. CONNETT:  260.

7                    MS. CARFORA:  260.  I am going to mark

8         here 260.

9         (Exhibit 260 - Dose-Response Evaluation Graph.)

10   BY MS. CARFORA:

11        Q.     Have you ever seen a graph like this

12   before?

13        A.     Not exactly --

14        Q.     Okay.

15        A.     -- but I've seen the general idea for the

16   main part of it.

17        Q.     If I were to define point of departure to

18   be part of the first observation that effects at a

19   certain level, would that be accurate?

20        A.     That would be one possible point to

21   select as a point of departure.

22        Q.     Okay.  So there are other possible points

23   of depart -- or what else would you rely on to select a

24   point of departure?

25        A.     From what I've seen you can select,

Page 224

1    depending on the information available, you can select

2    a LOAEL, lowest adverse effect level, lowest observed

3    adverse effect level or a no observed adverse effect

4    level, NOAEL, or a benchmark dose.

5              There may be other possibilities, but

6    those are the three that I'm aware of.

7         Q.    Okay.  So the NOAEL, that you refer to as

8    NOAEL.  That's the N-O-A-E-L?

9         A.    Yes.

10        Q.    And then the LOAEL is the lowest

11   observable adverse effect level, right?

12             So we would measure those two points,

13   right?  And then so the idea is there's some sort of

14   threshold in between no observed effects, the lowest

15   observed effects that would be point of departure, so

16   to speak?

17             MR. CONNETT:  Overbroad.

18             THE WITNESS:  That's the principle that

19        that approach is based on, on practices.  It's not

20        necessarily quite that simple.

21   BY MS. CARFORA:

22        Q.    Okay.  What -- in terms of fluoride,

23   what's your opinion on what approach should be used?

24             MR. CONNETT:  Overbroad.

25             THE WITNESS:  What approach for?

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 225

1    BY MS. CARFORA:

2         Q.      Setting -- setting point of departure for

3    health effective neurotoxicity?

4                 MR. CONNETT:  Same objection.

5                 THE WITNESS:  Well, you've got several

6         options.  You've got no effect levels, lowest

7         effect levels from animal studies.

8                 You've got the human studies.  Depending

9         on the endpoint, the human studies might or might

10        not be up to it, but the -- I don't know that

11        there's been much benchmark dose modeling done.

12   BY MS. CARFORA:

13        Q.      Okay.  In your scientific --

14        A.      The studies would lend themselves to

15   that.

16        Q.      You're saying there aren't enough studies

17   that would lend themselves to taking up point of

18   departure for fluoride?

19                MR. CONNETT:  Misstates testimony.

20                THE WITNESS:  That's not what I'm saying.

21        The -- in fact, basically we did this in the 2009

22        NRC report.  We listed a bunch of LOAELs and

23        NOAELs for human exposures.

24                Those are -- in that case those were for

25        average, estimated average exposures associated

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 319

1       Q.      Which table was that?

2       A.      Table 1, page nine.

3       Q.      Oh, this was the table that counsel was

4    asking questions about earlier, correct?

5       A.      Yes.

6       Q.      Okay.  So you -- these -- the IRIS

7    assessments that you looked at, they were assessments

8    that considered the neurotoxicity literature according

9    to the EPA's guidelines for neurotoxicity risk

10   assessment?

11      A.      Yes.

12      Q.      Do the guidelines provide criteria and

13   considerations for how we review scientific literature

14   on neurotoxicity?

15      A.      They give at least some of that

16   information, and they -- they tell the types and kinds

17   of studies that would constitute sufficient cause to be

18   looking seriously at neurotoxicity.

19      Q.      Okay.  And when you assessed the

20   literature, did you assess the literature according to

21   the considerations and methods and principles set forth

22   in the guidelines?

23              MS. CARFORA:  Objection, leading.

24              THE WITNESS:  Yes.

25   BY MR. CONNETT:

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 320

1          Q.      Do the -- do EPA's guidelines for

2     neurotoxicity risk assessment, do they require

3     systematic reviews?

4          A.      No.

5          Q.      Dr. Chang, did you read her report in

6     this case?

7          A.      Yes.

8                  MS. CARFORA:  Objection, scope.

9     BY MR. CONNETT:

10         Q.      Okay.  Did Dr. Chang -- do you understand

11     that Dr. Chang -- strike that.

12                 Did Dr. Chang perform any systematic

13     review?

14                 MS. CARFORA:  Objection, scope.

15                 THE WITNESS:  I believe she said she did,

16         yes.

17     BY MR. CONNETT:

18         Q.      Okay.  Did Dr. Chang identify studies

19     that you did not discuss in your report?

20                 MS. CARFORA:  Objection, scope.

21                 THE WITNESS:  She may have had some that

22         I didn't, but I did not discuss the entire set of

23         epidemiologic papers.

24     BY MR. CONNETT:

25         Q.      If she identified studies of fluoride

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 321

1   that found or reported adverse effects -- adverse

2   neurotoxic effects from fluoride exposure, if she

3   identified such studies and you did not discuss those

4   studies in your report, should we conclude that you

5   were biased in your assessment of the literature?

6              MS. CARFORA:  Objection, scope.  Scope

7        and hypothetical and complex question.  Compound

8        question.

9              THE WITNESS:  If she discussed reports

10       finding an effect --

11             MR. CONNETT:  Right.

12             THE WITNESS:  -- that would simply

13       support what I had.

14   BY MR. CONNETT:

15       Q.    Okay.  Now, Dr. Chang discusses a -- an

16   abstract by Dr. Bruce Spittle that was published in

17   1998.

18             Are you familiar at all with that

19   abstract?

20             MS. CARFORA:  Objection, scope.

21             THE WITNESS:  I looked it up after I saw

22       her report.

23   BY MR. CONNETT:

24       Q.    Do you recall whether Dr. Spittle in his

25   abstract identified controlling for any confounding

Exhibit A

Adkins Declaration, Exhibit 10

Tsuji Dep.

1          THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                AT SAN FRANCISCO

4    FOOD & WATER WATCH, et al.    *

5      Plaintiffs                  *   Civ. No.

6    v.                            *   17-CV-02162-EMC

7    U.S. ENVIRONMENTAL PROTECTION *

8    AGENCY, et al.                *

9      Defendants                  *

10              *   *   *   *   *

11          VIDEOTAPED DEPOSITION OF

12        JOYCE S. TSUJI, Ph.D., DABT

13           SEPTEMBER 11th, 2019

14             WASHINGTON, D.C.

15

16      Reported by:  Dawn M. Hyde

17

18

19

20

21

```
 1        A    Let's see, maybe 25.  That is a

 2   guess.

 3        Q    A rough estimate?

 4        A    A rough estimate.

 5        Q    Now --

 6        A    Maybe less.  It's hard to -- I

 7   haven't sat down and thought about that.

 8        Q    Have you ever taken -- well, first

 9   off, let me ask you do you think it's

10   important to understand what your employer

11   does even if they're not projects you yourself

12   are working on?

13        A    I think in a general sense one wants

14   to know what their employer does.

15        Q    Have you ever taken any steps to

16   educate yourself about allegations that

17   Exponent produces bias research for the

18   purpose of satisfying the financial interests

19   of its sponsoring corporations?

20        A    Have I investigated those?

21        Q    Yes.
```

1    A    I guess I have looked at a few

2  instances.

3    **Q    So switching gears, are you familiar**

4  **with EPA's guidelines for neurotoxicity risk**

5  **assessment?**

6    A    Yes.

7    **Q    Have you read these guidelines in**

8  **their entirety?**

9    A    The 1998 report?

10   **Q    Yes.**

11   A    Yes.

12   **Q    And in this case, is it fair to say**

13 **that you did not perform a risk assessment**

14 **pursuant to these guidelines?**

15   A    I did not perform a risk assessment,

16 that's correct.

17   **Q    And why not?**

18   A    I was asked to look at the --

19 whether the evidence from the animal

20 neurotoxicity studies, in particular the

21 developmental neurotoxicity studies on

1    learning and memory, supported a causative

2    effect of neurotoxicity at the drinking water

3    level of 0.7 milligram per liter.

4        **Q     Okay.  Now, you're familiar with the**

5    **term reference dose, correct?**

6        A     Yes.

7        **Q     Sometimes referred to as RfD?**

8        A     Yes.

9        **Q     A reference dose is the dose of a**

10   **chemical that EPA estimates can be consumed**

11   **over a lifetime without appreciable risk of**

12   **harm, correct?**

13       A     It generally states that, and it

14   also says it's protective of sensitive

15   individuals.

16       **Q     By definition, a reference dose is**

17   **set at a level that is lower than the level**

18   **that is known or suspected to cause harm,**

19   **correct?**

20       A     That's the intent, yes.

21       **Q     As a general rule, would you agree**

```
 1   well-conducted study.

 2        Q    So maybe I misunderstood what you

 3   just said but did you just say that you did

 4   not use your scientific judgment in evaluating

 5   the evidence in this case?

 6        A    No, I was correcting -- I thought

 7   you were recharacterizing what I had said

 8   before and so I just was saying what I had

 9   said before.

10        Q    So what am I missing when I ask you,

11   "Dr. Tsuji, did you use your scientific

12   judgment in evaluating the evidence in this

13   case?"  What am I missing with that statement?

14        A    Well, I don't want judgment to be

15   construed as purely opinions without a

16   rigorous scientific basis.

17        Q    Okay.  Now, in your report you rely

18   upon Dr. Chang's systematic review of the

19   epidemiological research on fluoride and IQ,

20   right?

21        A    Yes.
```

1      Q     Now, Dr. Chang, as with yourself,

2    did not conduct a risk assessment pursuant to

3    EPA's guidelines for neurotoxicity risk

4    assessment, correct?

5      A     Yes.

6      Q     And what predefined criteria did

7    Dr. Chang use for evaluating the weight of

8    evidence?

9      A     I know she looked at how studies --

10   the study design, whether they were of more

11   robust design or weaker study design.  She

12   looked at whether confounders were controlled

13   for.  She used -- I know she used the Hill

14   criteria in evaluating the evidence which is

15   pretty standard in epidemiological studies.

16     Q     So would you agree that she did use

17   the Hill guidelines for evaluating the weight

18   of evidence?

19     A     Yes.

20     Q     In your opinion, can two scientists

21   reach different conclusions about the causal

1    relationship between a chemical and a given

2    health outcome when evaluating the same set of

3    data under the Hill guidelines?

4           MR. ADKINS:  Objection, incomplete

5    hypothetical.

6      A    I guess it would depend on the

7    scientists and their personal biases.

8      BY MR. CONNETT:

9      Q    Okay.  But would you agree -- I

10   appreciate your answer but my question is

11   distinct, which is in your opinion can two

12   scientists reach different conclusions about

13   the causal relationship between a chemical and

14   a given health outcome when evaluating the

15   same set of data under the Hill guidelines?

16          MR. ADKINS:  Same objection, asked

17   and answered.

18     BY MR. CONNETT:

19     Q    Yes or no.  I mean --

20          MR. ADKINS:  Well, she can explain.

21     A    It would depend on individual

1   **respect to the hidden platform test, there is**

2   **some uncertainty as to whether a hyperactivity**

3   **may have occurred?**

4       A    It just says that the two rats are

5   probably not different -- two dose groups are

6   not different, it's not unexpected that one

7   might be faster than the other.  These things

8   happen in studies.  It certainly doesn't

9   indicate that, from a processing standpoint,

10  that they weren't able to determine the best

11  way to get to the platform.

12      **Q    Do you -- in your expert report do**

13  **you at all discuss the significant finding**

14  **reported here with respect to the hidden**

15  **platform in the Morris water maze?**

16      A    Well, because the authors themselves

17  did not think that that was necessarily an

18  adverse effect.

19      **Q    Right, but does that mean that you**

20  **shouldn't discuss it in your expert report?**

21      A    I don't think it warranted

1    discussing in my report.

2        **Q      Even though it's a significant**

3    **effect found at the 20 ppm high dose group?**

4        A      It looks like it could also be one

5    of these things that just happens by chance.

6    Groups can differ by chance.

7        **Q      Remember we talked earlier about how**

8    **directional changes, if they're associated**

9    **with the treatment, are generally regarded as**

10   **adverse effects?**

11       A      That is the -- that is often in

12   trying to do a hazard assessment.  I wasn't

13   trying to do a hazard assessment.  I was just

14   trying to assess what is the weight of

15   evidence for having dose-response and what is

16   the dose-response at higher versus lower

17   doses.

18       **Q      Fair.  But for purposes of hazard**

19   **assessment, would you agree that the**

20   **directional change reported here for the**

21   **Morris water maze hidden platform test is**

1  indicative of an adverse effect?

2       A    They didn't have a directional

3  change.  I think we're talking about is they

4  arrived at the platform faster but I think

5  they took a similar path.

6       Q    Right, but I'm saying the

7  directional change in terms of it was a

8  treatment-related difference in performance,

9  correct?

10      A    Right, and such -- when do you this

11 number of tests on animals, you can have

12 differences among groups that may not actually

13 be a true -- reflect a true difference because

14 of adverse effect.

15      Q    Right, but the P-value here for the

16 latency time for the hidden platform test is

17 less than 0.005, correct?

18      A    Yes.

19      Q    So as a matter of statistics, what's

20 the percentage that that would be a result of

21 mere chance?

Exhibit A

Adkins Declaration, Exhibit 11

Metals Risk Assessment



United States
Environmental Protection
Agency

EPA 120/R-07/001 | March 2007
www.epa.gov/osa

# Framework for
# Metals Risk Assessment





**Office of the Science Advisor**
Risk Assessment Forum

EPA 120/R-07/001
March, 2007

# Framework for Metals Risk Assessment

Office of the Science Advisor
Risk Assessment Forum
U.S. Environmental Protection Agency
Washington, DC 20460

**DISCLAIMER**

This document has been reviewed in accordance with U.S. Environmental Protection Agency policy.  Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

# CONTENTS

LIST OF TABLES ........................................................................................................ vii
LIST OF FIGURES ..................................................................................................... vii
LIST OF ABBREVIATIONS AND ACRONYMS ..................................................... viii
PREFACE .................................................................................................................... xiii
AUTHORS ................................................................................................................... xvi
EXECUTIVE SUMMARY ......................................................................................... xvii

1. INTRODUCTION .................................................................................................. 1-1
    1.1. PURPOSE AND AUDIENCE ....................................................................... 1-1
    1.2. METALS FRAMEWORK SCOPE ................................................................ 1-3
    1.3. METALS ASSESSMENT CONTEXT ........................................................... 1-3
        1.3.1. National Ranking and Categorization ................................................ 1-4
        1.3.2. National-Level Assessments .............................................................. 1-6
        1.3.3. Site-Specific Assessments ................................................................. 1-8
    1.4. KEY PRINCIPLES TO CONSIDER IN METALS RISK ASSESSMENT .......... 1-9
        1.4.1. Metals are Naturally Occurring Constituents in the Environment and
               Vary in Concentrations Across Geographic Regions ................................. 1-9
        1.4.2. All Environmental Media have Naturally Occurring Mixtures of
               Metals and Metals are Often Introduced into the Environment as
               Mixtures ................................................................................................. 1-10
        1.4.3. Some Metals are Essential for Maintaining Proper Health of Humans,
               Animals, Plants, and Microorganisms ...................................................... 1-10
        1.4.4. The Environmental Chemistry of Metals Strongly Influences Their
               Fate and Effects on Human and Ecological Receptors ............................. 1-10
        1.4.5. The Toxicokinetics and Toxicodynamics of Metals Depend on the
               Metal, the Form of the Metal or Metal Compound, and the
               Organism's Ability to Regulate and/or Store the Metal ........................... 1-11

2. FRAMEWORK FOR METALS RISK ASSESSMENT ........................................ 2-1
    2.1. HUMAN HEALTH AND ECOLOGICAL RISK ASSESSMENT:
         PLANNING AND PROBLEM FORMULATION ......................................... 2-1
    2.2. METALS CONCEPTUAL MODEL ............................................................. 2-4
    2.3. ASSESSMENT PHASE ................................................................................ 2-10
        2.3.1. Bioavailability ..................................................................................... 2-10
        2.3.2. Exposure Characterization ................................................................. 2-11
        2.3.3. Characterization of Effects/Hazard Analysis ..................................... 2-14
    2.4. RISK CHARACTERIZATION .................................................................... 2-16

3. ENVIRONMENTAL CHEMISTRY, TRANSPORT AND FATE ......................... 3-1
    3.1. INTRODUCTION AND TERMINOLOGY ................................................. 3-1
        3.1.1. Hard and Soft Acids and Bases:  The Stability of Complexes ............ 3-2
        3.1.2. Transformations .................................................................................. 3-3
            3.1.2.1. *Biotic Methylation Transformations* ................................... 3-5
            3.1.2.2. *Abiotic Transformations* ...................................................... 3-6
        3.1.3. Aquatic Chemistry ............................................................................. 3-7
            3.1.3.1. *Processes* .............................................................................. 3-7
            3.1.3.2. *Speciation and Complexes* ................................................... 3-7

3.1.3.3. *Importance of pH and Redox Conditions* ..................................3-9
3.1.4. Ground Water and Metals Mobility..................................................3-9
    3.1.4.1. *Application of Partition Coefficients to Metal Mobility in Ground Water*...................................................................3-11
3.1.5. Sediment Chemistry.........................................................................3-13
    3.1.5.1. *Metal Chemistry in Sediments* .........................................3-14
    3.1.5.2. *Estimating Metal Distribution in Sediments*....................3-16
3.1.6. Soil Chemistry..................................................................................3-17
    3.1.6.1. *Key Parameters Affecting Metal Bioavailability in Soils*..........3-18
    3.1.6.2. *Adsorption Behavior of the Metals of Concern* ........................3-19
    3.1.6.3. *Aging of Metals in Soil* ..........................................................3-19
    3.1.6.4. *Dissolution and Transformation of Metals*...............................3-20
    3.1.6.5. *Soil Metal Transfer to Plants*..................................................3-20
3.1.7. Atmospheric Behavior/Chemistry ..................................................3-21
3.2. METAL FATE AND TRANSPORT ...............................................................3-23
3.2.1. Aquatic and Terrestrial Transport Pathways for Metals...................3-24
    3.2.1.1. *Aquatic Transport Models*.......................................................3-26
3.2.2. Terrestrial Fate and Transport..........................................................3-29
3.3. ATMOSPHERIC FATE AND TRANSPORT..................................................3-29

4. HUMAN HEALTH RISK ASSESSMENT FOR METALS ......................................4-1
4.1. METALS PRINCIPLES...................................................................................4-2
4.2. HUMAN EXPOSURE ASSESSMENT ...........................................................4-3
4.2.1. Background Levels ..............................................................................4-3
4.2.2. Bioavailability......................................................................................4-4
4.2.3. Susceptible Populations ......................................................................4-5
    4.2.3.1. *Life Stage* .................................................................................4-6
    4.2.3.2. *Demographics* ..........................................................................4-6
    4.2.3.3. *Pregnancy and Lactation*.........................................................4-6
    4.2.3.4. *Concurrent Damage or Disease* ..............................................4-6
    4.2.3.5. *Nutritional State* ......................................................................4-7
    4.2.3.6. *Genetic Polymorphisms and Variability*..................................4-7
4.2.4. Environmental Release, Transport, and Fate ......................................4-8
4.2.5. Route-Specific Differences in Effects ................................................4-8
    4.2.5.1. *Inhalation Exposure* ................................................................4-8
    4.2.5.2. *Dietary Exposure* ..................................................................4-10
    4.2.5.3. *Incidental Soil Exposure* .......................................................4-11
    4.2.5.4. *Drinking Water Exposure* ......................................................4-11
    4.2.5.5. *Dermal Exposure* ...................................................................4-12
4.2.6. Integrated Exposure ..........................................................................4-12
    4.2.6.1. *Modeling* ...............................................................................4-12
4.2.7. Biomarkers ........................................................................................4-13
4.3. HAZARD CHARACTERIZATION ...............................................................4-14
4.3.1. Mixtures and Interactions .................................................................4-14
4.3.2. Essentiality........................................................................................4-16
4.3.3. Forms of Metals ................................................................................4-18
4.3.4. Toxicokinetics/Toxicodynamics .......................................................4-18
    4.3.4.1. *Absorption*.............................................................................4-20
    4.3.4.2. *Distribution*...........................................................................4-20

4.3.4.3. *Metabolism* .................................................................. 4-21
4.3.4.4. *Excretion* ..................................................................... 4-21
4.3.4.5. *Kinetic Modeling* ........................................................ 4-22
4.3.5. Metal Toxicity .......................................................................... 4-23
4.3.5.1. *Noncancer Effects of Metals* ...................................... 4-23
4.3.5.2. *Carcinogenic Effects of Metals* .................................. 4-24
4.3.5.3. *Issues Related to Evaluation of Toxicity Tests for Metals* ........ 4-25
4.3.6. Dose-Response Assessment ...................................................... 4-26
4.4. RISK CHARACTERIZATION ............................................................ 4-27

5. AQUATIC ECOLOGICAL RISK ASSESSMENT FOR METALS ........................ 5-1
5.1. METALS PRINCIPLES ....................................................................... 5-1
5.2. CHARACTERIZATION OF EXPOSURE ............................................ 5-2
5.2.1. Background Levels ..................................................................... 5-2
5.2.2. Forms of Metals ......................................................................... 5-3
5.2.3. Exposure Pathway Analysis ....................................................... 5-4
5.2.4. Fate and Transport of Metals ..................................................... 5-5
5.2.5. Toxicokinetics and Toxicodynamics (Bioavailability and
        Bioaccumulation Issues) ........................................................... 5-6
5.2.5.1. *Aqueous Phase* ............................................................ 5-6
5.2.5.2. *Sediment Phase* ........................................................... 5-8
5.2.5.3. *Dietary Phase* .............................................................. 5-9
5.2.5.4. *Bioaccumulation and Trophic Transfer* ...................... 5-11
5.3. CHARACTERIZATION OF EFFECTS .............................................. 5-14
5.3.1. Essentiality ................................................................................ 5-14
5.3.2. Toxicokinetics/Toxicodynamics (Toxicity Issues) .................... 5-14
5.3.3. Metal Mixtures .......................................................................... 5-15
5.3.4. Critical Body Residues .............................................................. 5-17
5.3. RISK CHARACTERIZATION ............................................................ 5-19

6. TERRESTRIAL ECOLOGICAL RISK ASSESSMENT FOR METALS ................ 6-1
6.1. METALS PRINCIPLES ....................................................................... 6-1
6.2. CHARACTERIZATION OF EXPOSURE ............................................ 6-1
6.2.1. Natural Occurrence of Metals .................................................... 6-1
6.2.2. Forms of Metals ......................................................................... 6-3
6.2.3. Exposure Routes ........................................................................ 6-3
6.2.4. Soil Transport and Fate Models ................................................. 6-3
6.2.5. Toxicokinetics/Toxicodynamics ................................................ 6-4
6.2.5.1. *Bioavailability* ............................................................. 6-4
6.2.5.2. *Bioaccumulation* .......................................................... 6-5
6.2.6. Soil Invertebrate Exposure ........................................................ 6-6
6.2.7. Plant Exposure ........................................................................... 6-7
6.2.8. Wildlife Exposure ...................................................................... 6-8
6.3. CHARACTERIZATION OF EFFECTS .............................................. 6-11
6.3.1. Essentiality ................................................................................ 6-11
6.3.2. Toxicity Tests ............................................................................ 6-13
6.3.3. Metal Mixtures .......................................................................... 6-14
6.3.4. Critical Body Residues .............................................................. 6-15
6.3.5. Plant and Soil Invertebrate Toxicity .......................................... 6-16

6.3.6.  Wildlife Toxicity.....................................................................................6-17
6.4.  RISK CHARACTERIZATION .........................................................6-18

REFERENCES ..................................................................................................... R-1

APPENDIX A:  FRAMEWORK FOR METALS RISK ASSESSMENT
        CONTRIBUTORS AND REVIEWERS...................................................... A-1

## LIST OF TABLES

Table 3-1.  Hard and soft acids (metal cations) and bases (ligands)............................................ 3-3

Table 3-2.  Examples of organometallic compounds....................................................................... 3-4

Table 3-3.  Metals/metalloids involved in methylation processes................................................. 3-5

Table 3-4.  General trends of environmental factors affecting rates of methylation/demethylation ....................................................................................... 3-6

Table 4-1.  Metal essentiality for humans.................................................................................... 4-17

Table 4-2.  Summary of major differences in kinetic behavior of organic compounds compared to metals and inorganic metal compounds in humans ........................... 4-19

Table 6-1.  Qualitative bioavailability of metal cations in natural soils to plants and soil invertebrates................................................................................................................ 6-8

Table 6-2.  Qualitative bioavailability of metal anions in natural soils to plants and soil invertebrates................................................................................................................ 6-8

Table 6-3.  Metals classified by their known essentiality .......................................................... 6-13

## LIST OF FIGURES

Figure 1-1.  Categories of metals assessments under EPA statutory framework ....................... 1-5

Figure 2-1.  Risk assessment/risk management process for metals............................................. 2-2

Figure 2-2.  Generic conceptual model for metals risk assessment............................................. 2-6

Figure 2-3.  Conceptual diagram for evaluating bioavailability processes and bioaccessibility for metals in soil, sediment, or aquatic systems .......................... 2-12

Figure 3-1.  Approximate positions of some natural environments in terms of Eh and pH ...... 3-10

Figure 3-2.  A generalized model framework for chemical fate and transport in an aquatic system................................................................................................................ 3-26

Figure 6-1.  Generalized representation of percent contribution of incidental soil ingestion to oral dose for wildlife at different soil ingestion rates and bioaccumulation factors and a bioavailability of 100 percent .............................. 6-10

## LIST OF ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| 1CFOK | One-Compartment, First-Order Kinetics model |
| ABA | Absolute bioavailability |
| aBLM | Aquatic Biotic Ligand Model |
| ANZECC | Australian and New Zealand Environment and Conservation Council |
| ARMCANZ | Agriculture and Resources Management Council of Australia and New Zealand |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AVS | Acid-volatile sulfide |
| AWQC | Ambient Water Quality Criteria |
| AWQS | Ambient Water Quality Standards |
| BAF | Bioaccumulation factor |
| BCF | Bioconcentration factor |
| BF | Bioaccessible fraction |
| BLM | Biotic Ligand Model |
| BSAF | Biota/sediment accumulation factor |
| CBR | Critical body residue |
| CCA | Chromated copper arsenate |
| CEC | Cation exchange capacity |
| CHESS | Chemical Equilibria in Soils and Solutions |
| CMAQ | Community Multiscale Air Quality model |
| DEPM | Dietary Exposure Potential Model |
| DHHS | U.S. Department of Health and Human Services |
| DL | Diffuse Layer model |
| DOC | Dissolved organic carbon |
| DOM | Dissolved organic matter |
| $EC_x$ | Effect concentration (for x percent of the study population) |
| ECOFRAM | Ecological Committee on FIFRA Risk Assessment Methods |
| Eh | Redox (reduction-oxidation) potential |
| EqP | Equilibrium partitioning |
| FDA | Food and Drug Administration |
| FIAM | Free Ion Activity Model |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| FNB | Food and Nutrition Board (NAS) |
| GI | Gastrointestinal tract |
| HFO | Hydrous ferric oxide |
| HLA | Human leukocyte antigens |
| HSAB | Hard and soft acid and base |
| ICP-MS | Inductively coupled plasma-mass spectrometry |
| IEUBK | Integrated Exposure Uptake Biokinetic model |
| IRIS | Integrated Risk Information System |
| IUR | Inhalation Risk Unit |
| Kd | Partition distribution coefficient |
| Kow | Octanol-water partition coefficient |
| $LC_{50}$ | Lethal concentration (for 50 percent of the study population) |

### LIST OF ABBREVIATIONS AND ACRONYMS (continued)

| | |
|---|---|
| MAP | Metals Action Plan |
| MCL | Maximum contaminant level |
| MPPD | Multipathway Particle Dosimetry Model |
| NAS | National Academy of Sciences |
| NASQAN | National Stream Quality Accounting Network |
| NOM | Natural organic matter |
| NRC | National Research Council |
| OM | Organic matter |
| OSWER | Office of Solid Waste and Emergency Response (EPA) |
| PBPD | Physiologically based pharmacodynamic |
| PBPK | Physiologically based pharmacokinetic |
| PBT | Persistent bioaccumulative toxic |
| PBTK | Physiologically based toxicokinetic |
| QSAR | Quantitative structure-activity relationship |
| RAGS | Risk Assessment Guidance for Superfund |
| RBA | Relative bioavailability |
| RDA | Recommended dietary allowance |
| RDDR | Regional Deposited Dose Ratio |
| RfC | Reference concentration |
| RfD | Reference dose |
| RTC | Report to Congress |
| SAB | Science Advisory Board |
| SEM | Simultaneously extracted metals |
| SHEDS | Stochastic Human Exposure and Dose Simulation model |
| SPC | Science Policy Council (EPA) |
| SRWG | Science and Research Working Group (SRWG) of the Non-Ferrous Metals Consultative Forum on Sustainable Development |
| STORET | Storage and Retrieval data system |
| TCLP | Toxicity Characteristic Leaching Procedure |
| TMDL | Total Maximum Daily Load |
| TRIM | Total Risk Integrated Methodology |
| TRV | Toxicity reference value |
| TSCA | Toxic Substances Control Act |
| U.S. EPA | U.S. Environmental Protection Agency |
| WER | Water-effect ratio |
| WHAM | Windermere Humic Aqueous Model |
| WHO | World Health Organization |
| WHO/IPCS | World Health Organization/International Programme on Chemical Safety |

## PREFACE

Many U.S. Environmental Protection Agency (EPA or the Agency) programs are designed to develop guidelines on how to regulate metals.  In this process, decisions can range from setting environmental release standards, to establishing protective levels in different environmental media, to setting priorities for programmatic or voluntary efforts.  A fundamental input to the decision-making process for most EPA programs is an assessment of the potential risks to human health and the environment.

EPA's Science Policy Council (SPC) recognizes that metals present unique risk assessment issues.  The SPC tasked an Agency workgroup, under the auspices of EPA's Risk Assessment Forum, the challenge of devising a Metals Action Plan (MAP) to establish a process for ensuring the consistent application of scientific principles to metals risk assessment.  The MAP included brief descriptions of the Agency's current activities on metals, identified critical scientific issues that need addressing, and recommended the development of a metals risk assessment framework.  The MAP stated that the Framework should offer general guidance to EPA programs for considering the various properties of metals, such as environmental chemistry, bioavailability, and bioaccumulation.

Because of the scientific complexity of metals-specific risk assessment, the Agency recognized the need to include stakeholders and the public in the Framework development process and to involve experts throughout the Agency.  A stepwise process was initiated, beginning with the creation of MAP and continuing with framework development and review.  Workshops and peer-review activities were conducted at regular intervals during development of the Framework to ensure that current, accurate science supports the program applications.  To gain additional information, the Agency contracted for the development of issue papers on important topics in metals assessment.  These activities, along with input from other federal agencies and review by EPA's Science Advisory Board (SAB), provided additional improvements to the Framework drafting process.  Additional details on these activities are provided below.

**MAP Stakeholder Input.**  In February 2002, MAP convened a meeting to gather stakeholder input to help EPA formulate the plan for developing the Framework for Metals Risk Assement.  EPA solicited input on organization and content and received comments that were adopted into the document with the greatest practical extent.  The meeting report and comments are available on EPA's Web site at

> http://cfpub2.epa.gov/ncea/raf/recordisplay.cfm?deid=51737 and
> http://cfpub2.epa.gov/ncea/raf/recordisplay.cfm?deid=51736.

**Science Advisory Board Review.**  In September 2002, EPA's SAB reviewed the MAP and provided comments.  By this point, MAP had some of the panel's recommendations are

summarized below; the full text of all recommendations is available at http://www.epa.gov/sab/pdf/ecl03001.pdf.

- The panel agreed that inorganic metals should be assessed differently from organic pollutants in a number of contexts.  Metals are elements and, although they do not degrade, they have complex environmental chemistry.  Moreover, some metals are essential for living organisms, and metals occur naturally in the environment.

- The panel agreed that chemical speciation, bioavailability, bioaccumulation, and toxicity are key issues in assessing the hazards of metals, with qualifications.

- The panel recommended consideration of stability and environmental residence times, as well as overall environmental chemistry, to determine temporal characteristics of metal hazards.

- The panel recommended greater emphasis on the combined effects of metals, including nutritional and toxicological considerations.

**Issue Paper Topics and Science Questions.**  As part of the development of the Framework, issue papers were developed to discuss key scientific topics pertaining to metals. The issue paper authors were asked to expand on these topics, with focus on decision-making applications, Framework-specific uses, and research needs.  The papers, available at http://cfpub.epa.gov/ncea/raf/recordisplay.cfm?deid=86119, address the following topics and primary questions:

- **Environmental chemistry.**  How can environmental chemistry be better incorporated into assessments for inorganic metals?

- **Bioavailability and bioaccumulation of metals.**  What methods or tools can be used now to reflect metal bioavailability?  What scientifically based approaches can be used to determine metal bioaccumulation?

- **Metal exposure assessment.**  What are the relevant exposure pathways for inorganic metals to humans and ecological endpoints?

- **Human health effects.**  What populations are most susceptible to effects from inorganic metals?  How should toxicity tests be conducted and interpreted, including issues of essential elements and dietary salts, among others?

- **Ecological effects.**  What ecological system characteristics promote increased toxicity from metals?

**Peer Consultation Workshop.**  A draft framework was completed in July 2004, and a peer consultation workshop was held from July 27-July 28 to seek input from expert scientists in the metals risk assessment field.  Workshop participants were from academia; industry, state, federal, and Canadian agencies; and various EPA program offices.  Stakeholder comments were

also received for consideration.  Based on comments received at the workshop, the Agency contracted with a few workshop participants to explore several issues and insufficiencies identified in the human health and environmental chemistry discussions.  The Framework draft was revised and made available for inter-Agency review.

       **Inter-Agency Review.**  Based on comments received, the framework was revised.

       **SAB Review and Public Comment.**  The SAB review was conducted in February 2005, and the final draft of the Framework for Metals Risk Assessment document was completed January 25, 2006.  The SAB final report is available on the SAB Web site at http://www.epa.gov/sab/pdf/metals_sab-06-002.pdf.  The SAB found that the framework covers the main areas of concern to risk assessors, that some technical corrections and additions were needed, and that the document should be restructured and revised to improve the clarity and precision of discussions.  Based on these recommendations, the framework was revised to focus on principles and general metals assessment issues rather than tools.

# STEERING COMMITTEE AND CONTRIBUTORS[1]

## CO-CHAIRS

Anne Fairbrother, U.S. EPA, Office of Research and Development, National Health and Environmental Effects Laboratory, Western Ecology Division, Corvallis, OR

Randall Wentsel, U.S. EPA, Office of Research and Development, Washington, DC

## STEERING COMMITTEE

Stephen DeVito, U.S. EPA, Office of Environmental Information, Washington, DC

Alexander McBride, U.S. EPA, Office of Solid Waste and Emergency Response, Washington, DC (Retired)

David Mount, U.S. EPA, Office of Research and Development, National Health and Environmental Effects Laboratory, Duluth, MN

Keith Sappington, U.S. EPA, Office of Research and Development, National Center for Environmental Assessment, Washington, DC

## FORUM STAFF

Gary Bangs, U.S. EPA, Office of the Science Advisor, Risk Assessment Forum, Washington, DC

Marilyn Brower, U.S. EPA, Office of the Science Advisor, Risk Assessment Forum, Washington, DC

Elizabeth Lee Hofmann, U.S. EPA, Office of the Science Advisor, Risk Assessment Forum, Washington, DC

Pamela Noyes, U.S. EPA, Office of the Science Advisor, Risk Assessment Forum, Washington, DC

Seema Schappelle, U.S. EPA, Office of the Science Advisor, Risk Assessment Forum, Washington, DC

William Wood, U.S. EPA, Office of the Science Advisor, Risk Assessment Forum, Washington, DC

## CONTRACTOR SUPPORT FOR FINAL DOCUMENT

Patrick J. Downey, FTN Associates, Inc., Little Rock, AR

Lynne Haber, Toxicology Excellence for Risk Assessment, Cincinnati, OH

Ingeborg Harding-Barlow, Palo Alto, CA

Charles A. Menzie, Menzie-Cura & Associates Inc., Chelmsford, MA

Kent Thornton, FTN Associates, Inc., Little Rock, AR

Metals issue paper authors and peer consultation workshop participants are listed in Appendix A.

---

[1] Contributors and reviewers are listed in Appendix A.

**EXECUTIVE SUMMARY**

The Framework for Metals Risk Assessment is a science-based document that addresses the special attributes and behaviors of metals and metal compounds to be considered when assessing their human health and ecological risks.  The document describes basic principles to be considered in assessing risks posed by metals and is intended to foster consistency in how these principles are applied across the Agency's programs and regions when conducting these assessments.  Although the audience for the Framework is primarily intended to be Agency risk assessors, it will also communicate principles and recommendations for metals risk assessment to the stakeholders and the public.  This guidance will be used in conjunction with guidance developed by the programs and regions for use in site-specific risk assessments, criteria derivation, ranking or categorization and other similar Agency activities related to metals.

The purpose of this document is to present key guiding principles based on the unique attributes of metals (as differentiated from organic and organometallic compounds) and to describe how these metals-specific attributes and principles may then be applied in the context of existing EPA risk assessment guidance and practices.  While organic compounds, for example, undergo bioaccumulation, there are unique properties, issues, and processes within these principles that assessors need to consider when evaluating metal compounds.  Furthermore, the latest scientific data on bioaccumulation do not currently support the use of bioconcentration factors and bioaccumulation factors when applied as generic threshold criteria for the hazard potential of metals.

While the science surrounding the metals risk assessment principles continues to be studied intensively and evolving rapidly, some areas still lack sufficient information for a quantitative assessment to be carried out.  Thus, specific approaches may become outdated or may otherwise require modification to reflect the best available science and others may be addressed only qualitatively until additional information becomes available.  Regardless, the following principles are more generalized, fundamental properties of metals and should be addressed and incorporated into all inorganic metals risk assessments:

- Metals are naturally occurring constituents in the environment and vary in concentrations across geographic regions.

- All environmental media have naturally occurring mixtures of metals, and metals are often introduced into the environment as mixtures.

- Some metals are essential for maintaining proper health of humans, animals, plants, and microorganisms.

- Metals, unlike organic chemicals, are neither created nor destroyed by biological or chemical processes; although, these processes can transform metals from one species

to another (valence states) and can convert them between inorganic and organic forms.

- The absorption, distribution, transformation, and excretion of a metal within an organism, depends on the metal, the form of the metal or metal compound, and the organism's ability to regulate and/or store the metal.

This Framework document is not a prescriptive guide on how any particular type of assessment should be conducted within an EPA program office.  Rather, it is intended to outline key metal principles and how they should be considered in existing human health and ecological risk assessment practices to foster consistency across EPA programs and regions.  Chapter 1 identifies the purpose, audience, and scope of the Framework; includes a discussion of typical programmatic or regulatory contexts under which the Agency might undertake a metals risk assessment; and provides an overview of the metals principles.  In particular, the context for risk assessment is an important factor in determining the type of analysis appropriate for a particular situation.  To provide a context for discussion of the framework principles for metals, EPA has defined three general categories of assessments:  national ranking and categorization, national-level assessments, and site-specific assessments.  Each type of assessment can vary in level of detail from simple, screening analysis to complex, definitive assessments.  Approaches and methodologies may be appropriate for some or all the risk assessment types and may be more or less applicable to screening or complex assessments.  Here and elsewhere, the Framework acknowledges that data may not be available to implement all the steps in a metals risk assessment (e.g., lack of information about metal speciation in some environmental media), requiring use of assumptions and a discussion of how such uncertainty influences the risk outcome.

Chapter 2 reviews the human health and ecological risk assessment paradigm and applies the metals principles to each phase of the risk assessment process using assessment questions.  The chapter presents a metals conceptual model showing the interrelationship between the metals or metal compounds of interest and the assessment process.  Chapter 3 describes how environmental chemistry issues affect the assessment of metals.  Chapter 4 describes how the metals principles should be considered when conducting human health risk assessments, and Chapters 5 and 6 describe how the metals principles should be considered in the context of aquatic and terrestrial risk assessments, respectively.

This document discusses scientific issues and scientific approaches.  It is intended to foster the consistent application of methods and data to metals risk assessment in consideration of the unique properties of metals.  The Agency will be analyzing the science policy implications and developing appropriate policy approaches that are protective of human health and the environment.

The Framework is the result of contributions from a variety of individuals inside and outside the Agency.  Their combined expertise and enthusiasm have improved the technical quality of the document and its applicability for various risk assessment activities.

# 1.  INTRODUCTION

Inorganic metals and metal compounds have unique characteristics that should be considered when assessing their risks.  Some of these characteristics typically are not considered when assessing the risks of organic substances.  For example, metals are neither created nor destroyed by biological or chemical processes; they are transformed from one chemical form to another.  Native (zero valence) forms of most metals and some metal compounds are not readily soluble, and as a result, toxicity tests based on soluble salts may overestimate the bioavailability and toxicity of these substances.  Some metals (e.g., copper [Cu], selenium [Se], and zinc[Zn]) are nutritionally essential elements at low levels but toxic at higher levels, and others (e.g., lead [Pb], arsenic [As], and mercury [Hg]) have no known biological functions.  Because metals are naturally occurring, many organisms have evolved mechanisms to regulate accumulations, especially accumulations of essential metals.  This metals risk assessment Framework identifies metals principles that are fundamental truths (or properties) of metals.  The metals principles should be addressed and incorporated into inorganic metals risk assessments.

---

**Metals Principles**

- Metals are naturally occurring constituents in the environment and vary in concentrations across geographic regions.

- All environmental media have naturally occurring mixtures of metals, and metals are often introduced into the environment as mixtures.

- Some metals are essential for maintaining proper health of humans, animals, plants, and microorganisms.

- The environmental chemistry of metals strongly influences their fate and effects on human and ecological receptors.

- The toxicokinetics and toxicodynamics of metals depend on the metal, the form of the metal or metal compound, and the organism's ability to regulate and/or store the metal.

---

Because the majority of compounds assessed by the United States Environmental Protection Agency (EPA or the Agency) are organic substances, the various guidance documents provided for risk assessments of either human health or ecological receptors lack specificity on how to account for these and other metal attributes.  This document attempts to fill this gap in current guidance.

## 1.1.  PURPOSE AND AUDIENCE

The primary purpose of the Framework for Metals Risk Assessment is to identify key principles that should be addressed in any inorganic metals analysis and to provide EPA program

offices and regions with guidance on how to consider these principles in EPA risk assessment practices.  Although the primary audience will be Agency risk assessors, the Framework will also communicate these principles to stakeholders and the public.  The Framework relies on the draft Framework document, the issue papers, and Science Advisory Board (SAB) comments. The issue papers were developed, under EPA commission, to address key scientific topics pertaining to inorganic metals.  The papers are available on EPA's Web site at http://cfpub.epa.gov/ncea/raf/recordisplay.cfm?deid=86119, which includes links to the draft framework (http://cfpub.epa.gov/ncea/raf/recordisplay.cfm?deid=88903).  The SAB's comments are available at http://www.epa.gov/sab/pdf/metals_sab-06-002.pdf.

This Framework document has been developed to supplement previous guidance for use in site-specific risk assessments; criteria derivation, ranking, or categorization; and other similar Agency activities related to metals.  The Framework is not a prescriptive guide on how any particular type of assessment should be conducted within an EPA program office.  It is, however, intended to address issues that are unique to metals and frequently encountered when conducting a metals-specific risk assessment.  This document does not address issues and methods that are common for both metals and organic compounds nor does it develop further guidance on issues that remain controversial or unresolved for assessments of risks from chemicals in general. Information on general risk assessment topics is available on EPA's Web site at http://cfpub.epa.gov/ncea/ and http://cfpub.epa.gov/ncea/raf/index.cfm.

The Framework is intended to be used for guidance only.  It does not establish any substantive "rules" under the Administrative Procedure Act or any other law and will have no binding effect on EPA or any regulated entity.  Rather, it represents a nonbinding statement of policy.  EPA believes that the Framework provides a sound, up-to-date presentation of principles; provides guidance on how to consider these principles in assessing the risk posed by metals; and enhances application of the best available science in Agency risk assessments. However, EPA may conduct metals risk assessments using approaches that differ from those described in the Framework for many reasons, including, but not limited to, new information, new scientific understandings, and new science policy judgments.  While the science surrounding metals risk assessment continues to be studied intensively and is evolving rapidly, some areas still lack sufficient information for a quantitative assessment.  Thus, specific approaches may become outdated or may otherwise require modification to reflect the best available science and others may be addressed only qualitatively until additional information becomes available.  Application of this Framework in future metals risk assessments will be based on EPA decisions that its approaches are suitable and appropriate.  These judgments will be tested and examined through peer review, and any risk analysis will be modified as deemed appropriate.

## 1.2.  METALS FRAMEWORK SCOPE

The Agency regulates metals and their inorganic and organometallic compounds (compounds exhibiting properties of both organic and metal compounds) because they have the potential to harm human health and the environment.  The Agency's SAB has stressed the importance of environmental chemistry and its relevance to the assessment of both inorganic and organometallic compounds.  However, the complexities of addressing all types of metal compounds within a single document would result in a framework that would be difficult to follow or to apply in specific cases.  Because organometallic compounds exhibit properties common to both organic substances and metal compounds, the properties of both the organic moieties of these compounds and their components would need to be addressed.  EPA has already developed frameworks and associated guidance documents for assessing properties of organic compounds.  Therefore, this document addresses only the assessment issues associated with inorganic metal compounds.  The Framework does discuss natural transformation pathways that form organometallic compounds and refers the reader to appropriate Agency documentation or research efforts related to relevant risk assessment issues.

| Metals and Metalloids of Primary Interest | |
|---|---|
| Aluminum | Manganese |
| Antimony | Mercury (inorganic) |
| Arsenic | Molybdenum |
| Barium | Nickel |
| Beryllium | Selenium |
| Boron | Silver |
| Cadmium | Strontium |
| Chromium | Tin |
| Cobalt | Thallium |
| Copper | Vanadium |
| Iron | Zinc |
| Lead | |

In this Framework, the term "metals" refers to inorganic metals and metalloids that may pose a toxic hazard and are currently of primary interest to EPA.  However, the principles and approaches set forth in the Framework are applicable to all metals.  In some instances, metal-by-metal considerations are included, either as examples or as ways to highlight particular exceptions.  Furthermore, in some cases, this document may discuss particular tools or methods that expand on a particular principle and its consideration in the context of EPA hazard and risk assessment.  The discussions are intended to be illustrative and are not intended to provide a complete description of the applications and limitations of any particular tool or method, although proper citations to the open scientific literature are included.  Nor does the Framework provide an exhaustive summary of all the tools and methods available to risk assessors, as this type of analysis is beyond the scope of this document.

## 1.3.  METALS ASSESSMENT CONTEXT

The context for the risk assessment is a major factor in determining the type of analysis appropriate for any particular situation.  The Agency conducts a variety of assessments, from

site-specific risk assessments to national criteria setting and ranking. To provide a context for discussion of the Framework principles for metals, this document has defined three general categories of metals assessments: national ranking and categorization, national-level assessments, and site-specific assessments. (See Figure 1-1 identifying the three categories of assessment in the context of the Agency's statutory authority.) As shown in the figure, national-scale and site-specific assessments can vary in level of detail—from simple screening analyses to complex definitive assessments. For example, in conducting a national-level screening analysis, EPA might undertake a screening-level review of a pesticide or new chemical under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) or the Toxic Substances Control Act (TSCA), and this may lead to a more definitive assessment if the screen cannot rule out a threat to health or the environment. Site-specific screening-level assessments might be sufficient to support an environmental impact statement, and a more complex analysis might be necessary as a part of a Superfund cleanup action. All three categories of assessments share common elements and rely on accurate information and knowledge about how metals behave in the environment and when they come into contact with humans or other organisms of concern. Metals have unique environmental and toxicological properties that may confound such assessments if they are not given consideration. Each of the three general assessment categories is discussed in more detail below.

### 1.3.1. National Ranking and Categorization

EPA may rank or categorize some chemicals based on their potential to cause risk to human health or the environment. Although there continue to be gaps in data to understanding the chemistry, environmental behavior, toxicity, and exposure potential for many chemicals, EPA is tasked with protecting and mitigating exposures and harmful effects associated with exposure to these chemicals. The Agency often is in a position, despite imperfect and incomplete databases, where methods and tools need to be developed to identify, characterize, and in some cases, rank and categorize chemicals.

With more than 80,000 chemicals currently listed on the TSCA inventory that can legally be used in commerce within the U.S. (not including pesticides or chemicals that are created as byproducts during industrial processes), the Agency needs a way to prioritize substances for review or action. Many of the statutes administered by EPA provide specific lists of chemicals that require consideration, but often those lists are based on information and analyses previously developed by EPA. In addition, the statutes generally provide for adding or deleting chemicals from the initial list on the basis of their potential threat to human health or ecological receptors. Consequently, a need exists for methods that rapidly screen chemicals for placement on lists or that prioritize potentially hazardous substances.



**Figure 1-1.  Categories of metals assessments under EPA statutory framework.**

Some of the ranking and categorization methods used by EPA involve identifying certain attributes of chemicals that can then be used as indicators of potential human health or ecological risk.  Example attributes include human and ecological toxicity, production volume, quantities released to the environment, persistence in the environment, mobility in the environment as indicated by volatility or solubility, and potential to bioaccumulate in the food chain.  Other methods, which may be less quantitative, rely more on a combination of expert judgment, stakeholder input, and availability of information to determine the priority or categorization of chemicals for decision making or other action.  Examples of programs where EPA identifies or categorizes chemicals for priority action based on human health or ecological concerns include the following:

- Selecting chemicals for the Agency's Toxicity Characteristic regulation (40 CFR 261.24) that defines hazardous wastes

- Establishing reporting thresholds for spills of hazardous materials under Superfund

- Setting priorities for revisions to the Ambient Water Quality Criteria (AWQC)

- Listing chemicals under the Toxics Release Inventory

- Determining priorities for developing drinking water standards

- Setting priorities for hazardous air pollutant data collection and assessment, and

- Setting priorities for reviewing existing chemicals under TSCA.

This list of needs for ranking or categorizing chemicals is not comprehensive but is illustrative of the activities that EPA conducts in this regard.  In addition, the Agency may set national standards and guidelines for specific chemicals, including metals, as described in the next section.

## 1.3.2.  National-Level Assessments

National-level assessments may be performed when the Agency is setting media standards or guidelines for chemicals (e.g., Maximum Contaminant Levels [MCLs], National Ambient Air Quality Standards, AWQC, Superfund soil-screening levels) or when the Agency is using risk assessments to establish controls for environmental releases from industry or other sources (e.g., hazardous waste listings under the Resource Conservation and Recovery Act, residual risk

> **Ambient Water Quality Criteria**
>
> EPA's Office of Water is charged with developing Ambient Water Quality Criteria (AWQC) to support the Clean Water Act goals of protecting and maintaining the physical, chemical, and biological integrity of U.S. waters.  Examples of chemical-specific criteria include those designed to protect human health, aquatic life, and wildlife.  Although AWQC are typically derived at a national level, there is a long history behind the development of methods to accommodate site-specific differences in metals bioavailability.  For example, since the 1980s, aquatic life criteria for several cationic metals have been expressed as a function of water hardness to address the combined effect of certain cations (principally calcium and magnesium) on toxicity.  Recognizing that water hardness adjustments did not account for other important ions and ligands that can alter metals bioavailability and toxicity, EPA developed the water effect ratio (WER) procedure as an empirical approach for making site-specific bioavailability adjustments to criteria (U.S. EPA, 1994a).  This approach relies on comparing toxicity measurements made in site water with those made in laboratory water to derive a WER.  The WER is then used to adjust the national criterion to reflect site-specific bioavailability.  More recently, the Office of Water has been developing a mechanistic-based approach for addressing metals bioavailability using the Biotic Ligand Model (BLM) (Di Toro et al., 2001; Santore et al., 2001; U.S. EPA, 2000b).  This model, discussed in Chapter 5, predicts acute toxicity to aquatic organisms on the basis of physical and chemical factors affecting speciation, complexation, and competition of metals for interaction at the biotic ligand (i.e., the gill in the case of fish).  The BLM has been most extensively developed for copper and is being incorporated directly into the national copper aquatic life criterion.  The BLM is also being developed for use with other metals, including silver.  Conceptually, the BLM has appeal because metals criteria could be implemented to account for predicted periods of enhanced bioavailability at a site that may not be captured by purely empirical methods, such as the WER.

determinations under the Clean Air Act, and pesticide registrations).  These assessments can vary in level of detail from simple, screening analysis to complex, data-intensive definitive assessments.  EPA also is charged with establishing controls on environmental releases based on the best available treatment technologies (e.g., maximum achievable control technology for air

emission and best available treatment technology for surface water discharges and for hazardous wastes).  However, even though the standards are based on technological achievability, the Agency typically performs risk assessments in support of these regulations to help inform management decisions and for use in cost/benefit analyses.

Differing environmental conditions across the country affect the biogeochemistry of metals, making it difficult to set single-value national criteria that represent the same risk level across the whole country (national standards that apply at the point of exposure, such as MCLs, are less affected by these factors).  To conduct such assessments, the Agency commonly undertakes several approaches.  One is to define one or more exposure scenarios and to conduct a relatively detailed analysis. The difficulty in this approach is in selecting the appropriate scenario; typically, the Agency tries to ensure that the scenario is sufficiently conservative to be protective of the population at highest risk (such as populations exposed above the 90th percentile) without being so conservative that the standards are protective of hypothetical individuals whose calculated risks are above the real risk distribution. In selecting the appropriate scenario, the Agency needs to consider all the factors that may affect potential risk, including environmental factors affecting the fate, transport, exposure potential, and toxicity of the chemicals released.

> **Hazardous Waste Listing Determination**
>
> Under the Resource Conservation and Recovery Act, EPA is required to make formal decisions on whether to designate certain specific industry waste streams as hazardous.  For waste streams that are listed as hazardous, the generators and handlers of those wastes must comply with a comprehensive set of management and treatment standards.  In determining whether to list a waste as hazardous, the Agency evaluates the ways in which that waste is currently being managed or could plausibly be managed by the generators and handlers of the waste.  The Agency also assesses the physical and chemical composition of the waste.  Based on the waste characteristics and management practices, EPA then conducts an analysis to determine whether potentially harmful constituents in the waste might be released and transported to human or ecological receptors.  In conducting these analyses, the Agency evaluates the potential for constituents in the waste material to be released to air, surface water, soil, and ground water.  It then models the fate and transport of those constituents to potential receptors.

Another common approach for a national assessment or criteria derivation is to conduct a probabilistic analysis (such as a Monte Carlo analysis), wherein the variability of the key factors is described by parameter distributions used as inputs to the probability analysis procedure.  The result is an integrated distribution of potential risk levels.  The difficulties related to conducting this kind of analysis are in developing appropriate distributions for each parameter and in ensuring that adequate attention is paid to potential correlations among key parameters.  These correlations often are more complex and difficult to describe for metals than for organic compounds.

### 1.3.3.  Site-Specific Assessments

Site-specific assessments are conducted to inform a decision concerning a particular location and may also support some national regulatory decisions.  They can also vary in detail from screening-level to complex, definitive-level analyses.

- Determining appropriate soil cleanup levels at a Superfund site
- Establishing water discharge permit conditions to meet AWQS, and
- Determining the need for emission standards for sources of hazardous air pollutants.

---

**Establishing Water Discharge Permit Conditions**

The Clean Water Act establishes a two-tier process for setting water discharge permit conditions. First, all dischargers must meet the technology-based effluent guidelines limitations requirements. Second, if those limitations are not adequate to allow the receiving stream to achieve its designated water quality standards (WQS), then more stringent limits are developed to ensure that those standards are met.  WQS are established by the states and consist of a designated use for the water body and a set of criteria for individual chemicals that allow that use to be achieved.  EPA has published national water quality criteria values for the states to use as guidance in setting their standards.

Once the standards that include the criteria have been established and it has been determined that the effluent guidelines alone will not be sufficient to allow those criteria to be met, the state prepares a wasteload allocation for all the dischargers to that stream segment, including, where appropriate, the nonpoint source discharges.  The wasteload allocation generally consists of modeling the potential impact on the stream from each discharge of the chemicals of concern and then setting the allowable discharges to ensure that the criteria for the chemicals are met.  The modeling process can be quite complex, potentially taking into account the interactions of the ambient stream conditions with the chemicals in the discharge, including dilution, chemical transformations, degradation, settling, resuspension, and other processes.  For metals, stream characteristics such as pH, organic content, suspended solids levels, and numerous other factors can significantly affect how the metal will behave and affect aquatic life in the stream segment.  Therefore, it is important to understand these processes in conducting the wasteload allocation.

---

An accurate site-specific assessment for an inorganic metal requires knowledge of the form (or forms) of the metal as it enters the environment, the environmental conditions affecting the metal (climatological conditions, soil geochemistry, water and sediment chemistry, etc.), the existence of plants and/or animals in which the metal might bioaccumulate as well as the uptake factors for whatever form(s) the metal may be in, plausible pathways and routes of exposures to the human or ecological receptors, and the effect the metal will have on target organisms in whatever form in which it reaches that organism and its target organ/system.  Although many of these same principles also affect the risk potential of organic chemicals, models for predicting fate, transport, and toxic properties are generally better defined for organic chemicals than for metals.

## 1.4.  KEY PRINCIPLES TO CONSIDER IN METALS RISK ASSESSMENT

One of the purposes of this Framework is to present key principles that differentiate inorganic metal compounds from other chemicals.  These key principles, defined in subsequent subsections, warrant careful consideration when assessing the risks to human health and the environment associated with exposures to metals or metal compounds and should be addressed and incorporated into metals risk assessments to the extent practicable.  For example, it is known that certain metal compounds bioaccumulate in human tissues and that this bioaccumulation can be related to the metals' toxicity (SAB, 2006).  Contributors to the Metals Action Plan (MAP), members of the SAB, and external stakeholders, along with various contributors to and authors of this Framework, have discussed these metals principles for consideration in the assessment of metals.  They are visible throughout this document.  In Chapter 2, they are broadly discussed in the context of the Agency's risk assessment process.  In Chapters 4 through 6, they are discussed in the context of human health, aquatic, or terrestrial risk assessment processes.  The remainder of this chapter discusses these principles in more detail, focusing on the unique properties of metal compounds and why these principles are important for metals risk assessments.

### 1.4.1.  Metals are Naturally Occurring Constituents in the Environment and Vary in Concentrations Across Geographic Regions

Implications for risk assessment include the following:

- Humans, other animals, and plants have evolved in the presence of metals and are adapted to various levels of metals.  Many animals and plants exhibit geographic distributions that reflect variable requirements for and/or tolerance to certain metals.  These regional differences in requirements and tolerances should be kept in mind when conducting toxicity tests, evaluating risks, and extrapolating across regions that differ naturally in metals levels.

- As a result of industrialization, current levels of metals may be elevated relative to levels occurring naturally.  Depending on the purpose of the risk assessment, care should be taken to understand and distinguish among naturally occurring levels, current background levels (i.e., natural and anthropogenic sources), and contributions to current levels from specific activities of concern.

- Because the diets of humans and other animals are diverse, there may be wide variability in the dietary intake of some metals (e.g., in seafood), resulting in both temporal variability (e.g., spikes after a seafood meal or with life stage) and geographic or cultural variability.

### 1.4.2. All Environmental Media have Naturally Occurring Mixtures of Metals and Metals are Often Introduced into the Environment as Mixtures

Implications for risk assessment include the following:

- Some metals act additively when they are present together, others act independently of each other, and still others are antagonistic or synergistic. Such interactions are important aspects of assessing exposure and effects.

- Interactions among metals within organisms may occur when they compete for binding locations on specific enzymes or receptors during the processes of absorption, excretion, or sequestration, or at the target site.

- The presence of and amount of other metals are important when conducting and interpreting laboratory tests.

### 1.4.3. Some Metals are Essential for Maintaining Proper Health of Humans, Animals, Plants, and Microorganisms

Implications for risk assessment include the following:

- Adverse nutritional effects can occur if essential metals are not available in sufficient amounts. Nutritional deficits can be inherently adverse and can increase the vulnerability of humans and other organisms to other stressors, including those associated with other metals.

- Excess amounts of essential metals can result in adverse effects if they overwhelm an organism's homeostatic mechanisms. Such homeostatic controls do not apply at the point of contact between the organism and the environmental exposure.

- Essentiality thus should be viewed as part of the overall dose-response relationship for those metals shown to be essential, and the shape of this relationship can vary among organisms. For a given population, "reference doses" designed to protect from toxicity of excess should not be set below doses identified as essential. Essential doses are typically life-stage and gender specific.

### 1.4.4. The Environmental Chemistry of Metals Strongly Influences Their Fate and Effects on Human and Ecological Receptors

Unlike organic chemicals, metals are neither created nor destroyed by biological or chemical processes. However, these processes can transform metals from one species to another (valence states) and can convert them between inorganic and organic forms. Metals also are present in various sizes, from small particles to large masses. Implications for risk assessment include the following:

- The form of the metal (chemical species, compound, matrix, and particle size) influences the metal's bioaccessibility, bioavailability, fate, and effects.

- The form of the metal is influenced by environmental properties, such as pH, particle size, moisture, redox potential, organic matter, cation exchange capacity, and acid volatile sulfides.

- Certain forms of metals are used for evaluating exposure and effects.  For example, the free metal ion is used for exposure assessments based on competitive binding of metal to specific sites of action.

- Metals attached to small airborne particles are of primary importance for inhalation exposures, although a few metals and metal compounds may exist as vapors (e.g., mercury).

- Information developed on the fate and effects of one form of a metal may not be directly applicable to other forms.

- Organometallic forms have different characteristics from inorganic metals and metal compounds, and the same general principles and approaches for risk assessment do not apply.

### 1.4.5.  The Toxicokinetics and Toxicodynamics of Metals Depend on the Metal, the Form of the Metal or Metal Compound, and the Organism's Ability to Regulate and/or Store the Metal

These processes are often highly dynamic (e.g., vary according to exposure route and concentration, metal, and organism) and thus exert a direct influence on the expression of metal toxicity.  Implications for risk assessment include the following:

- Certain metal compounds are known to bioaccumulate in tissues and this bioaccumulation can be related to their toxicity.

- The latest scientific data on bioaccumulation do not currently support the use of bioconcentration factor (BCF) and bioaccumulation factor (BAF) values when applied as generic threshold criteria for the hazard potential of inorganic metals in human and ecological risk assessment (e.g., for classification as a persistent bioaccumulative toxic [PBT] chemical).

- Single value BAF/BCFs hold the most value for site-specific assessments when extrapolation across different exposure conditions is minimized.

- For regional and national assessments, BAF/BCFs should be expressed as a function of media chemistry and metal concentration for particular species (or closely related organisms).

- Trophic transfer can be an important route of exposure for metals, although biomagnification of inorganic forms of metals in food webs is generally not a concern in metals assessments.

- Kinetic-based bioaccumulation models (e.g., DYNBAM) have been shown to accurately describe bioaccumulation resulting from different exposure routes for various metals and aquatic organisms and should be considered as alternatives to the BCF/BAF approach when appropriate data are available.

- Many organisms have developed physiological or anatomical means for regulating and/or storing certain metals up to certain exposure levels such that metals may not be present in organisms in a concentration, form, or place that can result in a toxic effect.

- The organ or tissue in which metal toxicity occurs may differ from the organ or tissue(s) in which the metal bioaccumulates and may be affected by the metal's kinetics.  Target organs may differ by species, mainly owing to differences in absorption, distribution, and excretion.  Effects at the portal of entry to an organism are less dependent on kinetic processes internal to an organism.

- Both the exposure route and the form of a metal can affect the metal's carcinogenic potential (assessed in the context of human health risk assessment) and its noncancer effects.

- Sensitivity to metals varies with age, sex, pregnancy status, nutritional status, and genetics (due to genetic polymorphisms).

## 2.  FRAMEWORK FOR METALS RISK ASSESSMENT

The following discussion addresses issues that are unique to inorganic metals and routinely encountered during the inorganic metals risk assessment process.  Discussions of issues generic to any chemical risk assessments are kept to a minimum because these are dealt with in other framework and guidance documents (e.g., U.S. EPA, 2003a, 2000a, 1998a; http://www.epa.gov/ncea/ and http://www.epa.gov/ncea/raf).

This chapter provides an overview of the risk assessment phases and assessment questions.  Environmental chemistry issues and their implication in the assessment of inorganic metals are also discussed.  The chapter is organized around the overall risk assessment paradigm. (See Figure 2-1, which broadly illustrates the overall risk assessment/risk management process and identifies some metals-specific considerations in the problem formulation and analysis steps.)  An effective risk assessment for metals will account for the unique aspects of metals that differentiate them from other substances early and throughout the risk assessment process.

For assessments of human health or ecological risks at national, regional, or site-specific scales, the metals principles can be translated into sets of assessment questions.  As appropriate, the risk assessor can use these questions to meet the needs of the assessment.  The risk assessor should consider these questions throughout the risk assessment process; however, they are especially important in focusing the assessment during the Planning and Problem Formulation phase.  Suggested assessment questions are given within this Framework for Problem Formulation, Analysis, and Risk Characterization.  These questions are not exhaustive but provide the risk assessor with a feel for the proper questions to ask.

## 2.1.  HUMAN HEALTH AND ECOLOGICAL RISK ASSESSMENT: PLANNING AND PROBLEM FORMULATION

Planning and Problem Formulation are critically important for both human health and ecological risk assessments (U.S. EPA, 2003a, 2000a, 1998a).  The concepts embodied in Planning and Problem Formulation are valuable starting points for any risk assessment involving metals.  Planning and Problem Formulation provide an opportunity for initial consideration of the metals' characteristics and their chemistry.  These considerations, along with other aspects of the assessment, contribute to the development of a conceptual model that conveys the important elements of the metals risk assessment.

Although Problem Formulation is not explicitly included in the human health risk assessment (HHRA) paradigm, as it is in the ecological risk assessment guidelines, current practice is to consider many of the issues in the planning stages that the assessor anticipates will be incorporated later in the HHRA.  This is particularly true for more complex assessments that



**Figure 2-1.  Risk assessment/risk management process for metals.**

consider multiple metals, pathways/routes of exposure, etc., as is advised in EPA's Framework for Cumulative Risk Assessment (U.S. EPA, 2003e).  These planning and scoping activities may include

- defining the geographic scale and scope (site, national-scale, etc.) of the assessment
- identifying potentially exposed populations and sensitive subpopulations
- characterizing exposure pathways and exposure routes (conceptual model)
- describing how exposure will be assessed
- determining how hazard and the receptor's dose-response will be assessed, and
- describing how risks will be characterized.

For metals, the type of assessment (i.e., screening or detailed) and the scale of the assessment (i.e., site specific, regional, or national) will determine how information on metals can be applied in the assessment.  Site-specific assessments will involve only a single geographical area of concern and, therefore, can incorporate locally relevant aspects of environmental chemistry, background concentrations, and species sensitivities.  For regional and national-scale

> **Translating the Metals Assessment Principles into Assessment Questions**
>
> Translating the metals principles into assessment questions should be stressed during planning and problem formulation.  This step helps ensure that the principles have been appropriately considered.

assessments, more general assumptions about the form of the metal in the environment, deposition pathways, uptake and bioavailability parameters, and sensitive species or subpopulations are useful.  These general assumptions frequently produce results that are conservative in their assumptions in an effort to be protective of sensitive species or locations. Regardless, the key principles in metals risk assessment should be considered in all risk assessments.

For metals risk assessment, the risk assessor should consider the following examples of questions that should be considered during the planning and scoping of the Problem Formulation phases:

**Background Concentrations**
- How should background (natural and anthropogenic) levels for metals be characterized for the selected spatial scale of the assessment?

- Is ecoregion-specific information available or is the use of state averages, or distributions, compatible with the level of ecological relevance and certainty required by the risk analysis?

- For ecological risk assessments, are acclimation, adaptation, and tolerance data for organisms of concern available and are these issues being considered?

**Mixtures and Interactions**

- How will interactions affecting uptake and systemic effects be considered?

- Will issues be considered such as reduction of reactivity and increase in mobility by organic compounds that form complexes with metals and possible increases in toxic effects of organic compounds that form lipophilic complexes with metals?

- Will interactions with other metals and with organics (e.g., As and polycyclic aromatic hydrocarbons) be addressed?

**Essentiality**

- Are nutritional deficits, which can be inherently adverse and can increase the vulnerability of humans and other organisms to other stressors, be included in the assessment?

- How will both toxicity and deficiencies of essential metals be characterized?

**Forms of Metals**

- Since environmental chemistry is a primary factor influencing metal speciation and subsequent transport, uptake, and toxicity, how will it be included in the risk assessment?

- How will environmental conditions (e.g., pH and oxidation-reduction reactions) be addressed to determine metal speciation and mobility?

**Toxicokinetics/Toxicodynamics of Metals**

- What metal-related responses are of most concern in the health risk assessment?

- Which sensitive subpopulations should be considered for each metal of concern?

- How will biotic and abiotic factors that influence the bioavailability and bioaccumulation of metals be incorporated into the risk assessment?

- How will environmental factors that affect metal speciation and metabolic capacity of biota to regulate internal metal concentrations (homeostatic controls) be accounted for when calculating the bioaccumulation potential of metals?

## 2.2.  METALS CONCEPTUAL MODEL

The relationships between the sources, exposure, and effects of metals to human and ecological receptors are complex and often are specific to a particular site, environmental condition, and receptor organism.  Because metals are naturally occurring substances that undergo extensive biogeochemical cycling (i.e., are not destroyed but change form), transition functions between environmental loadings, media concentrations, exposed receptors, and the

final organismal or ecosystem responses are affected by natural processes to a much greater extent than those that occur with xenobiotic organic contaminants.  The assessor should identify these transition functions in the conceptual model for all metals assessments.

The generic conceptual model depicted in Figure 2-2 shows the interrelationship between the metals or metal compounds of interest and the health risk assessment process.  It is a representation of the actual and potential, direct and indirect relationships between stressors in the environment and exposed humans (or particular subpopulations) or ecological entities.  The conceptual model depicts possible pathways from sources of metals and typical ways in which risk is assessed (e.g., on the basis of media concentrations, calculated dose, or residues in tissues).  This model follows the same format as a typical chemical assessment, but it identifies areas (primarily in the transition states between environmental compartments) where metal-specific issues require additional consideration.  For simplicity, the numerous environmental or biological processes that influence the predominant route of exposure or the physical/chemical properties of the metal compounds are not depicted in this model, but such processes would be used as inputs to models developed for specific assessments.  The bidirectional arrows represent the fact that the transition functions (models) can be applied in a prospective manner (i.e., in a left-to-right direction to determine risks associated with a given load or exposure) or in a retrospective manner (in a right-to-left direction to determine the load or exposure associated with a predetermined level of risk).  The latter is usually done for generating human and ecological quality criteria expressed as media concentrations.

The goals and scope of a health risk assessment, in addition to the availability of data, methods, and resources, are among the most important factors that determine the extent to which the key principles specific to metals (given in Section 1.4) can be incorporated into an assessment.  Generally, health risk assessment endpoints are selected during the Problem Formulation phase of a risk assessment based on their relevance to risk management goals, societal values and laws, known adverse effects of metals, and endpoints of importance to stakeholders.  Risk assessors will incorporate the metals principles to a lesser extent in screening-level assessments than in detailed risk assessments.  Site-specific assessments can account for more metal-specific processes (particularly environmental chemistry) than can national-level assessments that require generalization across multiple ecoregions.  Therefore, it is recommended that, when appropriate, regional- or national-level ecological risk assessments be subdivided into metal-related ecoregions, referred to as *metalloregions* (McLaughlin and Smolders, 2001), such that protection levels, mitigation goals, and ranking results will be appropriate for the suite of species naturally present within each type of controlling environment.  This is directly analogous to the use of ecoregions when establishing water quality criteria (Griffith et al., 1999).  The Problem Formulation phase of the assessment should clearly identify whether a regional approach is being used and, if so, how the metalloregions are defined in terms of species composition and environmental controlling factors.



**Figure 2-2.  Generic conceptual model for metals risk assessment.**

This concept of regional-based ecological assessments is significantly less important in *human health* assessments.  In these assessments, the environmental controlling factors (pH, water hardness, etc.) may be important determinants in exposure calculations for dietary or drinking water exposures.  However, **to our knowledge**, humans have not adapted to particular areas of metal enrichment or impoverishment but, rather, choose to live in all environments.  Therefore, the differences in human sensitivity that should be considered are not geospatially correlated.  Rather, the assessor should strive to identify potentially sensitive subpopulations, such as the very young or the elderly, subpopulations with genetic predispositions to metal sensitivity (e.g., Wilson's disease), or other similar groups.  Again, the scope of the Problem Formulation phase should clearly address whether the risk results will be applied on a population-wide basis, such that protection is afforded to the most sensitive individuals, or whether these groups will be given additional scrutiny and separate risk analyses, such that results will be applicable only to the general population.

Figure 2-2 identifies areas in the conceptual model that stand out as metal-specific issues as the transitions between environmental loadings, media concentrations, exposure receptors, and the final organismal or ecosystem risk.  Because metals are naturally-occurring substances with which organisms have evolved, it is particularly important to incorporate the natural processes that affect metal mobility, speciation, biogeochemical cycling, and sequestration into the health risk assessment.  These may differ in details or approach, depending on the environment of concern (water, land, and air), the final receptor organisms (humans, animals, and plants), and the management goal (i.e., whether the management goal is the health of individuals or the maintenance of populations or communities).  However, the same basic concepts always arise, regardless of the assessment context.

The conceptual model identifies the following issues, indicates the point within the health risk assessment process where they occur, and helps direct the remainder of the health risk assessment.

- **M1: Fate and transport models.**  The partitioning and biogeochemical cycling of metals into the various environmental media from the loading source depend on the physical properties of the initial form of the material and the particular chemistry of the receiving environment.  Fate and transport models are useful for estimating metal speciation, transition kinetics, partitioning, deposition, and potential resuspension within the context of environmental levels of the metal and other inorganic substances.  These can be very detailed for site-specific assessments, or they can provide a potential range of processes that might occur over large, regional scales for assessments of a more generic nature (e.g., criteria development or ranking schemes). Reviews by Paquin et al. (2003), Allen (2002), and EPA (1997a) include up-to-date information with regard to the availability of models appropriate for use in evaluating fate and transport of metals in aquatic environments (see Chapter 3 on environmental chemistry).

- **M2: Media-based exposure models.**  Media-specific exposure models are mathematical functions used to calculate the exposure of the organism to metals directly from abiotic media (i.e., excluding the food web).  Estimating the uptake of metals from environmental media into biota follows many of the same processes used for organic substances, such as understanding dietary preferences, ingestion rates, inhalation rates, and movement patterns.  Of particular concern with metals health risk assessments is accounting for the differing bioavailability of metal species to organisms from different environmental media.  Exposure to existing environmental levels of metals is another issue of considerable importance in this modeling step.  Exposure assessment issues are considered separately for human health, aquatic, and terrestrial receptors (see Chapters 3, 4, and 5, respectively).

- **M3:  Bioaccumulation and toxicokinetic (TK) models.**  Many organic substances require metabolic activation to become toxic or, conversely, to be detoxified and excreted.  Metals do not.  Metals may form complexes with proteins or other carrier molecules for distribution to target organs or for sequestration and excretion.  Their bioaccumulation is tissue-specific (e.g., cadmium [Cd] in kidneys).  The natural occurrence of metals has led to the development of specific mechanisms for uptake, metabolism, distribution/storage, and excretion of metals by organisms.  These processes can impact the use and interpretation of bioaccumulation data and the toxicity of bioaccumulated metal.

- **M4:  Residue-based toxicity models.**  If risk to the organism(s) of concern is to be based on an estimate of internal dose, then information about the relationship of whole-body (or target organ) residue levels to toxic responses should be reviewed by the assessor, either from empirical data or physiologically based toxicokinetic (PBTK) models.  Because of the processes discussed in the previous paragraph, this can be particularly challenging for inorganic metals.  Metal speciation in the exposure matrix can especially influence this relationship because uptake and organ distribution kinetics are likely to differ.  When available, critical body residues (CBRs) can be used to reduce uncertainties in health risk assessments because they account for site-specific bioavailability and multiple exposure pathways.  However, CBRs for metals can vary widely depending on exposure pathway (food vs. water), rate of accumulation relative to the detoxification and sequestration processes, and form of bioaccumulated metal.  Establishment of a valid residue-response relationship is critical for successful application of CBRs (see Sections 5.3 and 6.3).

- **M5:  Bioaccumulation/food web model.**  Movement of metals through the food web is complicated by factors of bioaccessibility, bioavailability, essentiality, regulation of metals (uptake and internal distribution), detoxification, and storage as well as accumulation and the natural adaptive capacity of organisms.  While the ability to quantitatively address all these factors may be limited at present, the assessor should at least qualitatively address the potential impacts.  Bioaccumulation and trophic transfer of metals does occur.  However, biomagnification (i.e., increases in concentration through multiple levels of the food web) is rare, with the exception of certain organometallic compounds, such as methyl mercury, that can biomagnify many orders of magnitude in the aquatic food chain. Discussions of methods for estimating bioaccumulation in aquatic and terrestrial food webs are found in Sections 5.2.5.3 and 6.2.5.2, respectively.

2-8

- **M6: Dietary exposure models.** The assessor must carefully consider the bioavailability of metals from food items in models that estimate dietary exposure to metals. In ecological risk assessments, the wide variation in feeding modes and digestive physiology across species limits the ability to make generalizations with metals. Generalizations require knowledge of dietary preferences, trophic structure of the community, and ingestion and absorption rates. In human health risk assessments, the assessor should consider regional, social, and religious dietary preferences. Although this node of the conceptual model differs very little from risk assessment approaches for organic substances, some metal-specific generalities about the relative importance of exposure pathways can be applied to focus (and simplify) the process. For example, the highest accumulation of metals in plants generally occurs in the roots, and, except for hyperaccumulator species, most plant trophic transfer rates can be assumed to be <1. Therefore, direct toxicity to herbivores is less likely than for insectivores or from other dietary pathways, and risk to humans from most fruits and vegetables (except roots or green, leafy vegetables) is low. On the other hand, plants are quite sensitive to some metals and may die before achieving levels high enough to be toxic to animals, thereby affecting them indirectly through reduction in food availability. A discussion of dietary exposure assessment issues is found in Sections 5.2 and 6.2 for aquatic and terrestrial ecological receptors, respectively, and in Section 4.2.5.2 for humans.

- **M7: Exposure-based toxicity model.** Calculation of an external dose (oral intake, gill binding, etc.) for comparison with toxicity thresholds may depend on information about relative bioavailability (RBA), speciation of the metal or metal salt, dietary preferences and rates, environmental concentrations, essentiality, and metal interactions. Toxicity threshold considerations should be based on comparable information, such as appropriate metal species in exposure media, similarly acclimated or adapted organisms, similar exposure routes, and appropriate combinations of essential metals. Chemical equilibrium models such as MINTEQA2 (Brown and Allison, 1987) may be useful for characterizing the species of metal that is present in particular media, making exposure and effect comparisons more comparable. This forms the basis of the biotic ligand model (BLM) approach (Di Toro et al., 2001; Santore et al., 2001; Paquin et al., 1999) to defining acute aquatic toxicity.

- **M8: Media-based toxicity model.** This health risk assessment model compares environmental concentrations with organism response functions without calculating a body burden or internal dose. It is used more frequently for aquatic and soil-dwelling organisms, less frequently for wildlife, and very infrequently for human health assessments. Consideration of RBA, trophic transfer rates, dietary preferences, existing environmental concentrations, and organism adaptations is important for a metals assessment.

- **M9: Population, habitat, ecosystem models.** Assessors who carry out Ecological risk assessments often ask questions related to population growth, habitat change, or ecosystem functions in addition to questions related to risks to individual organisms. Most of the models and approaches are similar for both metal and organic substances. However, metals and other inorganic substances are among the fundamental determinants and delimiters of ecoregions (in conjunction with climate, elevation, and

day length associated with latitude).  Therefore, knowledge of background levels and the adaptation of organisms to differing metal levels are essential in developing appropriate risk factors for naturally occurring species.

In summary, the conceptual model lays out a series of working hypotheses about how the metal(s) of concern might move through the environment to cause adverse effects in humans or ecological systems.  These hypotheses are examined through data analyses, models, or other predictive tools to determine the probability and magnitude of the occurrence of unwanted effects.  The approaches used to accomplish this assessement are discussed in general within various Agency risk assessment guidance documents.

## 2.3.  ASSESSMENT PHASE

The assessment phase of a health risk assessment is the process of estimating exposure and understanding the dose-response relationship between biota and the chemical(s) of interest. The additional metals-specific factors should be considered during this phase.  As with any assessment, at the beginning of the Analysis phase, the assessor should critically examine the data and models to ensure that they are appropriate to the level of detail and site-specific, regional, or national application of the assessment results.  Most of the assessment questions in this chapter are directed toward assisting the assessor with the collection of the appropriate information to address metal-specific issues for conducting either exposure or effects characterizations.

### 2.3.1.  Bioavailability

The bioavailability of metals and, consequently, the associated risk vary widely according to the physical, chemical, and biological conditions under which an organism is exposed.  To the extent that available data and methods allow, the assessor should explicitly incorporate factors that influence the bioavailability of a metal into the health risk assessment.  In situations where data or models are insufficient to address bioavailability rigorously, the assumptions made regarding

---

**Bioaccessibility, Bioavailability, and Bioaccumulation**

*Bioaccessibility* refers to the amount of *environmentally available metal* that actually interacts with the organism's contact surface (e.g., membrane) and is potentially available for absorption (or adsorption if bioactive upon contact).  *Environmentally available metal* is the total amount of metal that is available for physical, chemical, and biological modifying influences (e.g., fate and transport) and is not sequestered in an environmental matrix.

*Bioavailability* of metals is the extent to which bioaccessible metals absorb onto, or into, and across biological membranes of organisms, expressed as a fraction of the total amount of metal the organism is proximately exposed to (at the sorption surface) during a given time and under defined conditions.

*Bioaccumulation* of metals is the net accumulation of a metal in the tissue of interest or the whole organism that results from *all environmental exposure media*, including air, water, solid phases (i.e., soil, sediment), and diet, and that represents a net mass balance between uptake and elimination of the metal (SAB, 2006).

*Bioconcentration* is the net accumulation of metal in an organism resulting from direct uptake from water only, such as through gill membranes or other external surfaces.

---

bioavailability should be clearly detailed in the health risk assessment as should the associated impact on results.

Although bioavailability may be a defined measurement when considered in certain vertebrate animals where metal uptake is directly a function of the concentration of metal in the diet, it is not as simple in many other aquatic and terrestrial organisms where food consumption is difficult to measure and where metals are present in the surrounding environment and available for uptake via nondietary pathways. In this case, as discussed in Meyer (2002), metal bioavailability may be more of a conceptual term and not a precisely measured parameter.

*Environmental availability* refers to the ability of a metal to interact with other environmental matrices and undergo various fate and transport processes. Environmentally available metal is not sequestered in an environmental matrix, and it represents the total pool of metal in a system that is *potentially* bioavailable at a particular time and under a particular set of environmental conditions (i.e., able to contact or enter into an organism). Environmental availability is specific to the existing environmental conditions and is a dynamic property, changing with environmental conditions. The *bioaccessible fraction* of metal is the portion (fraction or percentage) of environmentally available metal that actually interacts at the organism's contact surface and is potentially available for absorption or adsorption (if bioactive upon contact) by the organism.

The bioaccessibility, bioavailability, and bioaccumulation properties of inorganic metals in soil, sediments, and aquatic systems are interrelated and abiotic (e.g., organic carbon) and biotic (e.g., uptake and metabolism). Modifying factors determine the amount of an inorganic metal that interacts at biological surfaces (e.g., human digestive system, at the gill, gut, or root tip epithelium) and that binds to and is absorbed across these membranes. A major challenge is to consistently and accurately measure quantitative differences in bioavailability between multiple forms of inorganic metals in the environment.

The bioavailability issue paper authors (McGeer et al., 2004) provided EPA with some practical, standard, and defensible recommendations on concepts, terms, and definitions that can serve as a paradigm for studying inorganic metals and their bioavailability. Figure 2-3 presents a conceptual framework along with further discussion of metals bioavailability and bioaccumulation.

### 2.3.2. Exposure Characterization

Exposure characterization describes potential or actual contact or co-occurrence of stressors with receptors (U.S. EPA, 1998a). Metal factors incorporated into this portion of the health risk assessment include ecosystem and receptor characteristics that affect the movement of metals in the environment including atmospheric deposition, their uptake and accumulation in humans and other biota, and distribution into target organs. Specific assessment questions include the following:



**Figure 2-3. Conceptual diagram for evaluating bioavailability processes and bioaccessibility for metals in soil, sediment, or aquatic systems.**

[a]BF is most often measured using *in vitro* methods (e.g., artificial stomach), but it should be validated by *in vivo* methods.

[b]RBA is most often estimated as the relative absorption factor, compared to a reference metal salt (usually calculated on the basis of dose and often used for human risk, but it can be based on concentrations).

[c]ABA is more difficult to measure and used less in human risk; it is often used in ecological risk when estimating bioaccumulation or trophic transfer.

Source: McGeer et al. (2004).

**Background Concentrations**

- What data sources are used to estimate background (natural and anthropogenic) concentrations?

- What are the ranges of background concentrations and how do they vary spatially?

- What degree of certainty exists in estimates of background concentrations?

**Fate and Transport**

- What environmental transport and air deposition models will be used and what are their assumptions, limitations, and uncertainties?

- How will the environmental chemistry (in air, water, and soils) of metals be addressed?

- What deposition scale (local, regional, or national) is important for the metal and receptors being considered?

- What meteorological factors impacting the fate and transport of metals should be considered in the health risk assessment?

**Mixtures and Interactions**

- Is exposure to metal mixtures being incorporated into the exposure assessment? If so, how is it being addressed?  If not, what is the rationale for not addressing metal mixtures?

- What evidence exists to indicate exposure to the metal(s) of concern is affected by metal mixtures in the assessment?

**Essentiality**

- For essential metals, will exposure concentrations exceed the nutritional requirements (recommended dietary allowance [RDA])?

- How do the nutritional requirements vary across species and populations in the assessment?

**Forms of Metals**

- What forms (chemical species) of metals are likely to occur at the site(s) of interest?

- What biogeochemical speciation and transformation processes are relevant for the assessment?

- How might these biogeochemical processes impact exposure assessment for the metal(s) of concern?

- What transport and fate models are relevant for the environment and metals of concern?

**Toxicokinetics/Toxicodynamics of Metals**

- What environmental factors have the most influence on the bioavailability of the metals of concern?

- What methods will be used to address bioavailability in the assessment?

- How is bioaccumulation being assessed or predicted?

- To what extent are bioaccumulation predictions being extrapolated across species, exposure concentrations, locations, or environmental conditions?

- What are the key assumptions being used to address bioaccumulation and bioavailability and how accurate are these assumptions?

The objective is to produce a complete picture of how, when, and where exposure occurs or has occurred by evaluating sources and releases, the distribution of the stressor in the environment, and the extent and pattern of contact or co-occurrence with humans or ecologically relevant biota.  The metal-specific exposure factors discussed in this framework contribute to the exposure characterization, but additional issues that are generally applied to all health risk assessments also should be considered (although they are not specifically discussed here).  For the exposure profile to be useful, it should be comparable with the stressor-response relationship generated in the effects characterization.

### 2.3.3.  Characterization of Effects/Hazard Analysis

To characterize effects or adverse responses to metals, the risk assessor should describe how the effects are elicited, link them to the human populations at greatest risk and/or the ecological assessment endpoints, and evaluate how they change with varying exposure levels.  It is particularly important, especially for inorganic metals, to confirm that the conditions under which the exposure occurs are consistent with those of the conceptual model.  This will ensure that the correct metal species is evaluated for its effects on the populations (including the vulnerable subpopulation) or endpoints of concern, or that appropriate models are used for extrapolating responses among metal species, biota (laboratory to field, or test species to humans), or for varying environments (e.g., metalloregions).  Assessment questions regarding metal-specific factors for effects analyses or hazard assessments include the following:

**Background Concentrations**

- What is the relationship between environmental (natural and anthropogenic) concentrations and toxicologically relevant metal concentrations?

- For ecological risk assessments, how are acclimation, adaptation, and tolerance issues being addressed in the effects analysis?

- In human health assessments, have concentrations in locally grown or harvested foods been taken into account when estimating elevated metal exposures or estimating relative bioavailability of metals in foods, soil, or water?

- How representative are the toxicity test conditions of the environments being assessed?

**Mixtures and Interactions**

- Are toxicological effects of metal mixtures being incorporated in the effects assessment?  If so, how are they being addressed? If not, what is the rationale for not addressing the toxicity of metal mixtures?

- For particular mixtures of inorganic metals, to what degree are their combined effects additive, antagonistic, or synergistic?

- Is mimicry (competitive interactions among chemically similar metals/metalloids) important in the assessment?

- For site-specific assessments, what evidence exists to indicate the toxicity of the metal(s) of concern is affected by the presence of other metals?

**Essentiality**

- For essential metals, are nutritional requirements known (e.g., RDA for humans)?

- What is the range between concentrations required nutritionally and those associated with toxicity reference values (e.g., reference concentration [RfC], Ambient Water Quality Criteria [AWQC]) or adverse effect levels used in the risk assessment?

- Are nutritional deficits that can increase the vulnerability of humans and other organisms to other stressors being addressed?

**Forms of Metals**

- Which forms of the metals are most toxicologically relevant?

- How toxicologically comparable are the forms of metals used in the effects and exposure assessment?

- How might assumptions regarding the toxicity of different metal forms impact the effects assessment?  How accurate are these assumptions?

- How will the atmospheric chemistry, transport, and deposition of metals be addressed in the assessment?

- What meteorological factors impact the fate and transport of metals?

**Toxicokinetics/Toxicodynamics of Metals**

- How does toxicity vary for different metal forms found (or likely to be found) in the assessment?

- Which of these are most important and which are incorporated into the effects assessment?

- How are absorption, distribution, metabolism, and excretion addressed for individual metals or mixtures of concern?

Effects analysis results are summarized in a stressor-response profile. The analysis addresses the plausibility that effects may occur or are occurring as a result of exposure to the metal(s) of concern, and that linkages between measured effects and assessment endpoints can be made (this is especially important for ecological risk assessments). Many of these steps in effects assessments are not unique to inorganic metals, and so they are not addressed specifically in this Framework.

Although the prediction of toxicity due to dietary exposure to inorganic metals is complicated by wide variation in the bioavailability and toxicity of metals, it is a factor that risk assessors should consider in metals assessments. Direct approaches to accomplish this include quantifying the bioavailable fraction of bioaccumulated metals in consumers (e.g., analysis of tissue fractions such as cytosolic metals) and determining metal speciation in the media of concern (water, soil, or air). Comparisons of media values can then be made to toxicity reference values using the same metal species. Lacking such information, or for higher tier assessments, bioassay methods with field-collected media offer another way to assess bioavailability, although other than lead exposure in juvenile swine, such methods have not been widely standardized.

## 2.4.  RISK CHARACTERIZATION

Risk Characterization is the final phase of the health risk assessment and is the culmination of the Planning, Problem Formulation, and Analysis of predicted or observed adverse effects. It combines the results of the exposure assessment with information on stressor-response profiles to estimate the likelihood of effects of specified magnitude(s). The risk assessor should describe available lines of evidence and conduct (and report) an uncertainty analysis. Conclusions presented in the Risk Characterization should provide clear information to risk managers that is useful for decision making. There are no metal-specific methods in the

Risk Characterization, other than revisiting the metal factors described above to verify that they were accorded proper consideration during the Analysis.  However, because metal assessments are dependent on specific attributes of environmental chemistry and biological responses related to the natural occurrence of metals, it is particularly important that the Risk Characterization specify the conditions, locations, and time-frame within which the assessment results are applicable.

For risk assessments conducted for regional or national assessments, criteria development, or ranking purposes, it should be acknowledged that results will be based on organisms and soil types that result in greatest bioavailability and sensitivity.  Care should be taken, however, that the organism-environment combinations assessed are, in fact, compatible with real-world conditions.  Relevant assessment questions include the following:

### Background Concentrations

- What assumptions are made regarding background (natural and anthropogenic) concentrations in characterizing metal risks?

- How sensitive are the risk assessment results to the presence of background concentrations (i.e., are background concentrations a major or minor component of the risk estimate)?

- Have metals with generally high background concentrations (e.g., aluminum (Al) and iron (Fe) in soil) been appropriately considered in ecological assessments?

### Mixtures and Interactions

- How sensitive are the risk assessment results to assumptions regarding exposure and effects of metal mixtures?

- To what extent do the methods and assumptions regarding the exposure and effects of metal mixtures introduce intentional or unintentional bias in the Risk Characterization?

### Essentiality

- How do risk assessment results compare to levels required to maintain nutritional health?

- How sensitive are the risk assessment results to methods and assumptions used to address essentiality?

- To what extent do the methods and assumptions regarding the exposure and effects of essential metals introduce intentional or unintentional bias in the Risk Characterization?

**Forms of Metals**

- How sensitive are the risk assessment results to methods and assumptions used to address the different metal forms?

- To what extent do the methods and assumptions regarding the exposure and effects of metal forms introduce intentional or unintentional bias in the risk assessment?

**Toxicokinetics/Toxicodynamics of Metals**

- How sensitive are the risk assessment results to methods and assumptions regarding factors affecting bioavailability and bioaccumulation of the metal?

- To what extent do the methods and assumptions regarding the factors affecting bioavailability and bioaccumulation of metals introduce intentional or unintentional bias in the risk assessment?

## 3.  ENVIRONMENTAL CHEMISTRY, TRANSPORT AND FATE

## 3.1.  INTRODUCTION AND TERMINOLOGY

A general review of factors pertaining to the chemistry of metals in sediments, soils, waters, and the atmosphere is presented in this chapter in the context of risk assessment.  Because the behavior of metals defies simple generalities, understanding the chemistry of the particular metal and the environment of concern is necessary.  However, the factors that control metal chemistry and the environmental characteristics used to produce estimates of metal fate and effects can be generalized.

> **Chemical Species**
>
> The International Union of Pure and Applied Chemistry (IUPAC) defines chemical species as chemical compounds that differ in isotopic composition, conformation, oxidation or electronic state, or that in the nature of their complexed or covalently bound substituents, can be regarded as distinct chemical species.

In environmental chemistry, the phase the species occurs in (gas, liquid, aqueous solution, mineral, or adsorbed on an interface between phases) generally is also included in a complete definition.  In the context of the environmental chemistry of metals, chemists speak of a metal species as a "specific form of an element defined as to isotopic composition, electronic or oxidation state, complex or molecular structure" and phase (Templeton et al., 2000).

Metal speciation greatly determines the behavior and toxicity of metals in the environment.  Speciation refers to the occurrence of a metal in a variety of chemical forms.  These forms may include free metal ions, metal complexes dissolved in solution and sorbed on solid surfaces, and metal species that have been coprecipitated in major metal solids or that occur in their own solids.  The speciation of a metal affects not only its toxicity but also its volatilization, photolysis, sorption, atmospheric deposition, acid/base equilibria, polymerization, complexation, electron-transfer reactions, solubility and precipitation equilibria, microbial transformations, and diffusivity (Bodek et al., 1988).

The following sections address the application of hard and soft acid and base (HSAB) concepts to metal behavior, including the formation of metal complexes, and the importance of pH and oxidation-reduction reactions to metal mobility.  These sections also discuss the occurrence and interactions of the metals of concern in natural media (including surface and ground waters, soils and aquatic sediments, and the atmosphere).  Metal sorption behavior, aging in soils, metal dissolution and transformation and transfer to plants, and methods of determining metal speciation in soils and sediments are important topics considered in these sections.

### 3.1.1. Hard and Soft Acids and Bases:  The Stability of Complexes

Complexes are formed between metals (acids) and ligands (bases), both in solution and at the surfaces of minerals and organisms. The toxic reaction of organisms to metals can be directly related to the nature of the metal complexes formed in solution and at the surface of the organism.

A useful concept that helps to explain the strength of metal complexing and metal toxicity is that of HSAB, which was introduced by Pearson (1973).  In this concept, metal cations are Lewis acids and ligands are Lewis bases, with the metal cation and ligand

---

**Hard and Soft Acids and Bases**

*Hard acids and hard bases.*  Complexes formed between divalent hard acid cations and monovalent or divalent hard bases are ionic and relatively weak and are often termed "ion pairs." Complexes formed between $Be^{2+}$ or trivalent hard acids and hard bases tend to be ionic and relatively strong.

*Soft acids and soft bases.*  Relatively strong covalent bonds are formed in complexes between soft and borderline soft acid cations and soft bases.  Ligand-binding sites on the external or internal surfaces of organisms are often soft base and thus bond strongly with soft and borderline soft acid cations.

---

in a complex acting as electron acceptor and donor, respectively.  "Soft" implies that the species' electron cloud is deformable or polarizable and the electrons are mobile and easily moved.  Soft species prefer to participate in covalent bonding.  Hard species are comparatively rigid and nondeformable, have low polarizability, hold their electrons firmly, and prefer to participate in ionic bonds in complex formation (Langmuir, 1997).  Hard acids form strong, chiefly ionic bonds with hard bases, whereas soft acids and soft bases form strong, chiefly covalent bonds when they form complexes.  In contrast, the bonds formed between hard-soft or soft-hard acids and bases are weak, such that their complexes tend to be rare.  Table 3-1 summarizes hard and soft acid and base relationships for the metals of concern.

---

**Ligands**

Ligands are simply anions or molecules that form in coordination complexes with metal ions. Depending on whether a ligand shares one, two, three, or more electron pairs with metals, it is called a mono-, bi-, tri-, or multidentate ligand. For ligands composed of more than one atom, the atom that directly participates in metal-ligand binding is called the donor or ligand.

---

*Hard metals (hard acids), which are the least toxic, preferentially bind with hard bases that contain oxygen, forming weaker bonds with soft nitrogen and sulfur species.*  The strength of binding between hard metals and hard ligands is usually a function of pH.  Many of the hard metals are macronutrients.  Soft metals (acids) bind preferentially with soft S and N ligands, forming weaker bonds with hard base species such as hydroxide and sulfate.  Soft and borderline metals, and $Mn^{2+}$, which is hard, form bonds of decreasing strength with soft ligands such as sulfide, generally in the following order: $Pb^{2+} > Cu^{2+} > Cd^{2+} > Co^{2+} \cong Fe^{2+} > Ni^{2+} > Zn^{2+} > Mn^{2+}$.  The tendency of metals to bind to soft ligands or to organic substrates (which are

**Table 3-1. Hard and soft acids (metal cations) and bases (ligands)**

| | |
|---|---|
| Hard acids | $Al^{3+}$, $Ba^{2+}$, $Be^{2+}$, $Co^{3+}$, $Cr^{3+}$, $Fe^{3+}$, $Mn^{2+}$, $Sr^{2+}$, $U^{4+}$, $UO_2^{2+}$, $VO^{2+}$ |
| Borderline acids (between hard and soft) | $Co^{2+}$, $Cu^{2+}$, $Fe^{2+}$, $Ni^{2+}$, $Pb^{2+}$, $Zn^{2+}$ |
| Soft acids | $Ag^+$, $Cd^{2+}$, $Cu^+$, $Hg^{2+}$, $Hg^+$, $CH_3Hg^+$, $Tl^{3+}$, $Tl^+$ |
| Hard bases | $F^-$, $H_2O$, oxyanions: $OH^-$, $SO_4^{2-}$, $CO_3^{2-}$, $HCO_3^-$, $C_2O_4^{2-}$, $CrO_4^{2-}$, $MoO_4^{2-}$ $H_nPO_4^{n-3}$, $H_nAsO_4^{n-3}$, $SeO_4^{2-}$, $H_2VO_4^-$, $NH_3$, $RNH_2$, $N_2H_4$, $ROH$, $RO^-$, $R_2O$, $CH_3COO^-$, etc. |
| Borderline bases (between hard and soft) | $Cl^-$, $Br^-$, $NO_2^-$, $SO_3^{2-}$, $H_nAsO_3^{n-3}$, $C_6H_5NH_2$, $C_5H_5N$, $N_3^-$, $N_2$ |
| Soft bases | $I^-$, $HS^-$, $S^{2-}$, $CN^-$, $SCN^-$, $Se^{2-}$, $S_2O_3^{2-}$, $-SH$, $-SCH_3$, $-NH_2$, $R-$, $C_2H_4$, $C_6H_6$, $RNC$, $CO$, $R_3P$, $(RO)_3P$, $R_3As$, $R_2S$, $RSH$, $RS^-$ |

"R" refers to an organic molecule.

Source:  Adapted from Langmuir (1997); Huheey et al. (1993).

usually soft) is greatest for soft and borderline metals (soft acids), followed by the hard metals (hard acids), typically in the order $Pb^{2+}>Cu^{2+}>Cd^{2+}>Zn^{2+}>Ca^{2+}>Mg^{2+}>> Na^+$ (Pickering, 1986).

The tendency of metals to form solid phases, such as sulfides in sediments, is also related to their HSAB qualities.  For example, extremely insoluble metal sulfides are formed in anoxic sediments by soft acid metal cations, such as $Hg^{2+}$ (log $K_{sp} = -57.25$) or $Ag^+$ (log $K_{sp} = -49.7$), whereas borderline hard and hard metal cations such as $Mn^{2+}$ (log $K_{sp} = -19.25$) or $Fe^{2+}$ (log $K_{sp} = -22.39$) form slightly more soluble, although still highly insoluble, metal sulfides.  Solubility products for all sulfides except $Ag_2S$ are from Di Toro et al. (1990)  The product for silver sulfide is from Stumm and Morgan (1970).

### 3.1.2. Transformations

As discussed previously, metals and metalloids can exist in the environment in several valence forms.  They can also exist as organometallic compounds.  Organometallic compounds are compounds that have a metal/metalloid-carbon bond.  The bonds in organometallic compounds are generally covalent and between soft acid metals and soft ligands. Metal/metalloid transformation processes, such as metal methylation, occur through interactions with other chemicals and biota in the environment.  Cycling and distribution of organometallic compounds between terrestrial, aquatic, and atmospheric phases may be physically, chemically,

or biologically mediated.  Table 3-2 lists examples of some commonly occurring, environmentally stable organometallic compounds.

**Table 3-2.  Examples of organometallic compounds**

| Metal/metalloid | Organometallic compounds |
|---|---|
| AS | Methylarsenic acid, dimethyl arsenic acid, trimethyl arsine, trimethylarsine oxide |
| Pb | Tetramethyl/ethyl lead, trimethyl/ethyl lead, dimethyl/ethyl lead |
| Hg | Methyl mercury, dimethyl mercury |
| Se | Dimethyl selenide, dimethyl diselenide, seleno-amino acids |
| Sn | Tributyltin, bis(tributyltin) oxide |

As discussed in this section, organometallic methylation and demethylation rates are influenced by both the speciation and bioavailability of the metal, the microbial community, and a large number of environmental factors, many of which are interrelated.  Sulfide and organic matter are important environmental variables that significantly affect methylation; however, their effect on methylation/demethylation is poorly understood.  The dominant variables differ among locations and between seasons, although it is clear that methylation is predominantly a biologically mediated process.  Methylation/demethylation rates are strongly influenced by metal/metalloid speciation and bioavailability.

Environmental methyl-metal concentrations reflect the net methylation rather than simple rates of methyl-metal synthesis.  Table 3-3 presents metals that are involved in abiotic or biotic methylation/demethylation processes.  With the exception of As and Se, the metals in the table form stable complexes with either methyl or ethyl groups.  In addition to methyl/ethyl compounds, metals can also be incorporated biochemically into stable organometallic compounds (e.g., As into lipids and Se into amino acids).

Organometallic environmental transformations may affect both the mobility and toxicity of metals.  The transformation rates and the organometallic products are dependent on environmental conditions and the population of microorganisms available.  For example, methylation/demethylation rates are dependent on the speciation of the metal, the microbial community, the environmental variables (e.g., pH, temperature, reduction oxidation potential, organic matter, dissolved oxygen, nutrient availability, salinity, complexing agents), and the distribution of the metal between compartments (sediment, water, gaseous).  The inter-relatedness of these processes has made research into unraveling the factors controlling net methylation difficult and, to date, incomplete.  However, some general trends can be predicted with some certainty, as discussed in this section.

**Table 3-3.  Metals/metalloids involved in methylation processes**

| Process | Metals affected |
|---|---|
| Environmentally stable organometallics | Si, Ge, Sn, Pb, Hg, As, Sb, Se |
| Abiotic chemical methylation | Hg, Pb, Sn |
| Abiotic demethylation | Sn, Pb |
| Biotic methylation | As, Cd, Hg, Pb, Se, Sn |
| Biotic demethylation | As, Hg, Sn, Pb |

Source: Bodek et al. (1988).

### 3.1.2.1.  *Biotic Methylation Transformations*

Biotic methylation occurs when organisms, primarily microorganisms, transfer alkyl groups to bioavailable metals.  In general, it is thought that anaerobic sulfate-reducing bacteria are the principal methylators in freshwater and estuarine environments.  However, methylation rates are not always correlated with sulfate-reducing bacteria.  Not all sulfate-reducing bacteria are capable of methylating, and the efficiency of methylation is dependent on the activity and structure of the bacterial community.  Other bacteria may be involved in methylation.  Biotic methylation occurs predominantly in the sediment column; however, because the water column by volume is much larger, water column methylation is important.

Maximum methylation rates typically occur at the redox boundary, which varies seasonally and frequently coincides with the sediment-water interface (Ullrich et al., 2001).  Methylation rates decrease with increasing sediment depth, probably due to a decrease in biotic habitat.  Microorganisms may also demethylate (or dealkylate) organometallic compounds.  Microbial-mediated transformations are frequently the most important environmental organometallic processes.  Generally, as the amount of organic material increases in a system the microbial populations also increase.

High temperatures and anaerobic conditions generally favor metal-methylation formation, and demethylation processes are generally favored under low temperatures and/or aerobic conditions.  Studies on the effects of pH are not consistent.  Interconnected parameters include pH effects on the microbial communities and effects on the speciation distribution of the metals/metalloids in the water and the sediment as well as adsorption rates.  Organometallic compounds appear to increase in the water column in low pH environments, but this may be due to release of methylated metals from the soil and subsequent depletion of organometallic compounds in the soil.  Therefore, pH effects on net methylation in a system are not fully understood.  In freshwater ecosystems, where sulfate concentrations are typically low, increase

3-5

in sulfate concentration increases methylation rates.  However, in reducing environments, increasing sulfide concentration decreases methylation rates.  General trends in methylation/demethylation rates are outlined in Table 3-4.

**Table 3-4.  General trends of environmental factors affecting rates of methylation/demethylation**

| Organometallic transformations | Temperature | | pH | | $SO_4^{-2}$ | Organic matter | Redox | | Salinity |
|---|---|---|---|---|---|---|---|---|---|
| | High | Low | High | Low | High | | Oxic | Anoxic | High |
| Net methylation | ↑ | ↓ | ? | ? | ? | ? | ↓ | ↑ | ↓ |
| Methylation aq | ↑ | ↓ | ↓? | ↑? | ↓ | ↓↑ | ↓ | ↑ | ↓ |
| Methylation sed | ↑ | ? | ↑ | ↓ | ↓ | ? | ? | ? | ? |
| Demethylation | ↓ | ↑ | ↓ | ↑ | ? | ? | ↑ | ↓ | ? |

↑ indicates an increase in rate.
↓ indicates a decrease in rate.
**?** indicates conflicting data or insufficient data to indicate a likely trend.

The inhibitory effect of sulfide is probably not due to metal sulfide formation but, rather, to the formation of less bioavailable metal-sulfur complexes.  High organic matter may increase abiotic methylation through humic/fulvic metal reactions; however, this mechanism is poorly understood and confounded because biotic methylation rates may increase in environments with high organic matter.  In ecosystems with high dissolved organic carbon (DOC) concentrations, DOC may bind with metals/metalloids, rendering them unavailable and thereby reducing biotic methylation rates.

### 3.1.2.2.  *Abiotic Transformations*

Some organometallic compounds, those with electronegativities greater than 1.7, are stable under environmental conditions.  In a few instances, metals can undergo abiotic methylation processes.  Carbon-metal bonds with more polar (metal electronegatives <1.7)  will undergo hydrolysis (reaction with water).  Abiotic chemical methylation can occur by three mechanisms:  transmethylation reactions between mercury and tin/lead alkyls, reactions with humic/fulvic substances, and photochemical reactions.

### 3.1.3.  Aquatic Chemistry

Exposure and risks associated with metals in aquatic environments depend on the forms of the metals and on the factors that influence the presence of these forms as well as on the fate and transport of the metals.

#### 3.1.3.1.  *Processes*

A number of factors influence the sorption of metals in aquatic systems.  Speciation/ complexation is the distribution of a given constituent among its possible chemical forms, including metal complexes, which have differing tendencies to be adsorbed or desorbed; precipitation is the process by which dissolved species exceed the solubility limits of their solids, so that some of the species precipitate from solution; colloid formation can result in metals being sorbed or

| **Factors Affecting Sorption of Metals** |
| --- |
| Speciation/complexation |
| Precipitation |
| Colloid formation |
| Biofixation |
| Interactions with natural organic matter |
| Changes in pH |
| Oxidation potential |
| Salinity |
| Competing ions |
| Nature of sorbent phases |
| Surface site densities |

coprecipitated with colloidal-sized particles; biofixation occurs when biological processes (usually involving microorganisms or plants) result in the binding of metals to solid materials; interactions with natural organic matter can also result in sorption.  In addition to these factors, sorption is influenced by changes in pH, oxidation potential, salinity, concentrations of competing ions, the nature of sorbent phases and their surface areas, and surface site densities.

#### 3.1.3.2.  *Speciation and Complexes*

Metal species dissolved in water may occur as free ions, or aquo-ions, or as complexes. Free metal cations are generally surrounded by coordinating water molecules and so have been termed "aquocations," although by convention the water molecules are ignored when writing chemical reactions involving metal cations.

The total analytical concentration of a given metal in water is the sum of the concentrations of its free ion and its complexes and any metal associated with suspended solids, whether organic or mineral.  For example, the total molal concentration of lead, $\Sigma Pb$, in a natural water might equal:

$$\Sigma Pb = mPb^{2+} + mPbOH^+ + mPbCO_3{}^o + mPbHCO_3{}^+ + mPbSO_4{}^o + mPb(suspended\ solids)$$

In most natural waters, the concentration of free lead ion, $mPb^{2+}$, is less than the sum of the concentrations of its complexes, which in this case are lead complexes with hydroxyl, carbonate, bicarbonate, and sulfate ions.  Other metals that are found in natural waters most often

as complexes and not as free ions include $Al^{3+}$, $Ag^+$, $Cu^{2+}$, $Fe^{3+}$, and $Hg^{2+}$. The metalloids As and Se and the metals Cr, Mo, Sb, and V occur most often in aerobic waters and soils as covalently bonded to oxygen in oxyanions. Under oxidizing conditions, these include arsenate, selenate, chromate, molybdate, and vanadate, which themselves are complexes.

Complexes that incorporate metals play a major role in controlling the availability and fate of metals in the environment. Increasing the fraction of a metal that is complexed increases the solubility of minerals of that metal (Langmuir, 1997). For example, the solubility of lead sulfate is related to the molal concentrations of free lead and sulfate ions through the expression below:

$$K_{sp} = (\gamma_{Pb}.mPb^{2+})(\gamma_{SO4}.mSO_4^{2-})$$

where the terms $\gamma_{Pb}$ and $\gamma_{SO4}$ are the activity coefficients of the ions. The product of the ion activity coefficient and the molal concentration of each species equals the activity of the ion. This equation shows that for a given total Pb concentration, the greater the amount of Pb that is complexed, the lower the concentration of free Pb ion. This means that as the extent of Pb complexing increases, the total Pb concentration must also increase to reach saturation equilibrium with lead sulfate. In other words, metal complexing increases total metal solubility.

Metal complexing also has a direct influence on metal adsorption to organic matter or mineral surfaces. For example, metal carbonate, sulfate, and fluoride complexes are usually poorly adsorbed, whereas metal hydroxide complexes are strongly adsorbed (Langmuir, 1997). In summary, metal complexing generally increases the solubility and mobility of metals in surface and ground waters (with the exception of metal hydroxide complexes).

For many metals, the free metal ion is thought to be the primary metal species that causes toxicity to aquatic organisms. This is consistent with the free ion activity model (FIAM), which carries the assumption that the free or aquo-ion is the most biologically active form of the dissolved metal. If this is true, the key parameters that can modify the degree of toxicity are those that affect speciation, such as pH and the amount of inorganic and organic ligands (e.g., DOC) that can form metal complexes and so provide alternative binding sites for the metal ion. Metal toxicity also will be affected by other dissolved ions (e.g., Na, Ca) that compete with metals for binding sites on the gills of fish or on the respiratory surfaces of other aquatic organisms. However, it should be noted that many metal complexes (whether bound to organic or inorganic ligands) are reversible, particularly if environmental conditions change (e.g., pH decreases).

### 3.1.3.3.  *Importance of pH and Redox Conditions*

The pH is probably the single most important variable that influences the behavior of metals in the environment.  Thus, metal complexes with sulfate, fluoride, chloride, and phosphate are most stable and important below pH 7, whereas metal carbonate and hydroxide complexes become increasingly more important above pH 6–8.

Also, as discussed in Section 3.1.6, hydrogen ion competes with metal cations for adsorption sites, so that adsorption of metal cations by hydrous ferric oxide (HFO), for example, is low in acid systems but increases with increasing pH.  In contrast, oxyanions of As, Mo, Se, and Cr tend to be desorbed from HFO with increasing pH because of competition between the oxyanions and OH- ion for sorption sites.  Furthermore, the solubility of most metal-containing minerals is greatest under acid conditions, decreasing with increasing pH.  Figure 3-1 shows the locus of measured values of oxidation potential (Eh) and pH in aquatic systems.  The principal controls on Eh are atmospheric oxygen and organic matter.  High Eh (oxidizing or aerobic) conditions are maintained in the atmosphere and in most surface waters and shallow soils in contact with atmospheric oxygen.  The lowest Eh values and reducing or anaerobic conditions are found in water-logged soils and sediments that contain organic matter and in ground waters that contain a few milligrams per liter or more of DOC.  Intermediate Eh conditions are found in waters and sediments that are only partially oxidized because of their relative isolation from the atmosphere.  Measured Eh values may not agree with Eh values computed from the concentrations of redox-sensitive species.  The difference between measured and computed Eh values is discussed at length by Stumm and Morgan (1996) and Langmuir (1997).

### 3.1.4.  Ground Water and Metals Mobility

Site-specific nonorganic metal health risk assessments for EPA programs often are used to predict the rate of movement of metals through soils and their subsequent movement and concentrations in ground water.  The primary processes governing the environmental fate and transport of metals in the subsurface are advection, dispersion, matrix diffusion, and retardation (U.S. EPA, 1994b).  Advection and dispersion are functions of the system rather than of the contaminant.  Matrix diffusion, which is a function of the contaminant, is relatively unimportant and is omitted in most model transport algorithms.  Retardation depends on a number of factors (Langmuir, 1997; U.S. EPA, 1994b) and may involve or be affected by the following:

- **Sorption -** The attachment of metal species to mineral surfaces or other surfaces.

- **Speciation -** The distribution of a given constituent among its possible chemical forms, including metal complexes, which have differing tendencies to be adsorbed or desorbed.



**Figure 3-1.  Approximate positions of some natural environments in terms of Eh and pH.**  The dashed line represents the limits of measurements in natural environments.

Source: Baas-Becking et al. (1960).

- **Precipitation -** The process by which dissolved species exceed the solubility limits of their solids, so that some of the species precipitate from solution.  When a metal species reaches mineral saturation, addition of further amounts of the species to solution are precipitated, not adsorbed.

- **Colloid formation -** The process of forming colloids and the association of metal species with them.  The metals may be sorbed or coprecipitated with colloidal-sized particles.

- **Biofixation -** The binding of metals to solid materials due to the interactions of microorganisms or plants.

- **Natural organic matter -** (NOM) interactions.

- **Other processes -** Other processes include changes in pH, oxidation potential, salinity, concentrations of competing ions, the nature of sorbent phases and their surface areas, and surface site densities.

### 3.1.4.1.  *Application of Partition Coefficients to Metal Mobility in Ground Water*

Owing to the complexity and multiplicity of the processes involved, recourse is often made to the use of a single partition or distribution coefficient that describes the degree to which the contaminant's transport is retarded relative to water.  This approach starts with defining the retardation factor:

$$R_f = \frac{v_p}{v_c}$$

where:

$R_f$ = the retardation factor,
$v_p$ i= the velocity of water through a control volume, and
$v_c$ = the velocity of contaminant through a control volume.

Langmuir (1997) noted that the retardation factor is related to the distribution coefficient through the below expression:

$$R_f = 1 + \frac{\rho_b}{n_e} K_d$$

where:

$\rho_b$ is the porous media bulk density, and
$n_e$ is the effective porosity at saturation given as a volume fraction.

Laboratory adsorption studies often find that, in simple systems, the value of log $K_d$ for metal adsorption increases linearly with pH.  For example, for $Zn^{2+}$ adsorption by HFO, Langmuir (1997) noted that adsorption followed the log equation:

$$log\ K_d = -5.48 + 1.77\ pH$$

The properties and applications of partition or distribution coefficients for metals are comprehensively reviewed in EPA (1999a).  These coefficients may be obtained from the literature, estimated using mathematical models, or measured.  Properly designed column

experiments generally give results more representative of the *in situ* behavior of soils and sediments than do batch tests (Langmuir, 1997).

Models using partition distribution coefficients ($K_d$) have significant inaccuracies for metals, and the application of single partition coefficient values for individual metals should be limited to site-specific assessments (when they can be calibrated for a specific site); to regional- and national-scale studies where bounds of potential $K_d$ values are adequate; or reasonably representative single values that have sufficient functionality built in to account for variability due to pH and soil composition.

EPA (1999a) discusses the advantages and disadvantages of several methods for measuring partition coefficients, including laboratory batch testing, in situ field batch testing, flow-through testing, and field modeling.  In many national assessments, EPA has used the MINTEQ model and its subsequent versions to generate generic partition coefficients that may be applied to regional or national mobility evaluations (http://www.epa.gov/ceampubl/mmedia/minteq/index.htm or http://www.lwr.kth.se/english/OurSoftware/Vminteq/).

For screening assessments:

- Partition coefficients have been tabulated as a function of pH by EPA (U.S. EPA, 1998b), and the Agency has also presented non-pH-dependent values for Pb (900) (Pb values have large variability and selecting meaningful values is difficult), mercuric chloride (58,000), and Hg (1,000) (U.S. EPA, 1999b).

- In simple systems, the value of log $K_d$ for metal cation adsorption usually increases linearly with pH, whereas the value of log $K_d$ generally decreases with pH for anion adsorption.

For definitive assessments:

- It may be possible to estimate metal adsorption with some accuracy without having to measure it in the field, depending on the information available on a specific soil, surface-water, or ground-water system.  To do so, at minimum, the risk assessor will need to determine the amounts and surface areas of the potentially sorbing materials (e.g., metal oxides, clays, and organic matter [OM]) in a soil or sediment or in suspension in a stream, and the detailed chemical composition of the water, especially its pH and metal concentration.  Literature information can then be used to estimate the sorption properties of these materials for use in the diffuse layer (DL) sorption model.

- If greater accuracy or site specificity is required, it may be necessary to measure metal adsorption in laboratory experiments designed to parameterize the DL model for application to a specific study area.  The risk assessor could run experiments (batch tests) that attempt to reproduce the composition of waters and sorbing solids in the study area.

### 3.1.5. Sediment Chemistry

In addition to the challenges posed by metal chemistry, the sedimentary environment is complex and often highly heterogeneous.  Fortunately, generalizations can be made about the sedimentary environment in order to progress toward a method for risk assessment.  This brief review summarizes information on the composition of sediments; processes that act on sediments and their metal burden; and the chemistry of the sedimentary environment that influences the fate, bioavailability, and

> **Sediments**
>
> Bed or bottom sediments are found at the bottom of lakes, rivers, and estuaries.  Sediments have several sources that influence their composition and chemistry.  The type and chemistry of sediments is also determined by their location in the water body as well as the characteristics of the water body.  At any given site, metals can be associated with solid-phase minerals, organic matter, colloids, and pore water.  The solid phase can vary from sand (>63 μm) to silt (2–63 μm) to clay (<2 μm).  Because clays have more active binding sites than do the other grain sizes and because of their high surface area-to-volume ratio, clays –or fine-grained particles--are of greatest significance in terms of metal binding.

effects of metals.  It is important to consider these factors in light of the aim of estimating potential biological effects of metals in sediments.

Sediment solids can hold up to a million times more metal than an equivalent volume of water.  The exact proportion of a chemical held by sediment relative to water is a function of a metal's chemistry as well as the chemistry of the sediment solid and the surrounding environment.  Further, this distribution is dynamic (Diamond and Mudroch, 1990).  Because of their large capacity to "hold" metals, sediments have been characterized as "sinks."  Sediments can  serve as temporary sinks from which some of the metal can enter ecological and human food webs through several routes (e.g., Diamond, 1995), primarily through accumulation in benthic organisms.  These organisms include those that fully or partially live in the sediments (e.g., tubificids, chironomids, trichopteran larvae) or those that feed from the sediment bed (e.g., suckers, carp).  Some organisms obtain their chemical dose from both pelagic and benthic routes (e.g., lake whitefish, walleye), but because of high chemical concentrations in sediments, the benthic route can be the dominant route of uptake (Morrison et al., 2000).

For humans, the route of entry of metals from the sediments is through water used for drinking, bathing, and swimming.  The availability of these metals is mediated by sediment-water exchange processes that can result in the release or remobilization of chemicals from the sediment bed.  However, owing to the ability of Hg to bioaccumulate in its monomethyl form, fish consumption is the critical route of exposure to this metal for humans.[2]

Many important chemical reactions involving the metals of concern occur in the fine-grained materials that accumulate in the deep parts of water bodies.  The controlling factors or master variables that influence metal chemistry are redox potential and pH.  A depth profile of

---

[2] Marine biota can also be a significant route of exposure to arsenic in its organic forms, such as methylarsonic acid; however, these arsenic species are significantly less toxic than the inorganic forms (Fowler, 1983).

the sediments will reveal decreasing sediment porosity and concentrations of dissolved oxygen because oxygen is consumed as organic matter decomposes.  The pH is often relatively constant or may decrease with depth, but alkalinity may increase owing to mineralization of organic matter (Stumm and Morgan, 1996).  As dissolved oxygen is consumed, anaerobic microbes use other electron acceptors in redox or oxidation-reduction reactions in the order of nitrate, ferric iron, ammonium, sulfate, and bicarbonate to produce carbon dioxide, ammonia, sulfide, and methane.

The risk assessor can ascertain the redox status of the sediments by measuring the concentration of dissolved oxygen or other redox-sensitive species, by calculating pE (a measure of electron availability in solution), or by measuring Eh (millivolts) or the electromotive force of the pore water solution.  The zone of transition from oxic to anoxic conditions is the redoxycline, which can migrate vertically, depending on the mixing of the overlying water column (e.g., Diamond and Mudroch, 1990).  For example, the redoxycline may be 5-10 cm below the sediment-water interface in a well-oxygenated oligotrophic lake or river, but it may be above the sediment-water interface in a thermally stratified eutrophic lake or river.

### 3.1.5.1.  *Metal Chemistry in Sediments*

In this discussion, the risk assessor should consider two pools of metals.  The first pool consists of metals that exist as aqueous (or dissolved) species bound to colloids or DOM and those bound to sediment particles through an exchangeable binding process.  This pool is often referred to as the "exchangeable" or "labile" pool.  The second pool consists of metals found within the mineral matrix of the sediment solids.  This pool is largely unavailable to biota, and its release will occur over geologic time scales, through diagenetic processes.  Because the latter pool is largely unavailable, only the exchangeable pool of metals is considered.  Note that the exchangeable pool will be composed of naturally occurring metals that are released into solution as a result of weathering and diagenetic processes as well as metals released into the environment as a result of anthropogenic activities.

The exchangeable pool of metals is subject to speciation in the aqueous phase (e.g., within the pore water) and sorption to solid phases, where sorption is a general term that includes adsorption (the accumulation of matter at the solid-water interface or a two-dimensional process) and absorption (inclusion in a three-dimensional matrix) (Stumm and Morgan, 1996).  Here, speciation refers to the distribution of metal species in a particular sample or matrix or species distribution (Templeton et al., 2000).  In the aqueous phase, metal will react or bind with dissolved ligands according to the pH, Eh, ionic strength, and abundance of ligands (see Section 3.1.3, Aquatic Chemistry).

The concentration of metal in the dissolved phase is controlled by sorption to the solid phase.  Although sorption can occur rapidly, desorption or dissolution of metal from the solid phase may be a two-phase process, where the second phase is rate limiting (e.g., Nyffeler, 1986;

Santschi et al., 1986).  If the kinetic limitation of reactions are not considered, the distribution of metals among aqueous species and between the aqueous phase and the solid phase can be estimated by using one of the speciation models.  Several speciation/complexation models are available to perform this calculation, such as MINEQL+ (Schecher and McAvoy, 2001), the Windermere Humic Aqueous Model (WHAM) (Lofts and Tipping, 1998), and MINTEQA2 (Allison et al., 1991).  These models work well under oxic conditions, but estimates of metal binding are less reliable under anoxic conditions, where metal concentrations are most often controlled by the solubility of metal sulfides.  Furthermore, in some circumstances equilibrium may not be achieved, particularly when the redoxycline moves more quickly than the rate of metal reaction or when the reaction is governed by microbial processes, as occurs with the methylation of Hg or As.

In oxic sediment pore waters (above the redoxycline), metals will exist as aqueous species, that is, as freely dissolved ions or metal complexes (e.g., phosphate, sulfate, or carbonate complexes), and associated with colloids.  Solid-phase reactions are controlled by iron oxyhydroxides and manganese oxides that may exist as colloids, sediment particles or surface coatings of particles, OM that may also exist as colloids or coat sediment particles, and clay colloids and particles.

As Eh declines, the solid-phase manganese oxides are the first to be reduced and thereby dissolve, which releases metals that have been sorbed or coprecipitated with these minerals.  Some of the metals released into the pore water may then be adsorbed by iron(III) oxyhydroxides, which are the next to dissolve as the Eh continues to drop.  Under reducing conditions, particularly as sulfate is consumed and the S is converted to sulfide, metal concentrations in pore waters again drop as solid-phase metal-sulfides are formed (see discussion below about the role of acid-volatile sulfides [AVSs] in regulating toxicity).

As a result of redox chemistry, metals can undergo seasonal redox-driven cycling between the water column and sediments or within the sediments, depending on the position of the redoxycline.  The stages in the cycling are, first, the adsorption or coprecipitation of metals with iron and manganese hydroxides under oxidizing conditions; then with the development of moderately reducing conditions, the reduction and dissolution of the manganese and iron oxyhydroxides and consequent release of the associated metals into the water or pore water; followed by their diffusion upward toward the zone of low metal concentrations under oxidizing conditions.  It is also possible for dissolved metals to diffuse downward toward the zone of low metal concentration owing to their precipitation as sulfides.  As a result of this vertical cycling, the depth profile of metals in pore water may not match that of the solid phase (e.g., Carignan and Tessier, 1985).  Moreover, it is possible, but less usual, that the cycling can occur relatively rapidly and involve a significant portion of the solid-phase metal.  Under these conditions, the solid-phase sediment profile reflects this reworking rather than the historical record of metal loadings (MacDonald et al., 2000).

The pH controls metal speciation and binding by affecting the species distribution of dissolved ligands (e.g., phosphate, sulfate, carbonate, humic substances) and the surface charge of binding sites on DOM and solid phases such as iron oxyhydroxides.  Generally, at low pH, when surface sites are protonated, the sorption of cationic metals decreases, and, hence, metal mobility increases.  The converse occurs at high pH, which results in low metal solubility and greater sorption.  The patterns of dissolution and sorption are reversed for metalloids, such as As, that exist as anionic species.

### 3.1.5.2.  *Estimating Metal Distribution in Sediments*

A main objective in terms of assessing the hazard or risk posed by metals in sediments is estimating the amount of metal that is potentially bioavailable.  The bioavailability of metals in sediments is a function of their distribution between the dissolved and solid phases, with dissolved metals in porewater generally considered to be the most bioavailable fraction.  Accordingly, several methods have been developed to estimate the distribution of metals among dissolved and solid phases in sediments.  These methods have been thoroughly reviewed by Mudroch et al. (1999, 1997).  Although bioavailability is also a function of aqueous phase speciation, limited research has been conducted to estimate metal speciation in pore waters.  Generally, for the purpose of ecological risk assessments,  the exposure of benthic organisms to sediment-associated metal is assumed to be proportional to the metal concentrations in interstitial water, although some studies indicate that uptake from overlying water (Hare et al., 2003; Roy and Hare, 1999) or ingested sediment may be a significant source of body burdens of metals.

Distribution of metals in sediment pore waters may be determined by field measurements, experimental methods, and mathematical modeling, with the latter also requiring some field measurements.  Concentrations of metals in pore waters may be determined in the field by using pore water dialysis chambers or peepers and by methods that separate the solid phase from the pore water, although the latter have been shown to be less reliable (Mudroch et al., 1997).  Several extraction schemes have been developed to determine the distribution of metal among operationally defined fractions (e.g., Forstner, 1995; Tessier et al., 1979).  However, sequential extraction methods do not cleanly distinguish the occurrence and speciation of different forms of metals in sediments and soils (Tye et al., 2003; Tack and Verloo, 1999).  Other experimental methods include leaching tests (e.g., Reuther, 1999).  The results of any of these methods are concentrations of metals in pore water, which can be related to toxicity benchmarks.

Because of the need to develop Sediment Quality Guidelines (SQGs) for metals that explicitly address toxicity and are based on readily measured parameters, several methods have been developed.  For oxic sediments, Tessier et al. (1993, 1989, 1984; Tessier, 1992) compiled partition coefficients of metals that were derived from field studies of freshwater sediments.  The

partition coefficients are dependent on pH (because Eh is held constant) and are generally linear over a range of pore water pH values (see above discussion under ground-water chemistry, Section 3.1.4 for the theoretical basis for development of partition coefficients). Speciation/complexation models also may be used to estimate fractions of dissolved and bound metal species. These models rely on measurements of pH, dissolved oxygen, or Eh to establish redox conditions. The models assume that solid-phase binding is governed by sorption to iron and manganese oxides. Model estimates are less reliable when other solid-phase substrates are dominant (e.g., clay minerals) and are a function of the availability and accuracy of the stability constants for the metal-ligand reactions that are used in the calculations. Model estimates are less reliable when other solid-phase substrates are dominant (e.g., clay minerals), and they are a function of the availability and accuracy of the stability constants for the metal-ligand reactions that are used in the calculations.

For anoxic sediments, the availability of sulfide controls metal distribution and solubility. Operationally, AVSs (mainly iron monosulfide) have been considered as a measure of reactive sulfides (Forstner, 1995). Studies have demonstrated an inverse relationship between sediment acute toxicity and AVSs for marine and freshwater sediments (Di Toro et al., 1992, 1990; Ankley et al., 1991) as well as between pore water concentrations and AVSs (Brumbaugh et al., 1994; Casas and Crecelius, 1994). As a screening-level tool, the acute toxicity of anoxic sediments can be assessed by determining the ratio of AVSs to simultaneously extracted metal (SEM). Low sediment toxicity is indicated when AVSs are in excess (AVS > SEM), which implies sufficient capacity of the AVS to bind essentially all free metal. This topic is further discussed in Section 5.

### 3.1.6. Soil Chemistry

The cationic metals occur naturally in soils as oxides and hydroxides (Fe, Mn, Al); to a lesser extent they can occur as carbonates, phosphates, and sulfates; and in reducing (usually wet or waterlogged) soils as sulfides, which are highly insoluble. The soil parameters important in affecting sorption and precipitation reactions and the extent of their influence—and thus contaminant bioavailability—depend on the intrinsic properties of the contaminants. In the soil environment, metals can exist as cations (having a positive charge), anions (having a negative charge), or neutral species (having a zero charge). Their form significantly affects their sorption, solubility, and mobility. For example, most soils are chiefly negatively charged; thus, metal cations have a higher propensity to be sorbed by soil particles than do metal anions (U.S. EPA, 2003e).

Cationic metals can react with inorganic soil constituents (e.g., carbonates, sulfates, hydroxides, sulfides), forming aqueous complexes, which may be adsorbed or precipitated in mineral form. Most complexation and precipitation reactions are pH dependent (U.S. EPA, 2003e).

As, Cr, Se, and V complex with O and typically exist as anionic species under most environmentally relevant scenarios (Bohn et al., 1985; Lindsay, 1979).  The most common forms of As are arsenate (As(V)) and arsenite (arsenic(III)), which are present in soil solution in the form of $AsO_4^{3-}$ and $AsO_3^{3-}$, respectively.  The chemistry of arsenic resembles that of phosphate (Barber, 1995; Bohn et al., 1985).  Cr can exist as chromate (Cr(VI) or $CrO_4^{2-}$), which is usually considered more soluble, mobile, and bioavailable than the sparingly soluble chromite (Cr(III)), which is normally present in soil as the precipitate $Cr(OH)_3$ (Barnhart, 1997; James et al., 1997).  Similarly, Se can be present as selenates ($SeO_4^{2-}$) and selenites ($SeO_3^{2-}$).  For V, vanadate ($VO_4^{3-}$) is the most common form (U.S. EPA, 2003e).

Metals can exist in the pore water as aquo-ions or soluble complexes.  The bonding of metal species to soil particles can range from ionic to covalent.  For most soils in the United States, negatively charged sites are more plentiful; less than 5% of the total available charge on the soil surface is positively charged.  Metals existing as cationic species have a greater propensity to associate with such soils.  This makes them less bioavailable, but it also results in greater loading of metals into the soil ecosystem.  Anionic metals generally move into pore water—and so are more bioavailable—but leach out of the system much more rapidly.  In summary, soil pH and availability of charged sites on soil surfaces are the primary soil factors controlling release of metals to pore water and, subsequently, bioavailability (U.S. EPA, 2003e).

### 3.1.6.1.  *Key Parameters Affecting Metal Bioavailability in Soils*

From the preceding overview of how the metals and metal compounds interact with soil constituents, it is clear that soil plays a very significant role in reducing the potential bioavailability of metals in the environment.  Given the types of contaminant-soil interactions presented, the primary soil factors controlling the potential bioavailability of metals are soil pH, the availability and character of sorption sites on soil surfaces, the content of Iron and aluminum oxyhydroxides and soil organic matter, and least important, the soil clay mineral content.  The following discussion briefly details the key soil parameters affecting the various contaminants availability to the pore water.

Soil pH is often termed the master soil variable because it controls virtually all aspects of contaminant and biological processes in soil.  These processes include dissolution and precipitation of metal solid phases, complexation and acid-base reactions of metal species, and metal sorption as well as microbial activity.  Increasing soil pH also results in an increase in the number of negatively charged soil sites, with a concomitant decrease in the positively charged sites.  Therefore, increasing the soil pH increases the sorption and removal from pore water (Bohn et al., 1985).

**3.1.6.2.**    *Adsorption Behavior of the Metals of Concern*

**3.1.6.2.1.**    *Surface area and surface density.*    In porous media, the most important sorbent solids for metals are oxyhydroxides of iron and manganese.  Their important surface properties are discussed in Langmuir et al. (2003).  For a given weight of sorbent, metal sorption capacity is proportional to surface area and surface site density.  The greatest surface site densities (positively or negatively charged sites) are those of organic material and the oxyhydroxides.  These phases are the strongest and most important sorbents of trace metals.  Except for kaolinite, the clays (0.02-2 mmol sites/g) have a surface charge that is largely independent of pH, whereas the surface charge of organic matter and the oxyhydroxides is strongly pH dependent.

**3.1.6.2.2.**    *Organic matter (organic carbon) content.*    Organic matter includes plant and animal remains in various stages of decomposition, cells and tissues of soil organisms, and substances exuded from plant roots and soil microbes (Sumner, 2000).  Organic matter is primarily composed of carbon, oxygen, and minor amounts of nitrogen (N) and phosphorus (P).  On average, approximately 58% of organic matter is organic carbon.  Organic matter in soils ranges from <1% for a sandy soil to almost 100% for a peat soil, with most soils having organic matter contents <10% (Bohn et al., 1985).  Also, organic matter content is usually higher in surface soils or in the root zone and decreases with depth in the soil profile.  The organic acid functional groups typically present in organic matter have a high affinity for metal cations.

**3.1.6.3.**    *Aging of Metals in Soil*

A distinction should be made between persistence of total metals in soil and persistence of bioavailable forms of the metal.  As metals age in soils, they decrease in bioavailability.  The aging process is partially reversible if environmental parameters change (e.g., pH decreases), although a portion of the metal ions will be securely entrapped in the soil particle lattice and not available to be resolubilized.  It has been well documented that metal chemistry in solutions freshly added or spiked into soils vary from metal forms in field-contaminated soils.  Typically, the metal contaminant pool requires time to diffuse into micro- or nanopores and to be absorbed into organic matter and soil particles.  These slow reactions are attributed to micropore diffusion, occlusion in solid phases by (co)precipitation and (co)flocculation, and cavity entrapment.  Although the slow reactions play a key role in metal bioavailability, their rates, mechanisms, and controlling factors have not been comprehensively elucidated.  Evidence of aging processes is provided by studies of metal extractability and lability (Tye et al., 2003; Hamon et al., 1998).  It has been frequently observed that easily extractable pools revert with time (~1 year) to more strongly bound forms.  Isotopic dilution provides a useful way to quantify changes associated with progressive attenuation of metals in soil.  After 1 year aging reactions are almost complete and are mostly reversible.  At present, information regarding the aging reactions of different

metals and metalloids and sorbing solids, is very limited, so it is not possible to generalize which metal(s) age the fastest or with greater/less reversibility.

### 3.1.6.4.  *Dissolution and Transformation of Metals*

The dissolution and transformation of a metal compound in soil is related to a series of chemical and physical properties characteristic of the compound itself and of the soil. Environmental parameters such as temperature and humidity have a strong influence on the rate of transformation.  When assessing the transformation of a compound in soil, the risk assessor should keep in mind that aging reactions may take place at the same time as transformation and dissolution.  When metal salts are added to soil, the form of the salt dictates the rate and amount of soluble metal that will form in the pore water.  Insoluble forms of metals (e.g., vanadium pentoxide [$V_2O_5$]) will transform to soluble free ion (V) at a slower rate than will soluble metal salts (e.g., $Na_3VO_4$).  However, the rate of formation of the free ion is not proportional to the dissolution rate of the salt because aging reactions will remove the free ion from the pore water. The risk assessor should consider the relative rates of dissolution and aging simultaneously to accurately predict pore water concentrations.

### 3.1.6.5.  *Soil Metal Transfer to Plants*

The "soil-plant barrier" concept was introduced to communicate how metal addition, soil chemistry, and plant chemistry affect risk to animals from metals mixed in soil (Chaney, 1980). Reactions and processes that take place at the soil-plant barrier are influenced by the following factors: (1) soil solid phases (e.g., iron, aluminum, and manganese oxyhydroxides and organic matter) may have adsorptive surfaces that influence soil chemistry; (2) adsorption or precipitation of metals in soils or in roots limits uptake-translocation of most elements to shoots; and (3) the phytotoxicity of Zn, Cu, Ni, Mn, As, Bo, Al, and F, for example, limits residues of these elements in plant shoots.  More recently, inductively coupled plasma-mass spectrometry (ICP-MS) and other very sensitive analytical methods have been used to examine soil solution and soil-plant transfer of 60 elements as a function of soil pH (Tyler and Olsson, 2001a, b). These studies provide evidence that further supports the concept of a soil-plant barrier

Several areas for potential errors in the research methodology should be avoided when making these comparisons:

- First, comparison of application rates is valid only after the system has been equilibrated using accepted methods.

- Second, soil pH levels should be equal across rates studied; co-variance of soil pH should be used to correct for unequal soil pH (Bell et al., 1988).

- Third, the metal concentration in the source applied affects the slope of metal uptake: higher metal concentration in the source means higher phytoavailability at equal metal applications (Jing and Logan, 1992).

Strongly acidic soils increase plant uptake of Zn, Cd, Ni, Mn, and Co and increase the potential for phytotoxicity from Cu, Zn, and Ni.  In alkaline soils, the high pH increases uptake of Mo and Se.  Pb and Cr are not absorbed by plants to any significant extent at any pH (Chaney and Ryan, 1993).  However, each element should be considered separately because of its unique chemistry.  For example, arsenate is more strongly adsorbed than is arsenite; when a soil is flooded to grow rice, soil microbes can reduce arsenate to arsenite, and the higher concentration of dissolved arsenite can be phytotoxic to rice in more highly contaminated soils.  Most other elements have little potential for redox change with change in the redox status of soils.  Reduced soils can form sulfide, and sulfide forms low-solubility compounds with most of the metals of concern in soils, including Pb, Zn, Cd, Cu, and Ni (see above discussion on sediment chemistry Section 3.1.5).  For essential elements (e.g., Zn, Cu, Ni), low-solubility species can result in deficiency syndromes.  Upon oxidation of the soil, sulfide is quickly oxidized, and the metals are returned to more normal equilibrium reactions of aerobic soils.

### 3.1.7. Atmospheric Behavior/Chemistry

Most metals and metal compounds exist in the solid phase under normal environmental conditions and thus occur almost exclusively in the particle phase of the atmosphere, where they are ubiquitous.  Anthropogenic sources include combustion from fossil fuels and metal industries as well as industrial sources employing specific metal compounds in specific processes.  Some airborne metals (e.g., manganese and nickel) may derive largely from crustal sources (U.S. EPA, 1996a).  Richardson (2002) included volcanic eruptions and emissions, entrainment of soil and dust, entrainment of sea salt spray, and natural forest fires as significant natural metals emission sources.

For purposes of health risk assessment, particle size is important.  The aerodynamic size and associated composition of particles determine their behavior in the human respiratory system.  Furthermore, particle size is one of the most important parameters in determining the atmospheric lifetime of particles, which may be a key consideration in assessing inhalation exposures as well as exposures related to exposure pathways involving deposition onto soil or water (U.S. EPA, 1996a).  Metals emitted by combustion processes (e.g., the burning of fossil fuels or wastes) generally occur in small particles or fine fraction, which is often characterized by particles less than 2.5 microns in diameter ($PM_{2.5}$).  In contrast, the larger sized, coarse mode particles result from mechanical disruption, such as crushing, grinding, and evaporation of sprays, or suspensions of dust from construction and agricultural operations.  Accordingly, metals in coarse mode particles (i.e., those larger than approximately 1–3 μm) are primarily those

of crustal origin, such as Silicon (Si), Al, and Fe (U.S. EPA, 1996a).  The *fine* versus *coarse* distinction simply differentiates two relatively distinct size distributions of particles, the separation point of which occurs in the range of 1 to 3 μm.  The distinction does not refer directly to particle sampling methods or size fractionations particular to health risk assessment (U.S. EPA, 1996a).

Fine and coarse particles typically exhibit different behavior in the atmosphere; fine mode particles exhibit longer atmosphere lifetimes (i.e., days to weeks) than coarse particles and tend to be more uniformly dispersed across a large geographic region (U.S. EPA, 1996a). Relatively lower dry deposition velocities of fine particles contribute to their persistence and uniformity throughout an air mass (U.S. EPA, 1997c).  The larger coarse particles (i.e., greater than 10 μm) tend to rapidly fall out of the air and have atmospheric lifetimes on the order of minutes to hours, depending on their size and other factors (U.S. EPA, 1996a).

In most cases, metals do not undergo transformation while in the particle phase; thus, their removal from the atmosphere is regulated by the rate at which the particles themselves participate in wet and dry deposition processes.  For example, metals such as As, Be, Cd, and Pb are generally found in airborne compounds with a single predominate oxidation state (As(III), Be(II), Cd(II), Pb(II)).  Some metals (e.g., the transition metals Cr, Mn, and Ni) present the possibility of changing oxidation state *in situ* in the particle, although little is known of these processes (U.S. EPA, 2003d).  This is an important consideration for health risk assessment as the different oxidation states also differ in toxicity (such as for Cr).

For metals that can change oxidation states, much of the atmospheric chemistry takes place in the aqueous phase, such as cloud droplets or water films on particles.  Metal salts and oxides that dissolve in water can undergo several reversible reactions, including hydration, hydrolysis, polymerization, and reaction with other anions.  The equilibrium between these forms depends on the atmospheric conditions, the equilibrium and solubility constants, and the concentrations of other chemicals.  Transformations between oxidation states can occur either to increase the oxidation state (such as oxidizing Cr(III) to Cr(VI)) or to reduce it.  These oxidation or reduction reactions can occur through reaction with other species, such as dissolved metals, reduced sulfur species, and organic compounds (Seigneur and Constantinou, 1995).  Although models exist that can be used to estimate metal speciation in aerosols with liquid water, the reactions are still highly uncertain.

Hg is an exception among the commonly occurring metals; it exists primarily in the vapor phase under most conditions but can also occur in particle and aqueous phases.  The risk assessor should consider at least three species of Hg: elemental Hg, which is largely present as a gas; divalent (Hg(II)) inorganic Hg compounds, which are more water soluble; and particulate-phase Hg (Schroeder and Munthe, 1998; U.S. EPA, 1997b).  The behavior of Hg in the atmosphere depends strongly on the oxidation state.  Elemental Hg is capable of being transported long distances, even globally; divalent Hg deposits within a few hundred kilometers of sources; and

particulate mercury is deposited at intermediate distances, depending on the particle size (Schroeder and Munthe, 1998).  Elemental Hg that is deposited can be reemitted from the surface, as can divalent and particulate Hg after biological or chemical reduction to the elemental form.

In the gas phase, elemental Hg can be oxidized to divalent Hg by $O_3$, OH, $H_2O_2$, and molecular chlorine (Cl), although other halogen atoms also might be important (Schroeder and Munthe, 1998).  In the aqueous phase, elemental Hg can be oxidized by OH, $O_3$, and dissolved chlorine, and divalent mercury can be reduced by processes such as reaction with $HO_2$ and S(IV).  Both vapor-phase and aqueous atmospheric chemistry may involve multiple phases.

EPA has made a substantial effort to evaluate the atmospheric fate of Hg as a result of the requirements of the Clean Air Act.  EPA (1997b) contains a comprehensive evaluation of mercury's atmospheric fate, but this is an area of ongoing research and controversy.  EPA continues to actively investigate Hg behavior in the atmosphere (e.g., Landis and Stevens, 2003; Jaffe et al., 2003; Bullock and Brehme, 2002; U.S. EPA, 2001a; Bullock, 2000a, b).

Most sampling and analytical techniques published by EPA for metals in air are oriented toward evaluation of particular-phase total metals rather than metal species (U.S. EPA, 1999a). These methods involve collection of a particular size fraction of particles (e.g., $PM_{2.5}$, $PM_{10}$, and total suspended particulates), with subsequent analysis by x-ray fluorescence, atomic absorption, inductively coupled plasma, proton-induced x-ray emission, or neutron activation analysis gamma spectroscopy techniques.  The one notable exception is a method for Hg(Method IO-5) that speciates vapor and particulate forms.  To the extent that metals are sorbed to particulate phases, analysis of individual metal species can, at least theoretically, be accomplished by the same techniques used to analyze those species in other solid media.

### *Potential for Inhalation*

Inhalation of metals is addressed in Section 4.2.5.1.  Particle size is likely to be the most important determinant of potential exposure.  Particle size also influences the overall fate of metals in the atmosphere.

## 3.2.  METAL FATE AND TRANSPORT

Major metal sources to water and land include diverse manufacturing, mining, combustion, and pesticide activities.  Major atmospheric sources are oil and coal combustion, mining and smelting, steel and iron manufacturing, waste incineration, phosphate fertilizers, cement production, and wood combustion (Haygarth and Jones, 1992).  Metals from these atmospheric sources can find their way into soils, sediments, and water.  Other major sources to aquatic and terrestrial systems include chloralkali, acid, pigment, electronics, and copper sulfate production.

Some exposure assessments do not involve anthropogenic releases of metals to the environment. Rather, they focus on changes in exposure to environmental metals that result from other aspects of human activities. For example, acidification of freshwater changes Al phase association and speciation, resulting in an increased dose of naturally occurring metals to aquatic biota (e.g., Campbell et al., 1992). Intensive irrigation mobilizes Se that is naturally present in relatively high concentrations in western soils, and consequent evaporative concentration in wetlands, impoundments, and other low-lying areas in arid regions of the U.S. can lead to toxic exposures (e.g., Wu et al., 1995).

### 3.2.1.  Aquatic and Terrestrial Transport Pathways for Metals

When an exposure assessment is completed for a site, the available data are usually limited in their coverage with respect to the characterization of exposure levels over both time and space. Depending on the situation, it may be advantageous to use a transport and fate model (i.e., a computational model) to fill in the data gaps, such that an improved characterization of exposure levels is available for use by the risk assessor. Models are also useful in situations where it is desirable to have an estimate of future exposure levels that are expected to result from the implementation of remediation measures. These results can be used to quantitatively evaluate the effectiveness of alternative remediation scenarios that are being considered. The models can also be used to refine the design of the viable alternatives so that the risk assessor can develop an optimal remediation strategy.

Although numerous models are available for use, most are based on the same two fundamental principles: (1) metals are ubiquitous in the environment, as they are found in the aquatic, terrestrial, and atmospheric compartments; (2) within each compartment, they are present in association with water (freely dissolved metal or as organic and inorganic metal complexes), particles (sorbed, precipitated, or incorporated within a mineral phase), and air. The evaluation of metal transport therefore requires evaluation of the distribution of the metal among these phases, within each compartment (air, water, soil), as well as the movement (i.e., the transport) of each of these within and among the various compartments. It is important for the assessor's model to simulate the movement of water and particles explicitly because this provides a way to evaluate differences in the degree to which various chemicals/metals may be transported in association with particles (i.e., via settling and resuspension) or in association with the dissolved phase (diffusive flux of dissolved metal). The analyst represents the environmental setting of interest as a series of discrete, interconnected volumes. Mass balance equations for air, water, solids, and metal are then formulated for each volume to obtain a system of mass balance equations that may then be solved for the concentrations of interest over both time and space. Including all compartments in every model is not necessary. For example, models for a site that is impacted by a smelter might call for use of a model of an atmospheric compartment (e.g., to simulate transport of a release from a stack) and a terrestrial compartment (to simulate fate of

atmospheric inputs to the soil).  Alternatively, for an aquatic setting dominated by previously contaminated sediments, it may be sufficient to consider water and sediment transport alone and to neglect the atmospheric and terrestrial compartments.

Although the underlying principles of most models are similar, the included features vary widely from one model to the next.  The output from a relatively simple model may be adequate for decision-making purposes in some instances.  Some relatively simple models are limited in their applicability to steady-state analyses and spatially uniform conditions, but if this will provide a reasonable and/or conservative representation of conditions at a site, it may provide the analyst with a useful and cost-effective modeling alternative.  In other cases, the analysis may require the completion of time-variable simulations to properly represent conditions that vary over time, such as daily or seasonal variations in flow and upstream boundary concentrations, point source loads, and pulse exposures.  The analyst should select an appropriate model because not all models will be applicable to every situation.  Although, in principle, the more sophisticated models provide the risk assessor with the capability to complete a more detailed and mechanistically based analysis than will a simple model, successful application of these models will require greater resources (data, time, and funding) than will the use of a simpler model.  The analyst must also possess a relatively high level of modeling expertise to use the more sophisticated modeling approaches.  It is for this reason that the more sophisticated models are usually reserved for use in higher level, definitive assessments.

Many of the models available for use in evaluating the transport and fate of metals were originally developed for application to neutral organic chemicals.  As a result, these models frequently include a variety of reactions that are not necessarily relevant to an analysis of metal transport and fate (e.g., biodegradation, photo-oxidation, and volatilization).  Although these models still may be of use in an exposure assessment for metals (the nonapplicable processes often may be bypassed), a more significant problem is that they often fail to represent some important metal-specific processes.  For example, the evaluation of metal speciation and metal partitioning between dissolved and particulate phases will be represented only in a very simple manner in such models.  This limitation may be overcome, at least in part, by performing the requisite metal-specific analyses with a stand-alone chemical equilibrium model, but this approach will place an added burden on the analyst to integrate the results of the two models in a technically defensible manner.

Although models that include some metal-specific capabilities will be discussed as part of this Framework, no single model that is currently available for use includes all the metal-specific features that would be desirable for use.  More detailed discussions of these and other transport and fate models, as well as a number of chemical equilibrium models, may be found in Paquin et al. (2003) for aquatic systems and Allen (2002) for terrestrial systems.  Additionally, work is in progress to develop updated models that will offer improved metal-specific capabilities (e.g., the

Unit World model (Di Toro et al., 2001).  As a result, metal fate and transport models should be viewed as an evolving tool, and new models may be expected in the near future.

### 3.2.1.1.  *Aquatic Transport Models*

Modeling of metal transport and fate within aquatic systems involves the representation of hydrodynamic transport to simulate movement of water, particulate transport to simulate the movement of particles, and chemical transfers and kinetics to simulate exchange of metal between dissolved and particulate phases and between the water column and benthic sediment (Figure 3-2).  The risk assessor has the option of using independent hydrodynamic transport, sediment transport and chemical fate models, or an integrated model that incorporates all these processes.



**Figure 3-2.  A generalized model framework for chemical fate and transport in an aquatic system.**

Source: Paquin et al. (2003).

Modeling the movement of metals through an aquatic system begins with a characterization of the water movement through the system.  The time scale for the hydrodynamic analysis should be represented in a way that will satisfy the needs of the sediment transport and chemical fate analyses that are also being performed.  For example, low-flow

conditions associated with minimum dilution may be judged to be the most critical conditions in a setting involving a point source discharge, while peak flow conditions may need to be simulated in a setting where resuspension of contaminated sediments is the primary concern.  A steady-state model might be appropriate for use in the former case, and a time-variable model would likely be needed in the latter case.  Thus, the

> **Integrated Models**
>
> The fate and transport of metals in aquatic systems is most reliably predicted using integrated models rather than stand-alone hydrodynamic or sediment transport models.

details of the specific problem setting will necessarily have an influence on both model selection and how the model will be used.

The risk assessor also should be aware of several reviews of fate and transport models that have been completed since the early 1980s.  In earlier reviews, Delos et al. (1984) reviewed models for wastewater load allocations, and Mills et al. (1985) described screening-level analyses for water quality assessments of conventional pollutants.  The Agency subsequently prepared an updated summary of the features included in the water quality models that were available for use in exposure assessments (U.S. EPA, 1987).  Schnoor et al. (1987) simultaneously published their review and included detailed descriptions of fate and transport models and their required input parameters.  Later, EPA published a review describing the use of modeling tools for the development of Total Maximum Daily Loads (TMDLs) in watersheds (U.S. EPA, 1997a).  More recently, Paquin et al. (2003) completed a review of exposure, bioaccumulation, and toxicity models for aquatic systems, with a focus on their applicability to metals (exclusive of organometallics).  Because of the advances that have been made since the mid-1990s with regard to the development of fate and transport models, including some recent efforts to couple these models with metal speciation models and more sophisticated stand-alone hydrodynamic and sediment transport models, the latter reviews by EPA (1997a) and Paquin et al. (2003) tend to include the most up-to-date information with regard to the availability of models that are appropriate for use.  These reviews also include example applications of many of the models discussed.

Fate and transport analyses may be performed by using an integrated hydrodynamic, sediment, and chemical transport model or by employing what tend to be relatively sophisticated stand-alone versions of these three submodels.  The advantage of the former approach is that integration of the hydrodynamic, sediment, and chemical transport results takes place in a seamless manner with limited need for an assessor's intervention.  This is in contrast to the use of stand-alone models, where the output of one model should be formatted in a way that ensures it is amenable to use with the other models that are to be applied.  A distinct advantage of the latter approach is that it has the potential to reduce the time needed to complete a model run, an important consideration for a multiyear simulation of a large and complex problem setting.  For example, it may not be necessary to repeat the simulation of hydrodynamic and sediment transport if the model input being modified affects only chemical transport (e.g., partition

coefficient).  A similar line of reasoning would apply to the use of an integrated transport model that includes metal speciation versus one that uses a stand-alone chemical equilibrium model to satisfy this need.

The partition coefficient, which controls the distribution of metal between the dissolved and particulate phases, is considered to be a key model parameter in chemical/metal fate and transport evaluations (see Section 3.1.4).  It is important for several reasons.  First, the distribution of metal between the dissolved and particulate phases has a direct impact on the magnitude of particulate fluxes of metal that occur in association with the settling and resuspension of sorbed metal.  Second, the partition coefficient also controls the magnitude of diffusive fluxes of metal between the sediment interstitial water and the overlying water column, as this flux is proportional to the concentration gradient of total dissolved metal (free ionic metal + metal-DOC and metal-inorganic ligand complexes) between these compartments.  Partitioning reactions also affect the metal bioavailability and the route of exposure to a metal (food vs. water).  Given its importance, the risk assessor should recognize that the assumption of equilibrium partitioning is a potential oversimplification in some situations (e.g., near a point source discharge to a receiving water or immediately following a pulse exposure, such as an overflow from a storm sewer system).  Under these conditions, the assumption of equilibrium between the dissolved and particulate phases may be less appropriate than is otherwise the case and additional uncertainty will necessarily be associated with the model results.  If this situation exists, consideration should be given to conducting special studies (e.g., measurement of free metal concentrations over time in a water sample) to test the validity of the equilibrium assumption.

> **Analytical Solution Models**
>
> Analytical solution models of aquatic system fate and transport are the simplest models with the lowest computational requirements. They are solved analytically to provide concentrations over metal of time or space.

Modeling of Hg and metalloids, such as As and Se, is complicated by transformation processes that change the form of the metal.  Similarly, metals that readily change oxidation state (e.g., Cr) also require additional considerations in fate modeling.  Many of the same transport models can be used, but input parameters will require modification.  Such models are beyond the scope of this framework, which is focused on inorganic forms of metals.  See, for example, the Hg cycling model by Hudson et al. (1994) for further guidance on fate and transport models for Hg.  All modeling exercises are limited by the validity of the model Framework, the accuracy of input parameters, and the experience of the analyst (Dzombak and Ali, 1993).  Therefore, all exposure assessments should include an explicit description of model assumptions and associated uncertainties.

### 3.2.2. Terrestrial Fate and Transport

Movement of metals through soils is dependent on the chemical properties controlling speciation, the presence of ligands that control complexation of metals within pore water (and ground water) and adsorption onto mineral surfaces, and the rate of water flux through the soil. Metals are lost from the soil by leaching into ground water and through metal specific uptake by plants (see Section 3.1.6.5).  Sections 3.1.4 and 3.1.6 review the processes and models that predict movement of chemicals through soils or partitioning onto mineral surfaces (i.e., partition coefficients).  These serve the same role as the fate and transport models discussed above for aquatic systems and therefore are not repeated here.

### 3.3. ATMOSPHERIC FATE AND TRANSPORT

Fine and coarse particles typically exhibit different behavior in the atmosphere: fine mode particles exhibit longer atmospheric lifetimes (i.e., days to weeks) than coarse particles and tend to be more uniformly dispersed across a large geographic region (U.S. EPA, 1996a). Relatively lower dry deposition velocities of fine particles contribute to their persistence and uniformity throughout an air mass (U.S. EPA, 1997c).  The larger coarse particles (i.e., greater than 10 μm) tend to rapidly fall out of the air and have atmospheric lifetimes on the order of minutes to hours, depending on their size and other factors (U.S. EPA, 1996a).

In the atmosphere, the behavior of Hg depends strongly on its oxidation state.  Elemental Hg is capable of being transported long distances, even globally; divalent Hg deposits within a few hundred kilometers of sources; and particulate Hg is deposited at intermediate distances, depending on the particle size (Schroeder and Munthe, 1998).  Elemental Hg that is deposited can be reemitted from the surface, as can divalent and particulate Hg after biological or chemical reduction to the elemental form.

*Deposition*

Because most metals occur as particulate matter (hereinafter referred to as *particulates*), their removal from the atmosphere is governed by the rates of wet and dry deposition.  These deposition processes represent an important route of exposure for plants, animals, and humans. Some of the deposited metals can come to reside on the surfaces of vegetation, resulting in potential exposure to the plants and to animals that eat the plants.  Metals deposited from the atmosphere also come to reside in the leaf litter and uppermost soil surfaces, where they can be a source of exposure for soil organisms, people, and wildlife.

## 4.  HUMAN HEALTH RISK ASSESSMENT FOR METALS

The National Research Council (NAS/NRC, 1996, 1994b, 1983), of the National Academy of Sciences (NAS), described four phases to the human health risk assessment paradigm (Hazard Identification, Dose-response Assessment, Exposure Assessment, and Risk Characterization) and identified risk communication as a fifth area of study.  These principles have been further addressed in EPA's *Risk Characterization*



*Handbook* (U.S. EPA, 2000c).  In brief, hazard identification (referred to as "hazard characterization" in recent EPA documents) involves the determination of whether a chemical is or is not causally linked to particular health effects.  Dose-response involves the determination of the relationship between the magnitude of exposure and the probability of occurrence of the health effects in question.  A parallel step in the process toward the hazard identification and dose-response assessment is exposure assessment.  In Exposure Assessment, the risk assessor quantifies the total exposure to a toxic agent in the environment based on amount taken into the body, including any combination of the oral, inhalation, and dermal routes of exposure.  For some assessments specific to a single exposure route, exposure may be expressed as an environmental concentration (e.g., ambient air or water concentrations).  Depending on the application, the exposure assessment may be specific to a site, a population at a specific location, or it may broadly cover a region or an entire nation.  Risk Characterization is the final step in the NAS paradigm.  In this phase, the risk assessor summarizes and interprets the information from hazard identification, dose-response, and exposure steps, often by quantitatively comparing exposures with doses that are associated with potential health effects.  Risk Characterization addresses the nature and often the magnitude of the human health risks, including attendant uncertainty.  These steps are addressed in greater detail in the following sections, with particular attention to the aspects specific to metals.

The information provided here complements that given by the available Agency guidance for the risk assessment process, e.g., for carcinogen risk assessment (U.S. EPA, 2005, 1986), exposure assessment (U.S. EPA, 1992c), developmental toxicity (U.S. EPA, 1991), neurotoxicity (U.S. EPA, 1998c), chemical mixtures (U.S. EPA, 2000b, 1986), and cumulative risk (U.S. EPA,

2003e), and focuses on the unique and specific characteristics of metals and metal compounds that may be applied in metals risk assessments for human health.

## 4.1. METALS PRINCIPLES

Metals are associated with a variety of health effects that are reviewed in detail in EPA's Integrated Risk Information System (IRIS) Toxicology Reviews, the Agency for Toxic Substances and Disease Registry (ATSDR) Toxicological Profiles, the World Health Organization's International Programme for Chemical Safety (WHO/IPCS) Environmental Health Criteria Documents, and metal toxicology reviews (e.g., Lukaski, 1999; Hathcock, 1996; Mertz, 1995, 1993; Wallach, 1985). Metals have specific attributes that should be considered in all risk assessments. These principles for metals risk assessment (see Chapters 1 and 2) apply in various ways to human health risk assessments, depending on the scale of the assessment (site specific, regional, or national). This section describes applications of the metals principles to human health assessments within the standard risk assessment framework. Specifically, they fall into the risk assessment paradigm as follows:

| | |
|---|---|
| Background levels | Exposure Assessment |
| Mixtures | Exposure and Effects Assessment |
| Essentiality | Effects Assessment |
| Forms of metals | Exposure Assessment (bioavailability) and |
| Toxicokinetics/toxicodynamics | Effects Assessment (absorption, distribution, metabolism, and excretion [ADME] and toxicity) |

Often times, human health risk assessors start their analysis with a metal-specific reference value (RfD/RfC) and/or cancer potency factor that has been developed through a process separate from the health risk assessment. The role of the human risk assessor is to appropriately integrate the reference values and potency factors with the exposure assessment. Thus, the risk assessor needs an understanding of the toxicological endpoints and mechanisms of action that underlie the derivation of these values to ensure that, for example, the appropriate population and life stages are addressed, appropriate dietary aspects are taken into consideration, and the appropriate exposure pathways are considered. For metals, frequency and duration of exposure, as well as exposure concentrations and metal species, are important parameters for the risk assessor to consider for accurate dose assessments.

## 4.2.  HUMAN EXPOSURE ASSESSMENT

NAS/NRC (1994b) defines exposure assessment as "the determination of the intensity, frequency, and duration of actual or hypothetical exposures of humans to the agent in question.  In general, concentrations of the substance can be estimated at various points from its source."  Although there is no specific guidance exclusively for metal exposure assessment, EPA has published guidelines for exposure assessment (U.S. EPA, 1992c), exposure factors (U.S. EPA, 1997e, 1989a), exposure factors for children (U.S. EPA, 2002b), and assessment of early lifestage exposure (U.S. EPA, 2005). Additional reports and principles have been published by the Centers for Disease Control and Prevention (CDC, 2003) and IPCS (2000, 1999, 1994b).



Assessment of human exposures to metals, as with any chemical agent, includes:

(1) identifying how people come into contact with metals in the environment

(2) determining the concentrations of specific forms (speciation) of the metal in specific medial (e.g., soil, water, air, and biota)

(3) identifying the pertinent exposure metric (via consideration of dose-response assessment)

(4) estimating the exposure metric (e.g., oral intake, inhalation exposure concentration, blood concentration), which may involve quantifying relationships between exposure concentrations and intakes and

(5) identifying sources of uncertainty and natural variability and, where possible, quantifying these in estimates of exposure.

### 4.2.1.  Background Levels

Metals are naturally occurring constituents in the environment.  As a result of industrialization, current environmental levels of metals can be elevated relative to naturally occurring levels.  This may result in a wide variability in the intake of some metals in food (e.g., seafood), drinking water, or air.  Strategies for estimating metal concentrations in air, soil, and

> **Background Metal Concentration**
>
> As a result of industrialization, current environmental levels of metals can be elevated relative to naturally occurring levels.  Depending on the purpose of the risk assessment, assessors should distinguish among naturally occurring levels, existing background levels, and contributions from specific activities at the local or regional level.

water are discussed in Section 3.  In human health risk assessments, the term "background" refers to all existing metal sources except the targeted source.  A particular challenge for the risk assessor may be assessing the metal levels associated with the source(s) of interest in light of levels derived from natural and other anthropogenic sources.

### 4.2.2. Bioavailability

The term "environmentally available fraction" refers to the portion of total metal in soil, sediment, water, or air that is available for physical, chemical, and biological modifying influences (Lanno, 2003) and represents the total pool of metal at a given time in a system that is potentially able to contact or enter an organism.  Of that portion, the bioaccessible fraction (BF) is the amount that actually interacts at the organism's contact surface and is potentially available for absorption or adsorption (if bioactive upon contact) by the organism.  Bioavailability is the extent to which bioaccessible metals (see Section 2.3) cross biological membranes, expressed as a fraction of the total amount of metal the organism is proximately exposed to (at the sorption surface) during a given time and under defined conditions.

The concept of metal bioavailability includes metal species that are bioaccessible and are absorbed or adsorbed (if bioactive upon contact) with the potential for distribution, metabolism, elimination, and bioaccumulation in the organism.  Metal bioavailability is specific to the metal salt and particulate size, the receptor and its specific pathophysiological characteristics, the route of entry, duration and frequency of exposure, dose, and the exposure matrix.  The metal salt is influenced by properties of the environment such as pH, particle size, moisture, redox potential, organic matter, cation exchange capacity, and acid volatile sulfides.  Depending upon the assessment, it may be appropriate for the risk assessor to consider metal bioavailability and compare the bioavailable fractions used to estimate reference doses (RfDs), or the equivalent, to those measured in the diet, drinking water, or air.

Prediction of toxicity due to exposure to inorganic metals is complicated by wide variations in the bioaccessibility and bioavailability of accumulated metals.  The form of the metal (chemical species, compound, matrix, and particle size) influences its bioaccessibility.  In turn, the metal form is impacted by properties of the environment such as pH, particle size, moisture, redox potential, organic matter, cation exchange capacity, and acid volatile sulfides.  Bioavailability (how much of the ingested metal interacts at the target site) is influenced by nutritional state (deficiency versus excess), age, sex, physiological state, pathological conditions, and interactions with other substances present.

> **Bioavailability/Hazard Relationship**
>
> If two substances were equally toxic at comparable levels of target organ exposure, the substance with the higher intrinsic bioavailability would pose the greatest risk.

It is important that the Exposure Analysis describes the same bioavailable fraction of the metal(s) of concern as that used when estimating the reference value (e.g., the RfD).  For

example, measuring total metals in dietary items may include insoluble forms of the metal (particularly if soil contamination is present on the foodstuff), so effective exposure is overestimated.  There are both direct and indirect approaches to address the relative bioavailability of metals in the environment: (1) conduct new animal toxicology studies using the metal form encountered in the site assessment; (2) use adjunct scientific data to derive an adjustment to the effective dose identified in the animal study (e.g., data on the distribution of chemical forms of the metal in the environment or at a contaminated site); or (3) use a default assumption that the metal in the environmental samples is the same as that tested. Of the three approaches, the first is more scientifically sound.  The second option might be available in some circumstances but is usually precluded by time and financial resource limitations, and the third option, is the most health-conservative.

A fourth alternative conducted for site-specific assessments is for the risk assessor to estimate bioavailability through solubility studies or limited bioavailability studies of specific samples from the site.  For example, arsenic bioavailability has been estimated for soils from various contaminated sites (Ng et al., 1998; Freeman et al., 1995, 1993) and also through a series of solubility studies of soil from a site contaminated with mine tailings (Ng et al., 1998; Salocks et al., 1996).  Additional examples are animal feeding studies with juvenile swine for lead bioavailability adjustments or *in vitro* tests, although the Agency currently requires additional validation of the latter approaches before they can be used as the sole basis for making bioavailability adjustments (U.S. EPA, 2006a).

### 4.2.3.  Susceptible Populations

Risk assessors must specifically consider population subgroups, which may have a greater risk to metals than the general population (U.S. EPA, 2006b).  Factors influencing susceptibility to metals include life stage, life style, gender, reproductive status, nutritional state, pre-existing health conditions or disease, and genetic polymorphisms.  Children and elderly people do not regulate metal uptake and distribution efficiently and may be at higher risk of accumulating toxic levels (U.S. EPA, 2006b).  Pregnant and lactating women have a higher demand for essential elements, and lack of adequate levels of protein in the diet can affect the bioavailability of essential elements (NAS/NRC, 2000).  Individuals with chronic liver or kidney disease may have a lower threshold for effects because these are two of the major target organs of metal toxicity.  Several well-known, heritable genetic alterations affect people's ability to regulate Cu or Fe, resulting in various deficiency or toxicity problems (WHO/IPCS, 2002).  Although many of these same factors are considered in all human health risk assessments, each has attributes specific to metals-associated risks.

### 4.2.3.1.  *Life Stage*

In addition to higher intake per kilogram of body weight (Plunkett et al., 1992), children may also be more sensitive than adults to metal irritants since sensitivity to skin irritants is generally considered to decrease with age.  Infants in the immediate postnatal period can also be more susceptible to systemic effects of metals because absorption of essential metals is poorly regulated (WHO, 1996).  At the other extreme, older adults are more sensitive to metals that target the kidney (e.g., Cd ) because renal function declines with age.  Efficiency of intestinal uptake of some trace metals, particularly Zn and Cu, also declines as people age (WHO, 1996; IPCS, 1994).

### 4.2.3.2.  *Demographics*

Differences in lifestyle influence metal exposure.  The risk assessor should explicitly investigate different lifestyles of the population of concern.  For example, the use of dietary supplements and other consumer products containing essential elements has increased.  In addition, folk remedies such as colloidal silver "cure-alls" and folk remedies containing lead tetroxide may contain high levels of metals (McKinney, 1999; Yanez et al., 1994; Pontifex and Garg, 1985; Trotter, 1985; Bose et al., 1983; CDC, 1983, 1982, 1981; Geffner and Sandler, 1980).  Smoking provides significant exposure to some metals (e.g., Cd) and can potentiate the effects of exposures from other sources, and excessive alcohol consumption can exacerbate metal effects.

### 4.2.3.3.  *Pregnancy and Lactation*

Pregnancy and lactation increase demand for some essential metals, particularly Cu, Zn, and Fe (NAS/IOM, 2003; Picciano, 1996).  Because of physiological changes that include higher Fe and Ca requirements, hormonal changes, and susceptibility to respiratory disease, Zuurbier and Van den Hazel (2005) suggested that pregnant women could be predisposed to the toxic effects of beryllium (Be), Pb, and Mn (2005).  Recommended dietary allowances (RDAs) specific to pregnant and lactating women have been developed for a number of essential elements (NAS/NRC, 2000, 2001) and should be considered by risk assessors looking at these metals.  Additionally, women lose significant amounts of Fe during menstruation, which may lead to increased absorption and toxicity of Cd (Berglund et al., 1994).

### 4.2.3.4.  *Concurrent Damage or Disease*

In general, people with allergies and those with pre-existing medical conditions have higher-than-average biological sensitivity to *environmental stressors.*  For example, diseases or treatments that damage the kidney or liver may increase sensitivity to metals that target these organs.  Damage to the lung from smoking can potentiate effects of simultaneously or

subsequently inhaled metals, particularly those that act directly on the lung (e.g., Be, Cd, Cr, and Ni).  Skin abrasions or other irritations also can alter exposures to and subsequent effects of metals (although dermal absorption is not a primary route of metals exposure for intact skin).

### 4.2.3.5.  *Nutritional State*

Risk assessors should be aware that dietary differences can affect the absorption of metals, thus changing internal target dose.  For example, lack of protein (or the type of protein) can decrease metal uptake, thus reducing potential risk.  However, relatively little is known about this risk factor and nutritional state is an area for further study.

### 4.2.3.6.  *Genetic Polymorphisms and Variability*

Risk assessors should be aware of several well-known, heritable, genetic polymorphisms that affect susceptibility to metals.  The best known of these are two disorders that affect Cu metabolism: Wilson's disease and Menkes syndrome.  Wilson's disease is an autosomal recessive abnormality (prevalence of 1 in 30,000) that causes impaired biliary excretion of Cu, resulting in accumulation in and damage to various tissues, particularly the liver, brain, kidney, and cornea; hemolytic anemia also can result.  Menkes syndrome is an X-linked recessive disorder of Cu metabolism (prevalence of 1 in 200,000) that resembles Cu deficiency regardless of level of Cu intake (WHO/IPCS, 2002).

Hemochromatosis is another common inherited disorder. It is characterized by excessive Fe absorption, elevated plasma Fe concentration, and altered distribution of Fe stores (altered iron kinetics).  One long-term effect is liver cirrhosis, with increased risk of liver cancer (NAS/IOM, 2003).  Another Fe-related genetic polymorphism affecting Pb metabolizing enzymes is delta-aminolevulinic acid dehydratase (ALAD), which has been found to affect the relationship of bone Pb to the cumulative blood index, suggesting that the transfer of Pb from blood to bone is altered.  It is suspected that genetic polymorphisms also exist for As metabolism (NAS/NRC, 2001), but these have not yet been defined.

Risk assessors should consider the possibility of genetic differences when assessing potential sensitization reactions.  Chronic beryllium disease (CBD) is an immune response, with sensitivity determined by major histocompatibility (MHC) class II genes (U.S. EPA, 1998d).  Similarly, sensitivity to Ni is related to the genotype of human leukocyte antigens (HLA)[3] (ATSDR, 2003).

---

[3] The major histocompatibility complex is a group of genes on chromosome 6 that code for the antigens that determine tissue and blood compatibility.  In humans, histocompatibility antigens are called human leukocyte antigens because they were originally discovered in large numbers on lymphocytes.  There are thousands of combinations of HLA antigens.

### 4.2.4.  Environmental Release, Transport, and Fate

The exposure component of a human health risk assessment includes source characterization and analysis of fate and transport of the chemical of interest through environmental media.  Models for transport and fate of metals from emission points to environmental receptors of importance to humans (e.g., soils, plants, or animals used in food and fiber) are covered elsewhere in this Framework document (see Section 3.2), as they are similar for both human health and ecological risk assessments.  It is recommended the risk assessor conduct this portion of the assessment simultaneously for both human health and ecological assessments to ensure appropriate integration of the results.  Human activities that affect the contact time of people with contaminated media also influence the route(s) and total amount of exposure.

### 4.2.5.  Route-Specific Differences in Effects

Risk assessors should consider how route of exposure affects metal bioavailability and whether effects will occur at portal-of-entry or will be due to systemic, target-organ responses. Interactions among metals or other exogenous or endogenous compounds also can affect bioaccessibility of metals and are route dependent.  Thus, many metal exposure issues are specific to the route of entry and will be discussed separately in the following sections.

### 4.2.5.1.  *Inhalation Exposure*

Most airborne metals, with a few important exceptions (e.g., Hg and arsine) occur in particulate form. This necessitates certain considerations for inhalation exposure assessment, e.g., how particle size affects respirability (i.e., how much of the pollutant enters the respiratory system).  Additionally, inhalation dosimetry for particles involves some distinctly different processes than for gases (i.e., deposition, clearance, dissolution, etc.), which are also influenced by particle size (U.S. EPA, 2004, 1997c).  Particle size is thus an important factor in assessing metals exposure, with the focus generally being on particles less than or equal to 10 microns ($\mu$) in diameter ($PM_{10}$).  Larger particles usually do not penetrate far into the respiratory tract and can be cleared to the ingestion route and swallowed.  Larger particles may have a larger role as an irritant, affecting a person's eyes and nasal passages, and, if deposited in the uppermost reaches of the respiratory tract, may be transferred to the digestion tract.  Thus, for exposure assessments involving measurements (e.g., using area or personal samples), the particle size is an important factor in determining inhalation exposure to metals.

Since inhalation is a primary route of exposure for metals, the risk assessor should have a good understanding of inhalation dosimetry methods and how inputs vary for metals.  Key methods for inhalation dosimetry are described in EPA guidance documents (U.S. EPA, 2004, 1997c) and a number of models are available for calculating relative regional respiratory tract

deposition in rodents and humans (reviewed in U.S. EPA, 2004).  The guidelines for reference concentration (RfC) development (U.S. EPA, 1990) cite the regional deposited dose ratio (RDDR) model, which has been used for development of a number of RfCs for metals.  The multipathway particle dosimetry model (MPPD) developed by the Chemical Industry Institute for Toxicology (CIIT) and the Dutch National Institute of Public Health and the Environment (RIVM) was used in EPA's *Air Quality Criteria for Particulate Matter* (U.S. EPA, 2004).  MPPD improves lung dose estimations by considering life-stage-specific parameters, particle clearance from the lung, and differences in oronasal breathing patterns with work load.  The human equivalent concentration (HEC) is the concentration that is believed to result in the same dose to the respiratory tract region of interest as was received by the experimental animal species.

In developing inhalation exposure estimates, the risk assessor should pay careful attention to the form of the metal pertinent to the dose-response assessment (e.g., RfC, IUR).  Simply measuring the total amount of a metal without regard to speciation may introduce uncertainties into inhalation exposure estimates or other exposure routes.  Metal speciation affects a range of processes that change how the metal is deposited in the respiratory tract and subsequently distributed throughout the body and, consequently, its potential toxicity (Bailey and Roy, 1994; Oberdorster, 1992).  For example, in assessing the risk of inhaled Cr, the assessor should consider speciation (e.g., $Cr^{+3}$ vs. $Cr^{+6}$), as the dose-response assessment includes that specification.  The bioavailability of metals via inhalation can be much higher than that of other intake routes.  This may result in relatively high internal doses, even when intakes are similar to those from other routes.  An example is the large contribution made by cigarette smoking to the body burden of Cd (e.g., Friis et al., 1998; Ellis et al., 1979).  Variations in airway structure and respiratory conditions (e.g., as with age) may alter the deposition pattern of inhaled particles and contribute to variations in bioavailability (James, 1994; Xu and Yu, 1986; Phalen et al., 1985).  For more information on the consideration of particle size in the dose-response assessment for RfCs and IURs, the risk assessor should refer to U.S. EPA, 1990.  For metals having alternative Agency-developed dose-response metrics (e.g., blood Pb concentration), respirability, deposition, and clearance as well as absorption into the circulatory system may need to be addressed as part of the Exposure Assessment.

Risk assessors should be aware of emerging issues in inhalation dosimetry that may have important impacts on exposure assessments for metals (U.S. EPA, 2005).  The developing literature suggests that current dosimetry models and traditional dose measures (such as concentration in mass/unit volume) may not adequately characterize human health risk to very small particles, such as particles $\leq 2.5$ μm ($PM_{2.5}$) or $<1$ μm in diameter (nanoparticles).  Much of the recent work on nanoparticle deposition has been conducted with metal oxide particles (e.g., titanium dioxide), and a growing body of literature is becoming available to the risk assessor. The bioavailability of Pb and other metals appears to increase with decreasing particle size,

particularly from the inhalation and oral routes of exposure, so risk assessors should be aware of the potential implications for bioavailability of metal nanoparticles.

Risk assessors should also consider exposure to metals in shower water, in which aerosolization can occur from the hot water tap.  Though the magnitude of exposure from showering is unknown and comparable models do not exist for aerosolized metals (Wilkes, 1998), models have been developed to predict human inhalation exposures due to volatile organics from showering (e.g., Guo, 2002; Moya et al., 1999; McKone, 1987).  Where appropriate, the risk assessor should address such inhalation exposures during the Risk Characterization phase.

#### 4.2.5.2.  *Dietary Exposure*

Risk assessors should be aware that dietary pathways represent a major exposure route for metals (Choudhury et al., 2001).  Estimation of intakes of metals occurring in food requires information on the levels of metals in food and the amount of food consumed (NAS/IOM, 2003).  A number of references provide assessors with national-scale information on dietary exposure to metals (Capar and Cunningham, 2000; Schoof et al., 1999a, b; Thomas et al., 1999; Bolger et al., 1996; Dabeka and McKenzie, 1995; Gunderson 1995; Tsuda et al., 1995; Dabeka et al., 1993).  Although large-scale surveys of the metal contents of foods and food consumption patterns have been conducted (e.g., Egan et al., 2002; Ryan et al., 2001; U.S. FDA, 2001; O'Rourke et al., 1999; Thomas et al., 1999; U.S. DHHS, 1996), assessors should be aware that these surveys have several limitations for applications to human health risk assessment.  Analysis is often conducted with "market basket" samples of packaged processed foods.  With a few exceptions, such applications have not been empirically evaluated against biomarkers of exposure (Clayton et al., 2002, 1999; Choudhury et al., 2001).  Risk assessors should be mindful that food consumption surveys are generally limited to short-term consumption (e.g., 1-3 days) and do not capture intra-individual variability that would affect long-term averages.  Furthermore, dietary patterns may change over time (e.g., consumption of ethnic foods in childhood may change later), and, thus, patterns discerned at any given time may not accurately represent historical or future exposures.  An additional challenge facing the risk assessor is integration of data from separate metal residue and food consumption surveys (e.g., Tomerlin et al., 1997).  This leads to considerable uncertainty in estimates of metal exposure via the dietary route.

> **Dietary Exposure**
>
> Due to the diversity of the human diet, there may be wide variability in the intake of some metals in food (e.g., seafood), resulting in both temporal variability (e.g., spikes after a seafood meal) and geographic or cultural variability.

**4.2.5.3.  *Incidental Soil Exposure***

Infants and children can have enhanced exposures to metals through the pathway of surface dust because (1) they crawl and play in close proximity to surface dust and (2) they often mouth their hands (e.g., finger sucking) and objects in their environment.  This causes an intake of surface dust that is generally greater than that which is normally found in adults (e.g., Barnes, 1990).  On the other hand, infants have a large salivary response (i.e., they drool and spit up frequently), which may act to reduce overall dust intake.  However, risk assessors should be aware that data are limited with regard to distinguishing between the quantity of dust ingested and the quantity of soil ingested.  This parameter is important in connecting measured soil metal concentrations with surface dust ingestion that occurs in the indoor and outdoor environments (U.S. EPA, 1994a).  Exposure assessment methods for direct soil ingestion are described in the Risk Assessment Guidance for Superfund (RAGS) (http://www.epa.gov/superfund/programs/risk/ragsa/index.htm).  Additional guidance with respect to children (e.g., amount of soil a child may ingest) can be found in the *Child-Specific Exposure Factors Handbook* (U.S. EPA, 2002b).  Few studies of soil ingestion in adults have been conducted; however, the estimates support the assumption that average daily soil ingestion rates of adults who do not participate in activities in which intensive exposure to surface dust and soil occur (e.g., occupational gardening, construction work) are lower than those of children (Calabrese et al., 1990; Hawley, 1985).  Because concentrations of the metal contaminants in soil can be expected to vary with depth, risk assessors should consider soil metal concentrations at the depth appropriate to the metal(s) of concern as well as human behaviors and activities.

**4.2.5.4.  *Drinking Water Exposure***

Treatment of surface and/or ground water for human consumption removes dissolved organic carbon and suspended organic sediments that can form complexes with metals (AWWA, 1999).  Thus, inorganic forms of metals in treated drinking water will often consist of the more bioavailable, water-soluble species.  Treatment also removes bacteria that can participate in organification reactions of toxicological significance to humans (e.g., methylation of inorganic mercuric mercury).

Risk assessors estimating the intake of metals in drinking water will require information about concentrations of metals in the water and the amount of water consumed.  Data on the metal content of tap water can be obtained from EPA's Office of Drinking Water.  EPA's *Exposure Factors Handbook* contains exposure information on daily drinking water ingestion and incidental ingestion of water during swimming and showering (U.S. EPA, 1997e).

Generally, water metal concentrations are measured at the distribution point for municipal water delivery systems.  Distribution systems within homes (pipes, storage containers, etc.) can contribute significant amounts of metals (e.g., Pb, Cu) to the home drinking water

(Graziano et al., 1996); consequently, the contribution of metals from home-based pipes, etc., is a source of uncertainty in the human health risk assessment.

### 4.2.5.5.  *Dermal Exposure*

Metals absorption through the skin is limited because the dermal route of exposure is of less concern during a health risk assessment.  However, some metals (e.g., Ni and Cr) have the potential to induce toxic and sensitization effects directly on the skin (U.S. EPA, 2001, 1992). Dermal exposure can also lead to intakes via other routes, such as oral exposure via hand-to-mouth transfer or ocular contact.

Potential sources of dermal uptake that the risk assessor should consider include small particles in contact with the skin; metal exposure during bathing, showering, and swimming (NAS/NRC, 2002); and the uptake of metals through damaged skin (e.g., irritated skin, sunburn). Dermal contact with metals in soil also represents a potential route of exposure, but the relatively low lipid solubility of most metals limits absorption through the skin (Paustenbach, 2000; Hostynek et al., 1998).  Few studies have actually attempted to quantify the extent or kinetics of the dermal penetration of metals deposited on the skin, and the applicability of these studies to metal species and complexes that occur in surface dust or soil is highly uncertain.

### 4.2.6.  Integrated Exposure

Approaches to integrating exposure across pathways and physiological routes of uptake include modeling, estimates of relative bioavailability, and the use of biomarkers.

### 4.2.6.1.  *Modeling*

Risk assessors have access to only a few specific, integrated exposure models for metals. The Integrated Exposure Uptake Biokinetic (IEUBK) model for Pb in children (U.S. EPA, 1994a; White et al., 1998) was specifically developed for translating exposure measurements into risk estimates.  The IEUBK model and background documentation are available on line at: http://www.epa.gov/superfund/lead/products.htm.

Risk assessors should not apply this model to other metals because it was derived using Pb-specific information and consequently is pertinent only to Pb.  A multipathway exposure model specific for As has also been developed (Cohen et al., 1998).  Less complex models linking adult exposures and blood Pb concentrations are available (Carlisle, 2000; Stern, 1996, 1994; U.S. EPA, 1996b; Bowers et al., 1994; Carlisle and Wade, 1992), and a stochastic human exposure model for Pb that is linked to a lead pharmacokinetics model may also be of use to the risk assessor (Beck et al., 2001; O'Flaherty, 1995).

Other models available to risk assessors are EPA's Total Risk Assessment Methodology (TRIM), which is being developed for multipathway risk assessment for air pollutants including

metals (http://www.epa.gov/ttn/fera/trim_gen.html); EPA's Stochastic Human Exposure and Dose Simulation (SHEDS) model, a probabilistic, physiologically based model that simulates aggregate human exposures and doses for various population cohorts of interest (Dang et al., 2003; Zartarian et al., 2000); EPA's Dietary Exposure Potential Model (DEPM) (Tomerline et al., 1997); RESRAD, a generic exposure model developed by the U.S. Department of Energy for risk assessment of radionuclides (U.S. DOE, 2001; LePoire et al., 2000); and 3MRA, a multimedia, multi-pathway, multi-receptor exposure model developed for screening-level risk-based assessment of chronic exposures to chemicals released from land-based hazardous waste management units (http://www.epa.gov/ceampubl/mmedia/3mra/).

### 4.2.7.  Biomarkers

Risk assessors may find biomarkers of exposure, effect, and susceptibility useful as basic tools (IPCS, 2001, 1994).  Centers for Disease Control (CDC) and the National Health and Nutrition Examination Survey (NHANES) are currently developing a national database to quantify and characterize body burdens (based on human blood and urine surveys) that includes Pb, Hg, Co, uranium (U), antimony (Sb), barium (Ba), Be, Cs Mo platinum (Pt), thallium (Tl), and tungsten (W) (CDC, 2005).  Risk assessors can use this survey as a baseline measure against which the levels in receptor population individuals can be compared. The data are summarized in age, gender, and ethnicity categories.  NAS also has completed a substantial amount of work in this area (NAS/NRC, 2006).



**Hypothetical Relationships Among Biomarkers of Exposure**

Source:  Henderson et al. (1989); IPCS-EHC #155 (1994).

Integration of exposures across media, route, and time of exposure can be reflected in biomarkers of exposure.  A biomarker of exposure is a measure of cumulative exposure to a metal and also of metal actually existing in the body, as occurs with chronic exposure to metals. However, such an approach may not be appropriate for metals that are not extensively bioaccumulated in tissues, and it does not differentiate between metal present in a tissue in a sequestered or inactive form and metal engaged in toxic or pathological processes.  The approach also does not differentiate naturally occurring exposures from those due to added metals.  For example, arsenobetaine is a nontoxic organic form of As found naturally in shrimp and other seafood.  The analysis of total, unspeciated urinary As, without recognition of an individual's dietary history, could lead to an overestimation of exposure if the risk assessor does not account for seafood consumption (NAS/NRC, 1999).  Thus, use of biomarkers increases the need for comprehensive, multipathway assessments of exposure.  When available, reference or baseline levels of biomarkers of exposure should be incorporated into the assessment.

## 4.3.  HAZARD CHARACTERIZATION

Hazard identification (or hazard characterization) is "the determination of whether exposure to an agent can cause an increased incidence of an adverse health effect, such as cancer or birth defects, and characterization of the nature and strength of the evidence of causation" (NAS/NRC, 1994b).  This includes identification of the target organ(s), consideration of any route-specific issues, evaluation of the adversity of the effects observed, and consideration of relevance to humans.  Key points and metals-specific concepts to be considered in hazard characterization are detailed in the following sections.

### 4.3.1.  Mixtures and Interactions

In most settings, individual metals exist as components of mixtures with other metals and/or organic substances (ATSDR, 2004; NRC, 1988).  Effects of the metals in mixtures may be synergistic, additive, subadditive, potentiating, and/or antagonistic.  Interactions among metals occur by competition for binding locations on specific enzymes or on cellular receptors during the processes of absorption, excretion, or sequestration at the target site.  The presence, amounts, and interactions of all inorganic metals are important when considering and evaluating the effects of exposure and resulting human health risk assessment.

Metals usually exist as components of mixtures with other metals and/or organic substances (ATSDR, 2004; NRC, 1988).  Because the information or guidance on risks of metal mixtures is limited, risk assessors should follow published guidance for the human health risk assessment of chemical mixtures in general (U.S. EPA, 2000b, 1986) and cumulative risk guidance (U.S. EPA, 2003e).

Only a few controlled studies exist on the interactions of metals relevant to levels found in the environment (see ATSDR, 2004, on mixtures of (1)As, Cd, Cr, and Pb; and (2)Cu, Pb, Mn, and Zn).  Risk assessors may use the current default approach, which assumes additivity of the doses for each metal as it will produce estimates that are overly-cautious.  This approach, which involves calculation of a hazard index (HI), is most appropriate for chemicals that produce the same effects by similar modes of action (MOAs).  However, differing potencies of metals with similar MOAs should be accounted for by converting chemical concentrations into an equitoxic dose using either toxic units (TUs) or toxicity equivalence factors (TEFs).  In the case of chemicals with different MOAs, the risk

> **Metal-Binding Proteins**
>
> Metallothioneins (Ag, Hg, Cu, Bi, Cd, Pb, Zn) **t**
> Transferrin (Fe, Al, Mn) **t**
> Ferritin (Fe, Cd, Zn, Al, Be) **s**
> Ceruloplasmin (Cu, Fe) **tr**
> Lead-binding protein(s) (Pb) **s**
> Membrane carrier proteins **t**
>
> **s** = storage; **t** = transport; **tr** = transform

assessor should consider estimating separate effect-specific HIs for each chemical in the mixture

using the RfD as the toxicity value for each effect.  Newer EPA guidance provides a number of quantitative approaches for characterizing mixture risks (described in detail in U.S. EPA, 2000b, 1986).

The terms *molecular mimicry* and *ionic mimicry* have been applied to situations in which a metal forms a complex with an endogenous ligand and the resulting compound mimics the behavior of a normal substrate, disrupting normal function (Ballatori, 2002; Clarkson, 1993). Molecular or ionic mimicry may be viewed as a form of metal-metal interaction.  Most examples involve the replacement of an essential metal with a nonessential metal.  For example, Cd can mimic and substitute for Zn and Ca.  Additionally, many different proteins in the body complex with metals which may modify their toxicity and kinetics (e.g., some metals bind with albumin for purposes of transport in the circulatory system and across cell membranes or within cells). Some proteins have different binding kinetics for the various metals, resulting in specific protein-metal interactions.  Risk assessors should be familiar with these metal-binding proteins to correctly interpret the bioavailability of individual metals within a mixture and the potential use of protein expression as a biomarker of metal exposures.

Many of the interactions between essential metals are related to maintaining optimal nutritional levels by synergisms and antagonisms at both physiological and extrinsic (dietary) sites.  World Health Organization (WHO) publications (IPCS, 2002; WHO, 1996) have summarized these homeostatic interactions, which are often complex (e.g., excess Ca in the diet may induce signs of Zn deficiency, even if the Zn intake is normal).  Similarly, excess Zn in the diet may aggravate Fe deficiency.

Interactions between essential and nonessential metals are very common (e.g., Cd uptake can mimic that of Zn).  Similarly, among anions, mimicry of the sulfate and phosphate ions occurs.  However, the risk assessor should be aware that validated data in humans are rare, and that applications of this phenomenon are best limited to screening-level assessments.  Two nonessential metals may compete for passive transport across common sites on a membrane or with an essential metal on an active binding site.  These effects may not be additive and likely relate to relative binding strength.  One metal may affect one site and another metal may affect a different site; this can include both active and passive transport or binding sites and may or may not include interactions with essential metals.  These effects often will be additive.  The risk assessor should be familiar with the MOAs of each metal of concern to develop at least a general understanding of whether the mixture effect is likely to be additive or more than additive.

Metals can be active at most cellular sites where organic toxicants have their effects and directly interfere with receptor activation (Stoica et al., 2000), ion channel regulation (Kiss and Osipenko, 1994), cell signaling (DeMoor and Koropatnick, 2000), cell adhesion (Prozialeck et al., 2002), and gene transcription (Meplan et al., 2000).  Thus, metals are not readily distinguished from organic substances in the range of their potential mechanisms of action at the cellular and molecular level, so the risk assessor can transfer knowledge about toxicity across

chemicals.  Additionally, co-occurrence of metals with organic substances can change the bioavailability and increase or decrease absorption.  For example, in the diet, citrates and histidine are known to enhance Zn absorption, whereas ascorbate can modify Fe-Cu antagonisms.  Low protein content may increase the absorption of Cd and Pb, and oral contraceptives may influence the metabolism of Fe, Cu, and Zn.  The risk assessor should be aware of these conditions to avoid over- and underestimating risk.

### 4.3.2.  Essentiality

Certain elements are nutritionally essential to humans and play a key role in physiological or biochemical processes (NAS/IOM, 2003; IPCS, 2002; WHO, 1996).  Elements essential to other organisms may not be essential to humans and vice versa. Adverse nutritional effects can occur if essential metals are not available in sufficient amounts, and nutritional deficits also can be adverse and increase the

> **Essentiality**
>
> Essentiality should be viewed as part of the overall dose-response relationship. The shape of this relationship can vary among organisms.  For a given subpopulation, reference doses designed to protect from toxicity of excess should not be set below doses identified as essential for that subpopulation.

vulnerability of humans to other stressors, including those associated with other metals. Essentiality should be viewed as part of the overall dose-response relationship, and *reference doses* designed to protect from toxicity of excess should not be set below doses identified as essential.

Metals that are currently deemed nutritionally essential for humans are Co, Cr III, Cu, Fe, Mg, Mn, Mo, Se and Zn (Table 4-1).  Some metals (e.g., B, Ni, Si, V, and perhaps As), while not essential to human health, may have some beneficial effects at low levels of exposure (NAS/IOM, 2003).  Risk assessors should consider the essential elements as comprising three groups:  those that are cations (Zn, Fe, Cu, Mn, Cr), those that are anions (Mo, Se), and those that are a bio-inorganic complex (i.e., the Co complex, cobalamin).  The homeostatic mechanisms differ for each group, and risk assessors can use this knowledge to generally classify the types of health effects that might occur and the potential bioavailability of the metal.  In general, the gastrointestinal tract and the liver regulate the uptake and transfer of cations (e.g., Fe, Zn, Cu).  The anionic group is more water-soluble and is less reactive with N, S, P, O, and hydroxide groups than are cations.  They are absorbed very efficiently through the intestine and their subsequent compartmentalization and excretion is by manipulation of their oxidation and methylation states; total body burden is regulated by renal excretion.  The risk assessor should be aware that homeostatic controls do not typically apply to effects at the portal of entry, so effects can be seen at lower doses than those required for systemic responses.

The risk assessor should view *essentiality* as part of the overall dose-response relationship.  The risk assessor should use the entire dose-response relationship, from very low (inadequate) doses to high (toxic) doses (see text box) when determining an acceptable upper

**Table 4-1.  Metal essentiality for humans**

| Nutritionally essential metals | Nutritionally nonessential metals | |
|---|---|---|
| Cobalt II, III<br>Chromium III<br>Copper 0, I, II<br>Iron II, III<br>Magnesium II<br>Manganese II, IV<br>Molybdenum IV, VI<br>Selenium II, IV, VI<br>Zinc II | Aluminum III<br>Antimony III, V<br>Arsenic III, V<br>Barium II<br>Beryllium II<br>Bismuth III, V<br>Boron III<br>Cadmium II<br>Cesium* I<br>Chromium VI<br>Gallium* III<br>Germanium* IV<br>Gold 0, I, III<br>Indium* III<br>Lead II, IV<br>Lithium I<br>Mercury 0, I, II | Nickel II<br>Niobium* V<br>Palladium* 0, II<br>Platinum* 0, II, IV<br>Rubidium I<br>Silicon* IV<br>Silver 0, I, II<br>Strontium II<br>Tellurium* II, IV, VI<br>Thallium I, III<br>Tin II, IV<br>Titanium IV<br>Tungsten VI<br>Uranium IV, VI<br>Vanadium III, V<br>Zirconium* IV |

* Limited human data for these metals.

exposure limit.  Several agencies have developed guidance for selecting a benchmark dose that is not too low (and, therefore, likely to result in deficiency) or too high (and likely to result in toxicity to some segment of the population).  IPCS (2002) guidance describes the use of an "Acceptable Range of Oral Intake" (AROI), which estimates the minimal requirement to prevent deficiency and an upper limit that will produce toxicity.



The NAS Food and Nutrition Board (FNB) in conjunction with the Institute of Medicine (IOM, 2001; NAS/IOM, 2000) developed the Dietary Reference Intakes (DRIs) program and reformulated RDAs (now known as RDIs) using the estimated average requirement (EAR) or adequate intakes (AIs).  They also developed a tolerable upper intake level (UL), which is the highest level of daily nutrient intake that is likely to pose no risk of adverse health effects to almost all individuals in the general population.  The UL is based on a risk assessment model similar to that used by EPA to set the RfDs and is intended to protect the population from adverse health effects resulting from excess exposure to a compound.  ULs are available for all the essential metals and for B, Ni, and V.  ULs do not take into account sensitive

or immuno-compromised populations.  ULs may differ from RfDs because they are derived from human studies rather than animal studies and use smaller uncertainty factors.  Additionally, the risk assessor should be cautioned that RfDs are intended to cover sensitive subpopulations, whereas RDAs are estimated to satisfy the nutritional needs of 97.5% of the healthy U.S. population.  RDAs are specific to different age groups and genders, with listings for 16 different age-sex and six age-pregnancy combinations (NAS/IOM, 2003).

### 4.3.3.  Forms of Metals

Unlike organic chemicals, metals are neither created nor destroyed by biological or chemical processes.  However, these processes can transform metals from one valence state to another and can convert them between inorganic and organic forms.  Information developed for one form of a metal may not be directly applicable to other forms.  Different valence states (species) of the same metal affect bioaccessibility and bioavailability, and they elicit different responses in the human body.  The particle size and environmental matrix (water, soil, air), within which the metal is embedded, influence exposure amount, rate, and route, particularly for the inhalation pathway, which can then result in different target organs and response levels. Therefore, the risk assessor should consider which form of the metal of interest is being assessed. If exposure or effects information has been developed for a different metal species, the risk assessor should either make appropriate adjustments or acknowledge this as a significant uncertainty in the Risk Characterization.  For example, Cr(III) is essential in the diet, whereas inhaled Cr(VI) is carcinogenic.

Risk assessors should be aware that information developed on the health effects of one form of a metal may not be directly applicable to other forms, particularly organometallics; other guidance documents should be consulted when conducting risk assessments for organometallics.

### 4.3.4.  Toxicokinetics/Toxicodynamics

Homeostatic mechanisms such as binding of metals to proteins can introduce significant complexities to hazard assessments for metals, with significant quantitative effects once these mechanisms are overwhelmed.  Certain metal compounds bioaccumulate in human tissues, and it is important to recognize that such bioaccumulation is related to toxicity (SAB, 2006; see Section 2.3.1 for a definition and more detailed discussion of bioaccumulation).  Since not all tissues may

| **Toxicokinetics** |
| --- |
| Toxicokinetics describes the series of processes that dictate the disposition of a substance in or on the body after exposure occurs and processes related to deposition on the body surfaces (also considered in exposure assessments), absorption, distribution, metabolism, and excretion (ADME). |

be of "interest" from a human health perspective, net accumulation in human tissues may or may not be relevant in the hazard characterization of metals (see, for example, Section 4.3.4.2 for a

discussion of metal sequestration and subsequent remobilization).  Further, there are no available simple metrics that allow quantification of the potential for human bioaccumulation of metals, although a full pharmocokinetic model can be used to estimate metals bioaccumulation and distribution in human tissues.  Additional discussion of the potential for remobilization of sequestered metals is in section 4.3.4.2. All these processes can be described through the use of physiologically based pharmacokinetic (PBPK) models. Integrated descriptions provide metrics of internal dose (including biological markers of exposure) that can be used by risk assessors to improve the quantitative basis of dose-response assessments.  Unique features of metals that result in differences in toxicokinetic behavior of metals as compared to organic substances are shown in Table 4-2.

> **Bioaccumulation** of metals is the net accumulation of a metal in the tissue of interest or the whole organism that results from *all environmental exposure media*, including air, water, solid phases (i.e., soil, sediment), and diet, and that represents a net mass balance between uptake and elimination of the metal (SAB, 2006).

**Table 4-2.  Summary of major differences in kinetic behavior of organic compounds compared to metals and inorganic metal compounds in humans**

| Organics | Metals |
|---|---|
| *Tissue uptake* is most commonly a blood flow-limited process, with linear portioning into tissues. | Metals and their complexes are often ionized, with *tissue uptake* (membrane transport) having greater potential to be diffusion-limited or to use specialized transport processes. |
| *Metabolism* is generally extensive and often species-specific. | *Metabolism* is usually limited to oxidation state transitions and alkylation/dealkylation reactions. |
| *Persistence* in body fat is common because of lipid solubility (not capacity-limited). | Often *sequestered*, bound to specific plasma or tissue proteins (intrinsically capacity-limited) or bone. |
| Due to complex metabolism, organics may be *eliminated* by excretion in urine after biotransformation from lipophilic forms to hydrophilic forms, in bile after conjugation to large organic molecules, or in exhaled air if not metabolized. | Predominantly *eliminated* in urine because metal compounds are generally small molecules and are hydrophilic.  As a result of protein binding, may be excreted via hair and fingernails. |
| Generally substance-specific *homeostatic mechanisms* are not available. | Essential metals have *homeostatic mechanisms* that maintain optimum tissue levels over a range of exposures. |
| *Interactions* with other structurally similar compounds may occur, especially during metabolism. | *Interactions* among metals and between metals and organics are numerous and occur commonly during the processes of absorption, excretion, and sequestration. |

Source: Adapted from Golub et al. (2004).

### 4.3.4.1. *Absorption*

*Absorption* is a process by which an administered substance enters the body. *Bioavailability* is a term often used to describe the degree of absorption. Two elements of the absorption process are critical for evaluating systemic doses of metal compounds, both the degree and rate of absorption. Although information on both of these parameters is ideal for developing a quantitative estimation of systemic doses, information on the degree of absorption is more commonly available for most chemicals. Metals have a number of unique properties that impact their absorption across biological membranes. Key factors affecting the absorption of metals include solubility, particle size, valence state, lipophilicity, and the exposure matrix. Soluble forms of the metal are more readily absorbed since the metal ion itself is typically the absorbed entity. The bioavailability of metals increases as particle size decreases. However, in the lung particle size also determines the site of deposition and thus the clearance mechanisms that can ultimately result in systemic uptake (via transport to the lymph system following macrophage engulfment) or the GI tract (via mucociliary transport). Chemical speciation in terms of valence state can affect absorption. Recent progress in identifying metal transporters suggests that generalizations are not appropriate, and each metal should be assessed in terms of its ability to access transporters and the presence of transporters in potential target organs. In general, lipophilic compounds will be absorbed more readily than hydrophilic ones. For example, human skin is not very permeable, and it provides a good barrier against dermal absorption of metals and metal compounds; elemental Hg and dimethyl Hg are notable exceptions. Risk assessors should note the complexities in absorption processes since they have direct implications on metals risk assessment, primarily in requiring detailed consideration in extrapolating across different exposure conditions or animal species. Absorption can vary dramatically for different forms of the same metal, for the same form of metal in different matrices, among different species, and across different routes of exposure. Therefore, it is not appropriate to assume concordance in absorption of metal compounds without a detailed evaluation (and documentation) of the scientific basis for such an assumption. For example, empirical information on dermal absorption of metals should be consulted when available (Stauber et al., 1994; Wester et al., 1992; Hursh et al., 1989; Ilyin et al., 1975), and similar considerations apply to other routes of exposure.

### 4.3.4.2. *Distribution*

The unique features of metals influence their distribution to potential target organs and the subsequent target tissue doses. The distribution of metals reflects their transport and accumulation in the body within tissues, blood or plasma, or other extracellular space. Partitioning to blood and cellular components, particularly via interactions with proteins, is of particular importance for metal risk assessment. Retention in tissues of metals or metal

compounds generally is related to formation of inorganic complexes or metal protein complexes (e.g., Pb in the bone compartment and Cd in tissues bound to low-molecular-weight metallothionein proteins).  Risk assessors should be aware that retention of metals in the body by protein binding or sequestration in a nontoxic form allows the metal to reside in the body without producing a toxic or pathological effect.  For example, As and Hg have relatively short biological half-lives that can be measured in days, whereas Cd and Pb can be bound or sequestered in inactive forms for years.  Cd is retained in soft tissues (e.g., liver and kidney) for 10 to 20 years by intracellular binding with metallothionein.  Metal binding to proteins is capacity-limited, and toxicity to target organs occurs when the binding capacity is exceeded. Thus, the potential for toxicity exists in older adults for metals with long half lives that are initially adequately sequestered.  Conversely, retention in tissues is a dynamic equilibrium and can be a source of internal exposure long after the external exposure source has been removed. For example, Pb in bone can be mobilized during pregnancy and lactation or as a result of osteoporosis (USEPA IRIS, http://www.epa.gov/iris/subst/0277.htm).  The risk assessor should consider all the aspects of metal distribution in the body (i.e., binding and sequestration plus release processes) when estimating likely target dose.  The risk assessor should also note the uncertainty associated with lack of information to complete a quantitative analysis of these processes during the Risk Characterization.

### 4.3.4.3.  *Metabolism*

Metabolism of metals is limited to oxidation-reduction reactions or alkylation/ dealkylation reactions.  In these reactions, new inorganic species or metal organic complexes may be formed, but the metal ion persists.  Nevertheless, differences in these transformation pathways among human populations or across species have practical implications for risk assessment because different species of the same metals often have very different toxicities. Because of this, the risk assessor should fully explore available data on metal metabolism.  For example, As can be metabolized to organic forms that are less toxic than the inorganic As to which an individual is initially exposed.

### 4.3.4.4.  *Excretion*

Risk assessors should be aware of the number of qualitative differences in metal excretion as compared to organic compounds.  These include the greater likelihood for excretion in urine and the propensity for metals to be excreted via hair and nails.  In addition to reducing the target dose, risk assessors can use these excretion routes to develop biological markers of exposure for many metals.

Although metals share many similar characteristics, their excretion kinetics can vary dramatically, primarily because of differences regarding sequestration in bone or binding to

specific proteins.  This reduces the rate of excretion (or generates a biphasic excretion curve with two or more distinct excretion half-lives).  Risk assessors should assess each metal individually to incorporate excretion rates in the calculations of target dose and subsequent hazard assessment.

### 4.3.4.5.  *Kinetic Modeling*

Physiologically based pharmacokinetic/pharmacodynamic (PBPK/PBPD) modeling of metals entails the mathematical description and modeling of their absorption, distribution, metabolism, and excretion (ADME).  A typical PBPK model consists of multiple compartments representing tissues or tissue groups that are linked by blood flow.  PBPD models describe the relationship between target tissue dose and health endpoints or target tissue effects.  Combined use of PBPK and PBPD models provides understanding of the complex relationships between exposure and target organ effects.  Risk assessors may find that these models are valuable risk assessment tools for purposes of interspecies, high-dose/low-dose, route-to-route, and exposure scenario extrapolations (Krishnan and Andersen, 1994).  A PBPK model allows the risk assessor to define the relationship between external exposure and an internal measure of a biologically effective or toxic dose in both experimental animals and humans, thus increasing the precision of extrapolating effects thresholds to humans.  Use of PBPK models can account for nonlinear uptake, metabolism, and clearance; toxicity associated with products of metabolism rather than the parent chemical only; and tissue interactions.  The underlying assumption of PBPK is tissue dose equivalence, i.e., that health effects are caused by the toxic form(s) of the chemical measured at the biological target (Krishnan and Andersen, 1994).

PBPK models historically have been developed and used for risk assessment mainly with volatile organic compounds (VOCs) (e.g., methylene chloride) (Andersen et al., 1987), but PBPK models have recently been applied to some metals (White et al., 1998; Clarke, 1995). There are currently three main Pb risk assessment PBPK models.  *The O'Flaherty model* (O'Flaherty, 1995) is a PBPK model for children and adults.  It includes the movement of Pb from exposure media (i.e., intake via ingestion or inhalation) to the lungs and gastrointestinal tract and subsequent exchanges between blood plasma, liver, kidneys, and richly and poorly perfused tissues; and excretion from liver and/or kidney.  *The Leggett model* (Leggett, 1993) allows risk assessors to simulate lifetime exposures and can be used to predict blood Pb concentrations in both children and adults.  The EPA has performed a comparison of these adult Pb risk assessment models (http://www.epa.gov/superfund/lead/products/adultrevie

---

**Metal Toxicity**

The organ or tissue in which metal toxicity occurs may differ from the organ or tissue(s) in which the metal accumulates and may be affected by the metal's kinetics. Effects at the portal of entry do not depend on bioavailability.  Both the exposure route and the form of the metal can affect a metal's carcinogenic potential and its noncancer effects.

---

w.pdf) .  EPA developed the Integrated Exposure Uptake Biokinetic (IEUBK) model to predict Pb levels in children (U.S. EPA, 1994a) and recommends that it be used as the primary tool for Pb risk assessment at Superfund and RCRA corrective action sites (OSWER Directive, 1998; http://www.epa.gov/superfund/lead/products/oswer98.pdf).

Risk assessors can review differences in kinetic behavior between metals and VOCs in O'Flaherty (1998).  In brief, these include: (1) oral bioavailability, (2) inhalation bioavailability, (3) cellular uptake, (4) nutritionally essential and nonessential metal interactions, (5) protein-binding behavior and function, (6) incorporation into bone or hair, (7) metabolism, and (8) excretion.  Moreover, risk assessors should keep in mind that many of the processes controlling the disposition of metals are intrinsically capacity-limited and can result in extended residence times.  Risk assessors should use multiple lines of evidence to understand the kinetics and, therefore, the hazard of metal sequestration and elimination.  The major challenge faced by the risk assessor when using PBTK models for metals is to balance the complexity of the biology with the data available to parameterize the model.  Estimation of many parameters from the same data or insufficient data (over-parameterization) leads to greater uncertainty in model predictions and limits the utility of the model for regulatory purposes.

### 4.3.5.  Metal Toxicity

Diversity in observed toxicities of different metals likely reflects the variety of biochemical mechanisms by which they exert their effects and variability in their toxicokinetic properties.  At least five metals are known carcinogens, and several other effects of metals are also well documented, including effects on the neurological, cardiovascular, hematological, gastrointestinal, musculoskeletal, immunological, and epidermal systems.

#### 4.3.5.1.  *Noncancer Effects of Metals*

Metals and metal compounds have very diverse toxicological profiles.  For risk assessment purposes, selected critical effects serve as the basis for deriving threshold or benchmark toxicity values (e.g., RfDs) and are defined as "the first adverse effect, or its known precursor that occurs to the most sensitive species as the dose rate of an agent increases" (U.S. EPA, 2005).  Both the mechanism of toxicity and the critical effect may vary with the form of the metal.  Additionally, short-term exposures may produce target organ effects very different from those produced by a similar dose over a longer period of time.  Short-term, high-level exposure by ingestion may give rise to well-recognized acute toxicity syndromes, usually involving the gastrointestinal tract initially and possibly, secondarily involving the renal, cardiovascular, nervous, or hematopoetic systems.  Survivors of acute high-dose As ingestion usually experience multiple organ effects, sometimes with long-term sequelae.  Long-term, low-dose exposures from ingestion of metals in food and water generally cause an accumulation in

target organs over time.  Such exposures can involve any organ system but do not usually produce overt gastrointestinal symptoms.  For example, low-level, long-term exposure to Cd in food—sometimes combined with inhalation exposure from cigarette smoking—will cause Cd to accumulate in target organs (e.g., kidney) but will not produce any obvious clinical effects until "excess" capacity is diminished to a point where the normal function is lost (e.g., onset of renal disease and/or osteoporosis later in life).

In addition to considering systemic effects, the risk assessor should also examine portal-of-entry effects.  Unlike systemic effects, which may be route-independent, portal-of-entry effects are not observed following other routes of exposure.  For example, dermal irritation, sensitization, and allergic responses from metals can occur without absorption and systemic responses.

### 4.3.5.2. *Carcinogenic Effects of Metals*

At least five transition metals—As, Cd, Cr(VI), Be, and Nil—are accepted as human carcinogens in one form or another or in particular routes of exposure (IARC, 2004b; NTP, 2002) and inorganic Pb compounds are considered probable human carcinogens by EPA's IRIS program, while IARC (2004a) has concluded that there is limited evidence of carcinogenicity to humans (see: http://www.epa.gov/iris/subst/0277.htm#carc and http://monographs.iarc.fr/htdocs/announcements/vol87.htm).  Other metals have mixed evidence regarding potential carcinogenicity.  Therefore, risk assessors should pay careful attention to approaches for cancer risk assessment as applied to metals.  Several guidance documents are available for use by the risk assessor in developing or interpreting cancer risk assessments (e.g., U.S. EPA, 2005), as are international efforts that provide guidance on assessing human relevance of tumors identified in animals (Cohen et al., 2004).

Nickel and Pb compounds and Cr and Cr compounds are well-established contact allergens.  Other metals that have been cited as contact allergens include Cu (WHO/IPCS, 1998), Co salts (AIHA, 2003), organomercurials (AIHA, 2003), Be (IPCS, 1990b), palladium (Pd) (Kimber and Basketter, 1996), and gold (Au) (Kimber and Basketter, 1996).  Although there is some connection between skin and respiratory sensitization, it does not follow exact rules, and the dermal mode is a much more common reaction to metals.

A key consideration for the risk assessor in cancer risk assessment is the determination of the MOA of carcinogenesis, a general description of how the chemical causes cancer.  The MOA determines human relevance of observed animal tumors, any route-specific differences (e.g., carcinogenic at the portal of entry via the inhalation route, but not carcinogenic via the oral route), and the approach used for extrapolation from experimental doses in animals to environmentally relevant human doses.  In particular, the MOA evaluation is a key consideration in whether a linear or nonlinear approach is used to extrapolate to low doses.  The MOA is

known for some, but not all, metals. For those for which the MOA is unknown, the risk assessor should refer to the Cancer Guidelines (U.S. EPA, 2005) for guidance.

### 4.3.5.3.   *Issues Related to Evaluation of Toxicity Tests for Metals*

As with any hazard assessment, risk assessors prefer a robust dataset on toxic responses of the metal(s) of concern for key endpoints (e.g., irritation and sensitization, systemic noncancer toxicity, and genotoxicity or tumorigenicity).  In many cases, metals will be well-studied, and thus, human studies (epidemiology, controlled clinical studies, or case reports) will be available to aid in hazard characterization.  For metal compounds for which adequate human data are not available, the risk assessor must rely on animal toxicity studies.  U.S. EPA has established guidelines for assessing the adequacy of a database for derivation of chronic human health risk values such as RfDs and RfCs (U.S. EPA, 2002a) and has provided guidance for evaluating the "weight of evidence" for carcinogenicity (U.S. EPA, 2005).  These generic guidelines are applicable to metals as well as organic compounds as long as the risk assessor considers the following metal-unique aspects of hazard determination:

- **Adequate controls**.  When a salt of a metal is administered to the test animals, the risk assessor should evaluate that a suitable control group was used, specifically that any potential for salt-induced toxic responses is appropriately assigned probable cause.

- **Dosing solubility, ionization, hydration, and speciation of metals administered in water.**  Metal compounds may be in suspension or in solution and may be differentially hydrated depending on the concentration in which they are prepared and the length of time the preparation stands, potentially resulting in different pharmacokinetic and toxic properties.  Water pH and mineral content also are relevant factors to be considered by the risk assessor.

- **Trace element content of food and drinking water.**  Because of the well-known interaction of metals with essential trace elements, the trace element content of animal feed and drinking water or of vehicles used for gavage or injection studies should be reported or controlled.  Inconsistent results across experiments could be due to this factor.

- **Acute stress in the experiment**.  A component of acute stress in the experiment can induce hepatic metal-binding proteins (acute phase proteins) and alter the toxicity of a given administered dose.

To achieve an adequate internal dose for the study of toxicity, animal toxicologists often use bioavailable forms of metals.  For the initial characterization of a toxicity syndrome, it is not practical to simultaneously test all forms of a metal that may be involved in human exposures.  For example, Al researchers commonly use aluminum lactate, which is known to reliably provide elevated tissue concentrations in laboratory animals, or aluminum maltolate, which

provides a stable ion pool in water solution.  However, a risk assessor is very unlikely to conduct an assessment of Al in its lactate or maltolate form.  Thus, the risk assessor should be aware that failure to adjust the toxicity data generated from water-soluble metal species to the appropriate, less soluble species of concern introduces uncertainty.  There are both direct and indirect approaches to address the relative bioavailability of metals in the environment: (1) conduct new animal toxicology studies using the metal form encountered in the site assessment; (2) use adjunct scientific data to derive an adjustment to the effective dose identified in the animal study (e.g., data on the distribution of chemical forms of the metal in the environment or at a contaminated site); or (3) use a default assumption that the metal in the environmental samples is the same as that tested. The first approach is more scientifically sound but often is precluded by time and financial resource limitations; the third option generally is the most health-conservative.

A fourth alternative to conducting site-specific assessments is for the risk assessor to estimate bioavailability through solubility studies or limited bioavailability studies of specific samples from the site.  For example, arsenic bioavailability has been estimated for soils from various contaminated sites (Ng et al., 1998; Freeman et al., 1995, 1993) and also through a series of solubility studies of soil from a site contaminated with mine tailings (Ng et al., 1998; Salocks et al., 1996).

### 4.3.6.  Dose-Response Assessment

The result of the hazard characterization is a determination of the key noncancer and cancer endpoints related to exposure to the metal of interest.  The risk assessor then uses these data as the input to the dose-response assessment to "characterize the relationship between exposure or dose and the incidence and severity of the adverse health effect" (NAS/NRC, 1994b).  Assessors should consider the factors that influence dose-response relationships, such as intensity and pattern of exposure, age, and lifestyle variables.  Traditionally, separate approaches have been used for dose-response assessment for noncancer and cancer endpoints.  For noncancer endpoints, the result of the dose-response assessment is an RfD for oral or dermal exposure or an RfC for inhalation exposure.  For cancer assessment, the approach depends on the chemical's MOA.  Classically, the result of the cancer assessment is a measurement of the risk per unit dose, either as a slope factor or unit risk.

A key consideration for the risk assessor when deriving metal dose responses is to express the exposure potential and the toxic response as the same metal species.  In general, for systemic effects of soluble metal salts, the risk assessor should express toxicity in terms of the dose of the metal ion rather than the metal salt.  In contrast, if the toxicity is related to a specific compound, particularly for portal-of-entry effects, risk assessors should express it in terms of the compound, rather than the ion.  These differences should be considered when applying toxicity values in risk assessments.  For example, in IRIS, Se is listed as "selenium and compounds," and there are separate assessments for "nickel, soluble salts," "nickel subsulfide," "nickel refinery

dust" (a mixture), and "nickel carbonyl" (a highly reactive compound that behaves differently from other nickel compounds).  In some situations, the toxicity of the anion needs to be considered.  For example, there are separate IRIS documents for Ag and silver cyanide. However, careful consideration of the chemical form has not been applied historically to all such documents, and the risk assessor should carefully consider the applicability of the chosen toxicity values to the chemical forms of interest, paying close attention to solubility, bioavailability, and physical/chemical properties as well as available toxicity data.

> **Considerations in Risk Characterization**
>
> **Variability.**  Inter-individual biological differences exist within an animal or human population, or measurement differences exist owing to method imprecision.
> **Uncertainty.**  Data are unavailable.
> **Incertitude.**  Knowledge about key relationships is not available.

A related issue is whether the toxic response is reported in terms of the added metal in the diet or the total metal (i.e., whether the amount of trace elements in the control diet in the animal studies is included in the dose calculations).  Risk assessors should carefully review the supporting documentation for toxicity values to determine precisely what is being reported and to account for any potential interactions among dietary metals.  The assessor also should consider whether the study provided adequate levels of trace elements so that the observed toxicity is not secondary to some unrelated deficiency.

Dose-response assessments for some metals are based on data from human occupational studies.  While derivation of the dose-response value (e.g., the RfC, RfD, or cancer slope factor) will have included some steps to extrapolate the occupational study data to environmental exposures (e.g., dosimetric and duration adjustments), the form of the chemical may merit consideration.  For example, the occupational exposure will have involved a particular range of particle sizes, which may influence the response observed (U.S. EPA, 2002a).

Risk assessors should review RfDs derived for essential elements to ensure that they are not below required daily intakes.  The RfD should not be below the general population RDA. This means that the risk assessor should give careful consideration to the appropriate size of uncertainty factors, which is often made easier by the frequent (although not uniform) availability of human data for relatively large and diverse populations.  The only exception to the comparison between the RfD and nutritional requirements is that certain populations (e.g., pregnant women) may have higher nutritional requirements, while these levels could theoretically be toxic to other populations.  In such cases, the risk assessor should be careful to avoid logical inconsistencies and to identify the sensitive population on which the RfD is based.

## 4.4.  RISK CHARACTERIZATION

Risk Characterization is the final phase of the risk assessment process.  It is the phase in which information from hazard characterization, dose-response assessment, and exposure assessment is considered together to determine the actual likelihood of risk to exposed

populations (NAS/NRC, 1994b).  For example, inorganic As occurs naturally in food and water; thus, a risk characterization would integrate the currently accepted dose-response information for inorganic As with the exposure assessment information for a particular food or drinking water source, or for the national distribution of intake from food and water, to determine whether a potential problem exists. During Risk Characterization the uncertainties in the dose-response assessment, the uncertainties in the estimate of exposure

> **Risk Characterization**
>
> Have the qualitative assessment, quantitative assessment, and key uncertainties regarding metals been presented in accordance with EPA guidelines?
>
> Do conclusions fully reflect risks in relation to ambient concentrations, essentiality of metals, chemical speciation, and information on human variability in sensitivity?
>
> Have assumptions and uncertainties been documented adequately?
>
> Have available data on mechanisms of action and metal interactions been fully explored in developing the quantitative assessment?

derived for the scenario under evaluation, and the level of confidence in the overall determination of risk should be laid out.  At the same time, Risk Characterization is the first phase in the risk management process, in which information from the characterization is integrated into the consequences of rule-making or risk management, such as consideration of cost, alternative solutions, political considerations, and community interactions.

Risk assessors should refer to guidance on Risk Characterization (U.S. EPA, 2000c) that identifies key goals and steps for a Risk Characterization.  Each Risk Characterization should include three components: a qualitative summary of each section of the risk assessment, a numerical risk estimate, and a description of uncertainties.  Since metal exposures often occur in the context of mixtures (either mixtures of metals of the same form, mixtures of different metal elements, or mixtures with organics), risk assessors should consult additional Risk Characterization tools developed for mixtures (U.S. EPA, 2000b, 1986).  These guidelines specify that the characterization of risks from mixtures of metals (and other compounds) be based primarily on information about the types of interactions that might be present.

Risk assessors should include a discussion in the Risk Characterization of the sources of variability and uncertainty in the risk assessment process.  This is particularly important for metals risk assessments given all the components above.  These are in addition to the variability and uncertainties that are inherent in all risk assessments (e.g., animal-to-human toxicity extrapolations).  Because information, knowledge, and tools are lacking for many of the metal-specific uncertainties, risk assessors should be particularly diligent in documenting whether these may result in an over- or underestimation of risk (i.e., result in a conservative risk estimate or not).  It is likely that site-specific risk assessments will have fewer uncertainties than regional- or national-scale assessments because risk assessors have access to local data on key issues such as specific metal species, relative bioavailability, or current metal levels.  For national or regional assessments, selection of ranges or specific numbers for these values will depend on the degree

of conservatism desired by the risk assessor and, therefore, should be clearly documented during the Risk Characterization phase.

# 5.  AQUATIC ECOLOGICAL RISK ASSESSMENT FOR METALS

This chapter describes how to incorporate the metals risk assessment principles described in Chapters 1 and 2 into ecological risk assessments involving aquatic-based receptors. Specifically, the following discussion focuses on the relationship between each metal principle and components of the EPA's Framework for Ecological Risk Assessment (U.S. EPA, 1992a) and subsequent guidelines (U.S. EPA, 1998a).  These components include Problem Formulation, Characterization of Exposure, Characterization of Effects, and Risk Characterization.  The Problem Formulation phase consists of defining assessment endpoints, risk hypotheses, and a conceptual model to produce an analysis plan for the risk assessment.  Chapter 2 discussed the consideration of the metals principles in the Problem Formulation phase.  In this chapter consideration of the metals principles in the characterization of exposure, effects, and risk to aquatic organisms is discussed.

Consistent with the previously stated scope and purpose of this Framework, not all aspects of the ecological risk assessment process are discussed.  Only those aspects of the aquatic ecological risk assessment process and associated technical issues with the greatest relevancy to the metals principles are included.  Also emphasized is how the geographic scale (e.g., site specific, regional, national) and analytical scope (e.g., screening vs. definitive analysis) of aquatic risk assessments affect the extent to which the metals principles can be incorporated. Although these principles apply equally to risk assessments involving terrestrial-based ecological receptors, many of the methods and tools that can be used to implement these principles differ between the aquatic and terrestrial environments.  Thus, a separate discussion of how the metals principles apply to ecological risk assessment in the terrestrial environment is provided in Chapter 6.

## 5.1.  METALS PRINCIPLES

Metals have specific environmental and biotic attributes that should be considered in all risk assessments.  Specifically, these attributes fall into the risk assessment paradigm as follows:

| | |
|---|---|
| Background levels | Exposure Assessment |
| Mixtures | Exposure and Effects Assessment |
| Essentiality | Effects Assessment |
| Forms of metals | Exposure and Effects Assessment |
| Toxicokinetics/toxicodynamics | Exposure Assessment (bioavailability) and Effects Assessment (absorption, distribution, metabolism, and excretion [ADME] and toxicity) |

## 5.2.  CHARACTERIZATION OF EXPOSURE

The Exposure Characterization phase describes the potential or actual contact or co-occurrence of stressors with receptors.  It includes analysis of stressor sources, their distribution in the environment, and the extent and pattern of contact or co-occurrence to produce an exposure profile for the ecological receptor(s) of concern.  Further guidance on characterizing exposure in ecological risk assessments is found in U.S. EPA (1998a, 1992a).

> **Exposure Profile**
>
> The exposure profile should describe the exposure pathways from stressor source to the receptor, the exposure intensity, its spatial and temporal distribution of co-occurrence, and the impact of variability and uncertainty on the exposure estimates.

### 5.2.1.  Background Levels

*Background levels* refers to those concentrations of metals that derive from natural as well as anthropogenic sources that are not the focus of the risk assessment.  In aquatic ecosystems, metal concentrations vary widely over space and time owing to differences in watershed geology, hydrology, anthropogenic and natural loads from "nontarget" sources, and other factors.  Depending on the magnitude of the exposure associated with these factors, background metal concentrations can account for a significant portion of total metal exposure.  Furthermore, certain essential metals can bioaccumulate to high levels in some aquatic organisms (e.g., Zn in barnacles, Cu in crayfish) due to species-specific physiological requirements, regardless of source.  Even some nonessential metals can naturally bioaccumulate to significant levels as a result of mimicry of essential metals or sequestration and storage.  Thus, the risk assessor needs knowledge of background concentrations in order to characterize exposure and to differentiate risk associated with metal sources already in the environment from risk associated with the metal sources of concern in the assessment.

Depending on the design and context for the assessment, the risk assessor needs to address several questions and issues pertaining to background concentrations of metals.  Obtaining reliable estimates of background concentrations can be challenging, particularly at larger spatial scales.  Risk assessors are cautioned against using background metals in soils as surrogates for sediments due to differences in the biogeochemical processes between these two environments.  Metal concentrations in

> **Environmental Background in Exposure Assessment**
>
> What are the environmental background concentrations at the site(s) of interest?  How do they vary over relevant spatial and temporal scales?
> What is the relationship between environmental background and toxicologically relevant metal concentrations?
> Can natural and anthropogenic metal be distinguished?
> To what extent are background concentrations being extrapolated over space and time?
> What level of confidence (uncertainty) exists in the estimate of environmental background concentrations?

sediments can be impacted by sediment physicochemical composition and localized sediment transport processes.  Fractionation of sediment cores, in combination with careful estimates of sedimentation rates, has been used to distinguish pre- vs. post-industrialized contributions of metals via atmospheric transport (e.g., mercury) (U.S. EPA, 1997b).  Risk assessors may find this type of sediment core analysis useful for differentiating natural levels versus levels associated with anthropogenic sources.

Concentrations of metals in the water column vary over time and are highly responsive to hydrological changes.  In site-specific risk assessments, the risk assessor may quantify background levels by measuring metal concentrations at sites upstream from the area of concern.  National databases of metal concentrations in various aquatic media (sediments, water, biota) include the following:

- The EPA STOrage and RETrieval (STORET) database (accessible at http://www.epa.gov/storet/);

- The National Sediment Quality Survey (NSQS) (accessible at http://www.epa.gov/waterscience/cs/nsidbase.html);

- Environmental Monitoring and Assessment Program (EMAP) (accessible at http://www.epa.gov/emap/);

- The National Stream Quality Accounting Network (NASQAN) (accessible at http://water.usgs.gov/nasqan/), and

- The Hydraulic Benchmark Network (HBN) (accessible at http://ny.cf.er.usgs.gov/hbn/).

The risk assessor should keep in mind that with the exception of the HBN, these databases have not been established to distinguish background concentrations from local, anthropogenic sources of metal loadings (e.g., industrial discharges, stormwater runoff) and, thus, may reflect significant anthropogenic loadings of metals to environmental media.  The HBN was established to provide long-term measurements of streamflow and water quality in areas that are minimally affected by human activities.  While the HBN contains long-term measurements of a number of parameters that are known to affect the bioavailability of metals (e.g., dissolved organic carbon [DOC], inorganic ions such as Ca and Mg, pH, conductivity), it does not contain information on metals of typical regulatory concern, with the exception of Al.

### 5.2.2.  Forms of Metals

The physical and chemical forms of metals affect exposure, bioavailablity, and subsequent effects and are influenced by physicochemical environmental conditions.  National-level assessments involve a broad range of environmental conditions; therefore, the risk assessor

should account for different metal species in different locations and water body types.  As assessments transition from national, to regional, and to local, the assessor should incorporate site-specific sediment and water quality parameters that influence metal speciation, complexation, and sorption onto biological surfaces (e.g., pH, organic carbon, inorganic ligands, Ca, Mg, sulfide).  Speciation models (e.g., MINEQL) combined with biotic ligand models offer a framework for addressing the differential occurrence and toxicity of various metal forms.  Risk assessors should be aware of the difficulty in applying this approach to assessments involving large regional or national scales because of the variability in model parameter values (including covariance among parameters) that occurs across locations.  Information about the range of the input parameters can be derived from available databases (see Section 5.2.1), and the risk assessor can decide what value to use (e.g., minimum, maximum, mean) depending on the degree of conservatism desired in the assessment.  The risk assessor should include this information in the Risk Characterization as part of the overall discussion of assumptions and uncertainties in the assessment.  Risk assessors can directly assess the metal forms for site-specific assessments or estimate what these would be based on sediment/water parameters (see Section 3.1.3, Environmental Chemistry).

### 5.2.3.  Exposure Pathway Analysis

For aquatic organisms, potential routes of exposure to metals include absorption across (or in some cases adsorption to) respiratory organs, dermal absorption, sediment ingestion, and food ingestion.  Quantifying exposure and uptake by the respitory route is a particular challenge to aquatic risk assessors because of the differing types of respiratory organs among aquatic species, the dynamic nature of the respiratory process in water, and the intimate contact between the receptor and metals dissolved in waters.  Further

> **Exposure Routes**
>
> For aquatic organisms, pathways of exposure to metals include movement from water to sediments (and vice versa to a lesser extent) and through the food web; air deposition directly into aquatic systems or through run-off; and sedimentation from soils.

complicating the issue, some respiratory organs can also be involved in locomotion, excretion, ion regulation and the capture, sorting, and ingestion of food.  Similarly, risk assessors may find the ingestion route difficult to define for aquatic receptors because of the diversity of feeding modes and food sources, such as sediments, suspended solids, microflora, animal tissues, and plant tissues.  The use of stable isotope techniques has contributed greatly to evaluating the role of diet in contaminant accumulation (including metals) by precisely defining trophic interactions (e.g., Kidd et al., 1995; Jarman et al., 1996).  The absorption route can involve uptake across a phytoplankton cell membrane, amphibian skin, arthropod exoskeleton, the egg membrane, or the integument of an infaunal clam or annelid.

Despite the complexities associated with quantifying exposure of aquatic animals to metals from multiple routes of uptake, risk assessors can find a significant amount of information

on the relative importance of the different uptake pathways (Wang, 2002; Hook and Fisher, 2001b; Fisher et al., 1996; Bjerregaard et al., 1985).  Applications of one-compartment biokinetic models using laboratory-based measurements of key model parameters (assimilation efficiency, metal uptake rates from water and food elimination rates) have been extended to field situations for populations of a diverse array of aquatic species, including freshwater and marine bivalves, various crustaceans such as copepods, amphipods, and crab, aquatic insects, and fish (e.g., Luoma and Rainbow, 2005; Stewart and Fisher, 2003; Griscom et al., 2002; Baines et al., 2002; Fisher et al., 2000, 1996; Roditi et al., 2000; Wang et al., 1996; Luoma et al., 1992).  Site-specific model predictions for metal concentrations in animal tissues are strikingly close to independent field measurements for diverse water bodies, suggesting that it is possible for risk assessors to account for the major processes governing contaminant concentrations in aquatic animals and that laboratory-derived kinetic parameters are applicable to natural conditions (Luoma and Rainbow, 2005).  Thus, these models provide tools for risk assessors to use when addressing metal exposure and uptake, and they can be used to determine the relative importance of different routes of exposure (Landrum et al., 1992; Wang et al., 1996).

Risk assessors should always consider temporal aspects of exposure, particularly in aquatic systems that respond to frequent shifts in hydrology.  Rapid speciation and phase changes associated with changes in pH/Eh make temporal issues particularly germane to metals. Fluctuating or pulsed exposures occur in situations such as rapid changes in pH/Eh associated with photosynthesis and respiration, hypolimnetic discharge from stratified reservoirs, biocide (e.g., copper sulfate) spraying, ingestion of prey items with seasonally high metal concentrations, surface waters receiving wastewater treatment plant effluent, urban storm water, snowmelt, and acid precipitation runoff.  Transient metal concentrations may be orders of magnitude higher than typical or average concentrations but last for only a few hours.  These episodic exposure scenarios have been poorly characterized for metals (Butcher et al., 2006).  Any risk assessment for metals should clearly state all assumptions about duration of exposure and what uncertainties are added to the risk model as a consequence.

### 5.2.4.  Fate and Transport of Metals

Risk assessors routinely use transport and fate computational models to describe and quantify exposure pathways.  Models also are useful in situations where risk assessors need an estimate of future exposure levels that are expected to result from the implementation of some permitting action or remediation measures at local, regional, or national scales.  Numerous models are available for use; most are based on the same fundamental principles.  Metals are ubiquitous in the environment and within each media compartment they are present in association with air, water (freely dissolved metal or as organic and inorganic metal complexes), and particles (sorbed, precipitated, or incorporated within a mineral phase).  The risk assessor can find a detailed discussion of the fate and transport of metals in Section 3.2.  No single,

currently available model includes all the desirable metal-specific features for aquatic systems. Discussions of the family of available aquatic transport and fate models, as well as a number of chemical equilibrium models, may be found in Paquin et al. (2003).

### 5.2.5. Toxicokinetics and Toxicodynamics (Bioavailability and Bioaccumulation Issues)

#### 5.2.5.1. *Aqueous Phase*

In the dissolved phase, metals can exist as free ions as well as in a variety of complexed forms. These forms, or species, are of key importance in understanding bioavailability, and the hazard and risk assessments of waterborne metals are complicated by the fact that metal species differ in their toxicological properties. For many metals in aquatic systems, it is the free ionic form that is most responsible for toxicity. For example, $Cu^{2+}$ has been directly linked to toxicity in fish and invertebrates while Cu complexed by dissolved organic matter does not induce toxicity to the same degree (Ma et al., 1999; Erickson et al., 1996) because of its reduced availability for uptake by the organism. However, the risk assessor should be aware that although toxicity of metals bound to DOC is reduced, it is not eliminated entirely and can contribute to the total metal loading to an ecosystem and subsequent toxic effects (McGeer et al., 2002; Erickson et al., 1996). On the other hand, there are cases where nontoxic metal species are bioavailable and taken up by the organism but cause no adverse response (e.g., Ag-Cl complexes in rainbow trout) (McGeer and Wood, 1998). Risk assessors should recognize that the presence of metal within an organism cannot always be used as a surrogate for toxic response.

Risk assessors can choose among a variety of methods to account for relative bioavailability of metals in aquatic systems, including hardness adjustments, water-effect ratio (WER), Free Ion Activity Model (FIAM), and aquatic Biotic Ligand Models (BLMs) (Paquin et al., 2002a). Each method contains strengths and limitations and may not be amenable to all types of assessments (e.g., ranking/classification, national, and site-specific assessments). For example, adjustment of aqueous metal concentrations for differences in water hardness was among the first computational methods to account for bioavailability differences between the laboratory and the field when applying EPA water quality criteria. Although these adjustments are relatively easy to apply, they require empirical data to define the toxicity-water hardness relationship. Thus, they are more amenable to site-specific risk assessments, although even in those cases they do not account for other water quality factors that affect bioavailability (e.g., DOC, pH). The water hardness approach has been applied at the national level through a statement of water quality criteria as hardness-based equations rather than as single values. Risk assessors can choose to use ranges, means, or median values when conducting large-scale (e.g., regional) assessments, but they will need to acknowledge this uncertainty during the risk characterization phase.

Bioavailability adjustments using WERs incorporate the combined effects of all water quality parameters present in site water on bioavailability of metals of interest relative to what was measured in laboratory tests (U.S. EPA, 1994c). Thus, compared to hardness adjustments, WERs encompass a broader array of water quality factors that can impact bioavailability. However, WERs are relatively resource intensive (requiring toxicity testing), are applicable only on a site-specific basis, and are not easily adjusted to account for temporal or spatial variability.

This relationship between speciation and bioavailability also has been explained through the free ion activity model (FIAM, Campbell, 1995). This model produces speciation profiles of a metal in an aquatic system and provides insight into the relative bioavailabilities of the different forms of metal as well as the importance of complexation. Models available for the calculation of metal speciation in natural waters are reviewed in Section 3.1.5, Sediment Chemistry, and include MINEQL (Schecher and McAvoy, 1994; Westall et al., 1976), MINTEQA2 (Brown and Allison, 1987), CHESS (Santore and Driscoll, 1995), WHAM (Tipping, 1994), and PHREEQ (Parkhurst et al., 1980). The risk assessor should review Paquin et al. (2003) for a more in-depth understanding of these models and how to select among them for particular places and types of assessments.

The BLM approach successfully combines the influences of speciation (e.g., free metal ion, DOC complexation) and cationic competition (e.g., $K^+$, $Na^+$, $Ca^{+2}$, $Mg^{+2}$) on metal toxicity in fish (De Schamphelaere and Janssen, 2004, 2002; De Schamphelaere et al., 2004, 2003, 2002; Heijerick et al., 2002a, b; Di Toro et al., 2001; Santore et al., 2001; McGeer et al., 2000). The model can be used to distinguish, at least conceptually, metals that will bioconcentrate at the site of toxicity (e.g., gill or other biotic ligand) from the total metal pools in an organism and the bioavailable metal pool in the exposure media. The model also can be applied to algae (De Schamphelaere et al., 2003; Heijerick et al., 2002) and *Daphnia* (De Schamphelaere and Janssen, 2004, 2002; De Schamphelaere et al., 2004, 2002). The BLM recently has been incorporated into draft revisions to EPA's national water quality criteria for Cu (it has been used in risk assessments at a range of geographic scales), and it is being applied as an alternative to the WER approaches for setting site-specific discharge objectives. The BLM has the potential to address spatial and temporal factors that affect bioavailability, provided that the variability in water quality parameters used as inputs to the model can be quantified or predicted (e.g., pH, DOC, $K^+$, $Na^+$, $Ca^{+2}$, $Mg^{+2}$). However, the risk assessor should be aware of the many limitations in applying the BLM (or any Free Ion model). For example, the development of the BLM has focused primarily on bioavailability and acute exposures. Work has begun to extend the BLM to chronic toxicity for some organism/metal combinations (e.g., De Schamphelaere and Janssen, 2004; Paquin et al., 2002a, b), and further development is expected. Also, the BLM is currently based on metal uptake through the dissolved phase; thus, additional research is needed to address metal uptake and toxicity via the diet.

#### 5.2.5.2.  *Sediment Phase*

      Risk assessors have several approaches for estimating exposures to sediment-associated metals that account for bioavailability differences.  The equilibrium partitioning approach (EqP) assumes that chemical activity in the sediment, as indexed by chemical concentration in the interstitial water, is proportional to the chemical's bioavailability to

> **Sediment-Associated Metals**
>
>   When the molar concentrations of acid-volatile sulfide in sediment exceed the amount of simultaneously extracted metal, the metals are expected to be associated with the solid phase and not to be toxic.

sediment-dwelling organisms.  In anoxic sediments, sulfides provide the primary binding phase for many cationic metals.  These metal sulfides are highly insoluble and are thought to have very low toxicity.  Thus, in sediments where there is more sulfide than metal, most cationic metals should be present as insoluble sulfides and relatively nontoxic.  The amount of reactive sulfide is quantified by measuring the amount of sulfide freed when sediment is extracted with 1 N HCl.  This procedurally defined quantity is known as *acid volatile sulfide* (AVS).  The amount of reactive metal is determined from the same extraction by measuring the metal concentration in the acid extract.  This quantity is known as *simultaneously extracted metal* (SEM).  The risk assessor then can determine the potential bioavailability of a metal by comparing the relative molar concentrations of the SEM and AVS.  When SEM-AVS < 0, sufficient sulfide exists to bind all SEM, and metal toxicity is not expected.  When SEM-AVS > 0, metal is present beyond the binding capacity of sulfide, and toxicity may occur if there is sufficient excess metal but not sufficient other binding phases to bind the metal.  Use of this SEM-AVS as exposure estimates that are correlated with toxicity of metals in sediment has been explored closely for many metals (Ankley et al., 1996, 1991; Berry et al., 1996; Hansen et al., 1996; Carlson et al., 1991; Di Toro et al., 1990).

      However, risk assessors should be aware that although the correspondence of SEM-AVS to toxicity was found, some questions remain about the applicability of the approach to all benthic organisms because it is based on the chemistry of bulk anoxic sediment, and many organisms live in oxygenated burrows.  In addition, several studies have shown some degree of metal accumulation in organisms exposed to sediments where sulfide is in excess and metals are thought to be nonbioavailable, or at least nontoxic (Ankley et al., 1996).  However, the lack of toxicity observed when AVS exceeds SEM suggests that this bioaccumulated metal may not be biologically available.  A better understanding of the mechanisms of metal accumulation from sediment and their relationship to toxic effects is needed to help interpret these issues.  Until such information becomes available, risk assessors can use the SEM-AVS model in exposure estimations as long as its shortcomings are acknowledged appropriately and uncertainties are recorded in the Risk Characterization phase of the assessment.

      Other tools risk assessors can use to determine the bioavailable concentrations of sediment-bound metals include metal concentrations in the chemical extracts (Fan and Wang,

2001; Babukutty and Chacko, 1995; Tessier et al., 1984), acid extracts (Langston, 1980; Luoma and Bryan, 1978), or biomimetic extracts (Weston and Maruya, 2002; Mayer et al., 2001; Chen and Mayer, 1998).  However, no consensus yet exists on their best use for different types of metals or metalloids.  Several other methods have been proposed.  Based on the premise that iron oxides in oxic sediments lower metal bioavailability, Fe in a 1 N HCl sediment extract has been used to normalize metal exposure concentrations (Luoma and Bryan, 1978).  Increasing concentrations of organic carbon can decrease metal bioavailability (Crecelus et al., 1982), so normalization of sediment metal concentrations to organic carbon content has been conducted in other cases.  The more readily extracted metals from sequential chemical extraction schemes tend to be the most bioavailable (Young and Harvey, 1991; Tessier et al., 1984) and have been used to estimate bioavailable metal.

### 5.2.5.3.  *Dietary Phase*

As discussed in Section 5.2.3 (Exposure Pathway Analysis) and illustrated by the conceptual model for bioavailability (Figure 2-2), it is well established that dietary exposure to metals can result in accumulation of metals in aquatic organisms.  What is less well established is the best way to express dietary exposure in a way that can be linked to potentially toxic effects (either directly to the aquatic organism or its predator).  The main reason for this ambiguity is that the bioavailability of dietary metals varies widely across organisms and exposure conditions and standardized approaches are not available for predicting toxicity.  The subsequent discussion elaborates on this point and provides some suggestions for how risk assessors might address dietary metals in different assessment contexts (screening vs. definitive).

> **Dietborne Metal Exposure**
>
> Risk assessors should consider dietborne metal exposure in two contexts:  (1) dietborne exposure leading to accumulation and exposure to higher levels in the food chain (e.g., humans, wildlife) and (2) dietborne exposure leading to direct effects on exposed organisms.

After ingestion, some of the dietary metal can be released from the ingested particle into the gastrointestinal fluids of the animal (Chen and Mayer, 1999; Mayer et al., 1997; Gagnon and Fisher, 1997) and become available for assimilation into the tissues of the animal and the tissues of its consumer (i.e., trophic transfer).  Assimilation efficiency (i.e., the net amount of metal retained in tissues relative to the amount ingested from food) is a common measure of the bioavailability of a chemical from food, and the risk assessor may find this to be a useful parameter for comparing the potential for toxicity among different types of organisms.  Assimilation efficiency is also an important input parameter for estimating metal bioaccumulation using kinetic-based bioaccumulation models (e.g., Luoma and Rainbow, 2005).  Assimilation efficiencies can vary widely depending on the metal, its form and distribution in prey, species digestive physiology (e.g., gut residence time), environmental conditions (e.g., temperature), food quality, food ingestion rate, and metal concentration in the diet.  Thus, risk

assessors should consider likely ranges of assimilation efficiencies for a particular metal-animal combination when evaluating metal bioavailability from the diet. A number of reviews have summarized current knowledge of assimilation efficiencies of ingested metals among different aquatic animal species (Wang and Fisher, 1999; Fisher and Reinfelder, 1995).

The distribution and form of metals in dietary organisms is of critical importance for understanding the bioavailability of dietary metals and trophic transfer potential. For example, metals in the cytosolic fraction of phytoplankton and "soft parts" of zooplankton have been shown to correlate well with bioaccumulated metal in their predators (e.g., herbivores and plantivorous fish, respectively) (Wang and Fisher, 1996; Reinfelder and Fisher, 1994a, b). Metals sorbed to the cell wall of phytoplankton and the exoskeleton of zooplankton were poorly assimilated by consumers. The bioavailability of metal-enriched granules in prey (a detoxification and storage mechanism exhibited by some organisms) has been shown to be negligible or substantially reduced when consumed by certain predators (e.g., Wallace et al., 2003, 1998; Wang, 2002; Wang and Fisher, 1999; Nott and Nicolaidou, 1990). However, the risk assessor should be aware that the bioavailability of metal-enriched granules in prey can vary among metals and with type of granule (Wang, 2002; Mason and Jenkins, 1995; Nott and Nicolaidou, 1990) and may also depend somewhat on digestive physiology of the predator (e.g., gut pH, retention time). As a result of these findings, fractionating body burdens of metals (e.g., cytosolic metal vs. metal granules) has been suggested as a better means of identifying the bioavailable fraction of dietborne metals (Seebaugh and Wallace, 2004; Wallace et al., 2003; Fisher and Reinfelder, 1995; Reinfelder and Fisher, 1994). Although such techniques show promise for operationally defining the extent to which dietary metals may be bioavailable for trophic transfer in aquatic food webs, risk assessors should understand that broad-scale application of these techniques to metals risk assessments is presently limited by the relatively small number of metals and predator-prey relationships evaluated.

Despite the uncertainties associated with bioavailability and trophic transfer of dietary metals, the use of whole-body inorganic metal concentrations in prey species may have some utility to risk assessors for conservatively screening for exposure and potential risks to consumers (i.e., in cases where whole-body residues are below dietary toxic thresholds). For more definitive assessments, further research is needed to quantify the bioavailability and effects of inorganic dietary metals, with the exception of certain organometallics (e.g., methyl mercury) and metalloids (e.g., Se) where dietary toxicity has been well established.

---

**Trophic Transfer**

**Trophic transfer** is the transfer of a chemical from prey species to a predator species via dietary exposure.

**Biomagnification** is a type of trophic transfer where chemical concentrations increase in organisms from a lower trophic level to a higher trophic level within the same food web.

**Biodilution** represents a decrease in organism concentration with increasing trophic level.

**5.2.5.4.** *Bioaccumulation and Trophic Transfer*

Assessing and predicting the bioaccumulation of metals in aquatic ecosystems is a component of many Agency regulatory and nonregulatory activities (e.g., chemical ranking/classification, derivation of national water quality criteria, Superfund site risk assessments; see Section 2.3.1 for definitions and a conceptual model related to bioaccumulation). Interest in metals bioaccumulation originates from concerns regarding the direct impact of metals on organisms accumulating the metal and indirect impacts on their consumers (i.e., trophic transfer). Unlike certain persistent and bioaccumulative organic compounds, which tend to biomagnify in aquatic food webs (e.g., DDT/DDE, PCBs, PCDD/PCDF), inorganic metal compounds rarely biomagnify across three or more trophic levels (McGeer et al., 2004; Suedel et al., 1994); however, certain organometallics can biomagnify in aquatic food chains. Some metals (e.g., lead) tend to biodilute in aquatic food webs. Risk assessors should not interpret lack of biomagnification as lack of exposure or concern via trophic transfer (see text box). Even in the absence of biomagnification, aquatic organisms can bioaccumulate relatively large amounts of metals and become a significant source of dietary metal to their predators (Reinfelder et al., 1998).

For many nonionic organic chemicals, risk assessors can derive first-order approximations of bioaccumulation potential from information on chemical properties and organism attributes (e.g., $K_{ow}$ and lipid content) and their use as inputs to simplified, fugacity-based models (e.g., Gobas et al., 1993). For metals, analogous methods to predict bioaccumulation based on simple chemical properties are not available or are not widely validated. The lack of analogous models for metals is likely due, at least in part, to the high degree of specificity exhibited by the mechanisms and processes underlying metals bioaccumulation (e.g., speciation, exposure conditions, and organism physiology) (see McGeer et al., 2004; Rainbow, 2002; Mason and Jenkins, 1995). As a result, risk assessors currently are limited to using an empirical approach for assessing and predicting metals bioaccumulation. Typically, this requires direct measurement of metal concentrations in the organism or experimentally-determined parameters for use as input to bioaccumulation models (e.g., gill uptake rate, elimination rate, assimilation efficiency).

Aquatic ecological risk assessors commonly use bioconcentration factors (BCFs) and bioaccumulation factors (BAFs) to quantify chemical accumulation in tissue relative to concentration in water. BCFs and BAFs are determined as the ratio of the chemical concentration in tissue to its concentration in water (using the steady-state method) or as a ratio of uptake rate ($k_u$) and elimination rate ($k_e$) constants (using the kinetic method). Measurement of BCFs or BAFs usually is conducted for conditions that approximate steady-state (i.e., where accumulation remains relatively constant due to chemical uptake being offset by its elimination by the organism). It is assumed that the greater the BAF or BCF, the greater a chemical's bioaccumulation or bioconcentration potential.

Risk assessors should recognize that considerable uncertainty can be associated with the application of literature-derived BCFs and BAFs for assessing the risks of metals, as variability in BCFs and BAFs for metals is known to be high (e.g., 50-fold or higher within a metal).  Most of this uncertainty results from bioavailability differences between the studies from which the BCF or BAF is measured and the site(s) to which it is being applied (e.g., water quality characteristics, metal speciation, exposure pathways).

Other sources of uncertainty that risk assessors should consider in the broad application of BCF/BAF data are rooted in the complex mechanisms of metal toxicokinetics (uptake, metabolism, distribution, elimination).  For example, unlike hydrophobic, nonionic organic chemicals where uptake across biological membranes generally occurs via passive diffusion, the uptake of metals is believed to involve a number of specific transport mechanisms.  Some of these transport mechanisms involve binding with membrane carrier proteins, transport through hydrophilic membrane channels, and endocytosis.  Passive diffusion is thought to be reserved for certain lipid soluble forms of metals, such as alky-metal compounds and neutral, inorganically complexed metal species (e.g., $HgCl_2^0$).  The implication of these specific transport mechanisms is that metal bioaccumulation can involve saturable uptake kinetics, such that BCFs and BAFs depend on exposure concentration.  The existence of saturable uptake mechanisms, the presence of significant amounts of stored metal in organisms, and the ability of some organisms to regulate bioaccumulated metal within certain ranges are all thought to be responsible for the inverse relationship that has been frequently reported between BCFs/BAFs and metal exposure concentrations (McGeer et al., 2003; Borgman et al., 2004).  In these cases, higher BCFs or BAFs are associated with lower exposure concentrations and also can be associated with lower tissue concentrations within a given BCF or BAF study.  This is counter to the implicit assumption that higher BCFs or BAFs indicate higher metal hazard.

As a result of the aforementioned uncertainties, risk assessors must be careful in broad-scale application of BCF and BAF data for metals.  Specifically, the current science does not support the use of a single, generic threshold BCF or BAF value as an indicator of metal hazard.  Similarly for national risk assessments, use of a single BCF or BAF value holds little utility due to high uncertainty that results from differences in bioavailability, exposure conditions, and species-specific factors that influence metal bioaccumulation by aquatic organisms.  When extrapolation across sites is necessary and limited data prevent application of alternative approaches (discussed below), uncertainty in the use of BCFs and BAFs can be reduced by expressing them as a function of media chemistry (i.e., to address bioavailable metal), exposure concentrations (i.e., to address concentration dependency issues), and limiting extrapolations to within a particular species or closely related species.  The use of BCFs and BAFs for metals assessments appears to have most value for site-specific applications, when appropriate measurements are taken from the site(s) of interest and extrapolation of BCF/BAF values across differing exposure conditions and species is minimized.

Risk assessors should be aware of several alternatives for assessing metals bioaccumulation that address some of the concerns listed above. One of these is to develop regression relationships between tissue and exposure concentrations. Such regression relationships have been used to characterize bioaccumulation of metals by soil organisms (U.S. EPA, 2003c; Sample et al., 1999), but they have not yet been compiled for aquatic systems. The advantage of this technique is that it addresses the dependency of BCF or BAF on exposure concentration. However, it does not explicitly adjust for bioavailability differences that occur across sites. Another alternative is to use a kinetic-based model for describing bioaccumulation (Luoma and Rainbow, 2005; Wang and Zauke, 2004; Kahle and Zauke, 2003; Chang and Reinfelder, 2002; Reinfelder et al., 1998). These models can improve predictions of metal bioaccumulation in aquatic organisms because they incorporate different exposure routes (e.g., water vs. diet) and the dynamic nature of metal bioaccumulation processes. For example, Luoma and Rainbow (2005) reviewed the DYNBAM model (a single-compartment, kinetic-based bioaccumulation model) and found it to accurately predict metal bioaccumulation for a wide range of metals, organisms, and habitats based on data derived from 15 separate studies. Importantly, DYNBAM and similar such models require experimental data measured under environmentally-realistic conditions in order to derive model parameters for each metal-species combination (e.g., uptake and elimination rates, assimilation efficiency, food ingestion rates). Compilations of such data on model input parameters are available for some species and metals (e.g., Wang and Fisher, 1999, for aquatic invertebrates). Clason et al. (2004) and Kahle and Zauke (2003) have developed two-compartment bioaccumulation models for amphipod crustaceans that incorporate background metal and saturation of uptake kinetics. Currently, however, these models include only the dissolved phase and do not account for uptake from the diet.

The bioaccumulation models described above offer strong promise for improving bioaccumulation predictions in aquatic risk assessments for metals and should be considered by risk assessors. However, risk assessors should be aware of their limitations. For example, they currently do not account for differential partitioning and bioavailability of metal in organisms (see Figure 2-2). Empirical methods are being developed to predict metal compartmentalization in tissues of aquatic organisms (e.g., Wallace and Luoma, 2003; Wallace et al., 2003), but these have not been incorporated into bioaccumulation models. These models also do not explicitly address the impact of metal speciation on bioaccumulation or link bioaccumulated metal to toxic effects, although such models are under development (Paquin et al., 2002b). Regardless of the type of bioaccumulation model used, reductions in uncertainty in metals bioaccumulation assessments should be directed at achieving robust connections between the bioaccessible/bioavailable form(s) of metals in various exposure media, their accumulation, metabolism, and distribution in tissues, and the form(s) of metals that exert their toxicity directly to the organism or indirectly to its consumers.

## 5.3.  CHARACTERIZATION OF EFFECTS

### 5.3.1.  Essentiality

Essentiality refers to the nutritional requirements of an organism for normal metabolic function.  A key difference between metals and organic chemical contaminants is that some metals are required either as macronutrients (e.g., Fe, Ca, Mg) or micronutrients (e.g., Cu, Zn, Ni) to maintain a healthy organism.  Table 6-3 in Section 6.2.1 classifies the metals addressed in this Framework by their known essentiality to plants and animals.

Consideration of essentiality by the risk assessor is important for several reasons.  First, the risk assessor should ensure that toxic effects thresholds calculated from an assessment are not lower than the nutritional requirements for the particular plant or animal species being evaluated. As discussed in Sections 4 and 6, the risk assessor should be aware that such elements exhibit classic bell-shaped or biphasic dose-response (or exposure effect) relationships, with adverse effects occurring at both high and low concentrations and an optimal mid-range dose or exposure (see Abernathy et al., 1993; Chapman and Wang, 1998).  For aquatic organisms, information about nutritional requirements is available for many commonly tested or cultured species. Essentiality issues also impact the bioaccumulation and toxicity of metals since organisms have evolved various mechanisms to maintain homeostasis of essential metals.  Such mechanisms may also impact the bioaccumulation and toxicity of nonessential metals, particularly those that share similar binding and uptake mechanisms.  In these cases, accumulation is nonlinear with respect to exposure concentration, whereby greater uptake and retention of metals occurs at low concentrations and uptake rates decrease as exposure media concentrations increase.  The impact of homeostatic and other mechanisms on bioaccumulation has been discussed in Section 5.2.

### 5.3.2.  Toxicokinetics/Toxicodynamics (Toxicity Issues)

For organometallic compounds such as organo-selenium and methyl mercury, toxicity from dietary exposure has been shown to contribute substantially to ecological risk at environmentally-realistic concentrations and thus should be considered by the risk assessor when characterizing the effects of these compounds.  Beyond those two organo-metal compounds, however, the importance of exposure to dietary metals is much less clear.  Toxicity to aquatic organisms from dietary exposure to metals has been demonstrated where exposure is sufficiently high, although, in some cases, these concentrations are extreme (e.g., 10,000 g/g Cu) (Handy, 1993).  In such cases, it is not clear that this pathway will drive ecological risk, as the environmental concentrations necessary to produce these exposures may be so extreme that ecological risk will occur first via other pathways (e.g., direct toxicity of waterborne metal).

In other studies, however, effects from dietary exposure have been demonstrated at relatively low exposure concentrations (e.g., zooplankton studies by Hook and Fisher, 2002,

2001a, b).  This raises additional concern for metals assessment because it increases the potential for toxicologically significant exposures to occur in cases where risk via a waterborne pathway is low.  However, other studies with the same organisms and metals, but somewhat different test methods, reached different conclusions regarding the significance of dietary exposure (e.g., De Schamphelaere and Janssen, 2004; Meyer et al. [in press]).  Dietary exposure of aquatic organisms to metals is an active area of research, and it is likely that new data and insights will result in a more comprehensive understanding of dietary effects.  Until that time, risk assessors should make decisions regarding potential risks of dietary metal exposure on a case-by-case basis.

### 5.3.3.  Metal Mixtures

Mixtures of metals (including metalloids and organic substances) are commonly encountered in the natural environment as a result of anthropogenic inputs and should be considered by the risk assessor for all assessments.  Metal interactions, according to Calamari and Alabaster (1980), occur at three levels:

- Chemical interactions with other constituents in the media
- Interactions with the physiological processes of the organism, and
- Interactions at the site of toxic action.

The joint action of metal mixtures may be expressed in different ways, including increasing or decreasing the toxicity relative to that predicted for individual components.  As a result, the toxicity of metal mixtures has important consequences for metals risk assessments.  For example, toxicity has been observed for mixtures of metals present individually at nontoxic levels (e.g., at levels corresponding to water quality guidelines) (Enserink et al., 1991; Spehar and Fiandt, 1986).  Despite the importance of considering the effects and mixtures of metals to aquatic organisms, risk assessors will find that predicting the toxicity of metal mixtures has proven to be a difficult challenge in aquatic toxicology.

Much of the difficulty in predicting the toxicity of metal mixtures to aquatic organisms results from differences in the bioavailability and/or methods used to define the bioavailable fraction among toxicological studies and subsequent ambiguity in interpreting mixture toxicity data.  As discussed in Chapter 2, the bioavailability of metals depends on a suite of factors that can affect their speciation, complexation with ligands, and interaction with biological systems (e.g., pH, DOC, inorganic anions, and cations).  Apart from bioavailability differences, the joint action of metal mixtures to aquatic organisms (i.e., antagonism, additivity, synergism) has been reported to depend on other aspects of toxicity test design, including the degree of toxicity associated with the overall mixture concentration (Mowat and Bundy, 2002; Fargašová, 2001; Herkovits et al., 1999; Spehar and Fiandt, 1986), the relative proportion of constituent

concentrations (Norwood et al., 2003; Sharma et al., 1999), the duration of the exposure (Marr et al., 1998), and several other factors related to experimental design (Norwood et al., 2003). In a similar review, the European Centre for Ecotoxicology and Toxicology of Chemicals concluded that the acute and chronic toxicity to aquatic organisms of mixtures of metals could not be reliably predicted or generalized although they recommended that, in the interim, assuming additive effects is likely "a balanced approach" for acute toxicity of metal mixtures (ECTOC, 2001).

Given these difficulties in evaluating mixtures effects, risk assessors commonly use two simplifying models: concentration addition and effects (response) addition. These models are used to classify the combined effects of chemical mixtures as being antagonistic, additive, and synergistic (also referred to as "less than additive," "strictly additive," and "more than additive," respectively). Both models use metal concentrations in media to generate concentration-response curves for individual metals, and these data are then used to generate specific critical concentrations for mixture models. In the concentration addition model, all metals in a mixture are added together to predict toxicity; differing potencies are taken into account by converting chemical concentrations to an equitoxic dose, such as toxic units (TUs) or toxicity equivalence factors (TEFs), which converts all metals to one metal concentration. Concentration addition is often used when the constituents are known or assumed to act through the same or similar MOA. However, risk assessors should be aware that applying the concentration addition model to mixtures containing many metal constituents (particularly those well below toxic levels) can result in an upward bias in predicted mixture toxicity (Newman et al., 2004).

In the effects addition model, differing potencies are ignored, and the effect of each metal's concentration in a mixture is combined to predict mixture toxicity. The effects addition model is used when constituents act or are assumed to act independently (i.e., different MOAs). Thus, the risk assessor defines the nature of the metals' joint action (i.e., independent or similar MOA) to decide when to apply either the concentration addition or effects addition model. The risk assessor should consult information on the MOA, capacities to act as analogues for other metals, essentialities, and ligand binding tendencies to choose among these types of models.

The assumption of additivity has some regulatory precedence for use when addressing the toxicity of mixtures although not necessarily for metals. For example, the concentration addition approach is recommended for use by Australia and New Zealand for evaluating whether a mixture of less than six constituents exceeds their water quality guidelines (ANZECC and ARMGANZ, 2000). Similarly, additivity is assumed by EPA when evaluating the combined *acute* toxicity of multiple toxic effluents on the basis of whole-effluent toxicity data (U.S. EPA, 1991). Additivity is not assumed for *chronic* exposures due to lack of supporting data. For predicting the direct toxicity of mixtures of cationic metals in sediments to benthic organisms, EPA uses the $\sum$SEM-AVS approach described previously (see Section 5.2.5 Toxicokinetics and Toxicodynamics (Bioavailability and Bioaccumulation). Note, however, that this method is

limited to six cationic metals (Cd, Cu, Pb, Ni, Ag, and Zn).  Furthermore, this method is considered a "no effect guideline," whereby the absence of toxicity can be predicted reliably (when $\sum$SEM<AVS) but the occurrence of toxicity (when $\sum$SEM>AVS) cannot be because of other factors that are not accounted for, which reduce metal toxicity.

Risk assessors should also consider the QICAR approach (described in Section 3.1.1) for addressing the toxicity of metal mixtures.  Unsatisfied with the qualitative conclusions of Newman and McCloskey (1996), Ownby and Newman (2003) fit binary metal mixture data derived from the Microtox assay to develop a model of joint independent action (Finney, 1947). They predicted that the joint action of combined metals will increasingly deviate from independent action as their ligand-binding chemistries become more and more similar.  Although Microtox is considered to be a useful tool for organic contaminants, its sensitivity for evaluating metal toxicity has been called into question (Willemson et al., 1995).

It is possible that receptor binding models (e.g., FIAM) may be expanded in the future to include mixtures.  In theory, if two metals compete for binding to the same site of toxic action, it should be possible to model the total metal bound to that site and, hence, to predict metal toxicity using a mechanistic receptor binding approach in an effects addition model.  Alternatively, if two metals do not compete for the same binding site, then these models may provide more reliable estimates of individual metal bioavailability, which then can be combined in more accurate effects addition models.  However, at present, these possibilities remain theoretical. Furthermore, this approach, while improving the ability to assess the effects of metal mixtures, does not include temporal aspects (i.e., "time-to-response" versus concentration).

From the preceding discussion, it should be clear that the accurate prediction of the joint toxicity of metal mixtures to aquatic organisms remains a significant challenge for the risk assessor.  For site-specific assessments, risk assessors are encouraged to assess mixture toxicity using *in situ* measurements (i.e., bioassays using site water or sediments).  This approach is the foundation of the WER procedures used by EPA for making site-specific bioavailability adjustments to metals criteria.  For site-specific assessments involving sediments, risk assessors should consider using the $\sum$SEM-AVS approach as a no-effect threshold.  For national-level assessments, there is some precedence for assuming additive toxicity of mixture constituents, particularly when considering acute effects.  However, the risk assessor should carefully consider the limitations to assuming strict additivity (i.e., potential for overprediction or underprediction of toxicity) and highlight these uncertainties in the Risk Characterization phase of the aquatic risk assessment.

### 5.3.4.  Critical Body Residues

The bioavailability of metals from multiple exposure routes (water column, food, sediments) should be considered in aquatic risk assessments to account for relative contributions to overall toxicity.  In concept, expressing toxicity on the basis of tissue residues is an attractive

approach to accomplishing this because it integrates chemical uptake from different routes of exposure, accounts for differences in bioavailability from exposure media, and addresses differences in toxicokinetics that occur for different species.

Expressing toxicological effects on the basis of internal (tissue) concentrations (e.g., use of critical body residues [CBR] or residue-response relationships) has gained significant attention in the aquatic ecotoxicology literature, particularly for organic chemicals (e.g., Landrum et al., 2005, 2004; Escher and Hermens, 2002; McCarty and Mackay, 1993; Cook et al., 1993, 1989; McCarty, 1986; Veith et al., 1983; Könemann, 1981). For many nonionic organic chemicals, available data indicate that whole-body burdens of chemical (normalized to lipid content) can serve as useful metrics of toxicological dose, and these relationships appear to be independent of whether exposure was via water or diet. A major strength of the CBR approach for organic chemicals is that it effectively integrates different exposure pathways into a single expression of dose and toxicological potency.

For metals (aside from organo-selenium and methyl mercury), the situation is far more complex and the CBR approach does not appear to be a robust indicator of toxic dose. One reason why the CBR approach currently appears more limited for metals relates to differences in their mechanisms of uptake, distribution, and disposition in aquatic organisms. Specifically, the distribution of nonionic organic chemicals in organisms is largely influenced by passive partitioning. In contrast, the uptake, distribution, and disposition of metals are typically governed by highly-specific biochemical processes that alter the metal form and involve facilitated or active transport. For example, some organisms take up metal and sequester it into "storage" compartments in chemical forms that have little toxicological potency, whereas other organisms actively excrete excess metals. As a basis for improving residue-response relationships, some studies have suggested that the metal concentration in the cellular cytosol (as opposed to that bound to cell walls or sequestered in nonbioavailable metal granules) may provide a better expression of internal metal dose associated with toxic effects (Wallace and Luoma, 2003; Wallace et al., 2003; Wallace and Lopez, 1996).

Other researchers have suggested that CBR relationships are confounded because the factor that determines the effects is not whole-body concentration per se, but the *rate* of metal uptake in relation to metabolic capacity for detoxification and storage; therefore, the effects are governed by factors that influence the rate of uptake. When uptake rate is elevated, the concentration of metabolically active metal at the site(s) of action increases (e.g., the spillover hypothesis) and effects ensue (Rainbow, 2002). Because different species of aquatic organisms invoke different "accumulation strategies" (i.e., involving combinations of regulation, detoxification, and storage), considerable difficulties arise among species when interpreting the toxicological significance of metal whole-body residues.

Therefore, risk assessors should ensure that a toxicologically valid residue-response relationship supports the CBR threshold before using tissue residues as indicators of toxicity.

Although many toxicological studies report measurements of metal residues in multiple tissues along with adverse effects, these tissue residue values may not be appropriate for use as a CBR threshold because metal concentrations in some tissues may have little or no relationship with toxicity. Furthermore, risk assessors are cautioned against extrapolating CBRs across differing exposure routes (food vs. water), durations, tissues, or species, because the potency of metal residues often differs depending on these factors.

## 5.3.  RISK CHARACTERIZATION

As described in Section 2.4, Risk Characterization is the final phase of the risk assessment and is the culmination of the Planning, Problem Formulation, and Analysis of predicted or observed adverse effects. Risk Characterization produces a detailed description of the risk estimate(s), evaluates and summarizes the lines of evidence that support or refute the risk estimate(s), describes the uncertainties, assumptions and qualifiers in the risk assessment, and reports the conclusions of the assessment to risk managers (U.S. EPA, 2000c, 1998a).

While there are no metal-specific methods in the Risk Characterization, there are aspects that are important to metals risk assessments. For example, considering multiple lines of evidence such as results from *in situ* toxicity testing or biological assessments can be valuable for supporting the conclusions of a risk assessment. Care should be taken, however, to evaluate and present the limitations associated with each line of evidence, as discrepancies may not always indicate underlying differences; rather, they may reflect inherent limitations of each of the methods. For example, biological assessment methods may not be sufficiently sensitive to detect the level of effects or exposures that are of concern in the risk assessment. Documenting assumptions and uncertainties (e.g., use of background metal concentrations rather than added metal or specific metal species) becomes increasingly important the closer hazard thresholds are to background concentrations. Risk assessors also should document all assumptions and uncertainties in the methods used, such as how metals bioavailability was addressed. Because data may not be adequate to conduct a quantitative uncertainty analysis, risk assessors should describe the *sensitivity* of the risk assessment results to key assumptions and the *direction of bias* introduced by these assumptions (i.e., under- or overestimation of risks). This is particularly important for national or regional assessments, where results often are intentionally based on organisms and conditions that enhance exposure, bioavailability, and toxicological sensitivity. For essential metals, risk assessors should describe the relationship of the risk threshold to nutritionally required levels for the organisms of concern. Risk assessment results that fall below nutritionally required levels are an indication that some methods or assumptions require additional refinement. Risk assessors should carefully document the form(s) of metals used in the exposure and effects assessment, as they frequently differ due to data limitations. Additional issues and questions that should be addressed in the risk assessment are listed in Section 2.4.

## 6.  TERRESTRIAL ECOLOGICAL RISK ASSESSMENT FOR METALS

This section of the Framework provides an overview of how the principles for metals risk assessment apply to ecological risk assessments for terrestrial environments.  Receptors typically considered in these assessments include soil invertebrates, plants, and wildlife species.  Some assessments also examine effects on microbiota and soil processes.  This section of the Framework builds on the information presented in Chapter 2 that lays out issues to be considered during Problem Formulation and that describes metal chemistry associated with soil systems.  That information is not repeated here and the reader should refer to Chapter 2 for this information.

## 6.1.  METALS PRINCIPLES

Metals have specific environmental and biotic attributes that should be considered in all risk assessments.  These principles for metals risk assessment (see Chapters 1 and 2) apply in various ways to ecological risk assessments depending on the scale of the assessment (site specific, regional, or national).  This section describes applications of the principles to terrestrial ecological assessments within the standard risk assessment framework.  Specifically, they fall into the risk assessment paradigm as follows:

| | |
|---|---|
| Background levels | Exposure Assessment |
| Mixtures | Exposure and Effects Assessment |
| Essentiality | Effects Assessment |
| Forms of metals | Exposure and Effects Assessment |
| Toxicokinetics/toxicodynamics | Exposure Assessment (bioavailability) and Effects Assessment (ADME and toxicity) |

## 6.2.  CHARACTERIZATION OF EXPOSURE

Metal exposure assessment includes characterization of the exposure routes and pathways specific to metals, the phase associations and chemical forms of the metals, and the expression of exposure and target doses in a manner consistent with defining hazard thresholds for particular organisms.

### 6.2.1.  Natural Occurrence of Metals

At a national level, metal concentrations vary naturally in soils across the U.S.  These variations pose challenges for conducting national assessments of risk to terrestrial ecological receptors.  The assessor may decide to use a single toxicity level regardless of background concentrations for a screening type assessment (see text box on ecological soil screening levels or Eco SSLs) (U.S. EPA, 2003c) or may prefer to divide the country into regions of similar metal

background levels (metalloregions). Exposure assessments should consider metal levels inclusive of background.

At the regional and local (site) scales, risk assessors should account for the natural occurrence of metals either at the beginning of an assessment (i.e., during Problem Formulation), during the assessment, or when making risk management decisions about the implications of the predicted or observed levels of metals in soils. Because the national soil survey[4] is over 20 years old, risk assessors should consider the feasibility of generating site-specific concentrations for local risk assessments.

> **EPA's Ecological Soil Screening Levels**
>
> EPA's **Ecological Soil Screening Levels** (Eco SSLs) for metals are national-level concentrations of metals in soils that are protective of wildlife, plants, and soil organisms. These values are lower than naturally occurring levels in some parts of the country. Exceedences of such levels does not mean that a risk exists but does mean that a more regional or site-specific assessment may be needed.

More appropriately, risk assessors should avoid single-result assessments for the entire country. Rather, such assessments should be subdivided into metal-related ecoregions known as "metalloregions" (McLaughlin and Smolders, 2001) so that protection levels, mitigation goals, and ranking results will be appropriate for the suite of species naturally present within each type of controlling environment. This is directly analogous to the use of ecoregions when establishing water quality criteria (Griffith et al., 1999). The use of metalloregions provides the ability to account for the broad regional parameters affecting metal availability in soils and waters as well as for the differences in organism response to added metal.

The metalloregion concept (McLaughlin and Smolders, 2001), although intuitively appropriate, has not yet been fully developed for the U.S. The country has been divided into ecoregions for both aquatic and terrestrial systems (Bailey et al., 1994; Bailey, 1983). These are based on climactic and vegetation factors and form the basis of metalloregions. EPA is still working to complete ecoregion maps at much finer scales for each state (see EPA Web site at http://www.epa.gov/wed/pages/ecoregions/ecoregions.htm). To complete the metalloregion concept, soil properties that affect bioavailability (e.g., pH, cation exchange capacity [CEC], and organic matter [OM]) should be overlaid on the ecoregions, along with soil type (e.g., sandy loam, clay loam) and background concentrations of metals. Similar information is needed for water bodies. Although this type of information is fairly current and available, soil data have not been updated since the mid-1970s, which may limit their usefulness. Nevertheless, work is under way to develop metalloregions (e.g., McLaughlin and Smolders, 2001), although it is likely to be several years from the time of this writing before they are available for use in a decision-making capacity.

---

[4] Schacklette, HT; Boerngen, JG. (1984). Element concentrations in soils and surficial materials of the conterminous United States. U.S. Geological Survey Professional Paper 1270. 105 pp.

### 6.2.2.  Forms of Metals

The physical and chemical forms of metals influence exposure and subsequent effects and can be influenced by physical/chemical conditions in the environment.  National level assessments involve a broad range of environmental conditions and so the risk assessor should account for different metal species in different locations and soil types.  As assessments transition from national, to regional, to local, the assessor should incorporate site-specific soil parameters that influence metal speciation (e.g., pH, CEC, clay content).  National values (e.g., geometric mean values) of these parameters should be used, with the same recommendation as discussed in Section 5.1.3 on Natural Occurrence of Metals.

### 6.2.3.  Exposure Routes

The major metal *exposure route* that the risk assessor should consider for wildlife is ingestion, with a minor (and often unknown) inhalation component.  For plants, root uptake is the most important with leaf exposures secondary, with the exception of Hg where the majority is accumulated via foliar uptake; Cd and sometimes Pb also may be accumulated through foliage but amounts relative to soil exposure will vary depending upon soil conditions (e.g., pH).  Plants may also lose metals through foliar leaching during precipitation events although to a significantly lesser extent than for other micronutrients such as potassium.  Soil invertebrates are assumed to be exposed through direct contact.  *Pathways* describe transport of the contaminant in the environment and include uptake and bioconcentration (e.g., dietary ingestion of a soil contaminant that has been taken up by plants).  Principles of metal transport and fate in soils are applicable to assessments of risk to all terrestrial organisms and will be discussed first.  However, because of significant differences in exposure routes and pathways between invertebrates, plants, and wildlife, it is more convenient to discuss exposure assessment methods by receptor group.

### 6.2.4.  Soil Transport and Fate Models

Risk assessors routinely use transport and fate models (i.e., a computational model) to describe and quantify exposure pathways.  Models are also useful in situations where risk assessors are trying to estimate exposure levels that are expected to result from the implementation of some permitting action or remediation measures at local, regional, or national scales.  Numerous

> **Pathway of Exposure for Terrestrial Organisms**
>
> **Pathways of exposure for terrestrial organisms** to metals include movement from soils through the food web, and to a lesser extent, air deposition either into soils or directly onto terrestrial receptors (e.g., plants).

models are available for use; most are based on the same fundamental principles: metals are ubiquitous in the environment and within each media compartment they are present in association with water (freely dissolved metal or as organic and inorganic metal complexes),

particles (sorbed, precipitated, or incorporated within a mineral phase), and air. The risk assessor can find a more detailed discussion of these processes in Section 3.2 on Fate and Transport. Currently, there is no single model available that encompasses all the desirable metal-specific features for terrestrial systems. Discussions of the available terrestrial transport and fate models, as well as a number of chemical equilibrium models, may be found in Allen (2002).

### 6.2.5.  Toxicokinetics/Toxicodynamics

Target organ exposure levels and subsequent effects depend on how environmental conditions affect speciation of a metal (e.g., whether an organism actively takes up or excludes metals in soils and how an organism processes metals internally). See Section 3 for details on environmental chemistry and issues relating to bioaccumulation. Risk assessors should specifically address bioavailability and bioaccumulation for each metal of concern in each environment (either a local site for site-specific assessments or some larger estimate for regional and national level assessments).

### 6.2.5.1.  *Bioavailability*

Risk assessors should adjust bulk soil metal concentrations by appropriate bioavailability factors to achieve comparable, actual uptake of metals by soil organisms. This will standardize exposure values across soil types and allow for more accurate comparisons with laboratory toxicity data. Cation exchange capacity (CEC) recently has been shown to be an important factor modifying zinc bioavailability in soils, and presumably it will be important for other cationic metals as well. However, CEC is strongly dependent on the type and amount of organic material (OM) and oxyhydroxides present in the soil, and is strongly pH dependent. Surface charge on OM and oxyhydroxides increases with pH, thereby increasing their sorptive capacity for metals (thus decreasing metal bioavailability). Conversely, positive surface charges increase as the pH drops, which increases sorption of anions (e.g., As or Se) under low pH conditions and decreasing sorption of cation ionic metals. Clays, on the other hand (except for kaolinite), have a surface charge that is largely independent of pH. Therefore, normalization of toxicity data to CEC can be done only within specific soil types and pH ranges, which frequently are not specified either in laboratory bioassays or many field studies. Furthermore, it is important for the risk assessor to note that most published values of CEC are measured at pH 7. In general, risk assessors can assume that cationic metals are more bioavailable at lower soil pH (<6) and less bioavailable at higher soil pH (>8). The opposite assumption holds for anionic metals.

Soil chemical models are being developed to predict how aging will modify bulk soil concentrations when soils are amended with soluble salts. Aging reduces the bioavailable fraction of metals over time. Preliminary studies suggest that consideration of aging may result in estimates of the bioavailable fraction as low as $0.1 \times$ bulk soil concentrations (McLaughlin et

al., 2002). Until the data become available for metals of concern, toxicity values derived from soluble-salt amended soils (which have not simulated aging) cannot be reliably corrected to approximate aged metals in field situations and the risk assessor should acknowledge this as a significant uncertainty during the risk characterization.

Ideally, exposure should be expressed on the basis of pore water concentration, to account for all factors influencing bioavailabilty; however, there are currently significant limitations to collecting and interpreting metal-related data from soil pore waters and such information generally is not available (even at site-specific assessments and never for regional or national assessments). The risk assessor could estimate metal concentration in soil pore water using EqP theory (as with sediment pore water analyses; see Section 3.1.5). The risk assessor can use published soil binding coefficients ($K_d$s) to estimate partitioning between soil particles and pore water although these values also are inherently uncertain (published value depends on derivation method, soil type, etc.). Furthermore, toxicity threshold values generally are provided as bulk soil concentrations so the risk assessor would not be able to compare pore water exposure with any effects estimates.

### 6.2.5.2. *Bioaccumulation*

For terrestrial ecosystems, the concept of bioaccumulation is intended to capture the potential for two ecologically important outcomes: (1) direct toxicity to plants and wildlife and (2) secondary toxicity to animals feeding on contaminated plants and animals. This approach stresses the potential for trophic transfer of metals through the food web, so total exposure can be calculated, including dietary intake as well as intake from contaminated environmental media (soil and water). For vegetation or soil invertebrates, the bioaccumulation factor (BAF; or biota-soil accumulation factor, BSAF) is defined as field measurements of metal concentration in plant tissues divided by metal concentration in soil (or soil solution); the BCF is defined as the same measurement carried out in the laboratory (Smolders et al., 2003).

Risk assessors should be aware that data applicability is directly related to which tissue is sampled and how it is processed. BAFs for plants include metals aerially deposited on leaves as well as those in soil particles adhering to roots. Such metals will not be part of BCFs, which frequently are determined in hydroponic culture. Similar differences between BCFs and BAFs apply for earthworms exposed in soils versus laboratory studies using the filter paper substrate protocols. Furthermore, BCFs within earthworms may not include additional feeding of the animals during the study. Field studies are reflective of chronic exposures, whereas BCFs may be calculated from shorter time frames. Ideally, risk assessors should select BCFs reported at equilibrium (i.e., after sufficient exposure time to maximize the BCF). Whole-body BAFs generally are not calculated for birds and mammals, except for small mammals such as rodents (Sample et al., 1998b). Risk assessors should understand the conditions under which metal concentrations were measured and critically examine data to determine whether they are reported

as wet or dry weight (the ratio of tissue to soil concentrations must be done on the same wet/dry weight basis for both).

For soil invertebrates and most plants, metal BAFs are typically less than 1 and usually are based on the total metal in soil and tissue that do not account for bioavailability differences. The risk assessor might consider using a ratio of total metal in the organism to some measure of the bioavailable fraction of metal in the soil (e.g., free ion concentration or weak salt extractable) for expressing a BAF to allow comparison among different soils, although, in general, data are lacking for using this method.

Furthermore, the risk assessor is reminded that bioaccumulation of metals is not a simple linear relationship.  Uptake is nonlinear, increasing at a decreasing rate as medium concentration increases.  Models for predicting metal bioaccumulation by soil invertebrates are primarily statistical in nature, describing relationships between metal body burdens in oligochaetes and collembola, soil metal concentrations, and soil physical/chemical characteristics.  Sample et al. (1998a) and Peijnenburg et al. (1999b) have each developed univariate uptake models for earthworms that are based on empirical data (metal concentrations in worms vs. the natural log of amount of metal in soils) that risk assessors can use as a first approximation for bioaccumulation in soil invertebrates; however, these models are not specific to soil type and, therefore, do not account for bioavailability factors.  Furthermore, they do not adequately predict Cr or Ni uptake.  An alternative approach that the risk assessor could consider is the use of multivariate statistical models to look for patterns of uptake of multiple metals to predict the potential bioconcentration of one metal of particular interest (Scott-Fordsmand and Odegard, 2002) or BAF as a function of soil characteristics (Saxe et al., 2001; Peijnenburg et al., 1999a, b).  Path analysis has been suggested as an alternative for multiple regression in describing these relationships.  It partitions simple correlations into direct and indirect effects, providing a numerical value for each direct and indirect effect and indicates the relative strength of that correlation or causal influence (Bradham, 2002; Basta et al., 1993).

The absolute level of metal accumulation is not as important as the rate of uptake (Hook and Fisher, 2002; Hook, 2001; Roesijadi, 1992).  Adverse effects are avoided as long as the rate of metal uptake does not exceed the rate at which the organism is able to bind the metal, thereby preventing unacceptable increases in cytosolic levels of bioreactive forms of the metal.  If the rate of uptake is too great, the complexation capacity of the binding ligand (e.g., metallothionein) could be exceeded; cytosolic metal levels then become unacceptably high, and adverse effects can ensue.  Because measures of uptake rates are not available, static concentrations are used; the risk assessor should acknowledge this uncertainty during the Risk Characterization.

### 6.2.6.  Soil Invertebrate Exposure

The soil ecosystem includes a complex food web of soil invertebrates (both hard- and soft-bodied) that feed on each other, decaying plant material, and bacteria or fungi.  However,

the risk assessor should estimate exposure as a function of soil concentration, rather than as a detailed analysis of movement of metals through the food web, to generate data that will be comparable to effects concentrations.  This is a reasonable approximation for soft-bodied invertebrates (e.g., earthworms) whose metal exposure is primarily through soil pore water (from both dermal absorption and soil ingestion) (Allen, 2002).  There is more uncertainty in correlating soil metal concentrations with effects in hard-bodied invertebrates because they are primarily exposed through ingestion of food and incidental amounts of soil (Sample and Arenal, 2001).  Regardless, risk assessors should estimate soil invertebrate exposure on the basis of total metal concentration in bulk soils (adjusted for relative bioavailability, where possible) collected in the top 0-12 cm of soil (U.S. EPA, 2003c, 1989b).  In detailed, site-specific assessments, the organic matter on top of the soil (the "duff") may be analyzed separately to provide further detail on exposure to detritivores (such as Coll*embola*) and deeper-soil-dwelling organisms (e.g., various species of earthworms).

### 6.2.7.  Plant Exposure

Plants access metals through the pore water although mycorrhyzae, protons, and phytosiderophores released by the root can significantly influence the microenvironment and change uptake rates of metals (George et al., 1994; Sharma et al., 1994; Laurie and Manthey, 1994; Arnold and Kapustka, 1993).  Furthermore, plants have both active and passive mechanisms for taking up or excluding metals, depending on internal concentrations and whether or not the metal is an essential micronutrient, or whether it is mistaken for an essential micronutrient.  Plants can be exposed to metals via aerial deposition onto leaf surfaces, trapping metals in hairs or rough cuticular surfaces.  This might provide an exposure route for herbivores; it may also provide an exposure route for plants, as there are ion channels through the cuticle that are able to transport ionic metals from the leaf surface to other locations in the plant, depending on the inherent mobility of the metal in the xylem and phloem (Marschner, 1995).

The risk assessor should consider the default approach to estimating exposure of plants to metal as measuring metal concentrations in bulk soil (top 0-12 cm).  However, as with soil invertebrates, this overestimates exposure because it does not account for differential bioavailability and aging.  The risk assessor generally can categorize metal bioavailability and uptake based on soil pH and organic matter (see Section 3.1.6.5).  It is very clear that strongly acidic soils increase plant uptake of Zn, Cd, Ni, Mn, and Co and increase the potential for phytotoxicity from Cu, Zn, and Ni.  Alkaline soil pH increases uptake of Mo and Se, while Pb and Cr are not absorbed to any significant extent at any pH (Chaney and Ryan, 1993).

**Table 6-1.  Qualitative bioavailability of metal cations in natural soils to plants and soil invertebrates**

| Soil type | Soil pH | | |
|---|---|---|---|
| | **Low organic matter (<2%)** | **Medium organic matter (2  <6%)** | **High organic matter (6 to 10%)** |
| 4 ≤ Soil pH ≤ 5.5 | Very high | High | Medium |
| 5.5 < Soil pH ≤ 7 | High | Medium | Low |
| 7 ≤ Soil pH ≤ 8.5 | Medium | Low | Very low |

**Table 6-2.  Qualitative bioavailability of metal anions in natural soils to plants and soil invertebrates**

| Soil type | Soil pH | | |
|---|---|---|---|
| | **Low organic matter (< 2%)** | **Medium organic matter (2 to <6% )** | **High organic matter (6 to 10%)** |
| 4 ≤ Soil pH ≤5.5 | Medium | Low | Very low |
| 5.5 < Soil pH < 7 | High | Medium | Low |
| 7 ≤ Soil pH ≤ 8.5 | Very high | High | Medium |

Source: U.S. EPA (2003c).

Qualitative relationships between soil chemistry and bioavailability are appropriate for national-scale application.  However, for site-specific or metals-specific applications, the risk assessor should use quantitative methods.  Parker and Pedler (1997) and Lund (1990) have suggested that only uncomplexed, free ionic species of cations can be taken up by roots, and this has been described using a Free Ion Activity Model (FIAM) similar to the Biotic Ligand Model (BLM) used in aquatic systems.  However, significant exceptions to the free-ion model have been identified; so until this theory is tested more thoroughly, the risk assessor should continue to estimate exposures using bulk soil values with qualitative estimates of bioavailability based on soil type (pH and OM).  Again, the risk assessor should acknowledge these uncertainties during the Risk Characterization.

### 6.2.8.  Wildlife Exposure

The relative importance of exposure pathways and routes varies by animal species and by metal, although, in general, wildlife exposure is primarily through diet and incidental ingestion

of soils or sediments.  There are certain chemicals and exposure situations for which inhalation or dermal pathways are important, but in most situations the risk assessor can consider them to be insignificant contributors to total metal loads (U.S. EPA, 2003c).

> **Exposure Pathway for Terrestrial Wildlife**
>
> Food and the incidental ingestion of soil are the two most important exposure pathways for terrestrial wildlife.

Wildlife food chain exposures for metals are controlled by bioavailability, bioaccessibility, and bioaccumulation.  Bioaccessibility of metals to animals and plants that live on or in the soils can be influenced by soil parameters, such as pH, CEC, and organic carbon.  These soil parameters tend to be less important for soils that are incidentally ingested by wildlife species.

The relative importance of exposure pathways (soil vs. food chain) is dictated by the fraction of metal-contaminated soil in the diet and the amount of accumulation of metal in food items.  In the absence of site-specific information, the risk assessor can use the following generalizations to determine the relative importance of incidental soil ingestion versus dietary metals:

1. Incidental soil ingestion is a proportionally more important pathway for herbivores than for carnivores or invertivores.

2. Uptake into soil invertebrates (e.g., earthworms) is a proportionally more important pathway for animals that feed on these organisms.  (Note: This assessment reflects work done with earthworms and may not apply to hard-bodied soil invertebrates such as *Colembolla*.)

3. If bioaccumulation is low (<<1), importance of soil ingestion versus diet for metal exposure increases.

4. When bioaccumulation is greater (~1 or higher), the food pathway should dominate.

5. The closer the association an animal has to the ground, the greater the importance of soil ingestion.  This association may be due to ground foraging, burrowing habits, etc.

6. The looser the association with the ground (e.g., piscivores, aerial/arboreal insectivores, raptors), the lower the importance of soil ingestion.

Figure 6-1 provides a simple scheme for the risk assessor to use for judging the relative contribution of food and soil before accounting for bioavailability.  The assessor should assume that incidental ingestion of soil becomes proportionally more important for exposure to wildlife when (1) the bioaccumulation factor (BAF) from soil to food (e.g., to plants or soil invertebrates) is less than 1 and (2) the fraction of soil in the diet is greater than 1%.  However, the risk assessor should use these generalizations with caution for site-specific assessments.  As the risk assessor acquires more site-specific information, the relative importance of pathways may

change.  For example, site-specific data may show that the accumulation of a chemical into plants or soil invertebrates is much lower than indicated by the default assumptions.  In such cases, incidental ingestion of soil would become proportionally more important.  The bioavailability of metals in incidentally ingested soil is also variable.  Therefore, when the exposure is being driven by incidental soil ingestion, the risk assessor should consider refinements of exposure estimates through a better understanding of bioavailability, although very little information is available on this for most wildlife species.



**Figure 6-1.  Generalized representation of percent contribution of incidental soil ingestion to oral dose for wildlife at different soil ingestion rates and bioaccumulation factors and a bioavailability of 100 percent.**

The risk assessor should be cautious about extrapolating bioavailability adjustments for wildlife from models developed for estimation of bioavailability of metals in soils for incidental human exposures.  There are significant variations in digestive physiology and anatomy across mammalian and avian species that alter the degree of assimilation and uptake of metals (Menzie-Cura and TN&A, 2000).  For example, metals present in soils may be more or less bioavailable within the gut of an herbivore that relies on fermentation as compared to the simpler gut of a carnivore that is designed to break down proteins.  These gut systems differ in chemistry (including pH) and residence time.

Food chain modeling can be used to estimate the exposure of wildlife to metals based on the ingestion of soil, food, and water.  The risk assessor should use the same dietary uptake

model for metals as is used for organic substances, e.g., Eco SSLs; Ecological Committee on FIFRA Risk Assessment Methods (ECOFRAM) (Sample et al., 1997; U.S. EPA, 1997d). For national or regional risk assessments, the assessor may use trophic transfer rates to model food concentrations but only on the basis of soil measurements (rather than using direct measures of concentration of metals in food items). As with aquatic organisms, trophic transfer values for metals in terrestrial systems are an inverse function of soil concentrations. Therefore, the risk assessor should not use constants for this term but rather should generate regression equations of plant and invertebrate uptake rates as a function of soil concentrations and use which ever value(s) that are consistent with the degree of conservatism or amount of realism appropriate for the assessment. Sample et al. (1998a) developed uptake models to predict concentrations in earthworms from soil concentrations and Efroymson et al. (2001) provides similar information for plants (see Section 6.5.2.3 Bioaccumulation for a more detailed discussion).

With the exception of a few hyperaccumulator species, the risk assessor can reasonably assume that most plant species do not bioconcentrate metals (i.e., BAFs <1). Pb, As, Cr, and Co are not taken up by plants in measurable quantities, and the small amount that is taken up is mostly confined to root tissues (Chaney et al., 2000; McGrath, 1995; Chaney and Ryan, 1994; Xu and Thornton, 1985). In contrast, many plants are quite sensitive to some metals (Mn, Zn, Cu, for example); the risk assessor should be aware that plants frequently die before achieving high metal concentration levels that pose a threat to animals via food chain transfer (with the exception of the hyperaccumulator species, as noted above).

## 6.3. CHARACTERIZATION OF EFFECTS

When assessing metal toxicity to terrestrial organisms, the risk assessor should understand both the natural mechanisms of tolerance for (or, in the case of micronutrients, the use of) metals and the toxicological responses that occur when exposure exceeds the capacity of the organism to regulate its body burdens. The risk assessor should also consider interactions between metals in either their uptake or toxicity (such as Cd/Ca/Zn, Hg/Se, Cu/Mo). Risk assessments for metals are further complicated by the need to express the dose-response (or concentration-response) functions in bioavailable units that are functionally equivalent to measures of exposure. This section provides tools and approaches risk assessors can use when addressing issues of essentiality, metal mixtures, and appropriate use of toxicity tests; issues of how acclimation or adaptation to continued exposures may affect toxicity have been addressed in Sections 1.4.1 and 4.2.1 on Natural Occurrence of Metals.

> **Essentiality**
>
> **Essentiality**, or the requirement for normal organism metabolic function, of many metals is one of the primary factors that differentiates risk assessment for metals and metal compounds from that of synthetic organic chemicals.

### 6.3.1. Essentiality

*Essentiality*, or the requirement for normal organism metabolic function, of some metals is one of the primary factors that differentiates risk assessment for metals and metal compounds from that of synthetic organic chemicals (Janssen and Muyssen, 2001).  Some trace elements, such as Co, Cu, Fe, Mn, Se, Mo, and Zn, are necessary for the normal development of plants and animals. Other metals, such as As, Cd, Pb, and Hg, have no known functions in plants and animals (Mertz, 1981).  Table 6-3 classifies the metals addressed in this Framework by their known essentiality to organisms.

The risk assessor should be sure that effects thresholds such as Toxicity Reference Values (TRVs) are not lower than the nutritional requirements for the particular plant or animal species being evaluated.  If TRVs are set too low (i.e., in the range where deficiency can occur), the determination of risk will be erroneous and deficiency effects will be mistaken for toxic responses.  For wildlife, the risk assessor can consult the literature on dietary requirements of essential elements for livestock (McDowell, 2003; NAS/NRC, 1994a, 1980).  Marschner (1995) summarizes the minimum concentrations required for plant growth.

Because of differences in test conditions among published studies, it may be difficult for the risk assessor to directly compare toxicity threshold values with recommended dietary requirements of essential elements.

---

**Threshold Values**

For essential elements, it is important to ensure that effects thresholds, such as Toxicity Reference Values (TRVs), are not lower than the nutritional requirements for the plant or animal species being evaluated. It may be difficult, however, for the risk assessor to directly compare toxicity threshold values with recommended dietary requirements because of differences in test conditions among published studies.

In screening-level assessments, toxicity threshold values can be used by the risk assessor, if they are not lower than estimated requirements.  Detailed, higher level assessments may require additional bioassays to characterize the biphasic dose-response curve and determination of both required and excessive threshold levels.

---

Extrapolation of data among species (e.g., from livestock to wildlife species) may also add uncertainty to the effects assessment.  Furthermore, addition of safety factors when deriving protective values often results in concentrations significantly below required intake.  The risk assessor should address these and similar uncertainties in toxicity threshold derivations as part of the Risk Characterization process.  Detailed site-specific assessments, where more accurate estimates of effects thresholds are expected, may require the risk assessor to request additional bioassays to characterize the biphasic dose-response curve and determine both required and excessive threshold levels.

**Table 6-3.  Metals classified by their known essentiality**

| Metal | Essential (known requirement for health and function) | | Beneficial (but not known to be essential) | | Nonessential (and not known to be beneficial) |
|---|---|---|---|---|---|
| | Plants | Animals | Plants | Animals | |
| Aluminum (Al) | | | | | x |
| Antimony (Sb) | | | | | x |
| Arsenic (As) | | | | X | |
| Barium (Ba) | | | | | x |
| Beryllium (Be) | | | | | x |
| Cadmium (Cd) | | | | | x |
| Chromium (Cr) | | x | | | |
| Cobalt (Co) | | x | x | | |
| Copper (Cu) | X | x | | | |
| Lead (Pb) | | | | | x |
| Manganese (Mn) | X | x | | | |
| Mercury (Hg) | | | | | x |
| Molybdenum (Mo) | X | x | | | |
| Nickel (Ni) | X | x | | | |
| Selenium (Se) | | x | x | | |
| Silver (Ag) | | | | | X |
| Strontium (Sr) | | | | | X |
| Thallium (Tl) | | | | | X |
| Vanadium (V) | | | | X | |
| Zinc (Zn) | X | x | | | |

Source: Adapted from a table presented in SRWG (2002) and incorporating data from NAS/NRC (1980) and Barak (1999). Fairbrother and Kapustka (1997) discussed the roots of essentiality of naturally occurring elements.

## 6.3.2.  Toxicity Tests

For assessments conducted for regional or national assessments, criteria development, or ranking purposes, risk assessors should acknowledge that results will be based on organisms and soil types that result in greatest bioavailability and sensitivity.  The risk assessor should take great care to ensure that the organism-environment combinations that are assessed are, in fact,

compatible with real-world conditions.  Thus, for site-specific assessments, species tested and water (or sediment) used in the test system should be similar to conditions at the site.  In the absence of such information, risk assessors could use data from standard test species and conditions, but uncertainty factors may be warranted to adjust the final toxicity value.

### 6.3.3.  Metal Mixtures

Mixtures of metals (including metalloids and other contaminants) are commonly encountered in the natural environment as a result of anthropogenic inputs and should be considered by the risk assessor for all assessments.  Metal interactions, according to Calamari and Alabaster (1980), occur at three levels:

1. Chemical interactions with other constituents in the media,
2. Interactions with the physiological processes of the organism, and
3. Interactions at the site of toxic action.

The joint action of metal mixtures may be expressed in different ways, such as increasing or decreasing the toxicity relative to that predicted for individual components.  As a result, the toxicity of metal mixtures has important consequences for metals risk assessments.  However, predicting the toxicity of metal mixtures has proven to be a difficult challenge in ecotoxicology.

Much of the difficulty in interpreting the available information on the toxic effects of metal mixtures is due to differences in the bioavailability of metals (and measures used to define the bioavailable fraction) that occur across mixture studies.  As discussed in Section 3, the bioavailability of metals depends on a suite of factors affecting their speciation, complexation with ligands, and interaction with biological systems.  Nevertheless, the risk assessor needs some measure of the bioavailable metal fraction in the exposure media to accurately predict the effects of metals mixtures (Sauvé et al., 1998; Weltje, 1998; Posthuma et al., 1997).  Besides bioavailability issues, the joint action of metal mixtures can depend on the overall mixture concentrations and the relative proportion of the constituent metals, as has been seen in aquatic studies (Norwood et al., 2003; Mowat and Bundy, 2002; Fargašová, 2001; Sharma et al. 1999).

The two most common classes of models used to predict mixture toxicity are the Concentration Addition and Effects Addition models.  These models have been used to classify the combined effects of chemical mixtures as being *less than additive* (i.e., when the observed effect is less than the model prediction), *strictly additive* (i.e., matching model predictions), and *more than additive* (i.e., when the observed effect is greater than model predictions; Norwood et al., 2003).  Both models use metal concentrations in media to generate concentration-response curves for individual metals, and these data are then used to generate specific critical concentrations for mixture models.  In the Concentration Addition model, all metals in a mixture are added together to predict toxicity; differing potencies are taken into account by converting

chemical concentrations to an equitoxic dose (e.g., Toxic Units (TUs) or Toxicity Equivalence Factors (TEFs), which converts all metals to one metal concentration).  Concentration Addition is used often when the constituents are known or assumed to act through the same or similar MOA.  However, the risk assessor should use caution when applying the Concentration Addition model to mixtures containing many metal constituents (particularly those well below toxic levels) because of the potential for an upward bias in predicted mixture toxicity (Newman et al., 2004).  In the Effects Addition model, differing potencies are ignored, and the effect of each metal's concentration is combined to predict mixture toxicity.  The Effect Addition model is often used when constituents act independently (i.e., different modes of action).  Only the Concentration Addition model allows detection of toxicity that is more than additive.  Thus, a key issue in applying either the Concentration Addition or Effects Addition model is to define the nature of the metals' joint action (i.e., independent or similar mode of action).  The risk assessor can use information on the MOA, capacities to act as analogues for other metals, essentialities and ligand binding tendencies to make this decision.

Risk assessors should keep in mind, however, that toxicities of certain metal elements are associated with deficiencies of others.  For example, increased Zn, Cu, and Ni toxicities can be associated with Fe deficiencies (Bingham et al., 1986), and increased Pb and Zn toxicities can also be related to P deficiencies (Brown et al., 2000, 1999; Laperche et al., 1997).  The behavior of plant species in response to nutrient deficiencies varies, and this behavior can affect the uptake of metal elements (Marschner, 1998).  Similar interactions occur in wildlife; for example, Cu toxicity can be a result of Modeficiency and vice versa (McDowell, 2003; NAS/NRC, 1994a, 1980).

It is possible that receptor binding models (e.g., FIAM) may be expanded in the future to include mixtures.  In theory, if two metals compete for binding to the same site of toxic action on an organism, it should be possible to model the total metal bound to that site and, hence, to predict metal toxicity using a mechanistic receptor binding approach in an Effects Addition model.  Alternatively, if two metals do not compete for the same binding site on the organism, then these models may provide more reliable estimates of individual metal bioavailability, and these estimates can then be combined in more accurate Effects Addition models.  However, at present, these possibilities remain theoretical.  Additionally, this possibility, while improving the ability to assess the effects of metal mixtures, does not include temporal aspects (i.e., "time-to-response" versus concentration).

From the preceding discussion, it should be clear that the accurate prediction of joint toxicity of metal mixtures to terrestrial organisms remains a significant challenge.

### 6.3.4.  Critical Body Residues

Critical body residues (CBRs) are internal concentrations of chemicals that are correlated with the onset of a toxic response (Conder et al., 2002; Lanno et al., 1998).  CBRs can be based

on whole-body residues (see below for discussion of this approach in soil invertebrates) or concentrations in specific tissues.  The risk assessor may choose to use CBRs instead of dietary TRVs to reduce uncertainties because they account for site-specific bioavailability and multipathway issues (Van Straalen, 1996; Van Wensem et al., 1994).  Unfortunately, there are major data gaps in available CBRs for many species—metal combinations.

Risk assessors can use tissue-specific critical loads for some metals that have been established for several species of vertebrate wildlife, including Pb in liver, Cd in kidney, Hg in brains, and Se in eggs.  See Beyer et al. (1996) for these figures.  Only a few CBRs have been developed in soil invertebrates for metals (Conder et al., 2002; Crommentuijn et al., 1997, 1994; and Smit, 1997 for Cd and Zn).

For plants, the use of a tissue residue (CBR) approach is another method that risk assessors might use to address metal toxicity issues, based on the concept that a metal concentration must reach a threshold value in the organism or at the target site before effects begin to occur (McCarty and Mackay, 1993; Lanno and McCarty, 1997).  For essential elements in plants, deficiency/sufficiency concentrations in foliage have been developed.  However, the relationship between toxicity and tissue residues is complex and varies depending on tissue type (roots vs. shoots), plant species, and metal and there is little to no information available.  Therefore, this approach, although conceptually sound, requires significant research before risk assessors will find it useful.

### 6.3.5.  Plant and Soil Invertebrate Toxicity

The risk assessor can estimate TRVs (i.e., toxic thresholds) for plants and soil invertebrates from laboratory tests where metals are mixed with standard soils (Fairbrother et al., 2002).  Variability among soil toxicity test results is due in part to the influence of soil properties on bioavailablity of metals (e.g., pH, organic matter and CEC).  Additionally, acclimation and adaptation of test organisms can further complicate test results and aging and other physical/chemical processes that affect metal speciation and uptake are not represented.  Because incorporation of sparingly soluble substances, such as many environmental forms of metals, into the soil matrix is difficult, tests generally are conducted using soluble metal salts with the addition of organism to the test matrix immediately after mixing.  The risk assessor should be aware of how all these factors influence the test outcome and subsequent TRV derivation.

There is a large body of literature on toxicity of metals to soil organisms (e.g., van Straalen and Løkke, 1997), although often the objectives were to understand processes rather than to develop defensible toxicity thresholds.  The challenge for the risk assessor, therefore, lies in how to use these data, taking into account the test-to-test variability in soil chemistry parameters, and how to develop a technically defensible means of extrapolating toxicity responses across soil type—in other words, how to adjust the toxicity threshold values for bioavailability differences in test conditions.  One approach to addressing variability in soil

toxicity tests is to normalize test results by dividing the $LC_{50}$ (or, more generally, the $EC_x$) by percent organic matter (Lock and Janssen, 2001). This approach is based on observed correlations between the $LC_{50}$ of Cu to earthworms and soil organic matter content (Lock and Janssen, 2001). More recently, CEC has been shown to be the most important factor modifying Zn bioavailability in soils for both invertebrates and plants. Because CEC is a function, at least in part, of soil pH, normalization using this parameter should be done only among soils of similar pH ranges. However, comparison of field data with laboratory toxicity response information still is best accomplished by measuring metals in soil pore water from field assessments and comparing such data to spiked laboratory soils. Risk assessors can use the guidance document developed for establishing Ecological Soil Screening Levels or Eco SSL to judge the applicability of literature studies to plant or soil invertebrate toxicity threshold determinations. Eco SSLs have been developed for several metals, and the risk assessor should refer to these for national or regional assessments and for screening level, site-specific assessments.

### 6.3.6. Wildlife Toxicity

Toxicity in wildlife from metals exposures is generally poorly understood and is rarely quantified in field settings. A few notable exceptions are those mechanisms described in avian waterfowl exposure to Se (Adams et al., 2003), exposure of waterfowl to Pb-contaminated sediments (Henny et al., 2000; Beyer et al., 1998; Blus et al., 1991), and white-tailed ptarmigan exposure to Cd in vegetation (Larison et al., 2000). Most metals express multiorgan toxicity, resulting in a decrease in overall vigor, as opposed to well-defined mechanisms of action documented from organic xenobiotics such as pesticides. Typically, toxicological data used to assess the risk of many metals to wildlife are derived from laboratory species such as rats, mice, or domestic livestock species (e.g., cattle and chickens) exposed to soluble metal salts. Risk assessors will need to extrapolate the results of such tests to species of interest because of the paucity of data on the toxicity of metals to wildlife. However, risk assessors should approach this carefully due to the large amount of uncertainty that could be introduced into the risk assessment process (Suter, 1993).

Laboratory and domestic species may be more or less sensitive to chemicals than are the selected wildlife species. Toxicological responses vary among species because of many physiological factors that influence the toxicokinetics (absorption, distribution, and elimination) and toxicodynamics (relative potency) of metals after exposure has occurred. For example, differences in digestive tract physiology, renal excretion rates, and egg production influence the toxicokinetics of metals. The ability of some species to more rapidly produce protective proteins such as metallothionein after exposure to metals is a toxicodymamic features leading to interspecific extrapolation uncertainty. Thus, risk assessors should not extrapolate data from mammal studies to birds, and should be aware that extrapolation of data from rats (simple, monogastric digestive physiology) to ruminants introduces more uncertainty than does

extrapolation from rats to canids, and so on. In the case of metals, which some species are able to regulate or store in their tissues without experiencing toxic effects (i.e., biota-specific detoxification), extrapolations between species used to assess bioaccumulation and toxicity can be especially problematic. These difficulties in interspecific extrapolations are not unique to metals risk assessment except when dealing with essential elements. A review of potential extrapolation methodologies can be found in Kapustka et al. (2004).

> **Risk Characterization**
>
> Have the qualitative assessment, quantitative assessment, and key uncertainties regarding metals been presented in accordance with EPA guidelines?
>
> Do conclusions fully reflect risks in relation to ambient concentrations, essentiality of metals, chemical speciation, and information on variability in species sensitivity?
>
> Have assumptions and uncertainties been documented adequately?
>
> Have available data on mechanisms of action and metal interactions been fully explored in developing the quantitative assessment in accordance with EPA Guidance on Mixtures Risk Assessment?

Currently, the best sources of information for the risk assessor on wildlife metal toxicity thresholds are NAS/NRC (1994a, 1980), McDowell (2003), and the documentation supporting development of Eco SSLs values. The Eco SSL document also includes an approach for screening studies for acceptability for use in derivation of toxicity thresholds for risk assessments, which can then be used for deriving site-specific TRVs for the most applicable endpoints. Risk assessors should apply uncertainty factors for extrapolation of data to species in a different taxonomic category (e.g., genus, family or class) with caution and include a discussion of uncertainty in the risk characterization. Summaries for some metals are available in Beyer et al. (1996) and Fairbrother et al. (1996).

## 6.4.  RISK CHARACTERIZATION

Risk Characterization is the final phase of the risk assessment process, in which information from hazard characterization; dose-response assessment and exposure assessment are jointly considered to determine the actual likelihood of risk to exposed populations (U.S. EPA, 2000c, 1998a). The characterization also should discuss the uncertainties in the exposure and effects assessments, and the level of confidence in the overall determination of risk. At the same time, Risk Characterization is the first phase in the risk management process, in which information from the characterization is integrated into the consequences of rule-making or risk management, such as consideration of cost, alternative solutions, political considerations, community interactions.

Each Risk Characterization should include three components: a qualitative summary of each section of the risk assessment, a numerical risk estimate, and a description of assumptions and uncertainties. These descriptions of variability and uncertainty are particularly important for metals risk assessments given all the components and challenges discussed in this Framework document. These are in addition to the variability and uncertainties that are inherent in all risk

assessments (e.g., species to species toxicity extrapolations).  Because information, knowledge, and tools are lacking for many of the metal-specific uncertainties, risk assessors should be particularly diligent in documenting whether these may result in an over- or under-estimation of risk (i.e., result in a conservative risk estimate or not).  It is likely that site-specific risk assessments will have fewer uncertainties than regional or national scale assessments because risk assessors have access to local data on key issues such as specific metal species, relative bioavailability, or background metal levels.  For national or regional assessments, selection of ranges or specific numbers for these values will depend upon the degree of conservatism desired by the risk assessor and, therefore, should be clearly documented during the Risk Characterization phase.

# REFERENCES

Abernathy, CO; Cantilli, R; Du, JT.; Levander, OA (1993) Essentiality versus toxicity; some considerations in the risk assessment of essential trace elements. In: Saxena, J, ed. Hazard assessment of chemicals. Washington, DC: Taylor and Francis; pp. 81B113.

Adams, WJ; Brix, KV; Edwards, M; Tear, LM; DeForest, DK; Fairbrother, A. (2003) Analysis of field and laboratory data to derive selenium toxicity thresholds for birds. Environ Toxicol Chem 22(9):2020B2029.

AIHA (American Industrial Hygiene Association). (2003) The occupational environment:  its evaluation, control, and management. 2nd Edition. Dinardi, S, ed.  Fairfax, VA: AIHA Press; pp. 37B38.

Allen, HE. (2002) Bioavailability of metals in terrestrial ecosystems: importance of partitioning for bioavailability to invertebrates, microbes and plants. ISBN 1-880611-46-5.  Pensacola, FL: SETAC Press, 158 pp.

Allison, JD; Brown, DS; Novo-Gradac, KJ. (1991) MINTEQA2/PRODEFA2, a geochemical assessment model for environmental systems: version 3.0, user's manual. U.S.EPA ERL ORD, Athens, GA. EPA/600/3-91/021.

Andersen, ME; Clewell, HJ; Gargas, ML; Smith, FA; Reitz, RH. (1987) Physiologically based pharmacokinetics and the risk assessment process for methylene chloride. Toxicol Appl Pharmacol 87(2):185B205.

Ankley, GT; Phipps, GL; Leonard, EN; Benoit, DA; Mattson, VR. (1991) Acid-volatile sulfide as a factor mediating cadmium and nickel bioavailability in contaminated sediments. Environ Toxicol Chem 10:1299B1307.

Ankley, GT; Di Toro, DM; Hansen, DJ; Berry, WJ. (1996) Technical basis and proposal for deriving sediment quality criteria for metals. Environ Toxicol Chem 15(12):2056B2066.

ANZECC and ARMCANZ (Australian and New Zealand Environment and Conservation Council and Agriculture and Resource Management Council of Australia and New Zealand). (2000) Australian and New Zealand guidelines for fresh and marine water quality, Vols. 1 and 2. Available online at http://www.deh.gov.au/water/quality/nwqms/index.html#monitor

Arnold, PT; Kapustka, LA. (1993) Comparative uptake kinetics and transport of cadmium and phosphate in Phleum pratense-Glomus deserticolum associations. Environ Toxicol Chem 12:177B186.

ATSDR (Agency for Toxic Substance and Disease Registry), (2003) Toxicological profile for nickel, draft for public comment.  U.S. Public Health Service, U.S. Department of Human Services, (2003).  Atlanta, GA.

ATSDR (Agency for Toxic Substance and Disease Registry), Draft (2004) Evaluation of the toxicology of chemical mixtures commonly found at hazardous waste sites.  U.S. Public Health Service, U.S. Department of Human Services, (2004).  Atlanta, GA.

AWWA (American Water Works Association). (1999)  Water quality and treatment. A handbook of community water supplies.  5th ed. 1233 pp.  ISBN 0-07-001659-3.  New York, NY.

Baas-Becking, LGM; Kaplan, IR; Moore, D. (1960) Limits of the natural environment in terms of pH and oxidation-reduction potentials. J Geol 68:243B284.

Babukutty, Y; Chacko, J. (1995) Chemical partitioning and bioavailability of lead and nickel in an estuarine system. Environ Toxicol Chem 14:427B434.

Bailey, RG. (1983) Delineation of ecosystem regions. Environ. Management 7(4): 365-373.

Bailey, RG; Avers, PE; King, T; McNab, WH, eds. (1994) Ecoregions and subregions of the United States (map) US Geological Survey.  Scale 1:7,500,000.  Washington, DC: USDA Forest Service. With supplementary table of map unit descriptions, compiled and edited by W. H. McNab and R. G. Bailey. Available online at http://www.fs.fed.us/land/pubs/ecoregions/toc.html

Baines, SB; Fisher, NS; Stewart, R. (2002) Assimilation and retention of selenium and other trace elements from crustacean food by juvenile striped bass (Morone saxatilis). Limnol Oceanogr 47(3):646-655.

Ballatori, N. (2002) Transport of toxic metals by molecular mimicry. Environ Health Perspect 110(Suppl 5):689B694.

Barak, P. (1999) Essential elements for plant growth. Department of Soil Science, University of Wisconsin-Madison. Available online at http://www.soils.wisc.edu/~barak/soilscience326/essentl.htm.

Barber, SA. (1995) Soil nutrient bioavailability: a mechanistic approach, 2nd ed. New York, NY: John Wiley & Sons.

Barnes, RM. (1990) Childhood soil ingestion: how much dirt do kids eat? Anal Chem 62(19):1023B1033.

Barnhart, J. (1997) Chromium chemistry and implications for environmental fate and toxicity. J Soil Contam 6(6):561-568.

Basta, NT; Pantone, DJ; Tabatabai, MA. (1993) Path analysis of heavy metal adsorption by soil. Agron J 85:1054B1057.

Beck, BD; Mattuck, RL; Bowers, TS; Cohen, JT; O'Flaherty, E. (2001) The development of a stochastic physiologically-based pharmacokinetic model for lead. Sci Total Environ 274(1-3):15B19.

Bell, PF; Adamu, CA; Mulchi, CL; McIntosh, M; Chaney, RL. (1988) Residual effects of land applied municipal sludge on tobacco. I. Effects on heavy metals concentrations in soils and plants. Tob Sci 32:33B38.

Berglund, M; Askesson, A; Nermell, B; Vahter, M. (1994) Intestinal absorption of dietary cadmium in women depends on body stores and fiber intake. Environ Health Perspect 102(12):1058B1065.

Berry, WJ; Hansen, DJ; Mahony, JD; D.L. Robson, DL; DiToro, DM; Shipley, BP; Rogers, B; Corbin, JM and W.S. Boothman, WS. (1996) Predicting the toxicity of metal-spiked laboratory sediments using acid-volatile sulfide and interstitial water normalizations. Environ Toxicol Chem 15(12):2067B2079.

Beyer, WN; Heinz, GH; Redmon-Norwood, AW. (1996) Environmental contaminants in wildlife: intepreting tissue concentrations.  Boca Raton, FL: Lewis Publishers.

Beyer, WN; Audet, DJ; Morton, A; Campbell, JK; LeCaptain, L. (1998) Lead exposure of waterfowl ingesting Coeur d'Alene River Basin sediments. J Environ Qual 27(6):1533B1538.

Bingham, FT; Sposito, G; Strong, JE. (1986) The effect of sulfate on the availability of cadmium. Soil Sci 141(2):172B177.

Bjerregaard, P; Topçuoglu, S; Fisher, NS; Fowler, SW. (1985) Accumulation and retention of 237Pu and 241Am in the mussel Mytilus edulis. Mar Ecol Prog Ser 21:99B111.

Blus, LJ; Henny, CJ; Hoffman, DJ; Grove, RA. (1991) Lead toxicosis in tundra swans near a mining and smelting complex in northern Idaho. Arch Environ Contam Toxic 21:549B555.

Bodek, IB; Lyman, WJ; Reehl, WF; Rosenblatt, DH, eds. (1988) Environmental inorganic chemistry: properties, processes, and estimation methods. SETAC Spec. Publ. Ser. New York, NY: Pergamon Press.

Bohn, HL; McNeal, BL; O'Connor, GA. (1985) Soil chemistry, 2nd ed. New York, NY: John Wiley & Sons.

Bolger, PM; Yess, NJ; Gunderson, EL; Troxell TC; Carrington CD. (1996)  Identification and reduction of sources of dietary lead in the United States.  Food Additives Contam 13:53B60.

Borgmann, U; Norwood, WP; Dixon, DG. (2004) Re-evaluation of metal bioaccumulation and chronic toxicity in Hyalella azteca using saturation curves and the biotic ligand model. Environ Pollut 131(3):469-484.

Bose, A; Vashistha, K; O'Loughlin, BJ: (1983) Azarcón por empacho - another cause of lead toxicity. Pediatrics 72(1): 106-108.

Bowers, TS; Beck, BD; Karam, HS. (1994) Assessing the relationship between environmental lead concentrations and adult blood lead levels. Risk Anal 14(2):183B189.

Bradham, KD. (2002) Effect of soil properties on the bioavailability and toxicity of metals to Eisenia andrei. Ph.D. dissertation. Dept. of Zoology, Oklahoma State University.

Brown, DS; Allison, JD. (1987)  MINTEQA1, an Equilibrium Metal Speciation Model.  User's Manual. U.S. Environmental Protection Agency, Athens, GA.  EPA-600-3-87-012.

Brown, GE, Jr; Foster, AL; Ostergren, JD. (1999) Mineral surfaces and bioavailability of heavy metals: a molecular-scale perspective. Proc Natl Acad Sci 96(7):3388B3395.

Brown, SL; Henry, CL; Compton, H; Chaney, RL, Pamnella, D. (2000) Using municipal biosolids in combination with other residuals to restore metal-contaminated mining areas. In: Proceedings of a symposium on mining, forest and land restoration: the successful use of residual/biosolids/organic matter for reclamation activities. Rocky Mountain Water Environment Association. July 17B20, Denver, CO.

Brumbaugh, WG; Ingersoll, CG; Kemble, NE; May, TW; Zajicek, JL. (1994) Chemical characterization of sediments and pore water from the Upper Clark Fork River and Milltown Reservoir, Montana. Environ Sci Chem 13:1971B1983.

Bullock, OR. (2000a) Current methods and research strategies for modeling atmospheric mercury. Fuel Proc Technol 65B66:459B471.

Bullock, OR. (2000b) The importance of emissions speciation to the atmospheric transport and deposition of mercury. Presented at: EPA Conference on Assessing and Managing Mercury From Historic and Current Mining Activities, San Francisco, CA, November 28 30.

Bullock, OR; Brehme, KA. (2002) Atmospheric mercury simulation using the CMAQ model: formulation description and analysis of wet deposition results. Atmos Environ 36(13):2135B2146.

Butcher, J; Diamond, J; Bearr, J; Latimer, H; Klaine, T; Hoang, T; Bowersox, M. (2006) Toxicity models of pulsed copper exposure to Pimephales promelas and Daphnia magna. Environ Toxicol Chem 25(9):2541-2550.

Calabrese, EJ; Stanek, EJ; Gilbert, CE; Barnes, RM. (1990) Preliminary adult soil ingestion estimates: results of a pilot study. Regul Toxicol Pharmacol 12(1):88B95.

Calamari, D; Alabaster, JS. (1980) An approach to theoretical models in evaluating the effects of mixtures of toxicants in the aquatic environment. Chemosphere 9(9):533B538.

Campbell, PGC. (1995) Interactions between trace metals and aquatic organisms: a critique of the free ion activity model.  In: Tessier, A; Turner, DR, eds. Metal speciation and bioavailability in aquatic systems. Chichester, UK: Wiley; pp. 45B102.

Campbell, PGC; Hansen, HJ; Dubreuil, B; Nelson, WO. (1992) Geochemistry of Quebec North Shore salmon rivers during snowmelt: organic acid pulse and aluminum mobilization. Can J Fish Aquat Sci 49:1938B1952.

Capar, SG; Cunningham, WC. (2000) Element and radionuclide concentrations in food: FDA total diet study 1991-1996. J AOAC Internat 83(1):157B177.

Carignan, R; Tessier, A. (1985) Zinc deposition in acid lakes: the role of diffusion. Science 228(4707):1524B1526.

Carlisle, J; Christopher, J; Davis, B; Klein, K; Renzi, B; Wade, M. (2000) Updated version of the California EPA lead risk assessment spreadsheet model for predicting blood lead in children and adults. Society of Toxicology, March. Available online at http://www.dtsc.ca.gov/AssessingRisk/HERD_Research_Presentations.cfm.

Carlisle, JC; Wade, MJ. (1992) Predicting blood lead concentrations from environmental concentrations. Regul Toxicol Pharmacol 16(3):280B289.

Carlson, AR; Phipps, GL; Mattson, VR (1991) The role of acid-volatile sulfide in determining cadmium bioavailability and toxicity in freshwater sediments. Environ Toxicol Chem 10:1309B1319.

Casas, AM; Crecelius, EA. (1994) Relationship between acid volatile sulfide and the toxicity of zinc, lead and copper in marine-sediments. Environ Toxicol Chem 13:529B536.

CDC (Centers for Disease Control and Prevention). (1981) Use of lead tetroxide as a folk remedy for gastrointestinal illness. Morbidity and Mortality Weekly Report 30(43):546-547.

CDC (Centers for Disease Control and Prevention). (1982) Lead poisoning from lead tetroxide used as a folk remedy--Colorado. Morbidity and Mortality Weekly Report 30(52):647-648.

CDC (Centers for Disease Control and Prevention). (1983) Folk remedy-associated lead poisoning in Hmong children--Minnesota. Morbidity and Mortality Weekly Report 32:555-556. Available online at http://www.cdc.gov/mmwr/preview/mmwrhtml/00000165.htm.

CDC (Centers for Disease Control and Prevention). (2003) Second national report on human exposure to environmental chemicals. January. NCEH Pub No. 03-0022.

CDC (Centers for Disease Control and Prevention). (2005) Third National report on human exposure to environmental chemicals. July. NCEH Pub. No. 05-0570. Available online at http://www.cdc.gov/exposurereport/3rd/pdf/thirdreport.pdf.

Chaney, RL. (1980) Health risks associated with toxic metals in municipal sludge. In; Bitton, G; Damron, BL; Edds, GT; Davidson, JM; eds. Sludge–Health risks of land application. Ann Arbor, MI: Ann Arbor Science Publishers, Inc.; pp. 59B83.

Chaney, RL; Ryan, JA. (1993) Heavy metals and toxic organic pollutants in MSW-composts: Research results on phytoavailability, bioavailability, etc. In: Hoitink, AJ; Keener, HM, eds. Science and engineering of composting: Design, environmental, microbiological and utilization aspects. Columbus, OH: Ohio State University; pp. 451B506.

Chaney, RL; Ryan, JA. (1994) Risk based standards for arsenic, lead and cadmium in urban soils. Frankfurt, Germany: DECHMEA.

Chaney, RL; Brown, SL; Angle, JS; Stuczynski, TI; Daniels, WL; Henry, CL; Siebielec, G; Li, YM; Malik, M; Ryan JA and Compton H. (2000) In situ remediation/reclamation/restoration of metals contaminated soils using tailor made biosolids mixtures. In: Proceedings of Mining, Forest and Land Restoration Symposium/Workshop. Rocky Mountain Water Environment Association Biosolids Committee, July 17 19, Golden, CO.

Chang, SI; Reinfelder, JR. (2000) Bioaccumulation, subcellular distribution and trophic transfer of copper in a coastal marine diatom. Environ Sci Technol 34(23):4931-4935.

Chapman, PM; Wang, F. 1998. Issues in ecological risk assessments of inorganic metals and metalloids. Available online at http://www.uoguelph.ca/cntc/files/era-metals.pdf. HERAC(6):965-988.

Chen, Z; Mayer, LM. (1998) Mechanisms of Cu solubilization during deposit feeding. Environ Sci Technol 32(6):770–775.

Chen, Z; Mayer, LM. (1999) Sedimentary metal bioavailability determined by the digestive constraints of marine deposit feeders: Gut retention time and dissolved amino acids. Mar Ecol Prog Ser 176: 139–151.

Choudhury, H; Harvey, T; Thayer, WC; Lockwood, TF; Stiteler WM; Goodrum, PE; Hassett, JM; Diamond, GL (2001) Urinary cadmium elimination as a biomarker of exposure for evaluating a cadmium dietary exposure-biokinetics model. J Toxicol Environ Health 63:101B130.

Clarke, RH. (1995) ICRP recommendations applicable to the mining and minerals processing industries and to natural sources. International Commission on Radiological Protection. Health Phys 69:454B460.

Clarkson, TW. (1993) Molecular and ionic mimicry of toxic metals. Ann Rev Pharmacol Toxicol 32:545B571.

Clason, B; Langston, WJ; Zauke, GP. (2004) Bioaccumulation of trace metals in the amphipod Chaetogammarus marinus (Leach, 1815) from the Avon and Tamar estuaries (UK): comparison of two-compartment and hyperbolic toxicokinetic models. Marine Environ Res 57(3):171-195.

Clayton, CA; Pellizzari, ED; Whitmore, R; Perritt, RL. and Quackenboss, JJ. (1999)  National human exposure assessment survey (NHEXAS): distributions and associations of lead, arsenic and volatile organic compounds in EPA Region 5. J Exp Anal Environ Epidemiol 9(5):381B392.

Clayton, CA; Pellizzari, ED; Quackenboss, JJ. (2002) National Human Exposure Assessment Survey: analysis of exposure and routes for arsenic and lead in EPA Region 5. J Exp Anal Environ Epidemiol 12(1):29B43.

Cohen, JT; Beck, BD; Bowers, TS; Bornschein, RL; Calabrese, EJ. (1998) An arsenic exposure model: Probabilistic validation using empirical data. Hum Ecol Risk Assess 4(2):341B377.

Cohen, SM; Klaunig, J.; Meek, ME; Hill, RN; Pastoor, T; Lehman-McKeeman, L.; Bucher, J; Longfellow, DG; Seed, J; Dellarco, V; Fenner-Crisp, P; Dorothy, P. (2004) Evaluating the human relevance of chemically induced animal tumors. Toxicol Sci 78(2):181–186.

Conder, JM; Seals, LD; Lanno, RP. (2002) Method for determining toxicologically relevant cadmium residues in the earthworm Eisenia fetida. Chemosphere 49:1B7.

Cook, PM; Carlson, AR; Lee, H. (1989) Tissue residue approach. In: Sediment classification methods compendium, Chapter 7. U.S. EPA Office of Water, Washington, DC; EPA 823-R-92-006.

Cook, PM; Erickson, RJ; Spehar, RL; Bradbury, SP; Ankley, GT. (1993) Interim report on data and methods for assessment of 2,3,7,8-tetrachlorodibenzo-p-dioxin risks to aquatic life and associated wildlife. U.S. EPA, Office of Research and Development, Duluth, MN; EPA/600/R-93/055.

Crecelius, EA; Hardy, JT; Gibson, CI; Schmidt, RL; Apts CW; Gurtisen, JM and Joyce, SP. (1982) Copper bioavailability to marine bivalves and shrimp: Relationship to cupric ion activity. Mar Environ Res 6:13B26.

Crommentuijn, T; Doodeman, CJAM; Doornekamp, A; Van der Pol, JJC; Bedaux, JJM; van Gestel, CAM (1994) Lethal body concentrations and accumulation patterns determine time-dependent toxicity of cadmium in soil arthropods. Environ Toxicol Chem 13(17):1781B1789.

Crommentuijn, T; Doodeman, CJAM; Van der Pol, JJC; Doornekamp, A; Rademaker, MCJ; van Gestel, CAM (1997) Bioavailability and ecological effects of cadmium on Folsomia candida (Willem) in an artificial soil substrate as influenced by pH and organic matter. Appl Soil Ecol 5:261B271.

Dabeka, RW; McKenzie, AD. (1995) Survey of lead, cadmium, fluoride, nickel, and cobalt in food composites and estimation of the dietary intakes of these elements by Canadian adults and children.  J AOAC Internat 78(4):897B909.

Dabeka, RW; McKenzie, AD; Lacroix, GM; Cleroux, C; Bowe, S; Graham, RA; Conacher, HB; Verdier P. (1993) Survey of arsenic in total diet food composites and estimation of the dietary intake of arsenic by Canadian adults and children.  J AOAC Internat 76(1):14B25.

Dang, W; Chen, J; Mottl, N; Phillips, L; Wood, P; McCarthy, S; Lee, R; Helmke, M; Nelson, M; Coon, K. (2003) A probabilistic risk assessment for children who contact CCA-treated playsets and decks.
Available online at
http://www.epa.gov/scipoly/sap/meetings/2003/december3/shedsprobabalisticriskassessmentnov03.pdf.

Degryse, F; Buekers, J; Smolders, E. (2004) Radio-labile cadmium and zinc in soils as affected by pH and source of contamination.  European Journal of Soil Science 55(1): 113-122.

Delos, CG; Richardson, WL; DePinto, JV; Ambrose, RB; Rodgers, W; Rygwelski, K; St. John, J; Shaughnessy, WJ; Faha, TA. (1984) Technical guidance manual for performing waste load allocations: Book II, streams and rivers. Chapter 3: Toxic Substances. U.S. Environmental Protection Agency, Office of Water, Washington, DC; EPA/440/9-84-022.

DeMoor, JM; Koropatnick, DJ. (2000) Metals and cellular signaling in mammalian cells. Cell Mol Biol 46(2):367-81.

De Schamphelaere, KAC; Janssen, CR. (2002) A biotic ligand model predicting acute copper toxicity for Daphnia magna: The effects of calcium, magnesium, sodium, potassium and pH. Environ Sci Technol 36(1):48B54.

De Schamphelaere, KAC; Janssen, CR. (2004) Development and field validation of a biotic ligand model predicting chronic copper toxicity to Daphnia magna. Environ Toxicol Chem 23(6):1365B1375.

De Schamphelaere, KAC; Heijerick, DG; Janssen, CR. (2002) Refinement and field validation of a biotic ligand model predicting acute copper toxicity to Daphnia magna. Special issue: the biotic ligand model for metalsCcurrent research, future directions, regulatory implications. Comp Biochem Physiol C 133(1-2):243B258.

De Schamphelaere, KAC; Vasconcelos, FM; Heijerick, DG; Tack, FMG;  Delbeke, K; Allen,HE;  Janssen, CR. (2003) Development and field validation of a predictive copper toxicity model for the green alga Pseudokirchneriella subcapitata. Environ Toxicol Chem 22(10): 2454-2465.

De Schamphelaere, KAC; Vasconcelos, FM; Tack, FMG; Allen, HE; Janssen, CR. (2004) Effect of dissolved organic matter source on acute copper toxicity to Daphnia magna. Environ Toxicol Chem 23(5):1248-1255.

Diamond, ML. (1995) Application of a mass balance model to assess in-place arsenic pollution. Environ Sci Technol 29(1):29-42.

Diamond ML; Mudroch A. (1990) Review of techniques for quantifying the transfer of contaminants and nutrients from bottom sediments. National Water Research Institute Contribution No. 90-43, National Water Research Institute, Environment Canada, Burlington, Ontario, Canada.

Di Toro, DM; Mahony, JD; Hansen, DJ; Scott, KJ; Hicks, MB; Mayr, SM; Redmond, MS. (1990) Toxicity of cadmium in sediments: the role of acid volatile sulfide. Environ Toxicol Chem 9:1487B1502.

Di Toro, DM; Mahony, JD; Hansen, DJ; Scott, KJ; Carlson, AR; Ankley, GT. (1992) Acid volatile sulfide predicts the acute toxicity of cadmium and nickel in sediments. Environ Sci Tech 26(1):96-101.

Di Toro, DM, Allen, HE; Bergman, HL; Meyer, JS; Paqiun, PR; Santore, RC. (2001) Biotic ligand model of the acute toxicity of metals. I. technical basis. Environ Tox Chem 20(10):2383B2396.

Dzombak, DA; Ali, MA. (1993)  Hydrochemical modeling of metal fate and transport in freshwater environments. Water Pollut Res J Can 28(1):7B50.

ECETOC (European Centre for Ecotoxicology and Toxicology of Chemicals). (2001) Aquatic toxicity of mixtures. Technical Report No. 80. Brussels, Belgium; 63 pp.

Efroymson, RA; Sample, BE; Suter GW, II. (2004) Bioaccumulation of inorganic chemicals from soil by plants: Spiked soils vs. field contamination on background.  Hum Ecol Risk Assess 10(6) 1117-1127.

Egan, SK; Tao, SS; Pennington, JA; Bolger, PM. (2002) U.S. Food and Drug Administration=s total diet study: intake of nutritional and toxic elements, 1991-1996. Food Addit Contam 19(2):103-125.

Ellis, KJ; Vartsky, D; Zanzi, I; Cohn, SH; Yasumura, S. (1979) Cadmium: in vivo measurement in smokers and nonsmokers.  Science 205:323B325.

Enserink, EL; Maas-Diepeveen, JL; Van Leeuwen, CJ. (1991) Combined effects of metals: an ecotoxicological evaluation. Water Res 25(6):679B687.

Erickson, RJ; Benoit, DA; Mattson, VR; Nelson , HP Jr.; Leonard, EN. (1996) The effects of water chemistry on the toxicity of copper to fathead minnows. Environ Toxicol Chem 15(2): 181-193.

Escher, BI; Hermens, JLM. (2002) Modes of action in ecotoxicology: their role in body burdens, species sensitivity, QSARs, and mixture effects. Environ Sci Technol 36(2):4201-4217.

Fairbrother, A; Kapustka, LA. (1997) Hazard classification of inorganic substances in terrestrial systems: a discussion paper. Ottawa, Canada: International Council on Metals and the Environment.

Fairbrother, A; Locke, L; Hoff, GL, eds. (1996) Non-infectious diseases of wildlife. 2nd ed. Ames, IA: Iowa State University Press.

Fairbrother, A; Glazebrook, PW; van Straalen, NM; Tarazona, JV, eds. (2002) Test methods for hazard determination of metals and sparingly soluble metal compounds in soils. Pensacola, FL: SETAC Press.

Fan, W; Wang, W-X. (2001) Sediment geochemical controls on Cd, Cr, and Zn assimilation by the clam Ruditapes philippinarum. Environ Toxicol Chem 20(10):2309B2317.

Fargašová, A. (2001) Winter third- to fourth-instar larvae of Chironomus plumosus as bioassay tools for assessment of acute toxicity of metals and their binary combinations. Ecotoxicol Environ Saf 48(1):1B5.

Finney, DJ. (1947) Probit analysis: a statistical treatment of the sigmoidal response curve. Cambridge, UK: Cambridge University Press.

Fisher, NS; Reinfelder, JR. (1995) The trophic transfer of metals in marine systems. In: Tessier, A; Turner, DR, eds. Metal speciation and bioavailability in aquatic systems. Chichester, UK: Wiley; pp. 363-406.

Fisher, NS; Teyssié, J-L; Fowler, SW; Wang, W-X. (1996) Accumulation and retention of metals in mussels from food and water: a comparison under field and laboratory conditions. Environ Sci Technol 30(11):3232B3242.

Fisher, NS; Stupakoff, I; Sañudo-Wilhelmy, SA; Wang, W-X; Teyssié, J-L; Fowler, SW; Crusius, J. (2000) Trace metals in marine copepods: a field test of a bioaccumulation model coupled to laboratory uptake kinetics data. Mar Ecol Prog Ser 194:211-218.

Forstner, U. (1995)  Non-linear release of metals from aquatic sediments. In: Salomons, W; Stigliani, WM, eds. Biogeodynamics of pollutants in soils and sediments. Germany: Springer-Verlag.

Freeman, GB; Johnson, JD; Killinger, JM;  Liao, SC; Davis, AO; Ruby, MV; Chaney, RL; Lovre, SC; Bergstrom, PD. (1993) Bioavailability of arsenic in soil impacted by smelter activities following oral administration in rabbits. Fundam Appl Toxicol 21(1):83B88.

Freeman, GB; Schoof, RA; Ruby, MV; Davis, AO; Dill, JA; Liao, SC; Lapin, CA; Bergstrom, PD. (1995) Bioavailability of arsenic in soil and house dust impacted by smelter activities following oral administration in cynomolgus monkeys. Fundam Appl Toxicol 28(2):215B222.

Friis, L; Petersson, L; Edling, C. (1998) Reduced cadmium levels in human kidney cortex in Sweden. Environ Health Perspect 106(4):175B178.

Gagnon, C; Fisher, NS. (1997) The bioavailability of sediment-bound Cd, Co, and Ag to the mussel Mytilus edulis. Can J Fish Aq Sci 54:147-156.

Geffner, ME; Sandler, A. (1980) Oral metallic mercury: a folk remedy for gastroenteritis. Clinical Pediatrics 19(6): 435–437.

George, E; Römheld, V; Marschner, H. (1994) Contribution of Mycorrhizal fungi to micronutrient uptake by plants. In: Manthey, JA; D.E. Crowley, DE; Luster, DG; eds. Biochemistry of metal micronutrients in the rhizosphere. Boca Raton, FL: Lewis Publishers; pp. 93B110.

Gobas, FAPC: (1993) A model for predicting the bioaccumulation of hydrophobic organic chemicals in aquatic food webs: application to Lake Ontario. Ecol Modell 69(1-2):1-17.

Goyer, R; Golub, M; Choudhury, H; Hughes, M; Kenyon, E; Stifelman, M. (2004) Issue paper on the human health effects of metals. August 19, 2004. Available online at http://cfpub.epa.gov/ncea/raf/recordisplay.cfm?deid=59052

Graziano, JH; Blum, CB; LoIacono, NJ; Slavkovich, V; Manton, WI; Pond, S; Moore, MR. (1996) A human in vivo model for the determination of lead bioavailability using stable isotope dilution. Environ Health Perspect 104:176B179.

Griffith, GE; Omernik, JM; Woods, AJ. (1999) Ecoregions, watersheds, basins, and HUCs: how state and federal agencies frame water quality. Soil and Water Conserv 54(4):666-677.

Griscom, SB; Fisher, NS; Luoma, SN. (2002) Kinetic modeling of Ag, Cd and Co bioaccumulation in the clam Macoma balthica: quantifying dietary and dissolved sources. Mar Ecol Prog Ser. 240:127-141.

Gunderson, BL. (1995) FDA total diet study, July 1986-April 1991, dietary intakes of pesticides, selected elements, and other chemicals.  J AOAC Internat 78(6):1353B1363.

Guo, Z. (2002) Review of indoor emission source models. Overview Environ Pollut 120(3):533B549.

Hamon, R; McLaughlin, MJ; Naidu, R; Correll, R. (1998) Long-term changes in cadmium bioavailability in soil. Environ Sci Technol 32(23):3699-3703.

Handy, RD. (1993) The effect of acute exposure to dietary Cd and Cu on organ toxicant concentrations in rainbow trout, Oncorhynchus mykiss.  Aquat Toxicol 27:1-14.

Hanson, DJ; Berry, WJ; Mahony, JD; Boothman, WS; DiToro, DM; Robson, DL; Ankley, GT; Ma, D; Yan, Q; Pescht, CE. (1996) Predicting the toxicity of metal contaminated field sediments using interstitial concentrations of metals and acid volatile sulfide normalizations. Environ Toxicol Chem 15(12):2080B2094.

Hare, L; Tessier, A; Borgmann, U. (2003) Metal sources for freshwater invertebrates: pertinence for risk assessment. Human Ecol Risk Assess 9:779B793.

Hathcock, JN (1996) Safety limits for nutrients. J Nutr 126(9):2386S-2389S.

Hawley, JK. (1985) Assessment of health risk from exposure to contaminated soil. Risk Anal 5(4):289B302.

Haygarth, PM; Jones, KC. (1992) Atmospheric deposition of metals to agricultural surfaces. In: Adriano, DC, ed. Biogeochemistry of trace metals. Boca Raton, FL: CRC/Lewis Publishers; pp. 249B276.

Heijerick, DG; de Schamphelaere; KAC; Janssen, CR.  (2000) Predicting acute zinc toxicity for Daphnia magna as a function of key water chemistry characteristics: development and validation of a biotic ligand model. Environ Toxicol Chem 21(6):1309-1315.

Heijerick, DG; De Schamphelaere, KAC; Janssen, CR. (2002) Biotic ligand model development predicting Zn toxicity to the alga Pseudokirchneriella subcapitata: possibilities and limitations. Comp Biochem Physiol C133(1-3):207-218.

Henderson, RF; Bechtold, WE; Bond, JA; Sun, JD. (1989) The use of biological markers in toxicology. Crit Rev Toxicol 20:65-82.

Henny, CJ; Blus, LJ; Hoffman, DJ; Sileo ,L; Audet, DJ; Snyder, MR. (2000)  Field evaluation of lead effects on Canada geese and mallards in the Coeur d'Alene River Basin, Idaho. Arch Environ Contam Toxicol 39(1):97B112.

Herkovits, J; Pérez-Coll, CS; Herkovits, FD. (1999) Evaluation of nickel-zinc interactions by means of bioassays with amphibian embryos. Ecotoxicol Environ Safe 45(3):266-273.

Hook, SE. (2001) Sublethal toxicity of metals to copepods. Ph.D. dissertation. State University of New York (SUNY) at Stony Brook.

Hook SE; Fisher, NS. (2001a) Reproductive toxicity of metals in calanoid copepods. Mar Biol 138:1131-1140.

Hook SE; Fisher, NS. (2001b) Sublethal effects of silver in zooplankton: importance of exposure pathways and implications for toxicity testing. Environ Toxicol Chem 20:568-74.

Hook, SE; Fisher, NS. (2002) Relating the reproductive toxicity of five ingested metals in calanoid copepods with sulfur affinity. Marine Environ Res 53(2):161B174.

Hostynek, JJ; Hinz, RS; Lorence, CR; Guy, RH. (1998) Human skin penetration by metal compounds. In: Roberts, MS; Walters, KA; eds. Dermal absorption and toxicity assessment. NewYork, NY: Marcel Dekker, Inc.

Hudson, RJM; Gherini, SA; Watras, CJ; Porcella, DB. (1994) A mechanistic model for the biogeochemical cycle of mercury in lakes. In: Watras, CJ; Huckabee, JW; eds. Mercury as a global pollutant. Chelsea, MI: Lewis Publishers.

Huheey, JE; Keiter EA; Keiter, RI. (1993)  Inorganic chemistry–principles of structure and reactivity. 4th ed. New York: Harper Collins College Publishers, 964 pp.

Hursh, JB; Clarkson, TW; Miles, EF; Goldsmith, LA. (1989) Percutaneous absorption of mercury vapor by man. Arch Environ Health 44(2):120B127.

IARC (International Agency for Research on Cancer). (2004) Recent Meetings Volume 87: Inorganic and organic lead compounds 10–17 February 2004.  IARC Monographs on the Evaluation of Carcinogenic Risk to Humans. Available online at http://monographs.iarc.fr/ENG/Meetings/vol87.php

IARC (International Agency for Research on Cancer). (2004b) Volume 84: Some drinking-water disinfectants and contaminants, including arsenic.  Available online at http://monographs.iarc.fr/ENG/Monographs/vol84/volume84.pdf .

Ilyin, LA; Ivannikov, AT; Parfenov, YD; Stolyarov, VP. (1975) Strontium absorption through damaged and undamaged human skin.  Health Phys 29(1):75B80.

IPCS (International Programme on Chemical Safety). (1990b) Beryllium.  Environmental health criteria document No. 106.  Geneva, Switzerland.  Available online at http://www.inchem.org/documents/ehc/ehc/ehc106.htm.

IPCS (International Programme on Chemical Safety). (1994a) Environmental health criteria 170, assessing human health risks of chemicals: derivation of guidance values for health-based exposure limits. Available online at http://www.inchem.org/documents/ehc/ehc/ehc170.htm.

IPCS (International Programme on Chemical Safety). (1994b) Environmenal health criteria 155, biomarkers and risk assessment: concepts and principles. United Nations Environment Programme, International Labour Organization, World Health Organization. Available online at http://www.inchem.org/documents/ehc/ehc/ehc155.htm
IPCS (International Programme on Chemical Safety). (1999) Environmental health criteria 210, principles for the assessment of risks to human health from exposure to chemicals. United Nations Environment Programme, International Labour Organization, World Health Organization.

IPCS (International Programme on Chemical Safety). (2000) Environmental health criteria 214, human exposure assessment. United Nations Environment Programme, International Labour Organization, World Health Organization. Available online at http://www.inchem.org/documents/ehc/ehc/ehc214.htm.

IPCS (International Programme on Chemical Safety). (2001) Environmental health criteria 222, biomarkers in risk assessment: validity and validation. United Nations Environment Programme, International Labour Organization, World Health Organization. Available online at  http://www.inchem.org/documents/ehc/ehc/ehc222.htm.

IPCS (International Programme on Chemical Safety). (2002) Environmental health criteria 228, principles and methods for the assessment of risk from essential trace elements, United Nations Environment Programme, International Labour Organization, World Health Organization. Available online at http://www.inchem.org/documents/ehc/ehc/ehc228.htm.

Jaffe, D; Landis, MS; Weisspenzias, P; et al. (2003) Comments on "mercury concentrations in coastal California precipitation: Evidence of local and trans Pacific fluxes of mercury to North America," by Steding and Flegal. J Geophys Res Atmos 108(D17): ACH 11 1BACH 11 2.

James, AC; Stahlhofen, W; Rudolf, GR; Köbrich, R; Briant, KS; Egan, MJ; Nixon, W; Birchall, A. (1994) Deposition of inhaled particles. Annals of the ICRP (Pub. No. 66) 24(1B3):231B299.

James, BR; Petura, JC; Vitale, RJ; Mussoline, GR. (1997) Oxidation-reduction chemistry of chromium: Relevance to the regulation and remediation of chromate-contaminated soils. Soil Contam 6(6):569-580.

Janssen, C; Muyssen, B. (2001) Essentiality of metals: consequences for environmental risk assessments. Fact sheet #5 on environmental risk assessment. Ottawa, Ontario, Canada: International Council on Metals and the Environment.

Jarman, WM; Hobson, KA; Sydeman, WJ; Bacon, CE; McLaren, EB. (1996) Influence of trophic position and feeding location on contaminant levels in the Gulf of the Farallones food web revealed by stable isotope analysis. Environ Sci Technol 30(2):654-660.

Jing, J; Logan, T. (1992) Effects of sewage sludge cadmium concentration on chemical extractability and plant uptake. J Environ Qual 21:73B81.

Kabata-Pendias, A; Pendias, H. (2001) Trace elements in soil and plants.  Boca Raton, FL: CRC Press; pp. 396.

Kahle, J; Zauke, G-P. (2003) Bioaccumulation of trace metals in the Antarctic amphipod Orchomene plebs: evaluation of toxicokinetic models. Marine Environ Res 55(5):359B384.

Kapustka, LA; Clements, WH; Ziccardi, L; Paquin, PR; Sprenger, M; Wall, D. (2004)  Issue paper on the ecological effects of metals.  Available online at http://cfpub1.epa.gov/ncea/raf/recordisplay.cfm?deid=86119.

Kidd, KA; Hesslein, RH; Fudge, RP; Hallard, KA.  (1995) The influence of trophic level as measured by delta-n-15 on mercury concentrations in fresh-water organisms.  Water Air and Soil Pollution 80(1-4):1011-1015.

Kimber, I; Basketter, DA. (1996) Contact hypersensitivity to metals.  In:  Chang LW; Toxicology of metals. Boca Raton, FL: CRC Press; pp. 827-834.

Kiss, T; Osipenko, ON. (1994) Toxic effects of heavy metals on ionic channels. Pharmacol Rev 46(3):245-67.

Könemann, H. (1981) Quantitative structure-activity relationships in fish toxicity studies Part 1: relationship for 50 industrial pollutants. Toxicology 19(3):209-221.

Krishnan, K; Andersen, ME. (1994) Physiologically based pharmacokinetic modeling in toxicology In: Hayes, AW, ed. Principles and methods in toxicology, 3rd ed. New York, NY: Raven Press, Ltd.; pp. 149B188.

Landis, MS; Stevens, RK. (2003)  Comments on "Measurements of atmospheric mercury species at a coastal site in the Antarctic and over the south Atlantic Ocean during polar summer."  Environ Sci Technol 37(14):3239B3240.

Landrum, PF; Lee, H; Lydy, MJ. (1992) Toxicokinetics in aquatic systems: model comparisons and use in hazard assessment. Environ Toxicol Chem 11(12):1709-1725.

Landrum, PF; Steevens, JA; Gossiaux, DC; McElroy, M; Robinson, S; Begnoche, L; Chernyak, S; Hickey, J. (2004) Time-dependent lethal body residues for the toxicity of pentachlorobenzene to Hyalella azteca. Environ Toxicol Chem 23(5):1335-1343

Landrum, PF; Steevens, JA; McElroy, M; Gossiaux, DC; Lewis, JS; Robinson, SD. (2005) Time-dependent toxicity of dichlorodiphenyldichloroethylene to Hyalella azteca. Environ Toxicol Chem 24(1):211-218.

Langmuir, D. (1997) Aqueous environmental chemistry. Upper Saddle River, NJ: Prentice-Hall.

Langmuir, D; Chrostowski, P; Chaney, R; Vigneault, B. (2003) Issue paper on the environmental chemistry of metals. August. Available online at http://oaspub.epa.gov/eims/eimscomm.getfile?p_download_id=379035.

Langston, WJ. (1980) Arsenic in U.K. estuarine sediments and its availability to benthic organisms. J Marine Biol Assn UK 60:869B881.

Lanno, RP; LeBlanc, S; Knight, B; Tymowski, R; Fitzgerald, DG. (1998) Application of body residues as a tool in the assessment of soil toxicity. In: Sheppard, S; Bembridge, J; Holmstrup, M; et al.; eds. Advances in earthworm ecotoxicology. Pensacola, FL: SETAC Press; pp. 41B53.

Lanno, RP; McCarty, LS. (1997) Earthworm bioassays: Adopting techniques from aquatic toxicity testing. Soil Biol Biochem 29:693-697.

Lanno, RP (ed). (2003) Contaminated soils: from soil-chemical interactions to ecosystem management. Pensacola, FL; SETAC Press;  427pp.

Laperche, V; Logan, TJ; Gaddam, P; Traina, SJ. (1997) Effect of apatite amendments on plant uptake of lead from contaminated soil. Environ Sci Technol 31(10):2745B2753.

Larison, JR; Likens, GE; Fitzpatrick, JW; Crock, JG. (2000) Cadmium toxicity among wildlife in the Colorado Rocky Mountains.  Nature 406(6792):181B183.

Laurie, SH; Manthey, JA. (1994) The chemistry and role of metal ion chelation in plant uptake processes. In: Manthey, JA; Crowley, DE; Luster, DG; eds. Biochemistry of metal micronutrients in the rhizosphere. Boca Raton, FL: Lewis Publishers; pp. 165B182.

Leggett, RW.  (1993) An age-specific kinetic model of lead metabolism in humans. Environ Health Perspect 101(1):598B616.

LePoire, D; Arnish, J; Gnanapragasam, ES; Kamboj, S; Biwer, BM; Cheng, JJ; Yu, C; Chen, SY. (2000) Probabilistic modules for the RESRAD and RESRAD-build computer codes. NUREG/CR-XX ANL/EAD/TM-91. Argonne, IL: Argonne National Laboratory.

Lindsay, WL. (1979) Chemical equilibria in soils. New York, NY: John Wiley & Sons; pp. 162–209.

Lock, K; Janssen, CR. (2001) Modeling zinc toxicity for terrestrial invertebrates.  Environ Toxicol Chem 20:1901-1908.

Lofts, S; Tipping, E. (1998) An assemblage model for cation binding by natural particulate matter. Geochim Cosmochim Acta 62(15):2609B2625.

Lukaski, HC. (1999) Chromium as a supplement. Annual Rev Nutr 19:279-302.

Lund, W. (1990) The complexation of metal ions by humic substances in natural waters. In: Broekaert, JAC, Güçer, S; Adams, F; eds. Metal speciation in the environment. Nato AS1 Senes, Vol. G23. Berlin, Germany: Springer-Verlag; pp 43-55.

Luoma, SN; Bryan, GW. (1978) Factors controlling the availability of sediment-bound lead to the estuarine bivalve Scrobicularia plana. J Marine Biol Assn UK 58:793B802.

Luoma, SN; Johns, C; Fisher, NS; Steinberg, NA; Oremland, RS; Reinfelder, JR. (1992) Determination of selenium bioavailability to a benthic bivalve from particulate and solute pathways. Environ Sci Technol 26(3):485-491.

Luoma, SN; Rainbow, PS. (2005) Why is metal bioaccumulation so variable? Biodynamics as a unifying concept. Environ Sci Technol 39(7), 1921–1931.

Ma, H; Kim, SD; Cha, DK; Allen, HE. (1999) Effect of kinetics of complexation by humic acid on toxicity of copper to Ceriodaphnia dubia. Environ Toxicol Chem 18(5):828-837.

MacDonald, DD; Carr, RS; Calder, FD; Long, ER; Ingersoll, CG. (1996) Development and evaluation of sediment quality guidelines for Florida coastal waters. Ecotoxicol 5:253-278.

MacDonald, DD; Ingersoll, CG; Berger, TA. (2000) Development and evaluation of consensus-based sediment quality guidelines for freshwater ecosystems. Arch Environ Contam Toxicol 39(1):20B31.

McCarty, LS. (1986) Relationship between aquatic toxicity QSARS and bioconcentration for some organic chemicals. Environ Toxicol and Chem 5(12):1071-1080.

McCarty, LS; Mackay, D. (1993) Enhancing ecotoxicological modeling and assessment: body residues and modes of toxic action. Environ Sci Technol 27:1718(9)-1728.

McLaughlin, MJ; Smolders, E. (2001) Background zinc concentrations in soil affect the zinc sensitivity of soil microbial processes: a rationale for a metalloregion approach to risk assessments.  Environ Toxicol Chem 20: 2639-2643.

Marr, JCA; Hansen, JA; Meyer, JS; Cacela, D; Podrabsky, T; Lipton, J; Bergman, HL. (1998) Toxicity of cobalt and copper to rainbow trout: application of a mechanistic model for predicting survival. Aquatic Toxicol 43(4):225-238.

Marschner, H. (1995) Mineral nutrition of higher plants. 2nd ed. San Diego, CA: Academic Press.

Marschner, H. (1998) Soil root interface: biological and biochemical processes. In: Huang, PM, ed. Soil chemistry and ecosystem health. Madison, WI. Soil Science Society of America; pp. 191B232.

Mason, AZ; Jenkins, KD. (1995) Metal detoxification in aquatic organisms. In: Tessier, A; Turner, DR, eds. Metal speciation and bioavailability in aquatic systems. Chichester, UK: John Wiley & Sons; pp. 479B608.

Mayer, LM; Schick, LL; Self, RFL; Jumars, PA; Findlay, RH; Chen, Z; Sampson, S. (1997) Digestive environments of benthic macroinvertebrate guts: enzymes, surfactants, and dissolved organic matter. Marine Res 55(4):785-812.

Mayer, LM; Weston, DP; Bock, MJ. (2001) Benzo[a]pyrene and zinc solubilization by digestive fluids of benthic invertebrates: a cross-phyletic study. Environ Toxicol Chem 20:1890B1900.

McDowell, LR. (2003) Minerals in animal and human nutrition. 2nd ed. Amsterdam: Elsevier.

McGeer, JC; Brix, KV; Skeaff, JM; DeForest, DK; Brigham, SI; Adams, WJ; Green, A. (2003) Inverse relationship between bioconcentration factor and exposure concentration for metals: implications for hazard assessment of metals in the aquatic environment. Environ Toxicol Chem 22(5)1017B1037.

McGeer, J; Henningsen, G; Lanno, R; Fisher, N; Sappington, K; Drexler, J. (2004) Issue paper on the bioavailability and bioaccumulation of metals. Available online at http://cfpub1.epa.gov/ncea/raf/recordisplay.cfm?deid=86119.

McGeer, JC; Playle, RC; Wood, CM; Galvez, F. (2000) A physiologically based biotic ligand model for predicting the acute toxicity of waterborne silver to rainbow trout in freshwaters. Environ Sci Technol 34(19):4199B4207.

McGeer, JC; Szebedinszky, C; McDonald, DG; Wood, CM. (2002) The role of dissolved organic carbon in moderating the bioavailability and toxicity of Cu to rainbow trout during chronic waterborne exposure. Comp Biochem Phys 133:147-160.

McGeer, JC; Wood, CM. (1998) Protective effects of water Cl- on physiological responses to waterborne silver in rainbow trout. Can J Fish Aquat Sci 55(11):2447–2454.

McGrath, SP. (1995) Chromium and nickel. In: Alloway, BJ; ed. Heavy metals in soils. London:  Blackie Academic and Professional; pp. 152B178.

McKinney, PE. (1999) Elemental mercury in the appendix: an unusual complication of a Mexican-American folk remedy. J Toxicol Clin Toxicol 37(1):103-107.

McKone, TE. (1987) Human exposure to volatile organic compounds in household tap water: the indoor inhalation pathway. Environ Sci Technol 21:1194B1201.

McLaughlin, MJ; Hamon, RE; Parker, DR; Pierzynski; GM; Smolders, E; Thornton, I; Welp, G. (2002) Soil chemistry. In: Fairbrother, A; Glazebrook, PW; Terazona, JV; eds. Test methods to determine hazards of sparingly soluble metal compounds in soils. Pensacola, FL: SETAC Press; pp. 5B16.

McLaughlin, MJ; Smolders, E. (2001) Background zinc concentrations in soil affect the zinc sensitivity of soil microbial processes – A rationale for a metalloregion approach to risk assessments. Environ Toxicol Chem 20(11):2639B2643.

Menzie-Cura & Associates, Inc.; TN&A, Inc. (2000) Development of a framework to address bioavailability issues in wildlife. Submitted to Randall Wentsel, U.S. EPA, National Center for Environmental Assessment, Washington, DC; EPA/630/P-02/003A.

Meplan, C; Richard, MJ; Hainaut, P. (2000) Redox signalling and transition metals in the control of the p53 pathway. Biochem Pharmacol 59(1):25–33.

Mertz, W. (1981) The essential trace elements. Science 213:1332B1338.

Mertz, W. (1993) Chromium in human nutrition: a review. J Nutr 123(4):626-633.

Mertz, W. (1995) Risk assessment of essential trace elements: new approaches to setting recommended dietary allowances and safety limits. Nutr Rev 53(7):179-185.

Meyer, J. (2002) The utility of the terms "bioavailability" and "bioavailable fraction" for metals. Marine Environ Res 53(4):417B423.

Mills, WB; Porcella, DV; Ungs, MJ; Gherini, SA; Summers, KV; Lingsung, M; Rupp, GL; Bowie, GL; Haith, DA. (1985) Water quality assessment: a screening procedure for toxic and conventional pollutants in surface and ground water. Part 1. EPA-600-6-85-002a.

Morrison, HA; Whittle, DM; Haffner, GD. (2000) The relative importance of species invasions and sediment disturbance in regulating chemical dynamics in western Lake Erie. Ecol Modeling 125(2-3):279B294.

Mowat, FS; Bundy, KJ. (2002) Experimental and mathematical/computational assessment of the acute toxicity of chemical mixtures from the Microtox assay. Adv Environ Res 6(4):547B558.

Moya, J; Howard-Reed, C; Corsi, RL. (1999) Volatization of chemicals from tap water to indoor air from contaminated water used for showering. Environ Sci Technol 33(14):2321B2327.

Mudroch, A; Azcue, JM; Mudroch, P. (1997) Manual of physico-chemical analysis of aquatic sediments. Boca Raton, FL: Lewis Publishers.

Mudroch, A; Azcue, JM; Mudroch, P. (1999) Manual of bioassessment of aquatic sediment quality. Boca Raton, FL: Lewis Publishers.

NAS/IOM (National Academy of Sciences/Institute of Medicine). (2000) Dietary reference intakes: applications in dietary assessment.  Food and Nutrition Board, Institute of Medicine, Washington, DC.

NAS/IOM (National Academy of Sciences/Institute of Medicine). (2001) Dietary reference intakes for vitamin A, vitamin K, arsenic, boron, chromium, copper, iodine, iron, manganese, molybdenum, nickel, silicon, vanadium, and zinc. A Report of The Panel on Micronutrients, Subcommittees on Upper Reference Levels of Nutrients and of Interpretation and Uses of Dietary Reference Intakes, and The Standing Committee on The Scientific Evaluation of Dietary Reference Intakes, Food and Nutrition Board. Washington, DC: National Academ Press.

NAS/IOM (National Academy of Sciences/Institute of Medicine).  (2003) Dietary reference intakes: guiding principles for nutrition labeling and fortification.  Food and Nutrition Board, Institute of Medicine, Washington, DC.

NAS/NRC (National Academy of Sciences/National Research Council). (1980) Mineral tolerance of domestic animals. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (1983) Risk assessment in the federal government: managing the process. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (1988) Complex mixtures – Methods for in vivo toxicity testing. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (1994a) Nutritional requirements of poultry. 9th rev. ed. National Academy of Sciences, Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (1994b) Science and judgment in risk assessment. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (1996) Understanding risk: informing decisions in a democratic society. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (1999) Arsenic in drinking water. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (2000) Toxicological effects of methyl mercury. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (2001) Arsenic in drinking water: 2001 update. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (2002) Bioavailability of contaminants in soils and sediments: processes, tools, and applications. Washington, DC: National Academ Press.

NAS/NRC (National Academy of Sciences/National Research Council). (2006) Human biomonitoring for environmental chemicals. Washington, DC: National Academ Press.

Newman, MC; Diamond, GL; Menzie, C; Moya, J; Nriagu, J. (2004) Issue paper on metal exposure assessment. Available online at http://cfpub1.epa.gov/ncea/raf/recordisplay.cfm?deid=86119.

Newman, MC; McCloskey, JT. (1996) Predicting relative metal toxicity and interactions of divalent metal ions: microtox bioluminescence assay. Environ Toxicol Chem 15(3):275B281.

Ng, JC; Kratzmann, SM; Qi, L; Crawley, H; Chiswell, B; Moore, MR. (1998) Speciation and absolute bioavailability: risk assessment of arsenic contaminated sites in a residential suburb in Canberra. Analyst 123(5):889B892.

Norwood, WP; Borgmann, U; Dixon, DG; Wallace, A. (2003) Effects of metal mixtures on aquatic biota: a review of observations and methods. Hum Ecol Risk Assess 9(4):795B811.

Nott, JA; Nicolaidou, A. (1990) Mediterranean pollution from a ferro-nickel smelter: differential uptake of metals by some gastropods. Marine Pollut Bull 21(3):137B143.

NTP (National Toxicology Program). 2002. 10th Report on carcinogens. U.S. Department of Health and Human Services, Public Health Service, Washington, DC.

Nyffeler, UP; Santschi, PH; Li,Y-H. (1986) The relevance of scavenging kinetics to modeling of sediment water interactions in natural waters. Limnol Oceanogr 31(2):277B292.

Oberdorster, G. (1992) Pulmonary deposition, clearance and effects of inhaled soluble and insoluble cadmium compounds. In: Nordberg, GF; Herber, RFM; Alessio, L; eds. Cadmium in the human environment: toxicity and carcinogenicity. Lyon, France: IARC; pp. 189-204.

O'Flaherty, EJ. (1995) Physiologically based models for bone-seeking elements. V: Lead absorption and disposition in childhood. Toxicol Appl Pharmacol 131(2):297B308.

O'Flaherty, EJ. (1998) Physiologically based models of metal kinetics. Crit Rev Toxicol 28(3):271B317.

O'Rourke, MK; van de Water, PK; Jin, S; Rogan, SP; Weiss, AD; Gordon, SM; Moschandreas, DM; Lebowitz, MD. (1999) Evaluations of primary metals from NHEXAS Arizona: distributions and preliminary exposures. J Exposure Anal Environ Epidemiol 9(5):435B445.

Ownby, DR; Newman, MC. (2003) Advances in quantitative ion character-activity relationships (QICARs): using metal-ligand binding characteristics to predict metal toxicity. Quant Struct Act Relat (QSAR) Comb Sci 22(2):241B246.

Paquin, PR; DiToro, DM; Santore, RC; Trivedi, D; Wu, KB. (1999) A biotic ligand model of the acute toxicity of metals. III: application to fish and daphnia exposure to silver. U.S. EPA Office of Water, Office of Research and Development.

Paquin, PR; Gorsuch, JW; Apte, S; Batley, GE; Bowles, KC; Campbell, PG; Delos, CG; Di Toro, DM; Dwyer, RL; Galvez, F; Gensemer, RW; Goss, GG; Hostrand, C; Janssen, CR; McGeer, JC; Naddy, RB; Playle, RC; Santore, RC; Schneider, U; Stubblefield, WA; Wood, CM; Wu, KB. (2002a) The biotic ligand model: a historical overview. Special issue: The biotic ligand model for metalsBcurrent research, future directions, regulatory implications. Comp Biochem Physiol C Toxicol Pharmacol 133(1-2):3-35.

Paquin, PR; Zoltay, V; Winfield, RP; Wu, KB; Mathew, R; Santore, RC; Di Toro, DM. (2002b) Extension of the biotic ligand model of acute toxicity to a physiologically-based model of the survival time of rainbow trout (Oncorhynchus mykiss) exposed to silver. Comp Biochem Physiol (C)133(1-2):305B343.

Paquin, PR; Santore, RC; Farley, K; Di Toro, DM; Wu, KB; Mooney, KG; Winfield, RP. (2003) Metals in aquatic systems: A review of exposure, bioaccumulation, and toxicity models (aquatic metals). Pensacola, FL: SETAC Press.

Parker, DR; Pedler, JF; Ahnstrom, ZAS; Resketo, M. (1997) Reevaluating the free ion activity model of trace metal availability to higher plants. In: Ando, T; Fujita, K; Mae, T; et al.; eds. Plant nutrition for sustainable food production and environment. Dordrecht, Netherlands: Kluwer; pp. 107B112.

Parkhurst, DL; Thorstenson, DC; Plummer, LN. (1980)  PHREEQEBa computer program for geochemical calculations. U.S. Geological Survey, Water-Resources Investigations Report 8B96, 210 pp.

Paustenbach, DJ. (2000) The practice of exposure assessment: a state-of-the-art review. J Toxicol Environ Health (part B) 3(3):179B291.

Pearson, RG. (1973) Hard and soft acids and bases. Stroudsburg, PA: Dowden, Hutchinson & Ross.

Peijnenburg, WJGM; Baerselman, R; De Groot, AC; Jager, T; Posthuma, L; Van Veen, RPM. (1999a) Relating environmental availability to bioavailability: soil-type dependent metal accumulation in the oligochaete Eisenai andrei. Ecotoxicol Environ Saf 44(3):294B310.

Peijnenburg, WJGM; Posthuma, L; Zweers, PGPC; Baerselman, R; de Groot, AC; Van Veen, RPM; Jager, T. (1999b) Prediction of metal bioavailability in Dutch field soils for the oligochaete Enchytraeus crypticus. Ecotoxicol Environ Saf 44(2):170B186.

Phalen, RF; Oldham, MJ; Beaucage, CB; Crocker, TT; Mortensen, Jd. (1985) Postnatal enlargement of human tracheobronchial airways and implications for particle deposition. Anat Rec 212(4):368B380.

Picciano, MF. (1996) Pregnancy and lactation. In: Ziegler, EE; Filer, Jr, LJ; eds. Present knowledge in nutrition. 7th ed. Washington, DC: ILSI  Press; pp. 384B395.

Pickering, WF. (1986) Metal ion speciationBsoils and sediments (a review). Ore Geology Rev 1(1):83-146.

Plunkett, LM; Turnball, D; Rodricks, JV. (1992): Differences between adults and children affecting exposure assessment. In: Guzelian, PS; Henry, CJ; Olin, SS; eds. Similarities and differences between children and adults: implications for risk assessment. Washington, DC: International Life Sciences Institute Press; pp. 79-94.

Pontifex, AH; Garg, AK. (1985) Lead poisoning from an Asian Indian folk remedy.  CMAJ 133(12):1227-8.

Posthuma, L; Baerselman, R; Van Veen, RPM; Dirven-Van Breemen, EM. (1997) Single and joint toxic effects of copper and zinc on reproduction of Enchytraeus crypticus in relation to sorption of metals in soils. Ecotoxicol Environ Saf 38(2):108B121.

Prozialeck, WC; Grunwald, GB; Dey, PM; Reuhl, KR; Parrish, AR. (2002) Cadherins and NCAM as potential targets in metal toxicity. Toxicol Appl Pharmacol 182(3):255-265.

Rainbow, PS. (2002) Trace metal concentrations in aquatic invertebrates: why and so what? Environ Pollut 120(3):497B507.

Reinfelder, JR; Fisher, NS. (1994a) The assimilation of elements ingested by marine planktonic bivalve larvae. Limnol Oceano 39(1):12-20.

Reinfelder, JR; Fisher, NS. (1994b) Retention of elements absorbed by juvenile fish (Menidia menidia, Menidia beryllina) from zooplankton prey. Limnol and Oceanog 39(8):1783-1789.

Reinfelder, JR; Fisher, NS; Luoma, SN; Nichols, JW; Wang, WX. (1998) Trace element trophic transfer in aquatic organisms: a critique of the kinetic model approach. Sci Total Environ 219(213):117B135.

Reuther, R. (1999) Trace metal speciation in aquatic sediments: methods, benefits, and limitations. In: Manual of bioassessment of aquatic sediment quality. Mudroch, A; Azcue, JM; Mudroch, P, eds. Boca Raton, FL: Lewis Publishers; pp. 1B54.

Richardson, GM. (2002) Natural sources and emissions of elements to the atmosphere. International Council on Mining and Metals. No. 11, February. Available online at http://www.icmm.com/uploads/44Fact11_final2.pdf.

Roditi, HA; Fisher, NS; Sañudo-Wilhelmy, SA. (2000) Field testing a metal bioaccumulation model for zebra mussels. Environ Sci Technol 34(13):2817-2825.

Roesijadi, G. (1992) Metallothioneins in metal regulation and toxicity in aquatic animals. Aquat Toxicol 22(2):81B114.

Roy, I; Hare, L. (1999) Relative importance of water and food as Cd sources to the predatory insect Sialis vlata (Magaloptera). Can J Fish Aquat Sci 56(7):1143B1149.

Ryan, PB; Scanlon, KA; MacIntosh, DL. (2001) Analysis of dietary intake of selected metals in the NHEXAS-Maryland investigation. Environ Health Perspect 109(2):121B129.

SAB (Science Advisory Board). (2006) Memorandum from Dr. M. Granger Morgan, Chair EPA Science Advisory Board and Dr. Deborah L. Swackhamer, Chair, Metals Risk Assessment Framework Review Panel, EPA Science

Advisory Board to The Honorable Stephen L. Johnson Administrator U.S. Environmental Protection Agency. Subject: Review of EPA's Draft Framework for Inorganic Metals Risk Assessment. Dated January 25, 2006. EPA-SAB-06-002.

Salocks, C; Hathaway, T; Ziarkowski, C; Walker, W. (1996) Physical characterization, solubility and potential bioavailability of arsenic in tailings from a former gold mine. Toxicologist 16:48.

Sample, BE; Arenal, CA. (2001) Development of literature-based bioaccumulation models for terrestrial arthropods. Platform presentation at the November 2001 SETAC Meeting, Baltimore, MD.

Sample, BE; Aplin, MS; Efroymson, RE; Suter, GW, II; Welsh, CJE. (1997) Methods and tools for estimation of the exposure of terrestrial wildlife to contaminants. Oak Ridge National Laboratory, Oak Ridge, TN; ORNL/TM-13391.

Sample, BE; Beauchamp, JJ; Efroymson, R; Suter, GW, II; Ashwood, TL. (1998b) Development and validation of bioaccumulation models for small mammals. Oak Ridge National Laboratory, Lockheed Martin Energy Systems Environmental Restoration Program, Oak Ridge, TN; ES/ER/TM-219.

Sample, BE; Beauchamp, JJ; Efroymson, R; Suter, GW, II. (1999) Literature-derived bioaccumulation models for earthworms: development and validation. Environ Toxicol Chem 18(9):2110B2120.

Sample, BE; Beauchamp, JJ; Efroymson, RA; Suter, GW, II; Ashwood, TL. (1998a) Development and validation of bioaccumulation models for earthworms. Prepared for the U.S. Department of Energy under Contract DE-AC05-84OR21400. Code EW 20. Oak Ridge National Laboratory, Oak Ridge, TN; ES/ER/TM-220.

Santore, RC; Di Toro, DM; Paquin, PR. (2001) Biotic ligand model of the acute toxicity of metals: 2. application to acute copper toxicity in freshwater fish and Daphnia. Environ Toxicol Chem 20(10):2397B2402.

Santore, RC; Driscoll, CT. (1995) The CHESS model for calculating chemical equilibria in soils and solutions. Chemical equilibrium and reaction models. Soil Science Society of America, American Society of Agronomy, Special Publication 42, Madison, WI.

Santschi, PH; Nyffeler, UP; Li, Y-H; O'Hara, P. (1986) Radionuclide cycling in natural waters: relevance of scavenging kinetics. In: Sly, PG; ed. Sediments and water interactions. Springer Verlag, New York, NY; ch 17, pp. 183B191.

Sauvé, S; Dumestre, A; McBride, MB; Hendershot, WH. (1998) Derivation of soil quality criteria using predicted chemical speciation of Pb2+ and Cu2+. Environ Toxicol Chem 17(8):1481B1489.

Saxe, JK; Impellitteri, CA; Peijnenburg, WJGM; Allen, HE. (2001) Novel model describing trace metal concentrations in the earthworm, Eisenia andrei. Environ Sci Technol 35(22):4522B4529.

Schacklette, HT; Boerngen, JG. (1984) Element concentrations in soils and other surficial materials of the conterminiuos United States. U.S. Geol Survey Prof Paper 1270, pg. 105.

Schecher, WD; McAvoy, DC. (1994) MINEQL+: A chemical equilibrium program for personal computers (version 3.01). Environmental Research Software, Hallowell, ME.

Schecher, WD; McAvoy, DC. (2001) MINEQL+ - A chemical equilibrium modelling system, version 4.5 for windows user's manual. Environmental Research Software, Hallowell, ME, USA.

Schnoor, JL; Sato, C; McKechnie, D; Sahoo, D. (1987) Processes, coefficients, and models for simulating toxic organics and heavy metals in surface waters. EPA-600-3-87-015.

Schoof, RA; Eickhoff, J; Yost, LJ; Crecelius, EA; Cragin, DW; Meacher, DM; Menzel, DB. (1999a)  Dietary exposure to inorganic arsenic. pp. 81-88.  In: Proceedings of the third international conference on arsenic exposure and health effects. Chappell, WR; Abernathy, CO; Calderon, RL, eds.  Amsterdam:Elsevier Science Ltd.

Schoof RA, Eickhoff J, Yost LJ, Crecelius EA, Cragin DW, Meacher DM, et al. 1999. Dietary exposure to inorganic arsenic. In: Arsenic Exposure and Health Effects (Chappell WR, Abernathy CO, Calderon RL, eds). Amsterdam:Elsevier, 81–88.

Schroeder, WH; Munthe, J. (1998) Atmospheric mercury – an overview. Atmos Environ 32(5):809-822.

Scott-Fordsmand, JJ; Odegard, K. (2002) Multi-element analysis as a marker of metal exposure in Eisenia veneta. Poster presentation. 7th International Symposium on Earthworm Ecology, September 1B6, Cardiff, Wales.

Seebaugh, DR; Wallace, WG. (2004) Importance of metal-binding proteins in the partitioning of Cd and Zn as trophically available metal (TAM) in the brine shrimp Artemia franciscana. Marine Ecol Prog Ser 272:215B230.

Seigneur, C; Constantinou, E. (1995) Chemical kinetic mechanism for atmospheric chromium. Environ Sci Technol 29(1):222B231.

Sharma, A; Srivastava, PC; Johri, BN. (1994) Contribution of VA Mycorrhiza to zinc uptake in plants.  In: Manthey, JA; Crowley, DE; and D.G.; eds. Biochemistry of metal micronutrients in the rhizosphere. Boca Raton, FL:  Lewis Publishers; pp. 111B124.

Sharma, SS; Schat, H; Vooijs, R; Van Heerwaarden, LM. (1999) Combination toxicology of copper, zinc and cadmium in binary mixtures: Concentration-dependent antagonistic, nonadditive, and synergistic effects on root growth in Silene vulgaris. Environ Toxicol Chem 18(2):348–355.

Smit, E. (1997) Field relevance of the Folsomia candida soil toxicity test. Ph.D. dissertation. Vrije Universiteit, Amsterdam.

Smolders, E; McGrath, SP; Lombi, E; McLaughlin, MJ; Rutgers, M; Fairbrother, A; Van der Vliet, L; Hale, B. (2006)  Hazard assessment of metals and metal compounds in terrestrial systems based on persistency, bioaccumulation, and toxicity In: Adams, WJ; et al.; eds. Hazard identification approach for metals and inorganic metal substances. Pensacola, FL: SETAC Press.

Spehar, RL; Fiandt, JT. (1986) Acute and chronic effects of water quality criteria-based metal mixtures on three aquatic species. Environ Toxicol Chem 5:917B931.

SRWG (Science and Research Working Group of the Non-Ferrous Metals Consultative Forum on Sustainable Development). (2002) Risk assesment of non-ferrous metals and sustainable development. Available online at http://www.nfmsd.org/wg_research/docs/RAcombined1002.pdf#search=%22%22Risk%20assessment%20of%20non-ferrous%20metals%20and%20sustainable%20development%22%22.

Stauber, JL; Florence, TM; Gulson, BL; Dale, LS. (1994) Percutaneous absorption of inorganic lead compounds. Sci Total Environ 145(1-2):55-70.

Stern, AH. (1996) Derivation of a target concentration of Pb in soil based on elevation of adult blood pressure. Risk Anal 16(2):201B210.

Stewart, GM; Fisher, NS. (2003) Bioaccumulation of polonium-210 in marine copepods. Limnol Oceano 48(3):1193-1201.

Stoica, A; Katzenellenbogen, BS; Martin, MB. (2000) Activation of estrogen receptor-alpha by the heavy metal cadmium. Mol Endocrinol 14(4):545-53.

Stumm, W; Morgan, JJ. (1970) Aquatic chemistry. An introduction emphasizing chemical equilibria in natural waters.  New York, NY: John Wiley & Sons.

Stumm, W; Morgan, JJ. (1996) Aquatic chemistry. 3rd ed. New York, NY: John Wiley & Sons.

Suedel, BC; Boracxek, JA; Peddicord, RK; Clifford, PA; Dillon, TM. (1994) Trophic transfer and biomagnification potential of contaminants in aquatic ecosystems. Rev Environ Toxicol Chem 136:21B89.

Sumner, ME. (ed). (1999) Handbook of soil science. Boca, Raton, FL: CRC Press.

Sunde, RA; O'Dell, BL.  (1997) Handbook of Nutritionally Essential Mineral Elements. New York, NY: Marcel Dekker, Inc.

Suter, GW, II. (1993) Ecological risk assessment. Boca Raton, FL: Lewis Publishers.

Tack, FMG; Verloo, MG. (1999) Single extractions versus sequential extraction for the estimation of heavy metal fractions in reduced and oxidised dredged sediments. Chem Spec & Bioavail 11(2):43-50.

Templeton, DM; Ariese, F; Cornelis, R.; Danielson, LG; Muntau, H; Van Leeuwen, HP; Lobinski, R. (2000) Guidelines for terms related to chemical speciation and fractionation of elements. Definitions, structural aspects, and methodological approaches. Pure Appl Chem 72(8):1453B1470.

Tessier, A. (1992) Sorption of trace elements on natural particles in oxic environments . In: Buffle, J; Van Leeuwen, HP; eds. Environmental particles. Boca Raton, FL: Lewis Publishers; pp. 425B453.

Tessier, A; Campbell, PGC; Bisson, M. (1979) Sequential extraction procedure for the speciation of particulate trace metals. Anal Chem 51(7):844B851.

Tessier, A; Campbell, PGC; Auclair, JC; Bisson, M. (1984) Relationships between the partitioning of trace metals in sediments and their accumulation in the tissues of the freshwater mollusc Elliptio complanata in a mining area. Can J Fish Aquat Sci, 41:1463B1472.

Tessier, A; Carignan, R; Dubreuil, B; Rapin, F. (1989) Partitioning of zinc between the water column and the oxic sediments in lakes. Geochim Cosmochim Acta 53(7):1511B1522.

Tessier, A; Couillard,Y; Campbell, PGC; Auclair, JC. (1993) Modeling Cd partitioning in oxic lake sediments and Cd concentrations in the freshwater bivalve Anodonta grandis. Limnol and Oceano, 38(1):1B17.

Thomas, KW; Pellizzari, ED; Berry, MR. (1999) Population-based dietary intakes and tap water concentrations for selected elements in the EPA Region V National Exposure Assessment Survey (NHEXAS). J Exp Anal Environ Epidem 9(5):402B413.

Tipping, E. (1994) WHAM: a chemical equilibrium model and computer code for waters, sediments, and soils incorporating a discrete site/electrostatic model of ion-binding by humic substances. Computers & Geoscience 20:973B1023.

Tomerlin, JR; Berry, MR; Tran, NL; Chew, S; Peterson, BJ; Tucker, KD; Fleming, KH. (1997) Development of a dietary exposure potential model for evaluating dietary exposure to chemical residues in food. J Exp Anal Environ Epidem 7(1):81B101.

Trotter, RJ. II. (1985) Greta and Azarcon: a survey of episodic lead poisoning from a folk remedy. Hum Org 44(1): 64-72.

Tsuda, T; Inoue, T; Kojima, Aoki, S. (1995) Market basket and duplicate portion estimation of dietary intakes of cadmium, mercury, arsenic, copper, manganese, and zinc by Japanese adults.  JAOAC Internat 78(6):1363B1368.

Tye, AM; Young, SD; Crout, NMJ; Zhang, H; Preston, S; Barbosa-Jefferson, VL; Davison, W; McGrath, SP; Paton, GI; Kilham, K; Resende, L. (2003) Predicting the activity of Cd2+ andZn2+ in soil pore water from the radio-labile metal fraction. Geochim Cosmochim Acta 67(3):375B385.

Tyler, G; Olsson, T. (2001a) Concentrations of 60 elements in the soil solution as related to the soil acidity. Eur J Soil Sci 52(1):151B165.

Tyler, G; Olsson, T. (2001b) Plant uptake of major and minor mineral elements as influenced by soil acidity and liming. Plant Soil 230(2):307B321.

Ullrich, SM; Tanton, TW; Abdrashitova, SA. (2001) Mercury in the aquatic environment: a review of factors affecting methylation. Crit Rev Environ Sci Tech 31(3):241B293.

U.S. DHHS (Department of Health and Human Services). (1996) National Center for Health Statistics. Third National health and nutrition examination survey, 1988-1994, NHANES III individual foods data file from the dietary recall (CD-ROM).  Public use data file documentation catalog number 76700.  Hyattsville, MD.

U.S. DOE (Department of Energy). 2001. User=s manual for RESRAD, version 6. ANL/EAD-4. Argonne National Laboratory, Argonne, IL.

U.S. EPA (Environmental Protection Agency).  (1986) Guidelines for the health risk assessment of chemical mixtures. Risk Assessment Forum. Washington, DC. Federal Register 51(185):34014-34025.  Available online at http://epa.gov/ncea/raf.

U.S. EPA (Environmental Protection Agency). (1987) Selection criteria for mathematical models used in exposure assessments: surface water models. Office of Health and Environmental Assessment, Washington, DC; EPA-600-8-87-042.

U.S. EPA (Environmental Protection Agency). (1987) Selection criteria for mathematical models used in exposure assessments: surface water models. Office of Health and Environmental Assessment, Washington, DC. EPA/600/8-87/042.

U.S. EPA (Environmental Protection Agency). (1989a) Exposure factors handbook. Office of Health and Environmental Assessment, Washington, DC; EPA/600/8-89/043.

U.S. EPA (Environmental Protection Agency). (1989b) Rapid bioassessment protocols for use in streams and rivers: benthic macroinvertebrates and fish. Washington, DC; EPA 440/4-89/001.

U.S. EPA (Environmental Protection Agency). (1990) Methods for derivation of inhalation reference concentration and application of inhalation dosimetry. Environmental Criteria and Assessment Office, Cincinati, OH; Office of Research and Development, Washington, DC. EPA/600/8-90/066F.

U.S. EPA (Environmental Protection Agency). (1991) Guidelines for developmental toxicity risk assessment. Risk Assessment Forum, Washington, DC. Federal Register 56(234):63798-63826. Available online at http://epa.gov/ncea/raf.

U.S. EPA (Environmental Protection Agency). (1992a) Framework for ecological risk assessment. Risk Assessment Forum, Washington, DC; EPA/630/R-92/001.

U.S. EPA (Environmental Protection Agency). (1992b) Ground water issue: behavior of metals in soils. Office of Solid Waste and Emergency Response, Washington, DC; EPA 540-S-92-018.

U.S. EPA (Environmental Protection Agency).  (1992c) Guidelines for exposure assessment. Risk Assessment Forum, Washington, DC. Federal Register 57(104):22888-22938. Available online at http://epa.gov/ncea/raf..

U.S. EPA (Environmental Protection Agency). (1994a) Guidance manual for the integrated exposure uptake biokinetic model for lead in children. Office of Emergency and Remedial Response, Washington, DC; EPA/540/R-93/081. Available from the National Technical Information Services, Springfield, VA; PB93-963510.

U.S. EPA (Environmental Protection Agency). (1994b) Interim guidance on determination and use of water-effect ratios for metals. Office of Water, Office of Science and Technology, Washington, DC. EPA-823-B-94-001.

U.S. EPA (Environmental Protection Agency). (1994c) Water quality standards handbook, 2nd ed., appendix L: interim guidance on determination and use of water effect ratios for metals. Office of Water, Washington, DC; EPA-823-B-94-005a.

U.S. EPA (Environmental Protection Agency). (1996a) Review of the national ambient air quality standards for particulate matter; policy assessment of scientific and technical information. Office of Air Quality Planning and Standards Staff Paper. Office of Air Quality Planning and Standards, Washington, DC; EPA-452/R-96-013.

U.S. EPA (Environmental Protection Agency). (1996b) Recommendations of the technical review workgroup for lead for an approach to assessing risks associated with adult exposures to lead in soil. Office of Solid Waste and Emergency Repsonse, Washington, DC; EPA 540 R 03 001.

U.S. EPA (Environmental Protection Agency). (1997a) Compendium of tools for watershed assessment and TMDL development. Office of Wetlands, Oceans, and Watersheds, Washington, DC; EPA-841-8-97-006.

U.S. EPA (Environmental Protection Agency). (1997b) Mercury study report to Congress. Office of Air and Radiation. Washington, DC; Available online at http://www.epa.gov/mercury/report.html.

U.S. EPA (Environmental Protection Agency). (1997c) Air quality criteria for particulate matter. Volume I of III. Office of Research and Development, Washington, DC; EPA/600/P 95/001aF.

U.S. EPA (Environmental Protection Agency). (1997d) The incidence and severity of sediment contamination in surface waters of the United States. Vol 1: national sediment quality survey. Office of Water, Washington, DC; EPA 823-R-97-006.

U.S. EPA (Environmental Protection Agency). (1997e) Exposure factors handbook. National Center for Environmental Assessment, Washington, DC; EPA/600/P-95/002Fc. Available online at http://www.epa.gov/ncea/exposfac.htm.

U.S. EPA (Environmental Protection Agency). (1998a) Guidelines for ecological risk assessment. Risk Assessment Forum, Washington, DC; Federal Register 63(93):26846-26924. Available online at http://www.epa.gov/ncea/raf.

U.S. EPA (Environmental Protection Agency). (1998b) Human health risk assessment protocol for hazardous waste combustion facilities. Office of Solid Waste and Emergency Response, Washington, DC; EPA 530-D-98:001.

U.S. EPA (Environmental Protection Agency). (1998c) Guidelines for neurotoxicity risk assessment. Risk Assessment Forum, Washington, DC. Federal Register 63(93):26926-26954. Available online at http://www.epa.gov/ncea/raf.
U.S. EPA (Environmental Protection Agency). (1998d) Toxicological review of beryllium and compounds in support of summary information on IRIS. National Center for Environmental Assessment, Washington, DC; EPA 635-R-98-008.

U.S. EPA (Environmental Protection Agency) (1999a) Understanding variation in partition coefficient, Kd, values. Office of Air and Radiation, Washington, DC; EPA 402-R-99-004A&B.

U.S. EPA (Environmental Protection Agency). (1999b) Compendium of methods for the determination of inorganic compounds in ambient air. Office of Research and Development, Washington, DC; EPA/625/R-96/010.

U.S. EPA (Environmental Protection Agency). (2000a) Region 10 guidance for Superfund human health risk assessment: interim. EPA Region 10, Seattle, WA.

U.S. EPA (Environmental Protection Agency). (2000b) Supplementary guidance for conducting health risk assessment of chemical mixtures. National Center for Environmental Assessment, Washington, DC; EPA/630/R-00/002.

U.S. EPA (Environmental Protection Agency). (2000c) Science Policy Council handbook: Risk characterization. Office of Science Policy, Office of Research and Development, Washington, DC; EPA 100-B-00-002. Available online at http://www.epa.gov.OSA/spc.

U.S. EPA (Environmental Protection Agency). (2001a) Description and evaluation of atmospheric mercury simulation using the CMAQ Model. National Exposure Research Library, Research Triangle Park, NC; EPA/600/J 03/227.

U.S. EPA (Environmental Protection Agency). (2001b) ECO update; The role of screening-level risk assessments and refining contaminants of concern in baseline ecological risk assessments. Office of Solid Waste and Emergency Response. Washington, DC; OSWER 9345.0-14; EPA-540/F-01-014.

U.S. EPA (Environmental Protection Agency). (2002a) A review of the reference dose and reference concentration processes. Risk Assessment Forum, Washington, DC; EPA/630/P-02/002F, 2002. Available online at http://www.epa.gov/ncea/raf.

U.S. EPA (Environmental Protection Agency). (2002b) Child-specific exposure factors handbook. interim report National Center for Environmental Assessment, Office of Research and Development, Washington, DC; EPA-600-P-00-002B. Available online at http://www.epa.gov/ncea.

U.S. EPA (Environmental Protection Agency). (2003a) Human health research strategy.  Office of Research and Development, Washington, DC. Available online at http://www.epa.gov/nheerl/humanhealth/HHRS_final_web.pdf.

U.S. EPA (Environmental Protection Agency). (2003b) Draft final guidelines for carcinogen risk assessment. (external review draft). Risk Assessment Forum, Washington, DC;  EPA/630/P-03/001A, NCEA-F-0644A. Available online at http://www.epa.gov/ncea/raf/cancer2003.htm.

U.S. EPA (Environmental Protection Agency). (2003c) Guidance for the development of ecological soil screening levels. Office of Solid Waste and Emergency Response, Washington, DC; OSWER Directive 92857-55.

U.S. EPA (Environmental Protection Agency). (2003d) Literature review and evaluation of the atmospheric persistence of air toxic compounds; Internal EPA Report. Research Triangle Park, NC; EPA/600/X-03/011. Available online at http://www.epa.gov/nerl/research/2003/g1 2.html.

U.S. EPA (Environmental Protection Agency). (2003e) Framework for cumulative risk assessment. Risk Assessment Forum, Washington, DC; EPA/630/P-02/001F.

U.S. EPA (Environmental Protection Agency). (2004) Air quality criteria for particulate matter (external review draft). National Center for Environmental Assessment. Washington, DC. Available online at http://cfpub2.epa.gov/ncea/cfm/partmatt.cfm.

U.S. EPA (Environmental Protection Agency). (2005a) Guidelines for carcinogen risk assessment 2005 guidelines and 2005 supplementary guidance. Risk Assessment Forum, Washington, DC. Federal Register 70(66):17765-17817.  Available online at http://www.epa.gov/cancerguidelines.

U.S. EPA (Environmental Protection Agency). (2005b) Supplemental guidance for assessing susceptibility from early life exposure to carcinogens. Risk Assessment Forum, Washington, DC; EPA/630/R-03/003F. Available online at http://www.epa.gov/cancerguidelines.

U.S. EPA (Environmental Protection Agency). (2006a) Estimation of relative bioavailability of lead in soil and soil-like materials using in vivo and in vitro methods. Office of Solid Waste and Emergency Response, Washington, DC; OSWER 9285.7-77.

U.S. Environmental Protection Agency (EPA). (2006b) A framework for assessing health risks of environmental exposures to children. National Center for Environmental Assessment, Washington, DC; EPA/600/R-05/093F. Available from the National Technical Information Service, Springfield, VA, and online at http://www.epa.gov/ncea.

U.S. FDA (Food and Drug Administration). (2001) Total diet survey. Center for Food Safety and Applied Nutrition, Office of Plant and Dairy Foods and Beverages, Washington, DC. Data summaries available online at http://vm.cfsan.fda.gov/~comm/tds-toc.html.

Van Straalen, NM. (1996) Critical body concentrations: their use in bioindication. In: Van Straalen, NM; Krivolutsky, DA; eds. Bioindicator systems for soil pollution. Dordrecht, The Netherlands: Kluwer; pp. 5-16.

Van Straalen, NM; Løkke, H.  (1997) Ecological Risk Assessment of Contaminants in Soil.  London:  Chapman and Hall; pp. 333.

Van Wensem, J; Vegter, JJ; Van Straalen, NM. (1994) Soil quality criteria derived from critical body concentrations of metals in soil invertebrates. Appl Soil Ecol 1(2):185B191.

Veith, GD; Call, DJ; Brooke, L. (1983) Structure-toxicity relationships for the fathead minnow, Pimephales promelas: Narcotic industrial chemicals. Can JFish Aquatic Sci 40:743-748.

Wallace, WG; Lopez, GR. (1996) Relationship between subcellular cadmium distribution in prey and cadmium trophic transfer to a predator. Estuaries 19(4):923B930.

Wallace, WG; Lopez, GR; Levinton, JS. (1998) Cadmium resistance in an oligochaete and its effect on cadmium trophic transfer to an omnivorous shrimp. Marine Ecol Prog Ser 172:225B237.

Wallace, WG; Lee, BG; Luoma, SN. (2003) Subcellular compartmentalization of Cd and Zn in two bivalves. I. Significance of metal-sensitive fractions (MSF) and biologically detoxified metal (BDM). Marine Ecol Prog Ser 249:183-197.

Wallace, WG; Luoma, SN. (2003) Subcellular compartmentalization of Cd and Zn in two bivalves. II. Significance of trophically available metal (TAM). Marine Ecol Prog Ser 257:125-137.

Wallach, S. (1985) Clinical and biochemical aspects of chromium deficiency. J Am College Nutr 4(1):107-120.

Wang, W-X; Fisher, NS; Luoma, SN. (1996) Kinetic determinations of trace element bioaccumulation in the mussel Mytilus edulis. Marine Ecol.. Prog Ser 140:91-113.

Wang, XL. (2002) Interactions of trace metals and different marine food chains. Marine Ecol Prog Ser 243:295B309.

Wang. XL; Fisher, NS. (1996) Assimilation of trace elements and carbon by the mussel Mytilus edulis: effects of food composition. Limnol Oceanog 41(2):197-207.

Wang, XL; Fisher, NS. (1999) Assimilation efficiencies of chemical contaminants in aquatic invertebrates: a synthesis. Environ Toxicol Chem 18(9):2034B2045.

Wang, XL; Zauke, G-P. (2004) Size-dependent bioaccumulation of metals in the amphipod Gammarus zaddachi (Sexton 1912) from the River Hunte (Germany) and its relationship to the permeable body surface area. Hydrobiologia 515(1-3):11B28.

Weltje, L. (1998) Mixture toxicity and tissue interactions of Cd, Cu, Pb and Zn in earthworms (Oligochaeta) in laboratory and field studies: a critical evaluation of the data. Chemosphere 36:2643B2660.

Westall, JC; Zachary, JL; Morel, FMM. (1976) MINEQL, a computer program for the calculation of chemical equilibrium composition of aqueous systems. Ralph M. Parson Laboratory for Water Resources and Environ. Eng., Dept. of Civil Eng., M.I.T., Cambridge, MA.  Tech. Note 18, 1976.

Wester, RC; Maibach, HI; Sedik, L; Melendres, J; Dizio, S; Wade, M. (1992) In vitro percutaneous absorption of cadmium from water and soil into human skin. Fundam Appl Toxicol 19(1):1B5.

Weston, DP; Maruya, KA. (2002) Predicting bioavailability and bioaccumulation with in vitro digestive fluid extraction. Environ Toxicol Chem 21(5):962B971.

White, PD; Van Leeuwen, P; Davis, BD; Maddaloni, M; Hogan, KA; Marcus, AH; Elias, RW. (1998) The conceptual structure of the integrated exposure uptake biokinetic model for lead in children. Environ Health Perspect 106(6):1513B1530.

WHO/IPCS (World Health Organization/International Programme on Chemical Safety). (1998) Copper. Environmental health criteria document no. 200.  Geneva, Switzerland.

WHO/IPCS (World Health Organization/International Programme on Chemical Safety). (2002) Principles and methods for the assessment of risk from essential trace elements.  Environmental health criteria document no. 228. Geneva, Switzerland.

Wilkes, CR. (1998) Case study. In: Olin, S., ed. Lead. Boca Raton, FL: CRC Press, LLC.; pp. 183B224.

Willemson, A; Vaal, MA; De Zwart, D. (1995) Microtests as tools for environmental monitoring.  NIPH and Env. Plan. (RIVM) The Netherlands; Report #9, 607042005; 39 pp.

Wu, L; Chen, J; Tanji, KK; Bañuelos, GS. (1995) Distribution and biomagnification of selenium in a restored upland grassland contaminated by selenium from agricultural drain water. Environ Toxicol Chem 4:733B742.

Xu, GB; Yu, CP. (1986) Effects of age deposition of inhaled aerosols in the human lung. Aerosol Sci Technol 5:349B357.

Xu, J; Thornton, I. (1985) Arsenic in garden soils and vegetable crops in Cornwall, England: implications for human health. Environ Geochem Health 7:131B133.

Yanez, L; Batres, L; Carrizales, L; Santoyo, M; Escalante, V; Diaz-Barriga, F. (1994) Toxicological assessment of azarcon, a lead salt used as a folk remedy in Mexico. I. Oral toxicity in rats.  J Ethnopharmacol 41(1-2):91-7.

Young, LB; Harvey, HH. (1991) Metal concentrations in chironomids in relation to the geochemical characteristics of surficial sediments. Arch Environ Contam Toxicol 21:202B211.

Zartarian, VG; Ozkaynak, H; Burke, JM; Zufall, MJ; Rigas, ML; Furtaw, EJ, Jr. (2000) A modeling framework for estimating children's residential exposure and dose to chlorpyrifos via dermal residue contact and nondietary ingestion. Environ Health Perspect 108(6):505B514.

Zuurbier, M; Van den Hazel, P. (eds) (2005) PINCHE project: Final report WP4 risk and health impact assessment. Public Health Services. Gelderland Midden, Arnhem, The Netherlands. Available online at: http://www.pinche.hvdgm.nl/resource/pdf/documents/final/PINCHE_WP4_final_211205.pdf.

## APPENDIX A:  FRAMEWORK FOR METALS RISK ASSESSMENT CONTRIBUTORS AND REVIEWERS

**CONTRIBUTORS AND REVIEWERS**

**Environmental Chemistry:**
Kim Anderson, Oregon State University, Corvallis, OR
Rufus Chaney, U.S. Department of Agriculture, Beltsville, MD
Paul Chrostowski, CPF Associates, Inc., Takoma Park, MD
Miriam L. Diamond, University of Toronto, Toronto, ON, Canada
Donald Langmuir, Hydrochem Systems Corp., Colorado School of Mines, Golden, CO
Deborah Luecken, U.S. EPA, Office of Research and Development, National Exposure Research Laboratory, Research Triangle Park, NC
Michael Newman, College of William and Mary, Gloucester Point, VA
Bernard Vigneault, CANMET Mining & Mineral Sciences Laboratories/Natural Resources, Ottawa, ON, Canada

**Bioavailability and Bioaccumulation:**
Michael Beringer, U.S. EPA, Region VII, Kansas City, KS
John Drexler, University of Colorado, Boulder, CO
Nicholas Fisher, State University of New York, Stony Brook, NY
Gerry Henningsen, H&H Scientific Services, Centennial, CO
Roman Lanno, Ohio State University, Columbus, OH
Jim McGeer, Natural Resources Canada, Ottawa, ON, Canada

**Exposure:**
Gary Diamond, Syracuse Research Corp., Syracuse, NY
Charles A. Menzie, Menzie-Cura & Associates, Inc., Chelmsford, MA
Jacqueline Moya, U.S. EPA, Office of Research and Development, National Center for Environmental Assessment, Washington, DC
Michael Newman, The College of William and Mary, Gloucester Point, VA
Jerome Nriagu, University of Michigan, Ann Arbor, MI

**Human Health Effects:**
Ed Bender, U.S. EPA, Office of Research and Development, Office of Science Policy, Washington, DC (Retired)
Michael Beringer, U.S. EPA, Region VII, Kansas City, KS
Harlal Choudhury, U.S. EPA, Office of Research and Development, National Center for Environmental Assessment, Cincinnati, OH
Dominic Di Toro, University of Delaware, Newark, DE
Mari Hirtzel Golub, University of California, Davis, CA
Robert Goyer, University of Western Ontario, National Research Council Board Member/Chair
Mike Hughes, U.S. EPA, Office of Research and Development, National Health and Ecological Effects Research Laboratory, Washington, DC
Richard Hertzberg, U.S. EPA, Office of Research and Development, National Center for Environmental Assessment, Atlanta, GA (Retired)
Elaina Kenyon, U.S. EPA, Office of Research and Development, National Health and Ecological Effects Research Laboratory, Washington, DC

Fran Kremer, U.S. EPA, Office of Research and Development, National Risk Management
   Research Laboratory, Washington, DC
Deirdre Murphy, U.S. EPA, Office of Air and Radiation, Research Triangle Park, NC

**Ecological Effects:**
William Clements, Colorado State University, Ft. Collins, CO
Heidi Bell, U.S. EPA, Office of Water, Washington, DC
Peter Chapman, EVS Environment Consultants, N. Vancouver, BC, Canada
Dale Hoff, U.S. EPA, Region VIII, Denver, CO
Larry Kapustka, Ecological Planning and Toxicology, Inc., Corvallis, OR
Michael Newman, The College of William and Mary, Gloucester Point, VA
Paul Paquin, HydroQual, Inc., Mahwah, NJ
Cindy Roberts, U.S. EPA, Office of Water, Washington, DC
Mark Sprenger, U.S. EPA, Office of Solid Waste and Emergency Response, Washington, DC
Dan Wall, U.S. Department of the Interior, U.S. Fish and Wildlife Service, Washington, DC
Linda Ziccardi, Exponent, Boulder, CO

**METALS ISSUE PAPER AUTHORS**[1]
**Environmental Chemistry of Metals:**
Donald Langmuir, Hydrochem Systems Corp., Colorado School of Mines, Golden, CO
Paul Chrostowski, CPF Associates, Inc., Takoma Park, MD
Rufus Chaney, U.S. Department of Agriculture, Beltsville, MD
Bernard Vigneault, CANMET Mining and Mineral Sciences Laboratories/Natural Resources
   Canada, Ottawa, ON

**Metal Exposure Assessment:**
Michael Newman, The College of William and Mary/VIMS, Gloucester Point, VA
Gary Diamond, Syracuse Research Corp., Syracuse, NY
Charles A. Menzie, Menzie-Cura & Associates, Chelmsford, MA
Jerome Nriagu, University of Michigan, Ann Arbor, MI

**Ecological Effects of Metals:**
Lawrence Kapustka, Ecological Planning and Toxicology, Inc., Corvallis, OR
William Clements, Colorado State University, Fort Collins, CO
Linda Ziccardi, Exponent, Boulder, CO
Paul Paquin, HydroQual, Inc., Mahwah, NJ
Mark Sprenger, U.S. EPA, Edison, NJ
Daniel Wall, U.S. Fish and Wildlife Service, Denver, CO

**Human Health Effects of Metals:**
Robert Goyer, University of Western Ontario, ON
Mari, Golub, University of California, Davis, CA
Harlal Choudhury, U.S. EPA, Cincinnati, OH (contributor)

Michael Hughes, U.S. EPA, Research Triangle Park, NC (contributor)
Elaina Kenyon, U.S. EPA, Research Triangle Park, NC (contributor)
Marc Stifelman, U.S. EPA, Seattle, WA (contributor)

**Bioavailability and Bioaccumulation of Metals:**
John Drexler, University of Colorado, Boulder, CO
Nicholas Fisher, State University of New York, Stony Brook, NY
Gerry Henningsen, H&H Scientific Services, Centennial, CO
Roman Lanno, Ohio State University, Columbus, OH
Jim McGeer, Natural Resources Canada, Ottawa, ON
Keith Sappington, U.S. EPA, Office of Research and Development, National Center for
   Environmental Assessment, Washington, DC
Michael Beringer, U.S. EPA, Region VII, Kansas City, KS (contributor)

**PEER CONSULTATION WORKSHOP PARTICIPANTS**

**Breakout Group 1 (Overall Framework):**
Pat Doyle, Environment Canada, Ottawa, ON (breakout group lead)
Charles A. Menzie, Menzie-Cura & Associates, Chelmsford, MA (Workshop Chairman)
Bruce K. Hope, Oregon Department of Environmental Quality, Portland, OR

**Breakout Group 2 (Environmental Chemistry):**
Rufus Chaney, U.S. Department of Agriculture, Beltsville, MD (breakout group lead)
Donald Langmuir, Hydrochem Systems Corp., Colorado School of Mines, Golden, CO
Mark Barnett, Department of Civil Engineering, Auburn University, AL
Roman Lanno, Ohio State University, Columbus, OH
Jim Ryan, U.S. EPA, Office of Research and Development, National Risk Management
   Research Laboratory, Cincinnati, OH

**Breakout Group 3 (Terrestrial Exposure/Effects):**
John Drexler, University of Colorado, Boulder, CO (breakout group lead)
Lawrence Kapustka, Ecological Planning and Toxicology, Inc., Corvallis, OR
Bradley Sample, CH2M Hill, Sacramento, CA
Beverly Hale, University of Guelph, Guelph, ON

**Breakout Group 4 (Aquatic Exposure/Effects):**
Keith Sappington, U.S. EPA, Office of Research and Development, National Center for
   Environmental Assessment, Washington, DC (breakout group lead)
David Mount, U.S. EPA, Office of Research and Development, National Health and
   Environmental Effects Laboratory, Duluth, MN
Jim McGeer, Natural Resources Canada, Ottawa, ON
Steve Klaine, Clemson University, Clemson, SC
Paul Paquin, HydroQual, Inc., Mahwah, NJ
Anne Smith-Reiser, Analytical Services Inc., Jessup, MD

**Breakout Group 5 (Human Exposure/Health Effects):**
Steve Devito, U.S. EPA, Office of Environmental Information, Washington, DC (breakout group
   lead)
Mari Golub, University of California, Davis, CA
Herman Gibb, Sciences International, Alexandria, VA
Rosalind A. Schoof, Integral Consulting, Inc., Mercer Island, WA
Deirdre Murphy, U.S. EPA, Office of Research and Development, Office of Radiation, Office of
   Air Quality Planning and Standards, Research Triangle Park, NC

Alexander McBride, U.S. EPA, Office of Solid Waste and Emergency Response, Washington, DC

Margaret MacDonell, U.S. Department of Energy, Argonne National Laboratory, Argonne, IL

Bob Jones, U.S. EPA, Office of Prevention, Pesticides, and Toxic Substances, Washington, DC

Richard Troast, U.S. EPA, Office of Solid Waste and Emergency Response, Washington, DC

--------------------

[1] Information from the metals issue papers was used in the development of this framework





**United States
Environmental Protection
Agency**

PRESORTED STANDARD
POSTAGE & FEES PAID
EPA
PERMIT NO. G-35

Office of Research and Development (8101R)
Washington, DC 20460

Official Business
Penalty for Private Use
$300

Exhibit A

Adkins Declaration, Exhibit 12

TSCA Work Plan

# TSCA Work Plan for Chemical Assessments: 2014 Update

**Environmental Protection Agency**

**Office of Pollution Prevention and Toxics**

**October 2014**

## I.        Overview

EPA is updating its list of existing chemicals for assessment under the Toxic Substances Control Act (TSCA); this is known as the TSCA Work Plan for Chemical Assessments. The changes to the TSCA Work Plan for Chemical Assessments reflect updated industry data submitted to EPA through the Toxics Release Inventory (TRI) in 2011 and the TSCA Chemical Data Reporting (CDR) requirements in 2012 on chemical releases and potential exposures. This is the first update to the TSCA Work Plan for Chemical Assessments, which EPA presented in early 2012. As newer data from TRI and CDR become available, EPA will update the TSCA Work Plan for Chemical Assessments.  The Agency uses this Work Plan to focus the activities of the Existing Chemicals Program in the Office of Pollution Prevention and Toxics (OPPT) so that existing chemicals having the highest potential for exposure and hazard are assessed, and, if warranted, are subject to risk reduction actions.

EPA notes that identification of a chemical on the TSCA Work Plan for Chemical Assessments does not itself constitute a finding by the Agency that the chemical presents a risk to human health or the environment. Rather, identification of a chemical on the TSCA Work Plan for Chemical Assessments indicates only that the Agency intends to consider it for assessment. The Agency believes that identifying these chemicals early in the review process would afford all interested parties the opportunity to bring additional relevant information on those chemicals to the Agency's attention to further inform the assessment.

Identification of chemicals for the TSCA Work Plan for Chemical Assessments does not mean EPA would not consider other chemicals for assessment and potential risk reduction action under TSCA and other statutes; for example, if a potential risk has been identified with a chemical or type of chemicals, EPA may consider these chemicals. EPA will consider other chemicals if warranted by available information.

## II.       Background

The 2012 TSCA Work Plan for Chemical Assessments identified 83 chemicals for assessment by EPA as part of its chemical safety program. The screening process for identifying these chemicals is based on a combination of hazard, exposure (including via uses), and persistence and bioaccumulation characteristics, and is described in the TSCA Work Plan Chemicals Methods Document. The Agency continues to use this process, which focuses on chemicals that meet one or more of the following factors:

- Potential concern for children's health (for example, because of reproductive or developmental effects)
- Neurotoxic effects
- Persistent, bioaccumulative and toxic
- Probable or known carcinogens
- Used in children's products or in products to which children may be highly exposed
- Detected in biomonitoring programs.

EPA also considered other factors in determining whether a chemical should be included on the TSCA Work Plan for Chemical Assessments.  Some chemicals identified as 'high' through this scoring system may not necessarily be practical candidates for assessment under TSCA when other information

is factored into the process. For example, the particular risks presented by certain chemicals may already be addressed by significant regulation under other statutes.

## III.    2014 Update to the TSCA Work Plan for Chemical Assessments

EPA updated the TSCA Work Plan for Chemical Assessments by using more recent information submitted in 2012 under the Chemical Data Reporting Rule (CDR) and data reported in 2011 to the Toxics Release Inventory (TRI). These data were used to update the exposure ranking for the 345 existing chemicals that were generated under the two-step screening process used in the 2012 TSCA Work Plan for Chemical Assessments. In 2012, the Agency used several sources to identify chemicals meeting prioritization factor criteria as potential candidates for review; a total of 1,235 chemicals were identified. This group was screened to determine if any chemicals should be excluded because they are not subject to TSCA or there was already significant regulation under TSCA, or due to radioactivity, complex process streams, natural occurrence, or other properties. After these chemicals were excluded, 345 chemicals remained as potential candidates and entered the second stage of the Work Plan screening, which scored them under three characteristics: hazard, exposure, and potential for persistence and bioaccumulation. Details of how chemicals were screened and criteria were used are in the TSCA Work Plan Chemicals: Methods Document.

 In addition to re-screening the 345 chemicals identified in 2012, EPA used the methodology developed for the TSCA Work Plan for Chemical Assessments to screen the Action Plan chemicals, which were not part of the 2012 TSCA Work Plan for Chemical Assessments, as well as two chemical flame retardants identified during EPA's development of a flame retardant strategy.

Based on this assessment, EPA is removing 15 of the original chemicals in the TSCA Work Plan for Chemical Assessments, consolidating one chemical, and adding 23 chemicals to the 2014 update to the TSCA Work Plan for Chemical Assessments, including five Action Plan chemicals or groups.  The TSCA Work Plan for Chemical Assessments: 2014 Update contains 90 chemicals.

*Completed Chemical Assessments*

EPA has completed assessments for four chemicals that are on the TSCA Work Plan for Chemical Assessments:

- Trichloroethylene (TCE): This risk assessment addresses trichloroethylene (TCE) as a degreaser, a spot-cleaner in dry cleaning and a spray-on protective coating. On June 25, 2014, EPA released the final risk assessment that identified health risks to consumers using spray aerosol degreasers and spray fixatives and to workers when TCE is used as a degreaser in small commercial shops and as a stain removing agent in dry cleaning.

- Methylene Chloride or Dichloromethane (DCM): This risk assessment addresses methylene chloride in paint stripper products. On August 28, 2014, EPA released the final risk assessment that indicates health risks to both workers and consumers who use these products, and to bystanders in workplaces and residences where methylene chloride is used.

- **1,3,4,6,7,8-Hexahydro-4,6,6,7,8,8,-hexamethylcyclopenta[γ]-2-benzopyran (HHCB)**: This risk assessment addresses ecological risks from HHCB as a fragrance ingredient in commercial and consumer products. On August 28, 2014, EPA released the final risk assessment that indicated no concern for this use of HHCB.

- **Antimony Trioxide (ATO)**: This risk assessment addresses effects on ecological receptors from the use of antimony trioxide (ATO) as a synergist in halogenated flame retardants. On August 28, 2014, EPA released the final risk assessment that indicated no concern for this use of ATO.

## a. Chemicals Added

### i. Action Plan Chemicals

From 2009 to 2011, EPA published ten chemical Action Plans. Five chemicals or groups of chemicals that scored 'high' under the methodology developed for the TSCA Work Plan for Chemical Assessments methodology for which EPA has Action Plans are now included in the TSCA Work Plan for assessment. EPA added the following Action Plan chemicals to the TSCA Work Plan for Chemical Assessments:

- Bisphenol A (BPA)
- Decabromodiphenyl ether (decaBDE)
- Hexabromocyclododecane (HBCD)
- Nonylphenols and nonylphenol ethoxylates (NP/NPE)
- Group of phthalates (dibutyl phthalate (DBP), butyl benzyl phthalate (BBP), di-(2-ethylhexyl) phthalate (DEHP), di-*n*-octyl phthalate (DnOP), di-isononyl phthalate (DINP), di-isodecyl phthalate (DIDP), and di-isobutyl phthalate (DIBP)

Though a July 2014 report provided to the U.S. Consumer Product Safety Commission (CPSC) by the Chronic Hazard Advisory Panel (CHAP) on Phthalates and Phthalate Alternatives provided a risk assessment for the eight phthalates described in EPA's Action Plan, EPA is adding seven of these chemicals to the TSCA Work Plan for Chemical Assessments to determine whether any additional assessment is needed to supplement the report and address any TSCA-specific uses or exposure scenarios. One phthalate, di-*n*-pentyl phthalate (DnPP), is not being added since it is no longer in commerce.

Five of the ten Action Plan chemicals screened using the methodology of the TSCA Work Plan for Chemical Assessments will not be added to the TSCA Work Plan during this update.

- **Benzidine dyes** are not being added to the 2014 update of the TSCA Work Plan for Chemical Assessments because they are only moderately persistent and bioaccumulative, and have not been found to be present in human biomonitoring. Thus, the current exposure potential is considered low. EPA will propose a Significant New Use Rule for these chemicals so that the Agency can review any new uses before they are introduced into commerce.

- EPA has already begun risk management actions for **long-chain perfluorinated chemicals** (PFCs), which rank high for hazard due to chronic and developmental toxicity. PFCs

bioaccumulate in wildlife and humans, and are persistent in the environment. Use of one subgroup of PFCs (sulfonates) was discontinued in the United States from 2002 to 2006; additionally, in 2006 EPA and the eight major companies in the industry launched the 2010/15 PFOA Stewardship Program in which companies committed to reduce global facility emissions and product content of PFOA and related chemicals by 95 percent by 2010, and to work toward eliminating emissions and product content by 2015. However, EPA remains concerned about PFCs being produced by companies not participating in the stewardship program. Currently, the Agency is interested in gathering additional data regarding use of PFCs in imported articles before determining if these chemicals should be candidates for the assessment process.

- The diisocyanates **methylene diphenyl diisocyanate** (MDI) and **toluene diisocyanate** (TDI) are not being added to the TSCA Work Plan for Chemical Assessments because they are not persistent and bioaccumulative, due to their reactivity, and are not found in house dust (factors considered in the Work Plan Methodology). EPA intends to issue a SNUR for TDI.  Given the toxicity and potential exposure of these chemicals, EPA will consider if other risk management actions are needed for these chemicals.

- EPA is not adding **short chain chlorinated paraffins** because they are no longer domestically produced or imported into the United States.

## ii.  Other Chemicals Added

In addition to the five Action Plan chemicals or groups being added, EPA is adding ten chemicals to the TSCA Work Plan for Chemical Assessments that in 2012 had been considered of moderate priority for assessment based on the TSCA Work Plan Methodology, and two chemicals that are part of a widely-used flame retardant.

*Chemicals with an Increase in Score*

Ten of the chemicals added are part of a group of 345 chemicals the Agency screened in 2012 during the development of the TSCA Work Plan for Chemical Assessments. They are:

- 1,3-Butadiene
- 2,5-Furandione
- 2-Dimethylaminoethanol
- 2-Hydroxy-4-(octyloxy)benzophenone
- 3,3'-Dichloro-benzidine
- 4,4'-(1-Methylethylidene)bis[2,6-dibromophenol] (TBBPA)
- Barium carbonate
- Dicyclohexyl phthalate
- Molybdenum and Molybdenum Compounds
- Pentachlorothiophenol

In the scoring process for the 2012 TSCA Work Plan for Chemical Assessments, these ten chemicals received a score of 'moderate.' Recently submitted CDR and TRI data (in 2012 and 2011, respectively) indicate that they are being domestically produced or imported in greater quantities and are being used in a larger variety of consumer and children's products, leading to an increase in their

exposure score and a subsequent increase in their final score to 'high' under Step 2 of the screening process identified in the Methods Document for the TSCA Work Plan for Chemical Assessments. Details of their scores and the reasons for adding them are available in the TSCA Work Plan for Chemical Assessments: 2014 Update (at the end of this document).

Like the group of phthalates included in EPA's Action Plans (and described earlier), dicyclohexyl phthalate (DCHP) is also covered in the CHAP report on phthalates to CPSC. It also scores high under the methodology of the TSCA Work Plan for Chemical Assessments and will also be evaluated by EPA to determine if there are TSCA-specific scenarios that should be assessed.

*Flame Retardants*

Triphenyl phosphate (TPP) and isopropylated phenol, phosphate (iPTPP) are being added, though they were not among the chemicals screened in 2012. They came to the Agency's attention as part of EPA's analysis of flame retardant chemicals. Because TPP and iPTPP meet the screening criteria detailed in the methodology developed for the TSCA Work Plan for Chemical Assessments, they are being added to the TSCA Work Plan for Chemical Assessments: 2014 Update.

## b.  Chemicals Removed or Consolidated

*Chemicals No Longer in Commerce*

Of the original 83 chemicals in the TSCA Work Plan for Chemical Assessments, 67 had no change or had an increase in their potential exposure to people and the environment, and most continue to be on the TSCA Work Plan for Chemical Assessments. Thirteen chemicals are being removed from the TSCA Work Plan for Chemical Assessments because they are not currently in commerce based on data the Agency received under the CDR rule and as part of TRI reporting. Though these chemicals may be toxic, persistent and bioaccumulative, and may have been detected in human or environmental biomonitoring, they no longer present exposure potential from current consumer or commercial use. Thus, they are being removed from the TSCA Work Plan for Chemical Assessments. The chemicals being removed are:

- 1,2,4,5-Tetrachloro-benzene
- 4-Chloro-2-methylaniline (p-Chloro-o-toluidine)
- Benz(a)anthracene
- Dibenz(a,h)anthracene
- Dibromochloromethane
- Dichloroacetic acid
- Hexabromobiphenyl
- Hexachlorocyclohexane
- N-Nitroso-ethylamine
- N-Nitrosodimethylamine
- Pentabromophenol
- Polychlorinated naphthalenes
- Tris(2,3-di bromopropyl) phosphate (TBP)

EPA will continue to review data submitted for these chemicals. If new data indicate that these chemicals have returned to commerce, the Agency will update the TSCA Work Plan for Chemical Assessments.

*Special Cases*

EPA is removing mercury and mercury compounds from the TSCA Work Plan for Chemical Assessments because their hazards are already well characterized and EPA has a strong risk reduction effort in place. Protecting human health and the environment by reducing exposures to mercury and mercury compounds remains a priority for EPA, and the Agency has taken and continues to take risk management measures for these chemicals, including efforts to implement the Minamata Convention. Therefore, the Agency does not believe that its risk management activities on mercury and mercury compounds need additional assessment under the process for the TSCA Work Plan for Chemical Assessments.

EPA is also removing quartz from the TSCA Work Plan for Chemical Assessments because it presents a hazard only in the context of silicosis from the inhalation of very fine crystalline dust particles, which might occur only during such occupational activities as sandblasting or stone cutting; these potential exposures are specifically controlled under regulations issued by the Occupational Safety and Health Administration.

*Polycyclic Aromatic Hydrocarbons*

Benzo[a]pyrene is part of a group of polycyclic aromatic hydrocarbons (PAHs). EPA believes this chemical and other PAHs should be assessed as a category rather than as individual chemical substances. The exposure and release information EPA receives about PAHs is generally reported as a mixture of several PAHs, and not as individual chemicals. The Agency will evaluate several PAHs, including benzo[a]pyrene, as part of an assessment of creosote under the TSCA Work Plan for Chemical Assessments. Additional individual PAHs previously on the TSCA Work Plan for Chemical Assessments are being removed since they are no longer in commerce.

## c.  TSCA Work Plan for Chemical Assessments: 2014 Update

See table on next page.

**U.S. Environmental Protection Agency**

**October 2014**

# TSCA Work Plan for Chemicals Assessments: 2014 Update

This document updates the June 2012 TSCA Work Plan for Chemical Assessment. The TSCA Work Plan Chemicals Methods Document explains the hazard, exposure, and persistence/bioaccumulation criteria, the data sources used, and how chemicals were scored. The 2014 Update describes why changes were made.

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Acetaldehyde | Added 2012 | Possible human carcinogen | 3 | Used in consumer products Present in drinking water, indoor environments, ambient air, and groundwater High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 75-07-0 |
| 2 | Acrylonitrile | Added 2012 | Probable human carcinogen | 3 | Widely used in consumer products Present in indoor environments, surface water, ambient air, and groundwater High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Dispersive Industrial | Not yet initiated | 107-13-1 |
| 3 | tert-Amyl methyl ether | Added 2012 | Chronic toxicity Central nervous system effects Potential carcinogenicity to specific target organs | 2 | Widely used in consumer products Present in drinking water, surface water, and ambient air Estimated to have moderate releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 994-05-8 |

Notes:

An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.

*Chemicals in italics were added in 2014.*

**Chemicals in bold have final risk assessments.**

1

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Anthra[2,1,9-def:6,5,10-d'e'f'] diisoquinoline-1,3,8,10(2H,9H)-tetrone (Pigment Violet 29) | Added 2012 | Aquatic toxicity | 3* | Widely used in consumer products Estimated to have moderate releases to the environment | 3 | High environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 81-33-4 |
| 5 | **Antimony & Antimony Compounds** | **Added 2012** | **Possible human carcinogen Developmental and reproductive toxicity Acute and chronic toxicity from inhalation exposures** | **3** | **Widely used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, and soil High reported releases to the environment** | **3** | **High environmental persistence Moderate bioaccumulation potential** | **3** | **Consumer Industrial** | **Final assessment complete August 2014** | **Category** |
| 6 | Arsenic & Arsenic Compounds | Added 2012 | Known human carcinogens Neurotoxicity Central nervous system effects Acute and chronic toxicity from inhalation exposures | 3 | Widely used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, soil High reported releases to the environment | 2 | High environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | Category |
| 7 | Asbestos & Asbestos-like Fibers | Added 2012 | Known human carcinogens Acute and chronic toxicity from inhalation exposures | 3 | Widely used in consumer products Present in indoor environments | 3 | High environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | Category |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

2

**U.S. Environmental Protection Agency**

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | *Barium Carbonate* | *Added 2014* | *Acute toxicity* | *3* | *Used to manufacture paper, special glass, ceramics, bricks, enamels, paints, rubber, electrodes, and barium salts; used in oil well drilling; especially through gypsum; used in brines as a precipitant* | *3* | *Low environmental persistence Low bioaccumulation potential* | *1* | *Consumer Industrial* | *Not yet initiated* | *513-77-9* |
| 9 | Benzenamine | Added 2012 | Probable human carcinogen | 3 | Used in consumer products Present in ambient air, groundwater, and soil High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 62-53-3 |
| 10 | Benzene | Added 2012 | Known human carcinogen | 3 | Widely used in consumer products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, groundwater, soil High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Dispersive Industrial | Not yet initiated | 71-43-2 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Bisphenol A (BPA) | Added 2014 | Reproductive toxicity | 3 | Electrical and electronics equipment, optical media, linings in drinking water pipes, thermal paper coatings, automotive and transportation equipment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 80-05-7 |
| 12 | 1-Bromopropane | Added 2012 | Possible human carcinogen | 3 | Widely used in consumer products Present in drinking water, indoor environments, surface water, ambient air, groundwater, soil Estimated to have high releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Dispersive Industrial | Initiated 2013 | 106-94-5 |
| 13 | 1,3-Butadiene | Added 2014 | Known human carcinogen | 3 | Major commodity product of the petrochemical industry, usually produced as a by-product of ethylene Increasing usage in the formation of rocket fuels, plastics, resins, and commercial latex paints Reported uses in plastic products, textiles, apparel | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 106-99-0 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

4

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Butanamide, 2,2'-[(3,3'-dichloro[1,1'-biphenyl]-4,4'-diyl)bis(azo)]bis[N-(4-chloro-2,5-dimethoxyphenyl)-3-oxo- (Pigment Yellow 83) | Added 2012 | Acute toxicity | 2 | Used in consumer products Estimated to have high releases to the environment | 3 | High environmental persistence High bioaccumulation potential | 3 | Consumer Industrial | Not yet initiated | 5567-15-7 |
| 15 | Butanamide, 2-[(4-methoxy-2-nitrophenyl) azo]-N-(2-methoxyphenyl)-3-oxo- (Pigment Yellow 65) | Added 2012 | Aquatic toxicity | 3* | Widely used in consumer products Estimated to have high releases to the environment | 3 | High environmental persistence Low bioaccumulation potential | 2 | Consumer | Not yet initiated | 6528-34-3 |
| 16 | Butyl benzyl phthalate (BBP) 1,2-Benzene-dicarboxylic acid, 1-butyl 2(phenylmethyl) ester | Added 2014 | Chronic aquatic toxicity | 3 | Most widely used stain-resistant plasticizer in poly(vinyl chloride) Widely used in vinyl tile Used in commercial/ industrial products | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Industrial Commercial Consumer | Not yet initiated | 85-68-7 |
| 17 | 4-sec-Butyl-2,6-di-tert-butylphenol | Added 2012 | Chronic toxicity | 2 | Widely used in consumer products Estimated to have moderate releases to the environment | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 17540-75-9 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Cadmium & Cadmium Compounds | Added 2012 | Known human carcinogens Chronic cardiovascular, renal and musculoskeletal effects Acute and chronic toxicity from inhalation exposures | 3 | Widely used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, soil High reported releases to the environment | 3 | High environmental persistence Moderate bioaccumulation potential | 3 | Consumer Industrial | Not yet initiated | Category |
| 19 | Carbon tetrachloride | Added 2012 | Probable human carcinogen | 3 | Used in commercial/industrial products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, groundwater, soil High reported releases to the environment | 3 | High environmental persistence Low bioaccumulation potential | 2 | Industrial | Not yet initiated | 56-23-5 |
| 20 | Chromium & Chromium Compounds | Added 2012 | Known human carcinogens Reproductive toxicity Developmental toxicity Acute and chronic toxicity from inhalation exposures | 3 | Used in commercial/ industrial products Present in ambient air High reported releases to the environment | 1 | High environmental persistence Moderate bioaccumulation potential | 3 | Industrial | Not yet initiated | Category |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

6

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Cobalt & Cobalt Compounds | Added 2012 | Cardiovascular and central nervous system effects Acute and chronic toxicity from inhalation exposures | 3 | Used in consumer products Present in biomonitoring, surface water, ambient air, soil High reported releases to the environment | 3 | High environmental persistence Moderate bioaccumulation potential | 3 | Industrial | Not yet initiated | Category |
| 22 | Creosotes | Added 2012 | Probable human carcinogen | 3 | Widely used in consumer products Present in groundwater, soil High reported releases to the environment | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Industrial | Not yet initiated | 8001-58-9 |
| 23 | Cyanide Compounds (Limited to dissociable compounds) | Added 2012 | Neurotoxicity Reproductive toxicity Central nervous system effects | 3 | Widely used in consumer products Present in drinking water, surface water, and soil High reported releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | Category |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | Decabromodiphenyl ethers (DecaBDE) | Added 2014 | Developmental toxicity Aquatic toxicity | 3 | Has been widely used in textiles, plastics and polyurethane foam as flame retardants Articles which were often treated with PBDEs include textiles such as carpets and upholstery fabric; cushions; plastics used as components in electrical appliances, devices, and equipment in consumer, commercial, and industrial use; and building and construction materials | 3 | High environmental persistence High bioaccumulation potential | 3 | Consumer Commercial Industrial | Not yet initiated | 1163-19-5 |
| 25 | Dibutyl phthalate (DBP) (1,2-Benzene-dicarboxylic acid, 1,2-dibutyl ester) | Added 2014 | Chronic aquatic toxicity | 3 | Used in cosmetics, medical supplies, textiles, propellant, food packaging, dental material, and paper Used in the manufacture of plastics, paints, wood varnishes, and lacquers | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Industrial Commercial Consumer | Not yet initiated | 84-74-2 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

8

**U.S. Environmental Protection Agency**

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | o-Dichlorobenzene | Added 2012 | Chronic toxicity | 2 | Widely used in consumer products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air and groundwater Moderate reported releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Dispersive Industrial | Not yet initiated | 95-50-1 |
| 27 | p-Dichlorobenzene | Added 2012 | Possible human carcinogen | 3 | Widely used in consumer products Present in biomonitoring, drinking water, ambient air, surface water, groundwater, soil Moderate reported releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 106-46-7 |
| 28 | *3,3'-Dichlorobenzidine* | *Added 2014* | *Probable human carcinogen* | *3* | *Used in the production of dyes* | *2* | *Moderate environmental persistence Low bioaccumulation potential* | *2* | *Industrial* | *Not yet initiated* | *91-94-1* |
| 29 | 3,3'-Dichlorobenzidine dihydrochloride | Added 2012 | Probable human carcinogen | 3 | Used in consumer products Relatively small reported releases to the environment | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 612-83-9 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

9

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 1,1-Dichloroethane | Added 2012 | Mutagenicity | 2 | Used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, groundwater, soil Moderate reported releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 75-34-3 |
| 31 | 1,2-Dichloroethane | Added 2012 | Possible human carcinogen | 3 | Used in commercial/industrial products Present in biomonitoring, drinking water, surface water, indoor environments, ambient air, groundwater, soil High reported releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 107-06-2 |
| 32 | trans-1,2-Dichloroethylene | Added 2012 | Chronic toxicity | 2 | Widely used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, groundwater, soil | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 156-60-5 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

10

**U.S. Environmental Protection Agency**

**October 2014**

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 1,2-Dichloropropane | Added 2012 | Acute mammalian toxicity | 2 | Used in consumer products; Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, groundwater, soil; High reported releases to the environment | 3 | High environmental persistence; Low bioaccumulation potential | 2 | Consumer; Industrial | Not yet initiated | 78-87-5 |
| 34 | Dicyclohexyl phthalate | Added 2014 | Acute and chronic aquatic toxicity | 3* | Plasticizer; heat sealer for cellulose; heat sealer for paper finishes (labels, pharmaceutical labels, price labels) | 3 | Low environmental persistence; Low bioaccumulation potential | 1 | Consumer; Industrial | Not yet initiated | 84-61-7 |
| 35 | Di-ethylhexyl phthalate (DEHP) (1,2-Benzene-dicarboxylic acid, 1,2-bis(2-ethylhexyl) ester ) | Added 2014 | Chronic aquatic toxicity | 3 | Widely used in medical devices, such as intravenous tubing and blood bags; Widely used in consumer products and construction-related products | 3 | Low environmental persistence; Low bioaccumulation potential | 1 | Industrial; Commercial; Consumer | Not yet initiated | 117-81-7 |

Notes:

An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.

*Chemicals in italics were added in 2014.*

**Chemicals in bold have final risk assessments.**

11

**U.S. Environmental Protection Agency**

**October 2014**

| # | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Di-isobutyl phthalate (DIBP) (1,2-Benzene-dicarboxylic acid, 1,2-bis-(2methylpropyl) ester) | Added 2014 | Reproductive toxicity | 1 | Specialty plasticizer often combined with other phthalates. Used in printing inks. Used in nitrocellulose, cellulose ether, and polyacrylate and polyacetate dispersions | 2 | Low environmental persistence. Low bioaccumulation potential | 1 | Industrial Commercial Consumer | Not yet initiated | 84-69-5 |
| 37 | Di-isodecyl phthalate (DIDP) (1,2-Benzene-dicarboxylic acid, 1,2-diisodecyl ester) | Added 2014 | Developmental toxicity | 3 | Used in cosmetics, medical supplies, textiles, propellant, food packaging, dental material, and paper. Used in the manufacture of plastics, paints, wood varnishes, and lacquers | 3 | Low environmental persistence. Low bioaccumulation potential | 1 | Industrial Commercial Consumer | Not yet initiated | 26761-40-0 |
| 38 | Di-isononyl phthalate (DINP) (1,2-Benzene-dicarboxylic acid, 1,2-diisononyl ester) | Added 2014 | Developmental toxicity | 2 | Commonly used as plasticizer in poly(vinyl chloride) applications | 3 | Low environmental persistence. Low bioaccumulation potential | 1 | Industrial Commercial Consumer | Not yet initiated | 28553-12-0 |
| 39 | 1,2-Dimethoxyethane (Monoglyme) | Added 2012 | Reproductive toxicity Developmental toxicity Chronic toxicity | 3 | Widely used in consumer products. Estimated to have high releases to the environment | 3 | Low environmental persistence. Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 110-71-4 |

Notes:

An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.

*Chemicals in italics were added in 2014.*

**Chemicals in bold have final risk assessments.**

12

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 2-Dimethylaminoethanol | Added 2014 | Acute toxicity | 3 | Intermediate in the synthesis of dyestuffs, textile, auxiliaries, pharmaceuticals and corrosion inhibitors, emulsifiers in paints and coatings Some uses in adhesives and sealants | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Industrial | Not yet initiated | 108-01-0 |
| 41 | Di-n-octyl phthalate (DnOP) (1,2-Benzene-dicarboxylic acid, 1,2-dioctyl ester) | Added 2014 | Reproductive toxicity | 2 | Commonly used as plasticizer in poly(vinyl chloride) applications | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Industrial Commercial Consumer | Not yet initiated | 117-84-0 |
| 42 | 1,4-Dioxane | Added 2012 | Possible human carcinogen | 3 | Widely used in consumer products Present in groundwater, ambient air and indoor environments High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Dispersive Industrial | Initiated 2014 | 123-91-1 |
| 43 | Ethanone, 1-(1,2,3,4,5,6,7,8-octahydro-2,3,5,5-tetramethyl-2-naphthalenyl)- | Added 2012 | Aquatic toxicity | 3* | Widely used in consumer products Estimated to have high releases to the environment | 3 | Moderate environmental persistence High bioaccumulation potential | 3 | Consumer Industrial | Not yet initiated | 54464-59-4 |
| 44 | Ethanone, 1-(1,2,3,4,5,6,7,8-octahydro-2,3,8,8-tetramethyl-2-naphthalenyl))- | Added 2012 | Aquatic toxicity | 1* | Widely used in consumer products Estimated to have high releases to the environment | 3 | Moderate environmental persistence High bioaccumulation potential | 3 | Consumer Industrial | Not yet initiated | 54464-57-2 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
Chemicals in italics were added in 2014.
**Chemicals in bold have final risk assessments.**

13

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Ethanone, 1-(1,2,3,4,6,7,8,8a-octahydro- 2,3,8,8-tetramethyl-2-naphthalenyl)- | Added 2012 | Aquatic toxicity | 3* | Widely used in consumer products Estimated to have high releases to the environment | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 68155-67-9 |
| 46 | Ethanone, 1-(1,2,3,5,6,7,8,8a-octahydro- 2,3,8,8-tetramethyl-2-naphthalenyl)- | Added 2012 | Aquatic toxicity | 3* | Widely used in consumer products Estimated to have high releases to the environment | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 68155-66-8 |
| 47 | Ethylbenzene | Added 2012 | Possible human carcinogen | 3 | Used in consumer products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, groundwater, soil High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 100-41-4 |
| 48 | Ethylene dibromide | Added 2012 | Probable human carcinogen | 3 | Used in commercial/industrial products Present in drinking water, indoor environments, surface water, ambient air, groundwater, soil Relatively small reported releases to the environment | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 106-93-4 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

14

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | bis(2-Ethylhexyl) adipate | Added 2012 | Possible human carcinogen | 3 | Widely used in consumer products Present in drinking water, and indoor environments Estimated to have high releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 103-23-1 |
| 50 | 2-Ethylhexyl 2,3,4,5-tetrabromobenzoate (TBB) | Added 2012 | Developmental toxicity Acute and chronic aquatic toxicity | 2 | Used in consumer products Present in indoor environments and soil | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Consumer Industrial | Initiated 2013 | 183658-27-7 |
| 51 | bis(2-Ethylhexyl) - 3,4,5,6- tetrabromophthalate (TBPH) | Added 2012 | Developmental toxicity Acute and chronic aquatic toxicity | 2 | Used in consumer products Present in indoor environments Estimated to have moderate releases to the environment | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Consumer Industrial | Initiated 2013 | 26040-51-7 |
| 52 | Formaldehyde | Added 2012 | Known human carcinogen | 3 | Used in consumer products Present in indoor environments, drinking water, ambient air, and groundwater High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 50-00-0 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

15

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 2,5-Furandione | Added 2014 | Acute and chronic aquatic toxicity | 3* | Chemical intermediate for thousands of substances including lubricating oil additives, personal care products, adhesives, floor polishes, water treatment chemicals, detergents, paper sizing, epoxy curing agents, and leather treatment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Industrial | Not yet initiated | 108-31-6 |
| 54 | Hexabromocyclododecane (HBCD) | Added 2014 | Acute aquatic toxicity | 3* | Flame retardant in extruded polystyrene foam, textiles, and elctrical and electronic appliances | 3 | High environmental persistence High bioaccumulation potential | 3 | Consumer | Initiated 2013 | 3194-55-6 |
| 55 | Hexachlorobutadiene | Added 2012 | Possible human carcinogen | 3 | Present in indoor environments, surface water, ambient air, groundwater, soil Relatively small reported releases to the environment | 2 | High environmental persistence High bioaccumulation potential | 3 | Industrial | Not yet initiated | 87-68-3 |
| 56 | 1-Hexadecanol | Added 2012 | Chronic toxicity | 2 | Widely used in consumer products Present in surface water, ambient air, and soil Estimated to have high releases to the environment | 3 | Low environmental persistence Moderate bioaccumulation potential | 2 | Consumer Dispersive Industrial | Not yet initiated | 36653-82-4 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
Chemicals in italics were added in 2014.
**Chemicals in bold have final risk assessments.**

16

**U.S. Environmental Protection Agency**

**October 2014**

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 1,3,4,6,7,8-Hexahydro-4,6,6,7,8,8-hexamethylcyclopenta[g]-2-benzopyran (HHCB) | Added 2012 | Developmental toxicity | 2 | Widely used in consumer products Present in biomonitoring Estimated to have high releases to the environment | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Consumer Dispersive | Final assessment complete August 2014 | 1222-05-5 |
| 58 | 2-Hydroxy-4-(octyloxy) benzophenone | Added 2014 | Acute and chronic aquatic toxicity | 3* | UV stabilizer for polymers; used in rubber and plastic products Numerous food packaging uses (especially as a stabilizer for petroleum wax) | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Commercial | Not yet initiated | 1843-05-6 |
| 59 | Lead & Lead Compounds | Added 2012 | Neurotoxicity Developmental toxicity Reproductive toxicity | 3 | Widely used in consumer products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, soil High reported releases to the environment | 3 | High environmental persistence Moderate bioaccumulation potential | 3 | Consumer Industrial | Not yet initiated | Category |
| 60 | Long-chain chlorinated paraffins (C18-20) | Added 2012 | Chronic toxicity to target organs including the liver, kidneys and thyroid Aquatic toxicity | 2 | Present in biomonitoring, surface water, and soil Used in commercial/industrial products | 2 | High environmental persistence High bioaccumulation potential | 3 | Industrial Dispersive | Initiated 2012 | Category |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

17

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Persistence & Bioaccumulation Criteria Met | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Medium-chain chlorinated paraffins (C14-17) | Added 2012 | Chronic toxicity to target organs including the liver, kidneys and thyroid Aquatic toxicity | 2 | Used in consumer products Estimated to have high releases to the environment | 2 | High environmental persistence High bioaccumulation potential | 3 | | Consumer Dispersive Industrial | Initiated 2012 | |
| 62 | **Methylene chloride** | **Added 2012** | **Probable human carcinogen** | **3** | **Widely used in consumer products Present in drinking water, indoor environments, ambient air, groundwater, and soil High reported** | **3** | **Low environmental persistence Low bioaccumulation potential** | **1** | | **Consumer Industrial** | **Final assessment complete August 2014. Pursuing risk reduction** | **75-09-2** |
| 63 | 4,4'-Methylene bis(2-chloroaniline) | Added 2012 | Known human carcinogen | 3 | Widely used in consumer products Present only in ambient air Relatively small reported releases to the environment | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | | Consumer Industrial | Not yet initiated | 101-14-4 |
| 64 | *4,4'-(1-Methylethylidene)bis[2,6-dibromophenol] (TBBPA)* | *Added 2014* | *Acute aquatic toxicity* | *2\** | *Flame retardant in epoxy resin circuit boards and in electronic enclosures* | *3* | *High environmental persistence Low bioaccumulation potential* | *2* | | *Consumer* | *Not yet initiated* | *79-94-7* |
| 65 | N-Methyl-2-pyrrolidone (NMP) | Added 2012 | Reproductive toxicity | 3 | Widely used in consumer products Present in drinking water and indoor environments High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | | Consumer Industrial | Initiated 2012 | 872-50-4 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

18

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | *Molybdenum and Molybdenum Compounds* | *Added 2014* | *Chronic toxicity* | *1* | *Alloying agent in cast iron, steel, and super alloys to increase hardenability, strength, toughness, and corrosion resistance  Used for electrical lead-in (in halogen lamps and electric furnaces) and wear-resistant coatings for machine & engine parts  Also used in glass and nuclear energy industries* | *3* | *High environmental persistence  Moderate bioaccumulation potential* | *3* | *Consumer Industrial* | *Not yet initiated* | *Category* |
| 67 | Naphthalene | Added 2012 | Possible human carcinogen | 3 | Widely used in consumer products  Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, groundwater, soil  High reported releases to the environment | 3 | Low environmental persistence  Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 91-20-3 |
| 68 | 2-Naphthalenecarboxylic acid, 4-[(4-chloro-5-methyl-2-sulfophenyl) azo]-3-hydroxy-, calcium salt (1:1) (Pigment Red 52) | Added 2012 | Aquatic toxicity | 3* | Widely used in consumer products  Estimated to have moderate releases to the environment | 2 | High environmental persistence  Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 17852-99-2 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

**U.S. Environmental Protection Agency**

**October 2014**

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | Nickel & Nickel Compounds | Added 2012 | Known human carcinogens Acute and chronic toxicity from inhalation exposures | 3 | Used in consumer products Present in ambient air High reported releases to the environment | 2 | High environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | Category |
| 70 | N-Nitroso-diphenylamine | Added 2012 | Probable human carcinogen | 3 | Used in consumer products Present in surface water, groundwater, soil Relatively small reported releases to the environment | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 86-30-6 |
| 71 | *Nonylphenol and Nonylphenol Ethoxylates (NP/NPEs)* | *Added 2014* | *Reproductive toxicity Developmental toxicity Aquatic toxicity* | *3* | *In industrial detergents as well as other cleaners, degreasers (some for consumer use), and dry cleaning Industrial uses include petroleum dispersants, emulsifiers, wetting agents, adhesives, paper and textile processing formulations, prewash spotters, metalworking fluids, some paints and coatings, and dust control agents* | *3* | *Moderate environmental persistence Moderate bioaccumulation potential* | *2* | *Commercial Industrial* | *Not yet initiated* | *Category* |

20

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | Octamethylcyclotetra-siloxane (D4) | Added 2012 | Reproductive toxicity | 2 | Used in consumer products Present in biomonitoring, drinking water, indoor environments, and surface water Estimated to have high releases to the environment | 3 | Moderate environmental persistence High bioaccumulation potential | 3 | Consumer Dispersive Industrial | Initiated 2012 | 556-67-2 |
| 73 | 4-tert-Octylphenol (4-(1,1,3,3-Tetramethylbutyl)-phenol) | Added 2012 | Aquatic toxicity | 3* | Used in consumer products Present in biomonitoring and drinking water Estimated to have moderate releases to the environment | 3 | High environmental persistence Moderate bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 140-66-9 |
| 74 | p,p'-Oxybis(benzenesulfonyl hydrazide) | Added 2012 | Reproductive toxicity Mutagenicity | 3 | Used in consumer products Estimated to have moderate releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer | Not yet initiated | 80-51-3 |
| 75 | Pentachlorothio-phenol | Added 2014 | Acute and chronic toxicity | 3 | A mercaptan (sulfur) cross-linking agent that makes rubber more pliable | 1 | High environmental persistence High bioaccumulation potential | 3 | Industrial | Not yet initiated | 133-49-3 |
| 76 | Phenol, isopropylated, phosphate (3:1), (iPTPP) | Added 2014 | Neurotoxicity Aquatic toxicity | 3 | Widely used as a flame retardant | 3 | High environmental persistence High bioaccumulation potential | 3 | Consumer Industrial | Not yet initiated | 68937-41-7 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

21

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | Phosphoric acid, triphenyl ester (TPP) | Added 2014 | Acute and chronic aquatic toxicity | 3* | Widely used as a flame retardant in polyurethane foam, PVC, printed wiring boards, children's products Applications in polymers in high-impact polystyrenes, epoxy resins, and adhesives (minor use) | 3 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 115-86-6 |
| 78 | Phthalic anhydride | Added 2012 | Respiratory sensitizer | 3 | Widely used in consumer products Present in groundwater and ambient air High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 85-44-9 |
| 79 | Styrene | Added 2012 | Possible human carcinogen Central nervous system effects | 3 | Widely used in consumer products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, and groundwater, soil High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 100-42-5 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
Chemicals in italics were added in 2014.
**Chemicals in bold have final risk assessments.**

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | Tetrachloroethylene (PERC) | Added 2012 | Probable human carcinogen | 3 | Widely used in consumer products Present in biomonitoring, drinking water, indoor environments, ambient air, groundwater, soil High reported releases to the environment | 3 | High environmental persistence Low bioaccumulation potential | 2 | Consumer Dispersive Industrial | Not yet initiated | 127-18-4 |
| 81 | Tribromomethane (Bromoform) | Added 2012 | Probable human carcinogen | 3 | Used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, and groundwater Moderate reported releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 75-25-2 |
| 82 | 1,1,2-Trichloroethane | Added 2012 | Possible human carcinogen | 3 | Widely used consumer products Present in biomonitoring, drinking water, surface water, ambient air, groundwater, and soil Moderate reported releases to the environment | 2 | High environmental persistence Low bioaccumulation potential | 2 | Dispersive | Not yet initiated | 79-00-5 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

23

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | **Trichloroethylene (TCE)** | **Added 2012** | **Probable human carcinogen** | **3** | **Widely used in consumer products Present in drinking water, indoor environments, surface water, ambient air, groundwater, and soil** | **3** | **High environmental persistence Low bioaccumulation potential** | **2** | **Consumer Industrial** | **Final assessment complete June 2014. Pursuing risk reduction** | **79-01-6** |
| 84 | Triglycidyl isocyanurate | Added 2012 | Reproductive toxicity Mutagenicity Acute toxicity from inhalation exposures | 3 | Widely used in consumer products Estimated to have high releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 2451-62-9 |
| 85 | Tris(2-chloroethyl) phosphate (TCEP) | Added 2012 | Mutagenicity Limited evidence of carcinogenicity | 2 | Widely used in consumer products Present in drinking water, and indoor environments Estimated to have moderate releases to the environment | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Initiated 2013 | 115-96-8 |
| 86 | 2,4,6-Tris(tert-butyl)phenol | Added 2012 | Chronic toxicity and liver effects | 2 | Widely used in consumer products Present in indoor environments Estimated to have moderate releases to the environment | 2 | Moderate environmental persistence High bioaccumulation potential | 3 | Consumer Industrial | Not yet initiated | 732-26-3 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

24

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | Vinyl chloride | Added 2012 | Known human carcinogen | 3 | Used in consumer products Present in drinking water, indoor environments, surface water, ambient air, groundwater, soil High reported releases to the environment | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | Not yet initiated | 75-01-4 |
| 88 | m-Xylene | Added 2012 | Reproductive toxicity Developmental toxicity | 3 | Widely used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, groundwater, soil High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 108-38-3 |
| 89 | o-Xylene | Added 2012 | Chronic toxicity | 3 | Used in consumer products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, groundwater, soil High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 95-47-6 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

25

| Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|
| 90 | p-Xylene | Added 2012 | Reproductive toxicity | 3 | Widely used in consumer products Present in biomonitoring, drinking water, surface water, ambient air, groundwater, soil High reported releases to the environment | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | Not yet initiated | 106-42-3 |

## TSCA Work Plan Chemicals for Assessment: 2014 Update – Chemicals Removed or Consolidated

| Chemical Name | When was the chemical added and removed? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status or Other Action | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Benz[a]anthracene | Added 2012 Removed 2014 | Probable human carcinogen | 3 | Present in biomonitoring, indoor environments, surface water, ambient air, and soil | 2 | High environmental persistence Moderate bioaccumulation potential | 3 | Dispersive Industrial | No assessment | 56-55-3 |
| 2 | p-Chloro-o-toluidine | Added 2012 Removed 2014 | Probable human carcinogen | 3 | Present in biomonitoring, surface water, and soil | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | Industrial | No assessment | 95-69-2 |
| 3 | Dibenz[a,h]anthracene | Added 2012 Removed 2014 | Probable human carcinogen | 3 | Present in indoor environments, surface water, ambient air, groundwater, and soil | 2 | Moderate environmental persistence Moderate bioaccumulation potential | 2 | Dispersive | No assessment | 53-70-3 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

26

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Dibromochloromethane | Added 2012 Removed 2014 | Possible human carcinogen | 3 | Present in biomonitoring, surface water, ambient air, and soil | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | Industrial | No assessment | 124-48-1 |
| 5 | Dichloroacetic acid | Added 2012 Removed 2014 | Possible human carcinogen | 3 | Used in consumer products Present in drinking water | 3 | Low environmental persistence Low bioaccumulation potential | 1 | Consumer Industrial | No assessment | 79-43-6 |
| 6 | Hexabromobiphenyl | Added 2012 Removed 2014 | Possible human carcinogen | 3 | Used in consumer products Present in ambient air and soil | 2 | High environmental persistence High bioaccumulation potential | 3 | Industrial | No assessment | 36355-01-8 |
| 7 | Hexachlorocyclohexane | Added 2012 Removed 2014 | Possible human carcinogen | 3 | Present in biomonitoring and surface water | 2 | High environmental persistence Moderate bioaccumulation potential | 3 | Industrial | No assessment | 608-73-1 |
| 8 | Mercury & Mercury Compounds | Added 2012 Removed 2014 | Neurotoxicity Developmental toxicity Chronic nervous system and hepatic effects | 3 | Widely used in consumer products Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, soil High reported releases to the environment | 3 | High environmental persistence Moderate bioaccumulation potential | 3 | Consumer Industrial | No assessment | Category |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

27

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | N-Nitrosodiethylamine | Added 2012 Removed 2014 | Probable human carcinogen | 3 | Present in biomonitoring, surface water, and ambient air, groundwater, and soil Relatively small reported releases to the environment | 2 | Moderate environmental persistence Low bioaccumulation potential | 2 | Industrial | No assessment | 55-18-5 |
| 10 | N-Nitrosodimethylamine | Added 2012 Removed 2014 | Probable human carcinogen | 3 | Widely used in consumer products Present in drinking water, surface water, ambient air, groundwater, and soil | 3 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer Dispersive Industrial | No assessment | 62-75-9 |
| 11 | Pentabromophenol | Added 2012 Removed 2014 | Acute toxicity | 3 | Used in consumer products Present in surface water and soil | 2 | High environmental persistence Low bioaccumulation potential | 2 | Industrial | No assessment | 608-71-9 |
| 12 | Polychlorinated naphthalenes | Added 2012 Removed 2014 | Acute dermal toxicity Chronic liver effects | 1 | Widely used in consumer products Present in biomonitoring | 3 | High environmental persistence High bioaccumulation potential | 3 | Industrial | No assessment | Category |
| 13 | Quartz (Respirable forms only) | Added 2012 Removed 2014 | Probable human carcinogen | 3 | Widely used in consumer products Present in drinking water Estimated to have high releases to the environment | 3 | High environmental persistence Low bioaccumulation potential | 2 | Consumer Industrial | No assessment | 14808-60-7 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

U.S. Environmental Protection Agency

October 2014

| | Chemical Name | When was the chemical added? | Hazard Criteria Met | Hazard Score | Exposure Criteria Met | Exposure Score | Persistence & Bioaccumulation Criteria Met | Persistence & Bioaccumulation Score | Use | Risk Assessment Status and Other Actions | CASRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1,2,4,5-Tetrachlorobenzene | Added 2012 Removed 2014 | Chronic toxicity | 3 | Present in ground water and soil | 1 | Moderate environmental persistence High bioaccumulation potential | 3 | Industrial | No assessment | 95-94-3 |
| 15 | Tris(2,3-dibromopropyl) phosphate (TBP) | Added 2012 Removed 2014 | Probable human carcinogen | 3 | Widely used in consumer products Relatively small reported releases to the environment | 0 | Moderate environmental persistence Low bioaccumulation potential | 2 | Consumer | No assessment | 126-72-7 |
| 16 | Benzo[a]pyrene | Added 2012 Consolidated 2014 | Known human carcinogen | 3 | Present in biomonitoring, drinking water, indoor environments, surface water, ambient air, groundwater, and soil | 2 | High environmental persistence Moderate bioaccumulation potential | 3 | Dispersive Industrial | No assessment | 50-32-8 |

Notes:
An asterisk (*) in the Hazard Score column indicates the score is based solely on environmental toxicity.
*Chemicals in italics were added in 2014.*
**Chemicals in bold have final risk assessments.**

29