**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 3:17-cv-02162 EMC<br><br>**[PROPOSED] SUMMARY JUDGMENT ORDER** |

Before the Court are Plaintiffs' Motion for Summary Judgment and Partial Summary Judgment (ECF No. 117) and Defendants' Motion for Summary Judgment (ECF No. 116). Upon due consideration, the Court **ORDERS** (1) that Plaintiffs' Motion for Summary Judgment and Partial Summary Judgment is **DENIED** and (2) that Defendants' Motion for Summary Judgment is **GRANTED**.

The Court further **ORDERS** the Clerk of Court to enter **JUDGMENT in favor of Defendants**.

**IT IS SO ORDERED.**

DATED this __ day of November, 2019.

_____
EDWARD M. CHEN
United States District Judge