C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al.,      ) | Civ. No. 17-CV-02162-EMC |
| Plaintiffs,       ) | |
| vs.       ) | **DECLARATION OF MICHAEL CONNETT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.      ) | |
| Defendants.       ) | |

I, Michael Connett, submit the following declaration in support of Plaintiffs' Opposition of Defendants' Motion for Summary Judgment.

1.    I am lead counsel for Plaintiffs in the above-captioned case.

2.    **Exhibit 1** is a true and correct excerpt of the deposition of EPA's non-retained expert, Dr. Tala Henry. This deposition and all other depositions attached to this declaration were taken in this litigation.

3.    **Exhibit 2** is a true and correct excerpt of Plaintiffs' November 22, 2016 Citizen Petition.

4.    **Exhibit 3** is a true and correct excerpt of an EPA report that I downloaded from EPA's website entitled *Guidelines for Neurotoxicity Risk Assessment.*

5.    **Exhibit 4 i**s a true and correct excerpt of a webpage that I downloaded from EPA's website entitled: *The NRC Risk Assessment Paradigm*.

6.      **Exhibit 5** is a true and correct excerpt of EPA's Reregistration Eligibility Decision for Sodium Fluoride, dated December 20, 2007, which I downloaded from EPA's website.

7.      **Exhibit 6** is a true and correct excerpt of a document that EPA provided to Plaintiffs which summarizes the rebuttal opinions EPA's non-retained expert, Dr. Tala Henry, is expected to provide, and the facts upon which she will base them.

8.      **Exhibit 7** is a true and correct excerpt of a powerpoint presentation by EPA's non-retained expert, Dr. Tala Henry. Dr. Henry confirmed that she is the author of this presentation at her deposition. *See* Exhibit 1 at 277:17-279:19.

9.      **Exhibit 8** is a true and correct excerpt of a document I downloaded from the EPA website entitled: *Draft Risk Evaluation for 1-Bromopropane (n-Propyl Bromide).*

10.     **Exhibit 9** is a true and correct excerpt of a document I downloaded from the EPA website entitled: *Draft Risk Evaluation for 1,4-Dioxane.*

11.     **Exhibit 10** is a true and correct excerpt of the deposition of EPA's 30(b)(6) representative in this case, Dr. Edward Ohanian.

12.     **Exhibit 11** is a true and correct excerpt of the deposition of retired EPA scientist, Dr. John William Hirzy.

13.     **Exhibit 12** is a true and correct excerpt of the deposition of EPA scientist, Dr. Joyce Donohue.

14.     **Exhibit 13** is a true and correct copy of an October 8, 2019 declaration from Plaintiffs' expert, Dr. Kathleen Thiessen, along with a copy of Dr. Thiessen's June 27, 2019 expert report.

15.     **Exhibit 14** is a true and correct excerpt of a May 1, 1999 report entitled *Why EPA's Headquarters Union Opposes Fluoridation* written by Dr. John William Hirzy. Dr. Hirzy authenticated this document during his deposition in this case. *See* Exhibit 11 at 91:22-92:22.

16.     **Exhibit 15** is a true and correct excerpt of a report that I downloaded from EPA's website

entitled *Fluoride: Dose-Response Analysis for Non-Cancer Effects*.

17.    **Exhibit 16** is a true and correct excerpt of the deposition of CDC's 30(b)(6) representative, Casey Hannan.

18.    **Exhibit 17** is a true and correct excerpt of the National Research Council's report *Fluoride in Drinking Water: A Scientific Review of EPA's Standards* which I downloaded from the National Academies Press website.

19.    **Exhibit 18** is a true and correct excerpt of the deposition of Plaintiffs' expert, Dr. Kathleen M. Thiessen.

20.    **Exhibit 19** is a true and correct excerpt of the deposition of Plaintiffs' expert, Dr. Phillipe Grandjean.

21.    **Exhibit 20** is a true and correct copy of a letter from Robert Perciasepe, Assistant Administrator for the EPA, dated July 25, 1997. Dr. Hirzy authenticated this letter at his deposition. *See* Exhibit 11 at pp. 89-91.

21.    **Exhibit 21** is a true and correct excerpt of a 2016 report that I downloaded from the National Toxicology Program's (NTP) website entitled *Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies.*

22.    **Exhibit 22** is a true and correct excerpt of a webpage that I downloaded from EPA's website entitled: *Conducting a Human Health Risk Assessment.*

23.    **Exhibit 23** is a true and correct copy of an October 8, 2019 declaration from Plaintiffs' expert, Dr. Philippe Grandjean, along with a copy of Dr. Grandjean's two expert reports.

24.    **Exhibit 24** is a true and correct excerpt of a paper co-authored by Plaintiffs' expert, Dr. Philippe Grandjean, entitled *Neurobehavioural Effects of Developmental Toxicity*, which EPA's counsel introduced as Exhibit 335 during Dr. Grandjean's deposition.

25.    **Exhibit 25** is a true and correct excerpt of a report that I downloaded from EPA's website

entitled: *NIEHS/EPA Children's Environmental Health and Disease Prevention Research Centers Impact Report.*

27.     **Exhibit 26** is a true and correct excerpt of the deposition of EPA scientist, Dr. Kristina A. Thayer.

28.     **Exhibit 27 i**s a true and correct excerpt of the deposition of Plaintiffs' non-retained expert, Dr. Howard Hu.

29.     **Exhibit 28** is a true and correct excerpt of the deposition of Plaintiffs' non-retained expert Dr. Bruce Lanphear

30.     **Exhibit 29** is a true and correct copy of a study that I received directly from the authors entitled *Fluoride Concentrations in Urine, Serum and Amniotic fluid in 2nd Trimester Pregnant Women in Northern California.*

31.     **Exhibit 30** is a true and correct excerpt of a report that I downloaded from EPA's website entitled:  *Toxicological Review Of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47).*

32.     **Exhibit 31** is a true and correct excerpt of a report that I downloaded from EPA's website entitled: *Toxicological Review of 2-Hexanone.*

33.     **Exhibit 32** is a true and correct excerpt of the deposition of Dr. Joyce Tsuji, an expert retained by EPA in this litigation.

34.     **Exhibit 33** is a true and correct excerpt of a report that I downloaded from EPA's website entitled: *Toxicological Review of Methanol.*

35.     **Exhibit 34** is a study that I downloaded from the website of the *British Journal of Psychiatry* entitled *Aluminium and fluoride in drinking water in relation to later dementia risk.*

36.     **Exhibit 35** is a true and correct excerpt of the July 14, 1976 House Report on the Toxic Substances Control Act, which I downloaded from Westlaw.

37.     **Exhibit 36** is a true and correct excerpt of the deposition of Dr. Ellen Chang, an expert

retained by EPA in this litigation.

38.  **Exhibit 37** is a true and correct excerpt of a document that I downloaded from the EPA website entitled *Methylmercury (MeHg); CASRN 22967-92-6.*

39.  **Exhibit 38** is a true and correct excerpt of the deposition of Dr. Charlotte Lewis, an expert that EPA has retained in this litigation.

40.  **Exhibit 39** is a true and correct excerpt of the deposition of Dr. Gary Slade, an expert that EPA has retained in this litigation.

41.  **Exhibit 40** is a true and correct copy of the Second Amended Declaration of Scott Edwards, Co-Director of the Food & Water Justice project for Plaintiff Food & Water Watch, which was initially filed with the Court as part of the parties' stipulation on standing (ECF 100).

42.  **Exhibit 41** is a true and correct excerpt of the deposition of Julie Simms.

43.  **Exhibit 42** is a true and correct excerpt of Exhibit F to Julie Simms's declaration that was filed with the Court as part of the parties' stipulation on standing (ECF 100).

44.  **Exhibit 43** is a true and correct excerpt of Exhibit E to Julie Simms's declaration that was filed with the Court as part of the parties' stipulation on standing (ECF 100).

45.  **Exhibit 44** is a true and correct copy of Exhibit A to Audrey Adams's declaration that was filed with the Court as part of the parties' stipulation on standing (ECF 100).

46.  **Exhibit 45** is a true and correct copy of Exhibit C to Audrey Adams's declaration that was filed with the Court as part of the parties' stipulation on standing (ECF 100).

47.  **Exhibit 46** is a copy of a study that Plaintiffs attached to their Citizen Petition entitled *Prevalence of Neurological Manifestations in a Human Population Exposed to Fluoride in Drinking Water.*

DECLARATION OF MICHAEL CONNETT

48.     **Exhibit 47** is a true and correct excerpt of a document that I downloaded from the Food & Drug Administration's website entitled *MOU-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: Memorandum of Understanding Between the Environmental Protection Agency and The Food & Drug Administration.*

49.     The following URL links to an August 19, 2019 podcast by the editors of JAMA Pediatrics, wherein the editors discuss the study on prenatal fluoride and IQ co-authored by Dr. Bruce Lanphear: https://bit.ly/2p996AE (last accessed on October 9, 2019).

50.     Some of the exhibits that are attached to this declaration have highlighting and/or pen marks. All of these highlights and writings are my own, with the exception of the pen marks in Exhibit 35, which were on the document I downloaded from Westlaw.

51.     Dr. Howard Hu and Dr. Bruce Lanphear have both agreed to serve as non-retained experts for Plaintiffs in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2019, in Long Beach, California.

*/s/ Michael Connett*
MICHAEL CONNETT
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
Tel: (310) 414-8146
Email: mconnett@waterskraus.com

# **<u>Exhibit 1</u>**

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**TALA HENRY**

August 20, 2019

---



888-779-9974

1          A     Deputy office director of the Office

2     of Pollution Prevention and Toxics.

3          **Q     And is the office of Pollution**

4     **Prevention and Toxics, is that the office that**

5     **handles TSCA issues?**

6          A     It is the office that implements

7     TSCA.

8          **Q     And TSCA is the Toxic Substances**

9     **Control Act?**

10         A     Correct.

11         **Q     And you have been at the EPA for**

12    **about 25 years now?**

13         A     Correct.

14         **Q     And how would you describe your**

15    **expertise?  What subject matters are -- let me**

16    **back up.  Are you a toxicologist?**

17         A     Yes.

18         **Q     Are you a risk assessment scientist?**

19         A     Yes.

20         **Q     Any other areas that you consider**

21    **yourself an expert in?**

1      A     Those are very broad areas.  Let me

2   just clarify.  Currently in my position I'm a

3   senior executive, so I do have the expertise

4   and I have conducted risk assessments and been

5   a staff toxicologist in the past.  But in my

6   position now, again, I have the office's

7   resources in many areas available.

8      **Q     Okay.  And so during your 25 years**

9   **at EPA, have you personally been involved with**

10  **writing risk assessments?**

11     A     Yes.

12     **Q     And in addition to writing risk**

13  **assessments, have you personally been involved**

14  **in reviewing and providing comments on risk**

15  **assessments?**

16     A     Yes.

17     **Q     Fair to say that in the course of**

18  **your 25 years at EPA, you have been involved**

19  **in one way or another with many risk**

20  **assessments?**

21     A     Yes.

1    Q    Do you have an estimate as to how

2    many risk assessments you have been involved

3    with in some capacity?

4    A    No.

5    Q    More than 20?

6    A    Yes.

7    Q    More than 50?

8    A    Yes.

9    Q    More than a hundred?

10    A    Yes.

11    Q    More than 200?

12    A    I would have to count at that point.

13    Q    And can you give me -- I know there

14    is obviously many risk assessments that you

15    have been a part of, but can you summarize for

16    me how you have contributed to risk

17    assessments in your career at EPA?

18    A    I have actually written some parts

19    of risk assessments, I have extensively

20    reviewed them, I have edited, reviewed, okayed

21    or signed off on, if you will, in pretty much

1    any way, shape or form.

2         **Q     And how would you define risk**

3    **assessment?**

4         A     Risk assessment is to determine

5    whether or not risk is -- the probability of

6    risk from exposure to -- in my case it's been

7    always chemical substances.

8         **Q     Okay.  And let me just back up and**

9    **ask you what is it that led you to the EPA?**

10   **Why did you want to work for the EPA?**

11        A     Well, I was a junior in college in

12   my -- getting a biology degree.  I was in my

13   chemistry class and the professor came in and

14   announced that at the EPA laboratory in the

15   town where my college is, that they were

16   looking for student workers and, as many

17   college students, I was in need of funds.

18             So I got myself down there and

19   interviewed for the biological laboratory aide

20   job, which is on my CV, and secured the job.

21   That's how it started.

```
 1        BY MR. CONNETT:

 2        Q    Is it fair to say that EPA is

 3   seeking to protect public health?

 4             MS. CARFORA:  Objection, form.

 5        A    I'm not speaking on behalf of EPA

 6   today.

 7        BY MR. CONNETT:

 8        Q    Okay.  So prior to your -- now, I

 9   know -- and we're going to talk about this a

10   little bit later -- I know that you were

11   involved with responding to the plaintiffs'

12   petition in this case.  We're going to talk

13   about that a little bit later.

14             But prior to your work on the

15   petition, had you ever been involved with any

16   fluoride-related projects at EPA?

17        A    Not to my recollection.

18        Q    And I will just go through some

19   examples of what I am referring to.  Had you

20   ever been involved with any regulatory actions

21   related to fluoride?
```

1        A    Not that I recall.

2        Q    Had you ever been involved with any

3   literature reviews related to fluoride?

4        A    No.

5        Q    Had you been involved with any

6   hazard assessments related to fluoride?

7        A    Not that I recall.

8        Q    Had you been involved with any

9   dose-response assessments related to fluoride?

10        A    Not that I recall.

11        Q    Had you been involved with any

12   exposure assessments related to fluoride?

13        A    Not that I recall.

14        Q    Had you been involved with any risk

15   characterizations related to fluoride?

16        A    Not that I recall.

17        Q    Do you consider yourself an expert

18   on fluoride toxicology?

19        A    No.

20        Q    Do you consider yourself an expert

21   on fluoride neurotoxicity?

1      A    No.

2      **Q    Do you consider yourself an expert**

3  **on fluoride and dental health?**

4      A    No.

5      **Q    Do you consider yourself an expert**

6  **on any aspect of fluoride?**

7      A    Not specifically.  Again, I am a

8  toxicologist and can evaluate papers that are

9  toxicology-type, papers but it's not an area

10  that I have studied extensively.

11      **Q    Prior to your involvement with the**

12  **petition in this case, had you ever reviewed**

13  **any of the scientific literature on fluoride?**

14      A    Not that I recall.

15      **Q    Have you, subsequent to the petition**

16  **being filed, actually read any of the primary**

17  **studies related to fluoride toxicity?**

18      A    Yes.

19      **Q    How many prior studies do you**

20  **estimate you have read?**

21      A    At the time that we were preparing

```
 1              (Recess taken from 12:04 p.m.

 2              until 12:09 p.m.)

 3              THE VIDEOGRAPHER:  We're back on the

 4   record.  The time on the video is 12:09 p.m.

 5              (Deposition Exhibit Number 231 was

 6              marked for identification.)

 7   BY MR. CONNETT:

 8       Q    Okay.  So I am going to hand you a

 9   document which I've marked as Exhibit

10   Number 231.

11       A    So we're done with these.  Okay.

12       Q    And it's a Federal Register document

13   dated July 20th, 2017 and it's titled,

14   "Procedures for Chemical Risk Evaluation under

15   the Amended Toxic Substances Control Act."

16              You're familiar with this document,

17   right?

18       A    Yes.

19       Q    What is it exactly?  Can you

20   describe or summarize it?

21       A    It's the rulemaking that codifies
```

1    the requirements of the Toxic Substances

2    Control Act and describes the procedures and

3    processes by which the agency will conduct

4    risk evaluations in accordance with the law.

5         Q    Okay.  And were you an author of

6    this document?

7         A    I wasn't an author per se.  I served

8    basically as a risk assessment resource to the

9    person who was the primary author and reviewed

10   it, of course.

11        Q    Okay.  So if you turn to the second

12   page of the document, which is page 33727, you

13   see the section one in the top left?

14        A    Yes.

15        Q    It's titled, "Chemical substances to

16   undergo risk evaluation."

17        A    Yes.

18        Q    And EPA writes that, "Section 6(b)

19   identifies the chemical substances that are

20   subject to this process."

21        A    Yes.

1       Q     And then EPA identifies three groups

2   of chemical substances that are subject to

3   this rulemaking proceeding, right?

4       A     Yes.

5       Q     So this -- these risk evaluation

6   procedures that EPA sets forth here govern

7   these three groups of chemical substances,

8   right?

9       A     Yes.

10       Q     And the first group of chemical

11   substances are the ten chemical substances the

12   agency was required to identify from the 2014

13   update to the TSCA work plan, right?

14       A     Yes.

15       Q     The second group of chemical

16   substances that this risk evaluation procedure

17   applies to is the chemical substances

18   determined to be high-priority substances

19   through the prioritization process published

20   elsewhere in the Federal Register, right?

21       A     Yes.

1        Q    And then the third group of chemical

2   substances that this risk evaluation procedure

3   applies to is chemicals selected in response

4   to a manufacturer's request, right?

5        A    Yes.

6        Q    So those are the three groups of

7   chemical substances that these risk evaluation

8   procedures govern, right?

9        A    Yes.

10       Q    Now, this document here, which is

11  about 20 or so pages, the word citizen

12  petition don't appear anywhere, right?

13       A    No, not that I know of, having read

14  it just here today.

15       Q    Right.  Now, the -- these procedures

16  that are identified here in this Federal

17  Register document do not apply to risk

18  evaluations done under Section 21 of the Act,

19  correct?

20       A    I don't believe that risk

21  evaluations are conducted under Section 21.

1    different definitions in the scientific

2    literature and that is what the purpose of

3    this table was, to in fact show that there are

4    different definitions out there.

5        **Q      Now, over the years EPA has used**

6    **weight of the scientific evidence as a method**

7    **for many of its risk assessments, right?**

8        A      The concept of using a weight of

9    scientific evidence has been a conceptual

10   approach and, you know, a recommended approach

11   in many of EPA's risk assessment guidances.

12       **Q      And it's a common method that**

13   **scientists use in literature reviews in the**

14   **published literature, correct?**

15       A      Yes.

16       **Q      Now, in its definition -- well,**

17   **strike that.**

18           **The TSCA statute does not require**

19   **systematic reviews, correct?**

20       A      Correct, it did not speak to

21   systematic review.

1   era, they met the intent or the letter, no, I

2   cannot say that today.

3        BY MR. CONNETT:

4        **Q    Okay.  I move to strike as**

5   **nonresponsive.  I just want to be really clear**

6   **about this.  It's a yes or no.**

7             **Can you identify for me a single**

8   **completed risk assessment that EPA has ever**

9   **done that used -- had a predefined criteria**

10  **for which papers it would select?**

11            MS. CARFORA:  Objection, asked and

12  answered.

13       A    Sitting here today, I cannot due to

14  lack of being able to explore the question.

15       BY MR. CONNETT:

16       **Q    Okay.  Can you identify for me any**

17  **completed risk assessment in EPA's entire**

18  **history that used a predefined criteria for**

19  **assessing the quality of studies?**

20            MS. CARFORA:  Objection, asked and

21  answered.

1      BY MR. CONNETT:

2      **Q     Yes or no?**

3      A     Again, without looking back at some

4  completed, I would need to basically read

5  them, see what they said about what criteria

6  were used and whether they were predefined.

7      BY MR. CONNETT:

8      **Q     I move to strike as nonresponsive**

9  **because I don't think I got an answer.  It's**

10 **really a yes-or-no answer.**

11        **Can you point me to any completed**

12 **risk assessment in EPA's entire history where**

13 **EPA used a predefined criteria for assessing**

14 **the quality of the studies, yes or no?**

15        MS. CARFORA:  Objection, asked and

16 answered.

17     A     As we sit here today, no.

18     BY MR. CONNETT:

19     **Q     Can you point me to any completed**

20 **risk assessment in EPA's entire history where**

21 **EPA used a predefined method -- sorry, strike**

1      **Q      And EPA has conducted narrative**

2   **reviews for some of its risk assessments in**

3   **the past, right?**

4      A      In the past.

5      **Q      In fact, most of EPA's risk**

6   **assessments in the past were narrative**

7   **reviews, right?**

8      A      In the past.

9      **Q      And when you say in the past, we're**

10  **talking prior to 2014, '15, right?**

11     A      Yes.  Under TSCA, I can only speak

12  of but again, I'm not as familiar with some of

13  the more recent risk assessments in other

14  parts of the EPA so I can't really speak on

15  all of EPA.

16     **Q      But for TSCA, EPA was using**

17  **narrative reviews for its risk assessments up**

18  **to about 2014, right?**

19     A      Not exclusively.  Again, I believe

20  that some of the business tenets of systematic

21  review were still performed.

1    Q    So you weren't involved in risk

2    assessments for your first 15 years at EPA?

3    A    Define risk assessment.

4    Q    Well, I will let you define it since

5    you're the expert.

6    A    I reviewed -- largely reviewed risk

7    assessments when I first joined.  Then I was

8    in the Office of Research and Development

9    where we didn't perform or review.  And then

10   later I did ambient water quality criteria

11   which is a form of risk assessment.

12   Q    So the risk assessments that you

13   reviewed or were in some way involved with

14   from when you first joined the agency up until

15   2009 were entirely narrative review?

16   A    I can't affirm that without looking

17   at them.

18   Q    Can you point me to or identify for

19   me a single risk assessment that you were

20   involved with between 1994 and 2009 that used

21   a systematic review procedure?

```
 1        A    No.

 2             MS. CARFORA:  Tala, do you need a

 3   break?

 4             THE WITNESS:  Sure.

 5             THE VIDEOGRAPHER:  This concludes

 6   media unit number four.  The time on the video

 7   is 2:25 p.m.  We are off the record.

 8             (Recess taken from 2:25 p.m.

 9             until 2:34 p.m.)

10             THE VIDEOGRAPHER:  This begins media

11   unit number five.  The time on the video is

12   2:34 p.m.  We are on the record.

13        BY MR. CONNETT:

14        Q    Are you familiar with the Bradford

15   Hill analysis?

16        A    The Bradford Hill criteria?

17        Q    Yes.

18        A    I'm familiar.

19        Q    Are you familiar with -- are you

20   aware of any EPA risk assessment for noncancer

21   effects that has used or discussed the
```

1 understand whether the data or the experiment

2 support causality.

3     **Q    Was the -- did EPA consider the**

4 **temporal relationship issue in the 1-BP risk**

5 **evaluation?**

6     A    Absolutely.

7     **Q    And it considered -- EPA considered**

8 **biological gradient in the 1-BP --**

9     A    Absolutely.

10     **Q    Now, EPA over time issues guidelines**

11 **on various aspects of risk assessment, right?**

12     A    As well as guidance.

13     **Q    And in the final rule on risk**

14 **evaluation procedures under TSCA, EPA**

15 **references these prior guidelines, right?**

16     A    Yes.

17     **Q    And EPA states in the final rule**

18 **that it's -- that those guidelines can be used**

19 **and considered when doing risk evaluation,**

20 **right?**

21     A    Yes.

1      Q    And one of the guidelines that EPA

2  has published in the past is guidelines on

3  neurotoxicity risk assessment, correct?

4      A    Yes.

5      Q    So when doing a risk evaluation

6  under TSCA, one can use and consider EPA's

7  guidelines on neurotoxicity risk assessment,

8  correct?

9      A    Yes.

10     Q    Now, are you familiar -- have you

11 ever read the guidelines on neurotoxicity risk

12 assessment?

13     A    Yes.

14     Q    When is the last time you read them?

15     A    Two weeks ago.

16     Q    Okay.  So why don't I pull those

17 out.

18          (Deposition Exhibit Number 234

19          was marked for identification.)

20 BY MR. CONNETT:

21     Q    I'm going to mark this as Exhibit

1    Number 234.  It's just an excerpt of EPA's

2    "Guidelines for neurotoxicity risk

3    assessment."  And I would like to draw your

4    attention to the introduction section here

5    which is on page one.  And the first sentence

6    of the introduction states, "These guidelines

7    describe the principles, concepts and

8    procedures that the U.S. Environmental

9    Protection Agency will follow in evaluating

10   data on potential neurotoxicity associated

11   with exposure to environmental toxicants."

12            Did I read that correctly?

13       A    Yes.

14       Q    Is that a correct statement?

15       A    Yes.

16       Q    So then if someone is evaluating

17   data on the potential neurotoxicity associated

18   with fluoride, someone should -- the risk

19   assessor should use these guidelines, correct?

20       A    To the extent they're applicable.

21       Q    Now, do these guidelines -- and I

1   very much the same things you do in what we

2   call a systematic review today.

3       BY MR. CONNETT:

4       **Q    Okay.  So if one does a risk**

5   **assessment that is compliant with these**

6   **guidelines, one would effectively do a**

7   **systematic review?**

8       A    Effectively.

9       **Q    Okay.  Now, do these guidelines**

10  **require the use of predefined criteria for**

11  **which studies will be considered?**

12      A    Guidelines by their very inherency,

13  if you will, don't require anything.

14      **Q    Okay.  Do these guidelines recommend**

15  **or suggest the use of predefined criteria for**

16  **which studies will be considered?**

17      A    Again, in the chapter that is fairly

18  lengthy on things to consider in reviewing

19  studies, there are quite a few predefined

20  criteria that one would consider in reviewing

21  those types of studies.  It's organized by

1    **Q    Okay.  A risk assessment that**

2    **follows and adheres to these guidelines for**

3    **neurotoxicity risk assessment, would that**

4    **provide credible information for making a**

5    **determination as to risk?**

6        A    Generally speaking, yes, but one

7    always has to consider, you know, the vintage

8    of the guidelines, what newer science has

9    become available since then, what potentially

10   supersedent guidance that EPA has, as well as

11   the context, in this case specifically TSCA,

12   context you're conducting a risk assessment.

13       **Q    Has EPA issued any superseding**

14   **guidelines for neurotoxicity risk assessment?**

15       A    Not specifically in whole.

16       **Q    So when you say not specifically in**

17   **whole, what do you mean?**

18       A    There are certain aspects of some

19   chapters in this guideline have had updated

20   guidance published subsequently but not called

21   the neurotoxicity risk assessment guidelines.

1  provided to counsel what is required of it

2  under the rules for a nonretained expert to

3  make counsel -- the plaintiffs aware of our

4  experts' opinions and the underlying facts for

5  those opinions in summary form.

6          MR. CONNETT:  Okay.

7      BY MR. CONNETT:

8      Q    **So one last question about the**

9  **guidelines for neurotoxicity risk assessment.**

10 **The guidelines specifically reference this**

11 **concept of margin exposure as a method for**

12 **characterizing risk, correct?**

13     A    Yes.

14     Q    **Now --**

15     A    Well, actually the margin of

16 exposure itself is not an expression of risk.

17 It's a calculation of the margin of exposure.

18 That is the difference between hazard and

19 exposure level.

20     Q    **Okay.  And EPA uses this method --**

21 **this margin of exposure method to -- as a**

1    basis for characterizing risk, right?

2         A    Yes, in some programs.

3         Q    Including in TSCA, right?

4         A    Yes.

5         Q    And in your rebuttal report in this

6    case, you identified margin of exposure as a

7    method EPA uses for characterizing risk under

8    TSCA, right?

9         A    Yes.

10        Q    And in a margin of exposure

11   analysis, if the calculated margin of exposure

12   is less than the benchmark margin of exposure,

13   EPA considers that to be a risk of concern,

14   correct?

15        A    It's a risk that we would consider

16   further.

17        Q    And in fact under TSCA, EPA

18   considers -- strike that.

19             Under TSCA, where the calculated

20   margin of exposure is less than the benchmark

21   margin of exposure, EPA considers that to be

1  the benchmark margin of exposure, that is an

2  unacceptable health risk as a general rule?

3      A    I wouldn't call it a rule but it's

4  the general starting point for further

5  consideration.

6      Q    Okay.  And what -- remind me what is

7  the further consideration that needs to be

8  done after that?

9      A    Under TSCA?

10     Q    Yes.

11     A    You have to go beyond the risk

12  assessment and make an unreasonable risk

13  determination.

14     Q    And what do you have to do beyond

15  the margin of exposure analysis to reach the

16  unreasonable risk determination?

17     A    There are other risk-related factors

18  that may be considered.

19     Q    May be considered.  What are those

20  other risk-related factors that may be

21  considered?

1      A      The severity of the effect, the

2  reversibility of the effect, the population

3  exposed, the number of people exposed, for

4  example.

5      Q      And would you agree that the more

6  people who are exposed to the chemical, that

7  that weighs in favor of an unreasonable risk

8  determination?

9      A      I don't think that that is a general

10 rule.  I think it's context-specific so it

11 depends.

12     Q      So why does EPA consider the number

13 of people exposed in doing its unreasonable

14 risk analysis?

15     A      Swaying of various evidence.

16     Q      What's the relevance for EPA to

17 understand the number of Americans exposed to

18 a chemical when it's doing its risk

19 evaluation?

20         MS. CARFORA:  Objection, asked and

21 answered.

1     A    It's a consideration that we take

2   into account in moving from the margin of

3   exposure to making the unreasonable risk

4   determination.

5     BY MR. CONNETT:

6     **Q    And why does EPA consider that?  Why**

7   **is that factor relevant, the number of people**

8   **who are exposed to the chemical?**

9     A    It's a piece of information to

10  understand the -- how widespread the risk

11  could possibly be.

12    **Q    And why is that important for EPA to**

13  **understand how widespread the risk could be?**

14    A    It's a part of a risk

15  characterization to just know.  Again, under

16  TSCA there are many, many different uses and

17  so therefore there are very many different

18  exposure scenarios.  So we try to understand

19  for all of them and for the chemical as a

20  whole what kind of risk could possibly be over

21  what spatial and temporal and population

1      Q    Well, can you identify for me any

2  other factor that you can think of?

3      A    Not as we sit here today.

4      Q    Okay.

5      A    I think there might be a few more

6  listed in the rule, final rule.

7      Q    Okay.  Can you point me to those

8  other considerations?

9      A    Maybe.  And they were provided as

10  examples.  I guess it's not here.  It's in

11  some of our drafts but again, those are three

12  of the biggest ones.

13      Q    So as you sit here today, you can't

14  point me to any other factors you consider

15  besides three risk-related factors --

16      A    Not as we sit here today.

17      Q    Now, Dr. Henry, from time to time

18  you give PowerPoint presentations on

19  TSCA-related issues, correct?

20      A    Yes.

21

```
1              (Deposition Exhibit Number 235 was

2              marked for identification.)

3       BY MR. CONNETT:

4       Q    I am going to hand you a PowerPoint

5   presentation that we got from the internet

6   which I'll mark as Exhibit Number 235.  And

7   it's a PowerPoint presentation titled,

8   "Overview of Risk Assessment under TSCA."

9              Do you recall this presentation?

10      A    I don't recall where.  Do you have

11  any more context?

12      Q    I do.  So let me hand you a document

13  which I will mark as 236 that is the beginning

14  part of this file.  As you'll see, the first

15  page of your PowerPoint here is listed as

16  page nine; do you see that?

17      A    Okay.

18             (Deposition Exhibit Number 236

19             was marked for identification.)

20      BY MR. CONNETT:

21      Q    So I'm going to hand you the first
```

1    eight pages of this that we got from the

2    internet, okay?

3         A    Okay.

4         Q    And it's the first page here is

5    titled, "Risk Evaluation Rule."  It's dated

6    August 9th, 2016 by Jeff Morris, who was then

7    the deputy director of the Office of Pollution

8    Prevention and Toxics; do you see that?

9         A    Yes.

10        Q    Jeff Morris was your predecessor,

11   correct?

12        A    Yes.

13        Q    So does this -- do these pages here

14   allow you to recall this presentation that you

15   gave?

16        A    Yes, this was a public meeting held

17   in August of 2016, so shortly after the

18   amendments to TSCA came out, we held a public

19   meeting.

20        Q    So let's look at some of your

21   comments in here.  Let's go to page 43.

1       Q    And it says, "If the MOE

2   estimate" -- and MOE stands for margin of

3   exposure, right?

4       A    Yes.

5       Q    So it says here, "If the MOE

6   estimate was less than the benchmark MOE, the

7   exposure scenario for noncancer endpoints was

8   interpreted as a human health risk."

9       A    Yes.

10      Q    So under the analysis at that time,

11  if the calculated margin of exposure was less

12  than the benchmark margin of exposure, EPA

13  considered that a human health risk?

14      A    As a starting point, yes.

15      Q    Well, does it use the phrase "as a

16  starting point"?

17      A    No, it does not.

18      Q    Why doesn't it use the phrase "as a

19  starting point"?

20      A    Again, this was a draft that we took

21  to a peer-review panel and this is I believe

1    related to one of the questions, so yes.

2         Q    But no "as a starting point" phrase

3    in there, right?

4         A    Correct.

5         Q    Now, let's turn to page 61.  And

6    looking at the third paragraph on the page, it

7    starts by saying, "The MOE approach is one of

8    the standard approaches for noncancer risk

9    assessment."  And you agree with that, right?

10        A    Yes.

11        Q    And then if you scroll towards the

12   bottom of the paragraph, I think it's two

13   sentences from the end, it says, "If the MOE

14   is lower than the benchmark MOE, then the risk

15   is considered unacceptable," right?

16        A    Yes.

17        Q    That's a true statement, right?

18        A    That is what it says.

19        Q    And that's a true statement, right?

20        A    That is the basic construct of the

21   MOE.

1    Q    And that's exactly what you said in

2  your PowerPoint presentation that we just

3  looked at, right?

4    A    Correct.

5    Q    So this document that we're looking

6  at from 2016 says the same thing that you said

7  in your PowerPoint from 2016, right?

8    A    Correct.

9    Q    And neither of these documents use

10  the phrase "as a starting point," right?

11    A    Correct.

12    Q    Why didn't you use the phrase "as a

13  starting point"?

14    A    Because in 2016 these are

15  pre-amendment to TSCA, and as I have

16  explained, beyond the risk assessment piece

17  under the new TSCA, there's a risk

18  determination that's a separate piece.  After

19  you do the math -- which this is all talking

20  about the math -- then we move into risk

21  determination, unreasonable risk.  And so

1   there are -- it's a different piece of the

2   overall risk evaluation.

3        Q    So just so I'm clear, back in 2016

4   before the amendments were completed, was

5   it -- did you -- was it unacceptable risk

6   level as a starting point, or was it just

7   unacceptable risk level, the risk

8   characterization is done?

9        A    The risk characterization -- the

10  risk characterization, the final piece of the

11  risk assessment generally would present the

12  MOEs compared to the benchmark, as is.

13       Q    So prior to the amendment, that was

14  where EPA basically stopped the analysis on

15  risk characterization, is the MOE?

16       A    Yes.

17       Q    Okay.  Let's turn to page 67, last

18  page of this excerpt.  Do you see the first

19  sentence of the second paragraph.  It says,

20  "The MOEs presented in the document based on

21  both monitoring and modeling are mostly well

1    that is how we would say it.

2        BY MR. CONNETT:

3        **Q    So do you agree that -- strike that.**

4            **Does EPA need conclusive proof that**

5    **a chemical causes harm in human beings to make**

6    **an unreasonable risk determination?**

7        A    No.

8            MS. CARFORA:  Objection, form.

9        A    Again, I'm not here to speak for

10   EPA.

11       BY MR. CONNETT:

12       **Q    Based on your knowledge, was your**

13   **answer no?**

14       A    Yes.

15       **Q    So EPA does -- just to be clear,**

16   **EPA -- is it correct that EPA does not need**

17   **conclusive proof that a chemical causes harm**

18   **in human beings to make an unreasonable risk**

19   **determination?**

20           MS. CARFORA:  Objection, form.

21       A    Again, you have to -- it's got to be

1      Q      Would you agree that EPA does BMD

2   analyses in making a risk determination under

3   TSCA?

4      A      Yes.  My critique of his BMD

5   analysis was that he stated it was based on

6   data which he did not present or provide to us

7   so we could not possibly even look at that.

8      Q      Where is that criticism that you

9   have just stated?  Where is that provided in

10   your written report?

11      A      It's going down the path of MCL.

12      Q      I want you -- you can take your

13   time.  I want you to read this and tell me

14   where that criticism is identified in this

15   report.  And I can tell you that your analysis

16   of Grandjean is on page 22 to 24.  So take

17   your time, look at this and tell me where you

18   make that statement.

19         MS. CARFORA:  There's also a summary

20   of opinions on page one, Counsel, if you're

21   pointing her to --

1    now, under SDWA and under TSCA, when you get

2    to the risk management phase, other

3    considerations may prevail.

4        **Q    Do you agree that chemicals that are**

5    **added to drinking water should not cause**

6    **reductions in IQ at the levels that they are**

7    **added?**

8        A    Yes, I don't think that anyone

9    should lose IQ points.  But again, it's not my

10   decision.  That's my personal opinion but

11   that's not the full story.

12       **Q    Okay.  Now, you had talked earlier**

13   **about -- when I was asking you about the**

14   **research that the NRC had recommended to be**

15   **done on fluoride; do you remember that?**

16       A    Yes.

17       **Q    And the NRC had recommended studies**

18   **to be done on IQ, on dementia and thyroid**

19   **disease; do you remember that?**

20       A    Correct.

21       **Q    And your response to -- when I asked**

```
1    STATE OF MARYLAND

2    HOWARD COUNTY

3         I, Dawn Michele Hyde, a Notary Public of the

4    State of Maryland, Howard County, do hereby

5    certify that the above-captioned proceeding took

6    place before me at the time and place herein set

7    out.

8         I further certify that the proceeding was

9    recorded stenographically by me and this

10   transcript is a true record of the proceedings.

11        I further certify that I am not of counsel to

12   any of the parties, nor an employee of counsel,

13   nor related to any of the parties, nor in any way

14   interested in the outcome of the action.

15        As witness my hand and seal this 20th day of

16   August, 2019.

17                        Dawn Hyde

18                   Dawn M. Hyde, Notary Public

19                   My Commission Expires 10/7/2019

20

21
```

Asbestos Reporters of California
888-779-9974

# Exhibit 2

  

  

November 22, 2016

Gina McCarthy, Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Dear Administrator McCarthy:

Pursuant to section 21 of the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2620, the Fluoride Action Network, Food & Water Watch, Organic Consumers Association, American Academy of Environmental Medicine, International Academy of Oral Medicine and Toxicology, Moms Against Fluoridation, and undersigned individuals (collectively, "Petitioners") hereby petition the U.S. Environmental Protection Agency to protect the public and susceptible subpopulations from the neurotoxic risks of fluoride by banning the addition of fluoridation chemicals to water.

Under Section 6 of TSCA, EPA is invested with the authority to prohibit the "particular use" of a chemical substance if the use presents an unreasonable risk to the general public or susceptible subpopulations.   15 U.S.C. § 2605(a).   EPA has recognized that its authority to regulate chemical substances under TSCA includes the authority to prohibit *drinking water additives*.

EPA should exercise its authority under TSCA to prohibit fluoridation additives because application of the Agency's own *Guidelines for Neurotoxicity Risk Assessment* to the existing database on fluoride shows that (1) neurotoxicity is a hazard of fluoride exposure, and (2) the reference dose that would reasonably protect against this hazard is incompatible with the doses now ingested by millions of Americans in fluoridated areas.  In fact, the amount of fluoride now regularly consumed by many people in fluoridated areas *exceeds* the doses *repeatedly* linked to IQ loss and other neurotoxic effects; with certain subpopulations standing at elevated risk of harm, including infants, young children, elderly populations, and those with dietary deficiencies, renal impairment, and/or genetic predispositions.

The risk to the brain posed by fluoridation additives is an unreasonable risk because, *inter alia*, it is now understood that fluoride's predominant effect on tooth decay comes from *topical* contact with teeth, not *ingestion*.  Since there is little benefit in *swallowing* fluoride, there is little justification in exposing the public to *any* risk of fluoride neurotoxicity, particularly via a source as essential to human sustenance as the public drinking water and the many processed foods and beverages made therefrom.  The addition of fluoridation chemicals to water thus represents the very type of unreasonable risk that EPA is duly authorized to prohibit pursuant to its powers and responsibilities under Section 6 of TSCA, and Petitioners urge the Agency to exercise its authority to do so.

Unlike EPA's 2010 risk assessment, a diligent evaluation of fluoride's neurotoxicity would consider the voluminous data that has been released since the NRC published its review in March 2006.  Towards this end, Petitioners have attached an exhaustive list of human, animal, and cell studies of fluoride's neurotoxicity that have become available since NRC's review.[6]

In total, Petitioners have identified 196 published studies that have addressed the neurotoxic effects of fluoride exposure subsequent to the NRC's review, including 61 human studies, 115 animal studies, 17 cell studies, and 3 systematic reviews.

The post-NRC <u>human</u> studies include:

- 54 studies investigating fluoride's effect on cognition, including but not limited to IQ, with all but 8 of these studies finding statistically significant[7] associations between fluoride exposure and cognitive deficits.[8] (Appendix A)
- 3 studies investigating fluoride's effect on fetal brain, with each of the 3 studies reporting deleterious effects. (Appendix B)
- 4 studies investigating fluoride's association with other forms of neurotoxic harm, including ADHD, altered neonatal behavior, and various neurological symptoms. (Appendix C)

The post-NRC <u>animal</u> studies include:

- 105 studies investigating fluoride's ability to produce neuroanatomical and neurochemical changes, with all but 2 of the studies finding at least one detrimental effect in the fluoride-treated groups. (Appendix D)
- 31 studies investigating fluoride's effect on learning and memory, with all but one of the studies finding at least one deleterious effect in the fluoride-treated groups. (Appendix E)
- 18 studies investigating fluoride's impact on other parameters of neurobehavior besides learning and memory, with all but one of the studies finding effects. (Appendix F)

The post-NRC <u>cell</u> studies include:

- 17 studies, including 2 studies that investigated and found effects at fluoride levels that chronically occur in the blood of Americans living in fluoridated communities. (Appendix G)

---

[6] Included among these studies are Chinese language studies that were originally published in Chinese journals prior to 2006 but were not translated and made available in the U.S. until after the NRC's review.  Excluded from these studies are those that are only available in abstract form, and animal/cell studies that have not yet been published and/or translated into English.

[7] In 4 of the 8 studies not finding statistically significant associations, the IQs of the children in the high-fluoride area were lower than in the low-fluoride area.  (Eswar et al. 2011; Yang et al. 2008; Fan et al. 2007; Zhang et al. 1998) The 4 studies that did not find any association between fluoride exposure and IQ, significant or otherwise, are: Broadbent et al. 2015; Kang et al. 2011; He et al. 2010; and Li et al. 2010.

[8] Petitioners are aware of two unpublished fluoride/IQ studies from Mexico, one which reports a significant relationship between prenatal fluoride exposure and reduced IQ (water F = 3.1 mg/L; urine F = 2.0 mg/L) (Rocha Amador et al. 2016), and one which reports no association between childhood IQ and low-level prenatal and postnatal exposures (Thomas 2014). The Thomas study failed to detect an association between IQ and urinary/serum fluoride concentrations in a population with average urinary and serum fluoride levels among pregnant women of 0.89 mg/L and 0.02 mg/L, respectively, and average urinary fluoride concentrations among children of 0.64 mg/L.  The Thomas study, however, failed to find a significant correlation between urinary and serum fluoride levels, which raises questions about whether the study's spot-sample testing method reliably reflected the chronic fluoride intake among the cohort.

## APPENDIX C:

**Post-NRC Human Studies Investigating Fluoride's Impact on Other Parameters of Neurotoxicity**

|  | Exhibit No. |
|---|---|
| 1.  Li J, Yao L, Shao Q-L, Wu CY. 2008. Effects of high fluoride level on neonatal neurobehavioural development. *Fluoride* 41(2):165-70. (Originally published in Chinese in the *Chinese Journal of Endemiology 2004;2*3:464-465.) | 147 |
| 2.  Malin AJ, Till C. 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. *Environmental Health* 14:17. | 165 |
| 3.  Sharma JD, Sohu D, Jain P. 2009. Prevalence of neurological manifestations in a human population exposed to fluoride in drinking water. *Fluoride* 42(2):127-32. | 234 |
| 4.  Singh VP, Chauhan DS, Tripathi S, et al. 2014. Acetylcholinesterase activity in fluorosis adversely affects mental well-being —an experimental study in rural Rajasthan. *European Academic Research* 2(4):5857-69. | 240 |

# Exhibit 3

EPA/630/R-95/001F
April 1998

# Guidelines for
# Neurotoxicity Risk Assessment

(Published on May 14, 1998, Federal Register 63(93):26926-26954)

Risk Assessment Forum

## DISCLAIMER

This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication.  Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

# GUIDELINES FOR NEUROTOXICITY RISK ASSESSMENT
# [FRL-6011-3]

**AGENCY**:  Environmental Protection Agency

**ACTION**:  Notice of availability of final Guidelines for Neurotoxicity Risk Assessment.

**SUMMARY**:  The U.S. Environmental Protection Agency (EPA) is today publishing in final form a document entitled *Guidelines for Neurotoxicity Risk Assessment* (hereafter "Guidelines").  These Guidelines were developed as part of an interoffice guidelines development program by a Technical Panel of the Risk Assessment Forum.  The Panel was composed of scientists from throughout the Agency, and selected drafts were peer-reviewed internally and by experts from universities, environmental groups, industry, and other governmental agencies.  The Guidelines are based, in part, on recommendations derived from various scientific meetings and workshops on neurotoxicology, from public comments, and from recommendations of the Science Advisory Board.  An earlier draft underwent external peer review in a workshop held on June 2-3, 1992, and received internal review by the Risk Assessment Forum.  The Risk Assessment Subcommittee of the Committee on the Environment and Natural Resources of  Office of Science and Technology Policy reviewed the proposed Guidelines during a meeting held on August 15, 1995.  The Guidelines were revised and proposed for public comment on October 4, 1995 (60 FR 52032-52056).  The proposed Guidelines were reviewed by the Science Advisory Board on July 18, 1996. EPA appreciates the efforts of all participants in the process, and has tried to address their recommendations in these Guidelines.

This notice describes the scientific basis for concern about exposure to agents that cause neurotoxicity, outlines the general process for assessing potential risk to humans because of environmental contaminants, and addresses Science Advisory Board and public comments on the 1995 *Proposed Guidelines for Neurotoxicity Risk Assessment* (FR 60:52032-52056).  These Guidelines are intended to guide Agency evaluation of agents that are suspected to cause neurotoxicity, in line with the policies and procedures established in the statutes administered by the Agency.

**DATES**:  The Guidelines will be effective April 30, 1998.

**ADDRESSES**:  The Guidelines will be made available in several ways:

(1) The electronic version will be accessible from EPA's National Center for Environmental Assessment home page on the Internet at http://www.epa.gov/ncea.

(2) 3½" high-density computer diskettes in WordPerfect format will be available from ORD Publications, Technology Transfer and Support Division, National Risk Management Research Laboratory, Cincinnati, OH; Tel: 513-569-7562; Fax: 513-569-7566.  Please provide the EPA No.: EPA/630/R-95/001Fa when ordering.

(3)  This notice contains the full document.  Copies of the Guidelines will be available for inspection at EPA headquarters and regional libraries, through the U.S. Government Depository Library program, and for purchase from the National Technical Information Service (NTIS), Springfield, VA; telephone: 1-800-553-6847, or 703-605-6000, fax: 703-321-8547.  Please provide the NTIS PB No. [PB98-117831] when ordering.

**FOR FURTHER INFORMATION CONTACT**:  Dr. Hugh A. Tilson, Neurotoxicology Division, National Health and Environmental Effects Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC 27711, Tel: 919-541-2671;  Fax: 919-541-4849; E-mail: tilson.hugh@epamail.epa.gov.

**SUPPLEMENTARY INFORMATION**:  In its 1983 book *Risk Assessment in the Federal Government: Managing the Process*, the National Academy of Sciences recommended that Federal regulatory agencies establish "inference guidelines" to promote consistency and technical quality in risk assessment, and to ensure that the risk assessment process is maintained as a scientific effort separate from risk management.  A task force within EPA accepted that recommendation and requested that Agency scientists begin to develop such guidelines.  In 1984, EPA scientists began work on risk assessment guidelines for carcinogenicity, mutagenicity, suspect developmental toxicants, chemical mixtures, and exposure assessment.  Following extensive scientific and public review, these first five guidelines were issued on September 24, 1986 (51 FR 33992-34054).  Since 1986, additional risk assessment guidelines have been proposed, revised, reproposed, and finalized.  These guidelines continue the process initiated in 1984.  As with other EPA guidelines (e.g., developmental toxicity, 56 FR 63798-63826; exposure assessment, 57 FR 22888-22938; and carcinogenicity, 61 FR 17960-18011), EPA will revisit these guidelines as experience and scientific consensus evolve.

These Guidelines set forth principles and procedures to guide EPA scientists in the conduct of Agency risk assessments and to inform Agency decision makers and the public about these procedures. Policies in this document are intended as internal guidance for EPA.  Risk assessors and risk managers

at EPA are the primary audience, although these Guidelines may be useful to others outside the Agency. In particular, the Guidelines emphasize that risk assessments will be conducted on a case-by-case basis, giving full consideration to all relevant scientific information.  This approach means that Agency experts study scientific information on each chemical under review and use the most scientifically appropriate interpretation to assess risk.  The Guidelines also stress that this information will be fully presented in Agency risk assessment documents, and that Agency scientists will identify the strengths and weaknesses of each assessment by describing uncertainties, assumptions, and limitations, as well as the scientific basis and rationale for each assessment.  The Guidelines are formulated in part to bridge gaps in risk assessment methodology and data.  By identifying these gaps and the importance of the missing information to the risk assessment process, EPA wishes to encourage research and analysis that will lead to new risk assessment methods and data.


_____                        _____

Dated: April 30,1998                          signed by EPA Administrator
                                              Carol M. Browner

# CONTENTS

## Part A:  Guidelines for Neurotoxicity Risk Assessment

List of Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

1. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   1.1.  Organization of These Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   1.2.  The Role of Environmental Agents in Neurotoxicity . . . . . . . . . . . . . . . . . . . . . . . . . 14
   1.3.  Neurotoxicity Risk Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
   1.4.  Assumptions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

2.  Definitions and Critical Concepts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

3.  Hazard Characterization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
   3.1.  Neurotoxicological Studies: Endpoints and Their Interpretation . . . . . . . . . . . . . . . . 25
      3.1.1.  Human Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
         3.1.1.1.  Clinical Evaluations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
         3.1.1.2.  Case Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
         3.1.1.3.  Epidemiologic Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
         3.1.1.4.  Human Laboratory Exposure Studies . . . . . . . . . . . . . . . . . . . . . . . . 36
      3.1.2.  Animal Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
         3.1.2.1.  Structural Endpoints of Neurotoxicity . . . . . . . . . . . . . . . . . . . . . . . . 42
         3.1.2.2.  Neurophysiological Endpoints of Neurotoxicity . . . . . . . . . . . . . . . . . 45
         3.1.2.3.  Neurochemical Endpoints of Neurotoxicity . . . . . . . . . . . . . . . . . . . . 53
         3.1.2.4.  Behavioral Endpoints of Neurotoxicity . . . . . . . . . . . . . . . . . . . . . . . 59
      3.1.3.  Other Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
         3.1.3.1.  Pharmacokinetics  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
         3.1.3.2.  Comparisons of Molecular Structure . . . . . . . . . . . . . . . . . . . . . . . . 80
         3.1.3.3.  Statistical Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
         3.1.3.4.  In Vitro Data in Neurotoxicology . . . . . . . . . . . . . . . . . . . . . . . . . . 82
         3.1.3.5.  Neuroendocrine Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
   3.2.  Dose-Response Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
   3.3.  Characterization of the Health-Related Database . . . . . . . . . . . . . . . . . . . . . . . . . . 86

4.  Quantitative Dose-Response Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
   4.1.  LOAEL/NOAEL and BMD Determination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
   4.2.  Determination of the Reference Dose or Reference Concentration . . . . . . . . . . . . . . . 94

5.  Exposure Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96

6. Risk Characterization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    6.1. Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    6.2. Integration of Hazard Characterization, Dose-Response Analysis, & Exposure Assessment 99
    6.3. Quality of the Database and Degree of Confidence in the Assessment . . . . . . . . . . . . . . 101
    6.4. Descriptors of Neurotoxicity Risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
        6.4.1. Estimation of the Number of Individuals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
        6.4.2. Presentation of Specific Scenarios . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
        6.4.3. Risk Characterization for Highly Exposed Individuals . . . . . . . . . . . . . . . . . . . .103
        6.4.4. Risk Characterization for Highly Sensitive or Susceptible Individuals . . . . . . . . . 104
        6.4.5. Other Risk Descriptors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105
    6.5. Communicating Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
    6.6. Summary and Research Needs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

## Part B:  Response to Science Advisory Board and Public Comments

1. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123
2. Response to Science Advisory Board Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123
3. Response to Public Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127

**List of Tables**

Table 1.  Examples of possible indicators of a neurotoxic effect . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Table 2.  Neurotoxicants and disorders with specific neurological targets . . . . . . . . . . . . . . . . . . . . 44
Table 3.  Examples of neurophysiological measures of neurotoxicity . . . . . . . . . . . . . . . . . . . . . . . . 47
Table 4.  Examples of neurotoxicants with known neurochemical mechanisms  . . . . . . . . . . . . . . . . 55
Table 5.  Examples of measures in a representative functional observational battery  . . . . . . . . . . . . 61
Table 6.  Examples of specialized behavioral tests to measure neurotoxicity . . . . . . . . . . . . . . . . . . 62
Table 7.  Examples of compounds or treatments producing developmental neurotoxicity  . . . . . . . . 75
Table 8.  Characterization of the health-related database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87

**Part A:  Guidelines for Neurotoxicity Risk Assessment**

## 1.  Introduction

These Guidelines describe the principles, concepts, and procedures that the U.S. Environmental Protection Agency (EPA) will follow in evaluating data on potential neurotoxicity associated with exposure to environmental toxicants.  The Agency's authority to regulate substances that have the potential to interfere with human health is derived from a number of statutes that are implemented through multiple offices within EPA.  The procedures outlined here are intended to help develop a sound scientific basis for neurotoxicity risk assessment, promote consistency in the Agency's assessment of toxic effects on the nervous system, and inform others of the approaches used by the Agency in those assessments.  This document is not a regulation and is not intended for EPA regulations.  The Guidelines set forth current scientific thinking and approaches for conducting and evaluating neurotoxic risk assessments.  They are not intended, nor can they be relied upon, to create any rights enforceable by any party in litigation with the United States.

### 1.1.  *Organization of These Guidelines*

This introduction (section 1) summarizes the purpose of these Guidelines within the overall framework of risk assessment at EPA.  It also outlines the organization of the guidance and describes several default assumptions to be used in the risk assessment process, as discussed in the recent National Research Council report "Science and Judgment in Risk Assessment" (NRC, 1994).

Section 2 sets forth definitions of particular terms widely used in the field of neurotoxicology.  These include "neurotoxicity" and "behavioral alterations." Also included in this section are discussions concerning reversible and irreversible effects and direct versus indirect effects.

Risk assessment is the process by which scientific judgments are made concerning the potential for toxicity in humans.  The National Research Council (NRC, 1983) has defined risk assessment as including some or all of the following components (paradigm): hazard identification, dose-response assessment, exposure assessment, and risk characterization.  In its 1994 report "Science and Judgment in Risk Assessment" the NRC extended its view of the paradigm to include characterization of each component (NRC, 1994).  In addition, it noted the importance of an approach that is less fragmented and more holistic, less linear and more interactive, and that deals with recurring conceptual issues that cut across all stages of risk

1

assessment.  These Guidelines describe a more interactive approach by organizing the process around the qualitative evaluation of the toxicity data (hazard characterization), the quantitative dose-response analysis, the exposure assessment, and the risk characterization.  In these Guidelines, hazard characterization includes deciding whether a chemical has an effect by means of qualitative consideration of dose-response relationships, route, and duration of exposure.  Determining a hazard often depends on whether a dose-response relationship is present (Kimmel et al., 1990).  This approach combines the information important in comparing the toxicity of a chemical with potential human exposure scenarios (section 3).  In addition, it avoids the potential for labeling chemicals as "neurotoxicants" on a purely qualitative basis.  This organization of the risk assessment process is similar to that discussed in the Guidelines for Developmental Toxicity Risk Assessment (56 FR 63798), the main difference being that the quantitative dose-response analysis is discussed under a separate section in these Guidelines.

Hazard characterization involves examining all available experimental animal and human data and the associated doses, routes, timing, and durations of exposure to determine qualitatively if an agent causes neurotoxicity in that species and under what conditions.  From the hazard characterization and criteria provided in these Guidelines, the health-related database can be characterized as sufficient or insufficient for use in risk assessment (section 3.3).  Combining hazard identification and some aspects of dose-response evaluation into hazard characterization does not preclude the evaluation and use of data for other purposes when quantitative information for setting reference doses (RfDs) and reference concentrations (RfCs) is not available.

The next step in the dose-response analysis (section 4) is the quantitative analysis, which includes determining the no-observed-adverse-effect-level (NOAEL) and/or the lowest-observed-adverse-effect-level (LOAEL) for each study and type of effect.  Because of the limitations associated with the use of the NOAEL, the Agency is beginning to use an additional approach, the benchmark dose approach (BMD) (Crump, 1984; U.S. EPA, 1995a), for more quantitative dose-response evaluation when sufficient data are available.  The benchmark dose approach takes into account the variability in the data and the slope of the dose-response curve, and provides a more consistent basis for calculation of the RfD or RfC.  If data are considered sufficient for risk assessment, and if neurotoxicity is the effect occurring at the lowest dose level (i.e., the critical effect), an oral or dermal RfD or an inhalation RfC, based on neurotoxic effects, is then derived.  This RfD or RfC is derived using the NOAEL or benchmark dose divided by uncertainty factors to account for interspecies differences in response, intraspecies variability, and other factors of study design or the

2

database.  A statement of the potential for human risk and the consequences of exposure can come only from integrating the hazard characterization and
dose-response analysis with the human exposure estimates in the final risk characterization.

The section on exposure assessment (section 5) identifies human populations exposed or potentially exposed to an agent, describes their composition and size, and presents the types, magnitudes, frequencies, and durations of exposure to the agent.  The exposure assessment provides an estimate of human exposure levels for particular populations from all potential sources.

In risk characterization (section 6), the hazard characterization, dose-response analysis, and exposure assessment for given populations are combined to estimate some measure of the risk for neurotoxicity.  As part of risk characterization, a summary of the strengths and weaknesses of each component of the risk assessment is given, along with major assumptions, scientific judgments and, to the extent possible, qualitative and quantitative estimates of the
uncertainties.  This characterization of the health-related database is always presented in conjunction with information on the dose, route, duration, and timing of exposure as well as the dose-response analysis including the RfD or RfC.  If human exposure estimates are available,
the exposure basis used for the risk assessment is clearly described, e.g., highly exposed individuals or highly sensitive or susceptible individuals.  The NOAEL may be compared to the various estimates of human exposure to calculate the margin(s) of exposure (MOE).  The
considerations for judging the acceptability of the MOE are similar to those for determining the appropriate size of the uncertainty factor for calculating the RfD or RfC.

The Agency recently issued a policy statement and associated guidance for risk characterization (U.S. EPA, 1995b, 1995c), which is currently being implemented throughout EPA.  This statement is designed to ensure that critical information from each stage of a risk assessment is used in forming conclusions about risk and that this information is communicated from risk assessors to risk managers (policy makers), from middle to upper management, and from the Agency to the public.  Additionally, the policy provides a basis for greater clarity, transparency, reasonableness, and consistency in risk assessments across Agency programs.

Final neurotoxicity risk assessment guidelines may reflect additional changes in risk characterization practices resulting from implementation activities.  Risk assessment is just one component of the regulatory process and defines the potential adverse health consequences of exposure to a toxic agent.  The other component, risk management, combines risk assessment with statutory directives regarding socioeconomic, technical, political, and other considerations in order to

decide whether to control future exposure to the suspected toxic agent and, if so, the nature and level of control.  One major objective of these Guidelines is to help the risk assessor determine whether the experimental animal or human data indicate the potential for a neurotoxic effect.  Such information can then be used to categorize evidence that will identify and characterize neurotoxic hazards, as described in section 3.3, Characterization of the Health-Related Database, and  Table 8 of these Guidelines.  Risk management is not dealt with directly in these Guidelines because the basis for decision making goes beyond scientific considerations alone, but the use of scientific information in this process is discussed. For example, the acceptability of the MOE is a risk management decision, but the scientific bases for establishing this value are discussed here.

## 1.2.  *The Role of Environmental Agents in Neurotoxicity*

Chemicals are an integral part of life, with the capacity to improve as well as endanger health. The general population is exposed to chemicals in air, water, foods, cosmetics, household products, and drugs used therapeutically or illicitly.  During daily life, a person experiences a multitude of exposures to potentially neuroactive substances, singly and in combination, both synthetic and natural. Levels of exposure vary and may or may not pose a hazard, depending on dose, route, and duration of exposure.

A link between human exposure to some chemical substances and neurotoxicity has been firmly established (Anger, 1986; OTA, 1990).  Because many natural and synthetic chemicals are present in today's environment, there is growing scientific and regulatory interest in the potential for risks to humans from exposure to neurotoxic agents.  If sufficient exposure occurs, the effects resulting from such exposures can have a significant adverse impact on human health.  It is not known how many chemicals may be neurotoxic in humans (Reiter, 1987).  EPA's TSCA inventory of chemical substances manufactured, imported, or processed in the United States includes more than 65,000 substances and is increasing yearly.  An overwhelming majority of the materials in commercial use have not been tested for neurotoxic potential (NRC, 1984).

Estimates of the number of chemicals with neurotoxic properties have been made for subsets of substances.  For instance, a large percentage of the more than 500 registered active pesticide ingredients affect the nervous system of the target species to varying degrees.  Of 588 chemicals listed by the American Conference of Governmental Industrial Hygienists, 167 affected the nervous system or behavior at some exposure level (Anger, 1984).  Anger (1990) estimated that of the approximately 200 chemicals to which 1 million or more American workers are exposed, more than one-third may have

adverse effects on the nervous system if sufficient exposure occurs. Anger (1984) also recognized neurotoxic effects as one of the 10 leading workplace disorders. A number of therapeutic substances, including some anticancer and antiviral agents and abused drugs, can cause adverse or neurotoxicological side effects at therapeutic levels (OTA, 1990). The number of chemicals with neurotoxic potential has been estimated to range from 3% to 28% of all chemicals (OTA, 1990). Thus, estimating the risks of exposure to chemicals with neurotoxic potential is of concern with regard to their overall impact on human health.

### 1.3.  *Neurotoxicity Risk Assessment*

In addition to its primary role in psychological functions, the nervous system controls most, if not all, other bodily processes. It is sensitive to perturbation from various sources and has limited ability to regenerate. There is evidence that even small anatomical, biochemical, or physiological insults to the nervous system may result in adverse effects on human health. Therefore, there is a need for consistent guidance on how to evaluate data on neurotoxic substances and assess their potential to cause transient or persistent and direct or indirect effects on human health.

These Guidelines develop principles and concepts in several areas. They outline the scientific basis for evaluating effects due to exposure to neurotoxicants and discuss principles and methods for evaluating data from human and animal studies on behavior, neurochemistry, neurophysiology, and neuropathology. They also discuss adverse effects on neurological development and function in infants and children following prenatal and perinatal exposure to chemical agents. They outline the methods for calculating reference doses or reference concentrations when neurotoxicity is the critical effect, discuss the availability of alternative mathematical approaches to dose-response analyses, characterize the health-related database for neurotoxicity risk assessment, and discuss the integration of exposure information with results of the dose-response assessment to characterize risks. These Guidelines do not advocate developing reference doses specific for neurotoxicity, but rather support the use of neurotoxicity as one possible endpoint to develop reference doses. EPA offices have published guidelines for neurotoxicity testing in animals (U.S. EPA, 1986, 1987, 1988a, 1991a). The testing guidelines address the development of new data for use in risk assessment.

These neurotoxicity risk assessment guidelines provide the Agency's first comprehensive guidance on the use and interpretation of neurotoxicity data, and are part of the Agency's risk assessment guidelines development process, which was initiated in 1984. As part of its neurotoxicity guidelines development program, EPA has sponsored or participated in several conferences on relevant

5

issues (Tilson, 1990); these and other sources (see references) provide the scientific basis for these Guidelines.

This guidance is intended for use by Agency risk assessors and is separate and distinct from the recently published document on principles of neurotoxicity risk assessment (U.S. EPA, 1994). The document on principles was prepared under the auspices of the Subcommittee on Risk Assessment of the Federal Coordinating Council for Science, Engineering, and Technology and was not intended to provide specific directives for how neurotoxicity risk assessment should be performed. It is expected that, like other EPA risk assessment guidelines for noncancer endpoints (U.S. EPA, 1991b), this document will encourage research and analysis leading to new risk assessment methods and data, which in turn would be used to revise and improve the Guidelines and better guide Agency risk assessors.

## 1.4. *Assumptions*

There are a number of unknowns in the extrapolation of data from animal studies to humans. Therefore, a number of default assumptions are made that are generally applied in the absence of data on the relevance of effects to potential human risk. Default assumptions should not be applied indiscriminately. First, all available mechanistic and pharmacokinetic data should be considered. If these data indicate that an alternative assumption is appropriate or if they obviate the need for applying an assumption, such information should be used in risk assessment. For example, research in rats may determine that the neurotoxicity of a chemical is caused by a metabolite. If subsequent research finds that the chemical is metabolized to a lesser degree or not at all in humans, then this information should be used in formulating the default assumptions. The following default assumptions form the basis of the approaches taken in these Guidelines:

(1) It is assumed that an agent that produces detectable adverse neurotoxic effects in experimental animal studies will pose a potential hazard to humans. This assumption is based on the comparisons of data for known human neurotoxicants (Anger, 1990; Kimmel et al., 1990; Spencer and Schaumburg, 1980), which indicate that experimental animal data are frequently predictive of a neurotoxic effect in humans.

(2) It is assumed that behavioral, neurophysiological, neurochemical, and neuroanatomical manifestations are of concern. In the past, the tendency has been to consider only neuropathological changes as endpoints of concern. Based on data on agents that are known human neurotoxicants (Anger, 1990; Kimmel et al., 1990; Spencer and Schaumberg, 1980), there is usually at least one

experimental species that mimics the types of effects seen in humans, but in other species tested, the neurotoxic effect may be different or absent.  For example, certain organophosphate compounds produce a delayed-onset neuropathy in hens similar to that seen in humans, whereas rodents are characteristically insensitive to these compounds.  A  biologically significant increase in any of the manifestations is considered indicative of an agent's potential for disrupting the structure or function of the human nervous system.

(3)  It is assumed that the neurotoxic effects seen in animal studies may not always be the same as those produced in humans.  Therefore, it may be difficult to determine the most appropriate species in terms of predicting specific effects in humans.  The fact that every species may not react in the same way is probably due to species-specific differences in maturation of the nervous system, differences in timing of exposure, metabolism, or mechanisms of action.

(4)  It is also assumed that, in the absence of data to the contrary, the most sensitive species is used to estimate human risk.  This is based on the assumption that humans are as sensitive as the most sensitive animal species tested.  This provides a conservative estimate of sensitivity for added protection to the public.  As with other noncancer endpoints, it is assumed that there is a nonlinear dose-response relationship for neurotoxicants.  Although there may be a threshold for neurotoxic effects, these are often difficult to determine empirically. Therefore, a nonlinear relationship is assumed to exist for neurotoxicants.

These assumptions are "plausibly conservative" (NRC, 1994) in that they are protective of public health and are also well founded in scientific knowledge about the effects of concern.

assessor should be aware of possible problems associated with estimating a NOAEL in studies involving a small number of test subjects and that have a poor dose-response relationship.

In addition to identifying the NOAEL/LOAEL or BMD, the dose-response evaluation defines the range of doses that are neurotoxic for a given agent, species, route of exposure, and duration of exposure.  In addition to these considerations, pharmacokinetic factors and other aspects that might influence comparisons with human exposure scenarios should be taken into account.  For example, dose-response curves may exhibit not only monotonic but also U-shaped or inverted U-shaped functions (Davis and Svendsgaard, 1990).  Such curves are hypothesized to reflect multiple mechanisms of action, the presence of homeostatic mechanisms, and/or activation of compensatory or protective mechanisms.  In addition to considering the shape of the dose-response curve, it should also be recognized that neurotoxic effects vary in terms of nature and severity across dose or exposure level.  At high levels of exposure, frank lesions accompanied by severe functional impairment may be observed.  Such effects are widely accepted as adverse.  At progressively lower levels of exposure, however, the lesions may become less severe and the impairments less obvious.  At levels of exposure near the NOAEL and LOAEL, the effects will often be mild, possibly reversible, and inconsistently found.  In addition, the endpoints showing responses may be at levels of organization below the whole organism (e.g., neurochemical or electrophysiological endpoints).  The adversity of such effects can be disputed (e.g., cholinesterase inhibition), yet it is such effects that are likely to be the focus of risk assessment decisions.  To the extent possible, this document provides guidance on determining the adversity of neurotoxic effects.  However, the identification of a critical adverse effect often requires considerable professional judgment and should consider factors such as the biological plausibility of the effect, the evidence of a dose-effect continuum, and the likelihood for progression of the effect with continued exposure.

## 3.3.  Characterization of the Health-Related Database

This section describes a scheme for characterizing the sufficiency of evidence for neurotoxic effects.  This scheme defines two broad categories: sufficient and insufficient (Table 8).  Categorization is aimed at providing certain criteria for the Agency to use to define the minimum evidence necessary to define hazards and to conduct dose-response analyses.  It does not address the issues related to characterization of risk, which requires analysis of potential human exposures and their relation to potential hazards in order to estimate the risks of those hazards from anticipated or estimated

exposures.  Several examples using a weight-of-evidence approach similar to that described in these Guidelines have been described elsewhere (Tilson et al., 1995; Tilson et al., 1996).

**Table 8.  Characterization of the health-related database**

| | |
|---|---|
| **Sufficient evidence** | The sufficient evidence category includes data that collectively provide enough information to judge whether or not a human neurotoxic hazard could exist. This category may include both human and experimental animal evidence. |
| **Sufficient human evidence** | This category includes agents for which there is sufficient evidence from epidemiologic studies, e.g., case control and cohort studies, to judge that some neurotoxic effect is associated with exposure.  A case series in conjunction with other supporting evidence may also be judged "sufficient evidence." Epidemiologic and clinical case studies should discuss whether the observed effects can be considered biologically plausible in relation to chemical exposure. (Historically, often much has been made of the notion of causality in epidemiologic studies.  Causality is a more stringent criterion than association and has become a topic of scientific and philosophical debate.  See Susser [1986], for example, for a discussion of inference in epidemiology.) |
| **Sufficient experimental animal evidence/limited human data** | This category includes agents for which there is sufficient evidence from experimental animal studies and/or limited human data to judge whether a potential neurotoxic hazard may exist.  Generally, agents that have been tested according to current test guidelines would be included in this category.  The minimum evidence necessary to judge that a potential hazard exists would be data demonstrating an adverse neurotoxic effect in a single appropriate, well-executed study in a single experimental animal species.  The minimum evidence needed to judge that a potential hazard does not exist would include data from an appropriate number of  endpoints from more than one study and two species showing no adverse neurotoxic effects at doses that were minimally toxic in terms of producing an adverse effect.  Information on pharmacokinetics, mechanisms, or known properties of the chemical class may also strengthen the evidence. |

| Insufficient evidence | This category includes agents for which there is less than the minimum evidence sufficient for identifying whether or not a neurotoxic hazard exists, such as agents for which there are no data on neurotoxicity or agents with databases from studies in animals or humans that are limited by study design or conduct (e.g., inadequate conduct or report of clinical signs).  Many general toxicity studies, for example, are considered insufficient in terms of the conduct of clinical neurobehavioral observations or the number of samples taken for histopathology of the nervous system.  Thus, a battery of negative toxicity studies with these shortcomings would be regarded as providing insufficient evidence of the lack of a neurotoxic effect of the test material. Further, most screening studies based on simple observations involving autonomic and motor function provide insufficient evaluation of many sensory or cognitive functions. Data, which by itself would likely fall in this category, would also include information on SAR or data from in vitro tests.  Although such information would be insufficient by itself to proceed further in the assessment it could be used to support the need for additional testing. |
| --- | --- |

**Table 8.  Characterization of the health-related database (cont.)**

Data from all potentially relevant studies, whether indicative of potential hazard or not, should be included in this characterization.  The primary sources of data are human studies and case reports, experimental animal studies, other supporting data, and in vitro and/or SAR data. Because a complex interrelationship exists among study design, statistical analysis, and biological significance of the data, a great deal of scientific judgment, based on experience with neurotoxicity data and with the principles of study design and statistical analysis, is required to adequately evaluate the database on neurotoxicity.  In many cases, interaction with scientists in specific disciplines either within or outside the field of neurotoxicology (e.g., epidemiology, statistics) may be appropriate.

The adverse nature of different neurotoxicity endpoints may be a complex judgment.  In general, most neuropathological and many neurobehavioral changes are regarded as adverse. However, there are adverse behavioral effects that may not reflect a direct action on the nervous system. Neurochemical and electrophysiological changes may be regarded as adverse because of their known or presumed relation to neuropathological and/or neurobehavioral consequences.  In the absence of supportive information, a professional judgment should be made regarding the adversity of such outcomes, considering factors such as the nature, magnitude, and duration of the effects reported. Thus, correlated measures of neurotoxicity strengthen the evidence for a hazard.  Correlations between functional and morphological effects, such as the correlation between leg weakness and paralysis and peripheral nerve damage from exposure to tri-ortho-cresyl phosphate, are the most common and striking example of this form of validity. Correlations support a coherent and logical link between behavioral effects and biochemical mechanisms.  Replication of a finding also strengthens the evidence for a hazard.  Some neurotoxicants cause similar effects across most species.  Many chemicals shown to produce neurotoxicity in laboratory animals have similar effects in humans.  Some neurological effects may be considered adverse even if they are small in magnitude, reversible, or the result of indirect mechanisms.

Because of the inherent difficulty in "proving any negative,"  it is more difficult to document a finding of no apparent adverse effect than a finding of an adverse effect.  Neurotoxic effects (and most kinds of toxicity) can be observed at many different levels, so only a single endpoint needs to be found to demonstrate a hazard, but many endpoints need to be examined to demonstrate no effect.  For example, to judge that a hazard for neurotoxicity could exist for a given agent, the minimum evidence sufficient would be data on a single adverse endpoint from a well-conducted study.  In contrast, to judge that an agent is unlikely to pose a hazard for

neurotoxicity, the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects.  This may include human data from appropriate studies that could support a conclusion of no evidence of a neurotoxic effect.  With respect to clinical signs and symptoms, human exposures can reveal far more about the absence of effects than animal studies, which are confined to the signs examined.

In some cases, it may be that no individual study is judged sufficient to establish a hazard, but the total available data may support such a conclusion.  Pharmacokinetic data and structure-activity considerations, data from other toxicity studies, or other factors may affect the strength of the evidence in these situations.  For example, given that gamma diketones are known to cause motor system neurotoxicity, a marginal data set on a candidate gamma diketone, e.g., 1/10  animals affected, might be more likely to be judged sufficient than equivalent data from a member of a chemical class about which nothing is known.

A judgment that the toxicology database is sufficient to indicate a potential neurotoxic hazard is not the end of analysis.  The circumstances of expression of the hazard are essential to describing human hazard potential.  Thus, reporting should contain the details of the circumstances under which effects have been observed, e.g., "long-term oral exposures of adult rodents to compound X at levels of roughly 1 mg/kg have been associated with ataxia and peripheral nerve damage."

56

## 4. Quantitative Dose-Response Analysis

This section describes several approaches (including the LOAEL/NOAEL and BMD) for determining the reference dose (RfD) or reference concentration (RfC). The NOAEL or BMD/uncertainty factor approach results in an RfD or RfC, which is an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime.

The dose-response analysis characterization should:

Ͼ   Describe how the RfD/RfC was calculated;

Ͼ   Discuss the confidence in the estimates;

Ͼ   Describe the assumptions or uncertainty factors used; and

Ͼ   Discuss the route and level of exposure observed, as compared to expected human exposures.

### 4.1.  LOAEL/NOAEL and BMD Determination

As indicated earlier, the LOAEL and NOAEL are determined for endpoints that are seen at the lowest dose level (so-called critical effect). Several limitations in the use of the NOAEL have been identified and described (e.g., Barnes and Dourson, 1988; Crump, 1984). For example, the NOAEL is derived from a single endpoint from a single study (the critical study) and ignores both the slope of the dose-response function and baseline variability in the endpoint of concern. Because the baseline variability is not taken into account, the NOAEL from a study using small group sizes may be higher than the NOAEL from a similar study in the same species that uses larger group sizes. The NOAEL is also directly dependent on the dose spacing used in the study. Finally, and perhaps most importantly, use of the NOAEL does not allow estimates of risk or extrapolation of risk to lower dose levels. Because of these and other limitations in the NOAEL approach, it has been proposed that mathematical curve-fitting techniques (Crump, 1984; Gaylor and Slikker, 1990; Glowa, 1991; Glowa and MacPhail, 1995; U.S. EPA, 1995a) be compared with the NOAEL procedure in calculating the RfD or RfC. These techniques typically apply a mathematical function that describes the dose-response relationship and then interpolate to a level of exposure associated with a small increase in effect over that occurring in the control group or under baseline conditions. The BMD has been defined as a lower confidence limit on the effective dose associated with some defined level of effect, e.g., a 5% or 10% increase in response. These guidelines suggest that the use of the BMD should be

57

explored in specific situations.  The Agency is currently developing guidelines for the use of the BMD in risk assessment.

Many neurotoxic endpoints provide continuous measures of response, such as response speed, nerve conduction velocity, IQ score, degree of enzyme inhibition, or the accuracy of task performance. Although it is possible to impose a dichotomy on a continuous effects distribution and to classify some level of response as "affected" and the remainder as "unaffected," it may be very difficult and inappropriate to establish such clear distinctions, because such a dichotomy would misrepresent the true nature of the neurotoxic response.  The risk assessor should be aware of the importance of trying to reconcile findings from several studies that seem to report widely divergent results.  Alternatively, quantitative models designed to analyze continuous effect variables may be preferable.  Other techniques that allow this approach, with transformation of the information into estimates of the incidence or frequency of affected individuals in a population, have been proposed (Crump, 1984; Gaylor and Slikker, 1990; Glowa and MacPhail, 1995).  Categorical regression analysis has been proposed because it can evaluate different types of data and derive estimates for short-term exposures (Rees and Hattis, 1994).  Decisions about the most appropriate approach require professional judgment, taking into account the biological nature of the continuous effect variable and its distribution in the population under study.

Although dose-response functions in neurotoxicology are generally linear or monotonic, curvilinear functions, especially U-shaped or inverted U-shaped curves, have been reported as noted earlier (section 3.2).  Dose-response analyses should consider the uncertainty that U-shaped dose-response functions might contribute to the estimate of the NOAEL/LOAEL or BMD. Typically, estimates of the NOAEL/LOAEL are taken from the lowest part of the dose-response curve associated with impaired function or adverse effect.

## 4.2.  *Determination of the Reference Dose or Reference Concentration*

Since the availability of dose-response data in humans is limited, extrapolation of data from animals to humans usually involves the application of uncertainty factors to the NOAEL/LOAEL or BMD.  The NOAEL or BMD/uncertainty factor approach results in an RfD or RfC, which is an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime.  The oral RfD and inhalation RfC are applicable to chronic exposure situations and are based on an evaluation of all the noncancer health effects, including neurotoxicity data.  RfDs

and RfCs in the Integrated Risk Information System (IRIS-2) database for several agents are based on neurotoxicity endpoints and include a few cases in which the RfD or RfC is calculated using the BMD approach (e.g., methylmercury, carbon disulfide). The size of the final uncertainty factor used will vary from agent to agent and will require the exercise of scientific judgment, taking into account interspecies differences, the shape of the dose-response curve, and the neurotoxicity endpoints observed. Uncertainty factors are typically multiples of 10 and are used to compensate for human variability in sensitivity, the need to extrapolate from animals to humans, and the need to extrapolate from less than lifetime (e.g., subchronic) to lifetime exposures. An additional factor of up to 10 may be included when only a LOAEL (and not a NOAEL) is available from a study, or depending on the completeness of the database, a modifying factor of up to 10 may be applied, depending on the confidence one has in the database. Uncertainty factors of less than 10 can be used, depending upon the availability of relevant information. Barnes and Dourson (1988) provide a more complete description of the calculation, use, and significance of RfDs in setting exposure limits to toxic agents by the oral route. Jarabek et al. (1990) provide a more complete description of the calculation, use, and significance of RfCs in setting exposure limits to toxic agents in air. Neurotoxicity can result from acute, shorter term exposures, and it may be appropriate in some cases, e.g., for air pollutants or water contaminants, to set shorter term exposure limits for neurotoxicity as well as for other noncancer health effects.

## 5.  Exposure Assessment

Exposure assessment describes the magnitude, duration, frequency, and routes of exposure to the agent of interest.  This information may come from hypothetical values, models, or actual experimental values, including ambient environmental sampling results.  Guidelines for exposure assessment have been published separately (U.S. EPA, 1992) and will, therefore, be discussed only briefly here.

The exposure assessment should include an exposure characterization that:

C   Provides a statement of the purpose, scope, level of detail, and approach used in the exposure assessment;

C   Presents the estimates of exposure and dose by pathway and route for individuals, population segments, and populations in a manner appropriate for the intended risk characterization;

C   Provides an evaluation of the overall level of confidence in the estimate of exposure and dose and the conclusions drawn; and

C   Communicates the results of the exposure assessment to the risk assessor, who can then use the exposure characterization, along with the hazard and dose/response characterizations, to develop a risk characterization.

A number of considerations are relevant to exposure assessment for neurotoxicants.  An appropriate evaluation of exposure should consider the potential for exposure via ingestion, inhalation, and dermal penetration from relevant sources of exposure, including multiple avenues of intake from the same source.

In addition, neurotoxic effects may result from short-term (acute), high-concentration exposures as well as from longer term (subchronic), lower level exposures.  Neurotoxic effects may occur after a period of time following initial exposure or be obfuscated by repair mechanisms or apparent tolerance. The type and severity of effect may depend significantly on the pattern of exposure rather than on the average dose over a long period of time.  For this reason, exposure assessments for neurotoxicants may be much more complicated than those for long-latency effects such as carcinogenicity.  It is rare for sufficient data to be available to construct such patterns of exposure or dose, and professional judgment may be necessary to evaluate exposure to neurotoxic agents.

## 6.  Risk Characterization

6.1.  *Overview*

Risk characterization is the summarization step of the risk assessment process and consists of an integrative analysis and a summary.  The integrative analysis (a) involves integration of the toxicity information from the hazard characterization and dose-response analysis with the human exposure estimates, (b) provides an evaluation of the overall quality of the assessment and the degree of confidence in the estimates of risk and conclusions drawn, and (c) describes risk in terms of the nature and extent of harm.  The risk characterization summary communicates the results of the risk assessment to the risk manager in a complete, informative, and useful format.

This summary should include, but is not limited to, a discussion of the following elements:

C    Quality of and confidence in the available data;

C    Uncertainty analysis;

C    Justification of defaults or assumptions;

C    Related research recommendations;

C    Contentious issues and extent of scientific consensus;

C    Effect of reasonable alternative assumptions on conclusions and estimates;

C    Highlights of reasonable plausible ranges;

C    Reasonable alternative models; and

C    Perspectives through analogy.

The risk manager can then use the derived risk to make public health decisions.

An effective risk characterization should fully, openly, and clearly characterize risks and disclose the scientific analyses, uncertainties, assumptions, and science policies that underlie decisions throughout the risk assessment and risk management processes.  The risk characterization should feature values such as transparency in the decision-making process; clarity in communicating with the scientific community and the public regarding environmental risk and the uncertainties associated with assessments of environmental risk; and consistency across program offices in core assumptions and science policies, which are well grounded in science and reasonable.  The following sections describe these four aspects of the risk characterization in more detail.

6.2.  *Integration of Hazard Characterization, Dose-Response Analysis, and Exposure Assessment*

In developing the hazard characterization, dose-response analysis, and exposure portions of the risk assessment, the risk assessor should take into account many judgments concerning human

61

relevance of the toxicity data, including the appropriateness of the various animal models for which data are available and the route, timing, and duration of exposure relative to expected human exposure. These judgments should be summarized at each stage of the risk assessment process (e.g., the biological relevance of anatomical variations may be established in the hazard characterization process, or the influence of species differences in metabolic patterns in the dose-response analysis).  In integrating the information from the assessment, the risk assessor should determine if some of these judgments have implications for other portions of the assessment and whether the various components of the assessment are compatible.

The risk characterization should not only examine the judgments but also explain the constraints of available data and the state of knowledge about the phenomena studied in making them, including (1) the qualitative conclusions about the likelihood that the chemical may pose a specific hazard to human health, the nature of the observed effects, under what conditions (route, dose levels, time, and duration) of exposure these effects occur, and whether the health-related data are sufficient to use in a risk assessment; (2) a discussion of the dose-response characteristics of the critical effects, data such as the shapes and slopes of the dose-response curves for the various endpoints, the rationale behind the determination of the NOAEL and LOAEL and calculation of the benchmark dose, and the assumptions underlying the estimation of the RfD or RfC; and (3) the estimates of the magnitude of human exposure; the route, duration, and pattern of the exposure; relevant pharmacokinetics; and the number and characteristics of the population(s) exposed.

If data to be used in a risk characterization are from a route of exposure other than the expected human exposure, then pharmacokinetic data should be used, if available, to make extrapolations across routes of exposure.  If such data are not available, the Agency makes certain assumptions concerning the amount of absorption likely or the applicability of the data from one route to another (U.S. EPA, 1992).

The level of confidence in the hazard characterization should be stated to the extent possible, including the appropriate category regarding sufficiency of the health-related data.  A comprehensive risk assessment ideally includes information on a variety of endpoints that provide insight into the full spectrum of potential neurotoxicological responses.  A profile that integrates both human and test species data and incorporates a broad range of potential adverse neurotoxic effects provides more confidence in a risk assessment for a given agent.

The ability to describe the nature of the potential human exposure is important in order to predict when certain outcomes can be anticipated and the likelihood of permanence or reversibility of

the effect.  An important part of this effort is a description of the nature of the exposed population and the potential for sensitive, highly susceptible, or highly exposed populations.  For example, the consequences of exposure to the developing individual versus the adult can differ markedly and can influence whether the effects are transient or permanent.  Other considerations relative to human exposures might include the likelihood of exposures to other agents, concurrent disease, and nutritional status.

The presentation of the integrated results of the assessment should draw from and highlight key points of the individual characterizations of component analyses performed under these Guidelines.  The overall risk characterization represents the integration of these component characterizations.  If relevant risk assessments on the agent or an analogous agent have been done by EPA or other Federal agencies, these should be described and the similarities and differences discussed.

## 6.3.  *Quality of the Database and Degree of Confidence in the Assessment*

The risk characterization should summarize the kinds of data brought together in the analysis and the reasoning on which the assessment is based.  The description should convey the major strengths and weaknesses of the assessment that arise from availability of data and the current limits of our understanding of the mechanisms of toxicity.

A health risk assessment is only as good as its component parts, i.e., hazard characterization, dose-response analysis, and exposure assessment.  Confidence in the results of a risk assessment is thus a function of confidence in the results of the analysis of these elements. Each of these elements should have its own characterization as a part of the assessment.  Within each characterization, the important uncertainties of the analysis and interpretation of data should be explained, and the risk manager should be given a clear picture of consensus or lack of consensus that exists about significant aspects of the assessment.  Whenever more than one view is supported by the data and choosing between them is difficult, all views should be presented.  If one has been selected over the others, the rationale should be given; if not, then all should be presented as plausible alternative results.

## 6.4.  *Descriptors of Neurotoxicity Risk*

There are a number of ways to describe risks.  Several relevant ways for neurotoxicity are as follows:

## 6.4.1.  Estimation of the Number of Individuals

63

The RfD or RfC is taken to be a chronic exposure level at or below which no significant risk occurs.  Therefore, presentation of the population in terms of those at or below the RfD or RfC ("not at risk") and above the RfD or RfC ("may be at risk") may be useful information for risk managers.  This method is particularly useful to a risk manager considering possible actions to ameliorate risk for a population.  If the number of persons in the at-risk category can be estimated, then the number of persons removed from the at-risk category after a contemplated action is taken can be used as an indication of the efficacy of the action.

### 6.4.2.  Presentation of Specific Scenarios

Presenting specific scenarios in the form of "what if?" questions is particularly useful to give perspective to the risk manager, especially where criteria, tolerance limits, or media quality limits are being set.  The question being asked in these cases is, at this proposed exposure limit, what would be the resulting risk for neurotoxicity above the RfD or RfC?

### 6.4.3.  Risk Characterization for Highly Exposed Individuals

This measure is one example of the just-discussed descriptor.  This measure describes the magnitude of concern at the upper end of the exposure distribution.  This allows risk managers to evaluate whether certain individuals are at disproportionately high or unacceptably high risk.

The objective of looking at the upper end of the exposure distribution is to derive a realistic estimate of a relatively highly exposed individual or individuals.  This measure could be addressed by identifying a specified upper percentile of exposure in the population and/or by estimating the exposure of the highest exposed individual(s).  Whenever possible, it is important to express the number of individuals who comprise the selected highly exposed group and discuss the potential for exposure at still higher levels.

If population data are absent, it will often be possible to describe a scenario representing high-end exposures using upper percentile or judgment-based values for exposure variables.  In these instances caution should be used in order not to compound a substantial number of high-end values for variables if a "reasonable" exposure estimate is to be achieved.

### 6.4.4.  Risk Characterization for Highly Sensitive or Susceptible Individuals

This measure identifies populations sensitive or susceptible to the effect of concern. Sensitive or susceptible individuals are those within the exposed population at increased risk of expressing the toxic

effect.  All stages of nervous system maturation might be considered highly sensitive or susceptible, but certain subpopulations can sometimes be identified because of critical periods for exposure, for example, pregnant or lactating women, infants, or children.  The aged population is considered to be at particular risk because of the limited ability of the nervous system to regenerate or compensate to neurotoxic insult.

In general, not enough is understood about the mechanisms of toxicity to identify sensitive subgroups for all agents, although factors such as nutrition (e.g., vitamin B), personal habits (e.g., smoking, alcohol consumption, illicit drug abuse), or preexisting disease (e.g., diabetes, neurological diseases, sexually transmitted diseases, polymorphisms for certain metabolic enzymes) may predispose some individuals to be more sensitive to the neurotoxic effects of specific agents.  Gender-related differences in response to neurotoxicants have been noted, but these appear to be related to gender-dependent toxicodynamic or toxicokinetic factors.

In general, it is assumed that an uncertainty factor of 10 for intrapopulation variability will be able to accommodate differences in sensitivity among various subpopulations, including children and the elderly.  However, in cases where it can be demonstrated that a factor of 10 does not afford adequate protection, another uncertainty factor may be considered in conducting the risk assessment.

### 6.4.5.  Other Risk Descriptors

In risk characterization, dose-response information and the human exposure estimates may be combined either by comparing the RfD or RfC and the human exposure estimate or by calculating the margin of exposure (MOE).  The MOE is the ratio of the NOAEL from the most appropriate or sensitive species to the estimated human exposure level.  If a NOAEL is not available, a LOAEL may be used in calculating the MOE.  Alternatively, a benchmark dose may be compared with the estimated human exposure level to obtain the MOE.  Considerations for the evaluation of the MOE are similar to those for the uncertainty factor applied to the LOAEL/NOAEL or the benchmark dose.  The MOE is presented along with a discussion of the adequacy of the database, including the nature and quality of the hazard and exposure data, the number of species affected, and the dose-response information.

The RfD or RfC comparison with the human exposure estimate and the calculation of the MOE are conceptually similar but are used in different regulatory situations.  The choice of approach depends on several factors, including the statute involved, the situation being addressed, the database used, and the needs of the decision maker.  The RfD or RfC and the MOE are considered along with other risk

assessment and risk management issues in making risk management decisions, but the scientific issues that should be taken into account in establishing them have been addressed here.

If the MOE is equal to or more than the uncertainty factor multiplied by any modifying factor used as a basis for an RfD or RfC, then the need for regulatory concern is likely to be small.  Although these methods of describing risk do not actually estimate risks per se, they give the risk manager some sense of how close the exposures are to levels of concern.

### 6.5.  *Communicating Results*

Once the risk characterization is completed, the focus turns to communicating results to the risk manager.  The risk manager uses the results of the risk characterization along with other technological, social, and economic considerations in reaching a regulatory decision.  Because of the way in which these risk management factors may affect different cases, consistent but not  necessarily identical risk management decisions should be made on a case-by-case basis.  These Guidelines are not intended to give guidance on the nonscientific aspects of risk management decisions.

### 6.6.  *Summary and Research Needs*

These Guidelines summarize the procedures that the U.S. Environmental Protection Agency would use in evaluating the potential for agents to cause neurotoxicity.  These Guidelines discuss the general default assumptions that should be made in risk assessment for neurotoxicity because of gaps in our knowledge about underlying biological processes and how these compare across species. Research to improve the risk assessment process is needed in a number of areas. For example, research is needed to delineate the mechanisms of neurotoxicity and pathogenesis, provide comparative pharmacokinetic data, examine the validity of short-term in vivo and in vitro tests, elucidate the functional modalities that may be altered, develop improved animal models to examine the neurotoxic effects of exposure during the premating and early postmating periods and in neonates, further evaluate the relationship between maternal and developmental toxicity, provide insight into the concept of threshold, develop approaches for improved  mathematical modeling of neurotoxic effects, improve animal models for examining the effects of agents given by various routes of exposure, determine the effects of recurrent exposures over prolonged periods of time, and address the synergistic or antagonistic effects of mixed exposures and neurotoxic response.  Such research will aid in the evaluation and interpretation of data on neurotoxicity and should provide methods to assess risk more

precisely.  Additional research is needed to determine the most appropriate dose-response approach to be used  in neurotoxicity risk assessments.

# Exhibit 4

An official website of the United States government.

Close

We've made some changes to EPA.gov. If the information you are looking for is not here, you may be able to find it on the EPA Web Archive or the January 19, 2017 Web Snapshot.

 United States
Environmental Protection
Agency

## The NRC Risk Assessment Paradigm

### Dose-Response Assessment for Assessing Health Risks Associated With Exposure to Hazardous Air Pollutants

- Summary and Tables
- Sources of Chronic Dose-Response Information
- Prioritization of Data Sources for Chronic Exposure
- Additional Information, Adjustments and Special Cases for Dose-Response Values in Tables 1 and 2
- Sources of Acute Dose-Response Information
- **The NRC Risk Assessment Paradigm**
- Risk Assessment for Carcinogenic Effects
- Risk Assessment for Other Effects

To estimate potential health impacts associated with environmental exposures, EPA scientists and others have spent more than two decades developing an extensive set of risk assessment methods, tools, and data to estimate environmental health risks. Although significant uncertainties remain, this risk assessment methodology has been extensively peer-reviewed, is widely used and understood by the scientific community, and continues to expand and evolve as scientific knowledge advances.

EPA's framework for assessing and managing risks reflects the risk assessment and risk management paradigm set forth by the National Academy of Sciences (NRC) in 1983 [ , ], shown in Figure 1 below. The NRC concluded that risk assessment and risk management are "two distinct elements" between which agencies should maintain a clear conceptual distinction. The 1983 NRC report identified four steps integral to any risk assessment: 1) hazard identification, 2)

dose-response assessment, 3) exposure assessment, and 4) risk characterization.
The NRC paradigm for risk assessment serves as the basis for OAQPS risk
assessments under the air toxics program.

Figure 1. Diagram of NRC risk assessment/risk management paradigm.



Source: EPA Office of Research and Development.

Within the NRC paradigm, the evaluation of toxicity in a risk assessment is based
on two sequential analyses. The first is the hazard identification, which identifies
contaminants that may pose health hazards at environmentally relevant
concentrations, and qualitatively describes the effects that may occur in humans.
The second analysis is the human health dose-response assessment, which
characterizes the relationship between the exposure to a pollutant and the resultant
health effects.

Hazard Identification. The types of effects relevant to each chemical (e.g., cancer,
or effects other than cancer) are determined as part of the hazard identification.
Factors such as the experimental route of exposure, the type and severity of the
effects, the biological plausibility of findings, and the consistency of findings
across studies all contribute to the hazard identification statement.

Dose-Response Assessment. Generally, the dose-response assessment consists of
two parts: the evaluation of data in the observable range, and the extrapolation
from the observable range to low doses/risks. Recent terminology refers to the
result of analysis in the observable range as the "point of departure" from which
extrapolation begins. The approaches used for evaluation in the observable range
are similar for all types of effects, but EPA's current extrapolation methods differ
for effects concluded to have linear and nonlinear modes of action. Further details
of dose-response assessment are provided in the web pages on risk assessment for
carcinogenicity and other endpoints.

The nature of the dose-response assessment typically varies among pollutants.
Sufficient data may exist for some criteria air pollutants, such as ozone or carbon
monoxide, so that relatively complete dose-response relationships can be
characterized. In such cases, there is no need for extrapolation to lower doses
because adequate human health effects data are available at environmentally
relevant levels. However, this has not often been the case for air toxics.
Epidemiologic and toxicologic data for air toxics have typically resulted from
exposure levels that were high relative to environmental levels.

1. National Research Council. 1983. Risk assessment in the federal government. Managing the process. National Academy Press, Washington, DC.
2. National Research Council. 1994. Science and Judgment in Risk Assessment. National Academy Press, Washington, DC."

LAST UPDATED ON JANUARY 31, 2017

# Exhibit 5



United States
Environmental Protection
Agency

Prevention, Pesticides
and Toxic Substances
 (7510P)

EPA 739-R-07-010
December 2007

# Reregistration Eligibility Decision for Sodium Fluoride

US EPA ARCHIVE DOCUMENT

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C.  20460

OFFICE OF
PREVENTION, PESTICIDES
AND TOXIC SUBSTANCES

<u>**CERTIFIED MAIL**</u>

Dear Registrant:

This is to inform you that the Environmental Protection Agency (hereafter referred to as EPA or the Agency) has completed its review of the available data and public comments received related to the draft risk assessments for the antimicrobial sodium fluoride.  The enclosed Reregistration Eligibility Decision (RED) document was approved on December 20, 2007. Public comments and additional data received were considered in this decision.

Based on its review, EPA is now publishing its Reregistration Eligibility Decision (RED) and risk management decision for sodium fluoride and the associated human health and environmental risks.  A Notice of Availability will be published in the *Federal Register* announcing the publication of the RED.

The RED and supporting risk assessments for sodium fluoride are available to the public in EPA's Pesticide Docket EPA-HQ-2007-0833 at: <u>http://www.regulations.gov</u>.

The sodium fluoride RED was developed through EPA's public participation process, published in the Federal Register on October 10, 2007, which provides opportunities for public involvement in the Agency's pesticide tolerance reassessment and reregistration programs. Developed in partnership with USDA and with input from EPA's advisory committees and others, the public participation process encourages robust public involvement starting early and continuing throughout the pesticide risk assessment and risk mitigation decision-making process. The public participation process encompasses full, modified, and streamlined versions that enable the Agency to tailor the level of review to the level of refinement of the risk assessments, as well as to the amount of use, risk, public concern, and complexity associated with each pesticide.  Using the public participation process, EPA is attaining its strong commitment to both involve the public and meet statutory deadlines.

Please note that the sodium fluoride risk assessment and the attached RED document concern only this particular pesticide.  This RED presents the Agency's conclusions on the dietary, residential, occupational and ecological risks posed by exposure to sodium fluoride alone.  This document also contains both generic and product-specific data that the Agency intends to require in Data Call-Ins (DCIs).  Note that DCIs, with all pertinent instructions, will be sent to registrants at a later date.  Additionally, for product-specific DCIs, the first set of required responses will be due 90 days from the receipt of the DCI letter.  The second set of required responses will be due eight months from the receipt of the DCI letter.

As part of the RED, the Agency has determined that sodium fluoride will be eligible for reregistration provided that all the conditions identified in this document are satisfied, including implementation of the risk mitigation measures outlined in Section IV of the document. Sections IV and V of this RED document describe labeling amendments for end-use products and data requirements necessary to implement these mitigation measures. Instructions for registrants on submitting the revised labeling can be found in the set of instructions for product-specific data that accompanies this document.

Should a registrant fail to implement any of the risk mitigation measures outlined in this document, the Agency will continue to have concerns about the risks posed by sodium fluoride. Where the Agency has identified any unreasonable adverse effect to human health and the environment, the Agency may at any time initiate appropriate regulatory action to address this concern. At that time, any affected person(s) may challenge the Agency's action.

If you have questions on this document or the label changes necessary for reregistration, please contact the Chemical Review Manager, SanYvette Williams-Foy, (703) 305-7702. For questions about product reregistration and/or the Product DCI that will follow this document, please contact Adam Heyward at (703) 308-6422 or heyward.adam@epa.gov.

Sincerely,

Frank Sanders, Director
Antimicrobials Division (7510C)

**REREGISTRATION ELIGIBILITY**
**DECISION**
**for**
**Sodium fluoride**
List C
Case 3132

Approved by:

*Betty Shackleford for*

Frank T. Sanders
Director, Antimicrobials Division

12/20/07

Date

**ABSTRACT**

The Environmental Protection Agency (EPA or the Agency) has completed the human health and environmental risk assessments for sodium fluoride and is issuing its risk management decision.  The risk assessments, which are summarized below, are based on the review of the required target database supporting the use patterns of currently registered products and additional information received through the public docket.  After considering the risks identified in the revised risk assessments, comments received, and mitigation suggestions from interested parties, the Agency developed its risk management decision for uses of sodium fluoride that pose risks of concern.  As a result of this review, EPA has determined that sodium fluoride containing products are eligible for reregistration, provided that risk mitigation measures are adopted and labels are amended accordingly.  That decision is discussed fully in this document.

US EPA ARCHIVE DOCUMENT

## I.        Introduction

The Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) was amended in 1988 to accelerate the reregistration of products with active ingredients registered prior to November 1, 1984 and amended again by the Pesticide Registration Improvement Act of 2003 to set time frames for the issuance of Reregistration Eligibility Decisions.  The amended Act calls for the development and submission of data to support the reregistration of an active ingredient, as well as a review of all submitted data by the U.S. Environmental Protection Agency (EPA or the Agency).  Reregistration involves a thorough review of the scientific database underlying a pesticide's registration.  The purpose of the Agency's review is to reassess the potential hazards arising from the currently registered uses of the pesticide; to determine the need for additional data on health and environmental effects; and to determine whether or not the pesticide meets the "no unreasonable adverse effects" criteria of FIFRA.

On August 3, 1996, the Food Quality Protection Act of 1996 (FQPA) was signed into law.  This Act amends FIFRA to require reregistration assessments of chemicals registered prior to 1984.  The Agency has decided that, for those chemicals that have tolerances and are undergoing reregistration, the tolerance reassessment will be initiated through this reregistration process.  The Act also requires that by 2006, EPA must review all tolerances in effect on the day before the date of the enactment of the FQPA.  FQPA also amends the Federal Food, Drug, and Cosmetic Act (FFDCA) to require a safety finding in tolerance reassessment based on factors including consideration of cumulative effects of chemicals with a common mechanism of toxicity.  This document presents the Agency's revised human health and ecological risk assessments; and the Reregistration Eligibility Decision (RED) for sodium fluoride.

Sodium fluoride is used for commercial use only as a wood preservative for utility poles and railroad ties.  Sodium fluoride products are used as supplemental wood treatments and are not intended for primary wood preservative or pressure treated wood preservation.

The Agency has concluded that no special hazard-based safety factor under the Food Quality Protection Act (FQPA) of 1996 is needed for sodium fluoride based on its current registered use patterns.

Risks summarized in this document are those that result only from the use of the active ingredients sodium fluoride.  The FFDCA requires that the Agency consider available information concerning the cumulative effects of a particular pesticide's residues and other substances that have a common mechanism of toxicity.  The reason for consideration of other substances is due to the possibility that low-level exposures to multiple chemical substances that cause a common toxic effect by a common toxic mechanism could lead to the same adverse health effect that would occur at a higher level of exposure to any of the substances individually. Unlike the pesticides for which EPA has followed a cumulative risk approach based on a common mechanism of toxicity, EPA has not yet initiated a review to determine if there were any other chemicals that have a mechanism of toxicity common with that of sodium fluoride.  Risks summarized in this document are those that result only from the use of sodium fluoride.  Therefore, the Agency did not perform a cumulative risk assessment as part of this RED for sodium

fluoride.  For purposes of this RED, the Agency has assumed that sodium fluoride does not have a common mechanism of toxicity with other substances.  If the Agency identifies other substances that share a common mechanism of toxicity with sodium fluoride, the Agency will perform aggregate exposure assessments on each chemical, and will begin to conduct a cumulative risk assessment.  Upon the Agency's request and according to a schedule determined by the Agency, the Registrant must submit such information as needed in order to evaluate issues related to whether sodium fluoride shares a common mechanism of toxicity with any other substance. For information regarding EPA's efforts to determine which chemicals have a common mechanism of toxicity and to evaluate the cumulative effects of such chemicals, see the policy statements released by EPA's Office of Pesticide Programs concerning common mechanism determinations and procedures for cumulating effects from substances found to have a common mechanism on EPA's website at http://www.epa.gov/pesticides/cumulative .

This document presents the Agency's decision regarding the reregistration eligibility of the registered uses of sodium fluoride.  In an effort to simplify the RED, the information presented herein is summarized from more detailed information, which can be found in the technical supporting documents for sodium fluoride referenced in this RED.  The revised risk assessments and related addenda are not included in this document, but are available in the Public Docket at www.regulations.gov (Docket # EPA-HQ-2007-0833).

This document consists of six sections.  Section I is the introduction.  Section II provides a chemical overview, a profile of the use and usage of sodium fluoride and its regulatory history.  Section III, Summary of sodium fluoride Risk Assessment, gives an overview of the human health and environmental assessments, based on the data available to the Agency.  Section IV, Risk Management, Reregistration, and Tolerance Reassessment Decision, presents the reregistration eligibility and risk management decisions.  Section V, What Registrants Need to Do, summarizes the necessary label changes based on the risk mitigation measures outlined in Section IV.  Finally, the Appendices list all use patterns eligible for reregistration, bibliographic information, related documents and how to access them, and Data Call-In (DCI) information.

## II.      Chemical Overview

### A.      Regulatory History

Sodium fluoride products were initially registered in 1964.  Sodium fluoride was originally sold to the U.S. telecommunications company in the 1930s as a wood preservative for utility poles lumber, timbers, posts, poles, ties, pilings, and all exterior wood exposed to moisture or weather.  There are six registered products. There are no inert uses or tolerances for this chemical.

### B.      Chemical Identification



**Figure 1.  Molecular Structure of Sodium Fluoride**

| | |
|---|---|
| **Common Name:** | Chemifluoro, Dentafluoro, Villiaumite |
| **Chemical Name:** | Sodium fluoride |
| **Other Name(s):** | Floridine, Florocid |
| **CAS Registry Number:** | 7681-49-4 |
| **OPP Chemical Code:** | 075202 |
| **Case Number:** | 3132 |
| **Empirical Formula:** | NaF |
| **Molecular Weight:** | 42.00 |
| **Basic Manufacturer:** | Osmose Inc. |
| **Chemical Properties:** | Sodium fluoride (TGAI) is a yellow powder with a weak musty odor and melting point of $993\,^{\circ}$ C.  The boiling point for sodium fluoride is $1704\,^{\circ}$ C. Sodium fluoride (TGAI) has an estimated log $K_{ow}$ of -0.77 [1] and a vapor pressure of $5.43 \times 10^{-26}$ mm Hg $(25\,^{\circ}$ C)[1*]. Sodium fluoride (TGAI) is soluble in water at .4.10 g/100 ml; at 15°C and 4.3 g/100 ml at 25 $^{\circ}$ C. Sodium fluoride (TGAI) is readily soluble in many organic solvents and has a density of 2.55 g/cm$^{3}$. |

US EPA ARCHIVE DOCUMENT

The pH for sodium fluoride is slightly alkaline and stable under normal storage conditions. The Henry Law Constant (air/water partition constant) is 5.04 x $10^{-33}$ atm m$^3$/mole[1]

### C.    Use Profile

The following is information on the currently registered uses of sodium fluoride, including an overview of use sites and application methods.  A detailed table of the uses of sodium fluoride eligible for reregistration is available in Appendix A.

**Type of Pesticide:**    Fungicide

**Target Pests:**    Fungi

**Formulation Types:**  Powder (Technical Grade Active Ingredients (TGAI)); Soluble Concentrate (Manufacturing Use Products (MP)); Soluble Concentrate, Ready-to-use Solution, Pelleted/tablet (End Use Products (EP))

**Use Sites:**    Wood Preservative- (Exterior use only) Lumber, Timber, Posts, Poles, Ties, Pilings, and Other Wood Products.

**Methods and Rates of Application:**

**Wood Preservative:**  For control of internal decay, fill decay pockets and voids using a grease gun or other pressurized applicator.  Plug application holes with secure-fitting dowels

Using air or mechanical pressure pump, apply solution to interior cavity of wood structure through prepared opening.

Typical pole application is from 3 inches above to 18 inches below the ground line and lower where deeper decay is suspected. Application on poles to be restored should extend the length of wrap around type repair systems. Wrap the treatment area with water proof bandage.

US EPA ARCHIVE DOCUMENT

a.        **Occupational Toxicity**

The doses and toxicological endpoints used in the occupational handler assessment of NaF scenarios are summarized in Table 2 below.

**Table 2. Sodium Fluoride for Use in Human Risk Assessment**

| Exposure Scenario | Dose (mg/kg/day) used in risk assessment UF | Special FQPA SF and Level of Concern for Risk Assessment | Study and Toxicological Effects |
|---|---|---|---|
| **Dietary Risk Assessments** | | | |
| Acute Dietary (general population and females 13-49) | No appropriate endpoints were identified that represent a single dose effect. Therefore, this risk assessment is not required. | | |
| Chronic Dietary | No appropriate endpoints were identified that represent a chronic dose effect. Therefore, this risk assessment is not required. | | |
| **Non-Dietary Risk Assessments** | | | |
| Short -Term Dermal (1 - 30 Days) | LOAEL = 20 mg/kg/day | Target MOE=300 (10x inter-species extrapolation, 10x intra-species variation, 3x for use of LOAEL) | Oral Subchronic Toxicity – Rat (Sodium Fluoride) LOAEL = 20 mg/kg/day, based on significant reductions in body weight gain and suppressed spontaneous motor activity. |
| Intermediate -Term Dermal (30 Days- 6 months) | NOAEL = 1.5 mg/kg/day | Target MOE=100 (10x inter-species extrapolation, 10x intra-species variation) | 6-month NTP oral toxicity study-mouse LOAEL = 7.5 mg/kg/day based on histopathology observed in bone with degeneration in tibias and femurs of animals |
| Long-Term Dermal (> 6 months) | LOAEL = 1.3 g/kg/day | TARGET MOE = 300 (10x inter-species extrapolation, 10x intra-species variation and 3x for use of LOAEL) | 2-year NTP chronic toxicity/carcinogenicity study in rats LOAEL = 1.3 mg/kg/day, based on dentine dysplasia in males and females, and ameloblast degeneration in males |
| Short-term Inhalation (1-30 days) | LOAEL = 20 mg/kg/day | Target MOE=300 (10x inter-species extrapolation, 10x intra-species variation, 3x for use of LOAEL) *Note:* 10x route extrapolation for confirmatory inhalation study. | Oral Subchronic Toxicity – Rat (Sodium Fluoride) LOAEL = 20 mg/kg/day, based on significant reductions in body weight gain and suppressed spontaneous motor activity. |

10

| Exposure Scenario | Dose (mg/kg/day) used in risk assessment UF | Special FQPA SF and Level of Concern for Risk Assessment | Study and Toxicological Effects |
|---|---|---|---|
| Intermediate-term Inhalation | NOAEL = 1.5 mg/kg/day | Target MOE=100 (10x inter-species extrapolation, 10x intra-species variation)<br><br>Note: 10x route extrapolation for confirmatory inhalation study. | 6-month NTP oral toxicity study-mouse LOAEL = 7.5 mg/kg/day based on histopathology observed in bone with degeneration in tibias and femurs of animals |
| Long-term Inhalation | LOAEL = 1.3 mg/kg/day | TARGET MOE =300 (10x inter-species extrapolation, 10x intra-species variation, 3x for use of LOAEL)<br><br>Note:  10x route extrapolation for confirmatory inhalation study. | 2-year NTP chronic toxicity/carcinogenicity study in rats LOAEL = 1.3 mg/kg/day, based on dentine dysplasia in males and females, and ameloblast degeneration in males |
| Cancer | Sodium fluoride has been classified as a "Group D" (not classifiable as to carcinogenicity). This conclusion is consistent with the recent report by the National Academy of Sciences which concluded that 'the evidence on the potential of fluoride to initiate or promote cancers, particularly of the bone, is tentative and mixed.' | | |

Notes: UF = uncertainty factor, FQPA SF = FQPA safety factor, NOAEL = no observed adverse effect level, LOAEL = lowest observed adverse effect level.

### b.  Occupational Handler Exposure

Occupational risk for all potentially exposed populations is measured by a Margin of Exposure (MOE), which determines how close the occupational exposure comes to a No Observed Adverse Effect Level (NOAEL) from toxicological studies.  Occupational risk is assessed for exposure at the time of application (termed "handler" exposure). Application parameters are generally defined by the physical nature of the formulation (e.g., formula and packaging), by the equipment required to deliver the chemical to the use site and by the application rate required to achieve an efficacious dose.

Potential occupational handler exposures can occur when sodium fluoride is used as a remedial wood treatment for the protection against decay producing fungi.  The Agency evaluated representative occupational handler scenarios to assess and determine dermal and inhalation exposures.  For sodium fluoride, handler scenarios were assessed by using unit exposure data to estimate occupational exposures.  Unit exposures are estimates of the amount of exposure to an active ingredient a handler receives while performing various handler tasks and are expressed in terms of micrograms or milligrams of active ingredient per pounds of active ingredient handled.  A series of unit exposures have been developed that are unique for each scenario typically considered in assessments (i.e., there are different unit exposures for different types of application equipment, job functions, and level of protection).

US EPA ARCHIVE DOCUMENT

US EPA ARCHIVE DOCUMENT

**Table 5.  Dermal and Inhalation Exposure and Risks for Remedial Applications of Sodium Fluoride to Poles.**

| Application | Dermal UE (mg/lb a.i) | Inhalation UE (mg/lb a.i) | Rate (gal/pole) | Rate (lb a.i/gal) | # poles | Dermal dose (mg/kg/day) | Inhalation dose (mg/kg/day) | Dermal MOEs ST (300) | Dermal MOEs IT (100) | Dermal MOEs LT (300) | Inhalation MOEs ST (300) | Inhalation MOEs IT (100) | Inhalation MOEs LT (300) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spray (Distribution Poles) | 0.36 | 0.0022 | 1 | 0.47 | 24 | 0.058 | 0.00035 | 350 | 26 | 22 | 56,000 | 4200 | 3700 |
| Spray (Transmission Poles) | 0.36 | 0.0022 | 1 | 0.47 | 30 | 0.073 | 0.00044 | 280 | 21 | 18 | 45,000 | 3400 | 2900 |
| Brush-on (Distribution Poles) | 24 | NA | 0.225 | 5.33 | 24 | 9.87 | NA | 2 | <1 | <1 | NA | | |
| Brush-on (Transmission Poles) | 24 | NA | 0.368 | 5.33 | 30 | 20.2 | NA | 1 | NA | NA | NA | | |

NA = Not applicable (e.g., short-term (ST) MOEs are only applicable for the high treatment frequency of poles).
  ST = short-term; IT = intermediate-term; LT = long-term.

UE are from PHED for termiticide MLAP, liquid pour, rod shank injection
Dermal UE is single layer of clothing and chemical resistant gloves.
Treatment solution for spray from EPA Reg. No. 75341-12 (i.e., 1 gal product x 8.34 lb/gal x 8.39% a.i / 1.5 gallons water = 0.47 lb a.i/gal treatment solution)
Brush-on rate EPA Reg No 75341-5 is 44.4% a.i.; density of 12lb/gal = 5.33lb a.i./gallon
# poles =  registrant estimate during the reregistration phase 1 error comment period (Distribution is 24 poles per day and transmission is 30 poles per day
Dermal (mkd) = Dermal UE x rate x # poles x 1/70kg
Inhalation dose (mkd) = Inhalation UE x rate x #poles x 1/70kg
MOE ST Dermal & inhalation = LOAEL 20 mkd / dose;  UF = 300
MOE IT Dermal & Inhalation = NOAEL 1.5 mkd / dose; UF = 100
MOE LT Dermal & Inhalation = LOAEL 1.3 mkd / dose; UF = 300

17

# **Exhibit 6**

**Summary of the facts and opinions to which Tala R. Henry, Ph.D is expected to testify:**

**I.      Summary of Opinions**

In response to the expert opinions offered by Dr. Kathleen Thiessen and Dr. Phillipe Grandjean on the methods for conducting risk assessments, and in particular, the methods for conducting a risk evaluation under the Toxic Substances Control Act (TSCA) based on the currently available scientific evidence, Dr. Henry will testify to the following:

- Dr. Thiessen's report is not a credible source of evidence for making conclusions regarding unreasonable risks under TSCA due to critical limitations, including:

    *1.      Mischaracterization of EPA hazard assessments and dose-response analyses as "risk assessments" and omission to any reference to or discussion of resources available in the public domain that describe the relevant and sound requirements and procedures for conducting a risk evaluation under section 6(b)(4) of TSCA.*

    *2.      There are inadequate or undocumented literature searches and Systematic Review. Literature searches for critical components of a risk evaluation (exposure assessment) appear not to have been conducted; and quality and relevancy reviews, using systematic review methods, for hazard data (animal and human) are not provided to ensure the risk determination is based on the weight of the scientific evidence (WoSE).*

    *3.      The reference dose (RfD) derived by EPA in the document, Fluoride: Dose-Responses Analysis for Non-cancer Effects, has as no relevance to the question of whether the artificial fluoridation of drinking water creates unreasonable risk because it is not fit-for-purpose for a TSCA risk evaluation.*

    *4.      The methodology for determining unreasonable risk is fundamentally flawed because it relies on the statutory framework and assessment methodologies used to review new chemicals substances under TSCA Section 5, which has different risk assessment requirements and findings than for risk evaluations on existing chemicals under TSCA Section 6.*

- Dr. Grandjean's report is not a credible source of evidence for making conclusions regarding unreasonable risks under TSCA due to critical limitations, including:

    *1.      The methodology for determining unreasonable risk is fundamentally flawed because it fails to demonstrate that the key tenets of systematic review were applied to his report and is presented in a manner that suggests biased and pre-conceived conclusions.*

    *2.      The report draws inappropriate and unsupported conclusions. Conclusions in the purported risk assessment conducted are inappropriate because the calculation exercise and the conclusions for making unreasonable*

derived" by the IRIS program in conducting risk assessments that meet the requirements of the statutes they implement, or program offices, including OPPT, may leverage parts of the IRIS Program's work (i.e., just the hazard identification and dose-response analysis, but not the RfD or RfC). Whether a program office uses all or part of the IRIS program's scientific analysis generally depends on whether the toxicity value 'in total' or in part is "fit-for purpose" within the statutory/regulatory framework that the risk assessment is being conducted.

In deriving toxicity values for TSCA risk evaluations, like the IRIS program, OPPT generally follows EPA risk assessment guidelines (as described previously). However, EPA/OPPT often may not use the IRIS program toxicity values "as derived." This may be because the IRIS toxicity value does not reflect current reasonably available information (i.e., it is out-of-date). A significant reason OPPT does not use IRIS program RfDs/RfCs is that they are not fit-for-purpose for a TSCA exposure scenario.

OPPT does, however, leverage IRIS program analyses in a variety of ways in developing fit-for-purpose risk evaluations under TSCA. For example, OPPT started with components of the IRIS program's systematic review process (e.g., literature search, screening and key study identification) in developing the TSCA risk evaluation for 1,4-Dioxane (one of the first 10 TSCA risk evaluations). However, OPPT needed to update the literature search and consider data/information that has become available since the IRIS toxicity values were developed. Hence, while leveraging past work by EPA's IRIS program, to meet the requirements of TSCA, OPPT deemed it necessary to apply the TSCA systematic review process and to re-derive an IUR/CSF that incorporated/considered newer information. OPPT has also found it necessary to derive toxicity values as part of TSCA risk evaluations when IRIS toxicity values are not available. For example, to conduct the TSCA risk evaluation for 1-bromopropane (one of the first 10 TSCA risk evaluations), OPPT needed to derive an IUR because the IRIS program has not developed one.

The IRIS program derives RfDs and RfCs for non-cancer toxicity endpoints. In deriving RfDs and RfCs, the IRIS program "incorporates" uncertainty factors (for intra-species, inter-species, etc.) into the toxicity value; that is, the IRIS program decides which uncertainty factors to apply and what magnitude they are assigned and adjusts the point-of-departure (e.g., NOAEL) identified in the dose-response analysis by the uncertainty factors, as follows:

$$\text{RfD or RfC} = \text{NOAEL} \div \text{Uncertainty Factors}$$

These IRIS program RfDs and RfCs may be used "as derived" in certain program offices to plug into their risk characterization process, to derive a Hazard Quotient, as follows:

$$\text{Hazard Quotient} = \text{RfD or RfC} \div \text{Exposure}$$

In conducting TSCA risk evaluations, however, OPPT generally uses the Margin-of Exposure (MOE) approach. In this approach, the uncertainty factors are not applied to the point-of-

17

departure (e.g., NOAEL) identified in the dose-response analysis. Rather, an MOE is calculated by comparing (dividing) the point-of departure directly to the expected exposure level,

$$\text{MOE acute or chronic} = \text{NOAEL (POD)} \div \text{Exposure}$$

The MOE is then compared to a benchmark MOE, which is the product of all relevant uncertainty factors. OPPT considers the MOE, relative to the benchmark MOE, in addition to other factors, in determining whether risks are unreasonable under TSCA.

While the mathematical arrangement of terms is different, the general principles of hazard identification and dose-response assessment used by the IRIS program and in TSCA risk evaluation process are generally the same. Nonetheless, under OPPT's approach, the IRIS program toxicity values "as derived" are not fit-for-purpose in a TSCA risk evaluation.

### C.     Maximum Contaminant Level (MCL) Derived under the Safe Drinking Water Act (SDWA)

Contaminants in drinking water are regulated by setting a Maximum Contaminant Level (MCL). Prior to setting the MCL, EPA develops a maximum contaminant level goal (MCLG). The MCLG is the maximum level of a contaminant in drinking water at which no known or anticipated adverse effect on the health of persons would occur, allowing an adequate margin of safety. While based on similar scientific approaches, derived from the basic tenets of risk assessment, the process and procedure for deriving an MCLG are different than determining under TSCA whether a chemical presents an unreasonable risk under the conditions of its use.

Under SDWA, the way EPA determines MCLGs depends on the type of contaminant targeted for regulation. For chemical contaminants that are non-carcinogens but can cause adverse non-cancer health effects the MCLG is based on the reference dose. A reference dose (RfD) is an estimate of the amount of a chemical that a person can be exposed to on a daily basis that is not anticipated to cause adverse health effects over a lifetime. First EPA reviews health effects data; however, the procedures and criteria used are not the same systematic review procedures that EPA has more recently developed for TSCA risk evaluations.  To determine the RfD, the concentration for the non-carcinogenic effects from an epidemiology or toxicology study is divided by uncertainty factors, as described previously in the IRIS program section.  This provides a margin of safety for consumers of drinking water. This is an example of where a program office (Office of Water) uses IRIS program values directly. However, Dr. Henry will testify that the current EPA MCLG is not, in fact, derived from an IRIS program RfD; rather, the Office of Water determined their own RfD, as presented in Fluoride: Dose-Responses Analysis for Non-cancer Effects. (U.S. EPA, 2010).

The RfD is then multiplied by body weight and divided by daily water consumption to provide a Drinking Water Equivalent Level (DWEL). The DWEL is multiplied by the relative source contribution (the percentage of total drinking water exposure for the general population, after considering other exposure routes (for example, food, inhalation). These two steps in deriving an

# **Exhibit 7**



# Overview of Risk Assessment Under TSCA -

Tala Henry Ph.D.

Director

Risk Assessment Division

Office of Pollution Prevention & Toxics



# RISK CALCULATION

*Non-Cancer MOE compared to benchmark MOE (UF)s*

$$MOE_{acute\ or\ chronic} = \frac{Non-Cancer\ Hazard\ value\ (POD)}{Human\ Exposure}$$

- – Where:
- – MOE                       = Margin of exposure (unitless)
- – Hazard value (POD) = HEC or HED (ppm)
- – *Risk estimate compared to Benchmark MOE (UFs) which is unacceptable risk level*

 Risk          No Risk 

*Cancer*

$$Risk = Human\ Exposure \times IUR$$

- – Where:
- – Risk                    = Cancer risk (unitless)
- – Human exposure = Exposure estimate (LADC in ppm) from occupational exposure assessment
- – IUR                     = Inhalation unit risk (*a* x 10$^{-x}$ per ppm)



EPA United States Environmental Protection Agency

| 43

# Exhibit 8

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



**United States**
**Environmental Protection Agency**

**EPA Document #740-R1-8013**
**August 2019**
**Office of Chemical Safety and**
**Pollution Prevention**

# Draft Risk Evaluation for
# 1-Bromopropane
# (*n*-Propyl Bromide)

## CASRN: 106-94-5



***August 2019***

**NOTICE:** This information is distributed solely for the purpose of pre-dissemination peer review under applicable information quality guidelines. It has not been formally disseminated by EPA. It does not represent and should not be construed to represent any Agency determination or policy. It is being circulated for review of its technical accuracy and science policy implications.

**Table 4-2. Calculated Risk Quotients (RQs) for 1-BP**

|  | Data Source | Concentrations of Concern (CoC) | Maximum Concentration | RQ |
|---|---|---|---|---|
| Acute Risk Scenario | (Geiger et al., 1988) | 13,460 µg/L | 78 µg/L | <0.01 |
|  | (ECHA, 2017) (EPA, 2019d) | 4,860 µg/L |  | 0.02 |
| Chronic Risk Scenario | (Geiger et al., 1988) | 673 µg/L | 78 µg/L | 0.12 |
|  | (ECHA, 2017) (EPA, 2019d) | 243 µg/L |  | 0.32 |

For environmental release pathways, EPA quantitatively evaluated surface water exposure to fish, invertebrates and aquatic plants. As explained in Section 2.1, 1-BP is not expected to absorb strongly to sediment or soil. If present in biosolids, 1-BP would be expected to associate with the aqueous component and/or volatilize to air as biosolids are applied to soil and allowed to dry. 1-BP is expected to volatilize readily from dry soil and surfaces due to its vapor pressure (high volatility (vapor pressure= 146.26 mmHg; Henry's law constant of $7.3 \times 10^{-3}$ atm-m$^3$/mole, see Table 1-1). 1-BP has demonstrated moderate toxicity to aquatic organisms, and overall the exposures to surface water from biosolids are estimated to be below concentrations of concern for these taxa. Therefore, no analysis for risks to aquatic organisms from biosolids is necessary.

No sediment monitoring data for 1-BP is available, but physical-chemical characteristics such as a high vapor pressure= 146.26 mmHg and Henry's law constant of $7.3 \times 10^{-3}$ atm-m$^3$/mole (see Table 1-1) suggest that 1-BP is expected to quickly volitalize from water and resultingly be present in very limited amounts in aquatic environments. 1-BP in sediment is expected to be in the pore water rather than adsorbed to the sediment solids based on a high water solubility (2.4 g/L) and low log Koc (1.6). Overall, because 1-BP is not expected to accumulate in sediments, sediment-dwelling organisms are not expected to be exposed to a greater concentration of 1-BP than aquatic organisms and sediment is not expected to be a source of 1-BP to overlying surface water.

## 4.2  Human Health Risk

1-BP exposure is associated with a variety of cancer and non-cancer effects deemed relevant to humans for risk estimations for the acute and chronic scenarios and populations addressed in this draft risk evaluation. Based on a weight of the scientific evidence analysis of the reasonably available toxicity studies from rats and humans, these effects include liver toxicity, kidney toxicity, reproductive toxicity, developmental toxicity and neurotoxicity. The rationale for using the range of toxic effects for chronic exposures is based on the fact that relatively low dose, short term/sub-chronic exposures can result in long-term adverse consequences. The adverse developmental effects are also deemed important for risk estimation for the acute exposure scenarios and populations addressed in this draft risk evaluation. The rationale for using 1-BP associated developmental effects for evaluating risks associated with acute exposures is based on the understanding that a single exposure during a critical window of vulnerability can adversely impact the conceptus.

1-BP is carcinogenic in animals. EPA derived an IUR and dermal slope factor based on lung tumors in female mice to evaluate cancer risk. The weight of the scientific evidence analysis for the cancer endpoint was sufficient to support a  mutagenic mode of action for 1-BP carcinogenesis.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

#### 4.2.1   Risk Characterization Approach

Table 4-3, Table 4-4, and Table 4-5 show the use scenarios, populations of interest and toxicological  endpoints used for acute and chronic exposures, respectively.

**Table 4-3. Use Scenarios, Populations of Interest and Toxicological Endpoints for Assessing Occupational Risks Following Acute Exposures to 1-BP**

| Populations And Toxicological Approach | Occupational Use Scenarios of 1-BP |
|---|---|
| Population of Interest and Exposure Scenario | Workers:<br>Adult male and female[1] (>16 years old) who directly handle 1-BP as part of their job function (typically 8-hr work day).<br><br>Occupational Non-user:<br>Adult male and female[1] (>16 years old) who do not directly handle 1-BP, but who are potentially exposed by being present in the surrounding  work area of building (typically 8-hr work day). |
| Health Effects of Concern, Concentration and Time Duration | <u>Non-Cancer Health Effects:</u> Decreased live litter size ($F_1$) using BMD modeling; Post-implantation loss in $F_0$ females using NCTR modeling (<u>WIL Research, 2001</u>)[2]<br><br>1. Non-cancer hazard values or Point of Departures (PODs; BMD): 8-hr HEC: 31 ppm; 24-hr dermal  HED: 19 mg/kg-day<br>2. Non-cancer hazard values or Point of Departures (PODs; NCTR): 8-hr HEC: 17 ppm; 24-hr dermal HED: 11 mg/kg-day<br><br><u>Cancer Health Effects:</u> Cancer risks following acute exposures were not estimated. Relationship is not known between a single short-term exposure to 1-BP and the induction of cancer in humans. |
| Uncertainty Factors (UF) used in Non-Cancer Margin of Exposure (MOE) calculations | (UF$_S$=1) x (UF$_A$=10) x (UF$_H$=10) x (UF$_L$=1)[3]   = 100<br>Total UF=Benchmark MOE=100 |
| Notes:<br>[1]Includes pregnant women and adults of reproductive age.<br>[2]The risk assessment for acute exposures focused on developmental toxicity effects as the most sensitive health effect when compared to other potential acute effects (i.e., neurotoxicity).<br>[3]UF$_S$=subchronic to chronic UF; UF$_A$=interspecies UF; UF$_H$=intraspecies UF; UF$_L$=LOAEL to NOAEL UF | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-4. Use Scenarios, Populations of Interest and Toxicological Endpoints for Assessing Consumer Risks Following Acute Exposures to 1-BP**

| Population and Toxicological Approach | Consumer Use Scenarios of 1-BP (9 Scenarios) |
|---|---|
| Population of Interest | Women and adults of reproductive age[1] Users (Youth 11-15, Youth 16-20, Adult 21 years and greater)<br>Bystander (Any age group (infant to elderly)) |
| Exposure Scenario[2]:<br>Users, High-intensity use | 95th percentile duration of use<br>95th percentile mass of product used<br>High weight fraction (amount of chemical in product) |
| Exposure Scenario[2]:<br>Users, moderate intensity use | 50th percentile duration of use<br>50th percentile mass of product used<br>Mean/median weight fraction (amount of chemical in product) |
| Exposure Scenario[2]:<br>Users, low intensity use | 10th percentile duration of use<br>10th percentile mass of product used<br>Low weight fraction (amount of chemical in product) |
| Population of Interest and Exposure Scenario:<br>Non-User | Women and adults of reproductive age non-users [4] and individuals of multiple age groups that are exposed to indirect 1-BP exposures by being in the rest of the house. |
| Health Effects of Concern, Concentration and Time Duration | Non-Cancer Health Effects: Decreased live litter size ($F_1$) using BMD modeling; Post-implantation loss in $F_0$ females using NCTR modeling (WIL Research, 2001)[5]<br>1. Non-cancer hazard values or Point of Departures (PODs; BMD): 24-hr HEC: 10 ppm; 24-hr HED: 19 mg/kg-day<br>2. Non-cancer hazard values or Point of Departures (PODs; NCTR): 24-hr HEC: 6 ppm; 24-hr HED: 11 mg/kg-day<br><br>Cancer Health Effects: Cancer risks following acute exposures were not estimated. Relationship is not known between a single short-term exposure to 1-BP and the induction of cancer in humans. |
| Uncertainty Factors (UF) used in Non-Cancer Margin of Exposure (MOE) calculations | $(UF_S=1) \times (UF_A = 10) \times (UF_H=10) \times (UF_L=1)^6 = 100$<br>Total UF=Benchmark MOE=100 |

Notes:
[1]The risk assessment for acute exposures focused on the most sensitive life stage in humans, which is women and adults of reproductive age and fetus (i.e., pregnant user) due to concerns for developmental effects.
[2]E-FAST/CEM provided the 24-hr acute exposure estimate and the HECs were adjusted to 24-hrs.
[3]It is assumed no substantial buildup of 1-BP in the body between exposure events due to 1-BP's short biological half-life (<2 hours).
[4]EPA believes that the users of these products are generally adults or youth (11-20 yrs of age), but any age group may be a bystander living in the house where product was used.
[5]The risk assessment for acute exposures focused on developmental toxicity effects as the most sensitive health effect when compared to other potential acute effects (i.e., neurotoxicity).
[6]$UF_S$=subchronic to chronic UF; $UF_A$=interspecies UF; $UF_H$=intraspecies UF; $UF_L$=LOAEL to NOAEL UF

**Table 4-5. Use Scenarios, Populations of Interest and Toxicological Endpoints for Assessing Occupational Risks Following Chronic Exposures to 1-BP**

| Populations and Toxicological Approach | Occupational Use Scenarios of 1-BP |
|---|---|
| Population of Interest and Exposure Scenario | **Workers:** <br> Adult male and female[1,2] (>16 years old) who directly handle 1-BP as part of their job function (typically 260 days per year over lifetime working years, see the *1-BP Supplemental File: Supplemental Information on Occupational Exposure Assessment* (EPA, 2019g)). <br><br> **Occupational Non-user:** <br> Adult male and female[1,2] (>16 years old) who do not directly handle 1-BP, but who are potentially exposed by being present in the surrounding work area of building (typically 260 days per year over lifetime working years, see the *1-BP Supplemental File: Supplemental Information on Occupational Exposure Assessment* (EPA, 2019g)). |
| Health Effects of Concern, Concentration and Time Duration | **Non-Cancer Health Effects:** <br> 1. Non-cancer health effects for inhalation and dermal exposures: A range of possible chronic non-cancer adverse effects in liver, kidney, nervous system, reproductive system and developmental effects (including 2 modeling approaches for developmental effects) <br> 2. Non-cancer hazard values or Point of Departures (PODs): The most sensitive POD (i.e., 8-hr and 24-hr HEC expressed in ppm; 24-hr dermal HED expressed as mg/kg-day) within each health endpoint domain. See Table 3-1. <br><br> **Cancer Health Effects:** <br> 1. Cancer health effects for inhalation and dermal exposures: Data for lung tumors (NTP, 2011a) in female mice was selected as the POD considered protective for the other tumor types. <br> 2. Cancer Inhalation Unit Risk (IUR): See Table 3-5 and Table 3-6 for IUR values and dermal slope factors using model averaging and multistage modeling approaches; the IUR (40 hrs/wk and 24 hrs/day) and dermal cancer slope factor using the multistage modeling are used in the cancer risk estimate calculations. |
| Uncertainty Factors (UF) Used in Non-Cancer Margin of Exposure (MOE) calculations | Study- and endpoint-specific UFs.  See Table 3-1. |
| Notes: <br> [1] Includes pregnant women and adults of reproductive age. <br> [2] The risk assessment for chronic exposures for developmental effects focused on the most sensitive life stage in humans, which are women and adults of reproductive age and fetus (i.e., pregnant worker). For other health effects (e.g., liver, kidney,  etc.), healthy female or male workers were assumed to be the population of interest. | |

EPA applied a composite UF of 100 for the acute and chronic inhalation benchmark MOE, based on the following considerations:

- An interspecies uncertainty/variability factor of 10 ($UF_A$) was applied for animal-to-human extrapolation. This uncertainty factor is comprised of two separate areas of uncertainty to account for differences in the toxicokinetics and toxicodynamics of animals and humans. In this assessment, a portion of the toxicokinetic uncertainty may be accounted for by the calculation of an HEC and application of a dosimetric adjustment factor as outlined in the

RfC methodology (U.S. EPA, 1994b); however, an UF$_A$ of 10 is retained to account for additional toxicokinetic differences that remain unaccounted;

- 1-BP is irritating to the respiratory tract and rodents exhibit physiological responses (such as reflex bradypnea) that differ from humans and may alter uptake due to hyper- or hypoventilation, therefore, an UF$_A$ of 10 is retained to account for pharmacokinetic differences OECD 39;
- A default intraspecies uncertainty/variability factor (UF$_H$) of 10 was applied to account for variation in sensitivity within human populations due to limited information regarding the degree to which human variability (i.e., gender, age, health status, or genetic makeup) may impact the disposition of or response to, 1-BP;
- Interindividual variability in the expression and functional capacity of CYP2E1 has been observed (Neafsey et al., 2009) and genetic polymorphisms in CYP2E1 expression have been linked to altered disease susceptibility (Trafalis et al., 2010); and,
- A LOAEL-to-NOAEL uncertainty factor (UF$_L$) of 1 was applied because BMD modeling was used to derive the HEC.

A subchronic-to-chronic uncertainty factor (UF$_S$) was not applied because the key study used a chronic exposure protocol.

Although EPA's RfC guidance suggests that the 3-fold uncertainty factor for toxicokinetic differences may be eliminated based on higher partitioning in the rodent (i.e., blood/air partition coefficient of 11.7 in rats versus 7.1 in man), the available information is insufficient to determine whether critical metabolic pathways scale across species according to body weight. Because 1-BP is irritating to the respiratory tract and rodents exhibit physiological responses (such as reflex bradypnea) which may alter uptake due to hyper- or hypoventilation, the maximum uncertainty factor (i.e., UF$_A$ of 10) was retained to account for pharmacokinetic differences between rodents and humans.

Acute and chronic MOEs (MOE$_{acute}$ or MOE$_{chronic}$) were used in this evaluation to estimate non-cancer risks using Equation 4-1.

**Equation 4-1. Equation to Calculate Non-Cancer Risks Following Acute or Chronic Exposures Using Margin of Exposures**

$$MOE_{acute\ or\ chronic} = \frac{Non-cancer\ Hazard\ value\ (POD)}{Human\ Exposure}$$

Where:

| | |
|---|---|
| MOE | = Margin of exposure (unitless) |
| Hazard value (POD) | = HEC (ppm) |
| Human Exposure | = Exposure estimate (in ppm) from occupational or consumer exposure assessment. ADCs were used for non-cancer chronic risks and acute concentrations were used for acute risks (see Section 2.3.1.18 through Section 2.3.1.18). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

EPA used margin of exposures (MOEs)[27] to estimate acute or chronic risks for non-cancer based on the following:

- The highest quality HECs/dermal HEDs within each health effects domain reported in the literature;
- The endpoint/study-specific UFs applied to the HECs/dermal HEDs per EPA Guidance (U.S. EPA, 2002); and
- The exposure estimates calculated for 1-BP uses examined in this risk evaluation (see Section 2.3).

MOE estimates allow for the presentation of a range of risk estimates. The occupational exposure scenarios considered both acute and chronic inhalation and dermal exposures. All consumer uses considered only acute inhalation and dermal exposure scenarios. Different adverse endpoints were used based on the expected exposure durations. For non-cancer effects, risks for developmental effects were evaluated for acute (short-term) exposures, whereas risks for other adverse effects (toxicity to the liver, kidney, nervous system, developmental effects, and the reproductive system) were evaluated for repeated (chronic) exposures to 1-BP.

For occupational exposure calculations, the 8 hr TWA was used to calculate MOE estimates for acute and chronic exposures.

The total UF for each non-cancer POD was the benchmark MOE used to interpret the MOE risk estimates for each use scenario. The MOE estimate was interpreted as a potential human health concern if the MOE estimate was less than the benchmark MOE (i.e. the total UF). On the other hand, the MOE estimate indicated negligible concerns for adverse human health effects if the MOE estimate exceeded the benchmark MOE. Typically, the larger the MOE, the more unlikely it is that a non-cancer adverse effect would occur.

MOE estimates were calculated for all of the studies per health effects domain that EPA considered suitable for the risk evaluation of acute and chronic exposure scenarios in the work plan risk assessment for 1-BP.

Extra cancer risks for repeated exposures to 1-BP were estimated using Equation 2-1. Estimates of extra cancer risks should be interpreted as the incremental probability of an individual developing cancer over a lifetime as a result of exposure to the potential carcinogen (i.e., incremental or extra individual lifetime cancer risk).

**Equation 4-2. Equation to Calculate Extra Cancer Risks**

$$Risk = Human\ Exposure \times IUR$$

Where:

| | | |
|---|---|---|
| Risk | = Extra cancer risk (unitless) | |
| Human exposure | = Exposure estimate (LADC in ppm) from occupational exposure assessment | |
| IUR | = Inhalation unit risk ($3 \times 10^{-3}$ per ppm) | |

---

[27] Margin of Exposure (MOE) = (Non-cancer hazard value, POD) ÷ (Human Exposure). Equation 4-1. The benchmark MOE is used to interpret the MOEs and consists of the total UF shown in Table 3-1. See Section 3.2.10.1 for an explanation of the benchmark MOE.

### 4.2.2    Risk Characterization For Acute, Non-Cancer Inhalation Exposures

Non-cancer MOE estimates for acute inhalation and dermal exposures to 1-BP were derived for both occupational scenarios and consumer scenarios. Cancer risk estimates for acute inhalation exposures to 1-BP were not derived for occupational or consumer scenarios because the published methodology for extrapolating cancer risks from chronic to short-term exposures to mutagenic carcinogens caveat that extrapolation of lifetime theoretical extra cancer risks to single exposures has great uncertainty (NRC, 2001).

The risk assessment for acute inhalation and dermal exposures used developmental toxicity data to evaluate the risks following acute exposures with the TSCA condition of use scenarios identified for 1-BP under the scope of this evaluation. EPA based its acute risk assessment on developmental toxicity (i.e., decreased live litter size, and increases in post-implantation loss), the most sensitive HEC/dermal HED identified for an acute exposure duration (WIL Research, 2001), which is representative of potentially exposed or susceptible subpopulation (i.e., adults of reproductive age and their offspring). For acute exposure scenarios, EPA did not assess risks to children who may be present in in the workplace (e.g., dry cleaners) due to the uncertainties in extrapolating these specific developmental effects for this lifestage. See Section 3.2.10.5 for additional discussion..

The risk assessment for acute exposures used the hazard value from the (WIL Research, 2001) two-generation reproductive toxicity study to evaluate risks for each occupational and consumer exposure scenario.

Non-cancer MOE estimates for acute occupational exposure scenarios are presented in Table 4-6 through Table 4-25. Non-cancer MOE estimates for acute consumer exposure scenarios are presented in Table 4-26. MOE estimates (HEC in ppm/exposure estimate in ppm; dermal HED exposure estimate in mg/kg-day) lower than the Benchmark MOE (Total UF) indicate potential health risks and are highlighted in red. Where the sample size of the underlying exposure data is sufficiently large to calculate statistics, the central tendency estimate is based on the 50th percentile exposure level of the dataset, while the high-end estimate is based on the 95th percentile exposure. See Section 2.3.1.2 for detailed descriptions of central tendency and high-end estimates.

For occupational scenarios, EPA evaluated the impact of potential respirator use based on respirator APF of 10, 25, and 50. The calculated MOE with respirator use is then compared to the benchmark MOE to determine the level of APF required to mitigate risk for all health domains. The MOE estimates for these respirator scenarios assume workers are properly trained and fitted on respirator use, and that they wear respirators for the entire duration of the work activity where there is potential exposure to 1-BP. For some occupational conditions of use, respirators with an APF of 50 do not reduce worker exposure to levels where the calculated MOE is greater than the benchmark MOE. EPA does not evaluate respirator use for occupational non-users because they do not directly handle 1-BP and are unlikely to wear respirators. In addition, EPA believes small commercial facilities performing dry cleaning and spot cleaning are unlikely to have a respiratory protection program.

Non-cancer MOE estimates for acute consumer inhalation exposure scenarios are presented in Table 4-26. MOE estimates (HEC in ppm/exposure estimate in ppm; dermal HED exposure estimate in mg/kg-day) lower than the Benchmark MOE (Total UF) indicate potential health risks and are highlighted in red.

***Use: Manufacturing, Import, Repackaging, Processing as a Reactant, and Processing –
Incorporation into Articles and Formulation Based on Monitoring Data and Modeling***

MOE estimates for manufacturing, import, repackaging, processing as a reactant, and processing
and incorporation into articles for workers, for both monitoring data and modeling, and with and
without the use of an APF, are presented in Table 4-6, Table 4-7, and Table 4-8. In some instances,
data was either not available or not applicable for occupational non-users.

**Table 4-6. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following
Occupational Use of 1-BP in Manufacture Based on Monitoring Data (U.S.)**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=10 | Benchmark MOE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) ([WIL Research, 2001](#)) | 31 | Central tendency | 344 | N/A | 3,444 | 100 |
| | | High-end | 115 | N/A | 1,148 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) ([WIL Research, 2001](#)); NCTR Model | 17 | Central tendency | 189 | N/A | 1,889 | 100 |
| | | High-end | 63 | N/A | 630 | |

Note: Exposure monitoring was not performed for ONUs at this manufacturing facility. Based on the process and work
activity description, exposure to ONU is expected to be negligible.

MOE estimates for manufacturing using monitoring data are presented in Table 4-6. MOE
estimates were above the benchmark MOE by 1-2 orders of magnitude for all worker scenarios
without an APF, with one exception. This exception included a scenario where the MOE estimate
was below the benchmark MOE for workers for high-end exposure estimates when using the
NCTR modeling approach. In contrast, when an APF was applied in worker scenarios, the MOE
estimates were above the benchmark MOE by several orders of magnitude.

**Table 4-7. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following
Occupational Use of 1-BP in Import, Repackaging, Processing as a Reactant, and Processing
– Incorporation into Articles Based on Modeling**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | Benchmark MOE |
| --- | --- | --- | --- | --- | --- |
| | | | Worker | ONU | |
| **Developmental Effects** Decreased live litter size ($F_1$) ([WIL Research, 2001](#)) | 31 | Central tendency | 2,709 | N/A | 100 |
| | | High-end | 515 | N/A | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) ([WIL Research, 2001](#)); NCTR Model | 17 | Central tendency | 1,486 | N/A | 100 |
| | | High-end | 283 | N/A | |

N/A – Not applicable. Because the model assumes tank truck and railcar loading/unloading occurs outdoors, EPA
expects ONU exposure to be negligible due to airborne concentration dilution in ambient air.

MOE estimates for import, repackaging, or processing using modeling are presented in Table 4-7.
APFs were not applied. MOE estimates were above the benchmark MOE by several orders of
magnitude.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-8. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Processing – Incorporation into Formulation Based on Monitoring Data**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 8 | 95 | 409 | 100 |
| | | High-end | 2 | 19 | 82 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 4 | 52 | 224 | 100 |
| | | High-end | 1 | 11 | 45 | |

MOE estimates for incorporation into formulation based on monitoring data are presented in Table 4-8. MOE estimates for workers were below the benchmark MOE by 1-2 orders of magnitude without the use of an APF. In this same scenario, MOE estimates for occupational non-users were slightly increased but still under the benchmark MOE by 1-2 orders of magnitude for central tendency and  high-end exposure levels. When an APF was applied, MOE estimates were above the benchmark MOE by several orders of magnitude in workers for central tendency exposure levels, but below the benchmark MOE by several orders of magnitude for high-end exposure levels.

***Use: Batch Vapor Degreaser (Open-Top) Based on Monitoring Data and Modeling (Pre-EC)***
MOE estimates for batch vapor degreaser (open top) based on monitoring data and modeling are presented in Table 4-9 and Table 4-10, respectively.

**Table 4-9. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Open-Top) Based on Monitoring Data**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 5 | 1,550 | 231 | 100 |
| | | High-end | 1 | 14 | 31 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 3 | 850 | 127 | 100 |
| | | High-end | 0.3 | 8 | 17 | |

When monitoring data was used (Table 4-9 ), MOE estimates were below the benchmark MOE for workers (central tendency and high-end exposure levels) and occupational non-users (central tendency exposure levels) by 1-2 orders of magnitude without the use of an APF, with two exceptions. These exceptions include occupational non-users for central tendency exposure estimates. When an APF was applied, MOE estimates for workers were above the benchmark MOE by 1-2 orders of magnitude for central tendency exposure levels, but below the benchmark MOE by 1-2 orders of magnitude for high-end exposure levels.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-10. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Open-Top) Based on Modeling (Pre-EC)**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 16 | 31 | 820 | 100 |
| | | High-end | 1 | 2 | 65 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 9 | 17 | 450 | 100 |
| | | High-end | 1 | 1 | 36 | |

When modeling was used (Table 4-10), MOE estimates were below the benchmark MOE by several orders of magnitude for both workers and occupational non-users without the use of an APF. When an APF was applied, MOE estimates were above the benchmark MOE by several orders of magnitude for workers for central tendency exposure levels, but below the benchmark MOE by 1-2 orders of magnitude for high-end exposure levels.

### *Use: Batch Vapor Degreaser (Open-Top) Based on Modeling (Post-EC)*

MOE estimates for batch vapor degreaser (open-top) based modeling (post-EC) are presented in Table 4-11.

**Table 4-11. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Open-Top) Based on Modeling (Post-EC)**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=25 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 164 | 312 | 4,099 | 100 |
| | | High-end | 13 | 23 | 324 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 90 | 171 | 2,248 | 100 |
| | | High-end | 7 | 13 | 178 | |

When an APF was not applied, MOE estimates were below the benchmark MOE by 1-2 orders of magnitude for high-end exposure estimates (for workers and occupational non-users alike), and for the central tendency estimates for workers. In this same scenario, MOE estimates were above the benchmark MOE for workers and occupational non-users (central tendency exposure estimates), and for occupational non-users (central tendency exposure estimates; acute HEC derived using the NCTR modeling approach). When an APF was applied, MOE estimates were below the benchmark MOE by several orders of magnitude for workers.

### *Use: Batch Vapor Degreaser (Closed-Loop) Based on Modeling*

MOE estimates for batch vapor degreaser (closed-loop) based on modeling are presented in Table 4-12.

**Table 4-12. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Closed-Loop) Based on Modeling**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=10 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| Developmental Effects Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 820 | 1,561 | 8,199 | 100 |
| | | High-end | 65 | 115 | 648 | |
| Developmental Effects Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 450 | 856 | 4,496 | 100 |
| | | High-end | 36 | 63 | 355 | |

MOE estimates were above the benchmark MOE by several orders of magnitude for both workers and occupational non-users for central tendency and high-end exposure estimates in all cases with or without the use of an APF, with few exceptions. These exceptions included scenarios in which an APF was not applied, and in scenarios for high-end exposure estimates only (acute HEC using the BMD modeling approach for workers: and acute HEC using the NCTR modeling approach for workers and occupational non-users).

### *Use: Cold Cleaner Based on Monitoring Data and Modeling*
MOE estimates for cold cleaner based on monitoring data and monitoring are presented in Table 4-13 and Table 4-14, respectively.

**Table 4-13. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Cold Cleaner Based on Monitoring Data**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| Developmental Effects Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 7 | 12 | 360 | 100 |
| | | High-end | 4 | 12 | 209 | |
| Developmental Effects Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 4 | 7 | 198 | 100 |
| | | High-end | 2 | 7 | 115 | |

MOE estimates for cold cleaner based on monitoring data are presented in Table 4-13. When an APF was not applied, MOE estimates were below the benchmark MOE by 1-2 orders of magnitude for both workers and occupational non-users for all exposure estimates. When an APF was applied, MOE estimates were above the benchmark MOE by several orders of magnitude for workers for all exposure estimates

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-14. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Cold Cleaner Based on Modeling**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 56 | 107 | 2,822 | 100 |
| | | High-end | 3 | 5 | 130 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 31 | 59 | 1,548 | 100 |
| | | High-end | 1 | 2 | 71 | |

MOE estimates for cold cleaner based on modeling are presented in Table 4-14. Similar findings were noted when compared to monitoring data. When an APF was not applied, MOE estimates were below the benchmark MOE by 1-2 orders of magnitude for both workers and occupational non-users for all exposure estimates, with one exception. This exception was for occupational non-users for central tendency exposure estimates for the HEC using the BMD modeling approach. When an APF was applied, MOE estimates were above the benchmark MOE by several orders of magnitude for workers for all exposure estimates, except for high-end exposure estimates for the HEC using the NCTR modeling approach where it was below the benchmark MOE by 1-2 orders of magnitude.

*Use: Aerosol Spray Degreaser Based on Monitoring Data (Pre-, and Post-EC); and Modeling*
MOE estimates for aerosol spray degreaser based on monitoring data (for pre-EC and post-EC) and modeling are presented in Table 4-15, Table 4-16, and Table 4-17. Data for occupational non-users were not available in some instances.

**Table 4-15. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Aerosol Spray Degreaser Based on Monitoring Data (Pre-EC)**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 2 | No data | 97 | 100 |
| | | High-end | 1 | No data | 49 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 1 | No data | 53 | 100 |
| | | High-end | 1 | No data | 27 | |

Note: EPA did not identify exposure monitoring data for ONUs. EPA estimated exposure level for ONU through modeling.

MOE estimates for aerosol spray degreaser based on monitoring data for pre-EC scenarios is presented in Table 4-15. MOE estimates in workers were below the benchmark MOE by several orders of magnitude without the application of an APF. When an APF was applied, MOE estimates in workers were closer to, but still below the benchmark MOE.

**Table 4-16. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Aerosol Spray Degreaser Based on Monitoring Data (Post-EC)**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) ([WIL Research, 2001](#)) | 31 | N/A (Single data point) | 6 | No data | 282 | 100 |
| **Developmental Effects** Post-Implantation Loss ($F_0$) ([WIL Research, 2001](#)); NCTR Model | 17 | | 3 | No data | 155 | 100 |

Note: EPA did not identify exposure monitoring data for ONUs. EPA estimated exposure level for ONU through modeling.

MOE estimates for aerosol spray degreaser based on monitoring data for post-EC scenarios is presented in Table 4-16. MOE estimates in workers were below the benchmark MOE by several orders of magnitude without the use of an APF. When an APF was applied, MOE estimates in workers were above the benchmark MOE by 1-2 orders of magnitude.

**Table 4-17. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Aerosol Spray Degreaser Based on Modeling**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Developmental Effects** Decreased live litter size ($F_1$) ([WIL Research, 2001](#)) | 31 | Central tendency | 5 | 282 | 243 | 100 |
| | | High-end | 1 | 33 | 69 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) ([WIL Research, 2001](#)); NCTR Model | 17 | Central tendency | 3 | 155 | 133 | 100 |
| | | High-end | 1 | 18 | 38 | |

MOE estimates for aerosol spray degreaser based on modeling is presented in Table 4-17. As with montoring data (pre-, and post-EC), similar findings were noted when modeling was used. MOE estimates were below the benchmark MOE by several orders of magnitude for workers and occupational non-users when an APF was not applied, with two exceptions. These exceptions included occupational non-users for central tendency exposure estimates where the MOE estimate was above the benchmark MOE by 1-2 orders of magnitude. When an APF was applied, MOE estimates in workers were above the benchmark MOE by 1-2 orders of magnitude for central tendency exposure levels, but below the benchmark MOE by 1-2 orders of magnitude for high-end exposure levels.

***Use: Dry Cleaning Based on Monitoring Data and Modeling (3rd and 4th Generation Machines)***
MOE estimates for dry cleaning based on monitoring data and modeling (3rd and 4th generation machines) are presented in Table 4-18, Table 4-19, and Table 4-20. An APF was not applied in any scenario.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-18. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Dry Cleaning Based on Monitoring Data**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 1 | 3 | 100 |
| | | High-end | 1 | 2 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 1 | 1 | 100 |
| | | High-end | 0.3 | 1 | |

**Table 4-19. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Dry Cleaning Based on Modeling (3rd Generation Machine)**

| Health Effect, Endpoint and Study | Exposure Level | Acute MOE | | | Benchmark MOE |
|---|---|---|---|---|---|
| | | Spot Cleaner | Machine & Finish | ONU | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | Central tendency | 7 | 1 | 11 | 100 |
| | High-end | 3 | 0.3 | 3 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | Central tendency | 4 | 1 | 6 | 100 |
| | High-end | 1 | 0.2 | 2 | |

Study: (WIL Research, 2001)
Note: Based on acute HEC of 10 ppm and 5.7 ppm.

**Table 4-20. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Dry Cleaning Based on Modeling (4th Generation Machine)**

| Health Effect, Endpoint and Study | Exposure Level | Acute MOE | | | Benchmark MOE |
|---|---|---|---|---|---|
| | | Spot Cleaner | Machine & Finish | ONU | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | Central tendency | 8 | 8 | 15 | 100 |
| | High-end | 4 | 3 | 5 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | Central tendency | 5 | 5 | 9 | 100 |
| | High-end | 2 | 2 | 3 | |

Study: (WIL Research, 2001)
Note: Based on acute HEC of 10 ppm and 5.7 ppm.

MOE estimates between monitoring data and modeling were similar. In all cases, the MOE estimates were below the benchmark MOE by several orders of magnitude for both central tendency and high-end exposures for workers and occupational non-users alike.

### Use: Spot Cleaner Based on Monitoring Data and Modeling

MOE estimates using monitoring data and modeling for spot cleaner are presented in Table 4-21 and Table 4-22. Data for occupational non-users was not available for monitoring data. An APF was not applied in any scenario.

**Table 4-21. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Spot Cleaner Based on Monitoring Data**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 34 | No data | 100 |
| | | High-end | 7 | No data | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 19 | No data | 100 |
| | | High-end | 4 | No data | |

Note: EPA did not identify exposure monitoring data for ONUs. EPA estimated exposure level for ONU through modeling.

**Table 4-22. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Spot Cleaner Based on Modeling**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 10 | 19 | 100 |
| | | High-end | 4 | 7 | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 5 | 10 | 100 |
| | | High-end | 2 | 4 | |

MOE estimates between monitoring data and modeling for workers were similar. MOE estimates were below the benchmark MOE by several orders of magnitude for both cental tendency and high-end exposure levels for workers based on monitoring data, and for workers and occupational non-users based on modeling.

### Use: Adhesive Chemicals (Spray Adhesive) Based on Monitoring Data (Pre-, and Post-EC)

MOE estimates using pre-and post-EC monitoring data for adhesive chemicals (spray adhesive) are presented in Table 4-23 and Table 4-24. MOE estimates are presented for worker (sprayer and non-sprayer) and for occupational non-users.

**Table 4-23. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Adhesive Chemicals (Spray Adhesive) Based on Monitoring Data (Pre-EC)**

| Health Effect, Endpoint and Study | Exposure Level | Acute MOE | | | APF=50 | | Benchmark MOE |
|---|---|---|---|---|---|---|---|
| | | Sprayer | Non-Sprayer | ONU | Sprayer | Non-Sprayer | |
| Developmental Effects Decreased live litter size ($F_1$) (WIL Research, 2001) | Central tendency | 0.2 | 0.2 | 10 | 12 | 12 | 100 |
| | High-end | 0.1 | 0.1 | 0.2 | 6 | 7 | |
| Developmental Effects Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | Central tendency | 0.1 | 0.1 | 6 | 6 | 7 | 100 |
| | High-end | 0.1 | 0.1 | 0.1 | 3 | 4 | |

Note: Based on acute HEC of 31 ppm and 17 ppm.

**Table 4-24. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Adhesive Chemicals (Spray Adhesive) Based on Monitoring Data (Post-EC)**

| Health Effect, Endpoint and Study | Exposure Level | Acute MOE | | | APF=50 | | Benchmark MOE |
|---|---|---|---|---|---|---|---|
| | | Sprayer | Non-Sprayer | ONU | Sprayer | Non-Sprayer | |
| Developmental Effects Decreased live litter size ($F_1$) (WIL Research, 2001) | Central tendency | 2 | 2 | 16 | 87 | 86 | 100 |
| | High-end | 1 | 1 | 6 | 37 | 54 | |
| Developmental Effects Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | Central tendency | 1 | 1 | 9 | 48 | 47 | 100 |
| | High-end | 0.4 | 1 | 3 | 20 | 29 | |

Note: Based on acute HEC of 31 ppm and 17 ppm.

MOE estimates between  pre- and post-EC monitoring data were similar. MOE estimates were below the benchmark MOE by several orders of magnitude in worker and occupational non-user scenarios when an APF was not applied. When an APF was applied, MOE estimates were below the benchmark MOE by several orders of magnitude for workers in pre-EC conditions, and below but closer to the benchmark MOE in post-EC conditions.

***Use: Disposal Based on Modeling***
MOE estimates using modeling for disposal are presented in Table 4-25. Occupational non-users were not applicable to this scenario. APFs were not applied.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-25. Non-Cancer Risk Estimates for Acute Inhalation Exposures Following Occupational Use of 1-BP in Disposal Based on Modeling**

| Health Effect, Endpoint and Study | Acute HEC (ppm) | Exposure Level | Acute MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 31 | Central tendency | 2,709 | N/A | 100 |
| | | High-end | 515 | N/A | |
| **Developmental Effects** Post-Implantation Loss ($F_0$) (WIL Research, 2001); NCTR Model | 17 | Central tendency | 1,486 | N/A | 100 |
| | | High-end | 283 | N/A | |

N/A – not applicable. Because the model assumes tank truck and railcar loading/unloading occurs outdoors, EPA expects ONU exposure to be negligible due to airborne concentration dilution in ambient air.

MOE estimates were above the benchmark MOE by several orders of magnitude for all worker exposure scenarios evaluated.

### *Consumer Conditions of Use Based on Modeling*
MOE estimates for the consumer conditions of use based on modeling (high, moderate, and low intensity use scenarios) are presented in Table 4-26. A brief discussion of the approach and the risk calculations spreadsheet is provided in the 1-BP Supplemental File Consumer Exposure Risk Calculations (EPA, 2019c).

**Table 4-26. Non-Cancer Risk Estimates for Acute 24-hr Inhalation Exposure Following Consumer Uses of 1-BP (Benchmark MOE = 100) Based on Modeling**

| Condition of Use | Scenario Description | Acute Non-Cancer MOE (24-Hour TWA) | | | |
|---|---|---|---|---|---|
| | | Developmental Effects Decreased live litter size ($F_1$) (WIL Research, 2001) | | Developmental Effects Post-Implantation Loss ($F_0$) (WIL Research, 2001) | |
| | | User | Bystander | User | Bystander |
| Adhesive Accelerant | High Intensity Use | 0.5 | 2 | 0.3 | 1 |
| | Moderate Intensity Use | 9 | 47 | 5 | 28 |
| | Low Intensity Use | 74 | 393 | 45 | 236 |
| General Spray Cleaner | High Intensity Use | 0.1 | 0.3 | 0.1 | 0.2 |
| | Moderate Intensity Use | 0.7 | 4 | 0.4 | 2 |
| | Low Intensity Use | 4 | 23 | 3 | 14 |
| Spot Cleaner/ Stain Remover | High Intensity Use | 0.2 | 1 | 0.1 | 0.6 |
| | Moderate Intensity Use | 3 | 15 | 2 | 9 |
| | Low Intensity Use | 37 | 173 | 22 | 104 |
| Mold Cleaning/ Release | High Intensity Use | 0.5 | 2 | 0.3 | 2 |
| | Moderate Intensity Use | 7 | 37 | 4 | 22 |
| | Low Intensity Use | 81 | 379 | 49 | 228 |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | Scenario Description | Acute Non-Cancer MOE (24-Hour TWA) | | | |
|---|---|---|---|---|---|
| | | Developmental Effects Decreased live litter size ($F_1$) ([WIL Research, 2001](#)) | | Developmental Effects Post-Implantation Loss ($F_0$) ([WIL Research, 2001](#)) | |
| | | User | Bystander | User | Bystander |
| General Cleaner/ Degreaser | High Intensity Use | 0.1 | 0.2 | 0.1 | 0.2 |
| | Moderate Intensity Use | 0.5 | 2 | 0.3 | 1 |
| | Low Intensity Use | 10 | 40 | 6 | 24 |
| Degreaser-Electronics | High Intensity Use | 0.4 | 1 | 0.2 | 0.7 |
| | Moderate Intensity Use | 7 | 29 | 4 | 17 |
| | Low Intensity Use | 150 | 526 | 90 | 315 |
| Coin Cleaner | High Intensity Use | 6 | 34 | 4 | 21 |
| | Moderate Intensity Use | 3 | 16 | 2 | 10 |
| | Low Intensity Use | 1 | 7 | 0.7 | 5 |
| Automobile AC Flush | High Intensity Use | 21 | 100 | 13 | 61 |
| | Moderate Intensity Use | 6 | 32 | 4 | 19 |
| | Low Intensity Use | 3 | 15 | 2 | 9 |
| Insulation | Living Area | N/A | 3000 | N/A | 1800 |
| | Attic | N/A | 562 | N/A | 337 |
| | Crawlspace | N/A | 462 | N/A | 277 |
| Overall | Maximum | 150 | 526 | 90 | 315 |
| | Minimum | 0.1 | 0.3 | 0.1 | 0.2 |

Note: Acute HEC = 6 ppm (decreased live litter size) and 10 ppm (post-implantation loss).

MOE estimates were below the benchmark MOE by 1-2 orders of magnitude for both the user and bystander for all consumer uses with a few exceptions. These exceptions included insulation conditions of use, and low intensity use for some conditions of use where, in those instances, the MOE estimate was above the benchmark MOE by several orders of magnitude.

MOE estimates for chronic exposures were not derived for consumer scenarios since these were not considered chronic in nature.

### 4.2.2.1    Non-Cancer MOEs for Chronic Occupational Exposure Scenarios

EPA estimated the non-cancer MOE estimates associated with chronic exposures following 1-BP conditions of use in the workplace. Since 1-BP exposure may be associated with a variety of non-cancer health effects, this assessment estimated MOEs for liver toxicity, kidney toxicity, reproductive toxicity, developmental toxicity and neurotoxicity following chronic inhalation exposures. EPA used the HEC specific to each health effect domain for calculating MOE estimates. Table 4-27 through Table 4-46 present the non-cancer risks for chronic occupational scenarios. MOE estimates for a range of health effects were calculated (See the Supplemental File: Occupational Risk Calculator ([EPA, 2019h](#))). Where the sample size of the underlying exposure data is sufficiently large to calculate statistics, the central tendency estimate is based on the 50th

percentile exposure level of the dataset, while the high-end estimate is based on the 95th percentile exposure. See Section 2.3.1.2 for detailed descriptions of central tendency and high-end estimates. These tables also evaluate the impact of potential respirator use and present the respirator that would be needed (based on respirator APF of 10, 25, and 50) to mitigate risk for all health domain. The MOE estimates for these respirator scenarios assume workers wear respirators for the entire duration of the work activity throughout their career (e.g. typically 260 days per year and over 31 years per lifetime for many occupational scenarios). Because respirators are uncomfortable, interfere with communication, limit vision, and make it hard to breathe, and the onus is on the worker to don and doff them correctly, the use of respirators on a continuous, long-term basis may not be practical. EPA does not evaluate respirator use for occupational non-users because they do not directly handle 1-BP and are unlikely to wear respirators. In addition, EPA believes small commercial facilities performing dry cleaning and spot cleaning are unlikely to have a respiratory protection program.

***Use: Manufacturing, Import, Repackaging, Processing as a Reactant, and Processing – Incorporation into Articles and Formulation Based on Monitoring Data and Modeling***
MOE estimates for chronic occupational exposure scenarios following the use of 1-BP in manufacturing, import, repackaging, processing as a reactant, and processing and incorporation into articles for workers, for both monitoring data and modeling, and with and without the use of an APF, are presented in Table 4-27, Table 4-28, and Table 4-29. Data for occupational non-users was either not available or not applicable in some scenarios.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-27. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Manufacture (U.S.) Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=10 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization ([WIL Research, 2001](#)) | 150 | Central tendency | 1,667 | N/A | 16,667 | 100 |
| | | High-end | 556 | N/A | 5,556 | |
| **Kidney** Increased pelvic mineralization ([WIL Research, 2001](#)) | 140 | Central tendency | 1,556 | N/A | 15,556 | 100 |
| | | High-end | 519 | N/A | 5,185 | |
| **Reproductive System** Decreased seminal vesicle weight ([Ichihara et al., 2000b](#)) | 53 | Central tendency | 589 | N/A | 5,889 | 100 |
| | | High-end | 196 | N/A | 1,963 | |
| **Developmental Effects** Decreased live litter size ($F_1$) ([WIL Research, 2001](#)) | 43 | Central tendency | 478 | N/A | 4,778 | 100 |
| | | High-end | 159 | N/A | 1,593 | |
| **Developmental Effects** Post-Implantation Loss (F0) ([WIL Research, 2001](#)); NCTR Model | 24 | Central tendency | 267 | N/A | 2,667 | 100 |
| | | High-end | 89 | N/A | 889 | |
| **Nervous System** Decreased traction time ([Honma et al., 2003](#)) | 25 | Central tendency | 278 | N/A | 2,778 | 100 |
| | | High-end | 93 | N/A | 926 | |

Notes: [1]MOEs (HEC in ppm/exposure estimate in ppm) lower than the Benchmark MOE (Total UF) indicate potential health risks and are denoted in bold.

Exposure monitoring was not performed for ONUs at this manufacturing facility. Based on the process and work activity description, exposure to ONU is expected to be negligible.

MOE estimates for manufacturing based on monitoring data are presented in Table 4-27. MOE estimates in workers were above the benchmark MOE by several orders of magnitude in all cases, including with and without the application of an APF, with few exceptions. These exceptions included scenarios without the use of an APF for workers for high-end exposure estimates for either the developmental toxicity HEC using the NCTR modeling approach, or the nervous system HEC. In these scenarios, the MOE estimate was slightly below the benchmark MOE.

**Table 4-28. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Import, Processing as a Reactant, and Processing – Incorporation into Articles Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 13,110 | N/A | 100 |
| | | High-end | 2,494 | N/A | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 12,236 | N/A | 100 |
| | | High-end | 2,328 | N/A | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 4,632 | N/A | 100 |
| | | High-end | 881 | N/A | |
| **Developmental Effects** Decreased live litter size (F$_1$) (WIL Research, 2001) | 43 | Central tendency | 3,758 | N/A | 100 |
| | | High-end | 715 | N/A | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 2,098 | N/A | 100 |
| | | High-end | 399 | N/A | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 2,185 | N/A | 100 |
| | | High-end | 416 | N/A | |

N/A – Not applicable. Because the model assumes tank truck and railcar loading/unloading occurs outdoors, EPA expects ONU exposure to be negligible due to airborne concentration dilution in ambient air.

MOE estimates in workers for import and processing based on modeling are presented in Table 4-28. MOE estimates were above the benchmark MOE by several orders of magnitude in all scenarios for both central tendency and high-end exposure levels.

**Table 4-29. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Processing – Incorporation into Formulation Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 40 | 462 | 1,979 | 100 |
| | | High-end | 8 | 94 | 397 | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 37 | 431 | 1,847 | 100 |
| | | High-end | 7 | 88 | 370 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 14 | 163 | 699 | 100 |
| | | High-end | 3 | 33 | 140 | |
| **Developmental Effects** Decreased live litter size (F₁) (WIL Research, 2001) | 43 | Central tendency | 11 | 132 | 567 | 100 |
| | | High-end | 2 | 27 | 114 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 6 | 74 | 317 | 100 |
| | | High-end | 1 | 15 | 63 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 7 | 77 | 330 | 100 |
| | | High-end | 1 | 16 | 66 | |

MOE estimates for incorporation into formulation based on monitoring data are presented in Table 4-29. MOE estimates were below the benchmark MOE by 1-2 orders of magnitude for both workers and occupational non-users without the use of an APF in most cases, with the exception of central tendency exposure levels for the occupational non-user for the liver, kidney, reproductive system, and developmental (using BMD modeling) health effect endpoints, where the MOE estimates were above the benchmark MOE by 1-2 orders of magnitude. When an APF was applied, MOE estimates in workers were above the benchmark MOE by several orders of magnitude in all worker scenarios, with the exception of high-end exposures estimates for the developmental (using the NCTR modeling approach) and nervous system health effect endpoints, where the MOE estimates were below the benchmark MOE by 1-2 orders of magnitude.

***Use: Batch Vapor Degreaser (Open-Top) Based on Monitoring Data***
MOE estimates for batch vapor degreasing (open-top) based on monitoring data are presented in Table 4-30.

**Table 4-30. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Open-Top) Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 22 | 7,500 | 1,119 | 100 |
| | | High-end | 3 | 70 | 152 | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 21 | 7,000 | 1,045 | 100 |
| | | High-end | 3 | 65 | 142 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 8 | 2,650 | 396 | 100 |
| | | High-end | 1 | 25 | 54 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 6 | 2,150 | 321 | 100 |
| | | High-end | 1 | 20 | 44 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 4 | 1,200 | 179 | 100 |
| | | High-end | 0.5 | 11 | 24 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 4 | 1,250 | 187 | 100 |
| | | High-end | 1 | 12 | 25 | |

When an APF was not applied, MOE estimates for workers were below the benchmark MOE by several orders of magnitude in all cases; MOE estimates for occupational non-users were below the benchmark MOE by 1-2 orders of magnitude for high-end exposure estimates, but above the benchmark MOE by several orders of magnitude for central tendency exposure estimates. When an APF was applied, MOE estimates in workers were above the benchmark MOE by several orders of magnitude for both exposure levels for the liver and kidney health effect endpoints; for central tendency exposure levels for the reproductive system, developmental (both modeling approaches), and for the nervous system health effect endpoints. When an APF was applied, MOE estimates in workers were below the benchmark MOE for high-end exposure levels for the reproductive system, developmental (both modeling approaches), and nervous system health effect endpoints by 1-2 orders of magnitude.

### *Use: Batch Vapor Degreaser (Open-Top) Based on Modeling (Pre-, and Post-EC)*

MOE estimates for batch vapor degreasing (open-top) based on modeling (pre-, and post-EC) are presented in Table 4-31 and Table 4-32.

**Table 4-31. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Open-Top) (Pre-EC) Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 79 | 151 | 3,967 | 100 |
| | | High-end | 6 | 11 | 314 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 74 | 141 | 3,703 | 100 |
| | | High-end | 6 | 10 | 293 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 28 | 53 | 1,402 | 100 |
| | | High-end | 2 | 4 | 111 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 23 | 43 | 1,137 | 100 |
| | | High-end | 2 | 3 | 90 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 13 | 24 | 635 | 100 |
| | | High-end | 1 | 2 | 50 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 13 | 25 | 661 | 100 |
| | | High-end | 1 | 2 | 52 | |

MOE estimates for batch vapor degreasing (open-top) based on modeling (pre-EC) are presented in Table 4-31. MOE estimates for both workers and occupational non-users were below the benchmark MOE by 1-2 orders of magnitude in workers and occupational non-users when an APF was not applied, with two exceptions. These exceptions included central tendency exposure estimates for occupational non-users for liver and kidney health effect endpoints, where the MOE estimates were slightly above the benchmark MOE. When an APF was applied, MOE estimates in workers were above the benchmark MOE by several orders of magnitude, in most cases, for central tendency and high-end exposure levels, with few exceptions. These exceptions included high-end exposure levels for developmental (both modeling approaches) and nervous system health effect endpoints where the MOE estimates were slightly or 1-2 orders of magnitude below the benchmark MOE.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-32. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Open-Top) (Post-EC) Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=10 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 793 | 1,510 | 7,934 | 100 |
| | | High-end | 63 | 111 | 627 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 741 | 1,410 | 7,405 | 100 |
| | | High-end | 59 | 104 | 585 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 280 | 534 | 2,803 | 100 |
| | | High-end | 22 | 39 | 222 | |
| **Developmental Effects** Decreased live litter size (F$_1$) (WIL Research, 2001) | 43 | Central tendency | 227 | 433 | 2,274 | 100 |
| | | High-end | 18 | 32 | 180 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 127 | 242 | 1,269 | 100 |
| | | High-end | 10 | 18 | 100 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 132 | 252 | 1,322 | 100 |
| | | High-end | 10 | 19 | 105 | |

MOE estimates for batch vapor degreasing (open-top) based on modeling (post-EC) are presented in Table 4-32. In contrast to MOE estimates based on pre-EC in workers and occupational non-users when an APF was not applied in Table 4-31 above, MOE estimates for post-EC were, in some cases, above the benchmark MOE by 1-2 orders of magnitude. This was seen in workers for central tendency (but not high-end) exposure levels for liver, kidney, and developmental (both modeling approaches) health effect endpoints. MOE estimates in workers without the use of an APF for high-end exposure levels were below the benchmark MOE by 1-2 orders of magnitude for all health effect endpoints. A similar pattern was noted for occupational non-users. When an APF was applied, MOE estimates in workers were above the benchmark MOE by several orders of magnitude in most cases, with the exception of high-end exposures for developmental (NCTR modeling approach) and nervous system health effect endpoints, where the MOE was at or slightly above the benchmark MOE.

***Use: Batch Vapor Degreaser (Closed-Loop) Based on Modeling***
MOE estimates for batch vapor degreaser (closed-loop) based on modeling are presented in Table 4-33.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-33. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Batch Vapor Degreaser (Closed-Loop) Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=10 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 3,967 | 7,551 | 39,671 | 100 |
| | | High-end | 314 | 555 | 3,135 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 3,703 | 7,048 | 37,026 | 100 |
| | | High-end | 293 | 518 | 2,926 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 1,402 | 2,668 | 14,017 | 100 |
| | | High-end | 111 | 196 | 1,108 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 1,137 | 2,165 | 11,372 | 100 |
| | | High-end | 90 | 159 | 899 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 635 | 1,208 | 6,347 | 100 |
| | | High-end | 50 | 89 | 502 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 661 | 1,259 | 6,612 | 100 |
| | | High-end | 52 | 93 | 523 | |

MOE estimates were above the benchmark MOE by several orders of magnitude in workers and occupational non-users for both central tendency and high-end exposure estimates for all health effect endpoints whether or not an APF was applied, with few exceptions. These exceptions included high-end exposure estimates for workers (without the use of an APF) for the developmental (using both modeling approaches) and nervous system health effect endpoints. MOE estimates for occupational non-users in these excepted scenarios were also below the benchmark MOE for high-end exposure estimates for developmental (NCTR modeling approach) and nervous system health effect endpoints.

### Use: Cold Cleaner Based on Monitoring Data and Modeling
MOE estimates for cold cleaner based on monitoring data and modeling are presented in Table 4-34 and Table 4-35.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-34. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Cold Cleaner Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 35 | 58 | 1,744 | 100 |
| | | High-end | 20 | 58 | 1,014 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 33 | 54 | 1,628 | 100 |
| | | High-end | 19 | 54 | 946 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 12 | 20 | 616 | 100 |
| | | High-end | 7 | 20 | 358 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 10 | 17 | 500 | 100 |
| | | High-end | 6 | 17 | 291 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 6 | 9 | 279 | 100 |
| | | High-end | 3 | 9 | 162 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 6 | 10 | 291 | 100 |
| | | High-end | 3 | 10 | 169 | |

MOE estimates for cold cleaner based on monitoring data are presented in Table 4-34. When an APF was not applied, MOE estimates were below the benchmark MOE by 1-2 orders of magnitude for all health effect endpoints in workers and occupational non-users for both central tendency and high-end exposure levels. When an APF was applied, MOE estimates for workers and occupational non-users were above the benchmark MOE by several orders of magnitude in most cases.

**Table 4-35. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Cold Cleaner Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 273 | 519 | 13,657 | 100 |
| | | High-end | 13 | 22 | 630 | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 255 | 484 | 12,746 | 100 |
| | | High-end | 12 | 20 | 588 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 97 | 183 | 4,825 | 100 |
| | | High-end | 4 | 8 | 223 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 78 | 149 | 3,915 | 100 |
| | | High-end | 4 | 6 | 181 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 44 | 83 | 2,185 | 100 |
| | | High-end | 2 | 4 | 101 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 46 | 86 | 2,276 | 100 |
| | | High-end | 2 | 4 | 105 | |

MOE estimates for cold cleaner based on modeling are presented in Table 4-35. The pattern of MOE estimates were similar to those with monitoring data, with a few exceptions. These exceptions included central tendency MOE estimates that were above the benchmark MOE in workers for liver and kidney health effect endpoints; and in the occupational non-user for liver, kidney, reproductive and developmental health effect endpoints.

### Use: Aerosol Spray Degreaser/Cleaner Based on Monitoring Data (Pre- and Post-EC)
MOE estimates for aerosol spray degreaser/cleaner based on monitoring data (pre- and post-EC) are presented in Table 4-36 and Table 4-37. Data for occupational non-users was not available. Exposure levels for post-EC monitoring data were based on a single data point.

**Table 4-36. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Aerosol Spray Degreaser/Cleaner (Pre-EC) Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 9 | No data | 467 | 100 |
| | | High-end | 5 | No data | 238 | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Kidney** Increased pelvic mineralization ([WIL Research, 2001](#)) | 140 | Central tendency | 9 | No data | 436 | 100 |
| | | High-end | 4 | No data | 222 | |
| **Reproductive System** Decreased seminal vesicle weight ([Ichihara et al., 2000b](#)) | 53 | Central tendency | 3 | No data | 165 | 100 |
| | | High-end | 2 | No data | 84 | |
| **Developmental Effects** Decreased live litter size ($F_1$) ([WIL Research, 2001](#)) | 43 | Central tendency | 3 | No data | 134 | 100 |
| | | High-end | 1 | No data | 68 | |
| **Developmental Effects** Post-Implantation Loss (F0) ([WIL Research, 2001](#)); NCTR Model | 24 | Central tendency | 1 | No data | 75 | 100 |
| | | High-end | 1 | No data | 38 | |
| **Nervous System** Decreased traction time ([Honma et al., 2003](#)) | 25 | Central tendency | 2 | No data | 78 | 100 |
| | | High-end | 1 | No data | 40 | |

Note: EPA did not identify exposure monitoring data for ONUs. EPA estimated exposure level for ONU through modeling.

MOE estimates for aerosol spray degreaser/cleaner based on pre-EC monitoring data are presented in Table 4-36. When an APF was not applied, MOE estimates for workers were below the benchmark MOE by 1-2 orders of magnitude for all health effect endpoints for all exposure levels (central tendency or high-end). When an APF was applied, MOE estimates for workers were above the benchmark MOE by 1-2 orders of magnitude for liver, kidney, reproductive (central tendency exposure levels only), and developmental (BMD modeling; central tendency exposure levels); and below the benchmark MOE by 1-2 orders of magnitude for developmental (BMD modeling; high-end exposure levels), and developmental (NCTR modeling approach) and nervous system health effect endpoints for both central tendency and high-end exposure levels.

**Table 4-37. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Aerosol Spray Degreaser/Cleaner (Post-EC) Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=25 | Benchmark MOE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | N/A (single data point) | 27 | No data | 682 | 100 |
| | | | | No data | | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | | 25 | No data | 636 | 100 |
| | | | | No data | | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | | 10 | No data | 241 | 100 |
| | | | | No data | | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | | 8 | No data | 195 | 100 |
| | | | | No data | | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | | 4 | No data | 109 | 100 |
| | | | | No data | | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | | 5 | No data | 114 | 100 |
| | | | | No data | | |

Note: EPA did not identify exposure monitoring data for ONUs. EPA estimated exposure level for ONU through modeling.

MOE estimates for aerosol spray degreaser/cleaner based on post-EC monitoring data are presented in Table 4-37. The pattern of MOE estimates for workers were similar to those based on pre-EC monitoring data. When an APF was not applied, MOE estimates for workers were below the benchmark MOE by 1-2 orders of magnitude for all health effect endpoints for the single data point exposure level. In contrast to Table 4-40 above when MOE estimates in workers were based on pre-EC monitoring data and when an APF was used, MOE estimates for workers based in post-EC monitoring data were above the benchmark MOE by 1-2 orders of magnitude for all health effect endpoints.

*Use: Aerosol Spray Degreaser/Cleaner Based on Modeling*
MOE estimates for aerosol spray degreaser/cleaner based on modeling are presented in Table 4-38.

**Table 4-38. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Aerosol Spray Degreaser/Cleaner Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | APF=50 | Benchmark MOE |
|---|---|---|---|---|---|---|
| | | | Worker | ONU | Worker | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 24 | 1,364 | 1,177 | 100 |
| | | High-end | 7 | 161 | 333 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 22 | 1,273 | 1,099 | 100 |
| | | High-end | 6 | 151 | 311 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 8 | 482 | 416 | 100 |
| | | High-end | 2 | 57 | 118 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 7 | 391 | 338 | 100 |
| | | High-end | 2 | 46 | 95 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 4 | 218 | 188 | 100 |
| | | High-end | 1 | 26 | 53 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 4 | 227 | 196 | 100 |
| | | High-end | 1 | 27 | 55 | |

When an APF was not applied, MOE estimates for workers were below the benchmark MOE for both central tendency and high-end exposure levels for all health effect endpoints by 1-2 orders of magnitude. MOE estimates for occupational non-users were above the benchmark MOE by several orders of magnitude for liver and kidney (central tendency and high-end exposure levels), and reproductive, developmental, and nervous system (central tendency exposure levels) health effect endpoints. When an APF was applied, MOE estimates for workers for both central tendency and high-end exposure levels were above the benchmark MOE by several orders of magnitude for liver, kidney, reproductive (central tendency and high-end exposure levels) health effect endpoints; and developmental (both modeling approaches; central tendency only), and nervous system (central tendency exposure levels only) health effect endpoints. MOE estimates in workers were below (in some instances close to) the benchmark MOE when an APF was applied for developmental (both modeling approaches; high-end exposure levels only) and nervous system (high-end exposure levels only) health effect endpoints.

***Use: Adhesive Chemicals (Spray Adhesives) Based on Monitoring data (Pre- and Post-EC)***
MOE estimates for adhesive chemicals (spray adhesives) based on monitoring data (pre- and post-EC) are presented in Table 4-39 and Table 4-40.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 4-39. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Adhesive Chemicals (Spray Adhesives) (Pre-EC) Based on Monitoring Data**

| Health Effect, Endpoint and Study | Exposure Level | Chronic MOE | | | APF=50 | | Benchmark MOE |
|---|---|---|---|---|---|---|---|
| | | Sprayer | Non-Sprayer | ONU | Sprayer | Non-Sprayer | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | Central tendency | 1 | 1 | 50 | 56 | 59 | 100 |
| | High-end | 0.6 | 0.7 | 1.2 | 30 | 36 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | Central tendency | 1 | 1 | 47 | 53 | 55 | 100 |
| | High-end | 0.6 | 0.7 | 1 | 28 | 33 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | Central tendency | 0.4 | 0.4 | 18 | 20 | 21 | 100 |
| | High-end | 0.2 | 0.3 | 0.4 | 10 | 13 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | Central tendency | 0.3 | 0.3 | 14 | 16 | 17 | 100 |
| | High-end | 0.2 | 0.2 | 0.3 | 8 | 10 | |
| **Developmental Effects** Post-Implantation Loss (WIL Research, 2001); NCTR Model | Central tendency | 0.2 | 0.2 | 8 | 9 | 9 | 100 |
| | High-end | 0.1 | 0.1 | 0.2 | 5 | 6 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | Central tendency | 0.2 | 0.2 | 8 | 9 | 10 | 100 |
| | High-end | 0.1 | 0.1 | 0.2 | 5 | 6 | |

Note: Based on HEC values of 150 ppm, 140 ppm, 53 ppm, 43 ppm, 24 ppm, and 25 ppm.

MOE estimates for adhesive chemicals (spray adhesives) based on pre-EC monitoring data are presented in Table 4-39. MOE estimates in workers and occupational non-users were below the benchmark MOE by 1-2, and sometimes several orders of magnitude, for all health effect endpoints, for both central tendency and high-end exposure levels, whether or not an APF was applied.

**Table 4-40. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Adhesive Chemicals (Spray Adhesives) (Post-EC) Based on Monitoring Data**

| Health Effect, Endpoint and Study | Exposure Level | Chronic MOE | | | APF=50 | | Benchmark MOE |
|---|---|---|---|---|---|---|---|
| | | Sprayer | Non-Sprayer | ONU | Sprayer | Non-Sprayer | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | Central tendency | 8 | 8 | 75 | 421 | 417 | 100 |
| | High-end | 4 | 5 | 27 | 179 | 260 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | Central tendency | 8 | 8 | 70 | 393 | 389 | 100 |
| | High-end | 3 | 5 | 26 | 167 | 243 | |
| **Reproductive System** Decreased seminal vesicle | Central tendency | 3 | 3 | 27 | 149 | 147 | 100 |

| Health Effect, Endpoint and Study | Exposure Level | Chronic MOE | | | APF=50 | | Benchmark MOE |
|---|---|---|---|---|---|---|---|
| | | Sprayer | Non-Sprayer | ONU | Sprayer | Non-Sprayer | |
| weight (Ichihara et al., 2000b) | High-end | 1 | 2 | 10 | 63 | 92 | |
| Developmental Effects Decreased live litter size (F$_1$) (WIL Research, 2001) | Central tendency | 2 | 2 | 22 | 121 | 119 | 100 |
| | High-end | 1 | 1 | 8 | 51 | 75 | |
| Developmental Effects Post-Implantation Loss (WIL Research, 2001); NCTR Model | Central tendency | 1 | 1 | 12 | 67 | 67 | 100 |
| | High-end | 1 | 1 | 4 | 29 | 42 | |
| Nervous System Decreased traction time (Honma et al., 2003) | Central tendency | 1 | 1 | 13 | 70 | 69 | 100 |
| | High-end | 1 | 1 | 5 | 30 | 43 | |

Note: Based on HEC values of 150 ppm, 140 ppm, 53 ppm, 43 ppm, 24 ppm, and 25 ppm.

MOE estimates for adhesive chemicals (spray adhesives) based on post-EC monitoring data are presented in Table 4-40. When an APF was not applied, a similar pattern of MOE estimates was observed for workers (sprayer, non-sprayer, and occupational non-users alike) as with the pre-EC monitoring data scenario (Table 4-39). However, unlike in the pre-EC monitoring data scenario, when an APF was applied in the post-EC monitoring data scenario for the worker (sprayer and non-sprayer), some MOE estimates were increased above the benchmark for some health effect endpoints (liver and kidney for both central tendency and high-end exposure levels), reproductive system (central tendency exposure levels only), and developmental (BMD modeling; central tendency exposure levels only). Under these conditions and for all other scenarios, while the MOE estimates were higher than in the pre-EC scenario, they still remained below the benchmark MOE.

### Use: Dry Cleaning Based on Monitoring Data
MOE estimates for dry cleaning based on monitoring data are presented in Table 4-41. APFs were not applied in this scenario.

**Table 4-41. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Dry Cleaning Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| Liver Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 5 | 12 | 100 |
| | | High-end | 3 | 7 | |
| Kidney Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 5 | 12 | 100 |
| | | High-end | 3 | 7 | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 2 | 4 | 100 |
| | | High-end | 1 | 3 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 1 | 4 | 100 |
| | | High-end | 1 | 2 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 1 | 2 | 100 |
| | | High-end | 0.5 | 1 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 1 | 2 | 100 |
| | | High-end | 0.5 | 1 | |

MOE estimates were below the benchmark MOE for the worker and occupational non-user for both central tendency and high-end exposure estimates by 1-2 orders of magnitude for all health effect endpoints.

### Use: Dry Cleaning Based on Modeling (3rd and 4th Generation)
MOE estimates for dry cleaning based on modeling (3rd and 4th generation) are presented in Table 4-42 and Table 4-43. APFs were not applied.

**Table 4-42. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Dry Cleaning Based on Modeling (3rd Generation)**

| Health Effect, Endpoint and Study | Exposure Level | Chronic MOE | | | Benchmark MOE |
|---|---|---|---|---|---|
| | | Spot Cleaner | Machine & Finish | ONU | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | Central tendency | 35 | 7 | 56 | 100 |
| | High-end | 13 | 2 | 15 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | Central tendency | 33 | 7 | 53 | 100 |
| | High-end | 12 | 2 | 14 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | Central tendency | 13 | 3 | 20 | 100 |
| | High-end | 5 | 1 | 5 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | Central tendency | 10 | 2 | 16 | 100 |
| | High-end | 4 | 0.5 | 4 | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Health Effect, Endpoint and Study | Exposure Level | Chronic MOE | | | Benchmark MOE |
|---|---|---|---|---|---|
| | | Spot Cleaner | Machine & Finish | ONU | |
| **Developmental Effects** Post-Implantation Loss (WIL Research, 2001); NCTR Model | Central tendency | 5 | 1 | 9 | 100 |
| | High-end | 2 | 0.3 | 2 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | Central tendency | 6 | 1 | 10 | 100 |
| | High-end | 2 | 0.3 | 3 | |

MOE estimates for dry cleaning based on modeling (3rd generation) for both the worker and occupational non-user were below the benchmark MOE by 1-2 orders of magnitude for both central tendency and high-end exposure levels for all health effect endpoints.

**Table 4-43. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Dry Cleaning Based on Modeling (4th Generation)**

| Health Effect, Endpoint and Study | Exposure Level | Chronic MOE | | | Benchmark MOE |
|---|---|---|---|---|---|
| | | Spot Cleaner | Machine & Finish | ONU | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | Central tendency | 42 | 43 | 78 | 100 |
| | High-end | 18 | 16 | 24 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | Central tendency | 40 | 41 | 74 | 100 |
| | High-end | 17 | 15 | 23 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | Central tendency | 15 | 16 | 28 | 100 |
| | High-end | 6 | 6 | 9 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | Central tendency | 12 | 12 | 22 | 100 |
| | High-end | 5 | 4.4 | 7 | |
| **Developmental Effects** Post-Implantation Loss (WIL Research, 2001); NCTR Model | Central tendency | 7 | 7 | 12 | 100 |
| | High-end | 3 | 3 | 4 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | Central tendency | 7 | 7 | 13 | 100 |
| | High-end | 3 | 3 | 4 | |

MOE estimates for dry cleaning based on modeling (4th generation) showed the same pattern as with dry cleaning based on modeling (3rd generation). MOE estimates for both worker and occupational non-users were below the benchmark MOE by 1-2 orders of magnitude for both central tendency and high-end exposure levels for all health effect endpoints.

### *Use: Spot Cleaner Based on Monitoring Data and Modeling*

MOE estimates for spot cleaner based on monitoring data and modeling are presented in Table 4-44 and Table 4-45. Monitoring data for the occupational non-user were not available. APFs were not applied.

**Table 4-44. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Spot Cleaner Based on Monitoring Data**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 167 | No data | 100 |
| | | High-end | 32 | No data | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 156 | No data | 100 |
| | | High-end | 30 | No data | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 59 | No data | 100 |
| | | High-end | 11 | No data | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 48 | No data | 100 |
| | | High-end | 9 | No data | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 27 | No data | 100 |
| | | High-end | 5 | No data | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 28 | No data | 100 |
| | | High-end | 5 | No data | |

Note: EPA did not identify exposure monitoring data for ONUs. EPA estimated exposure level for ONU through modeling.

MOE estimates for spot cleaner for the worker based on monitoring data were below the benchmark MOE for both central tendency and high-end exposure estimates by 1-2 orders of magnitude for all health effect endpoints with two exceptions; central tendency exposure levels for liver and kidney health effect endpoints.

**Table 4-45. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Spot Cleaner Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 197 | 390 | 100 |
| | | High-end | 90 | 136 | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 184 | 364 | 100 |
| | | High-end | 84 | 127 | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 70 | 138 | 100 |
| | | High-end | 32 | 48 | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 56 | 112 | 100 |
| | | High-end | 26 | 39 | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 31 | 62 | 100 |
| | | High-end | 14 | 22 | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 33 | 65 | 100 |
| | | High-end | 15 | 23 | |

MOE estimates for spot cleaner for the worker based on modeling showed the same pattern as that for monitoring data – MOE estimates were below the benchmark MOE for both central tendency and high-end exposure estimates by 1-2 orders of magnitude for all health effect endpoints with two exceptions; central tendency exposure levels for liver and kidney health effect endpoints. MOE estimates for the occupational non-user based on modeling were available. In this scenario, MOE estimates were slightly above the benchmark MOE in most cases for the liver and kidney (both central tendency and high-end exposure levels), reproductive system (central tendency exposure level only), and developmental (BMD modeling; central tendency exposure level only) health effect endpoints. MOE estimates for occupational non-users were below the benchmark MOE by 1-2 orders of magnitude for all other health effect endpoints.

### Use: Disposal Based on Modeling
MOE estimates for disposal based on modeling are presented in Table 4-46. Exposures for the occupational non-user are expected to be neglible in this scenario.

**Table 4-46. Non-Cancer Risk Estimates for Chronic Inhalation Exposures Following Occupational Use of 1-BP in Disposal Based on Modeling**

| Health Effect, Endpoint and Study | Chronic HEC (ppm) | Exposure Level | Chronic MOE | | Benchmark MOE |
|---|---|---|---|---|---|
| | | | Worker | ONU | |
| **Liver** Increased hepatocellular vacuolization (WIL Research, 2001) | 150 | Central tendency | 13,110 | N/A | 100 |
| | | High-end | 2,494 | N/A | |
| **Kidney** Increased pelvic mineralization (WIL Research, 2001) | 140 | Central tendency | 12,236 | N/A | 100 |
| | | High-end | 2,328 | N/A | |
| **Reproductive System** Decreased seminal vesicle weight (Ichihara et al., 2000b) | 53 | Central tendency | 4,632 | N/A | 100 |
| | | High-end | 881 | N/A | |
| **Developmental Effects** Decreased live litter size ($F_1$) (WIL Research, 2001) | 43 | Central tendency | 3,758 | N/A | 100 |
| | | High-end | 715 | N/A | |
| **Developmental Effects** Post-Implantation Loss (F0) (WIL Research, 2001); NCTR Model | 24 | Central tendency | 2,098 | N/A | 100 |
| | | High-end | 399 | N/A | |
| **Nervous System** Decreased traction time (Honma et al., 2003) | 25 | Central tendency | 2,185 | N/A | 100 |
| | | High-end | 416 | N/A | |

N/A – Not applicable. Because the model assumes tank truck and railcar loading/unloading occurs outdoors, EPA expects ONU exposure to be negligible due to airborne concentration dilution in ambient air.

MOE estimates for the worker were above the benchmark MOE by several orders of magnitude for both central tendency and high-end exposure estimates for all health effect endpoints

### 4.2.2.2    Cancer Evaluation for Occupational Scenarios

EPA estimated the excess cancers associated with chronic inhalation and dermal exposures following 1-BP conditions of use in the workplace, based on monitoring data and modeling (probabilistic vs deterministic). The excess cancer estimation for 1-BP consisted of multiplying the occupational scenario-specific estimates (i.e., LADC) for both workers and occupational non-users by EPA's inhalation unit risk (IUR) to estimate the excess cancers. Excess cancer risks were expressed as number of cancer cases per million.

Table 4-47 presents the inhalation cancer risk estimates for all occupational 1-BP conditions of use. The table also presents the impact of potential respirator use based on respirator APF of 10, 25, and 50. Figure 4-1 and Figure 4-2 present the incremental individual lifetime cancer risks for the 50th and 95th percentile for exposures to 1-BP during these same occupational conditions of use.

The exposure frequency (*i.e.*, the amount of days per year for workers or occupational non-users exposed to 1-BP) was assumed to be 260 days per year for all conditions of use except for dry cleaning, where employees at small, family-owned businesses were assumed to work up to six days

only be present at low concentrations in the sediment and terrestrial environmental compartments. This assumption of low potential for exposure based on physical-chemical characteristics is uncertain as it is not verified with monitoring data or hazard data specifically related to these organism. However, this uncertainty is not expected to affect the risk conclusions as sufficient data are available to indicate that these exposures are not significant enough to be biologically relevant.

The reasonably available environmental toxicity information for 1-BP indicate that the hazard to aquatic organisms is moderate, but a comparison of these hazard values with estimated environmental releases did not identify risks to the environment. While EPA has determined that sufficient data are available to characterize the overall environmental hazards of 1-BP, there are limited environmental toxicity studies available for assessing the long-term effects of 1-BP to aquatic species that may create some uncertainty associated with this assessment.

As described in Appendix G and Section 4.1, this assessment presents a screening-level assessment of relevant routes of exposure, which in the case of 1-BP are the aquatic exposure pathways, to evaluate ecological exposures in the US that may be associated with releases of 1-BP to surface waters. The foundation of the ecological risk assessment process is the relationship between the amount of a substance a receptor is exposed to and the potential for adverse effects resulting from the exposure. This established dose-response relationship provides the ability to quantitatively evaluate the potential environmental impacts that may result from a given exposure scenario.  Because of uncertainties inherent in deriving RQ's, values are protective so that the risk estimate can state with a high degree of confidence that RQ values < 1 are not an ecological risk and can be screen out from further analysis.

This assessment was intended as a first-tier, or screening-level, evaluation. Discharging or releasing facilities were chosen from EPA's TRI.

An environmental risk evaluation used reasonably available environmental hazard, exposure, fate, and chemistry data, but was still a screening-level evaluation due to the limited amount of hazard and exposure information. EPA characterized the environmental hazards of 1-BP using reasonably available data for the chemical. As EPA was unable to obtain the full studies reports of the environmental hazard summaries in the ECHA database, the studies that reported these endpoints were not evaluated using the systematic review process. As such, there is uncertainty regarding the study quality of the data behind these summaries. Regardless, as no additional data were identified following the publication of the problem formulation so, these studies were used to help characterize the environmental hazards and risks of 1-BP to aquatic receptors.

### 4.3.4.2    Human Health Characterization

The non-cancer acute or chronic evaluations were expressed in terms of MOEs.  MOEs are obtained by comparing the hazard values (i.e., HEC) for various 1-BP-related health effects  with the exposure concentrations for the specific use scenarios. Given that the MOE is the ratio  of the hazard value divided by the exposure, the confidence in the MOEs is directly dependent  on the uncertainties in the hazard/dose-response and exposure assessments that supported  the hazard and exposure estimates used in the MOE calculations.

Overall uncertainties in the exposure estimates used in the MOE calculations include uncertainties in the exposure monitoring and modeling. In the occupational exposure monitoring data for

workers, the sites used to collect 1-BP were not selected randomly; therefore, the reported data may not be representative of all occupational exposure scenarios. The exposure modeling approaches used for both occupational and consumer scenarios employed knowledge-based assumptions that may not apply to all occupational- and consumer-use scenarios.

The benchmark MOE used to evaluate risks for each use scenario represents the product of of all UFs used for each non-cancer POD. These UFs accounted for various uncertainties including:

1. **Animal-to-human extrapolation ($UF_A$):** The $UF_A$ accounts for the uncertainties in extrapolating from rodents to humans. In the absence of data, the default $UF_A$ of 10 is adopted which breaks down to a factor of 3 for toxicokinetic variability and a factor of 3 for pharmacodynamic variability. There is no PBPK model for 1-BP to account for the interspecies extrapolation using rodent pharmacokinetic data in order to estimate internal doses for a particular dose metric.

2. **Inter-individual variation ($UF_H$):** The $UF_H$ accounts for the variation in sensitivity within the human population. In the absence of data, the default $UF_H$ of 10 is adopted which breaks down to a factor of 3 for toxicokinetic variability and a factor of 3 for pharmacodynamic variability. Since there is no PBPK model for 1-BP to reduce the human toxicokinetic/toxicodynamic variability, the total $UF_H$ of 10 was retained.

3. **Extrapolation from subchronic to chronic ($UF_S$):** The $UF_S$ accounts for the uncertainty in extrapolating from a subchronic to a chronic POD. Typically, a $UF_S$ of 10 is used to extrapolate a POD from a less-than-chronic study to a chronic exposure. The same is true for a developmental toxicity study because the developmental period is recognized as a susceptible life stage where exposure during certain time windows is more relevant to the induction of developmental effects than lifetime exposure (2016). Thus, a $UF_S$ of 10 was retained for all of the HECs discussed in the OPPT's risk assessment.

4. **LOAEL-to-NOAEL extrapolation ($UF_L$):** The $UF_L$ accounts for the uncertainty in extrapolating from a LOAEL to a NOAEL. A value of 10 is the standard default $UF_L$ value, although lower values (e.g., 3) can be used if the effect is considered minimally adverse at the LOAEL or is an early marker for an adverse effect (U.S. EPA, 2002). Typically, $UF_L$ ranging from 3 to 30 (i.e., 3, 10, or 30) are used in the HECs. For one of the reproductive PODs (Yamada et al., 2003), a $UF_L$ value of 10 was used based on a minimally adverse effect, which resulted in a total UF of 1000.

The human populations considered in this draft risk evaluation include individuals of both sexes ($\geq$ 16 and older, including pregnant females) for occupational and consumer settings. Although exposures to younger non-users may be possible, the margins of exposure calculated for women of reproductive age are expected to be protective of this sensitive subpopulation. Currently there are insufficient data regarding specific genetic and/or lifestage differences that could impact 1-BP metabolism and toxicity for further refinement of the risk assessment.

The chronic risks for the occupational scenarios assumed that the non-cancer human health effects are constant for a working lifetime based on the exposure assumptions used in the occupational exposure assessment. However, the risks could be under- or over-estimated depending on the variations to the exposure profile of the workers and occupational non-users using 1-BP-containing adhesives, dry cleaning and spot cleaners, vapor degreasing, cold cleaning, and aerosol degreasers.

Confidence in the PBPK model predictions for 1-BP concentrations in blood and tissues are limited by the lack of comparison of model predictions with measured data. The PBPK model was further extended to simulate human exposures by scaling the physiological parameters to humans, assuming the partition coefficients are the same in rats and humans and scaling metabolic parameters by $BW^{3/4}$. Cross species and route to route extrapolations with the Garner et al. (2015) model are precluded by the lack of data to inform a model of a species other than rat and a route other than inhalation.

Limited toxicological data is available by the oral route, and no repeated-dose toxicity studies by the dermal route were identified on 1-BP. However, although the toxicological data via the oral route is insufficient for quantitative dose-response assessment, data from these studies were used for qualitative support in the weight of the scientific evidence for nervous system effects (see Section 3.2.8.2 and Appendix I), suggesting that, at least for the nervous system endpoint, the delivery of 1-BP via the inhalation- (i.e., pulmonary/systemic circulation) and oral- (i.e., portal circulation) routes of exposure results in comparable toxic endpoints. EPA chose to derive dermal HEDs for dermal exposures by extrapolating from other routes for systemic endpoints (i.e. not point of contact effects) and none of the key endpoints for 1-BP (liver, kidney, reproductive, developmental and nervous system effects) were considered point of contact therefore all were used for route-to-route extrapolation. The route-to-route extrapolations enabled EPA to estimate applied dermal PODs. Since physiologically based pharmacokinetic/ pharmacodynamic (PBPK/PD) models that would facilitate route-to-route extrapolation have not been identified, there is no relevant kinetic or metabolic information for 1-BP that would facilitate development of dosimetric comparisons, and the stuies by the oral route were insufficient for quntiative dose-response assessment, EPA chose to derive dermal HEDs for dermal exposures by extrapolating from the inhalation PODs. However, the inhalation studies were performed by whole body exposure, rather than nose only exposure, which may have led to additional dosing by the oral and dermal routes of exposure, due to deposition on fur and the grooming behavior of rodents, resulting in uncertainty of actual dose received. It should be noted that EPA was unable to conclude with certainty that comparable toxic endpoints would be associated with the dermal route of exposure, considering the expected quantitative ADME differences and the absence of an adequate PBPK model. Notwithstanding these uncertainties, EPA considered this approach appropriate considering the comparable toxic endpoints identified in the available repeated-dose oral/inhalation toxicity studies and the uncertainty with the putative toxicant (i.e., 1-BP or a metabolite(s)).

As discussed previously, the estimates for extra cancer risk were based on the assumption of linearity in the relationship between 1-BP exposure and probability of cancer. Uncertainties are introduced in the cancer risks when there is limited information justifying the linear cancer dose-response model when compared to other available models. In the case of 1-BP, the cancer IUR was based on reliable data supporting a mutagenic mode of action for at least 1-BP-induced lung tumors (NTP, 2011a).

## 4.4  Other Risk Related Considerations

### 4.4.1   Potentially Exposed or Susceptible Subpopulations

TSCA requires that a risk evaluation "determine whether a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of cost or other non-risk factors, including an unreasonable risk to a *potentially exposed or susceptible*

*subpopulation* (PESS) identified as relevant to the risk evaluation by the Administrator, under the conditions of use." TSCA § 3(12) states that "the term 'potentially exposed or susceptible subpopulation' means a group of individuals within the general population identified by the Administrator who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly."

### 4.4.1.1    Exposure Considerations

In developing the exposure assessment for 1-BP, EPA analyzed reasonably available information to ascertain whether some human receptor groups may have greater exposure or susceptibility than the general population to the hazard posed by 1-BP. Exposures of 1-BP would be expected to be higher amongst groups with 1-BP containing products in their homes, and workers who use 1-BP as part of typical processes.

EPA identified potentially exposed or susceptible subpopulations for further analysis during the development and refinement of the life cycle, conceptual models, exposure scenarios, and analysis plan. In Section 2.4, EPA addressed the potentially exposed or susceptible subpopulations identified as relevant based on greater exposure in occupational settings. In Section 2.3.2, EPA addresses the potentially exposed or susceptible subpopulations for consumer users between the ages of 11-21 as well as adults. EPA also addresses potentially exposed or susceptible subpopulations for bystanders within residences where a consumer product containing 1-BP may be used.  Bystanders, for purposes of this risk evaluation, can be any age group (infant to elderly).

Of the human receptors identified in the previous sections, EPA identifies the following as potentially exposed or susceptible subpopulations due to their *greater exposure* and considered them in the risk evaluation:

- Workers and occupational non-users. EPA assessed exposure to these subpopulations using a combination of personal exposure monitoring data (measured data) and modeling approaches. The exposure estimates were applicable to both male and female workers of reproductive age, including adolescents. Section 2.4 provides more details on these subpopulations across various industry sectors that are likely to use 1-BP.
- Consumer users and bystanders associated with consumer use. 1-BP has been identified as being used in products available to consumers; however, only some individuals within the general population may use these products. Therefore, those who do use these products are a potentially exposed or susceptible subpopulation due to greater exposure. A description of the exposure assessment for consumers is available in Section 2.3.2.

There are some exposure scenarios where greater exposure from multiple sources may occur and individuals who may have greater potential for exposure to 1-BP. For example, some workers and occupational non-users may also use consumer products containing 1-BP, and have additional exposure outside of the workplace.

### 4.4.1.2    Aggregate and Sentinel Exposures

Section 2605(b)(4)(F)(ii) of TSCA requires EPA, as a part of the risk evaluation, to describe whether aggregate or sentinel exposures under the conditions of use were considered and the basis for their consideration. EPA has defined aggregate exposure as "the combined exposures to an individual from a single chemical substance across multiple routes and across multiple pathways."

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

As part of this risk evaluation, EPA considered aggregate exposures by evaluating exposure and risk from both the inhalation and dermal routes for workers and consumers in scenarios where such exposures are expected. EPA expects workers to be exposed via both inhalation of 1-BP vapor and dermal contact with liquid containing 1-BP. Similarly, EPA expects certain consumer users to be exposed via both the inhalation of 1-BP vapor and dermal contact with liquid containing 1-BP.

EPA defines sentinel exposure as "the exposure to a single chemical substance that represents the plausible upper bound of exposure relative to all other exposures within a broad category of similar or related exposures." In terms of this risk evaluation, EPA considered sentinel exposures by considering exposures to populations who may have upper bound exposures – for example, workers who perform activities with higher exposure potential, or consumers who have higher exposure potential (e.g., those involved with do-it-yourself projects) or certain physical factors like body weight or skin surface area exposed. EPA characterized high-end exposures in evaluating exposure using both monitoring data and modeling approaches. Where statistical data are available, EPA typically uses the 95th percentile value of the available dataset to characterize high-end exposure for a given condition of use.

# 5   RISK DETERMINATION

## 5.1  Unreasonable Risk

### 5.1.1   Overview

In each risk evaluation under TSCA section 6(b), EPA determines whether a chemical substance presents an unreasonable risk of injury to health or the environment, under the conditions of use. The determination does not consider costs or other non-risk factors. In making this determination, EPA considers relevant risk-related factors, including, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use (including cancer and non-cancer risks); the effects of the chemical substance on the environment and environmental exposure under the conditions of use; the population exposed (including any potentially exposed or susceptible subpopulations); the severity of hazard (including the nature of the hazard, the irreversibility of the hazard); and uncertainties. EPA takes into consideration the Agency's confidence in the data used in the risk estimate. This includes an evaluation of the strengths, limitations and uncertainties associated with the information used to inform the risk estimate and the risk characterization. This approach is in keeping with the Agency's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726)[28].

Under TSCA, conditions of use are defined as the circumstances, as determined by the Administrator, under which the substance is intended, known, or reasonably foreseen to be manufactured, processed, distributed in commerce, used, or disposed of. TSCA §3(4).

An unreasonable risk may be indicated when health risks under the conditions of use are identified by comparing the estimated risks with the risk benchmarks and where the risks affect the general population or certain potentially exposed or susceptible subpopulations (PESS), such as consumers. For other PESS, such as workers, an unreasonable risk may be indicated when risks are not adequately addressed through expected use of workplace practices and exposure controls, including engineering controls or use of personal protective equipment (PPE). An unreasonable risk may also be indicated when environmental risks under the conditions of use are greater than environmental risk bench marks.

EPA uses the terms "indicates unreasonable risk relative to the Agency's risk benchmarks" to indicate EPA concern for potential unreasonable risk. For non-cancer endpoints, "less than MOE benchmark" is used to indicate potential unreasonable risk; this occurs if an MOE value is less than the benchmark MOE (e.g., MOE 0.3 < benchmark MOE 30). EPA uses the term "greater than risk benchmark" to indicate potential unreasonable risk for cancer endpoints, this occurs if the lifetime cancer risk value is greater than 1 in 10,000 (e.g., cancer risk value is $5 \times 10^{-2}$ which is greater than the standard range of acceptable cancer risk benchmarks of $1 \times 10^{-4}$ to $1 \times 10^{-6}$). For environmental endpoints, to indicate potential unreasonable risk EPA uses a risk quotient (RQ) value "greater than 1" (e.g. RQ >1). Conversely, this risk determination uses the term "does not indicate

---

[28] This risk determination is being issued under TSCA section 6(b) and the terms used, such as unreasonable risk, and the considerations discussed are specific to TSCA. Other statutes have different authorities and mandates and may involve risk considerations other than those discussed here.

unreasonable risk relative to risk benchmarks" to indicate no EPA concern for potential unreasonable risk. More details are described below.

The degree of uncertainty surrounding the MOEs, cancer risk or RQs are a factor in determining whether or not unreasonable risk is present. Where uncertainty is low, and EPA has high confidence in the hazard and exposure characterizations (for example, the basis for the characterizations is measured or monitoring data or a robust model and the hazards identified for risk estimation are relevant for conditions of use), the Agency has a higher degree of confidence in its risk determination. EPA may also consider other risk factors, such as severity of endpoint, reversibility of effect, or exposure-related considerations such as magnitude or number of exposures, in determining that the risks are unreasonable under the conditions of use. Where EPA has made assumptions in the scientific evaluation, whether or not those assumptions are protective, will also be a consideration. Additionally, EPA considers the central tendency and high-end scenarios when determining the unreasonable risk. High-end risk estimates (e.g. 95th percentile) are generally intended to cover individuals or sub-populations with greater exposure and central tendency risk estimates are generally estimates of average or typical exposure.

Conversely, EPA may make a no unreasonable risk determination for conditions of use where the substance's hazard and exposure potential, or where the risk-related factors described previously, lead EPA to determine that the risks are not unreasonable.

### 5.1.2   Risks to Human Health

#### 5.1.2.1   Determining Non-Cancer Risks

Margins of exposure (MOEs) are used in EPA's risk evaluations as a starting point to estimate non-cancer risks for acute and chronic exposures. The non-cancer evaluation refers to potential adverse health effects associated with health endpoints other than cancer, including to the body's organ systems, such as reproductive/developmental effects, cardiac and lung effects, and kidney and liver effects. The MOE is the point of departure (an approximation of the no-observed adverse effect level (NOAEL) or benchmark concentration / dose level (BMCL/BMDL)) for a specific health endpoint divided by the exposure concentration for the specific scenario of concern. The benchmark for the MOE that is used accounts for the total uncertainty in a point of departure, including, as appropriate: (1) the variation in sensitivity among the members of the human population (i.e., intrahuman/intraspecies variability); (2) the uncertainty in extrapolating animal data to humans (i.e., interspecies variability); (3) the uncertainty in extrapolating from data obtained in a study with less-than-lifetime exposure to lifetime exposure (i.e., extrapolating from subchronic to chronic exposure); and (4) the uncertainty in extrapolating from a lowest observed adverse effect level rather than from a NOAEL. MOEs can provide a non-cancer risk profile by presenting a range of estimates for different non-cancer health effects for different exposure scenarios and are a widely recognized point estimate method for evaluating a range of potential non-cancer health risks from exposure to a chemical.

A calculated MOE that is less than the benchmark MOE indicates the possibility of risk to human health. Whether EPA those risks ae unreasonable will depend upon other risk-related factors, such as severity of endpoint, reversibility of effect, exposure-related considerations (e.g. duration, magnitude, frequency of exposure, population exposed), and the confidence in the information used to inform the hazard and exposure values. If the calculated MOE is greater than the benchmark MOE, generally it is less likely that there is risk.

Uncertainty factors also play an important role in the risk estimation approach and in determining unreasonable risk. A lower benchmark MOE (e.g. 30) indicates greater certainty in the data (because fewer of the default uncertainty factors are relevant to a given point of departure as described above were applied). A higher benchmark MOE (e.g. 1000) would indicate more uncertainty in risk estimation and extrapolation for the MOE for specific endpoints and scenarios. However, these are often not the only uncertainties in a risk evaluation.

### 5.1.2.2    Determining Cancer Risks

EPA estimates cancer risks by determining the incremental increase in probability of an individual in an exposed population developing cancer over a lifetime (excess lifetime cancer risk (ELCR)) following exposure to the chemical under specified use scenarios. Standard cancer benchmarks used by EPA and other regulatory agencies are an increased cancer risk above benchmarks ranging from 1 in 1,000,000 to 1 in 10,000 (i.e., $1 \times 10^{-6}$ to $1 \times 10^{-4}$) depending on the subpopulation exposed. Generally, EPA considers $1 \times 10^{-6}$ to $1 \times 10^{-4}$ as the appropriate benchmark for the consumer users, and non-occupational potentially exposed or susceptible subpopulations (PESS).[29]

For 1-BP, EPA, consistent with case law and 2017 NIOSH guidance[30], used $1 \times 10^{-4}$ as the benchmark for the purposes of this risk determination for individuals in industrial and commercial work environments subject to Occupational Safety and Health Act (OSHA) requirements. It is important to note that $1 \times 10^{-4}$ is not a bright line and EPA has discretion to make risk determinations based on other benchmarks as appropriate based on analysis. It is important to note that exposure related considerations (duration, magnitude, population exposed) can affect EPA's estimates of the ELCR.

### 5.1.3    Environmental Risk

To assess environmental risk, EPA identifies and evaluates environmental hazard data for aquatic, sediment-dwelling, and terrestrial organisms exposed under acute and chronic exposure conditions. The environmental risk includes any risks that exceed benchmarks to the aquatic environment from levels of the evaluated chemical found in the environment (e.g., surface water, sediment, soil, biota) based on the fate properties, relatively high potential for release, and the availability of environmental monitoring data and hazard data.

Environmental risks are estimated by calculating a risk quotient (RQ). The RQ is defined as:

---

[29] As an example, when EPA's Office of Water in 2017 updated the Human Health Benchmarks for Pesticides, the benchmark for a "theoretical upper-bound excess lifetime cancer risk" from pesticides in drinking water was identified as 1 in 1,000,000 to 1 in 10,000 over a lifetime of exposure (EPA. Human Health Benchmarks for Pesticides: Updated 2017 Technical Document. January 2017. https://www.epa.gov/sites/production/files/2015-10/documents/hh-benchmarks-techdoc.pdf). Similarly, EPA's approach under the Clean Air Act to evaluate residual risk and to develop standards is a two-step approach that includes a "limit on maximum individual lifetime [cancer] risk (MIR) of approximately 1 in 10 thousand" (54 FR 38045, September 14, 1989) and consideration of whether emissions standards provide an ample margin of safety to protect public health "in consideration of all health information, including the number of persons at risk levels higher than approximately 1 in 1 million, as well as other relevant factors" (54 FR 38045, September 14, 1989).

[30] NIOSH [2017]. Current intelligence bulletin 68: NIOSH chemical carcinogen policy, available at https://www.cdc.gov/niosh/docs/2017-100/pdf/2017-100.pdf.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

RQ = Environmental Concentration / Effect Level

An RQ equal to 1 indicates that the exposures are the same as the concentration that causes effects. If the RQ exceeds 1, the exposure is greater than the effect concentration and there is potential for risk presumed. If the RQ does not exceed 1, the exposure is less than the effect concentration and there is no risk presumed. The Concentrations of Concern or hazard value for certain aquatic organisms, sediment-dwelling or terrestrial organisms are used to calculate RQs for acute and chronic exposures. For environmental risk, EPA is more likely to determine that there is unreasonable risk if the RQ exceeds 1 for the conditions of use being evaluated. Consistent with EPA's human health evaluations, the RQ is not always treated as a bright line and other risk-based factors may be considered (e.g., exposure scenario, uncertainty, severity of effect) for purposes of making a risk determination.

## 5.2  Risk Determination for 1-Bromopropane

EPA's determinations of unreasonable risk for the conditions of use of 1-BP listed below are based on health risks to: workers during occupational exposures; occupational non-users exposed to 1-BP indirectly by being in the same work area of the building; consumers users; bystanders or non-users exposed indirectly by being in the house where consumer or where commercial residential uses are carried out. As described below, EPA did not find unreasonable risks to the environment for the conditions of use of 1-BP listed below.

Environmental risks: EPA integrated relevant pathways of environmental exposure with available hazard data to estimate risk to environmental receptors. The high volatility, high water solubility and low Log Koc of 1-BP suggest that 1-BP will only be present at low concentrations in the sediment and terrestrial environmental compartments, so these pathways were not further analyzed in this risk evaluation since risk from these exposure pathways are not expected.

In this risk evaluation, EPA calculated risk to the aquatic organisms. For all conditions of use, EPA did not identify any exceedances of benchmarks to aquatic organisms from exposures to 1-BP in surface waters. The RQ values for acute and chronic risks are <0.01 and 0.12, respectively based on the best available science, and 0.02 and 0.32 based on the lowest-bound ECHA summary data, respectively (Table 4-2). An RQ that does not exceed 1 indicates that the exposure concentrations of 1-BP are less than the concentrations that would cause an effect to organisms in the aquatic pathways. Because the RQ values do not exceed 1, and because EPA used a conservative screening level approach, these values indicate there are no unreasonable risks of 1-BP to the aquatic pathways. As a result, EPA does not find unreasonable risks to the environment from the conditions of use for 1-BP.

General population: As part of the problem formulation for 1-BP, EPA identified general population exposures via surface water, drinking water, and sediment as pathways for no further analysis in the risk evaluation. In addition, OCSPP understands from OAR that the Agency is finishing review of comments on this draft notice to add 1-BP to the list of HAPs under Section 112 of the Clean Air Act, 42 U.S.C. 7412 and intends to finalize an action before the end of 2019. OCSPP works closely with the offices within EPA that administer and implement the regulatory programs under these statutes. In some cases, EPA has determined that chemicals present in various media pathways (i.e., air, water, land) fall under the jurisdiction of existing regulatory programs and associated analytical processes carried out under other EPA-administered statutes

Page 258 of 406

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

and have been assessed and effectively managed under those programs. EPA believes that the TSCA risk evaluation should focus on those exposure pathways associated with TSCA uses that are not subject to the regulatory regimes discussed above because these pathways are likely to represent the greatest areas of concern to EPA. Exposures to 1-BP receptors (i.e., general population) may occur from industrial and/or commercial uses; industrial releases to air, water or land; and other conditions of use. As described above, no futher analysis was needed for exposures via surface water, drinking water and sediment, or other environmental statutes administered by EPA would adequately assess and would effectively manage these exposures. Therefore, EPA did not evaluate hazards or exposures to the general population in this risk evaluation, and there is no risk determination for the general population.

In the Table 5-1 below, EPA identifies a single human health adverse effect as the "unreasonable risk driver" for a particular condition of use. This is the effect that is most sensitive, and it is expected that managing risks for this effect will address other identified risks. As described in Section 4, additional significant risks associated with more than one adverse effect (e.g. developmental, reproductive, liver, kidney, nervous system) were identified for many conditions of use.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

**Table 5-1. Unreasonable Risk Determination**

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| **Life Cycle Stage** | **Category** | **Sub-Category** | |
| Manufacturing | Domestic Manufacturing | Domestic Manufacturing | Section 6(b)(4)(A) unreasonable risk determination for domestic manufacture of 1-BP: <br> - Does not present an unreasonable risk of injury to health (workers and occupational non-users). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Exposure scenario with highest risk estimate: Worker: <br> - Developmental adverse effects from acute inhalation exposure. <br><br> - Cancer resulting from chronic inhalation exposure. <br><br> Benchmark: <br> - Developmental adverse effects: MOE 100. <br><br> - Cancer: $10^{-4}$. <br><br> Risk estimate: Workers: <br> - Developmental adverse effects: MOE = 63 for workers using no PPE (high-end estimate) (Table 4-6).Table 4-6). Note: There is no unreasonable risk when PPE (APF=10) is used. <br><br> - Cancer: 5.54E-04 for workers using no PPE (high-end estimate) (Table 4-47).Table 4-47). Note: There is no unreasonable risk when PPE (APF=10) is used. <br><br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (inhalation exposure): High. <br> <u>Risk considerations</u>: For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-48).Table 4-48). And, while other risk estimates from other exposure scenarios from acute and chronic inhalation and dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | to those benchmarks when expected use of PPE was considered (Table 4-27 and Table 4-53).Table 4-27 and Table 4-53). Based on the process and work activity description, exposure to occupational non-users was expected to be negligible (Table 4-6Table 4-6 and Table 4-27Table 4-27). Estimated exposed population: 35 to 73 workers. |
| Manufacturing | Import | Import | Section 6(b)(4)(A) unreasonable risk determination for import of 1-BP: - Does not present an unreasonable risk of injury to health (workers and occupational non-users). - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <u>Exposure scenario with highest risk estimate</u>: Workers: Cancer resulting from chronic dermal exposure. <u>Benchmark</u>: Cancer: $10^{-4}$. <u>Risk estimate</u>: Workers: Cancer: Dermal: 1.38E-04 for workers using no PPE (Table 4-53). Note: There is no unreasonable risk when PPE (gloves PF=5) are used. Systematic Review confidence rating (health hazard): High. <u>Systematic Review confidence rating (health dermal exposure)</u>: Medium. Risk estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model. <u>Risk considerations</u>: For workers, non-cancer MOEs from acute and chronic inhalation and dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-7, Table 4-28 and Table 4-48). And, while cancer risk estimates from chronic inhalation and dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-47 and Table 4-53). For occupational non-users, exposures were expected to be negligible (Table 4-7 and Table 4-28). Estimated exposed population: 30 to 94 workers. |

Page 261 of 406

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| Processing | Processing as a reactant | Intermediate in all other basic inorganic chemical manufacturing, all other basic organic chemical manufacturing, and pesticide, fertilizer and other agricultural chemical manufacturing | Section 6(b)(4)(A) unreasonable risk determination for processing of 1-BP as a reactant: <br> - Does not present an unreasonable risk of injury to health (workers and occupational non-users). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> <u>Exposure scenario with highest risk estimate</u>: Workers: Cancer resulting from chronic dermal exposure. <br> <u>Benchmark</u>: Cancer: $10^{-4}$. <br> <u>Risk estimate</u>: Workers: Cancer: Dermal: 1.38E-04 for workers using no PPE (Table 4-53). Note: There is no unreasonable risk when PPE (gloves PF=5) are used. <br> Systematic Review confidence rating (health hazard): High. <br> <u>Systematic Review confidence rating (health dermal exposure)</u>: Medium. <br> Risk estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model. <br> <u>Risk considerations</u>: For workers, non-cancer MOEs from acute and chronic inhalation and dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-7, Table 4-28 and Table 4-48). And, while cancer risk estimates from chronic inhalation and dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-47 and Table 4-53). <br> For occupational non-users, exposures were expected to be negligible (Table 4-7 and Table 4-28). <br> Estimated exposed population: 30 to 72 workers. |

Page 262 of 406

| Processing | Processing – incorporating into formulation, mixture or reaction product | Solvents for cleaning or degreasing in manufacturing of: - all other chemical product and preparation - computer and electronic product - electrical equipment, appliance and component - soap, cleaning compound and toilet preparation - services | Section 6(b)(4)(A) unreasonable risk determination for processing of 1-BP into a formulation, mixture, or reaction product: - Presents an unreasonable risk of injury to health (workers and occupational non-users). - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <u>Unreasonable risk driver</u>: Workers and occupational non-users: - Developmental adverse effects resulting from acute and chronic inhalation exposures. - Cancer resulting from chronic inhalation exposures. <u>Benchmarks</u>: Workers and occupational non-users: - Developmental adverse effects: MOE 100. - Cancer: $10^{-4}$. Risk estimates: Workers: - Developmental adverse effects: Acute inhalation MOEs 224 and 45 (central tendency and high-end) with respiratory protection (an APF=50) (Table 4-8). Chronic inhalation MOEs 317 and 63 (central tendency and high-end) with respiratory protection (an APF=50) (Table 4-29). - Cancer: Inhalation: 1.E-04 and 7.75E-04 (central tendency and high-end) with respiratory protection (an APF = 50) (Table 4-47). Occupational non-users: - Developmental adverse effects: Acute inhalation MOEs 52 and 11 (central tendency and high-end) (Table 4-8). Chronic inhalation MOEs 74 and 15 (central tendency and high-end (Table 4-29). - Cancer: Inhalation: 5.17E-04 and 3.26E-03 (central tendency and high-end) (Table 4-47). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (inhalation exposure): Medium. High for the monitoring data. <u>Risk considerations</u>: The assessment of inhalation exposure from this type of processing is based on monitoring data, however, the data may not be representative of exposures across the range of facilities that formulate products containing 1-BP. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-48).Table 4-48). And, while cancer risk estimates from chronic dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-53).Table 4-53). <u>Estimated exposed population</u>: 220 to 1,046 including both workers and occupational non-users. |
| Processing | Processing - incorporating into articles | Solvents (which become part of product formulation or mixture) in construction | Section 6(b)(4)(A) unreasonable risk determination for processing of 1-BP for incorporation into articles: <br> - Does not present an unreasonable risk of injury to health (workers and occupational non-users). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> <u>Exposure scenario with highest risk estimate</u>: Workers: Cancer resulting from chronic dermal exposure. <br> <u>Benchmark</u>: Cancer: $10^{-4}$. <br> <u>Risk estimate</u>: Workers: Cancer: Dermal: 1.38E-04 for workers using no PPE (Table 4-53). Note: There is no unreasonable risk when PPE (gloves APF=5) are used. <br> Systematic Review confidence rating (health hazard): High. <br> <u>Systematic Review confidence rating (health dermal exposure)</u>: Medium. <br> Risk estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model. <br> <u>Risk considerations</u>: For workers, non-cancer MOEs from acute and chronic inhalation and dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-7, Table 4-28 and Table 4-48).  And, while cancer risk estimates from chronic inhalation and dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | benchmarks when expected use of PPE was considered (Table 4-47 and Table 4-53). For occupational non-users, exposures were expected to be negligible (Table 4-7 and Table 4-28). Estimated exposed population: 15 workers. |
| Processing | Repackaging | Solvent for cleaning or degreasing in all other basic organic chemical manufacturing | Section 6(b)(4)(A) unreasonable risk determination for repackaging of 1-BP as a solvent for cleaning or degreasing in all other basic organic chemical manufacturing: <br> - Does not present an unreasonable risk of injury to health (workers andoccupational non-users). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> <u>Exposure scenario with highest risk estimate</u>: Workers: Cancer resulting from chronic dermal exposure. <br> <u>Benchmark</u>: Cancer: $10^{-4}$. <br> <u>Risk estimate</u>: Workers: Cancer: Dermal: 1.38E-04 for workers using no PPE (Table 4-53). Note: There is no unreasonable risk when PPE (gloves PF=5) are used. <br> Systematic Review confidence rating (health hazard): High. <br> <u>Systematic Review confidence rating (health dermal exposure)</u>: Medium. <br> Risk estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model. <br> <u>Risk considerations</u>: For workers, non-cancer MOEs from acute and chronic inhalation and dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-7, Table 4-28 and Table 4-48). And, while cancer risk estimates from chronic inhalation and dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-47 and Table 4-53). <br> For occupational non-users, exposures were expected to be negligible (Table 4-7 and Table 4-28). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Estimated exposed population: 30 to 94 workers. |
| Processing | Recycling | Recycling | Section 6(b)(4)(A) unreasonable risk determination for recycling of 1-BP:<br>-  Does not present an unreasonable risk of injury to health (workers and occupational non-users).<br>-  Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms).<br><u>Exposure scenario with highest risk estimate</u>: Workers: Cancer resulting from chronic dermal exposure.<br><u>Benchmark</u>: Cancer: $10^{-4}$.<br><u>Risk estimate</u>: Cancer: Dermal: 1.38E-04 for workers using no PPE (Table 4-53). Note: There is no unreasonable risk when PPE (gloves PF=5) are used. Systematic Review confidence rating (health hazard): High.<br><u>Systematic Review confidence rating (health dermal exposure)</u>: Medium.<br>Risk estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model.<br><u>Risk considerations</u>:   For workers, non-cancer MOEs from acute and chronic inhalation and dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-25Table 4-25, Table 4-46Table 4-46 and Table 4-48). And, while cancer risk estimates from chronic inhalation and dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-47 and Table 4-53).<br>For occupational non-users, exposures were expected to be negligible (Table 4-25Table 4-25 and Table 4-46Table 4-46).<br><u>Estimated exposed population</u>: over 49 workers and 18 occupational non-users. |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| Distribution in commerce | Distribution in commerce | Distribution in commerce | <u>Section 6(b)(4)(A) unreasonable risk determination for distribution in commerce of 1-BP</u>: Does not present an unreasonable risk of injury to health (workers, occupational non-users, consumers and bystanders ) or to the environment (aquatic, sediment dwelling and terrestrial organisms). <u>Other risk considerations</u>: A quantitative evaluation of the distribution of 1-BP was not included in the risk evaluation because exposures and releases from distribution were considered within each condition of use. |
| Industrial/ commercial use | Solvent (for cleaning or degreasing) | Batch vapor degreaser (e.g., open-top)<br><br>In-line vapor degreaser (e.g., conveyorized, web cleaner) | Section 6(b)(4)(A) unreasonable risk determinations for industrial and commercial use of 1-BP as a solvent for degreasing in batch vapor degreasers (open-top) and in-line vapor degreaser (e.g., conveyorized, web cleaner): <br>- Presents an unreasonable risk of injury to health (workers and occupational non-users). <br>- Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br><u>Unreasonable risk driver</u>: Workers and occupational non-users: <br>- Developmental adverse effects resulting from acute inhalation exposure. <br>- Cancer resulting from chronic inhalation exposure. <br>Benchmarks: <br>- Developmental adverse effects: MOE 100. <br>- Cancer: $10^{-4}$. <br>Risk estimates: <br>Workers: <br>- Developmental adverse effects: Acute inhalation MOEs 127 and 17 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-9). Chronic inhalation MOEs 179 and 24 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-30Table 4-30). <br>- Cancer: Chronic inhalation 2.E-04 and 2.03E-03 (central tendency and high-end, open-top) with respiratory protection (APF=50) (Table 4-47). <br>Occupational non-users: <br>- Developmental adverse effects: Acute inhalation MOEs  171 and 13 (central tendency and high-end) with expected workplace engineering controls (Table 4-11). Chronic inhalation MOEs 242 and 18 (central |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | tendency and high-end) with expected workplace engineering controls (Table 4-32). <br> - Cancer: Chronic inhalation 1.49E-04 and 2.09E-03 (central tendency and high-end) with expected workplace engineering controls (Table 4-47). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (inhalation exposure): High. <br> <u>Risk considerations</u>: EPA obtained monitoring data for workers and occupational non-users from several sources. In addition, EPA conducted a near-field/far-field model for vapor degreasing (to identify risks to the worker using the chemical and to the occupational non-user who may be nearby or in the same facility). Also, EPA was able to model open top degreasing operations using two scenarios: pre-engineering control (which was generally comparable to the exposures reported in literature) and post-engineering control. <br> For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-49). And, while cancer risk estimates from chronic dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-53). <br> <u>Estimated exposed population</u>: 4,712 to 23,558 workers and occupational non-users. These estimates likely cover a range of degreasing operations and are not specific to batch vapor degreasers. |

| Industrial/ commercial use | Solvent (for cleaning or degreasing) | Batch vapor degreaser (e.g., closed-loop) | Section 6(b)(4)(A) unreasonable risk determinations for industrial and commercial use of 1-BP as a solvent for degreasing in batch vapor degreasers (e.g., closed loop):<br>- Presents an unreasonable risk of injury to health (occupational non-users).<br>- Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms).<br>Unreasonable risk driver: Occupational non-users:<br>- Developmental adverse effects resulting from acute inhalation exposure.<br>- Cancer resulting from inhalation exposure.<br>Benchmarks:<br>- Developmental adverse effects: MOE 100.<br>- Cancer: $10^{-4}$.<br>Risk estimates: Occupational non-users:<br>- Developmental adverse effects: Acute inhalation MOEs 856 and 63 (central tendency and high-end) (Table 4-12). Chronic inhalation MOEs 1,208 and 89 (central tendency and high-end) (Table 4-33).<br>- Cancer: Chronic inhalation 2.97E-05 and 4.19E-04 (central tendency and high-end) (Table 4-47).<br>Systematic Review confidence rating (health hazard): High.<br>Systematic Review confidence rating (inhalation exposure): Medium. Modeled data.<br>Risk considerations: There are no 1-BP monitoring data specific to closed-loop degreasers. A NEWMOA study states air emissions can be reduced by 98 percent or more when a closed-loop degreaser is used instead of an open-top vapor degreaser. This reduction factor was applied to the vapor degreasing model results of the open-top vapor degreasers to estimate exposure to batch closed-loop vapor degreasers.<br>Occupational non-users unreasonable risk determination reflects potential severity of effect associated with exposures to 1-BP and the expected absence of PPE. While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic inhalation and dermal exposures) indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those |
|---|---|---|---|

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | benchmarks when expected use of PPE was considered (Table 4-12, Table 4-33, Table 4-47Table 4-47, Table 4-49 and Table 4-53). <u>Estimated exposed population</u>: 5,192 (workers) and 2,346 (occupational non-users). |
| Industrial/ commercial use | Solvent (for cleaning or degreasing) | Cold cleaner | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of 1-BP as a solvent for degreasing in cold cleaning: <br> - Presents an unreasonable risk of injury to health (workers and occupational non-users). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Unreasonable risk driver: <br> Workers: Cancer resulting from chronic inhalation exposure. <br> Occupational non-users: <br> - Developmental adverse effects resulting from acute and chronic inhalation exposures. <br> - Cancer resulting from chronic inhalation exposures. <br> <u>Benchmarks</u>: Workers and occupational non-users: <br> - Developmental adverse effects: MOE 100. <br> - Cancer: $10^{-4}$. <br> Risk estimates: <br> Workers: <br> - Cancer: Inhalation: 1.E-04 and 3.04E-04 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-47). <br> Occupational non-users: <br> - Developmental adverse effects: Acute inhalation MOEs 7 (central tendency and high-end) (Table 4-13). Chronic inhalation MOEs 9 (central tendency and high-end) (Table 4-34). <br> - Cancer: Inhalation: 4.13E-03 and 5.33E-03 (central tendency and high-end) (Table 4-47). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (inhalation exposure): High. |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk considerations: EPA utilized OSHA data for two facilities. However, due to the low number of available data points, the assessed exposure may not be representative of the full range of cold cleaning exposure scenarios. Additionally, a cold cleaning model was used to confirm the risk estimates based on emission factors derived using VOC data; however, it is not known if such emision factors are representative of 1-BP emissions. For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-49). While risk estimates for other pathways of occupational exposure for this condition of use (such as acute and chronic inhalation and chronic dermal exposures) indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-13Table 4-13, Table 4-334-34 and Table 4-53). Estimated exposed population: There is no information to determine the number of workers and occupational non-users potentially exposed to 1-BP during cold cleaning. Based on literature search to date, EPA does not know how many facilities currently use 1-BP in cold cleaning. It is possible that some degreasing facilities utilizing batch vapor degreasers also use 1-BP as a cold cleaning solvent. |
| Industrial/ commercial use | Solvent (for cleaning or degreasing) | Aerosol spray degreaser/ cleaner | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of 1-BP as a solvent for degreasing in the form of aerosol spray degreaser or cleaner: - Presents an unreasonable risk of injury to health (workers and occupational non-users). - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). Unreasonable risk driver: Workers: - Developmental adverse effects resulting from acute and chronic inhalation exposures. - Cancer resulting from chronic inhalation exposures. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Occupational non-users: <br> - Developmental adverse effects resulting from acute and chronic inhalation exposures. <br> - Cancer resulting from chronic inhalation exposures. <br> <u>Benchmarks</u>: Workers and occupational non-users: <br> - Developmental adverse effects: MOE 100. <br> - Cancer: $10^{-4}$. <br> Risk estimates: <br> Workers: <br> - Developmental adverse effects: Acute inhalation MOEs 133 and 38 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-17). Chronic inhalation MOEs 188 and 53 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-38). <br> - Cancer: Inhalation: 2.E-04 and 7.24E-04 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-47). <br> Occupational non-users: <br> - Developmental adverse effects: Acute inhalation MOEs 155 and 18 (central tendency and high-end) (Table 4-17). Chronic inhalation MOEs 218 and 26 (central tendency and high-end) (Table 4-38). <br> - Cancer: Inhalation: 1.60E-04 and 1.44E-03 (central tendency and high-end) (Table 4-47). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (inhalation exposure): High. <br> <u>Risk considerations</u>: EPA considered two studies with monitoring data. In addition, EPA modeled workers and occupational non-users exposures to 1-BP during brake servicing as a representative exposure scenario. <br> For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-52).Table 4-52). And, while cancer risk estimates from chronic dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-53). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Estimated exposed population: 2,465 to 12,329 workers and occupational non-users. This is based on 2002 market data; it is unclear whether the number of establishments using 1-BP-based aerosol solvents has changed substantially since 2002. |
| Industrial/ commercial use | Adhesives and sealants | Adhesive chemicals – spray adhesive for foam cushion manufacturing and other uses | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of 1-BP as an adhesive and sealant, including the spray adhesive for foam cushion manufacturing:<br>-  Presents an unreasonable risk of injury to health (workers and occupational non-users).<br>-  Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms).<br>Unreasonable risk driver:<br>Workers (for sprayer and non-sprayer):<br>- Developmental adverse effects resulting from acute and chronic inhalation exposures.<br>- Cancer resulting from chronic inhalation exposure.<br>Occupational non-users:<br>- Developmental adverse effects resulting from acute and chronic inhalation exposures.<br>- Cancer resulting from chronic inhalation exposures.<br>Benchmarks: Workers and occupational non-users:<br>- Developmental adverse effects: MOE 100.<br>- Cancer: $10^{-4}$.<br>Risk estimates:<br>Workers (for sprayer and non-sprayer):<br>- Developmental adverse effects: Acute inhalation MOEs 48 and 20 (central tendency and high-end, for sprayer) and 47 and 29 (central tendency and high-end, for non-sprayer) with expected workplace engineering controls and respiratory protection (APF=50) (Table 4-24). Chronic inhalation MOEs 67 and 29 (central tendency and high-end, for sprayer) and 67 and 42 (central tendency and high-end, non-sprayer) with expected workplace engineering controls and respiratory protection (APF=50) (Table 4-40). |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | - Cancer: Inhalation: 6.E-04 and 1.72E-03 (central tendency and high-end, for sprayer) and 6.E-04 and 1.18E-03 (central tendency and high-end, for non-sprayer), with expected workplace engineering controls and respiratory protection (APF=50) (Table 4-47).<br>Occupational non-users:<br>- Developmental adverse effects: Acute inhalation MOEs 9 and 3 (central tendency and high-end) with expected workplace engineering controls (Table 4-24). Chronic inhalation MOEs 12 and 4 (central tendency and high-end) with expected workplace engineering controls (Table 4-40).<br>- Cancer: Inhalation: 3.18E-03 and 1.12E-02 (central tendency and high-end) with expected workplace engineering controls (Table 4-47).<br>Systematic Review confidence rating (hazard): High.<br>Systematic Review confidence rating (inhalation exposure): High.<br><u>Risk considerations</u>: Monitoring data for this condition of use were identified in several sources, including journal articles, NIOSH HHEs, and OSHA CEHD database.<br>For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-50).Table 4-50). And, while cancer risk estimates from chronic dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-53).<br><u>Estimated exposed population</u>: 551 to 1,543 workers, and 952 to 2,666 occupational non-users, for a total maximum of 4,209 individuals. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Industrial/ commercial use | Cleaning and furniture care products | Dry cleaning solvent | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of 1-BP as a cleaning and furniture care product in the form of dry-cleaning solvent: <br> - Presents an unreasonable risk of injury to health (workers and occupational non-users). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Unreasonable risk driver: <br> Workers (for spot cleaner and machine and finish): <br> - Developmental adverse effects resulting from acute and chronic inhalation exposures. <br> - Cancer resulting from chronic inhalation exposures. <br> Occupational non-users: <br> - Developmental adverse effects resulting from acute and chronic inhalation exposures. <br> - Cancer resulting from chronic inhalation exposures. <br> Benchmarks: <br> - Developmental adverse effects: MOE 100. <br><br> - Cancer: $10^{-4}$. <br> Risk estimates: <br> Workers (for spot cleaner and machine and finish): <br> - Developmental adverse effects: Acute inhalation MOEs 5 and 2 (central tendency and high-end, for spot cleaner and machine and finish,) when using 4th generation machines (Table 4-20). Chronic inhalation MOEs 7 and 3 (central tendency and high-end, for spot cleaner and machine and finish,) when using 4th generation machines (Table 4-43). <br> - Cancer: Inhalation: 1.28E-03 and 3.29E-03 (central tendency and high-end, for spot cleaner) and 1.26E-03 and 3.74E-03 (central tendency and high-end, for machine and finish), when using 4th (Table 4-47). <br> Occupational non-users: <br> - Developmental adverse effects: Acute inhalation MOEs 9 and 3 (central tendency and high-end) when using 4th generation machines (Table 4-20). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Chronic inhalation MOEs 12 and 4 (central tendency and high-end) when using 4th generation machines (Table 4-43). <br> - Cancer: Inhalation: 6.94E-04 and 2.39E-03 (central tendency and high-end) when using 4th generation machines (Table 4-47). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (inhalation exposure): High. <br> <u>Risk considerations</u>: EPA considered two studies of dry-cleaning establishments in New Jersey. <br> Modeling allowed EPA to estimate exposures for multiple workers within the dry-cleaning facility, including workers performing different tasks and to account for the use of 4th generation dry cleaning machines. Monitoring data for this condition of use were identified in several sources, including journal articles and NIOSH HHEs. <br> For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-51).Table 4-51). And, while cancer risk estimates from chronic dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-53). <br> <u>Estimated exposed population</u>: 92 workers and occupational non-users. |
| Industrial/ commercial use | Cleaning and furniture care products | Spot cleaner, stain remover | Section 6(b)(4)(A) unreasonable risk determination for industrial and commercial use of 1-BP as a cleaning and furniture care product in the form of spot cleaner and stain remover: <br> - Presents an unreasonable risk of injury to health (workers and occupational non-users). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Unreasonable risk driver: <br> Workers: <br> - Developmental adverse effects resulting from acute and chronic inhalation exposures. <br> - Cancer resulting from chronic inhalation exposures. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Occupational non-users: <br> - Developmental adverse effects resulting from acute and chronic inhalation exposures. <br> - Cancer resulting from chronic inhalation exposures. <br> Benchmarks: Workers and occupational non-users: <br> - Developmental adverse effects: MOE 100. <br> - Cancer: $10^{-4}$. <br> Risk estimates: <br> Workers: <br> - Developmental adverse effects: Acute inhalation MOEs 19 and 4 (central tendency and high-end) (Table 4-21). Chronic inhalation MOEs 27 and 5 (central tendency and high-end) (Table 4-44). <br> - Cancer: Inhalation: 1.43E-03 and 9.69E-03 (central tendency and high-end) (Table 4-47). <br> Occupational non-users: <br> - Developmental adverse effects: Acute inhalation MOEs 10 and 4 (modeled central tendency and high-end) (Table 4-22). Chronic inhalation MOEs 62 and 22 (modeled central tendency and high-end) (Table 4-45). <br> - Cancer: Inhalation: 5.82E-04 and 1.78E-03 (modeled central tendency and high-end) (Table 4-47). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (inhalation exposure): High. <br> Risk considerations: EPA utilized monitoring data from OSHA for three facilities where spot cleaning is performed. EPA also developed a spot cleaning model. <br> For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-51).Table 4-51). And, while cancer risk estimates from chronic dermal exposures indicate risk relative in the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-53). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Estimated exposed population: 92 workers and occupational non-users are exposed to 1-BP in dry cleaning, which includes estimates of individuals exposed during spot cleaning and stain removing. |
| Industrial/ commercial use | Cleaning and furniture care products | Liquid cleaner (e.g., coin and scissor cleaner) | Section 6(b)(4)(A) unreasonable risk determinations for industrial and commercial use of 1-BP as a cleaning and furniture care product in the form of liquid cleaner (e.g., coin and scissor cleaner) and liquid spray or aerosol cleaner, as well as other industrial and commercial uses (arts, crafts and hobby materials – adhesive accelerant; automotive care products – engine degreaser, brake cleaner; anti-adhesive agents – mold cleaning and release product; building/construction materials not covered elsewhere – insulation; electronic and electronic products and metal products; functional fluids (closed systems)-refrigerant; functional fluids (open system) - cutting oils; asphalt extraction; laboratory chemicals; temperature indicator – coatings): <br>- Presents an unreasonable risk of injury to health (workers and occupational non-users). <br>- Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br>Unreasonable risk driver: <br>Workers: <br>- Developmental adverse effects resulting from acute and chronic inhalation exposures. <br>- Cancer resulting from chronic inhalation exposures. <br>Occupational non-users: <br>- Developmental adverse effects resulting from acute and chronic inhalation exposures. <br>- Cancer resulting from chronic inhalation exposures. <br>Benchmarks: Workers and occupational non-users: <br>- Developmental adverse effects: MOE 100. <br>- Cancer: $10^{-4}$. |
| | | Liquid spray/aerosol cleaner | |
| | Other uses | Arts, crafts and hobby materials - adhesive accelerant | |
| | | Automotive care products – engine degreaser, brake cleaner | |
| | | Anti-adhesive agents – mold cleaning and release product | |
| | | Building/constr uction materials not covered elsewhere – insulation | |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | Electronic and electronic products and metal products | Risk estimates: <br> Workers: <br> - Developmental adverse effects: Acute inhalation MOEs 133 and 38 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-17). Chronic inhalation MOEs 188 and 53 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-38). <br> - Cancer: Inhalation: 2.E-04 and 7.24E-04 (central tendency and high-end) with respiratory protection (APF=50) (Table 4-47). <br> Occupational non-users: <br> - Developmental adverse effects: Acute inhalation MOEs 155 and 18 (central tendency and high-end) (Table 4-17). Chronic inhalation MOEs 218 and 26 (central tendency and high-end) (Table 4-38). <br> - Cancer: Inhalation: 1.60E-04 and 1.44E-03 (central tendency and high-end) (Table 4-47). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (inhalation exposure): High. <br> Risk considerations: Based on products identified in EPA's preliminary data gathering and information received in public comments, a variety of other aerosol and non-aerosol uses may exist for 1-BP. EPA expects the majority of these conditions of use to be niche uses. EPA has not identified exposure data associated with these conditions of use. The worker activity, use pattern, and associated exposure will vary for each condition of use. For conditions of use where 1-BP is used in an aerosol application, the exposure levels may be as high as those presented for aerosol spray degreaser and cleaner. Actual exposure levels for each condition of use will likely vary depending on the use volume, engineering control, and PPE. <br> For aerosol spray degreaser and cleaner, EPA considered two studies with monitoring data. In addition, EPA modeled worker exposure to 1-BP during brake servicing as a representative exposure scenario to include occupational non-users. <br> For workers, non-cancer MOEs from acute and chronic dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table |
| | | Functional fluids (closed systems) – refrigerant | |
| | | Functional fluids (open system) – cutting oils | |
| | | Other – asphalt extraction | |
| | | Other – laboratory chemicals | |
| | | Temperature indicator – coatings | |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | 4-52Table 4-52)Table 4-49. And, while cancer risk estimates from chronic dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-53). <u>Estimated exposed population</u>: EPA has not identified information on the number of potentially exposed workers associated with this condition of use. |
| Consumer use | Solvent (for cleaning or degreasing) | Aerosol spray degreaser/ cleaner | Section 6(b)(4)(A) unreasonable risk determination for consumer use of 1-BP as a solvent (for cleaning or degreasing) in the form of aerosol spray degreaser or cleaner: <br> - Presents an unreasonable risk of injury to health (consumers and bystanders). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Unreasonable risk driver: <br> Consumers: Developmental adverse effects resulting from acute inhalation and dermal exposures. <br> Bystanders: Developmental adverse effects resulting from acute inhalation exposures <br> <u>Benchmark</u>: Consumers and bystanders: Developmental adverse effects MOE 100. <br> Risk estimate: <br> Consumers: Developmental adverse effects: Acute inhalation MOE 0.3 (moderate intensity use) (general cleaner/degreaser) (Table 4-26). Acute dermal MOE 3 (adult, moderate intensity use) (Table 4-54Table 4-54). <br> Bystanders: Developmental adverse effects: Acute inhalation MOE 1 (moderate intensity use) (general cleaner/degreaser) (Table 4-26). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (exposure): High to high-medium. <br> <u>Risk considerations</u>: Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. Estimated exposed population: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Consumer use | Cleaning and furniture care products | Spot cleaner, stain remover | Section 6(b)(4)(A) unreasonable risk determination for consumer use of 1-BP as a cleaning and furniture care product in the form of spot cleaner or stain remover: <br> - Presents an unreasonable risk of injury to health (consumers and bystanders). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Unreasonable risk driver: Consumers and bystanders: Developmental adverse effects resulting from acute inhalation exposures. <br> Benchmark: Consumers and bystanders: Developmental adverse effects MOE 100. <br> Risk estimates: <br> Consumers: Developmental adverse effects: Acute inhalation MOE 2 (moderate intensity use) (Table 4-26). <br> Bystanders: Developmental adverse effects: Acute inhalation MOE 9 (moderate intensity use) (Table 4-26). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (exposure): High to high-medium. <br> Risk considerations: Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. <u>Estimated exposed population</u>: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Consumer use | Cleaning and furniture care products | Liquid cleaner (e.g., coin and scissor cleaner) | Section 6(b)(4)(A) unreasonable risk determinations for consumer use of 1-BP as a cleaning and furniture care product in the form of liquid cleaner (e.g., coin and scissor cleaner): <br> -  Presents an unreasonable risk of injury to health (consumers and bystanders). <br> -  Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Unreasonable risk driver: <br> Consumers: Developmental adverse effects resulting from acute inhalation and dermal exposures. <br> Bystanders: Developmental adverse effects resulting from acute inhalation exposures. <br> <u>Benchmark</u>: Consumers and bystanders: Developmental adverse effects MOE 100. <br> Risk estimate: <br> Consumers: Developmental adverse effects: Acute inhalation MOE 2 (moderate intensity use) (Table 4-26). Acute dermal MOE 8 (adult, moderate intensity) (Table 4-54Table 4-54) <br> Bystanders: Developmental adverse effects: Acute inhalation MOE 10 (moderate intensity use) (Table 4-26). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (exposure): High to high-medium. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk considerations: Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. Estimated exposed population: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Consumer use | Cleaning and furniture care products | Liquid spray/aerosol cleaner | Section 6(b)(4)(A) unreasonable risk determinations for consumer use of 1-BP as a cleaning and furniture care product in the form of liquid spray or aerosol cleaner: - Presents an unreasonable risk of injury to health (consumers and bystanders). - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). Unreasonable risk driver: Consumers and bystanders: Developmental adverse effects resulting from acute inhalation exposures. Benchmark: Consumers and bystanders: Developmental adverse effects MOE 100. Risk estimates: Consumers: Developmental adverse effects: Acute inhalation MOE 0.4 (moderate intensity use) (general spray cleaner) (Table 4-26). Bystanders: Developmental adverse effects: Acute inhalation MOE 2 (moderate intensity use) (general spray cleaner) (Table 4-26). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): High to high-medium. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk considerations: Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. Estimated exposed population: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Consumer use | Other uses | Arts, crafts and hobby materials - adhesive accelerant | Section 6(b)(4)(A) unreasonable risk determination for consumer use of 1-BP as arts, crafts and hobby materials in the form of adhesive accelerant: <br> - Presents an unreasonable risk of injury to health (consumers and bystanders). <br> - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Unreasonable risk driver: Consumers and bystanders : Developmental adverse effects resulting from acute inhalation exposures. <br> Benchmark: Consumers and bystanders: Developmental adverse effects MOE 100. <br> Risk estimates: <br> Consumers: Developmental adverse effects: Acute inhalation MOE 5 (moderate intensity use) (Table 4-26). <br> Bystanders: Developmental adverse effects: Acute inhalation MOE 28.00 (moderate intensity use) (Table 4-26). <br> Systematic Review confidence rating (hazard): High. <br> Systematic Review confidence rating (exposure): High to high-medium. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk considerations: Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. Estimated exposed population: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Consumer use | Other uses | Automotive care products – refrigerant flush | Section 6(b)(4)(A) unreasonable risk determination for consumer use of 1-BP as automotive care products in the form of refrigerant flush: - Presents an unreasonable risk of injury to health (consumers and bystanders). - Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). Unreasonable risk driver: Consumers: Developmental adverse effects resulting from acute inhalation and dermal exposures. Bystanders: Developmental adverse effects resulting from acute inhalation exposures. Benchmark: Consumers and bystanders: Developmental adverse effects MOE 100. Risk estimates: Consumers: Developmental adverse effects: Acute inhalation MOE 4 (moderate intensity use) (Table 4-26). Acute dermal MOE 0.1 (adult, moderate intensity use) (Table 4-54Table 4-54). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Bystanders: Developmental adverse effects: Acute inhalation MOE 19 (moderate intensity use) (Table 4-26). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): High to high-medium. Risk considerations:  Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. Estimated exposed population: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Consumer use | Other uses | Anti-adhesive agents - mold cleaning and release product | Section 6(b)(4)(A) unreasonable risk determinations for consumer use of 1-BP as anti-adhesive agents in the form of mold cleaning and release product: - Presents an unreasonable risk of injury to health (consumers and   bystanders). - Does not present an unreasonable risk of injury to the environment (aquatic,   sediment dwelling and terrestrial organisms). Unreasonable risk driver: Consumers and bystanders: Developmental adverse effects resulting from acute inhalation exposures. Benchmark: Consumers and bystanders: Developmental adverse effects MOE 100. Risk estimates: Consumers: Developmental adverse effects: Acute inhalation MOE 4 (moderate intensity use) (Table 4-26). |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Bystanders: Developmental adverse effects: Acute inhalation MOE 22 (moderate intensity use) (Table 4-26). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): High to high-medium. <u>Risk considerations</u>: Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. <u>Estimated exposed population</u>: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Consumer use | Other uses | Building/construction materials not covered elsewhere - insulation | Section 6(b)(4)(A) unreasonable risk determination for consumer use of 1-BP as building/construction materials not covered elsewhere in the form of insulation: - Does not present an unreasonable risk of injury to health (consumers or bystanders) or to the environment (aquatic, sediment dwelling and terrestrial organisms). <u>Exposure scenario with highest risk estimate</u>: Consumers: Developmental adverse effects resulting from acute inhalation exposures. <u>Benchmark</u>: Developmental adverse effects MOE 100. <u>Risk estimate</u>: Developmental adverse effects: Acute inhalation MOE 277 (crawlspace) (Table 4-26). Systematic Review confidence rating (hazard): High. Systematic Review confidence rating (exposure): High to high-medium. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk considerations: Modeling was used to evaluate consumer exposure resulting from the use of consumer products containing 1-BP. Inputs for this modeling approach relied on default values (based on experimental data) within the models used, survey information, and various assumptions. As with any approach to risk evaluations, there are uncertainties associated with the assumptions, data used, and approaches used, including: the consumer products identified in 2016 and 2017, the national survey information related to use of household products contained solvents compiled in 1987, the weight fractions identified for consumer products based on SDSs, the physical chemical properties of 1-BP used in the models, and the volumes and air exchange rates values used from U.S. EPA's Exposure Factors Handbook. Estimated exposed population: There is some general uncertainty regarding the nature and extent of the consumer use of 1-BP for the products within the scope of this evaluation. |
| Disposal | Disposal | Municipal waste incinerator  Off-site waste transfer | Section 6(b)(4)(A) unreasonable risk determination for the disposal of 1-BP: <br> -  Does not present an unreasonable risk of injury to health (workers and occupational non-users). <br> -  Does not present an unreasonable risk of injury to the environment (aquatic, sediment dwelling and terrestrial organisms). <br> Exposure scenario with highest risk estimate: Workers: Cancer resulting from chronic dermal exposure. <br> Benchmark: Cancer: $10^{-4}$. <br> Risk estimate: Workers: Cancer: Dermal: 1.38E-04 for workers using no PPE (Table 4-53). Note: There is no unreasonable risk when PPE (gloves APF=5) are used. <br> Systematic Review confidence rating (health hazard): High. <br> Systematic Review confidence rating (health dermal exposure): Medium. <br> Risk estimates derived using the EPA Dermal Exposure to Volatile Liquids model. <br> Risk considerations:  non-cancer MOEs from acute and chronic inhalation and dermal exposures were greater than the MOE benchmark indicating no unreasonable risk (Table 4-25Table 4-25, Table 4-46Table 4-46, and Table |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | 4-48). And, while cancer risk estimates from chronic inhalation and dermal exposures indicate risk relative to the Agency's risk benchmarks in the absence of PPE, risk estimates for these scenarios do not indicate risk relative to those benchmarks when expected use of PPE was considered (Table 4-47 and Table 4-53). For occupational non-users, exposures were expected to be negligible (Table 4-25Table 4-25 and Table 4-46Table 4-46). <u>Estimated exposed population</u>: over 49 workers and 18 occupational non-users. |

[1] EPA expects there is compliance with federal and state laws, such as worker protection standards, unless case-specific facts indicate otherwise, and therefore existing OSHA regulations for worker protection and hazard communication will result in use of appropriate PPE consistent with the applicable SDSs in a manner adequate to protect them.

# Exhibit 9

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



**United States
Environmental Protection Agency**

**EPA Document# EPA-740-R1-8007
June 2019
Office of Chemical Safety and Pollution Prevention**

# Draft Risk Evaluation for
# 1,4-Dioxane

# CASRN: 123-91-1



*June 2019*

acute PODs for inhalation and dermal exposures based on acute liver toxicity observed in rats (Mattie et al., 2012). The chronic POD for inhalation exposures are based on effects on nasal tissue in rats (Kasai et al., 2009). EPA provided chronic PODs for dermal exposure that extrapolated from effects on liver following exposure through inhalation (Mattie et al., 2012) and exposure through drinking water (Kano et al., 2009; NCI, 1978; Kociba et al., 1974). EPA also considered the current evidence for two potential modes of action that would support either a threshold approach or a linear non-threshold approach for estimating cancer risk. The risk evaluation ultimately calculated cancer risk with a linear model using cancer slope factors based on evidence of increased risk of cancer in rats exposed to 1,4-dioxane through air or drinking water (Kano et al., 2009; Kasai et al., 2009). The results of these analyses are described in section 4.2.

Uncertainties: 1,4-Dioxane is a multi-site carcinogen and may have more than one MOA. There was a high degree of uncertainty in each of the MOA hypotheses considered in this evaluation (e.g., mutagenic mode of action or threshold response to cytotoxicity and regenerative hyperplasia for liver tumors). Chronic non-cancer risk estimates from inhalation exposures were based on portal of entry effects in the respiratory tract. These effects are relevant to inhalation exposures and are more sensitive than the observed systemic effects.

Dermal extrapolation and dermal absorption were also sources of uncertainty in the dermal risk assessment for both dermal cancer and noncancer estimates of risk. Inhalation to dermal and oral to dermal route-to-route extrapolations were compared for relevance to dermal exposures. Metabolism occurs in both oral and dermal routes and portal of entry effects from inhalation are not as relevant to dermal exposures.

### Risk Characterization

For environmental risk, EPA estimated risks based on a qualitative assessment of the physical-chemical properties and fate of 1,4-dioxane in the environment for sediment and land-applied biosolids, and a quantitative comparison of hazards and exposures for aquatic organisms. EPA utilized a risk quotient (RQ) to compare the environmental concentration to the effect level to characterize the risk to aquatic organisms. Table 5-2 in this draft risk evaluation summarizes the RQs for acute and chronic risks of 1,4-dioxane for aquatic organisms. EPA included a qualitative assessment describing 1,4-dioxane exposure in sediments and land-applied biosolids.1,4-Dioxane is not expected to accumulate in sediments and is expected to be mobile in soil and to migrate to water or volatilize to air. The results of the risk characterization are in section 5.1.

EPA used a Margin of Exposure (MOE) approach to identify potential non-cancer human health risks and allow for a range of risk estimates. EPA estimated potential inhalation cancer risk from chronic exposures to 1,4-dioxane by using a range of inhalation unit risk values multiplied by the chronic exposure to workers and ONUs for each COU. For dermal cancer risk, EPA used the cancer slope factor multiplied by the chronic exposure to workers and ONUs for each COU. In section 5.2, EPA presents 8 tables which describe risk estimates: for acute/short-term and chronic exposures via inhalation (non-cancer) to workers and ONUs; chronic exposures via inhalation (cancer) to workers and ONUs; and acute and chronic dermal exposure (non-cancer) and chronic dermal exposure (cancer) to workers. The results of these analyses are presented in section 5.2.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

*Potentially Exposed Susceptible Subpopulations*

TSCA § 6(b)(4) requires that EPA conduct a risk evaluation to "*determine whether a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of cost or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified as relevant to the risk evaluation by the Administrator, under the conditions of use.*" TSCA § 3(12) states that "*the term 'potentially exposed or susceptible subpopulation' means a group of individuals within the general population identified by the Administrator who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly*."

In developing the risk evaluation, the EPA analyzed the reasonably available information to ascertain whether some human receptor groups may have greater exposure or greater susceptibility than the general population to the hazard posed by a chemical. The results of the available human health data for all routes of exposure evaluated (i.e., dermal and inhalation) indicate that there is no evidence of increased susceptibility for any single group relative to the general population. For consideration of the most highly exposed groups, EPA considered 1,4-dioxane exposures to be higher amongst workers and ONUs using 1,4-dioxane as compared to the general population.

*Risk Determination*

In each risk evaluation under TSCA section 6(b), EPA determines whether a chemical substance presents an unreasonable risk of injury to health or the environment, under the conditions of use. In making this determination, EPA considered relevant risk-related factors, including, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use (including cancer and non-cancer risks); the effects of the chemical substance on the environment and environmental exposure under the conditions of use; the population exposed (including any potentially exposed or susceptible subpopulations); the severity of hazard (including the nature of the hazard, the irreversibility of the hazard); and the uncertainties. EPA considered the confidence in the data used in the risk estimates and whether estimates might be overestimates or underestimates of risk. The rationale for the risk determination is located in section 6.2.

Environmental Risks: For all conditions of use, EPA did not identify any exceedances of benchmarks to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. Because the RQ values do not exceed 1, and because EPA used a conservative screening level approach, these values indicate there are no risks of 1,4-dioxane to the aquatic pathways. As a result, EPA does not find unreasonable risks to the environment for any of the conditions of use for 1,4-dioxane.

Occupational Non-Users (ONUs): For all conditions of use, inhalation exposure scenarios for occupational non-users resulted in calculated MOEs and cancer risk levels that did not indicate risk relative to the respective benchmarks. As a result, EPA does not find unreasonable risks to the health of occupational non-users from the conditions of use for 1,4-dioxane.

Workers: For the following conditions of use: manufacturing (domestic), processing, industrial use - (intermediates, processing aids, laboratory chemicals, adhesives and sealants, professional film cement,

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

printing and printing compositions), and disposal, EPA assessed inhalation and/or dermal exposure scenarios that resulted in MOEs and/or cancer risk estimates that indicate risks relevant to the respective benchmarks. EPA considered those risk estimates; confidence in the data used in the risk estimates and uncertainties associated with the risk estimates; and relevant risk-related factors described above and has preliminarily concluded that the aforementioned conditions of use present an unreasonable risk of injury to health, as set forth in the risk determination section of this draft risk evaluation. This draft document's preliminarily determination of unreasonable risk does not mean that this is EPA's final conclusion.  EPA will consider further input through scientific and public review.

For the following conditions of use: manufacturing (import), processing (repackaging), distribution, and industrial use (functional fluids in open and closed systems, spray polyurethane foam, dry film lubricant), EPA assessed inhalation and/or dermal exposure scenarios that resulted in MOEs and/or cancer risk estimates that do not indicate risk relevant to the respective benchmarks. As a result, EPA finds that the aforementioned conditions of use do not present an unreasonable risk of injury to health.

# 2   INTRODUCTION

This document presents for comment the draft risk evaluation for 1,4-dioxane under the Frank R. Lautenberg Chemical Safety for the 21st Century Act. The Frank R. Lautenberg Chemical Safety for the 21st Century Act amended the Toxic Substances Control Act, the Nation's primary chemicals management law, in June 2016.

The Agency published the Scope of the Risk Evaluation for 1,4-dioxane (U.S. EPA, 2017d) in June 2017, and the problem formulation in June, 2018 (U.S. EPA, 2018c), which represented the analytical phase of risk evaluation in which "*the purpose for the assessment is articulated, the problem is defined, and a plan for analyzing and characterizing risk is determined*" as described in  Section 2.2 of the *Framework for Human Health Risk Assessment to Inform Decision Making*. The EPA received comments on the published problem formulation for 1,4-dioxane and has considered the comments specific to 1,4-dioxane, as well as more general comments regarding the EPA's chemical risk evaluation approach for developing the draft risk evaluations for the first 10 chemicals the EPA is evaluating.

The problem formulation identified the conditions of use and presented two conceptual models and an analysis plan. In this risk evaluation, EPA evaluated the risk to workers from inhalation and dermal exposures by comparing the estimated occupational exposures to acute and chronic human health hazards. While 1,4-dioxane is present in various environmental media such as groundwater, surface water, and air, EPA determined during problem formulation that no further analysis of the environmental release pathways for ambient water exposure to aquatic organisms, sediments, and land-applied biosolids needed to be conducted based on a qualitative assessment of the physical chemical properties and fate of 1,4-dioxane in the environment and a quantitative comparison of hazards and exposures for aquatic organisms. Risk determinations were not made as part of problem formulation; therefore, the results from these analyses are presented in this risk evaluation and used to inform the risk determination section of this draft risk evaluation.

EPA used reasonably available information consistent with best available science for physical and chemical properties, environmental fate properties, occupational exposure, environmental hazard, and human health hazard studies according to the systematic review process. For human exposure pathways,

#### 4.2.6.2.1  Acute/Short-term POD for Inhalation Exposures

EPA identified Mattie et al. (2012) as the highest quality study and most relevant for use in deriving an acute inhalation point of departure (POD). Mattie et al. (2012) reported a LOAEC of 100 ppm (360 mg/m$^3$) for liver effects in male/female rats exposed to 1,4-dioxane for 6-hour/day for 5 days/week for 2 weeks. EPA assumed that the selection of this endpoint for dose-response analysis and risk characterization would be protective of potential acute/short-term effects to the nasal cavity, lungs, and brain, based on the lower concentration at which liver effects were reported by Mattie et al. (2012). EPA applied a duration adjustment to the LOAEC to normalize the concentration from the exposure conditions used by Mattie et al. (2012) to that of workers (i.e., 8 hours/day, 5 days/week). The duration adjusted POD (POD$_{ADJ}$) was calculated as follows:

$$POD_{ADJ} = POD \times \frac{6\,hours}{8\,hours}$$

Where,

POD$_{ADJ}$ = the duration adjusted LOAEC$_{ADJ}$

POD = the LOAEC

Following EPA's *Methods for Derivation of Inhalation Reference Concentrations and Application of Inhalation Dosimetry* (U.S. EPA, 1994), EPA converted the POD$_{ADJ}$ value of 75 ppm (270 mg/m$^3$) to a human equivalent concentration (POD$_{HEC}$) using the regional gas dose ratio (RGDR) approach for extrarespiratory effects by calculating a dosimetric adjustment factor (DAF), which is based on the ratio between the animal and human blood:air partition coefficients, as shown below:

$$DAF = \frac{(Hb/g)A}{(Hb/g)H}$$

where:

(Hb/g)A = the animal blood:air partition coefficient, and

(Hb/g)H = the human blood:air partition coefficient

Sweeney et al. (2008) measured the blood:air partition coefficients in rats (i.e., (Hb/g)A = 1861) and humans (i.e., (Hb/g)A = 1666). The resulting DAF equates to 1.117; however, when the DAF is greater than 1, EPA applies a default value of 1 (U.S. EPA, 1994) (see Table 4-8).

The resulting acute inhalation POD$_{HEC}$ is 75 ppm (270 mg/m$^3$) and was considered protective of liver effects from short-term worker exposures.

EPA applied a composite uncertainty factor (UF) of 300 for the acute inhalation benchmark MOE for short-term/acute effects, based on the following considerations:
- An interspecies uncertainty/variability factor of 3 (UF$_A$) was applied for animal-to-human extrapolation to account for toxicodynamic differences between species. This uncertainty

previously stated, an RQ below 1, indicates that the exposure concentrations of 1,4-dioxane are less than the concentrations that would cause an effect to organisms in the aquatic pathways.

**Table 5-2. Calculated Risk Quotients (RQs) for 1,4-Dioxane**

|  | Concentrations of Concern (CoC) | Maximum Concentration | RQ |
|---|---|---|---|
| Acute Risk Scenario | 247,200 µg/L | 11,500 µg/L | 0.046 |
| Chronic Risk Scenario | 14,500 µg/L | 5,762 µg/L | 0.397 |

For environmental release pathways, EPA quantitatively evaluated surface water exposure to aquatic vertebrates, invertebrates and aquatic plants and included a qualitative assessment of risks to sediment organisms and exposure to 1,4-dioxane in land-applied biosolids.

1,4-Dioxane is expected to be present in the aqueous fraction of biosolids and the pore water within soil and sediment due to its water solubility (> 800 g/L) and low partitioning to organic matter (log $K_{OC}$ = 0.4). Biosolids produced by wastewater treatment plants (WWTP) may contain 1,4-dioxane and aquatic organisms may be exposed to 1,4-dioxane via runoff when biosolids are applied to land. Although 1,4-dioxane is expected in biosolids, the mass of 1,4-dioxane in biosolids are expected to be low compared to effluent water (<2% of influent 1,4-dioxane in biosolids versus ~97>95% of influent 1,4-dioxane in effluent water) due to the water solubility, partitioning coefficient and volatility of 1,4-dioxane. When 1,4-dioxane is released in the environment, including with land-applied biosolids, it is expected to be mobile in soil and to migrate to surface waters and groundwater or volatilize to air. 1,4-Dioxane is expected to volatilize readily from dry soil and surfaces due to its vapor pressure (40 mm Hg). 1,4-Dioxane has demonstrated low toxicity to aquatic organisms (acute COC >247 mg/L, chronic COC >14 mg/L), and overall the exposures to surface water from biosolids are estimated to be low. Therefore, there would be no additional expected risk to aquatic organisms from biosolids.

Limited sediment monitoring data for 1,4-dioxane that are available suggest that 1,4-dioxane is present in sediments, but just as 1,4-dioxane in biosolids is expected to be in the aqueous phase, 1,4-dioxane in sediment is expected to be in the pore water rather than adsorbed to the sediment solids. 1,4-Dioxane concentrations in pore water are expected to be similar to the concentrations in the overlying water. Overall, because 1,4-dioxane is not expected to accumulate in sediments, sediment-dwelling organisms are not expected to be exposed to a greater concentration of 1,4-dioxane than aquatic organisms and sediment is not expected to be a source of 1,4-dioxane to overlying surface water.

## 5.2        Human Health Risk

### 5.2.1   Human Health Risk Estimation Approach

Development of the 1,4-dioxane hazard and dose-response assessments considered EPA, National Research Council (NRC), and European Chemicals Agency (ECHA) risk assessment guidance. Studies conducted via the inhalation and oral routes of exposure were evaluated in this assessment. The dose-response assessment used for selection of PODs for non-cancer and cancer

endpoints and the benchmark dose analyses used in the risk characterization are found in Section 4.2.6.

The use scenarios, populations of interest and toxicological endpoints that were selected for determining potential risks from acute and chronic exposures presented in Table 5-3.

**Table 5-3. Summary of Parameters for Risk Characterization**

| Populations and Toxicological Approach | Occupational Exposure Scenarios for 1,4-Dioxane Uses at Industrial or Commercial Facilities (see Section G.6) |
|---|---|
| **Population of Interest and Exposure Scenario:** | *Users:*<br>Acute- Healthy female and male adult workers (>16 years old) exposed to 1,4-dioxane for a single 8-hour exposure<br><br>Chronic- Healthy female and male adult workers (>16 years old) exposed to 1,4-dioxane for the entire 8-hour workday for 260 days per year for 40 working years |
| | *Occupational Non-User:*<br>Acute or Chronic- Healthy female and male adult workers (>16 years old) exposed to 1,4-dioxane indirectly by being in the same work area of the building |
| **Health Effects of Concern, Concentration and Time Duration** | *Acute/Short-term POD:*<br>• Short-term inhalation HEC is 75 ppm (270 mg/m$^3$)<br>• 2-Week duration of study is relevant to typical short-term worker exposures |
| | *Non-Cancer PODs:*<br>• Inhalation 8-hour HEC: 1.67 mg/m$^3$ (olfactory epithelium effects (i.e., metaplasia and atrophy) from Table 4-13)<br><br>• Dermal 8-hour HEC: 80 mg/kg-d<br>• Applied the oral 8-hour HEC: 2.56 mg/kg-d [based on NOAEL for Degeneration and necrosis of renal tubular cells and hepatocytes (Kociba et al., 1974)] adjusted for dermal absorption (3.2%) |

| Health Effects of Concern, Concentration and Time Duration (cont.) | *Cancer Health Effects*:<br>• Inhalation Unit Risk (from Table 4-9):<br> - MS-Combo portal of entry + systemic (including liver) 1.18E-6 $(\mu g/m^3)^{-1}$<br> - MS-Combo portal of entry + systemic (excluding liver) 1.0E-6 $(\mu g/m^3)^{-1}$<br><br>• Dermal cancer slope factor (from Table 4-12):[1]<br>Extrapolated from oral studies:<br> - MS-Combo, male, including liver: 6.7E-4 $(mg/kg-d)^{-1}$<br> - MS-Combo, female, including liver: 3.2E-4 $(mg/kg-d)^{-1}$<br> - MS-Combo, male, excluding liver: 4.2E-4 $(mg/kg-d)^{-1}$<br> - MS-Combo, female, excluding liver: 1.7E-4 $(mg/kg-d)^{-1}$<br>Extrapolated from inhalation studies:<br> - MS-Combo, male, including liver: 4.3E-4 $(mg/kg-d)^{-1}$<br> - MS-Combo, male, excluding liver: 3.8E-4 $(mg/kg-d)^{-1}$ |
| **Non-Cancer Margin of Exposure (MOE) Uncertainty Factors (UF)[2]** | Acute/Short-term Inhalation Benchmark MOE = 300<br>• $UF_A$ = 3; $UF_H$ = 10; $UF_L$= 10<br><br>Chronic Inhalation Benchmark MOE = 30<br>• $UF_A$ = 3; $UF_H$ = 10<br><br>Chronic Dermal Benchmark MOE = 30<br>• $UF_A$ = 3; $UF_H$ = 10 |
| **Cancer Benchmark** | *Inhalation and Dermal*:<br>• 1 in $10^{-4}$ excess cancer risk for worker populations |

[1] A route-to-route extrapolation was performed on the oral and inhalation cancer slope factors as described above in Section 4.2.6.2.
[2] $UF_A$=interspecies uncertainty/variability; $UF_H$=intraspecies uncertainty/variability; $UF_L$=LOAEL-to-NOAEL uncertainty.

EPA used a Margin of Exposure (MOE) approach to identify potential non-cancer risks. The MOE is the ratio of the non-cancer POD divided by a human exposure dose, which is then compared to a benchmark MOE. If the calculated MOE is less than the benchmark MOE, this indicates potential risk to human health, whereas if the calculated MOE is equal to or greater than the benchmark MOE, it suggests that the risks are negligible.

The acute and chronic MOE ($MOE_{acute}$ or $MOE_{chronic}$) for non-cancer inhalation and dermal risk were calculated using Equation 5-1.

**Equation 5-1 Equation to Calculate Margin of Exposure for Non-Cancer Risks Following Acute or Chronic Exposures**

$$MOE_{acute\ or\ chronic} = \frac{Non-cancer\ Hazard\ value\ (POD)}{Human\ Exposure}$$

Where:

| | |
|---|---|
| **MOE** | **= Margin of exposure (unitless)** |
| **Hazard value (POD)** | = HEC (mg/m$^3$) or HED (mg/kg-d) |
| **Human Exposure** | = Exposure estimate (in mg/m$^3$ or mg/kg-d) from occupational exposure assessment |

The Acute Exposure Concentration (AEC) was used to estimate acute/short-term inhalation risks, whereas the Average Daily Concentration/Dose (ADC)/D) was used to estimate chronic non-cancer inhalation/dermal.

EPA used MOEs[9] to estimate acute and chronic risks for non-cancer based on the following:

1. the HECs/HEDs identified for the highest quality studies within each health effects domain;
2. the endpoint/study-specific UFs applied to the HECs/HEDs per the review of the EPA Reference Dose and Reference Concentration Processes (U.S. EPA, 2002); and
3. the exposure estimates calculated for 1,4-dioxane conditions of use under the conditions of use (see EXPOSURES Section 3).

MOEs allow for the presentation of a range of risk estimates. The occupational exposure scenarios considered both acute and chronic exposures. Different adverse endpoints were used based on the expected exposure durations. For occupational exposure calculations, the 8-hour TWA was used to calculate MOEs for risk estimates for acute and chronic exposures. For acute and chronic (non-cancer) effects, potential risks for adverse effects were based on liver toxicity for both acute and chronic exposures to 1,4-dioxane.

Risk estimates were calculated for liver effects from studies that were rated under the data quality criteria as "Medium" or "High". Liver toxicity was chosen as the basis from which to estimate risks because of its human relevance, as discussed in the available acute/short-term human exposure studies under Section 4.2.3.1.

EPA estimated potential cancer risks from chronic exposures to 1,4-dioxane using probabilistic approaches, which consisted of calculating the extra cancer risk. Each of these approaches is discussed below.

Extra cancer risks for repeated exposures to 1,4-dioxane were estimated using Equation 5-2. Estimates of extra cancer risks are interpreted as the incremental probability of an individual developing cancer over a lifetime following exposure to 1,4-dioxane (i.e., incremental or extra individual lifetime cancer risk).

---

[9] Margin of Exposure (MOE) = (Non-cancer hazard value, POD) ÷ (Human Exposure).  Equation 5-1.  The benchmark MOE is used to interpret the MOEs and consists of the total UF shown in Table 5-3.

### 5.2.5   Risk Estimation for Non-Cancer Effects Following Acute/Short-term Dermal Exposures

1,4-Dioxane exposure is associated with acute effects. Based on the weight of the scientific evidence analysis of the reasonably available toxicity studies from humans and animals, the key acute/short-term exposure effect is liver toxicity (*i.e.*, single cell necrosis).

The study that serves as the basis for acute/short-term health concerns from dermal exposures is an inhalation study (Mattie et al., 2012) extrapolated to dermal exposures. Risk estimates for acute dermal exposures to 1,4-dioxane were determined for the occupational exposure scenarios. Based on the POD reported by Mattie *et al.* (2012) (*i.e.*, LOAEC = 378 mg/m$^3$), EPA calculated an acute dermal HED of 1055 mg/kg/day and an acute dermal benchmark MOE of 300.

Comparing the 8-hour acute retained dose (ARD) for the use scenarios to the acute/short-term HED for liver effects gives the calculated MOEs shown in Table 5-9. The calculated MOEs for import/repackaging, industrial use, film cement, and disposal were below the benchmark MOE for both the central tendency and high-end exposures. The calculated MOEs for manufacturing, laboratory chemicals, and dry film lubricants were below the benchmark MOE for the high-end exposures. The results are shown in Table 5-9.

**Table 5-9. Dermal Exposure Risk Estimates to Workers: for Acute/Short-term Exposures Non-Cancer; Benchmark MOE = 300**

| Condition of Use / Bin | No Gloves (PF = 1) | Protective Gloves (PF = 5) | Protective Gloves, Commercial Users (PF = 10) | Protective Gloves, Industrial Users (PF = 20) |
|---|---|---|---|---|
| Manufacturing | **48** | 240 | 480 | 960 |
| Import/Repackaging (Bottle/Drum) | **48** | 240 | 480 | 960 |
| Industrial Use | **48** | 240 | N/A | 960 |
| Functional Fluids (Open System) | 47,980 | 239,902 | N/A | 959,608 |
| Lab Chemical Use | **44** | 219 | 439 | N/A |
| Use of Printing Inks (3D) | **11** | 219 | 439 | N/A |
| Spray Foam Application | 43,860 | 219,298 | 438,596 | N/A |
| Film Cement | **88** | 439 | 877 | N/A |
| Dry Film Lubricant | **48** | 240 | N/A | 960 |
| Disposal | **48** | 240 | N/A | 960 |

**Bold**: The MOE is below the benchmark MOE

### 5.2.6   Risk Estimation for Non-Cancer Effects Following Chronic Dermal Exposures

The dermal 8-hour HEC is extrapolated from the oral 8-hour HEC of 2.56 mg/kg-d based on degeneration and necrosis of renal tubular cells and hepatocytes were calculated using route-to-route extrapolation from the oral POD (Kociba et al., 1974). The POD for hepatocellular effects of 2.56 mg/kg/day for oral exposures was extrapolated to estimate a dermally applied dose by adjusting for the differences in absorption between the oral and dermal routes. Oral absorption was estimated to be nearly complete by Young et al. (1978a, b) in a study in rats, no data are available in humans and so 100% oral absorption was used. Dermal absorption was estimated in a human *in vitro* skin assay described in Section 4.2.2 (Bronaugh, 1982) measured penetration of 1,4-dioxane through excised human skin to be 3.2% of the applied dose for occluded skin, and 0.3% for unoccluded skin. The occluded absorption value is also consistent with another unoccluded measured absorption value in monkeys *in vivo* (2-3%) (Marzulli et al., 1981). Considering the uncertainties in the oral-to-dermal extrapolation, EPA chose to use 3.2% for the dermal absorption factor. The actual absorption could be ten-fold lower based on the Bronaugh in vitro study (Bronaugh, 1982). Therefore, the applied human equivalent dose was calculated as follows: oral POD of 2.56 mg/kg/day X 100% oral absorption / 3.2% dermal absorption = 80 mg/kg/day.

The skin is a very complex and dynamic human organ composed of an outer epidermis and inner dermis with functions well beyond that of just a barrier to the external environment. Dermal absorption depends largely on the barrier function of the stratum corneum, the outermost superficial layer of the epidermis, and is modulated by factors such as skin integrity, hydration, density of hair follicles and sebaceous glands, thickness at the site of exposure assessment, physiochemical properties of the substance, chemical exposure concentration, and duration of exposure. The workplace protection factor for gloves is based on the ratio of uptake through the unprotected skin to the corresponding uptake through the hands when protective gloves are worn. Assessments using the mass loading of chemical on the skin and glove surface could be undertaken by the mass or area of skin contamination with and without gloves would indicate a reduction of mass loading or area exposure rather than protection. The exposure assessments were conducted considering vapor pressure and other physical-chemical properties. of 1,4-dioxane. Due to increased area of contact and reduced skin barrier properties, and repeated skin contact with chemicals could have even higher than expected exposure if evaporation of the carrier occurs and the concentration in contact with the skin increases. In the workplace the wearing of gloves could have important consequences for dermal uptake. If worker is handling a chemical without any gloves, a splash of the liquid or immersion of the hand in the chemical may overwhelm the skin contamination layer so that the liquid chemical essentially comprises the skin contamination layer. If the material is undiluted, then uptake could proceed rapidly as there will be a large concentration difference between the skin contamination layer and the peripheral blood supply. Conversely, if the contaminant material is in a dilute form, there will be relatively slow uptake. If the worker is wearing a glove the situation will be different. In case the chemical comes into contact with the outer glove surface, there will be no flux into the inner glove contamination layer until the chemical breaks through. The chemical could partition into the glove and then diffuse towards the inner glove surface; then it could partition into the skin contamination layer. Diffusion through the stratum corneum is dependent on the concentration.

The glove protection factor is unlikely to be constant for a glove type but could be influenced by the work situation and the duration of the exposure.

Table 5-10 outlines the non-cancer dermal risk estimates to workers for endpoints with and without gloves.

**Table 5-10. Dermal Exposure Risk Estimates to Workers: Non-Cancer; Benchmark MOE = 30**

| Condition of Use / Bin | No Gloves (PF = 1) | Protective Gloves (PF = 5) | Protective Gloves, Commercial Users (PF = 10) | Protective Gloves, Industrial Users (PF = 20) |
|---|---|---|---|---|
| Manufacturing | **3.8** | **19** | N/A | 76 |
| Import/Repackaging (Bottle/Drum) | **30/16** | 148/82 | N/A | 591/326 |
| Industrial Use | **3.8** | **19** | N/A | 76 |
| Functional Fluids (Open System) | 3784 | 18919 | N/A | 75677 |
| Lab Chemical Use | **3.5** | **17** | 35 | N/A |
| Use of Printing Inks (3D) | **3.5** | **17** | 35 | N/A |
| Spray Foam Application | 3437 | 17294 | 34589 | N/A |
| Film Cement | **6.9** | 35 | 69 | N/A |
| Dry Film Lubricant | **17** | 85 | N/A | 338 |
| Disposal | **3.8** | **19** | N/A | 76 |

**Bold**: The MOE is below the benchmark MOE

### 5.2.7   Risk Estimation for Cancer Effects Following Dermal Exposures

To estimate cancer risks from dermal exposure, EPA considered the exposure in all use scenarios for dermal exposure: manufacturing/industrial setting, functional fluids, spray foam application, and film cement. For each of the five scenarios, exposure under conditions with varying levels of PPE were used. Dermal exposure is assumed to decrease after volatilization of 1,4-dioxane from the skin. The degree of volatilization was predicted to be 22% based on the physical chemical properties of 1,4-dioxane. EPA also accounted for dermal absorption as described above in the risk estimates for chronic non-cancer effects following dermal exposures. The results of the cancer risk analysis for dermal exposures is presented in Table 5-11.

account the conditions of use, the severity of the adverse outcome, and the existence of a potentially exposed or susceptible subpopulation in determining whether the risk is unreasonable. For occupational scenarios where risks are less than benchmark for noncancer MOE for high-end exposures but not for central tendency exposures, EPA will take into account the conditions of use, the severity of the adverse outcome, and the existence of a potentially exposed or susceptible subpopulation in determining whether the risk is unreasonable. Where risks greater than the acceptable benchmarks are identified for high-end exposures, but not for central tendency exposures, and where EPA determines that a potentially exposed or susceptible subpopulation is not expected to be affected under the conditions of use, EPA may determine that while some risk exists, the risk is not unreasonable for the occupational conditions of use.

## 5.5   Aggregate and Sentinel Exposures

Section 2605(b)(4)(F)(ii) of TSCA requires the EPA, as a part of the risk evaluation, to describe whether aggregate or sentinel exposures under the conditions of use were considered and the basis for their consideration. The EPA has defined aggregate exposure as "*the combined exposures to an individual from a single chemical substance across multiple routes and across multiple pathways* (40 CFR § 702.33)." As a result of the limited nature of all routes of exposure to individuals (i.e., occupational) resulting from the conditions of use of 1,4-dioxane, a consideration of aggregate exposures of 1,4-dioxane was deemed not to be applicable for this risk evaluation. The EPA defines sentinel exposure as "*the exposure to a single chemical substance that represents the plausible upper bound of exposure relative to all other exposures within a broad category of similar or related exposures* (40 CFR § 702.33)." In terms of this risk evaluation, the EPA considered sentinel exposure the highest exposure given the details of the conditions of use and the potential exposure scenarios.

# 6   RISK DETERMINATION

## 6.1  Unreasonable Risk

### 6.1.1   Overview

In each risk evaluation under TSCA section 6(b), EPA determines whether a chemical substance presents an unreasonable risk of injury to health or the environment, under the conditions of use. The determination does not consider costs or other non-risk factors. In making this determination, EPA considers relevant risk-related factors, including, but not limited to: the effects of the chemical substance on health and human exposure to such substance under the conditions of use (including cancer and non-cancer risks); the effects of the chemical substance on the environment and environmental exposure under the conditions of use; the population exposed (including any potentially exposed or susceptible subpopulations); the severity of hazard (including the nature of the hazard, the irreversibility of the hazard); and uncertainties. EPA takes into consideration the Agency's confidence in the data used in the risk estimate. This

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

includes an evaluation of the strengths, limitations and uncertainties associated with the information used to inform the risk estimate and the risk characterization. This approach is in keeping with the Agency's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726).[10]

Under TSCA, conditions of use are defined as the circumstances, as determined by the Administrator, under which the substance is intended, known, or reasonably foreseen to be manufactured, processed, distributed in commerce, used, or disposed of. TSCA §3(4).

An unreasonable risk may be indicated when health risks under the conditions of use are greater than the risk benchmarks and where the risks affect the general population or certain potentially exposed or susceptible subpopulations (PESS), such as consumers. For other PESS, such as workers, an unreasonable risk may be indicated when health risks under the conditions of use are greater than the risk benchmarks and where risks are not adequately addressed through expected use of workplace practices and exposure controls, including engineering controls or use of personal protective equipment (PPE).  An unreasonable risk may also be indicated when environmental risks under the conditions of use are greater than ecological risk benchmarks.

Throughout TSCA risk evaluation documents, EPA uses the terms "greater than risk benchmarks" or "exceeds risk benchmarks" to indicate EPA concern for potential unreasonable risk. For non-cancer endpoints, this occurs if an MOE value is less than the benchmark MOE (e.g., MOE is .3 and benchmark MOE is 30); for cancer endpoints, this occurs if the lifetime cancer risk value is greater than 1 in 10,000 (e.g., cancer risk value is $5x10^{-2}$ which is greater than the standard range of acceptable cancer risk benchmarks of $1x10^{-4}$ to $1x10^{-6}$); for ecological endpoints, this occurs if the risk quotient (RQ) value is >1. Conversely, this risk determination uses the term "below risk benchmarks" to indicate no EPA concern for potential unreasonable risk. More details are described below.

The degree of uncertainty surrounding these indications is a factor in determining whether or not unreasonable risk is present. Where uncertainty is low and EPA has high confidence in the hazard and exposure characterizations (for example, the basis for the characterizations is measured or monitoring data or a robust model and the hazards identified for risk estimation are relevant for conditions of use), the Agency has a higher degree of confidence in its risk determination. EPA may also consider other risk factors, such as severity of endpoint, reversibility of effect, or exposure-related considerations such as magnitude or number of exposures, in determining that the risks are unreasonable under the conditions of use. Where EPA has made assumptions in the scientific evaluation, whether or not those assumptions are protective will also be a consideration. Additionally, EPA considers the central tendency and high-end scenarios when determining the unreasonable risk. High-end risk estimates (e.g. 95th percentile) are generally intended to cover the most exposed individuals or sub-populations and central tendency risk estimates are generally estimates of average or typical exposure.

---

[10] This risk determination is being issued under TSCA section 6(b) and the terms used, such as unreasonable risk, and the considerations discussed are specific to TSCA. Other statutes have different authorities and mandates and may involve risk considerations other than those discussed here.

Conversely, EPA may make a no unreasonable risk determination for conditions of use where the substance's hazard and exposure potential, or where the risk-related factors described previously, lead EPA to determine that the risks are not unreasonable.

## 6.1.2    Risks to Human Health

### 6.1.2.1    Determining Non-Cancer Risks

Margins of exposure (MOEs) are used in EPA's risk evaluations as a starting point to estimate non-cancer risks for acute and chronic exposures. The non-cancer evaluation refers to potential adverse health effects associated with health endpoints other than cancer, including to the body's organ systems, such as reproductive/developmental effects, cardiac and lung effects, kidney and liver effects. The MOE is the point of departure (an approximation of the no-observed adverse effect level (NOAEL) or benchmark dose level (BMDL)) for a specific health endpoint divided by the exposure concentration for the specific scenario of concern. The benchmark MOE that is used accounts for the total uncertainty in a point of departure, including, as appropriate: (1) the variation in sensitivity among the members of the human population (i.e., intrahuman/intraspecies variability); (2) the uncertainty in extrapolating animal data to humans (i.e., interspecies variability); (3) the uncertainty in extrapolating from data obtained in a study with less-than-lifetime exposure to lifetime exposure (i.e., extrapolating from subchronic to chronic exposure); and (4) the uncertainty in extrapolating from a lowest observed adverse effect level rather than from a NOAEL. MOEs provide a non-cancer risk profile by presenting a range of estimates for different non-cancer health effects for different exposure scenarios and are a widely recognized point estimate method for evaluating a range of potential non-cancer health risks from exposure to a chemical.

A calculated MOE value that is under the benchmark MOE indicates the possibility of risk to human health. Whether those risks are unreasonable will depend upon other risk-related factors, such as severity of endpoint, reversibility of effect, exposure-related considerations (e.g. duration, magnitude, frequency of exposure, population exposed), and the confidence in the information used to inform the hazard and exposure values. If the calculated MOE is greater than the benchmark MOE, generally it is less likely that there is risk.

Uncertainty factors also play an important role in the risk estimation approach and in determining unreasonable risk. A lower benchmark MOE (e.g. 30) indicates greater certainty in the data (because fewer of the default uncertainty factors are relevant to a given point of departure as described above were applied). A higher benchmark MOE (e.g. 1000) would indicate more uncertainty in risk estimation and extrapolation for the MOE for specific endpoints and scenarios. However, these are often not the only uncertainties in a risk evaluation.

### 6.1.2.2    Determining Cancer Risks

EPA estimates cancer risks by determining the incremental increase in probability of an individual in an exposed population developing cancer over a lifetime (excess lifetime cancer risk (ELCR))

following exposure to the chemical under specified use scenarios. Standard cancer benchmarks used by EPA and other regulatory agencies are an increased cancer risk above benchmarks ranging from 1 in 1,000,000 to 1 in 10,000 (i.e., $1 \times 10^{-6}$ to $1 \times 10^{-4}$) depending on the subpopulation exposed. Generally, EPA considers $1 \times 10^{-6}$ to $1 \times 10^{-4}$ as the appropriate benchmark for the general population, consumer users, and non-occupational potentially exposed or susceptible subpopulations (PESS).[11]

For 1,4-dioxane, EPA, consistent with 2017 NIOSH guidance[12], used $1 \times 10^{-4}$ as the benchmark for the purposes of this risk determination for individuals in industrial and commercial work environments subject to Occupational Safety and Health Act (OSHA) requirements. It is important to note that $1 \times 10^{-4}$ is not a bright line and EPA has discretion to find unreasonable risks based on other benchmarks as appropriate based on analysis. It is important to note that exposure related considerations (duration, magnitude, population exposed) can affect EPA's estimates of the ELCR.

### 6.1.3    Determining Environmental Risk

To assess environmental risk, EPA identifies and evaluates environmental hazard data for aquatic, sediment-dwelling, and terrestrial organisms exposed under acute and chronic exposure conditions. The environmental risk includes any risks that exceed benchmarks to the aquatic environment from levels of the evaluated chemical found in the environmental (e.g., surface water, sediment, soil, biota) based on the fate properties, relatively high potential for release, and the availability of environmental monitoring data and hazard data.

Environmental risks are estimated by calculating a risk quotient (RQ). The RQ is defined as:

$$RQ = \text{Environmental Concentration / Effect Level}$$

An RQ equal to 1 indicates that the exposures are the same as the concentration that causes effects. If the RQ exceeds 1, the exposure is greater than the effect concentration and there is potential for risk presumed. If the RQ does not exceed 1, the exposure is less than the effect concentration and there is no risk presumed. The Concentrations of Concern or hazard value for certain aquatic organisms are used to calculate RQs for acute and chronic exposures. For environmental risk, EPA is more likely to determine that there is unreasonable risk if the RQ

---

[11] As an example, when EPA's Office of Water in 2017 updated the Human Health Benchmarks for Pesticides, the benchmark for a "theoretical upper-bound excess lifetime cancer risk" from pesticides in drinking water was identified as 1 in 1,000,000 to 1 in 10,000 over a lifetime of exposure (EPA Human Health Benchmarks for Pesticides: Updated 2017 Technical Document. January 2017. https://www.epa.gov/sites/production/files/2015-10/documents/hh-benchmarks-techdoc.pdf). Similarly, EPA's approach under the Clean Air Act to evaluate residual risk and to develop standards is a two-step approach that includes a "limit on maximum individual lifetime [cancer] risk (MIR) of approximately 1 in 10 thousand" (54 FR 38045, September 14, 1989) and consideration of whether emissions standards provide an ample margin of safety to protect public health "in consideration of all health information, including the number of persons at risk levels higher than approximately 1 in 1 million, as well as other relevant factors" (54 FR 38045, September 14, 1989).

[12] International Union, UAW v. Pendergrass, 878 F.2d 389 (D.C. Cir. 1989), citing Industrial Union Department, AFL-CIO v. American Petroleum Institute, 448 U.S. 607 ("Benzene decision"), in which a lifetime cancer risk of 1 in 1,000 was found to be clearly significant; and NIOSH [2017]. Current intelligence bulletin 68: NIOSH chemical carcinogen policy, available at https://www.cdc.gov/niosh/docs/2017-100/pdf/2017-100.pdf.

exceeds 1 for the conditions of use being evaluated. Consistent with EPA's human health evaluations, the RQ is not always treated as a bright line and other risk-based factors may be considered (e.g., exposure scenario, uncertainty, severity of effect) for purposes of making a risk determination.

## 6.2  Risk Determination for 1,4-Dioxane

EPA's determination of unreasonable risk for the conditions of use of 1,4-dioxane listed below is based on health risks to workers during occupational exposures. As described below, risks to the environment, general population, consumers, and occupational non-users either were not relevant for these conditions of use or were evaluated and not found to be unreasonable.

- **Environmental risks:** For all conditions of use, EPA did not identify any exceedances of benchmarks to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. The RQ values for acute and chronic risks are 0.046 and 0.397, respectively (See Table 5-2). An RQ that does not exceed 1 indicates that the exposure concentrations of 1,4-dioxane are less than the concentrations that would cause an effect to organisms in the aquatic pathways. Because the RQ values do not exceed 1, and because EPA used a conservative screening level approach, these values indicate there are no risks of 1,4-dioxane to the aquatic pathways. As a result, EPA does not find unreasonable risks to the environment from the conditions of use for 1,4-dioxane.

- **General population:** As part of the problem formulation for 1,4-dioxane, EPA identified exposure pathways under other environmental statutes, administered by EPA, which adequately assess and effectively manage exposures and for which long-standing regulatory and analytical processes already exist, i.e., the Clean Air Act (CAA), the Safe Drinking Water Act (SDWA), the Clean Water Act (CWA) and the Resource Conservation and Recovery Act (RCRA). OCSPP works closely with the offices within EPA that administer and implement the regulatory programs under these statutes. In some cases, EPA has determined that chemicals present in various media pathways (i.e., air, water, land) fall under the jurisdiction of existing regulatory programs and associated analytical processes carried out under other EPA-administered statutes and have been assessed and effectively managed under those programs. EPA believes that the TSCA risk evaluation should focus on those exposure pathways associated with TSCA uses that are not subject to the regulatory regimes discussed above because these pathways are likely to represent the greatest areas of concern to EPA. Exposures to 1,4-dioxane to receptors (i.e., general population) may occur from industrial and/or commercial uses; industrial releases to air, water or land; and other conditions of use. As described above, other environmental statutes administered by EPA adequately assess and effectively manage these exposures. Therefore, EPA did not evaluate hazards or exposures to the general population in this risk evaluation, and there is no risk determination for the general population. [Problem Formulation of the Risk Evaluation for 1,4-Dioxane, (U.S. EPA, 2018c)]

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

- **Consumers:**  EPA did not identify any expected consumer uses from the conditions of use of 1,4-dioxane. Therefore, EPA did not evaluate hazards or exposures to consumers in this risk evaluation, and there is no risk determination for this population.

- **Occupational non-users**: EPA evaluated inhalation risks for acute and chronic exposures for occupational non-users. Dermal exposures were not evaluated because occupational non-users do not typically directly handle the 1,4-dioxane nor are they in the immediate proximity of 1,4-dioxane. For all conditions of use, inhalation exposure scenarios for occupational non-users resulted in calculated MOEs  and cancer risk levels did not indicate risk relative to the respective benchmarks (Tables 5-7 and 5-9). As a result, EPA does not find unreasonable risks to the health of occupational non-users from the conditions of use for 1,4-dioxane.

**Table 6-1. Risk Determination by Conditions of Use**

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | "Exceeds Agency risk benchmarks" = indicates potential risk <br> • Human Health <br>    ○ Non-cancer MOE value < MOE benchmark (e.g., MOE=0.3; benchmark=30) <br>    ○ Cancer value >1.0E-04 to 1.0E-06 cancer benchmark (e.g., cancer value=$1x10^{-3}$; benchmark=$1x10^{-6}$) <br> • Environmental <br>    ○ RQ value >1 (e.g., RQ=5; benchmark=1) |
| Manufacture | Domestic Manufacture | Domestic Manufacture | Section 6(b)(4)(A) unreasonable risk determination for domestic manufacture of 1,4-dioxane: <br><br> - **Presents an unreasonable risk of injury to health (workers)** <br><br> - Does not present an unreasonable risk of injury to health (occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. <br><br> Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure and noncancer portal of entry |

Page 157 of 407

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | effects resulting from chronic inhalation occupational exposure. |

Within the right-hand cell:

effects resulting from chronic inhalation occupational exposure.

Driver benchmarks: 1.0E-04 to 1.0E-06 for cancer.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures.  MOE = 30 for noncancer portal of entry effects.

Risk estimates: 3.6E-04 with workers using PPE (gloves where PF = 20) (see Table 5-11); MOE = 11 with workers using PPE (respirator where APF = 50) (see Table 5-5). (High-end estimates)

Systematic Review confidence rating (hazard): High

Systematic Review confidence rating (dermal exposure): N/A (risks estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model).

Systematic Review confidence rating (inhalation exposure): High

Risk Considerations: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of monitoring data, the model considered a thin film of product on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping.  In order to be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to calculate risk, is based on human *in vitro* and primate data rather than default assumptions. Considering the uncertainties in the oral-to-dermal extrapolation, EPA chose to use 3.2%, the higher value, for the dermal absorption factor. The actual absorption could be ten-fold lower based on the Bronaugh *in vitro* study (Bronaugh, 1982). For this pathway, EPA expects that the risks are not underestimated.

The hazard data used to calculate chronic noncancer inhalation risk estimates could overestimate risk.  Chronic noncancer inhalation risks for workers were estimated based on portal of entry effects from a two-year inhalation study in rats (Kasai et al., 2009). This study used whole body exposures, introducing uncertainty with respect to the actual doses the animals received such that the effect levels reported may overestimate the potential inhalation toxicity.  For this pathway, EPA expects that the risks are not underestimated.

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3. |
| | | | While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer inhalation exposures and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE (indicating risk), risk estimates for these pathways do not indicate risk when PPE was considered (see Tables 5-8, 5-10). |
| | | | <u>Estimated exposed population</u>: 78 workers, 36 occupational non-users |
| Manufacture | Import | Import | <u>Section 6(b)(4)(A) unreasonable risk determination for import of 1,4-dioxane</u>: |
| | | | - Does not present an unreasonable risk of injury to health (workers and occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. |
| | | | <u>Exposure scenario with highest risk estimate</u>: Noncancer portal of entry effects resulting from chronic inhalation occupational exposure. |
| | | | <u>Benchmark</u>: MOE = 30 for noncancer portal of entry effects. |
| | | | <u>Risk estimate</u>: MOE = 25 with workers using PPE (respirator where APF = 50) (see Table 5-5). (High-end estimate) |
| | | | <u>Systematic Review confidence rating (hazard)</u>: High |
| | | | <u>Systematic Review confidence rating (inhalation exposure)</u>: N/A (risks estimates derived using the *EPA AP-42 Loading Model* and the *EPA Mass Balance Inhalation Model*). |
| | | | <u>Risk Considerations</u>: The hazard data used to calculate chronic noncancer inhalation risk estimates have uncertainties that could overestimate risk. Chronic noncancer inhalation risks for workers were estimated based on portal of entry effects from a two-year inhalation study in rats (Kasai et al., 2009). This study used whole body exposures, introducing uncertainty with respect to the actual doses the animals received such that the effect levels reported may overestimate the potential inhalation toxicity. |
| | | | The modeling used to calculate inhalation risk estimates has some uncertainties that could overestimate risk. EPA assumed certain process details, such as container sizes and |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | loading and unloading frequency. Additionally, EPA assumed that the process steps associated with this scenario occur indoors, without engineering controls, and in an open-system environment where vapors freely escape. In the absence of industry-specific information, these assumptions provide for conservative estimates for exposures. Actual exposures may be less due to various factors including closed-system loading and unloading, the use of vapor recovery systems, or the automation of various process steps. For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3. EPA considered the uncertainties described above for both hazard and exposure, the expected use of PPE, the fact that the risk estimates using central tendency exposure assumptions are below the benchmark, and the proximity of the calculated risk estimate using high-end exposure assumptions to the benchmark to determine that this condition of use does not present an unreasonable risk via this pathway. While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer inhalation exposures and chronic cancer and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10, 5-11). Estimated exposed population: 18 workers, 198 occupational non-users |
| Processing | Repackaging | Bulk to packages, then Distribute | Section 6(b)(4)(A) unreasonable risk determination for processing of 1,4-dioxane by repackaging: Section 6(b)(4)(A) unreasonable risk determination for processing of 1,4-dioxane by repackaging: - Does not present an unreasonable risk of injury to health (workers and occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. Exposure scenario with highest risk estimate: Noncancer portal of entry effects resulting from chronic inhalation occupational exposure. Benchmark: MOE = 30 for noncancer portal of entry effects. |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Risk estimate: MOE = 25 with workers using PPE (respirator where APF = 50) (see Table 5-5). (High-end estimate)<br><br>Systematic Review confidence rating (hazard): High<br><br>Systematic Review confidence rating (inhalation exposure): N/A (risks estimates derived using the *EPA AP-42 Loading Model* and the *EPA Mass Balance Inhalation Model*).<br><br>Risk Considerations: The hazard data used to calculate chronic noncancer inhalation risk estimates have uncertainties that could overestimate risk.  Chronic noncancer inhalation risks for workers were estimated based on portal of entry effects from a two-year inhalation study in rats (Kasai et al., 2009).  This study used whole body exposures, introducing uncertainty with respect to the actual doses the animals received such that the effect levels reported may overestimate the potential inhalation toxicity.<br><br>The modeling used to calculate inhalation risk estimates has some uncertainties that could overestimate risk. EPA assumed certain process details, such as container sizes and loading and unloading frequency. Additionally, EPA assumed that the process steps associated with this scenario occur indoors, without engineering controls, and in an open-system environment where vapors freely escape. In the absence of industry-specific information, these assumptions provide for conservative estimates for exposures. Actual exposures may be less due to various factors including closed-system loading and unloading, the use of vapor recovery systems, or the automation of various process steps. For this pathway, EPA expects that the risks are not underestimated.  For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3.<br><br>EPA considered the uncertainties described above for both hazard and exposure, the expected use of PPE, the fact that the risk estimates using central tendency exposure assumptions are not below the benchmark, and the proximity of the calculated risk estimate using high-end exposure assumptions to the benchmark to determine that this condition of use does not present an unreasonable risk via this pathway. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer inhalation exposures and chronic cancer and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10, 5-11). <br><br> Estimated exposed population: 18 workers, 198 occupational non-users |
| Processing | Processing as a reactant | Pharmaceutical intermediate | Section 6(b)(4)(A) unreasonable risk determinations for 1,4-dioxane for processing as a reactant, non-incorporative processing, and recycling: <br><br> - **Presents an unreasonable risk of injury to health (workers)** |
| | | Polymerization catalyst | |
| | Non-incorporative | Pharmaceutical and medicine manufacturing (process solvent) | - Does not present an unreasonable risk of injury to health (occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. <br><br> Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure and noncancer portal of entry effects resulting from chronic inhalation occupational exposure. |
| | | Basic organic chemical manufacturing (process solvent) | Driver benchmarks: 1.0E-04 to 1.0E-06 for cancer. For this evaluation, the Agency is using 1.0E-04 for occupational exposures.  MOE = 30 for noncancer portal of entry effects. |
| | Recycling | Recycling | Risk estimates: 3.6E-04 with workers using PPE (gloves where PF=20) (see Table 5-11); MOE = 4 with workers using PPE (respirator where APF = 50) (see Table 5-5). (High-end estimates) <br><br> Systematic Review confidence rating (hazard): High <br><br> Systematic Review confidence rating (dermal exposure): N/A (risks estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model). <br><br> Systematic Review confidence rating (inhalation exposure): High <br><br> Risk Considerations: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of monitoring data, the model considered a thin film of product |

Page 162 of 407

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping.  To be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to calculate risk, is based on human *in vitro* and primate data rather than default assumptions. Considering the uncertainties in the oral-to-dermal extrapolation, EPA chose to use 3.2%, the higher value, for the dermal absorption factor. The actual absorption could be ten-fold lower based on the Bronaugh *in vitro* study ([Bronaugh, 1982](#)). For this pathway, EPA expects that the risks are not underestimated. <br><br> The hazard data used to calculate chronic noncancer inhalation risk estimates could overestimate risk.  Chronic noncancer inhalation risks for workers were estimated based on portal of entry effects from a two-year inhalation study in rats ([Kasai et al., 2009](#)).  This study used whole body exposures, introducing uncertainty with respect to the actual doses the animals received such that the effect levels reported may overestimate the potential inhalation toxicity.  For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3. <br><br> While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer inhalation exposures and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risks relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10). <br><br> EPA developed risk estimates for a single processing use scenario, with the exception of repackaging. The results of this scenario are intended to broadly address the potential exposures associated with each of the sub-categories for this condition of use. <br><br> Estimated exposed population: 1,400 workers, 545 occupational non-users. The assumption for number of workers and occupational non-users covers multiple categories and sub-categories across processing of 1,4-dioxane. |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| Industrial use | Intermediate use | Agricultural chemical intermediate | Section 6(b)(4)(A) unreasonable risk determinations for 1,4-dioxane for intermediate use and processing aids, not otherwise listed:<br><br>**- Presents an unreasonable risk of injury to health (workers)**<br><br>- Does not present an unreasonable risk of injury to health (occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters.<br><br>Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure and noncancer portal of entry effects resulting from chronic inhalation occupational exposure.<br><br>Driver benchmarks: 1.0E-04 to 1.0E-06 for cancer. For this evaluation, the Agency is using 1.0E-04 for occupational exposures. MOE = 30 for noncancer portal of entry effects.<br><br>Risk estimates: 3.6E-04 with workers using PPE (gloves where PF=20) (see Table 5-11); MOE = 4 with workers using PPE (respirator where APF = 50) (see Table 5-5). (High-end estimates)<br><br>Systematic Review confidence rating (hazard): High<br><br>Systematic Review confidence rating (dermal exposure): N/A (risks estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model).<br><br>Systematic Review confidence rating (inhalation exposure): High<br><br>Risk Considerations: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of monitoring data, the model considered a thin film of product on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping. To be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to calculate risk, is based on human *in vitro* and primate data rather than default assumptions. Considering the uncertainties in the oral-to-dermal extrapolation, EPA chose to use 3.2%, the higher value, for the dermal absorption factor. The actual absorption could be ten-fold lower based on the Bronaugh *in* |
| | | Plasticizer intermediate | |
| | | Catalysts and reagents for anhydrous acid reactions, brominations and sulfonations | |
| | Processing aids, not otherwise listed | Wood pulping | |
| | | Extraction of animal and vegetable oils | |
| | | Wetting and dispersing agent in textile processing | |
| | | Polymerization catalyst | |
| | | Purification of pharmaceuticals | |

Page 164 of 407

| Condition of Use | | | |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | Unreasonable Risk Determination[1] |
| | | | *vitro* study (Bronaugh, 1982). For this pathway, EPA expects that the risks are not underestimated. |
| | | | The hazard data used to calculate chronic noncancer inhalation risk estimates could overestimate risk. Chronic noncancer inhalation risks for workers were estimated based on portal of entry effects from a two-year inhalation study in rats (Kasai et al., 2009). This study used whole body exposures, introducing uncertainty with respect to the actual doses the animals received such that the effect levels reported may overestimate the potential inhalation toxicity. For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3. |
| | | | While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer inhalation exposures and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10). |
| | | | EPA developed risk estimates for a single processing use scenario. The results of this scenario are intended to broadly address the potential exposures associated with each of the sub-categories for this condition of use. |
| | | | Estimated exposed population: 1,400 workers, 545 occupational non-users. The assumption for number of workers and occupational non-users covers multiple categories and sub-categories across processing of 1,4-dioxane. |
| Distribution in commerce | Distribution | Distribution | Section 6(b)(4)(A) unreasonable risk determination for distribution of 1,4-dioxane: Does not present an unreasonable risk of injury to health (workers and occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters.

Risk Considerations: A quantitative evaluation of distribution of 1,4-dioxane was not included in the risk evaluation because chemicals are packaged in closed-system containers during distribution in commerce and no exposures or releases to the environment are expected. |
| Industrial Use | | Polyalkylene - glycol lubricant | |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | Functional fluids (open system); | Synthetic metalworking fluid | Section 6(b)(4)(A) unreasonable risk determination for the industrial use of 1,4-dioxane in functional fluids (open systems): |
| | | Cutting and tapping fluid | - Does not present an unreasonable risk of injury to health (workers and occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. |
| | | Hydraulic fluid | |

Risk assessment: Human health risk estimates for all pathways are not below Agency benchmarks.  Environmental risk estimates for all pathways do not exceed the benchmark.

Exposure scenario with highest risk estimate: Cancer resulting from chronic inhalation occupational exposure.

Driver benchmark: 1.0E-04 to 1.0E-06.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures.  MOE = 30 for noncancer portal of entry effects.

Risk estimate: 1.5E-06 with workers using no PPE (see Table 5-8) (High-end estimate)

Systematic Review confidence rating (hazard): High

Systematic Review confidence rating (exposure): N/A (risks estimates derived using the *EPA AP-42 Loading Model* and the *EPA Mass Balance Inhalation* model.

Risk Considerations: The modeling used to calculate inhalation risk estimates has some uncertainties that could overestimate risk. EPA assumed certain process details, such as container sizes and loading and unloading frequency. Additionally, EPA assumed that the process steps associated with this scenario occur indoors, without engineering controls, and in an open-system environment where vapors freely escape. In the absence of industry-specific information, these assumptions provide for conservative estimates for exposures. Actual exposures may be less due to various factors including closed-system loading and unloading, the use of vapor recovery systems, or the automation of various process steps. For this pathway, EPA expects that the risks are not underestimated.  For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3.

EPA developed risk estimates for a single open system functional fluid use scenario.  The results of this scenario are intended to broadly address the potential exposures

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | associated with each of the sub-categories for this condition of use.<br><br>Estimated exposed population: over 4 million workers, 178,000 occupational non-users. |
| Industrial use | Functional fluid, closed system | | Due to the lack of evidence supporting its use in closed system functional fluids, EPA has determined that this is not a condition of use and therefore did not assess occupational exposures for functional fluid use in closed systems. |
| Industrial use, potential commercial use | Laboratory chemicals | Chemical reagent | Section 6(b)(4)(A) unreasonable risk determination for the industrial use and potential commercial use of 1,4-dioxane as a laboratory chemical: |
| | | Reference material | - **Presents an unreasonable risk of injury to health (workers)** |
| | | Spectroscopic and photometric measurement | - Does not present an unreasonable risk of injury to health (occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. |
| | | Liquid scintillation counting medium | Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure and noncancer portal of entry effects resulting from chronic inhalation occupational exposure. |
| | | Stable reaction medium | Driver benchmarks: 1.0E-04 to 1.0E-06.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures. MOE = 30 for noncancer portal of entry effects. |
| | | Cryoscopic solvent for molecular mass determinations | Risk estimate: 4.0E-04 with workers using PPE (gloves where PF=20) (see Table 5-11); MOE = 15 with workers using PPE (respirator where APF = 50) (see Table 5-5). (High-end estimates) |
| | | Preparation of histological sections for microscopic examination | Systematic Review confidence rating (hazard): High<br><br>Systematic Review confidence rating (exposure): High<br><br>Risk Considerations: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of monitoring data, the model considered a thin film of product on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping. In order to be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to |

Page 167 of 407

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | calculate risk, is based on human *in vitro* and primate data rather than default assumptions. Considering the uncertainties in the oral-to-dermal extrapolation, EPA chose to use 3.2%, the higher value, for the dermal absorption factor. The actual absorption could be ten-fold lower based on the Bronaugh *in vitro* study (Bronaugh, 1982). For this pathway, EPA expects that the risks are not underestimated.<br><br>The hazard data used to calculate chronic noncancer inhalation risk estimates could overestimate risk.  Chronic noncancer inhalation risks for workers were estimated based on portal of entry effects from a two-year inhalation study in rats (Kasai et al., 2009).  This study used whole body exposures, introducing uncertainty with respect to the actual doses the animals received such that the effect levels reported may overestimate the potential inhalation toxicity.  For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3.<br><br>While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer inhalation exposures and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10).<br><br>EPA developed risk estimates for a single laboratory use scenario.  The results of this scenario are intended to broadly address the potential exposures associated with each of the sub-categories for this condition of use.<br><br>Estimated exposed population: 89 workers, 11 occupational non-users. |
| Industrial use, potential commercial use | Adhesives and sealants | Film cement | Section 6(b)(4)(A) unreasonable risk determination for the industrial use and potential commercial use of 1,4-dioxane in adhesives and sealants:<br><br>**- Presents an unreasonable risk of injury to health (workers)**<br><br>- Does not present an unreasonable risk of injury to health (occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. |

Page 168 of 407

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure. |

Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure.

Driver benchmark: 1.0E-04 to 1.0E-06.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures. MOE = 30 for noncancer portal of entry effects.

Risk estimate: 2.0E-04 with workers using PPE (gloves where PF=20) (See table 5-11) (High-end estimate)

Systematic Review confidence rating (hazard): High

Systematic Review confidence rating (exposure): N/A (risks estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model.

Risk Considerations: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of monitoring data, the model considered a thin film of product on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping.  In order to be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to calculate risk, is based on human data rather than default assumptions. The Agency chose to use the upper end of the range of possible values derived from the data for a worst-case scenario. For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3.

The risk estimate for noncancer effects via chronic inhalation exposure to occupational non-users is below (MOE =17) the Agency benchmark (MOE = 30).  However, this estimate was based on a monitoring study that provided a single area sample point. This value was a non-detect (Okawa and Coye, 1982). EPA cannot determine the statistical representativeness of the values given the limited sample size and reliance on non-detect measurements at the LOD introduces significant conservatism into this risk estimate. EPA considered the uncertainties described above and the proximity of the calculated risk estimate to the benchmark to determine that this condition of use does not present an unreasonable risk for occupational non-users.

While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | inhalation exposures and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10). <br><br> Estimated exposed population: 30 workers, 10 occupational non-users |
| Industrial use, potential commercial use | Other uses | Spray polyurethane foam compositions | Section 6(b)(4)(A) unreasonable risk determination for the industrial use and potential commercial use of 1,4-dioxane for other uses, including spray polyurethane foam compositions: <br><br> -Does not present an unreasonable risk of injury to health (occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. <br><br> Risk assessment: Human health risk estimates for all pathways are not below Agency benchmarks.  Environmental risk estimates for all pathways do not exceed the benchmark. <br><br> Exposure scenario with highest risk estimate: Cancer resulting from chronic inhalation occupational exposure. <br><br> Benchmark: 1.0E-04 to 1.0E-06.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures. MOE = 30 for noncancer portal of entry effects. <br><br> Risk estimate: 5.3E-06 with workers using no PPE (see Table 5-8) (High-end estimate) <br><br> Systematic Review confidence rating (hazard): High <br><br> Systematic Review confidence rating (exposure): N/A (risks estimates derived using the *EPA AP-42 Loading* model, the *EPA Mass Balance Inhalation* model and the *EPA Total PNOR PEL-Limiting* model. <br><br> Risk Considerations: Due to a lack of data specific to 1,4-dioxane for this use, EPA used assumptions and surrogate data to estimate inhalation exposures during container unloading, spray foam application, thickness verification, and trimming. The estimate for exposures during application did not account for the potential evaporation of 1,4-dioxane from the mist particulates and the potential inhalation exposure of the evaporated vapors. EPA assumed that this is not a significant exposure given that the partial pressure of 1,4- |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | dioxane is likely very low due to the low concentration of 1,4-dioxane in the mixed spray foam. EPA also estimated exposures during thickness verification using surrogate data. The models also assume that the unloading of fluid containing 1,4-dioxane occurs indoors, without engineering controls, and in an open-system environment where vapors freely escape. In the absence of industry-specific information, these assumptions provide for conservative estimates for exposures during this unloading operation. Actual exposures may be less due to various factors including closed-system unloading or the use of vapor recovery systems. For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3.<br><br>Estimated exposed population: 162,520 workers; 15,260 occupational non-users |
| Industrial use, potential commercial use | Other uses | Printing and printing compositions | Section 6(b)(4)(A) unreasonable risk determination for the industrial use and potential commercial use of 1,4-dioxane for other uses, including printing and printing compositions:<br><br>**- Presents an unreasonable risk of injury to health (workers)**<br><br>- Does not present an unreasonable risk of injury to health (occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters.<br><br>Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure<br><br>Benchmark: 1.0E-04 to 1.0E-06.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures. MOE = 30 for noncancer portal of entry effects.<br><br>Risk estimate: 4.0E-04 with workers using PPE (gloves where PF=20) (see Table 5-11) (High-end estimate)<br><br>Systematic Review confidence rating (hazard): High<br><br>Systematic Review confidence rating (exposure): N/A (risks estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model.<br><br>Risk Considerations: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of |

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | monitoring data, the model considered a thin film of product on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping. In order to be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to calculate risk, is based on human data rather than default assumptions. The Agency chose to use the upper end of the range of possible values derived from the data for a worst-case scenario. For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3. |
| | | | While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic noncancer inhalation exposures and noncancer dermal exposures) are exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10). |
| | | | Estimated exposed population: 60,000 workers, 20,430 occupational non-users. |
| Industrial use, potential commercial use | Other uses | Dry film lubricant | Section 6(b)(4)(A) unreasonable risk determination for the industrial use and potential commercial use of 1,4-dioxane for other uses including as a dry film lubricant: |
| | | | - Does not present an unreasonable risk of injury to health (workers and occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. |
| | | | Risk assessment: Human health risk estimates for all pathways do not indicate risk relative to Agency benchmarks. Environmental risk estimates for all pathways do not indicate risk relative to the benchmark. |
| | | | Exposure scenario with highest risk estimate: Cancer resulting from chronic dermal occupational exposure. |
| | | | Benchmark: 1.0E-04 to 1.0E-06.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures. MOE = 30 for noncancer portal of entry effects. |
| | | | Risk estimate: 8.1E-05 with workers using PPE (gloves where PF=20) (see Table 5-11) (High-end estimate) |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | |
| | | | Systematic Review confidence rating (hazard): High |
| | | | Systematic Review confidence rating (exposure): N/A (risks estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model. |
| | | | Risk Considerations: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of monitoring data, the model considered a thin film of product on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping. In order to be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to calculate risk, is based on human data rather than default assumptions. The Agency chose to use the upper end of the range of possible values derived from the data for a worst-case scenario. For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties related to the risk evaluation see the section 5.3. |
| | | | Estimated exposed population: 16 workers, 64 occupational non-users |
| Disposal | Disposal | Industrial pre-treatment | Section 6(b)(4)(A) unreasonable risk determination for disposal of 1,4-dioxane: |
| | | Industrial wastewater treatment | **-Presents an unreasonable risk of injury to health (workers)** |
| | | Publicly owned treatment works (POTW) | -Does not present an unreasonable risk of injury to health (workers and occupational non-users) or to aquatic vertebrates, aquatic invertebrates, and aquatic plants from exposures to 1,4-dioxane in surface waters. |
| | | Underground injection | Unreasonable risk driver: Cancer resulting from chronic dermal occupational exposure and noncancer portal of entry effects resulting from chronic inhalation occupational exposure |
| | | Municipal landfill | Benchmark: 1.0E-04 to 1.0E-06.  For this evaluation, the Agency is using 1.0E-04 for occupational exposures. MOE = 30 for noncancer portal of entry effects. |
| | | Hazardous landfill | |
| | | Other land disposal | Risk estimate: 3.6E-04 with workers using PPE (gloves where PF=20) (see Table 5-11) (High-end estimate) MOE = |
| | | Municipal waste incinerator | |

Page 173 of 407

| Condition of Use | | | |
|---|---|---|---|
| Life Cycle Stage | Category | Sub-Category | Unreasonable Risk Determination[1] |
| | | Hazardous waste incinerator | 21 with workers using PPE (respirator where APF = 50) (see Table 5-5). |
| | | Off-site waste transfer | <u>Systematic Review confidence rating (hazard)</u>: High <br><br> <u>Systematic Review confidence rating (exposure)</u>: N/A (risks estimates derived using the *EPA Dermal Exposure to Volatile Liquids* model. <br><br> <u>Risk Considerations</u>: The modeling used to calculate dermal risk estimates has some uncertainties that could overestimate risk. For example, to address the uncertainty due to lack of monitoring data, the model considered a thin film of product on a defined skin area. A multiplicative factor was incorporated to the model to include the proportion of 1,4-dioxane remaining on the skin after wiping. In order to be protective, the value used for the amount of 1,4-dioxane remaining on the skin is a default high-end value of a limited dataset. The dermal absorption value, a critical input used to calculate risk, is based on human data rather than default assumptions. The Agency chose to use the upper end of the range of possible values derived from the data for a worst-case scenario. For this pathway, EPA expects that the risks are not underestimated. <br><br> The hazard data used to calculate chronic noncancer inhalation risk estimates could overestimate risk. Chronic noncancer inhalation risks for workers were estimated based on portal of entry effects from a two-year inhalation study in rats (<u>Kasai et al., 2009</u>). This study used whole body exposures, introducing uncertainty with respect to the actual doses the animals received such that the effect levels reported may overestimate the potential inhalation toxicity. <br><br> The modeling used to calculate inhalation risk estimates has some uncertainties that could overestimate risk. EPA assumed certain process details, such as container sizes and loading and unloading frequency. Additionally, EPA assumed that the process steps associated with this scenario occur indoors, without engineering controls, and in an open-system environment where vapors freely escape. In the absence of industry-specific information, these assumptions provide for conservative estimates for exposures. Actual exposures may be less due to various factors including closed-system loading and unloading, the use of vapor recovery systems, or the automation of various process steps. For this pathway, EPA expects that the risks are not underestimated. For a detailed discussion of the uncertainties |

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

| Condition of Use | | | Unreasonable Risk Determination[1] |
|---|---|---|---|
| **Life Cycle Stage** | **Category** | **Sub-Category** | |
| | | | related to the risk evaluation see the section 5.3. <br><br> While risk estimates for other pathways of occupational exposure for this condition of use (such as chronic cancer inhalation exposures and noncancer dermal exposures) exceed the Agency's risk benchmarks in the absence of PPE, risk estimates for these pathways do not indicate risk relative to those benchmarks when PPE was considered (see Tables 5-8, 5-10). <br><br> EPA developed risk estimates for a single disposal scenario. The results of this scenario are intended to broadly address the potential exposures associated with each of the sub-categories for this condition of use. <br><br> <u>Estimated exposed population</u>: 124 workers, 45 occupational non-users |

[1] EPA expects there is compliance with federal and state laws, such as worker protection standards, unless case-specific facts indicate otherwise, and therefore existing OSHA regulations for worker protection and hazard communication will result in use of appropriate PPE consistent with the applicable SDSs in a manner adequate to protect workers.

# Exhibit 10

**30(b)(6)**

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

**EDWARD OHANIAN**

October 15, 2018



888-779-9974

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                  AT SAN FRANCISCO

 4  - - - - - - - - - - - x

 5  FOOD & WATER WATCH, et al.,

 6         Plaintiffs,

 7     v.                          Civil No.:

 8  U.S. ENVIRONMENTAL PROTECTION      17-CV-02162-EMC
    AGENCY, et al.,
 9
           Defendants.
10  - - - - - - - - - - - x

11                       Monday, October 15, 2018

12                       Washington, D.C.

13  Videotaped Deposition of

14            EDWARD OHANIAN, Ph.D.,

15  the 30(b)(6) corporate representative, called for

16  examination by counsel for the plaintiffs, pursuant

17  to notice, held at the Department of Justice, 601

18  D Street, N.W., Room 8502, Washington, D.C. 20579,

19  beginning at 10:09 a.m., before Kelly Susnowitz, a

20  Notary Public, when were present on behalf of the

21  respective parties:
```

ORIGINAL

1        A.  Yes.

2        Q.  And if I ask any questions today, that are

3   in any way unclear to you, just let me know and

4   I'll rephrase, to make it clear.  Okay?

5        A.  Yes.

6        Q.  So you are appearing today as a

7   representative of the United States Environmental

8   Protection Agency, correct?

9        A.  Correct.

10       Q.  And we're here today to talk about EPA

11   safety standards for fluoride.  Do you understand

12   that?

13       A.  Yes.

14       Q.  And this includes the maximum contaminant

15   level goal that EPA established for fluoride in

16   1985, correct?

17       A.  Correct.

18       Q.  And this also includes the reference dose

19   that EPA established for fluoride in 2010,

20   correct?

21       A.  Correct.

1       Q.  And we're here today to talk about the

2    health effects that these standards were designed

3    to protect against.  Do you understand that?

4       A.  I do, yes.

5       Q.  And EPA has designated you, as its

6    representative, to address questions about these

7    safety standards, correct?

8       A.  Correct.

9       Q.  So before discussing these standards, I'd

10   like to start by asking you about your own

11   personal background and what you did to prepare

12   for today's deposition.  Okay?

13      A.  Okay.

14      Q.  So I see, and I'll introduce as Exhibit 1,

15   your CV that we received today.

16          (Deposition Exhibit Number 1 was marked

17   for identification.)

18   BY MR. CONNETT:

19      Q.  Which I will hand to you.

20      A.  Okay.

21      Q.  And in looking at your CV, I see that you

1    right?

2         A.   Correct.

3         Q.   It was based on crippling skeletal

4    fluorosis, right?

5         A.   Correct.

6         Q.   Now, skeletal fluorosis is a disease of

7    the bones caused by too much fluoride, right?

8         A.   Crippling skeletal fluorosis.

9         Q.   Okay.  And skeletal fluorosis has various

10   stages of severity, right?

11        A.   Correct.

12        Q.   And crippling skeletal fluorosis is the

13   most severe form of skeletal fluorosis?

14        A.   Correct.

15        Q.   Just so that we are clear about what this

16   disease is, I'm going to hand you an excerpt from

17   a document I believe you have read before.

18             (Deposition Exhibit Number 6 was marked

19   for identification.)

20   BY MR. CONNETT:

21        Q.   Which is a 1991 review by the Department

1   of Health and Human Services, titled Review of

2   Fluoride, Benefits and Risks.  First, am I correct

3   that you are familiar with this document?

4       A.  Yes, but I haven't read it lately.  I

5   mean, not recently.

6       Q.  So if you turn to the other side, you see

7   here that it provides the various stages of

8   skeletal fluorosis?

9       A.  Correct.

10      Q.  There's a preclinical phase, a clinical

11  phase one, a clinical phase two, and then, phase

12  three, crippling -- crippling fluorosis, correct?

13      A.  Correct.

14      Q.  Okay.  So EPA's MCLG was designed to

15  prevent the phase three, crippling skeletal

16  fluorosis, right?

17      A.  Correct.

18      Q.  But not to prevent clinical phase two,

19  right?

20      A.  Correct.

21      Q.  And it wasn't designed to prevent clinical

1    phase one either, right?

2         A.   No.

3         Q.   Okay.  So I'd like to read what the

4    Department of Health and Human Services said about

5    clinical phase two fluorosis.  Okay?

6              MS. CARFORA:  Objection, it's not related

7    to EPA's findings.

8    BY MR. CONNETT:

9         Q.   Okay.  The Department of Health and Human

10   Services summarized clinical phase two fluorosis

11   as having chronic joint pain, arthritic systems,

12   slight calcification of ligaments, increased

13   osteosclerosis cancellous bones, with or without

14   osteoporosis of long bones.  Did I read that

15   correctly?

16        A.   Correct.

17        Q.   But again, EPA's MCLG was not designed to

18   prevent that effect; is that a no?

19        A.   No.

20        Q.   So the effect that the MCLG was designed

21   to prevent, was crippling skeletal fluorosis,

1    which I will read the summary here of what that

2    is.

3              MS. CARFORA:  Objection, as to form.

4    BY MR. CONNETT:

5         Q.  According to the Department of Health and

6    Human Services, crippling fluorosis produces

7    limitation of joint movement, calcification of

8    ligaments, neck, vertebrae column, crippling

9    deformities of the spine and major joints, muscle

10   wasting, neurologic defects, and compression of

11   the spinal cord.  Did I read that correctly?

12        A.  Correct.

13        Q.  And according to EPA's MCLG, crippling

14   skeletal fluorosis is the critical adverse effect

15   of fluoride exposure, right?

16        A.  Correct.

17        Q.  Okay.  And critical adverse effect means

18   the effect of a substance that occurs at the

19   lowest dose, right?

20        A.  Correct.

21        Q.  Okay.  So according to EPA, the first

1          A.   That's the value that we have.

2          **Q.   Right.**

3          A.   Anything else that would come in, we have

4     to compare what it is.  Now, if, whatever is

5     coming in, if I will use a reference does, which

6     will be lower, that's a different story then.

7          **Q.   Now, as a risk assessment scientist --**

8          A.   Yes.

9          **Q.   -- at the EPA, if you were asked to**

10     **determine what the safe level is for neurotoxic**

11     **effects of fluoride, you would need to do a new**

12     **risk assessment, you couldn't rely upon the risk**

13     **assessment that was done in the 1980s, for the**

14     **MCLG, correct?**

15          MS. CARFORA:  Objection to form.

16          THE WITNESS:  Can I go?  The endpoints

17     are -- I'm sorry, maybe I'm not clear.  The

18     endpoints are different that you're selecting your

19     reference dose.

20     BY MR. CONNETT:

21          **Q.   And because they're different --**

1    level is for neurotoxicity?

2              MS. CARFORA:  Objection as to form.

3              THE WITNESS:  Can I just correct one

4    thing?  The word safe does not apply.  It's not,

5    acceptable risk.

6    BY MR. CONNETT:

7         Q.  Acceptable risk --

8         A.  Accept means without risk.

9         Q.  So in order to determine what the

10   acceptable risk level is, for fluoride

11   neurotoxicity, you couldn't just rely on the MCLG

12   that's already in existence, you would need to do

13   a new risk assessment, correct?

14        A.  Correct.

15        Q.  Okay.  Okay.  So in -- subsequent to the

16   MCLG being enacted in 1985, as is often the case,

17   there were a number of new studies that were

18   published on fluoride toxicity over the years,

19   correct?

20        A.  Yeah, correct.

21        Q.  And in order to assess those studies, the

1  studies that it recommends being done, correct?

2      A.  Excuse me?

3      Q.  This page here identifies several studies

4  that the NRC believes should be done, correct?

5      A.  Correct.

6      Q.  And the first study it talks about --

7  well, strike that.  It starts by saying, "The

8  possibility has been raised, by the studies

9  conducted in China, that fluoride can lower

10  intellectual abilities; thus, studies of

11  populations, exposed to different concentrations

12  of fluoride, in drinking water, should include

13  measurements of reasonability, problem solving,

14  IQ, and short- and long-term memory."  Did I read

15  that correctly?

16      A.  Correct.

17      Q.  So NRC is recommending that studies be

18  done on fluoride and IQ?

19      A.  I'm sorry?

20      Q.  The NRC was recommending that studies be

21  done on fluoride and IQ, correct?

1              MS. CARFORA:  Objection.

2              THE WITNESS:  Yes.

3    BY MR. CONNETT:

4        Q.  And in the next paragraph, "NRC recommends

5    that studies of populations exposed to different

6    concentrations of fluoride should be undertaken to

7    evaluate neurochemical changes that may be

8    associated with dementia."  Did I read that

9    correctly?

10       A.  Correct.

11       Q.  So NRC was recommending that studies be

12   done to examine the relationship between fluoride

13   and dementia, correct?

14             MS. CARFORA:  Objection.

15             THE WITNESS:  Correct.

16   BY MR. CONNETT:

17       Q.  And sir, just to be clear, again, this

18   is -- this report that NRC wrote was at the

19   request of EPA, correct?

20       A.  Correct.

21       Q.  Okay.  So these recommendations that NRC

1  to err on the side of caution to protect against

2  what we don't know, correct?

3      A.  To some extent, yes.

4      Q.  Okay.  And you had mentioned one of the

5  uncertainty factors that's used is the database

6  uncertainty factor?

7      A.  Correct.

8      Q.  What is -- what is that?

9      A.  Database uncertainty factor has to do if

10  there're some other effects that might be

11  important for you to be able to look at it, part

12  of your overall evaluation, and you don't have

13  that particular data available, then, you decide

14  to use a database uncertainty factor, to be able

15  to take that into account.

16      Q.  So if you had some evidence that there's a

17  potential adverse effect on some system, but you

18  don't yet have enough data to do any kind of

19  quantitative dose response assessment for that

20  effect, you would add some uncertainty factor for

21  the database?

1      A.   Usually, the database uncertainty factor

2   deals with any kind of reproductive developmental

3   lack of the data that you might think, because

4   it's lacking, that's something that needs to be

5   considered, that's why you use the database

6   uncertainty factor.

7      **Q.   You mentioned developmental studies --**

8      A.   Yes.

9      **Q.   -- and that would include developmental**

10  **neurotoxicity studies?**

11     A.   Yes.

12     **Q.   So if there was an identified potential**

13  **effect of neurotoxicity and the database was not**

14  **sufficient to quantify the dose response, you**

15  **would add a database uncertainty factor to account**

16  **for that, right?**

17     A.   If you think that the particular chemical

18  has neurodevelopmental potential and you don't

19  have -- the data is not available at this time,

20  that's when you add the uncertainty factor.

21     **Q.   And the uncertainty factor is, as you**

1    said, between a three and a ten?

2        A.   Ten, correct.

3        Q.   So with a database uncertainty factor,

4    even when you are -- like, let's say you are

5    regulating, you're issuing the reference dose,

6    for let's say, liver disease, okay, if there was a

7    potential risk of developmental neurotoxicity from

8    that chemical, even though the reference dose is

9    on liver disease, you would add an uncertainty

10   factor to the reference dose, right?

11       A.   If you feel there might be some

12   neurodevelopmental effects that might be

13   associated to that particular chemical that you're

14   dealing with.

15       Q.   Okay.  So let's now turn to what the EPA

16   did and what the EPA concluded with its risk

17   assessment.  The EPA established a reference dose

18   for fluoride of .08 milligrams, per kilograms, per

19   day, correct?

20       A.   Correct.

21       Q.   And the EPA concluded that is safe for the

1              THE WITNESS:  That, we -- to some extent,

2    we cannot really have a better handle until we get

3    some of the studies done on neurotox and to show

4    that the estimate might be some effect happening

5    in there, which might likely to be considered as

6    were are in the midst of developing our reference

7    dose, and that's what the academy told us too.

8    BY MR. CONNETT:

9         Q.  Right.  The academy told you that there is

10   some uncertainty now, with respect to fluoride's

11   potential to cause developmental neurotoxicity,

12   right?

13        A.  Correct.

14        Q.  And so, if you didn't have the caries

15   prevention goal, you would apply some database

16   uncertainty factor, to account for that potential

17   development neurotoxicity, correct?

18             MS. CARFORA:  Objection as to form.

19             THE WITNESS:  Yes.

20   BY MR. CONNETT:

21        Q.  Okay.

```
 1            MR. CONNETT:  So we've been going a little

 2      over five minutes now and, if you can't find it,

 3      just let me know.

 4            THE WITNESS:  I know I saw it.  I saw it.

 5  BY MR. CONNETT:

 6         Q.  Okay.

 7         A.  It was like a graph like this, on fluoride

 8      concentration, and there were definitely the ages,

 9      and I cannot now put my fingers on it.

10         Q.  Okay.

11         A.  Fine.

12         Q.  Breast milk contains very little fluoride,

13      right?

14         A.  Yes.

15         Q.  In fact, it contains about six micrograms

16      of fluoride, right?

17            MS. CARFORA:  Objection, form, foundation.

18  BY MR. CONNETT:

19         Q.  Basically -- well, let me strike that.

20      You would agree that a breastfed baby receives

21      virtually no fluoride?
```

1      A.   Correct.

2           MS. CARFORA:   Objection, form, foundation.

3   BY MR. CONNETT:

4      Q.   Well, to address the foundation objection,

5   let's look at what the EPA said about this in

6   their risk assessment.   So if you can turn to page

7   32?

8      A.   Okay.   Thirty-two?

9      Q.   Thirty-two.   And the second paragraph,

10   above the section titled Pathological Conditions.

11      A.   Okay.

12      Q.   And I'm looking here at the last sentence

13   of that paragraph, which begins as an example; do

14   you see that?

15      A.   Uh-huh.

16      Q.   An infant's fluoride intake, through

17   consumption of 800 milliliters of breast milk,

18   containing .4 micro mole fluoride per liter,

19   would be 0.006 milligrams, correct?

20      A.   Uh-huh.

21      Q.   So according to Whitford, a breastfed baby

1    would receive .006 milligrams of fluoride per day,

2    right?

3        A.  Correct.

4        Q.  And .006 milligrams of fluoride equals six

5    micrograms, correct?

6        A.  Correct.

7        Q.  Okay.  Now, Whitford contrasts that dose

8    of what a baby would conceive, if consuming the

9    same volume of liquids, but with formula prepared

10   with fluorinated water, correct?

11       A.  Correct.

12       Q.  Okay.  And Whitford provides a dose

13   estimate of .80 milligrams, per day, for the

14   formula-fed baby, correct?

15       A.  Correct.

16       Q.  And that amounts to 800 micrograms of

17   fluoride, correct?

18       A.  Eight hundred ML.

19       Q.  Well .08 milligrams is 800 micrograms,

20   correct?

21       A.  Correct.

1    Q.  So according to Whitford's data, a baby

2    that's formula-fed, with fluorinated water,

3    receives over 100 times more fluoride than a

4    breastfed baby?

5    A.  Yeah, according to this, yes.

6    Q.  And this is the data that the EPA has

7    cited and relied upon in its risk assessment; is

8    that correct?

9    A.  Which risk -- I mean --

10   Q.  EPA has cited --

11   A.  Yeah.

12   Q.  -- risk data from Whitford, correct?

13   A.  Yes.

14   Q.  And it's fair to say, if it's citing this

15   data from Whitford, it's relying on it, correct?

16   A.  Not for the variation of the RFD.

17   Q.  But it's relying on it for --

18   A.  Informational purposes.

19   Q.  So did -- would you agree that, in light

20   of this information, it would be important to know

21   what percentage of the children in Dean's study

1    role that it plays, because some individual may

2    retain fluoride.  I mean, that's one of the --

3    will it retain that?  As you can see, it's almost

4    like a theory of risk assessment and that's why

5    the EPA focused on this particularly study and I

6    stand behind it.  I stand 100 percent -- actually

7    150 percent behind the study.

8           MR. CONNETT:  I understand that and move

9    to strike the nonresponsive portions.

10   BY MR. CONNETT:

11       Q.  So just so we're clear, EPA has cited data

12   that African-American children suffer from higher

13   rate of dental fluorosis, correct?

14       A.  Yes.

15       Q.  And yet, Dean's study did not look at a

16   single African-American child, correct?

17       A.  Correct.

18       Q.  Okay.  EPA has cited data in its report

19   showing that infants, who are breastfed, receives

20   dramatically less fluoride than a formula-fed

21   child drinking fluorinated water, correct?

1       A.  Correct.

2       Q.  And yet, you have no data -- EPA has no

3  data, at all, as to the percentage of the children

4  in Dean's study that were breastfed, correct?

5       A.  Correct.

6       Q.  Okay.  EPA has cited data in its report

7  that children with kidney disease, diabetes

8  insipidus, and genetic diabetes, and polio

9  nephrites are more susceptible to the development

10  of dental fluorosis than healthy children,

11  correct?

12       A.  Correct.

13       Q.  And yet, you have no data, from Dean's

14  study, as to the percentage of children in that

15  study, that had any of those conditions, correct?

16       A.  Correct.

17       Q.  And you, yourself, admitted that you can

18  draw no conclusions, from Dean's study, as to the

19  risk of severe dental fluorosis, for children with

20  kidney disease, drinking water with less than two

21  parts per million, correct?

1    appreciate that.

2         A.  Yes.

3         Q.  You made it clear that EPA can't apply

4    uncertainty factors because they will put the

5    reference dose below the so-called optimal dose

6    for fluoride ingestion, right?

7         A.  Correct.

8         Q.  Okay.  So let's then talk about that

9    so-called optimal dose and fluoride being

10   something that can prevent cavities.  Okay?

11        A.  Yes.

12        Q.  Okay.  Now, EPA recognizes, in its risk

13   assessment, that the National Academy of Sciences

14   does not consider fluoride to be an essential

15   nutrient, right?

16        A.  Well, adequate, that's what it's talking

17   about, not a nutrient itself, because adequate

18   means it has some sort of benefit associated with

19   that.

20        Q.  But my question is a little different.

21        A.  Yes.

```
 1                  CERTIFICATE OF NOTARY PUBLIC

 2        I, Kelly Susnowitz, the officer before whom

 3   the foregoing deposition was taken, do hereby

 4   certify that the witness whose testimony appears

 5   herein was duly sworn by me; that the testimony of

 6   said witness was taken by me in shorthand and this

 7   transcript was typed under my direction; that said

 8   transcript is a true record of the testimony given

 9   by said witness; that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   the action in which this deposition was taken;

12   and, further, that I am not a relative or employee

13   of any attorney or counsel retained by the parties

14   hereto, nor financially or otherwise interested in

15   the outcome of the action.

16        _____

17            Notary Public in and for the

18            State of Maryland

19

20        My commission expires:

21        June 13, 2020
```

# **Exhibit 11**

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

# JOHN WILLIAM HIRZY

May 31, 2019

---



888-779-9974

1          MR. CONNETT:  Good morning.  Michael

2  Connett on behalf of the plaintiffs.

3          MS. CARFORA:  Debra Carfora from the

4  Department of Justice on behalf of EPA.

5          MR. WILBER:  Eric Wilber on behalf

6  of the EPA.

7          MR. DePASQUALE:  Daniel DePasquale,

8  EPA.

9          MR. DO:  John Thomas Do with the

10  Justice Department for EPA.

11          THE VIDEOGRAPHER:  Thank you.  Will

12  the court reporter now please administer the

13  oath and we can proceed.

14  Whereupon,

15          JOHN WILLIAM HIRZY, Ph.D.,

16  a witness herein, called for oral examination in

17  the matter pending, being first duly sworn to tell

18  the truth, the whole truth, and nothing but the

19  truth, testified as follows:

20                    EXAMINATION

21     BY MR. CONNETT:

22     Q    **Good morning, Dr. Hirzy.**

23     A    Morning, Michael.

24     Q    **We're here today to talk about some**

25  **of the work you did as a scientist at the**

1    Environmental Protection Agency on fluoride;

2    do you understand that?

3         A    Yes.

4         Q    Before we get to that, though, I

5    wanted to ask you some background questions

6    about your own professional background, okay.

7         A    Okay.

8         Q    Can you summarize your educational

9    background?

10        A    Yes.  I went to the University of

11   Missouri, not to become a Ph.D. in chemistry.

12   I went on a regular Navy ROTC scholarship with

13   the idea of becoming an officer in the Marine

14   Corps and that was my career goal.

15            White coat syndrome when they were

16   taking my blood pressure, however, caused me

17   to lose that appointment and so I stayed with

18   chemistry, earning a B.S. with honors at the

19   University of Missouri and continuing on there

20   for my Ph.D.

21            B.S. was in 1958.  Ph.D. in '62.

22   Phi Beta Kappa, Sigma Psi and Phi Eta Sigma

23   were the honor societies that I ended up

24   getting into during that time.

25        Q    So you have your Ph.D. in organic

1          MS. CARFORA:  Objection, foundation.

2     A    Yes.

3     BY MR. CONNETT:

4     **Q    Well, based on your experience at**

5  **EPA, when a new professional comes on board,**

6  **what level do they generally start at, if you**

7  **know?**

8          MS. CARFORA:  Objection, foundation.

9     BY MR. CONNETT:

10    **Q    You can answer.**

11    A    Around GS11.  Normally, the

12  progression through the ranks, people top out

13  often at GS13.  That's about the journeyman

14  level in the professional ranks.  At least it

15  was at EPA.  GS13 was the journeyman level.

16  GS14 gets into senior scientists in the

17  divisional level or so forth.  And here I was

18  a GS15 in OTS.

19    **Q    Okay.  So let's talk about your work**

20  **at EPA.  You start in 1981.  You stayed at EPA**

21  **until 2008.**

22    A    Yes.

23    **Q    And you were in the Office of Toxic**

24  **Substances.**

25    A    Yes.  And the subsequent -- there

1    supervisors, haven't you?"  I'd never had a

2    woman supervisor before in my life.  "You

3    always had trouble with this, blah, blah,

4    blah.  Effective immediately, you're off this

5    project."

6            So that is how that all came about.

7    At least I didn't get fired right off the top.

8        Q    So you weren't able to do --

9        A    Yes, I wasn't able to do good

10   science in pursuit of the mission the way it

11   made sense to me and the way it ultimately

12   made sense to my division director and the

13   division director for the chemical control

14   division, who needed what I was trying to do.

15   It made perfect sense to all of us and I had

16   to really fight for that.

17       Q    Okay.  So let's briefly here just go

18   through some of the rest of your work at EPA.

19   So you were a senior scientist at Office of

20   Toxic Substances, right?

21       A    Yes.

22       Q    And you stayed on until 2008, right?

23       A    Yes.

24       Q    And it says here that you were the

25   ranking chemist.

1      A    Yes.  As it turned out, once we

2  organized the union and won our

3  representational election in 1984, Bill

4  Coniglio, who was the president, did a survey

5  of the bargaining unit, the professional

6  bargaining unit.

7           He said, "Bill, you know you're the

8  only GS15 chemist at headquarters?"  I said,

9  "You've got to be kidding me."  He said, "No.

10  You are the only GS15 chemist at

11  headquarters."

12           Well, that was kind of news to me

13  and that is why that business about the

14  ranking chemist -- there was no chemist at

15  equal rank to mine.  There were GM15s who

16  were -- like my branch chief was a GM15.

17      Q    GM means manager?

18      A    Yes, manager, yes.  GS is general

19  schedule.

20      Q    So you were the ranking chemist for

21  all of the -- like not just for the Office of

22  Toxic Substances, but all offices at U.S. EPA

23  headquarters?

24      A    There was no other chemist with a

25  GS15 rank at headquarters at that time.

1    Q    And during your time at Office of
2    Toxic Substances, as I see here in your
3    resume, you authored risk assessments --
4    A    Yes.
5    Q    -- on a number of different
6    chemicals.
7    A    Yes.  Well, let me talk about two of
8    them that were special --
9    Q    And just briefly because we really
10   need to move this forward.
11   A    Oh, okay.  The one that I'm most
12   proud of is -- other than the one that I had
13   to do some really innovative, kind of
14   out-of-the-box thinking on this CMA petition
15   thing was on 4,4'-methylenedianiline which was
16   the first chemical to trigger section 4(f) of
17   TSCA because of cancer concerns, and I was
18   given the job of doing risk assessment on
19   that.
20          I worked closely with -- I can't
21   remember his name in NIOSH -- it turned out
22   that all -- virtually all the exposures to
23   this chemical were in the industrial setting,
24   and we set up a research program where people
25   handling this stuff had exposure-measuring

1   patches put on.  And we got exposure

2   measurements and I developed, using interval

3   calculus calculating what the rate of

4   absorption was, based on the rate of

5   absorption through other kinds of tissue

6   that's normally -- anyway, it was a big deal

7   and it's a risk assessment that's this thick,

8   and I credited everybody who worked on that.

9   All the people who worked in health and

10  environment review division.  Everybody who

11  worked in EETD and everybody -- I've never

12  seen an EPA document like that where everybody

13  who worked on it got credit for it.

14          But I put my name on it, my branch

15  chief's name on it and then everybody else.

16  And it eventually turned out to be used by

17  OSHA to set -- negotiations between OSHA and

18  Labor to set industrial standards for

19  exposures to MDA.  It was a very big deal and

20  I was really happy with having done that.

21      **Q    And I see you won some awards.  A**

22  **silver medal award in 1983 and a bronze medal**

23  **award in 1987.**

24      A    Yes.  The silver medal was after I

25  got hammered by my branch chief for that CMA

1    thing, I got picked up by another branch

2    chief, Jeanette Wiltse, and she was in charge

3    of screening existing chemicals for toxicity.

4    And we worked out a process for doing that and

5    everybody who worked on that got a silver

6    medal.

7            The bronze medal was for my work on

8    establishing a daycare at EPA headquarters.  I

9    worked with some other people and other union

10   people and management types and we set up a

11   daycare center there and got recognition for

12   that.

13       **Q    And after you left EPA, I see here**

14   **that you went on to do some teaching work at**

15   **American University.**

16       A    Yes, I started there as an adjunct

17   in 1995 and then I went on an IPA from 2004 --

18   interagency personnel agreement -- as a

19   full-time faculty person at AU teaching

20   chemistry.

21           And then when I retired in '08, I

22   became a full-time employee of American

23   University on that chemistry faculty.  Taught

24   chemistry, environmental science.  And then an

25   honors course in ethics, law and rulemaking

| | |
|---|---|
| 1 | which I thought was -- it was a lot of fun. |
| 2 | And then I retired from there |
| 3 | in 2013. |
| 4 | **Q    So let's go and talk -- you had** |
| 5 | **mentioned that you worked for the EPA** |
| 6 | **headquarters union.** |
| 7 | A    Yes, I was an organizer and charter |
| 8 | member and then served several terms as |
| 9 | president. |
| 10 | **Q    By charter member, does that mean** |
| 11 | **you helped found the union?** |
| 12 | A    Yes, there eight of us on the |
| 13 | original charter for that Local 2050 I believe |
| 14 | NFFE and I'm one of them.  Bob Carton is |
| 15 | another one. |
| 16 | **Q    What is NFFE?** |
| 17 | A    National Federation of Federal |
| 18 | Employees. |
| 19 | **Q    And so the EPA headquarters union of** |
| 20 | **scientists and professionals.  What --** |
| 21 | A    Yes, we represented the professional |
| 22 | bargaining unit.  The professional unit is a |
| 23 | unit -- employees in which their job |
| 24 | description -- their work requires higher |
| 25 | education -- a degree in higher education, |

1    basically.

2         **Q    And that would include the**

3    **toxicologists at EPA?**

4         A    Toxicologists, chemists, attorneys

5    and so forth.

6         **Q    And how many professionals came**

7    **within the EPA headquarters union?**

8         A    At the time I think it was around

9    1,200.

10         MS. CARFORA:  Can I just very

11    quickly ask, Michael, that you give the

12    witness instructions about you two not talking

13    over each other.

14         BY MR. CONNETT:

15         **Q    Yes.  So, Dr. Hirzy, it's totally**

16    **common and natural to, in everyday speech, we**

17    **know what the question's going to be and so we**

18    **begin answering it because we predict where**

19    **it's going.**

20         A    Okay.

21         **Q    Happens all the time.  In a**

22    **deposition, it's problematic because the**

23    **attorney has a right to object after I ask the**

24    **question.**

25         A    Okay.  Gotcha.

1  **what the union's position was on the fluoride**

2  **MCLG?**

3          MS. CARFORA:  Objection, foundation.

4      A    Well, over the years, as we looked

5  into this and read the literature, we became

6  aware that, for instance, there were many

7  publications in Journal of American Medical

8  Association, for instance, on increased hip

9  fractures.  Became aware that there had been

10  some cancer studies done and there had been

11  mutagenicity studies.  And then by -- as time

12  rolled on, other issues arose.

13          There were publications on

14  neurotoxicity became -- we became aware of

15  that.  We became aware of effects on the

16  thyroid gland, on the pineal gland and the

17  effect on premature maturation, especially in

18  young women, which was seen in one of the

19  famous Two Cities studies.  Became aware of

20  all of these kinds of effects that fluoride

21  had on tissues other than teeth.

22      BY MR. CONNETT:

23      **Q    So you have identified a number of**

24  **effects of fluoride on health.  Do you know**

25  **what the health effect was that EPA**

1    established the safe drinking water standard

2    around?

3        A    Yes.  It was crippling skeletal

4    fluorosis.  Basically spinal fusion basically,

5    that joints would be fused by the impact of

6    fluoride on connective tissue.  That was

7    alleged to be the most sensitive health

8    effect, and EPA used that as their basis for

9    setting their health-based standard.

10       Q    Do you have any opinion based on

11   what you learned about fluoride as to whether

12   crippling skeletal fluorosis is appropriately

13   considered the most sensitive effect of

14   fluoride exposure?

15       A    Yes, I do have an opinion and it's

16   not the most sensitive effect.

17       Q    And what do you base that on?

18       A    A plethora of research on effects on

19   other tissues beside connective tissue,

20   especially on the developing brain.  That is

21   one that has especially come to the fore.

22   Starting in the middle '90s, publications

23   started coming out of -- especially coming out

24   of China showing the impact of fluoride on

25   children's IQ.

1    **Q    What if we just limit the question**

2    **to the skeleton, the bones.  Do you think**

3    **crippling skeletal fluorosis is appropriately**

4    **considered the most sensitive skeletal effect**

5    **of fluoride?**

6          MS. CARFORA:  Objection, foundation.

7    A    Common sense says it can't be.  I

8    mean, you don't wake up one day and your spine

9    is fused.  I mean, there are aches and pains

10   that develop as your connective tissue becomes

11   more and more calcified, more and more

12   inflexible, and those kinds of arthritic-type

13   symptoms clearly are adverse health effects.

14          So, you know, it's crippling -- you

15   don't wake up one morning and suddenly your

16   spine is fused and say, oops, I've had too

17   much fluoride.

18   BY MR. CONNETT:

19   **Q    Have you ever heard of crippling**

20   **skeletal fluorosis being called stage three**

21   **skeletal fluorosis or phase three skeletal**

22   **fluorosis?**

23          MS. CARFORA:  Objection, compound.

24   A    Yes.  I mean, there are stage one,

25   stage two.  Basically the joint pain and then

```
 1    stiffness and progressing to severe

 2    arthritic-type symptoms and that kind of thing

 3    that you see in the exploitative photographs

 4    of people who -- especially in places where

 5    endemic fluorosis, bone fluorosis in places

 6    like India and China where the incredible

 7    distortions of the bones are taking place.

 8         BY MR. CONNETT:

 9         Q    Have you seen, in your review of the

10    literature on fluoride, have you seen any

11    studies or evidence to indicate that the

12    earlier stages of skeletal fluorosis, stage

13    one or stage two, that those stages can be

14    associated with symptoms?

15              MS. CARFORA:  Objection, assumes

16    facts not in the record.

17         A    Yes.

18         BY MR. CONNETT:

19         Q    What kind of symptoms have you seen

20    in the scientific literature being associated

21    with stage one and stage two skeletal

22    fluorosis?

23              MS. CARFORA:  Objection, foundation,

24    leading.

25         A    Basically joint pain.
```

```
 1        BY MR. CONNETT:

 2        Q    And is joint pain something that you

 3   would consider as a scientist who's been

 4   involved in risk assessment, is joint pain

 5   something that you would consider to be an

 6   adverse health effect?

 7             MS. CARFORA:  Objection, foundation.

 8        A    As someone who has four prosthetic

 9   joints, I would say definitely it's an adverse

10   health effect.

11        BY MR. CONNETT:

12        Q    Now, were there -- did the union

13   have any -- strike that.

14             We have been talking about the

15   skeletal effects.  What about dental effects?

16   Was there any controversy surrounding the safe

17   drinking water standard for fluoride with

18   respect to dental effects?

19             MS. CARFORA:  Objection, foundation,

20   leading.

21        A    Yes.  Based even on the 1993 I think

22   it was National Academy report, they mentioned

23   that moderate and severe dental fluorosis

24   incidence were elevated in places where there

25   were higher fluoride levels in the drinking
```

```
 1        BY MR. CONNETT:
 2        Q    I am going to hand you a document
 3   which I have marked as Exhibit Number 155.
 4   It's a letter dated July 25th, 1997, and I am
 5   not going to pronounce the name right but who
 6   wrote this -- well, let me back up.
 7             Dr. Hirzy, have you ever seen this
 8   letter before?
 9        A    Yes.
10        Q    It's written -- who is the author of
11   this letter?
12        A    This is Bob Perciasepe, who was the
13   assistant administrator for water at the time
14   this was written.
15        Q    And it's on U.S. EPA letterhead?
16        A    Yes.
17        Q    And you're familiar with this
18   letter?
19        A    Yes.
20        Q    And what is -- can you tell us about
21   what this letter -- what basically this letter
22   is saying?
23             MS. CARFORA:  Objection, foundation.
24        A    It's -- in essence what it's saying
25   is that he promised to write to the American
```

1    Dental Association to ask them to address the

2    error in their website in which they list EPA

3    as an endorser of water fluoridation.

4            There is another letter like this

5    in -- I don't know if you have a copy of it or

6    how I could get it into the record, but it's a

7    letter from Assistant Administrator Perciasepe

8    to I think it's Senator Nelson where he is

9    more adamant about it.  He's -- that he has

10   asked ADA to take EPA's name off the list of

11   endorsers of water fluoridation.

12           MS. CARFORA:  I'm going to object to

13   that answer as hearsay.

14   BY MR. CONNETT:

15       **Q    What is -- so in this letter Robert**

16   **Perciasepe is asking the American Dental**

17   **Association to do what?**

18           MS. CARFORA:  Objection, foundation.

19       A    In essence to take EPA's name off

20   the list of endorsers of water fluoridation.

21   BY MR. CONNETT:

22       **Q    And why is that?  Why did he ask ADA**

23   **to do that?**

24           MS. CARFORA:  Objection, foundation.

25       A    Well, the basis on his analysis of

```
1   the Safe Drinking Water Act provisions that

2   say that EPA may not require the addition of

3   any substances for health protection to

4   drinking water.

5        BY MR. CONNETT:

6        Q    I see here in the letter he --

7   Robert Perciasepe states, "You are correct in

8   stating that the Safe Drinking Water Act

9   prohibits EPA from requiring or supporting the

10  addition of any substance including fluoride

11  to drinking water for preventative healthcare

12  purposes."

13           Did I read that correctly?

14       A    Yes, indeed you did.

15       Q    And is that consistent with your

16  understanding as well?

17       A    Yes.

18       Q    If you can set that aside.

19           (Hirzy Deposition Exhibit Number 156

20           was marked for identification.)

21       BY MR. CONNETT:

22       Q    Dr. Hirzy, I am going to hand you

23  a document that I have marked as Exhibit

24  Number 156.  What are we looking at here,

25  Dr. Hirzy?
```

```
 1    some critical biological function?  And there

 2    isn't any except the response that I got

 3    from -- I got no response about fluoride

 4    having any useful biological purpose except

 5    for mollusks, who some mollusks cannot form

 6    their shells if the fluoride concentration is

 7    too low.

 8          So if you're a mollusk, you need the

 9    fluoride.  If you're anything else, you don't.

10    That's basically what I took from that, from

11    that survey.

12       Q    And that was a survey of EPA

13    scientists?

14       A    Yes.  Well, I went out to the union

15    leadership and asked them if they could, you

16    know, similarly ask people that they knew, and

17    that is the response -- I got the one response

18    back from the folks up at Margaressett

19    [phonetic] Research Lab and they said they're

20    aware that mollusks need fluoride in order to

21    form their shell.

22       Q    Now, in this position paper that you

23    wrote back in 1999, do you at all discuss

24    neurotoxicity issues?

25       A    Yes.  By that time there had been
```

```
 1        A    This is the culmination of my

 2   dealing with many inquiries from the public

 3   about what the union's position is.  Why are

 4   we against putting fluoride in drinking water.

 5             In 1997, at a general meeting of the

 6   membership, we voted to support the

 7   Californians for safe drinking water action in

 8   attempting to ban the statewide mandate for

 9   fluoridation in California.  And we have had

10   many inquiries about why are you taking these

11   positions, and this was my summary of why we

12   have taken that position.

13        Q    So it's dated May 1st, 1999?

14        A    Yes.

15        Q    And the title is, "Why EPA's

16   Headquarters Union of Scientists Opposes

17   Fluoridation."

18        A    Yes.

19        Q    So this -- does this document here

20   respect the official position of the EPA

21   headquarters union on fluoridation?

22        A    Yes.

23        Q    And looking here at the first

24   paragraph, it states that, "Our union is

25   comprised of and represents the approximately
```

1   several developments in that area, not least

2   of which was the publication in

3   Neurotoxicology and Teratology by Isaacson,

4   et al., work group that included Karl Jensen,

5   an EPA scientist.

6          And they exposed rats to one part

7   per million fluoride as sodium fluoride or as

8   aluminum fluoride and found that there was

9   profound effects on the rat brain that was --

10  neuronal damage was the primary thing.  And

11  the fact that they saw this effect -- and the

12  aluminum fluoride was worse than the sodium

13  fluoride.

14         The thing that's really significant

15  about that is that one ppm in the drinking

16  water for rats is not the same as one ppm in

17  drinking water for humans.

18     Q    **What do you mean by that?**

19         MS. CARFORA:  I'm going to object to

20  the witness's answer as foundation and

21  counsel's question for lack of foundation.

22     A    From my training and experience in

23  toxicology, I understand that in order to

24  achieve the same serum levels of fluoride in

25  humans and rats, rats take about five times as

```
 1    much fluoride on the intake side than humans

 2    do.  In other words, for rats to get the

 3    equivalent of a human drinking one ppm water,

 4    they would have to be drinking five ppm water.

 5    And here, we're seeing these profound brain

 6    effects in these rats with essentially one

 7    fifth of the amount of water that people are

 8    exposed to.

 9              And the conclusion I drew from that

10    was whoa, we are way over anything like a

11    reasonable reference dose for humans just

12    drinking the so-called optimum level of

13    fluoride.

14              (Hirzy Deposition Exhibit Number 157

15              was marked for identification.)

16    BY MR. CONNETT:

17        Q    And Dr. Hirzy, I'm going to hand you

18    a document that I have marked as 157.

19        A    Yes, this is the one.

20        Q    Is this the study that you were just

21    discussing?

22        A    Yes.

23        Q    And this was published in Brain

24    Research?

25        A    Yes, this is Brain Research, yes.
```

1     Q    And it was published in 1998?

2     A    Yes.

3     Q    It's titled "Chronic administration

4 of aluminon fluoride or sodium fluoride to

5 rats in drinking water: alterations in

6 neuronal and cerebrovascular integrity."

7     A    Yes.

8     Q    And you had mentioned that

9 Dr. Jensen.  I see here a Karl F. Jensen

10 listed as one of the authors.

11    A    Yes.

12    Q    And it lists him here as being in

13 the neurotoxicology division of the EPA.

14    A    Yes.

15    Q    So Dr. Jensen was a

16 neurotoxicologist at EPA?

17    A    Yes.

18    Q    Dr. Hirzy, are you aware of any

19 other EPA scientist ever doing an animal study

20 to investigate fluoride's effects on the brain

21 besides Dr. Jensen?

22    A    No.  And if I may expound on that a

23 little bit, I asked him if they would do

24 further research on -- along this same line,

25 and Karl got back to me and said that they

```
 1    were instructed that they weren't going to be

 2    doing any more research on fluoride toxicity.

 3              MS. CARFORA:  I'm going to object to

 4    his answer as hearsay.

 5         BY MR. CONNETT:

 6         Q    Do you believe, Dr. Hirzy, that this

 7    study that Dr. Jensen, an EPA scientist,

 8    coauthored which found effects on the brain at

 9    one ppm in animals, do you think this is a

10    study that warranted further research?

11              MS. CARFORA:  Objection, foundation.

12         A    Absolutely.

13         BY MR. CONNETT:

14         Q    And you also discuss here,

15    Dr. Hirzy, on page two of the white paper, the

16    position paper on fluoridation, a study by

17    Mullenix.

18         A    Yes.

19         Q    And could you briefly describe that

20    study and what significance you drew and the

21    EPA union drew from it?

22         A    Well, Dr. Mullenix was working at

23    the Forsyth Dental Research Institute at

24    Harvard and was asked to study fluoride

25    toxicity by Harold Hodge, who was the
```

```
 1        A    Yes.
 2             MS. CARFORA:  Objection, calls for
 3   expert opinion.
 4        A    Yes.
 5        BY MR. CONNETT:
 6        Q    Now, Dr. Hirzy, based on all of the
 7   scientific literature on fluoride toxicity
 8   that you have reviewed during the course of
 9   your career, do you think it is reasonable for
10   citizens to take steps to minimize their
11   exposure to fluoridated water?
12             MS. CARFORA:  Objection, calls for
13   an expert opinion.
14        A    Yes, I do think it's reasonable to
15   do that.
16        BY MR. CONNETT:
17        Q    And do you yourself take steps to
18   reduce your exposure to fluoridated water?
19        A    Yes.  Since my son was born 29 years
20   ago, we have had a countertop water
21   distillation system and I distill all of our
22   drinking water, water for coffee, water for
23   cooking rice and pasta.  I don't mind drinking
24   bottled water or water at a restaurant or
25   using ice cubes from my refrigerator that are
```

1    made from city water.  I'm not a total

2    flurophobe, but I do minimize my exposure.

3    And that, among other reasons, is why I feel

4    like I am a very healthy 82-year-old.

5         **Q    And if you could, Dr. Hirzy, just**

6    **turn briefly back to the position paper**

7    **that that union published in 1999, Exhibit**

8    **Number 156.**

9         A    Well, I can't find it.  Just --

10        **Q    Well, I am looking at page 183 of**

11   **the position paper and it references --**

12        A    This is the white paper?

13        **Q    Yes.**

14        A    Carry on.

15        **Q    And it says that, "The EPA union**

16   **asked EPA to provide unfluoridated drinking**

17   **water to its employees"; is that correct?**

18        A    Yes.

19        **Q    And was that based on -- what health**

20   **outcome or health concern was that request**

21   **based on?**

22        A    Neurotoxicity.  I mean, that was

23   the -- that was our major concern was this

24   stuff is neurotoxic.

25        **Q    And that was -- you issued this**

1    white paper about 20 years ago.

2         A    Yes.

3         Q    So already by 1999, EPA union had

4    enough concern about neurotoxicity that it was

5    asking for the provision of nonfluoridated

6    water?

7         A    Absolutely.  With the Mullenix study

8    and with the Jensen and Varner studies and the

9    studies coming out of China, it was obvious to

10   us that neurotoxicity is a legitimate concern

11   for this stuff.

12            If I may interject.  Measuring a

13   decrement of one or two or three IQ points

14   would be pretty tough, but anybody here who is

15   willing to sacrifice one or two or three IQ

16   points, please raise your hand.  I see no

17   hands raised.

18        Q    And --

19            MS. CARFORA:  I'm going to object to

20   his narrative.

21            MR. CONNETT:  There were no hands

22   raised but --

23            MS. CARFORA:  Sorry, is there a

24   question pending?

25            MR. CONNETT:  I'm about to ask it,

```
1    STATE OF MARYLAND

2    HOWARD COUNTY

3         I, Dawn Michele Hyde, a Notary Public of the

4    State of Maryland, Howard County, do hereby certify

5    that the above-captioned proceeding took place

6    before me at the time and place herein set out.

7         I further certify that the proceeding was

8    recorded stenographically by me and this transcript

9    is a true record of the proceedings.

10        I further certify that I am not of counsel to

11   any of the parties, nor an employee of counsel, nor

12   related to any of the parties, nor in any way

13   interested in the outcome of the action.

14        As witness my hand and seal this 31st day of

15   May, 2019.

16                       Dawn Hyde

17             Dawn M. Hyde, Notary Public

18             My Commission Expires 10/7/2019

19

20

21

22

23

24

25
```

# Exhibit 12

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**JOYCE DONOHUE**

May 13, 2019

---



888-779-9974

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              AT SAN FRANCISCO

4   FOOD & WATER WATCH, et al.     *

5     Plaintiffs              *   Civ. No.

6   v.                        *   17-CV-02162-EMC

7   U.S. ENVIRONMENTAL PROTECTION *

8   AGENCY, et al.                *

9     Defendants              *                **CERTIFIED COPY**

10           *    *    *    *    *

11        VIDEOTAPED DEPOSITION OF

12     JOYCE MORRISSEY DONOHUE, Ph.D., RD

13            MAY 13th, 2019

14            WASHINGTON, D.C.

15

16        Reported by:  Dawn M. Hyde

17

18

19

20

21

22

23

24

25

```
 1   and wouldn't reject it.  So that's why it was
 2   the National Defense Act that sponsored that
 3   research.
 4       Q    Gotcha.  Okay.  And since your
 5   resume sort of fills in the gaps in terms of
 6   what you do after your Ph.D., I would like to
 7   kind of focus now on your work at EPA.  Okay?
 8       A    Sure.
 9       Q    And you started working at the EPA
10   in 1996.
11       A    Correct.
12       Q    And you have been -- your position
13   at the EPA since then has been senior health
14   scientist?
15       A    No.  I came in as a health scientist
16   and I didn't become a senior health scientist
17   until a couple of years after I got there.
18       Q    And what -- can you describe the
19   kind of work that you've done at EPA as a
20   health scientist?
21       A    I have worked on both the Clean
22   Water Act and the Safe Drinking Water Act.
23   Most of my work on the Clean Water Act was
24   when the 2000 methodology was written.  It was
25   partially written when I joined EPA but I was
```

1   they retired.

2       Q    Would you -- you know who Karl

3   Jensen is, right?

4       A    Well, he is one of the ones I am

5   talking about.

6       Q    And Karl Jensen is a

7   neurotoxicologist, right?

8       A    Yes, he is.

9       Q    And he's the only scientist at EPA

10  to actually have conducted an animal study

11  looking at fluoride's neurotoxic effect,

12  right?

13      A    Yes.

14          MS. CARFORA:  Objection, foundation.

15  BY MR. CONNETT:

16      Q    Are you aware of that?

17      A    I can't remember a published study.

18  He wasn't at EPA when he -- he wasn't a lead

19  author.

20      Q    But he was an author of a study --

21      A    You're talking about Varner, et al.?

22      Q    Right.

23      A    Yes.  He was a graduate student, I

24  believe, at the time.

25      Q    And he was a coauthor of that animal

1    BY MR. CONNETT:

2       Q    And yet the MCLG for fluoride in the

3    United States is still the same exact level

4    that it was when the EPA set it in 1985,

5    right?

6       A    That is a statement of fact.

7       Q    So the MCLG that we still have in

8    place for fluoride in the year 2019 is a

9    pretty crude standard?

10      A    It's an out-of-date assessment.

11      Q    So in the 1990s you come into the

12   EPA, and in the early 2000s you and the EPA

13   recognize that there's new toxicological data

14   on fluoride that needs to be considered,

15   right?

16      A    That's why they considered it.

17      Q    And the EPA asked, in the early

18   2000s, the National Research Council to review

19   this new toxicological data, right?

20      A    That is correct.

21      Q    And you yourself presented to the

22   National Research Council in 2003 to ask them

23   to do this review, right?

24      A    Correct.

25      Q    And I was there and we were talking.

1    A    Yes, we talked, yes.

2    **Q    I was at that meeting and you had,**

3    **in your discussion explaining to the NRC why**

4    **the EPA wanted the NRC to do this review, you**

5    **had mentioned that there was new data on**

6    **fluoride with respect to neurotoxicity; do you**

7    **remember that?**

8    A    Yes, I mean, it certainly is one of

9    the areas that --

10   **Q    And --**

11   MS. CARFORA:  Did you have more?

12   Did you finish your answer there?  You just

13   ended with the word "that."

14   A    That's just one of the areas where

15   there were new data, including the Varner

16   paper, several other papers.  So we -- in what

17   we charged the NRC to do, we didn't tell them

18   to just restrict themselves to dental

19   fluorosis and skeletal fluorosis.  The charge

20   to the National Research Council is broader

21   than that.  So Michael is correct.

22   BY MR. CONNETT:

23   **Q    And so there was -- in the 1990s and**

24   **early 2000s, there was new toxicological data**

25   **available on fluoride and neurotoxicity,**

1    right?

2        A    Correct.

3        Q    And you, the EPA, wanted the NRC to

4    review that data on neurotoxicity?

5        A    It was much broader than that.  We

6    asked them to do a host of effects.

7        Q    Right.  But you wanted NRC to, as

8    part of their review, to look at the new data

9    on neurotoxicity?

10       A    That was one of the topics, correct.

11       Q    And you also wanted them, the NRC,

12   to look at new data on endocrine disruption,

13   right?

14       A    Correct.

15       Q    And in 2006 the NRC released its

16   review of the MCLG?

17       A    Correct.

18       Q    And the NRC concluded that the

19   four ppm MCLG is too high and needs to be

20   lowered, right?

21       A    Unanimously.

22       Q    And the NRC concluded that severe

23   dental fluorosis is an adverse health effect,

24   right?

25       A    When it included the pitting of the

sentence.

A    "These changes have a bearing on the possibility that fluorides act to increase the risk of developing Alzheimer's disease."

Q    And that was a finding of the NRC, right?

A    On the possibility, yes, that was a finding.

Q    And can -- do you see the section there titled "Anatomical changes in the brain."

A    In the same area.  Where is that? Oh, okay, the section.  I'm sorry, I was reading the paragraph.

Q    And can you read the first sentence there?

A    That's Karl's paper.

Q    And Karl is who?

A    Karl Jensen.

Q    An EPA scientist?

A    He was.  He's retired now.

Q    So this paragraph here is summarizing Dr. Jensen's work?

A    I know he found aluminum in both cases in the brain.  We took a break at that

1  point.

2      Q     Right.  So can you read this summary

3  of Karl Jensen's research.

4      A     "Studies of rats exposed to sodium

5  fluoride and aluminum fluoride had reported

6  distortion in cells in the outer and inner

7  layers of the neocortex.  Neuronal

8  deformations were also found in the

9  hippocampus and to a smaller extent in the

10  amygdala" -- I always have trouble with

11  that -- "and cerebellum.  Aluminum was

12  detected in neurons and glia, as well as in

13  the lining and in the lumen of blood vessels

14  in the brain and kidney."

15      Q     Can you read the next sentence.

16      A     "The substantial enhancement of

17  reactive microglia, the presence of stained

18  intracellular neurofilaments and the presence

19  of IgM observed in rodents are related to

20  signs of dementia in humans."

21      Q     So this was one of the findings

22  again of the NRC review, right?

23      A     That one is a statement of fact.  I

24  mean, that's a statement of an outcome of a

25  study, not necessarily a finding.  That

1  finding was already published and available to

2  the public at that time.

3      **Q    Okay.  So what the NRC is doing is**

4  **just they are summarizing Dr. Jensen's**

5  **research?**

6      A    Correct.

7      **Q    And they are --**

8      A    He wasn't the lead but he is the one

9  who worked for EPA.

10      **Q    Right.  So before, I was asking you**

11  **whether Dr. Jensen had studied sodium fluoride**

12  **and he --**

13      A    Yes, I know, but what he found -- we

14  took a break then.  What he found was he found

15  aluminum in the brain in both cases.  So he

16  found that when he fed the aluminum fluoride

17  and the sodium fluoride and it was attributed,

18  maybe not in the paper, but since I worked

19  with Karl on this and we had a couple of

20  seminars where we brought in

21  neurotoxicologists, and good

22  neurotoxicologists, that aluminum fluoride

23  isn't terribly soluble.

24          So if you -- like calcium fluoride,

25  they like to pair up and have low solubility

1   with the functions of the brain and the body

2   by direct and indirect means."

3          Did I read that correctly?

4   A    Where are we?

5   Q    Right here.

6   A    Down here in Recommendations?

7   Q    Yes.

8   A    Okay.  That is "To determine the

9   potential adverse effects, additional data are

10  needed."  See, I guess personally I would

11  target more on the indirect but they said

12  this.  I can't deny that they said that.  But

13  as a biochemist, I'd focus on the indirect.

14  Q    But the NRC concluded, based on the

15  evidence available to it as of 2006, that

16  fluorides have the ability to interfere with

17  the functions of the brain.  That was NRC's

18  conclusion?

19  A    That was their conclusion, correct.

20  Q    So based on the -- according to the

21  NRC as of 2006, neurotoxicity is a hazard of

22  fluoride exposure at some level, right?

23  A    That was their conclusion, correct.

24  Q    So neurotoxicity, according to the

25  NRC, is a hazard of fluoride exposure?

1       A    Yes.

2       Q    And if you look towards the end of

3   page 267, last page, do you see there it says,

4   "The effects of fluoride on various aspects of

5   endocrine function should be examined further,

6   particularly with respect to a possible role

7   in the development of several diseases or

8   mental states in the United States.  Major

9   areas for investigation include the following:

10  thyroid disease especially in light of

11  decreasing iodine intake by the U.S.

12  population."

13           Did I read that correctly?

14      A    Correct.

15      Q    So the NRC is suggesting -- is

16  recommending -- strike that.  I will withdraw

17  the question.

18           Based on the concerns that the NRC

19  was expressing here, both in the neurotoxicity

20  review and the endocrine review, there were

21  some big potential problems from fluoride

22  exposure that needed to be investigated,

23  right?

24      A    I would agree with you there.

25      Q    And, I mean, based on what the NRC

Asbestos Reporters of California
888-779-9974

1    Q    Right.  And you have read this
2   study?
3    A    I read it back when I sent it to
4   Barbara.  I don't remember it anymore.
5    Q    Right.
6    A    I mean, I remember that it exists,
7   yes.
8    Q    And do you -- this was -- this study
9   here is a prospective birth cohort study,
10  right?
11   A    Yes.
12   Q    And it found that prenatal fluoride
13  exposure in the ELEMENT cohort is associated
14  with significant loss of IQ in the children,
15  right?
16   A    It is one of the studies that finds
17  that, correct.  One of the post 2016 studies
18  that does that.
19   Q    And you would agree that this is a
20  very well-conducted study, right?
21   A    I would agree that it was well
22  conducted, yes.
23   Q    And you would agree that this study
24  justifies a reassessment of the current MCLG
25  for fluoride, correct?

```
1    study I remember.

2         Q    But if you look at the abstract,

3    you'd agree --

4         A    Yes, I now see the term ELEMENT.

5         Q    And it found that urinary fluoride

6    levels in the pregnant mother were

7    significantly associated with an increased

8    risk of ADHD symptoms in the offspring, right?

9         A    Yes.

10        Q    And if you look at the results

11   section, the mean maternal urinary fluoride

12   content was just 0.85 milligrams per liter,

13   right?

14        A    I don't see that yet but --

15        Q    If you look at the results section,

16   it's the first sentence.

17        A    0.85, correct.

18        Q    So you would agree that this is an

19   important study here, prospective birth cohort

20   study which is finding a significant

21   relationship between low levels of fluoride in

22   the urine of pregnant women and ADHD symptoms

23   in children?

24        A    Yes.

25        Q    And you would agree that this study
```

1   further supports the need for reassessment of

2   current safety standards of fluoride in the

3   United States?

4        A    Yes, it is one of several.

5        Q    Okay.  And I am going to -- this --

6   in Dr. Ohanian's e-mail he also included a

7   study titled, "Till, EHP water and maternal

8   urine," do you see that?

9        A    Where's that?

10       Q    In the attachments.  If you look at

11  the description of the attachments in the

12  Ohanian e-mail.

13       A    Bashash, Till, EHP, Fluoride.  Till

14  in Canada.

15       Q    Right.

16       A    Okay.  So yes, if he sent it to me,

17  I have it.  And I know Till I think has two

18  publications out where she's an author.

19       Q    Okay.  So let's look at this Till

20  paper that Dr. Ohanian sent to you and the

21  others at EPA.  And do you see it?  It's in

22  that --

23       A    Okay.

24       Q    And you see it's titled, "Community

25  water fluoridation and urinary fluoride

1    Q    So would you agree that this study

2  here by Christine Till and colleagues provides

3  significant and important new information that

4  supports the reassessment of fluoride safety

5  standards in the United States?

6    A    It's one of the others that I've

7  already identified I had.  It's got Bruce

8  Lanphear in there too.

9    Q    And what's the importance of seeing

10 Bruce Lanphear's name as a coauthor of this

11 study?

12   A    He's an important lead person.

13   Q    And you would agree that Bruce

14 Lanphear has done very important and reliable

15 research?

16   A    Yes, I would.

17   Q    So when you see Bruce Lanphear's

18 name on a study, that gives it an added stamp

19 of authoritativeness; would it be fair to say

20 that?

21        MS. CARFORA:  Objection, form.

22   A    I am not going to judge.  Name

23 recognition.

24   BY MR. CONNETT:

25   Q    And so I'm not sure if you answered

1   my question, but you would agree that this

2   study right here adds further reason why we

3   need to do a reassessment of the fluoride

4   safety standards in the United States?

5       A    I think it's a reason for doing not

6   just the United States.  I think it's a reason

7   for doing an update to the fluoride

8   assessment.

9       Q    Everywhere?

10      A    Well, for anybody who's interested

11  in fluoride and the need for regulation of

12  fluoride exposure.

13      Q    Right.  Anyone interested in making

14  sure that fluoride is safe for consumption?

15      A    That people are not overexposed,

16  yes.

17      Q    And the other study that Dr. Ohanian

18  attached here in this e-mail is a study by

19  Malin, and Christine Till is a coauthor.

20      A    I have that one too.

21      Q    And it's titled, "Fluoride exposure

22  and thyroid function among adults living in

23  Canada: effect modification by iodine status,"

24  right?

25      A    Yes.

1    evaluation of the new data.  An individual

2    doesn't make those decisions.  Those decisions

3    are made by a community that has all kinds of

4    expertise.  So I have already agreed that I

5    think these are new, good studies, that they

6    need evaluation.  They need evaluation by

7    experts and I wouldn't classify myself as an

8    expert.

9        **Q    But you are the chief expert on**

10   **fluoride at EPA's Office of Water, right?**

11       A    That's correct, but the Office of

12   Water deals only with water.  There is no

13   regulation for iodine, and the Office of Water

14   doesn't always listen to me.

15       **Q    I understand.  Do you -- I might**

16   **have asked you this before but I forget your**

17   **answer.  Can you think of any other scientist**

18   **at the EPA who knows more about fluoride than**

19   **you do?**

20       A    I mean, Kris Thayer led the NIH

21   study.  She's now at EPA.  I can't answer to

22   her knowledge in the Office of Water and I am

23   only in that office.  Ed's pretty

24   knowledgeable because he knows the past.

25            Everybody else in the office --

```
 1        BY MR. CONNETT:
 2        Q    So I think -- oh, you know, one last
 3    document I meant to ask you about.  Oh, I
 4    forgot to mark it.  This will be Exhibit
 5    Number 92.  And you see this is an e-mail that
 6    you wrote to two individuals, and the subject
 7    is fluoride paper.
 8        A    Oh, yes.
 9             MS. CARFORA:  Hang on a second.  I
10    don't see that subject on here.  We're on
11    Exhibit Number 92?
12             MR. CONNETT:  Yes.
13             MS. CARFORA:  Thank you.  Sorry.
14        BY MR. CONNETT:
15        Q    It's dated -- the e-mail is dated
16    August 29th, 2018.
17        A    It would have been this year.
18        Q    Last year.
19        A    Last year.  Wow, it's already '19.
20        Q    And you attach in this e-mail a
21    study by Yu on fluoride and IQ.
22        A    That's another one of those studies
23    that deserves attention.
24        Q    And the title of this e-mail is
25    "Threshold effects of moderately excessive
```

1    fluoride exposure on children's health: a

2    potential association between dental fluorosis

3    and loss of excellent intelligence," correct?

4        A    Correct.

5        Q    And this study again found an

6    association between fluoride exposure and

7    reduced IQ, correct?

8        A    Correct.

9        Q    And you believe this study was a

10   well-done study, correct?

11       A    I thought they did a good job with

12   the confounding factors.

13       Q    And you think this is an important

14   study to be considered in reassessing the

15   fluoride safety standards?

16       A    Yes.

17       Q    It adds to the evidence base that

18   fluoride is a neurotoxicant, correct?

19       A    Correct.

20       Q    And so based on all these studies

21   that we're looking at, based on the latest

22   science, do you agree that neurotoxicity is a

23   potential risk of water fluoridation?

24       A    I can't agree.  You have to look at

25   the -- you have to evaluate these.

```
 1    STATE OF MARYLAND

 2    HOWARD COUNTY

 3        I, Dawn Michele Hyde, a Notary Public of the

 4    State of Maryland, Howard County, do hereby

 5    certify that the above-captioned proceeding took

 6    place before me at the time and place herein set

 7    out.

 8        I further certify that the proceeding was

 9    recorded stenographically by me and this

10    transcript is a true record of the proceedings.

11        I further certify that I am not of counsel to

12    any of the parties, nor an employee of counsel,

13    nor related to any of the parties, nor in any way

14    interested in the outcome of the action.

15        As witness my hand and seal this 13th day of

16    May, 2019.

17                    Dawn Hyde

18                    Dawn M. Hyde, Notary Public

19                    My Commission Expires 10/7/2019

20

21

22

23

24

25
```

# Exhibit 13

1  C. ANDREW WATERS, ESQ., CA Bar No. 147259
   MICHAEL CONNETT, ESQ., CA Bar No. 300314
2  WATERS, KRAUS & PAUL
   222 N. Pacific Coast Hwy, Suite 1900
3  El Segundo, CA 90245
   310-414-8146 Telephone
4  310-414-8156 Facsimile

5  *Attorneys for Plaintiffs*

6              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                    AT SAN FRANCISCO

8
   FOOD & WATER WATCH, et al.,          )
9                                        )   Civ. No. 17-CV-02162-EMC
                        Plaintiffs,      )
10       vs.                             )   **DECLARATION OF**
                                         )   **KATHLEEN THIESSEN, PhD**
11  U.S. ENVIRONMENTAL PROTECTION        )
    AGENCY, et al.                       )
12                                       )
                        Defendants.      )
13                                       )
                                         )
14                                       )
   _____     )

15

16      I, Kathleen Thiessen, declare that:

17      1.      I have agreed to appear as an expert in this case, and have prepared an expert report which

18  summarizes the opinions that I intend to offer if called to testify at trial. A true and correct copy of my

19  expert report (without the appendices) is attached herein as **Exhibit A**.

20      2.      I am a risk assessment scientist at the Oak Ridge Center for Risk Analysis in Oak Ridge,

21  Tennessee. For more than 30 years, I have been involved in the evaluation of exposures, doses, and risks

22  to human health from trace levels of contaminants in the environment, including fluoride, and in the use of

23  uncertainty analysis for environmental and health risk assessment. In the course of my work as a risk

24  assessment scientist, I have done work for the U.S. Environmental Protection Agency (EPA), the U.S.

25  Department of Energy, the Centers for Disease Control and Prevention, the U.S. Nuclear Regulatory

26  Commission, the National Cancer Institute, and the National Institute for Occupational Safety and Health,

27

28

as well as a number of other government and private clients.

3. I have authored several reports for the EPA on the health effects of specific environmental contaminants, including a Health Issue Assessment of fluorides (hydrogen fluoride and related compounds). More recently, I served on two subcommittees of the National Research Council's (NRC) Committee on Toxicology, one which was asked by EPA to review the toxicologic literature on fluoride (which resulted in the 2006 publication Fluoride in Drinking Water: A Scientific Review of EPA's Standards), and one dealing with guidance levels for air contaminants (including hydrogen fluoride) in submarines. A further discussion of my qualifications is provided on pages 3-4 of my expert report.

4. In this case, I conducted a risk assessment on the neurotoxicity of fluoride in accordance with *EPA's Guidelines on Neurotoxicity Risk Assessment* (hereafter, *Guidelines*). Pursuant to the Guidelines, I started my analysis by conducting a **Hazard Assessment** (pp. 5-27), in which I assessed: (1) the animal studies on neuroanatomical, neurochemical, and functional effects (pp. 10-14); (2) case reports, including clinician observations of occupationally exposed workers (pp. 15-16); (3) human epidemiology studies on fluoride and cognitive deficits, including the recent prospective birth cohort studies (pp.16-20); (4) the literature on fluoride's neuroendocrine effects (pp. 20-21); (5) animal and human research on possible modes of action (direct and indirect) by which fluoride affects the brain (pp. 21); (6) dose-response data on fluoride and neurotoxic outcomes in animal and epidemiological studies (pp. 21-22); (7) the pharmacokinetics of fluoride, including data on placental transfer and uptake into the brain (pp. 23-24); and (8) *in vitro* studies investigating fluoride's effects on brain cells, including several that used low concentrations (p. 24). Based on my assessment of this literature, I concluded to "a high degree of confidence" that neurotoxicity is a hazard of fluoride exposure (p. 26).

5. As I discuss in my report, the *Guidelines* provide that a reference dose should be derived to protect against the neurotoxicity hazard if it is found to be the "critical effect"—i.e., "the effect occurring at the lowest dose level" (p. 28). EPA's current position is that severe dental fluorosis is the critical effect

of fluoride exposure. Accordingly, in the second part of my analysis, I examined whether neurotoxicity is a more sensitive effect than severe dental fluorosis, and concluded that "the collective data . . . strongly support the conclusion that neurotoxicity is a more sensitive effect . . . ." (pp. 28-32 & 51-62).

6.      Since neurotoxicity is a hazard of fluoride exposure, I turned to the second step of an EPA risk assessment: **Quantitative Dose Response** (pp. 51-62). In a quantitative dose-response analysis, a "Point of Departure" (POD) is identified from the available animal and human data in order to derive a dose that will be without appreciable risk (e.g., a reference dose) (pp. 51-55). For my analysis, I focused on the animal data as I understood that Dr. Grandjean had already calculated a BMDL from the human data (p. 54). Further, I focused my dose-response assessment on the animal studies that had examined prenatal exposure, as that is a life stage of heightened susceptibility (pp. 55).

7.      Rather than identify just one POD from the animal data, I identified the full range of possible PODs that can be justified. This range of PODs included "Lowest Observed Adverse Effect Levels" (LOAELs) ranging from 5 to 45 mg/L, and "No Observed Adverse Effect Levels" (NOAELs) ranging from 11 to 20 mg/L (pp. 57-58). After converting these water fluoride concentrations into dosages and converting them to Human Equivalent Doses (HED), I applied different combinations of uncertainty factors (from non-conservative to conservative). As I discuss in my report, whatever POD is selected from the animal data, the resulting reference dose is well below EPA's current RfD (0.08 mg/kg/day), and well below the exposures people receive in fluoridated areas, particularly bottle-fed infants (pp. 40-43 & 60). This remains the case even if the highest POD is used (NOAEL of 20 mg/L) and only two uncertainty factors are applied (for intra-species and inter-species variability) (p. 60 & 62; *see* Table 7, Column I).

8.      Consistent with the *Guidelines*, I also conducted an **Exposure Assessment** to assess the extent of exposure to fluoridated water. My exposure assessment focused on potentially susceptible and highly exposed populations, with a particular emphasis on bottle-fed infants (pp. 40-43, 47, 65-67).

9.      Finally, I conducted a **Risk Characterization** analysis, which is the final step of a risk

assessment under the *Guidelines* (pp. 63-69, *see also* 33-50). In my risk characterization, I considered the hazard ranking criteria that EPA uses in risk evaluations of new chemicals under Section 5 of TSCA (pp. 63-64), but I did not stop there. I also conducted a "Margin of Exposure" analysis, which is a method recommended by the *Guidelines*, and which EPA uses in its risk evaluations of existing chemicals under Section 6 of TSCA (pp. 64-67). In one of my Margin of Exposure calculations, I selected a 20 mg/L NOAEL from the animal literature as the Point of Departure,[1] and used a Benchmark MOE of 30 (based on an uncertainty factor of 3 for intraspecies variability, and an uncertainty factor of 10 for interspecies variability). As can be seen in Table 8, the "Calculated MOE" for multiple segments of the human population, including bottle-fed infants, was well below the Benchmark MOE of 30 for this Point of Departure (p. 67). By EPA's own standards, this represents an unacceptable risk.

10.    In addition to conducting a Margin of Exposure analysis, my Risk Characterization assessment also considered the extent of exposure to fluoridation chemicals in the U.S., including the potential for sensitive, highly susceptible, or highly exposed populations (pp. 33-50, & 64). As discussed in my report, over 200 million Americans have municipal water to which fluoridation chemicals are directly added, and the rest of the population living in "non-fluoridated areas" will routinely consume fluoridation chemicals in processed beverages and foods (e.g., sodas, soups, etc.) made with fluoridated water (p. 64). As I note in my report, "because of the massive reach of water fluoridation, millions of highly susceptible individuals are being exposed" (p. 64). Each year, approximately 2.9 million children will be exposed to fluoridation chemicals in the womb, and 1.2 million infants will consume fluoridation chemicals in formula every day for their first 6 months (p. 64). To put the massive extent of this exposure in perspective, after I completed my expert report, EPA issued a draft Section 6 risk evaluation for 1-Bromopropane (1-BP). In this draft evaluation, EPA made unreasonable risk determinations based on Margin of Exposure analyses[2]

---

[1] As explained in my report, I converted the 20 mg/L NOAEL into a Human Equivalent Dose using EPA's bodyweight scaling method.
[2] As with my Margin of Exposure analyses for fluoridation chemicals, the Point of Departures for EPA's 1-BP analyses were based on toxic effects, including neurotoxicity, in animals.

of conditions of use involving just hundreds to thousands of occupationally-exposed workers. The number of people exposed to fluoridation chemicals among *susceptible subsets of the general population* is orders of magnitude higher than the number of *occupational* exposures at issue in the evaluation of 1-BP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2019, in Oak Ridge, Tennessee.

*Kathleen M. Thiessen*

KATHLEEN THIESSEN, PhD

DECLARATION OF KATHLEEN THIESSEN, PhD

# **Exhibit A**

# Assessment of the Neurotoxicity of Fluoride

Kathleen M. Thiessen, Ph.D.
June 27, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



# TABLE OF CONTENTS

I.      Introduction ...............................................................................................3

      A.      Assignment ......................................................................................3

      B.      Qualifications ..................................................................................3

      C.      Summary of Opinions .....................................................................4

      D.      Updates and Reservation.................................................................4

      E.      Compensation and Prior Litigation Work .......................................4

II.     Opinions .....................................................................................................5

      A.      Neurotoxicity is a hazard of fluoride exposure ..............................5

      B.      Neurotoxicity is a more sensitive effect of fluoride exposure
            than severe dental fluorosis..............................................................28

      C.      Identifiable subsets of the population have heightened susceptibility
            to the risk of harm from fluoridation chemicals ............................33

      D.      The current EPA reference dose for fluoride is not
            protective against neurotoxicity......................................................51

      E.      Fluoridation chemicals present an "unreasonable risk" of neurotoxicity,
            as defined by EPA ..........................................................................63

III.    Conclusions................................................................................................69

IV.     References..................................................................................................70


Appendix A:  Recent animal studies of fluoride neurotoxicity (Tables A-1 and A-2).................99

Appendix B:  Studies associating fluoride exposure with cognitive deficits in humans ............112

Appendix C:  Figures .........................................................................................119

Appendix D:  Adequacy of EPA's 2010 RfD with respect to the knowledge then
                  available to EPA ................................................................................123

Appendix E:  Lack of effectiveness of community water fluoridation in improving
                  dental health ......................................................................................137

Appendix F:  Resume of Kathleen M. Thiessen, Ph.D. ....................................................144



## I.       INTRODUCTION

### A.       Assignment

I was asked to apply risk assessment frameworks used by the Environmental Protection Agency (EPA) to the current scientific literature on fluoride neurotoxicity to determine whether neurotoxicity is a hazard of fluoride exposure, and whether this hazard is a risk at the levels of fluoride added to drinking water for fluoridation (0.7 mg/L).

### B.       Qualifications

I am a risk assessment scientist at Oak Ridge Center for Risk Analysis in Oak Ridge, Tennessee. For more than 30 years, I have been involved in the evaluation of exposures, doses, and risks to human health from trace levels of contaminants in the environment, including fluoride, and in the use of uncertainty analysis for environmental and health risk assessment.  In the course of my work as a risk assessment scientist, I have done work for the U.S. Environmental Protection Agency (EPA), the U.S. Department of Energy, the Centers for Disease Control and Prevention, the U.S. Nuclear Regulatory Commission, the National Cancer Institute, and the National Institute for Occupational Safety and Health, as well as a number of other government and private clients.

I have authored several reports for the EPA on the health effects of specific environmental contaminants, including Health Issue Assessments of fluorides (hydrogen fluoride and related compounds) and mercuric chloride.  More recently, I served on two subcommittees of the National Research Council's (NRC) Committee on Toxicology, one which was asked by EPA to review the toxicologic literature on fluoride (which resulted in the 2006 publication *Fluoride in Drinking Water:  A Scientific Review of EPA's Standards*), and one dealing with guidance levels for air contaminants (including hydrogen fluoride) in submarines.

As part of my work, I contributed to the development of a risk-based screening approach to prioritize further investigation of chemical and radioactive contaminants and exposure situations in various assessment contexts.  I led in the application of risk-based screening techniques for the reconstruction of doses and health risks associated with releases of chemicals and radionuclides from the U.S. Department of Energy's Oak Ridge (Tennessee) facilities.  I also led in the analysis of human exposures, doses, and health risks to off-site individuals associated with historic releases of radionuclides to the Clinch River from the Oak Ridge facilities.

Currently, I lead the Working Group on Assessment of Exposures and Countermeasures in Urban Environments for the International Atomic Energy Agency's (IAEA's) program on Development, Testing and Harmonization of Models and Data for Radiological Impact Assessment (MODARIA II).  In addition, I currently serve on a committee for the revision of the IAEA's Safety Report Series No. 19, "Generic Models for Use in Assessing the Impact of Discharges of Radioactive Substances to the Environment," and have been involved in the preparation of an IAEA guidance document on implementation of remediation strategies following accidental releases of radioactivity.

Throughout my career, I have authored or contributed to a number of open literature publications in peer-reviewed journals such as *Health Physics*, *Environmental Science and Technology*, *Environmental Pollution*, *Atmospheric Environment*, *Journal of Environmental Radioactivity*, and the *International Journal of Occupational and Environmental Health*.  I have also served as a peer reviewer for journals such as *American Journal of Preventive Medicine*, *Environment International*, *Environmental Pollution*, *Risk Analysis*, *Science of the Total Environment*, *Environmental Health Perspectives*, and *Journal of*



*Environmental Radioactivity*, among others. My formal education is in biomedical sciences, with a concentration in the field of genetics, and I remain interested in the effect of genetic background on individual response to chemical or radiation exposures. A list of my publications and technical reports is included in my resume, which is included herein as Appendix F.

## C.     Summary of Opinions

For the reasons described herein, I have reached the following conclusions to a reasonable degree of scientific certainty:

1.  Based on the hazard identification principles set forth in EPA's *Guidelines for Neurotoxicity Risk Assessment*, there is sufficient evidence to conclude that neurotoxicity is a hazard of fluoride exposure.

2.  Convergent data from experimental animal studies and epidemiological studies of human populations, alongside considerations of pharmacokinetics and biological plausibility, strongly indicate that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.

3.  Identifiable subsets of the population have heightened susceptibility to the risk of harm from fluoridation chemicals. These populations include the fetus; bottle-fed infants; the elderly; individuals with nutrient deficiencies, kidney disease, and/or high-water intake; and populations with specific genotypes.

4.  The current EPA reference dose (RfD) for fluoride (0.08 mg/kg/day) is not protective against neurotoxicity, including loss of cognitive function.

5.  Fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss, if assessed under the same analytical framework that EPA uses in its risk evaluations of other chemicals under the Toxic Substance Control Act (TSCA).

## D.     Updates and Reservation

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report.

## E.     Compensation and Prior Litigation Work

The hourly rate for my work in this case has been $225 to $300. I have not been deposed in the last four years. My hourly rate for depositions is $300.



## II.     OPINIONS

### A.     Neurotoxicity Is a Hazard of Fluoride Exposure

#### 1.   Historic Background

The early epidemiological studies in the U.S. that claimed to establish the safety of waterborne fluoride[1] (fluoride concentrations ranging from 1 to 8 mg/L in drinking water) did not address the potential for fluoride to cause neurological effects, including IQ loss.[2] The primary focus of these early studies was, instead, on skeletal health. Although largely overlooked, some of the early studies of occupationally exposed workers,[3] as well as some of the early studies of fluoride-exposed animals,[4] reported central nervous system effects from fluoride exposure. In a 1953 study of monkeys, Wadhwani and Ramasway reported that monkeys with chronic fluorosis "did not conduct themselves with intelligence and agility of mind normally associated with them. There was a significant lack of co-ordination in their behaviour."[5] These early observations, some of which remained unpublished,[6] were largely ignored. In 1985, when EPA proposed a Maximum Contaminant Level Goal (MCLG) for fluoride of 4 mg/L for fluoride, the Agency did not consider this early literature on neurotoxicity and did not consider neurotoxicity to be a potential hazard of fluoride exposure.[7]

The first known study of fluoride and intelligence in humans was published in 1989 by Ren and colleagues in China.[8] A flurry of similar studies were published in China in the 1990s.[9] Most of these studies were published in Chinese, and they remained largely unknown outside of China until English translations started to become available after 2000.

#### 2.   NRC Report

In 2006, the NRC concluded that "fluorides have the ability to interfere with the functions of the brain and the body by direct and indirect means."[10] The NRC reached this conclusion based on the

---

[1] This report deals with "fluoride" generally. For some epidemiological studies, this means naturally occurring fluoride in drinking water, usually without discussion of other mineral content in the water. For laboratory studies in rodents, this usually means NaF. For epidemiological studies in artificially fluoridated areas, this means "fluoridation chemicals," which usually include NaF, Na$_2$SiF$_6$, and H$_2$SiF$_6$ (NRC 2006, pp. 52-53; the latter two chemicals are known as silicofluorides). Exposure to aluminum fluorides is also common (NRC 2006, pp. 51-52). For any epidemiological studies, total fluoride exposure (which might or might not be addressed) includes exposure to fluoride from drinking water, beverages or foods prepared with tap water, tea, toothpaste and other dentifrices, and other sources. See Chapter 2 of NRC (2006) for more information on fluoride exposure. This report assumes that any effect attributable to NaF (e.g., in animal studies) will also be a risk for exposure to "fluoridation chemicals" (including silicofluorides) and aluminum fluorides; in addition, both silicofluorides and aluminum fluorides may pose risks beyond those associated with NaF (NRC 2006, pp. 51-53).
[2] Call et al. (1965); Leone et al. (1954; 1955a; 1955b); McCauley and McClure (1954); McClure (1944); Schlesinger et al. (1956a; 1956b); Stevenson and Watson (1957).
[3] Roholm (1937); Popov et al. (1974).
[4] Wadhwani and Ramasway (1953); Lu et al. (1961); Rice and Lu (1963); Sadilova et al. (1968).
[5] Wadhwani and Ramasway (1953).
[6] See, for example, a Manhattan Project memo by Ferry (1944).
[7] Neurotoxicity was not included in a 1985 draft Criteria Document prepared for the EPA (ICAIR 1985) or in the proposed and final versions of EPA's National Primary Drinking Water Regulations for fluoride (Federal Register 1985a; 1985b).
[8] Ren et al. (1989).
[9] Qin et al. (1990); Chen et al. (1991); Guo et al. (1991); Lin et al. (1991); Sun et al. (1991); An et al. (1992); Li et al. (1994); Xu et al. (1994); Yang et al. (1994); Duan et al. (1995); Li et al. (1995); Wang et al. (1996); Yao et al. (1996; 1997); Zhao et al. (1996).
[10] NRC (2006), p. 222.



histological, biochemical, and molecular findings from animal studies published in the 1990s and early 2000s. These findings included reduced protein and phospholipid content in the brains of fluoride-treated animals; inhibition of acetylcholinesterase; interference with neurotransmitters; increased production of free radicals in the brain (i.e., oxidative stress); neuronal deformations; increased uptake of aluminum; and enhancement of reactive microglia.[11]

As part of its report, the NRC also reviewed the few studies on fluoride and intelligence that were then available in English.[12]  Various methodological limitations were identified with these studies, but the NRC concluded that the consistency of the results (i.e., reduced intelligence among children exposed to elevated fluoride) warranted further epidemiological research into the potential of fluoride to lower IQ.  The NRC also reviewed several behavioral studies in animals, including two that examined the impact of fluoride on learning and memory, but the data were not yet sufficient to draw conclusions.[13]  The NRC did, however, recommend that additional animal studies be conducted to evaluate cognitive effects of fluoride exposures.[14]

Of additional relevance to the neurotoxic potential of fluoride exposures, the NRC reviewed the toxicologic literature on fluoride's effects on the endocrine system, including the thyroid gland. The NRC concluded that fluoride is an endocrine disrupting chemical which can alter thyroid function at estimated average intakes as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency.[15] The NRC recognized the potential relevance of fluoride's endocrine effects to neurotoxicity, noting that depressed thyroid function during pregnancy can lower the IQ of the offspring.[16]

The NRC's findings on the neurotoxic potential of fluoride have been accepted as an accurate summary of the hazard by the EPA and other federal agencies, including the CDC.[17]  It is important to recognize, however, that much additional research on fluoride's neurotoxicity has been published since the NRC's report. As discussed below, the evidence of fluoride neurotoxicity is much stronger today than when the NRC conducted its review.

3.   Application of EPA's Guidelines for Neurotoxicity Risk Assessment

The EPA has established guidelines for neurotoxicity risk assessment ("Guidelines") which the Agency has stated it "will follow in evaluating data on potential neurotoxicity associated with exposure to environmental toxicants."[18]  Under the Guidelines, the risk assessor must make a qualitative determination as to whether a hazard for neurotoxicity "could exist."[19]  "A single adverse endpoint from a well-conducted study" is "sufficient evidence" under the Guidelines to establish that "a hazard for neurotoxicity could exist."[20]  If no individual study is sufficient to establish a hazard, "the total available data may support such a conclusion."[21]

---

[11] NRC (2006), pp. 221-222.
[12] Li et al. (1995); Zhao et al. (1996); Lu et al. (2000); Xiang et al. (2003a; 2003b).
[13] NRC (2006), pp. 215-216, 221.
[14] NRC (2006), p. 223.
[15] NRC (2006), pp. 262-263, 266.
[16] NRC (2006), p. 263.
[17] EPA (2010b), p. i; Federal Register (2015), p. 24940; USDHHS Panel (2015), p. 322; Deposition of Casey Hannan at 115:4-125:3 & 136:21-140:1.
[18] EPA (1998a), p. 1; Federal Register (1998), p. 26927.
[19] EPA (1998a), pp. 53, 55-56; Federal Register (1998), pp. 26945-26946.
[20] EPA (1998a), p. 55; Federal Register (1998), p. 26946.
[21] EPA (1998a), p. 56; Federal Register (1998), p. 26946.



*Animal Studies – General Considerations*

Under the Guidelines, the hazard determination "can be based on either human or animal data."[22] EPA has a preference for using human data if suitable data exist;[23] in practice, however, animal data are almost always used.[24] EPA has expressly applied the Guidelines in 10 risk assessments.[25] Based on these assessments, EPA established reference doses (RfDs; summarized in Table 1) and/or reference concentrations (RfCs) to protect against neurotoxicity for 9 chemicals or groups of chemicals.[26] In each of these assessments, EPA relied on animal data to establish the RfD or RfC. One reason that EPA uses animal studies is that they "provide more precise exposure information, and control environmental factors better."[27] Another reason is that human data are rarely available: for 6 of the 9 chemicals for which EPA established RfDs or RfCs based on neurotoxicity endpoints, there were *no* human data on neurotoxicity (Table 1).

Neurotoxic endpoints in animal studies fall into several categories, including neuroanatomical (e.g., neuropathological), neurochemical, neurophysiological, behavioral and neurological, and developmental.[28] Neuroanatomical endpoints include gross changes to the brain, such as reduced brain weight, as well as changes to brain cells that are detectable under a microscope (i.e., "histological").[29] Neurochemical effects include alterations in synthesis, release, uptake, or degradation of neurotransmitters; alterations in second-messenger activities; and alterations or inhibition of enzymes or proteins.[30] Neurophysiological effects include alterations in nerve conduction or electroencephalographic patterns.[31] Behavioral and neurological changes include alterations to motor activity, changes in sensory abilities or motor coordination, seizures, and impairments in learning, memory, and attention.[32] Developmental endpoints include both changes in timing of the appearance of behaviors during development and changes in growth or organization of the nervous system.[33] In its risk assessments to date, EPA has established reference doses based on both neuroanatomical and behavioral effects, including axonal swelling in peripheral nerves (2-Hexanone),[34] reduced brain weight (Methanol),[35] reduced pain sensitivity (Trimethylbenzenes),[36] and impairment in

---

[22] EPA (1998a), p. 11; Federal Register (1998), p, 26931.

[23] EPA (2018a), p. 2-1.

[24] EPA (1998a), p. 20; Federal Register (1998), p. 26934.

[25] See EPA (2018b), pp. 4-5. These 10 risk assessments were performed for BDE-47 (EPA 2008a), BDE-99 (EPA 2008b), BDE-153 (EPA 2008c), BDE-209 (EPA 2008d), Chlorine Dioxide and Chlorite (EPA 2000b), 2-Hexanone (EPA 2009c), Methanol (EPA 2013a), RDX (EPA 2018a), Trimethylbenzenes (EPA 2016), and Hydrogen Sulfide (EPA 2003).

[26] Reference doses or reference concentrations were based on neurological endpoints for BDE-47 (EPA 2008a), BDE-99 (EPA 2008b), BDE-153 (EPA 2008c), BDE-209 (EPA 2008d), Chlorine Dioxide and Chlorite (EPA 2000b), 2-Hexanone (EPA 2009c), Methanol (EPA 2013a), RDX (EPA 2018a), and Trimethylbenzenes (EPA 2016). For Hydrogen Sulfide, the risk assessment was based on a non-neurologic endpoint but was specifically expected to be protective for the neurological endpoints (EPA 2003, pp. 45-46).

[27] EPA (1998a), p. 20; Federal Register (1998), p. 26934.

[28] EPA (1988a), pp. 20-21; Federal Register (1998), pp. 26934-26935.

[29] EPA (1998a), p. 21; Federal Register (1998), p. 26934.

[30] EPA (1998a), pp. 21, 30-32; Federal Register (1998), pp. 26934, 26938-26939.

[31] EPA (1998a), p. 21; Federal Register (1998), pp. 26934-26935.

[32] EPA (1998a), p. 21; Federal Register (1998), p. 26935.

[33] EPA (1998a), p. 21; Federal Register (1998), p. 26935.

[34] EPA (2009c), p. 60.

[35] EPA (2013a), pp. 5-6, 5-16, 5-17. The inhalation RfC for methanol was derived from a neurological endpoint. An oral RfD for methanol was derived from the same inhalation studies, but was based on a non-neurological endpoint (p. 5-28); therefore methanol is not included in Table 1.

[36] EPA (2016), pp. xxv, xxvi, 2-22, 2-23, 2-35.



*Food and Water Watch v. EPA*                                          *Thiessen Report*

spontaneous motor activity, learning, memory, and habituation (BDE-47, BDE-99, BDE-153, and BDE-209).[37]

In considering the relevance of these endpoints to humans, the Guidelines provide four default assumptions. First, EPA assumes that "an agent that produces detectable adverse neurotoxic effects in experimental animal studies will pose a potential hazard to humans."[38] Second, EPA assumes that neuroanatomical, neurochemical, neurophysiological, and behavioral changes "are of concern."[39] Third, EPA assumes that "the neurotoxic effects seen in animal studies may not always be the same as those produced in humans" due to "species-specific differences in maturation of the nervous system, differences in timing of exposure, metabolism, or mechanisms of action."[40] Fourth, EPA assumes that "humans are as sensitive as the most sensitive animal species tested."[41] Each of these four assumptions is "plausibly conservative," meaning that "they are protective of public health and are also well founded in scientific knowledge about the effects of concern."[42]

Finally, the principal studies which EPA has used to establish RfDs or RfCs have not been "perfect" studies. In fact, in most of the neurotoxicity risk assessments, EPA has identified a number of methodological limitations with the studies. Some of the principal studies did not conform to EPA's testing guidelines for animal studies, some used relatively small numbers of animals (e.g., 10 per group), and the principal studies that investigated effects from prenatal exposures did not control for litter effects. As a result, EPA had "low" confidence in the principal study it used to set the RfD for BDE-209,[43] "low-to-medium" confidence in the principal study for Trimethylbenzenes,[44] and "medium" confidence in the principal studies for Chlorine Dioxide/Chlorite[45] and 2-Hexanone[46] (Table 1). This did not stop EPA from establishing RfDs for these chemicals.

In 2011 and 2014, the National Academy of Sciences (NAS) recommended that EPA implement certain changes with respect to how its Integrated Risk Information System (IRIS) conducts risk assessments—not with respect to neurotoxicity specifically, but risk assessments in general. The thrust of the NAS recommendations was that EPA should implement more transparent and systematic procedures for determining which studies and endpoints to consider.[47] The NAS also encouraged EPA to move away from selection of a single principal study upon which to derive RfDs,[48] and to make greater use of physiologically based pharmacokinetic (PBPK) modelling data when extrapolating animal findings to humans.[49]

---

[37] EPA (2008a), p. 43; EPA (2008b), pp. 57-58; EPA (2008c), p. 32; EPA (2008d),  pp. 51, 55.
[38] EPA (1998a), p. 6; Federal Register (1998), p. 26929.
[39] EPA (1998a), p. 6; Federal Register (1998), p. 26929.
[40] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[41] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[42] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[43] EPA (2008d), p. 66.
[44] EPA (2016), pp. 2-26, 2-36.
[45] EPA (2000b), p. 40.
[46] EPA (2009c), p. 79.
[47] NAS (2011), pp. 4, 164; NAS (2014), pp. 137-138.
[48] NAS (2014), p. 118.
[49] NAS (2014), p. 33.



8

*Food and Water Watch v. EPA*                                                                 *Thiessen Report*

Table 1.  Chemicals with oral RfDs based on neurological endpoints, assessed according to EPA's Guidelines for Neurotoxicity Risk Assessment.[a]

| Name of Chemical | Human Neurotoxicity Data?[b] | Principal Study | Confidence in Principal Study | Known Mode of Action? | Effect | Reference |
|---|---|---|---|---|---|---|
| BDE-47 | No | Animal | Not given[c] | Inadequate data | Changes in spontaneous motor activity and habituation | EPA (2008a) |
| BDE-99 | No | Animal | Not given[d] | Inadequate data | Neurobehavioral developmental effects; changes in motor activity | EPA (2008b) |
| BDE-153 | No | Animal | Not given[e] | Inadequate data | Spontaneous behavior, learning and memory | EPA (2008c) |
| BDE-209 | No | Animal | Low | Inadequate data | Changes in spontaneous behavior and habituation | EPA (2008d) |
| Chlorine Dioxide and Chlorite | No | Animal | Medium | No | Neurodevelopmental delay; lowered auditory startle amplitude | EPA (2000b) |
| 2-Hexanone | No | Animal | Medium | Yes | Axonal swelling in peripheral nerves | EPA (2009c) |
| RDX | One cross-sectional study, 16 case reports | Animal | High | Yes | Convulsions | EPA (2018a) |
| Trimethylbenzenes | Occupational studies of solvent mixtures, controlled experiments with healthy adults | Animal | Low to Medium | Tentative, based on structurally similar compounds | Decreased pain sensitivity | EPA (2016) |

[a] EPA (1998a); Federal Register (1998).

[b] Human studies of neurotoxicity endpoints, based on oral exposure.

[c] Confidence in the principal study was not stated, but the "overall confidence in the RfD assessment of BDE-47 is low" (EPA 2008a, p. 48).

[d] Confidence in the principal study was not stated, but the "overall confidence in the RfD [for BDE-99] is low" (EPA 2008b, p. 67).

[e] Confidence in the principal study was not stated, but the "overall confidence in the RfD assessment for BDE-153 is low" (EPA 2008c, p. 37).



Subsequent to the NAS's recommendations, EPA has issued two neurotoxicity risk assessments, for trimethylbenzenes (2016)[50] and RDX (2018).[51]  As with the prior risk assessments, both of these new risk assessments utilized animal data as the basis for the respective RfDs, as there were few human data available for either chemical.  For trimethylbenzenes, EPA identified a small number of occupational studies involving mixtures of solvents, as well as some controlled exposures of healthy adult volunteers (which generally showed little or no nervous system effects); these human data were considered inadequate for establishing an RfD.[52]  Similarly, with RDX, EPA identified three small-scale occupational studies and sixteen case reports of neurological effects associated with acute RDX exposures.  The human data on RDX were also considered inadequate to establish an RfD.[53]

For several of EPA's neurotoxicity risk assessments, including the 2018 risk assessment for RDX, EPA established an RfD despite a relatively small number of animal studies.  In the RDX risk assessment, EPA identified 16 (repeated dose) animal studies, only two of which had been published.  EPA characterized the animal studies as showing "consistent evidence" of neurotoxicity on the grounds that 11 of the 16 studies reported neurological effects,[54] and the effects were generally dose-related (although inconsistencies existed across the studies in terms of the doses that produced the effects).[55]  EPA's risk assessment of RDX highlights that "consistency" of the evidence is not synonymous with unanimity.

*Animal Studies on Fluoride Neurotoxicity*

The animal research on fluoride neurotoxicity was sufficient to permit the NRC to conclude, in 2006, that fluoride interferes with the functions of the brain.[56]  Many animal studies have been published since the NRC review, and the database is now stronger than it was when NRC issued its report.

A search of the National Library of Medicine's online database PubMed was conducted to identify studies published since the NRC's 2006 review.  The following search terms were used:  "fluoride and brain," "fluoride and learning," and "fluoride and memory."[57]  The titles of all studies published since 2006 were reviewed to identify potentially relevant studies, and, among potentially relevant primary studies, abstracts were reviewed to verify relevance.  Reviews, studies in Chinese for which translations were not available, and *in vitro* studies were excluded.  Full-text copies of all relevant studies were obtained.

In total, the search identified 110 papers.[58]  Papers that appeared to be reporting effects from the same underlying rodent experiment were treated as one study,[59] leaving 105 distinct studies.  This is not an exhaustive list of the studies published since 2006, as it does not reflect studies that were not indexed in PubMed (e.g., studies published in the journal *Fluoride* or in certain Chinese-language journals such as the *Chinese Journal of Endemiology*).  In addition, the search terms probably did not identify all relevant studies available on PubMed.  Nevertheless, this list should provide a reasonably representative sample of the

---

[50] EPA (2016).

[51] EPA (2018a).

[52] EPA (2016), pp. xxiii-xxiv, 1-5 to 1-7, 1-66.

[53] EPA (2018a), pp. xxxix-xl, 1-13, 1-80.

[54] EPA (2018a), p. 1-23.

[55] EPA (2018a), pp. 1-12, 1-18.

[56] NRC (2006), p. 222.

[57] These search terms are expected to identify many neurotoxicity studies, but not necessarily all studies that examined neurotoxic effects.  For example, studies of neuroanatomical or neurochemical effects might not be identified with these search terms.

[58] Summarized in Appendix A, with the exception of papers excluded for the reasons discussed below.

[59] Adedara et al. (2017a; 2017b); Akinrinade et al. (2015a; 2015b); Basha et al. (2011a; 2011b); Basha and Sujitha (2012a; 2012b); and Zhu et al. (2011) and Zhang et al. (2011).



recent literature, and there is no apparent reason to believe that studies listed on PubMed would be skewed towards finding adverse effects. According to the NAS, "PubMed searches are critical for identifying the literature on risks to health."[60]

Of the recent studies identified, all but 4 reported associations between fluoride exposure and neurotoxic outcomes.[61] Table A-1 in Appendix A provides data from the 89 animal studies which investigated "structural" (e.g., neuroanatomical and neurochemical) endpoints, and Table A-2 provides data from the 37 animal studies which investigated the "functional" effects of learning and memory. Thirty studies investigated both types of effects and are in both lists. To facilitate comparisons across these studies, Tables A-1 and A-2 exclude 2 studies of non-rodents[62] as well as four studies in which the fluoride exposure was part of a mixture involving other potentially neurotoxic chemicals,[63] one study involving exposure by a route other than ordinary ingestion,[64] and two behavioral studies with endpoints that did not specifically involve learning and memory.[65]

As can be seen in Table A-1, rodent studies published since the NRC review have continued to document structural (e.g., neuroanatomical and neurochemical) changes in the brains of fluoride-treated rodents. These changes include oxidative stress, neuronal degeneration, mitochondrial disturbances, reductions in nicotinic receptors, impaired synaptic plasticity, and neuroinflammation.

Among the recent studies that have investigated both structural and functional effects of fluoride, the former have sometimes (but not always) occurred at lower exposures, suggesting that fluoride can cause cellular and biochemical changes in the brain prior to the manifestation of outwardly demonstrable deficits.[66] Put another way, deficits in learning and memory likely represent a relatively advanced stage of fluoride neurotoxicity. Nevertheless, both structural and functional harms have repeatedly been observed in rodents at water fluoride concentrations between 5 mg/L and 23 mg/L (corresponding to 10 to 50 mg/L NaF). As with the RDX literature,[67] there are some inconsistencies across the studies in the reported doses that can cause certain types of harm; these differences likely result, at least in part, from differences in study design, including differences in timing of exposure, duration of exposure, and strain and sex of animal.

Finally, it bears considering that most of the animal studies to date have used subchronic exposure scenarios, which would tend to understate the effect from lifetime exposure. EPA's testing guidelines define a chronic exposure study in rodents as one that lasts at least 12 months.[68] None of the recent learning studies have lasted 12 months, and only 1 of the recent structural studies has lasted 12 months or more.[69]

---

[60] NAS (2011), p. 26.

[61] Negative results were reported by Whitford et al. (2009), Pulangan et al. (2018), McPherson et al. (2018), and Jia et al. (2019). These studies are discussed later in this report.

[62] Khatun et al. (2018) used fruit flies (*Drosophila melanogaster*), and Mukhopadhyay et al. (2015) used zebrafish (*Danio rerio*).

[63] Gui et al. (2010) used fluoride-polluted corn that had been dried by burning high-fluoride coal. Ranpariya et al. (2011) used aluminum fluoride ($AlF_4^-$). Nalagoni and Karnati (2016) used a mixture of $AlCl_3$ and NaF. Hussien et al. (2018) used a mixture of aluminum, cadmium, and fluoride.

[64] Cao et al. (2019) used daily intragastric administration.

[65] Bartos et al. (2015) examined the effect of fluoride on the functional outcomes of anxiety and depression, but not learning and memory. Kinawy and Al-Eidan (2018) used $AlCl_3$, NaF, and a mixture of the two; disturbed locomotor behavior and alterations in some hormone levels were observed in rats treated with fluoride alone or in combination with aluminum.

[66] See, for example, Agustina et al. (2018); Ma et al. (2015); Niu et al. (2018a); Sun et al. (2018); Wang et al. (2018a); Zhang et al. (2019); Zhao et al. (2019).

[67] EPA (2018a).

[68] EPA (1998b), p. 1.

[69] Teng et al. (2018).



This takes on added interest when considering that, among studies that have tested animals at multiple points in time, the effects have tended to worsen with time, with some effects not appearing at all until 3 to 6 months of chronic exposure.[70] Most of the studies on fluoride neurotoxicity have lasted no longer than 3 months (See Tables A-1 and A-2).

> *NTP Reviews*

In 2015, the National Toxicology Program (NTP) completed a systematic review of the animal literature on fluoride neurotoxicity and submitted a report to the Australian government.[71] The NTP limited its review of the literature to the minority of studies that have measured learning, memory, and other behavioral effects.[72] The NTP identified the studies through searches of PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several other specialized databases.[73] In total, the NTP identified 44 studies of learning and memory, 14 of which were excluded due to risk of bias from lack of randomization, lack of blinding at outcome assessment, or other design deficiencies.[74] From the remaining 30 studies, NTP concluded that there was "a moderate level-of-evidence for a pattern of findings suggestive of an effect on learning and memory in rats treated during development or adulthood."[75] Moderate level of evidence is the second highest level of evidence under NTP's 5-grade classification criteria.[76]

In 2016, the NTP published an updated version of its systematic review.[77] In the updated review, NTP identified an additional four studies on learning and memory, two of which were excluded for bias, resulting in a total of 32 studies for its analysis.[78] NTP maintained its conclusion that a "moderate" level of evidence exists for learning and memory deficits in fluoride-treated adult animals, but downgraded its conclusion for developmental exposures to "low."[79] NTP had less confidence in the developmental studies due to their general failure to control for litter effects, as well as the relatively few developmental studies that used fluoride concentrations lower than 25 mg/L in drinking water.[80] Further, in contrast to NTP's 2015 report, the 2016 updated report considered the absence of animal studies using 0.7 mg/L (the current recommended fluoride concentration for human drinking water[81]) to be an important limitation in the research in terms of its relevance to human exposure levels.[82]

The NTP identified several common methodological limitations with the learning and memory studies, including failure to rule out fluoride-induced motor effects as the cause of the apparent cognitive deficits; failure to control for "litter effects" in the developmental studies; and lack of reported information on the study conditions, including the purity of the fluoride added to the water and the concentrations of

---

[70] For example, Güner et al. (2016); Liu et al. (2011); Yang et al. (2018a); Zhang et al. (2015a).

[71] NTP (2015a).

[72] NTP (2015a), pp. 1, 28. "Studies assessing thyroid function or brain-related cellular, morphometric or histological endoints were considered beyond the scope of this analysis" (p. 1). By limiting its review to studies investigating learning and memory, the NTP did not consider the much larger number of studies that have investigated neuroanatomical and neurochemical effects.

[73] NTP (2015a), pp. 1, 4.

[74] NTP (2015a), p. 1.

[75] NTP (2015a), p. 1.

[76] NTP (2015a), p. 11. Under NTP's Hazard Identification Scheme, a chemical that has a moderate level of evidence of neurotoxicity in animals and a moderate level of evidence of neurotoxicity in humans is a "presumed" neurotoxicant (NTP 2015b, p. 67, Figure 8).

[77] NTP (2016).

[78] NTP (2016), p. vi.

[79] NTP (2016), p. 55.

[80] NTP (2016), p. 57.

[81] USDHHS (2015); Federal Register (2015).

[82] NTP (2016), pp. 55, 58.



fluoride in the rodent chow.  Many of the limitations identified by the NTP (e.g., lack of information on the purity of the fluoride compounds) would not be expected to skew the results in a consistent direction across laboratories.  Similarly, litter effects can produce false negatives as well as false positives,[83] and thus it is questionable whether they would skew the results of multiple studies in a consistent direction.  Moreover, some of the limitations that NTP identified (e.g., lack of statistical power due to a small number of animals), as well as limitations that NTP did not identify (e.g., in develomental studies, the absence of neonatal exposures that are comparable to those experienced by formula-fed infants[84]), would actually tend to bias the results toward the null.  Finally, the suggestion by NTP that rodent studies should use fluoride concentrations of 0.7 mg/L in order to be relevant to human exposures is at odds with longstanding tenets of risk assessment,[85] as explained later in this report; humans are considered much more sensitive to fluoride (and other chemicals) than are rats and mice.[86]

NTP also expressed concern that effects on learning and memory could not be definitively distinguished from effects on motor or sensory function that could have affected an animal's ability to perform adequately on the learning and memory tests.[87]  NTP did not mention that both kinds of effects are adverse effects, even if the precise nature of the effect is not clear.  In addition, as mentioned above, by limiting its review to studies investigating learning and memory, the NTP did not consider the much larger number of studies that have investigated neuroanatomical and neurochemical effects, endpoints that are more sensitive and also potentially less susceptible to bias associated with outcome assessment.

Subsequent to the NTP's review, 11 additional developmental studies have reported learning and memory outcomes.[88]  Ten of these studies found deficits in the fluoride-treated groups.  Notably, the Bartos et al. studies, which controlled for litter effects, found impairments in learning and memory at a fluoride concentration of just 5 mg/L.  While the other studies (with the exception of McPherson et al.) did not control for litter effects, this limitation does not preclude use of the research for setting an RfD.  As noted above, EPA has previously selected developmental studies that did not control for litter effects as principal studies for establishing neurotoxicity-based RfDs for other chemicals.

---

[83] Zorrilla (1997), p. 144; Lazic and Essioux (2013), p. 3.

[84] Fluoride concentrations in mammalian milk are very low in comparison to the mother's fluoride intake, even when the mother's fluoride intake is quite high (NRC 2006, pp. 33, 36; Drinkard et al. 1985).  In the animal studies described in this report that included maternal exposure to fluoride during lactation, the fluoride intake of the offspring during that period would have been low or negligible.  In contrast (as described later in this report), formula feeding of infants produces some of the highest fluoride exposures experienced by humans.  NTP (2016, p. 122) alludes to the difference in fluoride intakes between formula-fed and breastfed infants, but is not up to date on the minimal effect of maternal fluoride intake on the fluoride concentration in milk and does not discuss the reduced relevance of animal studies of maternal fluoride exposure during lactation with respect to formula-fed human infants.

[85] The principal author of the NTP study, Kristina Thayer, testified at her deposition that she is no longer comfortable with the assumption of a 1-to-1 equivalence between fluoride exposures in animals and humans; Thayer testified that she would approach the issue differently today, with greater attention to the principles of toxicokinetics and toxicodynamics. (Thayer Deposition at 151:9-152:3, 302:21-303:23).

[86] NTP (2016) discusses the differences in chronic fluoride exposure needed to reach similar fluoride concentrations in bone or plasma (pp. 122-123), and they provide an estimate of the water fluoride concentrations (7-9 mg/L, p. 56, footnote 14) needed to reach intakes in rats comparable to those in humans from 0.7 mg/L, allowing for allometric scaling between humans and rats.  Thus NTP should be aware that insisting on animal studies of exposures to 0.7 mg/L is inappropriate.

[87] NTP (2016), p. 55.

[88] Bartos et al. (2018; 2019); Chen et al. (2018a); Cui et al. (2017); Ge et al. (2018); McPherson et al. (2018); Sun et al. (2018); Wang et al. (2018a); Zhao et al. (2019); Zhu et al. (2017); Zhou et al. (2019).



*No-effect Studies in Animals*

McPherson et al. (2018) is the one developmental study that did not find adverse effects on learning and memory subsequent to NTP's review. Several features of the study may help to explain this result.[89] For example, McPherson et al. used Long Evans Hooded rats. Elliott suggested as far back as 1967 that the Long Evans Hooded rat may have lower sensitivity to fluoride than other strains,[90] and McPherson's study is consistent with this finding. In total, three studies have examined the effect of fluoride on learning in Long Evans rats, and all three have failed to find an effect.[91] Other research has found that Long Evans Hooded rats have different sensitivities to teratogenic substances *in utero* than Sprague-Dawley rats,[92] which adds plausibility to possible strain-specific differences between Long Evans Hooded rats and the rats more commonly studied in fluoride studies to date. Secondly, in contrast to most of the other developmental studies, McPherson et al. did not start the exposure until the 6th day of gestation.[93] As pregnancy in rats lasts approximately 21 days, any effects due to exposures during the first trimester are unlikely to have been detected by McPherson's study design. Finally, as discussed above, although the mother rats were exposed through the lactation period, and the offspring rats continued at the same level of exposure after weaning, exposure of the offspring during most of the pre-weaning period would have been minimal, as the fluoride content of rat milk (as with milk of other mammals) is very low in comparison to the mother's fluoride intake. Thus the major exposure of the offspring rats was limited to the later gestational period and the post-weaning period, and important periods of potential susceptibility (early gestation and the neonatal period) were missed. As with most other developmental studies in rodents, exposures comparable to those received by formula-fed human infants in fluoridated areas have been completely neglected.

Three additional studies listed in Tables A-1 and A-2 also reported no neurotoxic effects from fluoride exposure.[94] The studies by Whitford et al. study and Pulungan et al. started with adult animals, and the study by Jia et al. started at gestational day 9; thus part or all of the gestational period was missed in these studies. Jia et al. looked for an effect of fluoride in conjunction with intrauterine inflammation; comparison of fluoride-treated vs. control groups without intrauterine inflammation was not provided for most endpoints.[95] Pulungan et al. found non-significant effects on the prefrontal cortex, a part of the brain not examined in very many other studies.[96] Whitford et al. did not specifically mention whether the outcome assessment was blinded, although both the treatment allocation and the selection of animals for tissue sampling were randomized.[97] As described in the Guidelines, four studies with aparent no effect, for a small set of endpoints, cannot be expected to disprove a much larger number of studies and endpoints that have shown a neurotoxic hazard from fluoride ingestion. "To judge that an agent is unlikely to pose a hazard for neurotoxicity, the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects."[98]

*Human Studies*

---

[89] See also comments by Spencer and Limeback (2018).
[90] Elliott (1967).
[91] Elliott (1967); Varner et al. (1994); McPherson et al. (2018).
[92] Kang et al. (1986).
[93] McPherson et al. (2018).
[94] Whitford et al. (2009); Pulungan et al. (2018); Jia et al. (2019).
[95] Jia et al. (2019).
[96] Pulungan et al. (2018).
[97] Whitford et al. (2009).
[98] EPA (1998a), pp. 55-56; Federal Register (1998), p. 26946.



The Guidelines recognize several types of human studies that can inform the hazard identification analysis, including case reports and epidemiological studies.[99]  In contrast to the 9 chemicals for which EPA has established RfDs or RfCs pursuant to the Guidelines (most of which did not have *any* human studies available), both categories of human studies are available for fluoride, including the most reliable kind of epidemiological study, prospective cohort studies.

I have become familiar with the human epidemiological data on fluoride neurotoxicity, both through my work for the National Research Council, and through my ongoing review of the literature.  A systematic review of the human literature was not considered necessary nor particularly helpful, since systematic reviews have already been conducted,[100] and those few studies reporting no effects are well known to people familiar with fluoride research.[101]  As those familiar with the literature know, there are many more studies reporting associations of fluoride exposure with neurotoxic outcomes than the reverse.  The number of studies reporting no association between fluoride and neurotoxic outcomes is quite small, and, as such, a systematic review was not considered necessary to identify and address them.  Each of these "no effect" studies is addressed below.  To ensure that there are no additional no-effect studies, I reviewed the results of my PubMed searches for "fluoride and brain," "fluoride and learning," and "fluoride and memory," and conducted additional PubMed searches for "fluoride and intelligence" and "fluoride and IQ."  These searches did not retrieve any additional no-effect studies, although they did retrieve additional studies reporting adverse effects.  Due to the sheer magnitude of studies reporting associations with neurotoxic outcomes, I have not sought to review each of them.  For purposes of completeness, however, I have attached a reference list of all epidemiological studies of which I am aware that have reported associations between fluoride exposure and cognitive deficits.[102]

*Case Reports:*  As noted in the Guidelines, "the first type of human data available is often the case report or case series," including clinician observations of occupationally exposed workers.[103]  This statement holds true for fluoride.  Decades before the first study of fluoride and IQ was published, case reports and clinician surveys of occupationally exposed workers identified neurological symptoms among fluoride-exposed individuals, including general malaise, fatigue, headaches, and difficulties with concentration and memory.[104]  As the NRC noted, "[t]here are numerous reports of mental and physiological changes after exposure to fluoride from various routes (air, food, and water) and for various time periods."[105]

While case reports are generally not sufficient, by themselves, to establish a hazard, the Guidelines consider them "useful when corroborating epidemiological data are available."[106]  Moreover, several of the case reports could be characterized as "experimental studies," since they involved "individuals who underwent withdrawal from their source of fluoride exposure and subsequent re-exposures under 'blind' conditions.  In most cases, the symptoms disappeared with the elimination of exposure to fluoride and

---

[99] EPA (1998a), p. 15; Federal Register (1998), p. 26932.

[100] See for example Tang et al. (2008); Choi et al. (2012); Duan et al. (2018).

[101] Aggeborn and Öhman (2017); Barberio et al. (2017); Broadbent et al. (2015); Morgan et al. (1998); Shannon et al. (1986).

[102] Appendix B contains a list of 67 studies associating fluoride exposures with cognitive deficits in humans.

[103] EPA (1998a), p. 15; Federal Register (1998), p. 26932.

[104] Roholm (1937), pp. 138-140, 178; Spittle (1994).

[105] NRC (2006), p. 208.

[106] EPA (1998a), p. 15; Federal Register (1998), p. 26932.



returned when exposure was reinstated."[107]  The NRC recommended that further research be conducted to follow up on these findings from the case study literature.[108]

*Cross Sectional Studies*:  In cross-sectional studies, "both the disease and suspected risk factors are ascertained at the same time, and the findings are useful in generating hypotheses."[109]  In the case of fluoride, there are a large number of cross-sectional studies reporting neurotoxic outcomes, including impaired performance on the neurobehavioral core test battery,[110] impaired performance in the Rey-Osterreith Complex Figure Test,[111] and effects on infant neurodevelopment as measured by the Neonatal Behavioral Neurological Assessment.[112]  IQ is the primary neurological endpoint that has been studied,[113] but it bears considering that IQ is actually a relatively insensitive measurement of neurotoxicity, meaning that other neurological effects can occur prior to a measurable reduction in IQ.[114]

While cross sectional studies do not "allow the investigator to determine whether the disease or the exposure came first,"[115] this limitation is lessened when there is "a stable population where water supplies and fluoride concentrations have remained unchanged for many years."[116]  Many of the cross-sectional studies on fluoride and IQ have limited the study population to children who have lived in the same area since birth.[117]  In this context of stable populations and stable water fluoride levels, measurement of exposure at the time of the study can be a reasonable, albeit imperfect, proxy for exposure from the prenatal period onward.

The NRC report discussed the first several English-language IQ papers to become available.[118]  Each of the studies that NRC reviewed found significant associations between fluoride exposure and reduced IQ.  While the studies lacked sufficient detail for the NRC to draw conclusions, the NRC found that "the consistency of the collective results warrant[s] additional research on the effects of fluoride on intelligence."[119]

In 2012, Choi et al. conducted a meta review of 27 studies, and found that "children in high fluoride areas had significantly lower IQ scores than those who lived in low-fluoride areas."[120]  Children in the high-fluoride areas had lower IQs by a standardized weighted mean difference of 7 IQ points (-0.45 SD).[121]  Many of the studies included in the Choi review found reduced IQ at water fluoride levels between 2 and 4 mg/L, with one study reporting effects at 0.9 ppm among children with iodine deficiency.  While recognizing that some of the studies suffered from various deficiencies, including failure to report key information and failure to control for potential confounders, Choi concluded that "our results support the

---

[107] NRC (2006), pp. 208-209.
[108] NRC (2006), p. 221.
[109] EPA (1998a), p. 16; Federal Register (1998), p. 26932.
[110] Guo et al. (2001); Yazdi et al. (2011).
[111] Rocha Amador et al. (2009).
[112] Li et al. (2004).
[113] NRC (2006); Choi et al. (2012).
[114] Rocha Amador et al. (2009), p. 1150.
[115] EPA (1998a), p. 16; Federal Register (1998), p. 26932.
[116] Choi et al. (2012), p. 1367.
[117] Chen et al. (1991); Choi et al. (2015); Ding et al. (2011), Karimzade et al. (2014a; 2014b); Khan et al. (2015); Lu et al. (2000); Nagarajappa et al. (2013); Rocha Amador et al. (2007); Seraj et al. (2012); Sudhir et al. (2009); Wang et al. (2007); Yao et al. (1996; 1997); Zhang et al. (2015b).
[118] Lin et al. (1991); Li et al. (1995); Zhao et al. (1996); Lu et al. (2000); Xiang et al. (2003a; 2003b).  See NRC (2006), pp. 205-208, 231.
[119] NRC (2006), p. 221.
[120] Choi et al. (2012), p. 1362.
[121] Choi et al. (2012; 2013).



possibility of an adverse effect of fluoride exposures on children's neurodevelopment."[122]  Choi et al. recommended that future research "formally evaluate dose-response relationships based on individual level measures of exposure over time, including more precise prenatal exposure assessment."[123]  As discussed below, several such studies have now been conducted, and these studies add substantial confidence to the hazard assessment.

A more recent meta-analysis by Duan et al. has also reported a significant association between higher fluoride concentrations in water and lower intelligence in children, even allowing for country, sex, age, fluoride concentration, and type of intelligence assessment used.[124]  Duan et al. focused on studies published through November 2016 that examined the effects of waterborne fluoride exposures and which provided data on the water fluoride levels.  Each of the 26 studies that met Duan's inclusion criteria found lower IQs in the high-fluoride community when compared against the control.[125]  In a majority of these studies, the high-fluoride community had less than 4 mg/L in the water, including three studies which found significant effects at concentrations between 1 and 2 mg/L.[126]  The authors concluded that "Greater exposure to high levels of fluoride in water was significantly associated with reduced levels of intelligence in children."[127]  Analysis of dose-response trends in the data suggested the possibility of a ceiling effect in which effect sizes appeared to flatten at exposures above 4 mg/L.  If this effect is real, the dose-response curve for fluoride may be steeper at the lower end of the dose range, a possibility that gains further support from the recent findings of Bashash et al.,[128] discussed below.

*Recent Prospective Cohort Studies*:  EPA's Guidelines recognize that prospective cohort studies are "invaluable for determining the time course for development of dysfunction."[129]  In a prospective cohort, "a healthy group of people is assembled and followed forward in time and observed for the development of dysfunction."[130]  This study design "allows the direct estimate of risks attributed to a particular exposure, since toxic incidence rates in the cohort can be determined."[131]  A "major strength" of the prospective cohort design "is that it allows the calculation of rates to determine the excess risk associated with an exposure."[132]  Further, "biases are reduced by obtaining information before the disease develops."[133]  While bias can be introduced into the design if either the subject or examiner is aware of the exposure status, this bias can be eliminated through double-blinding.[134]  In short, EPA's Guidelines recognize that prospective cohort studies are the strongest type of epidemiological study for identifying neurotoxicity hazards in humans. The Director of EPA's IRIS Division concurred with this assessment, explaining that prospective cohort studies are the "ideal study design" for investigating the impact of environmental chemicals on human health.[135]

---

[122] Choi et al. (2012), p. 1367.
[123] Choi et al. (2012), p. 1367.
[124] Duan et al. (2018).
[125] Duan et al. (2018), Figure 2.
[126] Duan et al. (2018), Figure 2.
[127] Duan et al. (2018).
[128] Bashash et al. (2018).
[129] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[130] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[131] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[132] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[133] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[134] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[135] Thayer Deposition at 162:19-163:7.



*Food and Water Watch v. EPA*                                                      *Thiessen Report*

Unfortunately, because prospective cohort studies "can be very time-consuming and costly," they are rarely available for neurotoxicity risk assessments.[136]  At the times of their respective assessments, none of the 10 chemicals that EPA has assessed under the Guidelines had been studied using a prospective cohort. In the case of fluoride, however, there are five prospective cohort studies, including four with individualized measurements of fluoride exposure.[137]  Notably, each of the prospective studies that collected individual measurements of fluoride exposure found that fluoride exposure predicted significant IQ loss.  By contrast, the one study that did not have individual measurements (Broadbent et al.), did not detect a measurable effect on IQ.[138]

Several differences in study design may help to explain why the study by Broadbent et al. did not detect an effect.[139]  First and foremost, in the Bashash and Green studies, fluoride exposure was measured by testing the pregnant mother's urine;[140] their analyses were thus focused on the impact of a likely vulnerable age-specific window, the prenatal period.  By contrast, Broadbent did not collect information on prenatal exposures, focusing instead on exposures after birth.  This is an important limitation, particularly in a country like New Zealand, where adults consume large quantities of fluoride-containing tea.[141]  Substantial overlap in the prenatal exposures in Broadbent's fluoridated and "non-fluoridated" cohorts is thus likely.

Second, most of the children in the non-fluoridated area in Broadbent's study used fluoride supplements and fluoride toothpaste, and, as such, were not a true "control" population.  In a follow-up letter, Broadbent et al. estimated that the difference in average exposure between the fluoridated and "non-fluoridated" population was just 0.3 mg/day.[142]  Given this likely substantial overlap in childhood exposures, the power of Broadbent's study to detect statistically significant differences in outcome is thus questionable, particularly given the relatively low number of children in the "non-fluoridated" group (n = 93).

Finally, as EPA's Guidelines recognize, bias may be introduced into prospective cohort studies if the examiner is aware of the subject's exposure status.[143]  Because of this, the Guidelines provide that "more credence should be given to those studies in which both observer and subject bias are carefully controlled (e.g., double-blind studies)."[144]  The Bashash and Green studies were both double-blinded studies,[145] but the only blinding mentioned in the Broadbent paper is that the examiner at the age 38 exam was blind to the subjects' previous IQ scores.  The lack of blinding in the Broadbent study is a potential source of bias, because the principal measure of fluoride exposure in the study (community water fluoride concentration) may have been available to the examiner.

---

[136] EPA (1998a), p. 17; Federal Register (1998), p. 26933.

[137] Bashash et al. (2017; 2018); Broadbent et al. (2015); Green (2018); Valdez Jiménez et al. (2017).

[138] Broadbent et al. (2015).

[139] See also Menkes et al. (2014).

[140] Bashash et al. (2017; 2018) and Green (2018) utilized spot urine samples, rather than first morning or 24 hour collection.  Spot samples are an imprecise metric of chronic exposure, and thus would have introduced some exposure error into the study.  This imprecision, however, would bias the results to the null.

[141] Waugh et al. (2017).

[142] Broadbent et al. (2016).

[143] EPA (1998a), pp. 17, 19; Federal Register (1998), pp. 26933-26934.

[144] EPA (1998a), pp. 17, 19; Federal Register (1998), pp. 26933-26934.

[145] In the Bashash et al. (2017; 2018) and Green (2018) studies, the cognitive tests were performed before the archived urine samples had been tested for fluoride, and thus neither the examiner nor the subject could have known the fluoride status.



*No-Effect Retrospective Studies:* Two early and two recent retrospective studies have failed to identify significant effects of fluoridated water on neurological parameters, including lost IQ, learning disorders, and behavior problmes.[146]

The first epidemiological study to examine the effect of fluoridated water on behavior was published by Shannon et al. in 1986.[147] The study used data from 1,028 children in the Christchurch Child Development Study in New Zealand to investigate the relationship between residence in fluoridated communities during the first 7 years of life and maternal and teacher ratings of childhood behavior. The authors found that duration of residence in fluoridated areas had no effect on behavioral outcomes. Severe shortcomings in the exposure assessment, however, limit the weight that can be given to this finding. The authors had no individualized data on exposure, including no data on urinary or plasma fluoride levels, no data on water intake patterns (including during gestation and infancy), and no data on non-water sources of fluoride exposure, including toothpaste and supplements. The only metric of exposure that the authors had was residence in a community with fluoridated water, which will result in substantial exposure misclassification and thereby bias the results to the null. Timing of exposure to fluoridated water was not examined, only the number of years resident in a fluoridated area. Prenatal exposures (e.g., residence of the mother during pregnancy) and neonatal exposures (e.g., breastfeeding vs. formula feeding) were not examined.

Morgan et al. studied dental fluorosis and behavioral scores (from parent information) for a sample of 197 children (ages 7-11) recruited in a suburb of Boston.[148] They reported no significant associations between behavioral scores and fluorosis or fluoride exposure, except for an assocation of behavior problems with both the use of topical fluoride betwen ages 3 and 6 years and the use of fluoride toothpaste between ages 1 and 2 years. They also reported that an association between fluoride exposure and behavior problems could not be definitively excluded by their study. The study sample had a high prevalence of fluorosis (69%), and it seems likely that the children varied more in timing of fluoride exposure (e.g., timing of use of fluoride toothpaste or other topical fluorides) than in total exposure. This could have produced differences in fluorosis without producing differences in other endpoints, especially if the behavioral endpoints might have been affected by prenatal or early postnatal fluoride exposures, which were not addressed in this study. In particular, no information on breastfeeding vs. formula feeding was mentioned, nor were differences in prenatal fluoride exposure addressed.

In the study by Aggeborn and Öhman, the authors analyzed mental health data (both cognitive and non-cognitive) from the military enlistment tests of a large number of Swedish military recruits (n = 80,000).[149] No consistent relationship was found between the results of the recruitment tests and the recruits' prior exposure to fluoride in drinking water. A strength of the study is that the authors had complete residential history for each recruit. A major weakness, however, is that the authors had no individualized data on actual exposure. The authors did not have data on the actual fluoride levels in the recruits' water, nor did they have any individual data on water intake patterns, biomonitoring data (e.g., urinary fluoride, serum fluoride), or exposures to non-water sources of fluoride at any time point in life. To estimate exposure, the authors used available data on water fluoride distribution in Sweden[150] to retrospectively estimate the water fluoride level for each subject. This analysis involved several

---

[146] Shannon et al. (1986); Morgan et al. (1998); Aggeborn and Öhman (2017); Barberio et al. (2017).

[147] Shannon et al. (1986).

[148] Morgan et al. (1998).

[149] Aggeborn and Öhman (2017).

[150] Water fluoride in Sweden is entirely natural (Aggeborn and Öhman, 2017); no information was provided on other mineral content in the water that might have varied with the fluoride content.



assumptions which could have introduced some degree of exposure misclassification as to water fluoride level, especially given a fairly narrow total range of fluoride concentrations in drinking water.  The study had no data on individual exposure patterns during the *in utero* and infancy periods, and thus it provides no information on the impact of fluoride exposures during the prenatal and early life period.

A 2017 study by Barberio et al. analyzed the relationship between urinary fluoride levels and reported learning disabilities among 3- to 12-year-old children from two cycles of the Canadian Health Measures Survey (CHMS).[151]  Unadjusted urinary fluoride was significantly correlated with an increased incidence of learning disabilities, but the relationship was no longer significant after adjusting for creatinine and specific gravity.  The authors conclude:  "Overall, there did not appear to be a robust association between fluoride exposure and parental or self-reported diagnosis of a learning disability among Canadian children."  As with Aggeborn, the Barberio study did not have data on the exposures during the *in utero* or early infancy periods; the study thus provides no information about the impact of such exposures.  The authors themselves point out that "reported learning disability diagnosis could have preceded measured fluoride exposure."[152]  An effect of prenatal or neonatal exposure to fluoride could have been missed given a fluoride exposure based on a urine sample obtained between ages 3 and 12.

*Neuroendocrine Effects*

EPA's Guidelines recognize the relevance of a chemical's ability to alter the function of the thyroid gland.[153]  According to the Guidelines, "the development of the nervous system is intimately associated with the presence of circulating hormones such as thyroid hormone."[154]  A thyroid disturbance during a specific developmental period may cause a "nervous system deficit, which could include cognitive dysfunction, altered neurological development, or visual deficits, [depending] on the severity of the thyroid disturbance and the specific developmental period when exposure to the chemical occurred."[155]  Elsewhere, EPA has recognized that "thyroid hormones are essential for normal brain development in humans and that hypothyroidism during fetal and early neonatal life may have profound adverse effects on the developing brain."[156]  The NRC made a similar observation.[157]  This admonition is significant in the context of fluoride, as the NRC concluded that fluoride is an "endocrine disrupter" which may lower thyroid function.[158]  The NRC reported that fluoride can lower thyroid function at estimated average intakes of 0.05-0.13 mg/kg/day in humans with adequate iodine intake, and at estimated average intakes as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency.[159]  Put differently, fluoride affects thyroid function at lower doses in people with iodine deficiency than in those with optimal intake of iodine. Consistent with this, Malin et al. reported a relationship between urinary fluoride and elevated TSH (thyroid stimulating hormone) among iodine-deficient adults in Canada, but not in the general population as a whole (excluding those with known

---

[151] Barberio et al. (2017).

[152] Barberio et al. (2017).

[153] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[154] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[155] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[156] EPA (2008a), p. 40, citing Morreale de Escobar et al. (2000) and Haddow et al (1999).  See also EPA (2008b), p. 54, citing Morreale de Escobar et al. (2000).  EPA's Science Advisory Board in 2013 found that "the most sensitive life stages are the fetus, neonates and infants because these are the stages when thyroid-dependent brain development occurs" (EPA 2013b, cover letter, p. 2).

[157] NRC (2006), p. 263.

[158] NRC (2006), pp. 262-263.  Fluoride has actually been used as a therapeutic agent for lowering thyroid activity in cases of hyperthyroidism (Galletti and Joyet 1958), and fluoride exposure has been associated with hypothyroidism in both animal and human studies (Hillman et al. 1979; Peckham et al. 2015; Yang et al. 2019).

[159] NRC (2006), pp. 262-263.



thyroid disease and excluding pregnant individuals).[160]  Elevated TSH is indicative of a decrease in thyroid function.  Malin's findings are of particular concern when considering that more than 10% of women of child-bearing age in the US are iodine deficient.[161]

### Mode of Action

EPA's Guidelines recognize that hazard identification is strengthened by, but not dependent upon, an identifiable mechanism by which the chemical can exert neurotoxic effects.[162]  For most of the chemicals for which EPA has established RfDs pursuant to the Guidelines, the mode of action has not been known (see Table 1).  As noted recently by the NAS, "solid conclusions about causality can be drawn without mechanistic information, for example, when there is strong and consistent evidence from animal or epidemiology studies."[163]  The NAS added that "mechanistic frameworks today could probably be completed for only a few chemicals."[164]

Several plausible mechanisms—both indirect and direct—have been identified that could help explain the neurotoxicity of fluoride.  Thyroid depression is likely a principal indirect mechanism and could account for some of the neurotoxic effects reported in the literature.  A thyroid mechanism is particularly plausible as a cause of IQ loss among offspring born to women with suboptimal iodine intakes.  Another plausible indirect mechanism of fluoride neurotoxicity is the association of fluoride exposure with increased exposure to lead (Pb), a known neurotoxic agent.  Water fluoridation, and especially the use of silicofluorides as the fluoridation chemical, is associated both with higher concentrations of lead in the drinking water (due to increased leaching of lead from pipes and plumbing fixtures) and with higher blood lead in children.[165]  Rat studies have shown increased lead in blood and calcified tissues from coexposures to lead and fluoride, as well as increased dental fluorosis due to combined exposure.[166]

In terms of direct mechanisms of fluoride neurotoxicity, a recent study by Zhao et al. provides *in vitro*, *in vivo*, and epidemiological data that, together, suggest that disturbances in hippocampal mitochondrial dynamics (marked by fission inhibition and fusion promotion) play an important role in fluoride-induced cognitive loss.[167]  The hippocampus is an important region in the brain for learning and memory, and many of the studies investigating the neuroanatomical and neurochemical effects of fluoride exposure have identified adverse effects in this region (see Table A-1).  Other potential modes of action have also been identified, including signaling disruption, oxidative stress, and selective reductions in nicotinic receptors.[168]

### Dose response

The Guidelines recognize that "determining a hazard often depends on whether a dose-response relationship is present,"[169] and thus "dose-response evaluation is a critical part of the qualitative characterization of a chemical's potential to produce neurotoxicity."[170]  Because "human studies covering

---

[160] Malin et al. (2018).
[161] CDC (2008), Chapter 4a, pp. 91-100; see also Pearce (2015); Caldwell et al. (2011).
[162] EPA (1998a), pp. 10, 53; Federal Register (1998), pp. 26930, 26945.
[163] NAS (2018), p. 9.
[164] NAS (2018), p. 9.
[165] Maas et al. (2007); Coplan et al. (2007).
[166] Sawan et al. (2010); Leite et al. (2011).
[167] Zhao et al. 2019.
[168] Bartos et al. (2018); Chen et al. (2003; 2018a); Gao et al. (2008); Liu et al. (2010); Long et al. (2002); Shan et al. (2004); Zhang (2017b); Zhu et al. (2017).
[169] EPA (1998a), p. 2; Federal Register (1998), p. 26927.
[170] EPA (1998a), p. 50; Federal Register (1998), p. 26944.



a range of exposures are rarely available," the Guidelines state that the dose-response evaluation will typically be limited to animal data.[171]

Unlike the case for numerous other chemicals, there is an abundant supply of dose-response data for fluoride, from *both* animal *and* human data. While there are some inconsistencies, and while there is some indication of a ceiling effect or nonlinearities,[172] and potentially a non-linear threshold effect for some endpoints,[173] the data generally show that the incidence and/or severity of nervous system deficits increase as fluoride exposure increases.

In animal studies, a prerequisite for dose-response analysis is that there be multiple treatment groups with different exposures to the test substance. Many of the animal studies on fluoride have used multiple treatment doses, and thus permit evaluation of dose response. Of the studies published since the NRC review (summarized in Table A-1), 1 used four treatment doses, 19 used three treatment doses, and 20 used two treatment doses. The vast majority of these studies show visually apparent dose-response trends for at least one of the effects being investigated.

In the human studies, dose-response trends have been observed in both the cross-sectional and prospective cohort studies. In the cross-sectional studies, dose response trends have been reported for analyses of IQ as a function of childhood urine and serum fluoride levels.[174] An important limitation with the urine and serum data from the cross-sectional studies is that the levels are measured after the effect (reduction in IQ) has occurred. The data, however, are not without value, as current exposures can be reflective of developmental exposures in areas with stable populations and stable water fluoride concentrations. While the Cui and Ding studies do not provide information on the residential history of the subjects, most of the children in the Zhang study had been living in the same household and drinking from the same wells since birth.[175] Similarly, in the studies by Xiang, children who had lived in another village for more than 2 years of their lives were specifically excluded from the study.[176] In the Xiang and Zhang studies, therefore, the dose response relationships found between current water/urine/blood levels and reduced IQ could be seen as a rough but reasonable proxy of developmental exposures.

More significant than the cross-sectional studies, however, are the dose-response trends observed in the prospective cohort studies, because, for the reasons discussed above, prospective cohort studies provide greater confidence in ascribing a causal relationship between the exposure and effect. As can be readily seen in the published figures, significant linear relationships were found for maternal fluoride and IQ at ages 3-4 in both the Bashash and Green studies,[177] while an apparent non-linear effect for IQ was observed by Bashash et al. for the 6-12 year olds: i.e., a possible threshold of 0.8 ppm fluoride in the maternal urine, followed by a significant linear reduction in IQ at maternal urinary fluoride concentrations above 0.8 ppm.[178] In Bashash's analysis of ADHD outcomes, a significant linear increase was found (with no apparent threshold), although a possible ceiling effect was suggested at the higher concentrations.[179]

---

[171] EPA (1998a), p. 50; Federal Register (1998), p. 26945.
[172] Bashash et al. (2018); Duan et al. (2018). See also Chen et al. (2018a), Figure 1d; Chouhan et al. (2008), Figure 3a; Wang et al. (2018a), Figure 4b,c; Yuan et al. (2019), Figure 3.
[173] Bashash et al. (2017).
[174] Cui et al. (2018); Ding et al. (2011); Xiang et al. (2011); Zhang et al. (2015b).
[175] Zhang et al. (2015b), p. 4.
[176] Xiang et al. (2003a), p. 85.
[177] Bashash et al. (2017), Figure 2; Green (2018), Figures 5-6.
[178] Bashash et al. (2017), Figure 3.
[179] Bashash et al. (2018), Figure 2.



*Pharmacokinetics*

Under the Guidelines, consideration should be given to the pharmacokinetics of the compound with "particular importance" given to the pharmacokinetics of the blood-brain barrier.[180]  Studies of human cadavers have found markedly elevated concentrations of fluoride in the pineal gland (a gland located between the two hemispheres of the brain which is not protected by the blood-brain barrier).[181]  Further, recent radioactive tracer studies in humans, using radioactive sodium fluoride to identify metastatic growths, have confirmed that fluoride can get past the blood-brain barrier and into the brain,[182] as as been reported for several animal studies.[183]

The extent of fluoride uptake into brain remains unclear and likely depends on the route and timing (acute or chronic) of administration; the timing of the measurements is probably important as well. Whitford has postulated that the concentration of fluoride in brain tissue fluid will be approximately 20% of the concentration in plasma,[184] but several studies, including one by Whitford himself, have found substantially higher ratios.[185]  Whitford's early estimate was derived from short-term term exposures in healthy animals;[186] his later data from a chronic study show brain-to-plasma ratios for fluoride of about 0.2 to 0.3.[187]  In contrast, chronic exposure data from McPherson et al. would give brain-to-plasma ratios for fluoride of about 10 to 200.[188]  Data are lacking for uptake of fluoride into brain during life stages when the blood-brain barrier has limited effectiveness (i.e., the prenatal period, infancy, and old age).[189]

Both the early and late stages of human life are characterized by an inadequate blood-brain barrier. From EPA's risk assessment for 2-hexanone:  "The developing brain is distinguished by the absence of a blood-brain barrier.  The development of this barrier is a gradual process, beginning in utero and complete at approximately 6 months of age.  Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain."[190]  Increased permeability of the blood-brain barrier is associated with ordinary aging, as well as with diseases such as Alzheimer's and Parkinson's, both of which are common among elderly people.[191]  Passage of fluoride into the brain can be expected to be higher when the blood-brain barrier is underdeveloped or impaired.  There is also some indication in the literature that different portions of the brain may retain different concentrations of fluoride.[192]  For example, a recent rodent study with radioactive fluoride ion found higher radioactivity in the ventral hippocampus than in the whole brain, although the radioactivity was (predictably) much higher in the skull than in the brain.[193]

[180] EPA (1998a), p. 47; Federal Register (1998), p. 26943.

[181] Luke (2001).

[182] Gori et al. (2015); Jones and Iagaru (2014); Li et al. (2011); Salgarello et al. (2016); Sheth and Colletti (2012); Thenkondar et al. (2017); Wu et al. (2013).

[183] For example, Whitford and Pashley (1979); Geeraerts et al. (1986); Mullenix et al. (1995); Zhang et al. (2013c); Niu et al. (2015b).

[184] NRC (2006), p. 91.

[185] NRC (2006), p. 91; Whitford and Pashley (1979), pp. 203, 205-206.

[186] Carlson et al. (1960); Whitford and Pashley (1974).

[187] Whitford et al. (2009).

[188] McPherson et al. (2018).

[189] NRC (2006), p. 91; Rodier (1995); Zeevi et al. (2010).

[190] EPA (2009c), p. 58.

[191] For example, see Mooradian (1994); Zeevi et al. (2010); Rosenberg (2014); and Pan and Nicolazzo (2018).

[192] Mullenix et al. (1995).

[193] Tipre et al. (2006).



A second important consideration with respect to the pharmacokinetics of fluoride is that the placenta is not an effective barrier to fluoride transfer. A number of studies in humans have demonstrated that fluoride crosses the placenta and reaches the fetus.[194] In general, measured concentrations of fluoride in umbilical cord blood and in blood of neonates are similar to concentrations in maternal blood.[195] However, with higher maternal intakes of fluoride, the placenta may act as a partial barrier, with a maximum observed reduction of about 40%.[196] Fluoride is taken up by the bones of the developing fetus, with some being excreted by the fetal kidney into the amniotic fluid. After birth, maternal fluoride intake no longer contributes to exposure of the infant, apart from very small amounts in the milk. However, fluoride in the infant's bones can act as a continuing source of fluoride to the infant's blood and organs when intake of fluoride from breast milk or formula is low. For example, a recent pharmacokinetics study by Zohoori et al. found that breastfed infants had a negative fluoride balance, meaning that they were excreting more fluoride (presumably of prenatal origin) than they were ingesting.[197]

Overall, there appears to be little question that fluoride gets through both the blood-brain barrier and the placenta, and, while questions remain about the extent of the uptake, the greatest rates of accumulation likely occur during the prenatal and early infancy stages of life, while the greatest net accumulations (especially in bone) probably exist during old age.

### *In Vitro Studies*

EPA's Guidelines also provide guidance on how to consider *in vitro* data. While positive *in vitro* data are not sufficient, by themselves, to demonstrate a neurotoxic hazard in humans, the existence of such data helps enhance the reliability of *in vivo* data.[198] Fluoride's ability to damage brain cells has been documented in *in vitro* experiments. While most of these studies have used high concentrations that are unlikely to be present in the human brain, several studies have examined environmentally realistic fluoride concentrations. Gao et al. found increased lipid peroxidation and reduced α7 nicotinic acetylcholine receptors in SY-SY57Y cells at fluoride concentrations from 0.5 μmol/L (9.5 μg/L) to 5 μmol/L [95 μg/L]),[199] and others have reported increases in inflammatory markers.[200] Under the Guidelines, these data do not necessarily demonstrate a hazard in humans, but they do enhance the reliability of the animal studies, as similar effects have been reported in fluoride-treated rodents.[201]

### *Validity of the Database*

Under the Guidelines, the validity of the database should be evaluated by assessing the content validity, construct validity, concurrent validity, and predictive validity of the data.[202]

---

[194] See for example, Feltman and Kosel (1961); Gedalia et al. (1964); Blayney and Hill (1964); Armstrong et al. (1970); Hanhijärvi et al. (1974); Forsman (1974); Shen and Taves (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Brambilla et al. (1994); Shimonovitz et al. (1995).
[195] Feltman and Kosel (1961); Gedalia et al. (1964); Hudson et al. (1967); Armstrong et al. (1970); Hanhijärvi et al. (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Shimonovitz et al. (1995).
[196] Gupta et al. (1993); Gedalia et al. (1964).
[197] Zohoori et al. (2019). Zohoori et al. also state that renal function in humans does not reach its full capacity until about age 2 years, indicating that excretion of fluoride is likely less during infancy and early childhood, compared with older ages.
[198] EPA (1998a), p. 49; Federal Register (1998), p. 26944.
[199] Gao et al. (2008), Figures 1A, 3A.
[200] Goschorska et al. (2018).
[201] Bartos et al. (2018); Dong et al. (2015); Yang et al. (2018a); Yan et al. (2016); Zhao et al. (2019).
[202] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.



*Content validity* addresses "whether the effects result from exposure." [203]  This factor weighs decisively in favor of a neurotoxicity hazard determination for fluoride.  As explained by the Director of EPA's IRIS Division, "experimental animal studies are designed to let you draw causal inferences." [204]  The large number of animal studies reporting neurotoxic effects (both structural and functional) following fluoride exposure thus gives confidence in the content validity of the data.  Based on the structural effects, NRC concluded that fluoride interferes with the brain. [205]  Similarly, Dr. Thayer, who served as the principal author of the NTP systematic review on fluoride's learning effects, agreed that the animal studies show that "at some level of exposure fluoride can damage the brain." [206]  In addition to the animal studies, four prospective birth cohort studies have associated prenatal fluoride exposure in humans with adverse effects. [207]  Prospective studies are the optimal form of epidemiological study for ascribing causality between chemical and disease. [208]

*Construct validity* addresses whether the neurologic effects that have been observed "are adverse or toxicologically significant." [209]  This factor is satisfied in the fluoride database.  Among other things, the animal studies have linked fluoride to learning and memory deficits, which EPA has used as the adverse effect upon which to establish reference doses for other chemicals (e.g., BDE-153). [210]  Further, the human epidemiological data have linked fluoride with IQ detriments, including an approximate 5 to 6 point drop in IQ as maternal urinary fluoride increased from 0 to 1 mg/L. [211]  EPA has recognized that a loss of a single IQ point is associated with loss in lifetime earnings in the range of at least $8,760 to $12,512, [212] and has stated that "an IQ loss on the order of one to two IQ points [should] be prevented in all but a small percentile of the population." [213]

*Concurrent Validity* addresses "whether there are correlative measures among behavioral, physiological, neurochemical, and morphological endpoints. [214]  Studies have correlated fluoride's cognitive effects in animals with various neurochemical and neuroanatomical changes, [215] and a few studies have correlated fluoride-associated cognitive loss in humans with increased TSH and alterations in mitochondrial dynamics. [216]  For example, Zhao et al. [217] reported lower circulating levels of a mitochondrial protein (fission-related protein-1, Fis1) in children from high fluoride areas (compared with children in low fluoride areas), and higher circulating levels of a second mitochondrial protein (mitofusin-2, Mfn2) in the same

---

[203] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.

[204] Thayer Deposition at 270:23-25.

[205] NRC (2006), p. 222.

[206] Thayer Deposition at 225:8-15, 226:13-16.

[207] Bashash et al. (2017; 2018); Green (2018); Valdez Jiménez et al. (2017).

[208] While the prospective study from New Zealand (Broadbent et al. 2015) failed to detect an association between fluoride and IQ, this can be explained by certain limitations with the study design, including the absence of individualized exposure data and the failure to consider exposures during the prenatal period.

[209] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.

[210] EPA (2008c), p. 36.  Effects on memory were also noted in the RfD determination for BDE-99 (EPA 2008b, p. 27).

[211] Bashash et al. (2017); Green (2018).

[212] EPA (2008e), p. 5-28.

[213] Cited by a member of the CASAC Lead Review Panel in its peer review of the EPA's Policy Assessment for the Review of the Lead National Ambient Air Quality Standards (External Review Draft – January 2013), p. A-15. [https://yosemite.epa.gov/sab/sabproduct.nsf/E2554E264EEF8CCB85257B80006B3014/$File/EPA-CASAC-13-005+unsigned.pdf]

[214] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.

[215] For example, see Bartos et al. (2018); Zhao et al. (2019); Zhou et al. (2019).

[216] For example, Zhang et al. (2015b); Zhao et al. (2019).

[217] Zhao et al. (2019).



children.  The levels of circulating Fis1 were positively associated with children's IQ scores, while the levels of circulating Mfn2 were negatively associated with the IQ scores.

*Predictive validity* addresses "whether the effects are predictive of what will happen under various conditions."[218]   The condition of perhaps greatest interest with respect to prediction of fluoride neurotoxicity is exposure during the prenatal period.  Studies in both animals and humans have, with one exception,[219] reported neurologic effects following prenatal exposure.  The database, therefore, does have some degree of predictive validity, although further research remains necessary to determine to what extent other conditions (e.g., nutrition, genetics, neonatal exposure, and kidney function) may modify or predict outcomes.  Exposure during the early postnatal period also requires further research.

### Sufficiency of the Evidence

Under the Guidelines, the purpose of the hazard identification analysis is to determine from the collective data whether a neurotoxicity hazard "could exist" for the chemical.[220]  The Guidelines provide that "the minimum evidence sufficient would be data on a single adverse endpoint from a well-conducted study."[221]  In the case of fluoride, the toxicological evidence was sufficient as of 2006 to permit the NRC to conclude that fluoride interferes with the brain.[222]  Since that time many additional animal and epidemiological studies have been published, including four prospective cohort studies correlating prenatal fluoride exposure with adverse neurological outcomes in offspring.[223]  Prospective cohort studies are considered the ideal study design for determining the impact of environmental chemicals on human health, and thus the four prospective cohort studies are arguably sufficient by themselves to reach the hazard determination.  The prospective studies are most compelling, however, when viewed in the context of the animal data, the cross-sectional studies, the neuoroendocrine literature showing depression in thyroid function, and the pharmacokinetic data showing placental transfer to the fetus.  Taken together, these data provide more than sufficient evidence of a neurotoxic hazard under EPA's Guidelines, with a high degree of confidence.

The Guidelines go on to point out that, in contrast, to conclude that a chemical is unlikely to pose a neurotoxic hazard, "the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects,"[224] in particular, "human data from appropriate studies that could support a conclusion of no evidence of a neurotoxic effect."[225]  As discussed elsewhere in this report, very few neurotoxicologic studies of fluoride exposures in humans have reported no evidence of effects, while the vast majority report a neurotoxic hazard to humans from exposure to fluoride.

### Data Gaps

EPA's Guidelines point to the need to address "significant data gaps."[226]  Although there are enough data available to conclude that neurotoxicity is a hazard of fluoride exposure, certain data gaps do remain.  One of the major data gaps is the lack of research on the impact of fluoride during the neonatal and early infancy period.  EPA has recognized that the neonatal period represents a critical window of

---

[218] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.
[219] McPherson et al. (2018).
[220] EPA (1998a), pp. 53, 55; Federal Register (1998), pp. 26945-26946.
[221] EPA (1998a), p. 55; Federal Register (1998), p. 26946.
[222] NRC (2006), p. 222.
[223] Bashash et al. (2017; 2018); Green (2018); Valdez Jiménez et al. (2017).
[224] EPA (1998a), p. 56; Federal Register (1998), p. 26946.
[225] EPA (1998a), p. 56; Federal Register (1998), p. 26946.
[226] EPA (1998a), p. 12; Federal Register (1998), p. 26931.



vulnerability to neurotoxicants,[227] yet most developmental rodent studies do not address neonatal exposures to fluoride (due to exclusive breastfeeding of the rat or mouse pups and absence of gavage exposures), and no epidemiological study has yet investigated the impact of fluoridated water in infant formula on neurologic outcomes.  Other data gaps include the absence of long-term animal studies, and the scarcity of epidemiological research into fluoride's neurologic effects in the elderly.  Data gaps also remain with respect to how the dose which causes neurologic effects varies across susceptible subsets of the population, including those with nutrient deficiencies, genetic polymorphisms, kidney disease, and the elderly. These data gaps, and resulting uncertainties, are discussed further in later parts of this report.

*Summary*

As described above, the overwhelming body of evidence, from both animal studies and human studies, supports the existence of neurotoxic effects from exposure to fluoride.  This is especially important for exposures during development, i.e., during gestation and the neonatal period.  Of particular significance is the lack of animal studies that include neonatal exposures comparable to those received by human infants who are fed formula prepared with fluoridated water.

---

[227] See for example, EPA (2008a), p. 42.



### B.     Neurotoxicity Is a More Sensitive Effect of Fluoride than Severe Dental Fluorosis

According to the Guidelines, "if data are considered sufficient for risk assessment, and if neurotoxicity is the effect occurring at the lowest dose level (i.e., the critical effect), an oral or dermal RfD, or an inhalation RfC, based on neurotoxic effects, is then derived."[228]  At present, EPA assumes severe dental fluorosis to be the critical effect of fluoride exposure.[229]  This assumption, however, has no identifiable biological or empirical justification, and it is at odds with substantial animal and epidemiological evidence.

#### A)     Background

The EPA, in its 2010 report, established a Reference Dose (RfD)[230] of 0.08 mg/kg/day, based on keeping the percentage of children with severe dental fluorosis below 0.5%.[231]  EPA considered this RfD to also be protective against a fluoride-related increase in bone fractures in adults[232] and presumably also of Stage II skeletal fluorosis.  EPA stated that the "Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride."[233]  However, the EPA ignored or failed to consider any adverse health effects other than severe dental fluorosis, stage II skeletal fluorosis, or bone fractures, even though the NRC (2006) discussed a number of additional adverse health effects due to fluoride exposure.[234]  As discussed earlier, the NRC concluded that fluoride is an endocrine disruptor,[235] and it can interfere with the brain by both direct and indirect means.[236]  EPA's representative in this litigation (Edward Ohanian) recognized that NRC's concerns about potential neurotoxicity in humans justified application of an uncertainty factor to account for a "database deficiency."[237]  However, EPA did not apply any uncertainty factors, due to concerns about interfering with caries-prevention programs.[238]

#### B)     Biological Considerations

In its risk assessment, EPA did not address the biological or empirical justification for assuming that severe dental fluorosis is a more sensitive effect of fluoride exposure than neurotoxicity.  Instead, EPA treated the scarcity of quantitative dose response data on neurotoxicity as evidence that neurotoxicity is a less sensitive effect.  EPA's assumption ignores the different windows of susceptibility for fluoride-induced neurotoxicity and fluorosis.  As discussed earlier, there are distinct pharmacokinetics (e.g., known placental transfer, lack of an effective blood-brain barrier) during the *in utero* period that will render the organism more vulnerable to fluoride's neurological effects than during the childhood years.  Consistent with this, recent prospective cohort studies, as well many animal studies, have identified the prenatal period as a

[228] EPA (1998a), p. 2; Federal Register (1998), p. 26928.

[229] EPA (2010b), pp. i, 87, 94.

[230] Reference Dose (RfD): An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments. EPA (2009a).

[231] EPA (2010b), pp. xiv, 103.

[232] EPA (2010b), pp. xv, 105.

[233] EPA (2010b), p. i.

[234] NRC (2006), pp. 8, 12, 222-223, 266-267.

[235] NRC (2006), p. 266.

[236] NRC (2006), p. 222.

[237] Ohanian Deposition at pp. 200:4-202:2, 206:9-19.

[238] Ohanian Deposition at pp. 205:6-16, 206:14-19, 329:3-7.  See also EPA (2010b), pp. 105-106:  "the total uncertainty factor applied was 1" (p. 105) and "1 is the chosen value for each of the following uncertainty factors used in this estimate of the fluoride oral RfD:  $UF_H$, $UF_A$, $UF_S$, $UF_L$.  The composite UF is also equal to 1" (p. 106).



window of vulnerability for fluoride neurotoxicity. By contrast, prenatal fluoride exposure is *not* considered a risk factor for dental fluorosis.[239] In its risk assessment, EPA considered the window of vulnerability for severe dental fluorosis to be the period between 6 months and 14 years of age.[240] Severe dental fluorosis thus has a later window of vulnerability than fluoride neurotoxicity, and EPA's representative has admitted that one cannot rely on the current reference dose for severe dental fluorosis "to protect against potential effects that could occur in *in utero*."[241]

C) Evidence from Animal Studies

Animal studies provide some guidance as to the respective sensitivity of neurotoxicity and severe dental fluorosis following fluoride exposure. Several of the studies that have investigated the neurological effects of fluoride in rodents have examined the teeth for signs of fluorosis.[242] In these studies, measurable nervous system deficits were identified in animals with only mild forms of fluorosis. Based on these findings, Niu et al. concluded that fluoride "can influence spontaneous behaviors and lower the learning ability of rats before the appearance of dental lesions."[243] The applicability of these animal findings to humans is complicated by the fact that, unlike in humans, rat incisors never stop growing. Nevertheless, the results are consistent with what has been observed in human populations.

D) Evidence from Prospective Cohort Studies

A prospective cohort study by Green reported significant reductions in IQ among children born to women living in fluoridated areas of Canada.[244] In this study, each 1 mg/L of fluoride in the pregnant mother's water significantly correlated with a loss of 6.25 IQ points in young children. Notably, this would include exposure levels below the concentration that can cause severe dental fluorosis, according to EPA. In its 2010 risk assessment, EPA selected a threshold for severe dental fluorosis of approximately 1.87 mg/L.[245] The Green study thus indicates that fluoride exposure reduces IQ at levels that are lower than those which can cause severe fluorosis. Bashash et al. reported similar findings for IQ[246] and for ADHD.[247]

E) Evidence from Cross Sectional Studies

Consistent with the recent prospective cohort studies, many of the cross sectional studies have reported fluoride-related IQ reductions among children *without* severe dental fluorosis. Some studies have reported clear dose responses between fluoride exposure or dental fluorosis and IQ.

---

[239] Ohanian Deposition at pp. 339:2-340:11. EPA (2010b; p. 96) indicates that "the period of greatest sensitivity to severe enamel fluorosis [is] the time from six months through 14 years of age" for their assessment.

[240] EPA (2010b), p. 96. EPA itself (EPA 2010b, p. 96) also states that mineralization of the permanent incisors begins at about $6 \pm 2$ months, which means that their analysis of fluoride exposure should start no later than 4 months of age. Dental fluorosis is, in fact, associated with fluoride exposures during the first 6 months of life as well as later periods (Hong et al. 2006a; 2006b). Both Forsman (1977) and Walton and Messer (1981) report more fluorosis in children who were bottle-fed rather than breastfed (with consequent higher fluoride ingestion) during their first few months of postnatal life.

[241] Ohanian Deposition at p. 340:12-341:3.

[242] For example, Chioca et al. (2008); Liu et al. (2011); Niu et al. (2008); Pereira et al. (2011).

[243] Niu et al. (2008).

[244] Green (2018), p. 40.

[245] EPA (2010b), p. 90. A water fluoride concentration of 1.87 mg/L is the lower bound of the benchmark dose (BMDL) predicted to correspond to a response of 0.5% severe dental fluorosis.

[246] Bashash et al. (2017).

[247] Bashash et al. (2018).



A 1995 paper by Li et al.[248] reported significantly lower mean IQ in children (ages 8-13 years) in areas with medium or severe dental fluorosis (dental fluorosis index = 2.5 and 3.2, respectively; see Figure 1 in Appendix C). In addition, the distributions of IQ were also different between areas with no or slight dental fluorosis and areas with medium or severe dental fluorosis (Figure 2 in Appendix C): in areas with either medium or severe dental fluorosis, significantly more children had low IQs (< 70 and 70-79) and significantly fewer children had mid-range IQs (90-109). Thus, even from this early study, it was apparent that protecting against severe dental fluorosis is inadequate to protect against neurotoxic effects.

Khan et al.[249] have shown a clear dose response (a significant negative correlation) between dental fluorosis category (normal to severe) in children ages 6-11 and both mean IQ score (Figure 3 in Appendix C) and percentage of poor IQ grades (Figures 4-5 in Appendix C). As dental fluorosis increases in severity, the IQ measure becomes significantly worse (lower mean IQ and higher IQ grade, where a higher IQ grade corresponds to lower IQ). Children with normal teeth had a mean IQ score of 110.1; mean IQ decreased consistently with increasing severity of dental fluorosis (Figure 3 in Appendix C), even for very mild dental fluorosis. The shift in the distribution of IQ grade from mostly high IQ (IQ grades 1-2) with normal teeth, to mostly average IQ (IQ grade 3) with very mild and mild fluorosis, to mostly low IQ (IQ grades 3-5 for moderate fluorosis and grade 5 for severe fluorosis) is readily apparent (Figures 4-5 in Appendix C).

Das and Mondal[250] reported significant negative correlations between IQ and both dental fluorosis and urinary fluoride in children (ages 6-18). While children with normal teeth, questionable fluorosis, and very mild fluorosis had mean IQ scores of 108.3, 103.2, and 107.7, respectively, children with mild, moderate, and severe fluorosis had mean IQ scores of 92.83, 84.51, and 85.91, respectively.

Ding et al.[251] reported a much higher percentage of children (ages 7-14) with IQ < 89 among children with moderate fluorosis than among children with normal teeth, questionable fluorosis, very mild fluorosis, or mild fluorosis (21.4% among children with moderate fluorosis vs. 5-16% in other groups).[252] Ding et al. also reported an inverse association of IQ with urinary fluoride (decreased IQ with increased urinary fluoride) *in a population with no severe dental fluorosis.* Thus, even in the absence of severe dental fluorosis, there was still a dose-dependent decrease in IQ with increased urinary fluoride concentration, and moderate fluorosis was associated with a higher fraction of children with low IQ.

Dong et al.[253] reported decreased IQ with increasing prevalence of dental fluorosis and with increasing severity of dental fluorosis in children ages 8-12 years. Children in a non-endemic fluorosis village (2% with dental fluorosis) had a mean IQ of 108.7, while children in endemic fluorosis villages (prevalence 16.3%, 29.8%, and 61.0%) had mean IQs of 102.5, 101.7, and 93.5, respectively. Of the children in the endemic fluorosis villages, children with normal teeth had a mean IQ of 105.9, while children with suspected, slight, mild, moderate, and severe dental fluorosis had mean IQs of 102.9, 98.8, 93.3, 91.9, and 90.5, respectively. In addition, the percentage of children with IQ < 89 increased from 2.3% (normal teeth) to 21.4% (slight fluorosis), 30% (mild fluorosis), and 50-60% (moderate and severe fluorosis). Deficits in IQ were apparent with even mild and moderate dental fluorosis.

Shivaprakash et al.[254] reported a significantly lower IQ among children (ages 7-11) with dental fluorosis (mild, moderate, or severe; considered separately and together) than among children with no

---

[248] Li et al. (1995).
[249] Khan et al. (2015).
[250] Das and Mondal (2016).
[251] Ding et al. (2011).
[252] Ding et al. (2011), Table 4.
[253] Dong et al. (2018), especially Tables 2 and 3.
[254] Shivaprakash et al. 2011.



fluorosis.  For even mild fluorosis, the mean IQ of the children was significantly lower than that of children with no fluorosis.  Among children with fluorosis, 72.5% had borderline or extremely low IQ (IQ = 70-79 or IQ < 70, respectively), only 1.25% had high average IQ (110-119), and none had superior IQ (IQ = 120-129).  Among children with no fluorosis, 47.5% had borderline or extremely low IQ, and 5% had high average or superior IQ.  Thus, the distribution of IQ scores was shifted toward the lower scores for children with dental fluorosis, in comparison with children with no fluorosis (Figure 6 in Appendix C).

Sudhir et al.[255] reported significantly more intellectually impaired children (ages 13-15) with increased fluoride concentration in the drinking water used during ages 0-10.  The distribution of IQ grades (where grade 1 corresponds to the highest intelligence and grade 5 to the lowest intelligence; no children in this study were in grade 1, and only 4 of 1000 were in grade 2) clearly shifted toward worse IQ (more intellectual impairment) with increasing dental fluorosis index (increasing severity of dental fluorosis) (Figures 7-8 (in Appendix C).

Pang et al.[256] reported significantly lower IQ in children (ages 8-12 years) in an endemic fluorosis area (dental fluorosis prevalence > 30%) than in a non-endemic fluorosis area (dental fluorosis prevalence < 30%).  In the non-endemic fluorosis area, mean IQs were 98.85 in males and 94.67 in females; in the endemic fluorosis area, mean IQs were 93.24 in males and 91.75 in females.  The overall distribution of IQs was shifted to the left (more individuals with lower IQs) in the endemic fluorosis area, and the rate of mental retardation (IQ < 69) was greater in the endemic fluorosis area.

Yu et al.[257] reported that moderate levels of fluoride exposure were associated with increased likelihood of dental fluorosis and negatively associated with intelligence scores.  In particular, excellent intelligence was less likely with increased fluoride exposure and with increased severity of dental fluorosis; the odds ratio for developing excellent intelligence (IQ ≥ 130) decreased by 30% with each level of increased severity of dental fluorosis.

As part of a larger study of fluoride effects on mitochondrial function, Zhao et al.[258] compared children in areas with "normal" and "high" fluoride concentrations[259] and found lower IQ scores in the children from areas with high fluoride.  In addition, Zhao et al. found lower circulating levels of a mitochondrial protein (fission-related protein-1, Fis1) in the children from the high fluoride areas, and higher circulating levels of a second mitochondrial protein (mitofusin-2, Mfn2) in the same children.  The levels of circulating Fis1 were positively associated with children's IQ scores, while the levels of circulating Mfn2 were negatively associated with the IQ scores.  The authors concluded that impairments of mitochondrial fission and fusion were "associated with intellectual decline of children with long-term fluoride exposure."

<u>Evidence from Case Reports and Occupational Surveys</u>

Spittle reviewed case reports and occupational surveys of fluoride-exposed individuals, dating back to Roholm's seminal treatise on fluoride intoxication.[260]  Many of the case reports and occupational surveys

---

[255] Sudhir et al. (2009), especially Tables 2 and 3.

[256] Pang et al. (2018).

[257] Yu et al. (2018).

[258] Zhao et al. (2019).  This study included experiments with human neuroblastoma cells and with rats, as well as observations in children with different fluoride exposures.

[259] Mean (standard deviation) fluoride concentrations were 0.50 (0.27) mg/L in areas with "normal" fluoride concentrations and 2.00 (0.75) mg/L in areas with "high" fluoride concentrations, as summarized by Yu et al. (2018), Table 1.  (Personal communication from S. Zhang, June 11, 2019.)

[260] Spittle (1994).



identified mental problems, including "difficulties with concentration and memory." The exposures in the reports occurred during adulthood, and, as such, the neurological effects would have occurred in the absence of dental fluorosis.

<u>Summary</u>

In summary, adverse effects of fluoride exposure on children's intelligence and other neurological parameters are observed in the absence of severe dental fluorosis. In other words, protection against severe dental fluorosis does not indicate protection against loss of IQ points or other neurological effects. The collective data thus strongly support the conclusion that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.



## C.      Identifiable Subsets of the Population Have Heightened Susceptibility to the Risk of Harm from Fluoridation Chemicals

The EPA, in its Guidelines, says that an "important part of this [risk assessment] effort is a description of the nature of the exposed population and the potential for sensitive, highly susceptible, or highly exposed populations."[261]  EPA identifies pregnant or lactating women, infants, and children as important subpopulations in terms of critical periods of exposure[262] (i.e., during development of the infants and children), and the elderly as a population "at particular risk  because of the limited ability of the nervous system to regenerate or compensate to neurotoxic insult."[263]  The Guidelines also recognize that factors such as nutrition, pre-existing disease (e.g., diabetes), and genetic polymorphisms "may predispose some individuals to be more sensitive to the neurotoxic effects of specific agents."[264]

Consistent with the general principles discussed in the Guidelines, there are identifiable subsets of the population that will be more susceptible to the neurotoxic effects of fluoride than the general population. The NRC identified several population subgroups that are generally at increased risk from the adverse effects of fluoride.[265]  These high-risk groups include people with higher than average exposures (e.g., bottle-fed infants, athletes, outdoor workers, people with high occupational or industrial exposures), people with higher than average retention of fluoride (e.g., people with renal impairment), and people in vulnerable stages of life (e.g., infants and children during the developmental period, elderly persons with long-term accumulation of fluoride).  Research published subsequent to the NRC report further supports the NRC's conclusions and confirms that the increased susceptibility to fluoride exposure extends to neurological hazards.

The data set that EPA used in deriving its RfD included only white children;[266] as I commented to EPA in 2011,[267] the Centers for Disease Control and Prevention (CDC) reports higher rates of dental fluorosis in the black population than the white population.[268]  EPA itself described at least two studies that reported higher rates of dental fluorosis among blacks than whites.[269]  People with renal impairment and consequent reduced clearance of fluoride from the body could be sensitive to adverse health effects at lower levels of intake than typical,[270] and these people are not known to have been included in the study population.

### A)   Developmental Period – General Considerations

The developmental period (the period between conception and sexual maturity[271]) is reasonably expected to be a vulnerable stage for neurotoxicity in humans.[272]  A variety of animal studies have shown "functional deficits" at "dose levels below those at which other indicators of developmental toxicity are evident" or that would be minimally toxic in adults,[273] and therefore EPA requires testing for developmental

---

[261] EPA (1998a), p. 63; Federal Register (1998), p. 26948.
[262] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[263] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[264] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[265] NRC (2006), pp. 350-351.  See also pp. 30-33.
[266] Dean (1942), pp. 28, 29, 31.
[267] Thiessen (2011).
[268] CDC (2005), Table 23.
[269] EPA (2010b), pp. 33-34.
[270] NRC (2006), p. 351.
[271] EPA (1998a), p. 44; Federal Register (1998), p. 26942.
[272] EPA (1998a), pp. 44, 65; Federal Register (1998), pp. 26942, 26949; Grandjean and Landrigan (2014).
[273] EPA (1998a), p. 44; Federal Register (1998), p. 26942.



neurotoxicity when available information indicates that potential.[274]   From EPA's Guidelines for Neurotoxicity Risk Assessment:  "It is a well-established principle that there are critical developmental periods for the disruption of functional competence, which include both the prenatal and postnatal periods to the time of sexual maturation, and the effect of a toxicant is likely to vary depending on the time and degree of exposure."[275]   In its risk assessment for BDE-153, EPA based its Reference Dose (RfD) on a neurotoxicity endpoint in neonates, stating that "there are a wide variety of brain structures that have very limited critical windows during development.  These short critical windows translate to susceptible periods of exposure that can be very short."[276]   EPA considered it a demonstrated concept that exposure to a neurotoxic chemical during critical periods of development "can induce functional neurological effects later in development."[277]   In its risk assessment for BDE-47, EPA states that a "population subgroup is susceptible if exposure occurs during a period of sensitivity"[278] and then describes the neonatal stage as "a period of rapid development of the nervous system and . . . a critical window of development."[279] In its noncancer risk assessment for methanol, EPA stated that brain effects from postnatal exposure are relevant to humans "given that, in humans, gross measures of brain growth increase for at least 2-3 years after birth, with the growth rate peaking approximately 4 months after birth."[280]

### B) Fetus

Evidence from both animal and human populations indicates that the fetal period is a critical period of susceptibility to fluoride's neurotoxic effects.  First, it should be recognized that fluoride's capacity to harm the developing brain in utero is biologically plausible, and as described below, adverse effects have been reported in both human and animal fetuses.  As discussed earlier, fluoride crosses the placenta and reaches the fetus.[281]  Further, the fluoride that reaches the fetus will have ready access to the brain.  As noted by EPA, "The development of [the blood-brain barrier] is a gradual process, beginning in utero and complete at approximately 6 months of age.  Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain."[282] Fluoride is known to cross the blood-brain barrier,[283] especially when concentrations of fluoride in blood are transiently high,[284] and passage of fluoride into the brain can be expected to be higher when the blood-brain barrier is underdeveloped or impaired.  Thus, some of the fluoride ingested by the mother will make its way into the brain of the fetus.  Additionally, fluoride has the capacity to lower thyroid function, particularly among individuals with low iodine intakes, and EPA has recognized that alterations to thyroid function (e.g., reductions in thyroid hormone concentrations) during pregnancy can cause cognitive

---

[274] EPA (1998a), p. 45; Federal Register (1998), p. 26942.

[275] EPA (1998a), p. 46; Federal Register (1998), p. 26943.

[276] EPA (2008c), p. 33.

[277] EPA (2008c), p. 33.

[278] EPA (2008a), p. 42.

[279] EPA (2008a), p. 42.

[280] EPA (2013a), p. 5-4.

[281] See for example, Feltman and Kosel (1961); Gedalia et al. (1964); Blayney and Hill (1964); Hudson et al. (1967); Armstrong et al. (1970); Hanhijärvi et al. (1974); Forsman (1974); Shen and Taves (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Brambilla et al. (1994); Shimonovitz et al. (1995).

[282] EPA (2009c), p. 58; Rodier (1995).

[283] Niu et al. (2015b); Geeraerts et al. (1986).  See also Gori et al. (2015); Jones and Iagaru (2014); Li et al. (2011); Salgarello et al. (2016); Sheth and Colletti (2012); Thenkondar et al. (2017); Wu et al. (2013).

[284] Mullenix et al. (1995).



disorders and other neurological harm to the child.[285]   Of paramount concern are the many women of childbearing age in the United States who have insufficient iodine intakes, as discussed further below.

*Prospective Cohort studies*

Four recent prospective cohort studies have found that prenatal fluoride exposure correlates with adverse neurological effects in the offspring.[286]  As part of a large study of maternal fluoride exposure and child outcomes in Canada (assessed between ages 3 and 4 years), Green reported that higher maternal urinary fluoride concentrations (average for all three trimesters) were significantly associated with lower IQ scores in male children.[287]   An increase in maternal urinary fluoride concentration by 1.0 mg/L corresponded to a decrease in Full-Scale IQ (FSIQ) of 4 1/2 points.[288]  Mean maternal urinary fluoride concentrations were significantly higher in fluoridated areas than non-fluoridated areas.[289]  For the mother-child pairs for which drinking water information was available, higher fluoride concentration in drinking water was associated with lower IQ scores in children of both sexes.[290]   An increase in water fluoride concentration of 1 mg/L corresponded to a decrease of 6.25 IQ points in the children.[291]  Higher estimated maternal fluoride intake was also associated with lower IQ in children of both sexes.[292]  An increase in maternal fluoride exposure of 1 mg/L corresponded to a decrease of about 4 IQ points in their children.[293]  The study controlled for a number of covariates,[294] including various maternal and paternal characteristics, sex of the child, and prenatal exposures to lead, mercury, and arsenic (assessed from maternal blood and urine samples[295]).

Bashash et al., in a study in Mexico City, reported findings similar to those of Green in Canada:  an increase in maternal urinary fluoride of 0.5 mg/L corresponded to a decrease in the General Cognitive Index (GCI) of 3.15 in 4-year-old children (with no threshold) and a decrease of 2.50 in Full-Scale IQ in 6- to 12-year-old children (with a possible threshold of approximately 0.8 mg/L).[296] The mean maternal urinary fluoride concentration was 0.90 mg/L.[297]   In the same cohort, higher maternal urinary fluoride also corresponded to significantly higher scores for inattention and attention deficit hyperactivity disorder (ADHD) for 6- to 12-year-old children.[298]  Thus, in this cohort in Mexico City, fluoride exposures during the prenatal period are associated with both lower cognitive function and increased ADHD scores in children some years later.  The studies by Bashash et al. controlled for a large number of covariates,

---

[285] EPA (1998a), p. 50; ; Federal Register (1998), p. 26944; EPA (2008a), p. 40; EPA (2008b), p. 54; EPA (2013b), cover letter, p. 2.  See also Rodier (1995); Zoeller and Rovet (2004); Patel et al. (2011); Suárez-Rodríguez et al. (2012); Modesto et al. (2015); Bellinger (2018).

[286] Green (2018), Bashash et al. (2017; 2018); Valdez Jiménez et al. (2017).  The two papers by Bashash et al. (2017; 2018) describe separate neurodevelopmental endpoints measured in subsets of the same cohort.

[287] Green (2018), p. 29, Full-Scale IQ (FSIQ); p. 31, Performance IQ (PIQ); n = 512.

[288] Green (2018), p. 35.

[289] Green (2018), p. 27 (0.69 mg/L vs. 0.40 mg/L for n = 512); p. 32 (0.92 mg/L vs. 0.30 mg/L for n = 369).  Fluoridated drinking water was defined as 0.6-0.8 mg/L (p. 20).

[290] Green (2018), p. 33 (FSIQ); p. 34 (PIQ); n = 369.

[291] Green (2018), p. 40.

[292] Green (2018), p. 34 (FSIQ, PIQ); n = 369.

[293] Green (2018), p. 40.

[294] Green (2018), pp. 22-24.

[295] Green (2018), p. 28.

[296] Bashash et al. (2017).

[297] Bashash et al. (2017).

[298] Bashash et al. (2018).



including maternal characteristics, possible prenatal exposure to mercury and lead, and the possible modification of fluoride effects by calcium supplementation.[299]

In a separate birth cohort in a different part of Mexico, Valdez Jiménez et al. evaluated the neurodevelopment of 65 infants ages 3-15 months (average, 8 months).[300] Mothers were recruited early in pregnancy, and maternal urinary fluoride measurements were made during each trimester (all 65 mothers provided 1st trimester samples; 46 and 29 provided samples during the 2nd and 3rd trimesters, respectively). Fluoride was also measured in samples of drinking water (bottled or tap water). An increase of 1 mg/L fluoride in maternal urine corresponded to a decrease in Mental Development Index (MDI) of 19.5 points. The average MDI in the cohort was 91.6 (range, 60-135), with 38.5% scoring less than 85, indicating possible developmental delay. Corresponding testing for the Psychomotor Development Index found an average of 90.9 (range, 54-131), with 20.9% of infants below a score of 85 (indicating possible developmental delay); a correlation with maternal urine fluoride was not found. This study was carried out in an area with relatively high water fluoride concentrations (at least 80% of tap water samples with fluoride concentrations in excess of 1.5 mg/L); however, measured fluoride concentrations ranged as low as 0.5 mg/L for tap water and 0.01 mg/L for bottled water. Valdez Jiménez et al. also reported a significantly higher rate of prematurity (births between 28 and 36 weeks gestation, with a birth weight < 2.5 kg) of 33.8%, compared with 7.3% for Mexico generally.[301]

*Fetal Brain Studies*

Several Chinese studies of human fetuses exposed to fluoride via maternal intake of contaminated food[302] have reported a variety of structural changes in fetal brains as well as alterations in neurotransmitters and their receptors. Reported effects include significant alterations in subcellular structure in the cerebral cortexes (e.g., swollen mitochondria, reduced synapses containing fewer mitochondria and microtubules, and dilated rough endoplasmic reticulum),[303] changes that are consistent with retarded growth and cell division in the cerebral cortex. Additional reported effects include changes in neuronal densities and abnormal disorganization of Purkinje cells,[304] significant alterations in several neurotransmitters,[305] and significant reduction in a neurotransmitter receptor (the $\alpha_1$-receptor) and alterations in that receptor's affinity with its ligand.[306]

While the potential confounding of other chemicals in polluted air limits the conclusions that can be drawn from the human fetal brain studies, prenatal studies of fluoride-treated rats have found similar effects.[307] Table 2 summarizes several studies retrieved from PubMed that have investigated the neuroanatomical and neurochemical effects of prenatal fluoride exposures. The vast majority of these studies found changes in the brain of the treated animals.

---

[299] Bashash et al. (2017; 2018). Part of the cohort participated in a randomized study of the effect on blood lead levels of calcium supplementation during pregnancy.

[300] Valdez Jiménez et al. (2017).

[301] Valdez Jiménez et al. (2017).

[302] Household use of coal in parts of China results in fluoride contamination of air and food, including corn roasted in smoke from coal burning (Dong et al. 1997; He et al. 1989).

[303] He et al. (1989).

[304] Du et al. (1992).

[305] Yu et al. (1996); Dong et al. (1997).

[306] Yu et al. (1996).

[307] Basha et al. (2011a; 2011b); Jiang et al. (2014b); Dong et al. (2015); Zhang et al. (2017b); Bartos et al. (2018); Ge et al. (2018); Zhao et al. (2019).



Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies.

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Rats (Wistar albino) | Drinking water | Group I (control), < 1 ppm F; Group II, 100 ppm F; Group III, 200 ppm F | Gestation of 1st generation through 3rd generation; apparently healthy animals used to produce succeeding generations; measurements made at 21 days old. | Overt toxicity (decreased feed and water consumption; decreased litter size, decreased birth weight and brain somatic index, increased mortality of pups) with increased dose and with each generation.  Increased levels of malondialdehyde; decreased activities of catalase, superoxide dismutase, glutathione peroxidase, and glutathione S-transferase; and decreased levels of glutathione in brain regions, with increased dose and with each generation. | Basha et al. (2011a) |
| Rats (Wistar albino) | Drinking water | Group I (control), < 1 ppm F; Group II, 100 ppm F; Group III, 200 ppm F | Gestation of 1st generation through 3rd generation; measurements made at 1 month old.  Possibly the same breeding animals and litters as in Basha et al. (2011a), but not stated. | Increased fluoride concentrations in brain regions with increased dose and with each generation; decreased thyroid hormones with fluoride exposure; decreased acetylcholinesterase activity with increased dose and with each generation; histopathological changes (necrosis, hyperchromasia, disintegrated cytoplasm, vacuoles, eosinophilia, decreased number of granular cells, degenerating neurons) with increased dose and generation; poorer performance in memory and learning test. | Basha et al. (2011b) |
| Rats (Sprague-Dawley) | Drinking water | Control, 0.34 mg/L F; 25, 50, and 100 mg/L NaF (11.3, 22.6, and 45.2 mg/L F) | Gestation to 2 months old. | PET/CT and MRI done only in females.  Reduced body weights and brain weights with increased dose.  Poorer performance on water maze test (damaged learning and memory abilities).  For MRI, differences in ventricles of rats in 100 mg/L group (probably due to neurodegenerative changes or brain atrophy).  Acute degeneration of neurons in 50 and 100 mg/L groups, with apparent interstitial edema and (in 100 mg/L group) partial demyelination.  Decreased glucose utilization and increased brain-derived neutrophic factor (PET/CT). | Jiang et al. (2014b) |

*Table continued next page*



Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies - *Continued*

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Rats (Sprague-Dawley) | Drinking water | Control (< 0.5 ppm F); 50 ppm F | 10 months for initial generation, plus time for gestation and lactation; up to 28 days for offspring (postnatal days 1, 7, 14, 21, 28). | All treated rats showed dental fluorosis, but no controls did.  For initial generation and offspring, decreases in M1 and M3 muscarinic acetylcholinesterase receptors (mAChRs) and in M1 and M3 mAChR mRNAs in brains.  Increased reactive oxygen species (ROS), decreased superoxide dismutase and glutathione peroxidase in adult brains.  Correlations of decreased M1 and M3 mAChR and increased ROS with worse performance on learning and memory tests (adults and 28-d offspring). | Dong et al. (2015) |
| Rats (Sprague-Dawley) | Drinking water | Females:  Control (< 0.2 ppm F; 0.79% Ca in feed); F (45 ppm F; 0.79% Ca in feed); LCa (< 0.2 ppm F; 0.063% Ca in feed); F + LCa (45 ppm F; 0.063% Ca in feed); F + HCa (45 ppm F; 7% Ca in feed).  Males: < 0.2 ppm F; 0.79% Ca in feed. | Diets started at weaning; mated 3 months later; study involved offspring at birth, 14 d, 28 d. | Synaptic density significantly decreased for F group at 14 d (females) and 28 d (males and females) and for F + low Ca (F + LCa) group at birth, 14 d, and 28 d.  Structural differences (decreased synaptic active zone, increased synaptic gap width, decreased thickness of postsynaptic density) for F group (significant in most cases) and F + LCa group (significant in all cases), at birth, 14 d, and 28 d.  Changes prevented or lessened in F + high Ca (F + HCa) group. | Zhang et al. (2017b) |
| Rats (Wistar) | Drinking water | Control (filtered tap water); 5 and 10 mg/L F. | Gestational day 0 to postnatal day 21.  Female offspring studied at postnatal day 90. | Significant difference in 24-hour memory test for 5 mg/L group; significant difference in 90-minute and 24-hour memory tests for 10 mg/L group.  Significant decrease in $\alpha$7 nicotinic acetylcholinesterase receptor (nAChR) mRNA in 10 mg/L group.  Significant decrease in catalase activity in both 5 mg/L and 10 mg/L groups. | Bartos et al. (2018) |

*Table continued next page*



**Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies -** *Continued*

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Mice (ICR) | Drinking water | Control (distilled water); 50 and 100 mg/L F. | 1 month before pregnancy, through gestation, to 90 days after birth; offspring fed same concentration of fluoride in water as their parents | Decreased spatial learning and memory capabilities of offspring at 60 d in treated groups (Morris water maze test).  Reduced body weights in treated groups.  Histopathological changes in brain (cerebral cortex) at 60 d and 90 d in treated groups (reduced number and size of pyramidal cells, karyorrhexis).  Reduced expression (mRNA and protein) of microtubule-associated protein 2 (MAP2), synaptophysin (SYP), developmentally regulated brain protein (Dbn), and glutamate receptor (N-methyl-D-aspartate receptor, NMDAR). | Ge et al. (2018) |
| Rats (Sprague-Dawley | Drinking water | Control; 4.52, 22.6, and 45.2 mg/L fluoride (10, 50, and 100 mg/L NaF). | 2 months before pregnancy, through gestation, to 2 months after birth (postnatal day 60) | Impaired learning and memory in offspring (Morris water maze test).  Mitochondrial abnormalities in hippocampal neurons of offspring.  Decreased levels of mitochondrial fission-regulating molecules, increased levels of mitochondrial fusion-regulating molecules, in hippocampus of offspring, leading to disruption of mitochondrial fission and fusion, defective autophagy, and excessive apoptosis in the hippocampus.  (Similar effects on two mitochondrial regulating molecules with respect to fluoride exposure were reported in children, correlated with decreased IQ in fluoride exposed children.) | Zhao et al. (2019) |
| Rats (Wistar) | Drinking water | Control (filtered tap water); 5 and 10 mg/L F. | Gestational day 0 to postnatal day 21. Offspring studied at postnatal day 45. | Impaired short-term and long-term memory in female offspring (both treatment groups) and in male offspring (lower treatment group), in a step-down inhibitory avoidance test.  Altered biochemical markers of oxidative damage in brain sections (prefrontal cortex, striatum, hippocampus), including reduced catalase, glutamate oxaloacetate transaminase, and glutamate pyruvate transaminase, in both females and males. | Bartos et al. (2019) |
| Rats (Sprague-Dawley) | Drinking water | Control (< 0.5 mg/L F); 10, 50, and 100 mg/L NaF) | 2 months before pregnancy, through gestation, to 6 months after birth. | Impaired learning and memory of offspring, decreased neuronal number, suppressed autophagy and enhanced apoptosis in hippocampus. | Zhou et al. (2019) |



Most of the prenatal studies in rats involved fluoride exposures to the mothers during both gestation and lactation (Table 2). However, since the fluoride concentrations in rat milk are substantially below the concentrations in the mother's drinking water,[308] early postnatal fluoride exposure via the milk is unlikely to have been important in comparison with prenatal exposure. In contrast, bottle-fed human infants, if their formula is prepared with fluoridated water, are likely to have higher postnatal fluoride exposures than prenatal exposures, and typical postnatal fluoride exposures from formula-feeding are among the highest typical human exposures for a given water fluoride concentration (discussed below). I am not aware of any studies of neurotoxicity in rats or mice that have attempted to reproduce the postnatal fluoride exposures experienced by human infants through feeding of formula prepared with fluoridated water.

Thus, both animal and human research on prenatal fluoride exposure supports the conclusion that fluoride poses a significant neurological hazard during the *in utero* period.

C) Bottle-fed infants

EPA recognizes that susceptibility to a chemical may be "intrinsic" (biological, e.g., life stage) or "extrinsic" (acquired, e.g., lifestyle).[309] A bottle-fed infant has *both* intrinsic *and* extrinsic susceptibility to fluoridated water. The intrinsic factor is an early "life stage" of development which, as discussed above, renders the infant more vulnerable to neurotoxic insults;[310] the extrinsic factor is a "lifestyle" (receiving formula instead of breastmilk) that dramatically increases the infant's exposure to fluoridated water. The combination of these two factors makes bottle-fed infants a clearly identifiable, highly susceptible subset of the population.

Infants have the highest intake of fluid per unit body weight of any age group among humans, given their mostly liquid diet at that age. According to EPA's survey on water intakes, approximately 5% of individuals less than 6 months old have a daily intake of water from community sources of at least 189 mL per kg body weight, and approximately 5% of infants between 6 and 12 months old and of children < 2 years old have a daily intake of water from community sources of at least 126 mL per kg body weight.[311] The EPA did not distinguish between nursing (breastfed) infants, who typically have a low intake of water, and non-nursing (bottle-fed) infants, who probably constitute the high end of EPA's distribution of water intake. Consistent with the high fluoride intakes of many bottle-fed infants, development of dental fluorosis in permanent teeth is associated with fluoride exposures before age 6 months as well as with exposure during later periods of infancy and childhood.[312] For example, Forsman found that infants fed water-diluted formula from an early age had more fluorosis than those who were breastfed at least their first few months.[313] Walter and Messer reported that children who were formula-fed from birth or breastfed less than 3 months had more fluorosis than children who were breastfed at least their first 3 months.[314]

According to the CDC, for U.S. children born in 2015, about 83% were ever breastfed, 58% were still breastfed at 6 months old, and 25% were exclusively breastfed through the first 6 months.[315] Data vary by ethnicity, with Hispanics, whites and Asians having breastfeeding rates similar to or greater than the national averages and blacks having substantially lower rates. Breastfeeding rates in the U.S. tend to be

---

[308] Drinkard et al. (1985). Fluoride concentrations in rat milk were 0.044, 0.349, and 0.401 mg/L, compared with fluoride concentrations in the mother's drinking water of 0, 50, and 100 mg/L, respectively.
[309] EPA (2017b).
[310] EPA (2008a), p. 42; EPA (2013a), p. 5-4.
[311] EPA (2004b), p. E-55; see also EPA (2000a) and NRC (2006), p. 426, Table B-8.
[312] Hong et al. (2006a; 2006b); Forsman (1977); Walton and Messer (1981); Fomon and Ekstrand (1999); Fomon et al. (2000).
[313] Forsman (1977).
[314] Walton and Messer (1981).
[315] CDC (2018; n.d.).



highest for higher family income and maternal education levels. Looked at from the opposite perspective, close to 17% of U.S. infants in 2015 were never breastfed, 42% were not breastfed for their entire first 6 months, and 75% did not have exclusive breastfeeding for their entire first 6 months. Breastfeeding rates in the U.S. have increased substantially in recent years from a low point in the early 1970s (less than 30% of babies ever breastfed, and less than 10% breastfed for more than 3 months).[316] While increased breastfeeding rates are to be encouraged for a number of reasons, it is important to remember that for many infants in the U.S., breastfeeding is not an option; these include cases of infant adoption or fostering, as well as cases of death or illness of the mother.

Fluoride concentrations in human milk, as with the milk of other mammals, are very low, regardless of the fluoride intake of the mother.[317] Thus fluoride intakes by infants fed primarily breast milk are very low, as are fluoride intakes by infants fed primarily cow's milk.[318] However, fluoride intakes by infants fed commercially prepared formula reflect the fluoride concentrations in the water used to prepare the formula, either at the manufacturing plant, in the home, or both, and fluoride intakes can be in excess of 0.1 mg/kg/day.[319] Since 1979, commercial producers of infant formula have used low fluoride water in the manufacture of infant formula, even when this means removing fluoride from the local municipal water before using it to make the formula.[320] The result is that ready-to-feed formula (no water added in the home) is now much lower in fluoride content, but still higher than breast milk or cow's milk.[321] Other commercial formulas, either in powder form or concentrated liquid form, still require addition of water before they can be fed to infants, and therefore the fluoride concentration in the formula depends primarily on the fluoride concentration of the water used to prepare the formula.[322] For infants fed formula prepared with fluoridated tap water, the fluoride intake can be quite high, even for infants fed formula only as a supplement to breastfeeding.[323] Fomon et al. recommended the use of low-fluoride water (< 0.3 mg/L) for home-preparation of infant formula, as well as no fluoride supplementation for infants.[324]

Most commercial infant formula, historically and currently, has been in powder form, for which the cost is approximately half that of ready-to-feed formula, per unit volume of formula as fed.[325] Fomon (2000), based on industry data, indicated that approximately 80% of formula sales in 1998 were for powder form, and 10% or less for ready-to-feed form.[326] Based on national data collected during 2005-2007, the CDC reported that approximately 26% of neonates and 10-15% of infants ages 2-12 months are fed at least some ready-to-feed formula, 7-12% of infants are fed formula prepared from liquid concentrate, 3-6% are fed formula prepared from single serving packages of powder, and 83-93% are fed formula prepared from powder from cans.[327] For approximately 70-78% of infants in the same national survey, formula is reconstituted with tap water at least some of the time; for 46-52% of infants, formula is reconstituted with

[316] DHEW (1979), pp. 2-6, especially Tables A and B. See also Fomon and Ekstrand (1999), Figure 1.
[317] Reviewed by NRC (2006), pp. 33, 36. See also Fomon and Ekstrand (1999) and Fomon et al. (2000).
[318] Fomon et al. (2000), Table 2.
[319] Fomon et al. (2000).
[320] Fomon and Ekstrand (1999); Fomon et al. (2000).
[321] Fomon et al. (2000).
[322] Fomon and Ekstrand (1999); Fomon et al. (2000).
[323] Fomon et al. (2000).
[324] Fomon et al. (2000).
[325] O'Connor (2009).
[326] Fomon (2001), Figure 4.
[327] CDC (2017), Table 3.16. (Infants could be fed more than one type of formula, so the sum of the raw percentages exceeds 100%.). Survey dates (May 2005-June 2007) are from Fein et al. (2008). Harriehausen et al. (2019) reported use of powdered infant formula for 92.1% of formula-fed infants, based on a survey in Houston. (The date of the Houston survey is not given, but appears to have been approximately 2015.)



bottled water at least some of the time.[328]  The CDC data are not considered representative of the U.S. population; in particular, participation was likely biased toward women and infants with higher socioeconomic status (who tend to have higher breastfeeding rates, as described above), and minority groups were underrepresented.[329]  Thus, the actual rates of formula feeding and use of tap water for formula preparation may be higher than observed in the survey.

Based on the available information, it can reasonably be assumed that the majority of formula-fed infants in the U.S. are fed powdered formula reconstituted with water, often or usually tap water.  Especially for low-income homes (where breastfeeding is less likely), it is reasonable to assume that many or most infants are fed formula prepared from powder using tap water, which in much of the country is fluoridated.  In addition, for approximately 20% of infants, tap water is boiled before it is used to prepare formula;[330] if this tap water is fluoridated, the resulting fluoride concentration in the formula will be higher than if the water had not been boiled.[331]

Fomon et al. estimated that infants consuming powdered formula prepared with fluoridated water (1 mg/L) will ingest between 0.116 and 0.164 mg/kg/day.[332]  If Fomon's estimate is adjusted to account for the lower concentration of fluoride now added to water (0.7 mg/L), the result is a daily intake of 0.08 to 0.115 mg/kg/day, which is 80 to 115 times higher than the amount that Fomon et al. estimated for breast-fed infants (0.001 mg/kg/day).[333]  Thus by Fomon's estimates, essentially all formula-fed infants will exceed EPA's RfD for fluoride (0.08 mg/kg/day), if their formula is prepared with fluoridated tap water.

Fomon's estimates agree well with recent data from Harriehausen et al., who surveyed 114 parents in Houston to determine brand and type of formula, total volume of formula consumed over 24 hours, and infant weight.[334]  Most of the parents in the study (corresponding to 92.1% of the infants) reported using powdered formula, which is consistent with the literature described above.  Fluoride content in various brands of formula ranged from 0.035 to 0.175 mg/L when reconstituted with deionized water.[335]  Harriehausen et al. estimated the total amount of fluoride that the infants would consume if fluoridated water (0.7 mg/L) were to be used to reconstitute the formula (Table 3).  Estimated average fluoride intakes from formula would exceed 0.1 mg/kg/day during the first 4 months of life (0.110 mg/kg/day at 2 months; 0.112 mg/kg/day at 4 months), with more than 50% of infants estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).  At 6 months, the estimated average fluoride intake from formula would be 0.09 mg/kg/day, still above EPA's RfD (0.08 mg/kg/day), with one-third of infants estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).  At 9 and 12 months, 14% and 9% of infants, respectively, would be estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).

---

[328] CDC (2017), Table 3.97.  (Formula for a given infant could be prepared with more than one water source, so the sum of the raw percentages exceeds 100%.)  Harriehausen et al. (2019) indicate 70-75% of parents reconstituting infant formula with tap water, based on the same CDC survey; their own survey in Houston reported only 3.5% of infants fed formula reconstituted with tap water, suggesting that there may be regional or temporal variations in use of tap water for reconstituting infant formula.

[329] Fein et al. (2008); Grummer-Strawn et al. (2008).

[330] CDC (2017), Table 3.98.

[331] For example, see Juárez-López et al. (2011).

[332] Fomon et al. (2000), Table 2.  These estimates are based on intake volumes (amount of formula consumed) from 0.12 to 0.17 L/kg/day.

[333] Fomon et al. (2000), Table 2.

[334] Harriehausen et al. (2019).  These estimates are based on intake volumes (amount of formula consumed) from 0.07 L/kg/day at 12 months to 0.154 L/kg/day at 2 months, with an overall average of 0.12 L/kg/day (calculated from data in Table 1 of Harriehausen et al. 2019).

[335] Harriehausen et al. (2019), Table 2.



The estimates from both Harriehausen and Fomon are consistent with the findings from the Iowa Fluoride Study (IFS).[336] Estimates of fluoride intake (from all sources) were determined for more than 600 infants at 1.5, 3, 6, 9, and 12 months of age, based on parental questionnaires. The IFS did not report fluoride intake data separately for formula-fed infants, and so does not represent the exposure distribution among formula-fed infants. Twenty-five per cent of the infants in the study ingested at most 0.002 to 0.007 mg/kg/day at ages 1.5 and 3 months, respectively,[337] an exposure consistent with exclusively breastfed babies. However, the IFS data also confirm that many infants consume large amounts of fluoride. Approximately 25% of infants in the study consumed $\geq$ 0.093 mg/kg/day at age 6 months of life, with 10% consuming $\geq$ 0.127 mg/kg/day and 5% consuming $\geq$ 0.147 mg/kg/day.[338] At age 1.5 months, 25% of infants in the study consumed at least 0.095 mg/kg/day, 10% at least 0.159 mg/kg/day, and 5% at least 0.188 mg/kg/day; at age 3 months, 25% of infants consumed at least 0.099 mg/kg/day, 10% at least 0.142 mg/kg/day, and 5% at least 0.166 mg/kg/day.[339] These intake estimates were obtained prior to the reduction in recommended fluoridation levels to the current 0.7 mg/L; however, even if these estimates are adjusted downward by approximately 30% to account for the change in fluoridation levels, many infants would still exceed the current RfD of 0.08 mg/kg/day.

Table 3.  Estimated fluoride ingestion from infant formula, assuming fluoridated water at 0.7 mg/L.[a]

|  | Age | | | | |
| Category | 2 months | 4 months | 6 months | 9 months | 12 months |
|---|---|---|---|---|---|
| Number of infants | 32 | 23 | 27 | 21 | 11 |
| Predicted fluoride intake | | | | | |
| Mean (mg/kg/day) | 0.110 | 0.112 | 0.090 | 0.066 | 0.053 |
| Variance | 0.0033 | 0.0016 | 0.0018 | 0.0012 | 0.0009 |
| Standard deviation[b] | 0.057 | 0.040 | 0.042 | 0.035 | 0.03 |
| Distribution of fluoride intake | | | | | |
| > 0.1 mg/kg/day (%) | 59.4 | 56.5 | 33.3 | 14.3 | 9.1 |
| < 0.1 mg/kg/day (%) | 40.6 | 43.5 | 66.7 | 85.7 | 90.9 |

[a] Data from Harriehausen et al. (2019), Table 3.
[b] Calculated from the variance reported by Harriehausen et al. (2019), Table 3.

---

[336] Appendix 2 of Levy et al. (2003).
[337] Appendix 2 of Levy et al. (2003).
[338] Appendix 2 of Levy et al. (2003).
[339] Levy et al. (2003), Appendix 2. Maximum reported fluoride intakes were 0.401 mg/kg/day at age 1.5 months, 0.346 mg/kg/day at age 3 months, and 0.343 mg/kg/day at age 6 months. For ages 9-72 months (9 months to 6 years), maximum intakes ranged from 0.136 to 0.307 mg/kg/day.



*Impacts of formula feeding on IQ*

While studies have not yet specifically addressed the impact on IQ of feeding formula prepared with fluoridated water, reported associations of cognitive impairment or lower IQ with formula feeding during infancy[340] are consistent with the high exposures of these infants to fluoride in the water used to prepare the formula and consequent susceptibility of the formula-fed infants to neurotoxic effects of fluoride. Specific differences in brain activation and regional volumes of gray matter have even been reported, indicating developmental changes in formula-fed children in comparison with breastfed children.[341] Such effects (and other adverse effects of formula-feeding compared with breastfeeding, especially compared with exclusive breastfeeding for at least the first several months) could, in principle, be due to loss of the enhanced mother-child bonding associated with breast-feeding,[342] to deficiency of an essential nutrient (e.g., long-chain saturated fatty acids) in the formula,[343] to the presence of a toxic contaminant (e.g., fluoride, lead) in the water used to prepare the infant formula,[344] or to some combination of these factors.

In its Guidelines, EPA considers it important to include postnatal exposure that might involve an interaction of a toxic agent with milk composition.[345] EPA's context is animal studies, but the principle would apply to human studies: Replacement of the mother's milk with a substitute that contains a toxic agent would be an extremely important source of postnatal exposure of infants and children to the toxic agent. Few, if any, animal studies reproduce the effect of formula-feeding of human infants, in terms of a water-based formula, together with any contaminants in the water, being substituted for the mother's milk; thus this very important developmental period is routinely missed in most animal studies.

D) <u>Elderly</u>

The elderly have also been identified as an at-risk group for fluoride toxicity by both the NRC and the EPA.[346] There are at least six factors which support an increased vulnerability to fluoride's neurological effects among the elderly. First, as would be expected, studies have found that water fluoridation significantly increases the level of fluoride in bone, and these levels increase with age.[347] Second, the fluoride that is taken into bone is not stored there forever; as bones begin to break down in the postmenopausal and elderly years, some of the fluoride stored in the tissue is released back into the bloodstream.[348] Third, renal function declines with age, and thus the elderly kidney can be expected to be less efficient in clearing fluoride from the bloodstream. Fourth, the increased circulating fluoride will have proportionally greater access to the brain due to age-related increases in the permeability of the blood-brain barrier.[349] Fifth, the EPA has recognized that the elderly brain is at "particular risk" to neurotoxicants "because of the limited ability of the nervous system to regenerate or compensate to neurotoxic insult."[350]

---

[340] For example, see Fomon (2001); Wolf 2003; Belfort et al. (2013); Horta et al. (2015; 2018); Victora et al. (2015; 2016); Kanazawa (2015); Boutwell et al. (2018). Many studies have controlled for possible confounders such as maternal IQ, maternal education, and family income.
[341] Ou et al. (2016).
[342] Horta et al. (2018).
[343] Horta et al. (2018).
[344] Goyer (1995).
[345] EPA (1998a), p. 46; Federal Register (1998), p. 26943.
[346] NRC (2006), p. 351; EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[347] Alhava et al. (1980); Arnala et al. (1985); Eble et al. (1992); Chachra et al. (2010).
[348] Itai et al. (2010).
[349] For example, see Mooradian (1994); Zeevi et al. (2010); Rosenberg (2014); and Pan and Nicolazzo (2018).
[350] EPA (1998a), p. 65; Federal Register (1998), p. 26943.



Sixth, the elderly have increased likelihood of co-morbidities and nutritional deficits, which can further increase susceptibility to harm.

While epidemiological data on fluoride and cognition in the elderly remains relatively sparse, Li reported a very high rate of cognitive impairment (81.1%) in an endemic fluorosis area.[351] Li did not find a linear relationship between urinary fluoride and the severity of cognitive impairment in the endemic fluorosis area, but urinary fluoride levels among those with any form of cognitive impairment were significantly higher than those with normal cognition.[352] Russ et al. described a longitudinal study involving nearly all people born in Scotland in 1921, who were passively followed for diagnoses of dementia after 2004.[353] Residential locations after age 60 (or at death or at time of diagnosis of dementia) were used to estimate exposure to aluminum and fluoride (separately) in drinking water. The authors concluded that "even these relatively low levels of aluminium and fluoride are associated with deleterious effects on dementia risk" and suggested further research.[354]

The NRC has described the possible relationship of fluoride exposure, especially exposure to aluminum fluoride complexes, to the development of Alzheimer's disease.[355] Goschorska et al. have reviewed the likely role of fluoride in the initiation and progression of Alzheimer's disease.[356] Consistent with other findings, Cao et al., in a study of mice genetically prone to degenerative brain changes including amyloid pathology, found that exposure of adult mice to fluoride for 3 months produced more severe changes and earlier changes, including enhanced deficits in learning and memory.[357] "The result suggests that prolonged exposure to fluoride may accelerate the neuropathological lesions that occur in such APP mice."[358]

E) <u>Nutritional Deficiencies</u>

Nutritional deficiencies can contribute to increased susceptibility to fluoride toxicity.[359] Calcium deficiency and iodine deficiency are expected to be particularly important in terms of vulnerability to neurotoxic effects of fluoride, but deficiencies of magnesium, vitamin C, protein, and other nutrients have also been associated with increased susceptibility to effects of fluoride exposure.

Dairy product consumption and corresponding calcium intakes have decreased markedly in the last several decades in the U.S.[360] Therefore, bioavailability of fluoride to infants and children is probably higher now.[361] As discussed later in this section, lactose intolerance (real or perceived) in some minority populations is associated with significantly lower calcium intake.[362] Substitution of tap water or tap water-based beverages for milk in the diet may result in both decreased calcium intake and increased fluoride intake.[363] Fluoride exposure also tends to exacerbate calcium deficiencies,[364] which can lead to various

---

[351] Li et al. (2016), p. 59.
[352] Li et al. (2016), Figure 2, Table 3.
[353] Russ et al. (2019).
[354] Russ et al. (2019).
[355] NRC (2006), pp. 210-212.
[356] Goschorska et al. (2018).
[357] Cao et al. (2019).
[358] Cao et al. (2019).
[359] See for example, NRC (2006). p. 265; Pandit et al. (1940); Marier (1977).
[360] Fomon et al. (2000); Bayless et al. (2017).
[361] Fomon et al. (2000).
[362] Jackson and Savaiano (2001); Jarvis and Miller (2002); Byers and Savaiano (2005); Fulgoni et al. (2007); Nicklas et al. (2009; 2011); Brown-Riggs (2016); Bayless et al. (2017).
[363] NRC (2006), p. 52.
[364] NRC (2006), pp. 250-251.



adverse health effects, including increased susceptibility to lead toxicity.[365]  Zhang et al. reported that effects of fluoride on synapse development in the hippocampus of rat pups were exacerbated by calcium deficiency and reversed by high calcium intake.[366]

The NRC reported that high fluoride intake appears to exacerbate the effects on thyroid function of low iodine intake in both animals and humans.[367]  Stated differently, reduced thyroid function in humans occurs at lower fluoride intakes in the presence of iodine deficiency.  Malin et al. reported that among iodine-deficient adults in Canada, an increase in urinary fluoride was associated with an increase in thyroid stimulating hormone (TSH), indicating a decrease in thyroid function.[368]  Of particular concern is that impaired thyroid function (including hypothyroxinemia and subclinical hypothyroidism) in pregnant women is associated with reduced IQ and other neurological effects in the offspring.[369]  Lavado-Autric et al. demonstrated in rats that proper migration of neurons does not occur in the developing offspring of hypothyroid or hypothyroxinemic mothers, leading to permanent alterations of brain architecture.[370]  Similarly, Auso et al. reported that "moderate and transient maternal hypothyroxinemia" during early gestation causes "irreversible alterations of brain development" in the offspring.[371]  The CDC considers the average iodine status (median urinary iodine concentration) of women of childbearing age (12-19 years and 20-39 years) in the U.S. to be in the "adequate intake" range, but the 10th percentiles by ethnicity and for the total population are in the "insufficient intake" range, indicating that more than 10% of women of childbearing age in the U.S. are deficient in iodine.[372]  Caldwell et al. report that 35% of pregnant women and 38% of nonpregnant women in the U.S. have urinary iodine concentrations below the level considered adequate.[373]  In addition, the CDC notes that even higher intakes of iodine are required for pregnant and lactating women; thus an even greater percentage of American women are likely to be deficient in iodine with respect to the demands of pregnancy and lactation.[374]  Pearce suggests that iodine deficiency in the U.S. may be becoming more prevalent, especially among pregnant women.[375]

F)  Kidney disease

It is well recognized that people with renal impairment (kidney disease) are less able to excrete fluoride, resulting in higher concentrations of fluoride in the body and greater susceptibility to adverse health effects from fluoride exposure.[376]  The World Health Organization states that it "is known that persons suffering from certain forms of renal impairment have a lower margin of safety for the effects of fluoride than the average person."[377]  In addition, a number of papers report an association between renal

---

[365] NRC (2006), pp. 250-251; Goyer (1995); Bruening et al. (1999).

[366] Zhang et al. (2017b).

[367] NRC (2006), pp. 227, 234, 262.

[368] Malin et al. (2018).

[369] For example, see Haddow et al. (1999); Pop et al. (1999; 2003); Morreale de Escobar et al. (2000; 2004); Klein et al. (2001); Vermiglio et al. (2004); LaFranci et al. (2005); Kooistra et al. (2006); Roman (2007); Zoeller and Rovet (2004); Patel et al. (2011); Suárez-Rodríguez et al. (2012); Modesto et al. (2015); Moleti et al. (2016).

[370] Lavado-Autric et al. (2003); Zoeller (2003).

[371] Ausó et al. (2004).

[372] CDC (2008), Chapter 4a, pp. 90-100.

[373] Caldwell et al. (2011).

[374] CDC (2008), Chapter 4a, pp. 90-100.

[375] Pearce (2015).

[376] For example, see Marumo and Iwanami (2001); NRC (2006), pp. 30, 292, 351; Ibarra-Santana (2007); Schiffl (2008).

[377] WHO (2004), p. 6.



impairment and reduced IQ or other cognitive impairment,[378] which is consistent with higher fluoride retention (and often higher water intake and consequent higher fluoride intake).

### G) Populations with High Water Intake

The NRC identified population subgroups whose water intake "is likely to be substantially above the national average for the corresponding sex and age group" as susceptible subpopulations with respect to fluoride exposure.[379] According to the NRC, "these subgroups include people with high activity levels (e.g., athletes, workers with physically demanding duties, military personnel); people living in very hot or dry climates, especially outdoor workers; pregnant or lactating women; and people with health conditions that affect water intake."[380] Health conditions that affect water intake include "diabetes mellitus, especially if untreated or poorly controlled; disorders of water and sodium metabolism, such as diabetes insipidus; [and] renal problems resulting in reduced clearance of fluoride."[381] The NRC estimated that athletes and others with high physical activity and consequent high (but not upper bound) water consumption would ingest 0.05 mg/kg/day of fluoride from drinking water with 0.7 mg/L fluoride.[382] Adults with diabetes mellitus could have similar fluoride intakes (0.05 mg/kg/day, while children with diabetes mellitus could have fluoride intakes of 0.07 mg/kg/day.[383] For children and adults with nephrogenic diabetes insipidus, NRC estimated waterborne fluoride intakes of 0.11 mg/kg/day from water containing 0.7 mg/L.[384] Consistent with this, case reports have documented moderate to severe dental fluorosis among children with diabetes insipidus who drank water with 0.5 to 1 mg/L.[385] Based on EPA's estimates of water consumption by individuals who actually consume water from community sources and a water fluoride concentration of 0.7 mg/L, 10% of infants < 6 months old would be expected to have a fluoride intake of at least 0.12 mg/kg/day, 5% would have an intake of at least 0.14 mg/kg/day, and 1% would have a fluoride intake of at least 0.17 mg/kg/day.[386]

### H) Genetic susceptibility

A number of studies have shown associations between specific genetic arrangements and a greater susceptibility to effects of fluoride exposure,[387] including dental fluorosis, occupational fluorosis,[388] and alterations to reproductive hormones.[389] Additional studies have identified differences in dental fluorosis rates among ethnic subpopulations with similar fluoride exposures, consistent with genetic differences among the subpopulations.[390] Genes for which associations with differing susceptibility to fluoride

---

[378] For example, see Madero et al. (2008); Mendley et al. (2015); Chen et al. (2018b).
[379] NRC (2006), p. 30.
[380] NRC (2006), p. 30.
[381] NRC (2006), p. 30.
[382] NRC (2006), p. 35, Table 2-4.
[383] NRC (2006), p. 35, Table 2-4.
[384] NRC (2006), p. 35, Table 2-4.
[385] NRC (2006), p. 33.
[386] NRC (2006), pp. 431-433, Tables B-12, B-12, and B-14, based on EPA (2000a).
[387] Reviewed by Pramanik and Saha (2017). See also Lavryashina et al. (2003); Tu et al. (2011); Liu et al. (2006); Huang et al. (2008); Ba et al. (2011); Zhao et al. (2015); Zhou et al. (2016); Zhang et al. (2013b); Pei et al. (2017); Jiang et al. (2015); Zhang et al. (2015b); Cui et al. (2018); Küchler et al. (2018); Bhagavatula Naga (2009).
[388] Tu et al. (2011) list clinical symptoms of occupational fluorosis as back and limb pain, neurasthenia syndrome, gastrointestinal symptoms, joint movement limitation, bone deformities, and nerve compression symptoms.
[389] Zhao et al. (2015); Zhou et al. (2016); Ma et al. (2017); An et al. (2019).
[390] Wu et al. (2015); Yang et al. (2016); Pei et al. (2017); Li et al. (2017); Yang et al. (2018b).



exposure have been identified include various blood groups and leukocyte genes, group-specific complement (Gc), calcitonin receptor (CTR), insulin-related growth factor 1 (IGF1), collagen type 1 alpha 2 (COL1A2), estrogen receptor (ESR or ERα), follicle stimulating hormone receptor (FSHR), myeloperoxidase (MPO), vitamin D receptor (VDR), matrix metallopeptidase-2 (MMP-2), and various genes involved in enamel formation.  Most studies have examined particular genes considered to be candidates with respect to differences in development of dental fluorosis or other possible fluoride effects, while a few studies addressed larger panels of genes.  In addition to different effects of fluoride on different genetic variants, effects of fluoride on gene regulation or epigenetic mechanisms have also been reported.[391] While a complete picture of the relationship between genes, gene regulation, and adverse effects of fluoride exposure remains to be developed, it is already quite clear that some people or groups of people are inherently more vulnerable than others to adverse effects of fluoride exposure and require a greater level of protection from fluoride exposures.  Two specific studies addressing genetics, fluoride exposure, and impaired intelligence are discussed in more detail below.

Zhang et al., in a study of 180 Chinese children ages 10-12 years, reported decreasing IQ scores with increasing serum or urinary fluoride.[392]  For each 1 mg/L increase in urinary fluoride, the IQ score decreased by 2.42 points.  As a group, the children with higher water fluoride concentrations had higher levels of thyroid stimulating hormone (TSH, statistically significant) and lower levels of thyroxine (T4, not quite statistically significant) than the children with lower water fluoride concentrations;[393] these are indicators of impaired thyroid function, which, while probably subclinical, is nevertheless associated with impaired neurodevelopmental outcomes.[394]

The study by Zhang et al. also examined the association of IQ scores with the genotype of catechol-O-methyltransferase (COMT), a gene whose product controls degradation of dopamine.[395]  Two functional alleles are commonly found (rs4680 polymorphism), with either a valine (Val) or a methionine (Met) at codon 158.  The Met form of the gene product has lower enzymatic activity than the Val form, resulting in slower degradation and corresponding higher availability of dopamine.  Zhang et al. found that for children with the Val/Val form of the enzyme (faster degradation and lower availability of dopamine), each 1 mg/L increase in urinary fluoride was associated with a decrease of 9.67 IQ points, a statistically significant finding after covariates were controlled for.[396]  Thus, the genotype corresponding to the Val/Val form of the COMT enzyme demonstrated a substantially higher susceptibility to fluoride with respect to decreased IQ in children.   Frequencies of this genotype range from 18% (Finland) to 58% (Africa); reported frequencies of this genotype in U.S. populations include 46.6% for African Americans, 22.8% for European Americans, 34.4% for people of Mexican ancestry living in Los Angeles, 35.6% for Puerto Ricans in Puerto Rico, 30.3% for Utah residents with northern and western European ancestry, and 35.0% for Gujarati Indians living in Houston.[397]

---

[391] For example, Zhang et al. (2017a) report that gene methylation was inversely associated with fluoride exposure (urinary fluoride concentration).  Bone changes in the study group were associated with methylation status rather than genotype, for the specific gene investigated.

[392] Zhang et al. (2015b).  See Figure 1 and corresponding text.

[393] Zhang et al. (2015b).  Given reduced T4 concentrations in the children, one suspects that maternal T4 was likely to have been low as well.  Reduced maternal T4 (thyroxine) is associated with impaired neurodevelopment in the children (see discussion elsewhere in this report).

[394] Discussed elsewhere in this report.

[395] Zhang et al. (2015b).

[396] Zhang et al. (2015b).

[397] rs4680 (SNP) Population Genetics, Ensembl release 95 (January 2019).  The genotype of rs4680 coding for the Val/Val form of COMT is referred to as GG in this summary of gene and genotype frequencies.



Cui et al., in a school-based study of Chinese children ages 7-12 years, reported a small but significant decrease in IQ with an increase in urinary fluoride concentration.[398] This relationship held when the results were adjusted for up to 30 covariates (e.g., age of the child, mother's education, mother's age at delivery).  For children with the TT genotype (homozygous for the variant allele) of the dopamine receptor gene DRD2 Taq 1A polymorphism (rs1800497),[399] a strongly significant inverse relationship was seen, while for the other genotypes (CC and CT, considered together), the relationship was still negative (decreasing IQ with increasing urinary fluoride) but non-significant.  Among the TT genotype subgroup, individuals with urinary fluoride concentrations less than 1.1 mg/L had IQs 6 or 7 points (medians of the 1st and 2nd quintiles, approximately 1/2 the standard deviation) above the average of the whole subgroup (mean IQ = 113.9; standard deviation = 12.4), while individuals with urinary fluoride concentrations above 1.5 mg/L had IQs 3 or 7 points (medians of the 4th and 5th quintiles, up to approximately half the standard deviation) below the average of the whole subgroup.

The fraction of the study group with the TT genotype was 13.6%.[400]  Frequencies of the TT genotype in various populations range from about 3% to about 24%; reported frequencies relevant to U.S. populations include 11.1% for African Americans, 3.8% for European Americans, 15.6% for people of Mexican ancestry living in Los Angeles, 5.8% for Puerto Ricans in Puerto Rico, 5.1% for Utah residents with northern and western European ancestry, and 8.7% for Gujarati Indians living in Houston.[401]

The findings of Zhang et al. and Cui et al., together with the available information on genotype frequencies, thus indicate that a substantial number of Americans, especially Americans belonging to some minority populations, are expected to have a genotype shown to have a strong association between urinary fluoride concentration and decreased IQ.

I)   <u>Minority populations in the United States</u>

Various studies have documented an increased prevalence and severity of dental fluorosis among African Americans, which is consistent with an increased extrinsic or intrinsic susceptibility to fluoride during the developmental years.[402]  As described above, several minority populations in the U.S. can be expected to include a number of individuals with genotypes associated with decreased IQ in connection with fluoride exposure.  Many minority populations are also characterized by socioeconomic disparities, which can often mean a higher likelihood of nutritional deficiencies as well as higher rates of formula use for feeding infants.  As described earlier, use of infant formula prepared with tap water, a common practice in lower economic groups, can result in extremely high fluoride intakes by the infants if fluoridated tap water is used to prepare the formula.  Some minority populations also have elevated rates of kidney disease and diabetes, which can also contribute to higher fluoride exposure or increased vulnerability to fluoride exposure.[403]

---

[398] Cui et al. (2018).

[399] Other sources indicate that the rs1800497 polymorphism is actually downstream of the DRD2 gene, in the ANKK1 (ankyrin repeat- and kinase domain-containing protein 1) gene, but very closely linked to the DRD2 gene.  See Neville et al. (2004) and OMIM (2018).  However, the main finding remains, that an identifiable genetic subgroup shows a very strong decrease in IQ with an increase in urinary fluoride concentration.

[400] Cui et al. (2018).

[401] rs1800497 (SNP) Population Genetics, Ensembl release 94 (October 2018).  The TT genotype of rs1800497 in Cui et al.'s paper is referred to as AA in this summary of gene and genotype frequencies.

[402] EPA (2010b), pp. 33-34; Exhibit 34 to Casey Hannan Deposition; CDC (2005), Table 23.

[403] NRC (2006), pp. 30-35, 292, 350-351.



Some minority populations also have lower intakes of milk by children and adults (due in part to higher rates of real or perceived lactose intolerance), with consequent lower calcium intake.[404] Substitution of tap water or tap water-based beverages for milk in the diet may result in both decreased calcium intake and increased fluoride intake.[405] Fluoride exposure tends to exacerbate calcium deficiencies,[406] which can lead to various adverse health effects, including increased susceptibility to lead toxicity.[407] An estimated 12% of the U.S. population self-report lactose intolerance, including about 8% of European Americans, 20% of African Americans, and 9-10% of Hispanic Americans.[408] Jackson and Savaiano estimated 29% lactose maldigesters in the U.S. population (based on 1990 census data), including 100% of Asian Americans and Native Americans, 75% of African Americans, 60% of Hispanic Americans, and 20% of the U.S. white population.[409] Storhaug et al., in a review of reported prevalence data throughout the world, estimated the prevalence of lactose malabsorption in the U.S. to be 33-39% of the population of adults and children aged 10 years or older.[410] The review by Storhaug et al. included studies of lactose malabsorption or lactase persistence identified by various objective tests and excluded studies of self-reported lactose intolerance.[411]

J)  Summary

As described above, there are a number of identifiable subsets of the population that are expected to be at higher risk of harm from fluoridation chemicals. This may be due to higher sensitivity due to life stage, nutritional deficiency, or genetic factors. This may also be due to higher intake of water and consequent higher intake of fluoride. High-risk population subgroups include unborn and newborn children, especially infants fed formula prepared with fluoridated water; the elderly; people with nutritional deficiencies; people with kidney disease; people with high water intake; people with genetic susceptibilities; and members of minority populations.

---

[404] Jackson and Savaiano (2001); Jarvis and Miller (2002); Byers and Savaiano (2005); Fulgoni et al. (2007); Nicklas et al. (2009; 2011); Brown-Riggs (2016); Bayless et al. (2017).
[405] NRC (2006), p. 52.
[406] NRC (2006), pp. 250-251.
[407] NRC (2006), pp. 250-251; Goyer (1995); Bruening et al. (1999).
[408] Nicklas et al. (2009; 2011).
[409] Jackson and Savaiano (2001).
[410] Storhaug et al. (2017).
[411] Storhaug et al. (2017).



**D.      The Current EPA Reference Dose for Fluoride Is Not Protective Against Neurotoxicity**

A) Background

If a chemical is identified as posing a neurotoxic hazard, EPA's Guidelines call for a quantitative dose-response analysis to determine the reference dose (RfD). The RfD is "an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime."[412]  The Guidelines provide that the RfD can be determined by either a LOAEL/NOAEL or BMD analysis.  While the Guidelines favor a BMD analysis, EPA used the NOAEL analysis for 3 of the oral RfDs that the Agency established pursuant to the Guidelines (Chlorine Dioxide/Chlorite, BMD-153, and BMD-209).[413]

Consistent with EPA's general risk assessment procedures as described in its "Preamble to IRIS Toxicological Reviews,"[414] the Guidelines indicate that "uncertainty factors" (UFs) should be applied to the point of departure (POD) to ensure that the resulting RfD is protective of health.[415]  Uncertainty factors are applied to account for differences in susceptibility between animals and humans ($UF_A$, interspecies variability), variations in susceptibility among humans ($UF_H$, intraspecies variability), and, where applicable, differences in the length of exposure between the study and human conditions ($UF_S$, subchronic to chronic), research gaps in the overall database ($UF_D$, database deficiency), and converting from a LOAEL to a NOAEL.[416]  These uncertainty factors are "typically multiples of 10," although they can be reduced to factors of 3 or 1 if warranted by the available information.[417, 418]

*Intraspecies Variability ($UF_H$)*:  EPA recognizes that susceptibility to toxic substances is not uniform across the human population, and that because of differences in *toxicokinetics* and/or *toxicodynamics*, some subsets of the population will be more vulnerable to harm than others.[419] *Toxicokinetics* refers to the "processes which determine the extent and duration of exposure of the target organ or site of toxicity to the active chemical species," while *toxicodynamics* refers to the "processes involved in the translation of such exposure of the target organ or site of action into the generation of a toxic effect."[420]  Put more simply, toxicokinetics governs how much of the chemical gets to the target site (i.e., access), while toxicodynamics governs how much of the chemical is necessary at the target site to cause the adverse effect (i.e., sensitivity).  If there are no chemical-specific data on toxicokinetics and toxicodynamics, EPA uses a default $UF_H$ of 10.[421]  This default factor of 10 is "considered to be appropriate in the absence of convincing data to the contrary"[422] and is comprised of two co-equal factors of 3.16, one

---

[412] EPA (1998a), p. 57; Federal Register (1998), p. 26946.  See also EPA (2009a).

[413] EPA (2000b; 2008c; 2008d).

[414] For the "Preamble to IRIS Toxicological Reviews," see EPA (2018a), pp. xvii-xxiv; EPA (2016), pp. xv-xxi.  See especially Section 7, "Deriving Toxicity Values" (EPA 2018a, pp. xxi-xxii; EPA 2016, pp. xviii-xx).

[415] EPA (1998a), pp. 58-59; Federal Register (1998), p. 26947.

[416] EPA (1998a), p. 59; Federal Register (1998), p. 26947; EPA (2018a), p. xxii; EPA (2016), pp. xix-xx.

[417] EPA (1998a), p. 59; Federal Register (1998), p. 26947; EPA (2018a), p. xxii; EPA (2016), p. xix.

[418] Lehman and Fitzhugh (1954) proposed a factor of 100 (a 100-fold margin of safety) between the highest "safe dose" of a chemical in animals and the maximum amount permitted for human exposure.  This safety factor was intended to allow for both higher sensitivity of humans than animals and also variation within the human population.  Martin et al. (2013) describe the history of uncertainty factors since the time of Lehman and Fitzhugh, pointing out that the default factors do not represent worst-case situations; they cannot be safely assumed to be adequately protective of the most exposed individuals or the most susceptible individuals, nor can they be safely assumed to be protective for effects of mixtures of chemicals.

[419] EPA (2011b), p. 14; EPA (2016), p. 2-15; EPA (2018a), p. 2-12.

[420] Renwick (1993), p. 276.

[421] EPA (2018a), pp. 2-12, 2-13.

[422] EPA (2013a), p. 5-17.



for toxicokinetics and one for toxicodynamics.[423]  Consistent with this, EPA has used a $UF_H$ of 10 in each of the nine risk assessments where it has established an RfD or RfC pursuant to the Guidelines (Table 4).

*Interspecies Variability (UF_A)*:  EPA recognizes that susceptibility to toxic substances can differ across species.  As with intraspecies variability, interspecies variability is rooted in principles of both toxicokinetics and toxicodynamics.  With respect to the kinetics component, EPA has developed a hierarchical framework of approaches that are geared towards ascertaining the "human equivalent dose" (HED).[424]  EPA's "optimal" approach for determining the HED is to use a physiologically based toxicokinetic model (PBTK).[425]  Where a PBTK model is not available, the "intermediate" approach is to use chemical-specific information that, while falling short of a full PBTK model, provides some reliable guidance.[426]  Where there is no reliable chemical-specific information on kinetics, EPA uses a default allometric scaling method.[427]

Allometric scaling is "scaling of physiological rates or quantities to relative growth and size (mass or volume) of one animal species relative to another species."[428]  Body weight scaling to the 3/4 power is EPA's default method for allometric scaling (hereafter referred to as the BW¾ Method).[429]  As shown in Table 5, the HED of a 10 mg/kg dose given to mice is 1.4 mg/kg, while the HED of the same dose given to rats is 2.4 mg/kg.[430]  Put another way, mice and rats need to be given 10 mg/kg of a chemical to achieve the human equivalent of 1.4 and 2.4 mg/kg, respectively.  The HED is thus 14% of the dose given to mice, and 24% of the dose given to rats.

The BW¾ Method "predominantly addresses factors involved in estimating toxicokinetics, as well as some toxicodynamic factors."[431]  EPA thus maintains a residual default UF of 3 (3.16 rounded down to 3) to allow for residual uncertainty from either toxicokinetics or toxicodynamics, unless there is chemical-specific information available.[432]  Under EPA's default approach to interspecies variability, therefore, a dose of 10 mg/kg/day in mice is treated as the equivalent of 0.47 mg/kg/day in humans, while a dose of 10 mg/kg/d in rats is treated as the equivalent of 0.8 mg/kg/day.

*Subchronic-to-Chronic (UF_S)*:  Where EPA bases an RfD on a study that does not investigate the effect of long-term (chronic) exposure, EPA will use an uncertainty factor of 3 to 10. EPA defines a chronic study in rodents as one which lasts "at least 12 months."[433]  If the study lasts less than 12 months, therefore, an uncertainty factor is applied.  In the derivation of the RfC for 2-Hexanone, for example, EPA applied an uncertainty factor of 10 because the principal study lasted only six months.[434]

---

[423] EPA (2016), p. 2-15.
[424] EPA (2011b), pp. 18-21; EPA (2018a), p. 2-10.
[425] EPA (2011b), p. 19.
[426] EPA (2011b), p. 19.
[427] EPA (2011b), p. 19.
[428] EPA (2011b), p. 1.
[429] EPA (2011b).
[430] EPA (2011b), p. 29, Table A-1; EPA (2018a), p. 2-12.
[431] EPA (2011b), p. 17.
[432] EPA (2011b), p. 21; EPA (2016), p. 2-15;  EPA (2018a), pp. 2-12, 2-13.
[433] EPA (1998b), p. 1.
[434] EPA (2009c), p. 74.



Table 4.  Summary of RfDs or RfCs developed in compliance with EPA's Guidelines for Neurotoxicity Risk Assessment.

| Chemical | LOAEL | NOAEL | $UF_H$ | $UF_A$ | $UF_S$ | $UF_D$ | Composite | RfD or RfC[a] | Reference |
|---|---|---|---|---|---|---|---|---|---|
| | | | Uncertainty Factors | | | | | | |
| BDE-47 | 10.5 mg/kg | 0.7 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.1 µg/kg/day | EPA (2008a) |
| BDE-99 | 0.8 mg/kg | 0.4 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.1 µg/kg/day | EPA (2008b) |
| BDE-153 | 0.9 mg/kg | 0.45 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.2 µg/kg/day | EPA (2008c) |
| BDE-209 | 20.1 mg/kg | 2.22 mg/kg | 10 | 10 | 3 | 1 | 300 | 7 µg/kg/day | EPA (2008d) |
| Chlorine Dioxide and Chlorite | 6 mg/kg/day | 3 mg/kg/day | 10 | 10 | 1 | 1 | 100 | 0.03 mg/kg/day | EPA (2000b) |
| 2-Hexanone | 143 mg/kg/day | Not observed | 10 | 10 | 1 | 10 | 1000 | 0.005 mg/kg/day | EPA (2009c) |
| Methanol | 1000 ppm (1310 mg/m$^3$) | 500 ppm (655 mg/m$^3$) | 10 | 3 | 1 | 3 | 100 | 20 mg/m$^3$ | EPA (2013) |
| RDX | 8 mg/kg/day | 4 mg/kg/day | 10 | 3 | 1 | 10 | 300 | 0.004 mg/kg/day | EPA (2018a; 2018j) |
| Trimethylbenzenes | 492 mg/m$^3$ | 123 mg/m$^3$ | 10 | 3 | 3 | 3 | 300 | 0.01 mg/kg/day | EPA (2016) |

[a] Where EPA established both an RfD (mg/kg/day) and an RfC (mg/m$^3$) for a chemical, the RfD is presented.

Table 5.  Comparison of $BW^{1/1}$ and $BW^{3/4}$ in estimating oral exposure in humans from a 10 mg/kg exposure to rats, mice, and a dog.[a]

| Absolute animal intake or administered dose | Species | BW(h)/BW(a) | Scaling = $BW^{1/1}$ | | Scaling = $BW^{3/4}$ | |
|---|---|---|---|---|---|---|
| | | | BW scaling factor | BW scaled human intake or oral dose (mg/kg) | BW scaling factor | BW scaled human intake or oral dose (mg/kg) |
| 0.25 mg / 0.025 kg | mouse | 70 / 0.025 = 2800 | $2800^{1/1} = 2800$ | (2800 × 0.25 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | $2800^{3/4} = 385$ | (385 × 0.25 mg = 96 mg) 96 mg / 70 kg = 1.4 mg/kg |
| 2.5 mg / 0.25 kg | rat | 70 / 0.25 = 280 | $280^{1/1} = 280$ | (280 × 2.5 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | $280^{3/4} = 68$ | (68 × 2.5 mg = 170 mg) 170 mg / 70 kg = 2.4 mg/kg |
| 120 mg / 12 kg | dog | 70 / 12 = 5.8 | $5.8^{1/1} = 5.8$ | (5.8 × 120 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | $5.8^{3/4} = 3.7$ | (3.7 × 120 mg = 444 mg) 444 mg / 70 kg = 6.4 mg/kg |

[a] Taken from Table A-1 in EPA (2011b), p. 29.



*Database Deficiency ($UF_D$)*:  EPA regularly applies an uncertainty factor of 3 to 10 to account for important research gaps in the literature, or when there are indications of other toxic effects that have not been adequately studied.  According to EPA, "If there is concern that future studies may identify a more sensitive effect, target organ, population, or life stage, a database uncertainty factor reflects the nature of the database deficiency."[435]  In the 2-Hexanone risk assessment, for example, EPA applied a $UF_D$ of 10 because of both (a) the absence of multigenerational and developmental studies, and (b) the existence of studies which "suggest the possibility" of reproductive and immunological toxicity.[436]

*Composite uncertainty factors:*  As summarized in Table 4, the composite uncertainty factors that EPA has applied in its 9 neurotoxicity risk assessments under the Guidelines range from 100 to 3,000. Three of these risk assessments (those for Methanol, RDX, and Trimethylbenzenes[437]), were published after EPA's adoption (in 2011) of its current hierarchical framework for determining HEDs from animal data.[438] Prior to adoption of this method, $UF_A$ for interspecies variability had a value of 10 for each of the risk assessments; thereafter it has had a value of 3.  As a practical matter, however, the adjustment is similar across the two periods of time, because the point of departure now starts at a lower dose under EPA's current approach, due to derivation of the HED prior to application of uncertainty factors.

### B)  Identifying LOAEL/NOAELs for Fluoride Neurotoxicity from Animal Studies

EPA prefers to use human data for identifying a POD in the rare instances where such data are available.[439]  The recent prospective cohort studies[440] with individual-level biomonitoring data provide sufficient human data to establish a POD for fluoride neurotoxicity.  I understand that Dr. Philippe Grandjean has conducted an analysis of human data to establish a POD for fluoride neurotoxicity, and that he has calculated a BMDL of 0.1 mg/L (maternal urinary fluoride during pregnancy) based on a Benchmark Response (BMR) of 1 lost IQ point from prospective cohort data reported by Bashash et al.[441]  I understand that Dr. Grandjean has not attempted to establish an RfD, but a BMDL of 0.1 mg/L in maternal urine would result in an RfD well below the intake levels in fluoridated communities, particularly after the application of appropriate uncertainty factors.

To avoid duplication of Dr. Grandjean's analysis, and to determine whether his BMDL is consistent with potential RfDs derived from animal data, I sought to determine the range of RfDs that are supported by the current animal experimental data.  My purpose was not to derive a single value for the RfD, but to assess the approximate range of RfD values that would be obtained if EPA's ordinary risk assessment procedures are applied to examples selected from the fluoride database.  Of primary interest to this analysis is whether RfDs derived from neurotoxicity data would be greater than, equal to, or less than the current RfD of 0.08 mg/kg/day.

In light of the human data now available, animal data would no longer be the preferred source of the POD for fluoride neurotoxicity.[442]  However, several considerations could justify use of animal data to establish an RfD for fluoride.  <u>First</u>, EPA has used animal research as the principal study for each of the

---

[435] EPA (2018a), p. xxii.
[436] EPA (2009c), pp. 74-75.
[437] EPA (2013a; 2016; 2018a).
[438] EPA (2011b).
[439] EPA (2018a), p. 2-1.
[440] Bashash et al. (2017; 2018); Valdez-Jiménez et al. (2017); Green (2018).
[441] Bashash et al. (2017).
[442] EPA (2018a), p. 2-1.



neurotoxicity risk assessments that it has thus far conducted under the Guidelines.  Second, EPA has used impairment in learning and memory in rodents as the adverse effect upon which to base the RfD for other chemicals,[443] thus this is an accepted endpoint to use in deriving an RfD.  Third, a substantial number of animal studies of fluoride neurotoxicity have used 2 or 3 treatment groups, and EPA has found this to be sufficient for establishing the POD in most of its Guideline-compliant risk assessments (BDE-47, BDE-153, BDE-209, Chlorine Dioxide/Chlorite, and 2-Hexanone),[444] including animal studies with as few as 10 rats per group (2-Hexanone).[445]

For purposes of simplicity and clarity, I have selected the NOAEL/LOAEL method for example RfD calculations.  Although EPA now prefers using the BMD method, in this case either method will serve because, as shown below, whatever point one chooses in the range of observations in the identified studies, the resulting RfDs are each well below 0.08 mg/kg/d.

C) Candidate PODs from the Animal Data on Fluoride Neurotoxicity

In the literature review discussed earlier, 37 rodent studies were identified that have investigated fluoride's impact on learning and memory since the NRC report (Table A-2).  All but 3 of these studies found adverse effects in the fluoride-treated rodents, including 16 of the 17 studies that investigated prenatal fluoride exposures.  Since the prenatal period represents a point of heightened vulnerability to neurotoxicants, the prenatal studies are a logical candidate for the point of departure.

To avoid studies at high risk of bias, the three studies that did not specifically mention using a randomization procedure were excluded from further consideration.[446]  Further, in order to focus the analysis on those studies best suited for a NOAEL/LOAEL analysis, four studies that only used one treatment dose were excluded.[447]

Table 6 summarizes the 10 prenatal studies that remained for LOAEL/NOAEL consideration.  Most of the studies used a similar dosing regimen with 2 or 3 treatment groups, and at least 10 rodents per group, which is consistent with several of the principal studies that EPA has previously used to establish an RfD. Notably, 9 of the 10 studies found dose response trends for one or more effects, thus adding confidence to a causative role of the fluoride treatment.[448]  Additional confidence comes from the fact that the vast majority of other rodent studies have found demonstrable affects on learning as well.

---

[443] For example, BDE-153 (EPA 2008c, p. 36).

[444] EPA (2000b; 2008a; 2008c; 2008d; 2009c).

[445] EPA (2009c).

[446] Bera et al. (2007); Basha et al. (2011b); Ge et al. (2018).

[447] Niu et al. (2014); Banala and Karnati (2015); Dong et al. (2015); Zhu et al. (2017).

[448] See for example, Jiang et al. (2014b), Table 3; Cui et al. (2017), Table 3; Chen et al. (2018a), Figure 1d,e; Sun et al. (2018), Tables 2 and 3; Wang et al. (2018a), Figure 4b,c; Zhao et al. (2019), Figure 5e.



*Food and Water Watch v. EPA*                                                                                      *Thiessen Report*

Table 6.  Examples of rodent studies of prenatal exposure to fluoride that could provide LOAELs or NOAELs for neurotoxicity.

| Study | Animal | Exposure period | [F⁻] in drinking water[a] (mg/L) | Number of animals per group (n) | Learning and memory | | Neuroanatomical or neurochemical effects | |
|---|---|---|---|---|---|---|---|---|
| | | | | | LOAEL (mg/L) | NOAEL (mg/L) | LOAEL (mg/L) | NOAEL (mg/L) |
| Zhou et al. (2019) | Rats, Sprague-Dawley | Prenatal[b] + 6 months | 4.5, 23, 45 | 6 | 23 | 4.5 | 23 | 4.5 |
| Zhao et al. (2019) | Rats, Sprague-Dawley | Prenatal[b] + 60 days | 4.5, 23, 45 | 5 | 23 | 4.5 | 4.5 | None |
| Bartos et al. (2019) | Rats, Wistar (female) | Prenatal + 21 days | 5, 10 | 9-10 | 5 | None | 5 | None |
| Wang et al. (2018a) | Mice, ICR (female) | Prenatal (from day 7) + 21 days | 11, 23, 45 | 15 | 23 | 11 | 11 | None |
| Sun et al. (2018) | Mice, Kunming | Prenatal + 21 days | 11, 23, 45 | 6 | 23 | 11 | 11 | None |
| McPherson et al. (2018) | Rats, Long Evans Hooded (male) | Prenatal (from day 6) + 90 days | 10, 20[c] | 11-23 | None | 20 | None | 20 |
| Chen et al. (2018a) | Rats, Sprague-Dawley | Prenatal[b] + 6 months | 4.5, 23, 45 | 6 | 23 | 4.5 | 4.5 | None |
| Bartos et al. (2018) | Rats, Wistar (female) | Prenatal + 21 days | 5, 10 | 9-10 | 5 | None | 5 | None |
| Cui et al. (2017) | Rats, Sprague-Dawley | Prenatal[b] + 60 days | 4.5, 23, 45 | 12 | 4.5 | None | N/A | N/A |
| Jiang et al. (2014b) | Rats, Sprague-Dawley | Prenatal[b] + 2 months | 11, 23, 45 | 12 | 11 | None | 11 | None |

[a] Treatment groups in addition to the control group.
[b] Exposure of the mother began before pregnancy.
[c] Animals were given 0, 10, or 20 mg/L fluoride in drinking water, plus 3.24 ppm fluoride in feed.  An additional control group had 0 mg/L fluoride in drinking water plus 20.5 ppm fluoride in feed (McPherson et al. 2018).



While only three of the studies specifically mention controlling for litter effects,[449] the failure to control for litter effects does not bias the results in any consistent direction and can lead to either a false positive or a false negative in an individual study.[450]  Thus it is questionable whether this would lead to a consistent bias across several studies.  Further, several of the principal studies that EPA has used to establish an RfD in the past did not control for litter effects,[451] and thus this factor does not preclude selection of a study as the principal study.

**LOAEL of 5 mg/L**:  The lowest observed adverse effect levels in the studies were fluoride concentrations of 4.5 and 5 mg/L.  Of the six studies that used this concentration, three found adverse effects on learning at this concentration,[452] and two of the other three studies, which did not find statistically significant effects on learning at this level, *did find alterations in the brain.*[453]  Other studies have also found alterations in the brain at $\leq$ 5 mg/L.[454]  Further, since Bartos et al. specifically controlled for litter effects, the failure to do so in other studies is unlikely to explain the findings of adverse effects at this level.  A reasonable case can be made, therefore, for selecting a 5 mg/L LOAEL as the Point of Departure (POD) for learning impairment from prenatal fluoride exposure.

**LOAEL of 23 mg/L**:  Seven of the 10 studies used 23 mg/L as one of the treatment doses, and six of these studies found *both* an adverse impact on learning *and* changes in the brain, either at this dose or a lower dose.  It is hard, therefore, to reach any other conclusion than that 23 mg/L is an "Observed Adverse Effect Level," particularly in light of the five studies discussed above, which found adverse effects at $\leq$ 5 mg/L.  While the McPherson study did not find an effect at 20 mg/L, McPherson et al. used Long Evans Hooded Rats, and there is some indication in the earlier literature that this strain may be less sensitive to behavioral effects from fluoride exposure.[455]  Further, McPherson only tested males, and did not begin exposure until the 6[th] day of gestation, thus limiting exposure to the rats during the first trimester.  The McPherson study is unlikely, therefore, to have captured the full potential sensitivity to prenatal fluoride exposure and therefore does not provide a basis for negating a LOAEL of 23 mg/L as the POD.

**LOAEL of 45 mg/L**:  In this group of studies, 45 mg/L is unquestionably an "observed adverse effect level," as it has been in many other animal studies on fluoride neurotoxicity.  However, it would not be justified to use 45 mg/L from these data for derivation of an RfD, as it is the *highest* observed adverse effect level, not the lowest.  Nevertheless, for purposes of illustration, the RfD calculation below will include an assumed LOAEL of 45 mg/L as one of the PODs.

**NOAEL of 11 mg/L**:  Four of the prenatal studies used 10 or 11 mg/L for the low-dose group.[456]  The two studies of mice failed to find a significant effect on learning at this level,[457] and thus 11 mg/L could conceivably be selected as a NOAEL.  The fact that the two studies that did not find effects at 11 mg/L found them at higher concentrations (23 and 45 mg/L) would be a factor weighing in favor of this choice, as the animal models were sensitive enough to find an effect.  However, the two studies finding no effects

---

[449] Bartos et al. (2018; 2019); McPherson et al. (2018).

[450] Zorrilla (1997), p. 144; Lazic and Essioux (2013), p. 3.

[451] See for example EPA (2008a), pp. 44, A-4; EPA (2008b), pp. 59, A-3; EPA (2008c), pp. 32, A-3.

[452] Cui et al. (2017); Bartos et al. (2018; 2019).  In the Chen study (which had only six rats per group), there is some indication of an effect on learning in the 4.5 mg/L group, albeit not statistically significant (Chen et al. 2018a, Figure 1).

[453] Chen et al. (2018a); Zhao et al. (2019).

[454] Liu et al. (2010; 2011); Zhang et al. (2015a); Niu et al. (2018a); Yu et al. (2019).

[455] Elliott (1967); Varner et al. (1994).

[456] Wang et al. (2018a); Sun et al. (2018); McPherson et al. (2018); Jiang et al. (2014b).

[457] Sun et al. (2018); Wang et al. (2018a).



on learning at 11 mg/L did find changes in the brain at this level,[458] consistent with 11 mg/L being a LOAEL, rather than a NOAEL. But, for purposes of illustration, the RfD calculation below will include an assumed NOAEL of 11 mg/L as one of the PODs.

**NOAEL of 20 mg/L**: The highest possible NOAEL that could be selected from these prenatal studies is the 20 mg/L no-effect finding from McPherson et al.[459] While it is difficult to justify reliance on McPherson et al.'s study for the RfD analysis (due to strain of rat used, single sex, and lack of first-trimester exposure[460]), an RfD calculation will be done below using 20 mg/L as an assumed NOAEL, in order to highlight the upper bound RfD that would be permitted by the current animal data.

*Conversion of fluoride concentration to intake per unit body weight*

Before RfDs can be calculated for the selected LOAELs or NOAELs, the unit of measurement has to be converted from a water fluoride concentration (mg/L) to an intake rate or dose (mg/kg/day). The 2016 NTP review provides data that facilitate this analysis.[461] In its review, the NTP estimated the doses for dozens of rodent studies by using EPA's default water consumption rates and body weight data for the species, strain, and sex of the animals studied.[462] A review of NTP's data in Appendix 20 shows that the average ratio of fluoride concentration (mg/L) to intake rate or dose (mg/kg/day) is 6.8, while a review of NTP's data in Appendix 19 shows that the range of this ratio is generally higher for rats (typically 6 to 10) than for mice (typically 3.8 to 5). For purposes of this analysis, I chose the low end of this range for each species (6 for rats, 3.8 for mice); this results in probable overestimates of the actual intake rates of fluoride by the animals, thereby overestimating the resulting PODs and inflating the RfDs derived from them.[463]

### D) Selection of Uncertainty Factors

The next step in deriving an RfD from animal data is to decide which uncertainty factors are applicable and to determine what the value of each uncertainty factor should be.

*Intraspecies Variability (UF_H)*: As noted earlier, EPA applies a $UF_H$ of 10 to account for variability among humans unless there is "convincing data to the contrary."[464] In the case of fluoride, the available evidence (summarized in Section 2 above) confirms that susceptibility varies greatly across the population. While the magnitude of the variability is difficult to quantify, the available evidence does not provide any justification for using a lower value than the default of 10. Therefore, $UF_H$ was assigned a value of 10.

*Interspecies Variability (UF_A)*: A full PBTK model has not yet been developed for fluoride that would allow for the calculation of HEDs from doses given to animals. As such, EPA's preferred approach for controlling for interspecies toxicokinetics is not available. There is, however, some chemical-specific information for fluoride that could support application of EPA's intermediate approach. As discussed by the NRC, rats require higher levels of fluoride in their water to achieve the same level of fluoride in their

---

[458] Sun et al. (2018); Wang et al. (2018a).

[459] McPherson et al. (2018).

[460] See also the review of McPherson et al. (2018) by Spencer and Limeback (2018).

[461] NTP (2016), Appendix 19.

[462] NTP (2016), p. 118.

[463] Using this method gives an intake rate of 0.83 mg/kg/day for rats for the 5 mg/L fluoride concentration (Table 7). However, Bartos et al. (2018; 2019) give an estimate of 0.6 mg/kg/day for their rats and this fluoride concentration. Using the same approach described below with Table 7 for a LOAEL of 5 mg/L, equivalent to an intake rate of 0.6 mg/kg/day, gives an RfD of 0.00005 (all four UFs) or 0.0005 (only $UF_H$ and $UF_A$), compared with 0.00007 and 0.0007 in Table 7.

[464] EPA (2013a), pp. 5-17.



blood.[465]  Dunipace estimated that rats require about 5 times more fluoride in water than humans to reach the same plasma concentration of fluoride,[466] while Den Besten's team has reported a larger margin for mice, with a difference of about a factor of 10.[467]  The data from Dunipace and Den Besten would thus support a toxicokinetics adjustment of 5 for rats and 10 for mice.  These adjustments are slightly higher, but roughly consistent with, the adjustments under the default $BW^{3/4}$ Method (4.16 for rats, 7.14 for mice).  For purposes of this analysis, I have used the $BW^{3/4}$ Method.

With respect to toxicodynamics, it has long been recognized that rodents are less susceptible (more resistant) to toxic effects from fluoride ingestion than are humans.[468]  Rats, for example, have been reported to require 10 to 25 times more fluoride than humans to develop dental fluorosis.[469]  Differences in kinetics undoubtedly contribute to rodents being less sensitive to fluorosis, but the differences appear larger than would be expected if they were due solely to kinetics.  The fluorosis data thus support the existence of differential toxicodynamics between rodents and humans.  It is unclear, however, if this difference would apply to neurotoxicity.  Accordingly, I have used EPA's default uncertainty factor of 3 for the toxicodynamic component of $UF_A$.

*Subchronic-to-Chronic (UF_S)*:  One of the limitations of the prenatal fluoride studies is that they have relatively short postnatal exposures.  The longest of the studies treated the rats for 6 months after birth; the remainder lasted 21 days to 3 months.  None of the studies, therefore, addresses the potential additive impact of chronic exposure.  (EPA defines a chronic exposure in rodents as one lasting at least 12 months.)[470]  Studies that have tested animals at multiple points in time have found that the effects of fluoride on the brain tend to worsen with time, with some effects not appearing at all until 3 to 6 months of exposure.[471]  By failing to reflect the real world "cradle-to-grave" exposure that humans living in fluoridated areas experience, the prenatal studies likely do not account for the full potential risk.  A subchronic-to-chronic uncertainty factor would thus be justified.  A non-conservative value of 3 was therefore selected for $UF_S$ for the RfD calculations below.

*Database Deficiency (UF_D)*:  There are several significant research gaps in the current database.  First, none of the animal studies on fluoride and learning have attempted to reproduce the effect of formula-feeding of human infants during what is likely a critical period of vulnerability and is definitely a period of high fluoride intake for many infants.  Specifically, in the fluoride and learning studies that have involved the pre-weaning period, the rats or mice receive their caloric intake entirely from their mother's milk, which will have substantially lower fluoride concentrations than the mother's drinking water.[472]  The rodent studies on learning thus do not provide any information on the potential impact of formula feeding.  Second, there is a dearth of chronic studies, with only one study on fluoride/learning lasting more than 12 months.[473]  The available studies thus do not reflect the risk to the elderly brain of lifetime fluoride intake and accumulation.  Taken together, these research gaps create uncertainty as to the applicability of current animal data to two potentially critical life periods of vulnerability, neonates and the elderly.  As such, it

[465] NRC (2006), pp. 98-99; pp. 442-446, Appendix D; NRC (2009), pp. 88-89.
[466] NRC (2006), pp. 98, 442.
[467] Zhang et al. (2014).
[468] Roholm (1937), pp. 265, 318; Lehman and Fitzhugh (1954), p. 33; Angmar-Mansson and Whitford (1982), p. 339.
[469] Roholm (1937), pp. 265, 318; Angmar-Mansson and Whitford (1982), p. 339.
[470] EPA (1998b), p. 1.
[471] For example, see Güner et al. (2016); Liu et al. (2011); Yang et al. (2018a); Zhang et al. (2015a).
[472] See Drinkard et al. (1985).  Measured fluoride concentrations in rat milk were 0.044, 0.349, and 0.401 mg/L, compared with fluoride concentrations in the mother's drinking water of 0, 50, and 100 mg/L, respectively.
[473] Teng et al. (2018).




would be justified to add an uncertainty factor to account for deficiencies in the database. A non-conservative $UF_D$ of 3 was chosen for the RfD calculations below.

### E) RfD Calculations from Animal Data

Table 7 summarizes the RfD calculations for each of the five Points of Departure (POD) listed above. Using all four uncertainty factors as described above (composite UF = 300) with the most sensitive POD (LOAEL = 5 mg/L) gives a calculated RfD value (Column J of Table 7) of 0.00007 mg/kg/day, 3 orders of magnitude less than EPA's current RfD of 0.08 mg/kg/day for severe dental fluorosis. As can be seen, even if the least conservative LOAEL (45 mg/L) or least conservative NOAEL (20 mg/L) is used as the POD, the resulting RfDs (0.0007 and 0.003 mg/kg/day; Column J in Table 7) are still well below EPA's current RfD (0.08 mg/kg/day). Further, even if no uncertainty factors are used for $UF_S$ and $UF_D$ (composite UF = 30 from $UF_H$ and $UF_A$), the resulting RfDs (0.0007 to 0.03 mg/kg/day; Column I of Table 7) are all still below the current RfD, even when using the least conservative POD. Thus, while reasonable debate can be had as to which of these PODs would be most appropriate to use, the essential point is that, *whatever POD is used, the respective RfDs fall well below EPA's current RfD*. Accordingly, the animal data are consistent with the human data (as analyzed by Grandjean) in showing that EPA's current RfD is not protective against fluoride neurotoxicity. This in turn provides further evidence that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.

### F) Additional Considerations Regarding EPA's Current Reference Dose

As described above, EPA's current RfD is above (less protective than) the level that would be necessary to protect against fluoride neurotoxicity. One of the reasons that the current RfD is so high is that EPA made a policy decision to keep the RfD above the purported "adequate" (i.e., "optimal") intake of fluoride (0.05 mg/kg/day) for caries prevention.[474] There are two fundamental problems with this policy decision: first, it improperly conflated risk assessment with risk management, and second, it relied upon an outdated understanding of fluoride's mechanism of action in preventing caries.

*Risk assessment vs. risk management*

In its risk assessment, EPA stated that "Any drinking water intakes (mean or percentile) that resulted in doses that were less than or equal to the 0.05 mg/kg/day IOM AI value associated with optimal, anticaries protection were eliminated from consideration as doses causing severe dental fluorosis."[475] Moreover, EPA's representative in this litigation, Edward Ohanian, testified that EPA did not apply any uncertainty factors in its RfD calculations because doing so would have caused the RfD to be lower than the purported optimal dose.[476]

By letting considerations of a perceived benefit shape its assessment of the risk, EPA inappropriately inserted a risk management decision into a risk assessment—a violation of more than 25 years (at that time) of risk assessment guidance and practice. The National Research Council's 1983 risk assessment report states that "Even the perception that risk management considerations are influencing the conduct of risk assessment in an important way will cause the assessment and regulatory decisions based on them to lack credibility."[477] Later in the same report: "If risk management considerations (for example,

---

[474] Ohanian Deposition at pp. 203:19-205:16, 206:13-19, 329:3-7. See also EPA (2010b), pp. xv, 98, 101, 103.

[475] EPA (2010b), p. 98. See also p. 101, where an intake of 0.06 mg/kg/day was excluded from consideration. See also p. 103, in reference to a "beneficial dose of 0.05 mg/kg/day." See also p. xv in the Executive Summary: "Any doses that were less than or equal to the 0.05 mg/kg/day were eliminated from consideration as the threshold dose for severe dental fluorosis."

[476] Ohanian Deposition at pp. 203:19-205:16, 206:13-19, 329:3-7.

[477] NRC (1983), p. 49. See pp. 18-19, 48-49, 151-153.



the economic or political effects of a particular control action for a particular chemical) are seen to affect either the scientific interpretations or the choice of inference options in a risk assessment, the credibility of the assessment inside and outside the agency can be compromised, and the risk management decision itself may lose legitimacy."[478]  EPA's 1998 Guidelines, citing NRC (1983), recommend that Federal regulatory agencies establish guidelines "to promote consistency and technical quality in risk assessment, and to ensure that the risk assessment process is maintained as a scientific effort separate from risk management."[479]  One of the reviewers of EPA's 2010 dose-response (RfD) report[480] specifically pointed out this shortcoming: "the assumption that 0.05 mg/kg/day is a required amount of fluoride and that dose estimates must be above this level could be considered a weakness because the purpose of U.S. EPA's analysis was to determine risk, not to conduct risk benefit analyses."[481]

*Fluoride's Mechanism of Action for Caries Prevention*

A second fundamental problem with EPA's analysis is that it accepts the outdated premise that fluoride needs to be ingested to prevent caries.  CDC's representative in this litigation, Casey Hannan, agreed that "there is now overwhelming evidence that the primary caries-preventive mechanisms of action of fluoride are <u>post eruptive</u> through <u>topical</u> effects for both children and adults."[482]  EPA actually acknowledges this in its risk assessment, noting that fluoride's "primary" benefit comes from topical contact with the teeth.[483]  Despite this, EPA made no attempt to address research showing that the *ingestion* of fluoride has no meaningful effect on caries prevention.  Although EPA relied extensively on the Iowa Fluoride Study (IFS) to understand the relationship between fluoride ingestion and dental fluorosis,[484] EPA failed to consider IFS data showing that fluoride ingestion has no significant relationship to tooth decay.[485]

Ultimately, the most obvious problem with EPA's assumption of a benefit is that it assumes that all age groups in the population, including *infants* and *adults*, need to ingest fluoride to get the benefit. This is at odds with current scientific understanding.  As CDC's Casey Hannan noted at his deposition, the CDC is unaware of any evidence to indicate that fluoride ingestion provides any benefit to teeth during the first 6 months of life.[486]  Hannon further testified that CDC is unaware of any benefit from prenatal fluoride exposure.[487]  Further, *any* benefit from ingesting fluoride would be limited to the period of time when the teeth are actually developing.[488]  Despite this, EPA's RfD operates on the premise that both adults and children need to ingest 0.05 mg/kg/day for caries prevention.  No biological justification is provided for this premise of a systemic benefit in adults.

---

[478] NRC (1983), p. 152.
[479] EPA (1998a), p. v; Federal Register (1998), p. 26926.
[480] EPA (2010b).
[481] EPA (2010c), p. 20.  This reviewer also pointed out that EPA's method assumed that severe dental fluorosis occurred in children with excess exposure to fluoride, rather than possibly in children who were more susceptible to adverse effects from fluoride intake.  Also see pp. 11, A-13, A-14, and B-13 of the April 2009 Peer Review Report that is included in the 2010 report (EPA 2010c).
[482] Hannan Deposition at p. 198:21-25.
[483] EPA (2010b), p. 3.
[484] EPA (2010b), pp. 21, 33, 102-103.
[485] For example, Warren et al. (2009).  See also Appendix E of this report.
[486] Hannan Deposition at pp. 224:8-11, 233:12-17.
[487] Hannan Deposition at pp. 213:19-214:3, 217:3-19.
[488] Hannan Deposition at pp. 207:10-24, 209:5-22.



*Food and Water Watch v. EPA*                                                                                 *Thiessen Report*

Table 7.  Calculation of the RfD from the selected Points of Departure (POD), based on the studies summarized in Table 6.

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Observation | Intake rate | POD$_{HED}$ | NOAEL | UF$_H$ = 10 | UF$_A$ = 3 | UF$_S$ = 3 | UF$_D$ = 3 | RfD(1) | RfD(2) |
| LOAEL or NOAEL from Table 6 | Column A / 6 (rats) or 3.8 (mice) | Column B × 0.24 (rats) or 0.14 (mice) | Column C / 10 (LOAEL) or 1 (NOAEL) | Column D / 10 | Column E / 3 | Column F / 3 | Column G / 3 | Column F | Column H |
| mg/L | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day |
| 5 mg/L, LOAEL (rats) | 0.83 | 0.20 | 0.020 | 0.0020 | 0.00067 | 0.00022 | 0.000073 | 0.0007 | 0.00007 |
| 23 mg/L, LOAEL (rats) | 3.8 | 0.91 | 0.091 | 0.0091 | 0.0030 | 0.0010 | 0.00033 | 0.003 | 0.0003 |
| 45 mg/L, LOAEL (rats) | 7.5 | 1.8 | 0.18 | 0.018 | 0.0060 | 0.0020 | 0.00067 | 0.006 | 0.0007 |
| 11 mg/L, NOAEL (mice) | 2.9 | 0.41 | 0.41 | 0.041 | 0.014 | 0.0047 | 0.0016 | 0.01 | 0.002 |
| 20 mg/L, NOAEL (rats) | 3.3 | 0.79 | 0.79 | 0.079 | 0.026 | 0.0087 | 0.0029 | 0.03 | 0.003 |

Column A:  The observed LOAEL or NOAEL from Table 6.

Column B:  The observed LOAEL or NOAEL converted from mg/L to an intake rate (dose) in mg/kg/day.  For rats, the LOAEL or NOAEL is divided by 6; for mice, the NOAEL is divided by 3.8 (see explanation in text).

Column C:  The intake rate for rats or mice converted to a human equivalent dose (HED) using the BW$^{3/4}$ method (see explanation in text).  The HED = 24% of the intake rate for rats or 14% of the intake rate for mice.

Column D:  NOAEL as already obtained (NOAEL / 1) or as estimated from a LOAEL (LOAEL / 10).

Column E:  The estimated NOAEL after application of an intraspecies uncertainty factor (UF$_H$), where UF$_H$ = 10.  The NOAEL from Column D is divided by UF$_H$ (i.e., NOAEL / 10).

Column F:  The estimated NOAEL after application of an additional uncertainty factor for interspecies variability (UF$_A$), where UF$_A$ = 10.  The adjusted NOAEL from Column E is divided by UF$_A$ (i.e., NOAEL / 3).

Column G:  The estimated NOAEL after application of an additional uncertainty factor for use of a subchronic study (UF$_S$), where UF$_S$ = 3.  The adjusted NOAEL from Column F is divided by UF$_S$ (i.e., NOAEL / 3).

Column H:  The estimated NOAEL after application of an additional uncertainty factor for database deficiencies (UF$_D$), where UF$_D$ = 3.  The adjusted NOAEL from Column G is divided by UF$_D$ (i.e., NOAEL / 3).

Column I:  The value of the Reference Dose (RfD) obtained with only UF$_H$ and UF$_A$.  RfD(1) = the NOAEL value in Column F, rounded to 1 significant digit.

Column J:  The value of the Reference Dose (RfD) obtained with UF$_H$, UF$_A$, UF$_S$, and UF$_D$.  RfD(2) = the NOAEL value in Column H, rounded to 1 significant digit.



### E.  Fluoridation Chemicals Present an "Unreasonable Risk" of Neurotoxicity, as Defined by EPA

In determining whether a chemical presents an "unreasonable risk" to human health[489] under the Toxic Substances Control Act (TSCA), EPA considers (1) the human health hazard of the chemical, (2) the extent of human exposure to the chemical, and (3) the estimated margin between the toxic effect level and human exposure.[490]   As discussed below, each of these three factors supports the conclusion that fluoridation chemicals pose an unreasonable risk to human health.  Some of the following discussion is based on EPA's P2 Framework Manual,[491] which is intended to expedite the review of new industrial chemicals proposed for manufacture or import.[492]  The general approach is based on NRC's 1983 risk assessment report[493] and is intended to identify chemicals not requiring regulation (e.g., they do not present an unreasonable risk to human health or the environment) and chemicals that do require regulation (e.g., they may present an unreasonable risk to human health or the environment, or there may be substantial human exposure).[494]  "Low hazard chemicals are dropped from further review because by their nature they will not result in risk,"[495] but a "complete risk assessment is necessary if the hazard concern is identified as high or moderate."[496]

A)  <u>Human Health Hazard of Fluoride</u>

According to EPA, "Human health hazard is relevant to whether a new chemical substance is likely to present an unreasonable risk because the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[497]  EPA has established a framework for determining whether a chemical substance has a "low," "moderate," or "high" human health hazard.[498]

Under the EPA framework, a chemical "is considered to have low human health hazard if effects are observed in animal studies with a No Observed Adverse Effect Level (NOAEL) equal to or greater than 1,000 mg/kg/day." [499]

A chemical "is considered to have moderate human health hazard if effects are observed in animal studies with a NOAEL less than 1,000 mg/kg/day." [500]

Lastly, a chemical is "considered to have high human health hazard if there is evidence of adverse effects in humans or conclusive evidence of severe effects in animal studies with a NOAEL of less than or equal to 10 mg/kg/day." [501]

Under this framework, fluoride has a "high human health hazard."   <u>First</u>, as discussed earlier, adverse effects on IQ have been repeatedly observed in humans, including results from high-quality prospective cohort studies.  This is sufficient, by itself, to establish fluoride as a high human health hazard

---

[489] TSCA requires that EPA protect against unreasonable risks to "human health and the environment."  Since the focus here is on human health, risk to the environment will not be addressed.
[490] EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[491] EPA (2012b).
[492] EPA (2012b), p. 1-1.
[493] NRC (1983); see EPA (2012b), p. 2-2.
[494] EPA (2012b), pp. 1-6 to 1-7.
[495] EPA (2012b), p. 8-8.
[496] EPA (2012b), p. 8-8.
[497] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[498] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[499] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[500] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[501] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).



under EPA's criteria.  <u>Second</u>, there is clear evidence of adverse neurotoxic effects in animals, with *LOAELs*, not just NOAELs, below 10 mg/kg/day.  As discussed above, the LOAELs for impairment in learning and memory in rodents, and concurrent changes to the brain, range from 0.75 mg/kg/day to 6.1 mg/kg/day,[502] while the NOAELs range from 0.75 to 3.3 mg/kg/day.[503]  Fluoride thus readily qualifies as a "high human health hazard" by EPA's criteria.

### B)  Human Exposure to Fluoridation Chemicals

In its TSCA risk evaluations, EPA has recognized that "the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[504] This second criterion weighs strongly in favor of an unreasonable risk finding for fluoridation chemicals, as the extent of human exposure is nothing short of massive.  Approximately 210 million Americans, or nearly 3/4 of the population, have municipal water to which fluoridation chemicals have been added.[505] Further, most of the 73 million people living in "non-fluoridated" areas will routinely consume fluoridation chemicals in processed beverages and foods, as many beverages and foods are produced in fluoridated areas.[506]

Because of the massive reach of water fluoridation, millions of highly susceptible individuals are being exposed.  By way of example, there were approximately 3.9 million children born in the U.S. in 2017.[507]  Of these children, approximately 2.9 million will have been exposed to fluoridation chemicals in the womb.  Further, since 42% of infants in the U.S. are exclusively formula-fed during the first 6 months of life,[508] approximately 1.2 million infants each year will consume fluoridation chemicals every day for their first six months.  With such widespread exposure, even small risks can amount to widespread harm.

### C)  Margin of Exposure (MOE)

Finally, in assessing whether a chemical poses an unreasonable risk under TSCA (as well as under the Guidelines[509]), EPA uses the "margin of exposure" (MOE) method.[510]  The MOE "is a ratio of the toxicity effect level to the estimated exposure dose."[511]  "The lower the MOE (margin between the toxicity effect level and the exposure dose), the more likely a chemical is to pose an unreasonable risk."[512]

---

[502] From Table 6, LOAELs for fluoride range from 4.5 to 23 mg/L in rat studies and from 11 to 23 mg/L in mouse studies.  As discussed in the previous section, these values correspond to ranges of 0.75 to 3.8 mg/kg/day in rats and 2.9 to 6.1 mg/kg/day in mice, with these values representing probable overestimates.

[503] From Table 6, NOAELs for fluoride range from 4.5 to 20 mg/L in rat studies and 11 mg/L in mouse studies, with several studies having no NOAEL (effects were found at the lowest doses used).  As discussed in the previous section, these values correspond to a range of 0.75 to 3.3 mg/kg/day in rats and a value of 2.9 mg/kg/day in mice, with these values representing probable overestimates.

[504] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).  See also EPA (2012b), p. 8-8.

[505] CDC (2016).

[506] See, for example, Kiritsy et al. (1996); Turner et al. (1998); Heilman et al. (1999).

[507] Centers for Disease Control. Births and Natality.  [Available at: https://www.cdc.gov/nchs/fastats/births.htm].

[508] CDC (2018; n.d.).

[509] EPA (1998a), pp. 65-66; Federal Register (1998), pp. 26949-26950.

[510] Although EPA has described the MOE method as "just one of several approaches to risk characterization" that may be used under TSCA (Federal Register 2017, p. 33735), a review of its risk evaluations shows that, *in practice*, the Agency almost always uses this method.

[511] EPA (2012b), p. 13-8.

[512] EPA (2012b), p. 13-8.



An acceptable margin between toxicity and human exposure is called an "acceptable MOE"[513] or a "benchmark MOE."[514] If the calculated MOE "is equal to or exceeds the benchmark MOE, the new chemical substance is not likely to present an unreasonable risk."[515]

*Benchmark MOE*

The benchmark (or acceptable) MOE is generally 100 for a risk assessment based on a NOAEL from animal data and 1000 for a risk assessment based on a LOAEL from animal data.[516] The benchmark MOE accounts for the variation in sensitivity among the human population ($UF_H = 10$), extrapolation between animals and humans ($UF_A = 10$), and (for use of a LOAEL) the LOAEL-to-NOAEL extrapolation ($UF_L = 10$).[517] In other words, EPA will conclude that no risk exists if human exposure to the chemical is at least 100 times lower than the NOAEL or at least 1000 times lower than the LOAEL. Where allometric scaling is used to derive the effect level, UFH is reduced to 3, for a benchmark MOE of 30 or 300 (for assessments based on a NOAEL or LOAEL, respectively).[518]

*Exposure Assessment*

In estimating human exposure to a chemical, EPA's Guidelines state that the assessment should consider "highly exposed individuals or highly sensitive or susceptible individuals."[519] Consistent with this, EPA's MOE analyses under TSCA generally consider the highest-exposed group in the population (usually occupationally-exposed workers).[520] In addition, when dealing with chemicals that may be present in drinking water, EPA's MOE analyses under TSCA separately consider the exposure of members of the public, both adults and infants.[521] The separate treatment of infants in the MOE analysis is supported by the fact that infants have the highest intake of water, by body weight, of any age group in the population.[522] Finally, "EPA considers consumers of specific products to be a potentially exposed or susceptible subpopulation on the basis of greater exposure potential compared to the general population who do not use specific products."[523]

*Human Exposure to Fluoride*

Consistent with EPA's risk evaluations under TSCA, the example exposure estimates described here (summarized in Table 8) consider a range of exposures, representing the general adult population along with highly exposed population subgroups, including bottle-fed infants and individuals with high water intakes (for example, due to medical conditions or to physical exertion). All estimates are based on a water fluoride concentration of 0.7 mg/L. For the general adult population, I have combined NRC's estimates for adult consumers of municipal water, ages 20-24 and 25-54 years (0.011 mg/kg/day).[524] As an example of elderly adults (ages 65+), I have included the 90th percentile of adult consumers of municipal water (0.022

---

[513] EPA (2012b), p. 13-8.

[514] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).

[515] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).

[516] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019); EPA (2012b), p. 13-8.

[517] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019). The benchmark MOE does not include the other two uncertainty factors that are typically used (UF_S for subchronic-to-chronic studies and UF_D for database adequacy).

[518] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).

[519] EPA (1998a), p. 3; Federal Register (1998), p. 26928.

[520] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).

[521] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).

[522] See for example EPA (2000a; 2004b).

[523] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).

[524] NRC (2006), p. 430, Table B-11.



mg/kg/day).[525]  To account for individuals with high water intakes, I have used the NRC's waterborne fluoride intake estimates (at 0.7 mg/L) for adult athletes and physical laborers (0.05 mg/kg/day), children with diabetes mellitus (0.07 mg/kg/day), and individuals with nephrogenic diabetes insipidus (0.1 mg/kg/day).[526]  For bottle-fed infants with high exposure, I have used the 95th percentile of infant consumers of municipal water, ages < 6 months (0.14 mg/kg/day).[527]  Note that none of these exposure estimates, even those labeled "high," can be considered an upper bound or maximum exposure.

For infants, an estimate of typical exposure can be derived from Fomon et al.[528] and Harriehausen et al.[529]  As discussed above, based on estimates by Fomon et al., infants consuming powdered formula prepared with fluoridated water (0.7 mg/L) will typically ingest between 0.08 to 0.115 mg/kg/day.[530]  Consistent with this, Harriehausen et al. estimated that infants consuming formula reconstituted with fluoridated water will ingest an average of 0.11 mg/kg/day at ages 2 and 4 months and 0.09 mg/kg/day at age 6 months.[531]  For purposes of this analysis, therefore, infant exposure to fluoridation chemicals is non-conservatively placed at 0.1 mg/kg/day, the same value as used for children and adults with nephrogenic diabetes insipidus.  It is important to stress that this represents a *typical* exposure among bottle-fed infants, it does *not* represent the upper bound.

Table 8 provides the MOEs for the above-mentioned populations, for each of the LOAELs and NOAELs previously considered (Tables 6 and 7).  As can be seen, the observed MOEs are below the benchmark MOE (300 for LOAELs and 30 for NOAELs) for each group and every POD, with the exception of adults when using the NOAEL-based PODs (for which the benchmark MOE = 30).  Under EPA's own criteria, therefore, a risk of fluoride neurotoxicity could exist for each and every one of these populations, particularly infants.  By way of comparison, Table 9 provides examples of recent EPA risk evaluations that separately considered adults and infants in the MOE analysis.  For these chemicals, the MOEs greatly exceed the benchmark MOEs in nearly all cases.

D)  Summary of Unreasonable Risk Analysis

As demonstrated above, fluoridation chemicals qualify as an unreasonable risk under the criteria that EPA has used in its TSCA risk evaluations.  First, fluoride is a "high human health hazard" under EPA's framework for hazard classification, given both that observed LOAELs and NOAELs are very low and that high-quality studies in humans have repeatedly shown neurotoxic effects.  Second, there is unquestionably widespread human exposure to fluoridation chemicals among both the general population and susceptible subsets of the population.  Third, the margins of exposure between the toxicity levels in animals and the exposure levels in humans are far below the benchmark MOEs.

Consistent with this analysis, recent prospective birth cohort studies have found significant reductions in IQ at maternal urinary fluoride levels that are widely exceeded by pregnant women living in fluoridated areas.[532]  Thus, the animal and human data are consistent in demonstrating a risk of neurotoxic harm from current exposure levels to fluoridation chemicals.

---

[525] NRC (2006), p. 431, Table B-12.
[526] NRC (2006), p. 35, Table 2-4.
[527] NRC (2006), p. 432, Table B-13.
[528] Fomon et al. (2000).
[529] Harriehausen et al. (2019).
[530] Fomon et al. (2000), Table 2.
[531] Harriehausen et al. (2019).
[532] Bashash et al. (2017); Till et al. (2018); Green (2018).



*Food and Water Watch v. EPA*                                                                                          *Thiessen Report*

Table 8.  Calculated Margins of Exposure (MOEs)[a] for selected human population subgroups for the NOAELs and LOAELs for fluoride in Section 4.

| Observation[b] | Intake rate[c] | Human Equivalent Dose (HED)[d] | Estimated human exposures[e] | | | | | |
|---|---|---|---|---|---|---|---|---|
| LOAEL or NOAEL | LOAEL or NOAEL | LOAEL or NOAEL | Adults (average) | Elderly adults (90th percentile) | Athletes and laborers (high) | DM patients (high) | Bottle-fed infants (typical) NDI patients (high) | Bottle-fed infants (high) |
| mg/L | mg/kg/day | mg/kg/day | 0.011 mg/kg/day | 0.022 mg/kg/day | 0.05 mg/kg/day | 0.07 mg/kg/day | 0.1 mg/kg/day | 0.14 mg/kg/day |
| 5 mg/L, LOAEL (rats) | 0.83 | 0.20 | 18 | 9.1 | 4.0 | 2.9 | 2.0 | 1.4 |
| 23 mg/L, LOAEL (rats) | 3.8 | 0.91 | 83 | 41 | 18 | 13 | 9.1 | 6.5 |
| 45 mg/L, LOAEL (rats) | 7.5 | 1.8 | 163 | 82 | 36 | 26 | 18 | 13 |
| 11 mg/L, NOAEL (mice) | 2.9 | 0.41 | 37 | 19 | 8.2 | 5.9 | 4.1 | 2.9 |
| 20 mg/L, NOAEL (rats) | 3.3 | 0.79 | 72 | 36 | 16 | 11 | 7.9 | 5.6 |

[a] A Margin of Exposure (MOE) is equal to the LOAEL or NOAEL (mg/kg/day) divided by an estimated human exposure (mg/kg/day).  Usually, the benchmark MOE = 1000 for assessments based on a LOAEL and 100 for assessments based on an NOAEL.  Since allometric scaling between animals and humans has been used to obtain the Human Equivalent Dose, the benchmark MOE is 300 for LOAELs and 30 for NOAELs.  An MOE greater than the benchmark MOE indicates a significant chance that an exposure will reach the level associated with a toxic effect.

[b] These LOAEL and NOAEL values (mg/L) for fluoride are described in Section 4 (summarized in Table 6).

[c] The intake rates (mg/kg/day) in this column correspond to the LOAELs and NOAELs in the first column (mg/L), converted to intake rates (mg/kg/day) as described in Section 4 (summarized in Table 7).  For rats, the intake rate equals the LOAEL or NOAEL divided by 6.  For mice, the intake rate equals the NOAEL divided by 3.8.

[d] The Human Equivalent Dose (HED) is calculated from the intake rate for rats or mice as described in Section 4 (summarized in Table 7).  The HED = the intake rate for rats × 0.24 or the intake rate for mice × 0.14.

[e] The estimated human exposures are for fluoride exposures from drinking water alone, assuming a fluoride concentration of 0.7 mg/L in the drinking water.  Sources are as follows:
Adults (average), NRC (2006), p. 430, Table B-11, average consumers ages 20-54;
Elderly adults (90th percentile), NRC (2006), p. 431, Table B-12, 90th percentile consumers ages 65+;
Athletes and laborers (high), NRC (2006), p. 35, Table 2-4, high consumers (but not upper bound);
DM patients (high), NRC (2006), p. 35, Table 2-4, patients with diabetes mellitus, high consumers (but not upper bound);
Bottle-fed infants (typical), based on Fomon et al. (2000) and Harriehausen et al. (2019); see details in the text.
NDI patients (high), NRC (2006), p. 35, Table 2-4, patients with nephrogenic diabetes insipidus, high consumers (but not upper bound);
Bottle-fed infants (high), NRC (2006), p. 432, Table B-13, infants < 0.5 years old, 95th percentile consumers (but not upper bound).



Table 9.  Examples of MOE analyses from recent TSCA risk evaluations (Premanufacture Notices) for exposures of the general public from drinking water.

| Chemical | MOE Benchmark | MOE Adults | MOE Infants | Effect | Reference |
|---|---|---|---|---|---|
| Alkylsilsesquioxane, ethoxy-terminated | 100 | 155,280 | 37,237 | Developmental | EPA (2018c) |
| Substituted carbomonocycle, polymer with alkyl alkenoate, alkenyl substituted carbomonocycle, substituted alkanediol, heteropolycycle, alkylene glycol and alkenoic acid, compd. with alkylamino alkanol | 1,000 | 9,764,671 | 2,324,921 | Reproductive/ Developmental | EPA (2018d) |
| Polysiloxane-polyester polyol carboxylate | 100 | 8,772 | 2,104 | Developmental | EPA (2018e) |
| Glycerides, soya mono- and di-, epoxidized, acetates (CASRN: 2097734-14-8) | 100 | 65,400 | 15,600 | Kidney/Liver | EPA (2018f) |
| Glycerides, C16-18 and C18-unsatd. mono- and di-, epoxidized, acetates (CASRN: 2097734-15-9) | 100 | 65,400 | 15,600 | Kidney/Liver | EPA (2018f) |
| Diisocyanate polymer blocked with alkoxyamine. | 100 | 355,000 | 84,600 | Kidney/Adrenal | EPA (2018g) |
| Polyglycerol reaction product with acid anhydride, etherified | 1,000 | 170,000 | 42,000 | Systemic toxicity | EPA (2018h) |
| Butanedioic acid, polymer with 2-ethyl-2-(hydroxymethyl)-1,3-propanediol, 2,5-furandione and 1,3-propanediol, 3a,4,5,6,7,7a-hexahydro-4,7-methano-1H-inden-5(or 6)-yl ester | 100 | 2,198 | 523 | Reproductive/ Developmental | EPA (2019) |



*Food and Water Watch v. EPA*                              *Thiessen Report*

---

## III.   CONCLUSIONS

As described above, the evidence that fluoride presents a hazard of neurotoxicity to humans is sufficient according to EPA's risk assessment principles and practices, in keeping with EPA's *Guidelines for Neurotoxicity Risk Assessment* and other EPA reports. This evidence comes from controlled animal studies and from epidemiological studies in human populations. Both kinds of evidence demonstrate that neurotoxicity is a more sensitive endpoint of fluoride exposure than is severe dental fluorosis, and there are identifiable windows of susceptibility, in terms of life stages that are more vulnerable to fluoride effects, especially the fetus and infants. Certain identifiable subsets of the human population have increased susceptibility to harm from fluoridation chemicals, with respect to elevated exposures, higher sensitivities, or both. These populations include the fetus, bottle-fed infants whose formula is prepared with fluoridated water, the elderly, individuals with nutrient deficiencies or kidney disease, individuals with high water intake, and populations with specific genotypes. The current EPA reference dose (RfD) for fluoride (0.08 mg/kg/day) is not protective against neurotoxicity, and it is routinely exceeded by many individuals in fluoridated communities, especially bottle-fed infants whose formula is prepared with fluoridated water. Finally, if the same procedures and standards used by EPA in its risk evaluations of other chemicals under TSCA are employed for fluoride, it is readily apparent that fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss.



Kathleen M. Thiessen

June 27, 2019

## IV.     REFERENCES

ADA (American Dental Association). 2005. Fluoridation facts. Chicago, IL: American Dental Association. [Available: http://www.ada.org/sections/professionalResources/pdfs/fluoridation_facts.pdf]

Adair, S.M., C.M. Hanes, C.M. Russell, and G.M. Whitford. 1999. Dental caries and fluorosis among children in a rural Georgia area. Pediatr. Dent. 21(2):81-85.

Adebayo, O.L., Shallie, P.D., Salau, B.A., Ajani, E.O., and Adenuga, G.A. 2013. Comparative study on the influence of fluoride on lipid peroxidation and antioxidants levels in the different brain regions of well-fed and protein undernourished rats. Journal of Trace Elements in Medicine and Biology 27(4):370-4.

Adedara, I.A., Abolaji, A.O., Idris, U.F., Olabiyi, B.F., Onibiyo, E.M., Ojuade, T.D., and Farombi, E.O. 2017a. Neuroprotective influence of taurine on fluoride-induced biochemical and behavioral deficits in rats. Chemico-Biological Interactions 261:1-10.

Adedara, I.A., Olabiyi, B.F., Ojuade, T.D., Idris, U.F., Onibiyo, E.M., and Farombi, E.O. 2017b. Taurine reverses sodium fluoride-mediated increase in inflammation, caspase-3 activity, and oxidative damage along the brain–pituitary–gonadal axis in male rats. Canadian Journal of Physiology and Pharmacology 95(9):1019-1029.

Aggeborn, L., and Öhman, M. 2017. The Effects of Fluoride in the Drinking Water. Institute for Evaluation of Labour Market and Education Policy, Uppsala, Sweden (Working Paper 2017:20, ISSN 1651-1166).

Agustina, F., Sofro, Z.M., and Partadiredja, G. 2018. Subchronic administration of high-dose sodium fluoride causes deficits in cerebellar Purkinje cells but not motor coordination of rats. Biological Trace Element Research [Epub ahead of print].

Akinrinade, I.D., Memudu, A.E., Ogundele, O.M., and Ajetunmobi, O.I. 2015a. Interplay of glia activation and oxidative stress formation in fluoride and aluminium exposure. Pathophysiology 22(1):39-48.

Akinrinade, I.D., Memudu, A.E., and Ogundele, O.M. 2015b. Fluoride and aluminium disturb neuronal morphology, transport functions, cholinesterase, lysosomal and cell cycle activities. Pathophysiology 22(2):05-15.

Alarcón-Herrera, M.T., Martín-Domínguez, I.R., Trejo-Vázquez, R., and Rodriguez-Dozal, S. 2001. Well water fluoride, dental fluorosis, and bone fractures in the Guadiana Valley of Mexico. Fluoride 34:139-149.

Alhava, E.M., Olkkonen, H., Kauranen, P., and Kari, T. 1980. The effect of drinking water fluoridation on the fluoride content, strength and mineral density of human bone. Acta Orthopaedica Scandinavica 51(3):413-20.

Alvarez, J.O. 1995. Nutrition, tooth development, and dental caries. Am. J. Clin. Nutr. 61S:410S-416S.

Alvarez, J.O., and Navia, J.M. 1989. Nutritional status, tooth eruption, and dental caries: a review. Am. J. Clin. Nutr. 49:417-426.

Ameeramja, J., Raghunath, A., and Perumal, E. 2018. Tamarind seed coat extract restores fluoride-induced hematological and biochemical alterations in rats. Environmental Science and Pollution Research International 25(26):26157-26166.

An, J., Mei, S., Liu, A., Fu, Y., Wang, Q., Hu, L., and Ma, L. 1992. The effects of high fluoride on the level of intelligence of primary and secondary students. Chinese Journal of Control of Endemic Diseases 7(2):93-94.

An, N., Zhu, J., Ren, L., Liu, X. Zhou, T., Huang, H., Sun, L., Ding, Z., Li, Z., Cheng, X., and Ba, Y. 2019. Trends of SHBG and ABP levels in male farmers: Influences of environmental fluoride exposure and ESR alpha gene polymorphisms. Ecotoxicology and Environmental Safety 172:40-44.



Angmar-Mansson, B., and Whitford, G.M. 1982. Plasma fluoride levels and enamel fluorosis in the rat. Caries Research 16:334-339.

Armstrong, W.D., Singer, L., and Makowski, E.L. 1970. Placental transfer of fluoride and calcium. Am. J. Obstet. Gynecol. 107(3):432-434.

Arnala, I., Alhava, E.M., and Kauranen, P. 1985. Effects of fluoride on bone in Finland. Histomorphometry of cadaver bone from low and high fluoride areas. Acta Orthopaedica Scandinavica 56(2):161-6.

Atmaca, N., Atmaca, H.T., Kanici, A., and Anteplioglu, T. 2014. Protective effect of resveratrol on sodium fluoride-induced oxidative stress, hepatotoxicity and neurotoxicity in rats. Food and Chemical Toxicology 70:191-97.

ATSDR (Agency for Toxic Substances and Disease Registry). 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry, Atlanta, GA, September 2003.

ATSDR (Agency for Toxic Substances and Disease Registry). 2018. Minimal Risk Levels (MRLs) for Professionals (June 21, 2018). (https://www.atsdr.cdc.gov/mrls/index.asp; accessed November 29, 2018).

Ausó, E., Lavado-Autric, R., Cuevas, E., Escobar del Rey, F., Morreale de Escobar, G., and Berbel, P. 2004. A moderate and transient deficiency of maternal thyroid function at the beginning of fetal neocorticogenesis alters neuronal migration. Endocrinology 145(9):4037-4047.

Ba, Y., Zhang, H., Wang, G., Wen, S., Yang, Y., Zhu, J., Ren, L., Yang, R., Zhu, C., Li, H., Cheng, X., and Cui, L. 2011. Association of dental fluorosis with polymorphisms of estrogen receptor gene in Chinese children. Biol. Trace Elem. Res. 143:87-96.

Balaji, B., Kumar, E.P., and Kumar, A. 2015. Evaluation of standardized Bacopa monniera extract in sodium fluoride induced behavioural, biochemical, and histopathological alterations in mice. Toxicology and Industrial Health 31(1):18-30.

Banala, R.R., and Karnati, P.R. 2015. Vitamin A deficiency: an oxidative stress marker in sodium fluoride (NaF) induced oxidative damage in developing rat brain. International Journal of Developmental Neuroscience 47(Pt B):298-303.

Banji, D., Banji, O.J., Pratusha, N.G., and Annamalai, A.R. 2013. Investigation on the role of *Spirulina platensis* in ameliorating behavioural changes, thyroid dysfunction and oxidative stress in offspring of pregnant rats exposed to fluoride. Food Chemistry 140(1-2):321-31.

Barberio, A., Quiñonez, C., Hosein, F.S., and McLaren, L. 2017. Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. Can. J. Public Health 108(3):e229-e239.

Barnes, D.G., and Dourson, M. 1988. Reference Dose (RfD): Description and use in health risk assessments. Regulatory Toxicology and Pharmacology 8:471-486.

Bartos, M., Gumilar, F., Bras, C., Gallegos, C.E., Giannuzzi, L., Cancela, L.M., and Minetti, A. 2015. Neurobehavioural effects of exposure to fluoride in the earliest stages of rat development. Physiol. Behav. 147:205-212.



Bartos, M., Gumilar, F., Gallegos, C.E., Bras, C, Dominguez, S., Mónaco, N., Esandi, M.D.C., Bouzat, C., Cancela, L.M., and Minetti, A. 2018. Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the α7 nicotinic receptor and oxidative stress. Reproductive Toxicology 81:108-114.

Bartos, M., Gumilar, F., Gallegos, C.E., Bras, C., Dominguez, S., Cancela, L.M., and Minetti, A. 2019. Effects of perinatal fluoride exposure on short- and long-term memory, brain antioxidant status, and glutamate metabolism of young rat pups. International Journal of Toxicology (doi: 10.1177/1091581819857558. [Epub ahead of print].

Basha, P.M., and Madhusudhan, N. 2010. Pre and post natal exposure of fluoride induced oxidative macromolecular alterations in developing central nervous system of rat and amelioration by antioxidants. Neurochemical Research 35(7):1017-28.

Basha, P.M., Rai, P., and Begum, S. 2011a. Evaluation of fluoride-induced oxidative stress in rat brain: a multigeneration study. Biological Trace Element Research 142(3):623-37.

Basha, P.M., Rai, P., and Begum, S. 2011b. Fluoride toxicity and status of serum thyroid hormones, brain histopathology, and learning memory in rats: a multigenerational assessment. Biological Trace Element Research 144(1-3):1083-94.

Basha, P.M., and Sujitha N.S. 2012a. Combined influence of intermittent exercise and temperature stress on the modulation of fluoride toxicity. Biological Trace Element Research 148(1):69-75.

Basha, P.M., and Sujitha, N.S. 2012b. Combined impact of exercise and temperature in learning and memory performance of fluoride toxicated rats. Biological Trace Element Research 150(1-3):306-13.

Basha, P.M., and Saumya, S.M. 2013. Suppression of mitochondrial oxidative phosphorylation and TCA enzymes in discrete brain regions of mice exposed to high fluoride: amelioration by *Panax ginseng* (Ginseng) and *Lagerstroemia speciosa* (Banaba) extracts. Cellular and Molecular Neurobiology 33(3):453-64.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., Peterson, K.E., Ettinger, A.S., Wright, R., Zhang, Z., Liu, Y., Schnaas, L., Mercado-García, A., Téllez-Rojo, M.M., and Hernández-Avila, M. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environmental Health Perspectives (https://doi.org/10.1289/EHP655).

Bashash, M., Marchand, M., Hu, H., Till, C., Martinez-Mier, E.G., Sanchez, B.N., Basu, N., Peterson, K.E., Green, R., Schnaas, L., Mercado-García, A., Hernández-Avila, MN., and Téllez-Rojo, M.M. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environment International 121:658-666.

Bassin, E.B., Wypij, D., Davis, R.B., and Mittleman, M.A. 2006. Age-specific fluoride exposure in drinking water and osteosarcoma (United States). Cancer Causes Control. 17(4):421-428.

Bayless, T.M., Brown, E., and Paige, D.M. 2017. Lactase non-persistence and lactose intolerance. Curr. Gastroenterol. Rep. 19:23.

Belfort, M.B., Rifas-Shiman, S.L., Kleinman, K.P., Guthrie, L.B., Bellinger, D.C., Taveras, E.M., Gillman, M.W., and Oken, E. 2013. Infant feeding and childhood cognition at ages 3 and 7 years: Effects of breastfeeding duration and exclusivity. JAMA Pediatr. 167(9):836-844.

Bellinger, D.C. 2018. Environmental chemical exposures and neurodevelopmental impairments in children. Pediatric Medicine (http://dx.doi.org/10.21037/pm.2018.11.03).



Bera, I., Sabatini, R., Auteri, P., Flace, P., Sisto, G., Montagnani, M., Potenza, M.A., Marasciulo, F.L., Carratu, M.R., Coluccia, A., Borracci, P., Tarullo, A., and Cagiano, R. 2007. Neurofunctional effects of developmental sodium fluoride exposure in rats. European Review for Medical and Pharmacological Sciences 11(4):211-24.

Bhagavatula Naga, P. 2009. Fluorosis in the early permanent dentition: Evaluating gene-environment interactions. Master of Science thesis, University of Iowa, Iowa City, Iowa.

Bharti, V.K., and Srivastava, R.S. 2009. Fluoride-induced oxidative stress in rat's brain and its amelioration by buffalo (Bubalus bubalis) pineal proteins and melatonin. Biological Trace Element Research 130(2):131-40.

Bharti, V.K., and Srivastava, R.S. 2011. Effect of pineal proteins at different dose level on fluoride-induced changes in plasma biochemicals and blood antioxidants enzymes in rats. Biological Trace Element Research 141(1-3):275-82.

Bharti, V.K., Srivastava, R.S., Anand, A.K., and Kusum, K. 2012. Buffalo (Bubalus bubalis) epiphyseal proteins give protection from arsenic and fluoride-induced adverse changes in acetylcholinesterase activity in rats. Journal of Biochemical and Molecular Toxicology 26(1):10-5.

Blayney, J.R., and Hill, I.N. 1964. Evanston Dental Caries Study. XXIV. Prenatal fluorides—value of waterborne fluorides during pregnancy. J. Am. Dental Association 69:291-294.

Boutwell, B.B., Young, J.T.N., and Meldrum, R.C. 2018. On the positive relationship between breastfeeding & intelligence. Developmental Psychology 54(8):1426-1433.

Brambilla, E., Belluomo, G., Malerba, A., Buscaglia, M., and Strohmenger, L. 1994. Oral administration of fluoride in pregnant women, and the relation between concentration in maternal plasma and in amniotic fluid. Archs. oral Biol. 39(11):991-994.

Broadbent, J.M., Thomson, W.M., Ramrakha, S., Moffitt, T.E., Zeng, J., Foster Page, L.A., and Poulton, R. 2015. Community water fluoridation and intelligence: Prospective study in New Zealand. American. Journal of Public Health 105(1):72-76.

Broadbent, J.M., Thomson, W.M., Moffitt, T.E., and Poulton R. 2016. Broadbent et al. Respond. American Journal of Public Health 106(2):213-4.

Brown-Riggs, C. 2016. Nutrition and health disparities: The role of dairy in improving minority health outcomes. International Journal of Environmental Research and Public Health 13:28.

Bruening, K., Kemp, F.W., Simone, N., Holding, Y., Louria, D.B., and Bogden, J.D. 1999. Dietary calcium intakes of urban children at risk of lead poisoning. Environmental Health Perspectives 107(6):431-435

Byers, K.G., and Savaiano, D.A. 2005. The myth of increased lactose intolerance in African-Americans. J. American College of Nutrition 24(6):569S-573S.

Caldwell, K.L., Makhmudov, A., Ely, E., Jones, R.L., and Wang, R.Y. 2011. Iodine status of the U.S. population, National Health and Nutrition Examination Survey, 2005-2006 and 2007-2008. Thyroid 21(4):419-427.

Call, R.A., Greenwood, D.A., LeCheminant, W.H., Shupe, J.L., Nielsen, H.M., Olson, L.E., Lamborn, R.E., Mangelson, F.L., and Davis, R.V. 1965. Histological and chemical studies in man on effects of fluoride. Public Health Reports 80(6):529-538.

Cao, K., Xiang, J., Dong, Y.T., Xu, Y., Song, H., Zeng, X.X., Ran, L.Y., Hong, W., and Guan, Z.Z. 2019. Exposure to fluoride aggravates the impairment in learning and memory and neuropathological lesions in mice carrying the APP/PS1 double-transgenic mutation. Alzheimer's Research & Therapy 11:35.



Carlson, C.H., Singer, L., and Armstrong, W.D. 1960. Radiofluoride distribution in tissues of normal and nephrectomized rats. Proceedings of the Society for Experimental Biology and Medicine 103:418-20.

CDC (Centers for Disease Control and Prevention). 1993. Fluoridation Census 1992. Atlanta, GA, U.S. Department of Health and Human Services.

CDC (Centers for Disease Control and Prevention). 2001. Recommendations for Using Fluoride to Prevent and Control Dental Caries in the United States. Morbidity and Mortality Weekly Report 50(RR-14). Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

CDC (Centers for Disease Control and Prevention). 2005. Surveillance for Dental Caries, Dental Sealants, Tooth Retention, Edentulism, and Enamel Fluorosis—United States, 1988-1994 and 1999-2002. Morbidity and Mortality Weekly Report 54(SS3):1-43. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

CDC (Centers for Disease Control and Prevention). 2008. Trace Elements: Iodine. In: National Report on Biochemical Indicators of Diet and Nutrition in the U.S. Population 1999-2002. National Center for Environmental Health, NCEH Pub. No. 08-2982c (July 2008).

CDC (Centers for Disease Control and Prevention). 2016. Water Fluoridation Data & Statistics. Division of Oral Health, September 7, 2016. (https://www.cdc.gov/fluoridation/statistics/index.htm; retrieved December 15, 2018).

CDC (Centers for Disease Control and Prevention). 2017. Results: Breastfeeding and Infant Feeding Practices: Infant Feeding Practices Study II and Its Year Six Follow-Up. Chapter 3. Infant Feeding. (https://www.cdc.gov/breastfeeding/data/ifps/results.htm#ch3; last reviewed December 5, 2017; retrieved February 11, 2019).

CDC (Centers for Disease Control and Prevention). 2018. Results: Breastfeeding Rates. Breastfeeding among U.S. Children born 2009-2015, CDC National Immunization Survey. (https://www.cdc.gov/breastfeeding/data/nis_data/results.html; last reviewed August 1, 2018; retrieved February 6, 2019).

CDC (Centers for Disease Control and Prevention). Not dated. Rates of Any and Exclusive Breastfeeding by Socio-demographics among Children Born in 2015. (https://www.cdc.gov/breastfeeding/data/nis_data/rates-any-exclusive-bf-socio-dem-2015.htm; retrieved February 6, 2019).

Chachra, D., Limeback, H., Willett, T.L., and Grynpas, M.D. 2010. The long-term effects of water fluoridation on the human skeleton. Journal of Dental Research 89(11):1219-23.

Chauhan, S.S., Ojha, S., and Mahmood, A. 2013. Effects of fluoride and ethanol administration on lipid peroxidation systems in rat brain. Indian Journal of Experimental Biology 51:249-55.

Chen, Y., Han, F., Zhou, Z., Zhang, H., Jiao, X., Zhang, S., Huang, M., Chang, T., and Dong, Y. 1991. Research on the intellectual development of children in high fluoride areas. Chinese Journal of Control of Endemic Diseases 6 Suppl. 99-100. (Republished in Fluoride 2008, 41(2):120-124.)

Chen, J., Shan, K.R., Long, Y.G., Wang, Y.N., Nordberg, A., and Guan, Z.Z. 2003. Selective decreases of nicotinic acetylcholine receptors in PC12 cells exposed to fluoride. Toxicology 183(1-3):235-42.

Chen, J., Niu, Q., Xia, T., Zhou, G., Li, P., Zhao, Q., Xu, C., Dong, L., Zhang, S., and Wang, A. 2018a. ERK1/2-mediated disruption of BDNF–TrkB signaling causes synaptic impairment contributing to fluoride–induced developmental neurotoxicity. Toxicology 410:222-230.



Chen, K., Didsbury, M., van Zwieten, An., Howell, M., Kim, S., Tong, A., Howard, K., Nassar, N., Barton, B., Lah, S., Lorenzo,m J., Strippoli, G., Palmer, S., Teixeira-Pinto, A., Mackie, F., McTaggart, S., Walker, A., Kara, T., Craig, J.C., and Wong, G. 2018b. Neurocognitive and educational outcomes in children and adolescents with CKD: A systematic review and meta-analysis. Clin. J. Am. Soc. Nephrol. 13(3):387-397.

Cheng, K.K., Chalmers, I., and Sheldon, T.A.  2007.  Adding fluoride to water supplies.  BMJ 335:699-702.

Chioca, L.R., Raupp, I.M., Da Cunha, C., Losso, E.M., and Andreatini, R. 2008. Subchronic fluoride intake induces impairment in habituation and active avoidance tasks in rats. European Journal of Pharmacology 579(1-3):196-201.

Choi, A.L., Sun, G., Zhang, Y., and Grandjean, P. 2012. Developmental fluoride neurotoxicity: A systematic review. Environmental Health Perspectives 120(10):1362-1368.

Choi, A.L., Grandjean, P., Sun, G., and Zhang, Y. 2013. Developmental fluoride neurotoxicity: Choi et al. respond. Environmental Health Perspectives 121(3): A70.

Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., Li, J.S., Zheng, Q., Fu, Y., and Grandjean, P. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: A pilot study. Neurotoxicology and Teratology 47:96-101.

Chouhan, A., and Flora, S.J.S. 2008. Effects of fluoride on the tissue oxidative stress and apoptosis in rats: biochemical assays supported by IR spectroscopy data. Toxicology 254(1-2):61-7.

Chouhan, S., Lomash, V., and Flora, S.J. 2010. Fluoride-induced changes in haem biosynthesis pathway, neurological variables and tissue histopathology of rats. Journal of Applied Toxicology 30(1):63-73.

Coplan, M.J., Patch, S.C., Masters, R.D., and Bachman, M.S. 2007. Confirmation of and explanations for elevated blood lead and other disorders in children exposed to water disinfection and fluoridation chemicals. NeuroToxicology 28:1032-1042.

Cote, S., P. Geltman, M. Nunn, K. Lituri, M. Henshaw, and R.I. Garcia. 2004. Dental caries of refugee children compared with US children. Pediatrics 114:e733–e740. [Available at www.pediatrics.org/cgi/doi/10.1542/peds.2004-049]

Cui, Y.S., Zhong, Q., Li, W.F., Liu, Z.H., Wang, Y, Hou CC. 2017. The influence of fluoride exposure on the changes of thyroid hormone levels and the intellectual impairment of offspring rats. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi (Chinese Journal of Industrial Hygiene and Occupational Diseases) 35(12):888-892.

Cui, Y., Zhang, B., Ma, J., Wang, Y., Zhao, L., Hou, C., Yu, J., Zhao, Y., Zhang, Z., Nie, J., Gao, T., Zhou, G., and Liu, H. 2018. Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. Ecotoxicology and Environmental Safety 165:270-277.

Das, K., and Mondal, N.K. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.G., India. Environ. Monit. Assess. 188:218.

Dean, H.T. (1942). The investigation of physiological effects by the epidemiological method. In: *Fluorine and Dental Health*, Publication of the American Association for the Advancement of Science, No. 19 (Moulton, F.R., editor), pp. 23-31.



Dec, K., Łukomska, A., Skonieczna-Żydecka, K., Kolasa-Wołosiuk, A., Tarnowski, M., Baranowska-Bosiacka, I., and Gutowska, I. 2019. Long-term exposure to fluoride as a factor promoting changes in the expression and activity of cyclooxygenases (COX1 and COX2) in various rat brain structures. Neurotoxicology 74:81-90.

Desai, V.K., Solanki, D.M., and Bansal, R.K. 1993. Epidemiological study on goitre in endemic fluorosis district of Gujarat. Fluoride 26:187-190.

DHEW (Department of Health, Education, and Welfare). 1979. Trends in Breast Feeding Among American Mothers. Data from the National Survey of Family Growth, Series 23, No. 3. Hyattsville, MD, DHEW Publication No. (PHS) 79-1979.

Ding, Y., Gao, Y., Sun, H., Han, H., Wang, W., Ji, X., Liu, X., and Sun, D. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. Journal of Hazardous Materials 186:1942-1946.

Dong, Z., Wan, C., Zhang, X., and Liu, J. 1997. Determination of the contents of amino acid and monoamine neurotransmitters in fetal brains from a fluorosis endemic area. Journal of Guiyang Medical College 18(4):241-245.

Dong, Y.-T., Wang, Y., Wei, N., Zhang, Q.-F., and Guan, Z.-Z. 2015. Deficit in learning and memory of rats with chronic fluorosis correlates with the decreased expressions of M1 and M3 muscarinic acetylcholine receptors. Archives of Toxicology 89(11):1981-1991.

Dong, L., Yao, P., Chen, W., Li, P., and Shi, X. 2018. Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of Xi'an. Chinese Journal of Endemiology 37(1):45-48.

Drinkard, C.R., Deaton, T.G., and Bawden, J.W. 1985. Enamel fluoride in nursing rats with mothers drinking water with high fluoride concentrations. J. Dent. Res. 64(6):877-880.

Du, L., Wan, C., Cao, X., and Liu, J. 1992. The effect of fluorine on the developing human brain. Chinese Journal of Pathology 21(4):218-220. English translation (2008) in Fluoride 41(4):327-330.

Duan, J., Zhao, M., Wang, L., Fang, D., Wang, Y., and Wang, W. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18(3):179-80.

Duan, Q., Jiao, J., Chen, X., and Wang, X. 2018. Association between water fluoride and the level of children's intelligence: A dose-response meta-analysis. Public Health 154:87-97.

Eble, D.M., Deaton, T.G., Wilson, F.C. Jr., and Bawden, J.W. 1992. Fluoride concentrations in human and rat bone. Journal of Public Health Dentistry 52(5):288-91.

Elliott, L. 1967. Lack of effect of administration of fluoride on the central nervous system of rats. Acta pharmacol. et toxicol. 25:323-328.

Ensembl release 94. 2018. rs1800497 (SNP) Population Genetics, October 2018. (http://www.ensembl.org; accessed December 27, 2018).

Ensembl release 95. 2018. rs4680 (SNP) Population Genetics, January 2019. (http://www.ensembl.org; accessed January 30, 2019).

EPA (Environmental Protection Agency). 1987. Fluorine (Soluble Fluoride) (CASRN 7782-41-4). Integrated Risk Information System, U.S. Environmental Protection Agency (last updated January 31, 1987). Retrieved May 26, 2009, from http://www.epa.gov/ncea/iris/subst/0053.htm. Retrieved November 20, 2018, from https://cfpub.epa.gov/ncea/iris2/chemicalLanding.cfm?&substance_nmbr=53.



EPA (Environmental Protection Agency). 1989. Risk Assessment Guidance for Superfund, Volume I, Human Health Evaluation Manual (Part A), EPA/540/1-89/002 (December 1989).

EPA (Environmental Protection Agency). 1998a. Guidelines for Neurotoxicity Risk Assessment, EPA/630/R-95/001F (April 1998). Also published as Federal Register (1998) 63(93):26926-26954.

EPA (Environmental Protection Agency). 1998b. Health Effects Tests Guidelines. OPPTS 870.4100 Chronic Toxicity, EPA 712-C-98-210 (August 1998).

EPA (Environmental Protection Agency). 2000a. Estimated Per Capita Water Ingestion and Body Weight in the United States, EPA-822-R-00-008 (April 2000).

EPA (Environmental Protection Agency). 2000b. Toxicological Review of Chlorine Dioxide and Chlorite (CAS Nos. 10049-04-4 and 7758-19-2), EPA/635/R-00/007 (September 2000).

EPA (Environmental Protection Agency). 2001a. Summary of Toxicity Information for Chemicals Listed in IRIS. Fluorine (soluble fluoride). Date of screening-level review: 05/01/2001. (Retrieved from EPA-IRIS website, July 24, 2003.)

EPA (Environmental Protection Agency). 2001b. Screening-level review of the IRIS Database Phase I. Evaluation of the Recent Literature and Determination of Currency for: Fluorine (CAS No. 7782-41-4). (Retrieved from EPA-IRIS website, July 24, 2003.)

EPA (Environmental Protection Agency). 2002. A Review of the Reference Dose and Reference Concentration Processes, EPA/630/P-02/002F (December 2002).

EPA (Environmental Protection Agency). 2003. Toxicological Review of Hydrogen Sulfide (CAS No. 7783-06-4), EPA/635/R-03/005 (June 2003).

EPA (Environmental Protection Agency). 2004a. 2004 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-04-005 (Winter 2004).

EPA (Environmental Protection Agency). 2004b. Estimated Per Capita Water Ingestion and Body Weight in the United States—An Update, EPA-822-R-00-001 (October 2004).

EPA (Environmental Protection Agency). 2005. Perchlorate (ClO$_4^-$) and Perchlorate Salts. Chemical Assessment Summary (February 18, 2005).

EPA (Environmental Protection Agency). 2006. 2006 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-06-013 (August 2006).

EPA (Environmental Protection Agency). 2008a. Toxicological Review of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47) (CAS No. 5436-43-1), EPA/635/R-07/005F (June 2008).

EPA (Environmental Protection Agency). 2008b. Toxicological Review of 2,2',4,4',5-Pentabromodiphenyl Ether (BDE-99) (CAS No. 60348-60-9), EPA/635/R-07/006F (June 2008).

EPA (Environmental Protection Agency). 2008c. Toxicological Review of 2,2',4,4',5,5'-Hexabromodiphenyl Ether (BDE-153) (CAS No. 68631-49-2), EPA/635/R-07/007F (June 2008).

EPA (Environmental Protection Agency). 2008d. Toxicological Review of Decabromodiphenyl Ether (BDE-209) (CAS No. 1163-19-5), EPA/635/R-07/008F (June 2008).

EPA (Environmental Protection Agency). 2008e. Proposed Lead NAAQS Regulatory Impact Analysis (June 2008). [https://www3.epa.gov/ttnecas1/docs/ria/naaqs-lead_ria_proposal_2008-06.pdf]

EPA (Environmental Protection Agency). 2009a. Integrated Risk Information System (IRIS), IRIS Glossary. (http://www.epa.gov/ncea/iris/help_gloss.htm, retrieved May 26, 2009).



EPA (Environmental Protection Agency). 2009b. 2009 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-09-011 (October 2009).

EPA (Environmental Protection Agency). 2009c. Toxicological Review of 2-Hexanone (CAS No. 591-78-6), EPA/635/R-09/008F (September 2009).

EPA (Environmental Protection Agency). 2010a. Fluoride: Exposure and Relative Source Contribution Analysis. EPA-820-R-10-015. Office of Water, U.S. Environmental Protection Agency. December 2010.

EPA (Environmental Protection Agency). 2010b. Fluoride: Dose-Response Analysis for Non-cancer Effects. EPA-820-R-10-019. Office of Water, U.S. Environmental Protection Agency. December 2010.

EPA (Environmental Protection Agency). 2010c. Comment-Response Summary Report for the Peer Review of the *Fluoride: Dose-Response Analysis for Non-cancer Effects* Document. EPA-820-R-10-016. Office of Water, U.S. Environmental Protection Agency. November 2010. [This document includes the April 2009 Peer Review Report.]

EPA (Environmental Protection Agency). 2011a. 2011 Edition of the Drinking Water Standards and Health Advisories, EPA 820-R-11-002 (January 2011).

EPA (Environmental Protection Agency). 2011b. Recommended Use of Body Weight$^{3/4}$ as the Default Method in Derivation of the Oral Reference Dose, EPA 100-R11-0001.

EPA (Environmental Protection Agency). 2011c.  EPA to develop regulation for perchlorate and toxic chemicals in drinking water.  News Release (February 2, 2011).

EPA (Environmental Protection Agency). 2012a. 2012 Edition of the Drinking Water Standards and Health Advisories, EPA 822-S-12-001 (April 2012).

EPA (Environmental Protection Agency). 2012b. Sustainable Futures/P2 Framework Manual, EPA-748-B12-001. [https://www.epa.gov/sustainable-futures/sustainable-futures-p2-framework-manual]

EPA (Environmental Protection Agency). 2013a. Toxicological Review of Methanol (Noncancer) (CAS No. 67-56-1), EPA/635/R-11/001Fa (September 2013).

EPA (Environmental Protection Agency). 2013b. SAB Advice on Approaches to Derive a Maximum Contaminant Level Goal for Perchlorate, EPA-SAB-13-004 (May 29, 2013).

EPA (Environmental Protection Agency). 2016. Toxicological Review of Trimethylbenzenes: Executive Summary (CASRNs 25551-13-7, 95-63-6, 526-73-8, and 108-67-8), EPA/635/R-16/161Fa (September 2016).

EPA (Environmental Protection Agency). 2017a.  Technical Fact Sheet - Perchlorate, EPA 505F-17-003 (November 2017).

EPA (Environmental Protection Agency). 2017b.  Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups (November 29, 2017). [https://www.epa.gov/expobox/exposure-assessment-tools-lifestages-and-populations-highly-exposed-or-other-susceptible]

EPA (Environmental Protection Agency). 2018a. Toxicological Review of Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) (CASRN 121-82-4), EPA/635/R-18/211Fa (August 2018).

EPA (Environmental Protection Agency). 2018b. Defendants' second supplemental response to plaintiffs' first set of interrogatories (October 9, 2018).

EPA (Environmental Protection Agency). 2018c. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0137 (October 15, 2018).



EPA (Environmental Protection Agency). 2018d. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0212 (November 30, 2018).

EPA (Environmental Protection Agency). 2018e. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-17-0281 (December 4, 2018).

EPA (Environmental Protection Agency). 2018f. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0007-0008 (December 11, 2018).

EPA (Environmental Protection Agency). 2018g. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-19-0006 (December 20, 2018).

EPA (Environmental Protection Agency). 2018h. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0221 (December 21, 2018).

EPA (Environmental Protection Agency). 2018i. Perchlorate in Drinking Water (https://www.epa.gov/dwstandardsregulations/perchlorate-drinking-water; retrieved November 2, 2018).

EPA (Environmental Protection Agency). 2018j. Toxicological Review of Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) (CASRN 121-82-4), Supplemental Information, EPA/635/R-18/211Fb (August 2018).

EPA (Environmental Protection Agency). 2019. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0020 (February 25, 2019).

Featherstone, J.D.B. 2000. The science and practice of caries prevention. JADA 131:887-899.

Federal Register. 1985a. Environmental Protection Agency, 40 CFR Part 141, National Primary Drinking Water Regulations; Fluoride. [Proposed Rules.] Federal Register 50(93):20164-20175.

Federal Register. 1985b. Environmental Protection Agency, 40 CFR Part 141, National Primary Drinking Water Regulations; Fluoride. [Rules and Regulations.] Federal Register 50(220):47142-47155.

Federal Register. 1998. Environmental Protection Agency, Guidelines for Neurotoxicity Risk Assessment. Federal Register 63(93):26926-26954.

Federal Register. 2011. Proposed HHS Recommendation for Fluoride Concentration in Drinking Water for Prevention of Dental Caries. Federal Register 76(9):2383-2388, January 13, 2011.

Federal Register. 2015. Department of Health and Human Services, Public Health Recommendation for Fluoride Concentration in Drinking Water for Prevention of Dental Caries. Federal Register 80(84):24936-24947.

Federal Register. 2017. Environmental Protection Agency, Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act. Federal Register 82(138):33726-33753.

Fein, S.B., Labiner-Wolfe, J., Shealy, K.R., Li, R., Chen, J., and Grummer-Strawn, L.M. 2008. Infant Feeding Practices Study II: Study methods. Pediatrics 122:S28-S35.

Feltman, R., and Kosel, G. 1961. Prenatal and postnatal ingestion of fluorides—Fourteen years of investigation. Final report. J. Dent. Med. 16:190-198.

Ferry, J.L. 1944. Memo to Col. Stafford L. Warren, U.S. Engineer Office, Oak Ridge, Tennessee (April 29, 1944).

Finn, S.B. 1952. Prevalence of dental caries. In: A Survey of the Literature of Dental Caries. Washington, DC: National Academy of Sciences, Publication 225, pp. 117-173.

Finn, S.B., and R.C. Caldwell. 1963. Dental caries in twins. I. A comparison of the caries experience of monozygotic twins, dizygotic twins and unrelated children. Archives of Oral Biology 8:571-585.



Flora, S.J., Mittal, M., and Mishra, D. 2009. Co-exposure to arsenic and fluoride on oxidative stress, glutathione linked enzymes, biogenic amines and DNA damage in mouse brain. Journal of the Neurological Sciences 285(1-2):198-205.

Flora, S.J., Mittal, M., Pachauri, V., and Dwivedi, N. 2012. A possible mechanism for combined arsenic and fluoride induced cellular and DNA damage in mice. Metallomics 4(1):78-90.

Fomon, S.J. 2001. Infant feeding in the 20th century: Formula and beikost. J. Nutrition 131:409S-420S.

Fomon, S.J., and Ekstrand, J. 1999. Fluoride intake by infants. J. Public Health Dent. 59(4):229-234.

Fomon, S.J., Ekstrand, J., and Ziegler, E.E. 2000. Fluoride intake and prevalence of dental fluorosis: Trends in fluoride intake with special attention to infants. J. Public Health Dent. 60(3):131-139.

Forsman, B. 1974. Dental fluorosis and caries in high-fluoride districts in Sweden. Community Dent. Oral Epidemiol. 2:132-148.

Forsman, B. 1977. Early supply of fluoride and enamel fluorosis. Scand. J. Dent. Res. 85:22-30.

Fulgoni, V., III, Nicholls, J., Reed, A., Buckley, R., Kafer, K., Huth, P., DiRienzo, D., and Miller, G.D. 2007. Dairy consumption and related nutrient intake in African-American adults and children in the United States: Continuing Survey of Food Intakes by Individuals 1994-1996, 1998, and the National Health and Nutrition Examination Survey 1999-2000. J. American Dietetic Association 107:256-264.

Galetti, P.M., and Joyet, G. 1958. Effect of fluorine on thyroidal iodine metabolism in hyperthyroidism. The Journal of Clinical Endocrinology and Metabolism 18(10):1102-10.

Gao, Q., Liu, Y.J., and Guan Z.Z. 2008. Oxidative stress might be a mechanism connected with the decreased alpha 7 nicotinic receptor influenced by high-concentration of fluoride in SH-SY5Y neuroblastoma cells. Toxicology in Vitro 22(4):837-43. Erratum in: Toxicology in Vitro 22(7):1814.

Ge, Y., Niu, R., Zhang, J., and Wang, J. 2011. Proteomic analysis of brain proteins of rats exposed to high fluoride and low iodine. Archives of Toxicology 85(1):27-33.

Ge, Y., Chen, L., Yin, Z., Song, X., Ruan, T., Hua, L., Liu, J., Wang, J., and Ning, H. 2018. Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. Chemosphere 201:874-883.

Gedalia, I., Brzezinski, A., Zukerman, H., and Mayersdorf, A. 1964. Placental transfer of fluoride in the human fetus at low and high F-intake. J. Dent. Res. 43(5):669-671.

Geeraerts, F., Gijs, G., Finné, E., and Crokaert, R. 1986. Kinetics of fluoride penetration in liver and brain. Fluoride 19(3):108-112.

Gori, S., Inno, A., Lunardi, G., Gorgoni, G., Malfatti, V., Severi, F., Alongi, F., Carbognin, G., Romano, L., Pasetto, S., and Salgarello, M. 2015. 18F-Sodium fluoride PET-CT for the assessment of brain metastasis from lung adenocarcinoma. Journal of Thoracic Oncology 10(8):e67-e68.

Goschorska, M., Baranowska-Bosiacka, I., Gutowska, I., Metryka, E., Skórka-Majewicz, M., and Chlubek, D. 2018. Potential role of fluoride in the etiopathogenesis of Alzheimer's disease. Int. J. Molecular Sciences 19:3965.

Goyer, R.A. 1995. Nutrition and metal toxicity. Am. J. Clin. Nutr. 61(suppl):646S-650S.

Grandjean, P., and Landrigan, P.J. 2006. Developmental neurotoxicity of industrial chemicals. Lancet 368:2167-2178.

Grandjean, P., and Landrigan, P.J. 2014. Neurobehavioural effects of developmental toxicity. Lancet Neurology 13:330-338.



Green, R. 2018. Prenatal fluoride exposure and neurodevelopmental outcomes in a national birth cohort. Master of Arts thesis, York University, Toronto, Ontario.

Grummer-Strawn, L.M., Scanlon, K.S., and Fein, S.B. 2008. Infant feeding and feeding transitions during the first year of life. Pediatrics 122:S36-S42.

Gui, C.Z., Ran, L.Y., Li, J.P., and Guan Z.Z. 2010. Changes of learning and memory ability and brain nicotinic receptors of rat offspring with coal burning fluorosis. Neurotoxicology and Teratology 32(5):536-41.

Güner, S., Uyar-Bozkurt, S., Haznedaroglu, E., and Mentes, A. 2016. Dental fluorosis and catalase Immunoreactivity of the Brain Tissues in rats exposed to high fluoride pre-and postnatally. Biological Trace Element Research 174(1):150-157.

Guo, X., Wang, R., Cheng, C., Wei, W., Tang, L., Wang, Q., Tang, D., Liu, G., He, G., and Li, S. 1991. A preliminary investigation of the IQs of 7-13 year old children from an area with coal burning-related fluoride poisoning. Chinese Journal of Endemiology 10(2):98-100 (republished in Fluoride 2008; 41(2):125–28).

Guo, Z., He, Y., and Zhu, Q. 2001. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Industrial Health and Occupational Diseases 27(6):36-8. (English translation published in Fluoride 2008, 41(2):152-155.)

Gupta, S., Seth, A.K., Gupta, A., and Gavane, A.G. 1993. Transplacental passage of fluoride. The Journal of Pediatrics 123(1):139-141.

Haddow, J.E., Palomaki, G.E., Allan, W.C., Williams, J.R., Knight, G.J., Gagnon, J., O'Heir, C.E., Mitchell, M.L., Hermos, R.J., Waisbren, S.E., Faix, J.D., and Klein, R.Z. 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. NEJM 341(8):549-555.

Hamasha, A.A., J.J. Warren, S.M. Levy, B. Broffitt, and M.J. Kanellis. 2006. Oral health behaviors of children in low and high socioeconomic status families. Pediatr. Dent. 28(4):310-315.

Hamza, R.Z., El-Shenawy, N.S. and Ismail, H.A. 2015. Protective effects of blackberry and quercetin on sodium fluoride-induced oxidative stress and histological changes in the hepatic, renal, testis and brain tissue of male rat. Journal of Basic and Clinical Physiology and Pharmacology 26(3):237-51.

Han, H., Du, W., Zhou, B., Zhang, W., Xu, G., Niu, R., and Sun, Z. 2014. Effects of chronic fluoride exposure on object recognition memory and mRNA expression of SNARE complex in hippocampus of male mice. Biological Trace Element Research 158:58–64.

Hanhijärvi, H., Kanto, J., and Ruponen, S. 1974. Human free ionized plasma fluoride concentrations during pregnancy, toxemia, and lactation. Fluoride 7(3):143-146.

Harriehausen, C.X., Dosani, F.,Z., Chiquet, B.T., Barratt, M.S., and Quock, R.L. 2019. Fluoride intake of infants from formula. J. Clinical Pediatric Dentistry. 43(1):34-41.

Hassan, H.A., and Abdel-Aziz, A.F. 2010. Evaluation of free radical-scavenging and anti-oxidant properties of black berry against fluoride toxicity in rats. Food and Chemical Toxicology 48(8-9):1999-2004.

He, H., Cheng, Z., and Liu, W.Q. 1989. Effects of fluorine on the human fetus. Chinese Journal of Control of Endemic Diseases 4(3):136-138. English translation (2008) in Fluoride (41(4):321-326.

Heilman, J.R., Kiritsy, M.C., Levy, S.M., and Wefel, J.S. 1999. Assessing fluoride levels of carbonated soft drinks. JADA 130:1593-1599.

Heller, K.E., Eklund, S.A., and Burt, B.A. 1997. Dental caries and dental fluorosis at varying water fluoride concentrations. J. Public Health Dentistry 57(3):136-143.



Hillman, D., Bolenbaugh, D.L., and Convey, E.M. 1979. Hypothyroidism and anemia related to fluoride in dairy cattle. Journal of Dairy Science 62(3):416-23.

Hirtz, D., Campbell, C., and Lanphear, B. 2017. Targeting environmental neurodevelopmental risks to protect children. Pediatrics Perspectives 139(2):e20162245.

Hodge, H.C. 1950. The concentration of fluorides in drinking water to give the point of minimum caries with maximum safety. J. Am. Dental Association 40(4):436-439.

Hong, L., Levy, S.M., Broffitt, B., Warren, J.J., Kanellis, M.J., Wefel, J.S., and Dawson, D.V. 2006a. Timing of fluoride intake in relation to development of fluorosis on maxillary central incisors. Community Dent. Oral Epidemiol. 34:299-309.

Hong, L., Levy, S.M., Warren, J.J., Broffitt, B., and Cavanaugh, J. 2006b. Fluoride intake levels in relation to fluorosis development in permanent maxillary central incisors and first molars. Caries Research 40:494-500.

Horta, B.L., de Mola, C.L., and Victora, C.G. 2015. Breastfeeding and intelligence: A systematic review and meta-analysis. Acta Paediatrica 104:14-19.

Horta, B.L., de Sousa, B.A., and de Mola, C.L. 2018. Breastfeeding and neurodevelopmental outcomes. Curr. Opin. Clin. Nutr. Metab. Care 21(3):174-178.

Huang, H., Ba, Y., Cui, L., Cheng, X., Zhu, J., Zhang, Y., Yan, P., Zhu, C., Kilfoy, B., and Zhang, Y. 2008. COL1A2 gene polymorphisms (*Pvu* II and *Rsa* I), serum calciotropic hormone levels, and dental fluorosis. Community Dentistry and Oral Epidemiology 36:517-522.

Hudson, J.T., Stookey, G.K., and Muhler, J.C. 1967. The placental transfer of fluoride in the guinea pig. Archives of Oral Biology 12(2):237-46.

Hussien, H.M., Abd-Elmegied, A., Ghareeb, D.A., Hafez, H.S., Ahmed, H.E.A., and El-Moneam, N.A. 2018. Neuroprotective effect of berberine against environmental heavy metals-induced neurotoxicity and Alzheimer's-like disease in rats. Food and Chemical Toxicology 111:432-444.

Ibarra-Santan, C., Ruiz-Rodríguez, M. del S., Fonseca-Leal, M. del P., Gutiérrez-Cantú, F.J., and Pozos-Guillén, A. de J. 2007. Enamel hypoplasia in children with renal disease in a fluoridated area. J. Pediatric Dentistry 31(4):274-278.

ICAIR. 1985. Drinking water criteria document on fluoride. Preliminary draft prepared for the U.S. Environmental Protection Agency, TR-832-5, October 21, 1985.

Iheozor-Ejiofor, Z., Worthington, H.V., Walsh, T., O'Malley, L., Clarkson, J.E., Macey, R., Alam, R., Tugwell, P., Welch, V., and Glenny, A.M. 2015. Water fluoridation for the prevention of dental caries. Cochrane Database of Systematic Reviews Issue 6, Article No. CD-01856.

Iida, H., and Kumar, J.V. 2009. The association between enamel fluorosis and dental caries in U.S. schoolchildren. JADA 140:855-862.

Inkielewicz-Stepniak, I., and Czarnowski, W. 2010. Oxidative stress parameters in rats exposed to fluoride and caffeine. Food and Chemical Toxicology 48(6):1607-11.

Itai, K., Onoda, T., Nohara, M., Ohsawa, M., Tanno, K., Sato, T., Kuribayashi, T., and Okayama, A. 2010. Serum ionic fluoride concentrations are related to renal function and menopause status but not to age in a Japanese general population. Clinica Chimica Acta 411(3-4):263-6.

Jackson, K.A., and Savaiano, D.A. 2001. Lactose maldigestion, calcium intake and osteoporosis in African-, Asian-, and Hispanic-Americans. J. American College of Nutrition 20(2):198S-2078S.



Jarvis, J.K., and Miller, G.D. 2002. Overcoming the barrier of lactose intolerance to reduce health disparities. J. National Medical Association 94(2):55-66.

Jetti, R., Raghuveer, C.V., and Mallikarjuna, R.C. 2016. Protective effect of ascorbic acid and Ginkgo biloba against learning and memory deficits caused by fluoride. Toxicology and Industrial Health 32(1):183-7.

Jia, B., Zong, L., Lee, J.Y., Lei, J., Zhu, Y., Xie, H., Clemens, J.L., Feller, M.C., Na, Q., Dong, J., McLane, M.W., Jones-Beatty, K., and Burd, I. 2019. Maternal supplementation of low dose fluoride alleviates adverse perinatal outcomes following exposure to intrauterine inflammation. Scientific Reports 9(1):2575.

Jiang, S., Su, J., Yao, S., Zhang, Y., Cao, F., Wang, F., Wang, H., Li, J., and Xi, S. 2014a. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats. PLoS One 23;9(4):e96041.

Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., Lei, R., Xia, T., Wang, Z., Yang, L., Chen, Y., Wu, X., Zhang, X., Cui, Y., Yu, L., and Wang, A. 2014b. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. Neuromolecular Med. 16(1):94-105.

Jiang, M., Mu, L., Wang, Y., Yan, W., Jiao, Y. 2015. The relationship between *Alu* I polymorphisms in the calcitonin receptor gene and fluorosis endemic to Chongqing, China. Medical Principles and Practice 24:80-83.

Jiang, P., Li, G., Zhou, X., Wang, C., Qiao, Y., Liao, D., and Shi, D. 2019. Chronic fluoride exposure induces neuronal apoptosis and impairs neurogenesis and synaptic plasticity: Role of GSK-3$\beta$/$\beta$-catenin pathway. Chemosphere 214:430-435.

Jones, R.P., and Iagaru, A. 2014. 18F NaF brain metastasis uptake in a patient with melanoma. Clinical Nuclear Medicine 39(10):e448-50.

Jooste, P.L., Weight, M.J., Kriek, J.A., and Louw, A.J. 1999. Endemic goitre in the absence of iodine deficiency in schoolchildren of the Northern Cape Province of South Africa. Eur. J. Clin. Nutr. 53:8-12.

Juárez-López, M.L.A., Huízar-Álvarez, R., Molina-Frechero, N., Murrieta-Pruneda, F., and Cortés-Aguilera, Y. 2011. Fluorine in water and dental fluorosis in a community of Queretaro State Mexico. J. Environ. Protection 2:744-749.

Kanazawa, S. 2015. Breastfeeding is positively associated with child intelligence even net of parental IQ. Developmental Psychology 51(12):1683-1689.

Kang, Y.J., Zolina L., and Manson, J.M. 1986. Strain differences in response of Sprague-Dawley and Long Evans Hooded rats to the teratogen Nitrofen. Teratology 34:213-23.

Karimzade, S., Aghaei, M., and Mahvi, A.H. 2014a. Investigation of intelligence quotient in 9-12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan province, Iran. Fluoride 47(1):9-14.

Karimzade, S., Aghaei, M., and Mahvi, A.H. 2014b. IQ of 9–12-year-old children in high- and low-drinking water F areas in West Azerbaijan province, Iran: further information on the two villages in the study and the confounding factors considered. Letter to the editor; Fluoride 47(3):266-271.

Kaur, T., Bijarnia, R.K., and Nehru, B. 2009. Effect of concurrent chronic exposure of fluoride and aluminum on rat brain. Drug and Chemical Toxicology 32(3):215-21.

Khan, S.A., Singh, R.K., Navit, S., Chadha, D., Johri, N., Navit, P., Sharma, A., Bahuguna, R. 2015. Relationship between dental fluorosis and Intelligence Quotient of school going children in and around Lucknow District: A cross-sectional study. J. Clinical and Diagnostic Research 9(11):ZC10-ZC15.



Khan, A.M., Raina, R., Dubey, N., and Verma, P.K. 2018. Effect of deltamethrin and fluoride co-exposure on the brain antioxidant status and cholinesterase activity in Wistar rats. Drug and Chemical Toxicology 41(2):123-127.

Khatun, S., Mandi, M., Rajak, P., and Roy, S. 2018. Interplay of ROS and behavioral pattern in fluoride exposed *Drosophila melanogaster*. Chemosphere. 209:220-231.

Kim, F.M., Hayes, C., Williams, P.L., Whitford, G.M., Joshipura, K.J., Hoover, R.N., Douglass, C.W., and the National Osteosarcoma Etiology Group. 2011. An assessment of bone fluoride and osteosarcoma. J. Dent. Res. 90(10):1171-1176.

Kinawy, A.A. 2019. Synergistic oxidative impact of aluminum chloride and sodium fluoride exposure during early stages of brain development in the rat. Environmental Science and Pollution Research International [Epub ahead of print].

Kinawy, A.A., and Al-Eidan, A.A. 2018. Impact of prenatal and postnatal treatment of sodium fluoride and aluminum chloride on some hormonal and sensorimotor aspects in rats. Biological Trace Element Research 186(2):441-448.

Kiritsy, M.C., Levy, S.M., Warren, J.J., Guha-Chowdhury, N., Heilman, J.R., and Marshall, T. 1996. JADA 127:895-902.

Klein, R.Z., Sargent, J.D., Larsen, P.R.,, Waisbren, S.E., Haddow, J.E., and Mitchell, M.L. 2001. Relation of severity of maternal hypothyroidism to cognitive development of offspring. J. Med. Screen. 8:18-20.

Ko, L., and Thiessen, K.M.   2015.   A critique of recent economic evaluations of community water fluoridation.  International Journal of Occupational and Environmental Health 21(2):91-120.

Komárek, A., Lesaffre, E., Härkänen, T., Declerck, D., and Virtanen, J.I.  2005.  A Bayesian analysis of multivariate doubly-interval-censored dental data.  Biostatistics 6(1):145-155.

Kooistra, L., Crawford, S., van Baar, A.L., Brouwers, E.P., and Pop, V.J. 2006. Neonatal effects of maternal hypothytroxinemia during early pregnancy. Pediatrics 117(1):161-167.

Küchler, E.C., Bruzamolin, C.D., Omori, M.A., Costa, M.C., Antunes, L.S., Pecharki, G.D., Trevilatto, P.C., Vieira, A.R., and Brancher, J.A. 2018. Polymorphisms in nonamelogenin enamel matrix genes are associated with dental fluorosis. Caries Research 52:1-6.

LaFranchi, S.H., Haddow, J.E., and Hollowell, J.G. 2005. Is thyroid inadequacy during gestation a risk factor for adverse pregnancy and developmental outcomes? Thyroid 15(1):60-71.

Landrigan, P.J., Kimmel, C.A., Correa, A., and Eskenazi, B. 2004. Children's health and the environment: Public health issues and challenges for risk assessment. Environmental Health Perspectives 112(2):257-265.

Lanphear, B.P. 2015. The impact of toxins on the developing brain. Annu. Rev. Public Health 36:211-230.

Lanphear, B.P. 2017. Low-level toxicity of chemicals: No acceptable levels? PLoS Biol. 15(12):e2003066.

Lavado-Autric, R., Ausó, E., García-Velasco, J.V., Arufe, M.del C., Escobar del Rey, F., Berbel, P., and Morreale de Escobar, G. 2003. Early maternal hypothyroxiniemia alters histogenesis and cerebral cortex cytoarchitecture of the progeny. J. Clin. Invest. 111(7):1073-1082.

Lavryashina, M.B., Uljanova, M.V., Druzhinin, V.G., and Tolochko, T.A. 2003. A study of the genetic basis of susceptibility to occupational fluorosis in aluminum industry workers of Siberia. Russian Journal of Genetics 39(7):823-827.

Lazic, S.E., and Essioux, L. 2013. Improving basic and translational science by accounting for litter-to-litter variation in animal models. BMC Neuroscience 22;14:37.



Lehman, A.J., and Fitzhugh, O.G. 1954. 100-fold margin of safety. Association of Food & Drug Officials of the United States, Quarterly Bulletin XVIII(1):33-35.

Leite, G.A.S., Sawan, R.M.M., Teófilo, J.M., Porto, I.M., Sousa, F.B., and Gerlach, R.F. 2011. Exposure to lead exacerbates dental fluorosis. Archives of Oral Biology 56(7):695-702.

Leone, N.C., Shimkin, M.B., Arnold, F.A., Stevenson, C.A., Zimmermann, E.R., Geiser, P.B., and Lieberman, J.E. 1954. Medical aspects of excessive fluoride in a water supply. Public Health Reports 69(10):925-36.

Leone, N.C., Arnold, F.A. Jr.., Zimmermann E.R., Geiser P.B., and Lieberman, J.E. 1955a. Review of the Bartlett-Cameron survey: a ten year fluoride study. Journal of the American Dental Association 50(3):277-81.

Leone, N.C., Stevenson, C.A., Hilbish, T.F., and Sosman, M.C. 1955b. A roentgenologic study of a human population exposed to high-fluoride domestic water; a ten-year study. The American Journal of Roentgenology, Radium Therapy, and Nuclear Medicine 74(5):874-85.

Levy, S.M., Warren, J.J., and Broffitt, B. 2003. Patterns of fluoride intake from 36 to 72 months of age. Journal of Public Health Dentistry 63(4):211-20.

Li, Y., Li, X., and Wei, S. 1994. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. Journal of West China University of Medical Sciences 25(2):188-91 (English translation in Fluoride 2008; 41:331-35).

Li, X.S., Zhi, J.L., and Gao, R.O. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28:189-192.

Li, J., Yao, L., Shao, Q.L., and Wu, C.Y. 2004. Effects of high fluoride level on neonatal neurobehavioral development. Chinese Journal of Endemiology 23(5):463-5. English translation in Fluoride 41(2):165-170 (2008).

Li, Y., Tafti, B.A., Shaba, W., and Berenji, G.R. 2011. Extraosseus uptake of F-18 fluoride in the primary malignancy and cerebral metastasis in a case of non-small-cell lung cancer. Clinical Nuclear Medicine 36(7):609-11.

Li, M., Gao, Y., Cui, J., Li, Y., Li, B., Liu, Y., Sun, J., Liu, X., Liu, H., Zhao, L., and Sun, D. 2016. Cognitive impairment and risk factors in elderly people living in fluorosis areas in China. Biological Trace Element Research 172(1):53-60.

Li, B.-Y., Yang, Y.-M., Liu, Y., Sun, J., Ye, Y., Liu, X.-N., Liu, H.-X., Sun, Z.-Q., Li, M., Cui, J., Sun, D.-J., and Gao, Y.-H. 2017. Prolactin rs1341239 T allele may have protective role against the brick tea type skeletal fluorosis. PLoS One 12(2):e0171011.

Li, X., Zhang, J., Niu, R., Manthari, R.K., Yang, K., and Wang, J. 2019. Effect of fluoride exposure on anxiety- and depression-like behavior in mouse. Chemosphere 215:454-460.

Lin, F.F., Aihaiti, Zhao, H.X., Lin, J., Jiang, J.Y., Maimaiti, and Aiken. 1991. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. IDD Newsletter 7:24-25.

Liu, J., Xia, T., Zhang, M., He, W., He, P., Chen, X., Yang, K., and Wang, A. 2006. Screening of environmental response genes related to dental fluorosis. Fluoride 39(3):195-201.

Liu, Y.J., Gao, Q., Wu, C.X., and Guan, Z.Z. 2010. Alterations of nAChRs and ERK1/2 in the brains of rats with chronic fluorosis and their connections with the decreased capacity of learning and memory. Toxicology Letters (3):324-329.



Liu, Y.J., Guan, Z.Z., Gao, Q., and Pei, J.J. 2011. Increased level of apoptosis in rat brains and SH-SY5Y cells exposed to excessive fluoride–a mechanism connected with activating JNK phosphorylation. Toxicology Letters 204(2-3):183-189.

Liu, F., Ma, J., Zhang, H., Liu, P., Liu, Y.P., Xing, B., and Dang, Y.H. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiology & Behavior 124:1-7.

Long, Y.-G., Wang, Y.-N., Chen, J., Jiang, S.-F., Nordberg, A., and Guan, Z.-Z. 2002. Chronic fluoride toxicity decreases the number of nicotinic acetylcholine receptors in rat brain. Neurotoxicology and Teratology 24:751-757.

Lou, D.D., Guan, Z.Z., Liu, Y.J., Liu, Y.F., Zhang, K.L., Pan, J.G., and Pei, J.J. 2013. The influence of chronic fluorosis on mitochondrial dynamics morphology and distribution in cortical neurons of the rat brain. Archives of Toxicology 87(3):449-57.

Lu, F.C., Mazurkiewicz, I.M., Grewal, R.S., Allmark, M.G., and Boivin, P. 1961. The effect of sodium fluoride on responses to various central nervous system agents in rats. Toxicology and Applied Pharmacology 3:31-8.

Lu, Y., Sun, Z.R., Wu, L.N., Wang, X., Lu, W., and Liu, S.S. 2000. Effect of high-fluoride water on intelligence of children. Fluoride 33:74-78.

Luke, J. 2001. Fluoride deposition in the aged human pineal gland. Caries Research 35:125-128.

Luo, G., Niu, R., Sun, Z., Zhang, J., Wang, J., Wang, C., and Wang, J. 2011. Reduction of CAMKII expression in the hippocampus of rats from ingestion of fluoride and/or lead. Fluoride 44(2):63–69.

Ma, J., Liu, F., Liu, P., Dong, Y.Y., Chu, Z., Hou, T.Z., and Dang, Y.H. 2015. Impact of early developmental fluoride exposure on the peripheral pain sensitivity in mice. International Journal of Developmental Neuroscience 47(Pt B):165-171.

Ma, Q., Huang, H., Sun, L., Zhou, T., Zhu, J., Cheng, X., Duan, L., Li, Z., Cui, L., and Ba, Y. 2017. Gene-environment interaction: Does fluoride influence the reproductive hormones in male farmers modified by ERa gene polymorphisms? Chemosphere 188:525-531.

Maas, R.P., Patch, S.C., Christian, A.-M., and Coplan, M.J. 2007. Effects of fluoridation and disinfection agent combinations on lead leaching from leaded-brass parts. NeuroToxicology 28:1023-1031.

Madero, M., Gul, A., and Sarnak, M.J. 2008. Cognitive function in chronic kidney disease. Seminars in Dialysis 21(1):29-37.

Malhotra, A., Tewari, A., Chawla, H.S., Gauba, K., and Dhall, K. 1993. Placental transfer of fluoride in pregnant women consuming optimum fluoride in drinking water. J. Indian Soc. Pedo. Prev. Dent. 11:1-3.

Malin, A.J., Riddell, J., McCague, H., and Till, C. 2018. Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status. Environment International 121:667-674.

Mansour, H.H., and Tawfik, S.S. 2012. Efficacy of lycopene against fluoride toxicity in rats. Pharmaceutical Biology 50(6):707-11.

Marier, J.R. 1977. Some current aspects of environmental fluoride. The Science of the Total Environment 8:253-265.

Martin, O.V., Martin, S., and Kortenkamp, A. 2013. Dispelling urban myths about default uncertainty factors in chemical risk assessment: Sufficient protection against mixture effects? Environmental Health 12:53.

Marumo, F., and Iwanami, S. 2001. High fluoride concentrations in the serum and bone of patients with chronic renal failure [conference abstract]. Fluoride 34(3):213.



McCauley, H.B., and McClure, F.J. 1954. Effect of fluoride in drinking water on the osseous development of the hand and wrist in children. Public Health Reports 69(7):671-83. EJ. 1944.

McClure, F.J. 1944. Fluoride domestic waters and systemic effects. 1. Relation to bone-fracture experience, height, and weight of high school boys and young selectees of the armed forces of the United States. Public Health Reports 59:1543-1558.

McDonagh, M., Whiting, P., Bradley, M., Cooper, J., Sutton, A., Chestnutt, I., Misso, K., Wilson, P., Treasure, E., and Kleijnen, J. 2000. A Systematic Review of Public Water Fluoridation. NHS Centre for Reviews and Dissemination, University of York, York, UK.

McPherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., Picut, C., and Harry, G.J. 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans Hooded Rats. Neurotoxicity Research 34(4):781-798.

Mendley, S.R., Matheson, M.B., Shinnar, S., Lande, M.B., Gerson, A.C., Butler, R.W., Warady, B.A., Furth, S.L., and Hooper, S.R. 2015. Duration of chronic kidney disease reduces attention and executive function in pediatric patients. Kidney International 87:800-806.

Menkes, D.B., Thiessen, K., and Williams, J. 2014. Health effects of water fluoridation: How "effectively settled" is the science? NZMJ 127:1407:84-86.

Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W.V., Hofman, A., Verhulst, F.C., and Ghassabian, A. 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatrics 169(9):838-845.

Moleti, M., Trimarchi, F., Tortorella, G., Longo, A.C., Giorgianni, G., Sturniolo, G., Alibrandi, A., and Vermiglio, F. 2016. Effects of maternal iodine nutrition and thyroid status on cognitive development in offspring: A pilot study. Thyroid 26(2):296-305.

Morgan, L., Allred, E., Tavares, M., Bellinger, D., and Needleman, H. 1998. Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. Pediatric Dentistry 20(4):244-252.

Mooradian, A.D. 1994. Potential mechanisms of the age-related changes in the blood-brain barrier. Neurobiology of Aging 15(6):751-755.

Morreale de Escobar, G., Obregón, M.J., and Escobar del Rey, F. 2000. Is neuropsychological development related to maternal hypothyroidism or to maternal hypothyroxinemia? J. Clinical Endocrinology & Metabolism 85(11):3975-3987.

Morreale de Escobar, G., Obregón, M.J., and Escobar del Rey, F. 2004. Maternal thyroid hormones early in pregnancy and fetal brain development. Best Practice & Research Clinical Endocrinology & Metabolism 18(2):225-248.

Mukhopadhyay, D., Priya, P., and Chattopadhyay, A. 2015. Sodium fluoride affects zebrafish behaviour and alters mRNA expressions of biomarker genes in the brain: Role of Nrf2/Keap1. Environmental Toxicology and Pharmacology 40(2):352-9.

Mullenix, P.J., DenBesten, P.K., Schunior, A., and Kernan, W.J. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicology and Teratology 17(2):169-177.

Nabavi, S.F., Eslami, Sh., Moghaddum, A.H., and Nabavi S.M. 2011. Protective effects of curcumin against fluoride-induced oxidative stress in the rat brain. Neurophysiology 43(4):287-91.

Nabavi, S.F., Nabavi, S.M., Latifi, A.M., Mirzaei, M., Habtemariam, S., and Moghaddam, A.H. 2012a. Mitigating role of quercetin against sodium fluoride-induced oxidative stress in the rat brain. Pharmaceutical Biology 50(11):1380-3.



Nabavi, S.F., Habtemariam, S., Jafari, M., Sureda, A., and Nabavi, S.M. 2012b. Protective role of gallic acid on sodium fluoride induced oxidative stress in rat brain. Bulletin of Environmental Contamination and Toxicology 89(1):73-7.

Nabavi SM, Sureda N, Nabavi SF, Latifi AM, Moghaddam AH, and Hellio C. 2012c. Neuroprotective effects of silymarin on sodium fluoride-induced oxidative stress. Journal of Fluorine Chemistry 142:79-82.

Nabavi, S.F., Nabavi, S.M., Habtemariam, S., Moghaddam, A.H., Sureda, A., and Mirzaei, M. 2013. Neuroprotective effects of methyl-3-*O*-methyl gallate against sodium fluoride-induced oxidative stress in the brain of rats. Cellular and Molecular Neurobiology 33(2):261-7.

Nagarajappa, R., Pujara, P., Sharda, A.J., Asawa, K., Tak, M., Aapaliya, P., and Bhanushali, N. 2013. Comparative assessment of intelligence quotient among children living in high and low fluoride areas of Kutch, India: a pilot study. Iranian Journal of Public Health 2(8): 813–818.

Nalagoni, C.S.R., and Karnati, P.R. 2016. Protective effect of resveratrol against neuronal damage through oxidative stress in cerebral hemisphere of aluminum and fluoride treated rats. Interdisciplinary Toxicology 9(2):78-82.

NAS (National Academies of Sciences, Engineering, and Medicine). 2011. Review of the Environmental Protection Agency's Draft IRIS Assessment of Formaldehyde. Washington, DC: The National Academies Press.

NAS (National Academies of Sciences, Engineering, and Medicine). 2014. Review of EPA's Integrated Risk Information System (IRIS) Process. Washington, DC: The National Academies Press.

NAS (National Academies of Sciences, Engineering, and Medicine). 2018. Progress Toward Transforming the Integrated Risk Information System (IRIS) Program: A 2018 Evaluation. Washington, DC: The National Academies Press.

Neurath, C. 2005. Tooth decay trends for 12 year olds in nonfluoridated and fluoridated countries. Fluoride 38:324-325.

Neville, M.J., Johnstone, E.C., and Walton, R.T. 2004. Identification and characterization of ANKK1: A novel kinase gene closely linked to DRD2 on chromosome band 11q23.1. Human Mutation 23:540-545.

Nicklas, T.A., Qu, H., Hughes, S.O., Wagner, S.E., Foushee, H.R., and Shewchuk, R.M. 2009. Prevalence of self-reported lactose intolerance in a multiethnic sample of adults. Nutrition Today 44(5):222-227.

Nicklas, T.A., Qu, H., Hughes, S.O., He, M., Wagner, S.E., Foushee, H.R., and Shewchuk, R.M. 2011. Self-perceived lactose intolerance results in lower intakes of calcium and dairy foods and is associated with hypertesnion and diabetes in adults. Am. J. Clin. Nutr. 94:191-198.

Niu, R., Sun, Z., Wang, J., Cheng, Z., and Wang, J. 2008. Effects of fluoride and lead on locomotor behavior and expression of Nissl body in brain of adult rats. Fluoride 4194):276-282.

Niu, R., Sun, Z., Cheng, Z., Li, Z., and Wang, J. 2009. Decreased learning ability and low hippocampus glutamate in offspring rats exposed to fluoride and lead. Environmental Toxicology and Pharmacology 28(2):254-258.

Niu, R., Liu, S., Wang, J., Zhang, J., Sun, Z., and Wang, J. 2014. Proteomic analysis of hippocampus in offspring male mice exposed to fluoride and lead. Biological Trace Element Research 162(1-3):227-33.

Niu, R., Xue, X., Zhao, Y., Sun, Z., Yan, X., Li, X., Feng, C., and Wang, J. 2015a. Effects of fluoride on microtubule ultrastructure and expression of Tubα1a and Tubβ2a in mouse hippocampus. Chemosphere 133(1):71-82.

Niu, R., Zhang, Y., Liu, S., Liu, F., Sun, Z., and Wang, J. 2015b. Proteome alterations in cortex of mice exposed to fluoride and lead. Biological Trace Element Research 164(1):99-105.



Niu, Q., Chen, J., Xia, T., Li, P., Zhou, G., Xu, C., Zhao, Q., Dong, L., Zhang, S., and Wang. A. 2018a. Excessive ER stress and the resulting autophagic flux dysfunction contribute to fluoride-induced neurotoxicity. Environmental Pollution 233:889-899.

Niu, R., Chen, H., Manthari, R.K., Sun, Z., Wang, J., Zhang, J., and Wang, J. 2018b. Effects of fluoride on synapse morphology and myelin damage in mouse hippocampus. Chemosphere 194:628-633.

NRC (National Research Council). 1983. Risk Assessment in the Federal Government: Managing the Process. Washington, National Academy Press.

NRC (National Research Council). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, National Academy Press. [Available: http://www.nap.edu/catalog/11571.html]

NRC (National Research Council). 2009. Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants: Volume 3. Washington, National Academy Press. [Available: http://www.nap.edu/catalog.php?record_id=12741]

NTP (National Toxicology Program). 2015a. Systematic Review on the Neurobehavioral Toxicity of Fluoride in Animal Studies. National Institute of Environmental Health Sciences, National Toxicology Program Office of Health Assessment and Translation (June 2015).

NTP (National Toxicology Program). 2015b. Handbook for Conducting a LIterature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. National Institute of Environmental Health Sciences, National Toxicology Program, Office of Health Assessment and Translation (January 2015).

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC: National Toxicology Program (July 2016).

O'Connor, N.R. 2009. Infant formula. American Family Physician 79(7):565-570.

OMIM (Online Mendelian Inheritance in Man). 2018. 608774, Ankyrin Repeat- and Kinase Domain-Containing Protein 1; ANKK1 (https://www.omim.org/entry/608774; last updated May 24, 2018; accessed December 27, 2018).

Ou, X., Andres, A., Pivik, R.T., Cleves, M.A., Snow, J.H., Ding, Z., and Badger, T.M. 2016. Voxel-based morphometry and fMRI revealed differences in brain gray matter in breastfed and milk formula-fed children. Am. J. Neuroradiol. 37:713-719.

Pal, S., and Sarkar, C. 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Environmental Toxicology and Pharmacology 38(2):684-699.

Pan, Y. and Nicolazzo, J.A. 2018. Impact of aging, Alzheimer's disease and Parkinson's disease on the blood-brain barrier transport of therapeutics. Advanced Drug Delivery Reviews 135:62-74.

Pan, Y., Lü, P., Yin, L., Chen, K., and He, Y. 2015. Effect of fluoride on the proteomic profile of the hippocampus in rats. Zeitschrift für Naturforschung C. 70(5-6):151-7.

Pandit, C.G., Raghavachari, T.N.S., Rao, D.S., and Krishnamurti, V. 1940. A study of the factors involved in the production of mottled enamel in children and severe bone manifestations in adults. Ind. J. Med. Res. 28(2):533-558.

Pang, H., Yu, L., Lai, X., and Chen, Q. 2018. Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese Journal of Control of Endemic Diseases 33(2):151-152.



Patel, J., Landers, K., Li, H., Mortimer, R.H., and Richard, K. 2011. Thyroid hormones and fetal neurological development. Journal of Endocrinology 209:1-8.

Pearce, E.N. 2015. Is iodine deficiency reemerging in the United States? AACE Clinical Case Reports 1(1):e81-e82.

Peckham, S., Lowery, D., and Spencer S. 2015. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. Journal of Epidemiology and Community Health 69(7):619-24.

Pei, J., Li, B., Liu, Y., Liu, X., Li, M., Chu, Y., Yang, Q., Jiang, W., Chen, F., Darko, G.M., Yang, Y., and Gao, Y. 2017. Matrix metallopeptidase-2 gene rs2287074 polymorphism is associated with brick tea skeletal fluorosis in Tibetans and Kazaks, China. Scientific Reports 7:40086.

Pereira, M., Dombrowski, P.A., Losso, E.M., Chioca, L.R., Da Cunha, C., and Andreatini, R. 2011. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. Neurotoxicity Research 19(1):55-62.

Pop, V.J., Kuijjpens, J.L., van Baar, A.L., Verkerk, G., van Son, M.M., de Vijlder, J.J., Vulsma, T., Wiersinga, W.M., Drexhage, H.A., and Vader, H.L. 1999. Low maternal free thyroxine concentrations during early pregnancyt are associated with impaired psychomotor developpment in infancy. Clinical Endocrinology 50:149-155.

Pop, V.J., Brouwers, E.P., Vader, H.L., Vulsma, T., van Baar, A.L., and de Vijlder, J.J. 2003. Maternal hypothyroxinaemia during early pregnancy and subsequent child development: A 3-year follow-up study. Clinical Endocrinology 59:282-288.

Popov, L.I., Filatovas, R.I., and Shershever, A.S. 1974. Characterization of nervous system intoxication in occupational fluorosis. *Gigiena Truda i Professional'nye Zabolevaniia* (5):25-27.

Pramanik, S., and Saha, D. 2017. The genetic influence in fluorosis. Environmental Toxicology and Pharmacology 56:157-162.

Psoter, W.J., Reid, B.C., and Katz, R.V.  2005.  Malnutrition and dental caries:  A review of the literature. Caries Res. 39:441-447.

Pulungan, Z.S.A., Sofro, Z.M., and Partadiredja, G. 2018. Sodium fluoride does not affect the working memory and number of pyramidal cells in rat medial prefrontal cortex. Anatomical Science International 93(1):128-138.

Qian, W., Miao, K., Li, T., and Zhang, Z. 2013. Effect of selenium on fluoride-induced changes in synaptic plasticity in rat hippocampus. Biological Trace Element Research 155(2):253–260.

Qin, L., Huo, S., Chen, R., Chang, Y., and Zhao, M. 1990. Using the Raven's Standard Progressive Matrices to determine the effects of the level of fluoride in drinking water of the intellectual abilities of school-age children. Chinese Journal of Control of Endemic Deseases 5(4):203-204. English translation in Fluoride 41(2):115-119 (2008).

Raghu, J., Raghuveer, V.C., Rao, M.C., Somayaji, N.S., and Babu, P.B. 2013. The ameliorative effect of ascorbic acid and Ginkgo biloba on learning and memory deficits associated with fluoride exposure. Interdisciplinary Toxicology 6(4):217-21.

Ranpariya, V.L., Parmar, S.K., Sheth, N.R., and Chandrashekhar, V.M. 2011. Neuroprotective activity of Matricaria recutita against fluoride-induced stress in rats. Pharmaceutical Biology 49(7):696-701.

Rauh, V.A., and Margolis, A. 2016. Research Review: Environmental exposures, neurodevelopment and child mental health - new paradigms for the study of brain and behavioral effects. J. Child Psychol. Psychiatry 57(7):775-793.



Reddy, K.P., Sailaja, G., and Krishnaiah, C. 2009. Protective effects of selenium on fluoride induced alterations in certain enzymes in brain of mice. Journal of Environmental Biology 30(5 Suppl):859-64.

Reddy, Y.P., Tiwari, S.K., Shaik, A.P., Alsaeed, A., Sultana, A., and Reddy, P.K. 2014. Effect of sodium fluoride on neuroimmunological parameters, oxidative stress and antioxidative defenses. Toxicology Mechanisms and Methods 24(1):31-6.

Ren, D., Li, K., and Liu, D. 1989. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. Chinese Journal of Control of Endemic Diseases 4(4):251 (republished in Fluoride 2008; 41:319-20).

Renwick, A.G. (1993) Data-derived safety factors for the evaluation of food additives and environmental contaminants. Food Additives and Contaminants 10(3):275-305.

Rice, W.B., and Lu, F.C. 1963. The effect of sodium fluoride on the actions of succinylcholine, parathion and demeton in Rats. Acta Pharmacologica et Toxicologica (Copenh). 20:39-42.

Rocha-Amador, D., Navarro, M.E., Carrizales, L., Morales R., and Calderón, J. 2007. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cadernos de Saúde Pública 23 Suppl 4:S579-87.

Rocha-Amador, D., Navarro, M., Trejo-Acevedo, A., Carrizales, L., Pérez-Maldonado, I., Díaz-Barriga, F., and Calderón, J. 2009. Use of the Rey-Osterrieth Complex Figure Test for neurotoxicity evaluation of mixtures in children. Neurotoxicology 30(6):1149-54.

Rodier, P.M. 1995. Developing brain as a target of toxicity. Environmental Health Perspectives 103(Supplement 6):73-76.

Rogalska, A., Kuter, K., Żelazko, A., Głogowska-Gruszka, A., Świętochowska, E., and Nowak, P. 2017. Fluoride alteration of [³H]glucose uptake in Wistar rat brain and peripheral tissues. Neurotoxicity Research 31(3):436-443.

Roholm, K. 1937. *Fluorine Intoxication. A Clinical-Hygienic Study.* Publishers: NYT Nordisk Forlag, Arnold Busck, Copenhagen and H.K. Lewis & Co. Ltd, 136, Gower Street, London.

Román, G.C. 2007. Autism: Transient in utero hypothyroxinemia related to maternal flavonoid ingestion during pregnancy and to other environmental antithyroid agents. J. Nuerological Sciences 262:15-26.

Ron, M., Singer, L., Menczel, J., and Kidroni, G. 1986. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. Eur. J. Obstet. Gynecol. Reprod. Biol. 21:213-218.

Rose, D., and Marier, J.R. 1977. Environmental Fluoride. National Research Council of Canada.

Rosenberg, G.A. 2014. Blood-brain barrier permeability in aging and Alzheimer's disease. J. Prev. Alzheimers Dis. 1(3):138-139 (doi:10.14283/jpad.2014.25).

Russ, T.C., Killin, L.O.J., Hannah, J., Batty, G.D., Deary, I.J., and Starr, J.M. 2019. Aluminium and fluoride in drinking water in relation to later dementia risk. British Journal of Psychiatry (doi: 10.1192/bjp.2018.287) [Epub ahead of print].

Sadilova, M.S., Plotko, E.G., and Yel'nichyykh, L.N.1968. New data for the validation of the mean daily maximum permissible concentration of hydrogen fluoride in atmospheric air. From: Akademiya Meditsinakikh Nauk SSSR. "Biologicheskoe deystvie I gigienicheskoe znachenie atmosfemykh zagryaznertiy" .. Red. V. A. Ryazanova. Vypusk 11, Izdatel'stvo "Meditsina'~ Moskva, p. 5-15.

Salgarello, M., Lunardi, G., Inno, A., Pasetto, S., Severi, F., Gorgoni, G., and Gori, S. 2016. 18F-NaF PET/CT Imaging of Brain Metastases. Clinical Nuclear Medicine 41(7):564-5.



Samanta, A., Chanda, S., Bandyopadhyay, B., and Das, N. 2016. Establishment of drug delivery system nanocapsulated with an antioxidant (+)-catechin hydrate and sodium meta borate chelator against sodium fluoride induced oxidative stress in rats. Journal of Trace Elements in Medicine and Biology 33:54-67.

Sarkar, C., Pal, S., Das, N., and Dinda, B. 2014. Ameliorative effects of oleanolic acid on fluoride induced metabolic and oxidative dysfunctions in rat brain: experimental and biochemical studies. Food and Chemical Toxicology 66:224–236.

Sawan, R.M.M., Leite, G.A.S., Saraiva, M.C.P., Barbosa, F. Jr., Tanus-Santos, J.E., and Gerlach, R.F. 2010. Fluoride increases lead concentrations in whole blood and in calcified tissues from lead-exposed rats. Toxicology 271:21-26.

Schiffl, H. 2008. Fluoridation of drinking water and chronic kidney disease: Absence of evidence is not evidence of absence [letter]. Nephrol. Dial. Transplant. 23:411.

Schlesinger, E.R., Overton, D.E., Chase, H.C., and Cantwell, K.T. 1956a. Newburgh-Kingston caries-fluorine study XIII. Pediatric findings after ten years. Journal of the American Dental Association 52(3):296-306.

Schlesinger, E.R., Overton, D.E., Chase, H.C., and Cantwell, K.T. 1956b. Study of children drinking fluoridated and nonfluoridated water. Journal of the American Medical Association 160(1):21-4.

Seraj, B., Shahrabi, M., Shadfar, M., Ahmadi, R., Fallahzadeh, M., Frrokh Eslamlu, H., and Kharazifard, M.J. 2012. Effect of high water fluoride concentration on the intellectual development of children in Makoo/Iran. J. Dentistry (Tehran) 9(3):221-229.

Shalini, B., and Sharma, J.D. 2015. Beneficial effects of *Emblica officinalis* on fluoride-induced toxicity on brain biochemical indexes and learning-memory in rats. Toxicology International 22(1):35-9.

Shan, K.R., Qi, X.L., Long, Y.G., Nordberg, A., and Guan, Z.Z. 2004. Decreased nicotinic receptors in PC12 cells and rat brains influenced by fluoride toxicity--a mechanism relating to a damage at the level in post-transcription of the receptor genes. Toxicology 200(2-3):169-77.

Shannon, F.T., Fergusson, D.M., and Horwood, L.J. 1986. Exposure to fluoridated public water supplies and child health and behaviour. New Zealand Medical Journal 99:416-418.

Sharma, C., Suhalka, P., Sukhwal, P., Jaiswal, N., and Bhatnagar, M. 2014. Curcumin attenuates neurotoxicity induced by fluoride: An in vivo evidence. Pharmacognosy Magazine 10(37):61-65.

Sharma, C., Suhalka, P., and Bhatnagar, M. 2018. Curcumin and resveratrol rescue cortical–hippocampal system from chronic fluoride-induced neurodegeneration and enhance memory retrieval. International Journal of Neuroscience13:1-15.

Shen, Y.-W., and Taves, D.R. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am. J. Obstet. Gynecol. 119(2):205-207.

Shen, Q.F., Xia, Y.P., and Xu, T.T. 2019. Matrix metalloproteinase-9 and p53 involved in chronic fluorosis induced blood-brain barrier damage and neurocyte changes. Archives of Medical Science 2:457-66.

Sheth, S., and Colletti, P.M. 2012. Atlas of sodium fluoride PET bone scans: atlas of NaF PET bone scans. Clinical Nuclear Medicine 37(5):e110-e116.

Shiboski, C.H., Gansky, S.A., Ramos-Gomez, F., Ngo, L., Isman, R., Pollick, H.F. 2003. The association of early childhood caries and race/ethnicity among California preschool children. J. Public Health Dentistry 63:38-46.

Shimonovitz, S., Patz, D., Ever-Hadani, P., Singer, L., Zacut, D., Kidroni, G., and Ron, M. 1995. Umbilical cord fluoride serum levels may not reflect fetal fluoride status. J. Perinat. Med. 23:279-282.



Shivaprakash, P.K., Ohri, K., and Noorani, HJ. 2011. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot district. Journal of Indian Society of Pedodontics and Preventive Dentistry 29(2):117-120.

Short, E.M. 1944. Domestic water and dental caries: VI. The relation of fluoride domestic waters to permanent tooth eruption. J. Dent. Res. 23:247-255.

Spencer, K.F., and Limeback, H. 2018. Blood is thicker than water: Flaws in a National Toxicology Program study. Medical Hypotheses 121:160-163.

Spittle, B. 1994. Psychopharmacology of fluoride. a review. International Clinical Psychopharmacology. 9(2):79-82.

Stevenson, C.A., and Watson, A.R. 1957. Fluoride osteosclerosis. The American Journal of Roentgenology, Radium Therapy, and Nuclear Medicine 78(1):13-8.

Storhaug, C.L., Fosse, S.K., and Fadnes, L.T. 2017. Country, regional, and global estimates for lactose malabsorption in adults: A systematic review and meta-analysis. Lancet Gastroenterol. Hepatol. 2:738-746.

Suárez-Rodríguez, M., Azcona-San Julián, C., and Alzina de Aguilar, V. 2012. Hypothyroxinemia during pregnancy: The effect on neurodevelopment in the child. International Journal of Developmental Neuroscience 30:435-438.

Sudhir, K.M., Chandu, G.N., Prashant, G.M., Subba Reddy, V.V. 2009. Effect of fluoride exposure on Intelligence Quotient (IQ) among 13-15 year old school children of known endemic area of fluorosis, Nalgonda District, Andhra Pradesh. Journal of the Indian Association of Public Health Dentistry 1(13):88-94.

Sun, M., Li, S., Wang, Y., and Li, F. 1991. Using drawing tests to measure intelligence in children from areas impacted by combined Al-F endemic toxicosis (Shuicheng, Guizhou). Journal of Guiyang Medical College 16(3):204-06.

Sun, Y., Ke, L., Zheng, X., Li, T., Ouyang, W., and Zhang, Z. 2017. Effects of different levels of calcium intake on brain cell apoptosis in fluorosis rat offspring and its molecular mechanism. Biological Trace Element Research 176(2):355-366.

Sun, Z., Zhang, Y., Xue, X., Niu, R., and Wang, J. 2018. Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. Human & Experimental Toxicology 37(1):87-93.

Susheela, A.K., Bhatnagar, M., Vig, K., and Mondal, N.K. 2005. Excess fluoride ingestion and thyroid hormone derangements in children living in Delhi, India. Fluoride 38:98-108.

Tang, Q., Du, J., Ma, H., Jiang, S., and Zhou, X. 2008. Fluoride and children's intelligence: A meta-analysis. Biol. Trace Elem. Res. 126:115-120.

Teng, Y., Zhang, J., Zhang, Z., and Feng, J. 2018. The effect of chronic fluorosis on calcium ions and CaMKIIα, and c-fos expression in the rat hippocampus. Biological Trace Element Research 182(2):295-302.

Thenkondar, A., Jafari, L., Sooriash, R., Hajsadeghi, F., Berenji, G.R., and Li, Y. 2017. 18F-NaF PET Demonstrating Unusual Focal Tracer Activity in the Brain. Clinical Nuclear Medicine 42(2):127-128.

Thiessen, K.M. 2011. Comments on EPA's Fluoride Risk Assessment and Relative Source Contribution Documents. Submitted to EPA's Office of Water and to EPA's Office of Pesticide Programs (April 19, 2011).

Till, C., Green, R., Grundy, J.G., Hornung, R., Neufeld, R., Martinex-Mier, E.A., Ayotte, P., Muckle, G., and Lanphear, B. 2018. Environmental Health Perspectives 126(10):107001.



Tipre, D.N., Zoghbi, S.S., Liow, J.S., Green, M.V., Seidel, J., Ichise, M., Innis, R.B., and Pike, V.W. 2006. PET imaging of brain 5-HT1A receptors in rat in vivo with 18F-FCWAY and improvement by successful inhibition of radioligand defluorination with miconazole. Journal of Nuclear Medicine 47(2):345-53.

Trivedi, M.H., Verma, R.J., and Chinoy, N.J. 2007. Amelioration by black tea of sodium fluoride-induced changes in protein content of cerebral hemisphere, cerebellum and medulla oblongata in brain region of mice. Acta Poloniae Pharmaceutica 64(3):221-5.

Tu, J., Liu, K., Song, Y., Zhang, Y., Cui, C., and Lu, C. 2011. Interactive effect of fluoride burden with calcitonin receptor gene polymorphisms on the risk of F bone injury. Int. Arch. Occup. Environ. Health 84:533-538.

Turner, S.D., Chan, J.T., and Li, E. 1998. Impact of imported everages on fluoridated and nonfluoridated communities. General Dentistry 146(2):90-193.

Underwood, E.J. 1977. Fluorine, Chapter 13 in: *Trace Elements in Human and Animal Nutrition*, 4th Edition. New York Academic Press, pp. 347-369.

USDHHS Panel (U.S. Department of Health and Human Services Federal Panel on community Water Fluoridation). 2015. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Reports 130:318-331.

Valdez Jiménez, L., López Guzmán, O.D., Cervantes Flores, M., Costilla-Salazar, R., Calderón Hernández, J., Alcaraz Contreras, Y., and Rocha-Amador, D.O. 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59:65-70.

Varner, J.A., Horvath, W.J., Huie, C.W., Naslund, H.R., and Isaacson, R.L. 1994. Chronic aluminum fluoride administration. I. Behavioral observations. Behavioral and Neural Biology 61:233-241.

Varner, J.A., Jensen, K.F., Horvath, W., and Isaacson, R.L. 1998. Chronic administration of aluminum fluoride or sodium fluoride to rats in drinking water: Alterations in neuronal and cerebrovascular integrity. Brain Research 784(1-2):284-298.

Vermiglio, F., Lo Presti, V.P., Moleti, M., Sidoti, M., Tortorella, G., Scaffidi, G., Castagna, M.G., Mattina, F., Violi, M.A., Crisà, A., Artemisia, A., and Trimarchi, F. 2004. Attention deficit and hyperactivity disorders in the offspring of mothers exposed to mild-moderate iodine deficiency: A possible novel iodine deficiency disorder in developed countries. J. Clin. Endocrinol. Metab. 89:6054-6060.

Victora, C.G., Horta, B.L., Loret de Mola, C., Quevedo, L., Pinheiro, R.T., Gigante, D.P., Gonçalves, H., and Barros, F.C. 2015. Association between breastfeeding and intelligence, educational attainment, and income at 30 years of age: A prospective birth cohort study from Brazil. Lancet Global Health 3:e199-e205.

Victora, C.G., Bahl, R., Barros, A.J.D., França, G.V.A., Horton, S., Krasevec, J., Murch, S., Sankar, M.J., Walker, N., and Rollins, N.C., for The Lancet Breastfeeding Series Group. 2016. Breastfeeding in the 21st century: Epidemiology, mechanisms, and lifelong effect. Lancet 387:475-490.

Wadhwani, T.K., and Ramasway, A.S. 1953. Pathological changes in the tissues of rats (albino) and monkeys (*Macaca radiata*) in fluorine toxicosis. Journal of the Indian Institute of Science, Section A. 35:223-230.

Walton, J.L., and Messer, L.B. 1981. Dental caries and fluorosis in breast-fed and bottle-fed children. Caries Research 15:124-137.

Wang, G., Yang, D., Jia, F., and Wang, H. 1996. A study of the IQ levels of four- to seven-year-old children in high fluoride areas. *Endemic Diseases Bulletin* 11(1):60-6 (English translation published in *Fluoride* 2008; 41:340–43).



Wang, S.X., Wang, Z.H., Cheng, X.T., Li, J., Sang, Z.P., Zhang, X.D., Han, L.L., Qiao, X.Y., Wu, Z.M., and Wang, Z.Q. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environmental Health Perspectives 115(4):643-7.

Wang, J., Zhang, Y., Guo, Z., Li, R., Xue, X., Sun, Z., and Niu, R. 2018a. Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. Chemosphere 197:117-122.

Wang, C., Liang, C., Ma, J., Manthari, R.K., Niu, R., Wang, J., Wang, J., and Zhang, J. 2018b. Co-exposure to fluoride and sulfur dioxide on histological alteration and DNA damage in rat brain. Journal of Biochemical and Molecular Toxicology 32(2).

Warren, J.J., Levy, S.M., Broffitt, B., Cavanaugh, J.E., Kanellis, M.J., and Weber-Gasparoni, K. 2009. Considerations on optimal fluoride intake using dental fluorosis and dental caries outcomes—A longitudinal study. J. Public Health Dentistry 69:111-115.

Waugh, D.T., Godfrey, M., Limeback, H., and Potter, W. 2017. Black tea source, production, and consumption: Assessment of health risks of fluoride intake in New Zealand. Journal of Environmental and Public Health 2017:5120504.

Wei, N., Dong, Y.T., Deng, J., Wang, Y., Qi, X.L., Yu, W.F., Xiao, Y., Zhou, J.J., and Guan, Z.Z. 2018. Changed expressions of N-methyl-D-aspartate receptors in the brains of rats and primary neurons exposed to high level of fluoride. Journal of Trace Elements in Medicine and Biology 45:31-40.

Whitford, G.M., and Pashley, D.H. 1974. Soft tissue distribution of fluoride. Journal of Dental Research 53: Special Issue, Abstract 705.

Whitford, G.M., and Pashley, D.H. 1979. The effect of body fluid pH on fluoride distribution, toxicity, and renal clearance. In: Continuing Evaluation of the Use of Fluorides, Edited by Erling Johansen, Donald R. Taves, and Thor O. Olson. Chapter 8. AAAS (American Association for the Advancement of Science) Selected Symposium.

Whitford, G.M., Whitford, J.L., and Hobbs, S.H. 2009. Appetitive-based learning in rats: lack of effect of chronic exposure to fluoride. Neurotoxicology and Teratology 31(4):210-15.

Wilson, P.M., and Sheldon, T.A. 2006. Muddy waters: evidence-based policy making, uncertainty and the "York review" on water fluoridation. Evidence & Policy 2(3):321-331.

WHO (World Health Organization). 2004. Fluoride in drinking-water. Background document for development of *WHO Guidelines for Drinking-Water Quality*. World Health Organization, WHO/SDE/WSH/03.04/96.

Wolf, J.H. 2003. Low breastfeeding rates and public health in the United States. American Journal of Public Health 93(12):2000-2010.

Wu, J., Zhu, H., and Ji, H. 2013. Unexpected detection of brain metastases by 18F-NaF PET/CT in a patient with lung cancer. Clinical Nuclear Medicine 38(11):e429-32.

Wu, J., Wang, W., Liu, Y., Sun, J., Ye, Y., Li, B., Liu, X., Liu, H., Sun, Z., Li, M., Cui, J., Sun, D., Yang, Y., and Gao, Y. 2015. Modifying role of GSTP1 polymorphism on the association between tea fluoride exposure and the brick-tea type fluorosis. PLoS One 10(6):e0128280.

Xiang, Q., Liang, Y., Chen, L., Wang, C., Chen, B., Chen, X., and Zhou, M. 2003a. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84-94.

Xiang, Q., Liang, Y., Zhou, M., and Zang, H. 2003b. Blood lead of children in Wamiao-Xinhuai intelligence study [letter]. Fluoride 36(3):198-199.



Xiang, Q., Liang, Y., Chen, B., and Chen, L. 2011. Analysis of children's serum fluoride levels in relation to intelligence scores in a high and low fluoride water village in China. Fluoride 44(4):191-194.

Xu, Y., Lu, C., and Zhang, X. 1994. The effect of fluorine on the level of intelligence in children. *Endemic Diseases Bulletin* 9(2):83-84.

Yan, N., Liu, Y., Liu, S., Cao, S., Wang, F., Wang, Z., and Xi, S. 2016. Fluoride-induced neuron apoptosis and expressions of inflammatory factors by activating microglia in rat brain. Molecular Neurobiology 53(7):4449–60.

Yang, Y., Wang, X., Guo, X., and Hu, P. 1994. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. Chinese Journal of Epidemiology 15(4):296-8. English translation in Fluoride 41(4):336-339 (2008).

Yang, D., Liu, Y., Chu, Y., Yang, Q., Jiang, W., Chen, F., Li, D., Qin, M., Sun, D., Yang, Y., Gao, Y. 2016. Association between vitamin D receptor gene FokI polymorphism and skeletal fluorosis of the brick-tea type fluorosis: A cross sectional, case control study. BMJ Open 6(11):e011980.

Yang, L., Jin, P., Wang, X., Zhou, Q., Lin, X., and Xi, S. 2018a. Fluoride activates microglia, secretes inflammatory factors and influences synaptic neuron plasticity in the hippocampus of rats. Neurotoxicology 69:108-120.

Yang, Y., Zhao, Q., Liu, Y., Liu, X., Chu, Y., Yan, H., Fan, Y., Huo, S., Wang, L., Lou, Q., Guo, N., Sun, D., and Gao, Y. 2018b. FRZB1 rs2242070 polymorphisms is associated with brick tea type skeletal fluorosis in Kazakhs, but not in Tibetans, China. Archives of Toxicology 92:2217-2225.

Yang, H., Xing, H., Liu, S., Yu, H., and Li, P. 2019. Analysis of the protective effects of c-aminobutyric acid during fluoride-induced hypothyroidism in male Kunming mice. Pharmaceutical Biology, 57(1): 29-37.

Yao, Y., Zhou, J., Wang, X., Cui, Q., and Lin, F. 1996. Analysis on TSH and intelligence level of children with dental Fluorosis in a high fluoride area. Literature and Information on Preventive Medicine 2(1):26-27.

Yao, Y., Deng, Y., Yang, S., Zhou, J., Wang, X., and Cui, Z. 1997. Comparative assessment of the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. Literature and Information on Preventive Medicine 3(1):42-43.

Yazdi, S.M., Sharifian, A., Dehghani-Beshne, M., Momeni, V.R., and Aminian, O. 2011. Effects of fluoride on psychomotor performance and memory of aluminum potroom workers. Fluoride 44(3):158-162.

Yu, Y., Yang, W., Dong, Z., Wan, C., Zhang, J., Liu, J., Xiao, K., Huang, Y., and Lu, B. 1996. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Chinese Journal of Endemiology 15(5):257-259. English translation (2008) in Fluoride 41(2):134-138.

Yu, X., Chen, J., Li, Y., Liu, H., Hou, C., Zeng, Q., Cui, Y., Zhao, L., Li, P., Zhou, Z., Pang, S., Tang, S., Tian, K., Zhao, Q., Dong, L., Xu, C., Zhang, X., Zhang, S., Liu, L., and Wang, A. 2018. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. Environment International 118:116-124.

Yu, Q., Shao, D., Zhang, R., Ouyang, W., and Zhang, Z. 2019. Effects of drinking water fluorosis on L-type calcium channel of hippocampal neurons in mice. Chemosphere 220:169-175.

Yuan, J., Li, Q., Niu, R., and Wang, J. 2019. Fluoride exposure decreased learning ability and the expressions of the insulin receptor in male mouse hippocampus and olfactory bulb. Chemosphere 224:71-76.



Zeevi, N., Pachter, J., McCullough, L.D., Wolfson, L., and Kuchel, G.A. 2010. The blood-brain barrier: Geriatric relevance of a critical brain-body interface. J. Am. Geriatr. Soc. 58(9):1749-1757.

Zhang, R., Niu, Y., Du, H., Cao, X., Shi, D., Hao, Q., and Zhou, Y. 2009. A stable and sensitive testing system for potential carcinogens based on DNA damage-induced gene expression in human HepG2 cell. Toxicology in Vitro 23:158-165.

Zhang, J., Zhu, W.J., Xu, X.H., and Zhang, Z.G. 2011. Effect of fluoride on calcium ion concentration and expression of nuclear transcription factor kappa-B p65 in rat hippocampus. Experimental and Toxicologic Pathology 63(5):407-11.

Zhang, J., and Zhang, Z. 2013. Effects of chronic fluorosis on CaMKIIα, c-fos, Bax, and Bcl-2 channel signalling in the hippocampus of rats. Fluoride 46(3):135-141.

Zhang, C., Ren, C., Chen, H., Geng, R., Fan, H., Zhao, H., Guo, K., and Geng, D. 2013a. The analog of *Ginkgo biloba* extract 761 is a protective factor of cognitive impairment induced by chronic fluorosis. Biological Trace Element Research 153:229-36.

Zhang, T., Shan, K.-R., Tu, X., He, Y., Pei, J.-J., and Guan, Z.-Z. 2013b. Myeloperoxidase activity and its corresponding mRNA expression as well as gene polymorphism in the population living in the coal-burning endemic fluorosis area in Guizhou of China. Biol. Trace Elem. Res. 152(3):379-386.

Zhang, L., Lu, X., Wang, Z., Qin, L., Yuan, L., and Yin, X. 2013c. Evaluation of the toxicity of fluorine in Antarctic krill on soft tisuues of Wistar rats. Advances in Polar Science 24(2):128-132.

Zhang, Y., Kim, J.-Y., Horst, O., Nakano, Y., Zhu, L., Radlanski, R., Ho, S., and Den Besten, P.K. 2014. fluorosed mouse ameloblasts have increased SATB1 retention and Gαq activity. PLOS One 9(8):e103994.

Zhang, K.L., Lou, D.D., and Guan, Z.Z. 2015a. Activation of the AGE/RAGE system in the brains of rats and in SH-SY5Y cells exposed to high level of fluoride might connect to oxidative stress. Neurotoxicology & Teratology 48:49-55.

Zhang, S., Zhang, X., Liu H., Qu, W., Guan, Z., Zeng, Q., Jiang, C., Gao, H., Zhang, C., Lei, R., Xia, T., Wang, Z., Yang, L., Chen, Y., Wu, X., Cui, Y., Yu, L., and Wang, A. 2015b. Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. Toxicological Sciences 144(2):238-245.

Zhang, Y., Huang, H., Gong, B., Duan, L., Sun, L., He, T., Cheng, X., Li, Z., Cui, L., and Ba, Y. 2017a. Do environmental fluoride exposure and *ESRα* genetic variation modulate methylation modification on bone changes in Chinese farmers? Chemical Research in Toxicology 30:1302-1308.

Zhang, Z., Wang, X., Nian, W., Liao, Q., Zhang, R., and Ouyang, W. 2017b. Effects of calcium on drinking fluorosis-induced hippocampal synaptic plasticity impairment in the offspring of rats. Translational Neuroscience 8:191-200.

Zhang, C., Huo, S., Fan, Y., Gao, Y., Yang, Y., and Sun, D. 2019. Autophagy may be involved in fluoride-induced learning impairment in rats. Biological Trace Element Research [Epub ahead of print].

Zhao, L.B., Liang, G.H., Zhang, D.N., and Wu, X.R. 1996. Effect of a high fluoride water supply on children's intelligence. Fluoride 29:190-192.

Zhao, M.X., Zhou, G.Y., Zhu, J.Y., Gong, B., Hou, J.X., Zhou, T., Duan, L.J., Ding, Z., Cui, L.X., and Ba, Y. 2015. Fluoride exposure, follicle stimulating hormone receptor gene polymorphism and hypothalamus-pituitary-ovarian axis hormones in Chinese women. Biomed. Environ. Sci. 28(9):696-700.

Zhao, Q., Niu, Q., Chen, J., Xia, T., Zhou, G., Li, P., Dong, L., Xu, C., Tian, Z., Luo, C., Liu, L., Zhang, S., and Wang, A. 2019. Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity:



Mechanisms of action in vitro and associations with cognition in rats and children. Archives of Toxicology 93(3):709-726.

Zheng, X., Sun, Y., Ke, L., Ouyang, W., and Zhang, Z. 2016. Molecular mechanism of brain impairment caused by drinking-acquired fluorosis and selenium intervention. Environmental Toxicology and Pharmacology 43:134-139.

Zhou, G.-Y., Ren, L.-J., Hou, J.-X., Cui, L.-X., Ding, Z., Cheng, X.-M., Zhu, J.-Y., Cui, R.-R., and Ba, Y. 2016. Endemic fluorosis in Henan province, China: ERα gene polymorphisms and reproductive hormones among women. Asia Pacific J. Clinical Nutrition 25(4):911-919.

Zhou, G., Tang, S., Yang, L., Niu, Q., Chen, J., Xia, T., Wang, S., Wang, M., Zhao, Q., Liu, L., Li, P., Dong, L., Yang, K., Zhang, S., and Wang, A. 2019. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicology and Applied Pharmacology [Epub ahead of print].

Zhu, W., Zhang, J., and Zhang, Z. 2011. Effects of fluoride on synaptic membrane fluidity and PSD-95 expression level in rat hippocampus. Biological Trace Element Research 139(2):197-203.

Zhu, Y.P., Xi, S.H., Li, M.Y., Ding, T.T., Liu, N., Cao, F.Y., Zeng, Y., Liu, X.J., Tong, J.W., and Jiang, S.F. 2017. Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. Neurotoxicology 59:56-64.

Zoeller, R.T. 2003. Transplacental thyroxine and fetal brain development. J. Clin. Invest. 111(7):954-957.

Zoeller, R.T., and Rovet, J. 2004. Timing of thyroid hormone action in the developing brain: Clinical observations and experimental findings. Journal of Neuroendocrinology 16:809-818.

Zohoori, F.V., Omid, N., Sanderson, R.A., Valentine, R.A., and Maguire, A. 2019. Fluoride retention in infants living in fluoridated and non-fluoridated areas: Effects of weaning. British Journal of Nutrition 121(1):74-81.

Zorrilla, E.P. 1997. Multiparous species present problems (and possibilities) to developmentalists. Dev. Psychobiol. 30:141-150.



# **Exhibit 14**



Chapter 280
P.O. Box 76082
Washington, DC 20013
202-260-2383(V)
202-401-3139(F)

May 1, 1999

## WHY EPA'S HEADQUARTERS UNION OF SCIENTISTS OPPOSES FLUORIDATION*

The following documents why our union, formerly National Federation of Federal Employees Local 2050 and since April 1998 Chapter 280 of the National Treasury Employees Union, took the stand it did opposing fluoridation of drinking water supplies. Our union is comprised of and represents the approximately 1500 scientists, lawyers, engineers and other professional employees at EPA Headquarters here in Washington, D.C.

The union first became interested in this issue rather by accident. Like most Americans, including many physicians and dentists, most of our members had thought that fluoride's only effects were beneficial - reductions in tooth decay, etc. We too believed assurances of safety and effectiveness of water fluoridation.[†]

Then, as EPA was engaged in revising its drinking water standard for fluoride in 1985, an employee came to the union with a complaint: he said he was being forced to write into the regulation a statement to the effect that EPA thought it was all right for children to have "funky" teeth. It was OK, EPA said, because it considered that condition to be only a *cosmetic* effect, not an adverse *health* effect. The reason for this EPA position was that it was under political pressure to set its health-based standard for fluoride at 4 mg/liter. At that level, EPA knew that a significant number of children develop moderate to severe dental fluorosis, but since it had deemed the effect as only cosmetic, EPA didn't have to set its health-based standard at a lower level to prevent it.

We tried to settle this ethics issue quietly, within the family, but EPA was unable or unwilling to resist external political pressure, and we took the fight public with a union *amicus curiae* brief[‡] in a lawsuit filed against EPA by a public interest group. The union has published on this initial involvement period in detail.[1]

Since then our opposition to drinking water fluoridation has grown, based on the scientific literature documenting the increasingly out-of-control exposures to fluoride, the lack of benefit to dental health from ingestion of fluoride and the hazards to human health from such ingestion. These hazards include

---

*For Correspondence: Bill Hirzy, NTEU Headquarters, Box 76082 Washington, DC 20013.
†For a history of how drinking water fluoridation began, see "Fluoride, Teeth and the Atomic Bomb", by investigative reporters Joel Griffiths and Chris Bryson [in *Fluoride* 1997;30(4):261-266], on-line at http://www.ia4u.net/~sherrell/bomb.htm.
‡http://www.rvi.net/~fluoride/amicus.htm [or: www.cadvision.com/fluoride/epa1985.htm].



EXHIBIT
156
5/31/19

PENGAD 800-631-6989

180   Hirzy

acute toxic hazard, such as to people with impaired kidney function, as well as chronic toxic hazards of gene mutations, cancer, reproductive effects, neurotoxicity, bone pathology and dental fluorosis. First, a review of recent neurotoxicity research results.

In 1995, Mullenix and co-workers[2] showed that rats given fluoride in drinking water at levels that give rise to plasma fluoride concentrations in the range seen in humans suffer neurotoxic effects that vary according to when the rats were given the fluoride – as adult animals, as young animals, or through the placenta before birth. Those exposed before birth were born hyperactive and remained so throughout their lives. Those exposed as young or adult animals displayed depressed activity. Then in 1998, Guan and co-workers[3] gave doses similar to those used by the Mullenix research group to try to understand the mechanism(s) underlying the effects seen by the Mullenix group. Guan's group found that several key chemicals in the brain – those that form the membrane of brain cells – were substantially depleted in rats given fluoride, as compared to those who did not get fluoride.

Another 1998 publication by Varner, Jensen and others[4] reported on the brain- and kidney-damaging effects in rats that were given fluoride in drinking water at the same level deemed "optimal" by pro-fluoridation groups, namely 1 part per million (1 ppm). Even more pronounced damage was seen in animals that got the fluoride in conjunction with aluminum. These results are especially disturbing because of the low dose level of fluoride that shows the toxic effect in rats - rats are more resistant to fluoride than humans. This latter statement is based on Mullenix's finding that it takes substantially more fluoride in the drinking water of rats than of humans to reach the same fluoride level in plasma. It is the level in plasma that determines how much fluoride is "seen" by particular tissues in the body. So when rats get 1 ppm in drinking water, their brains and kidneys are exposed to much less fluoride than humans getting 1 ppm, yet they are experiencing toxic effects. Thus we are compelled to consider the likelihood that humans are experiencing damage to their brains and kidneys at the "optimal" level of 1 ppm.

In support of this concern are results from two epidemiology studies from China[5,6] that show decreases in I.Q. in children who get more fluoride than the control groups of children in each study. These decreases are about 5 to 10 I.Q. points in children aged 8 to 13 years.

Another troubling brain effect has recently surfaced: fluoride's interference with the function of the brain's pineal gland. The pineal gland produces melatonin which, among other roles, mediates the body's internal clock, doing such things as governing the onset of puberty. Jennifer Luke[7] has shown that fluoride accumulates in the pineal gland and inhibits its production of melatonin. She showed in test animals that this inhibition causes an earlier onset of sexual maturity, an effect reported in humans as well in 1956, as part of the Kingston/Newburgh study, which is discussed below. In fluoridated Newburgh, young girls experienced earlier onset of menstruation (on average, by six months) than girls in non-fluoridated Kingston.[8]

From a risk assessment perspective, all these brain effect data are particularly compelling and disturbing because they are convergent.

We looked at the cancer data with alarm as well. There are epidemiology studies that are convergent with whole-animal and single-cell studies (dealing with the cancer hazard), just as the neurotoxicity research just mentioned all points in the same direction. EPA fired the Office of Drinking Water's chief toxicologist, Dr. William Marcus, who also was our local union's treasurer at the time, for refusing to remain silent on the cancer risk issue.[9] The judge who heard the lawsuit he brought against EPA over the firing made that finding - that EPA fired him over his fluoride work and not for the phony reason put forward by EPA management at his dismissal. Dr. Marcus won his lawsuit and is again at work at EPA. Documentation is available on request.

The type of cancer of particular concern with fluoride, although not the only type, is osteosarcoma, especially in males. The National Toxicology Program conducted a two-year study[10] in which rats and mice were given sodium fluoride in drinking water. The positive result of that study (in which malignancies in tissues other than bone were also observed), particularly in male rats, is convergent with a host of data from tests showing fluoride's ability to cause mutations (a principal "trigger" mechanism for inducing a cell to become cancerous) e.g.[11a,b,c,d] and data showing increases in osteosarcomas in young men in New Jersey,[12] Washington and Iowa[13] based on their drinking fluoridated water. It was his analysis, repeated statements about all these and other incriminating cancer data, and his requests for an independent, unbiased evaluation of them that got Dr. Marcus fired.

Bone pathology other than cancer is a concern as well. An excellent review of this issue was published by Diesendorf et al. in 1997.[14] Five epidemiology studies have shown a higher rate of hip fractures in fluoridated vs. non-fluoridated communities.[15a,b,c,d,e] Crippling skeletal fluorosis was the endpoint used by EPA to set its primary drinking water standard in 1986, and the ethical deficiencies in that standard setting process prompted our union to join the Natural Resources Defense Council in opposing the standard in court, as mentioned above.

Regarding the effectiveness of fluoride in reducing dental cavities, there has not been any double-blind study of fluoride's effectiveness as a caries preventative. There have been many, many small scale, selective publications on this issue that proponents cite to justify fluoridation, but the largest and most comprehensive study, one done by dentists trained by the National Institute of Dental Research, on over 39,000 school children aged 5-17 years, shows no significant differences (in terms of decayed, missing and filled teeth) among caries incidences in fluoridated, non-fluoridated and partially fluoridated communities.[16] The latest publication[17] on the fifty-year fluoridation experiment in two New York cities, Newburgh and Kingston, shows the same thing. The only significant difference in dental health between the two communities as a whole is that fluoridated Newburgh, N.Y. shows about twice

the incidence of dental fluorosis (the first, visible sign of fluoride chronic toxicity) as seen in non-fluoridated Kingston.

John Colquhoun's publication on this point of efficacy is especially important.[18] Dr. Colquhoun was Principal Dental Officer for Auckland, the largest city in New Zealand, and a staunch supporter of fluoridation - until he was given the task of looking at the world-wide data on fluoridation's effectiveness in preventing cavities. The paper is titled, "Why I changed My Mind About Water Fluoridation." In it Colquhoun provides details on how data were manipulated to support fluoridation in English-speaking countries, especially the U.S. and New Zealand. This paper explains why an ethical public health professional was compelled to do a 180-degree turn on fluoridation.

Further on the point of the tide turning against drinking water fluoridation, statements are now coming from other dentists in the pro-fluoride camp who are starting to warn that topical fluoride (e.g. fluoride in tooth paste) is the only significantly beneficial way in which that substance affects dental health.[19,20,21] However, if the concentrations of fluoride in the oral cavity are sufficient to inhibit bacterial enzymes and cause other bacteriostatic effects, then those concentrations are also capable of producing adverse effects in mammalian tissue, which likewise relies on enzyme systems. This statement is based not only on common sense, but also on results of mutation studies which show that fluoride can cause gene mutations in mammalian and lower order tissues at fluoride concentrations estimated to be present in the mouth from fluoridated tooth paste.[22] Further, there were tumors of the oral cavity seen in the NTP cancer study mentioned above, further strengthening concern over the toxicity of topically applied fluoride.

In any event, a person can choose whether to use fluoridated tooth paste or not (although finding non-fluoridated kinds is getting harder and harder), but one cannot avoid fluoride when it is put into the public water supplies.

So, in addition to our concern over the toxicity of fluoride, we note the uncontrolled - and apparently uncontrollable - exposures to fluoride that are occurring nationwide via drinking water, processed foods, fluoride pesticide residues and dental care products. A recent report in the lay media,[23] that, according to the Centers for Disease Control, at least 22 percent of America's children now have dental fluorosis, is just one indication of this uncontrolled, excess exposure. The finding of nearly 12 percent incidence of dental fluorosis among children in un-fluoridated Kingston New York[17] is another. For governmental and other organizations to continue to push for *more* exposure in the face of current levels of over-exposure coupled with an increasing crescendo of adverse toxicity findings is irrational and irresponsible at best.

Thus, we took the stand that a policy which makes the public water supply a vehicle for disseminating this toxic and prophylactically useless (via ingestion, at any rate) substance is wrong.

We have also taken a direct step to protect the employees we represent from the risks of drinking fluoridated water. We applied EPA's risk control methodology, the Reference Dose, to the recent neurotoxicity data. The Ref-

erence Dose is the daily dose, expressed in milligrams of chemical per kilogram of body weight, that a person can receive over the long term with reasonable assurance of safety from adverse effects. Application of this methodology to the Varner *et al*[4] data leads to a Reference Dose for fluoride of 0.000007 mg/kg-day. Persons who drink about one quart of fluoridated water from the public drinking water supply of the District of Columbia while at work receive about 0.01mg/kg-day from that source alone. This amount of fluoride is more than 100 times the Reference Dose. On the basis of these results the union filed a grievance, asking that EPA provide un-fluoridated drinking water to its employees.

The implication for the general public of these calculations is clear. Recent, peer-reviewed toxicity data, when applied to EPA's standard method for controlling risks from toxic chemicals, require an immediate halt to the use of the nation's drinking water reservoirs as disposal sites for the toxic waste of the phosphate fertilizer industry.[24]

This document was prepared on behalf of the National Treasury Employees Union Chapter 280 by Chapter Senior Vice-President J. William Hirzy, Ph.D. For more information please call Dr. Hirzy at 202-260-4683. His E-mail address is hirzy.john@epa.gov

## ENDNOTE LITERATURE CITATIONS

1   Applying the NAEP code of ethics to the Environmental Protection Agency and the fluoride in drinking water standard. Carton, R.J. and Hirzy, J.W. *Proceedings of the 23rd Ann. Conf. of the National Association of Environmental Professionals. 20-24 June, 1998.* GEN 51-61. On-line at URL http//:www.rvi.net/~fluoride/naep.htm.

2   Neurotoxicity of sodium fluoride in rats. Mullenix, P.J., Denbesten, P.K., Schunior, A. and Kernan, W.J. *Neurotoxicol. Teratol.* 17 169-177 (1995).

3   Influence of chronic fluorosis on membrane lipids in rat brain. Z.Z. Guan, Y.N. Wang, K.Q. Xiao, D.Y. Dai, Y.H. Chen, J.L. Liu, P. Sindelar and G. Dallner, *Neurotoxicology and Teratology* 20 537-542 (1998).

4   Chronic administration of aluminum- fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. Varner, J.A., Jensen, K.F., Horvath, W. And Isaacson, R.L. *Brain Research* 784 284-298 (1998).

5   Effect of high fluoride water supply on children's intelligence. Zhao, L.B., Liang, G.H., Zhang, D.N., and Wu, X.R. *Fluoride* 29 190-192 (1996).

6   Effect of fluoride exposure on intelligence in children. Li, X.S., Zhi, J.L., and Gao, R.O. *Fluoride* 28 (1995).

7   Effect of fluoride on the physiology of the pineal gland. Luke, J.A. *Caries Research* 28 204 (1994).

8   Newburgh-Kingston caries-fluorine study XIII. Pediatric findings after ten years. Schlesinger, E.R., Overton, D.E., Chase, H.C., and Cantwell, K.T. *JADA* 52 296-306 (1956).

9   Memorandum dated May 1, 1990. *Subject*: Fluoride Conference to Review the NTP Draft Fluoride Report; *From*: Wm. L. Marcus, Senior Science Ad-

184   Hirzy

visor ODW; *To*: Alan B. Hais, Acting Director Criteria & Standards Division ODW.

10   Toxicology and carcinogenesis studies of sodium fluoride in F344/N rats and B6C3F$_1$ mice. *NTP Report No. 393* (1991).

11a   Chromosome aberrations, sister chromatid exchanges, unscheduled DNA synthesis and morphological neoplastic transformation in Syrian hamster embryo cells. Tsutsui et al. *Cancer Research* 44 938-941 (1984).

11b   Cytotoxicity, chromosome aberrations and unscheduled DNA synthesis in cultured human diploid fibroblasts. Tsutsui et al. *Mutation Research* 139 193-198 (1984).

11c   Positive mouse lymphoma assay with and without S-9 activation; positive sister chromatid exchange in Chinese hamster ovary cells with and without S-9 activation; positive chromosome aberration without S-9 activation. Toxicology and carcinogenesis studies of sodium fluoride in F344/N rats and B6C3F$_1$ mice. *NTP Report No. 393* (1991).

11d   An increase in the number of Down's syndrome babies born to younger mothers in cities following fluoridation. *Science and Public Policy* 12 36-46 (1985).

12   A brief report on the association of drinking water fluoridation and the incidence of osteosarcoma among young males. Cohn, P.D. *New Jersey Department of Health* (1992).

13   Surveillance, epidemiology and end results (SEER) program. National Cancer Institute in *Review of fluoride benefits and risks*. Department of Health and Human Services. F1-F7 (1991).

14   New evidence on fluoridation. Diesendorf, M., Colquhoun, J., Spittle, B.J., Everingham, D.N., and Clutterbuck, F.W. *Australian and New Zealand J. Public Health*. 21 187-190 (1997).

15a   Regional variation in the incidence of hip fracture: U.S. white women aged 65 years and older. Jacobsen, S.J., Goldberg, J., Miles, ,T.P. et al. *JAMA* 264 500-502 (1990).

15b   Hip fracture and fluoridation in Utah's elderly population. Danielson, C., Lyon, J.L., Egger, M., and Goodenough, G.K. *JAMA* 268 746-748 (1992).

15c   The association between water fluoridation and hip fracture among white women and men aged 65 years and older: a national ecological study. Jacobsen, S.J., Goldberg, J., Cooper, C. and Lockwood, S.A. *Ann. Epidemiol.*2 617-626 (1992).

15d   Fluorine concentration is drinking water and fractures in the elderly [letter]. Jacqmin-Gadda, H., Commenges, D. and Dartigues, J.F. *JAMA* 273 775-776 (1995).

15e   Water fluoridation and hip fracture [letter]. Cooper, C., Wickham, C.A.C., Barker, D.J.R. and Jacobson, S.J. *JAMA* 266 513-514 (1991).

16   Water fluoridation and tooth decay: Results from the 1986-1987 national survey of U.S. school children. Yiamouyiannis, J. *Fluoride* 23 55-67 (1990).

17   Recommendations for fluoride use in children. Kumar, J.V. and Green, E.L. *New York State Dent. J.* (1998) 40-47.

18   Why I changed my mind about water fluoridation. Colquhoun, J. *Perspectives in Biol. and Medicine* 41 29-44 (1997). [reprinted in *Fluoride* 31(2) 103-118 (1998)]

Case 3:17-cv-02162-EMC   Document 120-1   Filed 10/18/19   Page 414 of 854

19  A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? Limeback, H. *Community Dent. Oral Epidemiol.* 27 62-71 (1999).

20  Fluoride supplements for young children: an analysis of the literature focussing on benefits and risks. Riordan, P.J. *Community Dent. Oral Epidemiol.* 27 72-83 (1999).

21  Prevention and reversal of dental caries: role of low level fluoride. Featherstone, J.D. *Community Dent. Oral Epidemiol.* 27 31-40 (1999).

22  Appendix H. *Review of fluoride benefits and risks*. Department of Health and Human Services. H1-H6 (1991).

23  Some young children get too much fluoride. Parker-Pope, T. *Wall Street Journal* Dec. 21, 1998.

24  Letter from Rebecca Hanmer, Deputy Assistant Administrator for Water, to Leslie Russell re: EPA view on use of by-product fluosilicic acid as low cost source of fluoride to water authorities. March 30, 1983.

## OTHER CITATIONS

(This short list does not include the entire literature on fluoride effects)

a  Exposure to high fluoride concentrations in drinking water is associated with decreased birth rates. Freni, S.C. J. *Toxicol. Environ. Health* 42 109-121 (1994).

b  Ameliorative effects of reduced food-borne fluoride on reproduction in silver foxes. Eckerlin, R.H., Maylin, G.A., Krook, L., and Carmichael, D.T. *Cornell Vet.* 78 75-91 (1988).

c  Milk production of cows fed fluoride contaminated commercial feed. Eckerlin, R.H., Maylin, G.A., and Krook, L. *Cornell Vet.* 76 403-404 (1986).

d  Maternal-fetal transfer of fluoride in pregnant women. Calders, R., Chavine, J., Fermanian, J., Tortrat, D., and Laurent, A.M. *Biol. Neonate* 54 263-269 (1988).

e  Effects of fluoride on screech owl reproduction: teratological evaluation, growth, and blood chemistry in hatchlings. Hoffman, D.J., Pattee, O.H., and Wiemeyer, S.N. *Toxicol. Lett.* 26 19-24 (1985).

f  Fluoride intoxication in dairy calves. Maylin, G.A., Eckerlin, R.H., and Krook, L. *Cornell Vet.* 77 84-98 (1987).

g  Fluoride inhibition of protein synthesis. Holland, R.I. *Cell Biol. Int. Rep.* 3 701-705 (1979).

h  An unexpectedly strong hydrogen bond: ab initio calculations and spectroscopic studies of amide-fluoride systems. Emsley, J., Jones, D.J., Miller, J.M., Overill, R.E. and Waddilove, R.A. *J. Am. Chem. Soc.* 103 24-28 (1981).

i  The effect of sodium fluoride on the growth and differentiation of human fetal osteoblasts. Song, X.D., Zhang, W.Z., Li, L.Y., Pang, Z.L., and Tan, Y.B. *Fluoride* 21 149-158 (1988).

j  Modulation of phosphoinositide hydrolysis by NaF and aluminum in rat cortical slices. Jope, R.S. J. *Neurochem.* 51 1731-1736 (1988).

k  The crystal structure of fluoride-inhibited cytochrome *c* peroxidase. Edwards, S.L., Poulos, T.L., Kraut, J. *J. Biol. Chem.* 259 12984-12988 (1984).

186   Hirzy

l   Intracellular fluoride alters the kinetic properties of calcium currents facili-
    tating the investigation of synaptic events in hippocampal neurons. Kay,
    A.R., Miles, R., and Wong, R.K.S. *J. Neurosci.* 6 2915-2920 (1986).
m   Fluoride intoxication: a clinical-hygienic study with a review of the literature
    and some experimental investigations. Roholm, K. H.K. Lewis Ltd (London)
    (1937).
n   Toxin-induced blood vessel inclusions caused by the chronic administration
    of aluminum and sodium fluoride and their implications for dementia. Isaac-
    son, R.L., Varner, J.A., and Jensen, K. F. *Ann. N.Y. Acad. Sci.* 825 152-166
    (1997).
o   Allergy and hypersensitivity to fluoride. Spittle, B. *Fluoride* 26 267-273
    (1993).

Published by the International Society for Fluoride Research
Editorial Office: 17 Pioneer Crescent, Dunedin 9001, New Zealand

# **Exhibit 15**

 **EPA**

820-R-10-019

# Fluoride:
# Dose-Response Analysis
# For Non-cancer Effects

**Health and Ecological Criteria Division**
**Office of Water**

**December, 2010**

**U.S. Environmental Protection Agency**
**Washington, D.C.**



# PREFACE

In March, 2006, the National Academy of Sciences National Research Council (NRC) released the Report: *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*.  The NRC (2006) noted that "in light of the collected evidence of various health endpoints and total exposure to fluoride, the committee concludes the EPA's MCLG of 4 mg/L should be lowered." They further suggested that, in order to develop an MCLG that is protective against severe enamel fluorosis, clinical stage II skeletal fluorosis and bone fractures, EPA should:

- Apply current approaches for quantifying dose-response where feasible,
- Consider susceptible populations,
- Characterize uncertainties and variability, and
- Provide better estimates of total exposure for individuals.

The Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride and focused on the dose-response analysis as they had recommended.  The OW collected available dose-response data for severe dental fluorosis, clinical stage II skeletal fluorosis and skeletal fractures as they relate to fluoride exposure expanding on the data retrieved by NRC (2006) to include studies identified by literature searches that covered the time period from 2000 to 2010.  Current methodologies (categorical regression and benchmark dose modeling) were applied in evaluating dose-response in order to identify an appropriate point of departure for severe dental fluorosis as the critical effect. The NRC analysis determined that severe dental fluorosis appears to occur at a lower dose than stage II skeletal fluorosis and/or bone fractures. This document presents the results of the dose-response analysis requested by NRC.

The objective of the OW effort was to identify a point of departure for the fluoride concentration in drinking water that would be protective for sensitive exposed populations (children) who are vulnerable to severe enamel fluorosis, and determine if that point of departure will also be protective against stage II skeletal fluorosis and bone fractures in adults.  The OW analysis focused first on severe dental fluorosis based on the NRC analysis.

This document provides a detailed review of available dose-response data from published and peer-reviewed studies for the following endpoints as they relate to fluoride exposure from drinking water:

- Dental fluorosis
- Skeletal fluorosis
- Skeletal fractures

Detailed analyses of the suitability of studies that had been identified by NRC (2006) and those retrieved by the OW for the dose-response analysis are included as separate documents to accompany this report. There are two separate collections of study evaluations, one covers dental effects (*Dental Fluorosis: Evaluations of Key Studies*, EPA Report No. 820-R-10-018) and the other skeletal effects (*Fluoride-Related Skeletal Effects: Evaluations of Key Studies*, EPA Report No. 820-R-10-017).

# Exhibit 16

**30(b)(6)**

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**CASEY HANNAN**

November 06, 2018

---



888-779-9974

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                       AT SAN FRANCISCO

 3   _____

 4   FOOD & WATER WATCH, et al.,     |
                                     |
 5                  Plaintiffs,      |   CIVIL ACTION
                                     |
 6            vs.                    |   FILE NO.
                                     |
 7   U.S. ENVIRONMENTAL PROTECTION   |   17-cv-2162-EMC
     AGENCY, et al.,                 |
 8                                   |   ORIGINAL
                  Defendants.        |
 9   _____

10

11          VIDEOTAPE RULE 30(b)(6)DEPOSITION OF
          CENTERS FOR DISEASE CONTROL & PREVENTION
12                         THROUGH
                        CASEY HANNAN
13

14            Tuesday, November 6, 2018

15                    10:15 a.m.

16

17               1600 Clifton Road
             Building 21, Suite 10000
18                Atlanta, Georgia

19            Linda C. Ruggeri, CCR-A-261

20

21

22

23

24

25
```

1    interfacing with the American Dental Association, part

2    of that would be about working together to promote

3    community water fluoridation, correct?

4         A.    Yes.

5         Q.    Okay.  And CDC has taken an active role in

6    promoting water fluoridation, correct?

7         A.    Yes.

8         Q.    Okay.  So you're still the acting

9    director, correct?

10        A.    Correct.

11        Q.    What is there -- I mean, are you -- are

12   you going to be the director or what's the process of

13   going from acting director to director?

14        A.    What's the process from going to acting --

15   at this point I wouldn't be eligible to apply.

16        Q.    Okay.  We don't need to go into that.  So

17   now let's talk now about what you did to prepare for

18   today's deposition.  And, first, do you understand

19   that you are appearing today as a representative of

20   the CDC?

21        A.    I do.

22        Q.    And do you have an understanding as to

23   what this case is about?

24        A.    I do.

25        Q.    What is your understanding?

1      Q.    But as you look at it, it generally looks

2  like the document you recall?

3      A.    Yes, generally it looks that way.

4      Q.    Okay.  So I see the date on here is

5  October 11th, 2018, right?

6      A.    Correct.

7      Q.    And I'd like to direct your attention,

8  first of all, to the third paragraph on the page.  You

9  see the highlighted portion?

10     A.    Uh-huh.

11     Q.    It starts:  "This issue of community water

12 fluoridation as a neurotoxic risk was addressed by the

13 CDC in the May 1st, 2015, Federal Register notice

14 which relies on an extensive review of fluoride in

15 drinking water by the NRC.  Did I read that correctly?

16     A.    Yes, you did.

17     Q.    And the NRC is the National Research

18 Council, correct?

19     A.    Correct.

20     Q.    And you would agree that the NRC's review

21 of the toxicologic literature on fluoride was

22 extensive?

23     A.    I'm told it is such, yes, the most

24 extensive review undertaken.

25     Q.    Okay.  And that's a correct statement,

```
 1    right?  The statement that we just read, that's a

 2    correct statement?

 3         A.     The first sentence of that paragraph, yes.

 4         Q.     Okay.  And then the next sentence says:

 5    "The federal interdepartmental interagency panel of

 6    scientists, which included CDC, accepted the findings

 7    of the 2006 National Research Council report Fluoride

 8    in Drinking Water: A Scientific Review of EPA

 9    Standards, as the summary of hazard."  Did I read that

10    correctly?

11         A.     Yes, you did.

12         Q.     So this is the same -- this reference to

13    the federal interagency panel, that's the same federal

14    panel we've been talking about today that issued the

15    Federal Register notice in May 2015, right?

16         A.     Correct.

17         Q.     Okay.  And so the CDC along with this

18    federal panel accepted the findings of the NRC's

19    summary of the hazard of fluoride exposure, right?

20         A.     That's correct.

21         Q.     Including the hazards, potential hazards,

22    of neurotoxic effects, correct?

23         A.     Those were included, yes.

24         Q.     Okay.  So fair to say that the CDC would

25    defer to the NRC when it comes to the potential
```

1   to their findings as to what the toxicologic

2   literature shows but not necessarily with respect to

3   their recommendations?

4        A.    I think that's a fair statement.

5        Q.    Okay.  So let's go and look at some of the

6   other findings that the NRC had on fluoride and

7   neurotoxicity.  You see towards the bottom of Page 221

8   there is a section titled "Neurochemical and

9   Biochemical Changes"?

10       A.    Yes.

11       Q.    Can you just read to yourself the first

12  sentence.

13       A.    Okay.

14       Q.    Okay.  So the NRC found that lipids and

15  phospholipids and protein content have been shown to

16  be reduced in the brains of laboratory animals

17  subsequent to fluoride exposure, correct?

18       A.    That's what they're saying here, yes.

19       Q.    And the CDC agrees with that finding?

20       A.    Yes, as a summary of the hazard.

21       Q.    Okay.  And if you look to the bottom of

22  Page 221, I'm going to read here.  It says:

23  "Fluorides also inhibit the activity of

24  cholinesterases including acetylcholinesterase.

25  Recently, the number of receptors for acetylcholine

1    has been found to be reduced in regions of the brain

2    thought to be most important for mental stability and

3    for adequate retrieval of memories."  Did I read that

4    correctly?

5         A.    Yes.

6         Q.    And, again, CDC agrees with that finding,

7    correct?

8         A.    As stated, yeah, we agree with the

9    summary, potential summary of the hazard.

10        Q.    Okay.

11        A.    Or potential hazard, excuse me.

12        Q.    And the next sentence reads:  "It appears

13   that many of fluoride's effects and those of the

14   aluminofluoride complexes are mediated by activation

15   of Gp, a protein of the G family.  G proteins mediate

16   the release of many of the best known transmitters of

17   the central nervous system."  Did I read that

18   correctly?

19        A.    Yes.

20        Q.    And CDC agrees with that finding from the

21   NRC, correct?

22        A.    As stated previously, yes.

23        Q.    Okay.  And if you look at the last

24   sentence of that same paragraph, it reads:  "Aluminum

25   fluoride not only provides false messages throughout

 1     the nervous system, but at the same time diminishes

 2     the energy essential to brain function."  Did I read

 3     that correctly?

 4          A.    Yes.

 5          Q.    And CDC accepts that finding as a summary

 6     of the hazard, correct?

 7          A.    I do.  I'm confused about whether they're

 8     talking about human subjects or lab animal subjects

 9     here.  And if it's lab animal studies, that's a

10     different impact of the weight of these studies versus

11     done in human populations.

12          Q.    But, again, CDC accepts that this is an

13     accurate summary of the toxicological literature as of

14     that time, correct?

15          A.    CDC and the rest of the federal

16     interagency group did, yes.

17          Q.    Okay.  Now, you see there's the next

18     section down -- sorry.  Strike that.

19                The next paragraph begins:  "Fluorides

20     also increase the production of free radicals in the

21     brain through several different biological pathways.

22     These changes have a bearing on the possibility that

23     fluorides act to increase the risk of developing

24     Alzheimer's disease."  Did I read that correctly?

25          A.    Yes.

1    Q.     And CDC agrees with that finding of the

2    toxicologic literature?

3    A.     Yes.  And, again, I'm not clear if they're

4    talking about as demonstrated in laboratory animals or

5    in human studies.

6    Q.     Okay.  And you see the next section on

7    this page is titled "Anatomical Changes in the Brain"?

8    A.     Yes.

9    Q.     And it begins:  "Studies of rats exposed

10   to sodium fluoride or aluminum fluoride have reported

11   distortion in cells in the outer and inner layers of

12   the neocortex.  Neuronal deformations were also found

13   in the hippocampus and to a smaller extent in the

14   amygdala and the cerebellum."  Did I read that

15   correctly?

16   A.     Yes.

17   Q.     And CDC agrees with that finding as a

18   summary of the hazard?

19   A.     As it relates to rat studies, yes.

20   Q.     Okay.  And you see the next highlighted

21   portion in that paragraph?

22   A.     I do.

23   Q.     It reads:  "The substantial enhancement of

24   reactive microglia, the presence of stained

25   intracellular neurofilaments, and the presence of IgM

 1  observed in rodents are related to signs of dementia

 2  in humans.  The magnitude of the changes was large and

 3  consistent among the studies."  Did I read that

 4  correctly?

 5       A.    Yes.

 6       Q.    And CDC agrees with the NRC that this is a

 7  correct summary of the hazard?

 8       A.    Correct.

 9       Q.    Now, you see under "Recommendations" on

10  that page?

11       A.    Yes.

12       Q.    The first sentence reads:  "On the basis

13  of information largely derived from histological,

14  chemical, and molecular studies, it is apparent that

15  fluorides have the ability to interfere with the

16  functions of the brain and the body by direct and

17  indirect means."  Did I read that correctly?

18       A.    Yes.

19       Q.    So CDC agrees with NRC that it is apparent

20  that fluorides have the ability to interfere with the

21  functions of the brain and the body by direct and

22  indirect means?

23       A.    Yes, CDC in connection with the

24  intergovernmental work group.  I should also -- I'd

25  like to add here in these summaries they don't

```
 1   quantify the level of fluoride exposure, at what level

 2   are these changes being seen, so just the point that

 3   scientifically it is important to acknowledge.

 4              MR. CONNETT:  Okay.  I move to strike the

 5       nonresponsive portion.

 6       Q.    (By Mr. Connett)  Now, if you turn to the

 7   next page, this is part of the recommendations that

 8   NRC provided in 2006 as to what research NRC believed

 9   should be done on the issue of fluoride neurotoxicity,

10   correct?

11       A.    I didn't quite understand what you said,

12   if you would be kind enough to repeat.

13       Q.    Absolutely.  And if you want to just

14   browse it over so you can assure yourself of this, but

15   you see how before we were looking at the section

16   titled "Recommendations" --

17       A.    Yes.

18       Q.    -- at the bottom of Page 222?  This

19   Page 223 provides NRC's recommendations as to the

20   research that should be done on fluoride

21   neurotoxicity.

22       A.    Okay.  I understand now.  Thank you.

23       Q.    And would you agree with that statement?

24       A.    Let me read it.  Would it be possible to?

25       Q.    Yes, please.  Take your time.
```

1   attention to Page 32, and do you see that highlighted

2   portion on the bottom left?

3        A.    Okay.  Now I do, yes.

4        Q.    Okay.  I'm just going to read that.

5   Featherstone writes here:  "Until recently the major

6   caries-inhibitory effect of fluoride was thought to be

7   due to its incorporation in tooth enamel or tooth

8   mineral during the development of the tooth prior to

9   eruption.  This supposed mechanism of action was

10  behind the public health efforts and individual

11  caries-preventive regimens such as the use of fluoride

12  supplements prescribed for children to strengthen the

13  teeth during their development."  Did I read that

14  correctly?

15       A.    Yes.

16       Q.    And as I think we've already discussed,

17  CDC agrees that that is a correct assessment of the

18  history of fluoride?

19       A.    Correct.

20       Q.    Okay.  And then Featherstone writes:

21  "There is now overwhelming evidence that the primary

22  caries-preventive mechanisms of action of fluoride are

23  post eruptive through topical effects for both

24  children and adults."  Did I read that correctly?

25       A.    Yes.

1       Q.      And the CDC agrees with that statement,

2    correct?

3       A.      Yes, we do.

4       Q.      Okay.  And if I could direct your

5    attention to Page 34.  Do you see the highlighted

6    portion at the top right of the page?

7       A.      Uh-huh.

8       Q.      Featherstone writes:  "Very importantly,

9    this means that fluoride incorporated during tooth

10   mineral development at normal levels of 20 to 100 ppm

11   even in fluoridated drinking water areas or with the

12   use of fluoride supplements does not alter the

13   solubility of the mineral.  Even at higher levels such

14   as 1000 ppm in the outer few micrometers of enamel,

15   there is no measurable benefit against acid-induced

16   dissolution."  Did I read that correctly?

17      A.      Yes.

18      Q.      And did CDC agree with that statement?

19              MR. DO:  I'm going to object there.  Until

20           you lay the foundation, I don't know if you're

21           asking in his personal capacity or --

22              MR. CONNETT:  This is in the CDC's

23           position --

24              MR. DO:  Okay.

25              MR. CONNETT:  -- with respect to Topic

1              CERTIFICATE OF COURT REPORTER

2

3    STATE OF GEORGIA:

4    COUNTY OF FULTON:

5

6              I hereby certify that the foregoing
     transcript was reported as stated in the caption and
7    the questions and answers thereto were reduced to
     writing by me; that the foregoing 279 pages represent
8    a true, correct, and complete transcript of the
     evidence given on Tuesday, November 6, 2018, by the
9    witness, Casey Hannan, who was first duly sworn by me.

10             I certify that I am not disqualified
     for a relationship of interest under
11   O.C.G.A. 9-11-28(c); I am a Georgia Certified Court
     Reporter here as an independent contractor of
12   JPA Reporting, LLC who was contacted by
     Asbestos Reporters of California to provide court
13   reporting services for the proceedings; I will not be
     taking these proceedings under any contract that is
14   prohibited by O.C.G.A. 15-14-37(a) and (b) or
     Article 7.C. of the Rules and Regulations of the
15   Board; and by the attached disclosure form I confirm
     that neither I nor JPA Reporting, LLC are a party to a
16   contract prohibited by O.C.G.A. 15-14-37(a) and (b) or
     Article 7.C. of the Rules and Regulations of the
17   Board.

18             This 19th day of November, 2018.

19

20

21             _____
               LINDA C. RUGGERI
22             CERTIFIED COURT REPORTER
               GEORGIA CERTIFICATE NO. CCR-A-261
23

24

25

# Exhibit 17

The National Academies of | SCIENCES ENGINEERING MEDICINE
# THE NATIONAL ACADEMIES PRESS

This PDF is available at http://nap.edu/11571

SHARE   





FIND RELATED TITLES

## Fluoride in Drinking Water: A Scientific Review of EPA's Standards

### DETAILS

530 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-10128-8 | DOI 10.17226/11571

### CONTRIBUTORS

Committee on Fluoride in Drinking Water; Board on Environmental Studies and Toxicology; Division on Earth and Life Studies; National Research Council

**Visit the National Academies Press at NAP.edu and login or register to get:**

– Access to free PDF downloads of thousands of scientific reports

– 10% off the price of print titles

– Email or social media notifications of new titles related to your interests

– Special offers and discounts



Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press. (Request Permission) Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.

EXHIBIT

44   11/6/18   LCR

# 7

# Neurotoxicity and Neurobehavioral Effects

This chapter evaluates the effects of fluoride on the nervous system and behavior, with particular emphasis on studies conducted since the earlier NRC (1993) review. The human data include epidemiologic studies of populations exposed to different concentrations of fluoride and individual case studies. In addition, laboratory studies of behavioral, biochemical, and neuroanatomical changes induced by fluoride have been reviewed and summarized. At the end of the chapter, conclusions and recommendations for future research are presented.

## HUMAN STUDIES

### Cognitive Effects

Several studies from China have reported the effects of fluoride in drinking water on cognitive capacities (X. Li et al. 1995; Zhao et al. 1996; Lu et al. 2000; Xiang et al. 2003a,b). Among the studies, the one by Xiang et al. (2003a) had the strongest design. This study compared the intelligence of 512 children (ages 8-13) living in two villages with different fluoride concentrations in the water. The IQ test was administered in a double-blind manner. The high-fluoride area (Wamiao) had a mean water concentration of $2.47 \pm 0.79$ mg/L (range 0.57-4.50 milligrams per liter [mg/L]), and the low-fluoride area (Xinhuai) had a mean water concentration of $0.36 \pm 0.15$ mg/L (range 0.18-0.76 mg/L). The populations studied had comparable iodine and creatinine concentrations, family incomes, family educational levels, and other factors. The populations were not exposed to other sig-

*205*

Copyright National Academy of Sciences. All rights reserved.

the pineal melatonin system as well as the thyroid-stimulating hormone-growth hormone connection. It has been said in this regard "every molecule of $AIF_x$ is the messenger of false information" (Strunecka and Patocka 2002, p. 275). This may be an accurate synopsis of the $AIF_x$ effect at a single synapse, but the brain is a highly redundant and dispersed communication system containing millions of synapses. Because of this, observable alterations in mental or motor actions might require the formation of a multitude of false messages in a number of brain circuits acting over a prolonged period of time. Thus, the number of false messages required to disrupt an "action pattern" in the brain probably will vary according to the nature of the ongoing activities.

An especially important neurochemical transmitter that reaches almost all areas of the brain is ACh. As discussed above, some studies show that NaF and SiF inhibit cholinesterases, including acetylcholinesterase. The progressive accumulation of ACh at synaptic locations produced by the diminished esterase activity leads to a number of complex effects that can be summarized as an initial increase in stimulation of the target cells but ultimately leads to diminished stimulation—even a blockade of all activity. This earlier dialogue properly emphasized the behavioral importance of cholinergic activity in the brain and body more generally.

Long et al. (2002) reported changes in the number of acetylcholine receptors (nAChRs) in the rat brain due to fluoride. Rats were administered NaF in drinking water at 30 or 100-mg/L for 7 months. Decreased numbers of nAChRα7 subunits were found in the brains of rats from both treatment groups, but only the brains of the 100-mg/L group had diminished nAChRα4 subunits of this receptor. These results are of interest because changes in the nicotinic receptors have been related to the development of Alzheimer's disease (Lindstrom 1997; Newhouse et al. 1997) and, in frontal brain areas, to schizophrenia (Guan et al. 1999).

 FINDINGS

### Human Cognitive Abilities

In assessing the potential health effects of fluoride at 2-4 mg/L, the committee found three studies of human populations exposed at those concentrations in drinking water that were useful for informing its assessment of potential neurologic effects. These studies were conducted in different areas of China, where fluoride concentrations ranged from 2.5 to 4 mg/L. Comparisons were made between the IQs of children from those populations with children exposed to lower concentration of fluoride ranging from 0.4 to 1 mg/L. The studies reported that while modal IQ scores were unchanged, the average IQ scores were lower in the more highly exposed

Copyright National Academy of Sciences. All rights reserved.

children. This was due to fewer children in the high IQ range. While the studies lacked sufficient detail for the committee to fully assess their quality and their relevance to U.S. populations, the consistency of the collective results warrant additional research on the effects of fluoride on intelligence. Investigation of other mental and physiological alterations reported in the case study literature, including mental confusion and lethargy, should also be investigated.

### Behavioral Effects on Animals

A few animal studies have reported alternations in the behavior of rodents after treatment with fluoride. However, the observed changes were not striking in magnitude and could have been due to alterations in hormonal or peptide activity. Animal studies to date have used conventional methodologies to measure learning and memory abilities or species-typical behaviors in novel locations. The tasks used to measure learning and memory did not require any significant mental effort. No studies were available on higher order mental functions, altered reactions to stress, responses to disease states, or supplemental reactions to known neurotoxins. Procedures are available that could test for cognitive functions, but they are labor intensive and have seldom been used in the past 60 years. One example is the reasoning test designed by Maier (1929), who found that even a small lesion of the neocortex impaired performance on the reasoning test (Maier 1932). A more recent example is the delayed matching to position test with different outcomes (Savage 2001), which have shown that damage to the hippocampus can affect learning.

### Fluorosilicates

As noted in Chapter 2, exposure to fluorosilicates could occur under some conditions. There are reports that such chemicals enhance the uptake of lead into the body and brain, whereas NaF does not. Further research is needed to elucidate how fluorosilicates might have different biological effects from fluoride salts.

### Neurochemical and Biochemical Changes

Lipids and phospholipids, phosphohydrolases and phospholipase D, and protein content have been shown to be reduced in the brains of laboratory animals subsequent to fluoride exposure. The greatest changes were found in phosphatidylethanolamine, phosphotidylcholine, and phosphotidylserine. Fluorides also inhibit the activity of cholinesterases, including acetylcholinesterase. Recently, the number of receptors for acetylcholine

Copyright National Academy of Sciences. All rights reserved.

Fluoride in Drinking Water: A Scientific Review of EPA's Standards

222                                    *FLUORIDE IN DRINKING WATER*

has been found to be reduced in regions of the brain thought to be most important for mental stability and for adequate retrieval of memories.

It appears that many of fluoride's effects, and those of the aluminofluoride complexes are mediated by activation of Gp, a protein of the G family. G proteins mediate the release of many of the best known transmitters of the central nervous system. Not only do fluorides affect transmitter concentrations and functions but also are involved in the regulation of glucagons, prostaglandins, and a number of central nervous system peptides, including vasopressin, endogenous opioids, and other hypothalamic peptides. The $AlF_x$ binds to GDP and ADP altering their ability to form the triphosphate molecule essential for providing energies to cells in the brain. Thus, $AlF_x$ not only provides false messages throughout the nervous system but, at the same time, diminishes the energy essential to brain function.

Fluorides also increase the production of free radicals in the brain through several different biological pathways. These changes have a bearing on the possibility that fluorides act to increase the risk of developing Alzheimer's disease. Today, the disruption of aerobic metabolism in the brain, a reduction of effectiveness of acetylcholine as a transmitter, and an increase in free radicals are thought to be causative factors for this disease. More research is needed to clarify fluoride's biochemical effects on the brain.

### Anatomical Changes in the Brain

Studies of rats exposed to NaF or $AlF_3$ have reported distortion in cells in the outer and inner layers of the neocortex. Neuronal deformations were also found in the hippocampus and to a smaller extent in the amygdala and the cerebellum. Aluminum was detected in neurons and glia, as well as in the lining and in the lumen of blood vessels in the brain and kidney. The substantial enhancement of reactive microglia, the presence of stained intracellular neurofilaments, and the presence of IgM observed in rodents are related to signs of dementia in humans. The magnitude of the changes was large and consistent among the studies. Given this, the committee concludes further research is warranted in this area, similar to that discussed at a February 2-3,1999, EPA workshop on aluminum complexes and neurotoxicity and that recommended for study by NTP (2002).

### RECOMMENDATIONS

On the basis of information largely derived from histological, chemical, and molecular studies, it is apparent that fluorides have the ability to interfere with the functions of the brain and the body by direct and indirect means. To determine the possible adverse effects of fluoride, additional data from both the experimental and the clinical sciences are needed.

Copyright National Academy of Sciences. All rights reserved.

NEUROTOXICITY AND NEUROBEHAVIORAL EFFECTS                    223

- The possibility has been raised by the studies conducted in China that fluoride can lower intellectual abilities. Thus, studies of populations exposed to different concentrations of fluoride in drinking water should include measurements of reasoning ability, problem solving, IQ, and short- and long-term memory. Care should be taken to ensure that proper testing methods are used, that all sources of exposure to fluoride are assessed, and that comparison populations have similar cultures and socioeconomic status.

- Studies of populations exposed to different concentrations of fluoride should be undertaken to evaluate neurochemical changes that may be associated with dementia. Consideration should be given to assessing effects from chronic exposure, effects that might be delayed or occur late-in-life, and individual susceptibility (see Chapters 2 and 3 for discussion of subpopulations that might be more susceptible to the effects of fluoride from exposure and physiologic standpoints, respectively).

- Additional animal studies designed to evaluate reasoning are needed. These studies must be carefully designed to measure cognitive skills beyond rote learning or the acquisition of simple associations, and test environmentally relevant doses of fluoride.

- At the present time, questions about the effects of the many histological, biochemical, and molecular changes caused by fluorides cannot be related to specific alterations in behavior or to known diseases. Additional studies of the relationship of the changes in the brain as they affect the hormonal and neuropeptide status of the body are needed. Such relationships should be studied in greater detail and under different environmental conditions.

- Most of the studies dealing with neural and behavioral responses have tested NaF. It is important to determine whether other forms of fluoride (e.g., silicofluorides) produce the same effects in animal models.

Copyright National Academy of Sciences. All rights reserved.

# **Exhibit 18**

Page 1

1                UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

2

3      FOOD & WATER WATCH, INC., et      )
       al.,                             )
4                                       )
                                        )
5                        Plaintiffs,    )
                                        )  Case No.
6      vs.                              )  3:17-cv-02162
                                        )  -EMC
7      UNITED STATES ENVIRONMENTAL      )
       PROTECTION AGENCY, et al.,       )
8                                       )
                                        )
9                        Defendants.    )
                                        )
10

11

12

13             VIDEO RECORD & ORAL DEPOSITION OF

14               Kathleen M. Thiessen, Ph.D.

15               Tuesday, August 27, 2019

16                      9:00 A.M.

17                U.S. Attorney's Office

18                  800 Market Street

19             Knoxville, Tennessee 37902

20

21

22

23

24

                  Georgette H. Mitchell

25           Registered Professional Reporter

                    LCR-55 (TN)

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

                                                    Page 297

 1         A.      I know the name.  I'm not overly familiar

 2    with any of that, no.

 3         Q.      Do you know who his employer was?

 4         A.      Not right off.

 5         Q.      Okay.  Fine.  So let's -- you were asked

 6    a lot of questions about changes going on in the brain

 7    that the NRC identified.  So I'd like to go though and

 8    talk with you in a little bit more detail what those

 9    changes were, okay?  Make sense?

10              So if you could turn to page -- sorry, to

11    Exhibit 255, and I'd like to direct your attention to

12    the findings section of the chapter.  And he starts on

13    page 220.

14              Do you see that?

15         A.      Yes.

16         Q.      Now, counsel asked you some questions

17    about the first section which is dealing with the

18    then-existing epidemiological studies on IQ, right?

19         A.      Yes.

20         Q.      Okay.  Well, let's look at the findings

21    on the animal data, okay?

22         A.      Okay.

23         Q.      So if you turn to the next page, page

24    221.  You see the section at the bottom there, it's

25    entitled "Neurochemical and Biochemical Changes"?

Kathleen M. Thiessen , Ph.D.                    August 27, 2019

Page 298

```
 1          A.      Okay.  Yes.

 2          Q.      Do you see that at the bottom?

 3          A.      Yes.

 4          Q.      Now, this is a section where NRC is

 5   identifying its findings as to how fluoride causes

 6   neurochemical and biochemical changes, correct?

 7          A.      Yes.

 8          Q.      Okay.  If you want to take a second and

 9   just read that first paragraph.

10          A.      Okay.

11          Q.      Okay.  So these are some of the changes

12   that NRC had identified as occurring in animals

13   following fluoride exposure, correct?

14          A.      Yes.

15          Q.      Now, these changes include reduction in

16   lipid content in the brain?

17          A.      Yes.

18          Q.      And do these changes include reduction in

19   the protein content of the brain?

20          A.      Yes.

21          Q.      Do these changes incur -- include

22   reductions in the phospholipid content of the brain?

23          A.      Yes.

24          Q.      Do these changes incur inhibitions of

25   acetylcholinesterase?
```

Kathleen M. Thiessen, Ph.D.                        August 27, 2019

Page 299

1          A.      Yes.

2          Q.      Do these changes include -- well, I'll

3     stop there.

4                  Dr. Thiessen, these -- are these changes

5     here that NRC is identifying known effects from

6     fluoride exposure in animals?

7          A.      Yes.

8          Q.      Okay.  So when we're talking about the

9     difference between a known effect and a potential

10    effect, these are potential effects when seeking to

11    extrapolate them to humans.

12                 Is that a fair -- fair summary?

13         A.      Yes.

14         Q.      Okay.  So they're -- these are known

15    effects in animals from fluoride exposure and they are

16    at this time, potential effects in humans.

17                 Is that a correct summary?

18         A.      Yes, there are actually a couple of

19    studies that show some of those effects in fetal brains

20    in mothers exposed to fluoride.

21         Q.      Okay.  So as of 2006, and based on the

22    NRC's conclusions, fluoride -- sorry, strike that.

23                 As of 2006, the NRC had enough

24    information available to it to conclude that

25    neurotoxicity is a known effect of fluoride exposure in

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 301

1          MS. CARFORA:  Thank you.

2     BY MR. CONNETT:

3          Q.     If you go to -- if you look at the third

4     sentence there in that paragraph it says that "fluoride

5     affects transmitter concentrations and functions."

6                 Do you see that?

7          A.     Yes.

8          Q.     So the NRC had enough information

9     available to it from the animal studies to conclude

10    that fluoride affects neurotransmitter concentrations

11    and functions; is that correct?

12         A.     Yes.

13         Q.     Would you consider alterations to

14    neurotransmitter concentrations and functions to be an

15    adverse effect?

16         A.     Yes.

17         Q.     Now, if you -- the last sentence of that

18    paragraph NRC writes that "aluminum fluoride, not only

19    provides false messages throughout the nervous system

20    but, at the same time, diminishes the energy essential

21    to brain function."

22                 Did I read that correctly?

23         A.     Yes.

24         Q.     So that was a finding from the NRC?

25         A.     Yes.

Kathleen M. Thiessen, Ph.D.                        August 27, 2019

Page 302

1          Q.      Dr. Thiessen, do you -- would you

2    consider the diminishment of the energy -- sorry,

3    strike that.

4                  Dr. Thiessen, would you consider a

5    diminishment to the energy available to the brain to be

6    an adverse effect?

7                  MS. CARFORA:  Objection, leading.

8                  THE WITNESS:  Yes.

9    BY MR. CONNETT:

10         Q.      Now if you turn to the next paragraph,

11   Dr. Thiessen, you see the first sentence there?  And

12   I'll read it for you.

13                 NRC writes, "Fluorides also increase the

14   production of free radicals in the brain through

15   several different biological pathways."

16                 Did I read that correctly?

17         A.      Yes.

18         Q.      So the NRC as of 2006, had enough

19   information available to it from the animal literature

20   to conclude that fluoride increased the oxidative

21   stress in the brain of animals; is that correct?

22         A.      Yes.

23         Q.      Dr. Thiessen, do you consider the

24   increase of oxidative stress in the brain to be an

25   adverse effect?

Page 304

1                    MS. CARFORA:  Objection, leading.

2                    THE WITNESS:  Yes.

3    BY MR. CONNETT:

4         Q.      And so the NRC had enough information

5    available to it as of 2006 to conclude that fluoride

6    can cause neuronal deformations in the brains of

7    animals?

8                    MS. CARFORA:  Objection, leading.

9                    THE WITNESS:  Yes.

10   BY MR. CONNETT:

11        Q.      Is that -- is that correct, Dr. Thiessen?

12        A.      Yes.

13        Q.      Okay.  And further on in the paragraph

14   the NRC writes, "The substantial enhancement of

15   reactive microglia, the presence of stained

16   intracellular neurofilaments and the presence of IGM

17   observed in rodents are related to signs of dementia in

18   humans."

19                 Did I read that correctly?

20        A.      Yes.

21        Q.      So is it fair to say that the NRC looked

22   at some of these changes occurring in the brains of

23   fluoride-treated animals and saw those changes as

24   having a potential bearing on fluoride's ability to

25   cause dementia in humans?

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 317

1          A.       That and the CDC report, the discussion

2     of that.

3          Q.       And you -- one of the questions that was

4     asked to you, I believe counsel stated that Dr.

5     Featherstone thought there was a systemic benefit of

6     fluoride.

7                   So I want to read to you a quote from Dr.

8     Featherstone's conclusions in his 1999 review, and then

9     ask you if you agree with Dr. Featherstone's

10    conclusion, okay?

11                  Dr. Featherstone wrote, "The systemic

12    benefits of fluoride are minimal."

13                  Would you agree with Dr. Featherstone?

14         A.       Yes.

15         Q.       Okay.  I know you weren't at Dr. Henry's

16    deposition and I know you haven't received a transcript

17    of her deposition, but in her deposition she testified

18    that you never discussed a document called The

19    Guidelines for Neurotoxicity Risk Assessment.

20                  Is that correct?

21         A.       That is not correct.

22         Q.       Is -- is there any point in your report

23    where you reference or discuss the Guidelines for

24    Neurotoxicity Risk Assessment?

25         A.       Starting on page six.

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 318

1        Q.       And is it fair to say, Dr. Thiessen, that

2    you repeatedly reference and discuss the Guidelines for

3    Neurotoxicity Risk Assessment?

4        A.       Yes, I cited them many times.

5        Q.       So let me ask you, what role did the

6    EPA's guidelines for neurotoxicity risk assessment play

7    in your analysis?

8                 Can you explain that a little bit?

9        A.       That was sort of the -- the basis or

10   framework for my analysis.  What does EPA say about the

11   neurotoxicity risk assessment and here's what we know

12   about fluoride.

13       Q.       So did you assess the literature under

14   the framework presented or recommended by the

15   guidelines?

16       A.       Yes.

17       Q.       Do you know if these guidelines are still

18   relied upon and used by EPA?

19       A.       It's my understanding that they are.  The

20   -- the list of chemicals that have been assessed

21   according to those guidelines, two of them are in --

22   are recent reports.

23       Q.       And I think you were just pointing to one

24   of the tables in your reports?

25       A.       Yes.

Kathleen M. Thiessen, Ph.D.                          August 27, 2019

                                              Page 327

1              THE WITNESS:  No, those are prospective

2         cohort studies with individual measures of

3         exposure, and they are not ecological.

4    BY MR. CONNETT:

5         Q.     And does the -- by the way, did EPA's

6    guidelines on neurotoxicity risk assessment, do they

7    have any discussion about the -- about prospective

8    cohort studies?

9              MS. CARFORA:  Objection, foundation.

10             THE WITNESS:  I think they list the types

11        of study and -- and that would be the best type to

12        have.

13   BY MR. CONNETT:

14        Q.     And that's the EPA's guidelines are

15   saying the prospective cohort studies are -- aren't as

16   strong as epidemiological studies to have; is that

17   correct?

18        A.     Yes.

19             MS. CARFORA:  Objection.  Leading.

20   BY MR. CONNETT:

21        Q.     So Dr. Sugi's review, did you read that?

22        A.     Yes.

23        Q.     Did Dr. Sugi, did she identify any study

24   that found no effects from fluoride exposure in animals

25   that you did not identify or discuss?

Kathleen M. Thiessen , Ph.D.                    August 27, 2019

Page 328

 1                    MS. CARFORA:  Objection, scope, leading.

 2                    THE WITNESS:  I don't think so.

 3    BY MR. CONNETT:

 4         Q.     Does -- what, if anything, does Dr.

 5    Sugi's review of the scientific literature suggest

 6    about the representativeness of the literature on

 7    animal studies that you discuss in your report?

 8                    MS. CARFORA:  Objection, scope, leading,

 9         compound.

10                    THE WITNESS:  I was not missing anything

11         important.

12    BY MR. CONNETT:

13         Q.     Okay.  So let's talk about points of

14    departure, and if you could pull out your report,

15    Exhibit 259.  So I'm looking here at Table 7 on page

16    62.

17                    Dr. Thiessen, in this table you

18    identify -- is it fair to say, that you identify

19    multiple different points of departure?

20         A.     I listed several possible points of

21    departure.

22         Q.     Why did you do that?

23         A.     To show an example of the range of low

24    effect levels and -- and no effect levels that are in

25    the animal literature, and to show that with any of

Kathleen M. Thiessen, Ph.D.                          August 27, 2019

Page 357

1    instance; isn't that right?

2         A.      That's what this says.  The paragraph I

3    was accidentally reading on the other page says you

4    need to be careful --

5         Q.      Okay.

6         A.      -- that they might not be reversible.

7         Q.      Okay.  And do you -- so just very

8    quickly.  Do you agree or disagree with that?

9         A.      The neurotoxicity is an adverse change in

10   the structural function?  Yes.

11        Q.      Okay.  So do you agree, I mean, it says,

12   "adverse effects include alterations from baseline or

13   normal conditions that diminish an organism's ability

14   to survive, reproduce or adapt to the environment."

15             I mean, do you understand this to be

16   saying that there could be changes in structure or

17   function that are not necessarily adverse?

18        A.      It's conceivable, but the -- the brain

19   does not repair itself very well.

20        Q.      Okay.  And then at the very end of that

21   paragraph it's the second to last sentence in this

22   paragraph.

23             It says, "In this case, the change in

24   motor activity could be considered adverse, but not

25   necessarily neurotoxic."

Kathleen M. Thiessen, Ph.D.                August 27, 2019

                                             Page 380

1        Q.      If you can turn to page 25.  The first

2   line on the top of the page reads, "Alterations in the

3   structure of the nervous system", and it provides some

4   examples, "are regarded as evidence of a neurotoxic

5   effect."

6                Do you see that?

7        A.      Yes.

8        Q.      Now, you've talked a lot today, Dr.

9   Thiessen, about neurochemical effects and

10  neuroanatomical effects.

11               Are those sometimes called structural

12  effects?

13       A.      Yes.

14       Q.      So is it your understanding that EPA

15  considers structural effects on the nervous system to

16  be evidence of neurotoxicity?

17       A.      That's what it says.

18       Q.      Okay.  If you can turn to page 55.  If

19  you -- second paragraph, four lines down.

20       A.      Okay.

21       Q.      And I'll read it.  EPA states,

22  "Neurochemical and electrophysiological changes may be

23  regarded as adverse because of their known or presumed

24  relation to neuropathological and/or neurobehavioral

25  consequences."

Page 381

1              Did I read that correctly?

2        A.     Yes.

3        Q.     So is it your understanding, Dr.

4   Thiessen, that EPA -- sorry.  Strike that.

5              Is this consistent with your

6   understanding, Dr. Thiessen, about the effects of

7   neurochemical changes in the brain?

8        A.     Yes.

9        Q.     Does this then form your opinion that

10  you've offered today as to whether neurochemical

11  changes are likely to be adverse?

12       A.     Yes.

13       Q.     So if you could -- you were -- I've just

14  been showing you some quotes on structural effects and

15  whether structural effects are properly considered

16  adverse.

17              I now want to ask you some questions

18  about functional effects on the nervous system, and

19  functional effects, am I correct in understanding,

20  include things like learning, learning impairments, and

21  memory impairments?

22       A.     Yes.

23       Q.     Okay.  So let's see how EPA has

24  considered whether learning effects and memory effects

25  are adverse.

Kathleen M. Thiessen , Ph.D.                    August 27, 2019

Page 383

1      Q.      Okay.  And what was the effect that EPA

2   found to be adverse in the 2-Hexanone assessments?

3      A.      Axonal swelling in peripheral nerves.

4      Q.      Would those be structural effects?

5      A.      The swelling of the axons would be

6   structural effects.

7      Q.      Now, you were asked about animal studies

8   and whether the findings of neurotoxicity can be

9   explained by systemic toxicity.

10              Do you recall that?

11      A.      Yes.

12      Q.      You have discussed today at several

13   points the studies by Bartos, right?

14      A.      Yes.

15      Q.      In the Bartos studies, can the effects on

16   learning and memory be explained by systemic toxicity?

17      A.      No.

18      Q.      And have you reviewed other animal

19   literature which has examined fluoride effects on

20   learning and memory to determine whether systematic

21   toxicity can explain the effects?

22      A.      There's several of them where it does not

23   explain the effects.

24      Q.      And -- now, you were asked about whether

25   it's more, you know, the difficulty of proving a

Kathleen M. Thiessen, Ph.D.                    August 27, 2019

Page 388

1        Q.      So if a chemical has consistently been

2   associated with adverse effects in human beings at a

3   concentration of two parts per million, okay, and

4   humans are exposed to that chemical generally, at let's

5   say .7 parts per million, would that be -- would that

6   difference in exposure in a typical risk assessment be

7   considered a very large difference?

8        A.      No.

9        Q.      Would that difference in exposure in a

10  typical risk assessment where, for instance, politics

11  are not involved, would that be considered a very small

12  margin of difference?

13       A.      That would be considered very small.

14  It's less or close to or less than a factor of three.

15  The exposure range could -- could well exceed that.

16       Q.      If you can -- my last question, I'm going

17  to -- and if you could turn to the NTP report.  If you

18  could turn to page three?

19       A.      Page?

20       Q.      Page three.

21       A.      Three.  Okay.

22       Q.      And the -- you see in looking at the

23  middle paragraph there and it is one, two, three, four,

24  five, six lines down, you see there's a sentence

25  beginning "for fluoride endemic areas"?

Page 392

1              C E R T I F I C A T E

2    STATE OF TENNESSEE

3    COUNTY OF KNOX

4          I, Georgette H. Mitchell, Registered

5    Professional Reporter, Licensed Court Reporter #55 and

6    Notary Public, do hereby certify that I reported in

7    machine shorthand the deposition of KATHLEEN M.

8    THIESSEN, PH.D, called as a witness at the instance of

9    the Defendants, that the said witness was duly sworn by

10   me; that the reading and subscribing of the deposition

11   by the witness was waived; that the foregoing pages

12   were transcribed under my personal supervision and

13   constitute a true and accurate record of the deposition

14   of said witness to the best of my ability.

15         I further certify that I am not an attorney or

16   counsel of any of the parties, nor an employee or

17   relative of any attorney or counsel connected with the

18   action, nor financially interested in the action.

19         Witness my hand and seal this the 7th day of

20   September, 2019.

21

22                    _Georgette H. Mitchell_

                      Georgette H. Mitchell

23                    Registered Professional

                      Reporter, Licensed Court

24                    Reporter 55, LCR expires

                      6-30-20 and Notary Public

25                    My Commission Expires:

                      February 2, 2020

# **Exhibit 19**

Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    FOOD & WATER WATCH, INC., et al.,  ) Case No.

                                       ) 3:17-CV-02162-EMC

5            Plaintiffs,               )

                                       )

6        v.                            )

                                       )

7    UNITED STATES ENVIRONMENTAL       )

     PROTECTION AGENCY, et al.,        )

8                                      )

             Defendants.               )

9    -----------------------------------)

10

11                      - - -

12               FRIDAY, SEPTEMBER 13, 2019

13                      - - -

14

15       Videotaped deposition of PHILLIPE GRANDJEAN,

16   M.D., PH.D., taken at the offices of U.S. Department

17   of Justice, 4 Constitution Square, 150 M Street N.E.,

18   Room 5.1405, Washington, D.C., beginning at 9:10 a.m.,

19   before Nancy J. Martin, a Registered Merit Reporter,

20   Certified Shorthand Reporter.

21

     Job No. CS3520657

22

Phillipe Grandjean                                    September 13, 2019

Page 70

1          And then we looked at the literature, and in

2     the Lancet paper from 2006, we concluded that fluoride

3     was a neurotoxicant.  We agreed with EPA, and that we

4     also said we didn't think the evidence was sufficient

5     to classify fluoride as a development neurotoxicant,

6     while we did classify lead and methylmercury and

7     arsenic and toluene and PCBs, I think those were the

8     five, as development toxicants.

9          And what happened in the years up to that was

10    that, you know, using the experience with lead, and

11    lead can cause brain toxicity in adults, and we know

12    that very well.  It has been profusely documented.

13    And as the literature on lead exposure and children's

14    brain development developed over several decades with

15    people like Herbert Needleman, who recently deceased,

16    we realized that children's brain development is

17    incredibly, substantially more vulnerable to

18    neurotoxicants than the adult mature brain because all

19    the brain cells are there.  They're in the right

20    spots.  They have all the right connections already in

21    the mature brain, and that makes the brain much less

22    sensitive.

Page 71

1          But the human brain during early development,

2     you know, the brain cells start like a tiny lit

3     sausage, and the cells have to find their way to their

4     final precision in the brain matter and line up.  Some

5     of them have to line up on top of each other.  They

6     have to send out projections, accents and dent rights,

7     to sort of wire the brain correctly.

8          Those processes are very, very sensitive.  So

9     with lead, it's like it requires perhaps a few percent

10    of the dose that's toxic to the adult compared to what

11    is toxic to the developing brain.

12         So we were worried, and that's why Richard

13    Horton said -- the editor of the Lancet said to me,

14    "Can you write this review for us?"  And I asked Phil

15    to, you know, co-author, and it's -- I don't know.  It

16    has been cited more than 1,000 times.  So it's very --

17    it's a standard reference, I would say --

18    BY MS. CARFORA:

19         Q.  Okay.  You said --

20         MR. CONNETT:  The witness is not finished

21    answering the question.

22    BY MS. CARFORA:

Page 75

```
 1              MR. CONNETT:  That --

 2              MS. CARFORA:  I'm withdrawing the question.

 3     I'm going to ask a different question.

 4         Q.  My question for you -- my new question for

 5     you, sir, is do you know --

 6              MR. CONNETT:  Let the record reflect that

 7     counsel has now interrupted the witness several times

 8     when she's getting answers she doesn't like.  It's not

 9     an appropriate thing to do in a deposition.  I'd ask

10     that you not do that again.

11              You can proceed.

12     BY MS. CARFORA:

13         Q.  Do you know, sitting here right now, at what

14     dose fluoride causes neurotoxic effect?

15              MR. CONNETT:  Overbroad.

16              THE WITNESS:  Sitting here right now, I have

17     a different answer than the answer I gave in 2006 and

18     the answer that was updated in 2014, and my answer

19     today is that yes, I know levels where developmental

20     neurotoxicity occurs in humans because now there is

21     substantially more information from high-quality

22     studies that have been conducted with objective,
```

Phillipe Grandjean                                    September 13, 2019

Page 76

1    reliable methods and published in high-level

2    biomedical journals after peer review, and I think

3    that the unfortunate conclusion we have to accept

4    today is the conclusion that I have put in my report.

5            And that is that fluoride exposures, as they

6    occur in America today, primarily from fluoridated

7    drinking water, are toxic to brain development in

8    humans.

9    BY MS. CARFORA:

10       Q.   So what is the dose?

11           MR. CONNETT:   Asked and answered.

12           THE WITNESS:   You know, you're asking me a

13   very simple question.   Let me phrase my answer in

14   terms that relate to EPA and then the rule making at

15   EPA.

16           EPA, as a regulatory agency, requires, in

17   order to develop what they call a "reference dose,"

18   they recommend the use of a technique called

19   "benchmark dose calculation."   And so the point is

20   that thresholds of toxicity cannot be observed.   So

21   the answer to your question at which dose, I have to

22   say, well, doses that are above a threshold, but the

Page 77

1    threshold cannot be observed -- I mean what we would

2    have to do is like dose pregnant women, you know, who

3    were devoid of fluoride exposure at different levels

4    of daily intakes to see what happened to the child's

5    brain development.

6              We don't do those sort of things.  But in

7    fact, what's happening in modern America, we are

8    dosing the whole population with fluoride, and we are

9    now convinced that the levels of exposure that are

10   achieved are above what I have calculated as a

11   benchmark dose that EPA would normally require to

12   develop a reference dose.  And that reference dose has

13   not been updated for decades.

14             So I think the time has come for us to

15   address the current scientific knowledge and see how

16   we can best adjust public policy in this area.

17   BY MS. CARFORA:

18      Q.  Sir, my question is very simple and

19   straightforward.  And you just said yourself that I

20   asked a very simple question.

21             My question is do you, sitting here today,

22   have an opinion as to at what dose fluoride causes

Page 78

1    neurotoxic effect?

2            MR. CONNETT:  Asked and answered.

3            THE WITNESS:  I think I gave you the answer,

4    but let me just say that if I follow EPA's

5    recommendations, I would say any exposure above the

6    benchmark dose level, that is above about 0.2

7    milligrams per liter of drinking water, that means

8    that above that dose, developmental neurotoxicity will

9    increase in magnitude and in frequency.

10   BY MS. CARFORA:

11       Q.  Okay.  So your testimony is that, if I

12   understand correctly, fluoride causes neuro

13   developmental toxicity at a dose of 0.2 or at a

14   concentration of 0.2 in the drinking water?

15       A.  Okay.  You use the word "dose," and I talk

16   about exposure.  So I am referring to the fluoride

17   concentration in the water because that's what has

18   been used in the scientific studies, and they've also

19   used the fluoride concentration in the urine, and

20   that's what EPA is addressing because they are

21   obviously regulating fluoride and water.  They can't

22   regulate fluoride in urine, but they can regulate the

Phillipe Grandjean                                    September 13, 2019

Page 89

1    look at, for example, the blood-lead concentrations

2    that CDC has accepted as safe in the past.  They have

3    really gone down tremendously.  And, for example, the

4    European Commission has concluded that there is no

5    safe exposure to lead.

6              And I think that's also the understanding

7    with CDC and at EPA nowadays, but look back a few

8    decades.  The safe dose has gone down by more than a

9    tenfold simply because we got better information and,

10   you know, more evidence.  And we published recently a

11   paper on benchmark dose calculations for lead which

12   are very much in agreement with EPA's current view on

13   lead as a developmental neurotoxicant.  The benchmark

14   dose calculation is a tool that is used to integrate

15   the information available from one or from several

16   studies to get the best and valid evidence to act

17   upon.

18             And so I've followed that recommendation, you

19   know, using the benchmark dose calculation, and

20   generated the numbers, and they are in my two reports.

21   BY MS. CARFORA:

22        Q.   Okay.  The benchmark dose calculation for

Phillipe Grandjean                                    September 13, 2019

Page 90

1    lead that you -- you coauthored that paper; is that

2    right?

3         A.   That's correct.

4         Q.   And who was the lead author on that paper?

5         A.   I think my biostatistician colleague, Esben,

6    was the lead author.

7         Q.   Esben?

8         A.   Esben Budtz-Jorgensen.

9         Q.   Okay.  Can I just call him "Esben"?

10        A.   Yeah.  His name should be in my report.

11        Q.   It's certainly referenced --

12        A.   Yeah.

13        Q.   -- in the references.  What was your role on

14   the paper -- the benchmark dose calculations for lead,

15   what was your role on that?

16        A.   My role was to facilitate the collaboration

17   between my -- Esben Budtz-Jorgensen is chairman of

18   biostatistics at the University of Copenhagen, and he

19   has written learned papers in biometrics and

20   statistics in medicine and other journals like that on

21   benchmark dose, and the mathematics and the validity

22   of that concept and, you know, what happens when you

1    have imprecise exposure assessment and all of that

2    sort of sophisticated aspect.  So he's really one of

3    the key experts in the world on that.

4              So because of my background conducting

5    studies in children exposed to lead, I knew the

6    colleagues from Australia and New Zealand, the

7    United States and some European countries, and we

8    agreed we should do a joint analysis of all of the

9    data and come up with benchmark dose concentrations

10   that could be used by regulatory agencies.  And so we

11   wrote this joint paper.

12        Q.  And what was your role in writing that paper?

13        A.  Like I said, I was the one bridging between

14   my colleagues in other countries and the

15   biostatistician.

16        Q.  So you brought everyone together?

17        A.  I think I was listed as the senior author.

18   So I had the major responsibility for the writing.

19   This is several years ago.  I don't know the

20   percentage of the wording that I was responsible for,

21   but I was sort of the leading scientist on that

22   project that --

Page 92

1    Q.  Did you write that paper?

2    A.  I'm sorry.

3    Q.  Did you write that paper?  "BMD Calculations

4  for Lead," did you write that?

5    A.  I was the senior author.  I mean I can't say

6  I wrote every word because everybody -- all of the

7  authors contributed, but I was responsible for making

8  sure that we completed that project and that we, you

9  know, generated a scholarly manuscript and it was

10  submitted to an important journal.  It got published.

11    Q.  But you're not listed as the main author on

12  that paper?

13    A.  I'm saying I was senior author.

14    Q.  What does that mean?  How would I, looking at

15  that, know --

16    A.  We speak different languages.  Okay.  A

17  senior author -- and I think I was also corresponding

18  author.  A senior author is the one that's listed

19  last.  So usually the person who has been doing, you

20  know, the field work, or whatever it is, is listed

21  first -- and it could be a graduate student -- but

22  then the supervisor is listed last.  That's sort of

Page 93

1    the academic tradition.

2        Q.   Okay.   But I don't know if that answers my

3    question.   My question is did you write it?

4            MR. CONNETT:   Asked and answered.

5            THE WITNESS:   Okay.   I think it's the same

6    thing in legal practice, that if you produce a

7    document from the DOJ, it may be submitted on behalf

8    of the secretary but the secretary didn't write it,

9    but the secretary was the one responsible for the

10   thinking behind it and for the approach, and then

11   there were people contributing to various parts of it.

12           And I don't remember how many percent of the

13   wording -- maybe it was 50 percent.   But in science

14   when you collaborate -- I mean as a journalist, I have

15   to say if the person is listed as an author, that

16   person must have contributed intellectually, not just

17   lending the colleagues an instrument or sending them a

18   useful reference.

19   BY MS. CARFORA:

20       Q.   Okay.   So what was your intellectual

21   contribution to the BMD calculations for lead?

22           MR. CONNETT:   Asked and answered.   Overbroad.

Page 94

1             THE WITNESS:  Let me explain -- I wrote my

2    doctoral thesis on lead.  I'm well versed in the

3    field.  I know the colleagues who have done studies.

4    I mean WHO sent me to Australia to participate on

5    their behalf in a meeting to coordinate efforts in

6    New Zealand and Australia in regard to controlling led

7    exposure in children.  I know these colleagues.

8             And therefore I initiated this project so

9    that we could provide the best and highest quality

10   evidence as guidance for, you know, improved public

11   health in this field because lead is an ongoing hazard

12   to brain development even in America where we have

13   regulated lead in various ways and lead exposures have

14   decreased, but it's still a hazard.

15   BY MS. CARFORA:

16        Q.  Okay.  Did you do the BMD calculations in

17   that paper?

18        A.  No.

19        Q.  Okay.  Did you do the BMD calculations in

20   your expert report in this matter?

21        A.  I can do them, and I know how to do it.  The

22   formula is here.  So it's easy to do.  I think you

Page 95

1    could do it.

2         Q.  But did you do it?

3         A.  No.  I decided I would rather have the

4    chairman of biostatistics be responsible for that

5    because he is a world expert on benchmark dose.  I

6    wouldn't trust myself.

7         Q.  Okay.  So you sent Exben an E-mail and asked

8    him to do the benchmark dose analysis for your expert

9    report in this matter; is that right?

10        A.  That is correct.

11        Q.  Okay.  And then he responded to you and,

12   presumably, I'm pretty sure you cut-and-pasted what

13   was in his E-mail into your expert report; is that

14   right?

15        A.  As I explained in my report.

16        Q.  Just very quickly, you testified a little bit

17   earlier about not -- I think you said you didn't

18   understand exactly how all of EPA's processes went for

19   reference dose in BMD calculations.  And I guess my

20   question for you, then, is if you weren't sure how

21   they worked, why did you use them for your expert

22   report here?

  1             MR. CONNETT:  Overbroad.  Argumentative.

  2   Vague and ambiguous.

  3             THE WITNESS:  Okay.  So let me just be clear.

  4   I have a reasonable understanding of what EPA does

  5   because I mean I was working so closely with EPA on

  6   methylmercury because EPA and the National Research

  7   Council decided that my research should provide the

  8   basis for a reference dose.  You know, that was in

  9   2001, and I think the National Research Council report

 10   was in 2000.

 11             And we worked together on using the research

 12   data that I had gathered so that EPA could do a proper

 13   risk assessment and generate a reference dose for

 14   methylmercury.  And this is now what's being updated

 15   with the people.

 16             So I do have a fair understanding of the

 17   procedures and, you know, how risk assessments are

 18   carried out in EPA.  I wouldn't say that I'm able to

 19   give you a detailed explanation of all the details.

 20   BY MS. CARFORA

 21        Q.  Okay.  Does fluoride's toxicity depend on

 22   root of exposure?

Page 232

1          An hour to review like I have provided here

2     was, to me, just as convincing because there is a

3     meta-analysis here with a P-value of below

4     0.000-something-1.  An extremely low P-value.  It is

5     very, very improbable that what we showed in 2012 is

6     an artifact or accidental.  We were on April -- we did

7     all sorts of stratifications to take into account

8     arsenic and lead and iron deficiency, those sorts of

9     things.

10          We took into account ages.  We took into

11    account the outcome scales used.  So we did everything

12    we could to show that fluoride is not causing this,

13    but it's something else and now we'll look at that,

14    and we failed every time.

15    BY MS. CARFORA:

16         Q.  Wait.  So that was 2012.  So just so I

17    understand, what process did you use, for the purposes

18    of your expert report, to assess the quality of the

19    studies from 2012 to today?

20         A.  Right.  First of all, I scanned the

21    literature.  I have been collecting that literature

22    over the years.  So, anyway, I got hold of the

Phillipe Grandjean                                    September 13, 2019

                                                    Page 233

1    published peer reviewed literature in this field, and

2    then I assessed the quality and relevance -- you know,

3    I weighted the evidence.

4           Q.  But how?

5           A.  We talked about that already.  I looked at

6    the validity of the methods used.  I looked at the

7    biostatistics methods.  I looked at the, you know,

8    covariants and -- I mean like I explained before.  And

9    then I wrote a narrative review here and -- anyway,

10   it's about Page 20, something like that.  And I also

11   relied on Duan's.  He actually did a meta-analysis for

12   the studies with water levels below 4 milligrams per

13   liter and showed that, you know, essentially, the same

14   findings, but narrow down the concern about fluoride

15   exposures from higher levels to those that are below

16   EPA's MCGL.

17          Q.  But the Duan -- for example, the Duan was

18   2018; is that right?  The meta-analysis?

19          A.  I can look it up.  Duan should be -- well, at

20   least it's more recent than my own work from 2012.

21          MR. CONNETT:  If you need to look, that's

22   fine.  Take your time.

Phillipe Grandjean                                September 13, 2019

Page 307

1          A.   Yes.   Okay.   That's the number.

2          Q.   But the first sentence of that paragraph, you

3     write, "In natural waters, fluoride is omnipresent,

4     but the concentrations are generally low in surface

5     water such as rivers and lakes.   The concentrations

6     tend to be higher and more variable in ground water,

7     such as wells."   Do you see that?

8          A.   I see that, and that is well documented.

9          Q.   So in your background estimate that you were

10    talking about today, would that be more reflective of

11    groundwater such as wells, or would it --

12         A.   Yeah.   I was referring to groundwater

13    because, you know, that's a major source of drinking

14    water, and that's what's causing the problems in the,

15    you know, endemic areas in Asia and elsewhere.

16         Q.   So the background levels of fluoride in

17    rivers and streams and lakes, would they be lower

18    than --

19         A.   Oh, they're definitely lower, yeah, unless

20    there is industrial pollution.

21         Q.   Okay.   Does arsenic occur naturally?

22         A.   Arsenic, likewise, occurs naturally.

Phillipe Grandjean                                          September 13, 2019

Page 308

1          Q.  Does that mean that arsenic is not toxic?

2          A.  Well, you know, that was the traditional

3    misconception, that if something occurs naturally,

4    homosapiens would have developed metabolic defenses so

5    that it wouldn't interfere adversely with, you know,

6    human metabolism, but -- well, anyway, that was my

7    answer.

8          Q.  So is it -- am I correct in understanding

9    that the fact that arsenic occurs naturally does not

10   mean that arsenic is safe?  Is that a fair summary?

11         A.  That is very fair.  It's a very subtle

12   conclusion.

13         Q.  Okay.  Does lead occur naturally?

14         A.  Indeed.

15         Q.  Does cadmium occur naturally?

16         A.  Yes.

17         Q.  Does radon occur naturally?

18         A.  Absolutely.

19         Q.  Would you characterize lead, cadmium, and

20   radon as presenting certain health risks?

21         A.  Absolutely.

22         Q.  Okay.  You were asked some questions about

Phillipe Grandjean                        September 13, 2019

Page 315

1        Q.  Now, you've previously -- you were asked some

2   questions about the analysis you did, I think back in

3   2013, on lead and creating a BMDL for lead?

4        A.  Right.

5        Q.  Did you use a human biomarker for the BMDL

6   for lead?

7        A.  Yeah.  For lead, it's appropriate to use the

8   blood -- the whole blood concentration of lead as the

9   exposure of parameters.

10        Q.  And that's called the benchmark dose?

11        A.  Benchmark dose, yeah.

12        Q.  Okay.  So and you were asked some questions

13   about, you know, whether certain findings in certain

14   studies, even if they were statistically significant,

15   can occur by chance.  Do you recall that line of

16   questioning?

17        A.  Yeah.

18        Q.  Dr. Grandjean, in your meta-analysis that you

19   did in 2012, you found what -- the vast majority of

20   the studies found effects of fluoride exposure on IQ?

21        A.  There were 27 studies, and 26 of them showed

22   that there was a tendency toward lower IQ points in

Page 316

1   communities with higher fluoride levels in the water.

2        Q.  Do you find -- would you find it unlikely

3   that 26 of 27 studies would all find an association

4   between fluoride as a matter of chance?

5        A.  Very unlikely, and we actually calculated a

6   joint P-value which was very, very low.

7        Q.  I'd like to now shift and talk about the NRC

8   report.  And if you could get the neurotoxicity

9   chapter in front of you, which I believe is Chapter 7.

10       A.  Okay.  No, I just have my own report.

11       Q.  Do you have it in front of you?

12       A.  I have it.

13       Q.  If you could turn to Page 220.

14       A.  Okay.

15       Q.  And you see there's a section here called

16   "Findings"?

17       A.  Uh-huh.

18       Q.  Okay.  I'd like to now direct your attention

19   to Page 221.

20       A.  Okay.

21       Q.  Do you see there's a section there titled

22   "Neurochemical and Biochemical Changes"?

Phillipe Grandjean                                    September 13, 2019

Page 319

1    more recent papers that point to the same direction.

2         Q.   Okay.  So you've mentioned today several

3    times this notion of hazard assessment; right?

4         A.   Right.

5         Q.   And I think you testified earlier that what

6    the NRC is -- what this analysis is doing ultimately,

7    with respect to how fluoride affects the brain in

8    animals, is a hazard assessment; is that correct?

9         A.   Correct.

10        Q.   Okay.  So would it be fair to say that NRC is

11   stating, as of 2006, that neurotoxicity is a known

12   hazard in animals?

13        A.   Right.  And the hazard is -- means that there

14   is a potential risk.  We're not saying that there is a

15   risk but we're saying there is a potential because

16   it's a hazard.

17        Q.   And when you say, "potential risk," are you

18   talking about potential risk in humans?

19        A.   In humans as well and -- but, of course, that

20   is most likely dose dependent.

21        Q.   Right.  So if you can turn to the exhibit,

22   which is the Exhibit 256, which was Chapter 1, the

1   you know, about your decision to not do a

2   meta-analysis in this case or systematic review.

3        A.  Correct.

4        Q.  Did the existence of the Duan meta-analysis

5   have any effect on your decision in this case to do a

6   meta-analysis or not?

7        A.  It did.  And so there were two meta analyses,

8   and to me, it was more important that I, you know, use

9   my time to explore, you know, toxicokinetics and other

10  aspects rather than develop a meta-analysis that would

11  only be a minor contribution because there were two

12  contributions already.

13       Q.  You just mentioned toxicokinetics; right?

14       A.  Correct.

15       Q.  Now, you know in your report you did a

16  weight-of-the-evidence analysis; right?

17       A.  Correct.

18       Q.  In doing a weight-of-the-evidence analysis,

19  did you just limit your assessment to epidemiological

20  studies on fluoride and IQ?

21       A.  No.  That was my major focus because I think

22  that's where the most weight is of the evidence, but

Phillipe Grandjean                    September 13, 2019

Page 331

1    in regard to plausibility and cohesion, I mean it will

2    be better to do an integrated risk assessment that

3    took into account, for example, the toxicokinetics,

4    and, for example, the animal data on passage of

5    fluoride into the brain and to the extent there are

6    human data to review that occupational health, and,

7    you know, various aspects like that so that I could,

8    you know, elucidate aspects of fluoride exposure and

9    toxicity in a more comprehensive way.

10            But my main focus was on the human

11   developmental neurotoxicity.

12       Q.  So do you find toxicokinetic data, animal

13   data on neurochemical effects, occupational data on

14   exposed workers, do you find that kind of information

15   to be helpful and important to consider when examining

16   epidemiological data on human populations?

17            MS. CARFORA:  Objection.  Leading.  Compound.

18            THE WITNESS:  I find it's necessary to -- you

19   know, get the full picture in an integrated risk

20   assessment that you take into account all of these

21   aspects to the extent that they are available.

22   BY MR. CONNETT:

Phillipe Grandjean                                September 13, 2019

Page 332

1          Q.   And available, do you -- Dr. Grandjean, did

2    you take steps in your report to rely upon the best

3    available science?

4          A.   I certainly did.

5          Q.   And would you -- in terms of the

6    epidemiological studies on fluoride and IQ,

7    Dr. Grandjean, what would be your best assessment as

8    to the best available science?

9          A.   Do I have an hour or two?

10         Q.   In summary form.

11         A.   So I think that we must realize that there

12   are now three prospective studies.  There's the first

13   Mexico study and element study and the MERIC study,

14   and they are all of high quality, particularly the two

15   later ones.  And I think the Canadian study that also

16   had data on total fluoride intake, in addition to

17   water, you know, where they considered tea, I think it

18   has advantages.

19              And that those three reports, when you look

20   at them together, leave very little doubt and very

21   little reason to question the developmental

22   neurotoxicity of fluoride at prevalent human exposures

Phillipe Grandjean                                    September 13, 2019

Page 333

1  in North America.

2       Q.   Oh.  You know, I forgot to ask you, in your

3  meta review from 2012, counsel asked you some

4  questions about that statement where you -- I'll read

5  it.  You mentioned the results suggest that fluoride

6  may be a developmental neurotoxicant that affects

7  brain development at exposures much below those that

8  can cause toxicity in adults.

9            Dr. Grandjean, going back to our discussion

10  on hazard and risk, are you referring here to whether

11  fluoride is a developmental neurotoxic in animals or

12  to whether fluoride is a developmental neurotoxicant

13  in humans?

14       A.   Well, this is a human study.  So it doesn't

15  say "human" in that sentence, but the whole report is

16  on human.  So we're talking about -- we say -- very

17  softly we suggest, but my personal opinion is that

18  hey, this is pretty -- I mean if you look at this

19  figure here, this is rather convincing (indicating).

20       Q.   So this statement here is focused on human --

21       A.   Human, yeah.

22       Q.   Broadbent.  Counsel asked you some questions

Phillipe Grandjean                                    September 13, 2019

Page 341

1                C E R T I F I C A T E

2        I do hereby certify that the aforesaid testimony

3   was taken before me, pursuant to notice, at the time

4   and place indicated; that said deponent was by me duly

5   sworn to tell the truth, the whole truth, and nothing

6   but the truth; that the testimony of said deponent was

7   correctly recorded in machine shorthand by me and

8   thereafter transcribed under my supervision with

9   computer-aided transcription; that the deposition is a

10  true and correct record of the testimony given by the

11  witness; and that I am neither of counsel nor kin to

12  any party in said action, nor interested in the

13  outcome thereof.

14

15

              Nancy J. Martin, RMR, CSR

16

17  Dated:  September 18, 2019

18  (The foregoing certification of this transcript does

19  not apply to any reproduction of the same by any

20  means, unless under the direct control and/or

21  supervision of the certifying shorthand reporter.)

22

# **Exhibit 20**



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

JUN 25 1997

OFFICE OF
WATER

Mr. George C. Glasser
3016 23rd Street, North
St. Petersburg, Florida 33713

Dear Mr. Glasser:

Thank you for your letter of July 5, 1997, to Carol M. Browner, Administrator of the Environmental Protection Agency (EPA), informing us that the American Dental Association Internet Web Site lists EPA as a supporter of fluoridation. You are correct in stating that the Safe Drinking Water Act (SDWA) prohibits EPA from requiring or supporting the addition of any substance (including fluoride) to drinking water for preventative health care purposes. Fluoridation decisions are made at the State or local level and are frequently the result of a public referendum on the issue. EPA will write to the American Dental Association informing them of the error in the Web Site information.

Fluoride in drinking water is regulated by EPA under Section 1412 of the SDWA. On April 2, 1986, EPA set a revised Maximum Contaminant Level (MCL), an enforceable Federal primary standard, at 4 mg/L to protect against crippling skeletal fluorosis, an adverse health effect. In addition, EPA set a nonenforceable Secondary Maximum Contaminant Level of 2 mg/L to protect against objectionable dental fluorosis (tooth discoloration). Depending on local conditions, fluoridation in this country is practiced at a level of about 1 mg/L which is well below the current 4 mg/L SDWA Federal standard. Thus, in cases where States or local governments choose to fluoridate, those localities are not in violation of the SDWA and do not come under the jurisdiction of EPA.

EPA has prepared a regulatory fact sheet on Fluoride to provide information regarding fluoride and fluoridation. A copy of the fact sheet is enclosed. If you have additional questions, please feel free to contact me or call Dr. Joyce Donohue in our Health and Ecological Criteria Division, at 202/260-5389.

Sincerely,

Robert Perciasepe
Assistant Administrator

Enclosure



EXHIBIT
155
5/31/19

# **Exhibit 21**



**NTP**
National Toxicology Program
U.S. Department of Health and Human Services

# NTP Research Report

## Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

NTP RR 1

July 2016

Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies

potential confounding; selection of appropriate control subject populations in epidemiology studies; demonstrated clinical significance of endocrine effects; and the biological relationship between histological, biochemical, and molecular alterations with behavioral effects. Regarding neurotoxicity and neurobehavioral effects, the main conclusions in the 2006 NRC report are:

> "Animal and human studies of fluoride have been published reporting adverse cognitive and behavioral effects. A few epidemiologic studies of Chinese populations have reported IQ deficits in children exposed to fluoride at 2.5 to 4 mg/L in drinking water. Although the studies lacked sufficient detail for the committee to fully assess their quality and relevance to U.S. populations, the consistency of the results appears significant enough to warrant additional research on the effects of fluoride on intelligence." [p. 8] (NRC 2006)

> "A few animal studies have reported alterations in the behavior of rodents after treatment with fluoride, but the committee did not find the changes to be substantial in magnitude. More compelling were studies on molecular, cellular, and anatomical changes in the nervous system found after fluoride exposure, suggesting that functional changes could occur. These changes might be subtle or seen only under certain physiological or environmental conditions. More research is needed to clarify the effect of fluoride on brain chemistry and function." [p. 8] (NRC 2006)

Since release of the 2006 NRC report, approximately 10 epidemiological studies of children's IQ have been published. A 2015 systematic analysis of the human literature conducted for the Republic of Ireland's Department of Health (Sutton et al. 2015) reviewed the new literature and concluded no evidence of an association with lowered IQ was apparent in studies of community water fluoridation. The authors based this conclusion primarily on an analysis of a prospective cohort study conducted in New Zealand (Broadbent et al. 2015). For fluoride-endemic areas, there was a strong suggestion that high levels of naturally occurring fluoride in water (>1.5 ppm) could be associated with negative health effects, including lowering of IQ. Overall, these studies were considered low quality, as they did not fully account for known confounding factors with regard to IQ (e.g., nutritional status, socioeconomic status), nor other potential influencing factors (e.g., iodine deficiency, chemical contaminants in the ground water such as arsenic and lead). The conclusions of Sutton et al. (2015) are consistent with findings of a 2012 meta-analysis of 27 epidemiology studies that supported the possibility of an adverse effect of "high" fluoride exposure[3] on children's neurodevelopment, specifically for lowered IQ (Choi et al. 2012). The Choi et al. meta-analysis, however, also identified study quality limitations, primarily related to reporting quality, that limited the strength of the conclusions (Choi et al. 2012). More than 35 experimental animal studies evaluating the neurobehavioral effects of fluoride have been published since release of the 2006 NRC report. A systematic review of experimental studies that focuses on the effects of fluoride on learning and memory would help interpret the human literature on IQ and identify key research/data gaps for additional study.

For cancer and endocrine disruption, the National Toxicology Program (NTP) is analyzing the amount of evidence available and the merit of pursuing systematic reviews given factors such as the extent of new research published since previous evaluations and whether these new reports address or correct the deficiencies noted in the literature (NRC 2006; OEHHA 2011; SCHER 2011).

---

[3] "High" was defined based on drinking water concentration, evidence of fluorosis, exposure related to coal-burning activities, and urine levels.

# Exhibit 22

Case 3:17-cv-02162-EMC   Document 120-1   Filed 10/16/19   Page 493 of 854

An official website of the United States government.

Close

We've made some changes to EPA.gov. If the information you are looking for is not here, you may be able to find it on the EPA Web Archive or the January 19, 2017 Web Snapshot.


United States
Environmental Protection
Agency

# Conducting a Human Health Risk Assessment

Planning

Hazard Identification

Dose-Response

Exposure Assessment

Risk Characterization

## Step 2

The objective of Step 2 is to document the relationship between dose and toxic effect.

### The 4 Step Risk Assessment Process



**Step 2:** Dose-response assessment is the second step of a human health risk assessment.

A **dose-response relationship** describes how the likelihood and severity of adverse health effects (the responses) are related to the amount and condition of exposure to an agent (the dose provided). Although this webpage refers to the "dose-response" relationship, the same principles generally apply for studies

Case 3:17-cv-02162-EMC Document 120-1 Filed 10/18/19 Page 494 of 854

where the exposure is to a concentration of the agent (e.g., airborne concentrations applied in inhalation exposure studies), and the resulting information is referred to as the "concentration-response" relationship.

The term "exposure-response" relationship may be used to describe either a dose-response or a concentration-response, or other specific exposure conditions.

Typically, as the dose increases, the measured response also increases. At low doses there may be no response. At some level of dose the responses begin to occur in a small fraction of the study population or at a low probability rate. Both the dose at which response begin to appear and the rate at which it increases given increasing dose can be variable between different pollutants, individuals, exposure routes, etc.

The shape of the dose-response relationship depends on the agent, the kind of response (tumor, incidence of disease, death, etc), and the experimental subject (human, animal) in question. For example, there may be one relationship for a response such as 'weight loss' and a different relationship for another response such as 'death'. Since it is impractical to study all possible relationships for all possible responses, toxicity research typically focuses on testing for a limited number of adverse effects.

> # Typically, as the dose increases, the measured response also increases.

Upon considering all available studies, the response (adverse effect), or a measure of response that leads to an adverse effect (known as a 'precursor' to the effect), that occurs at the lowest dose is selected as the critical effect for risk assessment. The underlying assumption is that if the critical effect is prevented from occurring, then no other effects of concern will occur.

As with hazard identification, there is frequently a lack of dose-response data available for human subjects. When data are available, they often cover only a portion of the possible range of the dose-response relationship, in which case some extrapolation must be done in order to extrapolate to dose levels that are lower than the range of data obtained from scientific studies. Also, as with hazard identification, animal studies are frequently done to augment the available data.

Studies using animal subjects permit the use of study design to control the number and composition (age, gender, species) of test subjects, the levels of dose tested, and the measurement of specific responses. Use of a designed study typically leads to more meaningful statistical conclusions than does an uncontrolled observational study were additional confounding factors must also be considered for their impact on the conclusions.

However, dose-response relationships observed from animal studies are often at much higher doses that would be anticipated for humans, so must be extrapolated to lower doses, and animal studies must also be extrapolated from that animal

species to humans in order to predict the relationship for humans. These extrapolations, among others, introduce uncertainty into the dose-response analysis.

# Basic Dose-Response Calculations & Concepts

As a component of the first step of the process discussed below, the scientific information is evaluated for a better biological understanding of how each type of toxicity or response (adverse effect) occurs; the understanding of how the toxicity is caused is called the "mode of action" (which is defined as a sequence of key events and processes, starting with interaction of an agent with a cell, proceeding through operational and anatomical changes, and resulting in the effect, for example, cancer formation).

Based on this mode of action, the Agency determines the nature of the extrapolation used in the second step of the process discussed above, either through non-linear or linear dose-response assessment.

## A two-step process...

**Step 1:** Take an assessment of all data that are available or can be gathered through experiments. This is in order to document the dose-response relationship(s) over the range of observed doses (i.e, the doses that are reported in the data collected).

However, frequently this range of observation may not include sufficient data to identify a dose where the adverse effect is not observed (i.e., the dose that is low enough to prevent the effect) in the human population.

**Step 2:** This consists of extrapolation to estimate the risk (probably of adverse effect) beyond the lower range of available observed data. This is in order to make inferences about the critical region where the dose level begins to cause the adverse effect in the human population.

## Non-linear dose-response assessment

Non-linear dose response assessment has its origins in the threshold hypothesis, which holds that a range of exposures from zero to some finite value can be tolerated by the organism with essentially no chance of expression of the toxic effect, and the threshold of toxicity is where the effects (or their precursors) begin to occur. It is often prudent to focus on the most sensitive members of the population; therefore, regulatory efforts are generally made to keep exposures below the population threshold, which is defined as the lowest of the thresholds of the individuals within a population.

If the "mode of action" information (discussed above) suggests that the toxicity has a threshold, which is defined as the dose below which no deleterious effect is expected to occur, then type of assessment is referred to by the Agency as a "non-linear" dose-response assessment. The term "nonlinear" is used here in a narrower sense than its usual meaning in the field of mathematics; a nonlinear assessment uses a dose-response relationship whose slope is zero (i.e., no response) at (and perhaps above) a dose of zero.

A No-Observed-Adverse-Effect Level (NOAEL) is the highest exposure level at which no statistically or biologically significant increases are seen in the frequency or severity of adverse effect between the exposed population and its appropriate control population. In an experiment with several NOAELs, the regulatory focus is normally on the highest one, leading to the common usage of the term NOAEL as the highest experimentally determined dose without a statistically or biologically significant adverse effect. In cases in which a NOAEL has not been demonstrated experimentally, the term "lowest-observed-adverse-effect level (LOAEL)" is used, which this is the lowest dose tested.

Mathematical modeling, which can incorporate more than one effect level (i.e., evaluates more data than a single NOAEL or LOAEL), is sometimes used to develop an alternative to a NOAEL known as a Benchmark Dose (BMD) or Benchmark Dose Lower-confidence Limit (BMDL). In developing the BMDL, a predetermined change in the response rate of an adverse effect (called the benchmark response or BMR; generally in the range of 1 to 10% depending on the power of a toxicity study) is selected, and the BMDL is a statistical lower confidence limit on the dose that produces the selected response. When the non-linear approach is applied, the LOAEL, NOAEL, or BMDL is used as the point of departure for extrapolation to lower doses.

The reference dose (RfD) is an oral or dermal dose derived from the NOAEL, LOAEL or BMDL by application of generally order-of-magnitude uncertainty factors (UFs). These uncertainty factors take into account the variability and uncertainty that are reflected in possible differences between test animals and humans (generally 10-fold or 10x) and variability within the human population (generally another 10x); the UFs are multiplied together: **10 x 10 = 100x.**

If a LOAEL is used, another uncertainty factor, generally 10x, is also used. In the absence of key toxicity data (duration or key effects), an extra uncertainty factor(s) may also be employed. Sometimes a partial UF is applied instead of the default value of 10x, and this value can be less than or greater than the default. Often the partial value is ½ log unit (the square root of 10) or 3.16 (rounded to 3-fold in risk assessment). Note, that when two UFs derived from ½ log units are multiplied together (3 x 3) the result is a 10 (equal to the full UF from which the two partial factors were derived).

Thus, the RfD is determined by use of the following equation: **RfD = NOAEL (or LOAEL or BMDL) / UFs**

In general, the RfD is defined as an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive groups, such as asthmatics, or life stages, such as children or the elderly) that is likely to be without an appreciable risk of deleterious effects during a lifetime.

The **RfD is generally expressed** in **units of milligrams per kilogram of bodyweight per day: mg/kg/day**.

A similar term, know as reference concentration (<u>RfC</u>), is used to assess inhalation risks, where concentration refers to levels in the air (generally expressed in the units of milligrams agent per cubic meter of air: $mg/m^3$).

- For more information, please see <u>A Review of the Reference Dose and Reference Concentration Processes</u>.

## Linear dose-response assessment

If the "mode of action" information (discussed above) suggests that the toxicity does not have a threshold, then this type of assessment is referred to by the Agency as a "linear" dose-response assessment. In the case of carcinogens, if "mode of action" information is insufficient, then linear extrapolation is typically used as the default approach for dose-response assessment.

- For more detailed information, please see <u>EPA's Guidelines for Carcinogen Risk Assessment</u>.

In this type of assessment, there is theoretically no level of exposure for such a chemical that does not pose a small, but finite, probability of generating a carcinogenic response. The extrapolation phase of this type of assessment does not use UFs; rather, a straight line is drawn from the point of departure for the observed data (typically the BMDL) to the origin (where there is zero dose and zero response).

The slope of this straight line, called the slope factor or cancer slope factor, is use to estimate risk at exposure levels that fall along the line. When linear dose-response is used to assess cancer risk, EPA calculates excess lifetime cancer risk (i.e., probability that an individual will contract cancer over a lifetime) resulting from exposure to a contaminant by considering the degree to which individuals were exposed, as compared to the slope factor.

Thus, the cancer risk is determined by use of the following equation: **Cancer Risk = Exposure x Slope Factor**

Total cancer risk is calculated by adding the individual cancer risks for each pollutant in each pathway of concern (i.e., inhalation, ingestion, and dermal absorption), then summing the risk for all pathways.

A similar term, know as <u>inhalation unit risk</u> (IUR), is used to assess inhalation risks, where the exposure-response relationship refers to concentrations in the air.

Note: When there are alternative procedures having significant biological support, the Agency encourages assessments to be performed using these alternative procedures, if feasible, in order to shed light on the uncertainties in the assessment, recognizing that the Agency may decide to give greater weight to one set of procedures than another in a specific assessment or management decision.

LAST UPDATED ON JUNE 20, 2017

# Exhibit 23

C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

FOOD & WATER WATCH, et al.,                )
                                           )   Civ. No. 17-CV-02162-EMC
                    Plaintiffs,            )
                                           )   **DECLARATION OF PHILIPPE**
        vs.                                )   **GRANDJEAN, MD, DMSc**
                                           )
U.S. ENVIRONMENTAL PROTECTION              )
AGENCY, et al.                             )
                                           )
                    Defendants.            )
                                           )
                                           )
                                           )
                                           )

I, Philippe Grandjean, declare that:

1.      I have agreed to appear as an expert in this case and have prepared two expert reports which summarize the opinions that I intend to offer if called to testify at trial.

2.      Attached herein as **Exhibit A** is a true and correct copy of the initial expert report that I prepared for this case, dated June 27, 2019.

3.      Attached herein as **Exhibit B** is a true and correct copy of the rebuttal/supplemental expert report that I prepared for this case, dated August 14, 2019.

4.      I am a physician and environmental epidemiologist who specializes in the adverse health effects of exposures to environmental chemicals, including fluoride. I am currently responsible for several ongoing NIH-funded studies on adverse effects from exposure to environmental chemicals, and I co-direct a research center supported by the Superfund Research Program. I serve as both an Adjunct Professor at

the Harvard T.H. Chan School of Public Health, and Professor and Chair of Environmental Medicine at the University of Southern Denmark. I have been publishing peer-reviewed studies on fluoride toxicity since the 1980s. My most recent research on fluoride has focused on its consistent association with developmental neurotoxicity—a subject that I examined in a 2012 meta-analysis that was published in *Environmental Health Perspectives* (Choi, et al. 2012). A further summary of my qualifications is provided on pages 4-5 and 45-49 of my June 27, 2019 expert report, discussed below.

5.      As part of my work for this case, I analyzed data from the recent government-funded prospective cohort studies from Mexico (the ELEMENT cohort; Bashash, et al. 2017) and Canada (the MIREC cohort; Green, et al. 2019) to calculate the Benchmark Dose (BMD) and Benchmark Dose Level (BMDL) of fluoride using a 1-point drop in IQ as the adverse effect. My analyses and calculations are summarized on pages 38-40 of my initial report, and pages 15-17 of my supplemental report.

6.      As I discuss in my reports, the benchmark dose approach is a standard methodology that regulatory agencies, including the EPA, use to calculate health-based limits for chemical exposure. As I explain, EPA and other regulatory agencies use the BMDL as a "Point of Departure" for calculating exposure limits, such as reference doses (RfDs). To calculate the exposure limit from a BMDL derived from human data, EPA and other regulatory agencies generally apply an uncertainty factor of 10. The exposure limit will thus be lower than the BMDL. (Ex. A at 38, Ex. B at 16).

7.      My benchmark dose analyses of the ELEMENT and MIREC cohorts found comparable results between the two cohorts. In the ELEMENT cohort, the BMDL for maternal urinary fluoride (MUF) was 0.13 mg/L (both sexes); while in the MIREC cohort, it was 0.21 mg/L (for both sexes) and 0.13 mg/L (for boys). In the latter cohort, the BMDL for daily maternal fluoride intake during pregnancy was 0.15 mg of fluoride per day (for both boys and girls). (Ex. B at 16).

8.      I did not attempt to calculate a specific exposure limit or RfD in this case. However, as I explain in my reports, the BMDL values that I calculated are well below the exposure levels that have been

documented in fluoridated communities in North America. (Ex. A, at 40; Ex. B at 16). Exposure limits calculated from these BMDL values, therefore, will be substantially exceeded by the daily doses produced by artificial water fluoridation. For example, if EPA's default uncertainty factor of 10 is applied to these BMDLs, the resulting exposure limit would be on the order of 0.02 milligrams of fluoride per day, which is "very much below current exposure levels, especially in fluoridated communities." (Ex. B at 16).

10.    In addition to calculating benchmark doses, I conducted a comprehensive review of the published scientific literature on fluoride neurotoxicity, including: (1) pharmacokinetic studies investigating fluoride's ability to transfer through the placenta and into the brain; (2) occupational studies assessing neurological effects among fluoride-exposed adult workers; (3) animal studies investigating histological, neurochemical, and neurobehavioral alterations following fluoride treatment; (4) human cross-sectional studies investigating the relationship between long-term exposure to fluoride in drinking water and IQ; and (5) the recent prospective birth cohort studies, which are the most methodologically rigorous studies on fluoride neurotoxicity to date.

11.    EPA's epidemiology expert in this case, Dr. Ellen Chang from Exponent, critiqued my review for failing to cite "numerous studies." As I explain in my rebuttal report, however, most of the studies that Dr. Chang identified which I did not cite in my initial report found associations between fluoride exposure and neurotoxic outcomes, and thus further *support* my assessment of the literature. (Ex. B at 3). Further, in my rebuttal, I explain why the 4 "no effect" studies that I did not cite "have no impact on the conclusions that can be drawn" because they used ecological/cross-sectional study designs that "can fail to detect an effect even when one is present." (Ex B at 4). Thus, as I conclude in my rebuttal report, Dr. Chang's systematic review of the literature "confirms that I addressed and considered the most relevant epidemiological data on cognitive outcomes in regard to measures of fluoride exposure." (Ex. B at 4).

12.    Based on my benchmark dose calculations, and my broader review of the scientific literature, it is my scientific opinion that the levels of fluoride added to water in current fluoridation

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

programs greatly exceed the science-based limits that are needed to protect against developmental neurotoxicity. (Ex. A at 42-43). I, therefore, consider the elevated level of fluoride exposure in the U.S. population to be a serious public health concern. (Ex. A at 43).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2019, in Copenhagen, Denmark.

PHILIPPE GRANDJEAN, MD, DMSc

**Cited Publications:**

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z et al: Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. *Environ Health Perspect* 2017, 125(9):097017.

Choi AL, Sun G, Zhang Y, Grandjean P: Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect* 2012, 120(10):1362-1368.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Neufeld R, Ayotte P, Muckle G, Till C: Fluoride exposure during fetal development and intellectual abilities in a Canadian birth cohort. *JAMA Pediatrcs* 2019 (Aug 19 : e191729).

# Exhibit A

U.S. FEDERAL COURT

ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA

EXPERT REPORT OF
PHILIPPE GRANDJEAN, MD, DMSc

PREPARED ON BEHALF OF
PLAINTIFFS

21 June 2019

TABLE OF CONTENTS

I.     INTRODUCTION ......................................................................................... 4
       A.   Qualifications .................................................................................. 4
       B.   Materials relied upon ...................................................................... 5
       C.   Exhibits .......................................................................................... 6
       D.   Updates and reservation .................................................................. 6
       E.   Compensation ................................................................................. 6
       F.   Previous service as expert at deposition or trial during last 4 years ........................... 6

II.    SUMMARY OF OPINIONS ........................................................................ 6

III.   BACKGROUND ON DEVELOPMENTAL NEUROTOXICITY ................. 7
       A.   Emergence of brain development as vulnerable target ................................ 7

IV.    HUMAN EXPOSURE TO FLUORIDE ...................................................... 10
       A.   General sources of fluoride exposure ................................................ 10
       B.   Fluoride uptake and retention ....................................................... 11
       C.   Fetal fluoride exposure .................................................................. 12
       D.   Fluoride exposure biomarkers ...................................................... 12

V.     EVIDENCE OF NEUROTOXICITY .......................................................... 15
       A.   Neurotoxicity findings in human studies ........................................... 15
            1.   Fluoride neurotoxicity from occupational exposures ..................... 16
            2.   Neurotoxicity in endemic fluorosis areas ................................ 16
            3.   Childhood IQ Studies ...................................................... 17
            4.   Prospective studies of fluoride neurotoxicity .......................... 22
            5.   Retrospective studies of fluoride neurotoxicity ....................... 27
       B.   Plausibility of developmental fluoride neurotoxicity .......................... 28
            1.   Toxicological evidence ..................................................... 28
            2.   Assessment of plausibility of fluoride neurotoxicity ..................... 29

VI.    APPROACHES TO HAZARD EVALUATION ............................................ 30
       A.   Interpretation of epidemiology studies ............................................. 30
            1.   Bias toward the null ........................................................ 31
       B.   Assessment of uncertainties .......................................................... 32

VII.   RISK ASSESSMENT .................................................................................. 33
       A.   Changing approaches to fluoride exposure ........................................ 33
       B.   Current standards for fluoride in drinking water ................................. 35
       C.   Current documentation for risk assessment ...................................... 37
       D.   Setting drinking water health limits ................................................ 38

E.    Benchmark dose calculations for fluoride ................................................................ 38
F.    Economic and societal value of preventing IQ losses ............................................. 40
G.    Conclusions............................................................................................................ 42

VIII.  AFFIRMATION............................................................................................................... 43

EXHIBIT A...................................................................................................................................... 44

EXHIBIT B...................................................................................................................................... 45

EXHIBIT C...................................................................................................................................... 50

EXHIBIT D...................................................................................................................................... 65

## I.  INTRODUCTION

My name is Philippe Grandjean. I have been asked to provide an evaluation of the neurological health risks associated with fluoride in drinking water.

The report is based on my education and experience as a physician and environmental epidemiologist, my own research on fluoride, and on my review of the scientific literature and regulatory standards for fluoride.

### A.  Qualifications

I earned my M.D. and D.M.Sc. degrees from the University of Copenhagen, Denmark, in 1974 and 1978, respectively.

I serve as Adjunct Professor of Environmental Health at the Harvard School of Public Health (since 2003) and as Professor and Chair of Environmental Medicine at the University of Southern Denmark (since 1982). Former positions in the U.S. include Research Fellow and Senior Fulbright Scholar, Mount Sinai School of Medicine in New York (1978-1979), and Adjunct Professor of Neurology and Environmental Health, Boston University Schools of Medicine and Public Health (1994-2002). As part of my work as a civil servant in Denmark, I have served for more than 30 years as the Consultant in Toxicology to the Danish Health Authority of the Danish Ministry of Health. In the latter capacity, I have reviewed and commented on case reports, research studies, surveillance programs for populations exposed to hazardous substances, and proposed regulations on environmental chemicals. In 1984, I drafted the Environmental Criteria Document on fluoride for the World Health Organization (WHO). Ten years later, I drafted the Criteria Document for an occupational exposure limit value for fluorine for the European Commission (EC). In regard to the U.S. Environmental Protection Agency (EPA), I served on the Science Advisory Panel (SAP) Endocrine Disruptor Screening Program Subcommittee (1998-1999). Also, I served in 2006 as reviewer of the report *Fluoride in Drinking Water: A Scientific Review of EPA's Standards* prepared by the National Research Council at the request of the EPA [1]. Since 2012, I have served on the Scientific Committee of the European Environment Agency (EEA).

My research in environmental epidemiology focuses on the health effects of exposures to environmental chemicals. Most of my efforts have concentrated on environmental pollutant exposures during early human development. Following my MD degree, my thesis research was housed at the institute where Kaj Roholm became Professor of Hygiene in 1946 (until his premature death two years later). Roholm is most famous for his doctoral (D.M.Sc.) thesis published as "Fluorine Intoxication" in 1937 [2]. After my postdoctoral studies in New York, I returned to Denmark and began an examination of occupational exposure to fluoride at the industrial facility where Roholm conducted his studies. During the 1980s, I published several articles on fluoride-associated mortality, cancer incidence, and fluoride metabolism [3-8]. My recent fluoride research has been on developmental neurotoxicity [9, 10].

My research has been entirely funded by public sources, mainly the U.S. National Institutes of Health. My current funding includes an $8.5 million center grant from the Superfund

Research Program (National Institute of Environmental Health Sciences), where I serve as Center co-lead and PI for one of the four center projects. The Center focuses entirely on perfluorinated alkylate substances (PFASs), how they disseminate, biomagnify and lead to adverse health effects.

I have published over 500 scientific papers, of which most are research articles in international scientific journals with peer review. My h-index in the Web of Science database is 66, and my work is cited well over a thousand times every year. Seven of my articles published in the last 10 years have earned the attribute "Highly Cited Paper," i.e., they received enough citations to place them in the top 1% of published papers in the field. I just received notice that an article in PLOS Medicine that I co-authored was selected as a "2018 Paper of the Year" by the funding NIH institute, among 2,900 publications considered.[1] I have also authored or edited 20 books, including textbooks on environmental health and risk assessment.

I am regularly invited as a speaker at international conferences and other scientific events. I am (Founding) Editor-in-Chief of the open-access scientific journal, Environmental Health (since 2002), which ranks among the top 10% of journals in the field. I also serve or have served on editorial boards of about a dozen journals in the fields of medicine, environmental science, and toxicology. As editor and as reviewer for other major journals, I frequently evaluate manuscripts on environmental epidemiology and toxicology.

In addition to the appointments mentioned above, I have served on, sometimes chaired, or acted as rapporteur for, expert committees under the auspices of the WHO, the International Agency for Research on Cancer (IARC), the EPA, the European Commission, the European Food Safety Authority (EFSA), and other organizations. During my six-year membership of the EFSA expert panel on food contaminants, I participated in multiple expert groups and contributed to the 'Guidance of the Scientific Committee on Use of the benchmark dose approach in risk assessment' [11]. I currently serve on the Scientific Committee of the EU's European Environment Agency.

A copy of my most recent CV is attached as Exhibit B. A list of publications which I authored or co-authored during the past 10 years is attached as Exhibit C.

## B.      Materials relied upon

For the purposes of this report, I have relied on my own experience, education, and training, on my own research, and on major publications concerning fluoride, in particular the literature on human neurotoxicity risks associated with fluoride exposure. The numbered references are listed in Exhibit D. Among major sources of information, I have relied upon the National Research Council (NRC) report [1] on fluoride and, among reviews on human neurotoxicity, our own meta-analysis [9] and the more recent meta-analysis by Duan [12]. I have assessed in detail the recent prospective studies, of which the one from Canada has not been formally published, and I therefore rely on the presentation of the results at an international conference in August last year as well as a master's thesis from the Canadian research group.

---

[1] https://factor.niehs.nih.gov/2019/1/feature/2-feature-papers-of-the-year/index.htm

In addition to epidemiological studies, I have considered the most relevant supporting toxicological information from laboratory animal studies and *in vitro* models to assess biological plausibility, where emphasis is placed on the expert conclusions in the reviews published by the NRC [1] and the National Toxicology Program (NTP) [13]. My review focuses on the evidence that carries the greatest weight, and I do not necessarily cite all reports that may be relevant. While summarizing available documentation, I also outline the emergence over time of the knowledge on human fluoride exposures and associated neurotoxicity risks.

C.    **Exhibits**

I may use as exhibits part or all of any of the documents or papers cited in this report including this report itself; graphs or tables drawn from data in any of those documents or papers, or any document helpful as foundation for or illustration of my testimony.

D.    **Updates and reservation**

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report. I also reserve the right to respond to any opinions on similar topics by other experts in this matter, and to respond to any criticism or comment on my opinions.

E.    **Compensation**

The Harvard T.H. Chan School of Public Health charges $300 per hour for my time in preparing this report. This compensation does not depend in any way on the content of my opinions.

F.    **Previous service as expert at deposition or trial during last 4 years**

State of Minnesota District Court for the County of Hennepin, Fourth Judicial District, Civil Action No. 27-CV-10-28862, deposition only.

United States district court for the Eastern District of Missouri (United States of America, et al. v. Ameren Missouri, Case No 4:11Cv77), deposition only.

United States district court for the District of Vermont, Case No. 5:16-cv-125, deposition only. United States district court for the District of New Hampshire, Civil Action No. 1:16-Cb-00242-Jl, deposition scheduled.


## II.  SUMMARY OF OPINIONS

The opinions expressed in this report, which I hold to a reasonable degree of scientific certainty, can be summarized as follows:

- I conclude that elevated fluoride exposure is dangerous to human health. Excessive fluoride intake causes dental fluorosis, i.e., changes in tooth enamel that range from barely noticeable white spots to staining and pitting. Fluoride is accumulated in bone, where elevated concentrations can stimulate bone growth, thereby altering the tissue structure, and weakening the skeleton. EPA's current safe drinking water standard for fluoride was established to protect against the most serious clinical signs of fluoride toxicity, i.e., crippling (stage III) skeletal fluorosis. Neurotoxicity was not considered.

- Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure may be toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

- Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

- While existing limits for fluoride in drinking water are known not to protect against early stages of dental fluorosis, they are even less protective in regard to neurodevelopmental deficits. Applying methods for standards setting routinely used by the EPA, the recent studies on IQ deficits in children allow the calculation of a recommended limit that would protect against neurotoxicity. Such calculations show that current allowable limits for fluoride in drinking water and the levels of fluoride added in community water fluoridation programs both greatly exceed the science-based limit needed to protect against developmental neurotoxicity.

The evidence on fluoride neurotoxicity in the general population is fairly recent and may not yet represent the full toxicological perspective, such as adverse outcomes that may occur at a delay. As has been seen on numerous occasions, the evidence available today likely underestimates the true extent of fluoride toxicity. On this background, I consider the elevated levels of fluoride exposure from drinking water in the U.S. population as a serious public health concern.

## III. BACKGROUND ON DEVELOPMENTAL NEUROTOXICITY

### A.     Emergence of brain development as vulnerable target

Evidence has been accumulating over several decades that industrial chemicals can cause neurodevelopmental disorders that include learning disabilities, sensory deficits, developmental delays, and cerebral palsy [14], and the same is true of other neurodevelopmental deficits, such as attention deficit hyperactivity disorder (ADHD) [15]. Subclinical stages of these conditions also appear to be common, and the suspicion of a link between neurotoxic chemical

exposures and widespread neurobehavioral damage has increased since it was first raised by research demonstrating that lead is particularly toxic to the developing brain across a wide range of exposures [16-19].

The developing human brain is inherently much more susceptible to injury caused by toxic agents than the brain of an adult [20]. This susceptibility reflects the fact that in the nine months of prenatal life the human brain must evolve from a strip of cells along the dorsal ectoderm into a complex organ comprised of billions of precisely located, highly interconnected and specialized cells. Optimal brain development requires that neurons move along precise pathways from their points of origin to their assigned locations, that they establish connections with other cells near and distant, and that they learn to intercommunicate in meaningful ways [20-22].

All of these processes must take place within a tightly controlled time frame, in which each developmental stage must be reached on schedule and in the correct sequence. Because of the extraordinary complexity of human brain development, windows of unique susceptibility to toxic interference occur that have no counterpart in the mature brain, or in any other organ. Because of the unique structure of the human brain and its advanced function, no other species shows similar developmental vulnerability. If a developmental process in the brain is halted or inhibited, there is little potential for later repair, although plasticity will allow some compensation, and the consequences may therefore be permanent [20, 22].

To test chemicals for developmental neurotoxicity, standardized protocols have been developed using rodent models [23]. However, they may not necessarily be sufficiently sensitive, as rodent brains are far less complex than human brains, and intrauterine brain development is completed at a stage where the human fetal brain is still rapidly developing *in utero* for several more weeks with possible continued impact from maternal transfer of neurotoxicants [24].

During fetal development, the placenta can offer some protection against unwanted chemical exposures, but it is not an effective barrier against most environmental neurotoxicants [25]. For example, many metals easily cross the placenta, and the mercury concentration in cord blood can even exceed the one in maternal blood [26]. The blood-brain barrier, which protects the adult brain from many toxic agents, is not completely formed until about 6 months after birth [27].

Postnatally, the human brain continues to develop, and the period of heightened vulnerability therefore extends over many months through infancy and into early childhood. While most neurons have been formed by the time of birth, growth of glial cells and myelinisation of axons continue for several years and is not complete until late teenage years [21, 22].

The susceptibility of infants and children to industrial chemicals can be further amplified by their relatively increased exposures in regard to body weight, their augmented absorption rates, and diminished ability to detoxify many exogenous compounds as compared to adults [28, 29].

8

In 2005, when I evaluated the evidence of industrial chemicals regarding developmental neurotoxicity, only five substances (arsenic, lead, methylmercury, polychlorinated biphenyls, and toluene) fulfilled our criteria for causal relationship in humans [30]. Eight years later, when we reassessed the evidence, we added six more substances, including fluoride [31], because new evidence had emerged.

In 2006, the NRC evaluation of EPA's fluoride standards [1] concluded that fluoride can affect the brain through both direct and indirect means, that elevated fluoride concentrations in drinking-water may be of concern for neurological effects, and that additional research was warranted. I served as a reviewer of the report, which provides the general background for the present assessment. Today, EPA's regulations remain based on the assumption that crippling fluorosis is the most sensitive effect.

In 2007, knowing that much research on fluoride neurotoxicity in children had been done in China, I asked my Harvard colleague, Dr. Anna Choi, who speaks Chinese, if she could help evaluating the studies published in Chinese scientific journals. We contacted the (then) President of the International Society for Fluoride Research, Dr. Gulfan Sun, Professor at China Medical University and Dean of the School of Public Health, who also served as Chair of the Chinese national Committee on Endemic Diseases, to which fluorosis belongs.

During the following years, we located research reports on fluoride in drinking water and its association with cognitive deficits in children – a total of 27 studies, the majority of which had been carried out in China. Only a couple of these studies had been considered in previous reviews, such as the one by the NRC [1]. Professor Sun helped us ascertain the validity of the studies and their independence of other water contaminants, such as arsenic. All but one study suggested that a higher fluoride content of drinking water was associated with poorer IQ performance at school age [32]. Although some studies reflected neurotoxicity at highly elevated intake levels, the data was extensive also at fairly low exposures. I shall return later to this review and meta-analysis. I shall also describe the small study we ourselves carried out in China, with the help of Professor Sun and the Sichuan Center for Disease Control [10].

The focus in this report will therefore be on adverse outcomes on brain development as the critical effect, especially those associated with fluoride exposures occurring during fetal development and in the early years of childhood. In guiding preventive efforts, a recent consensus document found that protection against developmental stressors can elicit substantial benefits to the next and future generations and should not await a desired proof that may take decades to generate [33].

The continued reliance on an outdated risk assessment for fluoride – based on skeletal fluorosis only – is reminiscent of how lead toxicity was once perceived by health authorities [34]. For many years, it was thought that lead poisoning could result in a serious and distinctive clinical condition, and that there were no intermediate stages of concern. Under this paradigm, if a child did not develop frank lead poisoning, there was no reason to worry. Moreover, when evidence of "low-level toxicity" emerged, skepticism surged, as vividly described by the late Herbert Needleman [35]. Vested interests played an important role in maintaining this attitude. Recent research has clearly shown that toxicant exposures in early life

9

can have much more serious consequences than exposures occurring later in life [36], and that the developing brain is highly vulnerable [34].

## IV. HUMAN EXPOSURE TO FLUORIDE

### A.      General sources of fluoride exposure

Fluorine belongs to a group of elements called halogens. Because fluorine is very light and reactive (with the highest electronegativity of all the elements), fluorine gas is not found naturally in the environment. Instead, fluorine exists as an anion – fluoride – in the environment and is stabilized by forming mineral complexes with a number of cations, such as calcium and sodium [37].

In natural waters, fluoride is omnipresent, but the concentrations are generally low in surface waters such as rivers and lakes. The concentrations tend to be higher and more variable in ground water, such as wells. The average concentration in U.S. well water is 0.26 ppm (mg/L), according to USDA data [38]. For comparison, the currently recommended fluoride concentration in fluoridated drinking water is 0.7 mg/L.

Fluoride concentrations in groundwater are influenced by the occurrence of fluoride-bearing minerals. Globally, occurrences of fluoride-enriched geographical belts exist and are associated with a) sediments of marine origin in mountainous areas, b) volcanic rocks and c) granite and gneissic rocks. Examples include a stretch of area extending from Iraq and Iran through India and on to China, as well as southern parts of the U.S. [37]. Digging wells into such layers of mineral-rich soils will yield groundwater that may be high in fluoride.

Since the mid-1940's, compounds containing the mineral fluoride have been added to the majority of U.S. community water supplies to prevent tooth decay. Health concerns expressed by opponents have largely been dismissed until recently [39]. Addition of fluoride to drinking water has been hailed by the Centers for Disease Control and Prevention (CDC) as one of the 10 greatest health achievements of the 20th century [40], alongside vaccines and family planning. Today, approximately two-thirds of the U.S. population receives fluoridated community water.[2]

The early studies on the caries-protecting effects were conducted during a time when topical fluoride products, like toothpaste, were not commonly used. The availability of fluoride-containing toothpastes and other fluoridated dental products may explain why countries that do *not* fluoridate their water have seen substantial drops in cavity rates similar to those in fluoridated countries [41]. This observation is in agreement with the consensus that fluoride's predominant benefit to teeth comes from topical contact with the outside of the enamel, not from ingestion, as was once believed [1]. I understand that these issues are discussed in a separate expert report.

The EPA issued in 2010 calculations of relative source contributions for fluoride exposure [42]. For adults (above 14 years), drinking fluoridated water contributed 1.74 mg/d, or

---

[2] https://www.cdc.gov/fluoridation/statistics/FSGrowth.htm

60% of the daily total intake of 2.91 mg. In addition, other beverages contributed 0.59 mg and food, 0.38 mg. Overall, the EPA estimated that fluoridated water contributes an average of about 75% of daily intakes in fluoridated communities.

While fluoridated water is a major source of fluoride exposure, consumption of black tea is also a contributor [43, 44], especially when prepared with fluoridated water. Other sources of fluoride intake include certain foods (such as sardines), dental products, industrial emissions, supplements, pesticide residues, and certain pharmaceuticals that can release fluoride.

**B.     Fluoride uptake and retention**

By way of background, I shall briefly outline the fate of fluoride in mammals, as expressed in reviews [1, 37, 45]. According to the WHO monograph, approximately 75-90% of ingested fluoride is absorbed [37]. The absorbed fluoride converts to hydrogen fluoride once it reaches the acidic environment of the stomach [37, 45], where absorption occurs easily and is inversely related to the pH of the gastric contents [45]. Once absorbed in the blood, fluoride readily distributes throughout the body with approximately 99% of the body burden of fluoride retained in calcium-rich tissues such as bone and teeth (dentine and enamel) [37, 45]. In the pineal gland (the calcified parts), the fluoride-to-calcium ratio can exceed that in bone [46].

Fluoride crosses the placenta and reaches the fetus from the mother's blood stream [1, 37]. Breast-fed infants receive protection from fluoride exposure, as the level of fluoride in breast milk is lower than that in the mothers' blood and generally less than 0.01 mg/L [1, 47]. Children and infants retain higher proportions of fluoride compared to adults, i.e., about 80-90% of the absorbed fluoride, as compared to about 50-60% in adults [37, 45].

After absorption, fluoride is mainly retained in the skeleton, while some fluoride is also eliminated from bone in connection with continuous remodeling. The main excretion is via urine. Thus, the urinary excretion represents both the long-term accumulation (and its continuous release in connection with bone tissue remodeling) and the recent absorption [37].

The detailed distribution of fluoride in the body, and its retention in the brain, is known from laboratory animal studies. Thus, fluoride appears to accumulate in brain regions responsible for memory and learning [48, 49]. Autopsy studies in endemic areas in China have documented elevated fluoride concentrations in aborted fetal organs, and elevations in brain and bone (femur) were found to be significantly elevated, as compared to control fetal samples [50].

As discussed by the NRC [1], there was initially some uncertainty as to the extent to which fluoride passes the blood-brain barrier. A low estimate of brain-fluoride being approximately 20% of the concentration in serum is at odds with several experimental studies and may not apply to chronic exposures nor to prenatal exposures [1]. One study of human cerebrospinal fluid showed fluoride concentrations similar to those in serum [51]. Clinical studies using radioactive (sodium) fluoride, have confirmed that fluoride passes into the human brain, although it is possible that the integrity of the blood-brain barrier in the cancer patients studied may have been compromised [52-55].

11

### C.    Fetal fluoride exposure

The first documentation of placental transfer in humans was the observation in 1974 [56] that fluoride concentrations in maternal and cord serum correlated well, with the cord blood showing slightly lower concentrations. These findings were replicated in 1986 [57], with results suggesting minor deviations depending on gestational age. A recent study from an area with water-fluoride levels of 0.4 - 0.8 mg/L showed that cord serum contained about 80% of the concentrations occurring in maternal serum [58].

A quarter of a century ago, advancements in fetal blood sampling techniques allowed for researchers to study fluoride's potential to pass the placenta and, in turn, a better understanding of maternal and fetal blood fluoride levels. Using these techniques, French researchers measured fetal blood concentrations of fluoride after the mothers were administered a small dose of sodium fluoride, and the elevations were statistically significantly higher (2.6 $\mu$mol/l)[3] than in a control group (less than 1 $\mu$mol/l) [59]. The placental passage was shown to occur already in the fifth and sixth months of pregnancy, i.e., the period when the deciduous teeth start to develop [59] (and when the blood-brain barrier is still immature).

In human fetuses, fluoride concentrations in both femur and brain were found to be markedly higher in an area with endemic fluorosis, as compared with controls at lower exposures [50]. Another recent study confirmed that fluoride concentrations in fetal brains from an endemic fluorosis area were higher than levels in a non-endemic area [60]. Accordingly, fluoride passes the placental barrier [61] and enters the fetal brain [50, 60].

### D.    Fluoride exposure biomarkers

As drinking water is usually the main source of exposure, the water-fluoride concentration can be used as an exposure parameter, especially on a community basis. In addition, total fluoride intake can be calculated from daily water consumption and the intakes of other major sources, such as black tea. For individual exposure assessment, analysis of biological samples, including urine and blood (generally in the form of plasma or serum), is commonly used [62], as is assessment for dental fluorosis [37].

Urine: Urine-fluoride has been shown to be a good indicator of total daily fluoride intake [63]. Spot urine samples are often used in epidemiological studies and can be useful under stable exposure situations. Morning urine samples, or 24-hour samples are preferred, and timed excretion has also been successfully applied [5]. Due to temporal differences in urine production, fluoride concentrations in spot samples should appropriately be adjusted according to the creatinine concentration or density.

Most published studies are local in scope and do not necessarily reflect national levels of fluoride exposure. An early Israeli study of 16 pregnant women showed a tendency toward decreasing elimination of fluoride in urine during the course of pregnancy [52]. More recent studies show decreased urinary fluoride excretion in pregnant women and an increase over the course of pregnancy [58, 64, 65], perhaps linked to increased water intake. The authors of the

---

[3] For conversion of concentrations in $\mu$mol/L to mg/L, multiply by 0.019.

former study suggested that the lower urine-fluoride concentrations during pregnancy was due to transfer of fluoride to the fetus. The Canadian study of pregnant women from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort [65] found that water fluoridation was the major predictor of urine-fluoride levels, with creatinine-adjusted concentrations of 0.87 mg/L and 0.46 mg/L in fluoridated (0.6 ppm) and non-fluoridated (0.12 ppm) communities, a difference of 0.4 mg/L. The 95th percentiles in the two groups suggest that the difference can be more than twice as large at the higher ranges of exposure [65]. The 0.4 mg/L increase in urine-fluoride seen in relation to water fluoridation in Canada may underestimate levels in warmer regions in the U.S., although temperature is thought to play a lesser role today than it once did (see further below). In addition, it should be recognized that the population in non-fluoridated communities is affected by the so-called "halo" effect due to exposure to fluoridated water from consumption of beverages, prepared foods, etc. based on fluoridated water. Although probably an underestimation, I shall use the 0.4 mg/L difference as a conservative estimate in calculations in Section VII.F.

Large-scale contemporary population studies of urine-fluoride have been carried out in Canada and the UK [66-68], while little contemporary data is available from the U.S. population. The largest study in the U.S. appears to have been conducted in the 1940s, and it reported that pooled urine samples from healthy young males generally mirrored the fluoride concentration in the drinking water [69]. Later, as a continuation of the Manhattan Project, researchers from Rochester, NY, showed that the water-fluoride concentration of 0.06 mg/L was the same as the concentration in spot urine samples from adults, as reported in 1950 [70]. These studies are unlikely to be representative of conditions today, as I shall discuss further below.

Some data suggest that pregnant women may have lower urinary fluoride levels than non-pregnant controls, which may be related to fetal uptake and storage in hard tissues [64]. The only published study to date of urinary fluoride levels in U.S. pregnant women appears to be the Rochester study from 1974 [56], which found an average of 1.02 mg/L among a group of 16 women; the authors did not report the concentrations of fluoride in water. While not yet published, I understand that Dr. Pamela Den Besten recently measured urine-fluoride in 50 pregnant women from northern California and found levels similar to those reported from Canada [65]. I further understand that the CDC has analyzed fluoride in urine samples from the 2015-2016 National Health and Nutrition Examination Survey (NHANES) study, and that these results have also not yet been released.

Blood: The NRC concluded that the fasting plasma-fluoride concentration in adults, when expressed in micromoles per liter [µmol/L], would be approximately equal to the concentration in the drinking water expressed as parts per million [mg/L] [1]. This means that adults drinking fluoridated water at 0.7 mg/L would be expected to have an average plasma fluoride concentration of 0.7 µmol/L, or 14 µg/L. However, this calculation assumes low intake from sources other than the community drinking water.

In children and adolescents participating in the NHANES study in 2013-2014, fluoride in plasma averaged approximately 0.4 µmol/L, or 8 µg/L [71]. The lower blood concentrations in childhood are probably due to fluoride incorporation in the growing skeleton, as also indicated by plasma-fluoride concentrations increasing with age [1]. Data on plasma-

fluoride levels among infants and pre-school children remain sparse. One study showed that ingestion of 0.25 mg of fluoride (in tablet form) produced a mean plasma-fluoride of 63 µg/L (3.3 µmol/L) in infants within approximately 30 minutes [72]. There does not appear to be equivalent data available to assess peak plasma-fluoride levels after feeding with infant formula reconstituted with fluoridated water.

Fluorosis: WHO [37] considers dental fluorosis a useful biomarker of fluoride exposure during the tooth-forming years due to the well-established dose-response relationship between fluoride ingestion and the degree of dental fluorosis [73]. When water fluoridation was first introduced in the middle of the 20th century, health authorities estimated that less than 10% of children in fluoridated communities (1 mg/L) would develop dental fluorosis, and only in its mildest forms [74]. In the early days of water fluoridation in the U.S., health authorities had considered that "[f]or practical public health purposes, […] a safe level has been reached when not more than 10 to 15 per cent of children age 12-14 years, who have used water supplies since birth, and who have been examined under standard conditions, show the *mildest* type of mottled enamel" [74].

Decades later, epidemiological studies began to demonstrate that the prevalence and severity of fluorosis was higher than predicted [75]. A national survey in 1986-87 by the National Institute of Dental Research (NIDR) found that 29.9% of U.S. children living in fluoridated areas (0.7-1.2 mg/L) had fluorosis, versus 13.5% of children in non-fluoridated areas [76]. The overall prevalence of dental fluorosis among 12-to-15-year-olds has increased from 23% in NIDR's 1986-87 survey to 41% in the NHANES 1999-2004 survey [77]. The prevalence appears to have increased even further since that time. Thus, according to the National Center for Health Statistics at the CDC, 71.5% of children (ages 6-19) had some form of fluorosis in the three NHANES surveys from 2011 to 2016 [78, 79]. While the rates of moderate/severe fluorosis fluctuated for unknown reasons across the cycles,[4] the total fluorosis rate (very mild and above) was at least 57% in each of the three cycles, which is well above the prevalence rate when water fluoridation was first introduced [74].

Elevated occurrence of dental fluorosis has also been recorded in fluoridated areas overseas. A systematic review commissioned by the British government concluded that 48% of children develop dental fluorosis at a water-fluoride concentration of 1 mg/L, with 12% of children having fluorosis of aesthetic concern [80].

These data clearly show that dental fluorosis has increased in prevalence, probably in part due to extended "halo" effects (e.g., from fluoridated water being used for beverages and food products). Another potential exposure factor is the increased usage of fluoride-containing toothpastes among preschoolers [81], as well as changing infant feeding patterns, where increasing percentages of children are fed formula reconstituted with fluoridated water instead of breastmilk [82].

---

[4] In the 1999-2004 NHANES surveys, 3.6% had moderate or severe fluorosis, and this prevalence increased to 14.4% in the 2011-2016 surveys. However, there were large differences in the moderate/severe fluorosis rates between the 2011-2014 surveys (=20.9%) and 2015-2016 surveys (=1.4%). As assessment of the degree of dental fluorosis is somewhat subjective, the intra-observer agreement was found not to be perfect. CDC stated that the increase from 1999-2004 to 2011-2014 "is not biologically plausible" and "there may have been some change in the way the examiners evaluated the level of fluorosis over time."

The lack of large and representative studies on fluoride concentrations in urine and blood (serum or plasma) makes it hard to judge the overall fluoride exposure levels in U.S. populations exposed to fluoridated drinking water. However, I shall consider the Canadian data on urine-fluoride as reasonable guidance [65], although the high rate of dental fluorosis and greater reach of water fluoridation in the U.S. suggests that urine-fluoride concentrations may be higher than in Canada.

## V.   EVIDENCE OF NEUROTOXICITY

I shall now discuss the epidemiological evidence on neurotoxicity that I rely on, I shall summarize the supporting toxicological evidence, and lastly, I shall discuss possible mechanisms along with uncertainties and potential criticisms relating to the exposure assessment or endpoint in question. My assessment follows the general approach formalized by WHO's International Agency for Research on Cancer [83] and also used by regulatory agencies, such as the EPA.[5] Unfortunately, the most recent toxicity review of fluoride from EPA's Integrated Risk Information System (IRIS) that aims at covering hazard identification and dose-response assessment has not been updated for over 30 years.[6]

In the past, I have prepared evidence-based reviews on fluoride and fluorine for the European Commission and the WHO. Due to my long-term research interest in fluoride, I have followed the fluoride literature through weekly updates from the PubMed data base; for the purpose of the present report, I have carried out supplementary literature searches using the same data base. The present review therefore presents a reasonably comprehensive coverage of the relevant epidemiological evidence. In the absence of any recent guidance from IRIS, I rely on the most relevant studies, especially those that are prospective and therefore carry the greatest weight, and I have not aimed at covering studies of less validity or less strength, i.e., similar to the approach, e.g., in the NRC review [1], to which I contributed as a reviewer.

### A.        Neurotoxicity findings in human studies

It is my opinion, based on the weight of the epidemiological evidence, and the supporting toxicity evidence, that fluoride poses a substantial hazard to human health as a neurotoxicant. As noted by the NRC committee [1], past assessments of fluoride safety have relied on incomplete information on potential risks of adverse effects and have not focused on neurotoxicity.

Opportunities for epidemiological studies depend on the existence of comparable population groups exposed to fairly constant but differing amounts of fluoride from drinking water. Such circumstances are difficult to find in many industrialized countries, as fluoride concentrations in community water generally vary within a limited range, and because exposures are affected by residence changes. Multiple epidemiological studies of developmental fluoride

---

[5] Environmental Protection Agency. (2017). Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act. Federal Register, Vol 82, July 20, 2017, pp. 33726-33753.
https://www.govinfo.gov/content/pkg/CFR-2010-title40-vol21/pdf/CFR-2010-title40-vol21-part132-appC.pdf
[6] https://cfpub.epa.gov/ncea/iris2/chemicalLanding.cfm?&substance_nmbr=53

neurotoxicity have been conducted in China where elevated water-fluoride concentrations may substantially exceed 1 mg/L in rural communities. In these settings, families typically remain at the same residence, thus being exposed to fairly constant water-fluoride concentrations. However, results of the published studies from China have not been widely disseminated and considered. Four studies published in English [84-87] were cited in the 2006 NRC report [1], while the WHO considered only two [84, 87] in its revised Environmental Health Criteria document on fluoride [88]. As I shall discuss below in section VII.A, language restrictions may only in part explain this exclusion of evidence.

I shall now briefly summarize the most relevant epidemiological studies, and I shall also highlight our own meta-analysis of the childhood studies.

### 1.    Fluoride neurotoxicity from occupational exposures

The neurotoxicity of chemicals is often first discovered from workplace exposures [30], which were later followed by case reports that involved children or pregnant women [34]. The same is true of fluoride.

Although largely overlooked or ignored, Roholm first reported evidence of nervous system effects in his seminal study of cryolite workers in Copenhagen [2]: "The marked frequency of nervous disorders after employment has ceased might indicate that cryolite has a particularly harmful effect on the central nervous system." (p. 178) [2]. My own mortality study showed an excess of violent deaths among cryolite workers [4], but information on the causes of death did not allow any conclusions on deaths from nervous system disease.

Later on, the Manhattan Project in the 1940s recorded CNS effects in workers exposed to uranium hexafluoride gas ($UF_6$), and the "rather marked central nervous system effect with mental confusion, drowsiness and lassitude as the conspicuous features" was attributed to the fluoride rather than uranium [89, 90].

Other occupational health studies may be harder to interpret, as fluoride exposure usually occurs as part of a mixture. Nonetheless, industrial fluorosis was found to be associated with gradually progressive effects on the normal function and metabolism of the brain and other aspects of the nervous system [91], and a review highlighted difficulties with concentration and memory accompanied by general malaise and fatigue [92]. More recent studies have applied neuropsychological tests to assess cognitive problems associated with occupational fluoride exposures [93, 94]. While there can be little doubt about the occurrence of fluoride neurotoxicity from high-level occupational exposure, the evidence does not allow any detailed consideration of its dependence on dose and duration.

### 2.    Neurotoxicity in endemic fluorosis areas

Neuropathology studies have been carried out in China in endemic areas where high fluoride concentrations in drinking water cause excessive exposures leading to skeletal fluorosis. These studies have not been easily accessible outside of China, but the journal Fluoride published in 2008 a series of previously published articles translated into English. I shall now briefly outline the neuropathology studies from endemic fluorosis areas. In brain tissue obtained

from aborted fetuses, electron microscopy showed retarded cell growth in the cerebral cortex, with substantial cytology changes [50]. A similar study used stereology to examine nerve cell numbers and volumes in fetal brain tissue and found lower densities [60]. A third study focused on neurotransmitters and receptors and found deviations that suggested neural dysplasia [95]. A more recent study of aborted fetal brain tissue was translated into English and replicated the neurotransmitter results; the study also found that excitatory aspartic acid was decreased and inhibitory taurine was elevated in comparison to controls [96]. These studies document that fluoride from the mother's circulation passes into the fetal brain and that elevated amounts can lead to anatomic and biochemical changes. However, one limiting factor of these studies is that the elevated fluoride exposure came primarily from coal burning, which may have contributed other contaminants besides fluoride that were not assessed.

Among the translated articles in the Fluoride journal in 2008, one study of 91 neonates showed that those born in an endemic fluorosis area (water-fluoride concentrations of 1.7 - 6.0 mg/L) scored more poorly on the standard Neonatal Behavioral Neurological Assessment, and that visual and auditory responses were also deficient, as compared to controls from areas with less than 1 mg/L [97]. The source of increased exposure in this study was drinking water, not coal. Nonetheless, the findings are consistent with the notion that fluoride can affect the brain during the prenatal period, although neonatal neurological assessments can be somewhat imprecise and may be only weakly predictive of subsequent brain development.

Cognitive tests generally have better validity, e.g., in terms of mental and psychomotor development indices, for which there is a standardized Chinese protocol. Infants from an endemic area examined at ages 3, 6, 9 and 12 months showed significantly lower results than those of the control group [98]. The exposed group also showed lower birth weight, and it is unclear whether this difference can lead to confounding or if a lower birth weight is a concomitant effect of the fluoride exposure. Again, as with the fetal neuropathology studies, the source of fluoride exposure in this study was coal, not water.

Studies in China have also found cognitive problems and neurological symptoms in adults with skeletal fluorosis living in endemic fluorosis areas. Using neuropsychological tests, including the Wechsler scale, 49 adult fluorosis patients (it is not clear whether the patients were from a coal- or waterborne fluorosis area) were compared with controls and showed deficits in language fluency, recognition, similarities, associative learning, and working memory [99]. Likewise, cognitive impairment in elderly subjects from a waterborne fluorosis area was much more common than in less-exposed controls [100]. Excess occurrence of neurological symptoms (i.e., headaches, insomnia, and lethargy) have also been recorded in both adults and children from waterborne fluorosis areas [101].

In the next section, I shall consider intelligence quotient (IQ) tests that can be carried out from about age 4 years or at school age with greater precision and better validity.

3.   **Childhood IQ Studies**

Most studies that have investigated fluoride's impact on childhood IQ are from locations in China with elevated exposure to fluoride, many in the so-called endemic areas [1, 102]. Exposures were generally assessed on a community basis, and cross-sectional

examinations of neuropsychological test performance were then related to water-fluoride concentrations and/or urinary fluoride concentrations. Prior to Tang's 2008 review [102] that was cited by the EU Scientific Committee on Health and Environmental Risks (SCHER) working group [103], another meta-analysis from 2007 documented adverse effects of elevated fluoride concentrations on children's intelligence [104]. Although the latter article referred only to five studies, four of them were not in Tang's analysis [102] that SCHER regarded as insufficient evidence of neurotoxicity.

Fluoride has received particular attention in China, where widespread dental fluorosis indicates pervasive high exposures [105]. Although microbiologically safe, water supplies from small springs or mountain sources have created pockets of increased exposures near or within areas of low exposures, thus representing epidemiology settings close to the ideal, as only the fluoride exposure would differ between nearby neighborhoods. In addition, rural families in China move much less frequently than U.S. families, thus allowing assessment of long-term exposures. Chinese researchers took advantage of this fact and published their findings, though mainly in Chinese journals, and according to the standards of science at the time. The early research dates to the 1980s but has not been widely cited, in part because of limited access to Chinese journals, in part because the notion of adverse effects from fluoride intake was considered unwelcome (see Section VI.B).

Findings from our meta-analysis of 27 studies published over 22 years suggest an inverse association between high fluoride exposure and children's intelligence. Children who lived in areas with high fluoride exposure had lower IQ scores than those who lived in low exposure or control areas. Our findings are consistent with Tang's earlier review [102], although ours more systematically addressed study selection and exclusion information, and was more comprehensive in 1) including nine additional studies, 2) performing meta-regression to estimate the contribution of study characteristics as sources of heterogeneity, and 3) estimating pooled risk ratios for the association between fluoride exposure and a low/marginal IQ test score.

Because these published studies were conducted independently, we used meta-analysis – a quantitative, formal, statistical technique – to systematically assess these published research studies to derive conclusions about the neurotoxicity of fluoride [9]. The outcome of the meta-analysis includes a more precise estimate of the association (in our study, the estimate is the standardized weighted mean difference estimate of the child's intelligence score associated with high exposure to fluoride) than any individual study that contributes to the pooled analysis. The variability or heterogeneity in study results was also examined.  We did not attempt to generate any dose-response relationship, and the fluoride concentrations were used only for definitions for high and reference groups in each study.

Two of the 27 studies included in the analysis were conducted in Iran [106, 107], otherwise the study cohorts were populations from China. Two cohorts were exposed to fluoride from coal burning [108, 109], otherwise populations were exposed to fluoride through drinking water containing fluoride from soil minerals. The Combined Raven's Test – The Rural Edition in China (CRT-RC) was used to measure the children's intelligence in 16 studies. Other intelligence measures included the Wechsler Intelligence scale (3 studies), Binet IQ test (2 studies), Raven's test (2 studies), Japan IQ test (2 studies), Chinese comparative intelligence test

(1 study), and the mental work capacity index (1 study). As each of the intelligence tests used is designed to measure general intelligence, we used data from all eligible studies to estimate the possible effects of fluoride exposure on general intelligence. We conducted a sensitivity analysis restricted to studies that used similar tests to measure the outcome (specifically, the CRT-RC, Wechsler Intelligence test, Binet IQ test, or Raven's test), and an analysis restricted to studies that used the CRT-RC.  We also performed an analysis that excluded studies with possible concerns about co-exposures, such as iodine and arsenic, or with non-drinking water fluoride exposure from coal burning.

Among the 27 studies, all but one showed random-effect standardized mean difference (SMD) estimates that indicated an inverse association, ranging from -0.95 to -0.10 (one study showed a slight, non-significant effect in the opposite direction). The overall random-effects SMD estimate and 95% CI were -0.45 (-0.56, -0.34). Given that the standard deviation (SD) for the IQ scale is 15, an SMD of -0.45 corresponds to a loss of 6.75 IQ points. The $I^2$ residual of 68.7% indicates the proportion of residual between-study variation due to heterogeneity. Because of this heterogeneity between the study results, we primarily used the random-effects model for sensitivity analyses, which is generally considered to be the more conservative method [110]. Among the restricted sets of intelligence tests, the SMD for the model with only CRT-RC tests and drinking-water exposure was lower than that for all studies combined, but the difference was not significant, and heterogeneity remained at a similar magnitude in the restricted analyses.

We used meta-regression models to assess study characteristics as potential predictors of effect. Information on the child's gender and parental education were not reported in more than 80% of the studies, and only two of the studies reported household income. These variables were therefore not included in the models. Year of publication, but not mean age of the study children (-0.02, 95% CI -0.094, 0.04), was a significant predictor in the model with all 27 studies included. From the adjusted $R^2$, 39.8% of between-study variance was explained by these two covariates. The overall test of the covariates was significant (p=0.004).

Drinking water may contain other neurotoxicants, such as arsenic, but exclusion of studies including arsenic and iodine as co-exposures in a sensitivity analysis resulted in a lower estimate, although the difference was not significant. On restriction of the model to exclude the seven studies with arsenic and iodine as likely covariates and fluoride originating from coal-burning, thus including only the nine studies using the CRT-RC test with fluoride exposure from drinking water, neither age nor year of publication was a significant predictor, and the similarity of intelligence test outcomes and the source of exposure in the studies was confirmed. Despite the substantial heterogeneity among studies, we did not find conclusive evidence of publication bias.

While most reports were fairly brief and complete information on covariates was not available, the results tended to support the potential for fluoride-mediated developmental neurotoxicity at elevated levels of exposures. However, our meta-analysis has been criticized under a heading that referred to "Anti-Fluoridation Activities" [39], and one scientific article referred to our work as "selective readings" [111]. Another source [112] mentioned that the IQ deficits occurred at high fluoride concentrations "up to 11.5 mg/L", although this high level

occurred only in one of the many studies reviewed. Interestingly, similar wording was used also by the EPA [113] and by the Department of Health and Human Services (DHHS) [77], again misrepresenting the full range of exposure levels associated with IQ losses. Thus, many of the studies included in our review [9] referred to water-fluoride concentrations below the EPA's Maximum Contaminant Level Goal (MCLG) for fluoride (4 mg/L) [114]. Thus, for the studies that provided water-fluoride data that were below the MCLG,  the average concentration in the high-exposure groups was 2.3 mg/L [9].

Similarly, Duan's more recent meta-analysis of waterborne fluoride exposures [12] reported that 18 of 27 studies referred to water-fluoride concentrations below 4 mg/L, and IQ reductions were observed at elevated concentrations of 1 to 2 mg/L (Duan's Table 2). Also consistent with our meta-analysis, a dose-response relationship between urinary fluoride concentrations (range = 0.24-2.84 mg/L) and reduced IQ was reported in a population without any severe dental fluorosis [115]. This study was not included in our meta-analysis because it did not present the IQ scores for dichotomized exposures (i.e., high fluoride vs. reference group). More recently, two additional cross-sectional studies reported linear relationships between urinary fluoride (one study also included plasma-fluoride) and IQ among children living in areas with mean water-fluoride contents of 1.4 mg/L and 1.5-2.5 mg/L [116, 117].

Our meta-analysis cannot be easily used to derive an exposure limit, as the actual exposures of the individual children during the most vulnerable time window (prenatal and early postnatal development) can only be deduced from the current exposure level. Misclassification of children in both high- and low-exposure groups may have occurred if the children were drinking water from other sources (e.g., at school or in the field), the so-called halo effect. That said, it should be noted that several of the studies did measure urinary fluoride in the children, which may represent, in part, accumulated fluoride. Further, unlike in the U.S., children in rural China have very little exposure to fluoridated dental products [118], thus making community water the dominant contributor of fluoride exposure during early childhood.

Several studies [86, 87, 119-122] report other risk factors, such as iodine intake, and exposure to arsenic or lead, both neurotoxicants, but our sensitivity analyses showed similar associations between high fluoride exposure and the outcomes even after exclusion of these studies. Although large tracts of China have superficial fluoride-rich minerals, there is little, if any, likelihood of contamination by other neurotoxicants that would be associated with fluoride concentrations in drinking water and thereby confound the results. For example, follow-up testing documented *lower* levels of blood lead and waterborne arsenic in the high-fluoride community than the control [86, 123, 124]. Thus, potential co-exposure to other neurotoxicants may cause reverse confounding, as we have documented for methylmercury from seafood [125].

Still, each of the articles included in our review had deficiencies, in some cases rather serious, which limit the conclusions that can be drawn. Most deficiencies related to the reporting, where key information was missing. However, through our collaboration with Chinese experts familiar with traditions of medical reporting and with the study settings, we were able to reach justified conclusions. A major weakness was that most studies were cross-sectional, but this study design is useful in a stable population where water supplies and fluoride concentrations have remained stable for many years. In such communities, the current exposure

level likely also reflects past developmental exposures. In fact, some studies highlighted that the children were born in the respective area, and/or had been using the same water supply since birth. Any deviation from stable exposure would result in exposure misclassification and most likely resulted in an underestimation of fluoride toxicity.

Although the studies that were included in our meta-analysis were generally of inadequate quality, mainly due to deficient reporting, the consistency of the findings supports the likelihood that developmental fluoride exposure causes cognitive deficits. For example, limited information was available on age adjustment of the cognitive test results reported as scaled scores, but age was not found to be a significant co-factor. When we published these findings, we recommended that future research should formally evaluate dose-response relations based on individual-level measures of exposure over time, including more precise prenatal exposure assessment and more extensive standardized measures of neurobehavioral performance, in addition to improving the assessment and control of potential confounders. Recent North American studies satisfy these requirements, as discussed in the next section.

Many more IQ studies in endemic fluorosis areas have been published after our review. As with the previous studies, these newer studies continue to find associations between fluoride and IQ, although many of them suffer from the same limitations. A PubMed search using the terms "fluoride AND intelligence" shows that 14 studies have been published on fluoride and IQ since our meta-analysis was published in 2012. While I consider it beyond the present report to evaluate these studies in detail, 13 of them report clear associations between elevated fluoride exposure and reduced intelligence. I am aware of at least seven Chinese-language studies published since 2012 that report similar associations between fluoride exposure and reduced IQ [98, 126-130]. I also note that some of the recent studies have identified possible genetic predisposition to fluoride neurotoxicity [117, 131]. This means that some subgroups of the general population will be more vulnerable to fluoride exposure and that exposure limits aimed at protecting the average population may not protect those with susceptible genotypes, as we have shown for methylmercury neurotoxicity [132]. A comprehensive evaluation of these studies is beyond the scope of this report.

To ascertain the validity of the Chinese reports on fluoride neurotoxicity, we carried out a pilot study in Sichuan using methods commonly applied in neurobehavioral epidemiology [10]. The children examined had lived in their respective communities since conception. Although we examined only 51 children, our results support the notion that cognitive deficits occur at elevated fluoride exposures. Interestingly, negative associations were found for cognitive function tests regarding all three measures of fluoride exposure. One was the known water-fluoride concentration at the residence where the child was born and had grown up, another was the child's morning urine-fluoride after having ingested fluoride-free water the night before (neither measure reached formal statistical significance as predictor of cognitive deficits). The strongest and statistically significant association was seen with the degree of dental fluorosis that served as a marker of early-life fluoride exposure. While the milder forms of dental fluorosis have been considered a cosmetic effect [37, 133, 134], our study suggested that fluorosis can serve as a useful marker of early fluoride exposure in studies of neurodevelopmental toxicity.

A prior study that was also co-authored by my Harvard colleague David Bellinger failed to observe a relationship between dental fluorosis and behavior, as determined from parental questionnaires [135]. Due to several weaknesses, the conclusions were cautious and, in the authors' wording, "cannot lay this issue to rest". Hopefully, future studies will clarify the relationship between dental fluorosis and neurobehavioral deficits, especially if the relationship is apparent only for certain teeth that share windows of fluorosis susceptibility with those that relate to developmental neurotoxicity.

### 4.    Prospective studies of fluoride neurotoxicity

In recent years, several prospective studies have been carried out in Western populations with information on early-life exposures. These studies add substantial new information on developmental fluoride neurotoxicity and will be summarized below.

The New Zealand study: The first prospective study was based on a birth cohort established in Dunedin, New Zealand from births in 1972-1973 [111]. The 1,037 children were recruited at age 3 years, and IQ tests were administered at ages 7, 9, 11 and 13 years, and again at age 38, and the average result for 992 subjects was used for comparison between residents in areas with and without water fluoridation. No significant differences in IQ because of fluoride exposure were noted, and this finding was independent of potential confounding variables, including sex, socioeconomic status, breastfeeding, and birth weight. Despite the fact that lead exposure in this cohort was later reported to cause IQ deficits [136], the authors of the fluoride study chose not to control for exposure to lead or other chemicals that can affect neurodevelopment.[7] While prenatal fluoride exposure was not the focus of this study, and urine samples were not available for fluoride analysis, the average difference in exposure between children in fluoridated vs. non-fluoridated areas was estimated to be only 0.3 mg/day [137]. Maternal tea consumption was not assessed and may have introduced substantial imprecision of the exposure estimate. During the time that the children in this study were born (1972-1973), New Zealanders consumed as much as 2.6 kg of tea per capita per year, as compared to the consumption of 0.5 kg in Canada in the 1990s, i.e., the approximate time when the MIREC cohort (discussed below) was recruited [138]. An additional concern is that the 10% of cohort subjects who had not lived in fluoridated areas very likely received fluoride supplements, as was the case for 139 children in the study (probably mainly in non-fluoridated areas). In my judgment, although the New Zealand study has been hailed as evidence that fluoridated water is "not neurotoxic for either children or adults, and does not have a negative effect on IQ" [39], the exposure assessment is imprecise, and the statistical power is likely to be insufficient to identify an effect similar to the magnitude shown in more recent studies [139]. This study thus suffers from some of the same limitations as a previous cohort study from New Zealand [140], which reported no association between behavioral problems and residence in a fluoridated community during the first seven years of life. Neither study had access to individual measurements of fluoride exposure, and the exposure status relied solely on residence in a fluoridated community.

First Mexico study: In a prospective study from an area in Mexico with elevated levels of fluoride in drinking water, maternal pregnancy urine-fluoride (corrected for specific

---

[7] In response to criticism on this point, the authors published a letter [137] stating that they subsequently ran an analysis which controlled for lead and that it produced "no meaningful change." Few details were reported.

gravity) was examined for its association with scores on the Bayley Scales among 65 children evaluated at age 3-15 months [141]. The mothers in the study had average urine-fluoride concentrations at each of the three trimesters of pregnancy of 1.9, 2.0, and 2.7 mg/L (higher than the following study). These fluoride exposure indicators during first and second trimesters were associated with statistically significantly lower scores on the Bayley Mental Development Index (MDI) score after adjusting for covariates [141]. I understand that this study will be addressed in further detail in a separate report.

ELEMENT cohort: The existence of the ELEMENT (Early Life Exposure in Mexico to Environmental Toxicants) birth cohort in Mexico allowed longitudinal measurements of urine-fluoride in pregnant mothers and their offspring and their association with measures of cognitive performance of the children at ages 4 and 6–12 years [142]. The cohort had been followed to assess developmental lead neurotoxicity, and urine samples were available for fluoride analysis and adjustment for creatinine and density. Most of the mothers provided only one or two urine samples, thereby introducing some imprecision in the exposure estimate, but again such imprecision will tend to bias the results toward the null. Child cognitive function was determined by the General Cognitive Index (GCI) of the McCarthy Scale at age 4 years in 287 children with exposure data, and IQ by a Wechsler scale (WASI) at age 6–12 years in 211 children. Urinary fluoride in the mothers averaged 0.90 (s.d., 0.35) mg/L and 0.82 (s.d., 0.38) in the children.



*Figure 1. Association between maternal urinary fluoride concentration during pregnancy and the child's GCI at age 4 [142].[8]*

---

[8] Figure 2 legend in the published article: "Adjusted association of maternal creatinine-adjusted urinary fluoride (MUFcr) and General Cognitive Index (GCI) scores in children at age 4 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort3-Ca,Cohort3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observations, n=287."

Covariates included gestational age, birth weight, sex, parity, age at examination, and maternal characteristics, such as smoking history, marital status, age at delivery, IQ, and education. After covariate adjustment, an increase in maternal urine-fluoride by 0.5 mg/L was associated with a statistically significant loss of 3.15 (95% CI, -5.42; -0.87) and 2.50 (95% CI, -4:12; -0:59) the GCI and IQ scores, respectively (Figures 1 and 2).

These associations remained significant, and the effect sizes appeared to increase, in sensitivity analyses that controlled for lead, mercury, and socioeconomic status. The authors recognize possible limitations, including potentials for iodine deficiency or arsenic exposure, but the impact of such risk factors is likely to be small in this population and with little likelihood of causing bias. Given the fact that this cohort was followed from birth with meticulous documentation for lead exposure and other neurobehavioral risks adds to the strength of this study. A subsequent study of the same population also documented that elevated prenatal fluoride exposure was associated with tendencies toward development of ADHD (Figure 3) [143].



*Figure 2. Association between maternal urinary fluoride concentration during pregnancy and the IQ at ages 6-12 [142].*[9]

---

[9] Figure 3A legend in the published article: "Adjusted association of maternal creatinine-adjusted urinary fluoride (MUFcr) and children's IQ at age 6–12 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort3-Ca,Cohort3-placeboandCohort2A). Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, n=211."



*Figure 3: Association between maternal urinary fluoride concentration during pregnancy and four dimensions of the child's behavioral scores* [143].[10]

MIREC cohort: Between 2008 and 2011, 2,011 pregnant women were recruited into the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. A subset of 601 were examined at age 3-4 years, with slightly less than half residing in fluoridated communities [144]. The study was presented at a scientific conference in August 2018, and I understand that a full report will soon be published. The following is a summary of the information from a published Master's thesis. Urine spot samples were obtained from each of the three semesters of pregnancy, and results were analyzed for those 526 mother-child pairs where urine was available from all three semesters, so that the overall average urine-fluoride could be used as an exposure biomarker, with adjustment for specific gravity and creatinine. Information was obtained on food and beverage intakes, including tea (assuming a fluoride content of 0.52 mg in each cup of black tea). Intellectual abilities were assessed using the age-appropriate Wechsler scale that provided a full-scale IQ. Covariate adjustment included exposures to other neurotoxicants and other relevant covariates, such as sex, age at examination, and maternal exposure to indirect smoking, race, and education (Figure 4) [144].

As had been shown in a previous study of a larger material [65], women residing in fluoridated communities had higher urine-fluoride concentrations (0.69 vs 0.40 mg/L) and also higher calculated daily fluoride intakes from water and other beverages (0.93 vs. 0.30 mg/day). Regression analyses showed that an increase in *urine*-fluoride of 1 mg/L was associated with a statistically significant loss in IQ of 4.49 points in boys, though not in girls (Figure 5). An increase of 1 mg/L of fluoride in *water* and an increase of 1 mg/day of fluoride *intake* was associated with an IQ loss of 5.3 points and 3.66 points, respectively, for both boys and girls [144]. Thus, this study is in close agreement with the data from the two studies carried out in Mexico.

---

[10] This figure is an excerpt of Figure 2 that has this legend: "Association of maternal creatinine-adjusted urinary fluoride (MUFcr) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years. Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n=210."



Fluoride Intake (mg/day)

*Figure 4: Association between maternal fluoride intake per day from beverages during pregnancy and childhood IQ at age 3 (blue represents fluoridated communities)* [144].[11]



*Figure 5: Association between maternal urinary fluoride (adjusted for creatinine) and childhood IQ at age 3* [144].[12]

---

[11] Figure 6 from the thesis has this legend: "Multiple Linear Regression predicting FSIQ from Fluoride Intake (FI)."
[12] Figure 4 in the thesis has this legend: "Results of Multiple Linear Regression Predicting FSIQ from MUF$_{SG.}$"

These recent prospective studies from North America focused on prenatal exposure as a key window of neurological vulnerability. Given that fluoride is only excreted in minute amounts in human milk [1], the focus on prenatal exposure appears justified, while formula-mediated exposures remain a concern, as illustrated by dental fluorosis studies [145]. All the recent studies relied on individual exposure indicators, thus providing substantial support to the conclusion that elevated fluoride exposure during early development can cause neurotoxicity.

5. **Retrospective studies of fluoride neurotoxicity**

A Swedish study utilized the register of military conscripts who underwent neurocognitive tests [146]. The authors then estimated the water-fluoride concentrations for each of about 80,000 subjects based on their residential history, where the geographic location of the home was linked to a water supply. The study found no meaningful or consistent relationship between the test results and the estimated home water-fluoride concentration (0 to 2 mg/L). The study did identify a relationship between water-fluoride and increased income, which the authors attributed to improved dental health. However, the study did not have access to specific individual fluoride exposure data. The method for estimating the likely water-fluoride concentration at the person's current home involved some assumptions which could have introduced a substantial amount of measurement error when using this number as a proxy of the fluoride exposure at the most vulnerable age. This study is therefore not a "negative" study, but rather a non-informative study due to the likely misclassification of the causative exposure.

In the U.S., parental reports on ADHD among 4-to-17-year-olds were collected from the National Survey of Children's Health and combined with information on water fluoridation at state level [147]. The prevalence of artificial water fluoridation in 1992 predicted significantly the state prevalence of ADHD from the surveys in 2003, 2007 and 2011. After adjustment for socioeconomic status, each 1% increase in artificial fluoridation prevalence in 1992 was associated with approximately 67,000 to 131,000 additional ADHD diagnoses from 2003 to 2011. Overall state water fluoridation prevalence (not distinguishing between fluoridation types) was also significantly positively correlated with state prevalence of ADHD for all but one year examined. Given the state-level exposure assessment and the use of parental reports of ADHD, this ecological study has important weaknesses, although the findings are in agreement with the prospective studies.

A Canadian study analyzed data from two cycles of the Canadian Health Measures Survey (CHMS) [148]. Randomly measured urine-fluoride results from children aged 3-to-12 years were linked to parental reports or self-reported learning disabilities. When the two cycles of the CHMS were combined (both including at least 1,100 subjects), unadjusted urine-fluoride was significantly correlated with an increased incidence of learning disabilities. However, this effect lost its statistical significance after controlling for creatinine and specific gravity. The authors concluded that there was no robust association between childhood fluoride exposure and reported learning disability among Canadian children at the ages studied. However,

I understand from Rivka Green's dissertation,[13] that a separate analysis of the same CHMS data has recently been carried out and has been submitted for publication; this analysis found a significant relationship between tap water-fluoride levels and attention problems.

Overall, these retrospective studies add some weight to the information otherwise available on fluoride neurotoxicity in children.

## B.      Plausibility of developmental fluoride neurotoxicity

### 1.      Toxicological evidence

*In vitro* studies have documented fluoride toxicity in brain cells, most of the studies using very high fluoride concentrations, but some showed effects at low, realistic levels [149, 150]. In the low-dose studies, 0.5 μmol/L (10 μg/L) was sufficient to induce lipid peroxidation and result in biochemical changes in brain cells [149], while 3 μmol/L (57 μg/L) was sufficient to induce inflammatory reactions in brain cells [150].

One of the first U.S. reports on experimental fluoride neurotoxicity emerged when a new method was developed for computerized surveillance of rat behavior. Fluoride was selected for a test of the new methodology and showed clear neurotoxicity [151]. The authors noted that the behavioral effects that they observed in the rats are "indicative of a potential for motor dysfunction, IQ deficits and/or learning disabilities in humans." Since the publication of this study in 1995, many additional animal studies have shown that fluoride produces neurochemical, biochemical, and anatomic changes in the brains of the treated animals, including reductions in phospholipid content, inhibition of acetylcholinesterase, alterations in neurotransmitter concentration and function, increases in oxidative stress, and substantial enhancement of reactive microglia [1]. As concluded by the NRC review requested by the EPA, "fluorides have the ability to interfere with the functions of the brain by direct and indirect means." [1].

More recently, a large number of reports on fluoride toxicity in animal models have been published. A PubMed search suggests that, following the NRC report in 2006, at least 100 publications have addressed fluoride neurotoxicity. Among relevant outcomes studied are increased oxidative stress, glial activation and inflammation, inhibition of acetylcholinesterase, decrease of nicotinic receptors, interference with calcium channels, altered glucose uptake, and impaired synaptic plasticity. A critical assessment of these studies is beyond the scope of my analysis, but the studies appear consistent with NRC's conclusion that elevated fluoride exposure is neurotoxic in animals. Most of the animal studies to date have investigated higher concentrations of fluoride than used in water fluoridation programs, but some of the studies used relatively low concentrations. Of note, rats exposed to water-fluoride at 1 mg/L for one year showed morphological alterations in the brain and increased concentrations of aluminum in brain tissue compared with controls [152].

---

[13]https://yorkspace.library.yorku.ca/xmlui/bitstream/handle/10315/35502/Green_Rivka_R_2018_Masters.pdf?sequence=2&isAllowed=y

The NTP published in 2016 a systematic review of the animal studies that have examined fluoride's impacts on learning and memory [13], thus leaving out neurochemical and other effects that have been described in recent studies. The NTP concluded: "At concentrations higher than 0.7 parts per million (mg/L), this systematic review found a low to moderate level-of-evidence that suggests adverse effects on learning and memory in animal[s] exposed to fluoride. The evidence is strongest (moderate level-of evidence) in animals exposed as adults and weaker (low level-of-evidence) in animals exposed during development" (p. vii). Under NTP's classification criteria for hazard identification, "moderate" evidence is the level below the highest level of evidence. The NTP considered that most studies had used concentrations exceeding the levels added to water in fluoridation programs, although the NTP recognized that rats require about five times more fluoride in their water to achieve the same serum-fluoride concentrations as humans. In total, 14 studies used a water-fluoride concentration < 4 mg/L, although four were excluded due to methodological issues. The NTP's level of confidence was less for developmental effects due in part to the fact that fewer such studies were available.

Subsequent to the NTP review, at least nine additional developmental studies have been published investigating fluoride's impact on learning memory in rodents [153-161]. Two studies found impairments of learning/memory in rats consuming water with 5 mg/L fluoride [153, 154]. One study that did not find an effect investigated exposures that began at day 6 of gestation in the Long Evans rat [155], a strain that has been previously observed to be more resistant to fluoride toxicity [162].

Further details are provided in the expert report by Kathleen Thiessen. The NTP has prepared a systematic review of the most recent experimental animal studies, mechanistic data, and human epidemiological evidence on fluoride neurotoxicity, and peer review will soon be completed, I understand.

## 2. Assessment of plausibility of fluoride neurotoxicity

Fluoride neurotoxicity is clearly plausible, given the overall consistency of experimental studies of adverse neurological effects in fluoride-treated animals, as well as the biochemical effects of relevant fluoride concentrations *in vitro* [149, 150, 163]. By 2006, the NRC concluded that there was enough animal data to conclude that fluoride interferes with brain functions [1]; the evidence today is substantially more robust. The NTP had more confidence in fluoride impairing learning in adult animals [13], but this conclusion was affected by fewer studies being available on developmental exposure. As discussed in Section III, the complex development of the human brain renders it particularly vulnerable to neurotoxicants during the developmental period, where cell differentiation, multiplication, migration and other crucial processes must happen at certain times and in a particular sequence to create an optimally functioning brain [30, 164]. Of importance here is that fluoride can pass the placental barrier to reach the brain, and rodent studies published subsequent to the NTP's review bear out the importance of the prenatal period for fluoride neurotoxicity.

Among prominent adverse outcome pathways, the NRC concluded that fluoride is an endocrine disrupter that can affect thyroid function at intake levels as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency [1]. Large epidemiological studies published since the NRC report suggest that thyroid dysfunction is a relevant risk at elevated fluoride

exposures in fluoridated communities, especially in adults with iodine deficiency [68]. In England, the diagnosis of hypothyroidism was nearly twice as frequent in medical practices located in a fully fluoridated area, as compared to a non-fluoridated area [165]. These findings are of particular concern, as the thyroid hormone is crucial for optimal brain development [166]. I shall not discuss this evidence further, as I understand that fluoride toxicity to the thyroid gland is covered in a separate report.

The notion that fluoride is primarily a developmental neurotoxicant means that fluoride – like lead, methylmercury, and arsenic – can affect brain development at exposures much below those that cause toxicity in adults [167]. For lead and methylmercury, adverse effects are associated with blood concentrations as low as about 10 nmol/L. Blood-fluoride concentrations associated with elevated intakes from drinking-water may exceed 20 µg/L, or about 1 µmol/L, i.e., more than 100-fold greater than the serum concentrations of the neurotoxic metals that cause neurodevelopmental damage. Thus, although fluoride is neurotoxic, it appears to be much less potent than the neurotoxic metals, which are also present in the Earth's crust at much lower concentrations.

## VI. APPROACHES TO HAZARD EVALUATION

### A.      Interpretation of epidemiology studies

In evaluating the evidence on inorganic fluoride toxicity, a weight-of-the-evidence approach should be used, where human studies will contribute substantially. Because it would be unethical to conduct experimental studies in humans with substances that may cause cancer or other serious effects, the main human epidemiological evidence on fluoride comes from observational studies of occupational cohorts and from community studies of subjects exposed at different so-called background levels, such as through drinking water. Of particular relevance are prospective studies of population-based cohorts followed over time. Further, the validity of the exposure assessment is crucial and should rely on stable concentrations in drinking water or exposure biomarkers obtained at an appropriate time.

While most of the endemic fluorosis studies have rather simple cross-sectional designs and may have failed to control for the some confounding factors of possible importance, they also have important strengths, including: 1) Stable populations with stable water-fluoride concentrations. Many of the studies specifically limited the populations to those who had lived in the community their entire life (thus capturing prenatal exposures). 2) Unlike in the US, children in rural China (where most of these studies have been conducted) have very little exposure to fluoridated dental products [118], thus making water a more important and reliable metric of fluoride exposure. 3) The studies in endemic fluorosis areas that have controlled for or excluded key confounding factors (arsenic, iodine, parental education) were still capable of identifying associations with cognitive deficits [9].

Prospective information on exposed birth cohorts is desirable, as it is not just the dose that can matter but also the timing of the dosing in regard to the developmental stage of the subjects [33, 168]. In particular, birth cohorts are crucial, as they can reveal with greater certainty the impacts of exposures assessed during early life stages. The recent emergence of

such prospective information is fortunate, especially because the studies represent different settings and therefore, in concert, provide solid observational evidence.

This new information is in overall agreement with less certain cross-sectional studies, thereby supporting the strength of the evidence. In the past, the presence of limitations and perhaps absence of statistical significance in individual cross-sectional studies may have been misinterpreted as evidence that fluoride exposures are innocuous. However, in evaluating the weight of the evidence, the question must be asked what each study could potentially reveal, given the design and choice of study parameters, including such factors as imprecise exposure assessment. As the NRC once warned, the apparent absence of convincing evidence of (fluoride) toxicity should not be misinterpreted as proof that toxicity does not exist, and such erroneous conclusion has been dubbed the "untested chemicals assumption" [169].

### 1.    Bias toward the null

In the field of epidemiology, there is a well-known bias toward the null, of which epidemiologists (and readers of epidemiology reports) need to be careful, especially when human health is at stake. Studies that do not show a statistical significance are sometimes called "negative," although this term is misleading. Joint analyses of several such studies may well show a significant difference or trend. Table 1 highlights common causes of bias toward the null in epidemiological studies, i.e., reasons that a study might not show the existence of a risk that indeed is present, though hidden due to the bias. While biases in the opposite direction also exist, they are usually of much less significance [170].

*Table 1. Causes of bias toward the null in epidemiology studies [170].*

| |
|---|
| Inadequate statistical power in small studies |
| Lost cases and inadequate follow-up for long-term effects |
| Exposed or otherwise inappropriate comparison (control) group |
| Exposure misclassification |
| Insensitive or imprecise outcome measures |
| Failure to adjust for confounders with effects in the opposite direction |
| Disregarding vulnerable subgroups |
| 5% probability level to minimize risk of false positives (Type I error) |
| 20% probability level to minimize risk of false negatives (Type II error) |
| Pressure to avoid false alarm |

The bias toward the null is particularly problematic where human health is concerned; scientists and public health officers therefore often assess and rely on the direction or weight of the evidence and not solely on statistical significance, as it may take a very long time to obtain complete and irrefutable proof. Thus, observational studies will rarely if ever provide a 100 percent proof, and it is always possible for someone critical of the weight of the evidence to raise some type of doubt seeking to require additional or improved data before a conclusion can be drawn [171, 172]. Again, the presence of uncertainties often tends to cause underestimations of actual risks, not the opposite. This issue is of importance especially regarding substances that have not yet been studied in the detail desired or cannot be examined in randomized clinical

trials. Again, many unfortunate past errors in regard to industrial chemicals have shown that initial assessments were often erroneous and led to an underestimation of the true risks [173].

In the present report, while considering the extent of possible biases, my conclusions are based on the strength of the evidence and are stated in terms of assessing whether fluoride poses an unreasonable health risk to the general public or to susceptible subsets of the population, such as pregnant women and small children. My evaluation as an expert therefore considers the weight of the evidence, the uncertainties involved, the plausibility, and what could possibly be known, given the study opportunities and methodologies applied, as well as the likely overall impact on public health.

**B.     Assessment of uncertainties**

In the absence of randomized clinical trials on fluoride, the hazard evaluation must be based on observational epidemiology studies, as supported by toxicological evidence from animal studies. As already noted, the NRC found the toxicological evidence sufficient to conclude that fluoride can cause neurotoxicity [1]. Although the more recent NTP review did not regard the studies on developmental neurotoxicity as conclusive [143], the report considered only attention and memory aspects rather than the additional and more extensive documentation on neurochemical and neuropathological effects.

True, the cross-sectional design of most of the human studies limits the ability to reach conclusions about causation (since the exposure is not ascertained before the development of the adverse outcome). Still, this design is appropriate in stable populations where water supplies and fluoride concentrations have remained virtually unchanged so that current exposures is likely also to reflect developmental exposures. Also, some of these studies measured urinary fluoride concentrations, which partially reflect long-term exposures due to the accumulation of fluoride in the calcified tissues. Thus, jointly with more informative prospective studies, the results provide convincing evidence of developmental neurotoxicity.

As indicated above and also discussed in Section VII.A, research into fluoride neurotoxicity appears to have been controversial and unwelcome, and the desire for fluoride supplementation may have resulted in suppression of studies or publications, as suggested by case reports [90, 174, 175]. Further, severe critique was launched against studies that reported adverse effects that could challenge the wisdom of water fluoridation. For example, because our meta-analysis [9] indicated consistent associations between fluoride and reduced IQ, our findings were challenged. One commentary indicated that our review had been severely criticized [39] and referred to a report by a UK consulting firm hired to criticize our work [176]. An additional source was the previously released SCHER report [103]. This EU committee had questioned the plausibility of neurotoxicity and did not directly comment on our report. The disapproving commentary [39] also alleged that our article had been used by anti-fluoridationists and referred to the "many flaws" – without specifying what these flaws were. A later article referred to fluoride neurotoxicity as "misinformation" in the title of the article [177].

Similar superficial and misleading critiques were aired at a web site belonging to the American Academy of Pediatrics[14] and in additional journal articles [112, 178]. I particularly note that the adverse effects were said to be associated with elevated fluoride exposure from water up to 11.5 mg/L [178], i.e., the *highest* fluoride concentration present in *one* of the studies, while not mentioning that most of the studies included in our review referred to water-fluoride concentrations below the EPA's MCLG for fluoride (4 mg/L) [9]. As previously noted, almost the same wording was used by the EPA [113].

As our study [9] was misinterpreted in the media, we released a press statement [179], which concluded: "These results do not allow us to make any judgment regarding possible levels of risk at levels of exposure typical for water fluoridation in the U.S. On the other hand, neither can it be concluded that no risk is present. We therefore recommend further research to clarify what role fluoride exposure levels may play in possible adverse effects on brain development, so that future risk assessments can properly take into regard this possible hazard."

As alleged proof that water fluoridation poses no risk to cognitive development the study from New Zealand has been highlighted [39]. This study [111] erroneously stated that our press release "had to emphasize the fact that [our] research was irrelevant to CWF [Community Water Fluoridation]". Also, while the authors [111] emphasized potential biases in our meta-analysis [9], they downplayed the limitations to their own study (see Section V.A.4).

A federal interagency panel in 2015 accepted the NRC's findings [1] as a "summary of the hazard", and the panel recommended that the level of fluoride added to community water be reduced to 0.7 mg/L [77]. The aim of this recommendation remained to protect against dental fluorosis, as neurotoxicity was thought not to be relevant.

## VII.    RISK ASSESSMENT

### A.    Changing approaches to fluoride exposure

Fluoride ingestion has in the past been considered "essential" for optimal dental health. Already in 1989, a National Research Council report on nutrition noted that fluoride is not an essential nutrient, but a "beneficial element" for dental health purposes [180]. Further, fluoride's predominant mechanism of action in preventing caries comes from topical contact with the outside of the enamel, not from ingestion [1], as discussed in a separate report.

The concept of an "optimal fluoride dose" for caries prevention purposes is at odds with current knowledge as to fluoride's cariostatic mechanisms but is nevertheless still widely held [39]. EPA concluded that a reference dose (RfD) could not be below 0.05 mg/kg/day, in respect of the so-called optimal dose [181]. For this reason, assessments of fluoride exposure have mostly focused on securing sufficient intakes to obtain the assumed benefits, i.e., maintaining the so-called optimal intake without any excess of importance to health. Accordingly, reports from WHO and national agencies have generally focused on beneficial effects [37, 40, 182]. Given the strong association with dental health benefits observed in past studies, the tendency was to

---

[14] https://ilikemyteeth.org/harvard-study-fluoride-neurotoxicity/

minimize or disregard evidence of adverse effects [41, 183]. Certainly, dental fluorosis occurs more frequently and in more severe forms in fluoridated communities, especially in recent years. However, unless pitting developed, thereby paradoxically paving the way for caries development, these enamel changes were considered "cosmetic" [40, 133, 134]. This conclusion was reached without detailed evidence regarding other potential adverse effects that might occur in tandem with the enamel changes. I note here that our own study in rural China found that the degree of dental fluorosis was a significant predictor of cognitive deficits in the children examined [10].

One of the first U.S. reports on fluoride neurotoxicity in a rodent model [151] was met with disbelief, and serious critique was published as a letter in the highly respected journal that had published the toxicology article [184]. While the authors countered the critique, the first author was fired [185]. Thus, fluoride neurotoxicity was not a cherished research topic, although it is unclear if any censoring of research results or proposals has occurred. Still, anecdotal examples illustrate that a bias did occur in disregarding or ignoring risks when reviewing the health benefits of water fluoridation [90, 174, 175].

When I, at the request of WHO, drafted an environmental criteria document on fluoride for the International Programme of Chemical Safety (IPCS) in 1983, it was finalized by an expert committee that included members with a background in preventive dentistry, rather than toxicology and environmental health. The committee asked for substantial changes to minimize any mention of toxic effects or their relevance to human health [186]. As I was considered part of the secretariat, my views on achieving a better balance were not allowed in the final document, and I had to resign and ask to have my name removed. In a parallel experience, an EU expert report similarly underestimated adverse effects of elevated fluoride exposure [103]. Although I formally submitted comments to the committee, they were disregarded. In addition to neurotoxicity, carcinogenicity should be considered a potential risk, as observed in occupational epidemiology, such as my own studies of cryolite workers [4, 7]. While such evidence would normally be considered crucial for cancer risk assessment, IARC's evaluation of fluoride was uniquely limited to "Inorganic Fluorides Used in Drinking-water and Dental Preparations" [187], and with this limitation, little epidemiology was available for consideration of carcinogenicity.

My overall impression is that the safety of elevated fluoride exposure was exaggerated in ways similar to those employed by vested interests that misconstrued and misinterpreted the scientific evidence on other neurotoxicants, such as lead, mercury, and certain pesticides [34, 188]. In fact, Dr. R.A. Kehoe, the famous industry spokesman [189], forcefully dismissed the toxicity of both lead and fluoride [185].

The situation has now changed, for two reasons. First, the wisdom of adding fluoride to drinking water has been called in doubt, most strongly by a 2015 Cochrane systematic review that questioned the caries-prevention benefits of current-day water fluoridation [190]. Other evidence showed that the caries incidence had decreased in many countries, independently of drinking water fluoridation [41]. Second, evidence of adverse effects, especially developmental neurotoxicity, has burgeoned during recent years, as reviewed above in Section V. Because assessment of benefits is outside the scope of my report, I shall now focus on the risks, although in reality the two have been confounded in past assessments.

As recently noted by prominent EPA scientists, although without referring specifically to fluoride, risk assessment has failed when adverse human health effects are demonstrated at exposure levels predicted from animal studies to be safe [191]. In Section V, I described some of the major caveats when drawing conclusions on incomplete evidence and the common biases toward the null hypothesis. Similar concerns were also raised by another NRC committee that reviewed EPA's risk assessment procedures [169]. The committee highlighted the erroneous default assumption, i.e., the so-called "untested chemical assumption," that a chemical is innocuous, unless the evidence shows otherwise. The NRC fluoride review in 2006 [1] had emphasized that fluoride's potential adverse effects were incompletely documented, and that additional research was warranted. While some existing evidence was not included in the NRC review, much has been published during recent years that adds substantial weight to the assessment of fluoride neurotoxicity at low intake levels (see Section V). By far, fluoride is no longer "untested".

I shall now focus on the exposure levels that put the population(s) at increased risk and the likely target organs (or critical organs) that may suffer adverse effects at the lowest doses. This section will also include a brief review of exposure guidelines.

## B.    Current standards for fluoride in drinking water

### 1. MCLG
As part of the Safe Drinking Water Act (SDWA), fluoride is currently one of the contaminants that EPA regulates in drinking water. The EPA has determined a maximum amount of fluoride allowed in drinking water, which currently is enforced at 4.0 mg/L. This value is much higher than the DHHS recommendation of 0.7 mg/L for community water systems that add fluoride to their water to maintain caries prevention benefits (while ignoring neurotoxicity risks) [77].

The EPA established the 4.0 mg/L safe drinking water standard (MCLG) to protect against crippling skeletal fluorosis (i.e., stage III skeletal fluorosis), which EPA at the time considered to be the critical adverse health effect from fluoride exposure [192]. Stage III skeletal fluorosis represents the most severe form of fluoride-induced bone disease. The DHHS has summarized crippling fluorosis as having the following characteristics: "calcification of ligaments/neck, vert. column; crippling deformities/spine & major joints; muscle wasting; neurological defects/ compression of spinal cord." (p. 46) [193]. The MCLG was not designed to protect against earlier forms of bone disease, including stage II skeletal fluorosis, which is marked by "chronic joint pain; arthritic symptoms; slight calcification of ligaments; increased osteosclerosis/ cancellous bones; with/without osteoporosis," again according to the DHHS review. The EPA did not consider potential neurotoxicity. Given the recent documentation of the developing brain as a critical organ (Section V), the documentation for the MCLG appears outdated.

In its review of fluoride requested by the EPA, the NRC concluded in 2006 that the MCLG of 4 mg/L is too high and should be lowered [1]. The NRC based this conclusion on the fact that the MCLG does not appropriately protect against stage II skeletal fluorosis, bone

fracture, and severe dental fluorosis, and the NRC also noted the need to consider further the risk of neurotoxicity.

### 2. EPA's Six Year Reviews

As part of the SDWA, the EPA is required to review each national primary drinking water regulation, including fluoride, at least once every six years and revise them, if deemed appropriate. In EPA's first Six Year Review of Fluoride, the Agency asked the NRC to review the recent toxicological literature on fluoride. In the second Six Year Review, EPA had received NRC's conclusions [1] and conducted a risk assessment to determine an RfD that would protect against severe dental fluorosis, stage II skeletal fluorosis, and bone fracture. EPA set this RfD at 0.08 mg/kg/day based on dose-response data relative to severe dental fluorosis [42]. The EPA acknowledged that NRC identified "research needs for the endocrine, neurological and other effects of fluoride," but concluded that "the standard toxicity database for fluoride is complete negating the need for a database uncertainty factor." (p. 106). Accordingly, EPA did not apply an uncertainty factor to account, e.g., for potential neurotoxicity.

In 2016, the EPA completed its third Six-Year Review, including a summary of the health effects of fluoride [113]. As part of this latest iteration, the EPA referred to the NRC review [1] in regard to fluoride's impact on reproduction and development, the endocrine system, cancer, and neurotoxicity. Specific to the latter health endpoint, the EPA referenced our meta-analysis of the childhood IQ studies and highlighted only the highest exposure in the 27 studies (11.5 mg/L, see Section VI.B), rather than the exposures that were below the MCLG [9]. The EPA also reviewed four other studies on neurotoxicity [10, 13, 111, 147], but concluded that "overall, the new data were not sufficient to alter the NRC conclusion that severe dental fluorosis is the critical health effects endpoint for the MCLG" (p. 134). While considering the NTP's systematic review of the animal literature on learning and memory, the EPA did not take into account the wider animal literature summarized in Section V.B.1. Likewise, the Agency did not address several recent epidemiological studies also reviewed above. Although I find these omissions inappropriate, I should note that the prospective studies of prenatal fluoride exposure and IQ from Mexico and Canada were not yet completed at the time of EPA's most recent review, and thus not available for the Agency's consideration.

To date, EPA has yet to lower the MCLG in response to NRC's conclusions [1]. As it currently stands, therefore, the safe drinking water standard for fluoride in the US is still based on the crude premise that crippling skeletal fluorosis is the most sensitive adverse effect of chronic fluoride exposure. The dose-response assessment for fluoride available at EPA's IRIS data base is not useful, as it has not been updated for many years.

### 3. Other standards

The *WHO* has established a recommended limit of fluoride in drinking water at 1.5 mg/L [37]. The WHO set this "guideline value" at a level that would protect against more than "minimal" levels of dental fluorosis, but WHO did not consider potential neurotoxicity. In its monograph on fluoride [88] from 2002, WHO discussed several animal studies that investigated neurotoxicity, but did not review the available occupational or epidemiological studies. While the guideline level is "not a fixed value," WHO recommends that "at a minimum, the fluoride level in local water supplies should be monitored and the population examined for

signs of excessive fluoride exposure (e.g. moderate and/or severe dental fluorosis and crippling skeletal fluorosis)" [88].

The *Agency for Toxic Substances and Disease Registry* (ATSDR), in general agreement with the MCLG, issued a draft toxicological profile in September 2001 [194], updated in 2003 [61], and recommended a chronic-duration oral minimal risk level (MRL) of 0.05 mg/kg body weight per day. ATSDR based the MRL on a no-observed-adverse-effect level (NOAEL) of 0.15 mg/kg/day and a lowest-observed-adverse-effect level (LOAEL) of 0.25 mg/kg/day for skeletal effects (increased fracture rate) [195]. Again, neurotoxicity was not considered.

*DHHS* recently changed the recommended water-fluoride concentration from the 0.7-1.2 mg/L range to 0.7 mg/L [77]. As discussed earlier in this section, the DHHS made this recommendation based on the data demonstrating an increase in the prevalence of dental fluorosis, not with a view to limiting any risk of developmental neurotoxicity.

## C.    Current documentation for risk assessment

As I have argued in this report, developmental neurotoxicity should be regarded the critical effect of elevated fluoride exposure (see Section V), and IQ deficits represent the most appropriate effect indicator. In regard to dose-dependence of IQ deficits, an increase of the maternal urine-fluoride in the ELEMENT study [142] by 1 mg/L corresponds to a 4.5-to-6 point drop in IQ. The Canadian results are in good agreement with these findings, although the possibility of sex-dependent effects must be considered [144]. While the latter study showed a possible sex-linked difference in vulnerability, risk assessment should always be based on the most vulnerable population group, i.e., in this case on the findings in boys in the MIREC study. In regard to water-fluoride, an increase of 1 mg/L showed a joint effect in boys and girls corresponding to a 5.3 drop in IQ [144], i.e., similar to the ELEMENT study. I also note that our own meta-analysis shows an average difference of 6.75 IQ points between the high and low exposure groups in the 27 studies reviewed [9].

As discussed in section IV.D, the Canadian data [65] indicate that pregnant women drinking fluoridated water at 0.6 mg/L water have an average urine-fluoride excretion of 0.87 mg/L, whereas pregnant women drinking non-fluoridated water at 0.12 mg/L have a lower average urine-fluoride of 0.46 mg/L [65]. Although the "halo" effect probably results in elevated exposures among women residing in non-fluoridated communities, I shall assume that water fluoridation increases the urinary fluoride excretion level by approximately 0.4 mg/L. Again, this difference refers to the average water consumption levels in Canada, and greater differences may well occur in the U.S.

Given that water fluoridation increases the maternal urine-fluoride by (at least) 0.4 mg/L, one can now use the estimates of dose-dependent IQ losses to calculate the predicted IQ loss attributable to water fluoridation. Assuming that the exposures are above any known threshold, I shall rely on an approximate IQ loss at a slope of 5 IQ points per 1 mg/L, i.e. an IQ loss of 2 points for the 0.4 mg/L increase in urine-fluoride.

D.     **Setting drinking water health limits**

Available data show that maternal urinary fluoride excretion levels during pregnancy and calculated daily fluoride intake are significantly associated with lower IQ levels in the child. Data from the ELEMENT study in Mexico [142, 143] and the MIREC study in Canada [144] provide suitable data for dose-response analysis. In addition, a third study also documents developmental neurotoxicity, although for the Bayley scale at a younger age, not IQ [141]. These studies document the associations at maternal urine-fluoride concentrations within ranges occurring in fluoridated communities. As these data refer to the critical effect in a highly vulnerable population, they are appropriate as documentation for identifying a safe drinking water limit.

Visual inspection of the ELEMENT data (Figure 2, page 23) [142] suggest a possible threshold of perhaps 0.8 mg/L in maternal urine when considering the IQ in 6-to-12-year-olds, while no threshold seemed to be present for deficits at age 4 years (Figure 1, page 22). Similarly, no threshold seemed to be present in the Canadian IQ study (Figures 4 and 5, pages 24-25) [144] or in the Mexico ADHD study [143]. I also note that cross-sectional studies in China have reported IQ deficits at elevated water-fluoride concentrations even below 1 mg/L [9].

Regulatory agencies are in overall agreement in using a benchmark dose approach to calculate non-cancer health-based limits for dietary intakes, such as drinking water [11, 196]. In this approach, a dose-response function is fitted to the data or adopted from a default assumption (usually a linear relationship). The benchmark dose (BMD) is defined as the dose that leads to a specific loss (or degree of abnormality) known as the benchmark response (BMR) in the outcome variable. The BMR must be specified before the analysis. In previous BMD analyses of human neurotoxicity, the BMR has been set at 1 IQ point [197, 198]. The statistical uncertainty in the BMD estimation is taken into account by calculating its lower one-sided 95% confidence limit, which is called the benchmark dose level (BMDL). The BMDL is then used as the point of departure for calculation of the exposure limit, by dividing the BMDL by an uncertainty factor (usually fixed at 10) to obtain a protective RfD [11, 196]. I shall now discuss the calculation of a BMDL using the available data on fluoride neurotoxicity.

E.     **Benchmark dose calculations for fluoride**

My colleague, Esben Budtz-Jørgensen, and I are formalizing an agreement with the authors of the ELEMENT fluoride report [142] to jointly assess benchmark dose results, and access to the raw data will likely happen in the near future to allow preparation of a scientific publication. In the absence of the original data at this point, we have applied benchmark dose algorithms to estimate the approximate BMD and BMDL, first by using the descriptive data on the distributions of urinary fluoride concentrations and the IQs as already published as Table 4 [142].

The benchmark dose is the exposure dose leading to a specific decrease (denoted BMR) in the response (in this case, the IQ), when compared to unexposed individuals. The BMR must be defined before the analysis [196], and general guidelines have been developed for the selection of a BMR [11]. A 1-to-2 IQ point reduction at the population level was recognized by the U.S. EPA Clean Air Scientific Advisory Committee, which emphasized that "an IQ loss on

38

the order of one to two IQ points [should] be prevented in all but a small percentile of the population."[15] Similarly, in its Regulatory Impact Analysis of the monetized human health benefits of a revised National Ambient Air Quality Standard for lead, EPA used benefits derived from IQ improvements [199]. Further, EFSA has decided upon 1 IQ point as a proper benchmark response [200], and economists use calculated losses of lifetime incomes from the loss of 1 IQ point [201]. Our previous benchmark analysis on the effect of lead exposure [198] used a BMR of 1 IQ point, and we followed the same procedure for fluoride.

In the above framework, the BMD will satisfy

$$f(0) - f(BMD) = BMR \rightarrow BMD = f^{-1}(-BMR)$$

In a linear model ($Y = \alpha + \beta d + \varepsilon$), we get $BMD = -BMR/\beta$. The main result of the benchmark analysis is the BMDL, which is defined as a lower one-sided 95% confidence interval (CI) of the BMD. In a linear model

$$BMDL = -BMR/\beta_{lower}$$

where $\beta_{lower}$ is the one-sided lower 95% confidence limit for $\beta$ [198].

For the ELEMENT study [142], a linear dose-response model could be used for the effect of urine-fluoride concentrations on both measures of childhood IQ. In this model, the BMD and BMDL can be calculated based only on the regression coefficient and its precision. In Table 4 of the publication [142], this information is available both for a crude model and for a model A with confounder adjustment. The table below shows the benchmark results for these two models for both the age-4 GCI and school-age IQ.

*Table 2. Benchmark dose results (mg/L urine adjusted for creatinine) obtained from the ELEMENT study results [142].*

| Model | GCI | | IQ | |
|---|---|---|---|---|
| | BMD | BMDL | BMD | BMDL |
| Crude | 0.133 | 0.085 | 0.211 | 0.121 |
| Adjusted | 0.159 | 0.099 | 0.200 | 0.130 |
| Read from plot | 0.159 | 0.102 | - | - |

As these calculations are based on assumptions of Gaussian distributions, we checked the validity by scanning the numbers from the plot in the published article. We tentatively used the WebPlotDigitizer software to read the plot shown in the published paper (see Figure 1, page 22) [142], to obtain the individual adjusted GCI results for more accurate BMD

---

[15] CASAC Review of the EPA's Policy Assessment for the Review of the Lead National Ambient Air Quality Standards (External Review Draft – January 2013).
https://yosemite.epa.gov/sab/sabproduct.nsf/E2554E264EEF8CCB85257B80006B3014/$File/EPA-CASAC-13-005+unsigned.pdf

calculations. Of the original 287 observations, the software provided 286 observations, probably due to overlapping observations. Thus, missing a single point only, our calculations based on the scanned data should be fairly reliable.

Using the standard benchmark approach to epidemiological data and a linear dependency, we find that the BMD for GCI is approximately 0.16 mg/L, and that the BMDL is 0.10 mg/L (bottom line of Table 2). These results are in excellent agreement with the results calculated from the summary data (first lines of the table). To assess the robustness of the calculation, we included a logarithmic conversion of the exposure parameter. We also used a split linear dose-response curve as in one of our previous studies [202]. These sensitivity analyses showed BMD results that deviated only marginally from the calculation using the default linear association. In conclusion, Table 2 shows reliable BMD results that have been calculated in accordance with standard EPA procedures.

With a BMD (or rather a benchmark concentration [BMC], as it is expressed in terms of the urine-fluoride concentration) for an IQ loss at about 0.2 mg/L, these calculations show benchmark results well below the average urinary fluoride concentrations found among pregnant women in fluoridated communities [65] and that the BMDL is even lower. It is theoretically possible that the results to some degree exaggerate the risks at low levels. For example, when additional, larger studies become available, the uncertainty will decrease, and the BMDL will move closer to the BMD [203]. However, the data available so far suggest that the BMD will likely remain much below an apparent 0.8 mg/L threshold. Given the sensitivity analyses carried out, the confounder-adjusted results cannot be attributed to an error in the assumed dose-response curve. However, a higher BMD would be possible if choosing a BMR much higher than 1 IQ point. As already considered by the EPA (see above), allowing for larger IQ deficits would not be appropriate.

## F.    Economic and societal value of preventing IQ losses

The above calculations are based on a loss of one IQ point, while assuming that this loss is an adverse effect that should be prevented, as approved by the EPA. In support of this decision, research on other neurotoxicants [34] has shown that a shift to the left of IQ distributions in a population will have substantial impacts, especially among those in the high and low ranges of the distribution [204].

In order to compare the population-level effect with other neurotoxicants, some approximate estimates of fluoride-associated IQ losses can be made. The calculations rely on several assumptions that are necessary in the absence of actual data and are therefore meant only to identify relative orders of magnitude. On the conservative side, I shall also assume that all children are equally vulnerable and that the dose-dependent IQ losses observed in the recent prospective studies can be used to assess the impact on the population at large (i.e., that genetic predisposition can be ignored, see Section V.A.3).

A low threshold for neurotoxicity suggests that some fluoride neurotoxicity may occur also in non-fluoridated communities, though part of the exposures may be due to the "halo" effect from water fluoridation elsewhere. I shall focus on exposures directly attributable to water fluoridation, as these clearly contribute exposures above the BMD.

The Canadian study [65] showed that drinking water fluoridation leads to an average increase in urinary fluoride excretion of about 0.4 mg/L. Given the BMD results, this increase in exposure can be considered to be above the threshold for developmental neurotoxicity, and the elevated exposure will then correspond to an IQ loss of approximately 2 IQ points, using the dose dependent losses observed in the recent prospective studies [142, 144]. I shall now use this outcome as an appropriate approximation.

Because about two-thirds of the U.S. population receives fluoridated drinking water, one can assume that a similar proportion of the 4 million annual U.S. births[16] (i.e., more than 2.5 million births) are affected by fluoridation-associated exposure increases. With the 2-point average IQ loss associated with fluoridation, the 2.5 million births will lose a total estimated number of 5 million IQ points annually. This approximate number can be compared with calculations made by Professor David Bellinger on IQ losses due to major pediatric diagnoses affecting 0-to-5-year-old children [205]. According to CDC data and Bellinger's calculations, the top pediatric etiologies are preterm birth at 34 million IQ points lost and lead exposure representing 23 million IQ points lost. My estimate for fluoride is that children aged 0 to 5 years have lost approximately 25 million IQ points due to fluoridation. Fluoride exposure should therefore be considered a top risk factor for neurodevelopmental deficits. Even if this estimate is somewhat imprecise, and unevenly distributed, the order of magnitude is likely to be correct and is very considerable.

Economists have devised methods to calculate the societal gains from preventing IQ losses, as higher IQs will, on average, result in higher lifetime incomes. In terms of 2006-dollars, the value of 1 IQ point was calculated to be about $18,000 [201, 206]. In a 2008 report on monetized benefits of prevention of lead exposure, the EPA used lower cost estimates and stated that "[t]he earnings-based value-per-IQ-point lost that we apply in this analysis most likely represents a lower bound on the true value of a lost IQ point, because it is essentially a cost-of-illness measure, not a measure of an individual's willingness-to-pay (WTP) to avoid the loss of an IQ point" (p. 18) [199]. For 5 million IQ points lost per year, the annual cost from loss of income will probably approach $100 billion in current dollar values, a truly enormous cost, although it represents only the societal losses and not the costs to the individuals affected, or their families.

If we assume that a threshold does exist at approximately 0.8 mg/L in maternal urine, as suggested by the IQ findings in the ELEMENT study for the 6-to-12-year-old cohort members, then water fluoridation would still result in substantial IQ losses, as indicated by the 75th percentiles for maternal urine-fluoride concentrations in Canada [65]. The 75th percentiles are 1.04 mg/L and 0.52 mg/L for the fluoridated and non-fluoridated areas, thus only the former can be projected to exceed the assumed threshold. In fluoridated areas, pregnant women above the 75th percentile are already at least 0.29 mg/L above the hypothetical threshold, and thus 25% of the children would each experience an IQ loss of about 1.5 points or more. This would amount to over 4.5 million lost IQ points among 0-to-5-year-olds. Even this smaller amount of IQ losses exceeds the U.S. IQ losses attributed to methylmercury exposure [207]. Similar calculations can

---

[16] Centers for Disease Control. Births and Natality. Available at: https://www.cdc.gov/nchs/fastats/births.htm

be done using the data on the 95th percentiles, again assuming that the U.S. population in fluoridated areas have similar urine-fluoride concentrations as Canadians.

I have made these calculations only to illustrate the significance and impact of neurotoxicity outcomes, and I offer these crude estimates to emphasize my concern that developmental neurotoxicity due to early-life exposure to fluoride must be controlled.

## G.    Conclusions

In the past, health risks associated with elevated exposures to fluoride have been downplayed in the interest of promoting community water fluoridation to prevent caries development. Although this has resulted in a biased risk assessment and inappropriately high exposure limits for fluoride in water, the situation has changed due to two developments.

First, it now appears that water fluoridation no longer has the same beneficial impact on caries prevention that it once had, and topical fluoride exposure in the oral cavity has emerged as the preferred intervention in much of the industrialized world, thereby making systemic fluoride exposure unnecessary.

Second, substantial research now documents the risks and consequences of developmental neurotoxicity associated with fluoride exposure in early life. The critical effect from fluoride exposure is no longer dental fluorosis with pitting, or crippling skeletal fluorosis that occur at highly elevated exposures. The risk assessment relied upon by the EPA is therefore outdated.

Recent research has shown that the most vulnerable life stage for many toxicants, particularly those that adversely affect the brain, is during intrauterine development. Fluoride fits into this paradigm, and efforts to control human fluoride exposures must therefore focus on pregnant women and small children.

Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure is toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

While existing limits for fluoride in drinking water are known not to protect against early stages of fluorosis, they are even less protective regarding neurodevelopmental deficits. Applying methods for standards setting routinely used by the EPA, the recent studies on

IQ deficits in children allow the calculation of a recommended limit that would protect against neurotoxicity. Such calculations show that current allowable limits for fluoride in drinking water and the levels of fluoride added in community water fluoridation programs both greatly exceed a science-based limit that would protect against developmental neurotoxicity.

The evidence on fluoride neurotoxicity in the general population is fairly recent and unlikely to represent the full toxicological perspective, including adverse effects that may occur at a delay. As has been seen on numerous occasions, the evidence available today may underestimate the true extent of fluoride toxicity. With a reasonable degree of scientific certainty, I therefore consider the elevated levels of fluoride exposure in the U.S. population as a serious public health concern.

## VIII.    AFFIRMATION

I affirm that the foregoing is a true and correct statement of my opinions in this matter and the grounds for those opinions.

Philippe Grandjean
21 June 2019

**EXHIBIT A**

**ABBREVIATIONS**

| | |
|---|---|
| ADHD | attention-deficit/hyperactivity disorder |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| BMC | benchmark concentration |
| BMD | benchmark dose |
| BMDL | benchmark dose level |
| BMR | benchmark response |
| CHMS | Canadian Health Measures Survey |
| CI | 95% confidence interval |
| CDC | Centers for Disease Control and Prevention |
| CRT-RC | Combined Raven's Test – The Rural Edition in China |
| CWF | community water fluoridation |
| EC | European Commission |
| EEA | European Environment Agency |
| EFSA | European Food Safety Authority |
| ELEMENT | Early Life Exposure in Mexico to Environmental Toxicants |
| EPA | Environmental Protection Agency |
| DHHS | Department of Health and Human Services |
| GCI | General Cognitive Index (from the McCarthy scale) |
| IARC | International Agency for Research on Cancer |
| IPCS | International Programme on Chemical Safety |
| IQ | intelligence quotient |
| LOAEL | lowest-observed-adverse-effect level |
| MCLG | maximum contaminant level goal |
| NHANES | National Health and Nutrition Examination Survey |
| NIDR | National Institute of Dental Research |
| MIREC | Maternal-Infant Research on Environmental Chemicals |
| NOAEL | no-observed-adverse-effect level |
| NRC | National Research Council |
| NTP | National Toxicology Program |
| PubMed | Biomedical literature data base |
| RfD | reference dose |
| SAP | Science Advisory Panel |
| SCHER | Scientific Committee on Health and Environmental Risks |
| SD | standard deviation |
| SDWA | Safe Drinking Water Act |
| SMD | standardized mean difference |
| WASI | Wechsler Abbreviated Scale of Intelligence |
| WHO | World Health Organization |
| WTP | willingness-to-pay |

**EXHIBIT B**

**PHILIPPE GRANDJEAN, M.D. (CV)**

Office address
Institute of Public Health
University of Southern Denmark
Winsløwparken 17
DK-5000 Odense C, Denmark
Tel. (+45) 6550.3769
Fax  (+45) 6591.1458
Email: pgrand@health.sdu.dk
http://www.sdu.dk/staff/PGrandjean.aspx

Home
Naboløs 4
DK-1206 Copenhagen
Denmark
Tel: (+45) 33 133 933

Harvard School of Public Health
Department of Environmental Health
Landmark Center, 3E-110
401 Park Drive
P.O. Box 15697
Boston, MA  02215
Tel: 617-384-8907
Fax: 617-384-8994
Email: Pgrand@hsph.harvard.edu
https://www.hsph.harvard.edu/philippe-grandjean/

10 Dana Street
apt 315
Cambridge, MA 02138
Mailing address:
P.O. Box 390589
Cambridge, MA 02139
Tel: 617-331-3317

Academic degrees
1974, M.D., University of Copenhagen
1975, Diploma in basic medical research, University of Copenhagen
1979, D.M.Sc. (dr.med.), University of Copenhagen

Chronology of employment

| | |
|---|---|
| 1974-1975 | Postgraduate training fellowship, University of Copenhagen |
| 1975-1978 | Research fellow, Institute of Hygiene, Univ. Copenhagen |
| 1978-1980 | Senior research fellow, University of Copenhagen |
| | Visiting fellow, Department of Community Medicine, |
| | Mount Sinai School of Medicine, New York |
| 1980-1982 | Director, Department of Occupational Medicine, |
| | Danish National Institute of Occupational Health |
| 1982- | Professor of Environmental Medicine, Odense University |
| 1983-2017 | Consultant in Toxicology, Danish Health Authority |
| 1994-2002 | Adjunct Professor of Public Health (Environmental Health) |
| | and Neurology, Boston University School of Medicine |
| 2003- | Adjunct Professor of Environmental Health, Harvard School of Public Health |

Awards and honors

Prize essay in medicine, University of Copenhagen (1972)
Fulbright senior research scholarship (1978)
Keynote speaker, Odense University anniversary (1983)
Gitlitz Memorial Lecture, Association of Clinical Scientists, USA (1985)
Knight of the Dannebrog, awarded by the Queen of Denmark (1990)
The Dannin prize for medical research (1991)
Fellow, American Association for the Advancement of Science (1994)
Irish Congress Lecturer, Royal College of Physicians of Ireland (1996)
Knight of the Dannebrog, First Degree, awarded by the Queen of Denmark (2003)
'Mercury madness award' for excellence in science in the public interest from eight US
environmental organizations (2004)
Emeritus Fellow, International Union of Pure and Applied Chemistry, IUPAC (2009)
Honorary Research Award, International Order of Odd Fellows (2010)
Science Communication Award, University of Southern Denmark (2012)
Bernardino Ramazzini Award (2015)
Basic & Clinical Pharmacology & Toxicology Nordic Award (2015)
Margrethegaarden honorary prize (2016)
John R. Goldsmith Award, International Society for Environmental Epidemiology (2016)

Editorial boards
American Journal of Industrial Medicine (1987-2017)
Applied Organomet Chemistry (1985-1991)
Arbejdsmiljø (Occupational Environment, in Danish, 1983-1990)
Archives of Environmental Health (European Editor, 1986-1992)
Archives of Toxicology (1987-)
Biomarkers (1996-2001)
Central European Journal of Occupational and Environmental Medicine (2015-)
Critical Reviews in Toxicology (1985-2012)
Danish Medical Bulletin (1994-2003)
Environmental Health (Editor-in-Chief, 2002-)
Environmental Health Perspectives (2003-)
Environmental Research (1981-1994 and 2014-, Associate Editor, 1995-2014)
Industrial Health (2000-2005)
International Journal of Hygiene and Environmental Health (2001-)
International Journal of Occupational and Environmental Health (1994-2011)
International Journal of Occupational Medicine & Environ Health (1991-
Journal of Environmental Medicine (1998-1999)
Naturens Verden (Natural Science, in Danish) (1987-1991)
Ugeskrift for Læger (Danish Medical Journal, in Danish) (1991-2007)

Scientific societies
American Association for the Advancement of Science (Fellow, 1994)
American Public Health Association
Collegium Ramazzini (Fellow, 1987; Member of the Council, 2005-2013)
Danish Medical Association
Danish Societies of Clinical Biochemistry, Epidemiology, Occupational and Environmental

Medicine, and Public Health
Faroese Society of Science and Letters
International Commission on Occupational Health
International Society for Environmental Epidemiology

Research support as Principal Investigator since 2000
2000-2006  NIEHS
Mercury associated neurobehavioral deficit in children
2001-2003  Nordic Arctic Research Programme (NARP)
Changing patterns of biomagnified pollutants in the northern marine environment
2001-2004 Danish Medical Research Council
Exposure assessment for endocrine disruptors
2002-2004 Danish Medical Research Council
Environmental epidemiology research
2003-2004 European Commission
Assessment of Neurobehavioral Endpoints and Markers of Neurotoxicant Exposures
(ANEMONE)
2003-2005 Danish Medical Research Council
Research in hormone related substances
2003-2006 NIEHS ES11687
Effects of perinatal disruptors in children
2003-2007 EPA STAR RD-83075801-0
Children's vulnerability to environmental immunotoxicant
2004-2011 NIEHS ES12199
Epidemiology of immunotoxicant exposure in children
2006-2011 NIEHS ES13692
Health effects of lifetime exposure to food contaminants
2006-2012 NIEHS ES14460
Three-generation human study of reproductive effects of marine food contaminants
2008-2012 Danish Council for Strategic Research
Environmental pollutant impact on antibody production against current and new childhood
vaccines
2007-2013 NIEHS ES009797
Mercury associated neurobehavioral deficit in children
2011-2017 NIEHS ES012199
Epidemiology of immunotoxicant exposure in children

Major Current Funding as Principal Investigator
2012-2019 NIEHS ES021993 and NSF OCE-1321612
Immunotoxicity in Humans with Lifetime Exposure to Ocean Pollutants
2013-2019 NIEHS ES021477
Glucose Metabolism in Adults Prenatally Exposed to Diabetogenic Pollutants
2013-2019 NIEHS ES021372
Pollutant-related diabetes in the Nurses' Health Study II
2014-2019 NIEHS ES023376
Gut Microbiome in Adults with Early Life Exposures to Environmental Chemicals

2017-2022 NIEHS P42ES027706
Sources, Transport, Exposure and Effects of PFASs (STEEP). Superfund Research Program
Center

Major committees, boards and elective offices
*Danish:*
Danish Medical Association: Member, Prevention Council (2011-2014)
Danish Medical Research Council: Consultant on environmental medicine (1985-1990);
    Member, Joint Research Council Committee on Environmental Research (1986-1991);
    Member of DMRC (1992-1998)
Danish Society of Community Medicine: Secretary (1977-1978)
Danish Society of Industrial Medicine: Board Member (1974-1983)
Ministry of Education: Member, Committee on Toxicology (1984-1986); Member, Committee
    on Environmental Education (1986-1987)
Ministry of the Environment: Member, Council on Environmental Chemicals (1983-1989);
    Member, Environmental Appeal Board (1986-2010); Member, Environmental Research
    Council (1990-1992); Member, Advisory Committee on Pesticide Research (1995-2004);
    Member, Advisory Committee on Arctic Research (1996-2004)
Ministry of Health: numerous committee appointments; Chair, Committee on Risk Perception
    (2000-2001)
Ministry of Labour: Consultant on Occupational Health, Council on Occupational Safety and
    Health (1983-1993); Member, Occupational Health Council Research Committee (on behalf
    of the Danish Medical Research Council) (1984-1990 and 1999-2003)
Ministry of Research: Chair, Committee on Research at the Faroe Islands (1995-1996); Member,
    Committee on Scientific Dishonesty (2004-2006); Chair, Committee on Non-Ionizing
    Radiation (2004-2009)
Odense University (from 2000 University of Southern Denmark), elected offices: Chairman,
    Institute of Community Health (1982-1985; 1996-1999); Member of Executive Committee,
    Institute of Community Health (from 2000 Institute of Public Health) (1986-1995; 2000-
    2005); Member, Faculty Research Committee (1983-1985); Member, Curriculum
    Committee (1984-1986); Member, Faculty Council (1985-1993); Vice-Dean (1991-1993);
    Member, Scientific Integrity Committee (2003-)

*United States and international:*
Academy of Finland: member of panel evaluating the National Institute of Public Health (1995),
    site visit of center of excellence (2001)
Agency for Toxic Substances and Disease Registry: Workshop Rapporteur, Neurobehavioral
    Test Batteries for Use in Environmental Health Field Studies (1992); Member, Expert Panel
    of Mercury (1998)
Association of Schools of Public Health in the European Region: Treasurer (1975-1977)
BioMedCentral: Member, Editors Advisory Group (2011-2013)
Boston Environmental Hazards Center: Consultant (1994-1999)
Collegium Ramazzini: President, International Conference, The precautionary principle:
    Implications for research and prevention in environmental and occupational health (2002);
    Member, Executive Council (2005-2013)
Commission of the European Communities: National Expert, Working Party on Environmental

and Lifestyle-Related Diseases (1988-1990); ad hoc Consultant for evaluation of research applications; ad hoc Scientific Advisor on Risk Assessment (2009-); Member, SCHER Working group on Dental Amalgam (Human Health) (2012-2013)

European Environment Agency: Member, Scientific Committee (2012-2020)

European Food Safety Authority: Member, Panel on Contaminants in the Food Chain responsible for 85 opinions (2003-2009); Member of Working Groups on mercury, polychlorinated biphenyls, cadmium, lead, and benchmark dose

Food Advisory Committee, U.S.FDA, Methylmercury: invited expert (2002)

INMA (Infancia y Medio Ambiente), Spain: Member, Project Steering Committee (2010-)

Institut de Recherche Santé, Environnement et Travail, France: Member, Board of Advisers (2015-)

International Agency for Research on Cancer: Member of Task Group, Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 47 (1988), Vol. 49 (1989), as chairman, Vol. 58 (1993), and as Subgroup chair, Vol. 100C (2009)

International Commission on Occupational Health: Danish Delegation Secretary (1982-90); Member, Scientific Committee on the Toxicology of Metals (1987-); Member of the Board (1990-1996)

International Programme on Chemical Safety: Member of Task Group, Environmental Health Criteria, Vol. 36 (1984) and 72 (1986)

International Society for Environmental Epidemiology: Councillor (1991-1994)

International Union of Pure and Applied Chemistry: Member, Subcommittee on the Toxicology of Nickel (1979-1989); Titular Member (1985-1991) and Chairman (1987-1991), Commission on Toxicology; Chairman, Subcommittee on Risk Assessment (1985-1989)

Karolinska Institute (Stockholm, Sweden): Member of international evaluation panel on environmental medicine (1993)

Ministry for Scientific Policy (Belgium): Consultant on national research program on health hazards (1990 and 1994)

National Institutes of Health (USA): Member of Special emphasis panels (2009-)

NATO Priority Area Panel on Environmental Security: Member (1996-1997)

Norwegian Research Council: ad hoc reviewer (2001-2008); Chairman of Environment and Health Review Group (2009-2010); member of steering committee (2011-2015)

Prenatal programming and Toxicity (PPTOX) conferences: Organizer/Chair/ Co-chair, Torshavn (2007), Miami (2009), Paris (2012), Boston (2014), Kita-Kyushu (2016)

Society of Occupational and Environmental Health: Member, Governing Council (1990-1993)

Swedish Council for Work Life Research: Member, Priority Committee on Chemical Health Risks (1997-1998)

U.N. Environment Programme: Member, Global Mercury Assessment Working Group (2002)

U.S. Environmental Protection Agency: Member, SAB/SAP Endocrine Disruptor Screening Program Subcommittee (1998-1999); Member, Food Quality Protection Act (FQPA) Science Review Board (SRB)(1999-2003)

White House Office of Science and Technology Policy: Team leader and presenter, Workshop on Scientific Issues Relevant to Assessment of Health Effects from Exposure to Methylmercury (1998)

World Health Organization: Temporary Adviser or Consultant on several occasions, five times elected Rapporteur; Member, European Advisory Committee on Health Research (2011-)

EXHIBIT C

**LIST OF GRANDJEAN PUBLICATIONS FROM RECENT 10 YEARS**

<u>Publications in international peer-reviewed journals</u>

190. Coccini T, Manzo L, Debes F, Weihe P, Grandjean P. Application of lymphocyte muscarinic receptors and platelet monoamine oxidase-B as biomarkers of CNS function in a Faroese children cohort prenatally exposed to methylmercury and PCBs. Biomarkers 2009; 14: 67-76. PMCID: <u>PMC4415987</u>

191. Budtz-Jørgensen E, Debes F, Weihe P, Grandjean P. Structural equation models for meta-analysis in environmental risk assessment. Environmetrics 2010; 21: 510-27. PMCID: <u>PMC2947033</u>

192. Choi AL, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Salonen JT, Tuomainen T-P, Murata K, Nielsen HP, Petersen MS, Askham J, Grandjean P. Methylmercury exposure and adverse cardiovascular effects in Faroese whalingmen. Environ Health Perspect 2009; 117: 369-72. PMCID: <u>PMC2661905</u>

193. Bjørling-Poulsen M, Andersen HR, Grandjean P. Potential developmental neurotoxicity of pesticides used in Europe. Environ Health 2008; 7: 50. PMCID: <u>PMC2577708</u>

194. Chevrier C, Sullivan K, White RF, Comtois C, Cordier S, Grandjean P. Qualitative assessment of visuospatial errors in mercury-exposed Amazonian children. Neurotoxicology 2009; 30: 37–46. PMID: 18992767

195. Julvez J, Grandjean P. Neurodevelopmental toxicity risks due to occupational exposure to industrial chemicals during pregnancy. Industr Health 2009; 47: 459-68. PMID: 19834254

196. Grandjean P, Budtz-Jørgensen E. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 2010; 82: 383-91. PMCID: <u>PMC2856963</u>

197. Kirkegaard M, Sonne C, Dietz R, Letcher RJ, Jensen AL, Hansen SS, Jensen BM, Grandjean P. Alterations in thyroid hormone status in Greenland sledge dogs exposed to whale blubber contaminated with organohalogen compounds. Environ Qual Saf 2011; 74: 157-63. PMID: 20888641

198. Schlezinger JJ, Bernard PL, Haas A, Grandjean P, Weihe P, Sherr DH. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. Environ Health Perspect 2010; 118: 693-8. PMCID: <u>PMC2866687</u>

199. White RF, Palumbo CL, Yugelun-Todd DA, Heaton KJ, Weihe P, Debes F, Grandjean P. Functional MRI approach to developmental methylmercury and polychlorinated biphenyl neurotoxicity. Neurotoxicology 2011; 32: 975-80. PMCID: <u>PMC4410805</u>

200. Lincoln RA, Vorhees DJ, Chesney EJ, Shine JP, Grandjean P, Senn DB. Fish consumption and mercury exposure among Louisiana recreational anglers. Environ Health Perspect 2011; 119: 245-51. PMCID: <u>PMC3040613</u>

201. Yorifuji T, Tsuda T, Grandjean P. Unusual cancer excess after neonatal arsenic exposure from contaminated milk powder. J Natl Cancer Inst 2010; 102: 360-1. PMCID: <u>PMC3611821</u>

202. Harari R, Julvez J, Murata K, Barr D, Bellinger DC, Debes F, Grandjean P. Neurobehavioral deficits and increased blood pressure in school-age children prenatally exposed to pesticides. Environ Health Perspect 2010; 118: 890-6. PMCID: <u>PMC2898869</u>

203. Grandjean P, Satoh H, Murata K, Eto K. Adverse effects of methylmercury: Environmental health research implications. Environ Health Perspect 2010; 118: 1137-45. PMCID:

PMC2920086
204. Mahaffey KR, Sunderland EM, Chan HM, Choi AL, Grandjean P, Mariën K, Oken E, Sakamoto M, Schoeny R, Weihe P, Yan C-H, Yasutake A. Balancing the benefits of n-3 polyunsaturated fatty acids and the risks of methylmercury exposure from fish consumption. Nutrit Rev 2011; 69: 493-508. PMCID: PMC3219437
205. Julvez J, Debes F, Weihe P, Choi A, Grandjean P. Sensitivity of continuous performance test (CPT) to mercury exposure at age 14 years. Neurotoxicol Teratol 2010; 32: 627–32. PMCID: PMC2980868
206. Dalgård C, Petersen MS, Schmedes AV, Brandslund I, Weihe P, Grandjean P. High latitude and marine diet: Vitamin D status in elderly Faroese. Br J Nutr 2010; 104: 914-8. PMCID: PMC4413010
207. Heilmann C, Budtz-Jørgensen E, Nielsen F, Heinzow B, Weihe P, Grandjean P. Serum concentrations of antibodies against vaccine toxoids in children exposed perinatally to immunotoxicants. Environ Health Perspect 2010; 118: 1434-8. PMCID: PMC2957925
208. Grandjean P, Poulsen LK, Heilmann C, Steuerwald U, Weihe P. Allergy and sensitization during childhood associated with prenatal and lactational exposure to marine pollutants. Environ Health Perspect 2010; 118: 1429-33. PMCID: PMC2957924
209. Grandjean P, Henriksen JE, Choi AL, Petersen MS, Dalgård C, Nielsen F, Weihe P. Marine food pollutants as a risk factor for hypoinsulinemia and type 2 diabetes. Epidemiology 2011; 22: 410-7. PMCID: PMC3107006
210. Yorifuji T, Debes F, Weihe P, Grandjean P. Prenatal exposure to lead and cognitive deficit in 7- and 14-year-old children in the presence of concomitant exposure to similar molar concentration of methylmercury. Neurotoxicol Teratol 2011; 33: 205-11. PMCID: PMC3026894
211. Grandjean P. Even low-dose lead exposure is hazardous. The Lancet 2010; 375: 855-6. PMID: 20833288
212. Spulber S, Rantamäki T, Nikkilä O, Castrén E, Weihe P, Grandjean P, Ceccatelli S. Effects of maternal smoking and exposure to methylmercury on Brain-Derived Neurotrophic Factor (BDNF) concentrations in cord serum. Toxicol Sci 2010; 117: 263–9. PMCID: PMC2940410
213. Mozaffarian D, Shi P, Morris JS, Spiegelman D, Grandjean P, Siscovick, Willett WC, Rimm EB. Mercury exposure and risk of cardiovascular disease in two U.S. cohorts. N Engl J Med 2011; 364: 1116-25. PMCID: PMC3082949
214. Ozonoff DM, Grandjean P. Milestones and impact factors (editorial). Environ Health 2010; 9: 35. PMCID: PMC2909227
215. Needham LL, Grandjean P, Heinzow B, Jørgensen PJ, Nielsen F, Patterson DG Jr, Sjödin A, Turner WE, Weihe P. Partition of environmental chemicals between maternal and fetal blood and tissues. Environ Sci Technol 2011; 45: 1121-6. PMCID: PMC3031182
216. Yorifuji T, Grandjean P, Tsuda T, Kashima S, Doi H. Cancer excess after arsenic exposure from contaminated milk powder. Environ Health Prev Med 2011; 16: 164-70. PMCID: PMC3078290
217. Grandjean P, Herz K. Methylmercury and brain development: Imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 2011; 78: 107-18. PMCID: PMC3096460
218. Pichery C, Bellanger M, Zmirou-Navier D, Glorennec P, Hartemann P, Grandjean P. Childhood lead exposure in France: benefit estimation and partial cost-benefit analysis of lead hazard control. Environ Health 2011; 10: 44. PMCID: PMC3123267
219. Wohlfahrt-Veje C, Main KM, Schmidt IM, Boas M, Jensen TK, Grandjean P, Skakkebæk

NE, Andersen HR. Lower birth weight and increased body fat at school age in children prenatally exposed to modern pesticides: A prospective study. Environ Health 2011; 10: 79. PMCID: PMC3196902

220. Wohlfahrt-Veje C, Andersen HR, Schmidt IM, Aksglaede L, Sørensen K, Juul A, Jensen TK, Grandjean P, Skakkebæk NE, Main KM. Early Breast Development in Girls after Prenatal Exposure to Non-Persistent Pesticides. Int J Androl 2012; 35: 273-82.

221. Dalgård C, Petersen MS, Weihe P, Grandjean P. Vitamin D status in relation to type 2 diabetes development. Diabetes Care 2011; 34: 1284-8. PMCID: PMC3114341

222. Julvez J, Debes F, Weihe P, Choi AL, Grandjean P. Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. Environ Health Perspect 2011; 119:1429-35. PMCID: PMC3230434

223. Audouze K, Grandjean P. Application of computational systems biology to explore environmental toxicity hazards. Environ Health Perspect 2011; 119: 1754-9. PMCID: PMC3261980

224. Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. Decreased serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 2012; 307: 391-7. PMCID: PMC4402650

225. Grandjean P, Eriksen ML, Ellegaard O, Wallin JA. The Matthew effect in environmental science publication: A bibliometric analysis of chemical substances in journal articles. Environ Health 2011; 10: 96. PMCID: PMC3229577

226. Vestergaard S, Nielsen F, Andersson AM, Hjøllund NH, Grandjean P, Andersen HR, Jensen TK. Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive. Human Reproduct 2012; 27: 873-80. PMID: 22246448

227. Wohlfahrt-Veje C, Andersen HR, Jensen TK, Grandjean P, Skakkebaek NE, Main KM. Smaller genitals at school age in boys whose mothers were exposed to non-persistent pesticides in early pregnancy. Int J Androl 2012; 35: 265-72.

228. Grandjean P, Weihe P, Nielsen F, Heinzow B, Debes F, Budtz-Jørgensen E. Neurobehavioral deficits at age 7 years associated with prenatal exposure to toxicants from maternal seafood diet. Neurotoxicol Teratol 2012; 34: 466-72. PMCID: PMC3407364

229. Grandjean P, Grønlund C, Kjær IM, Jensen TK, Sørensen N, Andersson AM, Juul A, Skakkebæk NE, Budtz-Jørgensen E, Weihe P. Reproductive hormone profile and pubertal development in 14-year-old boys prenatally exposed to polychlorinated biphenyls. Reprod Toxicol 2012; 34: 498-503. PMCID: PMC3513575

230. Karagas MR, Choi AL, Oken E, Horvat M, Schoeny R, Kamai E, Grandjean P, Korrick S. Evidence on the human health effects of low level methylmercury exposure. Environ Health Perspect 2012; 120: 799-806. PMCID: PMC3385440

231. Grandjean P, Ozonoff D. Portrait of the journal as a young adult. Environ Health. 2012; 11: 30. PMCID: PMC3403879

232. Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 2013; 33: 450-61. PMID: 22924487

233. Færch K, Højlund K, Vind BF, Vaag A, Dalgård C, Nielsen F, Grandjean P. Increased serum concentrations of persistent organic pollutants among prediabetic individuals: potential role of altered substrate oxidation patterns. J Clin Endocrinol Metab 2012; 97: E1705-13. PMCID: PMC3431564

234. Yorifuji T, Murata K, Bjerve K, Choi AL, Weihe P, Grandjean P. Visual evoked potentials in children prenatally exposed to methylmercury. Neurotoxicology 2013; 37: 15-8. PMCID: PMC3696435

235. Pichery C, Bellanger M, Zmirou-Navier D, Fréry N, Cordier S, Roue-LeGall A, Hartemann P, Grandjean P. Economic evaluation of health consequences of prenatal methylmercury exposure in France. Environ Health 2012; 11: 53. PMCID: PMC3533723

236. Andersen HR, Wohlfahrt-Veje C, Dalgård C, Christiansen L, Main KM, Christine Nellemann C, Murata K, Jensen TK, Skakkebæk NE, Grandjean P. Paraoxonase 1 polymorphism and prenatal pesticide exposure associated with adverse cardiovascular risk profiles at school age. PLoS ONE 2012; 7(5): e36830. PMCID: PMC3352943

237. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 2012; 120: 1362-8. PMCID: PMC3491930

238. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick D, Spiegelman D, Willett W, Rimm E, Curhan G, Forman J. Mercury exposure and risk of hypertension in US men and women in two prospective cohorts. Hypertension 2012; 60: 645-52. PMCID: PMC3466587

239. Wu H, Bertrand KA, Choi AL, Hu FB, Laden F, Grandjean P, Sun Q. Plasma levels of persistent organic pollutants and risk of type 2 diabetes: a prospective analysis in the Nurses' Health Study and meta-analysis. Environ Health Perspect 2013; 121: 153-61. PMCID: PMC3569682

240. Barouki B, Gluckman PD, Grandjean P, Hanson M, Heindel JJ. Developmental origins of non-communicable diseases and dysfunctions: Implications for research and public health. Environmental Health 2012: 11: 42. PMCID: PMC3384466

241. Julvez J, Davey-Smith G, Golding J, Ring S, St. Pourcain B, Gonzalez JR, Grandjean P. Prenatal methylmercury exposure and genetic predisposition to cognitive deficit at age 8 years. Epidemiology 2013; 24: 643-50. PMID: 23903878

242. Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadán-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases (Comment). Lancet 2013; 381: 3-4. PMCID: PMC3849695

243. Dietz R, Sonne C, Basu N, Braune B, O'Hara T, Letcher RJ, Scheuhammer T, Andersen M, Andreasen C, Andriashek D, Asmund G, Aubail A, Baagøe H, Born EW, Chan HM, Derocher AE, Grandjean P, Knott K, Kirkegaard M, Krey A, Lunn N, Messier F, Obbard M, Olsen MT, Ostertag S, Peacock E, Renzoni A, Rigét FF, Skaare JU, Stern G, Stirling I, Taylor M, Wiig O, Wilson S, Aars J. What are the toxicological effects of mercury in Arctic biota? Sci Total Environ 2013; 443: 775-790. PMID: 23231888

244. Bellanger M, Pichery C, Aerts D, Berglund M, Castaño A, Čejchanová M, Crettaz P, Davidson F, Esteban M, Fischer ME, Gurzau AE, Halzlova K, Katsonouri A, Knudsen LE, Kolossa-Gehring M, Koppen G, Ligocka D, Miklavčič A, Reis MF, Rudnai P, Tratnik JS, Weihe P, Budtz-Jørgensen E, Grandjean P. Economic benefits of methylmercury exposure control in Europe: Monetary value of neurotoxicity prevention. Environ Health 2013; 12: 3. PMCID: PMC3599906

245. Halling J, Petersen MS, Jørgensen N, Jensen TK, Grandjean P, Weihe P. Semen quality and reproductive hormones in Faroese men – a cross-sectional population-based study of 481 men. BMJ Open 2013; 3: e001946. PMCID: PMC3612804

246. Grandjean P, Budtz-Jørgensen E. Immunotoxicity of perfluorinated alkylates: Calculation

of benchmark doses based on serum concentrations in children. Environ Health 2013; 12: 35. PMCID: PMC3643874

247. Choi AL, Mogensen UB, Bjerve K, Weihe P, Grandjean P, Budtz-Jørgensen E. Negative confounding by essential fatty acids in methylmercury neurotoxicity associations. Neurotoxicol Teratol 2014; 42: 85-92. PMCID: PMC4051703

248. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick DS, Spiegelman D, Hu FB. Methylmercury exposure and incident diabetes mellitus in US men and women in two prospective cohorts. Diabetes Care 2013; 36: 3578-84. PMCID: PMC3816920

249. Audouze K, Brunak S, Grandjean P. Computational approach to chemical etiologies of diabetes. Sci Comm 2013; 3: 2712. PMCID: PMC3965361

250. Fonseca MF, Hacon SS, Grandjean P, Choi AL, Bastos WR. Iron status as a covariate in methylmercury-associated neurotoxicity risk. Chemosphere 2014; 100: 89-96. PMID: 24411835

251. Grandjean P, Clapp R. Changing interpretation of human health risks from perfluorinated compounds. Publ Health Rep 2014:129; 482-5. PMCID: PMC4187289

252. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. Lancet Neurol 2014; 13: 330-8. PMCID: PMC4418502

253. Kim BM, Choi A, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Effect of hemoglobin and selenium on partition of mercury between maternal and cord blood. Environ Res 2014; 132: 407-12. PMCID: PMC4103659

254. Grandjean P, Ozonoff D. Transparency and translation of science in a modern world. Environ Health 2013; 12: 70. PMCID: PMC3765922

255. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK. Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. Am J Clin Nutr 2014; 99: 5-13. PMCID: PMC3862459

256. Timmermann CAG, Rossing LI, Grøntved A, Ried-Larsen M, Dalgård C, Andersen LB, Grandjean P, Nielsen F, Svendsen KD, Scheike T, Jensen TK. Adiposity and glycemic control in children exposed to perfluorinated compounds. J Clin Endocrinol Metab 2014; 99: E608-14. PMID: 24606078

257. Julvez J, Grandjean P. Genetic susceptibility to methylmercury developmental neurotoxicity matters. Front Genet 2013; 4: 278. PMCID: 3861742.

258. Vesterholm Jensen D, Christensen JH, Virtanen HE, Skakkebæk NE, Main KM, Toppari J, Veje CV, Andersson AM, Nielsen F, Grandjean P, Jensen TK. No association between exposure to perfluorinated compounds and congenital cryptorchidism: a nested case-control study among 215 boys from Denmark and Finland. Reproduction 2014; 147: 411-7. PMID: 24218628

259. Li M, Sherman LS, Blum JD, Grandjean P, Mikkelsen B, Weihe P, Sunderland EM, Shine JP. Assessing sources of human methylmercury exposure using stable mercury isotopes. Environ Sci Technol 2014; 48: 8800-6. PMCID: PMC4123924

260. Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants. J Trace Elem Med Biol 2015; 31: 130-4. PMCID: PMC4321972

261. Grandjean P, Weihe P, Debes F, Choi AL, Budtz-Jørgensen E. Neurotoxicity from prenatal and postnatal exposure to methylmercury. Neurotoxicol Teratol 2014; 43: 39-44. PMCID: PMC4066386

262. Grandjean P, Clapp R. Perfluorinated alkyl substances: emergence of insights into health risks. New Solutions 2015; 25: 147-63.

263. Osuna CE, Grandjean P, Weihe P, El-Fawal HAN. Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children. Toxicol Sci 2014; 142: 158-66. PMCID: PMC4334810

264. Mogensen UB, Grandjean P, Heilmann C, Nielsen F, Weihe P, Budtz-Jørgensen E. Structural equation modeling of immunotoxicity associated with exposure to perfluorinated compounds. Environ Health 2015; 14: 47. PMCID: PMC4488050

265. Andersen HR, Debes F, Wohlfahrt-Veje C, Murata K, Grandjean P. Occupational pesticide exposure in early pregnancy and neurobehavioral function in children at school age. Neurotoxicol Teratol 2015; 47: 1-9.  PMID: 25450661

266. Kvist L, Giwercman A, Weihe P, Jensen TK, Grandjean P, Halling J, Petersen MS, Giwercman YL. Exposure to persistent organic pollutants and sperm sex chromosome ratio in men from the Faroe Islands. Environ Int 2014; 73: 359-64. PMCID: PMC4413009

267. Jensen TK, Timmermann AG, Rossing LI, Ried-Larsen M, Grøntved A, Andersen LB, Dalgaard C, Hansen OH, Scheike T, Nielsen F, Grandjean P. Polychlorinated biphenyl exposure and glucose metabolism in Danish children at age 9 years. J Clin Endocrinol Metab 2014; 99: E2643-51.

268. Choi AL, Zhang Y, Sun G, Bellinger D, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Association of cognitive deficits with prenatal exposure to fluoride in Chinese children: a pilot study. Neurotoxicol Teratol 2015; 47: 96-101. PMID: 25446012

269. Mørck TA, Nielsen F, Nielsen JKS, Siersma V, Grandjean P, Knudsen LE. PFAS concentrations in plasma samples from Danish school children and their mothers. Chemosphere 2015; 129: 203-9. PMID: 25147004

270. Kioumourtzoglou MA, Roberts AL, Nielsen F, Shelley Tworoger SS, Grandjean P, Weisskopf MG. Within-person reproducibility of red blood cell mercury over a 10- to 15-year period among women in the Nurses' Health Study II. J Exp Sci Environ Epidemiol 2016; 26: 219-23. PMCID: PMC4465060

271. Wu H, Grandjean P, Hu FB, Sun Q. Consumption of white rice and brown rice and urinary inorganic arsenic concentration. Epidemiology 2015: 26: e65-7. PMCID: PMC5081491

272. Jensen TK, Andersen LB, Kyhl HB, Nielsen F, Christensen HT, Grandjean P. Association between perfluorinated compounds and miscarriage in a case-control study of Danish pregnant women. PLoS One 2015; 10: e0123496. PMCID: PMC4388566

273. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J, Skakkebaek N, Heindel JJ. Estimating burden and disease costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1245-55. PMCID: PMC4399291

274. Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. Neurobehavioral deficits, diseases and associated costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1256-66. PMCID: PMC4399309

275. Tang-Péronard JL, Heitmann BL, Jensen TK, Vinggaard AM, Madsbad S, Steuerwald U, Grandjean P, Weihe P, Nielsen F, Andersen HR. Prenatal exposure to persistent organic pollutants is associated with increased insulin levels in 5-year-old girls. Environ Res 2015; 142: 407-13. PMCID: PMC4609268

276. Timmermann CAG, Osuna CE, Steuerwald U, Weihe P, Poulsen LK, Grandjean P. Asthma and allergy in children with and without prior measles mumps, and rubella vaccination. Pediatr Allergy Immunol 2015; 26: 742-9. PMID: 25845848

277. Tøttenborg SS, Choi AL, Bjerve KS, Weihe P, Grandjean P. Effect of seafood mediated

PCB on desaturase activity and PUFA profile in Faroese septuagenarians. Environ Res 2015; 140: 699-703. PMCID: PMC4528611

278. Petersen MS, Halling J, Weihe P, Jensen TK, Grandjean P, Nielsen F, Jørgensen N. Spermatogenic capacity in fertile men with elevated exposure to polychlorinated biphenyls. Environ Res 2015; 138: 345-51. PMCID: PMC4394374

279. Grandjean P. Toxicology research for precautionary decision-making and the role of Human & Experimental Toxicology. Hum Exp Toxicol 2015; 34: 1231-7. PMID: 26614810

280. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environ Health Perspect 2015; 123: 507-14. PMCID: PMC4455595

281. Zong G, Grandjean P, Wu H, Sun Q. Circulating persistent organic pollutants and body fat distribution, evidence from NHANES 1999-2004. Obesity 2015; 23: 1903-10. PMCID: PMC4551580

282. Debes F, Weihe P, Grandjean P. Cognitive deficits at age 22 years associated with prenatal exposure to methylmercury. Cortex 2016; 74: 358-69. PMCID: PMC4670285

283. Mogensen UB, Grandjean P, Nielsen F, Weihe P, Budtz-Jørgensen E. Breastfeeding as an exposure pathway for perfluorinated alkylates. Environ Sci Technol 2015; 49: 10466-73. PMID: 26291735

284. Kielsen K, Shamin Z, Ryder LP, Nielsen F, Grandjean P, Budtz-Jørgensen E, Heilmann C. Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates. J Immunotoxicol 2016; 13: 270-3. PMCID: PMC4739630

285. Grandjean P, Barouki R, Bellinger D, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C, Karagas M, Kawamoto T, Lawrence BP, Perera F, Prins G, Puga A, Rosenfeld CS, Sherr D, Sly P, Suk W, Sun Q, Toppari J, van den Hazel P, Walker CL, Heindel JJ. Life-long implications of developmental exposure to environmental stressors: New perspectives. Endocrinology 2015; 156: 3408-15. PMCID: PMC4588822

286. Heindel JJ, Balbus J, Birnbaum L, Brune-Drisse ML, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory-Slechta D, Thompson C, Hanson M. Developmental origins of health and disease: integrating environmental influences. Endocrinology 2015; 156: 3416-21. PMCID: PMC4588819

287. Egsmose EL, Bräuner EV, Frederiksen M, Mørck TA, Siersma VD, Hansen PW, Nielsen F,

Grandjean P, Knudsen LE. Associations between plasma concentrations of PCB 28 and possible indoor exposure sources in Danish school children and mothers. Environ Intern 2016; 87: 13-9. PMID: 26638015

288. Perry MJ, Young HA, Grandjean P, Halling J, Petersen MS, Sheena EM, Parisa K, Weihe P. Sperm aneuploidy in men with elevated lifetime exposure to dichlorodiphenyldichloroethylene (DDE) and polychlorinated biphenyl (PCB) pollutants. Environ Health Perspect 2016; 124: 951-6. PMCID: PMC4937854

289. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H, Pearce N, Ritz B, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology 2016; 46: 79-82. PMID: 26684467

290. Yorifuji T, Kato T, Ohta H, Bellinger DC, Matsuoka K, Grandjean P. Neurological and neuropsychological functions in adults with a history of developmental arsenic poisoning from contaminated milk powder. Neurotoxicol Teratol 2016; 53: 75-80. PMID: 26689609

291. Sunderland EM, Driscoll CT Jr, Hammitt JK, Grandjean P, Evans JS, Blum JD, Chen CY, Evers DC, Jaffe DA, Mason RP, Goho S, Jacobs W. Benefits of regulating hazardous air pollutants from coal and oil-fired utilities in the United States. Environ Sci Technol 2016; 50:2117-20. PMID: 26848613

292. Grandjean P. Learning from Bernardino Ramazzini, a tribute to the Magister from Carpi and to the Fellows of the Collegium Ramazzini. Eur J Oncol 2016: 21: 51-60.

293. Vandenberg LN, Ågerstrand M, Beronius A, Beausoleil C, Bergman Å, Bero LA, Bornehag CG, Boyer CS, Cooper GS, Cotgreave I, Gee D, Grandjean P, Guyton KZ, Hass U, Heindel JJ, Jobling S, Kidd KA, Kortenkamp A, Macleod MR, Martin OV, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff TJ, Rudén C. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environ Health 2016; 15: 74. PMCID: PMC4944316

294. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Hunt PM, Rudel R, Sathyanarayana S, Bellanger M, Hauser R, Legler J, Skakkebaek NE, Heindel JJ. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 2016; 4: 565-72. PMCID: PMC5244983

295. Dalgård C, Petersen MS, Steuerwald U, Weihe P, Grandjean P. Umbilical cord serum 25-hydroxyvitamin D concentrations and relation to birthweight, head circumference and infant length at age 14 days. Paediatr Perinat Epidemiol 2016; 30: 238-45. PMID: 27038010

296. Grandjean P. Paracelsus Revisited: The dose concept in a complex world. Basic Clin Pharmacol Toxicol 2016; 119: 126-32. PMCID: PMC4942381

297. Tinggaard J, Wohlfahrt-Veje C, Husby S, Christiansen L, Skakkebaek NE, Jensen TK, Grandjean P, Main KM, Andersen HR. Prenatal pesticide exposure and PON1 genotype associated with adolescent body fat distribution evaluated by dual X-ray absorptiometry (DXA). Andrology 2016; 4: 735-44. PMID: 27230552

298. Zong G, Grandjean P, Wang X, Sun Q. Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes. Environ Res 2016; 150: 282-8. PMCID: PMC5003647

299. Birnbaum LS, Grandjean P. Alternatives to PFASs: Perspectives on the science (editorial). Environ Health Perspect 2015; 123: A104-5. PMCID: PMC4421778

300. Hu XC, Andrews D, Lindstrom AB, Bruton TA, Schaider LA, Grandjean P, Lohmann R, Carignan CC, Blum A, Balan SA, Higgins CP, Sunderland EM. Detection of poly- and

perfluoroalkyl substances (PFASs) in U.S. drinking water linked to industrial sites, military fire training areas and wastewater treatment plants. Environ Sci Technol Lett 2016 3: 344-350. PMCID: PMC5062567

301. Timmermann CAG, Budtz-Jørgensen E, Petersen MS, Weihe P, Steuerwald U, Nielsen F, Jensen TK, Grandjean P. Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances. Reproduct Toxicol 2017; 68: 164–170. PMCID: PMC5233673

302. Lind DV, Priskorn L, Lassen TH, Nielsen F, Kyhl HB, Kristensen DM, Christesen HT, Jørgensen JS, Grandjean P, Jensen TK. Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3 months of age as marker of endocrine disruption. Reproduct Toxicol 2017; 68: 200-206. PMID: 27421581

303. Oulhote Y, Shamim Z, Kielsen K, Weihe P, Grandjean P, Ryder LP, Heilmann C. Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants. Reproduct Toxicol 2017; 68: 207-214. PMCID: PMC5292093

304. Karlsen M, Grandjean P, Weihe P, Steuerwald U, Oulhote Y, Valvi D. Early-life exposures to persistent organic pollutants in relation to overweight in preschool children. Reproduct Toxicol 2017; 68: 145-153. PMCID: PMC5290287

305. Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Høst A, Grandjean P, Jensen TK. Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort. Environ Int 2016; 96: 58-64. PMID: 27608427

306. Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. Behavioral difficulties in 7-year old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Int 2016; 97: 237-45. PMCID: PMC5154805

307. Weihe P, Debes F, Halling J, Petersen MS, Muckle G, Odland JØ, Dudarev A, Ayotte P, Dewailly É, Grandjean P, Bonefeld-Jørgensen E. Health effects associated with measured levels of contaminants in the Arctic. Int J Circumpolar Health 2016; 75: 33805. PMCID: PMC5156856

308. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Budtz-Jørgensen E. Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds. Environ Health Perspect 2017; 125: 077018. PMCID: PMC5744724

309. Oulhote Y, Debes F, Vestergaard S, Weihe P, Grandjean P. Aerobic fitness and neurocognitive function scores in young Faroese adults and potential modification by prenatal methylmercury exposure. Environ Health Perspect 2017; 125: 677-683. PMCID: PMC5381980

310. Kirk LE, Jørgensen JS, Nielsen F, Grandjean P. Role of hair-mercury analysis and dietary advice in lowering methylmercury exposure in pregnant women. Scand J Publ Health 2017; 45: 444-51. PMID: 28381203

311. Timmermann CAG, Budtz-Jørgensen E, Jensen TK, Osuna CE, Petersen MS, Steuerwald U, Nielsen F, Poulsen LK, Weihe P, Grandjean P. Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination. J Immunotoxicol 2017; 14: 39-49. PMID: 28091126

312. Yorifuji T, Matsuoka K, Grandjean P. Height and blood chemistry in adults with a history of developmental arsenic poisoning from contaminated milk powder. Environ Res 2017; 155: 86-91. PMID: 28199894

313. Valvi D, Oulhote Y, Weihe P, Dalgård C, Bjerve KS, Steuerwald U, Grandjean P. Gestational diabetes and offspring birth size at elevated environmental pollutant exposures. Environ Int 2017; 107: 205-215. PMCID: PMC5584560.

314. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Timmermann A, Budtz-

Jørgensen E. Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5 years. J Immunotoxicol 2017; 14: 188-195. PMCID: PMC6190594

315. Mie A, Andersen HR, Gunnarsson S, Kahl J, Kesse-Guyot E, Rembiałkowska E, Quaglio G, Grandjean P. Human health implications of organic food and organic agriculture: a comprehensive review. Environ Health 2017; 16: 111. PMCID: PMC5658984

316. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F, Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2017; 65: 34-41. PMID: 29198963

317. Grandjean P, Bellanger M. Calculation of the disease burden associated with environmental chemical exposures: application of toxicological information in health economic estimation. Environ Health 2017; 16: 123. PMCID: PMC5715994

318. Timmermann CAG, Choi AL, Petersen MS, Nielsen F, Budtz-Jørgensen E, Weihe P, Grandjean P. Secondary Sex Ratio in Relation to Exposures to Polychlorinated Biphenyls, Dichlorodiphenyl Dichloroethylene, and Methylmercury. Int J Circumpolar Health 2017; 76: 1406234. PMCID: PMC5717715

319. Sun Q, Zong G, Valvi D, Nielsen F, Coull B, Grandjean P. Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among US Women. Environ Health Perspect 2018; 126(3): 037001. PMCID: PMC6071816

320. Liu G, Dhana K, Furtado JD, Rood J, Zong G, Liang L, Qi L, Bray GA, Smith SR, DeJonge L, Coull B, Grandjean P, Sun Q. Perfluoroalkyl Substances and Changes in Body Weight and Resting Metabolic Rate in Response to Weight-Loss Diets: A Prospective Study. PLoS Medicine 2018; 15(2): e1002502. PMCID: PMC5810983

321. Zong G, Valvi D, Coull B, Göen T, Hu FB, Grandjean P, Sun Q. Persistent organic pollutants and risk of type 2 diabetes: A prospective investigation among middle-aged women in Nurses' Health Study II. Environ Int 2018; 114: 334-42. PMCID: PMC5899920

322. Barouki R, Melén E, Herceg Z, Beckers J, Chen J, Karagas M, Puga A, Xia Y, Chadwick L, Yan W, Audouze K, Slama R, Heindel J, Grandjean P, Kawamoto T, Nohara K. Epigenetics as a mechanism linking developmental exposures to long-term toxicity. Environ Int 2018; 114: 77-86. PMCID: PMC5899930

323. Leung YK, Ouyang B, Niu L, Xie C, Ying J, Medvedovic M, Chen A, Weihe P, Grandjean P, Shuk-Mei Ho SM. Identification of sex-specific-methylation changes driven by specific chemicals in cord blood DNA in Faroe Islands birth cohort. Epigenetics 2018. PMCID: PMC5997167

324. Dassuncao C, Hu XC, Nielsen F, Weihe P, Grandjean P, Sunderland EM. Shifting Global Exposures to Poly- and Perfluoroalkyl Substances (PFASs) Evident in Longitudinal Birth Cohorts from a Seafood Consuming Population. Environ Sci Technol 2018; 52(6): 3738-47. PMID: 29516726

325. Audouze K, Taboureau O, Grandjean P. A systems biology approach to predictive developmental neurotoxicity of a larvicide used in the prevention of Zika virus transmission. Toxicol Appl Pharmacol 2018; 354: 56-63. PMCID: PMC6087490

326. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Kyhl HB, Andersen HR, Grandjean P, Jensen TK, Andersen M. Perfluoroalkyl Substances and Glycemic Status in Pregnant Danish Women: The Odense Child Cohort. Environ Int 2018; 116: 101-7. PMID: 29660612

327. Hu XC, Dassuncao C, Zhang X, Grandjean P, Weihe P, Webster GM, Nielsen F, Sunderland EM. Can profiles of poly-and Perfluoroalkyl substances (PFASs) in human serum provide information on major exposure sources? Environ Health 2018; 17(1): 11. PMCID: PMC5796515

328. Veyhe AS, Andreassen J, Halling J, Grandjean P, Petersen MS, Weihe P. Prevalence of type 2 diabetes and prediabetes in the Faroe Islands. Diabetes Res Clin Pract 2018; 140: 162-73. PMID: 29596941

329. Andersen HR, Tinggaard J, Grandjean P, Jensen TK, Dalgård C, Main KM. Prenatal pesticide exposure associated with glycated haemoglobin and markers of metabolic dysfunction in adolescents. Environ Res 2018; 166: 71-7.

330. Petersen MS, Debes F, Grandjean P, Weihe P. Gender differences in cognitive performance and health status in the Faroese Septuagenarians cohort. Eur J Public Health 2018.

331. Yorifuji T, Takaoka S, Grandjean P. Accelerated functional losses in ageing congenital Minamata disease patients. Neurotoxicol Teratol 2018, 69: 49-53.

332. Petersen M, Halling J, Jørgensen N, Nielsen F, Grandjean P, Jensen T, Weihe P. Reproductive Function in a Population of Young Faroese Men with Elevated Exposure to Polychlorinated Biphenyls (PCBs) and Perfluorinated Alkylate Substances (PFAS). Int J Environ Res Public Health 2018; 15(9): 1880. PMCID: PMC6165232

333. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PloS One 2018; 13(10): e0205388. PMCID: PMC6195268

334. Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS, Prins GS. Time scales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 2018. PMID: 30387920 DOI: 10.1111/bcpt.13162

335. Grandjean P. Delayed discovery, dissemination, and decisions on intervention in environmental health: a case study on immunotoxicity of perfluorinated alkylate substances. Environ Health 2018; 17: 62.

336. Mie A, Rudén C, Grandjean P. Safety of safety evaluation of pesticides: developmental neurotoxicity of chlorpyrifos and chlorpyrifos-methyl. Environ Health 2018; 17: 77.

337. Jensen TK, Mustieles V, Bleses D, Frederiksen H, Trecca F, Schoeters G, Andersen HR, Grandjean P, Kyhl HB, Juul A, Bilenberg N, Andersson AM. Prenatal bisphenol A exposure is associated with language development but not with ADHD-related behavior in toddlers from the Odense Child Cohort. Environ Res 2019; 170: 398-405.

338. Ammitzbøll C, Börnsen L, Petersen ER, Oturai AB, Søndergaard HB, Grandjean P, Sellebjerg F. Perfluorinated substances, risk factors for multiple sclerosis and cellular immune activation. J Neuroimmunol 2019; 330: 90-95.

339. Hu XC, Tokranov AK, Liddie J, Zhang X, Grandjean P, Hart JE, Laden F, Sun Q, Yeung LWY, Sunderland EM. Tap Water Contributions to Plasma Concentrations of Poly- and Perfluoroalkyl Substances (PFAS) in a Nationwide Prospective Cohort of U.S. Women. Environ Health Perspect 2019; 127: 67006.

340. Eryasa B, Grandjean P, Nielsen F, Valvi D, Zmirou-Navier D, Sunderland E, Weihe P, Oulhote Y. Physico-chemical properties and gestational diabetes predict transplacental transfer and partitioning of perfluoroalkyl substances. Environ Int 2019; 130: 104874.

Books

25. Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D, eds. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, 746 pp.
26. Grandjean P. Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press, 2013 (232 pp.).
27. Grandjean P, Hermann P. Kemi på hjernen – går ud over enhver forstand. København: Gyldendal, 2015 (334 sider).
28. Grandjean P. Cerveaux en danger (Brains in danger, in French). Translated by Odile Demange. Paris: Buchet Chastel, 2016 (336 pp.).

Book chapters and other publications

218. Budtz-Jørgensen E, Keiding N, Grandjean P. Approaches to handling uncertainty when setting environmental exposure standards. In: Baveye P, Mysiak J, Laba M, eds. Uncertainties in environmental modelling and consequences for policy making. Dordrecht, The Netherlands: Springer, 2009, pp. 267-80.
219. Grandjean P, Choi AL, Weihe P, Murata K. Methylmercury neurotoxicology: From rare poisonings to silent pandemic. In Wang C, Slikker W Jr, eds: Developmental Neurotoxicological Research: Principles, Models, Techniques, Strategies and Mechanisms. New York: Wiley, 2010, pp 335-56.
220. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009; 10: 453-4. PMID: 19418618
221. Grandjean P, Yorifuji T. Mercury (Chapter 8). In: Bingham E, Cohrssen B, eds. Patty's Toxicology, 6th ed. New York: Wiley 2012, Vol. 1, pp 213-27.
222. Takaro TK, Davis D, Van Rensburg S, Jroyo Aguilar RS, ... Grandjean P et al. (108 authors). Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health 2010 16: 242-9.
223. Darney S, Fowler B, Grandjean P, Heindel J, Mattison D, Slikker W Jr. Prenatal programming and toxicity II (PPTOX II): role of environmental stressors in the developmental origins of disease. Reprod Toxicol 2011; 31: 271. Also published in Journal of Developmental Origins of Health and Disease 2011; 2: 2.
224. Choi A, Grandjean P. Human health significance of dietary exposures to methylmercury. In: Liu G, Cai Y, O'Driscoll N, eds. Environmental Chemistry and Toxicology of Mercury. Chichester: Wiley, 2012, pp. 545-67.
225. Grandjean P. Exposure to environmental chemicals as a risk factor for diabetes development. In: Bourguignon J-P, Jégou B, Kerdelhué B, Toppari J, Christen Y, Eds. Multi-System Endocrine Disruption. Berlin: Springer 2011, pp. 91-9.
226. Julvez J, Yorifuji T, Choi AL, Grandjean P. Epidemiological evidence on methylmercury neurotoxicity. In: Aschner M, Ceccatelli S, eds. Methylmercury and Neurotoxicity. Berlin: Springer, 2012, pp. 13-35.
227. Grandjean P. Strengths and limitations of HBM – Imprecision matters. Int J Hyg Environ

61

Health 2012; 215: 94. PMID:22197511

228. Grandjean P. Larry Needham and the partition ratio. Chemosphere 2011; 85: 142. PMID: 22148142

229. Weihe P, Grandjean P. Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy. Acta Vet Scand 2012; 54(Suppl 1): S7.

230. Fox DA, Grandjean P, de Groot D, Paule M. Developmental origins of adult diseases and neurotoxicity: Epidemiological and experimental studies. Neurotoxicology 2012; 33: 810-6. PMID: 22245043

231. London L, Beseler C, Bouchard Mf, Bellinger DC, Colosio C, Grandjean P, Harari R, Kootbodien T, Kromhout H, Little F, Meijster T, Moretto A, Rohlman DS, Stallones L. Neurobehavioural and neurodevelopmental effects of pesticide exposures. Neurotoxicology 2012; 33: 887-96.

232. Bal-Price AK, Coecke S, Costa L, Crofton KM, Fritsche E, Goldberg A, Grandjean P, Lein PJ, Li A, Lucchini R, Mundy WR, Padilla S, Persico A, Seiler AEM, Kreysa J. Conference Report: Advancing the Science of Developmental Neurotoxicity (DNT) Testing for Better Safety Evaluation. Altex 2012: 29: 202-15.

233. Grandjean P, Heilmann C. Perfluorinated compounds and immunotoxicity in children – Reply (Letter). JAMA 2012; 307: 1910-1.

234. Schug TT, Barouki R, Gluckman P, Grandjean P, Hanson M, Heindel JJ. PPTOX III: Environmental Stressors in the Developmental Origins of Disease: Evidence and Mechanisms. Toxicol Sci 2013; 131: 343-50.

235. Andersen HR, Wohlfahrt-Veje C, Debes F, Nielsen F, Jensen TK, Grandjean P, Main KM. Langtidseffekter af prænatal pesticideksponering (Long-term effects of prenatal pesticide exposure, in Danish). Copenhagen: Miljøstyrelsen (Danish Environmental Protection Agency), 2012.

236. Grandjean P. Blyforgiftning i forebyggelse og forskning (Leder) [Lead poisoning in prevention and research (Editorial)]. Ugeskr Laeger 2012; 174: 2693.

237. Grandjean P, Pichery C, Bellanger M, Budtz-Jørgensen E. Calculation of mercury's effects on neurodevelopment (letter). Environ Health Perspect 2012; 120: a452.

238. Grandjean P, Keiding N. (2013) Precautionary Principle. In: El-Shaarawi AH, Piegorsch W(eds), Encyclopedia of Environmetrics. Chichester, UK: John Wiley, 2013. DOI: 10.1002/9780470057339.vnn011.

239. Grandjean P. Science for precautionary decision-making. In: Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, pp. 517-35.

240. Grandjean P. Opinion: Toxicants and the Brain. The Scientist 2013 (June 17): 36043.

241. Choi AL, Grandjean P, Sun G, Zhang Y. Developmental fluoride neurotoxicity: Choi et al. respond (Letter). Environ Health Perspect 2013; 121: A70.

242. Grandjean P. Opinion: Problems with Hidden COI. The Scientist 2013 (October 28): 37934.

243. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 13). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 4th ed. Amsterdam: Elsevier, 2014, pp. 265-79.

244. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic

effects from metals (Chapter 24). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 4th ed. Amsterdam: Elsevier, 2014, pp. 507-28.

245. Grandjean P. Developmental origins of diseases: challenge for risk assessment of chemicals (EUROTOX abstract). Toxicol Lett 2013; 221 Suppl: S15.

246. Grandjean P. Mercury (Chapter 29). In: Landrigan PJ, Etzel RA, eds. Children's Environmental Health. New York: Oxford University Press, 2014, pp. 273-80.

247. Heilmann C, Jensen L, Weihe P, Nielsen F, Knudsen LE, Budtz-Jørgensen E, Mølbak K, Grandjean P. Persistente fluorforbindelser reducerer immunfunktionen (Persistent perfluorinated compounds cause immunotoxic effects, in Danish). Ugeskr Laeg 2015; 177: 660-3. PMID: 25350410

248. Grandjean P. Chemical brain drain: insidious and pervasive. In: Breyer, H, ed. Giftfreies Europa. Brussels, 2014, pp. 133-40.

249. Grandjean P. Mercury (article 02853). In: Caplan M, ed. Reference Module in Biomedical Sciences. Elsevier, 2015.

250. Grandjean P, Landrigan PJ. Neurodevelopmental toxicity: still more questions than answers - Authors' response. Lancet Neurol 2014; 13: 648-9. PMID: 24943339

251. Grandjean P. Prenatal prevention (letter). Science 2014; 345: 1462. PMID : 25237095

252. Grandjean P, Choi AL. Community water fluoridation and intelligence (letter). Am J Public Health 2015; 105: e3. PMCID: PMC4358213

253. Kim BM, Choi AL, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz- Jørgensen E, Grandjean P. Corrigendum to 'Effect of hemoglobin adjustment on the precision of mercury concentrations in maternal and cord blood' [Environ. Res. 132 (2014) 407-412]. Environ Res. 2016; 147: 630. PMID: 27040412

254. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Comment on "Severe dental fluorosis and cognitive deficits". Neurotoxicol Teratol 2015; 50: 32. PMID: 25986437

255. Oulhote Y, Grandjean P. Association between child poverty and academic achievement (letter). JAMA Pediatr 2016; 170: 179-80. PMID: 26720161

256. Kielsen K, Shamim Z, Ryder LP, Grandjean P, Heilmann C. Vaccination efficacy and environmental pollution. In: Esser C (ed.). Environmental Influences on the Immune System. Vienna: Springer, 2016, pp. 181-203.

257. Trasande L, Attina T, Skakkebaek NE, Juul A, Porta M, Soto AM, Vandenberg L, Sathyanarayana S, Fletcher T, Demeneix B, Bergman A, Cohn BA, Bellanger M, Gore AC, Legler J, Bourguignon JP, Slama R, Toppari J, Blumberg B, Myers JP, Zoeller RT, Kortenkamp A, DiGangi J, Philippe Grandjean P, Russ Hauser R, Rudel R. Endocrine disruptors: Refereed science to guide action on EDCs (Correspondence). Nature 2016; 536: 30.

258. Mie A, Guyot EK, Kahl J, Rembiałkowska E, Andersen HR, Grandjean, P, Gunnarsson S. Health implications of organic food and organic agriculture. Science and Technology Options Assessment Panel, Directorate-General for Parliamentary Research Services (DG EPRS) of the European Parliament, 2016.

259. Grandjean P, Kishi R, Kogevinas M; International Society for Environmental Epidemiology (ISEE). Prevention of developmental neurotoxicity. Epidemiology 2017; 28: 157-158. PMID: 27922529.

260. Oulhote Y, Bind MA, Coull B, Patel CJ, Grandjean P. combining ensemble learning techniques and G-computation to investigate chemical mixtures in environmental epidemiology studies. bioRxiv 2017 doi.org/10.1101/147413.

261. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of two perfluoroalkylate substances associated with immunotoxicity. bioRxiv 2017 doi.org/10.1101/198564.

262. Fritsche E, Grandjean P, Crofton KM, Aschner M, Goldberg A, Heinonen T, Hessel EV, Hogberg H, Bennekou SH, Lein PJ, Leist M. Consensus statement on the need for innovation, transition and implementation of developmental neurotoxicity (DNT) testing for regulatory purposes. Toxicol Appl Pharmacol 2018; doi: 10.1016/j.taap.2018.02.004. Available at: https://www.sciencedirect.com/science/article/pii/S0041008X18300437?via%3Dihub

263. Grandjean P. Health status of workers exposed to perfluorinated alkylate substances (Letter). J Occup Environ Med 2018; 60(10): e562.

264. Grandjean P, Lederman SA, Silbergeld EK. Fish Consumption during Pregnancy. JAMA Pediatr 2019 (in press) doi: 10.1001/jamapediatrics.2018.4920

265. Grandjean P, Prins GS, Weihe P. Development Priority (Editorial). Basic Clin Pharmacol Toxicol 2019 (in press) doi: 10.1111/bcpt.13249

# EXHIBIT D

## CITED PUBLICATIONS

1.   National Research Council (NRC): Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, DC: The National Academies Press; 2006.

2.   Roholm K: Fluorine Intoxication. A Clinical-Hygienic Study, with a Review of the Literature and Some Experimental Investigations. Fluorine Intoxication. A Clinical-Hygienic Study, with a Review of the Literature and Some Experimental Investigations. London: H.K. Lewis; 1937.

3.   Grandjean P, Thomsen G: Reversibility of skeletal fluorosis. *Br J Ind Med* 1983, 40(4):456-461.

4.   Grandjean P, Juel K, Jensen OM: Mortality and cancer morbidity after heavy occupational fluoride exposure. *Am J Epidemiol* 1985, 121(1):57-64.

5.   Grandjean P, Horder M, Thomassen Y: Fluoride, aluminum, and phosphate kinetics in cryolite workers. *J Occup Med* 1990, 32(1):58-63.

6.   Grandjean P, Olsen JH, Jensen OM, Juel K: Cancer incidence and mortality in workers exposed to fluoride. *J Natl Cancer Inst* 1992, 84(24):1903-1909.

7.   Grandjean P, Olsen JH, Juel K: Excess cancer incidence among workers exposed to fluoride. *Scand J Work Environ Health* 1993, 19 Suppl 1:108-109.

8.   Grandjean P, Olsen JH: Extended follow-up of cancer incidence in fluoride-exposed workers. *J Natl Cancer Inst* 2004, 96(10):802-803.

9.   Choi AL, Sun G, Zhang Y, Grandjean P: Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect* 2012, 120(10):1362-1368.

10.  Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P: Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. *Neurotoxicol Teratol* 2015, 47:96-101.

11.  EFSA Scientific Committee (EFSA): Guidance of the Scientific Committee on Use of the benchmark dose approach in risk assessment. *The EFSA Journal* 2009, 1150:1-72.

12.  Duan Q, Jiao J, Chen X, Wang X: Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. *Public Health* 2018, 154:87-97.

13.  National Toxicology Program (NTP): Systematic literature review on the effects of fluoride on learning and memory in animal studies. Research Report 1. Research Triangle Park, NC: National Institute of Environmental Health Sciences; 2016.

14.  Boyle CA, Boulet S, Schieve LA, Cohen RA, Blumberg SJ, Yeargin-Allsopp M, Visser S, Kogan MD: Trends in the prevalence of developmental disabilities in US children, 1997-2008. *Pediatrics* 2011, 127(6):1034-1042.

15.  Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R *et al*: Project TENDR: Targeting Environmental Neuro-Developmental Risks The TENDR Consensus Statement. *Environ Health Perspect* 2016, 124(7):A118-122.

16.  Landrigan PJ, Whitworth RH, Baloh RW, Staehling NW, Barthel WF, Rosenblum BF: Neuropsychological dysfunction in children with chronic low-level lead absorption. *Lancet* 1975, 1(7909):708-712.

17.  Needleman HL, Gunnoe C, Leviton A, Reed R, Peresie H, Maher C, Barrett P: Deficits in psychologic and classroom performance of children with elevated dentine lead levels. *N Engl J Med* 1979, 300(13):689-695.

18.  Baghurst PA, Robertson EF, McMichael AJ, Vimpani GV, Wigg NR, Roberts RR: The Port Pirie Cohort Study: lead effects on pregnancy outcome and early childhood development. *Neurotoxicology* 1987, 8(3):395-401.

19.  Dietrich KN, Krafft KM, Bornschein RL, Hammond PB, Berger O, Succop PA, Bier M: Low-level fetal lead exposure effect on neurobehavioral development in early infancy. *Pediatrics* 1987, 80(5):721-730.

20.  Dobbing J: Vulnerable periods in developing brain. In: *Applied Neurochemistry.* Davidson A, Dobbing J, eds. Philadelphia: Davis; 1968: 287-316.

21.  Rodier PM: Developing brain as a target of toxicity. *Environ Health Perspect* 1995, 103 Suppl 6:73-76.

22.  Rice D, Barone S, Jr.: Critical periods of vulnerability for the developing nervous system: evidence from humans and animal models. *Environ Health Perspect* 2000, 108 Suppl 3:511-533.

23.  Organisation for Economic Cooperation and Development (OECD): OECD Guideline for the Testing of Chemicals: Developmental Neurotoxicity Study. Paris: OECD; 2007.

24.  Bal-Price A, Hogberg HT, Crofton KM, Daneshian M, FitzGerald RE, Fritsche E, Heinonen T, Hougaard Bennekou S, Klima S, Piersma AH *et al*: Recommendation on test readiness criteria for new approach methods in toxicology: Exemplified for developmental neurotoxicity. *ALTEX* 2018, 35(3):306-352.

25.  Andersen HR, Nielsen JB, Grandjean P: Toxicologic evidence of developmental neurotoxicity of environmental chemicals. *Toxicology* 2000, 144(1-3):121-127.

26.  Sakamoto M, Kubota M, Liu XJ, Murata K, Nakai K, Satoh H: Maternal and fetal mercury and n-3 polyunsaturated fatty acids as a risk and benefit of fish consumption to fetus. *Environ Sci Technol* 2004, 38(14):3860-3863.

27.  Adinolfi M: The development of the human blood-CSF-brain barrier. *Dev Med Child Neurol* 1985, 27(4):532-537.

28.  National Research Council (NRC): Pesticides in the diets of infants and children. Washington, D.C.: National Academy Press; 1993.

29.  Ginsberg G, Hattis D, Sonawane B: Incorporating pharmacokinetic differences between children and adults in assessing children's risks to environmental toxicants. *Toxicol Appl Pharmacol* 2004, 198(2):164-183.

30.  Grandjean P, Landrigan PJ: Developmental neurotoxicity of industrial chemicals. *Lancet* 2006, 368(9553):2167-2178.

31.  Grandjean P, Landrigan PJ: Neurobehavioural effects of developmental toxicity. *Lancet Neurol* 2014, 13(3):330-338.

32.  Choi AL, Grandjean P, Sun G, Zhang Y: Developmental fluoride neurotoxicity: Choi et al. Respond. *Environ Health Perspect* 2013, 121(3):A70.

33.  Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS *et al*: Timescales of developmental toxicity impacting on research and needs for intervention. *Basic Clin Pharmacol Toxicol* 2018.

34.  Grandjean P: Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press; 2013.

35.  Needleman HL: What can the study of lead teach us about other toxicants? *Environ Health Perspect* 1990, 86:183-189.

36. Grandjean P, Barouki R, Bellinger DC, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C *et al*: Life-Long Implications of Developmental Exposure to Environmental Stressors: New Perspectives. *Endocrinology* 2015, 156(10):3408-3415.

37. World Health Organization: Fluoride in drinking-water. In: Fawell J, Bailey K, Chilton E, Dahi E, Fewtrell L, Magara Y, eds. London, UK: IWA Publishing; 2006.

38. USDA Nutrient Data Laboratory: National Fluoride Database of Selected Beverages and Foods, Release 2. Washington, D.C.: U.S. Department of Agriculture; 2005.

39. Allukian M, Jr., Wong C: Fluoridation update 2014. *J Mass Dent Soc* 2014, 63(2):24-30.

40. Centers for Disease Control and Prevention (CDC): Ten Great Public Health Achievements -- United States, 1900-1999. *Morb Mortal Wkly Rep* 1999, 48:241-243.

41. Cheng KK, Chalmers I, Sheldon TA: Adding fluoride to water supplies. *BMJ* 2007, 335(7622):699-702.

42. United States Environmental Protection Agency (U.S. EPA): Fluoride: Exposure and Relative Source Contribution Analysis. Washington, DC: Health and Ecological Criteria Division, Office of Water, U.S. EPA; 2010.

43. Kakumanu N, Rao SD: Images in clinical medicine. Skeletal fluorosis due to excessive tea drinking. *N Engl J Med* 2013, 368(12):1140.

44. Waugh DT, Godfrey M, Limeback H, Potter W: Black Tea Source, Production, and Consumption: Assessment of Health Risks of Fluoride Intake in New Zealand. *J Environ Public Health* 2017, 2017:5120504.

45. O'Mullane DM, Baez RJ, Jones S, Lennon MA, Petersen PE, Rugg-Gunn AJ, Whelton H, Whitford GM: Fluoride and Oral Health. *Community Dent Health* 2016, 33(2):69-99.

46. Luke J: Fluoride deposition in the aged human pineal gland. *Caries Res* 2001, 35(2):125-128.

47. Ekstrand J, Boreus LO, de Chateau P: No evidence of transfer of fluoride from plasma to breast milk. *Br Med J (Clin Res Ed)* 1981, 283(6294):761-762.

48. Bhatnagar M, Rao P, Sushma J, Bhatnagar R: Neurotoxicity of fluoride: neurodegeneration in hippocampus of female mice. *Indian J Exp Biol* 2002, 40(5):546-554.

49. Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R: Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. *Neurotox Res* 2011, 19(1):55-62.

50. He H, Cheng Z, Liu W: Effects of fluorine on the human fetus. *Fluoride* 2008, 41(4):321-326.

51. Hu YH, Wu SS: Fluoride in cerebrospinal fluid of patients with fluorosis. *J Neurol Neurosurg Psychiatry* 1988, 51(12):1591-1593.

52. Gori S, Inno A, Lunardi G, Gorgoni G, Malfatti V, Severi F, Alongi F, Carbognin G, Romano L, Pasetto S *et al*: 18F-Sodium Fluoride PET-CT for the Assessment of Brain Metastasis from Lung Adenocarcinoma. *J Thorac Oncol* 2015, 10(8):e67-68.

53. Jones RP, Iagaru A: 18F NaF brain metastasis uptake in a patient with melanoma. *Clin Nucl Med* 2014, 39(10):e448-450.

54. Salgarello M, Lunardi G, Inno A, Pasetto S, Severi F, Gorgoni G, Gori S: 18F-NaF PET/CT Imaging of Brain Metastases. *Clin Nucl Med* 2016, 41(7):564-565.

55. Wu J, Zhu H, Ji H: Unexpected detection of brain metastases by 18F-NaF PET/CT in a patient with lung cancer. *Clin Nucl Med* 2013, 38(11):e429-432.

56.    Shen YW, Taves DR: Fluoride concentrations in the human placenta and maternal and cord blood. *Am J Obstet Gynecol* 1974, 119(2):205-207.

57.    Ron M, Singer L, Menczel J, Kidroni G: Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. *Eur J Obstet Gynecol Reprod Biol* 1986, 21(4):213-218.

58.    Opydo-Szymaczek J, Borysewicz-Lewicka M: Transplacental passage of fluoride in pregnant Polish women assessed on the basis of fluoride concentrations in maternal and cord blood plasma. *Fluoride* 2007, 40(1):46-50.

59.    Forestier F, Daffos F, Said R, Brunet CM, Guillaume PN: [The passage of fluoride across the placenta. An intra-uterine study]. *J Gynecol Obstet Biol Reprod (Paris)* 1990, 19(2):171-175.

60.    Du L, Wan C, Cao X, Liu J: The effect of fluorine on the developing human brain. *Fluoride* 2008, 41(4):327-330.

61.    Agency for Toxic Substances and Disease Registry (ATSDR): Toxicological profile for fluorides, hydrogen fluoride, and fluorine (update). Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2003.

62.    Ekstrand J, Ehrnebo M: The relationship between plasma fluoride, urinary excretion rate and urine fluoride concentration in man. *J Occup Med* 1983, 25(10):745-748.

63.    Villa A, Anabalon M, Cabezas L: The fractional urinary fluoride excretion in young children under stable fluoride intake conditions. *Community Dent Oral Epidemiol* 2000, 28(5):344-355.

64.    Opydo-Symaczek J, Borysewicz-Lewicka M: Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. *Fluoride* 2005, 38(4):312-317.

65.    Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B: Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. *Environ Health Perspect* 2018, 126(10):107001.

66.    Mansfield P: The distribution of urinary fluoride concentration in the UK. *Fluoride* 1999, 32(1):27-32.

67.    McLaren L: Fluoridation Exposure Status Based on Location of Data Collection in the Canadian Health Measures Survey: Is It Valid? *J Can Dent Assoc* 2016, 82:g17.

68.    Malin AJ, Riddell J, McCague H, Till C: Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status. *Environ Int* 2018, 121(Pt 1):667-674.

69.    McClure FJ, Kinser, C.A.: Fluoride domestic waters and systemic effects. *Public Health Reports* 1944, 59(49):1575-1591.

70.    Smith FA, Gardner DE, Hodge HC: Investigations on the metabolism of fluoride. II. Fluoride content of blood and urine as a function of the fluorine in drinking water. *J Dent Res* 1950, 29(5):596-600.

71.    Jain RB: Concentrations of fluoride in water and plasma for US children and adolescents: Data from NHANES 2013-2014. *Environ Toxicol Pharmacol* 2017, 50:20-31.

72.    Ekstrand J, Fomon SJ, Ziegler EE, Nelson SE: Fluoride pharmacokinetics in infancy. *Pediatr Res* 1994, 35(2):157-163.

73.    Fejerskov O, Manji F, Baelum V: The nature and mechanisms of dental fluorosis in man. *J Dent Res* 1990, 69 Spec Issue:692-700.

74.    National Research Council (NRC): Report of the Ad Hoc Committee on the Fluoridation of Water Supplies. Washington, DC: National Research Council; 1951.

75.     Beltran-Aguilar ED, Griffin SO, Lockwood SA: Prevalence and trends in enamel fluorosis in the United States from the 1930s to the 1980s. *J Am Dent Assoc* 2002, 133(2):157-165.

76.     Heller KE, Eklund SA, Burt BA: Dental caries and dental fluorosis at varying water fluoride concentrations. *J Public Health Dent* 1997, 57(3):136-143.

77.     U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation: U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. *Public Health Rep* 2015, 130(4): 318-331.

78.     Wiener RC, Shen C, Findley P, Tan X, Sambamoorthi U: Dental Fluorosis over Time: A comparison of National Health and Nutrition Examination Survey data from 2001-2002 and 2011-2012. *J Dent Hyg* 2018, 92(1):23-29.

79.     National Center for Health Statistics (U.S.): Data quality evaluation of the dental fluorosis clinical assessment data from the National Health and Nutrition Examination Survey, 1999-2004 and 2011-2016. Hyattsville, Maryland: National Center for Health Statistics; 2019.

80.     McDonagh MS, Whiting PF, Wilson PM, Sutton AJ, Chestnutt I, Cooper J, Misso K, Bradley M, Treasure E, Kleijnen J: Systematic review of water fluoridation. *BMJ* 2000, 321(7265):855-859.

81.     Levy SM: A review of fluoride intake from fluoride dentifrice. *ASDC J Dent Child* 1993, 60(2):115-124.

82.     United States Department of Health and Human Services (DHSS): Trends in Breast Feeding among American Mothers. Hyattsville, MD: National Center for Health Statistics, Division of Vital Statistics; 1979.

83.     IARC: Preamble: IARC monographs on the evaluation of carcinogenic risks to humans. http://monographs.iarc.fr/ENG/Preamble/CurrentPreamble.pdf. Lyon, France; 2006.

84.     Li X, Zhi J, Gao R: Effect of fluoride exposure on intelligence in children. *Fluoride* 1995, 28(4):189-192.

85.     Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS: Effect of high-fluoride water on intelligence of children. *Fluoride* 2000, 33(2):74-78.

86.     Xiang Q, Liang Y, Chen L, Wang C, Chen B, Chen X, Zhou M: Effect of fluoride in drinking water on children's intelligence. *Fluoride* 2003, 36(2):84-94.

87.     Zhao L, Liang G, Zhang D, Wu X: Effect of a High Fluoride Water Supply on Children's Intelligence. *Fluoride* 1996, 29(4):190-192.

88.     World Health Organization (International Programme on Chemical Safety): Fluorides. In: *Environmental Health Criteria*. vol. 227. Geneva: WHO; 2002.

89.     Ferry JL: Request for Animal Experimentation to Determine Central Nervous System Effects. In: Warren SL, ed. Memorandum edn. Rochester, NY; 1944.

90.     Mullenix PJ: Fluoride poisoning: a puzzle with hidden pieces. *Int J Occup Environ Health* 2005, 11(4):404-414.

91.     Duan J, Zhao M, Wang L, Fang D, Wang Y, Wang W: A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. *Guizhou Medical Journal* 1995, 18(3):179-180.

92.     Spittle B: Psychopharmacology of fluoride: a review. *Int Clin Psychopharmacol* 1994, 9(2):79-82.

93.    Yazdi SM, Sharifian A, Dehghani-Beshne M, Momeni VR, Aminian O: Effects of fluoride on psychomotor performance and memory of aluminum potroom workers. *Fluoride* 2011, 44(3):158-162.

94.    Guo Z, He Y, Zhu Q: Research on the neurobehavioral function of workers occupationally exposed to fluoride. *Fluoride* 2008, 41(2):152-155.

95.    Yu Y, Yang W, Dong Z, Wan C, Zhang J, Liu J, Xiao K, Huang Y, Lu B: Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. *Fluoride* 2008, 41(2):134-138.

96.    Dong Z, Wan C, Zhang X, Liu J: Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. *J Guiyang Med Coll* 1993, 18:241-245.

97.    Li J, Yao L, Shao QL, Wu CY: Effects of high fluoride level on neonatal neurobehavioral development. *Fluoride* 2008, 41(2):165-170.

98.    Chang A, Shi Y, Sun H, Zhang L: Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coal-burning fluorosis. *Chinese Journal of Control of Endemic Diseases* 2017, 32(8):872-873.

99.    Shao QL, Wang Y, Li L, Li J: Initial study of cognitive function impairment as caused by chronic fluorosis. *Chinese Journal of Endemiology* 2003, 22(4):336-338.

100.    Li M, Gao Y, Cui J, Li Y, Li B, Liu Y, Sun J, Liu X, Liu H, Zhao L *et al*: Cognitive Impairment and Risk Factors in Elderly People Living in Fluorosis Areas in China. *Biol Trace Elem Res* 2016, 172(1):53-60.

101.    Sharma JD, Sohu D, Jain P: Prevalence of neurological manifestations in a human population exposed to fluoride in drinking water. *Fluoride* 2009, 42(2):127-132.

102.    Tang Q, Du J, Ma H, Jiang S, Zhou X: Fluoride and children's intelligence: a meta-analysis. *Bio Trace Elem Res* 2008, 126:115-120.

103.    Scientific Committee on Health and Environmental Risks (SCHER): Critical review of any new evidence on the hazard profile, health effects, and human exposure to fluoride and the fluoridating agents of drinking water. Brussels, Belgium; 2010.

104.    Li FH, Chen X: Meta-analysis of the effect of endemic fluorosis on children's intelligence development. *Chinese General Practice* 2007, 10(8):618-619.

105.    Wang C, Gao Y, Wang W, Zhao L, Zhang W, Han H, Shi Y, Yu G, Sun D: A national cross-sectional study on effects of fluoride-safe water supply on the prevalence of fluorosis in China. *BMJ Open* 2012, 2(5).

106.    Poureslami H, Horri A, Atash R: High fluoride exposure in drinking water: effect on children's IQ, one new report. *Int J Pediatr Dent* 2011, 21(Suppl 1):47.

107.    Seraj B, Shahrabi M, Falahzade M, Falahzade F, Akhondi N: Effect of High Fluoride Concentration in Drinking Water on Children's Intelligence. *Journal of Dental Medicine* 2006, 19(2):80-86.

108.    Guo X, Wang R, Cheng C, Wei W, Tang L, Wang Q, Tang D, Liu G, He G, Li S: A preliminary exploration of IQ of 7-13 year old pupils in a fluorosis area with contamination from burning coal. *Chinese Journal of Endemiology* 1991, 10:98-100 (Also available: Fluoride 2008, 2041(2002):2125-2128).

109.    Li X, Hou G, Yu B, Yuan C, Liu Y, Zhang L, Chi C: Investigation and analysis of children's intelligence and dental fluorosis in high fluoride area (in Chinese). *J Med Pest Control* 2010, 26(3):230-231.

110. Egger M, Davey Smith G, Altman D: Systematic reviews in health care meta-analysis in context. London: BMJ Publishing; 2001.

111. Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, Poulton R: Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. *Am J Public Health* 2015, 105(1):72-76.

112. Allukian M, Jr., Carter-Pokras OD, Gooch BF, Horowitz AM, Iida H, Jacob M, Kleinman DV, Kumar J, Maas WR, Pollick H *et al*: Science, Politics, and Communication: The Case of Community Water Fluoridation in the US. *Ann Epidemiol* 2018, 28(6):401-410.

113. United States Environmental Protection Agency (U.S. EPA): Six-Year Review 3 - Health Effects Assessment for Existing Chemical and Radionuclide National Primary Drinking Water Regulations - Summary Report. Office of Science and Technology, Office of Water, U.S. EPA. Washington, DC; 2016.

114. United States Environmental Protection Agency (U.S. EPA): EPA and HHS Announce New Scientific Assessments and Actions on Fluoride / Agencies working together to maintain benefits of preventing tooth decay while preventing excessive exposure. 2011.

115. Ding Y, YanhuiGao, Sun H, Han H, Wang W, Ji X, Liu X, Sun D: The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. *J Hazard Mater* 2011, 186(2-3):1942-1946.

116. Zhang PH, Cheng L: Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. *Chinese Journal of Control of Endemic Diseases* 2015, 30(6):458-460.

117. Cui Y, Zhang B, Ma J, Wang Y, Zhao L, Hou C, Yu J, Zhao Y, Zhang Z, Nie J *et al*: Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. *Ecotoxicol Environ Saf* 2018, 165:270-277.

118. Zhu L, Petersen PE, Wang HY, Bian JY, Zhang BX: Oral health knowledge, attitudes and behaviour of children and adolescents in China. *Int Dent J* 2003, 53(5):289-298.

119. Hong F, Cao Y, Yang D: A study of fluorine effects on children's intelligence development under different environments. *Chinese Primary Health Care* 2001, 15:56-57 (Also available: Fluoride 2008, 2041(2002):2156-2160).

120. Lin F, Ai H, Zhao H, Lin J, Jhiang J, Maimaiti., Aiken.: High fluoride and low iodine environment and subclinical cretinism in Xinjiang (in Chinese). *Endemic Dis Bull* 1991, 6(2):62-67.

121. Wang S, Wang L, Hu P, Guo S, Law S: Effects of high iodine and high fluorine on children's intelligence and thyroid function (in Chinese). *Chinese Journal of Endemiology* 2001, 20(4):288-290.

122. Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, Han LL, Qiao XY, Wu ZM, Wang ZQ: Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. *Environ Health Perspect* 2007, 115(4):643-647.

123. Xiang Q, Liang Y, Zhou M, Zang H: Blood lead of children in Wamiao-Xinhuai intelligence study (Letter to the Editor). *Fluoride* 2003, 36(3):198-199.

124. Xiang Q, wang Y, Yang M, Zhang M, Xu Y: Level of fluoride and arsenic in household shallow well water in Wamiao and Xinhuai villages in Jiangsu Province, China. *Fluoride* 2013, 46(4):192-197.

125.   Choi AL, Cordier S, Weihe P, Grandjean P: Negative confounding in the evaluation of toxicity: the case of methylmercury in fish and seafood. *Crit Rev Toxicol* 2008, 38(10):877-893.

126.   Dong L, Yao P, Chen W, Li P, Shi X: Investigation of Dental Fluorosis and Intelligence Levels of Children in Drinking Water-Related Endemic Fluorosis Area of Xi'an. *Chinese Journal of Epidemiology* 2018, 37(1):45-48.

127.   Bai Z, Li Y, Fan Z, Li X, Li P: Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. *Chinese Journal of Epidemiology* 2014, 33(2):160-163.

128.   Jin T, Wang Z, Wei Y, Wu Y, Han T, Zhang H: Investigation of Intelligence Levels of Children of 8 to 12 Years of Age in Coal Burning-Related Endemic Fluorosis Areas. *Journal of Environment and health* 2017, 34(3):229-231.

129.   Pang H, Yu L, Lai X, Chen Q: Relation Between Intelligence and COMT Gene Polymorphism in Children Aged 8-12 in the Endemic Fluorosis Area and Non-Endemic Fluorosis Area *Chinese Journal of Control of Endemic Diseases* 2018, 33(2):151-152.

130.   Wei N, Li Y, Deng J, Xu S, Guan Z: The Effects of Comprehensive Control Measures on Intelligence of School-Age Children in Coal-Burning-Borne Endemic Fluorosis Areas *Chinese Journal of Endemiology* 2014, 33(3):320-324.

131.   Zhang S, Zhang X, Liu H, Qu W, Guan Z, Zeng Q, Jiang C, Gao H, Zhang C, Lei R *et al*: Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. *Toxicol Sci* 2015, 144(2):238-245.

132.   Julvez J, Grandjean P: Genetic susceptibility to methylmercury developmental neurotoxicity matters. *Front Genet* 2013, 4:278.

133.   Newbrun E: What we know and do not know about fluoride. *J Public Health Dent* 2010, 70(3):227-233.

134.   Aoba T, Fejerskov O: Dental fluorosis: chemistry and biology. *Crit Rev Oral Biol Med* 2002, 13(2):155-170.

135.   Morgan L, Allred E, Tavares M, Bellinger D, Needleman H: Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. *Pediatr Dent* 1998, 20(4):244-252.

136.   Reuben A, Caspi A, Belsky DW, Broadbent J, Harrington H, Sugden K, Houts RM, Ramrakha S, Poulton R, Moffitt TE: Association of Childhood Blood Lead Levels With Cognitive Function and Socioeconomic Status at Age 38 Years and With IQ Change and Socioeconomic Mobility Between Childhood and Adulthood. *JAMA* 2017, 317(12):1244-1251.

137.   Broadbent JM, Thomson WM, Moffitt TE, Poulton R: Broadbent et al. Respond. *Am J Public Health* 2016, 106(2):213-214.

138.   Grigg D: The worlds of tea and coffee: Patterns of consumption. *GeoJournal* 2002, 57(4):283-294.

139.   Osmunson B, Limeback H, Neurath C: Study Incapable Of Detecting IQ Loss From Fluoride. *Am J Public Health* 2016, 106(2):212-213.

140.   Shannon FT, Fergusson DM, Horwood LJ: Exposure to fluoridated public water supplies and child health and behaviour. *N Z Med J* 1986, 99(803):416-418.

141. Valdez Jimenez L, Lopez Guzman OD, Cervantes Flores M, Costilla-Salazar R, Calderon Hernandez J, Alcaraz Contreras Y, Rocha-Amador DO: In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology* 2017, 59:65-70.

142. Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z *et al*: Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. *Environ Health Perspect* 2017, 125(9):097017.

143. Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L *et al*: Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int* 2018, 121(Pt 1):658-666.

144. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Muckle G, Ayotte P, Till C: Fluoride exposure during fetal development and childhood IQ: The MIREC Study. In: *ISES-ISEE Joint Annual Meeting: 2018; Ottawa, Canada*; 2018.

145. Hong L, Levy SM, Broffitt B, Warren JJ, Kanellis MJ, Wefel JS, Dawson DV: Timing of fluoride intake in relation to development of fluorosis on maxillary central incisors. *Community Dent Oral Epidemiol* 2006, 34(4):299-309.

146. Aggeborn L, Ohman M: The Effects of Fluoride in Drinking Water. Institute for Evaluation of Labour Market and Education Policy. Uppsala, Sweden; 2017: 1-83.

147. Malin AJ, Till C: Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. *Environ Health* 2015, 14:17.

148. Barberio AM, Quinonez C, Hosein FS, McLaren L: Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. *Can J Public Health* 2017, 108(3):e229-e239.

149. Gao Q, Liu YJ, Guan ZZ: Oxidative stress might be a mechanism connected with the decreased alpha 7 nicotinic receptor influenced by high-concentration of fluoride in SH-SY5Y neuroblastoma cells. *Toxicol In Vitro* 2008, 22(4):837-843.

150. Goschorska M, Baranowska-Bosiacka I, Gutowska I, Tarnowski M, Piotrowska K, Metryka E, Safranow K, Chlubek D: Effect of acetylcholinesterase inhibitors donepezil and rivastigmine on the activity and expression of cyclooxygenases in a model of the inflammatory action of fluoride on macrophages obtained from THP-1 monocytes. *Toxicology* 2018, 406-407:9-20.

151. Mullenix P, Denbesten P, Schunior A, Kernan W: Neurotoxicity of sodium fluoride in rats. *Neurotoxicol Teratol* 1995, 17:169-177.

152. Varner J, Jensen K, Horvath W, Isaacson R: Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. *Brain Res* 1998, 784:284-298.

153. Chen J, Niu Q, Xia T, Zhou G, Li P, Zhao Q, Xu C, Dong L, Zhang S, Wang A: ERK1/2-mediated disruption of BDNF-TrkB signaling causes synaptic impairment contributing to fluoride-induced developmental neurotoxicity. *Toxicology* 2018.

154. Bartos M, Gumilar F, Gallegos CE, Bras C, Dominguez S, Monaco N, Esandi MDC, Bouzat C, Cancela LM, Minetti A: Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the alpha7 nicotinic receptor and oxidative stress. *Reprod Toxicol* 2018, 81:108-114.

155. McPherson CA, Zhang G, Gilliam R, Brar SS, Wilson R, Brix A, Picut C, Harry GJ: An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats. *Neurotox Res* 2018, 34: 781-798.

156. Sun Z, Zhang Y, Xue X, Niu R, Wang J: Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. *Human Exp Toxicol* 2018, 37(1):87-93.

157. Zhu YP, Xi SH, Li MY, Ding TT, Liu N, Cao FY, Zeng Y, Liu XJ, Tong JW, Jiang SF: Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. *Neurotoxicology* 2017, 59:56-64.

158. Ge Y, Chen L, Yin Z, Song X, Ruan T, Hua L, Liu J, Wang J, Ning H: Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. *Chemosphere* 2018, 201:874-883.

159. Wang J, Zhang Y, Guo Z, Li R, Xue X, Sun Z, Niu R: Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. *Chemosphere* 2018, 197:117-122.

160. Zhao Q, Niu Q, Chen J, Xia T, Zhou G, Li P, Dong L, Xu C, Tian Z, Luo C *et al*: Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: mechanisms of action in vitro and associations with cognition in rats and children. *Arch Toxicol* 2019, 93(3):709-726.

161. Zhou G, Tang S, Yang L, Niu Q, Chen J, Xia T, Wang S, Wang M, Zhao Q, Liu L *et al*: Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. *Toxicol Appl Pharmacol* 2019:114608.

162. Elliott L: Lack of effect of administration of fluoride on the central nervous system of rats. *Acta Pharmacol Toxicol (Copenh)* 1967, 25(3):323-328.

163. Dec K, Lukomska A, Maciejewska D, Jakubczyk K, Baranowska-Bosiacka I, Chlubek D, Wasik A, Gutowska I: The Influence of Fluorine on the Disturbances of Homeostasis in the Central Nervous System. *Biol Trace Elem Res* 2017, 177(2):224-234.

164. Grandjean P: Only One Chance: How Environmental Pollution Impairs Brain Development — and How to Protect the Brains of the Next Generation. New York: Oxford University Press; 2013.

165. Peckham S, Lowery D, Spencer S: Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. *J Epidemiol Community Health* 2015, 69(7):619-624.

166. Rovet JF: The role of thyroid hormones for brain development and cognitive function. *Endocr Dev* 2014, 26:26-43.

167. Grandjean P: Occupational fluorosis through 50 years: clinical and epidemiological experiences. *Am J Ind Med* 1982, 3(2):227-236.

168. Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P *et al*: The Faroes statement: human health effects of developmental exposure to chemicals in our environment. *Basic Clin Pharmacol Toxicol* 2008, 102(2):73-75.

169. National Research Council: Science and decisions: advancing risk assessment. Washington, D.C.: National Academy Press; 2009.

170. Grandjean P: Science for precautionary decision-making. In: *Late Lessons from Early Warnings.* Edited by Gee D, Grandjean, P., Hansen, S.F., van den Hove, S., MacGarvin, M., Martin, J., Nielsen, G., Quist, D., Stanners, D., vol. II. Copenhagen: European Environment Agency; 2013: 517-535.

171. Michaels D: Doubt is their product: how industry's assault on science threatens your health. New York: Oxford University Press; 2008.

172. Blum A, Balan SA, Scheringer M, Trier X, Goldenman G, Cousins IT, Diamond M, Fletcher T, Higgins C, Lindeman AE *et al*: The Madrid Statement on Poly- and Perfluoroalkyl Substances (PFASs). *Environ Health Perspect* 2015, 123(5):A107-111.

173. European Environment Agency: Late lessons from early warnings: the precautionary principle 1896-2000. In: *Environmental issue report No 22.* Copenhagen; 2001.

174. Diesendorf M, Diesendorf A: Suppression by medical journals of a warning about overdosing formula-fed infants with fluoride. *Account Res* 1997, 5(1-3):225-237.

175. Martin B, Groth E: Scientific knowledge in controversy: The social dynamics of the fluoridation debate. Albany, NY: SUNY Press; 1991.

176. Bazian: Independent critical appraisal of selected studies reporting an association between fluoride in drinking water and IQ. London: South Central Strategic Health Authority; 2009: 1-58.

177. Seymour B, Getman R, Saraf A, Zhang LH, Kalenderian E: When advocacy obscures accuracy online: digital pandemics of public health misinformation through an antifluoride case study. *Am J Public Health* 2015, 105(3):517-523.

178. Mertz A, Allukian M: Community water fluoridation on the Internet and social media. *J Mass Dent Soc* 2014, 63(2):32-36.

179. Grandjean P, Choi AL: Community water fluoridation and intelligence. *Am J Public Health* 2015, 105(4):e3.

180. National Research Council (NRC): Recommended Dietary Allowances, 10 edn. Washington, DC: National Academy Press; 1989.

181. United States Environmental Protection Agency (U.S. EPA): Fluoride: Dose-Response Analysis for Non-cancer Effects. InWashington, DC: Health and Ecological Criteria Division, Office of Water, U.S. EPA; 2010.

182. Petersen PE, Lennon MA: Effective use of fluorides for the prevention of dental caries in the 21st century: the WHO approach. *Community Dent Oral Epidemiol* 2004, 32(5):319-321.

183. Davis N: Is Fluoridated Drinking Water Safe? *Harvard Public Health.* Boston, MA: Harvard T.H. Chan School of Public Health; 2016.

184. Ross JF, Daston GP: To the editor. *Neurotox Teratol* 1995, 17:685-686.

185. Bryson C: The fluoride deception. New York: Seven Stories Press; 2004.

186. International Programme on Chemical Safety (IPCS): Environmental Health Criteria 36: Fluorine and Fluorides. Geneva, Switzerland: World Health Organization; 1984.

187. International Agency for Research on Cancer: Some Aromatic Amines, Anthraquinones and Nitroso Compounds, and Inorganic Fluorides Used in Drinking Water and Dental Preparations. *IARC Monographs On The Evaluation Of Carcinogenic Risks To Humans.* vol. 27. Lyon: International Agency for Research on Cancer; 1982.

188. Friedman L, Friedman M: Financial Conflicts of Interest and Study Results in Environmental and Occupational Health Research. *J Occup Environ Med* 2016, 58(3):238-247.

189.   Needleman HL: Clair Patterson and Robert Kehoe: two views of lead toxicity. *Environ Res* 1998, 78(2):79-85.

190.   Iheozor-Ejiofor Z, Worthington HV, Walsh T, O'Malley L, Clarkson JE, Macey R, Alam R, Tugwell P, Welch V, Glenny AM: Water fluoridation for the prevention of dental caries. *Cochrane Database Syst Rev* 2015(6):CD010856.

191.   Gwinn MR, Axelrad DA, Bahadori T, Bussard D, Cascio WE, Deener K, Dix D, Thomas RS, Kavlock RJ, Burke TA: Chemical Risk Assessment: Traditional vs Public Health Perspectives. *Am J Public Health* 2017, 107(7):1032-1039.

192.   United States Environmental Protection Agency (U.S. EPA): National Primary Drinking Water Regulations: Fluoride Final Rule and Proposed Rule. Pp. 47142-47155. Washington, DC; 1985.

193.   United States Department of Health and Human Services (DHSS): Review of Fluoride: Benefits and Risks: Report of the Ad Hoc Committee on Fluoride, Committee to Coordinate Environmental Health and Related Programs. Washington, DC; 1991.

194.   Agency for Toxic Substances and Disease Registry (ATSDR): Toxicological Profile for Hydrogen Fluoride, and Fluoride: Draft for Public Comment. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2001.

195.   Li Y, Liang C, Slemenda CW, Ji R, Sun S, Cao J, Emsley CL, Ma F, Wu Y, Ying P *et al*: Effect of long-term exposure to fluoride in drinking water on risks of bone fractures. *J Bone Miner Res* 2001, 16(5):932-939.

196.   U.S. Environmental Protection Agency (U.S. EPA): Benchmark dose technical guidance. Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency; 2012.

197.   Budtz-Jorgensen E, Grandjean P, Keiding N, White RF, Weihe P: Benchmark dose calculations of methylmercury-associated neurobehavioural deficits. *Toxicol Lett* 2000, 112-113:193-199.

198.   Budtz-Jorgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study I: An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. *Risk Anal* 2013, 33(3):450-461.

199.   United States Environmental Protection Agency (U.S. EPA): Proposed Lead NAAQS Regulatory Impact Analysis. Washington, DC: U.S. EPA; 2008.

200.   European Food Safety Authority (EFSA): EFSA Panel on Contaminants in the Food Chain (CONTAM); Scientific Opinion on Lead in Food. *EFSA Journal* 2010, 8(4):1570.

201.   Gould E: Childhood lead poisoning: conservative estimates of the social and economic benefits of lead hazard control. *Environ Health Perspect* 2009, 117(7):1162-1167.

202.   Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK: Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. *Am J Clin Nutr* 2014, 99(1):5-13.

203.   Murata K, Budtz-Jorgensen E, Grandjean P: Benchmark dose calculations for methylmercury-associated delays on evoked potential latencies in two cohorts of children. *Risk Anal* 2002, 22(3):465-474.

204.   Bellinger DC: Interpretation of small effect sizes in occupational and environmental neurotoxicology: individual versus population risk. *Neurotoxicology* 2007, 28(2):245-251.

205.    Bellinger DC: A strategy for comparing the contributions of environmental chemicals and other risk factors to neurodevelopment of children. *Environ Health Perspect* 2012, 120(4):501-507.

206.    Spadaro JV, Rabl A: Global health impacts and costs due to mercury emissions. *Risk Anal* 2008, 28(3):603-613.

207.    Grandjean P, Pichery C, Bellanger M, Budtz-Jorgensen E: Calculation of mercury's effects on neurodevelopment. *Environ Health Perspect* 2012, 120(12):A452.

# Exhibit B

U.S. FEDERAL COURT


ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA




REBUTTAL AND SUPPLEMENTAL REPORT OF
PHILIPPE GRANDJEAN, MD, DMSc


PREPARED ON BEHALF OF
PLAINTIFFS


14 August 2019

TABLE OF CONTENTS

I.      INTRODUCTION..................................................................................................................3

II.     REBUTTAL REPORT..........................................................................................................3
        A.    Systematic review of the evidence ...........................................................................3
        B.    Population studies of fluoride neurotoxicity..............................................................5
        C.    Coherence between studies........................................................................................6
        D.    Bias ...........................................................................................................................7
        E.    Causality assessment ...............................................................................................10

III.    SUPPLEMENTARY REPORT ..........................................................................................14
        A.    New data on infant fluoride exposure and IQ.........................................................14
        B.    New data on fluoride and ADHD in Canada ..........................................................14
        C.    New data on Western fluoride exposures ................................................................15
        D.    Benchmark dose calculations from the most recent human data.............................15

IV.     CITED PUBLICATIONS ...................................................................................................17

## I.   INTRODUCTION

Subsequent to finalizing my report in this case, I have reviewed the reports by defense experts Drs. Tala Henry, Joyce Tsuji, and Ellen Chang. I have also reviewed documents that I did not have access to prior to completing my report in June. Based on my review of the additional materials, I intend to offer the rebuttal opinions expressed below. I also intend to rely upon the materials that are identified in the supplemental report as further support for my initial opinions, which remain unchanged.

## II.   REBUTTAL REPORT

The reports by Drs Tala Henry and Joyce Tsuji express opinions that my methodology is flawed, superficial, not systematic, and with pre-conceived conclusions. Neither expert provides justification for their unusually strong opinions. Both experts rely without reservations on the likewise highly critical report by Dr. Ellen Chang on the epidemiological evidence regarding the association between exposure to fluoride and human developmental neurotoxicity. I shall therefore focus on Dr. Chang's report.

### A.   Systematic review of the evidence

Dr. Chang states that her systematic review identified "numerous" studies that I did not address, with the implication that these studies are somehow at odds with my opinion (p. 8). What Dr. Chang failed to explain is that the vast majority of these studies reported significant associations between fluoride exposure and neurotoxic outcomes, which is in agreement with my own assessment. Of the 32 studies that Dr. Chang has identified and which I did not specifically address, 28 found associations of elevated fluoride exposure with adverse effects.[1] These studies, which provide further *support* for my opinions, were not cited in my report because most are repetitions of the cross-sectional study design in endemic fluorosis areas that I have already discussed at length;[2] some are only available in abstract form;[3] some are secondary analyses of primary studies that I already addressed;[4] and one was not available to me at the time of my report [1]. As explained in my report, I do not consider it necessary to address and discuss each and every paper that reports on fluoride effects, especially when peer-reviewed systematic reviews are available, including our own [2]. I consider it more informative to examine the various *types* of studies, also including pharmacokinetics (e.g., distribution of fluoride throughout the body, including transfer through the placenta and blood brain barrier, and the minimal transfer into breast milk); studies of neurochemical and functional effects in other

---

[1] Aravind (2016); Asawa (2014), Calderon (2000), Das (2015), Khan (2015), Kundu (2015), Lu (2019), Manju (2017), Mustafa (2018), Das (2016), Qin (1990), Razdan (2017), Rocha-Amador (2007), Rocha-Amador (2008), Rocha-Amador (2009), Saxena (2012), Shivaprakash (2011), Singh (2013), Sudhir (2009), Thomas (2018), Till (2019), Trivedi (2007), Wang (2012), Wang (2006), Xiang (2015), Yu (2018), Zhang & Cheng (2015).
[2] Aravind (2016); Asawa (2014), Calderon (2000), Das (2015), Khan (2015), Kundu (2015), Manju (2017), Mustafa (2018), Das (2016), Qin (1990), Razdan (2017), Rocha-Amador (2007), Rocha-Amador (2008), Rocha-Amador (2009), Saxena (2012), Shivaprakash (2011), Singh (2013), Sudhir (2009), Trivedi (2007), Wang (2012), Wang (2006), Xiang (2015), Yu (2018), Zhang & Cheng (2015).
[3] Calderon (2000); Thomas (2018).
[4] Xiang (2015); Wang (2012).

species (e.g., rodents); different study designs for investigating effects in human populations (e.g., cross-sectional and prospective), and different endpoints relevant to neurotoxicity (e.g., cognitive tests, thyroid function, histological assessments of fetal brain). Notably, many of the studies that I addressed in my report were not considered by Dr. Chang[5] for unexplained or spurious reasons, e.g., that evidence of neurotoxicity in adults is irrelevant to developmental effects in humans (p. 31).

Dr. Chang's search identified a couple of studies that reported no significant effects that I did not rely on, but they have no impact on the conclusions that can be drawn. One study highlighted by Dr. Chang is a publication by Spittle and colleagues [3] that Dr. Chang refers to more than 20 times. Although noted in the reference list, Dr. Chang fails to acknowledge in her analysis that this report is in the form of an abstract and relates to a previous (full) publication [4] that was cited and addressed in my report (as reference number 140). I did not cite the Spittle abstract in my report, just as I did not cite abstracts of studies reporting harm.[6] It is standard practice for systematic reviews to omit abstracts, including in the systematic reviews conducted by the authoritative Cochrane group [5]. Dr. Chang provides no justification for including abstracts in her review, such as the one by Spittle [3], which omit critical methodological details. Further, in a rather stunning example of poor judgment, Dr. Chang includes the Spittle abstract in her causal analysis despite the fact that the abstract does not describe any confounder adjustment,[7] and uses an ecological metric for exposure (group water F level) – features which Dr. Chang has used to dismiss many papers that support the notion of fluoride neurotoxicity. To me, this represents a clear example of unacceptable bias.

The other three "no effect" studies that Dr. Chang cites and that I did not address are similarly unavailing. Two are cross-sectional studies from China which fail to show statistically significant associations between fluoride exposure and IQ,[8] and one is an ecological analysis [6] of the Malin & Till study [7], which I addressed but placed little weight on. As I explained in my report, there are many reasons why an ecological/cross-sectional study can fail to detect an effect even when one is present. The failure of these three studies to find statistically significant effects thus does nothing to contradict the large literature that I rely upon, including the prospective birth cohort studies that I placed the greatest weight on. Even Dr. Chang appears to recognize this, as she does not include any of these three studies in her causal analysis, and correctly notes that the analysis by Perrott [6] is a "relatively low quality" ecological study (p. 66).

In summary, despite asserting that my review failed to consider "numerous" papers, Dr. Chang's own review confirms that I addressed and considered the most relevant epidemiological data on cognitive outcomes in regard to measures of fluoride exposure. Dr.

---

[5] E.g., Dong (1993); Duan (1995); Ekstrand (1981); Li (2016); Spittle (1994); Guo (2001); Malin (2018); Opydo-Szymaczek (2005, 2007); Peckham (2015); Ron (1986); Salgarello (2016); Shao (2003); Shen & Taves (1974); Yazdi (2011); Yu (2008).

[6] Calderon (2000); Thomas (2018).

[7] On p. 132 of her Table, Dr. Chang "assume[s]" that the Spittle analysis controlled for the same confounders as the Shannon analysis. I understand that neither Dr. Chang, nor anyone else in her office has contacted Dr. Spittle to confirm this statement (Personal email communication with Bruce Spittle, August 13, 2019). According to Dr. Spittle, the abstract provided all important methodological details (Id.).

[8] Kang (2011); He (2010).

Chang's literature search also confirms that the majority of studies that I did not specifically address are consistent with and further support the association between fluoride and cognitive impairment, in accordance with my conclusions.

Dr. Chang's review is not as systematic as she claims. In contrast to the Institute of Medicine recommendations on systematic reviews that she allegedly relies upon, Dr. Chang did not use any pre-defined protocol for how she would weigh the evidence (p. 30-33). Further, her inclusion/exclusion of some studies is poorly explained, if at all. Thus, the Spittle abstract [3] arguably should have been excluded from Dr. Chang's review based on her own search criteria that would exclude duplicate reports and abstracts.

As her Appendix D, Dr. Chang provides a 95-page list of references that she chose not to consider. However, the criteria for excluding these more than 1,000 publications are unclear. Some of the references on this list seem to be outside the searches that Dr. Chang has described in great detail, and some would be very hard to retrieve (e.g., "Mandatory Public Health Measures. London: unless otherwise stated; 2005."). One of the references not considered is my own critical comments [8] (cited as number 170 in my report) on the New Zealand study [9] that Dr. Chang highlights as evidence that water fluoridation is not associated with IQ deficits. Exclusion of comments that point to weaknesses of a favored study is yet another clear sign of bias. There are other mistakes in Dr. Chang's decisions on exclusion of references, one of which is serious enough for me to comment on further, see below.

**B.      Population studies of fluoride neurotoxicity**

Based on my research on fluoride that has by now spanned almost four decades, I have visited study areas in India and China, and have communicated with many highly productive fluoride scientists from many countries. As described in my report, I have collaborated with Chinese experts, through whom I obtained an understanding of the study settings and the publication practices that would not be apparent from a superficial review of the published or translated evidence that Dr. Chang has conducted.

Dr. Chang believes that the dozens of cross-sectional studies, most of which report statistically significant associations between long-term fluoride exposure and neurocognitive deficits are "insufficient to establish causal effects of fluoride exposure" (p. 9). She also refers to "high potential for selection bias" without providing any supporting evidence.[9] Dr. Chang does not consider how unlikely it is that these dozens of studies should all suffer from some special exposure misclassification that would cause bias away from the null, selection bias that would result in participation of intellectually disabled children only in the high-fluoride group, and residual confounding resulting in bias only away from the null in the many different

---

[9] For example, Dr. Chang speculates that Chinese-language studies that did not find adverse effects may not have been translated into English (p. 37). Instead of speculating about this, Dr. Chang could have conducted a search of online databases of Chinese-language research (e.g., CNKI). For unexplained reasons, Dr. Chang chose not to do so. A search of PubMed for "CNKI database" shows that many systematic reviews include CNKI as one of the databases to retrieve studies, and the Institute of Medicine recommendations for systematic review (which Chang relies on) calls for searching for foreign language studies when appropriate (IOM 2011, p. 8). CNKI is publicly available online at: http://oversea.cnki.net/kns55/default.aspx.

study settings. Although I recognize the issues raised and have taken them into regard in my report, I find it extremely unlikely, if not impossible, that the overwhelming evidence of fluoride neurotoxicity should be a mirage caused by bias, such as Dr. Chang apparently believes.

In Dr. Chang's view, "nearly all of the studies in this meta-analysis were of very poor quality and provided no reliable scientific basis for drawing conclusions about causality" (p. 20). Thus, Dr. Chang assumes that brief reports in Chinese scientific journals or poor translations must be equated with poor quality of the research. Such superficial judgment seems subjective and counter to the alleged aim of providing a systematic review. The fact that she used her own poorly justified judgment to discount evidence of fluoride again indicates serious bias.

C.    Coherence between studies

According to Dr. Chang, a major issue is the lack of coherence between studies. Indeed, in our review and meta-analysis [2], we did identify heterogenicity between the reports that we reviewed. However, this is not unusual and does not necessarily indicate publication bias, of which we found no sign.

Dr. Chang made the following claim about our meta-analysis [2]: "The authors did not explore the reasons for the more than 10-fold difference in the magnitude of the standardized mean difference between their meta-analysis estimate (–0.45 IQ points between high-fluoride and low-fluoride areas) and that of Tang et al. (2008) (–5.03 IQ points)" (p. 22). This statement is erroneous and misleading, as Dr. Chang falsely invents the existence of a 10-fold difference in risk. In contrast to Dr. Chang's opinion, the two reviews are in excellent agreement. As we clearly stated in our 2012 article: "Our findings are consistent with an earlier review (Tang et al. 2008), although ours more systematically addressed study selection and exclusion information…" [2].

Dr. Chang further claims that our analysis showed a difference of –0.45 IQ points (p.22) – and this is a critical misunderstanding. Our paper did not draw that conclusion. Because different intelligence scales had been used in the studies considered, we expressed the outcome as a random-effect standardized weighted mean difference estimate, as we clearly explain [2]. In order to translate this measure to a difference on an IQ scale, the result must be multiplied by the standard deviation of the IQ scale, i.e., 15. This should be clear from the published paper and from my report, where I wrote: "Given that the standard deviation (SD) for the IQ scale is 15, an SMD of -0.45 corresponds to a loss of 6.75 IQ points" (p. 19 of my report). Dr. Chang obviously missed this explanation along with the description in the published article.

Still, I can understand that our review article describes fairly complex, systematic analyses that may not be clear to all readers. Thus, the journal did receive a letter from a reader who, like Dr. Chang, did not understand the results. We therefore submitted a clarification that was published as a letter in the journal [10]. This letter was cited as reference number 32 in my report but was not cited by Dr. Chang. Interestingly, Dr. Chang did identify this reference in her systematic search, but it is listed among the publications that she decided not to consider (p. 14 of the list). Accordingly, by her systematic search, Dr. Chang identified our letter with the extended explanation, but for unknown reasons, she excluded the reference that could have

6

helped correct her misunderstanding. This oversight of course emphasizes that her handling of the literature search was not systematic.

Dr. Chang otherwise does recognize that most reports are in overall agreement, but she also claims that "the similarity of their findings makes these papers even more anomalous" (p. 37). Thus, Dr. Chang tries to argue both ways: First that the reports are not in agreement, then that it is abnormal that they are. Both opinions are unconvincing.

### D.    Bias

Dr. Chang claims: "Dr. Grandjean is incorrect in suggesting that imprecise measurement of exposures or outcomes leads predictably to bias toward the null" (p. 38). She then explains that *systematic* error can result in a bias away from the null, a well-known issue, although my concern was clearly related to *random or non-differential* misclassification. Dr. Chang then explains that random error can result in bias that "can be either toward or away from the null" (p. 38).

This critique is again biased, as Dr. Chang erroneously interprets my opinion and fails to acknowledge that random error is unlikely to cause a bias away from the null, as is well-known in epidemiology [11], as I have also discussed in past publications [12, 13]. Thus, when an exposure parameter is measured with imprecision, some truly highly exposed subjects are falsely considered to have a low exposure, and *vice versa*. In prospective epidemiological data where the exposure is often measured long before the outcome, a reasonable assumption is that the error is non-differential, i.e., independent of the outcome. An additional assumption is that the measurement error is correlated with the true exposure level, e.g., overestimated for truly highly exposed and underestimated for those with a true low exposure. Then the expected regression coefficient will generally be biased toward the null [14]. In addition, the probability of observing a bias *away* from the null decreases toward 0 as a function of the sample size. Thus, in large samples, a bias away from the null is unlikely (in contrast to what is indicated by Dr. Chang). Further, even when measurement error and true exposure level are correlated, the resulting bias will still be toward the null, except when this correlation is very strong. These results hold in linear regression models as well as in more general non-linear models [14].

Dr. Chang has included in her report a brief (6-page) Appendix C, which is meant to provide an introduction to epidemiology. However, the text is superficial, and it does not explain crucial issues, such as why measurement imprecision most likely will result in a bias toward the null (which is of course against her opinion), and why adjustment for covariates may result in additional bias toward the null when the exposure is measured with imprecision [15]. Appendix C is therefore not helpful.

Likewise, Dr. Chang describes cross-sectional studies as if they are all equal and as if the exposure parameter always represents a current and short-lasting exposure only. She fails to acknowledge in her causal analysis that exposure measures in many studies represent long-term conditions, in some studies also likely covering prenatal exposures, an essential detail.

Dr. Chang further claims that "Plaintiffs' experts do not critically examine the validity of potential biological markers, or biomarkers, of fluoride exposure and effects that have been used in epidemiological studies" (p. 47). On the contrary, my report contains a whole section on these issues (pp. 12-15). I also addressed the imprecision of the spot sample urinary fluoride method[10] used by Bashash [16] and explained how this imprecision would be expected to bias the results toward the null (p. 23), see above. Further, I discuss toxicokinetic data on the passage of fluoride across the placenta and blood-brain barrier (pp. 8, 11), which are issues of major importance to assessments of developmental neurotoxicity, but which Dr. Chang chooses to ignore.

Dr. Chang asserts that "None of the Plaintiffs' experts systematically evaluate the extent of confounder control in the available epidemiological literature" (p.59). While it is always possible to identify one or more parameters that would have been ideal to include, it is a matter of scientific judgment whether the absence of a particular covariate is problematic. Dr. Chang's systematic approach clearly aimed to identify alleged confounders in the studies that pointed toward adverse effects of fluoride exposure. In most cases, I deemed the absence of such information to be unfortunate, though not necessarily invalidating, e.g., if stratified analyses had been carried out, as we reported in our systematic review and meta-analysis [2]. I also note the statistical concern about adding adjustment for unjustified covariates, as this may exaggerate the bias toward the null when the exposure parameter is imprecise [15], an issue that Dr. Chang has not considered.

Of note, Dr. Chang made a systematic search for potential confounders only in the studies that pointed toward fluoride neurotoxicity. She did not provide similar scrutiny of studies that were unable to identify an adverse fluoride effect. Thus, in my report, I pointed out the potential of tea consumption to affect the individual fluoride exposure levels, particularly in the cohort studies from New Zealand, where frequent tea-drinking is a common habit (p. 22 in my report). Dr. Chang ignored this concern and only mentioned this in passing when reviewing the recent studies in Canada. Again, Dr. Chang's report is not systematic, or rather, it is systematic in its effort to disqualify any evidence that might link fluoride exposure to developmental neurotoxicity. For example, Dr. Chang relies on the Spittle abstract [3], although it does not provide any information on confounder control and other methodology concerns. Even the full study [4] is accepted by Dr. Chang at face value, and the critique offered in my report is ignored.

In regard to the most recent studies, Dr. Chang claims that "methodological uncertainties remain about the assessment of fluoride exposure and neurodevelopmental outcomes; and the reported findings are plausibly explained by confounding, bias, and chance" (p. 9). However, she does not provide any convincing evidence that such issues could have resulted in erroneous conclusions on fluoride neurotoxicity in the high-quality prospective studies.

Moreover, Dr. Chang refers to exaggerated associations that can result from lack of blinding (p. 59), but fails to acknowledge that at least 11 of the studies reporting adverse

---

[10] Dr. Chang makes contradictory statements about urinary fluoride measurements, noting on p. 47 that "no biomarker is currently considered to be a gold-standard," and then noting five pages later that 24-hour urine samples are the "gold standard measure" (p. 52).

8

neurocognitive effects have clearly been blinded, including the recent birth cohort studies, where the exposure was determined *after* the cognitive tests had been completed.[11] Despite producing a 56-page table to address "key characteristics" of the studies, Dr. Chang fails to mention this methodological strength in her summary of these studies (pp. 90-146).

Perhaps the most blatant example of bias in Dr. Chang's review is the double standard she applies to ecological studies. Dr. Chang correctly notes that "ecological studies are considered by epidemiologists to be especially weak" (p. 20), and she is dismissive of many studies on this ground. Despite this, Dr. Chang includes the three New Zealand papers that used ecologic measures of water fluoride exposure in her causal analysis [3, 4, 9] and unjustifiably treats these studies as being on equal footing with the recent prospective birth cohort studies which have individualized biomarker data [16, 17]. In an attempt to justify her conflation of these very distinct studies, Dr. Chang incorrectly claims that the New Zealand studies are not ecological because they had individual data on the "duration" of residence (p. 45). The fact that there was data on duration of residence does not transform a group-based level into an individualized one.

Further, Dr. Chang incorrectly claims the New Zealand studies provide information on the "timing" of exposure (p. 45). In fact, the Shannon [4] and Spittle [3] papers simply report total years of residence in fluoridated areas during the first seven years of life without specifying which years were spent in the fluoridated community. Accordingly, a child who lives her first year of life in a fluoridated area (a period of expected hypervulnerability) is treated the same as a child who lives her seventh year in a fluoridated area. The Broadbent study [9] provides little improvement over this crude assessment, as it simply distinguishes between children who had or had not lived in a fluoridated area during the first five years of life, without any apparent attempt to control for the duration or timing of exposures during these first five years. Dr. Chang fails to acknowledge any of these serious shortcomings, again a matter of serious bias.

Finally, Dr. Chang repeatedly highlights the risk of publication bias, e.g., in the *Fluoride* journal, which is not indexed by PubMed. However, she does not mention the bias against publication, i.e., in the opposite direction. The examples that I mentioned in my report (p. 34) illustrate that such bias exists, and the failure by Chang to mention both aspects again illustrates the bias and lack of balance of her report.

I am aware that Dr. Chang has written several reviews on other environmental chemicals, with conclusions that were favorable to the sponsor. One of them unreasonably criticized some of my publications in peer-reviewed journals [18], while another criticized the EPA's use of evidence on developmental neurotoxicity in children for standard setting purposes [19]. As Dr. Chang has apparently not conducted original research in these fields, my impression is that Dr. Chang allows her preconceived conclusions trump the actual findings of her "systematic review".

---

[11] Bashash (2017), Bashash (2018), Choi (2015), Das & Mondal (2016); Green (2019), Rocha-Amador (2007), Rocha-Amador (2009), Seraj (2012), Till (2019), Xiang (2003), Zhang (2015)

E.     **Causality assessment**

Another key point in Dr. Chang's report is that "most published scientific research findings are anticipated to be false (Ioannidis 2005)" (p. 38). Although the original report by John Ioannidis [20] did provide some stunning examples how clinical medicine could be misled by single reports, it would indeed be counterproductive if we were to ignore all published reports, as Dr. Chang seems to prefer. This nihilistic view was also not the intent of the author, but Dr. Chang seems to be unaware how Dr. Ioannidis in a more recent paper in the same journal highlighted the need for balanced review of scientific evidence in the interest of inspiring responsible policy decisions [21].

Nonetheless, Dr. Chang seems to favor studies carried out in North America, and she raises serious critique against studies carried out, e.g., by competent scientists in China and other countries. I of course agree that all research reports must be critically assessed, as I have done in my report. However, Dr. Chang's critique of publications from China is crushing and unbalanced. This prejudiced approach is in contrast to Dr. Chang's reliance on research from Bangladesh on highly elevated[12] arsenic exposures [22] in the above-mentioned review on arsenic [19] authored jointly with Dr. Tsuji, who also wrote an expert report for the defense in the present case. The arsenic report was supported by the Electric Power Research Institute and the Arsenic Science Task Force and criticized the EPA position on developmental neurotoxicity of this substance [19]. Dr. Chang used the Bangladeshi study of highly elevated exposures in an Asian country [22] to calculate a Reference Dose (RfD) for arsenic neurotoxicity at levels far higher than EPA's current standard. Notably, the methodology of the arsenic study is very similar to, and in some respects weaker than,[13] the methodology used in the ELEMENT and MIREC cohorts that provided evidence on fluoride neurotoxicity, yet Dr. Chang is largely dismissive of the latter Western studies that focused on exposures that overlap with current fluoride exposures in the U.S.[14] It therefore seems that Dr. Chang's criteria for judging causality depend on the conclusions desired.

Major misleading statements include the following: "he does not reach a conclusion of causality based on this body of literature" (p. 22) and "a conspicuous gap in the Plaintiffs' experts' reports in this matter is that none of them present a structured causal analysis of the relevant epidemiological studies of fluoride exposure and developmental neurotoxicity" (p. 62). It is not clear from her report how Dr. Chang could reach these stunning conclusions,

---

[12] The Bangladeshi study addressed a population with mean urinary arsenic levels ranging from 35 to 80 ug/L (Hamadani 2011), which is about 10 to 40 times the levels measured in the US population. This, however, did not stop Dr. Chang and her co-authors from calculating an RfD from these data (which resulted in an RfD above EPA's current value). By contrast, in her assessment of the fluoride literature, Dr. Chang gives little weight to the Valdez Jimenez prospective cohort data on the grounds that the mean urinary fluoride levels (1.9-2.7 mg/L) were higher than the levels seen in fluoridated areas (p. 66). However, based on the Canadian data from the Till study, the mean urinary F levels in the Valdez Jiminez study are only 2-to-4-fold higher than the mean level in fluoridated areas.

[13] Similar to the ELEMENT and MIREC studies, the Bangladeshi study is a prospective birth cohort study wherein maternal arsenic exposure was ascertained during two urinary samples during pregnancy. Unlike the ELEMENT and MIREC studies, the Bangladeshi study did not control for exposure to other neurotoxicants. Further, in contrast to the ELEMENT and MIREC studies, the study involved arsenic exposures that far exceed the exposures in the US (by a factor of 10 to 40).

[14] Uyghurturk DA et al. Fluoride Concentrations in Urine, Serum and Amniotic fluid in 2nd Trimester Pregnant Women in Northern California (manuscript, to be published).

although several errors and omissions mentioned above suggest that her review of my report was rather superficial.

As a conclusion, Dr. Chang claims: "I conducted a causal analysis of the overall weight of the relevant epidemiological and related scientific literature on fluoride exposure and developmental neurotoxicity, using the generally accepted Bradford Hill considerations and focusing on the higher-quality studies set in Western populations with lower levels of fluoride in drinking water" (p. 9). Again, this analysis is superficial and pays lip service only to Sir Austin's wise advice. The depth of Dr. Chang's analysis is problematic when considering the wealth of evidence and the risks of possible bias that are likely to occur toward the null. Dr. Chang cites Kenneth Rothman's textbook [23] in support for her causal analysis but fails to acknowledge Rothman's prudent criticism of the superficial type of checklist analysis that Dr. Chang relies on in her report. As Rothman has noted, "checklists lend a deceptive kind of mindless authority to an imperfect and creative process" (p.34). I also refer to an excellent review of the causality aspects published in a legal journal [24] that again argues against superficial assessments. As I shall now discuss, Dr. Chang's "causal analysis" is primitive and unbalanced, and her conclusions are biased.

*Strength*: Dr. Chang dismisses the strength of the association between fluoride and IQ on the grounds that a loss of 3 to 5 IQ points is "relatively small in comparison with normal, expected variation" (p. 69). Under this arbitrarily high standard, other well-known neurotoxicants (e.g., lead, methylmercury, arsenic) would fail Dr. Chang's strength criterion. In fact, a similar criticism that was once used to dismiss the epidemiological data on lead and IQ was appropriately rejected [25]. In the context of neurotoxicants, a population-wide loss of 3-to-5 IQ points is very large, and—as explained in my report (p. 38-39)—would produce enormous economic losses on a population level, as also recognized by the EPA. In accordance with the EPA view of preventable IQ deficits, I must disagree with Dr. Chang that the association is small and can be ignored.

*Consistency*: Dr. Chang highlights non-informative findings from studies that made no attempt to measure or investigate prenatal or early postnatal fluoride exposures [3, 4, 9, 26, 27] as contradicting the highly significant findings from the prospective ELEMENT [16] and MIREC [17] birth cohort studies (pp. 70-71). Dr. Chang fails to acknowledge the inappropriate apples-to-oranges nature of this comparison and cites the "mixed" nature of the findings as a basis to conclude that the consistency factor has not been met. Further, Dr. Chang fails to mention that every single prospective birth cohort study to date has found a significant adverse effect of prenatal fluoride exposure on neurodevelopment [16, 17, 28-30]. Moreover, Dr. Chang gives short shrift to the consistent association between fluoride exposure and reduced IQ reported in the cross-sectional studies [2, 31, 32]. I already mentioned how Dr. Chang's misunderstanding of our meta-analysis [2] resulted in an erroneous claim that the reviews did not result in consistent conclusions. Dr. Chang also entirely ignored the findings from occupational studies, as well as the neuropathology data from examinations of fetal brain abnormalities. As I explained in my report, each of these types of studies is consistent with, and provide support for, fluoride being a neurotoxic agent at current levels of exposures.

*Specificity*: As Rothman and others have explained, and as Dr. Chang recognizes, lack of specificity "does not weight against or in favor of a causal conclusion" (p. 74).

*Temporality*: Dr. Chang's assessment of temporality mirrors her assessment of consistency in that she cites the New Zealand studies as contradicting the findings from the ELEMENT and MIREC cohorts. Once again, Dr. Chang fails to acknowledge the absence of prenatal or early postnatal fluoride exposure assessments in the New Zealand studies, nor any of the other shortcomings. Instead, Dr. Chang focuses on non-differential measurement uncertainties of the urinary fluoride data in the ELEMENT and MIREC cohorts to cast doubt on the findings of these studies. As already discussed, however, the imprecision of the urinary fluoride parameters would likely bias the results toward the null, not the reverse. The temporality requirement is thus met with fluoride, as each of the prospective birth cohort studies has found a significant association between early-life exposure to fluoride and the offspring's subsequent performance on neurobehavioral testing. In short, the exposure preceded the effect in these studies, which is what the temporality factor is supposed to assess.

*Biological Gradient*: Dr. Chang dismisses the biological gradient of fluoride's neurotoxicity effects by showing scatterplots from the ELEMENT and MIREC cohorts without the trend lines (pp. 77-81). However, this approach proves little, other than the undisputed fact that there is substantial natural variation in IQ across the population and that an appropriate statistical analysis is needed to extract a reliable estimate of the effect of the toxicant exposure. I am aware that similar scatterplots have been published showing the effects, e.g., of lead and IQ [33], and I believe that such scattering of results would not convince the EPA that lead is not neurotoxic. Dr. Chang also argues that outliers may have distorted the effects seen in the ELEMENT and MIREC cohorts (p. 77-78), without acknowledging that statistical analyses on the impact of exposure outliers have been conducted and that "the results did not change in any meaningful way" [16].

*Plausibility*: Dr. Chang limits her assessment of biologic plausibility to NTP's assessment of learning and memory [34] in animal models, and Dr. Tsuji's expert report (p. 83). In so doing, Dr. Chang completely ignores the large body of animal literature showing adverse neuroanatomical and neurochemical effects from fluoride exposure, as reviewed by the National Research Council (NRC) [35] and by Dr. Thiessen in her report. The NRC concluded that the neuroanatomical and neurochemical effects are sufficient to determine that fluoride interferes with brain function. Since the NRC reached this conclusion in 2006, much additional mechanistic research has been published. Dr. Chang ignores these data in favor of the NTP's narrower assessment, which found a "moderate" level of evidence for adult neurotoxicity, but a "low" level of evidence for developmental effects due largely to fewer studies being available.

I note that Dr. Chang (p. 83) relies on Dr. Tsuji's opinion when reaching her conclusion that there is no convincing evidence of fluoride neurotoxicity from experimental toxicology studies. I would rather rely on the conclusions drawn by the EPA's own experts on developmental neurotoxicity, including internationally recognized scientists such as William R. Mundy and Kevin M. Crofton [36]. These experts recently considered fluoride to be a chemical with substantial evidence of developmental neurotoxicity. I thus stand by the conclusion in my report that the animal data provide biologic plausibility for fluoride being a developmental neurotoxicant in humans.

*Coherence*: Dr. Chang dismisses the coherence of fluoridated water reducing IQ on the grounds that IQ scores in US children steadily improved throughout the 20th century (the

12

so-called "Flynn Effect") (p. 83-84). Dr. Chang even goes so far as to suggest that fluoridation may be responsible for the increased scores, although noting that the "pattern cannot be attributed with *certainty* to a beneficial effect of artificial drinking water fluoridation" (p. 84). That Dr. Chang would make this suggestion (in the absence of any reliable epidemiologic data to support it) highlights the relaxed evidentiary standards that Dr. Chang uses for data that supports her sponsor's position. Under Dr. Chang's simplistic framework, leaded gasoline could not have reduced IQ, as it was introduced in the early part of the 20th century and IQ scores continued to increase during the entire duration of its use. It is well accepted, however, that low-level lead exposure reduces IQ, and thus the Flynn Effect argument—while perhaps superficially appealing—does not demonstrate "incoherence." Rather, Dr. Chang's argument is not coherent with the science.

Dr. Chang fails to consider other considerations relevant to coherence, including the association between neonatal fluoride exposure mediated by infant formula feeding and reduced IQ [1], as further discussed below. While the studies prior to the recent Canadian analysis did not consider the potential role of neonatal fluoride exposure, formula feeding is well established to increase a baby's fluoride exposure, even in areas without fluoridated water [37, 38]. Although other factors are of likely importance, the relationship between formula-feeding and reduced IQ is coherent with maternal fluoride exposure during pregnancy being associated with a lowered IQ in the child. In this perspective, Dr. Chang's highlight of the Flynn effect is arbitrary and constitutes cherry picking for the purpose of rejecting coherence.

*Experiment*: Dr. Chang ignores the NRC's observation [35] that case reports of fluoride toxicity constitute "experimental studies" of neurologic symptomatology following fluoride exposure (NRC report, p. 208). The case reports involve "one or more individuals who underwent withdrawal from their source of fluoride exposure and subsequent re-exposures under 'blind' conditions" [35]. In most cases, the symptoms (which included lethargy, weakness, and impaired ability to concentrate) "disappeared with the elimination of exposure to fluoride and returned when exposure was reinstated". Although experimental support is not a crucial criterion [24], the existence of such support should not be missed in a systematic assessment.

*Analogy*: I agree with Dr. Chang that "analogies can be drawn to other naturally occurring elements, especially certain metals" like lead. As discussed above, many of the exaggerated criteria that she uses to reject a causal relationship between fluoridated water and IQ could be equally used to erroneously dismiss the causal relationship between low-level lead exposure and IQ.

Overall, Dr. Chang's opinions and her review of the evidence is not at an appropriate academic level for me to consider revising my own opinions, as written in my report from June. As discussed above, an appropriate and systematic assessment of the Bradford Hill guidelines supports, rather than refutes, the causal relationship between elevated fluoride exposure and adverse effects on brain development.

13

### III. SUPPLEMENTARY REPORT

I shall now discuss recent evidence that has now become available.

### A.    New data on infant fluoride exposure and IQ

In addition to the MIREC report that related childhood IQ to the maternal urine-fluoride excretion and the maternal fluoride intake during pregnancy [17], I have obtained access to an additional report that focuses on the infancy exposure to fluoride from formula prepared with community water [1]. This postnatal source is important, as very little fluoride passes into breast milk [39], thereby protecting breastfed infants from excess fluoride. Given that the brain remains highly vulnerable to neurotoxicants neonatally [40], as amply illustrated by lead [41], the MIREC study was utilized to extract data on infant exposures from formula. The families resided in both fluoridated or non-fluoridated cities in Canada, and data were obtained on 398 mother-child pairs. Again, IQ scores were obtained by the WISC at 3 to 4 years of age. Statistical models included fluoride exposure assessed in infancy with adjustment for major covariates, including child's sex and age, maternal education, maternal race, second-hand smoke in the home, and quality of the child's home (HOME scale); sensitivity analyses also included prenatal exposure. An increase in fluoride concentration in the community water by 0.5 mg/L was associated with significant decrements in full-scale IQ, as indicated by the regression coefficients (B) with 95% confidence intervals (CI) (B=-4.4, 95% CI: -8.34, -0.46) and in performance IQ (B=9.3, 95% CI: -13.77, -4.76) in formula-fed children. Among breastfed children, the fluoride exposure predicted a lower performance IQ only (B=-6.19, 95% CI:-10.45, -1.94). The associations with water fluoride concentration remained significant for the performance IQ after controlling for prenatal fluoride exposure among both formula-fed (B=-7.93, 95% CI:-12.84, -3.01) and breastfed children (B=-6.30, 95% CI: -10.92, -1.68). No tendencies were seen with verbal IQ.

This study extends the documentation on human developmental neurotoxicity at elevated fluoride exposure, as seen in communities with fluoridated drinking water, and it documents the risk within a narrow time window of the first six months postnatally. Thus, while there is ample support for developmental fluoride neurotoxicity in humans, the recent studies specifically point to exposures during early brain development being of the greatest concern, as would also be considered most plausible, as explained in my report (pp. 6-8) This new evidence therefore adds further support to my conclusions.

### B.    New data on fluoride and ADHD in Canada

Although I didn't specifically focus on Attention Deficit Hyperactivity Disorder (ADHD) in my report, Dr. Chang criticizes the evidence on ADHD as an indicator of neurodevelopmental abnormalities (e.g., p. 56). An ecological study found a higher prevalence in areas with water fluoridation among youth in the United States [7], although this association was not robust (to altitude adjustment). Further support derives from the ELEMENT prospective study that focused on symptoms of inattention and total ADHD scores at ages 6 to 12 years [30]. However, when using data from the Canadian Health Measures Survey (CHMS), no association was found between urinary fluoride and learning disability in children at ages 3 to 12 years [26].

14

A more sophisticated study has now been completed.[15] The researchers used cross-sectional data at ages 6 to 17 years from the CHMS. Community water and spot urine samples were analyzed for fluoride concentrations and the latter was adjusted for specific gravity. Regression analyses were carried out to test the association with ADHD diagnosis and the hyperactivity/inattention score on the Strengths and Difficulties Questionnaire (SDQ). After adjustment for covariates, including lead exposure, fluoridation of the home water supply increased the risk of an ADHD diagnosis, and an increase in water-fluoride by 1 mg/L was associated with a (statistically significant) 6-fold higher odds of an ADHD diagnosis in the 710 children known to rely on community water, although this association was not replicated using urine concentrations. Similar tendencies were seen for the SDQ data, especially among the older youth (not covered by the previous study [26]). Relying on improved individual exposure data and more specific outcomes in adolescents, this new study provides more weight to the evidence of fluoride neurotoxicity assessed by other means than IQ testing.

## C.    New data on Western fluoride exposures

Subsequent to finishing my initial report, ELEMENT researchers have published a new study that provides data on the fluoride exposures from water and food products in Mexico City [42]. The study found that the average concentration of fluoride in tap water in Mexico City was 0.17 ppm, while the average concentration in bottled water was 0.14 ppm. The study thus confirmed that drinking water provides a negligible contribution to fluoride exposure in the Mexico City population. In her report, Dr. Chang notes that "The Mexico City studies did not measure fluoride concentrations in drinking water, but the authors stated that natural levels may range from 0.15 to 1.38 mg/L" (p. 50). While the new study found some higher fluoride concentrations in food than in the U.S., this finding is consistent with Mexico's use of fluoridated salt. Thus, this information supports the validity of the ELEMENT studies [16, 30] and rebuffs a critique that Dr. Chang has raised.

I am also aware of recent fluoride exposure assessments carried out in California.[16] In pregnant women, fluoride concentrations in urine and serum were significantly higher in pregnant women living in optimally fluoridated communities, as compared with communities with lower fluoride concentrations in their drinking water, and the same was true for amniotic fluoride concentrations, thus confirming the transplacental passage of fluoride. Overall the maternal urinary fluoride concentrations were similar to those reported from Canada [43].

## D.    Benchmark dose calculations from the most recent human data

Now that the MIREC cohort study in Canada has been accepted for publication, I have obtained a copy of the final manuscript, which was already referred to by Dr. Chang. Within the cohort, a subset of 601 of the children were examined at age 3-4 years by an IQ scale,

---

[15] Riddell JK et al. Association of water fluoride and urinary fluoride concentrations with Attention Deficit Hyperactivity Disorder in Canadian Youth (manuscript, to be published).

[16] Uyghurturk, op.cit.

slightly less than half of the children residing in fluoridated communities [17]. Maternal urine spot samples were obtained from each of the three semesters of pregnancy, and results were analyzed for those 526 mother-child pairs. Information was obtained on food and beverage intakes, including tea. Proper covariate adjustment was included. The regression analyses showed that an increase in maternal urine-fluoride (U-F) of 1 mg/L was associated with a statistically significant loss in IQ of 4.49 points in boys, though not in girls. An increase of 1 mg/L of fluoride in water and an increase of 1 mg/day of fluoride intake were associated with an IQ loss of 5.3 points and 3.66 points, respectively, for both boys and girls.

Under the assumption of a Gaussian distribution, the reported regression coefficients and their standard deviations can be applied to estimate approximate BMD values. In my report (p. 39), I already provided the results obtained on the basis of the ELEMENT study results [16]. I am now able to provide benchmark results for the additional North American prospective study using IQ as the outcome in regard to the major exposure parameters. As in my previous report (p. 38), I have chosen a loss of 1 IQ point as the benchmark response, in agreement with previous EPA decisions.

*Table. Benchmark dose results (mg/L urine adjusted for creatinine, or mg estimated daily intake) obtained from recent study results on IQ [16, 17].*

| Study | Reference | Exposure | Sex | BMD | BMDL |
|-------|-----------|----------|-----|-----|------|
| ELEMENT | [16] | Maternal U-F | Both sexes | 0.20 | 0.13 |
| MIREC | [17] | Maternal U-F | Both sexes | 0.51 | 0.21 |
| | | Maternal U-F | Boys | 0.22 | 0.13 |
| | | Maternal U-F | Girls | (−) | 0.58 |
| | | Maternal F intake | Both sexes | 0.27 | 0.15 |

As shown in the above *table*, the prenatal BMD for girls is not defined, but the BMDL is still meaningful and is, as expected, higher than the other estimates obtained. Overall, the results derived from the two studies and based on relevant exposure parameters are comparable. Of note, the below BMDL values are well below average exposure levels in North America, especially in communities with drinking water fluoridation [43].

Typically, the EPA uses the BMDL to calculate a Reference Dose (RfD) by dividing by an assessment (or uncertainty) factor, where the default value is 10. Assuming an average BMDL of about 0.2 mg/L, or 0.2 mg/day, the RfD would likely be 0.02, i.e., very much below current exposure levels, especially in fluoridated communities. As benchmark dose calculations constitute a routine approach applied by the EPA [44], these calculations provide a basis for comparing the dose-dependent risk of cognitive deficits with current exposure levels, whether due to artificial fluoridation or elevated fluoride release to the groundwater from minerals in the underground.

In her published arsenic review [19], Dr. Chang dismissed all cross-sectional studies on developmental arsenic exposure and neurobehavioral deficits in children, but accepted the prospective study carried out in Bangladesh [22]. In accepting this study for her purpose, Dr.

16

Chang required that the study was a prospective birth cohort study, that 1 to 3 measurements of the chemical were available to evaluate prenatal exposure, while complete adjustment for confounding was considered unnecessary (the arsenic study did not control, e.g., for fluoride). Although the Bangladeshi study was large, the fluoride evidence available includes results from separate cohorts in Mexico and Canada that satisfy the same criteria. However, the arsenic exposure in Bangladesh was substantially greater than exposures in the U.S., while that is not the case in regard to the recent prospective fluoride studies. My calculations of benchmark values for fluoride are therefore in accordance with the criteria that Dr. Chang has previously used when generating benchmark calculations for arsenic.

## IV. CITED PUBLICATIONS

1.   Till C, Green R, Flora D, Hornung R, Martinez-Mier A, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B: Fluoride Exposure from Infant Formula and Child IQ in a Canadian Birth Cohort (manuscript). 2019 (in review).
2.   Choi AL, Sun G, Zhang Y, Grandjean P: Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect* 2012, 120(10):1362-1368.
3.   Spittle B, Ferguson, D., Bouwer, C.: Intelligence and fluoride exposure in New Zealand children (abstract). *Fluoride* 1998, 31(3):S13.
4.   Shannon FT, Fergusson DM, Horwood LJ: Exposure to fluoridated public water supplies and child health and behaviour. *NZ Med J* 1986, 99(803):416-418.
5.   Iheozor-Ejiofor Z, Worthington HV, Walsh T, O'Malley L, Clarkson JE, Macey R, Alam R, Tugwell P, Welch V, Glenny AM: Water fluoridation for the prevention of dental caries. *Cochrane Database Syst Rev* 2015(6):CD010856.
6.   Perrott KW: Fluoridation and attention deficit hyperactivity disorder - a critique of Malin and Till (2015). *Br Dent J* 2018, 223(11):819-822.
7.   Malin AJ, Till C: Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. *Environ Health* 2015, 14:17.
8.   Grandjean P, Choi AL: Community water fluoridation and intelligence. *Am J Public Health* 2015, 105(4):e3.
9.   Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, Poulton R: Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. *Am J Public Health* 2015, 105(1):72-76.
10.  Choi AL, Grandjean P, Sun G, Zhang Y: Developmental fluoride neurotoxicity: Choi et al. Respond. *Environ Health Perspect* 2013, 121(3):A70.
11.  Carroll RJ: Measurement error in epidemiologic studies. In: *Encyclopedia of biostatistics.* Edited by Armitage P, Colton T. Chichester: Wiley; 1998: 2491-2519.
12.  Grandjean P, Budtz-Jorgensen E: Total imprecision of exposure biomarkers: implications for calculating exposure limits. *Am J Ind Med* 2007, 50(10):712-719.
13.  Grandjean P, Budtz-Jorgensen E: An ignored risk factor in toxicology: The total imprecision of exposure assessment. *Pure Appl Chem* 2010, 82(2):383-391.
14.  Carroll RJ: Measurement error in nonlinear models : a modern perspective, 2nd edn. Boca Raton, FL: Chapman & Hall/CRC; 2006.

15. Budtz-Jorgensen E, Keiding N, Grandjean P, Weihe P, White RF: Consequences of exposure measurement error for confounder identification in environmental epidemiology. *Stat Med* 2003, 22(19):3089-3100.

16. Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z *et al*: Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. *Environ Health Perspect* 2017, 125(9):097017.

17. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Neufeld R, Ayotte P, Muckle G, Till C: Fluoride exposure during fetal development and intellectual abilities in a Canadian birth cohort. *JAMA Pediatrcs* 2019 (in press).

18. Chang ET, Adami HO, Boffetta P, Wedner HJ, Mandel JS: A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. *Crit Rev Toxicol* 2016, 46(4):279-331.

19. Tsuji JS, Garry MR, Perez V, Chang ET: Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. *Toxicology* 2015, 337:91-107.

20. Ioannidis JP: Why most published research findings are false. *PLoS Med* 2005, 2(8):e124.

21. Ioannidis JPA: All science should inform policy and regulation. *PLoS Med* 2018, 15(5):e1002576.

22. Hamadani JD, Tofail F, Nermell B, Gardner R, Shiraji S, Bottai M, Arifeen SE, Huda SN, Vahter M: Critical windows of exposure for arsenic-associated impairment of cognitive function in pre-school girls and boys: a population-based cohort study. *Int J Epidemiol* 2011, 40(6):1593-1604.

23. Rothman KJ, Greenland S, Lash TL: Modern epidemiology, 3rd edn. Philadelphia: Lippincott-Raven; 2012.

24. Neutra RR, Cranor, C. F., Gee, D.: The Use and Misuse of Bradford Hill in U.S. Tort Law. *Jurimetrics* 2018, 58(2):127-162.

25. Needleman HL, Bellinger D: Studies of lead exposure and the developing central nervous system: a reply to Kaufman. *Arch Clin Neuropsychol* 2001, 16(4):359-374.

26. Barberio AM, Quinonez C, Hosein FS, McLaren L: Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. *Can J Public Health* 2017, 108(3):e229-e239.

27. Morgan L, Allred E, Tavares M, Bellinger D, Needleman H: Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. *Pediatr Dent* 1998, 20(4):244-252.

28. Chang A, Shi Y, Sun H, Zhang L: Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coal-burning fluorosis. *Chinese Journal of Control of Endemic Diseases* 2017, 32(8):872-873.

29. Valdez Jimenez L, Lopez Guzman OD, Cervantes Flores M, Costilla-Salazar R, Calderon Hernandez J, Alcaraz Contreras Y, Rocha-Amador DO: In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology* 2017, 59:65-70.

30. Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L *et al*: Prenatal fluoride exposure and attention deficit

hyperactivity disorder (ADHD) symptoms in children at 6-12years of age in Mexico City. *Environ Int* 2018, 121(Pt 1):658-666.

31. Duan Q, Jiao J, Chen X, Wang X: Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. *Public Health* 2018, 154:87-97.

32. Tang Q, Du J, Ma H, Jiang S, Zhou X: Fluoride and children's intelligence: a meta-analysis. *Bio Trace Elem Res* 2008, 126:115-120.

33. Rothenberg SJ, Rothenberg JC: Testing the dose-response specification in epidemiology: public health and policy consequences for lead. *Environ Health Perspect* 2005, 113(9):1190-1195.

34. National Toxicology Program (NTP): Systematic literature review on the effects of fluoride on learning and memory in animal studies. Research Triangle Park, NC: National Institute of Environmental Health Sciences; 2016.

35. National Research Council: Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, D.C.: National Academy Press; 2006.

36. Mundy WR, Padilla S, Breier JM, Crofton KM, Gilbert ME, Herr DW, Jensen KF, Radio NM, Raffaele KC, Schumacher K *et al*: Expanding the test set: Chemicals with potential to disrupt mammalian brain development. *Neurotoxicol Teratol* 2015, 52(Pt A):25-35.

37. Harriehausen CX, Dosani FZ, Chiquet BT, Barratt MS, Quock RL: Fluoride Intake of Infants from Formula. *J Clin Pediatr Dent* 2019, 43(1):34-41.

38. Zohoori FV, Omid N, Sanderson RA, Valentine RA, Maguire A: Fluoride retention in infants living in fluoridated and non-fluoridated areas: effects of weaning. *Br J Nutr* 2019, 121(1):74-81.

39. Ekstrand J, Boreus LO, de Chateau P: No evidence of transfer of fluoride from plasma to breast milk. *Br Med J (Clin Res Ed)* 1981, 283(6294):761-762.

40. Grandjean P: Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press; 2013.

41. Needleman HL: What can the study of lead teach us about other toxicants? *Environ Health Perspect* 1990, 86:183-189.

42. Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Tellez-Rojo MM, Martinez-Mier EA: Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. *Food Nutr Bull* 2019:379572119858486.

43. Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B: Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. *Environ Health Perspect* 2018, 126(10):107001.

44. U.S. Environmental Protection Agency (U.S. EPA): Benchmark dose technical guidance. Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency; 2012.

# Exhibit 24

Exhibit 335
P. Grandjean, MD
Sept. 13, 2019
N. Martin-Reporter
Veritext Legal
Solutions

**Review**



# Neurobehavioural effects of developmental toxicity

*Philippe Grandjean, Philip J Landrigan*

*Lancet Neurol* 2014; 13: 330–38

Published Online
February 15, 2014
http://dx.doi.org/10.1016/
S1474-4422(13)70278-3

Department of Environmental
Medicine, University of
Southern Denmark, Odense,
Denmark (P Grandjean MD);
Department of Environmental
Health, Harvard School of
Public Health, Boston, MA, USA
(P Grandjean); and Icahn School
of Medicine at Mount Sinai,
New York, NY, USA
(P J Landrigan MD)

Correspondence to:
Dr Philippe Grandjean,
Environmental and Occupational
Medicine and Epidemiology,
Harvard School of Public Health,
401 Park Drive E-110, Boston,
MA 02215, USA
pgrand@hsph.harvard.edu

Neurodevelopmental disabilities, including autism, attention-deficit hyperactivity disorder, dyslexia, and other cognitive impairments, affect millions of children worldwide, and some diagnoses seem to be increasing in frequency. Industrial chemicals that injure the developing brain are among the known causes for this rise in prevalence. In 2006, we did a systematic review and identified five industrial chemicals as developmental neurotoxicants: lead, methylmercury, polychlorinated biphenyls, arsenic, and toluene. Since 2006, epidemiological studies have documented six additional developmental neurotoxicants—manganese, fluoride, chlorpyrifos, dichlorodiphenyltrichloroethane, tetrachloroethylene, and the polybrominated diphenyl ethers. We postulate that even more neurotoxicants remain undiscovered. To control the pandemic of developmental neurotoxicity, we propose a global prevention strategy. Untested chemicals should not be presumed to be safe to brain development, and chemicals in existing use and all new chemicals must therefore be tested for developmental neurotoxicity. To coordinate these efforts and to accelerate translation of science into prevention, we propose the urgent formation of a new international clearinghouse.

## Introduction

Disorders of neurobehavioural development affect 10–15% of all births,[1] and prevalence rates of autism spectrum disorder and attention-deficit hyperactivity disorder seem to be increasing worldwide.[2] Subclinical decrements in brain function are even more common than these neurobehavioural developmental disorders. All these disabilities can have severe consequences[3]—they diminish quality of life, reduce academic achievement, and disturb behaviour, with profound consequences for the welfare and productivity of entire societies.[4]

The root causes of the present global pandemic of neurodevelopmental disorders are only partly understood. Although genetic factors have a role,[5] they cannot explain recent increases in reported prevalence, and none of the genes discovered so far seem to be responsible for more than a small proportion of cases.[5] Overall, genetic factors seem to account for no more than perhaps 30–40% of all cases of neurodevelopmental disorders. Thus, non-genetic, environmental exposures are involved in causation, in some cases probably by interacting with genetically inherited predispositions.

Strong evidence exists that industrial chemicals widely disseminated in the environment are important contributors to what we have called the global, silent pandemic of neurodevelopmental toxicity.[6,7] The developing human brain is uniquely vulnerable to toxic chemical exposures, and major windows of developmental vulnerability occur in utero and during infancy and early childhood.[8] During these sensitive life stages, chemicals can cause permanent brain injury at low levels of exposure that would have little or no adverse effect in an adult.

In 2006, we did a systematic review of the published clinical and epidemiological studies into the neurotoxicity of industrial chemicals, with a focus on developmental neurotoxicity.[6] We identified five industrial chemicals that could be reliably classified as developmental neurotoxicants: lead, methylmercury, arsenic, polychlorinated biphenyls, and toluene. We also noted 201 chemicals that had been reported to cause injury

to the nervous system in adults, mostly in connection with occupational exposures, poisoning incidents, or suicide attempts. Additionally, more than 1000 chemicals have been reported to be neurotoxic in animals in laboratory studies.

We noted that recognition of the risks of industrial chemicals to brain development has historically needed decades of research and scrutiny, as shown in the cases of lead and methylmercury.[9,10] In most cases, discovery began with clinical diagnosis of poisoning in workers and episodes of high-dose exposure. More sophisticated epidemiological studies typically began only much later. Results from such studies documented developmental neurotoxicity at much lower exposure levels than had previously been thought to be safe. Thus, recognition of widespread subclinical toxicity often did not occur until decades after the initial evidence of neurotoxicity. A recurring theme was that early warnings of subclinical neurotoxicity were often ignored or even dismissed.[11] David P Rall, former Director of the US National Institute of Environmental Health Sciences, once noted that "if thalidomide had caused a ten-point loss of intelligence quotient (IQ) instead of obvious birth defects of the limbs, it would probably still be on the market".[12] Many industrial chemicals marketed at present probably cause IQ deficits of far fewer than ten points and have therefore eluded detection so far, but their combined effects could have enormous consequences.

In our 2006 review,[6] we expressed concern that additional developmental neurotoxicants might lurk undiscovered among the 201 chemicals then known to be neurotoxic to adult human beings and among the many thousands of pesticides, solvents, and other industrial chemicals in widespread use that had never been tested for neurodevelopmental toxicity. Since our previous review, new data have emerged about the vulnerability of the developing brain and the neurotoxicity of industrial chemicals. Particularly important new evidence derives from prospective epidemiological birth cohort studies.

In this Review, we consider recent information about the developmental neurotoxicity of industrial chemicals

# **Exhibit 25**



United States
Environmental Protection
Agency

National Institute of
Environmental Health Sciences

# NIEHS/EPA CHILDREN'S ENVIRONMENTAL HEALTH AND DISEASE PREVENTION RESEARCH CENTERS

**IMPACT REPORT**

## PROTECTING CHILDREN'S HEALTH WHERE THEY LIVE, LEARN, AND PLAY

EPA/600/R-17/407

# Children's Health Matters



**35%** The number of children diagnosed with leukemia has increased by **35%** over the past 40 years.[1]

**8.4%** **8.4%** of children in the U.S. have asthma.[2]

**1 in 42** 8-year-old boys have autism.[3]

## Children in the U.S. are at high risk for chronic disease
This may be a result of increasing exposures to environmental toxicants.



Approximately **16,000** premature births per year in the U.S. are attributable to air pollution.[4]

Children in **4 million** U.S. households may be exposed to high levels of lead.[5]

**60%** of acute respiratory infections in children worldwide are related to environmental conditions.[6]

Genetics were once thought to contribute **90%** to autism, but are now thought to only contribute **41-56%** in boys and **13-16%** in girls.

**The role of environmental factors in autism is greater than previously thought.**[7]

Air pollution contributes to **600,000** deaths worldwide in children under 5 years old.[8]

2

# Children are uniquely vulnerable to environmental risks

**Biology.** Children's brains, lungs, immune, and other systems are rapidly developing. Their natural defenses are less developed than adults; skin and blood–brain barriers are more permeable, and metabolic and detoxification pathways are not yet fully developed.

**Behavior.** Children's behavior patterns make them more susceptible to exposure. They crawl and play close to the ground, putting them in contact with dirt and dust. They put their hands, toys, and other objects in their mouths. They eat, drink, and breathe more than adults relative to body mass.

# Children's environmental health has a significant impact on society



**$76.6 Billion**
Annual cost of environmentally related diseases in U.S. children.[10]

**Diseases**

**$833,000**
Total cost for one child with cancer (medical costs and lost parental wages).[11]

**Cancer**

**$2.2 Billion**
Annual cost of childhood asthma that could be attributed to environmental factors.[10]

**Asthma**

**Autism**

**$1.4 – 2.4 Million**
Lifetime cost of supporting one person with autism.[12]

**IQ**

**$11,500 – $15,600**
Lifetime earnings lost as a result of the loss of one IQ point.[9]

Environmental exposures in the earliest stages of human development – including before birth – influence the occurrence of disease later in life. Improving the understanding of these **developmental origins of health and disease** is critical to reducing children's health risks and improving the quality of life for children and their families.

3

# ACKNOWLEDGMENTS

To the Children's Centers investigators, listed on the right – thank you! Research takes time and all the findings documented in this report are a result of your unrelenting perseverance. Thank you for investing your careers and ingenuity to change the landscape of children's environmental health. Thank you, also, for your significant contributions to this document. It has been awe-inspiring to watch you paint a picture that represents the extensive impact of your work.

I am indebted to Hayley Aja (EPA Student Contractor) and Emily Szwiec (Association of Schools and Programs of Public Health/EPA) who made tremendous contributions to the report with passion, dedication, and determination as both authors and reviewers. I am truly grateful to Patrick Lau for his support, expertise, and drive for excellence. The continued support and guidance from the EPA communications staff, including Kelly Widener, Pradnya Bhandari, Aaron Ferster, and Annie Kadeli were instrumental in preparing this report.

Kimberly Gray (NIEHS) has been a constant and determined partner in documenting the success of the Children's Centers program and this report would not be possible without her contributions. Additional support from NIEHS was provided by Christie Drew, Virginia Guidry, and Anne Thompson.

The development of this report also benefited from the invaluable comments of more than 20 EPA staff across the Agency (listed in Appendix A). Valuable input and constructive recommendations from Martha Berger and the EPA Office of Children's Health Protection, as well as the Children's Health Protection Advisory Committee, provided essential guidance on increasing the impact of the report.

Finally, sincere thanks to the individuals that make this research possible. The American people who have entrusted us to discover ways to better protect our children; the diligent staff in grants, financial, and legal offices at EPA, NIEHS, and the funded institutions; those who have organized and participated in peer reviews; the research support staff at the centers; and the children and parents who invest their time to participate in this research.

Over the last two decades, this program has been skillfully managed by various EPA and NIEHS staff — It has been my privilege to capture a snapshot of the impact of this program. With sincere gratitude,

Nica Louie
Project Officer, Children's Centers program
NCER, ORD, EPA

## CHILDREN'S CENTERS INVESTIGATORS WHO CONTRIBUTED TO THIS REPORT

**Cincinnati:** Bruce Lanphear, Kimberly Yolton

**Columbia University:** Frederica Perera, Kimberly Burke, Brittany Shea

**Dartmouth College:** Margaret Karagas, Carolyn Murray

**Denver:** Andrew Liu

**Duke University:** Susan Murphy, Ed Levin, Jamie Wylie

**Emory University:** Linda McCauley, P. Barry Ryan, Nathan Mutic

**The Johns Hopkins University:** Greg Diette, Nadia Hansel

**Northeastern University:** Akram Alshawabkeh

**UC Berkeley (CERCH):** Brenda Eskenazi, Asa Bradman, Kim Harley, Nina Holland, Karen Huen, James Nolan

**UC Berkeley (CIRCLE):** Catherine Metayer, Stephen Rappaport, Mark Miller, John Nides, Joseph Wiemels, Todd Whitehead

**UC Berkeley/Stanford University:** Katharine S. Hammond, Jennifer Mann, Kari Nadeau, Mary Prunicki, Deborah Hussey Freeland

**UC Davis:** Judy Van de Water, Isaac Pessah, Irva Hertz-Picciotto

**UC San Francisco:** Tracey Woodruff, Patrice Sutton, Erin DeMicco

**University of Illinois:** Susan Schantz, Jodi Flaws

**University of Michigan:** Karen Peterson, Vasantha Padmanabhan, Robin Lee, Dana Dolinoy, Jaclyn Goodrich, Deborah Watkins, Brisa Sanchez, Wei Perng

**University of Southern California:** Rob McConnell, Andrea Hricko, John Froines

**University of Washington:** Elaine Faustman, Marissa Smith

5

# CONTENTS

## CHILDREN'S HEALTH MATTERS 2

### EXECUTIVE SUMMARY 8
In just a few pages, learn about the history of the Children's Centers, their unique research, and their groundbreaking work.

### COMMONLY USED ACRONYMS 16

### CENTER NAMES AND AFFILIATIONS 16
A list to help cross-reference center names and affiliations.

### READING GUIDE 17
How to navigate through this report, whether you need a simple overview or a more in-depth look at the science.

## HEALTH OUTCOMES 18

### ASTHMA 20
Examples of how exposures in different locations such as near roadways or in rural settings could make asthma symptoms worse.

### BIRTH OUTCOMES 22
Mothers exposed to some environmental chemicals while pregnant may be at higher risk for babies with preterm birth, low birth weight, and birth defects.

### CANCER 24
The sharp increase in childhood leukemia over the past 40 years may be due to environmental exposures.

### IMMUNE FUNCTION 26
Environmental exposures can interfere with the function and regulation of the immune system, causing other health problems such as altered neurodevelopment and cancer.

### NEURODEVELOPMENT: GENERAL 28
Exposures to environmental chemicals before birth and during childhood can have detrimental effects on learning, attention, memory, and behavior.

### NEURODEVELOPMENT: AUTISM SPECTRUM DISORDER 30
The rates of autism have risen in recent years. Find out the role of prenatal and parental environmental exposures in urban or rural settings.

### OBESITY 32
Environmental toxicants may play an important role in obesity. Findings to-date focus on refining methods for measuring obesity.

### REPRODUCTIVE DEVELOPMENT 35
Exposure to environmental chemicals can affect the timing of puberty for boys and girls.

## ENVIRONMENTAL EXPOSURES 36

### AIR POLLUTION 38
Learn how kids' respiratory health is affected by air pollutants.

### ARSENIC 42
Learn about prenatal exposures to arsenic and impact on fetal growth. Rice-based products and drinking water may also be a source of arsenic exposure.

### CONSUMER PRODUCTS
Every day we use a variety of products that expose us to chemicals that may affect child development.

### CONSUMER PRODUCTS: BPA 44
Found in toys, baby bottles, and water bottles, bisphenol A (BPA) can impact obesity and reproductive development.

### CONSUMER PRODUCTS: PBDEs 46
Used as flame retardants in furniture and other products, polybrominated diphenyl ethers (PBDEs) can impair neurodevelopment.

### CONSUMER PRODUCTS: PHTHALATES 48
Exposure to phthalates from shampoo, perfumes, and makeup can affect neurodevelopment and reproductive health.

### LEAD 50
While lead levels have greatly decreased, many children are still at risk. Lead exposure impacts brain structure and function, contributes to ADHD, and can diminish school performance.

### PESTICIDES 52
Kids are especially susceptible to pesticides, and exposure before birth or during childhood may result in ADHD, lowered IQ, and other neurodevelopmental disorders.

### SECONDHAND TOBACCO SMOKE 56
Learn about how both maternal and paternal smoking before conception and during pregnancy can cause asthma, cancer, and neurodevelopmental effects.



# HALLMARK FEATURES 58

## APPENDICES

### COMMUNITY OUTREACH AND RESEARCH TRANSLATION 60
The Children's Centers have empowered communities by successfully translating scientific findings into actionable solutions.

### EXPOSURE ASSESSMENT 64
New methods that more precisely measure the environmental exposures for both mothers and children.

### INTERDISCIPLINARY APPROACHES 66
Examples of how leveraging the unique expertise of many fields to conduct research provides evidence to protect our children.

### NEW METHODS AND TECHNOLOGIES 68
Learn about the pioneering new approaches and technologies used to advance the field of children's environmental health.

### POPULATION-BASED STUDIES 70
Studies that start before birth and follow children up to young adulthood are invaluable for tracking the effects of exposures over time.

### RODENT MODELS 72
Examples of how animal models inform epidemiological studies to help explain the effects of exposure and reduce the burden of disease.

### SAMPLE REPOSITORY 74
The collection and storage of biological and environmental samples enable us to answer questions about exposures over long periods of time.

INDEX 77

REFERENCES 80

CHILDREN'S HEALTH MATTERS 80

HEALTH OUTCOMES 81

ENVIRONMENTAL EXPOSURES 90

HALLMARK FEATURES 101

### APPENDIX A — LIST OF EPA REVIEWERS 107
List of EPA staff who provided comments and recommendations for this report.

### APPENDIX B — SUMMARY OF THE CHILDREN'S CENTERS 108
List of the current and previously funded Children's Centers, including environmental exposures and health outcomes studied by each center.

# EXECUTIVE SUMMARY

Environmental exposures in the earliest stages of human development—including before birth—influence the occurrence of disease later in life. Since 1997, the U.S. Environmental Protection Agency (EPA) and the National Institute of Environmental Health Sciences (NIEHS) have partnered to investigate new frontiers in the field of children's environmental health research by supporting research devoted to children's environmental health and disease prevention. EPA funding has been provided under the Science to Achieve Results (STAR) grant program. STAR funds research on the environmental and public health effects of air quality, environmental changes, water quality and quantity, hazardous waste, toxic substances, and pesticides.



The Children's Environmental Health and Disease Prevention Research Centers (Children's Centers) program was established through this unique partnership, and continues to be successful in protecting children's health. **46 grants** have been awarded to **24 centers** through a highly competitive process.

**EPA and NIEHS have together invested more than $300 million in the Children's Centers program to expand our knowledge on the exposures and health outcomes.** The partnership has led to tangible results in communities across the country.

This impact report highlights some of the progress the Children's Centers have made toward reducing the burden of environmentally induced or exacerbated diseases placed on children.

## EXECUTIVE ORDER 13045 — PROTECTION OF CHILDREN FROM ENVIRONMENTAL HEALTH RISKS

Signed in 1997, this Executive Order requires federal agencies to ensure their policies, standards, and programs account for any disproportionate risks children might experience.[14] With this incentive, EPA and NIEHS executed a memorandum of understanding to jointly fund and oversee a new and impactful research grant program focused on children's health.

# Exemplifying the value of partnerships between federal agencies

# Approaching the challenge of studying children's environmental health with a unique perspective



Many Children's Centers follow children from preconception through childhood, enabling a deeper understanding of the effects of environmental exposures on childhood diseases. This approach has also allowed for the collection of biological samples over time. These archives of biological samples serve as a resource for the future and provide critical information on the prenatal and childhood determinants of adult disease.



Determining what chemical exposures are toxic to children requires a variety of research approaches. Each center consists of three to four unique but integrated research projects related to the center's theme. Children's Centers are supported by cores that provide infrastructure, services, and resources to the research projects to help them meet their long-term goals. Each center is structured with at least two cores: one that coordinates and integrates center activities, and one that engages with the community and translates scientific findings. A coordinated interrelationship exists between the projects and cores that combine to form a cohesive center with a common theme.

### WANT TO LEARN MORE?

If you are interested in what makes the Children's Centers program unique, see the **Hallmark Features** section.

The Children's Centers examine pressing questions with a wide-angle lens, not allowing the boundaries of any particular field to restrict, define, or determine the array of possible approaches. They bring together experts from many fields, including clinicians, researchers, engineers, social scientists, and others. Relying on a diverse set of disciplines has helped the centers successfully bridge the gap between environmental exposures and health outcomes.



A Children's Center is not a pediatric clinic or a physical building — it is the name used to describe a research program investigating the impact of environmental exposures on children's health. Investigators may be located in one building or at one university, however many centers are located across campuses in one or more partnering institutions.

9



## POPULATION—BASED STUDIES

## BACKGROUND

Cohort studies follow a designated study population over time to establish risk factors for disease. Prospective cohort studies that are designed to follow children from before birth into adolescence or adulthood can provide critical information on prenatal and early childhood determinants of adult disease. The plasticity of the brain during puberty is the same as the first three months of life, and it is important to observe children during both these phases of development. Many Children's Centers have initiated large observational, prospective cohort studies that start during pregnancy or immediately after birth, then follow the children up to young adulthood. Other Children's Centers have utilized cohorts funded through other mechanisms, leveraging major investments that have already been made, such as examples shown below for the Duke University and the University of Michigan Children's Centers.

**Columbia University**

Starting in 1998, the Columbia University Children's Center enrolled more than 700 Latina and African-American women from New York City for its Mothers and Newborns (MN) cohort. This initial study led to the enrollment of subsequent cohorts, including 130 younger siblings of the MN cohort participants and the Fair Start cohort, that is currently enrolling pregnant women from the same neighborhoods. These prospective cohort studies are examining the impact of prenatal and postnatal exposure to air pollution, bisphenol A (BPA), phthalates, flame retardants, and pesticides on childhood health and development. These studies have been instrumental in the field, finding associations between certain environmental exposures and multiple adverse outcomes including reduced birthweight, obesity, attention-deficit hyperactivity disorder (ADHD), reduced IQ, and anatomical brain changes. The research has also revealed interactions between toxicant exposure and stressors related to poverty.

**University of Washington**

The University of Washington Children's Center has enrolled and maintained a prospective cohort of farmworkers, nonfarmworkers, and their families living in Yakima Valley, Washington. Families were first enrolled in the study when the children were between ages 2 and 6 years. Over the next 10 years, researchers assessed pesticide exposure in multiple seasons by measuring levels of pesticides in dust, urine, and blood. The study has also assessed biological mechanisms linked with toxicity and disease. A hallmark of this cohort is the frequency of samples, taken multiple times per season, during multiple seasons per year, across multiple years. This structure has allowed researchers to evaluate between- and within-person variability across seasons and years.  One unique element of this study is the extensive exposome-based assessments. Not only have researchers measured over 80 pesticides in dust, they have also assessed phthalates, metals, mold, and social stress exposures using biomarkers and questionnaires.

70



"The Children's Centers have overcome many hurdles to understand the links between environmental exposures and health outcomes or social and cultural factors. Long-term studies [are critically important] to assess the full range of developmental consequences...at different life stages."
– Excerpt from *Lessons learned for the National Children's Study*.[29]

| | Duke University |
|---|---|
| The Duke University Children's Center follows a subset of approximately 400 children from a pre-existing Newborn Epigenetics STudy (NEST) cohort. NEST includes 2,000 racially-diverse pregnant women in central North Carolina, and was specifically designed to allow for in-depth investigation of epigenetic mechanisms that link the prenatal environment to children's health outcomes. NEST has assembled a rich repository of biological specimens over time from these mothers and their children as well as medical and epidemiological data that altogether have provided a strong foundation for other studies, including the Duke University Children's Center. This center is specifically investigating how secondhand tobacco smoke exposure during early life increases the risk of developing ADHD during adolescence. | |

| | University of Michigan |
|---|---|
| The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort consists of children enrolled at birth in Mexico City beginning in 1994 and followed for more than 22 years. The previously funded cohort is now part of the University of Michigan Children's Center, which investigates the influence of lead exposure on fetal and infant development. Findings from ELEMENT have found relationships between prenatal lead and low birthweight,[30] lower weight and higher blood pressure in young girls,[31, 32] cognition,[33-36] and ADHD[37]; findings have also shown that calcium supplementation during pregnancy can blunt the mobilization of lead stored in bone, thereby reducing fetal exposure.[38-40] Over the long follow-up period, researchers have been able to study exposures to metals other than lead, including fluoride,[41] cadmium,[42] mercury,[43] BPA, and phthalates.[44-49] Studies on additional health outcomes, such as cognition,[50-53] behavior,[50, 54] dental health, sexual maturation,[45, 46, 48, 55] adiposity,[44, 56, 57] and cardiometabolic risk[58] have also been possible. Evidence from ELEMENT has informed U.S. and Mexican lead exposure guidelines, including the 2010 CDC "Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women", among others.[59] | |

| | UC Davis |
|---|---|
| In addition to the CHARGE study, the UC Davis Children's Center launched a second epidemiologic study of autism spectrum disorder (ASD) in 2006. The Markers of Autism Risk in Babies – Learning Early Signs (MARBLES) study follows mothers with at least one child with ASD before, during, and after their pregnancy. This allows researchers to obtain information about babies' prenatal and postnatal exposures. Infants are enrolled at birth and assessed for neurodevelopmental status until 3 years old. MARBLES has enrolled over 440 mother-child pairs and has conducted longitudinal biological and environmental sampling. | |

71

## APPENDIX A

## LIST OF EPA REVIEWERS

**Dan Axelrad**, Office of Policy (OP)

**Martha Berger**, Office of Children's Health Protection (OCHP)

**Elaine Cohen-Hubal**, Office of Research and Development (ORD)

**Jeffery Dawson**, Office of Chemical Safety and Pollution Prevention (OCSPP), Office of Pesticide Programs (OPP)

**Andrew Geller**, ORD

**Angela Hackel**, OCHP

**Aaron Ferster**, ORD

**James Gentry**, ORD, National Center for Environmental Research (NCER)

**Intaek Hahn**, ORD, NCER

**Kaythi Han**, OCSPP, OPP

**James H. Johnson, Jr.**, ORD, NCER

**Annie Kadeli**, Office of Environmental Information (OEI)

**Rick Keigwin**, OCSPP, OPP

**Christopher Lau**, ORD, National Health and Environmental Effects Research Laboratory (NHEERL)

**Patrick Lau**, ORD, NCER

**Sylvana Li**, ORD, NCER

**Danelle Lobdell**, ORD, NHEERL

**Sarah Mazur**, ORD, Immediate Office of the Assistant Administrator

**Jacquelyn Menghrajani**, Region 9

**Jacqueline Moya**, ORD, National Center for Environmental Assessment (NCEA)

**Linda Phillips**, ORD, NCEA

**Patrick Shanahan**, ORD, NCER

**Maryann Suero**, Region 5

**Nicolle Tulve**, ORD, National Exposure Research Laboratory

**Kelly Widener**, ORD, NCER

# Exhibit 26

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**KRISTINA THAYER**

May 17, 2019

---



888-779-9974

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                AT SAN FRANCISCO

4   FOOD & WATER WATCH, et al.     *

5     Plaintiffs              *   Civ. No.

6   v.                        *   17-CV-02162-EMC

7   U.S. ENVIRONMENTAL PROTECTION *

8   AGENCY, et al.            *

9     Defendants              *                **ORIGINAL**

10              *    *    *    *    *

11           VIDEOTAPED DEPOSITION OF

12           KRISTINA A. THAYER, Ph.D.

13              MAY 17th, 2019

14              WASHINGTON, D.C.

15

16        Reported by:  Dawn M. Hyde

17

18

19

20

21

22

23

24

25

```
1         A    Yes.

2         Q    And your field of study was

3    psychology?

4         A    Yes, and biology.  Kind of

5    biological psychology.

6         Q    Cool.  And you got a Ph.D. in 1999.

7         A    Uh-huh.

8         Q    From the University of Missouri.

9         A    Yes.

10        Q    And that was your field of study

11   there was biological sciences?

12        A    Uh-huh.

13        Q    And you worked with Theo Colborn?

14        A    Yes.

15        Q    And then I see that in 2003 you

16   became a staff scientist at the National

17   Toxicology Program.

18        A    Yes.

19        Q    And you stayed on as a scientist at

20   the National Toxicology Program until the

21   beginning of 2017?

22        A    Yes.

23        Q    And then you went to EPA?

24        A    Correct.

25        Q    And your current -- what's your
```

1    current position at EPA?

2         A    I am the division director for the

3    Integrated Risk Information System, IRIS.

4         Q    So let's -- I would like to ask you

5    a little bit about some of the background

6    about what IRIS is, okay?

7    A    Uh-huh.

8              (Thayer Deposition Exhibit Number 101

9              was marked for identification.)

10   BY MR. CONNETT:

11        Q    And I will go ahead and mark this

12   document as Exhibit Number 101.  And I just

13   printed this out from the EPA website and it's

14   the "About IRIS" page and it says -- starts by

15   saying, "EPA's mission is to protect human

16   health and the environment."

17             That's a correct statement, right?

18   A    Correct.

19        Q    And it said that the "EPA's IRIS

20   program supports this mission by identifying

21   and characterizing the health hazards of

22   chemicals found in the environment."

23             And that's a correct statement?

24   A    Correct.

25        Q    And the way that IRIS goes about

1    you're interested in, so you have to minimize

2    your opportunity for extrapolation.

3        **Q    Right.  So what NTP is focused on --**

4    **strike that.**

5            **What NTP was focused on in this**

6    **systematic review was is neurotoxicity,**

7    **specifically effects on learning and memory, a**

8    **hazard of fluoride exposure?**

9        A    Right.  And again, it's been -- one

10   time in 2015 I was intimately familiar with

11   all these studies but at this point, if I

12   remember correctly, in many cases the evidence

13   base -- I think there were a lot of single or

14   double dose level studies.

15           So again, in terms of dose-response,

16   not ideal for that next step.

17       **Q    So you, when you're looking at an**

18   **animal study, if you're interested in**

19   **potentially deriving a reference dose from the**

20   **animal studies, you want to see more dose**

21   **groups; is that --**

22       A    Right.  Because then you have more

23   opportunities to do things like benchmark dose

24   modeling, yes.  You want multiple dose levels.

25   It gives you more confidence in your ability

1  wildly off the mark, it would have been

2  caught.  That's what I'll say.

3      BY MS. CARFORA:

4      Q    And goes on to say, "Because the

5  blood brain barrier limits the passage of

6  substances from blood to brain, in its absence

7  toxic agents can freely enter the developing

8  brain."  And I believe you already stated

9  something to that effect.

10     A    Yes.

11     Q    You would agree with that statement?

12     A    I would agree with that statement.

13  The part that I'm fuzzy on are the actual

14  windows of maturity when the blood brain

15  barrier matures.

16     Q    So then it goes on to say -- and I

17  don't want to get into the details of the

18  evidence --

19     A    Thank you.  Thank you.

20     Q    -- on hexanone but it says, "Since

21  Purkinje cell degeneration has been observed

22  with adult rats exposed to this chemical,

23  infants may be at an increased risk for this

24  type of damage at lower levels of exposure due

25  to the incomplete maturation of the blood

1    question about this document for you.  If you

2    can turn to page 42.

3         A    Okay.

4         Q    And you see there is a section there

5    at the top called "Susceptible populations and

6    life stages."

7         A    Yes.

8         Q    And it starts by saying, "A

9    population subgroup is susceptible if exposure

10   occurs during a period of sensitivity."

11        A    Yes.

12        Q    And you would agree with that

13   statement?

14             MS. CARFORA:  Objection, foundation.

15        A    Yes.

16        BY MR. CONNETT:

17        Q    And it goes on to say that, "The

18   neonatal stage is a period of rapid

19   development of the nervous system and is

20   considered a critical window of development."

21             Did I read that correctly?

22        A    Yes.

23        Q    Do you agree with that statement?

24        A    Yes.

25             MS. CARFORA:  Objection, foundation.

1    A    Right.  I suspect, when we look at

2  fluoride, it won't be the same scenario.

3    **Q    Because with fluoride we have far**

4  **more human data on fluoride neurotoxicity than**

5  **we have on RDX neurotoxicity.**

6    A    Right.  And what I'm talking about

7  in terms of the same data is you mentioned

8  that there were case reports, a case study,

9  cross-sectional, right?

10    **Q    Right.**

11    A    What I'm talking about with fluoride

12  is I know we have more cohort kind of studies,

13  right.

14    **Q    Right.**

15    A    So it's not that I know those

16  studies but I know that the collection of

17  studies is much more rich for fluoride than

18  RDX.

19    **Q    Right.  And so let's talk about**

20  **cohort studies, and you'd agree that**

21  **prospective cohort studies -- well, first of**

22  **all are you familiar with the phrase**

23  **prospective cohort studies?**

24    A    Yes.

25    **Q    Do you agree that that's basically**

1    the gold standard epidemiological study for

2    determining the relationship between an

3    environmental chemical and the human health

4    effect?

5              MS. CARFORA:  Objection, foundation.

6         A    It's an ideal study design in our

7    field.  It's not an experimental study but we

8    don't often see those in environmental health

9    for a variety of reasons.

10        BY MR. CONNETT:

11        Q    So for purposes of environmental

12   health epidemiology, a prospective cohort

13   study is the ideal study design?

14        A    It is, but beyond that -- beyond

15   that, you also have to think about the way

16   that the exposure was measured.  Was it

17   actually measured and reflective of the time

18   periods that you want.  And then you have to

19   think about the outcome.  So it's an ideal

20   study design, but that study design on its own

21   does not mean that every prospective cohort

22   study is going to automatically be high

23   quality.

24        Q    Right.

25             MS. CARFORA:  Can we take a break?

```
 1              MR. CONNETT:  Yes, this is a good
 2   time.
 3              THE VIDEOGRAPHER:  Okay.  We're
 4   going off the record here at 12:47 p.m.
 5              (Lunch recess taken from 12:47 p.m.
 6              until 1:24 p.m.)
 7              THE VIDEOGRAPHER:  We are going back
 8   on the record here at 1:24 p.m.  This is tape
 9   number four of the videotaped deposition of
10   Kristina Thayer.
11        BY MR. CONNETT:
12        Q    Okay.  I would like to for the next
13   hour talk with you about animal studies, okay.
14   Just joking.
15        A    I was practicing my -- how did I do?
16        Q    Very good.  Very good.
17              So just sort of wrapping up our
18   discussion on animal studies, would you agree
19   that the animal evidence that exists today on
20   fluoride impairing learning and memory in
21   animals supports the biologic plausibility of
22   fluoride reducing IQ in humans?
23              MS. CARFORA:  Objection, foundation.
24        A    I would say supports a biological
25   plausibility of something neurological, but I
```

1  think we still have this issue about being

2  able to sort of separate potential motor

3  impairment from learning and memory more

4  specifically.

5       BY MR. CONNETT:

6       **Q    Okay.  So if I understand what**

7  **you're saying, you would agree that the animal**

8  **evidence on fluoride and learning and memory**

9  **supports the biologic plausibility of fluoride**

10 **causing neurological effects in humans?**

11      A    I would say that the indications of

12 neurological effects in animals, which may be

13 motor, may be learning behavior, may be a

14 combination, support the biological

15 plausibility of further analysis of the human

16 literature.

17      **Q    Okay.  So at the end you said**

18 **further analysis of the human literature.**

19      A    Yes, and in part what you're talking

20 about is -- and this is from outside my area

21 of expertise -- can I extrapolate what the

22 Morris water maze means in terms of a human

23 counter -- a human measurement of IQ.  So a

24 lot of it's that extrapolation from the animal

25 models of measuring learning behavior to what

1  causes neurologic effects in animals, supports

2  the biologic plausibility of fluoride causing

3  neurologic effects in humans, right?

4           MS. CARFORA:  Objection, foundation.

5      A    Can support, but again, would need

6  to be further analyzed, right.

7      BY MR. CONNETT:

8      Q    Right.  And I'm not asking you to

9  tell me in this question that I know that

10  fluoride does this, this or this.  I'm just

11  saying you would agree that the evidence on

12  fluoride neurotoxicity in animals supports the

13  biologic plausibility of fluoride causing

14  neurologic effects --

15     A    Yes, when we do our structured

16  frameworks for evidence integration at the NTP

17  at the IRIS program, that would be an

18  indication of biological plausibility, yes.

19     Q    And you would agree -- remember we

20  looked at that RDX summary of the animal

21  literature and it said that there was

22  consistent evidence of neurotoxicity in the

23  animal studies for RDX?

24     A    Yes.

25     Q    And they referenced 11 of 16 studies

1           So you try to focus on unexplainable

2    inconsistency and you also think about

3    direction of the effect magnitude -- the

4    overall quality of the studies, and then you

5    reach judgment of how confident you are in the

6    association.

7           And so that's an expert judgment

8    process and it is what it is.  That is the

9    nature of the beast.  And so what systematic

10   review does is it doesn't disguise that as

11   being expert judgment.  It tries to make it

12   more transparent:  What factors did you think

13   about.

14          And so if you look in the report,

15   there's a section that tries to sort of be

16   clear about what factors drove -- gave a sort

17   of more confidence or less confidence in those

18   collection of studies and then all that gets

19   converted into this overall confidence

20   conclusion.

21      **Q     Okay.  Now, you were the author of**

22   **this systematic review.  Is that the**

23   **appropriate way to explain that?**

24      A     Lead author but, I mean, at the end

25   of the day, it's an NTP report which actually

1    means NTP is the author.  I wrote the words.

2    I did project management.  I did some of the

3    work, but you don't do systematic review on

4    your own.  It's inherently a team-based

5    activity.

6             So you have -- at a minimum you have

7    other people help you screen studies.  In a

8    case like this, you make sure that you have

9    experts who understand animal studies, animal

10   behavioral studies.

11            We also had to sort of reach out to

12   chemists to make sure -- to think about some

13   of the fluoride exposure information and how

14   we might convert.  So you have a team of

15   experts who work on this.

16      **Q    So if there is a -- for example, you**

17   **said that you had two experts read or screen**

18   **reports for relevancy.  I think that is how**

19   **you put it, right?**

20      A    Yes, relevancy to our PECO, right.

21      **Q    Okay.  Now, if there is a dispute**

22   **between the two experts determining whether**

23   **the study meets the criteria set forth in**

24   **PECO, who resolves that dispute?**

25      A    They discuss it.  Typically, it's

1  **June 2008 and today, 2019?**

2       A    Yes.

3       **Q    So let me just confirm that.**

4  **Exhibit Number 109.**

5       A    Uh-huh.

6       **Q    That was an IRIS assessment that was**

7  **completed in June 2008; is that correct?**

8       A    Correct.  And also again, the

9  systematic review processes that we're using

10 now would not have been implemented.  That's

11 actually on the assessments that are occurring

12 very recently.

13      **Q    Okay.**

14           MS. CARFORA:  Let me just state for

15 the record that the interruptions you hear on

16 the video are opposing counsel playing with

17 his binder and his papers.

18           MR. CONNETT:  Sorry about that.

19           MS. CARFORA:  I would also like to

20 say for the record while we're on the record

21 that Judge Chen's standing order does confirm

22 that one attorney start and finish the

23 deposition.

24           MR. NIDEL:  No, that's not what it

25 says.  It says one attorney conduct the

1    STATE OF MARYLAND

2    HOWARD COUNTY

3        I, Dawn Michele Hyde, a Notary Public of the

4    State of Maryland, Howard County, do hereby certify

5    that the above-captioned proceeding took place

6    before me at the time and place herein set out.

7        I further certify that the proceeding was

8    recorded stenographically by me and this transcript

9    is a true record of the proceedings.

10       I further certify that I am not of counsel to

11   any of the parties, nor an employee of counsel, nor

12   related to any of the parties, nor in any way

13   interested in the outcome of the action.

14       As witness my hand and seal this 17th day of

15   May, 2019.

16

17            Dawn M. Hyde, Notary Public

18            My Commission Expires 10/7/2019

19                              DAWN M. HYDE
                                NOTARY PUBLIC
20                           HOWARD COUNTY, MD

21

22

23

24

25

# **Exhibit 27**

Page 1

1                    UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

3      _____

4      FOOD & WATER WATCH, INC., et al.,      )

                                              )

5      Plaintiff,                             )

                                              )

6              vs.                            )No. 3:17-cv-02162-EMC

                                              )

7      US ENVIRONMENTAL PROTECTION AGENCY,    )

       et al.,                                )

8                                             )

       Defendant.                             )

9      _____

10               Deposition Upon Oral Examination Of

11                            HOWARD HU

12     _____

13

14

15

16

17                          9:15 a.m.

18                      September 24, 2019

19                      700 Stewart Street

20                      Seattle, Washington

21

22

23

24     Job No. CS3560042

25     REPORTED BY:  Yvonne A. Gillette, CCR No. 2129.

Howard Hu                                    September 24, 2019

Page 15

1    Q          Is this a document you prepared as part of

2    your preparation for this deposition?

3    A          Yes.

4    Q          Okay.  Could you read the studies cited in

5    your notes, please, for the record?

6    A          Yeah.  Sure.  These are in alphabetical

7    order.  The first one is Bartos, et al.  Alterations

8    in the memory of rat offspring exposed to low levels

9    of fluoride during gestation and lactation, colon,

10   involvement of the alpha7 nicotinic receptor and

11   oxidative stress, published in Reproductive

12   Toxicology, 2018.  Chen -- that's C-H-E-N -- et al.,

13   ERK 1/2 mediated disruption of BDNF-TRKB signaling

14   causes synaptic impairment contributing to

15   fluoride-induced developmental neurotoxicity,

16   published in Toxicology 2018.

17             McPherson, et al., An evaluation of

18   neurotoxicity following fluoride exposure from

19   gestational through adult ages in Long-Evans hooded

20   rats, published in Neurotoxicology Research, 2018.

21   Wang et al., Effects of perinatal fluoride exposure on

22   the expression of -- I guess you should read it --

23   miR-124 and miR-132 in hippocampus of mouse pups,

24   published in Chemosphere, 2018.  Sun -- that's

25   S-U-N -- et al., Maternal fluoride exposure during

Page 31

```
 1   A          My opinion is that there's research that

 2   suggests that fluoride is a neurodevelopmental

 3   toxicant.

 4   Q          Now, do you have an opinion on whether

 5   fluoride is a neurodevelopmental toxicant at a

 6   particular level of exposure?

 7              MR. CONNETT:  Vague and ambiguous.

 8   A          I do.

 9   Q          And what's your opinion?

10   A          My opinion is that the most recent evidence

11   suggests that population level exposure to fluoride

12   includes a range of exposure that seems to be

13   associated with decrements in neurodevelopmental

14   function.

15   Q          What is the range of exposure you're

16   referring to?

17   A          I mean the range of exposures that were

18   associated with the ELEMENT study as well as the MIREC

19   study.

20   Q          Can you put any numbers to those ranges?

21   A          May I look at my papers?

22   Q          Sure.

23   A          Well, the ELEMENT study, just characterizing

24   it in a fairly simplistic way, I had prenatal maternal

25   urinary fluoride levels, creatinine corrected, that
```

Howard Hu                                      September 24, 2019

Page 32

1    ranged somewhere around 0.25 to 2 milligrams per liter

2    as can be seen from Figure 2 in our 2018 paper.  And

3    actually, I didn't bring a copy of the Till, et al.,

4    Journal of Pediatric paper, but their earlier paper in

5    2018 demonstrated that the maternal urinary fluoride

6    levels, creatinine corrected, were in a similar range.

7    Q        So when you -- when you say range of

8    exposure that seems to be associated with neurological

9    decrements, you're referring to prenatal fluoride

10   concentrations in pregnant mothers' urine?

11   A        That's correct.

12   Q        Okay.  I think you said Till, et al.'s most

13   recent study in Journal of Pediatrics.  Were you

14   referring to -- I think it's Rifka Green is the first

15   author; is that correct?

16   A        Correct.

17   Q        You prefaced your answer to my question as

18   saying, most -- the most recent evidence suggests.

19   And then you referred to, I believe it was -- was it

20   Bashash 2018 and Till 2018, those two studies?

21   A        I think Bashash 2017.

22   Q        And Till 2018.  Are there any other facts

23   that you relied upon in formulating this opinion?

24            MR. CONNETT:  Overbroad.  Vague and

25   ambiguous.

Page 33

1    A         Not materially, no.

2    Q         And what methodologies have you used to

3    arrive at your opinion regarding fluoride's potential

4    association with neurological decrements?

5             MR. CONNETT:  Overbroad.

6    A         Yeah.  It's a pretty broad question, but in

7    general, it's the entire research enterprise that I

8    understand is the subject of this inquiry, that is our

9    ELEMENT research program looking at fluoride exposure

10   among the ELEMENT mothers and offspring and

11   measurements of neurobehavior development.

12   Q         So it's comparing prenatal urinary

13   concentrations in pregnant mothers with neurological

14   testing of the offspring of those mothers later in

15   life; is that correct?

16   A         Well, I guess that's a very simplistic

17   characterization, but it's looking at the longitudinal

18   association of prenatal and postnatal biomarkers of

19   fluoride exposure in the pregnant mothers and

20   offspring children and relating that to

21   neurobehavioral measures of development, while also

22   adjusting for a number of other covariants that could

23   be potentially confounding that relationship.

24   Q         Okay.  Do you have an opinion regarding the

25   effects of prenatal exposure to fluoride with respect

1   to intelligence?

2   A         Yes.

3   Q         And what's your opinion?

4   A         Well, our 2017 paper, just to quote it,

5   basically concluded that higher prenatal fluoride

6   exposure in the general range of exposures reported

7   for other general population samples of pregnant women

8   and non-pregnant adults was associated with lower

9   scores on tests of cognitive function, IE, cognition,

10  in the offspring at age 4 and 6 to 12 years.  That

11  remains my opinion based on our research.  And I will

12  simply note that the results of the Rifka Green, et

13  al. paper demonstrates some similarities.

14  Q         Okay.  What paper are you reading from?

15  A         From our team's 2017 paper, Bashash, et al.

16  Q         And do you have an opinion regarding the

17  effects of prenatal exposure to fluoride with respect

18  to ADHD symptoms?

19           MR. CONNETT:  By the way, just for the

20  record, did you refer to that as a 2018 study or 2017?

21           THE WITNESS:  2017, yes.

22  A         Okay.  Again, so I am consistent, I'm

23  reading from the Bashash, et al. 2018 paper, which

24  concluded that higher levels of fluoride exposure

25  during pregnancy were associated with global measures

Page 35

1    of attention deficit hyperactivity disorder, otherwise

2    known as ADHD, and more symptoms of inattention as

3    measured by the -- and this is the Conners Rating

4    Scaled, Revised in the offspring.  And that were the

5    results of our study in this area.  I stand by those

6    conclusions.

7    Q        You're pre-empting my next question.  When I

8    asked whether you had an opinion regarding the effects

9    of prenatal exposure to fluoride with respect to

10   intelligence, you referred to the conclusion written

11   in Bashash 2017.  So is your opinion with respect to

12   the effects of prenatal exposure to fluoride on

13   intelligence any different from the stated conclusion

14   in Bashash 2017 with respect to that topic?

15   A        No.

16            MR. CONNETT:  Vague and ambiguous.

17   Q        And similarly, is your opinion regarding the

18   effects of prenatal exposure with respect -- of

19   fluoride with respect to ADHD any different from the

20   conclusions stated in Bashash 2018?

21            MR. CONNETT:  Vague and ambiguous.

22   Overbroad.

23   A        Not materially, no.

24   Q        Do you have an opinion regarding the

25   applicability of the findings in your research of the

1   with a population that has one distribution of

2   internalized fluoride based on maternal urinary

3   fluoride and the other population's internalized

4   fluoride, I guess you could say, burden based on their

5   particular exposure source.  And I think because

6   you're looking at a biomarker, the interpretation

7   would be essentially about fluoride internalized

8   exposure.  I think that's all the inference you can

9   make.

10  Q        Okay.

11  A        Was I missing something?

12  Q        No.  It's a complicated question.  I

13  appreciate the answer.  Can we take a break?

14           MR. CONNETT:  Yeah.

15           (Lunch recess taken.)

16           (Exhibit No. 342 marked for identification.)

17  Q        Dr. Hu, the court reporter's now handed you

18  what's been marked as Exhibit 342.  Have you seen this

19  study before?

20  A        Yes.

21  Q        Okay.  This is a document entitled, Prenatal

22  Fluoride Exposure and Cognitive Outcomes in Children

23  at 4 and 6 through 12 years of age in Mexico.  I will

24  refer to this study as Bashash 2017.  Okay?

25  A        Okay.

Page 98

1   Q        Were you a coauthor of Bashash 2017?

2   A        Yes.

3   Q        What were your responsibilities with respect

4   to the research being reported in Bashash 2017?

5   A        I was the principal investigator.  I was the

6   senior author responsible for design of the study,

7   conduct of the study, the drafting of the manuscript,

8   the interpretation of the results.  Basically every

9   aspect of the study.

10  Q        What was your responsibility with respect to

11  writing Bashash 2017?

12  A        Dr. Bashash drafted this manuscript.  I was

13  the first person to look at it and make suggestions,

14  do editing before it was then distributed to the other

15  coauthors for their input.  And then I looked at all

16  subsequent drafts and signed off on the final draft.

17  Q        Bashash 2017 was published in the Journal of

18  Environmental Health Perspectives, correct?

19  A        Correct.

20  Q        Is that a reliable authority?

21  A        It sure is.  It's the number one

22  environmental health journal in the world.

23  Q        Okay.  So please turn to page 2, the first

24  paragraph on that page.  I'll read from the paragraph.

25  Most epidemiologic studies demonstrating associations

Page 108

1   version, so I can't give you an informative response,

2   sorry.

3   Q          Did Bashash 2017 analyze the results of the

4   CANTAB test with respect to fluoride exposure?

5   A          It's in progress.

6   Q          No published results on that analysis yet?

7   A          No.

8   Q          When do you expect to submit that article

9   for review?

10  A          Somewhere in the next six months.

11  Q          Do you have an idea of when you will submit

12  it?  Well, strike the question.

13             Have you submitted the research for review

14  by any publications yet?

15  A          No, not yet.

16  Q          Were there other subtests of the WASI test,

17  W-A-S-I, that were administered but not reported in

18  Bashash 2017?

19  A          Not that I'm aware of.

20  Q          Okay.  Bashash 2017 reported that there were

21  299 mother child pairs with data on all covariants

22  tested and data on either the GCI or IQ tests,

23  correct?

24  A          Correct.

25  Q          There were 997 total mothers from the two

Page 125

1   environmental contamination; is that correct?

2   A        Correct.

3   Q        Bashash 2017 did not conclude that fluoride

4   causes neurodevelopmental harm; is that correct?

5   A        No.  And we would never do so.  You cannot

6   make a conclusion like that based on a single

7   epidemiological study in my opinion.

8   Q        And to be fair, Bashash 2017 concluded that

9   the research shows a potential for neurodevelopmental

10  harm; is that correct?

11  A        Correct.

12           MR. ADKINS:  So why don't we take a break.

13           (Recess taken.)

14           (Exhibit No. 343 marked for identification.)

15  Q        The court reporter is handing you what's

16  been marked as Exhibit 343.  This is a study titled

17  Prenatal Fluoride Exposure and Attention Deficit

18  Hyperactivity Disorder, ADHD, Symptoms in Children at

19  6 to 12 Years of Age in Mexico City by Bashash, et al.

20  Published in the journal, Environment International in

21  2018.  I will refer to this study as Bashash 2018.

22  Okay?

23  A        Okay.

24  Q        You were a coauthor of Bashash 2018,

25  correct?

Howard Hu                                          September 24, 2019

                                                    Page 126

1    A         Correct.

2    Q         What were your responsibilities with respect

3    to the research being reported in Bashash 2018?

4    A         Same as Bashash 2017.

5    Q         And what were your responsibilities with

6    respect to the writing of Bashash 2018?

7    A         Same as in Bashash 2017.

8    Q         Is the -- Bashash 2018 was published in the

9    journal Environment International, correct?

10   A         Yes.

11   Q         Is that a reliable authority?

12   A         It's probably the number two environmental

13   health journal based on impact factors.

14   Q         The procedure for analyzing maternal urine

15   samples was identical in Bashash 2018 compared to

16   Bashash 2017 and Thomas 2016, correct?

17   A         It's the same data.

18   Q         And were the procedures used to analyze that

19   data the same across those three studies?

20   A         More or less.

21   Q         In what ways were they different?

22   A         Well, the data was a little bit different in

23   terms of the sample sizes.  And we had our

24   neurobehavioral collaborator, Dr. Christine Till,

25   weighing heavily on the analysis and interpretation of

Howard Hu                                    September 24, 2019

Page 165

1    rephrase the statement?

2    Q          Sure.  Do you agree with this statement, the

3    levels of fluoride exposure found in the ELEMENT

4    cohort are presumptively applicable to the levels

5    likely to be found in communities with artificial

6    water fluoridation?

7               MR. CONNETT:  Incomplete hypothetical.

8    A          Well, based on our previous discussion of

9    how I believe that the maternal urinary fluoride

10   levels in ELEMENT are roughly similar to those of the

11   Canadian women participating in the MIREC study who

12   live in water fluoridated communities, then yes.

13   There is a first order -- what's the right word --

14   first order implication that what you just said is

15   true.

16   Q          Is there a second order implication that

17   what I said is not true?

18   A          No, but I think that -- when I say first

19   order, I mean that is the -- that is the apparent

20   implication of our research and their research.

21   Q          Okay.  So you're of the opinion that the

22   rough comparison of urinary fluoride values in the

23   ELEMENT studies and the MIREC study in Till 2018 -- I

24   know Till has published other work -- those are

25   roughly comparable.  And that is a basis for -- a

Page 180

```
 1   weren't -- you did not see such reports in the text.

 2   You would need to confirm by looking at the

 3   supplemental material to see whether any such

 4   differences were reported.

 5            So why don't you take a second to look at

 6   the supplemental material for Bashash 2017.  And when

 7   you're done, if you could answer whether Bashash 2017

 8   reported whether there were any differences between

 9   neurodevelopmental outcomes between the subjects with

10   and without complete data in that study?

11   A         As far as I can tell, it did not.

12            MR. ADKINS:  Okay.  I have no further

13   questions.  I pass the witness.

14            MR. CONNETT:  Okay.

15                        EXAMINATION

16   BY MR. ADKINS:

17   Q         Thank you for your patience, Dr. Hu.  Okay.

18   You were asked about some of your opinions based on

19   your own studies.  And I just want to follow up on

20   that briefly.  And to do so, I would like to ask you

21   if you agree or disagree with the following

22   statements, okay.  The first statement is, the ELEMENT

23   prospective cohort studies of fluoride's

24   neurodevelopmental effects are methodologically

25   rigorous studies that provide scientifically reliable
```

Page 181

1   and robust results.  Do you agree with that, Dr. Hu,

2   or not?

3   A          I agree with the elaboration that, by

4   reliable, I mean accurate and precise.

5   Q          Okay.  And do you agree with the following

6   statement:  The results of the ELEMENT prospective

7   cohort studies are consistent with and support the

8   conclusion that fluoride is a developmental

9   neurotoxicant at levels of exposure seen in the

10  general population in artificially fluoridated

11  communities?

12  A          I agree.

13  Q          Okay.  Now, I'm going to read you a

14  statement from a document written by both the EPA and

15  the National Institute of Environmental Health

16  Sciences.  And the statement reads, archives of

17  biological samples from birth cohort studies provide

18  critical information on the prenatal and childhood

19  determinants of adult disease.  Do you agree with the

20  EPA on that statement?

21          MR. ADKINS:  Objection to the extent it

22  misstates the document or EPA's position.

23  A          I agree.

24  Q          And in that same EPA document, it discusses

25  the ELEMENT study.  By the way, the EPA is one of the

Page 182

1   funders of the ELEMENT study; is that correct?

2            MR. ADKINS:  Objection.  Compound.

3   A        It was at its origins.  I do believe it does

4   not currently support the research.

5   Q        Okay.  In this document that the EPA

6   coauthored with the National Institute of

7   Environmental Health Sciences, it states that,

8   evidence from ELEMENT has informed US and Mexican lead

9   exposure guidelines, including the 2010 CDC guidelines

10  for the identification and management of lead exposure

11  in pregnant and lactating women.  Is that consistent

12  with your understanding, Dr. Hu?

13  A        Yes.

14           MR. ADKINS:  Objection to the extent it

15  misstates the document.

16  Q        Now, you were asked a lot of questions about

17  limitations in your studies.  And I would just like to

18  follow up on that.  First, I believe you've already

19  addressed this, but I'll just ask it again.  Dr. Hu,

20  are you aware of any epidemiology study that does not

21  have limitations?

22  A        No.

23  Q        Could the limitations associated with

24  epidemiology studies be minimized if we conducted

25  randomized controlled trials where we intentionally

Page 183

1    dose humans with environmental chemicals to see if

2    adverse effects result?

3              MR. ADKINS:  Objection.  Vague.  Incomplete

4    hypothetical.

5    A          Theoretically, yes, but obviously

6    practically impossible.

7    Q          And when you say practically impossible, why

8    is that something that's not done?  Why don't we

9    intentionally dose human beings to see if chemicals

10   cause adverse effects?

11   A          Completely unethical.

12   Q          Now, you were asked a lot of -- so you were

13   asked about a lot of limitations -- strike that.

14             You were asked about limitations in your

15   studies.  I would like to now ask you, if you could --

16   I know it's sort of late in the day, but could you

17   describe sort of in an outline form what the

18   methodological strengths of your studies on fluoride

19   and neurodevelopment are.

20   A          Sure.  This is a study that is among the

21   first to use biological markers to measure individual

22   exposures to fluoride, one of the first studies to use

23   a longitudinal design to address the temporality

24   between the sequence of exposure and the

25   neurobehavioral outcomes.  It was one of the largest

Howard Hu                                    September 24, 2019

Page 185

1    potential confounders, which increased the rigor of

2    the study and the interpretation of the study's

3    results.

4    Q          Briefly, you were asked some questions about

5    your understanding of prenatal development.  And I

6    would like to read for you a statement from the EPA.

7    And I would like to ask if you agree with the

8    statement.  Okay?

9    A          Okay.

10   Q          The EPA wrote, quote, the development of the

11   blood-brain barrier is a gradual process, beginning in

12   utero and complete at approximately six months of age.

13   Because the blood-brain barrier limits the passage of

14   substances from blood to brain, in its absence, toxic

15   agents can freely enter the developing brain.  Dr. Hu,

16   do you agree with the EPA on that?

17   A          More or less.

18              MR. ADKINS:  Objection to the extent it

19   misstates the document.

20   A          More or less, yes.

21   Q          Is there anything you would clarify about

22   that statement?

23   A          Before toxicants have the opportunity to go

24   from mother to the fetal brain, they also have to

25   cross the placental barrier, which offers some -- has

1    barrier qualities.  But once it's in fetal

2    circulation, the only thing that protects the fetal

3    brain is the fetal blood-brain barrier, which as you

4    noted, is not fully formed until six months of age.

5    Q        Do you have an understanding as to whether

6    fluoride passes the placenta?

7    A        It does according to the research that has

8    been focused on that topic.

9    Q        Now, you were asked some questions about

10   this 2014 WHO document.  Do you recall that?

11   A        Yes.

12   Q        I don't have the full document here because

13   this is an excerpt.  But I'm going to read from you

14   two statements from pages that were not included in

15   this excerpt.  Okay?

16   A        Okay.

17   Q        On page 9 of this document, the World Health

18   Organization states, quote, ingested fluoride from all

19   sources, whether deliberately or unintentionally

20   ingested, is excreted primarily in the urine.  Thus

21   studies of urinary fluoride levels are ideal for

22   assessing the intake of fluoride in populations.

23   Doctor Hu, is that consistent with your own

24   understanding?

25   A        Yes.

Page 196

1    covariants that's identified is maternal smoking.

2    A         Yes.

3    Q         So did you control for maternal smoking in

4    the Bashash 2018 study?

5    A         I believe we did.

6    Q         So you were obviously asked a lot of

7    questions today about the comparability of fluoride

8    exposures between the Mexico City cohort and Canada --

9    and the Canadian cohort.  So I would like to follow up

10   on that briefly.  If you can turn to page 663 of this

11   study, this -- your 2018 study.

12             On the top right of the column here, you

13   talk about how the Mexico City cohort was exposed to

14   optimal levels of fluoride; is that correct?

15   A         Well, optimal was in quotes for a reason.

16   And that's because that's optimal in the views of the

17   authorities who introduced fluoride into either water

18   or salt.

19   Q         So in Mexico City, they add fluoride to salt

20   to bring about an optimal, so-called optimal intake of

21   fluoride; is that correct?

22   A         Correct.

23   Q         And is it your understanding that salt

24   fluoridation programs are designed to produce similar

25   intakes of fluoride as occurs with water fluoridation?

1    A          Correct.

2    Q          Okay.  And in the last sentence of that

3    paragraph, you state that, the mean concentration of

4    maternal urinary fluoride in our study is in the range

5    of the Canadian cohort.  And then in parentheses, you

6    state, in review.  What Canadian cohort study were you

7    referring to there, Dr. Hu?

8    A          The MIREC study.

9    Q          Is that the same Till 2018 study that we

10   have been discussing today?

11   A          Yes.

12   Q          Okay.  So is it correct then, Dr. Hu, to say

13   that in your study, you did make a comparison between

14   the exposures in your Mexico City cohort with the

15   exposures in the Canadian cohort?

16   A          Yes, in the 2018 Bashash study, but not in

17   the 2017 Bashash study, because at that time, we were

18   unaware of the MIREC study results.

19   Q          Okay.  Now you were asked questions about

20   the impact of the age of the mother on urinary

21   fluoride levels.  And so I would like to follow up on

22   that by asking you a question about the Thomas 2016

23   study, which is Exhibit 339.

24   A          Okay.

25   Q          And if you could turn to page 493.  And

1    collected and published in this study provide

2    additional information about source apportionment of

3    fluoride exposure in the Mexico City cohort?

4    A          It does.  The limitation is that we didn't

5    specify the -- or rather, we didn't directly connect

6    the sources of food and beverage with our subject

7    population.  So that is a limitation that needs to be

8    acknowledged.  But to the extent that it does

9    represent the typical sources of food and water for a

10   population, it is possible to conclude that our

11   population likely is not exposed to fluoride

12   significantly through water.

13   Q          Okay.  And would the higher levels of

14   fluoride that you found in some of the food products,

15   would that be consistent with the use of fluoridated

16   salt in the Mexico City population?

17   A          In many cases, yes.

18   Q          So moving on, you talked about the -- some

19   of the analysis you did in your 2017 study.  And I

20   think you stated something to the effect of, we did

21   not assume linearity; is that correct?

22   A          That's correct.

23   Q          Now, did -- and I think you talked about

24   doing spline analyses.

25   A          Yes.

Page 204

1   Q        Did your spline analyses support the

2   existence of a linear dose response relationship

3   between prenatal fluoride exposure and General

4   Cognitive Index in 4 year olds?

5   A        Yes.

6   Q        And did your spline analyses support the

7   existence of a linear dose response relationship

8   between prenatal fluoride exposure and IQ in the 6 to

9   12 year olds?

10  A        For the most part, yes.  Although as we

11  commented in the paper, there was just the hint of a

12  possible flattening of the curve at the lower exposure

13  levels.  But we -- the data was too sparse for us to

14  draw any conclusions about that.

15  Q        Okay.  So does your research then, Dr. Hu,

16  support the existence of a linear dose response

17  relationship between prenatal fluoride exposure and

18  neurodevelopmental harm?

19  A        Yes.

20           MR. ADKINS:  Objection.  Leading.

21  A        For the most part, yes.

22  Q        Okay.  So I'm looking here at your 2017

23  study, and I'm looking at page 9.

24  A        Okay.

25  Q        Sorry.  You know what.  I'll strike the

Howard Hu                                    September 24, 2019

Page 205

1    question.  And let's go and look at the abstract.

2              And I'm reading the last sentence of the

3    results section where you wrote, in multivariant

4    models, we found that an increase in maternal urine

5    fluoride of 0.5 milligrams per liter predicted 3.15

6    and 2.5 lower offspring GCI and IQ scores

7    respectively.  Is that what you found, Dr. Hu?

8    A        Yes.

9    Q        Okay.  So would you consider that -- let me

10   translate that and see if I'm correct here.  Does that

11   mean for every increase of 0.5 milligrams per liter in

12   the urine of the mother, 4 year children had on

13   average 3.15 less GCI points?

14             MR. ADKINS:  Objection.  Vague.  Leading.

15   A        Yes.

16   Q        And does it also mean that for every 0.5

17   milligrams per liter increase in the maternal urinary

18   fluoride, the 6 to 12 year olds had on average 2.5

19   less IQ points?

20             MR. ADKINS:  Same objections.

21   A        Yes.

22   Q        Are you familiar, Dr. Hu, with the effect

23   sizes of other neurotoxicants on IQ outcomes?

24   A        Yes.

25   Q        In the context of your knowledge as to the

Page 206

1   effects of other neurotoxicants like lead and mercury

2   on IQ, would you consider this effect size to be

3   small, large?  How would you characterize the effect

4   size that you found?

5              MR. ADKINS:  Objection.  Misstates

6   testimony.  Compound.

7   A         I would characterize this as being of a

8   similar magnitude as lead or mercury.

9   Q         Now, in this case, the defense

10  epidemiologist, named Dr. Ellen Chang, she's of the

11  opinion that if a chemical causes an average reduction

12  in IQ less than the standard deviation of 15 IQ

13  points, that it's a relatively weak effect on IQ.

14  Would you agree with Dr. Chang on that?

15  A         No.

16             MR. ADKINS:  Objection.  Misstates

17  testimony.

18  Q         What was your answer, Dr. Hu?

19  A         No.

20  Q         Dr. Hu, are you aware of any neurotoxicant

21  that causes an average reduction in IQ based on the

22  exposures seen in general population of more than 15

23  IQ points?

24  A         No.

25  Q         Does it surprise you, Dr. Hu, that an

214

1                    C E R T I F I C A T E

2   State of Washington    )

3                          )  ss.

4   County of King         )

5

6           I, the undersigned Registered Professional
    Reporter and Washington Certified Court Reporter, hereby
    certify that the foregoing deposition upon Oral examination
7   of HOWARD HU was taken before me on September 24, 2019 and
    transcribed under my direction;

8

9           That the witness was duly sworn by me pursuant to
    RCW 5.28.010 to testify truthfully; that the transcript of
    the deposition is a full, true, and correct transcript to
10  the best of my ability; that I am neither attorney for, nor
    a relative or employee of, any of the parties to the action
11  or any attorney or counsel employed by the parties hereto,
    nor financially interested in its outcome.

12

13          I further certify that in accordance with CR
    30(e), the witness was given the opportunity to examine,
    read, and sign the deposition, within 30 days, upon its
14  completion and submission, unless waiver of signature was
    indicated in the record.

15

16          IN WITNESS WHEREOF, I have hereunto set my hand
    and seal this date, September 30, 2019:

17

18

19          /S/Yvonne A. Gillette

20          _____
            Yvonne A. Gillette

21          Washington Certified Court Reporter

22          License No. 2129

23

24

25

# Exhibit 28

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    _____

4

     FOOD & WATER WATCH, INC., et      )

5    al.,                              )

                                       )

6                                      )    Case No.

              Plaintiffs,              )

7                                      )    3:17-cv-02162-

         vs.                           )    EMC

8                                      )

     U.S. ENVIRONMENTAL PROTECTION     )

9    AGENCY, et al.,                   )

                                       )

10                                     )

              Defendants.              )

11                                     )

12   _____

13

14        DEPOSITION OF BRUCE LANPHEAR, M.D.

15              September 25, 2019

16             Bellingham, Washington

17

18

19

20

21   Reported by:

22   Connie Recob, CCR, RMR, CRR

23   CCR No. 2631

24   Job No. 3524414

25

Bruce Lanphear                                    September 25, 2019

Page 40

1              THE WITNESS:  You said, do I have an

2    opinion on the comparability?

3     BY MR. ADKINS:

4         Q.  Of the findings.

5         A.  Yes.

6         Q.  What is your opinion on that?

7         A.  In short, they're consistent.

8         Q.  Do you have an opinion regarding the

9    applicability of the findings of your research of the

10   MIREC project in populations in the United States?

11        A.  Yes.

12        Q.  What is your opinion?

13        A.  That they are applicable.

14        Q.  Do you have an opinion regarding whether the

15   neurotoxic effects of fluoride exposure differ

16   depending on the source of fluoride exposure?

17        A.  Do I have an opinion?  Yes.

18        Q.  What is your opinion?

19        A.  My opinion is that it's likely it does not

20   differ based upon their source.

21        Q.  Okay.  When studying the neurotoxic effects of

22   fluoride, what in your view are the most important

23   confounding variables to consider?

24        A.  They would be the same, largely the same ones

25   we do for all these other types of chemicals that we're

1        Q.   Okay.  Similarly, what methodologies, if any,

2    did you employ in coming to an opinion regarding the

3    applicability of the MIREC study findings to the United

4    States?

5                    MR. CONNETT:  Overbroad.

6                    THE WITNESS:  Well, Americans and

7    Canadians, both humans.

8     BY MR. ADKINS:

9        Q.   Did you say MIRECans?

10       A.   MIRECans, no, I did not say that.

11       Q.   Well, I assume maybe you meant M-I-R-E-C-ans?

12       A.   No.

13       Q.   MIREC.

14       A.   So generally when we do these studies whether

15   it's lead or PBDEs, we tend to find that humans,

16   regardless of their nationality, generally respond the

17   same way, even though in some countries like Australia

18   they felt like they needed to do their own research

19   before they could say low-level lead is toxic to

20   Australians.  That's just silly.

21           So generally speaking, there's no reason to

22   suspect biologically speaking that Canadians and

23   Americans are different.  We certainly know from the

24   research we've done and the levels, the optimal levels

25   that the Americans adopted which originally were from

1    Canada, that the levels of exposure are very consistent

2    and similar.  So there really isn't any reason other

3    than, I guess, methodologic purity to say that we must

4    replicate this in the United States.  It likely will be

5    done, but do we know enough?  Probably.

6           Q.   Okay.  And with respect to your opinion

7    regarding whether the neurotoxic effects of fluoride

8    exposure differ depending on the source of fluoride

9    exposure, are there any scientific texts that you're

10   relying on for your opinion that it likely does not

11   differ?

12                MR. CONNETT:  Overbroad.

13                THE WITNESS:  No.  And when I said I

14   have an opinion, it's probably -- my opinion is it

15   probably doesn't matter.

16    BY MR. ADKINS:

17          Q.   Right.

18          A.   But it's a probably.  I haven't seen specific

19   studies where in this case it was from fluoridated

20   pesticides or in this case it's from PFAS chemicals

21   which may or may not break down, right.  There's those

22   kinds of questions, but generally speaking when we see

23   similar levels of exposure in the Canadian study among

24   women who live in cities with fluor -- water

25   fluoridation and then we've got fluoridated salt with

Page 62

1                    THE WITNESS:  Yeah, not that I can

2    recall.  Nothing specific.

3                    MR. ADKINS:  Okay.  Can we take a break?

4                    THE WITNESS:  Yeah.

5                    (Recess 10:19-10:26.)

6                    (Exhibit No. 348 marked

7                     for identification.)

8

9            E X A M I N A T I O N (Continuing)

10     BY MR. ADKINS:

11        Q.  Dr. Lanphear, the court reporter has handed

12    you what's been marked as Exhibit 348.  This is a study

13    entitled Community Water Fluoridation in Urinary

14    Fluoride Concentrations in a National Sample of

15    Pregnant Women in Canada published in Environmental

16    Health Perspectives, October 2018.

17            I will refer to this study as Till 2018, okay?

18        A.  Okay.

19        Q.  You were a coauthor of Till 2018, correct?

20        A.  Correct.

21        Q.  What were your responsibilities with respect

22    to the research being reported in Till 2018?

23        A.  Well, this would be consistent for all the

24    studies we'll talk about so maybe we can summarize that

25    and get out by 12.

1          So my job was really kind of as the senior

2     investigator, and Christine approached me to ask if I'd

3     be willing to do research on fluoride and children's

4     health.  I said yes, and then I identified the MIREC

5     study as a likely study we could tap into.  I had

6     already been involved in the MIREC study.  And then we

7     wrote a proposal together with Christine taking the

8     lead in writing it to NIH and to CIHR for funding, and

9     we submitted it and then we got funding.  And then we

10    got approval from the MIREC study to open up the

11    biobank and get some urine and then we identified the

12    lab.

13          Originally we were going to use a lab in

14    Canada, and I said I don't think that's a good idea; we

15    should use a laboratory that does fluoride assays all

16    the time.  And so we reached out to at that point

17    Angeles and we measured the fluoride and then we

18    started to look at the values we got.  We tested for

19    creatinine.  We had to get creatinine, and then we

20    looked at municipal fluoride levels, Christine and

21    Rivka and some others I think got those from the water

22    authorities, and then we did these analyses that led up

23    to the paper.

24        Q.  And so what were your responsibilities in

25    doing the analyses that led up to the paper?

Bruce Lanphear                                September 25, 2019

Page 64

1       A.  So mostly as I said, I was the senior

2   investigator.  Christine and Rivka would do the

3   original analyses along with Rick Hornung who was a

4   colleague that I brought into the team, and so I was

5   not doing the actual statistical analysis but rather

6   helping to interpret it, design the tables, how to

7   present it, what kind of creatinine corrections to use.

8   So almost all the decisions we did as a team, but I

9   wasn't directly doing the statistical analyses.

10      Q.  When you said Angeles, were you referring to

11  Dr. Angeles Martinez-Mier?

12      A.  Yes.

13      Q.  Did she weigh in on what creatinine

14  corrections to use in this study?

15      A.  I'm pretty sure she was involved in that, yes.

16      Q.  Was -- did you make a final decision on what

17  creatinine adjusted?

18      A.  We did most of them, most all that you could

19  do, so that they were very comparable with any other

20  study you wanted to use.

21      Q.  Sure.  What responsibilities, if any, did you

22  have with respect to writing Till 2018?

23      A.  So what we typically did for most of these

24  papers is that Christine and/or Rivka took the lead in

25  writing the first draft and then we'd go through an

Page 120

1  clarification.

2            MR. ADKINS:  I can strike and restate.

3            MR. CONNETT:  Yeah, because I wasn't

4  sure which cohort you were talking about.

5            MR. ADKINS:  Sure.  Of course.

6   BY MR. ADKINS:

7       Q.  So was the conclusion of Till 2018 that

8  research is urgently needed to determine whether

9  prenatal exposure to fluoride contributes to

10  neurodevelopmental outcomes in the offspring of the

11  women studied in the MIREC cohort?

12      A.  Yes.

13            MR. ADKINS:  Can we go off the record?

14            (Recess 12:00-1:00.)

15             (Exhibit No. 351 marked

16              for identification.)

17

18        E X A M I N A T I O N (Continuing)

19   BY MR. ADKINS:

20      Q.  Dr. Lanphear, the court reporter has handed

21  you what's been marked as Exhibit 351.

22      A.  Yes.

23      Q.  This is a paper entitled Association Between

24  Maternal Fluoride Exposure During Pregnancy and IQ

25  Scores in Offspring in Canada published in the American

Bruce Lanphear                                            September 25, 2019

Page 121

1    Medical Association JAMA Pediatrics journal in

2    August 2019.

3              Are you familiar with this study?

4         A.  Yes.

5         Q.  Okay.  I will refer to this study as Green

6    2019, okay?

7         A.  All right.

8         Q.  Now, with respect to Till 2018 you said

9    that -- I asked you about your responsibilities in the

10   research done in that paper and the writing done in

11   that paper, and you said that to shortcut some of this

12   your responsibilities you were about to describe were

13   the same for the other MIREC studies.

14             Would your answer with respect to the

15   questions that I asked about your responsibilities on

16   the research and the writing done in Till 2018 the same

17   with respect to Green 2019?

18        A.  Yes.

19        Q.  Is JAMA Pediatrics a reliable authority in

20   your opinion?

21        A.  Yes.

22        Q.  Green 2019 analyzed whether there was an

23   association between the fluoride exposure of certain

24   mothers who participated in the MIREC study and the IQ

25   of those mothers' offspring at ages three to four

Bruce Lanphear                           September 25, 2019

Page 124

1    measure, the one we relied on most was the biomarker

2    exposure urinary fluoride.  The second one was fluoride

3    intake.  The third one was just water fluoride where we

4    didn't try to take into account black tea, it was just

5    the water fluoride.

6         Q.  And how did you measure water fluoride in

7    Green 2019?

8         A.  As we talked about in the Till 2018 paper, it

9    was based upon the reported measures from the water

10   plants that supplied water to the addresses of the

11   women in the study.

12        Q.  Right.  Did the methodology differ --

13        A.  No.

14        Q.  -- in any way from Till 2018?

15        A.  The methodology did not deliver -- did not

16   differ but not -- it wasn't always the same women based

17   upon the questions we were asking.

18        Q.  Right.  Understood.

19             So urine samples for the 512 women who

20   provided samples for all three trimesters in Green 2019

21   and who had a child with IQ data were analyzed; is that

22   correct?

23        A.  That's correct.

24        Q.  Okay.  Could you turn to table -- E Table 1 of

25   Green 2019?

Page 157

1        A.   Not fluoride exposure.  Well, not human

2   studies and not fluoride exposures, no.

3        Q.   Now, at the beginning of this deposition, you

4   did mention another study regarding animals?

5        A.   Right.

6        Q.   What study was that?  Could you refresh my

7   recollection?

8        A.   Yeah, that was a 19- -- I think it was a 1994

9   study in NeuroTox and I think we cited it here.  It's

10   Neurotoxicity of Sodium Fluoride in Rats,

11   Neurotoxicology Teratology 1995.

12        Q.   This is the Mullinex, M-U-L-L-E-N-I-X, study?

13        A.   Yes, right.

14        Q.   Great.  Green 2019 also reported a

15   statistically significant association among fluoride

16   intake based on a question -- based on questionnaire

17   responses in full-scale IQ scores among boys and girls;

18   is that correct?

19        A.   Correct.

20        Q.   Green 2019 did not report separate results for

21   the boys and girls studied as it did with respect to

22   the results relating to maternal urinary fluoride

23   concentrations; is that right?

24        A.   Yes.

25        Q.   Is there a reason why?

Bruce Lanphear                                          September 25, 2019

                                                        Page 165

1    is?

2          A.   An E value?

3          Q.   Uh-huh.

4          A.   It's not something in my terminology.

5          Q.   It's a statistical measure.  Does that refresh

6    your recollection at all?

7          A.   No.

8          Q.   Okay.

9                    MR. ADKINS:  Why don't we take a break

10   and we'll move on to the third study.  Is that okay?

11                   MR. CONNETT:   Okay.

12                   (Recess 2:04-2:13.)

13                   (Exhibit No. 352 marked

14                    for identification.)

15

16           E X A M I N A T I O N (Continuing)

17    BY MR. ADKINS:

18         Q.   The court reporter has handed you what's been

19   marked as Exhibit 352.  This is a document entitled

20   Fluoride Exposure From Infant Formula in Child IQ in a

21   Canadian Birth Cohort by Christine Till, et al.

22           Are you familiar with this document?

23         A.   Yes.

24         Q.   Okay.  What is this?

25         A.   This is a study looking at fluoride exposure

Bruce Lanphear                                    September 25, 2019

Page 166

1    in infancy of the same cohort, the MIREC birth cohort.

2         Q.  Do you have any reason to think that

3    Exhibit 352 is not an accurate reproduction of a copy

4    of this study that you submitted with -- that plaintiff

5    submitted with your expert report in this case?

6         A.  It's an accurate -- well, as far as I can

7    gather, it's an accurate representation of what was

8    submitted back then.  It has been since modified.

9         Q.  In what ways has this report been modified?

10        A.  I couldn't tell you exactly when this was

11   shared.  It looks like it was shared when we submitted

12   it to Pediatrics.  Pediatrics did not accept it.  We

13   revised it and submitted it to a different journal and

14   made some changes based on some reviewer comments and

15   resubmitted it, I think, just in the last couple days.

16        Q.  Okay.  When did you submit -- well, first of

17   all, I'm going to refer to this as Till in press, okay?

18        A.  Okay.

19        Q.  When did you submit Till in press to The

20   Journal of Pediatrics?

21        A.  Two months ago, three months ago, maybe

22   generally.

23        Q.  Are you aware of why Pediatrics rejected Till

24   in press for publication?

25        A.  I've only got my perception but I don't know

Bruce Lanphear                                    September 25, 2019

Page 193

1    or go away once we adjust for maternal urinary

2    fluoride?

3              So the maternal urinary fluoride, that is the

4    prenatal fluoride, was really just a secondary analysis

5    and not a primary focus.

6         Q.   Okay.   And with respect to infant fluoride

7    exposure, did Till in press find an inverse association

8    between infant fluoride exposure and full-scale IQ and

9    performance IQ?

10        A.   So in the paper that we have here as I recall

11   and in the final one, we do see an association of

12   infant fluoride intake among breastfed infants with

13   full-scale IQ.   When we excluded two influential points

14   on our recent resubmission, we no longer see a

15   significant reduction in full-scale IQ even among the

16   breastfed kids, that is only after we excluded the two

17   influential points.

18        Q.   What were the two influential points?

19        A.   There are two points, two children out of all

20   of the children who appeared different and they're

21   influential in the sense that if we remove those two

22   kids, the association of infant formula intake among

23   breastfed kids is no longer significantly associated

24   with full-scale IQ.

25              Now, that doesn't mean we shouldn't include

Page 194

1   them, but we should be transparent and include it both

2   ways so people know what happens when you exclude

3   influential points.  They're real points, but they may

4   be influential and so it's important to recognize that.

5           So that's the difference between the -- the

6   main difference between this in press copy you have and

7   the one that was just recently submitted.

8           For infant fluoride intake, we still see a

9   significant inverse association of infant fluoride

10  intake and performance IQ in both the breastfed and

11  formula-fed kids.  So not full-scale IQ but performance

12  IQ, nonverbal IQ.

13      Q.  Would you characterize the two influential

14  endpoints as outliers?

15      A.  That would be one way to do it.  They are in

16  fact outliers but more important than that, they're

17  influential.  That is, if you take them out of the

18  model, they change things, you know, however much,

19  maybe by 10 percent or more or from significant to

20  nonsignificant.  So they're both influential and

21  outliers.  There's a lot of outliers that aren't very

22  influential.

23      Q.  Till in press found that infant fluoride

24  exposure was not associated with verbal IQ scores in

25  the breastfeeding and formula-fed group; is that

Bruce Lanphear                                    September 25, 2019

Page 209

1      Q.   What are you basing that opinion on there,

2   Dr. Lanphear?

3      A.   The study we did in 2018, Till 2018.

4      Q.   Okay.  And your second opinion that you've

5   listed here is that "the average urinary fluoride

6   concentration for the MIREC pregnant women living in

7   Canadian communities with fluoridated drinking water

8   was almost the same as those of the ELEMENT pregnant

9   women living in Mexico City where fluoride is added to

10  salt."

11          You stand by that opinion, Dr. Lanphear?

12     A.   Yes.

13     Q.   And what are you basing that opinion on?

14     A.   The two studies, Till 2018 and Bashash 2017.

15     Q.   Okay.  And the third opinion that you've

16  listed here is that "Our MIREC study, Green, et al. in

17  press:  Significantly enhances the quality of data

18  related to the neurotoxicity of fluoride because it

19  employs a prospective design that includes multiple

20  measures of fluoride exposure during pregnancy

21  including biomonitoring data and IQ outcomes that have

22  been evaluated in one of the world's most

23  comprehensively characterized and geographically

24  diverse birth cohorts."

25          Did I read that correctly?

Bruce Lanphear                                    September 25, 2019

Page 210

1          A.   Yes.

2          Q.   And do you stand by that opinion,

3     Dr. Lanphear?

4          A.   Yes.

5          Q.   Okay.  And the fourth opinion that you've

6     listed here is:  "As with the ELEMENT study, Bashash,

7     et al. 2017, we found that prenatal fluoride exposure

8     was significantly associated with lower intellectual

9     abilities in three- to four-year-old children.  These

10    associations remain large and significant in

11    controlling for relevant covariates."

12            Do you stand by that opinion, Dr. Lanphear?

13         A.   Yes, I do.

14         Q.   Now, you say here that the associations

15    remained large.  Can you explain that a little bit more

16    when you say -- is it your opinion that the effect size

17    that you found in the MIREC cohort was a large effect?

18         A.   Yes.

19                 MR. ADKINS:  Objection.  Compound.

20    Leading.

21                 THE WITNESS:  These are -- these effects

22    are large even though occasionally for individual

23    children people may say, Well, it's only 3 to 4 IQ

24    points, and I suppose if it was only your child -- or

25    it's not your child and somebody else's child, maybe

Bruce Lanphear                                    September 25, 2019

Page 211

1    it's not a big deal, but when you have hundreds of

2    thousands or millions of children who can lose up to 4

3    to 5 IQ points, it has a huge impact on the population

4    distribution of children who are no longer gifted or

5    who might be intellectually challenged, that is, have

6    an IQ less than 70 points.  And I would imagine that if

7    we asked parents, they would care quite a bit about

8    their child losing 4 to 5 IQ points.

9     BY MR. CONNETT:

10        Q.  Now, I'm going to ask you a few questions

11   later on some of your research on lead, but

12   Dr. Lanphear, am I correct in understanding that you

13   have published quite prolifically on lead's effects on

14   IQ?

15        A.  Yes.

16        Q.  Okay.  How would you compare the effect size

17   that you found for fluoride in IQ with the effect size

18   of general population exposures to lead?

19        A.  Well, if we look at -- I mean, the metrics we

20   use are very different.  One, we're using parts per

21   billion and the other we're using -- well, one's in

22   blood, one's in urine.  But if we look at the impact

23   across the range of exposures, let's say in the pooled

24   analysis, it was as much as 9, but that was because we

25   had -- 9 IQ points.

Bruce Lanphear                                    September 25, 2019

Page 212

1      Q.  For lead?

2      A.  For lead -- but that included children in

3   various cities that had extraordinarily high levels of

4   exposure.

5          In this population in this MIREC study, we

6   intentionally focused on exposures that were largely

7   below what's considered the optimal level of

8   fluoridation plus other measures, and so the range of

9   exposures is not quite as great, and yet for what we

10  think of as lead as being low to high, let's say less

11  than 1 microgram per deciliter to 10 microgram per

12  deciliter, we see a 6 to 7 IQ point decrement.

13         For the full range of exposure here, if we

14  just focus on maternal urinary fluoride for a moment

15  with boys, we see about a 4 to 5 IQ point decrement

16  across the range of exposure we see in Canadian boys in

17  the MIREC study.

18         So they're a little different metric, but

19  basically we see an effect across the range of

20  exposures that's comparable.

21     Q.  Okay.  And when you say "the full range of

22  exposure," are you referring to going from, say, zero

23  milligrams per liter fluoride in maternal urine to

24  1 milligram per liter of fluoride?

25                  MR. ADKINS:  Objection.  Leading.

1              THE WITNESS:  Yeah, it's roughly that

2    range of exposure.  Of course, there are no children

3    with undetectable levels of fluoride.  We're all

4    exposed to some extent and up to I think 85th

5    percentile is one -- 1 milligram per liter, so we still

6    see 15 percent of the population with exposures above

7    that.  So in some cases, it might even be greater

8    than 5 IQ point decrement.

9     BY MR. CONNETT:

10       Q.   Okay.  Now, in this case did the fact that

11   EPA's epidemiologist that they have retained to provide

12   testimony on the epidemiological literature on fluoride

13   and IQ, Dr. Ellen Chang from Exponent, she has provided

14   the testimony in this case that in order for a

15   chemical's effect on IQ to be large enough to have

16   confidence that there's a causal association, she would

17   like to see an average IQ difference of 15 IQ points.

18            Do you have an opinion on that testimony,

19   Dr. Lanphear?

20              MR. ADKINS:  Objection.

21   Mischaracterizes the testimony.

22              THE WITNESS:  15 IQ points is huge.  If

23   we saw a 15-point decrease let's say in the population

24   of American children -- well, even let's just focus on

25   some stats that I'm very familiar with.  Even if we

Bruce Lanphear                                        September 25, 2019

Page 215

1    extremes but not the average.

2       Q.   Okay.  Does it surprise you to hear that EPA

3    would retain an epidemiologist that would have that

4    opinion?

5                 MR. ADKINS:  Objection.

6    Mischaracterizes testimony.  Argumentative.

7                 THE WITNESS:  I was really quite

8    troubled and shocked when I saw that EPA was using what

9    many chemical industries use, private rented white

10   coats as their expert.  I've interacted with them a

11   lot, and they're really -- they're scientists for hire.

12   They're scientists of uncertainty.

13          If you go back and look at the reports in the

14   past, time and again they've turned out to be wrong.

15   They've been on the wrong side of history.  They are

16   there to protect industry.  And for the EPA to retain

17   experts from Gradient or Exponent, it sickens me.  It

18   just sickens me.

19    BY MR. CONNETT:

20       Q.   So let's go back to your expert report, and

21   I'm looking here at your fifth opinion where you write,

22   "Based on the convergent results from the MIREC and

23   ELEMENT cohorts, the in utero period appears to be a

24   susceptible period of life vis-à-vis fluoride toxicity.

25   In light of these findings, I believe it is advisable

Page 216

1    and prudent for pregnant women to begin taking steps to

2    reduce their fluoride intake, including but not limited

3    to reducing their consumption of fluoridated water."

4            Dr. Lanphear, do you stand by that opinion?

5        A.  I do.

6        Q.  Now, you wrote this report on June 27th, 2019,

7    or you finished it on that date, correct?

8        A.  Yes.

9        Q.  Okay.  Subsequent to writing this report, the

10   Green 2019 study was published in JAMA Pediatrics?

11       A.  Correct.

12       Q.  Okay.  When the JAMA Pediatrics study was

13   published, did you ever have an opportunity to listen

14   to a podcast by the JAMA Pediatrics editors?

15       A.  Yes.

16       Q.  Did any of the JAMA Pediatrics editors express

17   an opinion that relates to what you have written here

18   as Opinion No. 5?

19       A.  Yes, they did.

20       Q.  Can you explain?

21               MR. ADKINS:  Objection.  Narrative.

22               THE WITNESS:  Yeah, so the editor in

23   chief of JAMA Pediatrics, Dimitri Christakis, who's

24   very bright, one of the leading experts in pediatrics

25   in the United States, not the world, did a podcast and

Bruce Lanphear                                    September 25, 2019

Page 217

1    I think the podcast was important because in contrast

2    to his role, strict role as the editor where they go

3    through a copyediting, he was very free with his

4    recommendations.

5              And I think the key thing that stood out --

6    well, there are two or three key things.  First of all,

7    he was completely shocked that so many countries in

8    Europe didn't fluoridate.  How could that be?  Doesn't

9    everybody fluoridate?  And that there were cities in

10   Canada that didn't fluoridate.  How could that be?

11   Doesn't everybody fluoridate?

12             And he initially started out by talking about

13   how anybody that would talk about fluoride as harmful

14   he thought of as akin to the anti vaccines.  But this

15   study convinced him otherwise.

16             And while, of course, he, like any good

17   epidemiologist, raised some questions and some possible

18   limitations, in the end, his advice he would not advise

19   women who were pregnant to drink fluoridated water.

20   And I think most pediatricians would come to that same

21   conclusion despite the fact that these studies are not

22   definitive.  There's still questions.  There's still

23   some limitations.  It's a vast improvement over

24   previous studies and there's no benefit of fluoride

25   until the teeth erupt.

Bruce Lanphear                                    September 25, 2019

                                                     Page 218

 1              And so in contrast with this whole idea that

 2     well, maybe there's some -- maybe there's some toxicity

 3     to some fluoride, but it protects our teeth, but that's

 4     not true for the developing fetus or for the

 5     six-month-old infant.  And so the equation changes

 6     dramatically at that point.  And then as Dimitri talked

 7     about, it raises a lot of complexities.  Maybe it was

 8     Fred Rivara, his colleague, that raises a lot of

 9     complexity.  What do you do, tell pregnant women to buy

10     bottled water?  Pregnant women shouldn't rely on the

11     public water source?  These are real complexities.

12     These are real problems.  And it's something that's

13     troubled me also is that also how can we be at this

14     point where for whatever reason, whether it's because

15     you live in Newark, New Jersey and lead contamination

16     or whether it's because we're now going to be

17     recommending, we have recommended that pregnant women

18     avoid fluoride during pregnancy and they can't rely on

19     the public water source, the most basic public health

20     good that we share or should share.  And what do we

21     tell women?

22              My guess is that most pediatricians will say

23     the same thing that Dimitri, once they stop and look at

24     the evidence.  That will take some time, by the way.

25     It won't happen overnight.

Bruce Lanphear                                    September 25, 2019

Page 223

1    studies I think you mentioned the Choi review earlier,

2    what does -- what role, if any, do those studies play

3    in your assessment?

4        A.   Yeah.  So some of the early cross-sectional

5    studies I know we tend to diminish them because they

6    were ecologic, in most cases they were ecologic and

7    those are pretty limited, but they're not

8    uninformative.  I mean, herd immunity is an ecologic

9    study and it's very useful when we're thinking about

10   protecting kids from measles, but by themselves,

11   they're pretty limited.  But it's also equally

12   important that it's the collective evidence including

13   the ecologic data, including some of the laboratory

14   studies, including now the three prospective cohort

15   studies that showed very similar associations even

16   though there's different ranges of exposure for one of

17   the three, but collectively they are beginning to tell

18   a pretty consistent story, recognizing again there will

19   always be limitations.

20       Q.   Okay.  Now, I'm just looking at the sixth

21   opinion you have identified here in your expert report,

22   and you write, "In the MIREC cohort, exposure to

23   fluoridated water in infancy, particularly among

24   formula-fed infants, was associated with diminished

25   intellectual abilities in young children, Till, et al.

Bruce Lanphear                                September 25, 2019

Page 224

1   in review.  This association remained significant after

2   controlling for fetal fluoride exposure in other

3   relevant covariates suggesting that the susceptibility

4   to fluoride's adverse neurological effects may extend

5   into infancy."

6            Dr. Lanphear, do you stand by that opinion?

7        A.  I stand by that.  I might clarify it to say

8   that we particularly saw impacts on performance for

9   visual spacial abilities in kids which isn't to say we

10  should dismiss entirely the study, the analysis that

11  included the two outliers, but I think that -- I think

12  that's important to put that out transparently.

13       Q.  Okay.  And if you could -- I want to just ask

14  you a quick question about the Till in press study,

15  which is Exhibit 352, and if you could turn to Page 15?

16       A.  Okay.

17       Q.  And the last sentence here of your paper, you

18  write, "In the absence of any benefit from fluoride

19  consumption in the first six months, it is prudent to

20  limit the fluoride exposure by using nonfluoridated

21  water or water with lower fluoride content as a formula

22  diluent."

23       A.  Diluent.

24       Q.  Diluent, okay.  And is that -- you stand by

25  that assessment, Dr. Lanphear?

Bruce Lanphear                                              September 25, 2019

Page 258

1                        REPORTER'S CERTIFICATE

2

3           I, CONNIE A. RECOB, the undersigned Certified

4    Court Reporter, pursuant to RCW 5.28.010 authorized to

5    administer oaths and affirmations in and for the State

6    of Washington, do hereby certify that the sworn

7    testimony and/or proceedings, a transcript of which is

8    attached, was given before me at the time and place

9    stated therein; that any and/or all witness(es) were

10   duly sworn to testify to the truth; that the sworn

11   testimony and/or proceedings were by me

12   stenographically recorded and transcribed under my

13   supervision, to the best of my ability; that the

14   foregoing transcript contains a full, true, and

15   accurate record of all the sworn testimony and/or

16   proceedings given and occurring at the time and place

17   stated in the transcript; that a review of which was

18   not requested; that I am in no way related to any party

19   to the matter, nor to any counsel, nor do I have any

20   financial interest in the event of the cause.

21           WITNESS MY HAND and SIGNATURE this 1st day of

22   October, 2019.

23

24   CONNIE A. RECOB, RMR, CRR

     Washington Certified Court Reporter, CCR 2631

25   c.recob@gmail.com

# Exhibit 29

**Fluoride Concentrations in Urine, Serum and Amniotic fluid in 2nd Trimester Pregnant Women in Northern California**

**Abstract**

**Background**:  Previous studies have shown a direct correlation between fluoride levels in urine and community water fluoride levels. Some studies have shown a relationship between maternal urine fluoride concentrations and neurodevelopmental effects on offspring. However, there are no studies of the relationship between community water fluoridation, urine, serum, and aminiotic fluid fluoride levels in pregnant women in the US.

**OBJECTIVE:** The aim of this study was to determine the relationship between maternal urinary fluoride, adjusted for specific gravity (MUF), maternal serum fluoride (MSF), amniotic fluid fluoride (AFF) levels during pregnancy, and community water fluoridation in Northern California.

**METHODS:** Archived samples of urine, serum and amniotic fluid collected from second trimester pregnant women in Northern California from 47 different communities in Northern California and one from Montana  (n=48), were analyzed for fluoride using an ion specific electrode following acid diffusion. Women's addresses were matched to publicly reported water fluoride levels. We examined whether fluoride levels in biospecimens differed by fluoridation status of the community water, and determined the association  between water fluoride concentrations and biospecimen fluoride levels using linear regression models adjusted for maternal age, smoking, and BMI.

**RESULTS:** Fluoride levels in the community water supplies ranged from 0.02 to 1.00 ppm. Maternal urinary, serum and amniotic fluoride were significantly higher in pregnant women living in optimally fluoridated communities (0.7 to 1.0 ppm), as compared with communities with less than 0.7 ppm fluoride in drinking water.  A 0.1 ppm increase in community water fluoride levels was positively associated with higher levels of maternal urinary fluoride levels (B = 0.040, 95% CI: 0.007, 0.072), maternal serum fluoride levels (B = 0.001, 95% CI: 0.000, 0.002) and amniotic fluoride levels (B = 0.001, 95% CI: 0.000, 0.002).

**CONCLUSION:**  Fluoride levels in urine, serum, and amniotic fluid from women  are positively correlated to public records of community water fluoridation.  Community water fluoridation remains the  major source of fluoride exposure for pregnant women living in Northern California.

## Introduction

In the United States (US), water and water-based beverages contribute to approximately 75% of the total fluoride intake among adults living in communities that fluoridate their water supply (U.S. EPA 2010).  Current estimates, posted by the US Center for Disease Control and Prevention (CDC) are that  nearly three-fourths of the U.S. population with access to community water systems receive water adjusted to an optimal level of  0.7 ppm fluoride https://www.cdc.gov/fluoridation/statistics/2014stats.htm).    This level of community water fluoridation in the US is higher than in Canada, where approximately one-third of Canadian communities fluoridate their water supply, and Europe, where only 3% of Europeans have fluoridated water (Canada 2017; Till et al. 2018). Recent studies of the potential effects of fluoride on neurodevelopment from prenatal exposures (Bashash et al. 2017; Bashash et al. 2018; Ding et al. 2011; Liu et al. 2019), and onset of puberty in boys(Liu et al. 2019),  suggest the need to evaluate fluoride levels in communities in the US and their relationship to fluoride levels in pregnant women.

Enamel fluorosis, which is a bioindicator for systemic fluoride exposure during times of tooth enamel formation, has been increasing in the US.  In 1986–1987, 22.6% of adolescents aged 12–15 were reported to have dental fluorosis, whereas in 1999–2004, 40.7% of adolescents aged 12–15 had dental fluorosis (Beltran-Aguilar et al. 2010).  In adolescents aged 16 and 17 years, fluorosis prevalence was reported to increase  31.6% in 2012–2011, as compared to  2002–2001 (Wiener et al. 2018).  This increase in enamel fluorosis has lead to concerns that overall systemic fluoride exposure is increasing, and in 2015 the CDC recommended levels for fluoride in drinking water be reduced from 1 ppm fluoride to 0.7 ppm fluoride (Health and Human Services Federal Panel on Community Water 2015).  However, the US Environmental Protection Agency has continued to allow fluoride levels of up to 4 ppm in drinking water (https://www.epa.gov/ground-water-and-drinking-water/national-primary-drinking-water-regulations).

There are no contemporary measurements of fluoride in adult humans in the United States and its relationship to water fluoridation.  Additionally, there are no contemporary studies of fluoride levels in pregnant women in optimally fluoridated communities in the US, nor in fetal related tissues, despite recent concerns about effects on neurodevelopment.

To address this, we measured fluoride concentrations in urine, serum and amniotic fluid of second trimester pregnant women in Northern California. We used publicly available information of fluoride levels in their water systems to evaluate the relationship between reported fluoride levels and biomonitoring measurements, to assess the contribution of water fluoridation to measured fluoride levels in biological samples.

## Methods

### Study Sample
Maternal urine, serum, and amniotic fluid were collected, between 2014 and 2016, from a total of 138 second trimester pregnant women with uncomplicated pregnancies from Northern California seeking care at Zuckerberg San Francisco General Hospital, UCSF.  Women stayed 1 to 2 days in San Francisco, which is fluoridated, and fasting urine samples were collected on day 2. Specific gravity of the urine samples was measured at time of collection. Samples were labeled with a unique identification and barcode and then aliquoted into smaller Cryovials® and stored at -80ºC. Of these samples, 49 were selected from women residing in different communities across Northern California, and one residing in Montana.  Two of the samples were excluded from analysis due to the unavailability of water fluoride levels. One sample was further excluded from

amniotic fluid fluoride analysis due to sample unavailability, leaving a final study population of 48 for urine and maternal serum analysis and 47 for those with amniotic fluid. Women's addresses were abstracted from the medical record. We were only able to obtain zip codes and not full addresses for four women.

The women were racially and ethnically diverse, with an average age of 25.7 years (Table 1). The majority had a high school education or less, and more than a third had no children at the time of sample collection (Table 1). More than two-thirds of the participants reported smoking in the past year. This study was approved by the University of California, San Francisco Committee on Human Research.

**Fluoride measurements**

Fluoride concentrations were determined using a modification of the hexamethyldisiloxane (HMDS; Sigma Chemical Co.) micro- diffusion procedure of Taves (1968), as modified by Martínez- Mier et al. (2011). Fluoride levels were determined by comparing the millivolt reading of each sample to standard curves, covering the range of the samples' values, prepared from the data for standard solutions of diffused fluoride determined at the time the samples were analyzed. Fluoride concentrations in urine were adjusted for specific gravity. Water fluoride levels in the communities in which women lived at the time samples were collected were obtained from the California Water Board website https://www.waterboards.ca.gov/drinking_water/certlic/drinkingwater/Fluoridation.html, or from the water quality report of the individual city of residence using the participant addresses.

**Statistical analyses**

We evaluated the correlation between biological measures of fluoride (serum, urine, amniotic fluid) and the community fluoride levels using Pearson's correlation. We used linear regression to evaluate the relationship between each of the biological measures of fluoride and levels of fluoride in community water. We controlled for the following potential confounders: age (Husdan et al. 1976; Torra et al. 1998) smoking status (Going et al. 1980; Yadav et al. 2007), and BMI (Del Carmen et al. 2016).

The regression model took the form $Y=\beta_0+\beta_1X_1+\beta_2X_2+\beta_3X_3+\beta_4X_4+\varepsilon$, where $Y$ is the dependent variable (the measures of fluoride in each of the biospecimens); $X_1$ is community water fluoride level, $X_2$ is maternal age; $X_3$ is a maternal smoking status (coded as 0 if the subject reported not smoking and 1 if the subject reported smoking in the past year); $X_4$ is maternal BMI at the time of sample collection, and ε is the individual-specific error.

We then used Welch's t tests to compare biological measurements of fluoride between optimally fluoridated (=> 0.7 ppm) and less than optimally fluoridated water supplies (<0.7 ppm). Three samples were associated with community water fluoride levels of 0.69 ppm, and this value was rounded up and therefore included in the group with optimally fluoridated water (= >0.7 pppm). All data analyses were conducted using R version 3.6.0.

**Results**

Participants primarily resided in communities across Northern and Central California, and fluoride levels recorded for the community water samples ranged from 0.02 to 1.00 (Figure 1 and Supplemental Table 1). One participant lived in Montana but is not shown in Figure 1 for map

clarity. Fluoride could be measured within the linear range of the fluoride electrode in all patient samples. Maternal serum fluoride (MSF) and amniotic fluid fluoride (AFF) concentrations were similar to one another, but an order of magnitude lower than the levels observed in community water and maternal urine fluoride (MUF) concentrations (Table 1).

Mean MUF concentration in the optimally fluoridated communities were similar to the mean water fluoride concentration, whereas in communities with less than 0.7 ppm fluoride, MUF levels were higher than the mean community water fluoride concentrations (see Table 2). While there is a clear correlation between MUF and community water fluoridation, there is also much variability in the individual MUF, particularly as fluoride levels in the drinking water increase (Figure 2 and Table 3).

A 0.1 ppm increase in the community water fluoride level was associated with an increase of 0.040 (95% CI 0.007, 0.072) in MUF, after adjusting for covariates (Table 4, Figure 2). The associations between community fluoride levels and MSF and AFF were the same: a 0.1 ppm increase in community water fluoride was associated with increases of 0.001 (95% CI 0.000, 0.002) in both MSF and AFF. The unadjusted associations were similar for all biospecimen types. We did not find any effect of the potential co-founders, including smoking, which in adolecents has been reported to be associated with increased plasma fluoride levels (Jain 2018).

In a previous study of community water fluoride levels and associated MUF in Canda, (Till et al. 2018), fluoridated communities had fluoride levels greater than 0.3 ppm fluoride in drinking water, and non-fluoridated communities had 0.3 ppm fluoride or less in drinking water. To compare our results with those found in the Canadian study, we compared MUF levels of pregnant women across communities with less than or greater than 0.3 ppm fluoride in drinking water. We found the mean urine fluoride levels were similar in our Northern California sample to those in Canada (Table 5).

## Discussion

We measured fluoride concentrations in urine, serum, and amniotic fluid from 47 second trimester pregnant women primarily living in Northern California between 2014 and 2016. To our knowledge this is the first time this type of data has been reported in the US. In our study, which used archived biological samples, community water fluoride samples from the time of collection were not available. Therefore, we used public records to determine the water fluoride concentrations for each community the year that the samples were collected.

Our approach to assess community water fluoride levels through public records, showed in similar urine fluoride levels relative to community water fluoride concentrations for pregnant women, as those reported by Till and co-workers in a much larger sample of 1,566 Canadian women living in 10 cities across Canada (Till et al. 2018). In both our and Till and co-worker' study (Till et al. 2018), urine fluoride concentrations were measured in spot samples rather than 24 urine samples. Urine spot sampes have been shown to be an accurate assessment of fluoride ingestion on a population basis (Zipkin et al. 1956). The similarity in MUF concentrations for pregnant women in both studies, supports the validity of our findings, and the usefulness of MUF as a biomarker to compare study outcomes from different regions and countries.

We found that similar to previous reports in the US done in the 1950s, that the concentration of fluoride in drinking water was closely correlated to urine fluoride levels in areas with optimally fluoridated water (Smith et al. 1950; Zipkin et al. 1956). Urine fluoride concentrations, which were monitored when drinking water was first fluoridated to a level of 1 ppm in Grand Rapids,

Michiganin 1945,  fluctuated some with age, but within 4 years of fluoridation, urine fluoride levels for all ages were between  0.7 and 1 ppm  (Zipkin et al. 1956).  When Montgomery County Maryland  was fluoridated to a level of 1 ppm in 1951 the average urine fluoride levels for adults reached 1 ppm after 6 weeks (Zipkin et al. 1956). However, for less than optimally fluoridated communities, unlike the reports by Smith et al. (Smith et al. 1950), ours and Till's study of Candian women (Till et al. 2018) found that in communities with lower fluoride concentrations, MUF concentrations were 2 to 3 times  the concentration of fluoride in drinking water.  It is possible that in our study higher urine levels relative to community water fluoride levels in the low fluoride communities was due to the overnight stay in fluoridated San Francisco.  However, because our values we found were similar to those reported by Till et al, it is also possible that the relateive increase in urinary fluoride concentrations in low water fluoride communities may be due to increase fluoride exposure to women in these communities through additional  consumption of bottled drinks made in areas with higher  fluoride concentrations, and consumed in the lower fluoride in drinking water areas. This so called "halo" effect of fluoride exposure (Lewis and Banting 1994; Whitford 1994) would not have been present in previous times when most community water, including that used for manufacturing of food and beverages,  was at concentrations less than 1.0 ppm fluoride.

The importance of fluoride sources other than those obtained in community water, is shown in studies of   urinary fluoride levels of a cohort of pregnant women in Mexico, exposed to fluoride through salt fluoridation (Bashash et al. 2018). In that study, the mean urine fluoride levels were 0.91 ppm, ranging from 0.02–3.67, and a reduction of 5 IQ points  in offspring of the women was associated with  each additional ppm of fluoride in maternal urine.

We found mean serum fluoride concentrations of 0.022 ppm in optimally fluoridated areas.  Our fluoride measurements were done using the more accurate fluoride diffusion method, as compared to methods used to measure fluoride in blood in the 1950's.  However, our measurements of serum fluoride concentrations were within the range previously reported by Smith et al (Smith et al. 1950); between the  0.014 ppm mean blood fluoride concentration measured in a community with 0.6 ppm fluoride in drinking water, and 0.04 ppm mean blood fluoride in a community with 1.3 ppm fluoride in drinking water.

In our study the highest serum fluoride concentration recorded in an optimally fluoridated community was 0.059 ppm.  The mean and maxium fluoride concentrations for pregnant women in our study are higher than those recently reported for children aged 6 though 19, where the highest reported plasma fluoride levels were 0.017 ppm fluoride, with an average of around 0.0076 ppm fluoride (Jain 2018). The lower plasma fluoride levels in children and adolescents are likely due to the fact that fluoride is taken up into growing bone, resulting in lower blood fluoride levels (Whitford 1994).

We found that fluoride concentrations in amniotic fluid were similar to maternal serum fluoride concentrations, and also correlated to community water fluoride levels. The relationship we observed between maternal amniontic fluid fluroid levels and community water fluoride levels show that fetal exposure to fluoride is related to fluoride concentrations in drinking water.

Ron et al. measured maternal plasma, cord plasma and amniotic fluid from 50 women at various weeks in pregnancy (Ron et al. 1986). These measurements were done directly with an ion specific electrode, without diffusion, and therefore are more likely to be affected by proteins in the plasma and amniotic fluid.  They found relatively higher fluoride in maternal plasma as compared to amniotic fluid between 16 and 30 weeks of gestation, whereas we found similar mean maternal serum fluoride and amniotic fluid fluoride concentrations.  Our findings are

consistent with previous studies showing similar concentrations of fluoride in maternal serum and fetal cord blood (Gedalia et al. 1964; Shen and Taves 1974), and support previous findings that fluoride readily passes through the placenta.  Interestingly, Ron et al found in the older fetal age groups,  cord plasma fluoride concentration to be  significantly lower than maternal plasma levels, whereas amniotic fluid fluoride levels were significantly higher. It may be that plasma fluoride levels decrease later during fetal development due to increased bone formation, whereas amniotic fluid fluoride may increase through continued recycling of fluoride through the fetal urine. The relative importance of fluoride in amniotic fluid relative to brain development remains to be understood.

In summary, this study shows that while fluorosis prevalence is increasing in children, mean maternal fluoride exposure remains similar to previous reports.  However, it does appear that fluoride exposure is increasing in nonfluoridated communities, perhaps through the consumption of fluoride through diet and bottled drinks.  These studies support the use of urinary fluoride as a biomarker for systemic fluoride exposure in pregnant women, and suggest  the need for further studies of fluoride risk  relative to individual levels of exposure.


**References:**

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, et al. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in mexico. Environmental health perspectives 125:097017.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, et al. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (adhd) symptoms in children at 6-12years of age in mexico city. Environ Int 121:658-666.

Beltran-Aguilar ED, Barker L, Dye BA. 2010. Prevalence and severity of dental fluorosis in the united states, 1999-2004. NCHS Data Brief:1-8.

Canada PHAo. 2017. The state of community water fluoridation across canada.

Del Carmen AF, Javier FH, Aline CC. 2016. Dental fluorosis, fluoride in urine, and nutritional status in adolescent students living in the rural areas of guanajuato, mexico. J Int Soc Prev Community Dent 6:517-522.

Ding Y, YanhuiGao, Sun H, Han H, Wang W, Ji X, et al. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in hulunbuir, inner mongolia, china. Journal of hazardous materials 186:1942-1946.

Gedalia I, Brzezinski A, Zukerman H, Mayersdorf A. 1964. Placental transfer of fluoride in the human fetus at low and high f-intake. J Dent Res 43:669-671.

Going RE, Hsu SC, Pollack RL, Haugh LD. 1980. Sugar and fluoride content of various forms of tobacco. J Am Dent Assoc 100:27-33.

Health USDo, Human Services Federal Panel on Community Water F. 2015. U.S. Public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. Public health reports (Washington, DC : 1974) 130:318-331.

Husdan H, Vogl R, Oreopoulos D, Gryfe C, Rapoport A. 1976. Serum ionic fluoride: Normal range and relationship to age and sex. Clin Chem 22:1884-1888.

Jain RB. 2018. Observed differentials in the levels of selected environmental contaminants among mexican and other hispanic american children, adolescents, adults, and senior citizens. Environ Sci Pollut Res Int 25:4524-4543.

Lewis DW, Banting DW. 1994. Water fluoridation: Current effectiveness and dental fluorosis. Community Dent Oral Epidemiol 22:153-158.

Liu Y, Tellez-Rojo M, Hu H, Sanchez BN, Martinez-Mier EA, Basu N, et al. 2019. Fluoride exposure and pubertal development in children living in mexico city. Environ Health 18:26.

Ron M, Singer L, Menczel J, Kidroni G. 1986. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. Eur J Obstet Gynecol Reprod Biol 21:213-218.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstet Gynecol 119:205-207.

Smith FA, Gardner DE, Hodge HC. 1950. Investigations on the metabolism of fluoride. Ii. Fluoride content of blood and urine as a function of the fluorine in drinking water. Journal of dental research 29:596-600.

Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, et al. 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in canada. Environmental health perspectives 126:107001.

Torra M, Rodamilans M, Corbella J. 1998. Serum and urine ionic fluoride: Normal range in a nonexposed population. Biological trace element research 63:67-71.

U.S. EPA. 2010. " Fluoride: Relative source contribution analysis ". (US Environmental Protection Agency) 820-R-10-015.

Whitford GM. 1994. Intake and metabolism of fluoride. Advances in dental research 8:5-14.

Wiener RC, Shen C, Findley P, Tan X, Sambamoorthi U. 2018. Dental fluorosis over time: A comparison of national health and nutrition examination survey data from 2001-2002 and 2011-2012. J Dent Hyg 92:23-29.

Yadav AK, Kaushik CP, Haritash AK, Singh B, Raghuvanshi SP, Kansal A. 2007. Determination of exposure and probable ingestion of fluoride through tea, toothpaste, tobacco and pan masala. Journal of hazardous materials 142:77-80.

Zipkin I, Likins RC, McClure FJ, Steere AC. 1956. Urinary fluoride levels associated with use of fluoridated waters. Public Health Rep 71:767-772.

Table 1. Descriptive statistics.

|  | Mean (SD) |
|---|---|
| **Fluoride concentrations** | |
| Maternal urine fluoride (ppm) | 0.63 (0.38) |
| Maternal serum fluoride (ppm) | 0.016 (0.014) |
| Amniotic fluid fluoride (ppm) | 0.017 (0.011) |
| **Demographics** | |
| Age | 25.7 (4.9) |
| BMI | 28.0 (6.2) |
|  | |
|  | **N (%)** |
| **Race/ethnicity** | |
| Latina | 9 (18.8) |
| Black | 12 (25.0) |
| White | 20 (41.7) |
| Asian/Pacific Islander | 7 (14.6) |
| **Educational attainment** | |
| Less than high school | 3 (6.3) |
| High school/GED | 21 (43.8) |
| Some college | 17 (35.4) |
| College grad or postgrad | 6 (12.5) |
| Missing | 1 (2.1) |
| **Smoked in the past year** | |
| No | 14 (29.2) |
| Yes | 34 (70.8) |

Table 2. Levels of fluoride in maternal urine, serum, and amniotic fluid by community water fluoridation level

| | Non-optimally fluoridated (<=0.7 ppm) | | Optimally fluoridated (>0.7 ppm) | | |
|---|---|---|---|---|---|
| N | 24 | | 24 | | |
| | Mean ± SD | Min, Max | Mean ± SD | | Min, Max |
| Water fluoride | 0.20 ± 0.18 | 0.02, 0.60 | 0.80 ± 0.092 | * | 0.69, 1.00 |
| Maternal urine (MUF) | 0.52 ± 0.28 | 0.12, 1.25 | 0.74 ± 0.44 | * | 0.060, 1.70 |

| | | | | | |
|---|---|---|---|---|---|
| Maternal serum (MSF) | 0.011 ± 0.0086 | 0.0040, 0.040 | 0.021 ± 0.015 | | 0.0038, 0.059 |
| Amniotic fluid (AFF) | 0.013 ± 0.0052 | 0.0061, 0.023 | 0.021 ± 0.014 | * | 0.0063, 0.058 |

* The optimally fluoridated mean concentration is significantly different from the non-optimall fluoridated mean concentration at the 0.05 level using Welch's t-test.

Table 3. Correlation matrix between fluoride levels in community water, maternal urine, maternal serum, and amniotic fluid.

|  | Community water | Maternal urine (MUF) | Maternal serum (MSF) | Amniotic fluid (AFF) |
|---|---|---|---|---|
| Community water | 1.00 | 0.33 | 0.36 | 0.40 |
| Maternal urine (MUF) | 0.33 | 1.00 | 0.24 | 0.34 |
| Maternal serum (MSF) | 0.36 | 0.24 | 1.00 | 0.51 |
| Amniotic fluid (AFF) | 0.40 | 0.34 | 0.51 | 1.00 |

Table 4. Adjusted and unadjusted linear associations of 0.1 ppm increase in community water fluoride levels with fluoride levels in maternal urine, serum, and amniotic fluid.

| | Linear association with 0.1 ppm increase in community water fluoride | |
|---|---|---|
| | Unadjusted (95% CI) | Adjusted* (95% CI) |
| Maternal urine (MUF) | 0.037 (0.006, 0.069) | 0.040 (0.007, 0.072) |
| Maternal serum (MSF) | 0.001 (0.000, 0.003) | 0.001 (0.000, 0.002) |
| Amniotic fluid (AFF) | 0.001 (0.000, 0.002) | 0.001 (0.000, 0.002) |

* Adjusted for maternal age, smoking status, and BMI.  Likelihood ratio tests indicated no significant differences between the adjusted and non adjusted models.

Table 5. Comparison of fluoride concentrations in ppm across fluoridated and non-fluoridated areas in Northern California and Canada.

| | Nonfluoridated (<=0.3 ppm) (Mean ± SD) | | Fluoridated (>0.3 ppm) (Mean ± SD) | |
|---|---|---|---|---|
| | Canada | Northern California | Canada | Northern California |
| Water fluoride concentrations | 0.12 ± 0.06 | 0.099 ± 0.076 | 0.61 ± 0.11 | 0.71 ± 0.18     * |
| Maternal urine (MUF) | 0.41 ± 0.28 | 0.46 ± 0.20 | 0.71 ± 0.38 | 0.72 ± 0.43     * |

* The Northern California fluoridated mean concentration is significantly different from the Northern California non-fluoridated mean concentration at the 0.05 level using Welch's t-test.

Figure 1. Map of participant location and community water fluoridation levels.



Note: One participant lived in Billings, MT at the time of sample collection but was excluded from this map for clarity.

Figure 2. Scatter plots of community water fluoride levels with fluoride levels in maternal urine, maternal serum, and amniotic fluid.



Supplemental Table 1. Participant city of residence and year at time of sample collection and community water levels.

| Participant | City | Year | Community water fluoride level |
|---|---|---|---|
| 1 | Loleta, CA | 2014 | 0.02 |
| 2 | Denair, CA | 2014 | 0.12 |
| 3 | San Francisco, CA | 2015 | 0.9 |
| 4 | San Francisco, CA | 2014 | 0.9 |
| 5 | Salida, CA | 2014 | 0.45 |
| 6 | Calistoga, CA | 2014 | 0.13 |
| 7 | Santa Cruz, CA | 2014 | 0.2 |
| 8 | Davis, CA | 2014 | 0.34 |
| 9 | Chowchilla, CA | 2016 | 0.21 |
| 10 | San Anselmo, CA | 2014 | 0.9 |
| 11 | Petterson, CA | 2014 | 0.02 |
| 12 | Davis, CA* | 2014 | 0.34 |
| 13 | Newark, CA | 2014 | 0.9 |
| 14 | Oakland, CA | 2014 | 0.8 |
| 15 | Rohnert Park, CA | 2014 | 0.041 |
| 16 | Concord, CA | 2015 | 1 |
| 17 | Vacaville, CA | 2014 | 0.8 |
| 18 | Eureka, CA | 2015 | 0.69 |
| 19 | Sebastopol, CA | 2015 | 0.16 |
| 20 | Santa Rosa, CA | 2014 | 0.2 |
| 21 | Fairfield, CA | 2015 | 0.8 |
| 22 | Antioch, CA | 2015 | 0.8 |
| 23 | San Leandro, CA | 2015 | 0.8 |
| 24 | Billings, MT | 2015 | 0.37 |
| 25 | Newark, CA* | 2014 | 0.9 |
| 26 | Vallejo, CA* | 2015 | 0.8 |
| 27 | San Francisco, CA | 2015 | 0.8 |
| 28 | Eureka, CA | 2015 | 0.69 |
| 29 | San Francisco, CA | 2015 | 0.8 |
| 30 | Willits, CA | 2015 | 0.35 |
| 31 | Cupertino, CA | 2015 | 0.13 |
| 32 | Sacramento, CA | 2015 | 0.9 |
| 33 | Avenal, CA | 2016 | 0.05 |
| 34 | Visalia, CA | 2015 | 0.02 |
| 35 | Stockton, CA | 2016 | 0.02 |
| 36 | San Francisco, CA | 2016 | 0.6 |

| 37 | Sacramento, CA | 2016 | 0.69 |
| 38 | Watsonville, CA | 2016 | 0.2 |
| 39 | San Francisco, CA | 2016 | 0.6 |
| 40 | San Carlos, CA | 2016 | 0.7 |
| 41 | Antioch, CA | 2016 | 0.7 |
| 42 | Oakland, CA | 2016 | 0.7 |
| 43 | San Jose, CA | 2016 | 0.7 |
| 44 | Merced, CA | 2016 | 0.13 |
| 45 | Oakland, CA | 2016 | 0.7 |
| 46 | Stockton, CA | 2016 | 0.02 |
| 47 | Mariposa, CA | 2016 | 0.02 |
| 48 | San Rafael, CA | 2016 | 0.71 |

* Note: For these participants only zip code at the time of sample collection was available.

# **Exhibit 30**

EPA/635/R-07/005F
**www.epa.gov/iris**



# TOXICOLOGICAL REVIEW

## OF

## 2,2',4,4'-TETRABROMODIPHENYL ETHER (BDE-47)

### (CAS No. 5436-43-1)

**In Support of Summary Information on the
Integrated Risk Information System (IRIS)**

*June 2008*

U.S. Environmental Protection Agency
Washington, DC

## DISCLAIMER

This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication.  Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

## 4.7.  SUSCEPTIBLE POPULATIONS AND LIFE STAGES

### 4.7.1.  Possible Childhood Susceptibility

A population subgroup is susceptible if exposure occurs during a period of sensitivity as observed in Eriksson et al. (2001) with adult mice exhibiting effects following neonatal exposure to BDE-47.  The neonatal stage is a period of rapid development of the nervous system and is considered a critical window of development.  The animal model indicates a potential for concern for early lifetime exposure (i.e., fetal or infant exposure) to the chemical.  The evidence of cerebellar and neocortical neuron BDE-47 accumulation in newborn rats (Kodavanti et al., 2005; Mundy et al., 2004) as well as the identification of BDE-47 in human maternal and cord serum, milk, and children's serum (Mazdai et al., 2003; Schecter et al., 2003; Thomsen et al., 2002) implies animals and humans are exposed to and accumulate BDE-47 during a period of rapid development of the brain.  This is a critical window of development and indicates a potential for susceptibility.  Whether such exposure constitutes a health risk for adverse neurodevelopmental effects in infants and children is not known at this time because of the limited toxicological database for BDE-47.  An association between prenatal or neonatal exposures to BDE-47 and neurobehavioral dysfunction in humans has not been established.

### 4.7.2.  Possible Gender Differences

Studies on BDE-47 are not available to determine whether susceptibility to BDE-47 differs in male and female humans or experimental animals.  A major urinary protein has been identified in male mice, which facilitates excretion of BDE-47 once the pathway for its synthesis becomes operational.  This decreases retention of BDE-47 in juvenile and mature males compared to females but is not functional during the early postnatal period of development.

# Exhibit 31

EPA/635/R-09/008F
www.epa.gov/iris



# TOXICOLOGICAL REVIEW

# OF

# 2-HEXANONE

(CAS No. 591-78-6)

## In Support of Summary Information on the Integrated Risk Information System (IRIS)

*September 2009*

U.S. Environmental Protection Agency
Washington, DC

**DISCLAIMER**

This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication.  Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

**Figure 4-1.  Proposed mechanism for 2,5-hexanedione-induced axonopathy.**

Note: γ-Diketones, such as 2,5-hexanedione, react with amino groups in all tissues to form pyrroles.  The pyrrole moiety can undergo further oxidation reactions with amino or sulfhydryl groups.  This results in the development of neurofilament aggregates (in the distal, subterminal axon), which, as they grow larger, form massive swellings of the axon.

Source:  Adapted from DeCaprio et al. (1988, 1982).

## 4.7.  WEIGHT-OF-EVIDENCE EVALUATION AND CANCER CHARACTERIZATION

### 4.7.1.  Summary of Overall Weight of Evidence

Under EPA's *Guidelines for Carcinogen Risk Assessment* (U.S. EPA, 2005a), there is "inadequate information to assess the carcinogenic potential" of 2-hexanone.  Specifically, there are no animal carcinogenicity studies available that examine exposure to 2-hexanone, and there are no studies available that assert a mutagenic potential of 2-hexanone.  The available occupational studies do not present evidence for carcinogenic action of 2-hexanone, although these are limited by frequent co-exposure to other chemicals (e.g., MEK).

## 4.8.  SUSCEPTIBLE POPULATIONS AND LIFE STAGES

### 4.8.1.  Possible Childhood Susceptibility

The susceptibility of the developing brain is based on the timing of neuronal development, the rapid growth that occurs in the third trimester and early infancy, and the lack of a protective barrier early in life (Costa et al., 2004).  In the cerebellum, Purkinje cells develop early, weeks 5–7 in humans, whereas granule cells are generated much later, gestational

weeks 24–40 in humans.  The developing brain is distinguished by the absence of a blood-brain barrier.  The development of this barrier is a gradual process, beginning in utero and complete at approximately 6 months of age.  Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain.  Since Purkinje-cell degeneration has been observed with adult rats exposed to high levels of 2,5-hexanedione, infants may be at an increased risk for this type of damage at lower levels of exposures, due to the incomplete maturation of the blood-brain barrier (Hernandez-Viadel et al., 2002).  However, this would depend on the capacity of infants and small children to bioactivate 2-hexanone to 2,5-hexanedione.

Metabolism of 2-hexanone may vary between children and adults due to differences in the development and maturity of phase I and phase II enzymes (Johnsrud et al., 2003).  Studies indicate that the mode of action of 2-hexanone toxicity involves the metabolism to a more toxic metabolite, namely, 2,5-hexanedione.  Several enzymes, such as CYP2E1, CYP2B1/2, and CYP2C6/11, are inducible following administration of 2-hexanone in animal models (Imaoka and Funae, 1991; Nakajima et al., 1991); however, the individual isoforms involved in 2-hexanone metabolism have not been fully elucidated.  Toftgard et al. (1986) found that the formation of 2,5-hexanediol from 2-hexanol was catalyzed by a CYP450 isozyme different from CYP2B and present in liver but not in lung microsomes.  The authors concluded that 2-hexanol must be transported to the liver before the neurotoxic metabolite 2,5-hexanedione can be formed.  Because of this, changes in CYP450 protein levels and phase II enzymes during development may have an impact on susceptibility to 2-hexanone.  As mentioned above, the possible susceptibility of 2-hexanone may be influenced by life stage, but there are few studies to confirm the impact and severity of such exposure.  The available information suggests that young animals and children could more susceptible to 2-hexanone; however, the evidence of possible childhood susceptibility is inconclusive.

### 4.8.2.  Possible Gender Differences

Evaluations of human occupational exposures have not provided evidence that 2-hexanone acts in a gender-specific way.  Most animal studies also have not brought forth strong evidence for a sex-specific action of 2-hexanone.  However, it should be mentioned that in a few rat studies 2-hexanone appeared to affect the male reproductive system (Katz et al., 1980; Krasavage et al., 1980; O'Donoghue et al., 1978).

# Exhibit 32

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**JOYCE TSUJI**

September 11, 2019

---



888-779-9974

1              THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                   AT SAN FRANCISCO

4   FOOD & WATER WATCH, et al.    *

5     Plaintiffs              *  Civ. No.

6   v.                        *  17-CV-02162-EMC

7   U.S. ENVIRONMENTAL PROTECTION *

8   AGENCY, et al.            *

9     Defendants             *        **ORIGINAL**

10                *   *   *   *   *

11            VIDEOTAPED DEPOSITION OF

12           JOYCE S. TSUJI, Ph.D., DABT

13              SEPTEMBER 11th, 2019

14               WASHINGTON, D.C.

15

16          Reported by:  Dawn M. Hyde

17

18

19

20

21

1            THE VIDEOGRAPHER:   This deposition

2    is taking place at M Street, Washington, D.C.

3    Would the court reporter please administer the

4    oath and we can proceed.

5    Whereupon,

6            JOYCE TSUJI, Ph.D., DABT,

7    a witness herein, called for oral examination in

8    the matter pending, being first duly sworn to tell

9    the truth, the whole truth, and nothing but the

10   truth, testified as follows:

11                   EXAMINATION

12       BY MR. CONNETT:

13       Q    **Good morning, Dr. Tsuji.**

14       A    Good morning.

15       Q    **Have you ever conducted or published**

16   **any studies on fluoride?**

17       A    I have not published any studies on

18   fluoride but I have conducted studies on

19   fluoride or co-authored reports on fluoride.

20       Q    **What reports are you referring to?**

21       A    The 2009 NRC.  I think it was called

1    Emergency and Continuous Exposure Levels on

2    Submarines.  That report had a chapter on

3    hydrogen fluoride and that included systemic

4    effects of fluoride.

5         **Q    Did you write that chapter?**

6         A    I did not write that chapter but I

7    reviewed the chapter, as all committee members

8    did.

9         **Q    Did you agree with the contents set**

10   **forth in that chapter?**

11        A    As I recall in general at that time,

12   yes.

13        **Q    Is there anything in that chapter**

14   **that you said I disagree with and it should be**

15   **changed?**

16             MR. ADKINS:  Objection, foundation.

17        A    I guess it would depend on -- in

18   general I agreed with everything in there.  I

19   haven't read it recently so now I may not

20   agree with some of the things in there.

21

1    projects.

2        Q    Okay.  Prior to your work in this

3    case, did you consider yourself an expert on

4    the neurotoxicity of fluoride?

5        A    No.

6        Q    What is your area of expertise?

7        A    My area of expertise is physiology;

8    toxicology; the environmental effects of

9    various stressors on physiology and

10   toxicology; risk assessment; biomonitoring,

11   particularly of certain metals, dioxin,

12   certain organic chemicals.

13       Q    So you are a toxicologist?

14       A    Yes.

15       Q    A certified toxicologist?

16       A    Yes.

17       Q    Are you an epidemiologist?

18       A    I am not an epidemiologist, but that

19   is a field I have a good working knowledge of

20   because most of the literature on metals is

21   based on epidemiology and I publish in that

1    learning or not.

2        Q    Okay.  If you look at an animal

3    study or animal studies and are convinced that

4    the chemical causes an impairment in learning,

5    would you agree that that's an adverse effect?

6            MR. ADKINS:  Asked and answered.

7        BY MR. CONNETT:

8        Q    For hazard assessment purposes.

9        A    For assessing a hazard at any dose,

10   yes.

11       Q    Okay.  And if you looked at animal

12   data and you were convinced that the chemical

13   causes alterations in spontaneous behavior,

14   would you agree that that's an adverse effect

15   for purposes of hazard assessment?

16           MR. ADKINS:  Objection, vague.

17       A    I guess I would like see the study.

18   It kind of depends on what the investigators

19   were noting.

20       BY MR. CONNETT:

21       Q    Okay.  And you see for 2-Hexanone,

```
1              MR. ADKINS:  Objection.

2         A    Very limited.

3         BY MR. CONNETT:

4         Q    Well, my question is did you

5    identify any studies that failed to find

6    neurotoxic effects from fluoride exposure that

7    Dr. Thiessen did not discuss in some capacity

8    in her report?

9              MR. ADKINS:  Objection, vague.

10        A    Yes.

11        BY MR. CONNETT:

12        Q    Which studies?

13        A    The studies within McPherson,

14   et al., she did not describe.

15        Q    So besides the McPherson study, any

16   other studies that you found -- sorry, strike

17   that.  Besides the McPherson study, did you

18   find any other animal studies which failed to

19   find neurotoxic effects from fluoride exposure

20   that Dr. Thiessen did not discuss?

21             MR. ADKINS:  Objection, misstates
```

1    testimony, vague.

2         A    I think she probably -- I think she

3    probably captured all the studies that I

4    looked at.  Whether she identified NOAELs and

5    LOAELs and study quality and consistency of

6    where you see NOAELs and LOAELs, that's

7    another issue.

8         BY MR. CONNETT:

9         Q    Okay.  So for the McPherson study,

10   just to quickly follow up on your testimony

11   about it being multiple studies.  By that, you

12   know, the McPherson study conducted a number

13   of different functional tests, correct?

14        A    Yes.

15        Q    For instance, it did a Morris water

16   maze and it did a Y maze test, right?

17        A    Yes.  Passive avoidance, startle,

18   reflex, hot plate latency.

19        Q    Would you consider each of those

20   tests to be effectively a separate study?

21        A    They are like separate studies

1    effects.

2        BY MR. CONNETT:

3        **Q    Okay.  Fair enough.  Do you agree**

4    **that the brain is more vulnerable to the**

5    **harmful effects of neurotoxicants when it does**

6    **not have the protection of the blood-brain**

7    **barrier?**

8        A    Certainly it's more likely to have

9    exposure.

10       BY MR. CONNETT:

11       **Q    Okay.  And if it's more likely to**

12   **have exposure, would you agree that the brain**

13   **is more vulnerable to the harmful effects of**

14   **neurotoxicants when it does not have the**

15   **protection of the blood-brain barrier?**

16       A    Yes.

17       **Q    Do you dispute that fluoride gets**

18   **past the placenta?**

19           MR. ADKINS:  Objection, foundation.

20       A    I do not dispute that.

21

```
 1        BY MR. CONNETT:

 2        Q    Do you dispute that fluoride gets

 3   into the fetal brain?

 4             MR. ADKINS:  Objection, foundation.

 5        A    I don't dispute that.

 6             (Tsuji Deposition Exhibit Number 322

 7             was marked for identification.)

 8        BY MR. CONNETT:

 9        Q    I'm going to hand you a document

10   which I will mark as Exhibit Number 322.  And

11   this document states, "Due to the absence of a

12   blood-brain barrier, the fetus may be at

13   greater risk than the general population of

14   experiencing neurotoxic effects from

15   fluoridated water."

16             Dr. Tsuji, do you agree with that

17   statement or disagree with it?

18             MR. ADKINS:  Objection, vague and

19   ambiguous, lacks foundation.

20        A    I guess as a hypothetical I would

21   agree with that supposition as a hazard and
```

1  which population is most susceptible.  As I

2  say in my report, I think the appropriate

3  focus is on early life stages.

4      BY MR. CONNETT:

5      Q    In your report you state that -- if

6  you turn to page 37 of your report.

7      A    Oh, 37.

8      Q    And I'm looking at the last

9  paragraph before section 4.6.5; do you see

10  that?

11      A    Yes, okay.

12      Q    You say, "Although developmental

13  toxicology studies in animals have limitations

14  for assessing exposure equivalent to

15  bottle-fed infants, as noted by Dr. Grandjean

16  based on the associations from epidemiological

17  studies, the in utero period appears to be a

18  critical period for fluoride exposure."

19          And so, Dr. Tsuji, you would agree

20  with Dr. Grandjean in that assessment?

21      A    Yes, and that's primarily because

1  this also is commenting on associations in the

2  epidemiological studies with maternal exposure

3  and fetal outcomes, which is different from

4  lead where you don't have associations so much

5  with in utero versus later IQ tests.

6      BY MR. CONNETT:

7      **Q**    **Okay.  Now, are you aware of any**

8  **evidence from human studies that support the**

9  **neurological safety of prenatal exposure of**

10 **fluoride?**

11     MR. ADKINS:  Objection, vague.

12     A    Safety.  So this is not something I

13 was really asked to look at.  I was mainly

14 looking at animal studies, and certainly the

15 most well-conducted animal study is not

16 finding functional effects from in utero

17 exposures.

18     So we do have a very well-conducted

19 animal study looking at that endpoint and

20 functional equivalence.

21

1    whether -- in fact at 0.7 the -- I don't think

2    that that level for a neonate drinking as much

3    water or exposed to as much fluoride as in

4    some of these studies or even EPA's own

5    calculations in 2010 would suggest that the

6    reference dose currently is not protective of

7    certainly the dental fluorosis and therefore

8    there is also a concern potentially for other

9    health effects.

10        BY MR. CONNETT:

11        Q    Okay.  So you recognize that infants

12    drinking formula made with fluoridated water

13    can exceed EPA's proposed reference dose of

14    0.08 milligrams per kilogram per day?

15        A    Yes.

16        Q    And so -- and you recognize -- are

17    you familiar with the in press study by Till,

18    et al.?

19        A    Yes.

20        Q    And the study looked at the

21    association between neonatal exposure to

1      **Q     And so fair to say that you agree**

2  **that 20 milligrams per liter would be a**

3  **reasonable NOAEL for EPA to use in a risk**

4  **assessment on fluoride neurotoxicity?**

5              MR. ADKINS:  Objection, vague, lack

6  of foundation.

7      A     It would depend on what other

8  information they had.  If they had human

9  data -- my role here was mainly to look at

10  what is that -- what does the current animal

11  evidence suggest regarding plausibility in

12  humans.  And I'm seeing some disconnects here.

13      BY MR. CONNETT:

14      **Q     Okay.  But if EPA is doing a risk**

15  **assessment and they are just looking at the**

16  **animal data on fluoride neurotoxicity, you**

17  **would agree 20 milligrams per liter would be a**

18  **reasonable NOAEL to use?**

19              MR. ADKINS:  Objection, vague.

20      A     Well, with the exception that the

21  animals also had some dental fluorosis.

```
1    anyway -- the results.

2         Q    So they tested the levels of arsenic

3    in the urine of the mothers at gestational

4    week eight and gestational week 30, correct?

5         A    Yes.

6         Q    And there -- you agree that the

7    method that they used for testing the arsenic

8    in urine by controlling for specific gravity

9    was an appropriate method to use, correct?

10        A    Right.  It would have been better if

11   they had done first morning voids or were able

12   to do 24-hour urines or duplicate two-day

13   consecutive-day first morning voids.

14        Q    Now, in your risk assessment or the

15   RfD derivation that you did in your 2015

16   review, you picked one IQ point as the

17   benchmark response, correct?

18        A    Yes.

19        Q    And that means that the reference

20   dose that you ultimately calculated was

21   designed to protect against the loss of one IQ
```

1  point, right?

2      A    Yes.  We were trying to duplicate

3  what the State of California did.

4      Q    And in using and selecting one IQ

5  point as the appropriate benchmark response,

6  you cited the EPA -- the federal EPA, correct?

7      A    We may have done that as well.

8      Q    And so would you agree then that it

9  is reasonable to use one IQ point as the

10 benchmark response for a reference dose

11 derivation?

12         MR. ADKINS:  Objection, vague,

13 misstates testimony.

14     A    Well, for the example that we're

15 doing here with arsenic, which was more

16 screening to do a worst case evaluation and

17 compare it to the existing EPA reference dose.

18     BY MR. CONNETT:

19     Q    Well, do you have any reason to --

20 do you disagree with using one IQ point as the

21 benchmark response for an RfD calculation?

1        A     If a -- I think the advice to

2   pregnant women would be if you have concerns,

3   you can reduce your fluoride intake since

4   it -- again assuming it has no benefit, CDC

5   has recommendations for bottle-fed infants to

6   not use fluoridated water.  So that's already

7   there.

8             So EPA and the federal agencies will

9   have to determine whether additional

10  recommendations need to be made at this point

11  along with their continued evaluation of the

12  evidence.

13       BY MR. CONNETT:

14       **Q     Do you think the CDC's**

15  **recommendation or do you think -- strike that.**

16            **Do you think the recommendation to**

17  **avoid the use of fluoridated water in infant**

18  **formula is a reasonable and sound**

19  **recommendation?**

20            MR. ADKINS:  Objection, vague, lacks

21  foundation.

1    A    Well, it certainly is a -- appears

2  to be reasonable given that the dose to

3  infants is potentially greater than reference

4  dose for enamel -- dental fluorosis.  And it

5  provides no benefit at that stage.

6        BY MR. CONNETT:

7    **Q    And in this case I deposed a**

8  **representative of the Centers for Disease**

9  **Control and I asked him if the CDC believes**

10 **prenatal fluoride exposure provides a benefit**

11 **to the offspring in terms of caries**

12 **prevention, and he testified that no, the CDC**

13 **is not aware of evidence to suggest a prenatal**

14 **benefit to the teeth.  Is that consistent with**

15 **your understanding?**

16        MR. ADKINS:  Objection, misstates

17 testimony.

18    A    Again, I haven't -- I was speaking

19 mainly to the infant formula situation and I

20 haven't prepared to look at the dental

21 fluorosis or the caries prevention, that part

1    with exposures at the limit level."

2            Did I read that correctly?

3        A    Yes.

4        Q    Okay.  And so this was your -- those

5    two sources were your basis for using one IQ

6    point as your benchmark response, correct?

7        A    Right, in our worst case analysis.

8        Q    And your reference to the revised

9    U.S. National Ambient Air Quality standard has

10   a footnote attached to it, right?

11       A    Yes.

12       Q    And the footnote references the

13   Federal Register, correct?

14       A    Right.

15       Q    So you were referencing the U.S.

16   Environmental Protection Agency as a source

17   for your use of one IQ point for the benchmark

18   response, correct?

19       A    Right.  I remember the California

20   use of the one IQ point because that was done

21   for arsenic and so that's why my memory was of

1    California.

2        Q    And EPA had used the one IQ point as

3    a benchmark response for the lead regulation,

4    right?

5        A    Yes.

6        Q    Now, am I correct in understanding

7    that any fluoride neurotoxicity studies that

8    you read and considered for this case, the

9    animal studies --

10       A    Okay.

11       Q    -- are identified in Appendix C to

12   your report?

13       A    Well, there were earlier studies

14   that are not listed in Appendix C that I may

15   have reviewed, along with reviewing statements

16   in NTP 2016 and other references that were

17   cited back to the earlier literature.

18       Q    So --

19           MR. ADKINS:  Are you finished?

20           THE WITNESS:  Sorry, yes.

21

1  you mean on the BEST?

2      Q    Yes.

3      A    Board on Environmental -- sorry,

4  it's late in the day.  I think it's the Board

5  on Environmental Studies and Toxicology.

6      Q    Okay.  And so you're familiar -- are

7  you familiar in a general way with how the

8  National Research Council selects scientists

9  to be part of its -- part of the panels that

10  write NRC reports?

11      A    I don't understand completely their

12  selection process but I have observed who --

13  the people I serve with on panels depending on

14  topic.

15      Q    Based on your experience, does the

16  NRC take care to ensure that only qualified

17  scientists are selected to serve as panelists

18  on NRC reports?

19      A    They certainly try to make sure that

20  those who serve have the necessary expertise.

21      Q    Okay.  And are you -- we've talked

1  about today the NRC report on fluoride that

2  was published in 2006, right?

3       A    Yes.

4       Q    And we also talked about the NRC

5  report that was published in 2009 that you

6  were a part of that also had a chapter on

7  fluoride, correct?

8       A    Yes.

9       Q    Are you aware of any other NRC

10  reports published since 2006 or since 2000

11  that have addressed fluoride toxicity besides

12  those two reports?

13       A    I'd have to go back and look to see

14  if there is a AEGLs, or acute air quality

15  guideline level document or -- which is

16  usually EPA but reviewed by -- sometimes by

17  NRC or a spacecraft chapter on hydrogen

18  fluoride or fluoride.

19       Q    But as you sit here today, is it

20  fair to say that the only two NRC reports that

21  you are aware of that have been published

1  since 2000 which have addressed and examined

2  fluoride toxicity are the 2006 and 2009

3  reports that we've talked about today?

4      A    Yes, to the best of my knowledge

5  right now.

6      Q    And in both of those reports,

7  Dr. Kathleen Thiessen was selected to be a

8  panelist for the report, correct?

9      A    Yes.

10      Q    And in both of those reports

11  published by the National Research Council,

12  Dr. Thiessen co-authored the review of

13  fluoride toxicity, correct?

14      A    Yes.  As far as I know.

15          MR. CONNETT:  Those are all the

16  questions I have right now.

17          What do we have for the running

18  time?

19          THE VIDEOGRAPHER:  Six hours, 43

20  minutes.

21          MR. ADKINS:  Are you going to pass

1    STATE OF MARYLAND

2    HOWARD COUNTY

3        I, Dawn Michele Hyde, a Notary Public of the

4    State of Maryland, Howard County, do hereby certify

5    that the above-captioned proceeding took place

6    before me at the time and place herein set out.

7        I further certify that the proceeding was

8    recorded stenographically by me and this transcript

9    is a true record of the proceedings.

10        I further certify that I am not of counsel to

11   any of the parties, nor an employee of counsel, nor

12   related to any of the parties, nor in any way

13   interested in the outcome of the action.

14        As witness my hand and seal this 11th day of

15   September, 2019.

16                    *Dawn Hyde*

17            Dawn M. Hyde, Notary Public

18            My Commission Expires 10/7/2019

19
                                      DAWN M. HYDE
                                     NOTARY PUBLIC
20                              HOWARD COUNTY, MD

21

# Exhibit 33

EPA/635/R-11/001Fa
www.epa.gov/iris



United States
Environmental Protection
Agency

# TOXICOLOGICAL REVIEW

# OF

# METHANOL (NONCANCER)

(CAS No. 67-56-1)

## In Support of Summary Information on the

## Integrated Risk Information System (IRIS)

*September 2013*

U.S. Environmental Protection Agency
Washington, DC

**DISCLAIMER**

This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

dinoseb, supernumerary ribs were consistently associated with increases in the length of the 13th rib (Branch et al., 1996). This relationship was present in all fetal ages examined in the study. The authors concluded that these findings are consistent with supernumerary ribs being one manifestation of a basic alteration in the differentiation of the thoraco-lumbar border of the axial skeleton. The biological significance of this endpoint is further strengthened by the association of supernumerary ribs with adverse health effects in humans. The most common effect associated with the presence of extra cervical ribs is thoracic outlet disease (Nguyen et al., 1997; Fernandez Noda et al., 1996; Henderson, 1914). Thoracic outlet disease is characterized by numbness and/or pain in the shoulder, arm, or hands. Vascular effects associated with this syndrome include cerebral and distal embolism (Bearn et al., 1993; Connell et al., 1980; Short, 1975), while neurological symptoms include extreme pain, migraine, and symptoms similar to Parkinson's disease (Evans, 1999; Saxton et al., 1999; Fernandez Noda et al., 1996). Furthermore, Schumacher et al. (1992) observed 242 rib anomalies in 218 children with tumors (21.8%) and 11 (5.5%) in children without malignancy, a statistically significant ($p < 0.001$) difference that suggests an association between the presence of extra cervical ribs and childhood cancers. In conclusion, the mouse cervical rib endpoint is biologically significant and potentially relevant to humans, and thus appropriate for use in the derivation of a human health toxicity value (RfC or RfD).

### 5.1.1.2.2. Developmental Neurotoxicity

NEDO (1987) reported reduced brain, pituitary, and thymus weights in $F_1$ and $F_2$ generation Sprague-Dawley rats exposed to 1,000 ppm methanol. In a follow-up study of the $F_1$ generation brain weight effects, NEDO (1987) reported decreased brain, cerebellum, and cerebrum weights in $F_1$ males exposed to 1,000 ppm methanol from GD0 through the $F_1$ generation.[50] The methanol exposure levels used in these studies are difficult to interpret because dams were exposed prior to gestation, as well as during gestation and lactation, while pups were exposed during gestation (in utero) and lactation. However, the results from NEDO (1987) clearly show that postnatal methanol exposure increases the magnitude of brain weight reduction. In another experiment by NEDO (1987) referenced in the previous section, rats exposed to methanol only during organogenesis (GD7-GD17) exhibited decreases in brain weights in offspring at 8 weeks of age that were less severe than in rat pups in the studies in which methanol exposure was continued postnatally. This finding is not unexpected, given that the brain undergoes tremendous growth beginning early in gestation and continuing into the

---

[50] For the interpretation of the dose-response data, EPA did not rely on the statistics reported by NEDO (1987) which were based on inappropriate t-test methods but, instead, relied on the results of the benchmark dose analyses described in Appendix D.

postnatal period. Rats are considered altricial (i.e., born at a relatively underdeveloped stage), and thus many of their neurogenic events occur postnatally (Clancy et al., 2007). Brain effects from postnatal exposure are also relevant to humans given that, in humans, gross measures of brain growth increase for at least 2-3 years after birth, with the growth rate peaking approximately 4 months after birth (Rice and Barone, 2000).

Change in brain weight is considered to be a biologically significant effect (U.S. EPA, 1998a). This holds true regardless of whether changes in body weight occur simultaneously because brain weight is generally conserved even during malnutrition or weight loss, unlike many other organs or tissues (U.S. EPA, 1998a). Thus, change in absolute brain weight is an appropriate measure of effects on this critical organ. Decreases in brain weight have been associated with simultaneous deficits in neurobehavioral and cognitive parameters in animals exposed during gestation to various solvents, including toluene and ethanol (Gibson et al., 2000; Coleman et al., 1999; Hass et al., 1995). NEDO (1987) reported that brain, cerebellum, and cerebrum weights decreased in a dose-dependent manner in male rats exposed to methanol throughout gestation and the $F_1$ generation. While brain weight reduction has been observed in adult rats exposed to methanol (TRL, 1986), it has not been observed in other developmental bioassays of methanol. This lack of consistency across developmental studies may be due to the fact that brain weight is not an endpoint that has been extensively measured in other developmental studies of methanol [e.g., Rogers et al. (1993b)].

Developmental neurobehavioral effects associated with methanol inhalation exposure have also been investigated in monkeys. Burbacher et al. (2004a; 2004b; 1999a; 1999b) exposed *M. fascicularis* monkeys to 0, 200, 600, or 1,800 ppm (0, 262, 786, and 2,359 mg/m$^3$) methanol, 2.5 hours/day, 7 days/week during premating/mating and throughout gestation (approximately 168 days). There appeared to be neurotoxicological deficits in methanol-exposed offspring. VDR was significantly reduced in the 600 ppm (786 mg/m$^3$) methanol group for males and in the 1,800 ppm (2,359 mg/m$^3$) methanol group for both sexes. However, a dose-response trend for this endpoint was only exhibited for females. In fact, the VDR response in females is the only effect reported in the Burbacher et al. (2004a; 2004b; 1999a; 1999b) studies for which a significant dose-response trend is evident. As discussed in Section 4.4.2, confidence in these results may have been increased by statistical analyses that adjusted for multiple comparisons (NTP-CERHR, 2004). However, the dose-response trend for VDR in females remained significant both with ($p = 0.009$) and without ($p = 0.0265$) an adjustment for the shortened gestational periods. In addition, VDR is a measure of functional deficits in sensorimotor development that is consistent with other early developmental CNS effects (i.e., brain weight changes discussed above) that have been observed in rats exposed to methanol.

# Exhibit 34

BJPsych
The British Journal of Psychiatry
Page 1 of 6. doi: 10.1192/bjp.2018.287

# Aluminium and fluoride in drinking water in relation to later dementia risk

Tom C. Russ, Lewis O. J. Killin, Jean Hannah, G. David Batty, Ian J. Deary and John M. Starr

**Background**

Environmental risk factors for dementia are poorly understood. Aluminium and fluorine in drinking water have been linked with dementia but uncertainties remain about this relationship.

**Aims**

In the largest longitudinal study in this context, we set out to explore the individual effect of aluminium and fluoride in drinking water on dementia risk and, as fluorine can increase absorption of aluminium, we also examine any synergistic influence on dementia.

**Method**

We used Cox models to investigate the association between mean aluminium and fluoride levels in drinking water at their residential location (collected 2005–2012 by the Drinking Water Quality Regulator for Scotland) with dementia in members of the Scottish Mental Survey 1932 cohort who were alive in 2005.

**Results**

A total of 1972 out of 6990 individuals developed dementia by the linkage date in 2012. Dementia risk was raised with increasing mean aluminium levels in women (hazard ratio per s.d. increase

1.09, 95% CI 1.03–1.15, $P < 0.001$) and men (1.12, 95% CI 1.03–1.21, $P = 0.004$). A dose-response pattern of association was observed between mean fluoride levels and dementia in women (1.34, 95% CI 1.28–1.41, $P < 0.001$) and men (1.30, 95% CI 1.22–1.39, $P < 0.001$), with dementia risk more than doubled in the highest quartile compared with the lowest. There was no statistical interaction between aluminium and fluoride levels in relation with dementia.

**Conclusions**

Higher levels of aluminium and fluoride were related to dementia risk in a population of men and women who consumed relatively low drinking-water levels of both.

**Declaration of interest**

None.

**Keywords**

Dementia; epidemiology; neuropathology.

**Copyright and usage**

© The Royal College of Psychiatrists 2019.

Dementia is a major, growing public health problem and, with disappointing results from treatment-orientated studies, identifying risk factors for primary prevention is key.[1] Whereas genetic risk and life-style factors are important in the development of dementia, there is evidence that environmental factors may also play a role.[2–5] One potentially important environmental risk factor is drinking water quality. Aluminium can occur naturally in water but is also widely used in water treatment, including in Scotland.[6,7] Aluminium has a wide variety of neurotoxic effects and there is some evidence supporting aluminium influencing β-amyloid oligomerization;[8] it has not been linked with other health outcomes.[7] In terms of epidemiological evidence, only one longitudinal study has investigated aluminium in drinking water and dementia,[9] although a number of cross-sectional studies – many small in size – make up a complex literature:[4] seven studies found a positive association between aluminium levels in drinking water and dementia and five found no association or conflicting findings. Furthermore, fluorine can increase aluminium absorption from drinking water because aluminium fluoride has greater bioavailability.[10] Fluoride occurs naturally in water and is not added in Scotland.[6] High levels of fluoride affects skeletal tissues and possible links with cancer have been identified, but low levels of intake protect against dental caries.[7] Accordingly, the present study aims to explore the association between aluminium and fluoride levels in drinking water with dementia in a large longitudinal study in Scotland where such levels are below levels considered acceptable according to guidelines (the mean aluminium level in Scotland is 37.4 μg/L compared to regulatory limits in Scotland, which are <200 μg/L; the mean fluoride [F⁻] level in Scotland is 53.4 μg/L compared to the World Health Organization fluoride [F] guideline value, which is <1500 μg/L). This is the largest longitudinal study on the topic to date, and the first to explore aluminium and fluoride together.

## Method

### Study sample

This study used data from the Scottish Mental Survey 1932 (SMS1932); in this almost all people born in 1921 and at school in Scotland in June 1932 took part in a comprehensive national intelligence test at a mean age of 11 years, as previously described in detail[11]; 5.6% of participants did not take part in the test because they were absent from school but were still recorded in the test ledgers without a test score. The intelligence test was the Moray House Test no. 12, from which an IQ score was derived, corrected for age in days at the time of testing. Participants have been passively followed up into later life by anonymised probabilistic record linkage to hospital admissions and death certificate data, as described in detail in a previous report.[2] Approximately 43% of the 86 250 test participants (apart from those living in the counties of Angus, Fife and Wigtown; SMS1932 ledgers for these locations have been lost) were identified in later life. Dementia cases were identified by any mention of ICD-9 codes 290.0–290.4, 290.8, 290.9, 291.1, 291.2, 294.1, 294.2, 294.8, 294.9, and 331.0–331.9[12] and ICD-10 codes F00-F05.1, F09, G30, and G31[13] recorded on electronic medical records or death certificates after 2004. A subsample was also identified from primary care records, specifically the Greater Glasgow & Clyde Nursing Homes Medical Practice, which exclusively treated residents of nursing homes. An individual's residential location (post-code sector) was recorded from the record that first mentioned dementia for those who developed this condition. For those who did not develop dementia, their residential location was recorded from the first record after the age of 60 years (the earliest possible because of the electronic medical records), which may have been at death. We excluded individuals who died before the exposure

1

period, which began in 2005. This study received ethical approval from the Scotland A Research Ethics Committee (10/S1103/6). Collecting individual informed consent from participants was not feasible as this was a retrospective study design.

## Environmental data

Water quality data were obtained from the Drinking Water Quality Regulator for Scotland (DWQR) for the years 2005–2014. The DWQR is responsible for regulating public water supplied by Scottish Water. Prior to the establishment of Scottish Water in 2002, monitoring water quality was the responsibility of separate local authorities. Aluminium and fluoride levels in drinking water (micrograms per litre) were extracted from the database.

Sampling sites were identified by longitude and latitude and were widely distributed across Scotland, particularly where the population is more concentrated (Supplementary Fig. 1 available at https://doi.org/10.1192/bjp.2018.287). Of 50 378 aluminium and 15 808 fluoride sampling sites, the precise location of the site was missing for 1128 and 556 locations, respectively. These sites were assigned the location from the closest row above in the database. Supplementary Table 1 shows the number of sampling sites for aluminium and fluoride in each year (2005–2012) and summarises the levels of these substances in drinking water in Scotland.

We used the idw() function from the gstat package for R for Windows, version 3.4.3, to interpolate values for aluminium and fluoride, using inverse distance weighting across a spatial grid with spacing of 0.1 degrees of longitude or latitude for each year separately. This allowed us to estimate values for areas where no measurements had been made. The mean values for each grid area within every postcode sector in Scotland were then calculated (again for each year separately), which were assigned to each individual based on their residential location. We used each individual's age to create dummy variables indicating whether they were alive for any of each of the years from 2005 to 2012. These dummy variables were then used to calculate a 'personal' mean value for aluminium and fluoride, using only data from the years in which the individual was alive to be exposed. For example, an individual who died at 88 years of age would have been alive in the years 2005–2009 inclusive; data from 2010–2012 would be ignored for this person. These 'personal' mean values were standardised and centred on zero such that a unit increase indicated 1 s.d. increase in the original scale (10.0 µg/L for aluminium and 16.0 mg/L for fluoride). We also calculated quartiles of aluminium and fluoride values to allow us to examine the shape of any association identified.

## Socioeconomic data

To account for socioeconomic position, we obtained Scottish Index of Multiple Deprivation (SIMD), which provides a relative measure of deprivation by small area (datazone, of which there are 6505 in Scotland in the 2012 data we used) and incorporates the following domains: employment; income; health; education, skills and training; geographic access to services; crime; and housing.[14] Each individual was assigned a rank based on the data-zone in which they lived, either at the time dementia was first mentioned or the first record after the age of 60 years.

## Statistical modelling

After confirming that the proportional hazards assumption was valid using the cox.zph() function from the survival package in R (all P > 0.1), we constructed Cox proportional hazards models for the association between aluminium and fluoride levels in drinking water with dementia in men and women separately. Age in years over the age of 84 years was the timescale and all models were additionally adjusted for IQ at age 11 years because this has also been linked

with dementia risk in this cohort.[15] We made the decision to analyse separately by gender, despite preliminary analyses suggesting there was no statistical interaction by gender (P > 0.5), because of evidence that the pattern of geographical variation in dementia risk varies between men and women (Supplementary Fig. 2).[2] We conducted a sensitivity analysis, additionally adjusting the above models for SIMD rank. We additionally constructed a joint model investigating for a statistical interaction between aluminium and fluoride. Maps were produced in R, using the ggplot2 package.

## Results

The sample comprised 19 272 men and 18 325 women, but 4408 men and 3446 women were missing residential location in later life. Men were overrepresented in those missing residential location ($\chi_1 = 93.8$, P < 0.001) but, although statistically significant because of to the large sample size, individuals with missing residential location scored only 0.9 IQ points lower than those who had location data (P < 0.001). Given the known effect size of IQ in relation to dementia, a difference of 0.06 s.d. is unlikely to be important.[15] A further 9536 men and 7984 women died before the monitoring period began in 2005, and 2600 men and 2633 women were missing childhood IQ. This resulted in an analytic sample of 2728 men and 4262 women alive in 2005, of whom 622 men and 1350 women were identified as having subsequently developed dementia. All participants were approximately 84 years old at the start of the exposure period and were followed up for a mean of 2.7 (s.d. 2.1, range 0–7) years.

Levels of aluminium and fluoride in drinking water derived from DWQR data are shown in Supplementary Table 1 and Fig. 1. Mean aluminium levels in drinking water in participants were 37.4 µg/L (s.d. 10.0, range 10.5–92.8) and mean fluoride levels were 53.4 µg/L (s.d. 16.0, range 23.8–181.1).

Table 1 and Fig. 2 show the results of the Cox proportional hazards models. Higher mean aluminium levels in drinking water were associated with an increased risk of dementia in women (adjusted hazard ratio per s.d. increase 1.09, 95% CI 1.03–1.15, P < 0.001) and men (adjusted hazard ratio per s.d. increase 1.12, 95% CI 1.03–1.21, P = 0.004). Dementia risk was increased in all quartiles compared with the lowest, but Fig. 2 suggests no dose-response pattern of association. Higher mean fluoride levels in drinking water were associated with an increased risk of dementia in women (adjusted hazard ratio per s.d. increase 1.34, 95% CI 1.28–1.41, P < 0.001) and men (adjusted hazard ratio per s.d. increase 1.30, 95% CI 1.22–1.39, P < 0.001) in a stepwise pattern. Dementia risk was more than doubled in this highest fluoride quartile compared with the lowest. Similar to our previous report linking early-life cognition with dementia, the aluminium-adjusted hazard ratio of dementia per one s.d. decrease in IQ at age 11 years was 1.10 (95% CI 1.04–1.16) in women and 1.00 (95% CI 0.92–1.08) in men.[16] Living in the most deprived 15% of areas (in late-middle age or later life) was not associated with an increased risk of dementia compared with the least deprived 85% in women (aluminium-adjusted hazard ratio 0.99, 95% CI 0.86–1.14, P = 0.89) or men (aluminium-adjusted hazard ratio 0.93, 95% CI 0.75–1.16, P = 0.53). Adjusting for SIMD rank in addition to IQ at age 11 years did not alter our conclusions (Supplementary Table 2). There was no statistical interaction between aluminium and fluoride levels when both were included in a model together.

## Discussion

We observed an association between the mean levels of aluminium and fluoride in drinking water and risk of dementia in women and men, but found no evidence for an interaction between the two. The



**Fig. 1**   Maps indicating mean levels of aluminium (left) and fluoride (right) in drinking water in Scotland, 2005–2012. Lower panel shows an enlarged view of the Central Belt of Scotland including Glasgow and Edinburgh.

pattern of association was different with evidence of a dose-response association for fluoride in women and men, but a flatter association of raised risk in all quartiles compared with the lowest quartile of aluminium concentrations. Further adjusting for area-level deprivation did not affect our results.

### Comparison with the literature

The link between aluminium and dementia has a long and controversial history. The World Health Organization has stated that '[o]n the whole, the positive relationship between aluminium in drinking-water and Alzheimer's disease, which was demonstrated in several epidemiological studies, cannot be totally dismissed' (p. 312).[7] This report highlighted confounding and aluminium intake from other sources (aluminium from drinking water is only about 5% of total intake) as being important factors not frequently dealt with in the literature. We recently reviewed the literature on environmental risk factors for dementia, including aluminium in a variety of forms.[4] This review identified one cohort study and 12 cross-sectional analyses investigating the relationship between

**Table 1** Adjusted hazard ratios and accompanying 95% confidence intervals for the association between mean aluminium and fluoride levels in drinking water and dementia in men and women

| | $N^a$ | Dementia $N$ | Hazard ratio$^b$ (95% CI) | | | | Hazard ratio$^b$ (95% CI) per s.d. increase | $P_{trend}$ |
| | | | Q1 (low) | Q2 | Q3 | Q4 (high) | | |
|---|---|---|---|---|---|---|---|---|
| Aluminium | | | | | | | | |
| Women | 4262 | 1350 | 1 (ref.) | 1.37 (1.17–1.60) | 1.30 (1.11–1.51) | 1.41 (1.20–1.64) | 1.09 (1.03–1.15) | <0.001 |
| Men | 2728 | 622 | 1 (ref.) | 1.28 (1.01–1.61) | 1.25 (0.99–1.57) | 1.48 (1.18–1.85) | 1.12 (1.03–1.21) | 0.004 |
| Fluoride | | | | | | | | |
| Women | 4262 | 1350 | 1 (ref.) | 0.92 (0.79–1.07) | 1.15 (0.99–1.34) | 2.32 (2.01–2.68) | 1.34 (1.28–1.41) | <0.001 |
| Men | 2728 | 622 | 1 (ref.) | 1.05 (0.84–1.32) | 1.49 (1.19–1.86) | 2.65 (2.14–3.29) | 1.30 (1.22–1.39) | <0.001 |

Cut-off points for aluminium quartiles (Q) were 30.8, 35.5 and 41.1 μg/L. Cut-off points for fluoride quartiles were 44.4, 48.7 and 56.3 μg/L.
a. Scottish Mental Survey 1932 participants who survived to 2005 (the start of the exposure period).
b. Hazard ratio adjusted for age 11 mental ability.



**Fig. 2** IQ-adjusted hazard ratios and accompanying 95% confidence intervals for the association between mean aluminium and fluoride levels in drinking water and dementia in men and women. Q, quartile.

aluminium in drinking water and dementia. The only study assigned a high quality rating (1925 participants) found that consumption of aluminium in drinking water in excess of 0.1 mg per day doubled an individual's risk of dementia ($n = 461$) and tripled their risk of Alzheimer's disease ($n = 364$).[9] With 6990 participants, of whom 1972 developed dementia, our study is substantially larger.

The remaining studies (all cross-sectional) showed varying results (seven positive, five no effect), but a trend was noted that larger studies were more likely to observe a positive association between aluminium levels and dementia risk. The four studies identified in the review that examined occupational exposure to aluminium were generally small and gave mixed results. Accidental contamination of drinking water with aluminium sulphate caused cerebral dysfunction which adds weight to the possibility that lower levels of aluminium may carry a health risk.[17]

Only one study was identified which investigated the association between fluoride and dementia.[18] This cross-sectional US study linked annual county-level incidence of dementia (calculated from 160 hospital case records) to fluoride concentrations in public water supplies. In contrast to the direction of our findings, the county with the highest levels of fluoride in drinking water (4.18 mg/L) had the lowest annual incidence of dementia.

The levels of both aluminium and fluoride measured in Scotland are relatively low compared to the guidelines set by the World Health Organization. Therefore, the fact that we nevertheless observed a dose-response association between aluminium and fluoride levels in drinking water and dementia risk that was not explained by childhood IQ or area-level deprivation is particularly interesting. This suggests that there may be no safe levels of these substances when it comes to dementia risk.

The mechanisms of aluminium-related neurotoxicity are multiple and complex, but oxidative stress has been highlighted as being of particular importance.[19]

## Limitations and strengths of the study

There are a number of limitations to this study that must be borne in mind, several of which have been discussed previously.[2,15] First, the linkage to electronic medical and mortality records was incomplete because of emigration, death before the start of the electronic records, and the probabilistic methodology used; less than half of the original 87 498 participants in the SMS1932 were identified in late life (43%). However, this compares favourably with the response in similar studies, for example 56% in Cognitive Function and Ageing Study-II.[20] Comparing IQ scores – the only baseline data available – in those who were traced and those who were not revealed only trivial differences.

Second, the dementia outcome is open to criticism. It was not feasible to follow up thousands of participants across the whole of Scotland and so 'passive' anonymised follow-up by record linkage was used. However, this relies on the accuracy and completeness of the records used and we have examined these in these Scottish data. The mortality data alone missed approximately 28% of people with a robust diagnosis of dementia from a tertiary-referral memory clinic[21] and the hospital admission data missed about 46% of people with a robust dementia diagnosis agreed by consensus.[22] In the former study, there were also no differences in area-level deprivation or premorbid IQ (estimated by the National Adult Reading Test) at baseline between people who had dementia correctly recorded and those who did not (unpublished results available from the author on request), suggesting that there was no bias in reporting related to socioeconomic position or intelligence. Combining multiple sources, as in this study, will reduce the chance of missing individuals.[2] Furthermore, when examining associations between putative risk factors and outcomes, missing some cases should not alter an observed association, and indeed, this is the approach to follow-up being taken by the UK Biobank study ($N = 500\,000$).[23] However, this methodology does not easily allow disaggregation of dementia into the individual diseases that cause this syndrome (Alzheimer's dementia, vascular dementia, dementia with Lewy bodies, etc.) because so many records use generic dementia codes rather than disease-specific ones.

Third, water data were only available for the period 2005–2012. Thus, the sample who had survived to the start of the exposure period was substantially reduced from baseline. The sample sites were distributed widely across Scotland (Supplementary Fig. 1) and the number of sites was approximately constant each year (Supplementary Table 1). The spatial interpolation used to estimate values for areas where no measurement occurred introduces uncertainty but, in fact, few participants would live far from a sampling site because samples were coterminous with areas of population density. Related to this exposure period is that we know nothing of the participants' exposure to drinking water before 2005, i.e. for the first 84 years of their lives. It seems reasonable to assume a low level of exposure to aluminium and fluoride during this period, but we cannot provide further justification for this assumption. Given that neurodegeneration starts decades before the clinical onset of dementia symptoms, it may be exposure many years before dementia diagnosis that is important, but we have no information about this.

Fourth, levels of aluminium and fluoride in drinking water vary substantially over the exposure period (Supplementary Table 1 and Supplementary Fig. 3). Aluminium levels show a general decline over the whole period. Indeed, this fact, combined with our findings, might suggest that a decline in levels of aluminium in drinking water could be a further partial explanation for the decrease in dementia rates observed in Europe and North America.[24] Fluoride levels are higher at the start and end of the exposure period; the mean value represents a cumulative exposure but the variability of measurements over time highlights a limitation of the present analyses. Within postcode sectors, there was similar variation. The within-area correlation between 2005 and 2012 values is $r = 0.49$ ($P < 0.001$) for aluminium and $r = 0.012$ ($P < 0.001$) for fluoride. In addition, participants were only located at one point in time and it was assumed that they did not move during the study period, which may not be valid. However, our study was longitudinal in design, which is more robust than a cross-sectional study, particularly when considering Bradford Hill's temporality criterion when considering whether the observed association might be causal.[25]

Finally, a criticism of much of the literature in this area is a lack of consideration of confounding. There were very few data recorded at baseline in the SMS1932. We adjusted for childhood IQ because this has previously been linked with dementia.[15,26–28] Furthermore, higher fluoride concentrations in water have been linked with lower childhood intelligence in multiple studies.[29] We were additionally able to adjust models for SIMD to take into account relative deprivation, albeit at an area level. On the other hand, the fact that this is a narrow age cohort (all born in 1921) means that the sample will be more homogeneous than a broader-aged sample. For example, there will be no cohort effects complicating our findings.

## Implications

Aluminium is widely used in water treatment to reduce organic matter and to improve other water parameters and is also influenced by water acidity.[7] Low fluoride levels in drinking water are beneficial for teeth but high levels are harmful.[7] Thus, both these substances are widely present in drinking water, albeit at levels considered acceptable. However, our findings suggest that even these relatively low levels of aluminium and fluoride are associated with deleterious effects on dementia risk, which should be weighed against their beneficial uses. We must be circumspect in the conclusions we draw from this study, not least because only limited account could be taken of potential confounders. However, this is clearly an area which deserves further investigation, given the substantial and growing global public health impact of dementia.

**Tom C. Russ**, PhD, MRCPsych , Co-Director, Alzheimer Scotland Dementia Research Centre, University of Edinburgh; Member, Centre for Cognitive Ageing and Cognitive Epidemiology, University of Edinburgh; Honorary Clinical Senior Lecturer, Centre for Dementia Prevention, University of Edinburgh; Honorary Clinical Senior Lecturer, Division of Psychiatry, Centre for Clinical Brain Sciences, University of Edinburgh; and Principal Investigator, Scottish Neuroprogressive and Dementia Network, NHS Scotland, UK; **Lewis O. J. Killin**, PhD, Scottish Dementia Informatics Platform Project Manager, Centre for Dementia Prevention, University of Edinburgh; and Clinical Studies Officer, Scottish Neuroprogressive and Dementia Network, NHS Scotland, UK; **Jean Hannah**, MSc, DRCOG, FRCGP, University of Stirling, UK; **G. David Batty**, DSc, Member, Alzheimer Scotland Dementia Research Centre, University of Edinburgh; Member, Centre for Cognitive Ageing and Cognitive Epidemiology, University of Edinburgh; and Professor of Epidemiology, Department of Epidemiology and Public Health, University College London, UK; **Ian J. Deary**, PhD, Director, Centre for Cognitive Ageing and Cognitive Epidemiology, University of Edinburgh, UK; **John M. Starr**, PhD, FRCPEd, Director, Alzheimer Scotland Dementia Research Centre, University of Edinburgh; and Co-Director, Centre for Cognitive Ageing and Cognitive Epidemiology, University of Edinburgh

**Correspondence:** Dr Tom Russ, Alzheimer Scotland Dementia Research Centre, University of Edinburgh, 7 George Square, Edinburgh EH8 9JZ, Scotland. Email: T.C.Russ@ed.ac.uk

First received 12 Jul 2018, final revision 7 Nov 2018, accepted 22 Nov 2018

## Supplementary material

Supplementary material is available online at https://doi.org/10.1192/bjp.2018.287.

## Funding

This work was supported by Alzheimer Scotland through the Marjorie MacBeath bequest, which funded T.C.R.'s salary for 1 year from 2015–2016.

## Acknowledgements

We are grateful to David Grzybowski at the Drinking Water Quality Regulator for Scotland for providing the water data. Syntax to produce the maps in R was adapted from that posted on Timo Grossenbacher's website (https://timogrossenbacher.ch/).

## References

1 Livingston G, Sommerlad A, Orgeta V, Costafreda SG, Huntley J, Ames D, et al. Dementia prevention, intervention, and care. *Lancet*; **390**(10113): 2673–734.

2 Russ TC, Gatz M, Pedersen NL, Hannah J, Wyper G, Batty GD, et al. Geographical variation in dementia: examining the role of environmental factors in Sweden and Scotland. *Epidemiology* 2015; **26**(2): 263–70.

3 Mokry LE, Ross S, Morris JA, Manousaki D, Forgetta V, Richards JB. Genetically decreased vitamin D and risk of Alzheimer disease. *Neurology* 2016; **87**(24): 2567–74.

4 Killin LO, Starr JM, Shiue IJ, Russ TC. Environmental risk factors for dementia: a systematic review. *BMC Geriatr* 2016; **16**(1): 175.

5 Cacciottolo M, Wang X, Driscoll I, Woodward N, Saffari A, Reyes J, et al. Particulate air pollutants, APOE alleles and their contributions to cognitive impairment in older women and to amyloidogenesis in experimental models. *Transl Psychiatry* 2017; **7**: e1022.

6 Scottish Water. *Your Water Quality Explained*. Scottish Water, 2015 (https://www.scottishwater.co.uk/assets/domestic/files/you%20and%20your %20home/water%20quality/swyourwaterquality2015.pdf).

7 World Health Organization. *Guidelines for Drinking-Water Quality* (4th edn). World Health Organization, 2011.

8 Kawahara M, Kato-Negishi M. Link between aluminum and the pathogenesis of Alzheimer's disease: the integration of the aluminum and amyloid cascade hypotheses. *Int J Alzheimer's Dis* 2011; **2011**: 276393.

9 Rondeau V, Jacqmin-Gadda H, Commenges D, Helmer C, Dartigues J-F. Aluminum and silica in drinking water and the risk of Alzheimer's disease or cognitive decline: findings from 15-year follow-up of the PAQUID cohort. *Am J Epidemiol* 2008; **169**(4): 489–96.

10 Lubkowska A, Zyluk B, Chlubeka D. Interactions between fluorine and aluminum. *Fluoride* 2002; **35**(2): 73–7.

11 Deary IJ, Whalley LJ, Starr JM. *A Lifetime of Intelligence: Follow-Up Studies of the Scottish Mental Surveys of 1932 and 1947*. American Psychological Association, 2009.

12 World Health Organization. *Manual of the International Classification of Diseases, Injuries, and Causes of Death, Ninth Revision (ICD-9)*. WHO, 1977.

13 World Health Organization. *The ICD-10 Classification of Mental and Behavioural Disorders: Clinical Descriptions and Diagnostic Guidelines*. WHO, 1992.

14 SIMD. *2012 Technical Notes*. Scottish Government, 2012 (https://www2.gov. scot/Resource/0050/00504822.pdf).

15 Doubal FN, Ali M, Batty GD, Charidimou A, Eriksdotter M, Hofmann-Apitius M, et al. Big data and data repurposing - using existing data to answer new questions in vascular dementia research. *BMC Neurol* 2017; **17**(1): 72.

16 Russ TC, Hannah J, Batty GD, Booth CC, Deary IJ, Starr JM. Childhood cognitive ability and incident dementia: the 1932 Scottish Mental Survey Cohort into their 10th Decade. *Epidemiology* 2017; **28**(3): 361–4.

17 Altmann P, Cunningham J, Dhanesha U, Ballard M, Thompson J, Marsh F. Disturbance of cerebral function in people exposed to drinking water contaminated with aluminium sulphate: retrospective study of the Camelford water incident. *BMJ* 1999; **319**(7213): 807–11.

18 Still CN, Kelley P. On the incidence of primary degenerative dementia vs. water fluoride content in South Carolina. *Neurotoxicology* 1980; **1**(4): 125–31.

19 Verstraeten SV, Aimo L, Oteiza PI. Aluminium and lead: molecular mechanisms of brain toxicity. *Arch Toxicol* 2008; **82**(11): 789–802.

20 Matthews FE, Arthur A, Barnes LE, Bond J, Jagger C, Robinson L, et al. A two-decade comparison of prevalence of dementia in individuals aged 65 years and older from three geographical areas of England: results of the Cognitive Function and Ageing Study I and II. *Lancet* 2013; **382**(9902): 1405–12.

21 Russ TC, Batty GD, Starr JM. Cognitive and behavioural predictors of survival in Alzheimer disease: results from a sample of treated patients in a tertiary-referral memory clinic. *Int J Geriatr Psychiatry* 2012; **27**(8): 844–53.

22 Russ TC, Parra MA, Lim AE, Law E, Connelly PJ, Starr JM. Prognostic general hospital admission in people with dementia: cohort study. *Br J Psychiatry* 2015; **206**(2): 153–9.

23 Sudlow C, Gallacher J, Allen N, Beral V, Burton P, Danesh J, et al. UK biobank: an open access resource for identifying the causes of a wide range of complex diseases of middle and old age. *PLoS Med* 2015; **12**(3): e1001779.

24 Wu Y-T, Fratiglioni L, Matthews FE, Lobo A, Breteler MM, Skoog I, et al. Dementia in western Europe: epidemiological evidence and implications for policy making. *Lancet Neurol* 2016; **15**(1): 116–24.

25 Bradford Hill A. The environment and disease: association or causation? *Proc R Soc Med* 1965; **58**: 295–300.

26 Calvin CM, Batty GD, Der G, Brett CE, Taylor A, Pattie A, et al. Childhood intelligence in relation to major causes of death in 68 year follow-up: prospective population study. *BMJ* 2017; **357**: j2708.

27 McGurn B, Deary IJ, Starr JM. Childhood cognitive ability and risk of late-onset Alzheimer and vascular dementia. *Neurology* 2008; **71**(14): 1051–6.

28 Whalley LJ, Starr JM, Athawes R, Hunter D, Pattie A, Deary IJ. Childhood mental ability and dementia. *Neurology* 2000; **55**(10): 1455–9.

29 Duan Q, Jiao J, Chen X, Wang X. Association between water fluoride and the level of children's intelligence: a dose–response meta-analysis. *Public Health* 2018; **154**: 87–97.

# Exhibit 35

| 94TH CONGRESS<br>2d Session | HOUSE OF REPRESENTATIVES | REPORT<br>No. 94-1341 |
| --- | --- | --- |

# TOXIC SUBSTANCES CONTROL ACT

## REPORT

### BY THE

## COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE

together with

## SUPPLEMENTAL AND MINORITY VIEWS

(Including cost estimate of the Congressional Budget Office)

[To accompany H.R. 14032]



JULY 14, 1976.—Committed to the Committee of the Whole House
on the State of the Union and ordered to be printed

U.S. GOVERNMENT PRINTING OFFICE

WASHINGTON : 1976

· 74-031

| 94th Congress | HOUSE OF REPRESENTATIVES | Report |
|---|---|---|
| 2d Session | | No. 94–1341 |

# TOXIC SUBSTANCES CONTROL ACT

---

**July 14, 1976.—Ordered to be printed**

---

Mr. Staggers, from the Committee on Interstate and Foreign Commerce, submitted the following

# REPORT

together with

## SUPPLEMENTAL AND MINORITY VIEWS

(Including cost estimate of the Congressional Budget Office)

[To accompany H.R. 14032]

The Committee on Interstate and Foreign Commerce, to whom was referred the bill (H.R. 14032) to regulate commerce and protect health and the environment by requiring testing and necessary restrictions on certain chemical substances and mixtures, and for other purposes, having considered the same, report favorably thereon with an amendment and recommend that the bill as amended do pass.

The amendment strikes out all after the enacting clause of the bill and inserts a new text which appears in italic type in the reported bill.

### Purpose of the Legislation

The Committee bill takes a major step forward in providing urgently needed authority to protect health and the environment from dangerous chemicals. It accomplishes this in a number of ways. For example, through its testing and premarket notification provisions, the bill provides for the evaluation of the hazard-causing potential of new chemicals before commercial production begins. Thus, in addition to the authority to take action against a chemically-caused harm after its occurrence, there will be authority to prevent such harm from occurring. Further, manufacturers and processors of potentially hazardous chemicals already on the market may be required to test them to determine their effects on health and the environment, and action can be taken against chemicals discovered to be unreasonably hazardous. In addition, the bill provides for the collection of information regarding commercially produced chemicals so that the total exposure to a chemi-

(1)

cal and its total effect on health and the environment can be monitored and evaluated.

## Brief Summary

Briefly, the bill will—

—Require manufacturers and processors of potentially harmful chemical substances and mixtures to test the substances or mixtures, as required by rules issued by the Administrator of the Environmental Protection Agency, so that their effect on health and the environment may be evaluated.

—Require manufacturers of new chemical substances and manufacturers and processors of existing chemical substances for significant new uses to notify the Administrator ninety days in advance of commercial production.

—Authorize delays or restrictions on the manufacture of a new chemical substance if there is inadequate information to evaluate the health or environmental effects of the substance and if in the absence of such information, the substance may cause or significantly contribute to an unreasonable risk to health or the environment.

—Authorize the Administrator to adopt rules to prohibit the manufacture, processing, or distribution of a chemical substance or mixture, to require labeling, or to regulate the manner of disposal of a chemical substance or mixture for which there is a reasonable basis to conclude that it causes or significantly contributes to an unreasonable risk to health or environment.

—Authorize the Administrator to obtain injunctive relief from a United States district court to protect the public and the environment from an imminently hazardous chemical substance or mixture.

—Authorize the Administrator to require manufacturers and processors to submit reports and maintain records respecting their commercially produced chemical substances and mixtures, to maintain records respecting adverse health or environmental effects of such substances and mixtures, and to provide available health and safety data on them.

—Require manufacturers and processors of chemical substances and mixtures to immediately notify the Administrator of information indicating that one of their substances or mixtures causes or contributes to a substantial risk to health or environment.

—Permit administrative inspections to enforce the bill and authorize court actions for seizures of chemical substances and mixtures which have been manufactured or distributed in violation of the requirements of the bill or of rules and orders promulgated under it.

—Permit citizens to bring suits to obtain compliance with the bill.

—Permit Federal district courts to order the Administrator to initiate rulemaking proceedings in response to citizen petitions.

—Set up procedural mechanisms to insure that all interested persons have an opportunity to participate in the agency rulemaking proceedings.

—Provide protection for employees who cooperate in the enforcement of the bill.

—Provide for evaluation on a continuing basis of the effects on employment of actions taken under the bill.

### BASIS FOR THE LEGISLATION

Chemicals have become a pervasive and enduring part of our environment. They are in our air, our water, and our soil. They are used in our manufacturing processes, and they are essential components for consumer and industrial goods. Production and use of chemicals have surged in the recent past. For example, in the past ten years, the production of synthetic organic chemicals has expanded by 233 percent,[1] and over 9,000 synthetic chemical compounds are each now in commercial use annually in amounts in excess of 1,000 pounds each.[2] In 1973, production of the top 50 chemicals alone totaled 410 billion pounds.[3] Society reaps enormous benefits from chemicals. However, it is generally accepted that as the number of chemicals in commercial use is greatly increased, the risk of producing chemicals that can cause grave and irreversible environmental damage or health problems is also increased.

This vast volume of chemicals have, for the most part, been released into the environment with little or no knowledge of their long-term health or environmental effects. As a result, chemicals currently in commercial and household use are now being found to cause or contribute to health or environmental hazards unknown at the time commercial use of the chemical began. For example, vinyl chloride was the 23rd most produced chemical when it was discovered to cause cancer, and the chemical has now been implicated as causing birth defects as well.[4] Asbestos, widely used in items ranging from talcum powder to brake linings to wallboard, is now known to cause cancer and other debilitating illnesses. However, such effects were not discovered until hundreds of workers had developed a rare form of lung cancer as a result of exposure to the substance.[5] Polychlorinated biphenyls (PCBs) had been used for forty years and approximately 390,000 tons had been released into the environment before they were recognized as an enduring environmental poison.[6] Unfortunately, such recognition came too late to prevent contamination of such major water systems as the Great Lakes and the Hudson River.

As the preceding examples indicate, it is often many years after exposure to a harmful chemical before the effects of its harm become visible. By that time it may be too late to reverse those effects. As indicated, hundreds of people may have been exposed to a carcinogen or an entire river system may have been polluted.

The experience with chemicals over the past few years has contributed to a growing realization that many of the major health prob-

[1] *Sixth Annual Report,* Council on Environmental Policy. p. 23 (1975).
[2] *Toxic Substances,* Council on Environmental Quality. p. 3 (1975).
[3] *Activities of Federal Agencies Concerning Selected High Volume Chemicals,* U.S. Environmental Protection Agency. EPA–560–4–75–001, p. ii (1975).
[4] Infante. Peter F.. "Oncogenic and Mutagenic Risks in Communities with Polyvinyl Chloride Product Facilities." 271 New York Academy of Science Annals, pp. 49–57 (1976).
[5] Selicoff. I. J.. "Asbestos Criteria Document Highlights," American Society of Safety Engineers Journal, p. 26 (March, 1974).
[6] "Effects of Chronic Exposure to Low-Level Pollutants in the Environment," Congressional Research Service, p. 2 (1975).

4

lems are caused by environmental factors. For example, approximately 60 to 90 per cent of all cancer is believed to be environmentally caused.[1] The National Foundation for the March of Dimes estimates that about 20% of all birth defects as caused by environmental influences, including chemicals, on the unborn child, and another 60% of birth defects are believed to be due to a combination of environmental and hereditary factors.[2]

Because diseases caused by environmental factors such as chemicals are often not susceptible to direct medical cure, there is an urgent need to prevent such chemically caused harm. The Department of Health, Education, and Welfare's Forward Health Plan stresses such prevention, stating:

> In recent years, it has become clear that only by preventing disease from occurring, rather than treating it late, can we hope to achieve any major improvement in the nation's health . . . [Heart disease, cancer, and stroke] are caused by factors (e.g., the environment and individual behavior) that are not susceptible to direct medical solution.
>
> . . . It is therefore, a basic premise of the prevention strategy that much greater attention and resources must be directed at preventing the underlying causes of disease rather than at the disease itself—at controlling cigarette smoking, alcohol abuse, and exposures to toxic chemicals in the environment than at the diseases which they cause.[3]

Similarly, the environmental harm caused by chemicals, like health effects, may be irreversible, and prevention of such harm is also urgently needed.

*Toxic Substances*, a 1971 report by the Council on Environmental Quality, reviewed the problems presented by toxic chemicals and concluded that present authorities for protecting against hazardous chemicals are fragmented and inadequate. According to the report, authority is needed to require testing of chemicals to determine their health and environmental effects, to impose use and distribution restrictions on chemicals where necessary to protect the public health and environment, and to collect information on chemicals and establish a system for classifying and using such information.

The recommendations of the report provided the original basis for the toxic substances control legislation. However, subsequent events have dramatically illustrated the urgent need for the legislation. For example, a major epidemiological study by the National Cancer Institute indicates that industrial chemical use and activity have produced

---

[1] "Sixth Annual Report," Council on Environmental Quality, p. 17 (1975). Chemicals are not, of course, the only environmental factors linked to cancer. Others include the large component of lung cancer attributable to cigarette smoking and natural agents such as solar radiation.

The costs to society from cancer are tremendous. The American Cancer Society estimates that 25 percent of the 213 million people now living in the United States will ultimately develop some form of cancer. "Cancer Facts and Figures," American Cancer Society, p. 3 (1975). Cancer killed an estimated 364,000 Americans in 1975. *Ibid.*

The economic costs of cancer are staggering. An estimated $3 billion is spent annually for hospital care, physician fees, nurses, drugs and other treatment. If the direct and indirect costs (e.g., loss of productivity, earning power) are added, the annual costs of cancer jump to $15 billion. *Id.* at 31.

[2] "Effects of Chronic Exposure to Low-Level Pollutants in the Environment, p. 135.

[3] "Forward Plan for Health," fiscal years 1977–81, U.S. Department of Health, Education, and Welfare, Public Health Service, pp. 12, 13, 15, 16, 17 (June 1975).

5

striking geographic concentrations of cancer deaths.[1] An unusually high rate of lung cancer among workers in a plant where bis chloromethyl ether (BCME) was produced as a by-product of a manufacturing process has led to the conclusion that BCME is a highly potent carcinogen. BCME may form spontaneously in ordinary humid air whenever formaldehyde and hydrochloric acid are present together. These two chemicals are widely used in processes such as the treatment of permanent press fabrics, in the manufacture of water repellants, and in the manufacture of ion exchange resins and dispersing agents. Further, tris 2, 3-dibromopropyl phosphate, a fire retardant widely used in such items as children's pajamas, has been shown to have mutagenic effects in microbial systems. And there are, unfortunately, numerous other examples of harm resulting from the industrial uses of chemicals.

Because of the lack of testing by manufacturers and processors of chemicals to determine their health and environmental effects, the general population and the environment now serve as the laboratory for discovering adverse health and environmental effects. Aside from the glaring inequities in relying on human experience to indicate when a chemical is harmful, such a method is also a grossly inefficient way to identify problems. For example, vinyl chloride and asbestos were relatively easy hazards to identify because exposure to these agents could be correlated with incidences of otherwise rare cancers in a uniquely defined group of workers. Other kinds of hazards, and other substances, cannot be expected to present such easily traceable cause and effect relationships. As a result exposure to an extremely harmful chemical may continue unabated because the harm it causes will never be linked to the chemical.

Fortunately our ability to screen and test substances for adverse effects and our capabilities for monitoring and predicting the health and environmental effects of chemicals are sufficiently well-developed that it is not necessary to choose between the alternatives of using the population as guinea pigs or doing without the benefits provided by the increasing use and development of chemical products. The validity of applying animal test results to man is now firmly based upon empirical evidence and thus such results provide an invaluable tool for predicting human health effects. Further, major methodological advances are occurring with respect to improving testing and monitoring methods for assessing the long-term effects of a chemical. For example, methods for detecting low levels of carcinogens in the environment have increased significantly in both accuracy and reliability, and it is now possible to detect concentrations of polynuclear compounds at 1 part of an individual compound per billion as opposed to the 1959 sensitivity standard of 100 parts per billion. Analytical methods have improved as well. Illustrative is the salmonella test developed by Dr. Bruce Ames of the University of California, Berkeley, which is now available for screening for cancer-causing properties of chemicals and which has considerably reduced both the costs and time required for such screening. Although testing and monitoring may

[1] Hearings on H.R. 7229, H.R. 7548, and H.R. 7664 before the Subcommittee on Consumer Protection and Finance of the House Committee on Interstate and Foreign Commerce, 94th Cong., 1st Sess., p. 132–138 (1975).

**399**

not be able to provide certainty as to the long-term consequences resulting from exposure to a chemical, the predictions from such testing and monitoring can provide a reasonable basis for regulatory action to protect against potential long-term adverse effects.

Present authorities for protecting against and regulating hazardous chemicals are fragmented and inadequate. Although there are a number of Federal laws which now provide some authority for regulation (e.g., the Clean Air Act, the Federal Water Pollution Control Act, the Occupational Safety and Health Act of 1970, and the Consumer Product Safety Act) conspicuous gaps exist in the protections provided by such laws. Most significant among the deficiencies are the following:

(1) In general, such laws provide regulatory authority which is not set in motion until after human or environmental exposure to a harmful chemical has occurred.

(2) The authorities provided to reduce or eliminate the harmful exposure to a chemical may not be adequate or may be cumbersome or inefficient.

(3) No authority exists for collection of data to determine the totality of human and environmental exposure to chemicals.

An example of the deficiency described in paragraph (1) is the fact that there is presently no authority to require manufacturers of potentially dangerous new chemicals to test the chemical to determine its health and environmental effects before marketing. Thus, although there is some authority to remove harmful chemicals from the workplace, the home, etc., there is no authority which provides a means of assessing the safety of a chemical before exposure occurs. In addition, since present laws require regulatory agencies to bear the cost of testing to see if a chemical is safe, regulatory action often does not occur until adverse effects of a chemical become evident in the population or in the environment.

The inadequacies in current authorities to deal with the recognized harm presented by polychlorinated biphenyls (PCBs) illustrates the deficiencies in present law to deal with known harmful chemicals. Under the Federal Water Pollution Control Act, the Administrator of the Environmental Protection Agency has authority to control the discharge of PCBs into the waters. However, there is no means for regulating other avenues through which the environment is exposed to PCBs. For example, an estimated three-fourths of the amount of discarded PCB's have been disposed of in landfills. Under existing law there is no authority to deal with such disposal and even though water emissions may be restricted, environmental exposure through seepage from landfills will continue to occur.

Intelligent standards for regulating exposures to a chemical in the workplace, the home or elsewhere in the environment cannot be set unless the full extent of human or environmental exposure is considered. The importance of considering the cumulative impact of all sources of exposure and the synergistic effects resulting from exposure to a number of chemicals in regulating hazardous chemicals was pointed out by the National Academy of Sciences—National Academy of Engineers study which stated:

The concept of total body burden should be the significant indicator of exposure, rather than burden acquired in one or

another part of the environment or from one or another toxic material. People who work in a factory in which dangerous substances are handled in high concentration may live in an adjacent area in which the same or other substances are dispersed, thus increasing overall exposure. More than one organ may be attacked because the offending substance is transported by two or more media. Synergistic effects among two or more substances, by which the combined effect is more than the sum of the separate effects should be considered.[1]

Yet a comprehensive data system indicating the totality of human or environmental exposure does not exist. As a result, present regulations controlling workplace exposure, exposure in the home or elsewhere to a hazardous chemical may often be based on measurements indicating only one source of exposure, thereby resulting in less than full protection from the hazard.

In summary, the country faces serious risks of harm to the health of its people and to its environment from the substantial use which is made of chemicals, and Federal law is clearly inadequate to deal with such risks. A major element in our efforts to improve the nation's health and environment must be the enactment of protective legislation such as H.R. 14032. The overriding purpose of the bill is to provide protection of health and the environment through authorities which are designed to prevent harm.

COMMITTEE CONSIDERATION

A 1971 report by the Council on Environmental Quality highlighted the growing need for a comprehensive program of toxic substances control. Based upon the Council's recommendations, the Environmental Protection Agency submitted legislative proposals on behalf of the Administration to the 92d Congress. The Committee's Subcommittee on Commerce and Finance held hearings on the Administration bill, and a Senate-passed bill which made substantial amendments to the Administration bill. After executive session, the Subcommittee reported a clean bill which represented an accommodation between the Administration and Senate-passed bills. This bill with certain further amendments was reported by the full Committee and passed the House by a record vote of 240 to 61. Time did not permit a conference with the Senate to work out differences before the adjournment of the 92d Congress.

In the 93d Congress, the Subcommittee on Commerce and Finance held hearings on a new bill submitted by the Administration (H.R. 5087) and a bill introduced by the Subcommittee chairman, Mr. Moss, and others (H.R. 5356) which substantially followed the bill passed by the House in the 92d Congress. The Subcommittee reported H.R. 5356, with amendments. The bill with certain further amendments was reported by the full Committee and passed the House by a record vote of 324 to 73. However, the conference with the Senate was unable to work out differences in the bills in the time remaining.

[1] Man, Materials and Environment: A Report to the National Commission on Materials Policy", National Academy of Sciences—National Academy of Engineers, p. 12 (March 1973).

## SECTION 6, REGULATION OF HAZARDOUS CHEMICAL SUBSTANCES AND MIXTURES

Section 6 empowers and directs the Administrator to take action to protect the public from hazardous chmeical substances and mixtures. Such action shall be taken against existing chemical substances, new chemical substances, and mixtures when there is a reasonable basis to conclude that the substance or mixture causes or significantly contributes to or will cause or significantly contribute to an unreasonable risk.

*Scope of regulation*

Section 6(a) provides that if the Administrator finds that there is a reasonable basis to conclude that the manufacture, processing, distribution in commerce, use or disposal of a chemical substance or mixture (or any combination of such activities) causes or significantly contributes to or will cause or significantly contribute to an unreasonable risk to health or environment, the Administrator shall by rule take regulatory action necessary to adequately protect against the risk. Absent such a finding, the Administrator may not take action under section 6(a).

This standard for taking action recognizes that factual certainty respecting the existence of an unreasonable risk of a particular harm may not be possible and the bill does not require it. Such uncertainty is particularly likely to occur true when dealing with the long term or chronic effects of a substance or mixture. For example, cancer does not appear immediately after exposure to a carcinogenic substance or mixture, but instead there may be a latency period of several years before the cancer appears. With mutagens, the effects may not become apparent until generations have passed. When, as here, regulatory action is intended to be taken to prevent the occurrence of harm in the future as well as protect against presently visible harm, such action often must be based not only consideration of facts but also on consideration of scientific theories, projections of trends from currently available data, modeling using reasonable assumptions, and extrapolations from limited data. Further, regulatory action may be taken even though there are uncertainties as to the threshold levels of causation. Thus, the bill requires a reasonable basis to conclude that a substance or mixture causes or significantly contributes to or will cause, or significantly contribute to an unreasonable risk to health or environment. Such a judgment may be based upon items such as toxicological, physiological, epidemiological, biochemical, or statistical research or studies or extrapolations therefrom. A finding by the Administrator that there is such a reasonable basis must include adequate reasons and explanations for the Administrator's conclusion. It does not, however, require the factual certainty of a "finding of fact" of the sort associated with adjudication.

33

The term "significantly contribute to an unreasonable risk" is used throughout the bill. The Committee has used such term because it recognizes that an individual substance or mixture may not be the sole identifiable factor which may cause an unreasonable risk. Because of the multiple avenues by which humans and the environment are exposed to a substance or mixture and because substances and mixtures do not occur in the environment in isolation, risks may result from complex interactions or because of cumulative effects. Thus the bill authorizes actions against a substance or mixture which is only a contributing factor to an unreasonable risk. The bill specifies that the contribution be significant, for the Committee does not intend to authorize action against a contributing factor which is only de minimus. However, the Committee recognizes that in many instances it will be impossible for the Administrator to show the quantity of contribution to a particular risk made by a particular substance or mixture, and the Committee does not intend that the Administrator be required to do so in such situations. Nor does the Administrator have to show that a substance or mixture is the predominant contributing factor. Because of potential cumulative or synergistic effects, even a small contribution may be significant. Moreover, because of the dispersion and transformation of chemical substances and mixtures in the environment, the substance or mixture may contribute to a risk indirectly or directly. The considerations discussed in this paragraph would, of course, apply whenever the phrase is used in the bill.

A section 6(a) rule may consist of any one or more of the following: (1) a requirement prohibiting the manufacturing, processing, or distribution in commerce of the substance or mixture or limiting the amount of such substance or mixture which may be manufactured, processed, or distributed in commerce; (2) a requirement prohibiting the manufacture, processing, or distribution in commerce of the substance or mixture for a particular use or prohibiting the manufacture, processing, or distribution in commerce of the substance or mixture for a particular use in excess of a specified level of concentration; (3) a requirement limiting the amount of the substance or mixture which may be manufactured, processed, or distributed in commerce for a particular use or a particular use in a concentration in excess of a specified level; (4) a requirement that the substance or mixture or any article containing it be marked with or accompanied by appropriate warnings and instructions; (5) a requirement that the manufacturers and processors of the substance or mixture make and retain records of the processes used to manufacture or process the substance or mixture; (6) a requirement regulating the manner or method of disposal of the substance, mixture or any article containing it by its manufacturer, processor, or by any commercial user; and (7) if a requirement described in clause (1), (2), or (3) is imposed, a requirement that the manufacturers and processors of the substance or mixture provide notice of the risk to persons in possession of the substance or mixture and to the public. The Committee recognizes the inherent interests of the States and political subdivisions respecting disposal of hazardous chemicals within their jurisdiction. As a result, the Committee has limited the Administrator to prescribing only those disposal requirements which do not violate any law of a State or a po-

34

litical subdivision of a State. In addition, any disposal requirement shall require persons subject to it to notify each State and political subdivision in which a required disposal may occur.

While the bill authorizes the Administrator to prohibit or limit the distribution in commerce of substances or mixtures and to prohibit or limit the distribution in commerce of substances and mixtures for a particular use, such authority does not authorize the Administrator to regulate the manner or method of transporting hazardous chemical substances or mixtures in commerce. For example, the loading, unloading, and storage in connection with transportation in commerce are regulated under the Hazardous Materials Act of 1974, and it is not the Committee's intent to grant the Administrator any regulatory authority under section 6(a) with respect to such loading, unloading, or storage.

The Committee recognizes that the requirements prescribed by the Administrator under this section may provide protection for employees in the workplace. For example, by prohibiting the manufacture of a substance, risks to employees involved in the manufacturing of the substance would be eliminated. However, the Committee wishes to emphasize that none of the authorities included in section 6(a) should be construed as authorizing the Administrator to issue workplace standards directly regulating such matters as the airborne concentrations of a substance to which employees may be exposed or the manner in which an employee is permitted to handle a substance. There is no authority in the bill for the Administrator to issue rules respecting personal protective equipment for employees, work practices in hazardous operations, or procedures for emergency situations. Such direct regulation of the workplace falls under the jurisdiction of the Occupational Safety and Health Act of 1970 not under this bill.

The Committee intends that any requirement prescribed under section 6(a) be the least burdensome possible for those subject to the requirement and for society while providing an adequate margin of protection against the unreasonable risk. The Committee expects that the determination of the least burdensome requirement will be based on information submitted to the Administration during the rulemaking proceeding and other information which is readily available to the Administrator. The Committee does not intend that needed regulation be unreasonably delayed while the Administrator develops quantative data comparing the costs of control methods. Because different environmental or health conditions in different areas of the country may require different forms of regulation to protect against an unreasonable risk, the bill permits a requirement to be limited in application to specified geographic areas.

*Protection against adulterated or contaminated substances and mixtures*

Subsection (b) of section 6 authorizes the Administrator to take action to prevent the adulteration or contamination of substances and mixtures. If the Administrator has good cause to believe that a particular manufacturer or processor is manufacturing or processing a substance or mixture in a manner which unintentionally results in the substance or mixture causing or significantly contributing to or to

# **Exhibit 36**

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**ELLEN CHANG**

August 29, 2019

---



888-779-9974

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3             AT SAN FRANCISCO

4

5   FOOD & WATER WATCH, et al.,   )    **ORIGINAL**
                                  )
6                                 )
                                  )
         Plaintiffs,              )
7                                 )  Case No.
      vs.                         )  17-CV-02162-EMC
8                                 )
   U.S. ENVIRONMENTAL             )
9   PROTECTION AGENCY, et al.,    )
                                  )
10         Defendants.            )
                  ____            )

11

12

13

14

15           VIDEOTAPED DEPOSITION OF

16             ELLEN CHANG, SC.D.

17

18          Thursday, August 29, 2019

19

20

21

22

23

24

25

1     A.   Somewhere between 5 and 15, maybe.

2     Q.   **Okay.  And when was that project?**

3     A.   I think, 2013 or '14.

4     Q.   **Okay.  So other than that project in 2013**

5  **or 2014, had you ever reviewed the scientific**

6  **literature on fluoride?**

7     A.   Not -- I mean, I think I looked at it in a

8  cursory manner or when my kids were small.

9     Q.   **Okay.  So it's fair to say that prior to**

10 **your work in this case, you didn't consider yourself**

11 **a subject matter expert on fluoride and human**

12 **health.**

13    A.   I think that's fair.

14    Q.   **Okay.  And you didn't consider yourself a**

15 **subject matter expert on fluoride and neurotoxicity.**

16    A.   Correct.

17    Q.   **Have you ever --**

18         **I think this is obvious, but I'll just ask**

19 **it just for the record:  Have you ever conducted or**

20 **published any studies on fluoride separate and apart**

21 **from what you did in this case?**

22    A.   No, I haven't.

23    Q.   **Okay.  And have you ever conducted or**

24 **published any studies on fluoride neurotoxicity**

25 **separate and apart from what you did in this case?**

1    A.   No, I haven't.

2    **Q.   Okay.  Have you -- have you ever published**

3   **or conducted any studies related to fluoride in**

4   **human health, at any time in your career, separate**

5   **and apart from this case?**

6    A.   No, I haven't.

7    **Q.   Do you consider yourself an expert on**

8   **fluoride pharmacokinetics?**

9    A.   No.  I have some understanding of it, but I

10   wouldn't consider myself an expert on the

11   pharmacokinetics.

12   **Q.   Okay.  Do you consider yourself an expert**

13   **on fluoride's neurotoxicity?**

14        MS. CARFORA:  Asked and answered.

15        THE WITNESS:  So I do consider myself an

16   expert on the epidemiology of fluoride and

17   neurotoxic outcomes.  It depends on the, I guess,

18   subdiscipline of fluoride and neurotoxicity, whether

19   I consider myself an expert in that area.

20        I would say, no, for example, with regard

21   to animal toxicology and that subject.

22   BY MR. CONNETT:

23   **Q.   Uh-huh.**

24   A.   But yes, with regard to human epidemiology.

25   **Q.   Okay.  Do you consider yourself an expert**

1    think the method can be completely clear and

2    reliable and valid, and yet be -- due to differences

3    in the individuals attempting to follow that method.

4    Again, in -- in terms of their judgment and their

5    qualifications and background and expertise, as well

6    as, how well they followed the method and -- and

7    that sort of thing.  I think you can lead -- you can

8    obtain different results despite following the same

9    valid method.

10              I would also say that reaching a conclusion

11   that evidence is insufficient to establish a causal

12   effect and a conclusion that evidence is sufficient

13   to establish a causal effect are not necessarily

14   opposite conclusions, but they are different.  But

15   not diametrically opposed, necessarily.

16       **Q.    Okay.  Can you explain how --**

17              **So how is it that a conclusion that there**

18   **is insufficient evidence of caus- -- causation, how**

19   **is that not opposite the conclusion that there is**

20   **sufficient evidence of causation?  Can you explain**

21   **that a little bit more?**

22       A.    Sure.  I think if you conclude that there

23   is insufficient evidence, you could conclude -- that

24   could be a conclusion that there is, for example, a

25   statistical association that is observed.  If we're

1   talking about epidemiology.  There could be a

2   conclusion that there is a statistically significant

3   association observed.  Even that it's consistent

4   across a number of studies, not necessarily all

5   studies, but in -- in multiple studies.  And yet --

6   and it could be suggestive of a causal association,

7   but not yet sufficient.

8           So, you know, it could fall short, for

9   example, in terms of uncertainties in exposure

10  assessment or in control for confounders.

11          And so I think that conclusion -- it's

12  similar to, for example, an NTP conclusion that

13  there's a presumed health hazard, or an IARC

14  conclusion that a given agent is a probable human

15  carcinogen, but not a definite human carcinogen.

16  There are degrees of classification of the level of

17  evidence.

18      Q.   Uh-huh.

19      A.   And so for me, the opposite conclusion

20  would be that there is evidence that it is not a

21  causal effect.

22          So that would be like the Group 4

23  classification for IARC, which my understanding is

24  they've only classified one agent ever as a Group 4

25  carcinogen where, you know, they said the

1   evidence -- there -- there's good evidence, and it

2   suggests it's not a carcinogen.  And then NTP, that

3   would be their classification that something is

4   not -- or not likely to be, I think is their lowest

5   classification.  Not likely to be a health hazard.

6   That, to me, would be closer to the opposite

7   conclusion than, you know, the -- the sort of

8   higher -- higher levels.

9       **Q.   So insufficient evidence of causation, for**

10  **epidemiology sake, is not inconsistent with the**

11  **chemical being a presumed cause of the outcome.**

12      A.   That is correct.  So presumed under NTP's

13  definition of presumed health hazard is -- is

14  actually specifically not known to be a health

15  hazard.  So it's specifically not a causal effect.

16  And so insufficient evidence is -- is consistent

17  with, you know, not known to be a cause.

18      **Q.   Right.**

19          **So when you used the phrase insufficient**

20  **evidence of causation from the epidemiological**

21  **literature, you're not saying the chemical doesn't**

22  **cause the effect; is that correct?**

23          MS. CARFORA:  Objection.  Mischaracterizes.

24          THE WITNESS:  It says -- when I say it's

25  insufficient, I'm saying that there's not enough

1  compelling evidence to reach a definitive

2  conclusion, one way or the other.

3  BY MR. CONNETT:

4      Q.   Okay.  And your conclusion that there's

5  **insufficient evidence of epidemiological -- sorry,**

6  **strike that.**

7          **Your conclusion, in any of your systematic**

8  **reviews that there is insufficient epidemiological**

9  **evidence of causation, is not inconsistent with the**

10  **chemical being a presumed cause of the effect.**

11     A.   Where presumed -- here we're using

12  presumed, I guess, do you mean it the way NTP means

13  it?  Where they have a specific technical

14  definition?

15     **Q.   No, let's use it more generally.**

16     A.   So presumed more generally, I would not use

17  that term because I think it's -- it's -- it can be

18  misinterpreted.

19     **Q.   Okay.**

20     A.   I think NTP can use it because they

21  specifically --

22     **Q.   Right.**

23     A.   -- define out what presumed means.

24     **Q.   Okay.**

25     A.   And then I'm comfortable -- I'm more

1           And you have the summary of your causal

2    evaluation there, right?

3       A.   Yes.

4       Q.   And the last sentence of the first

5    paragraph you say -- you talked about the ten

6    epidemiological studies most relevant to your

7    assessment, right?

8       A.   Yes.

9       Q.   And those are the same ten studies we were

10   looking at before, right?

11      A.   That's correct.

12      Q.   Okay.  Now, you understand there's a

13   difference between the relevance of a study and the

14   reliability of a study.

15      A.   I do.

16      Q.   Okay.  So of these ten most relevant

17   studies, which do you find to be the most reliable

18   studies from a methodological standpoint?

19      A.   I think they are all more reliable, for

20   example, than the ecological cross-sectional studies

21   from nonwestern populations.  Just methodologically

22   even, they are better.

23      Q.   Uh-huh.

24      A.   Among these ten, I would say that the

25   prospective cohort studies are, in general, more

1    rigorous in design than those that are not.

2         And then among the prospective cohort

3    studies, I would say that those that adjusted for

4    multiple confounders and had individual level

5    measures of exposure, are relatively better than

6    those that lack those elements.

7         **Q.   Okay.  So of the ten studies, which study**

8    **do you -- which single -- do you have -- which**

9    **single study do you find to be the most rigorous**

10   **from a methodological standpoint?**

11        A.   Of these ten, I think that the methods are

12   quite comparable among the Bashash studies --

13        **Q.   Uh-huh.**

14        A.   -- the Green and Till studies.

15        So Thomas is, I believe an abstract, but

16   it's -- it's a -- it's related to the Bashash

17   studies.

18        **Q.   Uh-huh.**

19        A.   Yeah.  Those are the -- the ones.  So Bash-

20   -- the -- the last five that are listed, those are

21   the Bashash, et al., 2017 and '18.  The Thomas,

22   et al., study under the reasonable assumption that

23   the methods described in that abstract are the same

24   as used in the full-length papers.  And then the

25   Green, et al., and the Till, et al., studies, I

1    think, are relatively more rigorous than the other

2    five.

3        Q.   Okay.  By the way, did you find any

4    **epidemiological study that supports the safety of**

5    **prenatal fluoride exposure?  And by that I mean, did**

6    **you, in your systematic review, find any**

7    **epidemiological study that investigated prenatal**

8    **fluoride exposure and found no significant effect**

9    **with neurodevelopmental outcomes?**

10       A.   It depends on the subgroup and the outcome

11   that you're talking about.  I wouldn't say that a --

12   to jump from a statistically null finding to the

13   conclusion that it supports the safety of a given

14   exposure, I think is too much of a leap for an

15   epidemiologic study.

16            But there are studies that found no

17   significant association between some prenatal

18   measure of exposure to fluoride and some

19   neurodevelopmental outcome.

20       Q.   **And you're talking about within a single**

21   **study, some of the analyses didn't find significant**

22   **effects on neurodevelopment, right?**

23       A.   I would say they didn't find significant --

24   statistically significant associations with certain

25   neurodevelopmental outcomes.

1    correlation between the two --

2         Q.    Uh-huh.

3         A.    -- suggesting that the -- the prenatal

4    measures were not independent of the postnatal

5    measurements.

6         Q.    Okay.

7         A.    So what I mean is that, I don't consider

8    any of these studies to have evaluated prenatal

9    exposure in isolation.

10        Q.    Right.

11             I understand that qualifier.  Understood.

12   That the -- that studies that have attempted to look

13   at prenatal fluoride exposure, that prenatal

14   fluoride exposure may correlate with postnatal

15   exposure.

16             I understand that caveat, okay?

17        A.    Uh-huh.

18        Q.    I'm gonna ask -- ask the question again,

19   which is:  Did you find in your systematic review

20   any study that attempted to examine prenatal

21   fluoride exposure that did not find some significant

22   association with neurodevelopmental effects.

23             MS. CARFORA:  Objection.  Asked and

24   answered.

25             THE WITNESS:  Among those -- among the

1   three that I found that were published that

2   attempted to look at some prenatal measurement of

3   exposure, I think all three of them found some

4   statistically significant association with adverse

5   neurodevelopmental outcomes and some statistically

6   nonsignificant associations.

7   BY MR. CONNETT:

8       Q.    **Are you referring to Bashash 2017, Bashash**

9   **2018 and Green 2019?**

10      A.    No.  I mean, the Bashash studies, which

11  would be the ELEMENT ones.

12      Q.    **Right.**

13      A.    The -- the Till and Green ones, which are

14  the Canadian ones.

15      Q.    **Right.**

16      A.    And then the Valdez --

17      Q.    **Jimenez.**

18      A.    -- Jimenez one in other areas of Mexico

19  where they --

20      Q.    **Okay.**

21      A.    I'm sorry, not one.  There's a single study

22  by Valdez Jimenez looking at other areas in Mexico.

23      Q.    **Okay.  So I'm just gonna ask you some**

24  **questions here about -- that relate to assessing the**

25  **relative methodological strengths of studies, okay?**

1   had mentioned -- it seemed like you had mentioned

2   those controls earlier in your testimony as a

3   strength of the study, but I'll move on.

4           MS. CARFORA:  Objection.

5           THE WITNESS:  No.

6           MS. CARFORA:  Mischaracterizes the

7   testimony.

8           THE WITNESS:  I said that they assessed

9   those exposures, but not that they controlled for

10  them as confounders.

11  BY MR. CONNETT:

12      Q.   Fair enough.  Thank you for the

13  clarification.

14           Okay.  So in your report you state that

15  Dr. Grandjean and Dr. Thiessen omitted numerous

16  studies, correct?

17      A.   I think that's correct.

18      Q.   And do any of the studies that they omitted

19  or failed to discuss, do any of those studies in

20  your view undermine or contradict their opinions in

21  this case?

22      A.   I think that the individual studies, in and

23  of themselves and the results of those findings, are

24  not what is the important part of my opinion

25  regarding their omission.

1          My bigger concern relates to their not

2  systematically searching and reviewing literature.

3  So it's not the -- the individual studies and their

4  findings.

5      Q.   Uh-huh.

6      A.   I don't -- I don't think that the studies

7  that they omitted --

8      Q.   Uh-huh.

9      A.   -- would necessarily change their opinions

10 or mine.

11     Q.   Uh-huh.

12     A.   I think my -- my main issue is that they

13 have not conducted systematic comprehensive or

14 transparent searches, reviews, and assessments of

15 the epidemiologic literature.

16     Q.   Right.  Understood.

17          Now, you mentioned earlier that you read

18 Dr. Grandjean's rebuttal report, correct?

19     A.   Correct.  I -- I think it -- I can't

20 remember if it's called a rebuttal report, or

21 rebuttal and supplemental report, but yes.

22     Q.   Okay.  Now, Dr. Grandjean identified four,

23 I'll call 'em, no effect studies, that you

24 identified that he did not discuss.

25          Do you recall that?

1    B-A-Y-L-E-Y, Scales of Infant Development.

2              So, I guess if you characterize no-effect

3    studies as though as to find no significant

4    association, this one did find one, but they found

5    -- they found one with -- one outcome that they

6    evaluated, but apparently not with the other one.

7    BY MR. CONNETT:

8        Q.   Okay.  So I wanna go and talk just a little

9    bit more about those four studies that I mentioned,

10   and --

11             The Perrott study, you're familiar with

12   that, right?

13       A.   Yes.

14       Q.   And you didn't include that in -- among the

15   ten in your studies in your causal analysis, right?

16       A.   Correct.

17       Q.   Okay.  The Kang study, you're familiar with

18   that, right?

19       A.   Yes, generally.

20       Q.   That's a cross-sectional study from China?

21       A.   I think that's right.

22       Q.   And you didn't include the Kang study in

23   your causal analysis, correct?

24       A.   Let me just make sure that the description

25   is correct.

```
 1              Kang 2011.
 2       Q.    Yes.
 3       A.    Is that correct?
 4              Yes, that's right.
 5       Q.    Okay.  The He study, 2010.
 6              You're familiar with that, right?
 7       A.    Yes.
 8       Q.    And that's another cross-sectional study
 9  from China, right?
10       A.    That's correct.
11       Q.    And you did not include that in your causal
12  analysis, correct?
13       A.    So I did include all these studies, I took
14  -- I took 'em into consideration, but in terms of
15  the ones that I weighted more heavily, I did not
16  include these.
17       Q.    Okay.  So you didn't give much weight to
18  the He 2010 study, right?
19       A.    That's right.
20       Q.    And you didn't give much weight to the Kang
21  2011 study, right?
22       A.    That's correct.
23       Q.    And you didn't give much weight to the
24  Perrott 2018 study, correct?
25       A.    That's correct.
```

1    A.    -- fluoride exposure from drinking water.

2    **Q.    Uh-huh.**

3    A.    I considered it to be relevant --

4    **Q.    Uh-huh.**

5    A.    -- which, as you pointed out, is different

6    from, I think you said, valid or rigorous, or

7    something.

8         But yes, I considered it relevant, but then

9    whether I would -- I think you asked me before

10   about, for example, the Morgan study in its relative

11   quality and the Broadbent study and the Shannon

12   study.  And the -- and I think also maybe Barberio,

13   the relative quality of those studies, compared with

14   others.

15   **Q.    Okay.**

16   A.    The Spittle study I would include with the

17   Shannon because it's the same study.

18   **Q.    Uh-huh.**

19   A.    So I would say that it is better in quality

20   than the ecological cross-sectional studies from

21   China, for instance.  But it's poorer in quality

22   than, for example, the Bashash and the Green studies

23   that came thereafter.

24   **Q.    What confounders did Spittle control for?**

25   A.    So it's -- it's not stated in the abstract,

```
 1        A.    -- I don't think would change their
 2   opinions.  It's not the lack of any one given study
 3   that I think --
 4        Q.    Uh-huh.
 5        A.    -- is a flaw.  It's the overall
 6   methodology.
 7        Q.    Right.
 8              Well, what --
 9              Is there any study that they didn't
10   identify and discuss that refutes or undermines
11   their opinions?
12              MS. CARFORA:  Objection.  Asked and
13   answered.
14              THE WITNESS:  Again, I think there's no one
15   individual study necessarily that would change or
16   undermine their opinions.  I think the fact that
17   they didn't do a systematic and thorough search and
18   review and assessment of the literature that
19   undermines the validity of their opinions.
20   BY MR. CONNETT:
21        Q.    Do you --
22              You know --
23              You had --
24              You identified and discussed many studies
25   that reported significant associations with fluoride
```

1    and IQ that Dr. Grandjean did not discuss in his

2    report.

3          Are you aware of that?

4    A.    Yes.

5    Q.    Now, do you think those studies that you

6    discussed, which found significant associations with

7    fluoride, do you think those studies support

8    Dr. Grandjean's conclusions, or are at odds with

9    Dr. Grandjean's conclusions, or none of the above?

10   A.    I think that they -- those studies that I

11   identified that identified -- that had signif- --

12   significant causative associations between fluoride

13   and adverse developmental -- neurodevelopmental

14   outcomes, I think that they do not provide

15   substantive support, one way or another, because

16   they are of poor methodological quality, in general.

17   And then they are not otherwise relevant to the U.S.

18   drinking water fluoridation situation.

19          So I don't think that they support his

20   opinions.  I think that they contribute, in and of

21   themselves, on a study-by-study basis, little weight

22   to any conclusion of association or causation.

23          Again, I think the bigger point related to

24   those studies is not that there's any sort of one

25   definitive study that would sway an opinion, one way

1    or another -- or another.  It's more of an issue of

2    not having conducted a systematic and thorough

3    review and analysis of literature.

4        Q.    Right.

5            I -- I understand that -- that -- that --

6    your criticism on that point.

7            But going back to the studies that you

8    identified and discussed, which reported

9    associations with adverse neurological effects that

10    Dr. Grandjean did not discuss, do I understand your

11    testimony that those studies don't add much weight

12    to the literature, one way or the other?  Is that a

13    fair summary?

14        A.    I would say that for this particular

15    assessment of the potential impact of community

16    drinking water fluoridation on neurodevelopmental

17    outcomes in the U.S., those studies, given their

18    limited quality and lack of relevance, that they --

19    that their results, I guess, carry little weight.

20        Q.    Okay.  And now hypothetical questions for

21    you, okay?  Going back to hypotheticals.

22            Let's say you looked at all the data, you

23    did your systematic review on fluoride and

24    neurotoxicity, and there was no Kang 2011 study.

25            You understand that?

```
 1        A.    Yes.

 2        Q.    Would your opinions in this case be any

 3   different?

 4        A.    So if that study simply had never existed.

 5        Q.    Correct.

 6        A.    No.  I don't think my -- my opinions would

 7   change.

 8        Q.    Okay.  Similar hypothetical:  You do your

 9   systematic review of the scientific literature and

10   the He 2010 study did not exist.

11             Would your opinions be any different?

12        A.    No.  My overall opinions would not change.

13        Q.    Okay.  Say you --

14             Same similar hypothetical:  You do your

15   systematic review of scientific literature, and the

16   Perrott study, or Perrott, does not exist.

17             Would your opinions be any different?

18        A.    I think I had expressed an opinion that the

19   Malan, M-A-L-A-N, and Till, I think it's a different

20   Till, but T-I-L-L, ecological study was of very poor

21   quality, and they didn't control for a number of

22   confounders, and Perrott, in particular, identified

23   one confounder, which was something like elevation

24   -- you know, geographic elevation of residents.

25   That once they controlled for it, the association
```

1    was statistically nonsignificant.

2           I mean, I think that particular opinion

3    about the Malan and Till study would change.

4    Because I wouldn't be able to identify the one -- or

5    one particular confounder that was influential.

6         Q.   Right.

7         A.   But other than that, I don't think my

8    opinions about the association -- the bigger picture

9    opinions about association or causation, I don't

10   think that those opinions would change.

11        **Q.   Okay.  And finally, on the same note, if**

12   **you did your scientific -- your systematic review of**

13   **scientific literature on fluoride, and the Spittle**

14   **abstract did not exist, would your opinions in this**

15   **case be any different?**

16        A.   So under that hypothetical, no.  I don't

17   think my opinions would change.

18        **Q.   Okay.**

19           MR. CONNETT:  Now, we probably are at a

20   good stopping point.

21           Wanna take a five-minute break?

22           THE VIDEOGRAPHER:  We are off the record.

23           The time is 4:28 p.m.

24

25               (Break taken.)

```
 1   STATE OF CALIFORNIA     )
                             )
 2   COUNTY OF RIVERSIDE     )

 3

 4           I, KATIE HRON, C.S.R. No. 13483, in and for

 5   the State of California, do hereby certify:

 6           That prior to being examined, the witness

 7   named in the foregoing deposition was by me duly

 8   sworn to testify to the truth, the whole truth, and

 9   nothing but the truth.

10           That said deposition was taken down by me

11   in shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my

13   direction, and the same is a true, correct, and

14   complete transcript of my shorthand notes so taken.

15           That if the foregoing pertains to the

16   original transcript of a deposition in a Federal

17   Case, before completion of the proceedings, review

18   of the transcript { } was { } was not requested.

19           I further certify that I am not interested

20   in the event of this action.

21           In witness whereof, I have hereunto

22   subscribed my name on September 12, 2019.

23

24           _____

25                 Katie Hron, C.S.R. No. 13483
```

# Exhibit 37

Integrated Risk Information System (IRIS)                                          U.S. Environmental Protection Agency
Chemical Assessment Summary                                          National Center for Environmental Assessment

# Methylmercury (MeHg); CASRN 22967-92-6

Human health assessment information on a chemical substance is included in the IRIS database only after a comprehensive review of toxicity data, as outlined in the IRIS assessment development process. Sections I (Health Hazard Assessments for Noncarcinogenic Effects) and II (Carcinogenicity Assessment for Lifetime Exposure) present the conclusions that were reached during the assessment development process. Supporting information and explanations of the methods used to derive the values given in IRIS are provided in the guidance documents located on the IRIS website.

STATUS OF DATA FOR Methylmercury

**File First On-Line 01/31/1987**

| Category (section) | Assessment Available? | Last Revised |
|---|---|---|
| **Oral RfD (I.A.)** | yes | 07/27/2001 |
| **Inhalation RfC (I.B.)** | not evaluated | |
| **Carcinogenicity Assessment (II.)** | yes | 05/01/1995 |

## I.  Chronic Health Hazard Assessments for Noncarcinogenic Effects

### I.A. Reference Dose for Chronic Oral Exposure (RfD)

Substance Name — Methylmercury (MeHg)
CASRN — 22967-92-6
Last Revised — 07/27/2001

The oral Reference Dose (RfD) is based on the assumption that thresholds exist for certain toxic effects such as cellular necrosis. It is expressed in units of mg/kg-day. In general, the RfD is an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. Please refer to the Background Document for an elaboration of these concepts. RfDs can also be derived for the noncarcinogenic health effects of substances that are also carcinogens. Therefore, it is

Integrated Risk Information System (IRIS)                          U.S. Environmental Protection Agency
Chemical Assessment Summary                               National Center for Environmental Assessment

essential to refer to other sources of information concerning the carcinogenicity of this
substance. If the U.S. EPA has evaluated this substance for potential human carcinogenicity, a
summary of that evaluation will be contained in Section II of this file.

## I.A.1. Oral RfD Summary

| Critical Effect | Experimental Doses* | UF | MF | RfD |
|---|---|---|---|---|
| **Developmental neuropsychological impairment**<br><br>**Human epidemiological studies (Grandjean et al., 1997; Budtz-Jørgensen et al., 1999a)** | Benchmark Dose: BMDL$_{05}$ range of 46-79 ppb in maternal blood for different neuropsychological effects in the offspring at 7 years of age, corresponding to a range of maternal daily intakes of 0.857-1.472 μg/kg-day | 10 | 1 | 1E-4 mg/kg-day<br><br>(0.0001 mg/kg-day) |

*Conversion Factors and Assumptions —Maternal daily dietary intake levels were used as the
dose surrogate for the observed developmental effects in the children exposed in utero. The
daily dietary intake levels were calculated from blood concentrations measured in the mothers
with supporting additional values based on their hair concentrations. This conversion is
explained in the text below. A benchmark dose approach (BMD) was used rather than a no-
observed-adverse-effect level/lowest-observed-adverse-effect level (NOAEL/LOAEL)
approach to analyze the neurological effects in children as the response variable. This analysis
is also explained in the text below.

This assessment updates the 1995 RfD assessment on IRIS and is the same as the RfD that
was based on the study of a poisoning episode in Iraq in which developmental neurotoxicity
was observed following ingestion of methylmercury-treated grain (Marsh et al., 1987).

## I.A.2. Principal and Supporting Studies (Oral RfD)

Congress directed EPA, through the House Appropriations Report for Fiscal Year 1999, to
contract with the National Research Council (NRC), a body of the National Academy of
Sciences, to evaluate the available data on the health effects of methylmercury, with particular
emphasis on new data since the publication of the Mercury Study Report to Congress (MSRC)
(U.S. EPA, 1997). NRC was asked to provide recommendations regarding issues relevant to
the derivation of an appropriate RfD for methylmercury. The NRC report, "Toxicological

Effects of Methylmercury," was released to the public on July 11, 2000 (NRC, 2000). This assessment reported here relied on the quantitative analyses performed by the NRC, as described in that report.

Methylmercury is a highly toxic substance; a number of adverse health effects associated with exposure to it have been identified in humans and in animal studies. Most extensive are the data on neurotoxicity, particularly in developing organisms. The nervous system is considered to be the most sensitive target organ for which there are data suitable for derivation of an RfD.

There are three epidemiological studies for which quantitative analyses have become available since EPA's derivation of an RfD in 1995 (NRC, 2000). These longitudinal, developmental studies were conducted in the Seychelles Islands, the Faroe Islands, and New Zealand. The subjects of the Seychelles longitudinal prospective study were 779 mother-infant pairs from a fish-eating population (Myers et al., 1995a-c, 1997; Davidson et al., 1995, 1998). Infants were followed from birth to 5.5 years of age, and assessed at various ages on a number of standardized neuropsychological endpoints. The independent variable was maternal-hair mercury levels. The Faroe Islands study was a longitudinal study of about 900 mother-infant pairs (Grandjean et al., 1997). The main independent variable was cord-blood mercury; maternal-hair mercury was also measured. At 7 years of age, children were tested on a variety of tasks designed to assess function in specific behavioral domains. The New Zealand study was a prospective study in which 38 children of mothers with hair mercury levels during pregnancy greater than 6 ppm were matched with children whose mothers had lower hair mercury levels (Kjellstrom et al., 1989, 1986). At 6 years of age, a total of 237 children were assessed on a number of neuropsychological endpoints similar to those used in the Seychelles study (Kjellstrom et al., 1989). The Seychelles study yielded scant evidence of impairment related to in utero methylmercury exposure, whereas the other two studies found dose-related effects on a number of neuropsychological endpoints. In the assessment described here, emphasis is placed on the results of the Faroe Islands study, the larger of the two studies that identified methylmercury-related developmental neurotoxicity. Supporting evidence from the New Zealand study provides assurance that choosing this focus is the appropriate strategy for protecting public health. In addition, of all three studies an integrative analysis is set out later in this assessment report.

EPA chose BMD analysis as the most appropriate method of quantifying the dose-effect relationship in these studies, which was also the recommendation of the NRC (2000). EPA chose the $K$ power model for BMD analysis, with the constraint that $K >= 1$, such that the model precludes supralinearity. There is no identified mechanism by which methylmercury would produce a supralinear response; therefore the $K$ power model was thought to have more biological plausibility compared with other models. A power of 1 provided the best fit of the Faroese data using the $K$ power model (Budtz-Jørgensen et al., 1999b, 2000), so this model

Integrated Risk Information System (IRIS)                    U.S. Environmental Protection Agency
Chemical Assessment Summary                    National Center for Environmental Assessment

*Volume of blood in the body (V)*

Stern (1997) cited three studies (Brown et al., 1962; Retzlaff et al., 1969; Huff and Feller, 1956) wherein correlation of body weight and blood volume were demonstrated. All studies were of U.S. women, presumably not pregnant at the time of the study. The mean blood volumes for each study were 3.58 L, 3.76 L, and 3.49 L, respectively; the mean of the combined data set is 3.61 L. If one assumes a 30% increase in blood volume with pregnancy, this would be 4.67 L. In their analysis, Swartout and Rice (2000) used data from a cohort of 20 pregnant Nigerian women (Harrison, 1966). Whole-blood volumes in the third trimester ranged from 4 to 6 L; the mean and median were both 5 L. Although 5 L is somewhat higher than the blood volume estimated from three studies of U.S. women, it is a reasonable value to use for *V*.

*Body weight (bw)*

Swartout and Rice (2000) in their distributional analysis used the body weight data collected on the cohort of 20 pregnant Nigerian women (Harrison, 1966); this was the data set that they used for blood volume. Body weight during the third trimester of pregnancy ranged from 49.5 kg to 73.9 kg, with a geometric mean of 55 kg. Stern (1997) used the Third National Health and Nutritional Survey (NHANES III) data for women 18 to 40 years old (NCHS, 1995). The mean weight was 66.6 kg and the 50th percentile value was 62.8 kg. The EPA Methodology for Deriving Ambient Water Quality Criteria for the Protection of Human Health (U.S. EPA, 2000) also cites NHANES III data; in the agency document, women of childbearing age were considered to be between the ages of 15 and 44 years old. The median body weight in this group was 63.2 kg and the mean was 67.3 kg. EPA also cites the earlier analyses of Ershow and Canter (1989); they do not state the age range but give a median of 64.4 kg and a mean of 65.8 kg. The recommendation in the EPA Methodology was to use a body weight value of 67 kg for a pregnant woman on the basis of the relatively current data from NHANES III. This value was used for body weight in the dose conversion.

*Dose conversion using the one-compartment model*

$d = (c \times b \times V)/(A \times f \times bw)$

$d = (BMDL_{05} \ \mu g/L \times 0.014 days^{-1} \times 5L)/(0.95 \times 0.059 \times 67 \ kg)$

## BMD ANALYSIS OF THE FAROE ISLANDS STUDY

Integrated Risk Information System (IRIS)                                   U.S. Environmental Protection Agency
Chemical Assessment Summary                                     National Center for Environmental Assessment

The Faroe cohort was exposed to polychlorinated biphenyls (PCBs) as well as to methylmercury. An association was identified between PCB levels in cord tissue and four measures for which an effect of methylmercury also was identified (Grandjean et al., 1997). Analyses performed by the Faroe investigators indicate that the effects of methylmercury and PCBs are independent of each other (Budtz-Jørgensen et al., 1999a). Further, NRC presented an analysis of benchmark analyses designed to explore the influence of PCBs (Table 1). PCB measurements were made on cord tissue taken from about one-half of the Faroese cohort (about 450 children) and the "adjusted for PCBs" values are based on those children for whom PCB cord tissue levels and cord-blood mercury levels were available. PCB-adjusted analyses also were conducted of children in the lowest tertile with respect to PCB levels, which reduced the number of children studied to about 150. No clear pattern arose from a comparison of the PCB-adjusted analyses and the original results. The observed variability probably was no more than that which would be expected to exist by chance alone. This analysis provides compelling evidence that the effects of methylmercury identified in this study are not the consequence of exposure to PCBs.

**BMD ANALYSIS OF ALL THREE EPIDEMIOLOGICAL STUDIES**

Benchmark dose analyses were performed for a number of endpoints from all three studies (Faroe Islands, Seychelles, New Zealand) (NRC, 2000, Chapter 7). NRC estimated a central tendency measure, equivalent to a BMD, across all three studies for all endpoints that were identified as significant in the Faroe Islands and New Zealand studies, and for all endpoints at 5.5 years of age in the Seychelles study. They also determined a lower limit based on a theoretical distribution of BMDs, which is the logical equivalent of a BMDL.

NRC also used a hierarchical random-effect model to reduce random variation in the estimate for these same endpoints from all three studies (NRC, 2000, Table 7-5, pp. 290-294). Additionally, this analysis was used in calculating BMD and BMDLs for the most sensitive and median endpoints from both the Faroe Islands and New Zealand studies (NRC, 2000, Table 7-6, p. 294). This approach also allowed an integrative analysis of data from all three studies.

Table 1. BMD (BMDL) Estimates from the Faroe Islands Study with and without Adjustment for PCBs and in the Subset of Children Whose PCB Exposure Was Low (calculated using the K-power model)

| Exposure | Endpoint[a] | Full Cohort | Adjusted for PCBs | Low-PCB Tertile |
|---|---|---|---|---|

| Exposure | Endpoint[a] | Full Cohort | | Adjusted for PCBs | | Low-PCB Tertile | |
|---|---|---|---|---|---|---|---|
| | | $BMD_{05}$ | $(BMDL_{05})$[b] | $BMD_{05}$ | $(BMDL_{05})$ | $BMD_{05}$ | $(BMDL_{05})$ |
| Maternal-hair (ppm) | Finger tapping | 20 | (12) | 17 | (9) | 7 | (4) |
| | CPT reaction time | 18 | (10) | 27 | (11) | 13 | (5) |
| | BNT | 15 | (10) | 24 | (10) | 21 | (6) |
| | CVLT: delayed recall | 27 | (14) | 39 | (12) | 32 | (7) |
| Cord blood (ppb) | Finger tapping | 140 | (79) | 149 | (66) | 41 | (24) |
| | CPT reaction time | 72 | (46) | 83 | (49) | 53 | (28) |
| | BNT | 85 | (58) | 184 | (71) | 127 | (40) |
| | CVLT: delayed recall | 246 | (103) | 224 | (78) | 393 | (52) |

[a]CPT = Continuous Performance Test; BNT = Boston Naming Test; CVLT = California Verbal Learning Test.
[b]BMDs are calculated under the assumption that 5% of the responses will be abnormal in unexposed subjects ($P_0 = 0.05$), assuming a doubling of the excess risk (BMR = 0.05).

Source: E. Budtz-Jørgensen, Copenhagen University, N. Keiding, Copenhagen University, and P. Grandjean,University of Southern Denmark, unpublished material, April 28, 2000, in Table 7-4, p. 289, NRC 2000.

Table 2 presents $BMDL_{05}$s from a number of endpoints in terms of cord-blood mercury. These tests are all indications of neuropsychological processes involved in a child's ability to learn and process information. The BMDLs for these scores are all within a relatively close range. They were converted using a one-compartment model to an ingested dose of methylmercury that would result in the cord-blood level. The last column shows the corresponding RfD from application of a UF of 10 (see next section). The calculated RfD values converge at the same point: 0.1 µg/kg/day. Among the endpoints from the Faroe Islands study were three deviations from 0.1 µg/kg/day: 0.2 µg/kg/day for the CVLT entire cohort and 0.05 µg/kg/day for CPT and Finger Tapping, the lowest PCB tertile. EPA also calculated geometric means from the four endpoints from the Faroe Islands study; RfDs were 0.1 µg/kg/day based on these calculations. For the New Zealand study smoothed values, both the median value and the results of the McCarthy Perceived Performance test yielded RfDs of 0.05 µg/kg/day, and the McCarthy Motor Test yields an RfD of 0.1 µg/kg/day. Based on the integrative analysis of all three studies, the RfD would be 0.1 µg/kg/day

Table 2. Comparison of $BMDL_{05}$s and Corresponding RfDs from Faroes, New Zealand, and NRC Integrative Analysis[a]

| Test[b] | $BMDL_{05}$ ppb mercury cord | Ingested dose µg;/kg/day[c] | RfD µg/kg/day[d] |
|---|---|---|---|
| BNT Faroes | | | |
| **Whole cohort** | 58 | 1.081 | 0.1 |
| **PCB-adjusted** | 71 | 1.323 | 0.1 |
| **Lowest PCB** | 40 | 0.745 | 0.1 |
| CPT Faroes | | | |

# **Exhibit 38**

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

**CHARLOTTE LEWIS**

August 08, 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT SAN FRANCISCO


FOOD & WATER WATCH, et al.,          )
                                     )
            Plaintiffs,      )
                                     )
            vs.              ) Civ. No.
                             ) 17-CV-02162-EMC
U.S. ENVIRONMENTAL PROTECTION     )
AGENCY, et al.,                  )
                                     )
            Defendants.      )
                                     )


VIDEOTAPED DEPOSITION OF CHARLOTTE W. LEWIS, M.D.

A.M. SESSION

August 8, 2019

Seattle, Washington

1    testimony.

2  A  I believe there's other places, but they're not coming to

3    mind immediately.

4         MR. CONNETT:  JT, just as an aside,

5    and I'm open to -- we can talk about this at a break, but

6    I think we should come up with some agreement as to

7    objections in this case.  I know I've objected along the

8    lines you've objected.  In terms of do we want to reach

9    an agreement that objections should just be "form," or do

10   we want to maintain descriptive objections, obviously

11   without being coaching the witness or instructing the

12   witness?

13         MR. DO:  I have no plans on coaching

14   the witness.  However, I think to reach an agreement

15   right in the middle of a deposition, as we've currently

16   been proceeding, would perhaps be problematic.

17         MR. CONNETT:  Okay.  But I'm just

18   saying, so -- because I can say, you can just say form

19   objection today if -- if you want; right?  But we can

20   talk about it during a break.  It's something I think we

21   should address before we go into all these expert

22   depositions, okay?

23         MR. DO:  Sure.  Always happy to talk.

24         MR. CONNETT:  Okay.

25  Q  (By Mr. Connett)  So are you familiar with the term

1    "systematic review"?

2    A   Yes.

3    Q   What is a systematic review, to your understanding?

4    A   To my understanding, it is -- there's certainly

5        methodology that underlies systematic reviews, and I

6        myself have never done one, but it generally involves an

7        extensive literature review to identify papers that are

8        on certain topics, reviewing the quality of the

9        literature, the quality of the research, and identifying

10       those papers generally that meet certain criteria that

11       are usually set in advance, and then summarizing the

12       results of those studies in such a way that one is able

13       to provide a conclusion or a statement about both the

14       quality of the research and the overall conclusions of

15       the research.

16   Q   Okay.  Now, on Page 2 of your first report, you

17       identify -- Page 2 and 3, sorry, you identify five issues

18       that you were asked to examine; right?

19   A   Exactly.

20   Q   Okay.  Now, in addressing these five questions, did you

21       conduct a systematic review?

22   A   I -- I would not say that I conducted a systematic review

23       in the way that I just described.

24   Q   Okay.

25   A   But I conducted an extensive literature review, reviewed

1    the quality of the literature and the research that I

2    reviewed, and summarized that in my report.

3    Q   In your -- as a pediatrician, someone who's published

4        many papers in peer-reviewed journals, would the kind of

5        review that you did here, an extensive literature review,

6        be considered the kind of material that is acceptable for

7        publication?

8    A   Yes.

9    Q   And it's the kind of review that experts like yourself

10       rely upon in forming opinions?

11               MR. DO:  Objection with regards to

12       foundation.

13   A   I would -- in answering that question, I think that my

14       colleagues in pediatrics would rely upon such a review

15       for their -- for their learning.

16   Q   (By Mr. Connett)  Okay.  So to sort of summarize, a

17       literature review doesn't need to be, quote, a systematic

18       review, in order to provide reliable information about

19       the science; is that correct?

20   A   I agree with that statement.

21   Q   Okay.  Now, just to be clear, I know you said you didn't

22       do a systematic review in this case, but I just want to

23       break that down a little bit further.  Did you have --

24               MR. DO:  Objection.  Sorry.  You

25       haven't finished answering [sic] your question.

1   Q   (By Mr. Connett)  In reviewing the literature in this

2       case, did you have any predefined criteria as to what

3       sources you would search?

4               MR. DO:  Objection with regards to the

5       first statement counsel made to the extent it misstates

6       testimony.

7   Q   (By Mr. Connett)  Did you set any predefined criteria as

8       to what sources you would search for information?

9   A   In my work, I typically always start with searching

10      PubMed.

11  Q   Okay.  But in this case --

12  A   In this case I started with PubMed.

13  Q   But did you have any predefined criteria as to what

14      sources you would search or not?

15  A   Can you rephrase the question?

16  Q   Did you -- did you -- before you ever had a single study

17      in this case, did you come up with a criteria as to what

18      sources you would search for information?

19  A   Well, because I've been working in this area for a number

20      of years, I -- I have accumulated a bulk of literature,

21      and periodically I go to PubMed and enter in certain key

22      words in order to see if there are any updates to things

23      that have previously been published.

24          So I'd say I generally use PubMed, and key words

25      that I would use would come directly from these five

1    areas.

2    Q   Okay.

3    A   And then -- and then additional detail as well, as I read

4        studies that generates other questions and other search

5        terms.

6    Q   And so in this case, you were relying on your prior

7        literature reviews; correct?

8    A   Exactly.

9    Q   And then you did some additional PubMed searches?

10   A   Right.

11   Q   Did you do -- did you search any other sources for other

12       papers?

13   A   There are some older papers that are better accessed --

14       if they show up on PubMed but I'm not able to access them

15       through the University of Washington Health Sciences

16       Library, there are sometimes studies that I can access

17       through Google Scholar.

18   Q   Okay.  So some of the papers that you received -- that

19       you reviewed in this case you accessed through Google

20       Scholar?

21   A   Just to clarify, I identified the actual title and

22       authors, but because they were not available at the

23       library, there was a scanned-in version of the article

24       from perhaps 1940s, 1930s that I could access through

25       Google.

1   Q   Okay.  Besides Google and PubMed, did you receive papers

2       in this case from any other sources?

3   A   I did ask Dr. Moss if my literature review on certain

4       areas was complete or if he had suggestions about

5       specific topics so that I could double-check against my

6       own literature review to make sure that I had been

7       inclusive.

8   Q   Okay.  So let me see if I can summarize this.  The

9       sources of -- the sources that you used to identify

10      relevant papers in this case --

11  A   Mm-hmm.

12  Q   -- one, your prior reviews of the literature?

13  A   True.

14  Q   New searches on PubMed?

15  A   True.

16  Q   Consultation with Dr. Moss?

17  A   Correct.

18  Q   And Google Scholar?

19  A   Yes, but it wasn't a primary search of Google Scholar.

20  Q   Okay.  Now, before doing your review in this case, did

21      you establish any predefined criteria as to what studies

22      you would include?

23  A   No.

24  Q   Before doing your review in this case, did you establish

25      any predefined criteria as to how to assess studies for

1    bias?

2    A   In my training through my MPH and in my experience,

3    review of the literature and examination of its quality

4    and constant attention to sources of bias is part of my

5    routine practice.

6    Q   I understand.  But in this case specifically, before you

7    reviewed any of the papers, did you write out a

8    predefined criteria as to how you would assess the

9    studies for bias?

10   A   I did not write up how I would assess studies for bias.

11   Q    Instead, you were relying on your own background and

12   training as a scientist; right?

13   A   This is correct.

14   Q    Okay.  Now, did you -- before reviewing any of the

15   studies in this case, did you write out any predefined

16   criteria as to how you would weigh the evidence?

17   A   Again, I think that it's an -- it was not a formal

18   process, but one that I've developed over time.

19   Q    Okay.  So you didn't write --

20   A   Right.  I did not write it out.

21   Q    Okay.  So you were relying on your own background and

22   training as a scientist to determine how you were going

23   to weigh the evidence that you reviewed?

24   A   Correct.

25   Q    Okay.  Now, before reviewing any of the studies in this

```
1                      CERTIFICATE OF REPORTER

2

3        I, ANTHONY JUDE CORDOVA, a California Certified

4   Shorthand Reporter and Notary Public, hereby certify

5   that the witness in the foregoing deposition was by me

6   duly sworn to tell the truth in the within-entitled

7   cause;

8        That said deposition was taken down in shorthand by

9   me, a disinterested person, at the time and place

10  therein stated, that review was not waived, and that the

11  testimony of the said witness was thereafter reduced to

12  typewriting, by computer, under my direction and

13  supervision;

14       I further certify that I am not of counsel or

15  attorney for either or any of the parties to the said

16  deposition, nor in any way interested in the event of

17  this cause, and that I am not related to any of the

18  parties thereto.

19

20  DATE: 8-22, 2019

21

22  _____

23  Anthony Jude Cordova, R

24

25
```

Commonwealth of Pennsylvania - Notary Seal
Anthony Jude Cordova, Notary Public
Beaver County
My commission expires June 14, 2023
Commission number 1031043
Member, Pennsylvania Association of Notaries

# Exhibit 39

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**GARY SLADE**

August 13, 2019

---



888-779-9974

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     AT SAN FRANCISCO

4   FOOD & WATER WATCH, et al.     *

5     Plaintiffs                   *   Civ. No.

6   v.                            *   17-CV-02162-EMC

7   U.S. ENVIRONMENTAL PROTECTION *

8   AGENCY, et al.                 *   **ORIGINAL**

9     Defendants                   *

10                  *    *    *    *    *

11             VIDEOTAPED DEPOSITION OF

12        GARY DOUGLAS SLADE, Ph.D., DDPH, B.D.Sc.

13               AUGUST 13th, 2019

14                WASHINGTON, D.C.

15

16          Reported by:  Dawn M. Hyde

17

18

19

20

21

1          (Deposition Exhibit Numbers 197 and 198

2          were marked for identification.)

3     BY MR. CONNETT:

4     **Q    So I am going to mark those reports**

5     **for the record now.  The first report, your**

6     **initial report I have marked as Exhibit**

7     **Number 197 and your rebuttal report I have**

8     **marked as Exhibit Number 198.**

9          **Now, for your reports in this case**

10    **you did not conduct systematic reviews,**

11    **correct?**

12    A    This is a narrative review which is

13    different from a systematic review.

14    **Q    And can you describe what a**

15    **narrative review is.**

16    A    It's the traditional way that

17    researchers used to -- and still do -- for

18    instance, prepare a paper and they'll review

19    the literature as preamble to their new

20    studies.  So I say used to because since

21    systematic review methodology was developed,

1   that has been singled out as a qualitatively

2   different level of review for multiple

3   methodological reasons.

4        Q    But literature reviews are -- sorry,

5   strike that.

6             Narrative reviews still continue to

7   be published in the scientific literature,

8   correct?

9        A    Oh, certainly they do, yes.

10       Q    And they continue to be relied upon

11  by professionals like yourself in evaluating

12  the literature, correct?

13       A    Good researchers will evaluate them.

14  Now, rely is your term.  When I evaluate any

15  evidence, I weight its merits.

16       Q    Right.  You'll take -- any given

17  paper, you will look at it to assess the

18  merits of it based on the presentation of

19  material in that paper, right?

20       A    That's what I always endeavor to do,

21  yes.

1    Q    Now, you are a subject matter expert

2   on the issue of fluoridation and caries,

3   correct?

4    A    Yes.

5    Q    And you're not -- you didn't come to

6   this case as a stranger to the issue of

7   fluoridation and caries, correct?

8    A    That's right.  I was recruited for

9   my expertise in that.

10    Q    And do you think that's a relevant

11   consideration in assessing the reliability of

12   your narrative review, the fact that you are a

13   subject matter expert on this issue?

14        MR. DO:  Objection to form.

15    A    I assume the Justice Department

16   wanted an expert so that's why they asked me.

17        BY MR. CONNETT:

18    Q    And so, for instance, when the judge

19   is reading your report, do you think it's a

20   relevant consideration for the judge to say,

21   "Dr. Slade is a subject matter expert on this

1   STATE OF MARYLAND

2   HOWARD COUNTY

3       I, Dawn Michele Hyde, a Notary Public of the

4   State of Maryland, Howard County, do hereby

5   certify that the above-captioned proceeding took

6   place before me at the time and place herein set

7   out.

8       I further certify that the proceeding was

9   recorded stenographically by me and this

10  transcript is a true record of the proceedings.

11      I further certify that I am not of counsel to

12  any of the parties, nor an employee of counsel,

13  nor related to any of the parties, nor in any way

14  interested in the outcome of the action.

15      As witness my hand and seal this 13th day of

16  August, 2019.

17                      *Dawn Hyde*

18                  Dawn M. Hyde, Notary Public

19                  My Commission Expires 10/7/2019

20

21

# **Exhibit 40**

Case 3:17-cv-02162-EMC Document 200-1 Filed 05/22/19 Page 5 of 9

Exhibit A

Second Amended Declaration of Scott Edwards, Co-Director of the Food & Water Justice project for Food & Water Watch

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. 17-cv-02162-EMC<br><br>SECOND AMENDED DECLARATION OF SCOTT EDWARDS |

I, SCOTT EDWARDS, declare as follows:

1.      I am over the age of eighteen (18) years of age, and suffer from no legal incapacity.

2.      I am Co-Director of the Food & Water Justice project for Food & Water Watch (FWW), a position I have held since 2011. In my capacity as Co-Director of the Food & Water Justice Project, I oversee and am intimately familiar with the organization's mission, membership, activities, and operations.

3.      I make this declaration on behalf of Food & Water Watch and in support of Food & Water Watch's action against EPA under the Toxic Substances Control Act regarding the risks posed by fluoridation chemicals in drinking water.

4.      FWW is a nonprofit membership organization that champions healthy food and clean water for all, and advocates for a democracy that improves people's lives and protects our environment. Core to our mission is the belief that clean, safe water for drinking and recreational uses is a fundamental right that should be afforded to all people.

5.      FWW has over 70,000 members nationwide.  Audrey Adams (Renton, WA), Julie Simms (Seattle, WA), and Jessica Trader (San Francisco, CA) are each members of FWW.

6.      On behalf of our over 70,000 members nationwide, we advocate for more government responsibility in protecting our drinking water resources, including properly regulating the addition of harmful additives and chemicals, like fluoridation chemicals, to our water supplies. Our advocacy for safe water includes public education and outreach efforts to our members and the general public, including advocating in 2013 against the proposed addition of fluoridation chemicals to the largest non-fluoridated city in the United States (Portland, Oregon).

7.      Our work also includes research and publication of reports related to drinking water safety; political organizing to force better laws and policies; and legal efforts to oppose regulatory actions that threaten the safety of our nation's food and water. EPA's failure to properly regulate fluoridation chemicals and safeguard our nation's drinking water supplies is the type of irresponsible action and dereliction of duty that FWW was formed to address.

8.      I am aware of the many peer-reviewed studies that have linked fluoride in drinking water to adverse neurological effects, which our experts will be testifying about in much greater detail later in this action.

9.     I am aware of the declarations, supporting documentation, and testimony from three of our members, Audrey Adams, Julie Simms, and Jessica Trader, that detail harms they have suffered because of fluoridation chemicals in drinking water supplies. For purposes of this litigation, FWW will be relying upon the experiences of Audrey Adams, Julie Simms, and Jessica Trader to illustrate how FWW members would have standing in their own right to bring this action. I am aware, however, of other individual FWW members who suffer similar harm from fluoridation chemicals, including Karen Spencer, Franzi Talley, and Randy Talley.

10.     As evidenced by the sworn statements of Mrs. Adams, Ms. Simms, and Ms. Trader, some FWW members expend substantial sums of money and endure substantial inconvenience in order to protect themselves and their families from the credible risks of neurological harm posed by fluoridation chemicals in food and water, including:

A.  Purchasing non-fluoridated spring/filtered/deionized water for drinking and cooking needs;

B.  Purchasing specialized water filtration systems (including ongoing replacement of filter cartridges) for drinking, cooking and showering needs;

C.  Purchasing bottled water for drinking needs when away from home;

D.  Refraining from consumption of restaurant-prepared beverages in areas where fluoridation chemicals are added to drinking water;

E.  Refraining from consumption of commercially produced beverages, including coffee, sodas, reconstituted juices, and beers; and

F.  Refraining from, or limiting, showers and baths in areas where fluoridation chemicals are added to drinking water.

11.     For some FWW members, the concern about neurological risks from fluoridation chemicals is based, in part, on neurological ailments they, or their children, have suffered from drinking fluoridated water.  The declarations by Julie Simms and Audrey Adams provide examples

- 3 -

of some of the neurological health issues that FWW members have experienced from their exposure to fluoridation chemicals.

12.     FWW believes its members' concerns about the neurological risks of fluoridated water are consistent with and justified by the findings of peer-reviewed scientific literature, including the recent longitudinal birth cohort studies financed by the National Institutes of Health and EPA. (FWW_TSCA_FL_0002181-0002192,                     FWW_TSCA_FL0012774-0012782, FWW_TSCA_FL_0012837-0012866); the findings of the prestigious National Research Council's   (NRC)   review   on   fluoride's   neurological   and   endocrine   effects (FWW_TSCA_FL_0002569-0002571;  FWW_TSCA_FL_0003735-0003742);  and  the  many additional studies published subsequent to the NRC's review which have repeatedly found that fluoride ingestion is associated with adverse neurological and thyroid effects.

13.     FWW believes that the concerns of its members are also consistent with, and further supported by, the conclusions of a prominent review by Drs. Philippe Grandjean and Philip Landrigan in *Lancet Neurology*, which identified fluoride as one of only 12 chemicals "known to cause developmental neurotoxicity in human beings." (FWW_TSCA_FL_0002597).

14.     I am aware that many FWW members drink tap water, and that fluoridation chemicals are added to over 70% of community water systems in the United States. I have also become aware through my work at FWW that some FWW members use countertop filters like Brita and Pur to remove contaminants from their water, and that these countertop filters do not remove fluoride.

        I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge. Executed this   9th day of
May_____, 2019 in New York City.

                                                    _____
                                                    SCOTT EDWARDS

# Exhibit 41

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3    _____

 4    FOOD & WATER WATCH,        )

 5    et al.,                    )

 6            Plaintiffs,        )

 7       vs.                     ) No. 17-cv-02162-EMC

 8    US ENVIRONMENTAL           )

 9    PROTECTION AGENCY,         )

10    et al.,                    )

11            Defendants.        )

12    _____

13

14              DEPOSITION UPON ORAL EXAMINATION

15                            OF

16                        JULIE SIMMS

17     _____

18                         9:27 a.m.

19                     November 28, 2018

20                        700 Stewart

21                     Seattle, Washington

22

23

24    REPORTED BY: Margaret Walkky, CCR, RPR, RMR, CRR

25    Court Reporter, License No. 2540
```

1               A.   Yes, NRC.  Yes, National Research

2       Council, uh-huh.

3               Q.   Do you find -- there was questions

4       about what you might find credible or not credible.

5       Do you find the National Research Council to be a

6       credible organization?

7               A.   Yes, I do.

8               Q.   Are you aware that the NRC published a

9       review on fluoride toxicity?

10              MS. CARFORA:  Objection, scope.

11              A.   Yes, I am.

12              Q.   Have you ever head about the NRC's

13      findings in its review?

14              A.   I have.  Yes, I have.

15              Q.   Do you have any awareness as to whether

16      the NRC in its review discussed fluoride's effects on

17      the brain?

18              A.   Yes.  I'm thinking that earlier when I

19      was trying to remember the study that talked about

20      rats and brain health and dementia, that I believe

21      that was the study I was thinking of.

22              Q.   What's your understanding as to what

23      the -- what's your understanding of what the NRC said

24      about fluoride's effects on the brain?  I'm not

25      asking for everything, but do you have any

1    understanding about what the NRC said about

2    fluoride's effects on the brain?

3              A.    In terms of what it does --

4              Q.    Yeah.

5              A.    -- or the end result?

6                    I'm a layman, kind of what I walked

7    away with from the study was disruption of brain

8    chemistry and that that can lead to long-term

9    effects, can lead to dementia and Alzheimer's, but I

10   don't know A to B, I don't know exactly how that

11   happens.

12             Q.    So you are aware of that the NRC

13   discussed the possible relationship between fluoride

14   and dementia; is that fair to say?

15             A.    Yes.

16             Q.    Are you aware that the NRC discussed

17   the possible relationship between fluoride and

18   Alzheimer's disease?

19             A.    Yes.

20             Q.    Are you aware that the NRC recommended

21   that studies be done to further investigate the

22   relationship between fluoride and dementia?

23             A.    Yes, I am.

24             Q.    Is that part of the, quote, new

25   information that you were referring to earlier?

Page 87

1          A.   Yes, it is.

2          Q.   Does that new information cause you

3   personal concern about how fluoridation chemicals

4   could affect your health?

5          A.   Yes, it causes me a lot of concern.  I

6   mentioned earlier a family history of dementia.  In

7   fact, last week my uncle was diagnosed with

8   Alzheimer's.  My great grandmother had Alzheimer's

9   and my grandmother had dementia.  She probably had

10  Alzheimer's, but died before it was diagnosed.

11          And I have a young child and I'm very

12  worried about being healthy for her, and for me, it's

13  terrifying.  I don't think the damage is -- just

14  stopping after so many years of drinking fluoridated

15  water, I don't think that's the end of it for me.

16          Q.   So when you hear about the NRC

17  discussing the relationship between fluoride and

18  dementia and the possibility that fluoride can cause

19  dementia, that causes you concern?

20          A.   Yes.

21          Q.   You had talked about getting

22  information on fluoride and the brain from the

23  Fluoride Action Network?

24          A.   Yes.

25          Q.   Do you recall ever reading about the

Julie Simms                                    November 28, 2018

                                                        Page 103

1              Q.   And you -- now, if you look at

2    paragraph 13 on line 17, you talk about the daily

3    headaches.  Do you see that?

4              A.   Yes.

5              Q.   Do you use those two terms

6    interchangeably, low grade daily migraines and daily

7    headaches?

8              A.   Yes.

9              Q.   And you also talk about, you refer in

10   the declaration to migraines.  Sometimes you say

11   severe migraines.  How would you differentiate for us

12   what you call the daily headache versus the migraine?

13             A.   Okay.  For me, the daily headaches were

14   head pain.  And then what was escalating a few times

15   a month was like that low grade headache might

16   escalate and become what we'll call a migraine that

17   included not only a much, much higher level of pain,

18   but also other symptoms like nausea, dizziness,

19   vomiting, fatigue, light sensitivity, things of that

20   nature.

21             Q.   Now, in paragraph 10 you talk about in

22   the 2002 to 2013 time frame, your headaches would

23   flare up to a pain level of 9 to 10 several times

24   each month; is that correct?

25             A.   Correct.

Julie Simms                                    November 28, 2018

                                        Page 104

1              Q.   When it would flare up to the level of

2       9 to 10, is that what you would call a migraine?

3              A.   Yes.

4              Q.   So why do you sometimes call the daily

5       headaches low grade daily migraines?

6              A.   My understanding is that once you're

7       diagnosed with migraines, that's what your headaches

8       are.  They're migraine headaches, not cluster

9       headaches.  So I do use them interchangeably because

10      I think migraine headache, and that was just

11      something I can recall my doctor saying, that you

12      don't just get a general headache.  You're getting

13      migraines.

14              So I think as the migraine would go

15      from a low level to severe, then all those migraine

16      symptoms would increase as well.  But yeah, I do use

17      them fairly interchangeably in the document.

18              Q.   Would it be fair to say that you would

19      generally refer to the low grade daily migraines as

20      daily headaches?

21              A.   Yes.

22              Q.   Would that be, when speaking with the

23      doctor, for example, would you refer to the low grade

24      daily migraines as daily headaches?

25              A.   Yes.

Page 110

1           Q.   Now, the next two paragraphs,

2    Dr. Konikow is talking about certain medications that

3    you had taken or were taking?

4           A.   Yeah, these were in this paragraph,

5    those were the medications that were more current.  I

6    think in the next paragraph he talks about previous

7    or other tried medications, but at this time, this is

8    what I had been currently taking.

9           Q.   I see the first sentence of the third

10   paragraph he writes, "Julie currently takes

11   nortriptyline 75 milligrams for headache prevention

12   with questionable efficacy."

13               Did I read that correctly?

14          A.   Yes.

15          Q.   And is that consistent with your

16   recollection?

17          A.   Yes.

18          Q.   So you experimented it appears with a

19   number of different pharmaceuticals for headaches and

20   migraines?

21          A.   Yes.

22          Q.   And did any of them provide you

23   sustaining significant relief from your symptoms?

24          A.   No.  Sometimes short-term relief.

25   Sometimes when I took Imitrex or Relpax ahead of a

Page 111

1   big headache, it would keep the headache from

2   escalating, but I got where I was in pain so much of

3   the time it was hard to know when the big headache

4   was coming be on.  And these medications are not

5   designed to take daily or I believe even at that time

6   he said, you know, no more than six times a month

7   should I be using Imitrex or Relpax types of

8   medication.

9           Q.   Now, you stopped drinking fluoridated

10  water in the early part of 2013, correct?

11          A.   Yes.

12          Q.   Have you ever since that time taken

13  medications to treat your headaches or migraines?

14          A.   I have not.

15          Q.   At this present time today, are you

16  taking any medication to prevent or treat headaches

17  or migraines?

18          A.   No, I'm not.

19          Q.   Are you going to any doctor to treat

20  your headaches or migraines?

21          A.   I am not.

22               I believe Dr. Konikow has a typo in

23  this letter.

24          Q.   Oh, now that you mentioned that, why

25  don't I go ahead and ask you, because there was no

Page 114

1    but under resolved, she lists migraines as well.

2                    Q.   Do you know what the doctor meant when

3    she says migraine resolved?

4                    MS. CARFORA:   Objection.

5                    A.   I believe this is because the daily

6    headaches were resolved, but I am still prone to

7    triggering migraines through the other triggers, is

8    that I have.

9                    Q.   So you still experience migraines

10   today, correct?

11                   A.   Correct.

12                   Q.   But are the migraines that you

13   experience of the same -- how would you describe the

14   difference with the migraines that you experience

15   today versus the migraines that you were experiencing

16   before you stopped your exposure to fluoridated

17   water?

18                   MS. CARFORA:   Objection, form,

19   foundation.

20                   A.   When I had -- when I experienced

21   headaches prior to 2013, not only was there sort of

22   this oppressive, always-present pain or

23   present-almost-every-day pain, but when I did get

24   headaches or the big -- sorry, the big migraines that

25   would escalate, the pain and the severity was worse.

Page 115

1           So, yeah, it's hard to explain how the

2   pain had a different way of feeling.  It wasn't sort

3   of a dull throb or pulsing.  It would be like these

4   massive stabbing pains.  And then there would be the

5   daily things.

6           So since then, I can still get a

7   headache from one of my other triggers.  For example,

8   last -- about a month ago I was having a stressful

9   work week.  I was having trouble sleeping.  I got a

10  headache.  I was grumpy and I had a dull pain, but

11  headache only lasted a day and a half.  The migraine

12  only lasted that long, and I was able to feel better

13  with an ice pack or something simple.

14          So it's like the migraines of the past

15  were in a different league.  They were so much more

16  painful or they were more often.  Since removing

17  water with fluoride, I can actually go many months

18  without a headache, and for most of my adult life,

19  that was untrue.  I was having them on a very regular

20  basis until I stopped water fluoride.

21          Q.   Do you have daily headaches today?

22          A.   I do not.

23          Q.   Have you had daily headaches at any

24  period since stopping your consummation of

25  fluoridated water?

Page 116

1              A.   No.

2              Q.   Is that one of the reasons why you no

3     longer take medication for headaches?

4              A.   Yes.

5                   MR. CONNETT:  I have no further

6     questions.

7                   MS. CARFORA:  I have some, sorry.

8     We've plowed through here.  Everyone okay, keep

9     going?

10                   MR. CONNETT:  Okay.

11

12                   E X A M I N A T I O N

13    BY MS. CARFORA:

14              Q.   Are you aware of any studies that show

15    an association between fluoridated water and

16    headaches?

17                   MR. CONNETT:  Calls for an expert

18    opinion.

19              A.   Yes, I am aware.

20              Q.   What studies are you aware of?

21              A.   We were just talking about the NIH

22    study -- I'm sorry, the NRC study.

23              Q.   Let's start with the NIH study.  I

24    understand your testimony to be that the NIHA study

25    looked at neurotoxic affects of fluoride?

Page 126

1              C E R T I F I C A T E

2

3    STATE OF WASHINGTON      )ss.

4    COUNTY OF KING           )

5

6

7    I, Margaret Walkky, the undersigned Registered Merit
     Reporter and an officer of the Court for the State of

8    Washington, hereby certify that the foregoing
     deposition upon oral examination of JULIE SIMMS was

9    taken before me on November 28, 2018 and transcribed
     under my direction;

10

     That the witness was duly sworn by me pursuant to RCW

11   5.28.010 to testify truthfully; that the transcript
     of the deposition is a full, true, and correct

12   transcript to the best of my ability; that I am
     neither attorney for, nor a relative or employee of,

13   any of the parties to the action or any attorney or
     counsel employed by the parties hereto, nor

14   financially interested in its outcome;

15   I further certify that in accordance with CR 30(e),
     the witness was given the opportunity to examine,

16   read, and sign the deposition, within 30 days, upon
     its completion and submission, unless waiver of

17   signature was indicated in the record.

18   IN WITNESS WHEREOF, I have hereunto set my hand and
     seal this date: December 10, 2018.

19

20

21

22
     ......................................
     Margaret Walkky, Registered Merit Reporter

23   Certified Court Reporter No. 2540 License
     expires July 18, 2019

24

25

# Exhibit 42

Middle Way Internal Medicine
3121 E Madison St. Ste 204
Seattle, WA 98112
(206)322–5498
FAX (206)322–5618

**Patient:** SIMMS, JULIE M, DOB: 09/24/1968, Age: 47 years, Female
**Acct #:** 17791516, Encounter Date: 04/26/2016

**Preventive Medicine Services – Established Patient Encounter**
**04/26/2016**

**Chief Complaint(s):** PE, possible allergies, migraines, fatigue, MTHFR mutation questions

**History of Present Illness:**
Amazing improvementin general since she stopped having any exposure to fluoride; migraines are maybe
once a month, around the time of her period and last 2–3 d, not treatment except ice.
8 mos of ear congestion, plugging, sometimes feels as if there is some drainage down into her throat and
then she feels less pressure.
There are times when she does not have allergy sx but ears are still congested
New cat at home in past 2–3 years.
Also some tinnitus, worse with clenching, wears a night guard.
Energy is not great, even with enough sleep, crashes in the afternoon and doesn't get a second wind,
very tired 3–4 pm, hard to not take a nap.
Wonders if she shoudl be tested for MTHFR gene mutation

**Medical History**
Migraines, no aura but occasional peripheral visual spots. Frequency reduced to once a month after she
started avoiding fluoride; some mild headaches at other times.
Pregnancy induced hypertension.
█████████████████████████████
Bruxism.
Allergic rhinitis.

**Family History**
*CAD* – father 66 yo > stent.
*Stroke* – grandfather.
*Type 2 diabetes* – maternal grandmother.
*Asthma* – brother.
*Visual migraine* – father.
*Allergic rhinitis* – brother.
*Pernicious anemia* – 2 maternal aunts.
*Hashimoto's thyroiditis* – father.

**Social History**
*tobacco use* – non smoker.
Smoking status: Never smoker (266919005).
*alcohol use* – none even 1/2 drink makes her feel bad.
Water at least 1 qtd.
*exercise* – walks a lot, bicycling.
*Living situation* – Lives w/ daughter Lilly b 2006.
*occupation* – marketing, event planner.
████████████████
working on campaign to stop fluoridating water in Seattle.
diet pretty clean, mostly OG; tried avoiding gluten x 1 month, no change.
*caffeine consumption* – coffee 1 big c/d.

**Allergies: hydrocodone–acetaminophen** reaction: itch; **Latex** reaction: unspecified; ████████████
████████████████████████████████████████████████ **Riboflavin (Vitamin B–2) Group**

CPT only © 2015 American Medical Association.  All Rights Reserved.

# **Exhibit 43**

Middle Way Internal Medicine
3121 E Madison St. Ste 204
Seattle, WA 98112
(206)322–5498
FAX (206)322–5618

**Patient:** SIMMS, JULIE M, DOB: 09/24/1968, Age: 44 years, Female
**Acct #:** 17791516, Encounter Date: 08/09/2013

**Established Patient Encounter
08/09/2013**


**Chief Complaint(s):** Wart

**History of Present Illness:**
Wart on right 4th finger, never fully resolved after last tx, getting bigger.
otherwise doing well; found that her daily headaches resolved when she stopped drinking water with fluoride; also filters shower water to the extent that she can.
Off nortiptylline since December, was having daily headaches until 3 weeks after she started avoiding all fluoride. Since that change, intensity of migraines is significantly less and she has not taking sumatriptan or Fioricet for 2 months. Also easier to see what her migraine triggers are.
has to move again, plans to come back to Seattle

**Medical History**
Migraines, no aura but occasional peripheral visual spots. Also periods of daily headaches.
Pregnancy induced hypertension.
███████████████████████████████

**Social History**
*tobacco use* – non smoker.
Smoking status: Never smoker.
*alcohol use* – not much.
Water at least 1 qtd.
*exercise* – walking, PIlates, cardio video.
*Living situation* – Lives with child Lilly b 9/28/06.
*occupation* – marketing, event planner.
████████████████████████████
working on campaign to stop fluoridating water in Seattle.

**Allergies: hydrocodone–acetaminophen** reaction: itch; **Latex** reaction: unspecified; █████████
███████████████████ **Riboflavin (Vitamin B–2) Group**
reaction: itch

**Current Medications:**
**sumatriptan succinate** 100 mg tablet , infrequent X 30 Days, Disp. 9 NR, Start Date: 11/20/2012
**Vitamin D3** , 4,000 IU/d

**Review of Systems:**
**Constitutional Symptoms:**
Feels well, energy is good

**Exam:**
**General appearance:**  Appears well.
Normal attention, orientation, concentration, memory.
Normal gait and posture.
**Skin:**  4 mm wart on right 4th finger.
**Psychiatric:**  affect is full, bright.

# **Exhibit 44**

# SWEDISH PHYSICIAN DIVISION

## Swedish Physicians - West Seattle Clinic

3400 California Ave SW #300, Seattle, WA 98116 • Ph: (206) 320-3399 • Fax: (206) 320-5506

11/2/2018

RE: Kyle K Adams
DOB: 6.14.185

**TO WHOM IT MAY CONCERN:**

This is to certify that Kyle K Adams has been patient of mine at West Seattle Swedish since 2015, and at Cascade Primary Care since 2008.

He has moderate autism, and a has a long standing, and well documented sensitivity to certain chemical compounds, including Fluoride. Exposure to Fluoride will cause a worsening of his underlying autism symptoms, and additional physical symptoms, including conjunctivitis, neck pain, emotional outbursts.

Given his above sensitivity, I have recommend that Kyle limit his exposure to Fluoride and his oral intake of Fluoride.

Please feel free to contact my office at (206) 320-3399 if you have any questions or concerns.

Thank you for your assistance in this matter.

Sincerely yours,

Charles W Butler MD

# Exhibit 45



October 22, 2018

Patient Name: Kyle Adams

Patient DOB: June 14, 1985

To whom it may concern:

I have been treating Kyle Adams since January 2008 for autism, and fluoride sensitivity. Upon exposure to fluoride, Kyle, who has autism, immediately presents with headaches, body aches, tachycardia, and behavioral changes such as loud vocalizations and rapid pacing and movement.  Because of his severe fluoride sensitivity, Kyle and his mother have had to make a great deal of lifestyle and dietary changes to reduce his reactions and assist him in being more functional.  Kyle cannot eat or get exposed to fluoride containing foods, and even has to minimize his shower time to less than 4 minutes, with low water pressure and neutral temperature and uses a filtered shower and changes it every 3 - 4 months to reduce exposure. He has learnt to manage his fluoride reactions for the past number of years.

Genetic testing has shown that he is heterozygous for both genes for MTHFR, and thus he experiences relief from topical magnesium sulfate which helps to process fluoride.  However this does not provide complete relief, and in Kyle's case must be done in conjunction with dietary,  lifestyle changes and elimination of fluoride exposure.

Sincerely,

Nooshin K. Darvish, ND

1200 116th Ave NE, Suite C, Bellevue, WA  •  Phone 425.451.0404  •  Fax 425.462.8919
www.holistiquemed.com

# **Exhibit 46**

Case 3:17-cv-02162-EMC   Document 120-1   Filed 10/18/19   Page 842 of 854

127   Research report
Fluoride 42(2)127–132
April-June 2009

Neurological manifestations of fluoride in a human population   127
Sharma, Sohu, Jain

# PREVALENCE OF NEUROLOGICAL MANIFESTATIONS IN A HUMAN POPULATION EXPOSED TO FLUORIDE IN DRINKING WATER

JD Sharma,[a] Deepika Sohu, Parul Jain

Jaipur, India

SUMMARY: A health survey of a human population exposed to low, medium, and high fluoride (F) concentrations in drinking water in villages of Sanganer Tehsil, India, was conducted. A total of 2691 subjects were personally interviewed and classified from low (<1.0 ppm), medium (1.0-1.5 ppm) and high (1.5-6.4 ppm) F villages. Among the subjects were 1145 children aged 12 to18 years and 1546 adults aged >18 years who were interviewed for various neurological ailments, viz., headache, insomnia, lethargy, polyuria, and polydipsia. There were no neurological manifestations in children in the low and medium F villages, whereas, in the high F villages, 9.48% of the children had headache, 1.21% had insomnia, and 3.23% exhibited lethargy. There were no cases of polyuria or polydipsia among the children in any of the villages. Among adults in the low, medium, and high F villages, 1.56%, 2.51%, and 26.96%, respectively, suffered with headache, while 1.17%, 1.12%, and 24.74% had insomnia, and 2.73%, 3.63%, and 23.70% manifested lethargy. No cases of polyuria or polydipsia were reported in the low and medium F villages, whereas in the high F villages there were 0.74% and 1.19% cases, respectively. The severity of the ailments increased with the increasing F concentration in the drinking water. Although the percentage of headache, insomnia, and lethargy among the adults was fairly small in the low and medium F villages, it was considerable in the high F endemic villages, clearly indicative of a role of fluoride in such neurological outcomes. The data also indicate that the largest number of cases were headache, followed by lethargy and insomnia in the endemic village areas.

Keywords: Endemic fluoride; Fluoride in water; Headache; Insomnia; Lethargy; Neurological manifestations; Sanganer Tehsil, India.

## INTRODUCTION

Fluorosis caused by excess intake of fluoride (F) is a slow, progressive degenerative disorder in man and animals that produces deleterious effects on the skeletal system,[1-3] dental tissues,[3-6] soft tissues,[5, 7-8] enzyme activities,[5, 9] and locomotor behavior.[10-11] F has the ability to interfere with brain function,[12] reducing IQ levels in children,[13-15] cognition and memory,[16] and learning ability.[17] It also impairs the central nervous system functions.[18]

The present study was designed to investigate the effect of high fluoride in drinking water on neuro-behavioral patterns of a human population in villages of a F endemic area.

## MATERIALS AND METHODS

On the basis of the fluoride concentration in the groundwater, 20 villages of Sanganer Tehsil, India, were divided into two groups with 10 villages in each group: a F non-endemic (low F group having F in drinking water below 1 ppm) or medium F (in the range of 1.0-1.5 ppm) and a F endemic group (drinking water F more than 1.5 ppm).

[a]For correspondence: Dr (Mrs) JD Sharma, Associate Professor, Department of Zoology, University of Rajasthan, Jaipur, Rajasthan, India; E-mail: jaishree_ajay@yahoo.co.in.

128  Research report
Fluoride 42(2)127–132
April-June 2009

A human health survey was conducted in the above-selected villages. A questionnaire was prepared with the help of medical doctors to personally interrogate and to investigate the health problems of the inhabitants of the F-affected villages.

### RESULTS

As found here, F ingestion in excess can lead to various neurological manifestations. Inhabitants of certain villages in Sanganer Tehsil were found to be suffering from various neurological disorders due to high levels of F in the groundwater. The main neurological manifestations observed were headache, insomnia (lack of sleep), lethargy (fatigue), depression, polyuria (tendency to urinate frequently), and polydipsia (excessive thirst).

In the low and medium F villages, no child was found to have any of these neurological symptoms. In the high F area, a few children were found to have headache, insomnia, and lethargy, most of them complaining of headache followed by insomnia and lethargy. No child in high fluoride area was found to have polyuria or polydipsia (Table 1).

**Table 1.** Neurological manifestations among children in low, medium, and high F villages of Sanganer Tehsil

| Village area | Sex[a] | Total no of children surveyed | Neurological manifestations | | | | |
|---|---|---|---|---|---|---|---|
| | | | Headache | Insomnia | Lethargy | Polyuria | Polydipsia |
| Low F (<1.0ppm) | | 372 | 0 | 0 | 0 | 0 | 0 |
| | M | 186 | 0 | 0 | 0 | 0 | 0 |
| | F | 186 | 0 | 0 | 0 | 0 | 0 |
| Medium F (1.0-1.5ppm) | | 355 | 0 | 0 | 0 | 0 | 0 |
| | M | 180 | 0 | 0 | 0 | 0 | 0 |
| | F | 175 | 0 | 0 | 0 | 0 | 0 |
| High F (>1.5ppm) | | 418 | 47 (11.24)[b] | 16 (3.83) | 6 (1.44) | 0 | 0 |
| | M | 213 | 29 (13.62) | 13 (6.10) | 4 (1.88) | 0 | 0 |
| | F | 205 | 18 (8.78) | 3 (1.46) | 2 (0.98) | 0 | 0 |

[a]M = Male, F = Female. [b]Values in parenthesis are percentages of each group.

129  Research report
Fluoride 42(2)127–132
April-June 2009

In the low F villages, a small number of adults suffered from neurological manifestations, the most common of which was lethargy followed by headache and insomnia. No case of polyuria or polydipsia was observed among adults in the low F villages (Table 2).

**Table 2.** Neurological manifestations among adults in low, medium, and high F villages of Sanganer Tehsil

| Village area | Sex[a] | Total no of adults surveyed | Neurological manifestations | | | | |
|---|---|---|---|---|---|---|---|
| | | | Headache | Insomnia | Lethargy | Polyuria | Polydipsia |
| Low F (<1.0 ppm) | | 513 | 8 (1.56)[b] | 6 (1.17) | 14 (2.73) | 0 | 0 |
| | M | 259 | 5 (1.93) | 3 (1.16) | 9 (3.47) | 0 | 0 |
| | F | 254 | 3 (1.18) | 3 (1.18) | 5 (1.97) | 0 | 0 |
| Medium F (1.0-1.5 ppm) | | 477 | 12 (2.51) | 7 (1.47) | 22 (4.61) | 0 | 0 |
| | M | 242 | 8 (3.30) | 4 (1.66) | 13 (5.37) | 0 | 0 |
| | F | 235 | 4 (1.70) | 3 (1.28) | 9 (3.83) | 0 | 0 |
| High F (>1.5 ppm) | | 566 | 179 (32.19) | 151 (27.16) | 164 (29.50) | 5 (0.90) | 8 (1.44) |
| | M | 292 | 96 (32.88) | 80 (27.40) | 109 (37.33) | 3 (1.03) | 5 (1.71) |
| | F | 274 | 83 (31.44) | 71 (26.89) | 55 (20.83) | 2 (0.76) | 3 (1.14) |

[a]M = Male, F = Female. [b]Values in parenthesis are percentages in each group.

In the medium F villages a considerable number of adults suffered from lethargy followed by headache and insomnia. As in the low F villages, no subject was found to be suffering from polyuria or polydipsia (Table 2). Males were more prone to the neurological manifestations than females.

In the high F villages the percentage of adult inhabitants suffering from headache, insomnia, lethargy, polyuria, and polydipsia was high compared to the low and medium F villages. The most frequent neurological manifestation among adults was headache again followed by insomnia and lethargy. A few cases of polyuria and polydipsia were also reported among adults in the high F villages (Table 2).

The results revealed that in the study villages, the most prevalent neurological manifestation was headache in both children and adults, followed by lethargy and insomnia. However, there were a few cases of polyuria and polydipsia among adults, but not children, especially in the high F villages (Table 3). Again, males were found to be more prone to fluorosis than females. The most vulnerable age group for all the neurological manifestations was 40-60 years followed by 18-40 years (Table 3).

130   Research report
Fluoride 42(2)127–132
April-June 2009

Neurological manifestations of fluoride in a human population   130
Sharma, Sohu,  Jain

.

**Table 3.** Neurological manifestations in inhabitants of different age groups and sex of villages of Sanganer Tehsil

| Age range (years) | Sex[a] | Total no of people surveyed | Neurological manifestations | | | | |
|---|---|---|---|---|---|---|---|
| | | | Headache | Insomnia | Lethargy | Polyuria | Polydipsia |
| <6 | Total | 146 | 0 | 0 | 0 | 0 | 0 |
| | M | 75 | 0 | 0 | 0 | 0 | 0 |
| | F | 71 | 0 | 0 | 0 | 0 | 0 |
| 6-12 | Total | 277 | 0 | 0 | 0 | 0 | 0 |
| | M | 133 | 0 | 0 | 0 | 0 | 0 |
| | F | 144 | 0 | 0 | 0 | 0 | 0 |
| 12-18 | Total | 722 | 47 (6.51) | 16 (2.22) | 6 (0.83) | 0 | 0 |
| | M | 371 | 29 (7.82) | 13 (3.50) | 4 (1.08) | 0 | 0 |
| | F | 351 | 18 (5.13) | 3 (0.85) | 2 (0.57) | 0 | 0 |
| 18-40 | Total | 816 | 106 (12.99) | 82 (10.05) | 120 (14.71) | 1 (0.12) | 2 (0.25) |
| | M | 418 | 57 (13.64) | 45 (10.77) | 65 (15.55) | 1 (0.24) | 2 (0.48) |
| | F | 398 | 49 (12.31) | 37 (9.30) | 55 (13.82) | 0 | 0 |
| 40-60 | Total | 541 | 75 (13.86) | 60 (11.09) | 91 (16.82) | 3 (0.55) | 4 (0.74) |
| | M | 280 | 41 (14.64) | 31 (11.07) | 52 (18.57) | 2 (0.71) | 2 (0.71) |
| | F | 261 | 34 (13.03) | 29 (11.11) | 39 (14.94) | 1 (0.96) | 2 (0.77) |
| >60 | Total | 199 | 18 (9.05) | 22 (11.06) | 27 (13.57) | 2 (1.01) | 2 (1.01) |
| | M | 95 | 11 (11.58) | 11 (11.58) | 14 (14.74) | 1 (1.05) | 1 (1.05) |
| | F | 104 | 7 (6.73) | 11 (10.58) | 13 (12.50) | 1 (0.96) | 1 (0.96) |
| Children | Total | 1145 | 47 (4.10) | 16 (1.40) | 6 (0.52) | 0 | 0 |
| | M | 579 | 29 (5.01) | 13 (2.25) | 4 (0.69) | 0 | 0 |
| | F | 566 | 18 (3.18)[b] | 3 (0.53) | 2 (0.35) | 0 | 0 |
| Adults | Total | 1556 | 199 (12.79) | 164 (10.54) | 238 (15.30) | 6 (0.39) | 8 (0.51) |
| | M | 793 | 109 (13.75) | 87 (10.97) | 131 (16.52) | 4 (0.50) | 5 (0.63) |
| | F | 763 | 90 (11.80) | 77 (10.09) | 107 (14.02) | 2 (0.26) | 3 (0.39) |
| Grand Total | Total | 2701 | 246 (9.11) | 180 (6.66) | 244 (9.03) | 6 (0.22) | 8 (0.30) |
| | M | 1372 | 138 (10.06) | 100 (7.29) | 135 (9.84) | 4 (0.29) | 5 (0.36) |
| | F | 1329 | 108 (8.13) | 80 (6.02) | 109 (8.20) | 2 (0.15) | 3 (0.23) |

[a] M = Male, F= Female. [b] Values in parenthesis are percentages in each group.

Case 3:17-cv-02162-EMC   Document 120-1   Filed 10/18/19   Page 846 of 854

131  Research report
     Fluoride 42(2)127–132
     April-June 2009

Neurological manifestations of fluoride in a human population  131
Sharma, Sohu,  Jain

## DISCUSSION

Among neurological ailments caused by F are neurological manifestations such as headache, paralysis, quadriplegia, lethargy, insomnia, etc., but no individual usually suffers to a great extent from any one symptom. Although the blood-brain barrier is relatively impermeable to F, it does not pose an absolute barrier, and F has the ability to enter the brain, where is can disrupt the activity of normally functioning hormones. For example, F can reduce levels of melatonin, the sleep hormone, in the body, causing chronic insomnia.[19]

Spittle[10] has recorded cases of severe headache, lethargy, depression, and paralysis in adult subjects exposed to medium-level F in their drinking water. Possible mechanisms whereby F could affect brain function include influencing calcium currents, altering enzyme configuration by forming strong hydrogen bonds with amide groups, inhibiting cortical adenylyl cyclase activity, and increasing phosphoinositide hydrolysis.[10] Shashi[20] also has suggested that there is a direct action of F on nerve tissue in the brain that is responsible for central nervous system problems such as tremors, seizures, and paralysis

In the present study, some individuals complained of polydipsia and polyuria. F adversely affects various parts of the brain, affecting behavioral patterns controlled by those parts. Furthermore, F inhibits anti-diuretic hormone production in the brain, and consequently the kidneys (the target organ for the hormone action) are unable to function normally for elimination of sufficient urine and re-absorption of water by the tubules. Srikantia and Siddiqui[21] emphasized polydipsia and polyuria in endemic skeletal fluorosis in an endemic F area in India.

## CONCLUSION

F may cause various neurological manifestations among subjects residing in endemic areas that may be due, at least in part, to the adverse action of F on the brain and various organs such as the kidney controlled by the brain through various hormones.

## ACKNOWLEDGEMENTS

The authors are grateful for support from the Ground Water Department, Government of Rajasthan, and the Head, Department of Zoology, University of Rajasthan, Jaipur, Rajasthan (India). This work was presented at the XXVIII[th] Conference of the International Society for Fluoride Research, 7-11 August 2008, Toronto, Canada.

## REFERENCES

1  Botha CJ, Nande TW, Mannaar PP, Van-Amstel SR, Jansevan-Rensberg SD. Two out breaks of fluorosis in cattle and sheep. J S Afr Vet Assoc 1993;64:165.

2  Gupta SK, Gambhir S, Mithal A, Das BK. Skeletal scientigraphic findings in endemic skeletal fluorosis. Nucl Med Commun 1993;14:384.

3  Choubisa SL. Some observation on endemic fluorosis in domestic animals in southern Rajasthan (India). Vet Res Commun 1999;23:457.

4  Boulton IC, Cooke JA, Johnson MS. Fluoride accumulation and toxicity in laboratory population of wild small mammals and white mice. J Appl Toxicol 1995;15:423.

132  Research report
Fluoride 42(2)127–132
April-June 2009

5   Michael M, Barot VV, Chinoy NJ. Investigation of soft tissue functions in fluorotic individual of North Gujarat. Fluoride 1996;29:63.

6   Hicks MJ, Flaitz CM. Enamel caries formation and lesion progression with a fluoride dentifrice and a calcium-phosphate containing fluoride dentifrice: a polarized light microscopic study. ASDC J Dent Child 2000;67:21.

7   Chinoy NJ, Pradeep PK, Sequeira E. Effects of fluoride ingestion on the physiology of reproductive organs of male rats. J Environ Biol 1991;13:55.

8   Purohit SD, Gupta RC, MAthur AK, Gupta N, Jeswani ID, Choudhary VK, Purohit SK. Experimental pulmonary fluorosis. Indian J Chest Dis Allied Sci 1999;41:27.

9   Suketa Y, Mikami E. Changes in urinary excretion and related renal enzyme activities in fluoride treated rats. Toxicol Appl Pharmacol 1977;40:551-9.

10  Spittle B. Psychopharmacology of fluoride: a review. Int Clin Psychopharmacol 1994;9:79-82.

11  Paul V, Ekambaram P, Jayakumar AR. Effects of sodium fluoride on locomotor behavior and a few biochemical parameters in rats. Environ Toxicol Pharmacol 1998;6:187-91.

12  National Research Council. Fluoride in drinking water: a scientific review of EPA standards. Washington, DC: National Academies Press; 2006. p. 187.

13  Trivedi MH, Verma RJ, Chinoy NJ, Patel RS, Sathawara NG. Effect of high fluoride water on intelligence of school children in India. Fluoride 2007;40(3):178-83.

14  Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin Country, Shanxi Province, China. Environ Hlth Perspec 2007;115(4):643-7.

15  Rocha-Amador D, Navarro ME, Carrizales L, Morales R, Calderon J. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cadernos de Saude Publica 2007;23(Suppl 4):S579-87.

16  Calvert GM, Mueller CA, Fajen JM, Chrislip DW, Russo J, Briggle T, et al. Health effects associated with sulfuryl fluoride and methyl bromide exposure among structural fumigation workers. American J Public Health 1998;88:1774-80.

17  Chioca LR, Raupp IM, Da Cunha C, Losso EM, Andreatini R. Subchronic fluoride intake induces impairment in habituation and active avoidance tasks in rats. Eur J Pharmacol 2008;579(1-3):196-201.

18  Guo Z, et al. Study on neurobehavioral function of workers occupationally exposed to fluoride. Ind Health Occup Dis 2001;27:346-348.

19  Heliman B. Fluoridation of Water: Questions about health risks and benefits remain after more than 40 years. Chemical and Engineering News 1998;26-42.

20  Shashi A. Histopathological investigation of fluoride-induced neurotoxicity in rabbits. Fluoride 2003;36:95-105.

21  Srikantia SG, Siddiqui AH. Metabolic studies in skeletal fluorosis. Clin Sci 1965;28:477-485.

Copyright © 2009 The International Society for Fluoride Research Inc.
www.fluorideresearch.org      www.fluorideresearch.com      www.fluorideresearch.net
Editorial Office: 727 Brighton Road, Ocean View, Dunedin 9035, New Zealand.

# **Exhibit 47**

# MOU 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

**Memorandum of Understanding**
**Between The Environmental Protection Agency**
**and The Food and Drug Administration**

## I. Purpose:

This Memorandum of Understanding establishes an agreement between the Environmental Protection Agency (EPA) and the Food and Drug Administration (FDA) with regard to the control of direct and indirect additives to and substances in drinking water.

EPA and FDA agree:

A. That contamination of drinking water from the use and application of direct and indirect additives and other substances poses a potential public health problem;

B. That the scope of the additives problem in terms of the health significance of these contaminants in drinking water is not fully known;

C. That the possibility of overlapping jurisdiction between EPA and FDA with respect to control of drinking water additives has been the subject of Congressional as well as public concern;

D. That the authority to control the use and application of direct and indirect additives to and substances in drinking water should be vested in a single regulatory agency to avoid duplicative and inconsistent regulation;

E. That EPA has been mandated by Congress under the Safe Drinking Water Act (SDWA), as amended, to assure that the public is provided with safe drinking water;

F. That EPA has been mandated by Congress under the Toxic Substances Control Act (TSCA) to protect against unreasonable risks to health and the environment from toxic substances by requiring, inter alia, testing and necessary restrictions on the use, manufacture, processing, distribution, and disposal of chemical substances and mixtures;

G. That EPA has been mandated by Congress under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), as amended, to assure, inter alia, that when used properly, pesticides will perform their intended function without causing unreasonable adverse effects on the environment; and,

H. That FDA has been mandated by Congress under the Federal Food, Drug, and Cosmetic Act (FFDCA), as amended, to protect the public from, inter alia, the adulteration of food by food additives and poisonous and deleterious substances.

It is the intent of the parties that:

A. EPA will have responsibility for direct and indirect additives to and other substances in drinking water under the SDWA, TSCA, and FIFRA; and,

B. FDA will have responsibility for water, and substances in water, used in food and for food processing and responsibility for bottled drinking water under the FFDCA.

## II. Background:

A. FDA Legal Authority

"Food" means articles used for food or drink for man or other animals and components of such articles.  (FFDCA Section 201(f)).  Under Section 402, inter alia, a food may not contain any added poisonous or deleterious substance that may render it injurious to health, or be prepared, packed or handled under unsanitary conditions. Tolerances may be set, under Section 406, limiting the quantity of any substance which is required for the production of food or cannot be avoided in food. FDA has the authority under Section 409 to issue food additive regulations approving, with or without conditions, or denying the use of a "food additive." That term is defined in Section 201(s) to include any substance the intended use of which results or may

reasonable be expected to result, directly or indirectly, in its becoming a component or otherwise affecting the characteristics of any food, if such substance is not generally recognized as safe.

In the past, FDA has considered drinking water to be a food under Section 201(f). However, both parties have determined that the passage of the SDWA in 1974 implicitly repealed FDA's authority under the FFDCA over water used for drinking water purposes. Under the express provisions of Section 410 of the FFDCA, FDA retains authority over bottled drinking water. Furthermore, all water used in food remains a food and subject to the provisions of the FFDCA. Water used for food processing is subject to applicable provisions of FFDCA. Moreover, all substances in water used in food are added substances subject to the provisions of the FFDCA, but no substances added to a public drinking water system before the water enters a food processing establishment will be considered a food additive.

B. EPA Legal Authority

The SDWA grants EPA the authority to control contaminants in drinking water which may have any adverse effect on the public health, through the establishment of maximum contaminant levels (MCLs) or treatment techniques, under Section 1412, which are applicable to owners and operators of public water systems. The expressed intent of the Act was to give EPA exclusive control over the safety of public water supplies. Public water systems may also be required by regulation to conduct monitoring for unregulated contaminants under Section 1445 and to issue public notification of such levels under Section 1414(c).

EPA's direct authority to control additives to drinking water apart from the existence of maximum contaminant levels or treatment techniques is limited to its emergency powers under Section 1431. However, Section 1442(b) of the Act authorizes EPA to "collect and make available information pertaining to research, investigations, and demonstrations with respect to providing a dependably safe supply of drinking water together with appropriate recommendations therewith."

TSCA gives EPA authority to regulate chemical substances, mixtures and under some circumstances, articles containing such substances or mixtures. Section 4 permits EPA to require testing of a chemical substance or mixture based on possible unreasonable risk of injury to health or the environment, or on significant or substantial human or environmental exposure

while Section 8 enables EPA to require submission of data showing substantial risk of injury to health or the environment, existing health and safety studies, and other data. For new chemical substances, and significant new uses of existing chemical substances, Section 5 requires manufacturers to provide EPA with pre-manufacturing notice. Under Section 6 the manufacture, processing, distribution, use, and disposal of a chemical substance or mixture determined to be harmful may be restricted or banned. Although Section 3(2)(B) of TSCA excludes from the definition of "chemical substance" food and food additives as defined under FFDCA, the implicit repeal by the SDWA of FDA's authority over drinking water enables EPA to regulate direct and indirect additives to drinking water as chemical substances and mixtures under TSCA.

The FIFRA requires EPA to set restrictions on the use of pesticides to assure that when used properly, they will not cause unreasonable adverse effects on the environment. EPA may require, inter alia labeling which specifies how, when, and where a pesticide may be legally used. In addition, EPA has, under Section 409 of the FFDCA, required FIFRA registrants at times to obtain a food additive tolerance before using a pesticide in or around a drinking water source. Such tolerances establish further restrictions on the use of a pesticide which are enforceable against the water supplier as well as the registrant of the pesticide.

### III. Terms of Agreement:

A. EPA's responsibilities are as follows:

1. To establish appropriate regulations, and to take appropriate measures, under the SDWA and/or TSCA, and FIFRA, to control direct additives to drinking water (which encompass any substances purposely added to the water), and indirect additives (which encompass any substance which might leach from paints, coatings or other materials as an incidental result of drinking water contact), and other substances.

2. To establish appropriate regulations under the SDWA to limit the concentrations of pesticides in drinking water; the limitations on concentrations and types of pesticides in water are presently set by EPA through tolerances under Section 409 of the FFDCA.

3. To continue to provide technical assistance in the form of informal advisory opinions on drinking water additives under Section 1442(b) of the SDWA.

4. To conduct and require research and monitoring and the submission of data relative to the problem of direct and indirect additives in drinking water in order to accumulate data concerning the health risks posed by the presence of these contaminants in drinking water.

B. FDA's responsibilities are as follows:

1. To take appropriate regulatory action under the authority of the FFDCA to control bottled drinking water and water, and substances in water, used in food and for food processing.

2. To provide assistance to EPA to facilitate the transition of responsibilities, including:

a) To review existing FDA approvals in order to identify their applicability to additives in drinking water.

b) To provide a mutually agreed upon level of assistance in conducting literature searches related to toxicological decision making.

c) To provide a senior toxicologist to help EPA devise new procedures and protocols to be used in formulating advice on direct and indirect additives to drinking water.

## IV. Duration of Agreement:

This Memorandum of Understanding shall continue in effect unless modified by mutual consent of both parties or terminated by either party upon thirty (30) days advance written notice to the other.

This Memorandum of Understanding will become effective on the date of the last signature.

**Approved and Accepted**
**for the Environmental Protection Agency**
Signed by: Douglas P. Costle
Administrator
Environmental Protection Agency
Date: June 12, 1979

**Approved and Accepted**
**for the Food and Drug Administration**

Signed by: Donald Kennedy

Administrator

Food and Drug Administration

Date: June 22, 1979