UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 17-cv-02162-EMC |

**NOTICE OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Hearing re [116] Motion for Summary Judgment.

Date of scheduled proceeding: November 7, 2019 at 12:00 p.m.

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras within seven days of the date of this notice.

Dated: 10/25/2019

Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
_____
Signature of Clerk or Deputy Clerk