C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **ADDITIONAL ERRATA RE: PLAINTIFFS' NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | Date: November 7, 2019<br>Time: 12:00 p.m.<br>Judge: Hon. Edward Chen<br>Courtroom: 5, 17th Floor |

**ERRATA**

It has come to Plaintiffs' attention that additional errors exist in Plaintiffs' motion in the form of (1) incorrect citations to the record and (2) inadvertently omitted pages from the deposition transcripts cited. These errors and inadvertent omissions are as follows:

**(1) Incorrect Citations:**

Page iv, Line 27: 402 should be 42.

Page 2, Line 2: Ex. 37 should be Ex. **41**.

Page 2, Line 14: Ex. 50 at 17-23 should be Ex. 50 at **2:**17-23.

Page 3, Line 5: 402 should be 42.

Page 3, Line 20: The pages cited from Ex. 2 incorrectly included 77:15-78:8.

Page 5, Line 4: The pages cited from Ex. 13 incorrectly included 317:17-318:17.

Page 6, Lines 5 & 7: Ex. 13 should be Ex. **14**.

Page 6, Line 18: Ex. 19 at 162:25-163:7 should be Ex. 19 at 162:**19**-163:7.

Page 6, Line 21: Ex. 20 at 15:5-14 should be Ex. 20 at **14**:5-14.

Page 7, Line 3: Ex. 21 at 209:3-12 should be Ex. 21 at 209:**4**-12

Page 7, Line 13: *Id.* at 180:18-181:4 should be *Id.* at 181:5-12.

Page 7, Line 17: The pages cited from Exhibit 4 incorrectly included 271:2-272:19.

Page 8, Line 3: *Id.* should be *Id.* at 215:20-216:5.

Page 8, Line 9: *Id.* at 193:6-194:12 should be *Id.* at 194:8-12.

Page 9, Line 6: Ex. 12 should be Ex. **15**.

Page 9, Line 14: The pages cited from Exhibit 19 should not include 11:15-12:3.

Page 9, Line 25: Ex. 9 at 362:1-363:2 should be Ex. 9 at 362:**10**-363:2.

Page 9, Line 26: The quote "virtually unanimous" should be "almost unanimous."

Page 10, Line 1: The pages 367:16-368:11 should be 364:18-365:7.

Page 10, Line 17: Ex. 24 at 61:24-63:6 should be Ex. 24 61:24-63:**11**.

Page 10, Line 20: Ex. 24 at 5-17 should be Ex. **25** at **4**-17; **Ex. 26 at 7**.

Page 10, Line 22: Ex. 25 at 7 should be Ex. **26** at 7.

Page 11, Line 26: Ex. 30 ¶ at 8 should be Ex. 30 ¶ **4**.

Page 12, Line 7: The citation 267:23-268:3 should be 267:23-268:**1**.

Page 15, Line 10: *Id.* at 25 should be *Id.* at **28**.

Page 15, Line 24: Ex. 42 at 87 & 91 should be Ex. 42 at 87 & **90**.

Page 16, Line 2: There should not be quotation marks around the words "in the absence of evidence to the contrary."

Page 17, Line 13: The pages cited from Exhibit 32 should not include 288:5-10.

Page 18, Line 10: Ex. 9 at 296:4-10 should be **3**96:4-10.

Page 18, Line 21: Ex. 13 should be Ex. **14.**

Page 18, Line 22: Ex. 16A at 40-42 should be Ex. 16A at 40-42.

Page 21, Line 2: The citation 345:9-11 should be 345:**8-12**.

Page 21, Line 15: Ex. 9 at 150:4-151:4 should be Ex. 9 at **149**:4-151:4.

Page 21, Line 15: The pages cited from Ex. 27 should not include 246:8-247:25 or 249:16-23.

Page 22, Line 12: The citation 505:3-19 should be 505:3-**9**.

Page 23, Line 23: Ex. 41 at 7 should be Ex. 41 at **32**.

Page 25, Line 4: The citation 505:3-19 should be 505:3-**9**.

For the convenience of the Court, Plaintiffs have attached a copy of their motion herein as Exhibit A in which the above-mentioned incorrect citations to the record have been corrected.

**(2) Inadvertently Omitted Pages:**

The following pages were inadvertently omitted, and are attached herein.

Exhibit 2: Pages 164, 166.

Exhibit 6: Pages 98, 103, 104.

Exhibit 9: Pages 149, 150, 151, 364, 365, 396.

Exhibit 14: Pages 307, 308.

Exhibit 19: Pages 199, 200.

Exhibit 20: Pages 14, 189, 190, 191, 192.

Exhibit 21: Pages 165, 166, 193, 194, 223, 224, 231, 232.

Exhibit 32: Page 383.

Plaintiffs sincerely apologize for any inconvenience these errors and omissions may have caused the Court.

Dated: October 28, 2019              Respectfully submitted,

                                     */s/ Michael Connett*
                                     MICHAEL CONNETT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 28th day of October, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT