C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **ERRATA IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | Date: November 7, 2019<br>Time: 12:00 p.m.<br>Judge: Hon. Edward Chen<br>Courtroom: 5, 17th Floor |
| Defendants. | |

**ERRATA**

It has come to Plaintiffs' attention that errors exist in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment in the form of (1) incorrect citations to the record, (2) a typographical error, and (3) several inadvertently omitted pages from cited depositions. These errors are as follows:

**(1) Incorrect Citations:**

Page 3, Line 16: Ex. 9 at 3 should be Ex. 9 at **20**.

Page 5, Line 21: The citation to 329:3-17 should be 329:3-**7**.

Page 6, Line 23: Ex. 26 at 162:25-163:7 should be Ex. 26 at 162:**19**-163:7.

Page 7, Line 1: Ex. 27 at 15:5-14 should be Ex. 27 at **14**:5-14.

Page 7, Line 7: Ex. 28 at 209:3-12 should be Ex. 28 at 209:**4**-12.

Page 7, Line 18: *Id.* at 180:18-181:4 should be *Id.* at 181:5-12.

1
ERRATA IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Page 7, Line 21: The pages cited from Ex. 12 should not include 271:12-272:19.

Page 11, Line 14: Ex. 23A at 40-43 should be Ex. 23A at 40-**42**.

Page 14, Line 14: Ex. 18 at 383:19-25 should be Ex. 18 at 38**2**:19-25.

Page 15, Line 6: Ex. 13 ¶ 4 should be Ex. 13 ¶ **10**.

Page 18, Line 18: The pages cited from Ex. 36 should not include 246:8-247:25 or 249:16-23.

Page 18, Line 21: Ex. 32 at 150:4-151:4 should be Ex. 32 at 1**49**:4-151:4.

Page 25, Line 6: Lavelle Decl. ¶ 18 should be Lavelle Decl. ¶ 15.

Page 25, Lines 12-13: Staudenmaier Decl. ¶¶ 11 & 13 should be Staudenmaier Decl. ¶ **14**.

 **(2) Typographical Error:**

Page 3, Line 20: "sum" should be "product."

For the convenience of the Court, Plaintiffs have attached a copy of their motion herein as **Exhibit A** in which the above-mentioned errors have been corrected.

**(3) Inadvertently Omitted Pages from Exhibits:**

Exhibit 18: Page 382.

Exhibit 19: Pages 307, 308.

Exhibit 27: Page 14.

Exhibit 32: Pages 177, 178, 179.

These inadvertently omitted pages are attached as Exhibits herein. Plaintiffs sincerely apologize for any inconvenience these errors may have caused the Court.

Dated: October 29, 2019                        Respectfully submitted,

*/s/ Michael Connett*
MICHAEL CONNETT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 29th day of October, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT