UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-02162-EMC |

**NOTICE REGARDING VIDEO RECORDING**

　　　　A request has been made to video record the November 15, 2019 [116] Motion for Summary Judgment; [117] Motion for Summary Judgment in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

(X)　　All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.
Hearing was moved from 11/7/2019 to 11/15/2019.

(  )　　At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.


Dated: 11/5/2019　　　　　　　　　　　　　　　　Susan Y. Soong, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　*Susan Y. Soong*
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk