# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** November 15, 2019    **Time:** 3:36-4:59=    **Judge:** EDWARD M. CHEN
1 Hour; 23 Minutes

**Case No.**: 17-cv-02162-EMC    **Case Name:**  Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorney for Plaintiff:** Michael Connett
**Attorneys for Defendant:** Brandon Adkins, Debra Carfora

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Belle Ball

### PROCEEDINGS

[116] Motion for Summary Judgment – held;

[117] Motion for Summary Judgment - held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes the matter under submission.