1  C. ANDREW WATERS, ESQ., CA Bar No. 147259
   MICHAEL CONNETT, ESQ., CA Bar No. 300314
2  WATERS, KRAUS & PAUL
   222 N. Pacific Coast Hwy, Suite 1900
3  El Segundo, CA 90245
   310-414-8146 Telephone
4  310-414-8156 Facsimile

5  *Attorneys for Plaintiffs*

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, et al., | No. 3:19-cv-871-EMC |
| Plaintiffs, | **STIPULATION WITH PROPOSED ORDER TO EXTEND THE DEADLINE FOR FILING PRETRIAL MATERIALS TO DECEMBER 20, 2019** |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | |
| Defendants. | |

WHEREAS, on June 13, 2019, the Court issued an Amended Case Management and Pretrial Order for Trial that established the schedule for filing pretrial materials, including Motions in Limine, Joint Pretrial Conference Statement, Proposed Findings of Fact and Conclusions of Law, and Trial Briefs (ECF No. 107);

WHEREAS, the Court's order set December 17, 2019 as the date for the filing of the pretrial materials (ECF No. 107);

WHEREAS, the parties have been engaging in extensive meet and confers and working diligently to resolve complex evidentiary disputes that, if amicably resolved, will prevent judicial resources from being expended;

1   WHEREAS, the parties have been working diligently to agree upon a set of
2   undisputed facts on complex issues, which is requiring extensive communications and
3   review, and which—with additional progress—could result in the saving of judicial fact-
4   finding resources at trial;

5   WHEREAS, the parties agree that three additional days could be substantially
6   beneficial in resolving some of the aforementioned evidentiary and factual issues;

7   WHEREAS, if the Court permits, the parties have stipulated to extend the
8   deadline for pretrial materials by three days from December 17, 2019 to December 20,
9   2019;

10   WHEREAS, this brief extension will not affect the trial date;

11   THEREFORE, the Parties propose and stipulate to extend the deadline for filing
12   pretrial materials to December 20, 2019.

13   IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

15   DATED: December 6, 2019

16   */s/ Michael Connett*
    MICHAEL CONNETT
17   Attorney for Plaintiffs

18   DATED: December 6, 2019

19   */s/ Debra J. Carfora* (by permission)
    DEBRA J. CARFORA
20   Attorney for Defendants

**[PROPOSED] ORDER**

Before the Court is the parties' Stipulation to Extend the Deadline for Filing Pretrial Materials to December 20, 2019. Upon due consideration and for good cause shown, the parties request is hereby GRANTED and the deadline for Plaintiffs' opposition is extended three days to December 20, 2019.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED this _____ day of _____, 2019.

                                                                          _____
                                                                          EDWARD M. CHEN
                                                                          United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 6th day of December, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs