1  C. ANDREW WATERS, ESQ., CA Bar No. 147259
   MICHAEL CONNETT, ESQ., CA Bar No. 300314
2  WATERS, KRAUS & PAUL
   222 N. Pacific Coast Hwy, Suite 1900
3  El Segundo, CA 90245
   310-414-8146 Telephone
4  310-414-8156 Facsimile

5  *Attorneys for Plaintiffs*

6

7            **IN THE UNITED STATES DISTRICT COURT**

8           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                  **SAN FRANCISCO DIVISION**

10

11  FOOD AND WATER WATCH, et al.,          No. 17-cv-02162-EMC

12              Plaintiffs,              **STIPULATION WITH** ~~**PROPOSED**~~
                                         **ORDER AS MODIFIED TO**
13        v.                             **EXTEND THE DEADLINE FOR**
                                         **FILING PRETRIAL MATERIALS**
14  U.S. ENVIRONMENTAL PROTECTION        **TO DECEMBER 19, 2019**
    AGENY, et al.,
15

16              Defendants.

17

18        WHEREAS, on June 13, 2019, the Court issued an Amended Case Management

19  and Pretrial Order for Trial that established the schedule for filing pretrial materials,

20  including Motions in Limine, Joint Pretrial Conference Statement, Proposed Findings of

21  Fact and Conclusions of Law, and Trial Briefs (ECF No. 107);

22        WHEREAS, the Court's order set December 17, 2019 as the date for the filing of

23  the pretrial materials (ECF No. 107);

24        WHEREAS, the parties have been engaging in extensive meet and confers and

25  working diligently to resolve complex evidentiary disputes that, if amicably resolved,

26  will prevent judicial resources from being expended;

27        WHEREAS, the parties have been working diligently to agree upon a set of

28  undisputed facts on complex issues, which is requiring extensive communications and

1    review, and which—with additional progress—could result in the saving of judicial fact-

2    finding resources at trial;

3           WHEREAS, the parties agree that three additional days could be substantially

4    beneficial in resolving some of the aforementioned evidentiary and factual issues;

5           WHEREAS, if the Court permits, the parties have stipulated to extend the

6    deadline for pretrial materials by three days from December 17, 2019 to December 20,

7    2019;

8           WHEREAS, this brief extension will not affect the trial date;

9           THEREFORE, the Parties propose and stipulate to extend the deadline for filing

10   pretrial materials to December 20, 2019.

11          IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

12

13   DATED: December 6, 2019

14                                              */s/  Michael Connett*
                                                MICHAEL CONNETT
15                                              Attorney for Plaintiffs

16   DATED: December 6, 2019

17                                              */s/ Debra J. Carfora* (by permission)
                                                DEBRA J. CARFORA
18                                              Attorney for Defendants

19

20

21

22

23

24

25

26

27

28

1

2    **[PROPOSED]** ORDER

3        Before the Court is the parties' Stipulation to Extend the Deadline for Filing

4                                    19
     Pretrial Materials to December 20, 2019. Upon due consideration and for good cause

5    shown, the parties request is hereby GRANTED and the deadline for Plaintiffs'

6                            two           19
     opposition is extended three days to December 20, 2019.

7

8        PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

9        DATED this   6th   day of ___December_____, 2019.

10

11

12    _____

13    EDWARD M. CHEN
      United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28