**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-CV-02162 EMC |

**NOTICE OF APPEARANCE**

Please enter the appearance of Simi Bhat as counsel in the above-captioned case on behalf of the Defendants, the United States Environmental Protection Agency et al.  Ms. Bhat is registered to use the Court's ECF system and therefore may be served electronically using that system.  If necessary, notices, orders, or other papers may be sent to Ms. Bhat at the following address:

United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard St., Ste. 1050
San Francisco, CA 94105

**TELEPHONE**

(415) 744-6473

**FACSIMILE**

(202) 514-8865

**E-MAIL**

simi.bhat@usdoj.gov

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | /s/Simi Bhat |
|   | SIMI BHAT |
| 4 | United States Department of Justice |
|   | Environment & Natural Resources Division |
| 5 | 301 Howard St., Ste. 1050 |
|   | San Francisco, CA 94105 |
| 6 | Tel: (415) 744-6473 |
|   | Fax: (202) 514-8865 |
| 7 | Email: simi.bhat@usdoj.gov |
| 8 | Counsel for Defendants |

10  December 16, 2019

Notice of Appearance
Case No. 17-cv-02162 EMC

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing NOTICE OF APPEARANCE with the clerk of the court for the United States District Court for the District of Nevada using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

/s/ *Simi Bhat*
SIMI BHAT