1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. ENVIRONMENTAL PROTECTION<br>AGENCY, et al.,<br><br>                    Defendants. | Case No. 17-CV-02162 EMC<br><br>**DEFENDANTS' FIRST MOTION IN LIMINE TO EXCLUDE OR LIMIT THE TESTIMONY OF PHILIPPE GRANDJEAN**<br><br>Date:   January 7, 2020<br>Time:  2:30 p.m.<br>Place:  Courtroom 5, 17th floor |

**INTRODUCTION**

The Court should exclude the reports and related proposed testimony of Plaintiffs' expert, Dr. Philippe Grandjean, pursuant to Federal Rule of Evidence 702 because Dr. Grandjean relies entirely on his experience as the basis for his opinions but cannot explain how that experience is a sufficient basis or how it is reliably applied to the facts. *See Daubert v. Merrell Dow Pharm., Inc.*, 43 F.3d 1311, 1319 (9th Cir. 1995). Dr. Grandjean is an epidemiologist, and Plaintiffs offer his testimony to support their theory that the concentration of fluoride in community drinking water presents an unreasonable risk of neurologic harm. Dr. Grandjean's analysis lacks any explanation for why his scientific credentials are, on their own, a sufficient basis for his opinion. This is particularly troubling because Dr. Grandjean admitted at his deposition that he did not conduct the analysis he relied upon to support his main conclusion that the concentration of fluoride in drinking water exceeds the limit needed to protect against developmental neurotoxicity.

**BACKGROUND**

Plaintiffs retained Dr. Grandjean "to provide an evaluation of the neurological health risks associated with fluoride in drinking water." Grandjean Report 4, Ex. A. In his opening report, Dr. Grandjean offers two broad opinions: (1) that recent studies on IQ deficits in children studied in birth cohorts in Mexico City and Canada permit a calculation of a benchmark dose ("BMD"), which Dr. Grandjean described as a recommended limit that would protect against neurotoxicity; and (2) that recent prospective studies of birth cohorts in Mexico City and Canada support that there is a risk of developmental neurotoxicity from fluoride exposure at levels that occur widely in North America. *Id.* at 7. Dr. Grandjean failed to rely on *any* stated principles or methods to support his opinions regarding the underlying science in his reports. Instead, as he testified at his deposition, he relied entirely on his scientific experience to support those opinions. *E.g.*, Grandjean Dep. 116:3–5 (Sept. 13, 2019), Ex. B ("I have a reasonable experience so that I can judge the quality and the reliability, the weight of the evidence.").

**ARGUMENT**

The Court has discretion to determine whether evidence is admissible. *See* Fed. R. Evid. 104(a). Plaintiffs carry the burden to establish the admissibility of Dr. Grandjean's expert

1

reports and opinions. *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). The Court "must ensure that any and all scientific testimony or evidence admitted is not only relevant, but reliable." *Id.* at 589. The Court should exclude Dr. Grandjean's expert reports and testimony entirely because Plaintiffs cannot establish the admissibility of the opinions Dr. Grandjean offered regarding (1) the BMD calculation in his opening report and (2) the generalizability of recent studies to the U.S. population regarding fluoride's potential neurodevelopmental risks. These broad issues are fatal to the entirety of Dr. Grandjean's reports and proposed testimony.[1] In the alternative to exclusion, the Court should limit Dr. Grandjean's reports and testimony by excluding these two issues.

*First*, Dr. Grandjean is not qualified to offer testimony regarding the BMD analysis described in his expert report because he conceded at his deposition that calculating a BMD is outside the scope of his expertise. Under Rule 702, only witnesses who are qualified by "knowledge, skill, experience, training, or education" may provide expert testimony.

When asked about the merits of the BMD calculation in his expert report, Dr. Grandjean testified that he did not perform the calculation and further testified, "I decided I would rather have the chairman of biostatistics be responsible for [the calculations] because he is a world expert on benchmark dose. I wouldn't trust myself." Grandjean Dep. 94:19–95:6. Because Dr. Grandjean admitted that he does not have the requisite expertise to calculate a BMD, he should not be permitted to offer opinion testimony regarding the BMD calculation in his expert report. Nor is this a situation where Defendants can draw out inadequacies in the BMD calculation in cross-examination, *see Hemmings v. Tidyman's Inc.*, 285 F.3d 1174, 1188–89 (9th Cir. 2002), because the individual who actually conducted the BMD calculation that Dr. Grandjean pasted into his expert report is not a witness in this litigation. *See also Mesfun v. Hagos*, No. 03-2182, 2005 WL 5956612, at *18 (collecting cases that support an expert is not permitted to testify to the opinions of other experts).

---

[1] The other broad conclusions Dr. Grandjean reached concern background information and historic studies that "focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies." Grandjean Report 7.

Defendants' First Motion in Limine to Exclude Philippe Grandjean
Case No. 17-cv-02162 EMC

*Second*, Dr. Grandjean's conclusion that studies conducted in birth cohorts in Mexico City and Canada are generalizable to the U.S. population is not "the product of reliable principles and methods." Fed. R. Evid. 702(c). An expert witness' reasoning and methodology must be disclosed in his or her expert report. *See* Fed. R. Civ. P. 26(a)(2)(B). In determining whether scientific reasoning is valid, the Court considers whether the reasoning: (1) can be and has been tested; (2) has been subject to peer review and publication; (3) has a known or potential rate of error; and (4) generally has been accepted by the scientific community. *Daubert*, 509 U.S. at 593–94. Expert testimony is unreliable and inadmissible if there is an analytical gap between the data and the conclusions. *Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997) ("[N]othing in either *Daubert* or the Federal Rules of Evidence requires a district court to admit opinion evidence that is connected to existing data only by the *ipse dixit* of the expert. A court may conclude that there is simply too great an analytical gap between the data and the opinion proffered.").

Dr. Grandjean assumes without explanation that the total exposure to fluoride observed in studies conducted in Mexico City and Canada is comparable to the U.S. population. *See, e.g.*, Grandjean Report 42 ("assuming that the U.S. population in fluoridated areas have similar urine-fluoride concentrations as Canadians"). Dr. Grandjean offered no reasoning or methodology for connecting the data in those studies to the U.S. population. Moreover, setting aside Dr. Grandjean's failure to provide a basis for his assumption, the scientific community has rejected making the same assumption that Dr. Grandjean offers here. In fact, some of the studies that Dr. Grandjean relied upon specifically acknowledge limitations in the data that prevent extrapolating the results to other populations. *See* Bashash 2017, at 11, Ex. C ("[O]ur ability to extrapolate our results to how exposures may impact on the general population is limited given the lack of data on fluoride pharmacokinetics during pregnancy. There are no reference values for urinary fluoride in pregnant women in the United States."); Bashash 2018, at 664, Ex. D ("[W]hile urinary fluoride is a valid biomarker to identify differences in exposure levels in pregnant women, it is not possible, with the currently available data, to estimate how concentration levels relate to intake."); *see also* Hu Dep. 86:19–24 (Sept. 24, 2019), Ex. E (Q: "[I]n the publication, Thomas 2016, you did not compare the results of maternal urinary fluoride levels with those levels found in the United States; is that correct?";

3

A: "Correct. And, again, because we could not find such data."); 121:3–5 (Q: "And Bashash 2017 did not attempt to generalize its findings to the United States, correct?"; A: "Correct."). Because Dr. Grandjean failed to use reliable principles and methods and ignored the analytic gap between the facts and his conclusions, his opinions regarding the generalizability of recent studies conducted outside the United States should be excluded.

## CONCLUSION

For the foregoing reasons, the Court should exclude Dr. Grandjean's expert reports and proposed testimony because the two broad opinions he intends to offer are not admissible. In the alternative, the Court should limit Dr. Grandjean's proposed testimony to exclude opinions regarding the BMD calculation and the extrapolation of results from recent prospective studies conducted in birth cohorts in Mexico City and Canada.

Date: December 6, 2019
Washington, DC

Respectfully Submitted,

*/s/ Brandon N. Adkins*
Brandon N. Adkins
Debra J. Carfora
John Thomas H. Do
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Email: brandon.adkins@usdoj.gov

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2019, a true and correct copy of the foregoing Defendant's Motion in Limine to Exclude or Limit the Testimony of Philippe Grandjean was served on counsel for Plaintiffs by email.

*/s/ Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice

# Exhibit A

U.S. FEDERAL COURT


ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA


EXPERT REPORT OF
PHILIPPE GRANDJEAN, MD, DMSc


PREPARED ON BEHALF OF
PLAINTIFFS


21 June 2019

1

## I.  INTRODUCTION

My name is Philippe Grandjean. I have been asked to provide an evaluation of the neurological health risks associated with fluoride in drinking water.

The report is based on my education and experience as a physician and environmental epidemiologist, my own research on fluoride, and on my review of the scientific literature and regulatory standards for fluoride.

### A.  Qualifications

I earned my M.D. and D.M.Sc. degrees from the University of Copenhagen, Denmark, in 1974 and 1978, respectively.

I serve as Adjunct Professor of Environmental Health at the Harvard School of Public Health (since 2003) and as Professor and Chair of Environmental Medicine at the University of Southern Denmark (since 1982). Former positions in the U.S. include Research Fellow and Senior Fulbright Scholar, Mount Sinai School of Medicine in New York (1978-1979), and Adjunct Professor of Neurology and Environmental Health, Boston University Schools of Medicine and Public Health (1994-2002). As part of my work as a civil servant in Denmark, I have served for more than 30 years as the Consultant in Toxicology to the Danish Health Authority of the Danish Ministry of Health. In the latter capacity, I have reviewed and commented on case reports, research studies, surveillance programs for populations exposed to hazardous substances, and proposed regulations on environmental chemicals. In 1984, I drafted the Environmental Criteria Document on fluoride for the World Health Organization (WHO). Ten years later, I drafted the Criteria Document for an occupational exposure limit value for fluorine for the European Commission (EC). In regard to the U.S. Environmental Protection Agency (EPA), I served on the Science Advisory Panel (SAP) Endocrine Disruptor Screening Program Subcommittee (1998-1999). Also, I served in 2006 as reviewer of the report *Fluoride in Drinking Water: A Scientific Review of EPA's Standards* prepared by the National Research Council at the request of the EPA [1]. Since 2012, I have served on the Scientific Committee of the European Environment Agency (EEA).

My research in environmental epidemiology focuses on the health effects of exposures to environmental chemicals. Most of my efforts have concentrated on environmental pollutant exposures during early human development. Following my MD degree, my thesis research was housed at the institute where Kaj Roholm became Professor of Hygiene in 1946 (until his premature death two years later). Roholm is most famous for his doctoral (D.M.Sc.) thesis published as "Fluorine Intoxication" in 1937 [2]. After my postdoctoral studies in New York, I returned to Denmark and began an examination of occupational exposure to fluoride at the industrial facility where Roholm conducted his studies. During the 1980s, I published several articles on fluoride-associated mortality, cancer incidence, and fluoride metabolism [3-8]. My recent fluoride research has been on developmental neurotoxicity [9, 10].

My research has been entirely funded by public sources, mainly the U.S. National Institutes of Health. My current funding includes an $8.5 million center grant from the Superfund

4

Research Program (National Institute of Environmental Health Sciences), where I serve as Center co-lead and PI for one of the four center projects. The Center focuses entirely on perfluorinated alkylate substances (PFASs), how they disseminate, biomagnify and lead to adverse health effects.

I have published over 500 scientific papers, of which most are research articles in international scientific journals with peer review. My h-index in the Web of Science database is 66, and my work is cited well over a thousand times every year. Seven of my articles published in the last 10 years have earned the attribute "Highly Cited Paper," i.e., they received enough citations to place them in the top 1% of published papers in the field. I just received notice that an article in PLOS Medicine that I co-authored was selected as a "2018 Paper of the Year" by the funding NIH institute, among 2,900 publications considered.[1] I have also authored or edited 20 books, including textbooks on environmental health and risk assessment.

I am regularly invited as a speaker at international conferences and other scientific events. I am (Founding) Editor-in-Chief of the open-access scientific journal, Environmental Health (since 2002), which ranks among the top 10% of journals in the field. I also serve or have served on editorial boards of about a dozen journals in the fields of medicine, environmental science, and toxicology. As editor and as reviewer for other major journals, I frequently evaluate manuscripts on environmental epidemiology and toxicology.

In addition to the appointments mentioned above, I have served on, sometimes chaired, or acted as rapporteur for, expert committees under the auspices of the WHO, the International Agency for Research on Cancer (IARC), the EPA, the European Commission, the European Food Safety Authority (EFSA), and other organizations. During my six-year membership of the EFSA expert panel on food contaminants, I participated in multiple expert groups and contributed to the 'Guidance of the Scientific Committee on Use of the benchmark dose approach in risk assessment' [11]. I currently serve on the Scientific Committee of the EU's European Environment Agency.

A copy of my most recent CV is attached as Exhibit B. A list of publications which I authored or co-authored during the past 10 years is attached as Exhibit C.

**B.    Materials relied upon**

For the purposes of this report, I have relied on my own experience, education, and training, on my own research, and on major publications concerning fluoride, in particular the literature on human neurotoxicity risks associated with fluoride exposure. The numbered references are listed in Exhibit D. Among major sources of information, I have relied upon the National Research Council (NRC) report [1] on fluoride and, among reviews on human neurotoxicity, our own meta-analysis [9] and the more recent meta-analysis by Duan [12]. I have assessed in detail the recent prospective studies, of which the one from Canada has not been formally published, and I therefore rely on the presentation of the results at an international conference in August last year as well as a master's thesis from the Canadian research group.

---

[1] https://factor.niehs.nih.gov/2019/1/feature/2-feature-papers-of-the-year/index.htm

In addition to epidemiological studies, I have considered the most relevant supporting toxicological information from laboratory animal studies and *in vitro* models to assess biological plausibility, where emphasis is placed on the expert conclusions in the reviews published by the NRC [1] and the National Toxicology Program (NTP) [13]. My review focuses on the evidence that carries the greatest weight, and I do not necessarily cite all reports that may be relevant. While summarizing available documentation, I also outline the emergence over time of the knowledge on human fluoride exposures and associated neurotoxicity risks.

C.     **Exhibits**

I may use as exhibits part or all of any of the documents or papers cited in this report including this report itself; graphs or tables drawn from data in any of those documents or papers, or any document helpful as foundation for or illustration of my testimony.

D.     **Updates and reservation**

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report. I also reserve the right to respond to any opinions on similar topics by other experts in this matter, and to respond to any criticism or comment on my opinions.

E.     **Compensation**

The Harvard T.H. Chan School of Public Health charges $300 per hour for my time in preparing this report. This compensation does not depend in any way on the content of my opinions.

F.     **Previous service as expert at deposition or trial during last 4 years**

State of Minnesota District Court for the County of Hennepin, Fourth Judicial District, Civil Action No. 27-CV-10-28862, deposition only.

United States district court for the Eastern District of Missouri (United States of America, et al. v. Ameren Missouri, Case No 4:11Cv77), deposition only.

United States district court for the District of Vermont, Case No. 5:16-cv-125, deposition only. United States district court for the District of New Hampshire, Civil Action No. 1:16-Cb-00242-Jl, deposition scheduled.


II. **SUMMARY OF OPINIONS**

The opinions expressed in this report, which I hold to a reasonable degree of scientific certainty, can be summarized as follows:

- I conclude that elevated fluoride exposure is dangerous to human health. Excessive fluoride intake causes dental fluorosis, i.e., changes in tooth enamel that range from barely noticeable white spots to staining and pitting. Fluoride is accumulated in bone, where elevated concentrations can stimulate bone growth, thereby altering the tissue structure, and weakening the skeleton. EPA's current safe drinking water standard for fluoride was established to protect against the most serious clinical signs of fluoride toxicity, i.e., crippling (stage III) skeletal fluorosis.  Neurotoxicity was not considered.

- Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure may be toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

- Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

- While existing limits for fluoride in drinking water are known not to protect against early stages of dental fluorosis, they are even less protective in regard to neurodevelopmental deficits. Applying methods for standards setting routinely used by the EPA, the recent studies on IQ deficits in children allow the calculation of a recommended limit that would protect against neurotoxicity. Such calculations show that current allowable limits for fluoride in drinking water and the levels of fluoride added in community water fluoridation programs both greatly exceed the science-based limit needed to protect against developmental neurotoxicity.

   The evidence on fluoride neurotoxicity in the general population is fairly recent and may not yet represent the full toxicological perspective, such as adverse outcomes that may occur at a delay. As has been seen on numerous occasions, the evidence available today likely underestimates the true extent of fluoride toxicity. On this background, I consider the elevated levels of fluoride exposure from drinking water in the U.S. population as a serious public health concern.

## III. BACKGROUND ON DEVELOPMENTAL NEUROTOXICITY

### A.    Emergence of brain development as vulnerable target

   Evidence has been accumulating over several decades that industrial chemicals can cause neurodevelopmental disorders that include learning disabilities, sensory deficits, developmental delays, and cerebral palsy [14], and the same is true of other neurodevelopmental deficits, such as attention deficit hyperactivity disorder (ADHD) [15]. Subclinical stages of these conditions also appear to be common, and the suspicion of a link between neurotoxic chemical

exposures and widespread neurobehavioral damage has increased since it was first raised by research demonstrating that lead is particularly toxic to the developing brain across a wide range of exposures [16-19].

The developing human brain is inherently much more susceptible to injury caused by toxic agents than the brain of an adult [20]. This susceptibility reflects the fact that in the nine months of prenatal life the human brain must evolve from a strip of cells along the dorsal ectoderm into a complex organ comprised of billions of precisely located, highly interconnected and specialized cells. Optimal brain development requires that neurons move along precise pathways from their points of origin to their assigned locations, that they establish connections with other cells near and distant, and that they learn to intercommunicate in meaningful ways [20-22].

All of these processes must take place within a tightly controlled time frame, in which each developmental stage must be reached on schedule and in the correct sequence. Because of the extraordinary complexity of human brain development, windows of unique susceptibility to toxic interference occur that have no counterpart in the mature brain, or in any other organ. Because of the unique structure of the human brain and its advanced function, no other species shows similar developmental vulnerability. If a developmental process in the brain is halted or inhibited, there is little potential for later repair, although plasticity will allow some compensation, and the consequences may therefore be permanent [20, 22].

To test chemicals for developmental neurotoxicity, standardized protocols have been developed using rodent models [23]. However, they may not necessarily be sufficiently sensitive, as rodent brains are far less complex than human brains, and intrauterine brain development is completed at a stage where the human fetal brain is still rapidly developing *in utero* for several more weeks with possible continued impact from maternal transfer of neurotoxicants [24].

During fetal development, the placenta can offer some protection against unwanted chemical exposures, but it is not an effective barrier against most environmental neurotoxicants [25]. For example, many metals easily cross the placenta, and the mercury concentration in cord blood can even exceed the one in maternal blood [26]. The blood-brain barrier, which protects the adult brain from many toxic agents, is not completely formed until about 6 months after birth [27].

Postnatally, the human brain continues to develop, and the period of heightened vulnerability therefore extends over many months through infancy and into early childhood. While most neurons have been formed by the time of birth, growth of glial cells and myelinisation of axons continue for several years and is not complete until late teenage years [21, 22].

The susceptibility of infants and children to industrial chemicals can be further amplified by their relatively increased exposures in regard to body weight, their augmented absorption rates, and diminished ability to detoxify many exogenous compounds as compared to adults [28, 29].

The Canadian study [65] showed that drinking water fluoridation leads to an average increase in urinary fluoride excretion of about 0.4 mg/L. Given the BMD results, this increase in exposure can be considered to be above the threshold for developmental neurotoxicity, and the elevated exposure will then correspond to an IQ loss of approximately 2 IQ points, using the dose dependent losses observed in the recent prospective studies [142, 144]. I shall now use this outcome as an appropriate approximation.

Because about two-thirds of the U.S. population receives fluoridated drinking water, one can assume that a similar proportion of the 4 million annual U.S. births[16] (i.e., more than 2.5 million births) are affected by fluoridation-associated exposure increases. With the 2-point average IQ loss associated with fluoridation, the 2.5 million births will lose a total estimated number of 5 million IQ points annually. This approximate number can be compared with calculations made by Professor David Bellinger on IQ losses due to major pediatric diagnoses affecting 0-to-5-year-old children [205]. According to CDC data and Bellinger's calculations, the top pediatric etiologies are preterm birth at 34 million IQ points lost and lead exposure representing 23 million IQ points lost. My estimate for fluoride is that children aged 0 to 5 years have lost approximately 25 million IQ points due to fluoridation. Fluoride exposure should therefore be considered a top risk factor for neurodevelopmental deficits. Even if this estimate is somewhat imprecise, and unevenly distributed, the order of magnitude is likely to be correct and is very considerable.

Economists have devised methods to calculate the societal gains from preventing IQ losses, as higher IQs will, on average, result in higher lifetime incomes. In terms of 2006-dollars, the value of 1 IQ point was calculated to be about $18,000 [201, 206]. In a 2008 report on monetized benefits of prevention of lead exposure, the EPA used lower cost estimates and stated that "[t]he earnings-based value-per-IQ-point lost that we apply in this analysis most likely represents a lower bound on the true value of a lost IQ point, because it is essentially a cost-of-illness measure, not a measure of an individual's willingness-to-pay (WTP) to avoid the loss of an IQ point" (p. 18) [199]. For 5 million IQ points lost per year, the annual cost from loss of income will probably approach $100 billion in current dollar values, a truly enormous cost, although it represents only the societal losses and not the costs to the individuals affected, or their families.

If we assume that a threshold does exist at approximately 0.8 mg/L in maternal urine, as suggested by the IQ findings in the ELEMENT study for the 6-to-12-year-old cohort members, then water fluoridation would still result in substantial IQ losses, as indicated by the 75th percentiles for maternal urine-fluoride concentrations in Canada [65]. The 75th percentiles are 1.04 mg/L and 0.52 mg/L for the fluoridated and non-fluoridated areas, thus only the former can be projected to exceed the assumed threshold. In fluoridated areas, pregnant women above the 75th percentile are already at least 0.29 mg/L above the hypothetical threshold, and thus 25% of the children would each experience an IQ loss of about 1.5 points or more. This would amount to over 4.5 million lost IQ points among 0-to-5-year-olds. Even this smaller amount of IQ losses exceeds the U.S. IQ losses attributed to methylmercury exposure [207]. Similar calculations can

---

[16] Centers for Disease Control. Births and Natality. Available at: https://www.cdc.gov/nchs/fastats/births.htm

be done using the data on the 95th percentiles, again assuming that the U.S. population in fluoridated areas have similar urine-fluoride concentrations as Canadians.

I have made these calculations only to illustrate the significance and impact of neurotoxicity outcomes, and I offer these crude estimates to emphasize my concern that developmental neurotoxicity due to early-life exposure to fluoride must be controlled.

G.      Conclusions

In the past, health risks associated with elevated exposures to fluoride have been downplayed in the interest of promoting community water fluoridation to prevent caries development. Although this has resulted in a biased risk assessment and inappropriately high exposure limits for fluoride in water, the situation has changed due to two developments.

First, it now appears that water fluoridation no longer has the same beneficial impact on caries prevention that it once had, and topical fluoride exposure in the oral cavity has emerged as the preferred intervention in much of the industrialized world, thereby making systemic fluoride exposure unnecessary.

Second, substantial research now documents the risks and consequences of developmental neurotoxicity associated with fluoride exposure in early life. The critical effect from fluoride exposure is no longer dental fluorosis with pitting, or crippling skeletal fluorosis that occur at highly elevated exposures. The risk assessment relied upon by the EPA is therefore outdated.

Recent research has shown that the most vulnerable life stage for many toxicants, particularly those that adversely affect the brain, is during intrauterine development. Fluoride fits into this paradigm, and efforts to control human fluoride exposures must therefore focus on pregnant women and small children.

Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure is toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

While existing limits for fluoride in drinking water are known not to protect against early stages of fluorosis, they are even less protective regarding neurodevelopmental deficits. Applying methods for standards setting routinely used by the EPA, the recent studies on

42

IQ deficits in children allow the calculation of a recommended limit that would protect against neurotoxicity. Such calculations show that current allowable limits for fluoride in drinking water and the levels of fluoride added in community water fluoridation programs both greatly exceed a science-based limit that would protect against developmental neurotoxicity.

The evidence on fluoride neurotoxicity in the general population is fairly recent and unlikely to represent the full toxicological perspective, including adverse effects that may occur at a delay. As has been seen on numerous occasions, the evidence available today may underestimate the true extent of fluoride toxicity. With a reasonable degree of scientific certainty, I therefore consider the elevated levels of fluoride exposure in the U.S. population as a serious public health concern.

## VIII.   AFFIRMATION

I affirm that the foregoing is a true and correct statement of my opinions in this matter and the grounds for those opinions.

Philippe Grandjean
21 June 2019

43

# Exhibit B

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4   FOOD & WATER WATCH, INC., et al.,  ) Case No.

                                       ) 3:17-CV-02162-EMC

5              Plaintiffs,             )

                                       )

6        v.                            )

                                       )

7   UNITED STATES ENVIRONMENTAL        )

    PROTECTION AGENCY, et al.,         )

8                                      )

               Defendants.             )

9   -----------------------------------)

10

11                     - - -

12              FRIDAY, SEPTEMBER 13, 2019

13                     - - -

14

15       Videotaped deposition of PHILLIPE GRANDJEAN,

16   M.D., PH.D., taken at the offices of U.S. Department

17   of Justice, 4 Constitution Square, 150 M Street N.E.,

18   Room 5.1405, Washington, D.C., beginning at 9:10 a.m.,

19   before Nancy J. Martin, a Registered Merit Reporter,

20   Certified Shorthand Reporter.

21

    Job No. CS3520657

22

Page 93

1    the academic tradition.

2        Q.   Okay.  But I don't know if that answers my

3    question.  My question is did you write it?

4            MR. CONNETT:  Asked and answered.

5            THE WITNESS:  Okay.  I think it's the same

6    thing in legal practice, that if you produce a

7    document from the DOJ, it may be submitted on behalf

8    of the secretary but the secretary didn't write it,

9    but the secretary was the one responsible for the

10   thinking behind it and for the approach, and then

11   there were people contributing to various parts of it.

12           And I don't remember how many percent of the

13   wording -- maybe it was 50 percent.  But in science

14   when you collaborate -- I mean as a journalist, I have

15   to say if the person is listed as an author, that

16   person must have contributed intellectually, not just

17   lending the colleagues an instrument or sending them a

18   useful reference.

19   BY MS. CARFORA:

20       Q.   Okay.  So what was your intellectual

21   contribution to the BMD calculations for lead?

22           MR. CONNETT:  Asked and answered.  Overbroad.

Page 94

1              THE WITNESS:  Let me explain -- I wrote my

2        doctoral thesis on lead.  I'm well versed in the

3        field.  I know the colleagues who have done studies.

4        I mean WHO sent me to Australia to participate on

5        their behalf in a meeting to coordinate efforts in

6        New Zealand and Australia in regard to controlling led

7        exposure in children.  I know these colleagues.

8              And therefore I initiated this project so

9        that we could provide the best and highest quality

10       evidence as guidance for, you know, improved public

11       health in this field because lead is an ongoing hazard

12       to brain development even in America where we have

13       regulated lead in various ways and lead exposures have

14       decreased, but it's still a hazard.

15       BY MS. CARFORA:

16            Q.  Okay.  Did you do the BMD calculations in

17       that paper?

18            A.  No.

19            Q.  Okay.  Did you do the BMD calculations in

20       your expert report in this matter?

21            A.  I can do them, and I know how to do it.  The

22       formula is here.  So it's easy to do.  I think you

Phillipe Grandjean                                   September 13, 2019

Page 95

1    could do it.

2         Q.   But did you do it?

3         A.   No.   I decided I would rather have the

4    chairman of biostatistics be responsible for that

5    because he is a world expert on benchmark dose.   I

6    wouldn't trust myself.

7         Q.   Okay.   So you sent Exben an E-mail and asked

8    him to do the benchmark dose analysis for your expert

9    report in this matter; is that right?

10        A.   That is correct.

11        Q.   Okay.   And then he responded to you and,

12   presumably, I'm pretty sure you cut-and-pasted what

13   was in his E-mail into your expert report; is that

14   right?

15        A.   As I explained in my report.

16        Q.   Just very quickly, you testified a little bit

17   earlier about not -- I think you said you didn't

18   understand exactly how all of EPA's processes went for

19   reference dose in BMD calculations.   And I guess my

20   question for you, then, is if you weren't sure how

21   they worked, why did you use them for your expert

22   report here?

Phillipe Grandjean                                    September 13, 2019

Page 96

1           MR. CONNETT:  Overbroad.  Argumentative.

2    Vague and ambiguous.

3           THE WITNESS:  Okay.  So let me just be clear.

4    I have a reasonable understanding of what EPA does

5    because I mean I was working so closely with EPA on

6    methylmercury because EPA and the National Research

7    Council decided that my research should provide the

8    basis for a reference dose.  You know, that was in

9    2001, and I think the National Research Council report

10   was in 2000.

11          And we worked together on using the research

12   data that I had gathered so that EPA could do a proper

13   risk assessment and generate a reference dose for

14   methylmercury.  And this is now what's being updated

15   with the people.

16          So I do have a fair understanding of the

17   procedures and, you know, how risk assessments are

18   carried out in EPA.  I wouldn't say that I'm able to

19   give you a detailed explanation of all the details.

20   BY MS. CARFORA

21       Q.  Okay.  Does fluoride's toxicity depend on

22   root of exposure?

Phillipe Grandjean                              September 13, 2019

Page 115

1   fluoride exposure, then if we have a co-variant

2   without imprecision -- and age is usually very exactly

3   measured -- it can steal some of the variants from

4   fluoride so that statistics will attribute some of the

5   variation in the IQ to the differences in age

6   improperly because it's really due to the fact that

7   you don't know exactly what the fluoride exposure was.

8   You just have the proxy variable that suggests the

9   approximate exposure level.

10          So there are issues like that that you have

11  to take into regard.  So for me to give you a

12  straight, general answer, if you just check these

13  points here, you're safe.  You know, weight of

14  evidence assessment has to -- it depends on the

15  circumstances.  It's a specific field, and the

16  particular methods used and having done research in

17  this field for many, many years, I think I know the

18  pitfalls and I know the strengths and weaknesses of

19  the methodologies used, and that's what I rely on.

20  BY MS. CARFORA:

21       Q.  You rely on your own knowledge?

22       A.  We all do.  I think I have a respectable

Page 116

1    record in the field so that I can properly -- and

2    also, I assess maybe 500 manuscripts a year from my

3    journal.  I have a reasonable experience so that I can

4    judge the quality and the reliability, the weight of

5    the evidence.

6         Q.  Do you think that it's important for somebody

7    who might be reading your opinion, or any opinion or

8    any research paper that you do, to understand what

9    considerations you're taking into account by judging

10   the validity of a study?

11        A.  I think I understand this suggestion and I

12   put --

13        Q.  I'm not -- no.  Hang on a second.  We've been

14   through this.  Okay?  I would ask you to -- you know,

15   if you don't understand my question, ask me.  But,

16   please, if you could just answer the question I'm

17   asking you as opposed to assuming I'm asking you about

18   something different, it's really going to make

19   things -- I'm just asking you general questions right

20   now.

21        MR. CONNETT:  The witness was directly

22   answering your question, and you just cut him off

Phillipe Grandjean                                          September 13, 2019

                                                            Page 117

1    again.

2            So I'd ask the witness if there's additional

3    testimony that you were going to provide, please

4    provide it.

5            MS. CARFORA:  He said --  I asked the

6    question, and the answer was, "I think I understand

7    this suggestion."  That's how he started his question.

8    All I'm asking is --

9            MR. CONNETT:  He went on to answer your

10   question and you cut him off.

11           MS. CARFORA:  He went on to answer a question

12   he thought I was asking.  He said, "I think I

13   understand this suggestion," which --

14           MR. CONNETT:  That's not a basis to cut the

15   witness off.

16           MS. CARFORA:  I think it is.  I think what

17   that suggests is that he doesn't understand my

18   question and I --

19           MR. CONNETT:  I think he just said, "I think

20   I understand" your question, and he's going to now

21   answer the question.

22           MS. CARFORA:  No, I'm sorry.  The testimony

Exhibit C

Research

A Section 508–conformant HTML version of this article
is available at https://doi.org/10.1289/EHP655.

# Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico

Morteza Bashash,[1] Deena Thomas,[2] Howard Hu,[1] E. Angeles Martinez-Mier,[3] Brisa N. Sanchez,[2] Niladri Basu,[4] Karen E. Peterson,[2,5,6] Adrienne S. Ettinger,[2] Robert Wright,[7] Zhenzhen Zhang,[2] Yun Liu,[2] Lourdes Schnaas,[8] Adriana Mercado-García,[9] Martha María Téllez-Rojo,[9] and Mauricio Hernández-Avila[9]

[1]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada
[2]University of Michigan School of Public Health, Ann Arbor, Michigan, USA
[3]Indiana University School of Dentistry, Indiana University-Purdue University Indianapolis, Indianapolis, Indiana, USA
[4]Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, Quebec, Canada
[5]Center for Human Growth and Development, University of Michigan, Ann Arbor, Michigan, USA
[6]Harvard T.H. Chan School of Public Health, Boston, Massachusetts, USA
[7]Icahn School of Medicine at Mount Sinai, New York, New York, USA
[8]Instituto Nacional de Perinatología, Mexico City, Mexico
[9]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

**BACKGROUND:** Some evidence suggests that fluoride may be neurotoxic to children. Few of the epidemiologic studies have been longitudinal, had individual measures of fluoride exposure, addressed the impact of prenatal exposures or involved more than 100 participants.

**OBJECTIVE:** Our aim was to estimate the association of prenatal exposure to fluoride with offspring neurocognitive development.

**METHODS:** We studied participants from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. An ion-selective electrode technique was used to measure fluoride in archived urine samples taken from mothers during pregnancy and from their children when 6–12 y old, adjusted for urinary creatinine and specific gravity, respectively. Child intelligence was measured by the General Cognitive Index (GCI) of the McCarthy Scales of Children's Abilities at age 4 and full scale intelligence quotient (IQ) from the Wechsler Abbreviated Scale of Intelligence (WASI) at age 6–12.

**RESULTS:** We had complete data on 299 mother–child pairs, of whom 287 and 211 had data for the GCI and IQ analyses, respectively. Mean (SD) values for urinary fluoride in all of the mothers ($n = 299$) and children with available urine samples ($n = 211$) were 0.90 (0.35) mg/L and 0.82 (0.38) mg/L, respectively. In multivariate models we found that an increase in maternal urine fluoride of 0.5 mg/L (approximately the IQR) predicted 3.15 (95% CI: −5.42, −0.87) and 2.50 (95% CI −4.12, −0.59) lower offspring GCI and IQ scores, respectively.

**CONCLUSIONS:** In this study, higher prenatal fluoride exposure, in the general range of exposures reported for other general population samples of pregnant women and nonpregnant adults, was associated with lower scores on tests of cognitive function in the offspring at age 4 and 6–12 y. https://doi.org/10.1289/EHP655

## Introduction

Community water, salt, milk, and dental products have been fluoridated in varying degrees for more than 60 y to prevent dental caries, while fluoride supplementation has been recommended to prevent bone fractures (Jones et al. 2005). In addition, people may be exposed to fluoride through the consumption of naturally contaminated drinking water, dietary sources, dental products, and other sources (Doull et al. 2006). Whereas fluoride is added to drinking water [in the United States at levels of 0.7–1.2 mg/L (Doull et al. 2006)] to promote health, populations with exceptionally high exposures, often from naturally contaminated drinking water, are at risk of adverse health effects, including fluorosis.

In the United States, the U.S. Environmental Protection Agency (EPA) is responsible for establishing maximum permissible concentrations of contaminants, including fluoride, in public drinking-water systems. These standards are guidelines for restricting the amount of fluoride contamination in drinking water, not

standards for intentional drinking-water fluoridation. In 2006 the U.S. EPA asked the U.S. National Research Council (NRC) to reevaluate the existing EPA standards for fluoride contamination, including the maximum contaminant level goal (MCLG, a concentration at which no adverse health effects are expected) of 4 mg/L, to determine if the standards were adequate to protect public health (Doull et al. 2006). The committee concluded that the MCLG of 4 mg/L should be lowered because it puts children at risk of developing severe enamel fluorosis, and may be too high to prevent bone fractures caused by fluorosis (Doull et al. 2006). The Committee also noted some experimental and epidemiologic evidence suggesting that fluoride may be neurotoxic (Doull et al. 2006).

The National Toxicology Program (NTP) recently reviewed animal studies on the effects of fluoride on neurobehavioral outcomes and concluded that there was a moderate level of evidence for adverse effects of exposures during adulthood, a low level of evidence for effects of developmental exposures on learning and memory, and a need for additional research, particularly on the developmental effects of exposures consistent with those resulting from water fluoridation in the United States (Doull et al. 2006; NTP 2016). Human studies have shown a direct relationship between the serum fluoride concentrations of maternal venous blood and cord blood, indicating that the placenta is not a barrier to the passage of fluoride to the fetus (Shen and Taves, 1974). Fluoride was shown to accumulate in rat brain tissues after chronic exposures to high levels, and investigators have speculated that accumulation in the hippocampus might explain effects on learning and memory (Mullenix et al. 1995). An experimental study on mice has shown that fluoride exposure may have adverse effects on neurodevelopment, manifesting as both cognitive and behavioral abnormalities later in life (Liu et al. 2014).

Please send correspondence to M. Bashash, Dalla Lana School of Public Health, 6th floor, 155 College St., Toronto, Ontario M5R3M7 Canada. Telephone: +1-416-978-6512. Email: m.bashash@utoronto.ca

Supplemental Material is available online (https://doi.org/10.1289/EHP655).

The authors declare they have no actual or potential competing interests.

Received 14 June 2016; Revised 8 May 2017; Accepted 9 May 2017; Published 19 September 2017.

Note to readers with disabilities: *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehponline@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

between adjusted and unadjusted associations between $MUF_{cr}$ and GCI or IQ when socioeconomic status (family possession), maternal bone lead, and blood mercury, were added to models (Table 4). However, the effect estimates associated with $MUF_{cr}$ for these analyses appear to be higher in the subsets with available data for these variables.

Adding tester (psychologist who performed WASI) in the model did not substantially change the results (data not shown). In the sensitivity analyses in which we excluded Cohort 3 participants who received the calcium supplement, we continued to observe a negative association between $MUF_{cr}$ and GCI [0.5 mg/L increase in $MUF_{cr}$ associated with 3.67 lower GCI (95% CI: −6.57, −0.77), $n = 194$]; and between $MUF_{cr}$ and IQ [0.5 mg/L increase in $MUF_{cr}$ associated with 3.23-lower IQ (95% CI: −5.88, −0.57), $n = 136$].

In sensitivity analyses in which we re-ran models that included the 10 outliers with respect to fluoride exposure (for each of seven participants already in our models, an additional value of $MUF_{cr}$ [from a different trimester]; for three participants, a value of $MUF_{cr}$ that then allowed the participants to be added to our models), the results did not change in any meaningful way (data not shown). There were no outliers with respect to cognitive outcomes.

### Independent Influence of Child Fluoride Exposure

Finally, in models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by their specific gravity–adjusted urinary fluoride levels) and IQ score and that contained the main covariates of interest, there was not a clear, statistically significant association between contemporaneous children's urinary fluoride ($CUF_{sg}$) and IQ either unadjusted or adjusting for $MUF_{cr}$. A 0.5 mg/L increase in $CUF_{sg}$ was associated with a 0.89 lower IQ (95% CI: −2.63, 0.85) when not adjusting for $MUF_{cr}$; and 0.77-lower IQ (95% CI: −2.53, 0.99), adjusting for $MUF_{cr}$ ($n = 189$).

### Discussion

In our study population of Mexican women and children, which accounted for two of the three cohorts included in the ELEMENT study, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 y old, and with lower Full-Scale IQ scores at 6–12 y old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

Overall, our results are somewhat consistent with the ecological studies suggesting children who live in areas with high fluoride exposure (ranging from 0.88 to 11.0 mg/L fluoride in water, when reported) have lower IQ scores than those who live in low-exposure or control areas (ranging from 0.20 to 1.0 mg/L fluoride in water) (Choi et al. 2012) and with results of a pilot study of 51 children (mean age 7 y) from southern Sichuan, China, that reported that children with moderate or severe dental fluorosis (60% of the study population) had lower WISC-IV digit span scores than other children (Choi et al. 2015). A distinction is that

our study, which was longitudinal with repeated measures of exposure beginning in the prenatal period, found associations with respect to prenatal fluoride exposures.

To our knowledge, the only other study that is similar to ours was only recently published. Valdez Jiménez et al. (2017) studied the association of prenatal maternal urinary fluoride levels (not corrected for dilution) and scores on the Bayley Scales of Infant Development II among 65 children evaluated at age 3–15 mo (average of 8 mo). The mothers in their study had urinary fluoride levels of which the means at each of the three trimesters of pregnancy (1.9, 2.0, 2.7 mg/L) were higher than the mean $MUF_{cr}$ in our participants (0.88 mg/L) (Valdez Jiménez et al. 2017). These levels of exposure were found to be associated with statistically significantly lower scores on the Bayley Scales' Mental Development Index (MDI) score after adjusting for gestational age, age of child, a marginality index, and type of drinking water (Valdez Jiménez et al. 2017). By comparison, our study had much longer periods of follow-up and larger sample sizes, controlled for a much larger set of covariates and sensitivity variables, and used creatinine–corrected urinary fluoride measures (which, by adjusting for urinary dilution effects, provides a more reliable measure of internal fluoride exposure).

With respect to understanding the generalizability of our findings to other populations, there are very few studies that measured prenatal fluoride levels among women derived from population-based samples. Gedalia et al. (1959) measured urinary fluoride in multiple samples collected from each of 117 healthy pregnant women living in Jerusalem, where fluoride in the water was approximate 0.50 mg/L, and reported mean levels per person that ranged from 0.29 to 0.53 mg/L. However, these analysis were not conducted utilizing modern analytical techniques. In a study of 31 pregnant women living in Poland, Opydo-Szymaczek and Borysewicz-Lewicka (2005) measured urinary fluoride in healthy pregnant women patients of a maternity hospital in Poland, where fluoride in the water ranged from 0.4 to 0.8 mg/L, and found a mean level of 0.65 mg/L for women in their 28th week of pregnancy, 0.84 mg/L in their 33rd week, and 1.30 mg/L in healthy non-pregnant women of similar age. This would suggest that the mothers in our study, who had a mean $MUF_{cr}$ value of 0.90 mg/L, had fluoride exposures slightly higher than prior-mentioned populations.

In terms of comparing our findings with other studies of fluoride (using urinary fluoride as a biomarkers of exposure) and intelligence (i.e., those not involving prenatal exposures), of the 27 epidemiological studies on fluoride and IQ reviewed by Choi et al. in their 2012 meta-analysis, only 2 had measures of urinary fluoride. Both were of urinary fluoride measures in children (not pregnant mothers), and neither corrected for dilution (either by correcting for urinary creatinine or specific gravity). Of these two, in comparison with the urinary fluoride levels of both our mothers (0.88 mg/L) and our children (0.82 mg/L), the mean levels of children's urinary fluoride were higher in the non-fluorosis (1.02 mg/L) and high-fluorosis (2.69 mg/L) groups found by Li et al. (1995) as well as the control (1.5 mg/L) and high-fluorosis (5.1 mg/L) groups described by Wang et al. (2007).

Among the limitations of our study are that we measured fluoride in spot (second morning void) urine samples instead of 24-hr urine collections. However, others have noted a close relationship between the fluoride concentrations of early morning samples and 24-hr specimens (Watanabe et al. 1994; Zohouri et al. 2006). Another limitation relates to the potential differences in the distribution of covariates over our study cohorts, raising the issue of potential bias. In the analyses we conducted across cohorts, we saw that, in comparison with Cohort 3, Cohort 2A clearly had

higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). However, we saw no other differences and the differences in these measures have a clear likely explanation: Cohort 2A had bone lead levels measured in 1997–2001 and Cohort 3 had bone lead levels measured in 2001–2005. Given that environmental lead and mercury exposures were steadily decreasing during this time interval (due to the phase-out of lead from gasoline), this difference likely relates to an exposure–time–cohort effect. We do not anticipate that this phenomenon would have introduced a bias in our analyses of fluoride and cognition controlling for bone lead.

Another limitation relates to the missing data that pertain to our covariate and sensitivity variables. In the comparisons of participants in relation to missing data (Table 2A,B), the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses, and the mean levels of maternal blood Hg for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively. We also note that the coefficients for the associations between fluoride on cognition varied substantially in some of the sensitivity analyses, particularly with respect to the subgroups of participants who have data on SES, lead exposure, and mercury exposure (of which, for the latter, the effect estimates almost doubled). We do not have a ready explanation for this phenomenon, given that there is no obvious way that each of the selection factors governing which mothers had these measurements (discussed above) could have influenced the fluoride–cognition relationship. Nevertheless, it is not possible to entirely rule out residual confounding or in the population as a whole (that might have been detected had we had full data on larger sample sizes) or bias (should the subpopulations that had the data for analysis have a different fluoride–cognition relationship than those participants who were excluded from the analyses).

Other limitations include the lack of information about iodine in salt, which could modify associations between fluoride and cognition; the lack of data on fluoride content in water given that determination of fluoride content is not reported as part of the water quality monitoring programs in Mexico; and the lack of information on other environmental neurotoxicants such as arsenic. We are not aware of evidence suggesting our populations are exposed to significant levels of arsenic or other known neurotoxicants; nevertheless, we cannot rule out the potential for uncontrolled confounding due to other factors, including diet, that may affect urinary fluoride excretion and that may be related to cognition.

Another potential limitation is that we adjusted maternal urinary fluoride levels based on urinary creatinine, whereas we adjusted children's urinary fluoride levels based on urinary specific gravity; however, these two methods are almost equivalent in their ability to account for urinary dilution. We also had no data to assess the inter-examiner reliability of the testers administering the WASI test; however, the excellent reliability of these same testers in administering the McCarthy tests provides some reassurance that the WASI tests were conducted in a consistent manner.

Finally, our ability to extrapolate our results to how exposures may impact on the general population is limited given the lack of data on fluoride pharmacokinetics during pregnancy. There are no reference values for urinary fluoride in pregnant women in the United States. The Centers for Disease Control and Prevention has not included fluoride as one of the population exposures measured in urine or blood samples in its nationally representative sampling. The WHO suggests a reference value of 1 mg/L for healthy adults when monitoring renal fluoride excretion in community preventive programs (Marthaler 1999). As part of the NRC's review of the fluoride drinking-water standard, it was noted that healthy adults exposed to optimally fluoridated water had urinary fluoride concentrations ranging from 0.62 to 1.5 mg/L.

## Conclusion

In this study, higher levels of maternal urinary fluoride during pregnancy (a proxy for prenatal fluoride exposure) that are in the range of levels of exposure in other general population samples of pregnant women as well as nonpregnant adults were associated with lower scores on tests of cognitive function in the offspring at 4 and 6–12 y old.

Community water and salt fluoridation, and fluoride toothpaste use, substantially reduces the prevalence and incidence of dental caries (Jones et al. 2005) and is acknowledged as a public health success story (Easley 1995). Our findings must be confirmed in other study populations, and additional research is needed to determine how the urine fluoride concentrations measured in our study population are related to fluoride exposures resulting from both intentional supplementation and environmental contamination. However, our findings, combined with evidence from existing animal and human studies, reinforce the need for additional research on potential adverse effects of fluoride, particularly in pregnant women and children, and to ensure that the benefits of population-level fluoride supplementation outweigh any potential risks.

## Acknowledgments

This study was supported by the U.S. National Institutes of Health (NIH; grants R01ES021446 and R01-ES007821); the National Institute of Environmental Health Sciences/the U.S. Environmental Protection Agency (NIEHS/EPA; grant P01ES022844), the NIEHS (grant P42-ES05947 and NIEHS Center Grant P30ES017885), and by the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA. David Bellinger collaborated on the design and execution of this study's cognitive testing.

## References

Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, et al. 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ Health Perspect 119(10):1436–1441, PMID: 21715242, https://doi.org/10.1289/ehp.1003184.

Baez R, Petersen PE, Marthaler T. 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. Geneva, Switzerland:World Health Organization.

Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, et al. 2014. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res 135:63–69, PMID: 25262076, https://doi.org/10.1016/j.envres.2014.08.029.

Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, et al. 2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology 33(5):1040–1047, PMID: 22579785, https://doi.org/10.1016/j.neuro.2012.04.022.

Caldwell BM, Bradley RH. 2003. Administration Manual: HOME Observation for Measurement of the Environment. Little Rock, AK:University of Arkansas at Little Rock.

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 120(10):1362–1368, PMID: 22820538, https://doi.org/10.1289/ehp.1104912.

Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, et al. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot

study. Neurotoxicol Teratol 47:96–101, PMID: 25446012, https://doi.org/10.1016/j.ntt.2014.11.001.

Doull J, Boekelheide K, Farishian B, Isaacson R, Klotz J, Kumar J, et al. 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards.* Committee on Fluoride in Drinking Water, Board on Environmental Studies and Toxicology, Division on Earth and Life Studies, National Research Council of the National Academies. Washington, DC:National Academies Press.

Easley MW. 1995. Celebrating 50 years of fluoridation: a public health success story. Br Dent J 178(2):72–75, PMID: 7848761, https://doi.org/10.1038/sj.bdj.4808658.

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, et al. 2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ Health Perspect 117(1):26–31, PMID: 19165383, https://doi.org/10.1289/ehp.11868.

Gedalia I, Brzezinski A, Bercovici B. 1959. Urinary fluorine levels in women during pregnancy and after delivery. J Dent Res 38(3):548–551, PMID: 13654605, https://doi.org/10.1177/00220345590380031701.

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics 110(1):110–118, PMID: 12093955.

Grandjean P, Herz KT. 2011. Methylmercury and brain development: imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 78(1):107–118, PMID: 21259267, https://doi.org/10.1002/msj.20228.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, et al. 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730–1735, PMID: 17107860, https://doi.org/10.1289/ehp.9067.

Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, et al. 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect 124(6):868–874, PMID: 26645203, https://doi.org/10.1289/ehp.1510067.

Jones S, Burt BA, Petersen PE, Lennon MA. 2005. The effective use of fluorides in public health. Bull World Health Organ 83:670–676.

Juárez-López M, Hernández-Guerrero JC, Jiménez-Farfán D, Molina-Frechero N, Murrieta-Pruneda F, Lopez-Jimenez G. 2007. Fluoride Urinary Excretion in Mexico City's Preschool Children [in Spanish]. Revista de investigacion clinica; organo del Hospital de Enfermedades de la Nutricion 60:241–247.

Julvez J, Ribas-Fito N, Torrent M, Forns M, Garcia-Esteban R, Sunyer J. 2007. Maternal smoking habits and cognitive development of children at age 4 years in a population-based birth cohort. Int J Epidemiol 36(4):825–832, PMID: 17550944, https://doi.org/10.1093/ije/dym107.

Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, et al. 2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638–643, PMID: 21592505, https://doi.org/10.1016/j.jpeds.2011.03.043.

Li XS, Zhi JL, Gao RO. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28(4):189–192.

Liu F, Ma J, Zhang H, Liu P, Liu YP, Xing B, et al. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 124:1–7, PMID: 24184405, https://doi.org/10.1016/j.physbeh.2013.10.027.

Marthaler T. 1999. *Monitoring of Renal Fluoride Excretion in Community Preventive Programmes on Oral Health.* Geneva, Switzerland:World Health Organization.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int Dent J 55(2):93–99, PMID: 15880964.

McCarthy D. 1991. *Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide [in Spanish].* Madrid, Spain:TEA Ediciones.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17(2):169–177, PMID: 7760776.

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC:NTP.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38:312–317.

Puertas R, Lopez-Espinosa MJ, Cruz F, Ramos R, Freire C, Pérez-García M, et al. 2010. Prenatal exposure to mirex impairs neurodevelopment at age of 4 years. Neurotoxicology 31(1):154–160, PMID: 19818364, https://doi.org/10.1016/j.neuro.2009.09.009.

Renteria L, Li ST, Pliskin NH. 2008. Reliability and validity of the Spanish language Wechsler Adult Intelligence Scale (3rd Edition) in a sample of American, urban, Spanish-speaking Hispanics. Clin Neuropsychol 22(3):455–470, PMID: 17853132, https://doi.org/10.1080/13854040701336428.

Secretaría-de-Salud. 1995. Norma oficial Mexicana nom-040-ssa-1-1993. *Sal yodatada y sal fluorada* [in Spanish]. México:Diario Oficial de la Federación, 12–27.

Secretaría-de-Salud. 1996. Norma oficial Mexicana nom-127-ssa1-1994. Salud ambiental. Agua para uso y consumo humano. *Límites permisibles de calidad y tratamientos a que debe someterse el agua para su potabilización* [in Spanish]. México:Diario Oficial de la Federación, 41–46.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstet Gynecol 119(2):205–207, PMID: 4823388.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 150:489–495, PMID: 27423051, https://doi.org/10.1016/j.envres.2016.06.046.

Usuda K, Kono K, Shimbo Y, Fujihara M, Fujimoto K, Kawano A, et al. 2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol Trace Elem Res 119(1):27–34, PMID: 17914216, https://doi.org/10.1007/s12011-007-0044-6.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride and cognitive development in infants. Neurotoxicology 59:65–70, PMID: 28077305, https://doi.org/10.1016/j.neuro.2016.12.011.

Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 115(4):643–647, PMID: 17450237, PubMed Central PMCID: PMC1852689. https://doi.org/10.1289/ehp.9270.

Watanabe M, Kono K, Orita Y, Ydote T, Usuda K, Takahashi Y, et al. 1994. *Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine.* In: *Proceedings of the XXth Conference of the International Society for Fluoride Research, Beijing, China.* Beijing, China: Ministry of Public Health of People's Republic of China, 246–247.

Wechsler D. 1999. *Wechsler Abbreviated Scale of Intelligence.* San Antonio, TX: Psychological Corporation.

Wechsler D, Jorge M, Velaco A. 1981. *WAIS-Español: Escala de Inteligencia para Adultos: El Manual Moderno [in Spanish].* México, DF:El Manual Moderno, S.A.

Zohouri F, Swinbank C, Maguire A, Moynihan P. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, https://doi.org/10.1111/j.1600-0528.2006.00269.x.

Exhibit D

Environment International 121 (2018) 658–666

Contents lists available at ScienceDirect

## Environment International

journal homepage: www.elsevier.com/locate/envint



# Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City



Morteza Bashash[a,*], Maelle Marchand[a], Howard Hu[a,1], Christine Till[b], E. Angeles Martinez-Mier[c], Brisa N. Sanchez[d], Niladri Basu[e], Karen E. Peterson[d,f,g], Rivka Green[b], Lourdes Schnaas[h], Adriana Mercado-García[i], Mauricio Hernández-Avila[i], Martha María Téllez-Rojo[i]

[a] Dalla Lana School of Public Health, University of Toronto, Toronto, ON, Canada
[b] Faculty of Health - Department of Psychology, York University, ON, Canada
[c] Indiana University School of Dentistry, Indianapolis, IN, United States of America
[d] University of Michigan School of Public Health, Ann Arbor, MI, United States of America
[e] Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, QC, Canada
[f] Center for Human Growth and Development, University of Michigan, Ann Arbor, MI, United States of America
[g] Harvard W.T. Chan School of Public Health, Boston, MA, United States of America
[h] Instituto Nacional de Perinatología, Mexico City, Mexico
[i] Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

A R T I C L E   I N F O

Handling Editor: Yong Guan Zhu

Keywords:
Fluoride
Pregnancy
Neurobehavioral
ADHD

A B S T R A C T

*Background:* Epidemiologic and animal-based studies have raised concern over the potential impact of fluoride exposure on neurobehavioral development as manifested by lower IQ and deficits in attention. To date, no prospective epidemiologic studies have examined the effects of prenatal fluoride exposure on behavioral outcomes using fluoride biomarkers and sensitive measures of attention.
*Objective:* We aimed to examine the association between prenatal fluoride exposure and symptoms associated with attention-deficit/hyperactivity disorder (ADHD).
*Method:* 213 Mexican mother-children pairs of the Early Life Exposures to Environmental Toxicants (ELEMENT) birth cohort study had available maternal urinary samples during pregnancy and child assessments of ADHD-like behaviors at age 6–12. We measured urinary fluoride levels adjusted for creatinine ($MUF_{cr}$) in spot urine samples collected during pregnancy. The Conners' Rating Scales-Revised (CRS-R) were completed by mothers, and the Conners' Continuous Performance Test (CPT-II) was administered to the children.
*Results:* Mean $MUF_{cr}$ was 0.85 mg/L (SD = 0.33) and the Interquartile Range (IQR) was 0.46 mg/L. In multivariable adjusted models using gamma regression, a 0.5 mg/L higher $MUF_{cr}$ (approximately one IQR higher) corresponded with significantly higher scores on the CRS-R for DSM-IV Inattention (2.84 points, 95% CI: 0.84, 4.84) and DSM-IV ADHD Total Index (2.38 points, 95% CI: 0.42, 4.34), as well as the following symptom scales: Cognitive Problems and Inattention (2.54 points, 95% CI: 0.44, 4.63) and ADHD Index (2.47 points; 95% CI: 0.43, 4.50). The shape of the associations suggested a possible celling effect of the exposure. No significant associations were found with outcomes on the CPT-II or on symptom scales assessing hyperactivity.
*Conclusion:* Higher levels of fluoride exposure during pregnancy were associated with global measures of ADHD and more symptoms of inattention as measured by the CRS-R in the offspring.

*Abbreviations:* ADHD, attention-deficit hyperactivity disorder; cm³, cubic centimeters; CNS, Central Nervous System; CPT-II, Conners' Continuous Performance Test – Second Edition; CRS-R, Conners' Rating Scale – Revised; $CUF_{sg}$, specific gravity adjusted child urinary fluoride; DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; ELEMENT, Early Life Exposures in Mexico to Environmental Toxicants; EPA, U.S. Environmental Protection Agency; HOME, Home Observation for Measurement of the Environment; L, liter; mg, milligram; $MUF_{cr}$, creatinine adjusted maternal urinary fluoride; SD, Standard Deviation; SE, Standard Error

* Corresponding author at: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.
*E-mail addresses:* m.bashash@utoronto.ca (M. Bashash), howard.hu@utoronto.ca (H. Hu).
[1] Reprint requests: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.

https://doi.org/10.1016/j.envint.2018.09.017
Received 4 June 2018; Received in revised form 20 August 2018; Accepted 8 September 2018
Available online 10 October 2018
0160-4120/ © 2018 Elsevier Ltd.

M. Bashash et al.                                                                    *Environment International 121 (2018) 658–666*

**Table 1** (*continued*)

|  | Cohort [a] | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **Omission Errors** | 2 A | 67 | 51.76 (48.49, 55.03) | *.024* |
|  | 3 Ca | 80 | 57.56 (54.25, 60.87) |  |
|  | 3 Placebo | 63 | 56.80 (53.89, 59.70) |  |
|  | Total | 210 | 55. 48 (53.62, 57.34) |  |
| **Commission Errors** | 2 A | 67 | 46.99 (44.43, 49.55) | *.007* |
|  | 3 Ca | 80 | 51.18 (49.17, 53.20) |  |
|  | 3 Placebo | 63 | 51.37 (49.59, 53.16) |  |
|  | Total | 210 | 49.90 (48.65, 51.15) |  |
| **Hit Reaction Time** | 2 A | 67 | 49.43 (47.00, 51.86) | *.016* |
|  | 3 Ca | 80 | 53.77 (51.35, 56.18) |  |
|  | 3 Placebo | 63 | 54.05 (51.49, 56.60) |  |
|  | Total | 210 | 52.46 (51.03, 53.90) |  |

*Cohort: 2 A; ELEMENT Cohort 2A, an observational birth cohort from 1997 to 2001. 3 Ca and 3 Placebo, ELEMENT Cohort 3, a randomized double-blind placebo-controlled trial of calcium supplements from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. 1) SES, socioeconomic status; 2) MUFcr, Creatinine adjusted maternal urinary fluoride; 3) CRS-R, Conners' Rating Scale – Revised; CPT-II; 4) ADHD, Attention Deficit Hyperactivity Disorder; 5) DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; 6) CPT-II, Conners' Continuous Performance Test – Second Edition.

**Table 2**

Multivariate[a] gamma regression models of differences across CRS-R and CPT-II scores per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$).

|  | β | 95% CI | | p |
|---|---|---|---|---|
| *CRS-R scores (N = 210)* |  |  |  |  |
| Cognitive Problems + Inattention | 2.54 | 0.44 | 4.63 | *.0178* |
| Restless-Impulsive | 1.92 | −0.07 | 3.91 | 0.0586 |
| Hyperactivity | 1.05 | −0.91 | 3.00 | 0.2953 |
| ADHD Index | 2.47 | 0.43 | 4.50 | *0.0175* |
| DSM-IV Inattention | 2.84 | 0.84 | 4.84 | *0.0054* |
| DSM-IV Hyperactivity-Impulsivity | 1.69 | −0.33 | 3.70 | 0.1016 |
| DSM-IV ADHD Total | 2.38 | 0.42 | 4.34 | *0.0176* |
| *CPT-II scores (N = 210)* |  |  |  |  |
| Omission Errors | 0.22 | −2.30 | 2.74 | 0.8643 |
| Commission Errors | −0.43 | −2.38 | 1.51 | 0.6641 |
| Hit Reaction Time | 1.07 | −1.19 | 3.32 | 0.3546 |

[a] Adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 - Ca, Cohort 3 - placebo and Cohort 2A).

Index. Our observed association of MUF$_{cr}$ and CRS-R seems to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

Overall, our results are consistent with the ecological study by Malin and Till (2015). Their cross-sectional study used national health surveys conducted by the Centers for Disease Control and Prevention to estimate the prevalence of ADHD and water fluoridation for each state. Their findings showed that, after controlling for household income, states in which a greater proportion of people received community water fluoridation in 1992 tended to have a greater proportion of children and adolescents who received an ADHD diagnosis in 2003, 2007, and 2011. The prevalence of ADHD increased from 7.8% in 2003 to 11% in 2011. A distinction between this U.S. study and the current study is that our study was a longitudinal birth cohort with individual biomarkers of fluoride exposure obtained during pregnancy when the developing brain is thought to be at the highest risk for fluoride neurotoxicity (Bashash et al., 2017). Moreover, the current study controlled for relevant confounders that may be associated with ADHD, including smoking, maternal education, child sex, HOME score, and exposure to other contaminants. Further, our measure for ADHD was not physician-diagnosed but rather approximated through validated questionnaires and performance-based tests. Both studies examined populations that

are exposed to "optimal" levels of fluoride either through water or salt fluoridation schemes. The exposure level in the Mexico City cohort is generally lower than the populations living in endemic fluorosis areas studied in China (Choi et al., 2012) where natural levels of fluoride are often higher (> 2 mg/L) than recommended levels for North American (0.7 mg/L). The mean concentration of MUF in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women (median MUF = 0.82 mg/L) (Skeaff and Te Morenga, 2017).

Our finding of an association between MUF$_{cr}$ and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012). A possible explanation for the specific effect on inattention (Dugbartey, 1998) is that fluoride exposure is contributing to thyroid hormone insufficiency. Recent studies demonstrate that even relatively subtle changes in circulating levels of TH in pregnancy (i.e. subclinical hypothyroidism) can have adverse outcomes, including preterm birth, lowered IQ (Hollowell et al., 1999; Murphy et al., 2015; Stagnaro-Green and Rovet, 2016; Thompson et al., 2018; Yang et al., 2008) and increased risk for attention disorders (Modesto et al., 2015; Pakkila et al., 2014) (Rovet and Hepworth, 2001). Some (Swarup et al., 1998) (Swarup et al., 1998), but not all (Mcpherson et al., 2018), animal studies showed reductions in T3 and T4 levels from fluoride exposure, even at low doses. Several human studies have shown that elevated levels of fluoride in drinking water predict higher TSH and lower T3 levels (Bachinskii et al., 1985; Kheradpisheh et al., 2018; Singh et al., 2014), especially among children (Yasmin et al., 2013), as well as an increased likelihood for a diagnosis of hypothyroidism. However, further research is needed to examine how exposure to fluoride may affect thyroid function in pregnancy. Another potential mechanism through which fluoride may contribute to ADHD relates to the dopamine system. Animal studies have shown that fluoride exposure can alter the levels of dopamine (Pal and Sarkar, 2014). Dopamine is an important modulatory

M. Bashash et al.

*Environment International 121 (2018) 658–666*



**Fig. 2.** Association of maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years.
Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n = 210.

neurotransmitter in planning and initiation of motor responses, activation, switching, reaction to novelty and processing of reward (Faraone et al., 2015).

The stronger association between prenatal fluoride exposure and parent-reports of attention problems may be explained by the CRS-R measuring distinct and more extensive constructs that rely on attention (e.g. new learning, ability to hold information and complete tasks, organizational skills, etc.) than those assessed by the CPT-II. Additionally, it has been shown that CPT-II performance and parent rating scales are moderately correlated at best (Gualtieri and Johnson, 2005), suggesting that these measures are assessing different constructs. Other studies examining prenatal Polychlorinated Biphenyls (PCBs) exposure and sustained attention (Vreugdenhil et al., 2004) that report using the computerized continuous performance test with children aged 4 and 11 years also fail to show an association with this measure, but do find an association using other psychometric tests of attention (e.g. digit cancellation task). Further investigation of cognitive performance on other domains, such as learning and memory, is warranted in our study cohort.

Key strengths of this study include the relatively large pregnancy cohort that has a biorepository with a capacity to capture high quality individual biomarker exposure across multiple developmental time points, longitudinal follow-up, detailed assessment of ADHD-like behaviors using both rating scales and performance based measures, as well as measurement of additional health outcomes and potential covariates using validated techniques (Thomas et al., 2016). Assessment of attention, hyperactivity, and impulsivity using multiple measures allowed us to examine different types of ADHD-like behaviors using continuous scales that are sensitive to both clinical and subclinical symptoms of ADHD. This approach minimizes the limitations of viewing ADHD as a categorical and conceptually distinct disorder.

Our study also has some limitations. The cohort was not initially designed to study fluoride exposure and so we are missing some aspects of fluoride exposure assessments (e.g., detailed assessments of diet, water, etc.) that are now underway. The urinary samples were not available for all trimesters of pregnancy for majority of the participants; in particular, for those with only one sample, we cannot rule out the possibility that some samples may reflect acute exposure. Differences in the proportion of fluoride that is excreted in the urine have been described for different age groups as well as for pregnant women. Data on the percentage of fluoride excreted for children and adults are available, which makes estimation of intake feasible. On the other hand, data for pregnant women are sparse, making estimates of intake from urinary concentration not feasible. Therefore, while urinary fluoride is a valid biomarker to identify differences in exposure levels in pregnant women, it is not possible, with the currently available data, to estimate how concentration levels relate to intake. With regards to our outcome measure, we did not have information on family history or genetic markers associated with ADHD, nor were children assessed clinically for a diagnosis of ADHD. Only parent reports were used for the CRS-R, and not teacher reports. This is a limitation to our study as previous studies have shown that there can be considerable variation between the two sources in terms of identifying ADHD-associated behaviors (Lavigne et al., 2012). Nevertheless, parents were unaware of their offspring's fluoride exposure status, removing reporting bias as a limitation. Although elevated scores on behavioral checklists like the CRS-R may be associated with a diagnosis of ADHD, the functional consequences of the symptoms must also be characterized for clinically diagnosing the disorder.

M. Bashash et al.

*Environment International 121 (2018) 658–666*

# 5. Conclusion

In summary, we observed a positive association between higher prenatal fluoride exposure and more behavioral symptoms of inattention, but not hyperactivity or impulse control, in a large Mexican cohort of children aged 6 to 12 years. The current findings provide further evidence suggesting neurotoxicity of early-life exposure to fluoride. Replication of these findings is warranted in other population-based studies employing biomarkers of prenatal and postnatal exposure to fluoride.

## Acknowledgements

This study was supported by U.S. NIH R01ES021446, NIH R01-ES007821, NIEHS/EPA P01ES022844, NIEHS P42-ES05947, NIEHS Center Grant P30ES017885 and the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. Dr. David Bellinger collaborated on the design and execution of this study's neurobehavioral testing. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA.Author responsibilities

All authors contributed to the final interpretation of the results and final manuscript.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envint.2018.09.017.

## References

Aafeiche, M., Peterson, K.E., Sanchez, B.N., Cantonwine, D., Lamadrid-Figueroa, H., Schnaas, L., et al., 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in México City. Environ. Health Perspect. 119, 1436–1441.

American Psychiatric Association, Force DSMT, 2013. Diagnostic and Statistical Manual of Mental Disorders: DSM-5.

ATSDR, 2010. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. (Atlanta, Georgia).

Aylward, L.L., Hays, S.M., Vezina, A., Deveau, M., St-Amand, A., Nong, A., 2015. Biomonitoring equivalents for interpretation of urinary fluoride. Regul. Toxicol. Pharmacol. 72, 158–167.

Bachinskii, P.P., Gutsalenko, O.A., Naryzhniuk, N.D., Sidora, V.D., Shliakhta, A.I., 1985. Action of the body fluorine of healthy persons and thyroidopathy patients on the function of hypophyseal-thyroid the system. Probl. Endokrinol. 31, 25–29.

Barr, D.B., Wilder, L.C., Caudill, S.P., Gonzalez, A.J., Needham, L.L., Pirkle, J.L., 2005. Urinary creatinine concentrations in the us population: implications for urinary biologic monitoring measurements. Environ. Health Perspect. 113, 192–200.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., et al., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect. 125, 097017.

Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. R. Stat. Soc. Ser. B Methodol. 57, 289–300.

Chang, L.-Y., Wang, M.-Y., Tsai, P.-S., 2016. Diagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis. Pediatrics 137.

Chen, J., Shan, K.R., Long, Y.G., Wang, Y.G., Nordberg, A., Guan, Z.Z., 2003. Selective decreases of nicotinic acetylcholine receptors in Pc12 cells exposed to fluoride. Toxicology 183, 235–242.

Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ. Health Perspect. 120, 1362–1368.

Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., et al., 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol. Teratol. 47, 96–101.

Conners, C., 1997. The Revised Conners' Rating Scales (Crs-R) Are the Standard Instruments for the Assessment of Attention Deficit/Hyperactivity Disorder (ADHD) in Children and Adolescents-Spanish.

Conners, C., 2000. Conners' Continuous Performance Test II: Computer Program for Windows Technical Guide and Software Manual. Mutli-Health Systems, North Tonwanda, NY.

Dong, Z., Wan, C., Zhang, X., Liu, J., 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. J. Guiyang Med. Coll. 18.

Dugbartey, A.T., 1998. Neurocognitive aspects of hypothyroidism. Arch. Intern. Med. 158, 1413–1418.

Faraone, S.V., Asherson, P., Banaschewski, T., Biederman, J., Buitelaar, J.K., Ramos-Quiroga, J.A., et al., 2015. Attention-deficit/hyperactivity disorder. Nat. Rev. Dis.

Prim. 1, 15020.

Fuertes, E., Standl, M., Forns, J., Berdel, D., Garcia-Aymerich, J., Markevych, I., et al., 2016. Traffic-related air pollution and hyperactivity/inattention, dyslexia and dyscalculia in adolescents of the German Giniplus and Lisaplus birth cohorts. Environ. Int. 97, 85–92.

Gualtieri, C.T., Johnson, L.G., 2005. ADHD: is objective diagnosis possible? Psychiatry (Edgmont) 2, 44–53.

Hollowell Jr., J.G., Garbe, P.L., Miller, D.T., 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med. 341, 2016–2017.

Huang, S., Hu, H., Sanchez, B.N., Peterson, K.E., Ettinger, A.S., Lamadrid-Figueroa, H., et al., 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ. Health Perspect. 124, 868–874.

Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., et al., 2014. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. NeuroMolecular Med. 16, 94–105.

Juárez-López, M., Hernández-Guerrero, J.C., Jiménez-Farfán, D., Molina-Frechero, N., Murrieta-Pruneda, F., Lopez-Jimenez, G., 2007. Fluoride urinary excretion in Mexico City's preschool children. Revista De Investigacion Clinica; Organo Del Hospital De Enfermedades De La Nutricion 60, 241–247.

Kasper, L.J., Alderson, R.M., Hudec, K.L., 2012. Moderators of working memory deficits in children with attention-deficit/hyperactivity disorder (ADHD): a meta-analytic review. Clin. Psychol. Rev. 32, 605–617.

Kheradpisheh, Z., Mirzaei, M., Mahvi, A.H., Mokhtari, M., Azizi, R., Fallahzadeh, H., et al., 2018. Impact of drinking water fluoride on human thyroid hormones: a case-control study. Sci. Rep. 8, 2674.

Lanphear, B.P., 2015. The impact of toxins on the developing brain. Annu. Rev. Public Health 36, 211–230.

Lavigne, J.V., Dulcan, M.K., Lebailly, S.A., Binns, H.J., 2012. Can parent reports serve as a proxy for teacher ratings in medication management of attention-deficit hyperactivity disorder? J. Dev. Behav. Pediatr. 33, 336–342.

Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17.

Martinez-Mier, E.A., Soto-Rojas, A.E., Buckley, C.M., Zero, D.T., Margineda, J., 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int. Dent. J. 55, 93–99.

Mcpherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., et al., 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res (Epub ahead of print).

Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W., Hofman, A., Verhulst, F.C., et al., 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatr. 169, 838–845.

Mullenix, P.J., Denbesten, P.K., Schunior, A., Kernan, W.J., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177.

Murphy, N.C., Diviney, M.M., Donnelly, J.C., Cooley, S.M., Kirkham, C.H., Foran, A.M., et al., 2015. The effect of maternal subclinical hypothyroidism on Iq in 7- to 8-year-old children: a case-control review. Aust. N. Z. J. Obstet. Gynaecol. 55, 459–463.

Narayanaswamy, M., Piler, M.B., 2009. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol. Trace Elem. Res. 133, 71.

Ortiz-Luna, J.A., Acle-Tomasini, G., 2006. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol. 42, 17–21.

Pakkila, F., Mannisto, T., Pouta, A., Hartikainen, A.L., Ruokonen, A., Surcel, H.M., et al., 2014. The impact of gestational thyroid hormone concentrations on ADHD symptoms of the child. J. Clin. Endocrinol. Metab. 99, E1–E8.

Pal, S., Sarkar, C., 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Pharmacol. Rep. 38, 684–699.

Perera, F.P., Wheelock, K., Wang, Y., Tang, D., Margolis, A.E., Badia, G., et al., 2018. Combined effects of prenatal exposure to polycyclic aromatic hydrocarbons and material hardship on child ADHD behavior problems. Environ. Res. 160, 506–513.

Petersen, P.E., Baez, R., Marthaler, T., 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. World Health Organization.

Polanczyk, G., De Lima, M.S., Horta, B.L., Biederman, J., Rohde, L.A., 2007. The worldwide prevalence of ADHD: a systematic review and metaregression analysis. Am. J. Psychiatr. 164, 942–948.

Polańska, K., Jurewicz, J., Hanke, W., 2012. Exposure to environmental and lifestyle factors and attention-deficit/hyperactivity disorder in children—a review of epidemiological studies. Int. J. Occup. Med. Environ. Health 25, 330–355.

Posthuma, D., Polderman, T.J.C., 2013. What have we learned from recent twin studies about the etiology of neurodevelopmental disorders? Curr. Opin. Neurol. 26, 111–121.

Rovet, J.F., Hepworth, S.L., 2001. Dissociating attention deficits in children with ADHD and congenital hypothyroidism using multiple CPTS. J. Child Psychol. Psychiatry 42, 1049–1056.

Sentís, A., Sunyer, J., Dalmau-Bueno, A., Andiarena, A., Ballester, F., Cirach, M., et al., 2017. Prenatal and postnatal exposure to No2 and child attentional function at 4–5 years of age. Environ. Int. 106, 170–177.

Shen, Y.-W., Taves, D.R., 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am. J. Obstet. Gynecol. 119, 205–207.

Singh, N., Verma, K.G., Verma, P., Sidhu, G.S., Sachdeva, S., 2014. A comparative study of fluoride ingestion levels, serum thyroid hormone & TSH level derangements,

# Exhibit E

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

FOOD & WATER WATCH, INC., et al.,      )

                                       )

Plaintiff,                             )

                                       )

        vs.                            )No. 3:17-cv-02162-EMC

                                       )

US ENVIRONMENTAL PROTECTION AGENCY,    )

et al.,                                )

                                       )

Defendant.                             )

_____

Deposition Upon Oral Examination Of

HOWARD HU

_____

9:15 a.m.

September 24, 2019

700 Stewart Street

Seattle, Washington

Job No. CS3560042

REPORTED BY:  Yvonne A. Gillette, CCR No. 2129.

Page 85

```
 1    A          Correct.

 2    Q          And Thomas 2016 considered two birth cohorts

 3    within the ELEMENT project, cohort 2A and cohort 3; is

 4    that correct?

 5    A          Correct.

 6    Q          Mothers in cohort 3 were recruited later in

 7    time compared to the mothers in cohort 2A; is that

 8    correct?

 9    A          Correct.

10    Q          And you found -- well, Thomas 2016 found

11    that the mean levels of urinary fluoride were lower

12    before the creatinine adjustment for the mothers who

13    were recruited later in the ELEMENT study; is that

14    correct?

15    A          Correct.

16    Q          Other than the socio-demographic variables

17    that we discussed, did Thomas 2016 make any other

18    items to control for potential confounding factors in

19    its analysis of maternal urinary flouride

20    concentrations?

21    A          Talking about the Thomas paper?

22    Q          Yes, Thomas 2016.  We'll talk about the

23    others later.

24    A          Thomas didn't control for anything.  Like I

25    said, it's just looking at the relationship between
```

Page 86

1    the urinary fluoride levels and these various

2    covariants.  It didn't really control for anything

3    except for dilution.

4    Q          Okay.  When you say it didn't control for

5    anything, what factor did the socio-demographic

6    variables play in the analysis?

7    A          As variables that were evaluated for their

8    potential correlation or association with the urinary

9    flouride levels.

10   Q          And Thomas 2016 did not compare its results

11   for maternal urinary flouride levels found in Canada;

12   is that correct?

13   A          Correct.

14   Q          Thomas 2016 did not compare its results for

15   maternal urinary fluoride levels found in the United

16   States; is that correct?

17   A          My recollection is that we sought such data

18   and found none.

19   Q          Okay.  So in the publication, Thomas 2016,

20   you did not compare the results of maternal urinary

21   fluoride levels with those levels found in the United

22   States; is that correct?

23   A          Correct.  And, again, because we could not

24   find such data.

25   Q          A limitation of Thomas 2016 was that the

Howard Hu                                    September 24, 2019

Page 87

1   study was not initially designed to address fluoride

2   exposure; is that correct?

3   A          I think we state that.

4   Q          So is it your answer that it is a limitation

5   or that you stated it's a limitation, but you

6   disagree?

7              MR. CONNETT:  Asked and answered.

8   A          Okay.  Wait a minute.

9              MR. CONNETT:  Take a second.

10  Q          Take a second.  Look at page 494, if that's

11  helpful.

12  A          Yeah.  I'm there.  Okay.  Repeat the

13  question.

14  Q          Sure.  A limitation of Thomas 2016 was that

15  the study was not initially designed to address

16  fluoride exposure, correct?

17  A          Correct.

18  Q          A limitation of Thomas 2016 was also that

19  the study did not ascertain specific sources of

20  fluoride exposure, correct?

21  A          I think that's a limitation in understanding

22  how to interpret the results with respect to questions

23  regarding source apportionment and exposure

24  assessment, but I don't consider it a limitation with

25  regards to what we then used this data to do, which is

Page 120

1    too fast.  You're quoting our critique of their study?

2    Q        Some of the limitations of Valdez-Jimenez

3    2017 were their small sample size?

4    A        Yeah.

5    Q        Small number of covariants for control and

6    sensitivity variables and lack of correction for

7    variability in urine, correct?

8             MR. CONNETT:  Misstates the record.

9    A        Lack of adjustment for urinary dilution.

10   Q        And those are limitations in Valdez-Jimenez,

11   2017, correct?

12   A        Yes.

13   Q        Are there any limitations in that study that

14   are not listed in Bashash 2017?

15   A        Maybe, but I'd have to review the paper to

16   refresh my --

17   Q        When is the last time you read it?

18   A        At least a year ago.

19   Q        Okay.  Do you recall whether you believed

20   there were other limitations, and you don't remember

21   what they were, or you just don't recall whether there

22   are any other limitations or not without having

23   reviewed it in a while?

24   A        The latter.

25   Q        So Bashash 2017 did not attempt to

Howard Hu                                                    September 24, 2019

                                                              Page 121

1    generalize its findings to Canada, correct?

2    A          No.

3    Q          And Bashash 2017 did not attempt to

4    generalize its findings to the United States, correct?

5    A          Correct.

6    Q          Bashash 2017 did not compare its results

7    with maternal urinary fluoride levels found in Canada

8    or the United States, correct?

9    A          Correct.

10   Q          A limitation of Bashash 2017 was the lack of

11   information regarding the fluoride content in the

12   water of the participants, correct?

13   A          That's a limitation only if the aim of the

14   study was to understand the sources of fluoride

15   exposure, but it was not a limitation with respect to

16   the hypotheses we tested in this paper.

17   Q          The authors of the paper state that it was a

18   limitation.  What -- do you think they drew that

19   distinction as well?

20   A          Yes.

21   Q          So why didn't it state that this was a

22   limitation with respect to how the study is used and

23   not with respect to the conclusions drawn in the

24   paper?

25   A          I think that's pretty self-evident for

Howard Hu                                        September 24, 2019

Page 122

1    scientists.  But now that you mention it, it probably

2    should have stated so it's clearer.

3    Q          A limitation in Bashash 2017 was the lack of

4    information about iodine in salt, which could modify

5    associations between fluoride and cognition; is that

6    correct?

7    A          Potentially.

8    Q          So this is a limitation that could

9    potentially be to the conclusions reached in this

10   study; is that correct?

11   A          I would think not.  You know, if you -- if

12   you lack control of an effect modifier, you're not

13   likely to see a spurious association if it didn't

14   really truly occur.  What you may lack is the ability

15   to discern the subpopulation of people who are

16   particularly sensitive to the exposure of interest.

17   It's just you haven't measured the effect modifier to

18   understand that.

19   Q          Okay.  So with -- with respect to the lack

20   of information about fluoride in water, the limitation

21   was only with respect to trying to use this study to

22   identify the source of fluoride exposure, but not

23   necessarily the conclusions reached in this study?

24   A          Correct.

25   Q          But with -- with respect to iodine in salt,

C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) Civ. No. 17-CV-02162-EMC<br>)<br>) **PLAINTIFFS' OPPOSITION TO** |
| Plaintiffs, | ) **DEFENDANTS' FIRST MOTION *IN***<br>) ***LIMINE* TO EXCLUDE OR LIMIT THE**<br>) **TESTIMONY OF PHILIPPE** |
| vs. | ) **GRANDJEAN**<br>) |
| U.S. ENVIRONMENTAL PROTECTION<br>AGENCY, et al. | )<br>) Judge: Hon. Edward M. Chen |
| Defendants. | ) Date: Jan 7, 2017 (Pretrial Conference)<br>) Time: 2:30 p.m.<br>) Courtroom: 5 - 17th Floor |

## INTRODUCTION

Dr. Grandjean is an accomplished, world-renowned epidemiologist, who serves as an advisor to government agencies both in Europe and the United States. As noted recently by the District Court of Vermont, Dr. Grandjean is "a highly distinguished public health researcher" and is "highly qualified to testify in the field of public health and environmental hazard." *U.S. Sullivan v. Saint-Gobain Performance Plastics Corporation,* Case No. 5:16-cv-125, at 35-40 (D. Vt. July 15, 2019) (attached as **Ex. 1**). As the court noted, "Dr. Grandjean's work in the area of the effects of human exposure to chemicals in the environment has been subjected to many years of peer review." *Id.* at 38. In fact, EPA has previously contracted with Dr. Grandjean to conduct toxicity evaluations, *including the very type of BMD calculation that EPA's attorneys challenge as unreliable here.* **Ex. 2 ¶¶** 8-9.

Despite EPA's previous reliance on Dr. Grandjean's BMD expertise, EPA's attorneys now dubiously contend that Dr. Grandjean is not qualified to offer testimony based on that very same expertise. EPA challenges the admissibility of Dr. Grandjean's opinion on the grounds that the BMD calculation was performed by his distinguished biostatistician colleague, Dr. Esben Budtz-Jorgensen. This is frivolous. As Dr. Grandjean explains in the accompanying declaration, it is standard practice for epidemiologists, such as himself, to rely on biostatisticians to do statistical calculations; indeed, Dr. Grandjean routinely relies on Dr. Budtz-Jorgensen to do these very types of statistical calculations for his own published peer-reviewed studies. Dr. Budtz-Jorgensen's calculation is thus precisely the type of "facts and data" that FRE 703 permits an expert to rely upon.

EPA also seeks to exclude Dr. Grandjean's opinion based on EPA's litigation position that studies of populations exposed to fluoridated water in Canada and fluoridated salt in Mexico City are not generalizable to populations exposed to fluoridated water in the United States. EPA is free to make this dubious argument at trial to challenge the weight of Dr. Grandjean's opinion, but EPA's motion provides no basis to challenge the admissibility of the opinion, particularly in a bench trial.

## BACKGROUND ON DR. GRANDJEAN'S QUALIFICATIONS

Dr. Grandjean is a physician and environmental epidemiologist who serves as both an Adjunct Professor at the Harvard T.H. Chan School of Public Health, and Professor/Chair of Environmental Medicine at the University of Southern Denmark. **Ex. 2** ¶ 1. Dr. Grandjean is a "highly distinguished public health researcher" who has extensively studied the impact of environmental chemicals on human health, including the impact of fluoride on IQ in humans. **Ex. 1** at 35; **Ex. 2** ¶ 2; **Ex. 3** (Dr. Grandjean's CV). Dr. Grandjean "has published about 500 scientific papers and serves as an advisor to governmental agencies in Europe and the United States on issues of environmental health and risk assessment." **Ex. 1** at 35. The EPA is one of the governmental agencies that Dr. Grandjean has advised. For example, in 1999, the EPA contracted with Dr. Grandjean to perform a Benchmark Dose analysis on data from Faroe Islands regarding the impact of methylmercury on neurodevelopment. **Ex. 2** ¶ 8. Two years later, EPA issued a new reference dose for methylmercury which used Dr. Grandjean's BMD analysis as the basis for the new dose. **Ex. 2** ¶ 9. As the federal district court in Vermont recently observed, "Dr. Grandjean is highly qualified to testify in the field of public health and environmental hazard." **Ex. 1** at 35.

## ARGUMENT

## A.    FRE 702'S PRESUMPTION IN FAVOR OF ADMISSIBILITY IS HEIGHTENED IN BENCH TRIAL SETTING

Dr. Grandjean's testimony is admissible under Rule 702, which establishes that expert testimony is admissible so long as: (1) the expert testimony is helpful to the trier of fact in understanding the evidence or determining a fact in issue, (2) the expert is qualified to testify regarding the matters addressed, and (3) the proposed evidence is the product of reliable principles and methods. Fed. R. Evid. 702. Rule 702 is interpreted liberally, and the presumption is in favor of admitting expert testimony. *U.S. v. Hankey*, 203 F.3d 1160, 1168 (9th Cir. 2000); *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579, 588 (1993) (noting the "liberal thrust" of the Federal Rules and their "general approach of relaxing the traditional barriers to 'opinion' testimony.'"). The presumption in favor of admissibility is heightened where, as here,

the gatekeeper and the finder of fact are one and the same. *Volk v. United States*, 57 F. Supp. 2d 888, 896 n.5 (N.D. Cal. 1999) ("[I]t bears noting that the *Daubert* gatekeeping obligation is less pressing in connection with a bench trial.").

## B.   DR. GRANDJEAN'S RELIANCE ON HIS BIOSTATISTICIAN COLLEAGUE TO CALCULATE THE BMD HAS NO EFFECT ON THE ADMISSIBILITY OF HIS OPINION

Prior to this litigation, EPA hired Dr. Grandjean to perform a BMD analysis on the neurodevelopmental effects of methylmercury, which EPA subsequently relied upon to establish a new reference dose for this chemical. **Ex. 2 ¶¶ 8-9.** Despite this, EPA now has the hubris to argue that Dr. Grandjean is unqualified to do the very type of BMD analysis that EPA has previously paid him to do.

EPA rests its meritless argument on the fact that Dr. Grandjean relied on his biostatistician colleague to do the BMD calculation. Importantly, EPA does not contest the accuracy of the calculation itself. Instead, EPA seizes upon a fleeting moment of levity in Dr. Grandjean's seven-hour deposition to argue that Dr. Grandjean is not qualified to testify about BMD analyses generally, and the analysis in this case specifically, citing Dr. Grandjean's passing comment that "[He] wouldn't trust [him]self" to calculate BMD levels when a world-renowned biostatistician was available to assist him. Mot. at 14:5-6. Missing from EPA's discussion is that Dr. Grandjean also testified that "*I can do them, and I know how to do it. The formula is here. So it's easy to do.*" **Ex. 4** at 94:21-22.

As explained in Dr. Grandjean's accompanying declaration, he has extensive experience in BMD analysis, including (1) working with EPA and the National Academy of Sciences (NAS) to develop a reference dose for methylmercury, (2) co-authoring a BMD analysis on blood lead and IQ with some of the world's leading experts on lead toxicity, and (3) co-authoring an advanced BMD analysis last year on perfluorinated chemicals. **Ex. 2 ¶¶ 8-11.** For each of these BMD analyses, Dr. Grandjean collaborated with Dr. Budtz-Jorgensen, a biostatistician who is "one of the key experts in the world" on BMD, and whose work Dr. Grandjean finds "impeccable." **Ex. 2 ¶¶ 8-14; Ex. 4** at 91:2-3.

To the extent that the EPA is arguing that an expert cannot rely upon the work of other experts, the

EPA is mistaken. The case that EPA cites for this apparent proposition recognizes that, under Rule 703, an expert is entitled to rely on data from other experts if that data is of a type "reasonably relied upon by experts in the field. *Mesfun v. Hagos,* No. 03-2182, 2005 WL 5956612, at *18 (C.D. Cal. 2005) (citing *United v. Gonzales,* 307 F.3d 906, 910 (9th Cir.2002)). This is not unusual; experts in litigation routinely rely, in part, on work conducted by their colleagues, and courts have approved of this approach. *Dura Auto. Sys. of Indiana, Inc. v. CTS Corp.*, 285 F.3d 609, 613 (7th Cir. 2002) ("An expert witness is permitted to use assistants in formulating his expert opinion, and normally they need not themselves testify."); *Walker v. Soo Line R.R.*, 208 F.3d 581, 589 (7th Cir.2000) ("We do not believe that the leader of a clinical medical team must be qualified as an expert in every individual discipline encompassed by the team in order to testify as to the team's conclusions."); *Cholakyan v. Mercedes-Benz, USA, LLC.,* 281 F.R.D. 534, 544 (C.D. Cal. 2012) (holding that "an expert can appropriately rely on the opinions of others if other evidence supports his opinion and the record demonstrates that the expert conducted an independent evaluation of that evidence").

If EPA's sweeping rule were correct, no expert in this case could testify as to any data that they themselves did not personally generate, including data found in published literature, laboratory studies, and agency reports. Such a rule would require the exclusion of both of EPA's own experts on fluoride neurotoxicity as neither has ever personally conducted a study on fluoride neurotoxicity, and instead rely on data generated by others.

In sum, Dr. Grandjean's reliance on his colleague's BMD calculation provides no basis to exclude Dr. Grandjean's opinion. Dr. Grandjean both understands the BMD calculation at issue and is himself capable of performing the calculation, but, as is his standard practice, he relied upon his biostatistician colleague, Dr. Budtz-Jorgensen, to do the calculation. In other words, Dr. Grandjean approached his work for this case no differently than he does in his highly distinguished research career. Further, less there be any doubt about the reliability of Dr. Grandjean's opinions in this case, his expert report has just been

accepted for publication in a peer-reviewed journal. **Ex. 2 ¶¶** 5, 15.

### C. EPA'S CRITICISM OF DR. GRANDJEAN'S OPINION ON THE GENERALIZABILITY OF THE CANADIAN AND MEXICAN STUDIES TO THE UNITED STATES GOES TO *WEIGHT*, NOT ADMISSIBILITY

EPA contends that Dr. Grandjean has no basis to infer that the findings of the NIH-funded prospective cohort studies in Canada and Mexico City are generalizable to the United States.  EPA is certainly welcome to make this argument at trial, and Plaintiffs welcome them doing so. It is not, however, a basis for excluding Dr. Grandjean's testimony as it goes to *weight*, not admissibility—particularly in a bench trial.  *Volk*, 57 F. Supp. 2d at 896 n.5 ("[I]t bears noting that the *Daubert* gatekeeping obligation is less pressing in connection with a bench trial.").

As Dr. Grandjean explains in his accompanying declaration, the generalizability of the Canadian and Mexican findings is "obvious." **Ex. 2 ¶** 16. The scientists who are conducting the studies agree. Dr. Howard Hu, the principal investigator of the Mexico City studies, testified that the findings of his studies "are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population in artificially fluoridated communities." **Ex. 5** at 181:5-12. Dr. Bruce Lanphear, the co-principal investigator of the Canadian studies, testified that the findings of his studies are applicable to the United States, and that—based on the results—he would recommend that pregnant women not drink fluoridated water. **Ex. 6** at 40:8-13, 215:20-216:5.

It's not just the principal investigators of the studies who agree with Dr. Grandjean. The editor of *JAMA Pediatrics* (the journal which published Dr. Lanphear's prenatal study) stated that he would recommend that pregnant women no longer drink fluoridated water, and did not limit his recommendation to "*Canadian* pregnant women." **Ex. 6** at 216:12-217:19. The editor, Dr. Dimitri Christiakis, is "one of the leading experts in pediatrics in the United States." *Id.* at 216:22-25.

EPA's litigation position begs the question: if the findings of these studies are not generalizable to the United States, why would the EPA and NIH have funded them?

The reality is that the EPA routinely relies upon data on chemical toxicity from other countries to estimate risks from those same chemicals in the United States. As Dr. Grandjean notes in his Declaration, EPA's position that the Canadian and Mexican data is not generalizable to the U.S. is "inconsistent with how the EPA has treated data from foreign countries in the past, including my own data on methylmercury from the Faroe Islands." **Ex. 2** ¶ 26. Further, "in the specific context of fluoride neurotoxicity, EPA and other federal agencies have cited and relied upon the Broadbent study of IQ in fluoridated areas of New Zealand as a basis for finding no risk of harm in fluoridated areas in the U.S. with no analysis to assess the 'generalizability' of these findings." *Id.*

Ignoring all of this, EPA contends that the Court must exclude Dr. Grandjean's opinions because he did not satisfactorily fill an "analytical gap" that EPA proclaims to be dispositive. But anyone can conceive of "gaps" in an analysis—not all gaps, however, are *meaningful* or require detailed analysis. For example, Dr. Grandjean did not consider or address the potential effect of hair color or eye color on the association between fluoride and IQ. That is technically a gap in his analysis, but there is no reason to believe it is a meaningful one. The same principle applies to the generalizability issue. As Dr. Grandjean explains, "the reasonable *a priori* assumption is that the daily exposures to fluoride in the ELEMENT cohort will be generally comparable with the exposures in the fluoridated communities in the MIREC cohort, as well as the exposures in fluoridated areas of the U.S." **Ex. 2** ¶ 22. But this is not just an assumption, it is "borne out by the data," as Dr. Grandjean explains in his Declaration. *Id.* ¶¶ 16-26.

Finally, in its attempt to cast doubt on Dr. Grandjean's opinions, the EPA resorts to a selective and misleading account of the record. <u>First</u>, EPA fails to disclose certain key data that Dr. Grandjean relied upon, including a study of urinary fluoride levels in pregnant women living in California. **Ex. 2** ¶ 20. <u>Second</u>, the EPA generically states that Dr. Grandjean's opinion has been "rejected" by a nameless "scientific community," but fails to disclose that the authors of the actual studies agree with Dr. Grandjean. Mot. at 3:17-19. <u>Third</u>, the EPA cites Dr. Howard Hu's testimony that "it is not possible, with the currently

available data, to estimate how concentration levels relate to intake," without disclosing Dr. Hu's opinion that *this estimate is not necessary*. Specifically, Dr. Hu testified that the relevant metric for generalizability is the *systemically absorbed dose* (which is reflected by the urinary fluoride level), *not* fluoride intake (i.e., the externally ingested dose). **Ex. 5** at 187:25-189:4.

## CONCLUSION

Dr. Grandjean is an exquisitely qualified expert, one who EPA has relied upon throughout his accomplished public health career. It is understandable that EPA does not want someone of Dr. Grandjean's caliber to be at odds with its litigation position, but EPA has failed to articulate any identifiable basis to effectuate the goal it seeks: to exclude Dr. Grandjean. At best, EPA's motion has identified issues that EPA can use at trial to attack the weight the Court gives to Dr. Grandjean's opinions. Plaintiffs will lose no sleep over that prospect.

December 19, 2019                              Respectfully submitted,


                                               */s/ Michael Connett*
                                               MICHAEL CONNETT
                                               Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 19th day of December, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT

# **Exhibit 1**

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL 16  AM 8: 43

CLERK

BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| JAMES D. SULLIVAN, LESLIE ADDISON, WILLIAM S. SUMNER, JR., RONALD S. HAUSTHOR, GORDON GARRISON, LINDA CRAWFORD, TED CRAWFORD, and BILLY J. KNIGHT, individually, and on behalf of a Class of persons similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Case No. 5:16-cv-125 |
| SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## DECISION ON DEFENDANT'S *DAUBERT* MOTION
### (Doc. 218)

The court heard testimony from expert witnesses from both sides in this groundwater

contamination case on April 15–18, 22–23, and 29–30, 2019.  The testimony was offered both

with respect to the motion for class certification (Doc. 107) and to a *Daubert* motion filed by the

defense (Doc. 218).  The *Daubert* motion seeks to preclude the testimony of three experts

concerning the source of contamination (Hopke, Yoder and Siegel), two experts concerning the

proposed remedy of medical monitoring (Ducatman and Grandjean), one expert concerning

alleged regulatory violations (Mears), and one expert on economic loss (Unsworth).  The court

will decide both the *Daubert* motion and the class certification motion on this common record,

which includes multiple exhibits outlining the history of the case; the development, use and

regulation of the chemical known as PFOA; the history of its use in Bennington, Vermont; and

1

the efforts of all the experts to understand different aspects of the case. This decision concerns the *Daubert* issues only.

**FACTS**

## I.  PFOA

Perflourooctanoic acid or PFOA is an industrial chemical prized for its qualities in the presence of water.[1] It was developed in the 1950s by 3M Co. as a dispersant or surfactant. In a water-based solution, it assists in spreading a non-soluble compound evenly throughout the solution as an emulsion. The family of compounds that are marketed as "Teflon" were frequently dispersed on fabric, metal, or other surfaces through the use of PFOA. Without a dispersant, the Teflon might bead up or in other ways resist an even dispersion.

PFOA was used for more than four decades in the manufacture of consumer and commercial products such as "Scotchguard" water repellent sprays, toothpaste, ski wax, food service paper, firefighting foam, and a host of other products. Manufacturers frequently added PFOA to a solution containing Teflon or some other compound. The end product such as a bolt of cloth or a line of non-stick cookware would be dipped in the solution or sprayed and then subjected to a drying process. Having served its purpose as a dispersant, the PFOA either evaporated in a process called sublimation, broke down into constituent compounds at relatively high temperatures, or remained in trace amounts in the product.

---

[1] PFOA is the chemical salt of a similar compound commonly called "APFO." APFO is one of a group of industrial chemicals known as "PFAS" or "C-8." DuPont, 3M, and other companies sold APFO to manufacturers as a dispersant in aqueous solutions containing Teflon. The solution can be applied to fabric and other materials. APFO commonly changes into PFOA in the course of the manufacturing process. PFOA can escape as a gas in the course of manufacturing and enter the atmosphere where it condenses into a solid in the form of airborne particulate.

For ease of reference, the court will refer to APFO and PFOA as "PFOA."

2

testimony "fits" their case because he is not testifying about compensation for an "average" case of cancer or high blood pressure associated with PFOA exposure. The remedy he proposes is testing, not payment. The members of the class are alike in their relative "wellness," not because they have unique patterns of illness. Whether Plaintiffs can prove an increased risk requiring extra testing is an open question on the merits, but their chosen method of proving a risk of future onset of disease based on epidemiological research rather than clinical presentation is not barred by *Daubert*.

The court DENIES the motion to exclude Dr. Ducatman.

## V.    Philippe Grandjean, M.D., DMSc

Dr. Grandjean is a highly distinguished public health researcher. Originally from Denmark, he has joint appointments at the University of Southern Denmark and the Harvard School of Public Health. He has published about 500 scientific papers and serves as an advisor to governmental agencies in Europe and the United States on issues of environmental health and risk assessment. He is offered in this case as a rebuttal witness on the health risks of PFOA and the early detection of serious disease through existing diagnostic procedures. (Ex. 20 at 1–2.)

### A.    Qualification

Dr. Grandjean is highly qualified to testify in the field of public health and environmental hazard.

### B.    Method

Because Dr. Grandjean is a rebuttal witness, his opinions address and respond to the opinions offered by the defense experts.

In his rebuttal report, Dr. Grandjean opens with a candid review of the constraints and difficulties that hamper inquiry into the health hazards of PFOA. Because it is unethical to

35

experiment on humans directly by exposing subjects to toxins, health effects must be measured on a population basis. When these studies are based on occupational exposure, the "healthy worker effect" leads to underreporting of health effects. In other words, the group of men and women who are regularly employed may be healthier and longer-lived than the entire population despite exposure to a dangerous chemical. Studies of potentially more vulnerable populations such as children are relatively scarce. PFOA in particular has received intensive attention from researchers only in the last 10 years.

Despite these handicaps, Dr. Grandjean reviewed the available research literature as well as court-ordered reports from cases in Ohio and West Virginia. He concluded on the basis of published data and research papers that PFOA is associated with the development of autoimmune diseases such as ulcerative colitis, reproductive disorders in both genders, complications of pregnancy, high cholesterol, and certain cancers. He criticized the defense experts as too dismissive of papers and research results that did not meet their exacting standards for proof of causality. In Dr. Grandjean's view, the evidence of adverse health results is incomplete but strong enough to support a link between PFOA and the onset of certain serious diseases that is sufficient to justify some form of medical monitoring. (Ex. 20.) He finds support for his conclusion in the actions of public agencies, including the Vermont Department of Health, which have set strict limits on the presence of PFOA and related compounds in drinking water. He is not offered as an expert on the terms and duration of a medical monitoring program.

St. Gobain criticizes Dr. Grandjean's report for reasons similar to those advanced against Dr. Ducatman. St. Gobain argues that Dr. Grandjean has applied risk assessment methods more suitable for administrative regulation than the determination of causation for purposes of tort compensation. As in the case of Dr. Ducatman, the court addresses the admissibility of Dr.

36

Grandjean's testimony through the lens of a court that has already decided that medical monitoring is a legal remedy for exposure to a toxic chemical. That is a question the court has not answered, but if the answer is "yes," then by definition the remedy will be afforded to residents who have not suffered the onset of disease. They cannot prove that an individual case of cancer or some other illness was caused by PFOA because the event has not occurred. They seek a preventive measure, not compensation. While the plaintiffs retain the burden of proving a sufficient causal connection between PFOA and an elevated risk of disease, that burden is qualitatively different when the disease has not occurred. The court is satisfied that Dr. Grandjean's opinion—that "[c]ontrary to the contentions of defense experts, elevated human exposure to PFASs pose a substantial present and potential hazard to human health"—is likely to prove relevant and sufficiently reliable to play a role in guiding the court on the issue of causation. (Ex. 20 at 4.)

Dr. Grandjean's research and report satisfy the *Daubert* criteria.

6. Testing

The papers on which Dr. Grandjean relies are primarily cross-sectional and longitudinal studies of population health. These cannot be reproduced and tested like a chemistry experiment. Consistency in results among these papers functions as a form of test. In considering dozens of papers on the health effects of PFOA, Dr. Grandjean identified results that were similar. He also considered animal studies, which can be duplicated. The court is satisfied that the data on health effects was subjected to as much testing as can be undertaken without experimentation on human subjects.

7. Peer review

37

Dr. Grandjean relied on studies that were published through a peer review process. He has also published extensively himself. His reports in this case were not peer reviewed because they were submitted to the court through attorneys. The court is satisfied that Dr. Grandjean's work in the area of the effects of human exposure to chemicals in the environment has been subjected to many years of peer review and that his specific work in this case concerning PFOA is built upon data that was subject to peer review.

8. Error rate

As in the case of Dr. Ducatman, it would be difficult to assign a particular error rate to a determination that the weight of the evidence supported an association between PFOA exposure and certain diseases. Dr. Grandjean was both candid in recognizing that research into PFOA toxicity is at a relatively early stage and quite pointed in describing what he saw as the sources of error in the opposing experts' analyses. (Ex. 20 at 4, 22–27.) The court is satisfied that he has considered the problem of error throughout his work and has not unduly exaggerated the strength of his conclusions.

9. Standards and controls

St. Gobain criticizes Dr. Grandjean for failing to describe an objective process by which he weighs research data in forming his opinion that these studies support his opinion about causation. In his report, Dr. Grandjean described his application of the "weight of the evidence" review of relevant scientific research.

> In each of the following subsections [concerning specific diseases] I discuss the epidemiological evidence that I rely on, summarize the supporting toxicological evidence, and lastly discuss possible mechanisms, and additional studies or potential criticisms relating to the endpoint in question. I have made a reasonably comprehensive review of the epidemiological evidence, and have employed a weight of the evidence approach, as is commonly accepted in the scientific community in reviewing studies on a particular topic.

(Ex. 20 at 27.) Dr. Grandjean also favors studies that have been accorded weight by regulatory agencies, which "allows [him] to focus on the key studies that carry the most weight." (*Id.* at 26.) His methods are subjective in the sense that their application to the choice of one paper over another is not documented. But they are objective in the sense that he limits his inquiry to published work that is listed at length in his "cited publications." (Ex. D.) For purposes of *Daubert*, he has provided a description of his source materials and an explanation of the criteria by which he chooses research papers. This documentation—277 papers in all—provides assurance that he is applying a consistent method which can be assessed by the fact-finder. His weight of the evidence review is not a subjective, "black box" opinion that cannot be examined.

In his concurring decision in *General Electric Co. v. Joiner*, 522 U.S. 136 (1997), Justice Stevens addressed similar issues concerning weight-of-the-evidence proof of epidemiological causation. "It is not intrinsically 'unscientific' for experienced professionals to arrive at a conclusion by weighing all available scientific evidence—this is not the sort of 'junk science' with which *Daubert* was concerned." *Id.* at 153 (Stevens, J., concurring in part and dissenting in part). Justice Stevens noted that the *Daubert* ruling "quite clearly forbids trial judges to assess the validity or strength of an expert's scientific conclusions, which is a matter for the jury." *Id.* at 154. The court will follow the concurrence in ruling that the weight of the evidence process through which Dr. Grandjean considered the available scientific evidence is a legitimate and accepted method of arriving at a scientific conclusion. It will be up to the jury to decide whether he has been intellectually fair in his selection and weighing of the evidence concerning causal links between PFOA and health problems.

### 10. Peer review

Dr. Grandjean is a prolific author.  His work in general appears in peer reviewed journals. In examining the health effects of PFOA, he has functioned not as a primary researcher but as a compiler and evaluator of other scientists' work.  The studies on which he relied were so far as the record reveals published in serious, peer-reviewed journals.  His own work in general has been published at length in peer-reviewed journals over the course of many years.  This is not a case in which an expert's work has not been examined and validated by his peers.  Instead, Dr. Grandjean has published widely and relies himself on a broad range of published research.

### 11. General acceptance

Population-based studies and the "weight of the evidence" assessment have achieved wide acceptance in the field of epidemiology.  One may agree or not with Dr. Grandjean's conclusion that exposure to PFOA causes health problems, but the methods he employed in reaching his conclusions are generally accepted.

### C.  Fit

Dr. Grandjean's testimony "fits" the issues raised by plaintiffs for the same reasons discussed above concerning Dr. Ducatman's testimony and with the same reservations concerning the reservation of the legal issue of the availability of a medical monitoring remedy. The motion to exclude Dr. Grandjean's testimony is DENIED.

## VI.  David Mears, J.D.

David Mears is a leading environmental attorney in Vermont.  He served as Commissioner of the Department of Environmental Conservation.  He has also served as Associate Dean for Environmental Programs at Vermont Law School.

# **<u>Exhibit 2</u>**

C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., ) | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, ) | |
| vs. ) | **DECLARATION OF** |
| ) | **PHILIPPE GRANDJEAN, MD, DMSc** |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

I, Philippe Grandjean, declare that:

1.      I am a physician and environmental epidemiologist, and serve as both an Adjunct Professor at the Harvard T.H. Chan School of Public Health, and Professor and Chair of Environmental Medicine at the University of Southern Denmark.

2.      My research in environmental epidemiology focuses on the health effects of exposures to environmental chemicals. Most of my efforts have concentrated on environmental pollutant exposures during early human development.

3.      I have been publishing peer-reviewed studies on fluoride toxicity since the 1980s. My recent research has focused on fluoride's consistent association with developmental neurotoxicity—a subject that I examined in a 2012 meta-analysis that was published in the

*Environmental Health Perspectives* [1], and which I later investigated in an endemic fluorosis area of China [2].

4.      Based on my fluoride expertise, I was invited by the National Research Council to serve as a peer-reviewer of its comprehensive review of fluoride toxicity in 2006. I have also helped draft Criteria Documents on fluoride compounds for both the World Health Organization and the European Commission.

5.      As part of my work for this case, I analyzed and summarized the available evidence on fluoride exposure and risks of adverse effects, with a focus on the developing brain. I have submitted my analysis for publication in a peer-reviewed journal, and have recently been informed that it has been accepted for publication (Grandjean P. Developmental Fluoride Neurotoxicity: An Updated Review, in press).

6.      As part of my analysis in this case, I reviewed the recent prospective cohort data on prenatal fluoride exposure and IQ from the ELEMENT [3] and MIREC [4] cohorts. The data permit, and are indeed well suited for, dose-response analysis because they include individual-level results on maternal urinary fluoride during pregnancy and IQ in two separate North American populations.

7.      As thresholds for toxicity cannot be observed, regulatory agencies, including the EPA, utilize Benchmark Dose (BMD) as a mathematical approach to determining the point of departure (POD) that can be used for deriving Reference Doses (RfD) [5].

8.      My experience doing BMD analysis started about 20 years ago in connection with my research on the neurodevelopmental effects of methylmercury in a population cohort located in the Faroe Islands. Based on my research, the EPA provided me with a contract to produce a BMD analysis of the Faroe Islands data, which I did along with my biostatistician colleague, Dr.

Esben Budtz-Jorgensen and Professor Niels Keiding. A copy of EPA's Statement of Work, which sets forth EPA's research request is attached as **Exhibit A**, and a copy of the BMD analysis that I submitted to EPA in response thereto is attached as **Exhibit B**. This analysis was cited and relied upon by the National Research Council in its 2000 report on methylmercury [6], and a peer-reviewed article was subsequently published [7].

9.      In 2001, EPA's Integrated Risk Information System (IRIS) issued a new reference dose for methylmercury. The EPA based this reference dose on the BMD analysis that Dr. Budtz-Jorgensen and I had conducted in response to EPA's request. I understand that this reference dose has informed EPA's regulations and guidance with respect to the methylmercury exposures in the United States. An excerpt of EPA's assessment is attached as **Exhibit C**.

10.     In 2013, Dr. Budtz-Jorgensen and I extended our benchmark methodology in collaboration with the International Pooled Lead Study Investigators, which was peer-reviewed and published in the journal *Risk Analysis* [8]. As part of this analysis, we developed a BMD for lead and IQ by analyzing pooled data from multiple different cohort studies. The paper was co-authored by leading scholars on lead neurotoxicity, including Drs. David Bellinger and Bruce Lanphear.

11.     More recently, Dr. Budtz-Jorgensen and I conducted an advanced BMD analysis on perfluorinated chemicals, which was published last year in the peer-reviewed journal *PLOS One* [9].

12.     The methodology that I used in my report for this case is mainly based on our 2013 paper [8], and my report includes a summary of the method, along with a citation to the paper for further detail. A technical audience, including EPA colleagues, will be able to easily replicate the findings I have reported.

13.     In the field of epidemiology, it is standard practice for epidemiologists such as myself to collaborate with statisticians to secure the highest standard of statistical calculations. In my own research, I routinely rely on Dr. Budtz-Jorgensen to contribute to the statistical modeling, including BMD calculations, because he is an internationally recognized expert in the field of biostatistics. I have co-authored many peer-reviewed papers with Dr. Budtz-Jorgensen and find his work to be impeccable.

14.     Consistent with the standard practice in my field, I relied on Dr. Budtz-Jorgensen to do the BMD calculations for my expert report in this case following the method set forth in our peer-reviewed 2013 paper [8].

15.     The BMD analysis and findings that I included in my report for this case have now been accepted for publication in a peer-reviewed journal.

16.     I understand that, in this litigation, EPA is disputing the "generalizability" of the findings of the ELEMENT and MIREC cohorts to the United States population. I was surprised that EPA would make this argument, as the generalizability is obvious, as I will attempt to briefly explain.

17.     In my report, I discuss how urinary fluoride levels are a "good indicator of total daily fluoride intake," and that early studies from the United States found that that the concentration of fluoride in urine mirrors the concentration of fluoride in the drinking water (Expert Rep. at 12-13). Based on the early data from the United States, a person drinking water with 1 mg/L of fluoride will be expected to have about 1 mg/L fluoride in their urine. The strong influence of water-fluoride concentration on urine-fluoride concentration reflects the fact that water is generally the largest source of fluoride in a person's diet, particularly in communities with fluoridation programs, as I discuss in my report (Expert Rep. 10-11).

18.     As part of the MIREC study, the researchers conducted an extensive analysis of the urinary fluoride levels in over 1,000 pregnant women living in both fluoridated (~0.6 mg/L) and non-fluoridated (~0.1 mg/L) areas of Canada [10]. The researchers utilized several different methods for expressing the urine-fluoride concentrations, including adjustment for creatinine and adjustment for specific gravity. As can be seen in Table 2, the average urine-fluoride concentration in pregnant women from fluoridated areas was 0.71 mg/L when adjusting for specific gravity ($MUF_{SG}$). This is slightly higher than the average water fluoride level (0.61 mg/L), but roughly consistent with the prediction of a 1-to-1 ratio between water-fluoride and urine-fluoride.  (As I discuss in my report, an increase in urine-fluoride vs. water-fluoride likely reflects the increased use of fluoridated water for production of food and beverages that has occurred in recent decades.)

19.     Although there are no nationally representative data on current urine-fluoride concentrations in the United States, I have not seen *any* scientifically valid basis to expect that pregnant women living in fluoridated areas of the United States will have materially different urine-fluoride concentrations than their counterparts in Canada. By contrast, there are good reasons to expect that the levels will be comparable, including: (1) the two countries add fluoride to water at about the same concentration, i.e., generally 0.6 mg/L in Canada; and generally 0.7 mg/L in the U.S. [11], for the purposes of caries prevention; (2) water is, and remains, the largest source of total fluoride exposure; and (3) the use of fluoride in dental products is essentially the same in the two countries. If anything, as I discuss in my report, one would expect the urine-fluoride levels in fluoridated areas in the U.S. to be *higher* than in Canada due to the greater percentage of the U.S. population that receives fluoridated water (and thereby also the greater percentage of processed beverages and foods in the U.S. that contain elevated fluoride concentrations).

20.     The expectation that urine-fluoride concentrations will be similar in the U.S. is

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

borne out by a recent study by researchers at the University of California San Francisco, which I discussed in both my initial and supplemental reports. (A draft copy of this UCSF study is attached as **Exhibit D**). Although a relatively small population, the study found that pregnant women in fluoridated areas had an average urine-fluoride concentration of 0.72 mg/L when adjusted for specific gravity, which is similar to the concentration found in the Canadian study (0.71 mg/L) when using the same specific-gravity adjustment [10, Table 5]. Not only did the studies use the same method, the actual analysis for both studies was performed by the same scientist (Dr. Angeles Martinez-Mier), who is a recognized expert in the field of urine-fluoride analysis, and is a co-author of both studies. I thus made the obvious observation in my expert report that "the maternal urinary fluoride concentrations [in the California study] were similar to those reported from Canada" (Supplemental Rep. at 15).

21. I also understand that EPA is also contesting the generalizability of the ELEMENT findings to the U.S. population, which I will now address.

22. The study participants in the ELEMENT cohort are exposed to so-called "optimal" levels of fluoride through fluoridation of table salt [3]. The purpose of salt fluoridation is to replicate the fluoride doses that are produced through water fluoridation. As an initial matter, therefore, the reasonable *a priori* assumption is that the daily exposures to fluoride in the ELEMENT cohort will be generally comparable with the exposures in fluoridated communities in the MIREC cohort, as well as the exposures in fluoridated areas of the U.S. The soundness of this *a priori* assumption is borne out by the data.

23. As with the MIREC study [4], the ELEMENT study [3] measured the fluoride concentration in the urine of the mothers and did so using the same laboratory (University of Indiana) and scientist (Dr. Martinez-Mier). Dr. Martinez-Mier has thus been a co-author on each

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

of the ELEMENT and MIREC studies.

24.     For ELEMENT purposes, Dr. Martinez-Mier measured urine-fluoride by adjusting for creatinine, rather than specific gravity. This resulted in an average concentration of 0.90 mg/L in the 299 mothers described in 2017 [3], and 0.85 mg/L in the 213 mothers described in the subsequent study [12]. These average concentrations are effectively the same as what Dr. Martinez-Mier found when she used the creatinine method for the MIREC cohort. As documented in the 2018 article [10], the creatinine-adjusted urine-fluoride concentration in the MIREC cohort was 0.87 mg/L.

25.     While use of the creatinine-adjustment method in the ELEMENT studies precludes direct comparison with the urine-fluoride data from the recent Californian study, there is an important comparison point between these studies which further confirms the generalizability of the ELEMENT findings to the U.S. Specifically, in both the ELEMENT and California cohorts, Dr. Martinez-Mier measured fluoride concentrations in the blood of the pregnant women, and the average results were essentially identical between the two populations: 0.022 mg/L (Table 1) in the ELEMENT cohort [13] and 0.021 (Table 2) in the California study (**Exhibit D**) .

26.     Based on the data sets generated by the MIREC, ELEMENT, and California studies, I can see no scientifically valid reason to credibly question the generalizability of the ELEMENT and MIREC neurodevelopmental findings to fluoridated communities in the U.S. In fact, to do so would be inconsistent with how the EPA has treated data from foreign countries in the past, including my own data on methylmercury from the Faroe Islands (**Exhibit B**). As discussed above, the EPA used my BMD data from the Faroe Islands cohort to establish the reference dose for methylmercury in the U.S, upon which EPA has based regulations and guidance to protect the U.S. population against methylmercury toxicity. Further, in the specific context of fluoride

neurotoxicity, EPA and other federal agencies have cited and relied upon the Broadbent study of IQ in fluoridated areas of New Zealand [14] as a basis for finding no risk of harm in fluoridated areas in the U.S. with no analysis to assess the "generalizability" of these findings [11].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2019, in Cambridge, Massachusetts.

_____
PHILIPPE GRANDJEAN, MD, DMSc

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

# REFERENCES

1. Choi AL, Sun G, Zhang Y, Grandjean P: Developmental fluoride neurotoxicity: A systematic review and meta-analysis. *Environ Health Perspect* 2012, 120:1362-1368.

2. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P: Association of lifetime exposure to fluoride and cognitive functions in Chinese children: A pilot study. *Neurotoxicol Teratol* 2015, 47:96-101.

3. Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z *et al*: Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. *Environ Health Perspect* 2017, 125:097017.

4. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C: Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. *JAMA Pediatr* 2019, 173:(in press).

5. U.S. Environmental Protection Agency (U.S. EPA): Benchmark dose technical guidance. Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency; 2012.

6. National Research Council: Toxicological effects of methylmercury. Washington, DC: National Academy Press; 2000.

7. Budtz-Jorgensen E, Grandjean P, Keiding N, White RF, Weihe P: Benchmark dose calculations of methylmercury-associated neurobehavioural deficits. *Toxicol Lett* 2000, 112-113:193-199.

8. Budtz-Jorgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study: An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. *Risk Anal* 2013, 33:450-461.

9. Budtz-Jorgensen E, Grandjean P: Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. *PLoS One* 2018, 13:e0205388.

10. Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B: Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environ Health Perspect* 2018, 126(10):107001.

11. U.S. Department of Health and Human Services (DHHS): U.S. Public Health Service Recommendation for fluoride concentration in drinking water for the prevention of dental caries. *Publ Health Rep* 2015, 130:1-14.

12. Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L *et al*: Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12years of age in Mexico City. *Environ Int* 2018, 121:658-666.

13. Thomas DB, Basu N, Martinez-Mier EA, Sanchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M *et al*: Urinary and plasma fluoride levels in pregnant women from Mexico City. *Environ Res* 2016, 150:489-495.

14. Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, Poulton R: Community water fluoridation and intelligence: Prospective study in New Zealand. *Am J Public Health* 2015, 105:72-76.

# Exhibit A

## ORDER FOR SUPPLIES OR SERVICES

| | | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 8 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 6. SHIP TO: |
|---|---|---|
| 05/26/1999 | N/A | |

**6. SHIP TO:**

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | **a. NAME OF CONSIGNEE** U.S. EPA   Project Officer: |
|---|---|---|
| 9W-0262-NAEX | CH9082  QT-DC-99-002337 | OFFICE OF POLICY ANALYSIS & REVIEW   ELLEN S BROWN |

| 5. ISSUING OFFICE (Address correspondence to) | **b. STREET ADDRESS** 401 M STREET S.W. | | Mail Drop: 5103 |
|---|---|---|---|

U.S. EPA   Mail Drop:   3803R  
ADMINISTRATIVE CONTRACT SERVICE CENTER  
401 M STREET SW  
WASHINGTON , DC   20460

| **c. CITY** WASHINGTON | **d. STATE** DC | **e. ZIP CODE** 20460 |
|---|---|---|

**f. SHIP VIA:**

**7. TO:**

**8. TYPE OF ORDER**

**a. NAME OF CONTRACTOR**  
ODENSE UNIVERSITY

**b. COMPANY NAME**  
PHILIPPE GRANDJEAN

**c. STREET ADDRESS**  
WINSLOWPARKEN 17,  
DM    5000  
     Denmark

| **d. CITY** Odense | **e. STATE** DM | **f. ZIP CODE** |
|---|---|---|

[X] **a. PURCHASE**

**REFERENCE YOUR:**

Please Furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated.

[ ] **b. DELIVERY** – Except for billing instructions on the reverse, this delivery order is subject to instructions contained on in this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**10. REQUISITIONING OFFICE**  
IMMEDIATE OFFICE HEALTH & ECOL CRIT DIV

Buyer:  
PHILLIP D OSBORNE  
(202) 564-4782

**9. ACCOUNTING AND APPROPRIATION DATA**  
CH9082 1999 B   28H   20102B 2505              $24650.00

Corp Status:   CORPORATE

**11. BUSINESS CLASSIFICATION (Check appropriate box(es))**

| [ ] a. SMALL | [ ] b. OTHER THAN SMALL | [ ] c. DISADVANTAGED | [ ] d. WOMAN-OWNED |
|---|---|---|---|

| 12. F.O.B. POINT FOB DESTINATION | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE Date | 16. DISCOUNT TERMS |
|---|---|---|---|
| **13. PLACE OF** | | | NET30 |

| **a. INSPECTION** DESTINATION | **b. ACCEPTANCE** City | State | |
|---|---|---|---|

**17. SCHEDULE (See reverse for Rejections)**

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 1 | Benchmark Model  See Statement of Work | 1 | LOT | $ 24,850.00 | $ 24,650.00 | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | $ .00 | 17(h) TOT (Cont. Pages) |
|---|---|---|---|---|

See Billing Instructions On Reverse

**21. MAIL INVOICE TO:**

**a. Name** HQ FINANCIAL SERVICES DIVISION   U.S. EPA   Mail Drop 2734R

**b. Street Address (or P.O. Box)** 401 M STREET, SW

| **c. City** WASHINGTON | **d. STATE** DC | **e. ZIP CODE** 20460 |
|---|---|---|

$ 24,650.00   17(i) GRAND TOTAL

| 22. UNITED STATES OF AMERICA BY (Signature) | 23. NAME (Typed) PHILLIP D OSBORNE | (202) 564-4782 |
|---|---|---|
| | TITLE: CONTRACTING/ORDERING OFFICER | |

AUTHORIZED FOR LOCAL REPRODUCTION / Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95) / Prescribed by GSA/FAR 48 CFR 53.213 (a)

## Clause(s):

| FAR | 62-213-3 | Notice to Suppliers (APR 84) |
|-----|----------|------------------------------|

| FAR | 52.204-3 | Taxpayer Identification (JUN 97) |
|-----|----------|-----------------------------------|

**FAR**    52.213-1    **Fast Payment Procedure** (APR 84)
This clause is included by reference.

**EPAAR**    52.222-26    **Equal Opportunity** (APR 84)

**FAR**    52.232-33    **Mandatory Information for Electronic Funds Transfer Payment** (AUG 98)
Incorporated by reference.

**FAR a**    52.232-34    **Payment by Electronic Funds Transfer—Other than Central Contractor Registration (I)** (MAY 99)
PAYMENT BY ELECTRIC FUNDS TRANSFER—OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

(a) Method of payment.

(1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT) except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either—

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend payment due dates until such time as the Government makes payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information.

(1) The Contractor is required to provide the Government with the information required to make payment by EFT (see paragraph (j) of this clause). The Contractor shall provide this information directly to the office designated in this contract to receive that information (hereafter, "designated office") by no later than 15 days prior to submission of the first request for payment. If not otherwise specified in this contract, the payment office is the designated office for receipt of the Contractor's EFT information. If more than one designated office is named for the contract, the Contractor shall provide a separate notice to each office. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the designated office(s).

**FAR b**    52.232-34    **Payment by Electronic Funds Transfer—Other than Central Contractor Registration (II)** (MAY 99)
PAYMENT BY ELECTRIC FUNDS TRANSFER (Continued)

(2) If the Contractor provides EFT information applicable to multiple contracts, the Contractor shall specifically state the applicability of this EFT information in terms acceptable to the designated office. However, EFT information supplied to a designated office shall be applicable only to contracts that identify that designated office as the office to receive EFT information for that contract.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment.

(1) The Government is not required to make any payment under this contract until after receipt, by the designated office, of the correct EFT payment information from the Contractor. Until receipt of the correct EFT information, any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

**FAR c**    **52.232-34**    Payment by Electronic Funds Transfer—Other than Central Contractor Registration (iii)  (MAY 99)
PAYMENT BY ELECTRIC FUNDS TRANSFER (Continued)

(2) If the EFT information changes after submission of correct EFT information, the Government shall begin using the changed EFT information no later than 30 days after its receipt by the designated office to the extent payment is made by EFT. However, the Contractor may request that no further payments be made until the updated EFT information is implemented by the payment office. If such suspension would result in a late payment under the prompt payment terms of this contract, the Contractors request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Liability for uncompleted or erroneous transfers.

(1) If an uncompleted or erroneous transfer occurs because the Government used the Contractors EFT information incorrectly, the Government remains responsible for—

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractors EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and—

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment and the provisions of paragraph (d) shall apply.

**FAR d**    **52.232-34**    Payment by Electronic Funds Transfer—Other than Central Contractor Registration (iiii)  (MAY 99)
PAYMENT BY ELECTRIC FUNDS TRANSFER (Continued)

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date,provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall provide the EFT information required by paragraph (j) of this clause to the designated office, and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information provided by the Contractors financial agent.

| FAR | 52.233-3 | Protest after Award – cont. (AUG 96) |

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable cost resulting from the stop-work order.
(e) The Government's right to terminate this contract at any time are not affected by actions taken under this clause.
(f) If, as the result of the Contractor's intentional or negligent misstatement, misrepresentation, or miscertification, a protest related to this contract is sustained, and the Government pays costs, as provided in FAR 33.102(b)(2) or 33.104(h)(1), the Government may require the Contractor to reimburse the Government the amount of such costs. In addition to any remedy available, and pursuant to the requirements of Subpart 32.6, the Government may collect this debt by offsetting the amount against any payment due the Contractor under any contract between the Contractor and the Government.

| FAR | 52.249-1 | Termination for Convenience of the Government (Fixed Price) (Short Form) (APR 84) |

This clause is incorporated by reference.

| CUSTOM | **INVOICES** |

Invoices shall be prepared in original and at least one copy, containing the following information: Purchase Order Number, description of commodities/services furnished, period of performance, taxpayer ID number and amount due. Invoices shall be submitted to the address specified in block 21 of this order.

| CUSTOM | **INCORPORATION OF CONTRACTOR'S TECHNICAL PROPOSAL** |

The Contractor's technical proposal entitled National Center for Environmental Research and Quality Assurance Grants and Fellowship System, dated April 27, 1999, is incorporated into this delivery order.

| CUSTOM | **PROJECT OFFICER** |

The project officer defined in block 6 is hereby designated as the project officer for this requirement. As such, he/she shall

1 - Provide all information of a general nature necessary in the performance of this order.
2 - Be responsible for inspection and acceptance of the services for the certification of invoices.

The PROJECT OFFICER DOES NOT have the authority to issue any technical direction which changes or modifies the scope of work, or alter the period of performance.

| CUSTOM | **For PO & Payment Information** |

For payment information, contact the Finance Office on (202)565-2550. For purchase order information, contact the "Buyer" indicated in block 10 of your Purchase Order.

| CUSTOM | **TAX** |

The Federal Government is exempted from paying taxes. The tax exempt number is 52-085-2995.

## Additional Terms and Conditions

Year 2000 Compliance

Any product offered or electronic and authorization system delivered under this contract is warranted to be Year 2000 compliant. Year 2000 Compliant means accurately processing date/time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations, when used in accordance with the product documentation provided by the contractor, provided that all products used in combination with the contractor's product properly exchange data data with it.

## SUPPLEMENTAL INVOICING INFORMATION

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $_____. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided: contract number (if any), order number, item number(s), description of supplies or services, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

### RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been:  ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL FINAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T. REP. | DATE |
|---|---|---|---|---|---|
| TOTAL CONTAINERS | | GROSS WEIGHT | RECEIVED AT | TITLE | |

### REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY REJECTED | UNIT | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

· Purchase Order # 9W-0252-NAEX

## Statement of Work

**Title:** Benchmark Modeling of the Faroese Methyl Mercury Data.

**Background:** In December 1997, EPA released an eight-volume Mercury Study Report to Congress, mandated by the Clean Air Act Amendments of 1990. The Report evaluated the human health and environmental impacts of mercury emissions to the air resulting from human activity. The Report also considered technologies for control of mercury emissions and what those technologies would cost to implement.

At the time of the Mercury Study Report to Congress, it became apparent that considerable new data on the health effects of methyl mercury in humans were emerging. However, as many of these new data had either not been published or had not yet been subject to rigorous review, EPA decides that it was premature to consider making a change in the 1995 methyl mercury RfD at that time. This decision was supported by the Agency's SAB.

In response to SAB's comment regarding the future need to reassess the current RfD in light of the newly emerging data and because of various limitations and uncertainties in the available information, EPA participated in an interagency review of the human data on methyl mercury. This review took the form of a scientific workshop with external scientific experts in November 1998. The purpose of the workshop was to discuss and evaluate the major epidemiologic studies associating methyl mercury exposure with an array of developmental measures in children. On the final day of the workshop each panel presented oral summaries of their discussions and offered preliminary findings and recommendations in a plenary session. One of the recommendations was to perform a benchmark modeling of the Faroese methyl mercury study data, in efforts to develop common endpoints using similar analytical methods.

**Purpose:**
The purpose of this simplified acquisition is to have an expert perform benchmark modeling of the Faeroes methyl mercury data, adjusting for covariables. It is critical that this calculation be performed by July 7, 1999 based on the Agency's need to develop guidance levels for affected communities.

**Task description:** A benchmark dose (BMD) is the dose of a substance that corresponds to a prescribed increase in the response (called the benchmark response or BMR) of a health effect. A statistical lower bound on the benchmark dose (BMDL) has been proposed as a replacement for the no-observable-adverse-effect-level (NOAEL) in setting acceptable exposure levels. The BMD is intended to be used as an alternative to the NOAEL in deriving a point of departure for low dose extrapolations. The BMD is a dose corresponding to some change in the level of response to background, and is not dependent on the doses used in the study. The BMR is based on a biologically significant level of response or on the response level at the lower detection limit of the observable dose range for a particular endpoint in a standard study design. The BMD approach does not reduce uncertainty inherent in extrapolating from animal data to humans and

## Purchase Order # 9W-0252-NAEX

does not require that a study identify a NOAEL, only that at least one dose be near the range of the response level for the BMD.

The completion of this task by the specified time period (July 7, 1999) is pivotal to the Agency's decision making process. The *Methyl Mercury Congressional Report*, developed in 1997, is currently being reviewed by the National Academy of Sciences (NAS) technical review board. Pending their review, EPA will initiate the development of a risk assessment to provide guidance on the human health effects from methyl mercury exposure. The benchmark calculation is also a critical piece of information for the upcoming scientific World Health Organization (WHO) workgroup meetings, in July of 1999) on methyl mercury contamination and the process in which the scientific community will address this issue. Any delay in completing the benchmark calculation would result in an unacceptable time frame for the Agency's completion of their assessment.

### Deliverables/Schedule:

1. The contractor shall perform a benchmark modeling of the Faroese methyl mercury data via a comparable methodology (The Crump Program)
as was used in the Faroese data set. The draft results of the benchmark modeling shall be submitted to EPA Project Officer for review and comment by June 23, 1999.

2. The contractor shall submit to the EPA Project Officer the final results of the benchmark modeling, incorporating EPA Project Officer's comments, by July 7, 1999.

The final deliverable shall be provided to the Project Officer (PO) in electronic format on a 3.5" diskette in WordPerfect for Windows version 6.1 (WPWIN6.1) and as three (3) hard unbound single sided copies.

### EPA PROJECT OFFICER:

Ellen Brown (6103)
Office of Policy Analysis and Review
Office of Air and Radiation
202/260-7428

# **Exhibit B**

Odense and Copenhagen, Denmark, 6 July, 1999

## FINAL REPORT to U.S.EPA

# Benchmark Modeling of the Faroese Methylmercury Data

*by Esben Budtz-Jørgensen,[1] Niels Keiding,[1] and Philippe Grandjean[2]*

[1]Department of Biostatistics, Institute of Public Health, Panum Institute, University of Copenhagen, Copenhagen, Denmark
[2]Department of Environmental Medicine, Institute of Public Health, Odense University, Odense, Denmark

Methylmercury is a common contaminant of seafood and freshwater fish (1). While adverse effects have been unequivocally demonstrated in poisoning incidents, the implications of lower-level exposures in fish-eating populations have been controversial (2,3). A birth cohort was generated in the Faroe Islands during 1986-1987 and is being studied prospectively to examine the possible adverse effects of prenatal exposure to methylmercury (4).

Deficits in several domains of brain function were associated with increased prenatal exposures to methylmercury, while postnatal exposures appeared less important (4,5). Regression analyses have been used to estimate these associations, but such data are of limited use when considering approximate thresholds of effects and safe levels of exposure. An attractive approach in this regard is to calculate so-called benchmark doses and their lower confidence limits (6). The present report therefore presents benchmark calculations for indicative findings of this study.

### Study population

A cohort of 1022 singleton births was assembled during 1986-1987, and mercury concentrations were measured in maternal hair at parturition (• $\text{g}$/g) and in cord blood (• $\text{g}$/l) as biomarkers of the prenatal methylmercury exposure (4). The latter was thought to be the best indicator of the amount of this neurotoxicant that had reached the fetal circulation and the fetal brain during susceptible periods of development.

Because the effects of fetal childhood exposure to methylmercury are persistent (1), detailed examination of the children was carried out at school age, i.e., in 1993-1994. Seven children had died, and a total of 917 of the surviving children (90.3%) completed the examinations, 443 of them in 1993.

## Neuropsychological tests

Neuropsychological tests were chosen to include tasks that would be affected by the neuropathological abnormalities described in congenital methylmercury poisoning and the functional deficits seen in children with early-life exposure to neurotoxicants (4,7). Tests with advantageous psychometric properties, i.e., with a wide range of scores possible without floor or ceiling effects, and acceptable test-retest reliability, were preferred, including computer-assisted tests. Based on the scores obtained, one test was selected for detailed study for each of five domains of brain function (4):

1. Motor speed: Neurobehavioral Evaluation System (NES2) Finger Tapping Test, maximum number in 15 s with the preferred hand. This task is a measure of manual motor ability that focuses specifically on speed.

2. Attention: NES2 Continuous Performance Test, average reaction time during the last three of the four minutes of testing. This test measures vigilance/attention.

3. Visuospatial performance: Bender Visual Motor Gestalt Test, number of errors in copying the 9 figures as scored by the Göttingen system. This visuospatial test has been used extensively as a non- specific measure of brain damage but may also be informative in regard to the functioning of the non-dominant cerebral hemisphere.

4. Language: Boston Naming Test, total number of correct responses, including semantic and phonemic cues. This test of lexical knowledge measures dominant cerebral hemisphere function.

5. Short-term memory: California Verbal Learning Test (Children), number correct for spontaneous long-delay recall of 12 words. This test assesses short-term verbal memory.

## Benchmark Calculations

In examining dose-response relationships, we have used the approach suggested by Crump (6). Thus, the benchmark dose (BMD) is the dose of a substance that results in an increased probability of an abnormal test performance by a benchmark response (BMR), i.e., from $P_0$ for an unexposed child to $P_0$+BMR for a child exposed to the BMD.

In accordance with previous applications of this method (1,6), a $P_0$ of 5% has been chosen as the default value. Thus, the level ($x_0$) of abnormal test performance is defined by a probability of 5% in an unexposed population. An abnormal test performance is therefore defined in purely statistical terms and may have little to do with actual limits for 'abnormal' performance in a neuropsychological sense. It should also be noted that, as the Faroese cohort does not include an unexposed control group, the performance level for an unexposed child is obtained by fitting a dose-response curve to all data points followed by extrapolation to zero exposure.

In general, larger values of $P_0$ are likely to result in lower BMD values. As an alternative to a $P_0$ of 5%, we have therefore also conducted calculations with $P_0$ corresponding to one standard deviation, i.e., a cut-off level of about 16%. These calculations have been performed with the sole objective of exploring the dependence of the benchmark

calculations on the choice of $P_0$.

The BMDL, which is intended to be used as an alternative to the NOAEL, is calculated as the statistical 95% lower confidence bound of the BMD (6). This makes the BMDL dependent on the number of observations. Thus, an increased number of observations will diminish the uncertainty of the BMD estimates, i.e., narrower confidence bands and thereby higher BMDLs.

The BMR is often set at 10%, so that the corresponding BMD will triple the risk of an abnormal response, given that $P_0$ is 5%. Because a tripling in risk would seem a large effect, we have also calculated BMDs and BMDLs for a BMR of 5%, which corresponds to a doubling of the risk. To explore further the dependence of the benchmark results on the BMR, we also conducted calculations with a BMR of 2%.

The benchmark concept was originally developed in the context of highly standardized carcinogenesis trials. In the present application, the response is influenced by confounders in addition to the exposure of interest (mercury). The preferable adaptation of the benchmark concept to this situation is to use the same unexposed risk ($P_0$) for each child and a linear multivariate model for the dependence on the confounders. Accordingly, for each child, the calculated limit ($x_0$) for an abnormal test performance will depend on the individual values of the confounders for that child. By this approach (as will be documented in detail elsewhere), the dependence of the BMD and BMDL on the confounders will be avoided. The benchmark results can therefore be interpreted without considering the covariates.

Values of BMD and BMDL have been calculated by a statistical dose-response model. In analyzing similar data from other mercury studies, Crump has modeled the dependence of the mean test score of a child on the maternal hair mercury level ($d$) using a

a) $K$-power model (a family of power functions):

$$\bullet\ (\!d) = \bullet\ \bullet\!\!\bullet\! d^{\,K}$$

The power parameter $K$ was restricted to values equal to or above 1 and was included in the model to allow the dose-response curve to be nonlinear. To make the BMDLs comparable between studies we have analyzed the Faroese data using the same dose-response model. However, preliminary analyses suggested that the proposed power functions do not fit the Faroese data very well. Therefore, the benchmark calculations were repeated using three additional models:

b) Linear dose-response model:

$$\bullet\ (\!d) = \bullet\ \bullet\!\!\bullet\! d$$

c) Square root dose-response model:

$$\mu(d) = \beta \cdot \sqrt{(d+1)}$$

d) Logarithmic dose-response model:

$$\bullet\ (\!d) = \bullet\ \bullet\!\!\bullet\! \log(d+1)$$

If $K$ is fixed at $K{=}1$ in the model proposed by Crump, the linear dose-response model is

3

obtained. Notice also that before the square root and the logarithmic transformation were applied a constant of 1 was added to the concentrations to avoid dose-response models with an infinite slope at zero dose (supralinear dose-response models).

The (lack of) fit of the four models considered is compared after calculation of minus twice the log of the likelihood function (-2log(L)) for each model. The lower the -2log(L)-value the better the fit.

Furthermore, the fit of the linear, the square root and the logarithmic dose-response model have been compared in pairs. Each model in a given pair was tested against an expanded model including both models. A high p-value in this goodness of fit test indicates that the model at hand does not fit the data significantly worse than the expanded model which also includes the other curve function in the pair.

The distribution of both exposure biomarkers is skewed with a few highly exposed children. These highly exposed children might influence the dose-response estimation disproportionately. Therefore, the benchmark calculations were performed both with and without these children.

Confounder adjustment was carried out as indicated above. As in previous analyses (4), obligatory confounders were: age, sex and the maternal Raven score (as a measure of maternal intelligence). When relevant, the child's computer experience was included as well. The following additional covariates were included for confounder adjustment because they were significantly associated with at least three of the 20 neuropsychological response variables: medical risks, daycare, maternal and paternal education, paternal employment (4). This uniform group of confounders was used to adjust all responses in the benchmark calculations.


## Results

The number of children completing the tests varied between 837 and 901 for four of the tests (4). For the Continuous Performance Test reaction time, the results differed between the first and the second year, and a joint regression equation could not be generated. Since supervision was stringent only during the first year, the results from the 428 children examined during the first year were used for the purpose of detailed statistical analyses (4). The numbers available for analyses were slightly reduced because of missing information on some of the covariates. As illustration of the associations explored, cumulated distributions for approximate quartile exposure groups (based on cord-blood concentrations) are provided for the two outcome tests showing the closest association with the exposure after confounder adjustment.

In the absence of detailed a priori knowledge on the shape of the dose-response curves, four different models have been used. When the maternal hair-mercury concentration is used as the exposure variable, no certain difference in fit between the different curve functions appears, and the BMDLs of the four models are in general in accordance with each other, especially for BMR=10% (Table 1). It should be noted that two digits after the decimal point are provided only for the sake of uniform presentation, not as an indication of the precision. For example, it is seen that the $K$ power model and the linear model may have slightly different BMDLs, although $K = 1$. Such small differences will occur as a result of differences in the two procedures.

However, for the cord blood concentration the results are clearly different for the different curves (Table 2). The likelihood calculations show that, especially for the attention

test, the logarithmic transformation seems to give a better fit than the linear model. Also, a low p-value in Table 3 indicates an inferior fit of the individual model when compared to the combined linear-logarithmic model. The logarithmic model always fits as well as the combination, while the linear model does not for the attention response and, to some extent, for the language and memory tests. For the cord-blood mercury parameter, the power parameter in the $K$-power model is estimated to 1 (yielding the linear model) as the best fit for all response variables. Thus, the logarithmic model also provides a better fit than the $K$-power model. This finding therefore suggests that the power functions used by Crump (6) may not necessarily provide the best fit.

Although the difference in fit between the logarithmic and the square root function is far from significant, the BMDLs of the logarithmic model are considerably lower. This finding further supports the notion that the benchmark method may be highly sensitive to assumptions about the dose-response curve.

A serious disadvantage of the $K$-power model and the linear model is that the BMDLs for the cord-blood parameter are very sensitive to a few observations at high dose levels. Thus, when the child with highest exposure (351 • g/l) was excluded, the BMDLs decreased by 10-20%. The influence of this subject on the results obtained by the logarithmic dose-response function was negligible.

The results obtained with the two sets of exposure biomarkers may be compared when taking into account that an approximate ratio between them suggests that 1 • g/g hair corresponds to about 5 • g/l cord blood. Taking this factor into account, the BMDs and BMDLs differ in most cases between the two exposure biomarkers. Overall, the results for the blood concentrations are lower when the logarithmic or the square root dose-response functions are used. When log transformed, this biomarker mostly showed a stronger association with the response variables than did the hair-mercury concentration (4). However, several of the BMDLs obtained with the linear dose-response model are lower for the hair mercury parameter than for the cord blood concentration.

Using the logarithmic dose-response model under the default conditions, where BMR is 10%, the lowest BMDLs are obtained for the attention measure (6.13 • g/g hair and 3.96 • g/l cord blood). The results for the language test are somewhat higher, i.e., 9.14 • g/g hair and 9.66 • g/l cord blood. As indicated above, the results for other curve functions are higher. For both sets of dose indicators and for all four dose-response models, lower BMDLs are obtained if BMR is set at 5%, rather than 10%. Again, the results for the attention measure are the lowest. Supplementary calculations using a BMR of 2% showed the same tendency, but at even lower levels.

Using both the linear and the logarithmic dose-response models for the two most sensitive outcome variables, BMDLs were also calculated using $P_0 = 0.16$, i.e., corresponding to one standard deviation. As could be expected, these BMDLs are lower than the corresponding values for $P_0 = 0.05$. Furthermore, the strongest dependence on $P_0$ is seen for the logarithmic model.

## Discussion

Benchmark dose calculations have been used previously for determination of Reference Doses. As also seen with the Iraqi data used by the U.S. EPA for benchmark calculations (1), the results depend on the choice of the dose-response function. The magnitude of both $P_0$ and BMR may also affect the results. Little biological information is available to allow any a

priori judgment concerning default settings for these parameters. Thus, four dose-response models have been applied. Further, in addition to $P_0$ and BMR values that allow comparison with previous calculations, the present study has also included alternative settings to provide evidence on their impact on the benchmark calculations.

The results obtained show that BMDs and BMDLs vary substantially. In choosing the most reliable or appropriate results, some guidance is available. Thus, at least for the present data, it would seem appropriate to include the logarithmic dose-response model in the consideration of benchmark doses. This model appears to provide a better fit for some of the outcome variables, notably those that show the closest association with the cord-blood mercury concentration.

The magnitude of $P_0$ and BMR is also of obvious importance. Although a $P_0$ of 5% and a BMR of 10% have been used in some previous calculations, lower BMDs and BMDLs may be obtained with a $P_0$ of 16% and a BMR of 5% (and even lower at 2%). No clear guidance is available at this point how to choose the most appropriate magnitude of $P_0$ and BMR. Thus, given the uncertainties associated with these choices, the different sets of BMDL results should be considered only as indicators of orders of magnitude.

The current Reference Dose for methylmercury corresponds to a hair mercury concentration of 1.1 • g/g. With an approximate ratio of 1 : 200 between mercury concentrations in cord blood and maternal hair in the present material, this level corresponds to about 5.5 • g/l cord blood. This concentration is quite similar to the 10% BMDLs obtained for the attention and language tests in the present study, i.e., the most sensitive responses that were associated with the lowest BMDLs. While the comparable BMDLs obtained for the hair concentration measure are somewhat higher, the results for a BMR of 5% are of the same order of magnitude as the cord blood results at BMR = 10%.

These calculations, although only indicative, may suggest that the current Reference Dose corresponds to an approximate NOAEL derived from the Faroese data. Accordingly, the Reference Dose would seem not to include any uncertainty factor. Although at least one uncertainty factor of up to 10 is usually used to take into account individual susceptibility differences, the inclusion of such considerations would result in a lower Reference Dose.

The outcome of these calculations should not be considered without a critical assessment of the cohort study as such. Thus, a detailed review was recently conducted at a workshop convened by NIEHS in Raleigh, NC, in November, 1998. Also, the relevance of the Faroese cohort study for risk assessment purposes must be considered. The culture is Scandinavian, i.e., western European, with a traditional and stable family structure, and a highly efficient societal system of health care, education and social support. Dietary deficiencies are nonexistent, and the intake of essential fatty acids and selenium is high because of their occurrence in seafood. The median birth weight in the Faroes is 3700 g, i.e., among the highest in the world, only 14 cohort children having a birth weight below 2500 g. Breastfeeding in the Faroes is mostly continued for at least six months, with more than 97% of the cohort children being breastfed for at least one month. Alcohol intake during pregnancy is minimal, with more than 75% of the mothers being total abstainers. Accordingly, this homogeneous population has substantial epidemiological advantages but is unlikely to provide information on hypersusceptible subpopulations.

Most of the methylmercury exposure in the Faroes originates from pilot whale, a traditional food item which is eaten as thin slices of cured meat or larger steaks. If large amounts of whale meat are consumed within a short time period, an episodic exposure situation may occur. A small number of long hair strands from cohort mothers has been analyzed in segments of 1-1.5 cm, i.e., representing 30-45 days of hair growth. Results so far

(unpublished data) have shown a few instances of definite variation, where the peak level was about twice the lowest concentration along the strands. Taking into account the biological half-life of about 45 days for methylmercury in the body, these analyses provide evidence of only limited variation in exposure levels. Also, if the exposure is variable, the exposure biomarkers will be more imprecise. Increased imprecision will result in an underestimation of the true mercury effect on the outcome variables.

Many Faroese also eat whale blubber which contains polychlorinated biphenyls (PCBs) (8). These substances have been linked to neurobehavioral dysfunctions (9), although the specific causative congeners have not been identified, and confounding from methylmercury has not been excluded. Nonetheless, we determined the PCB concentrations in cord tissue for half of the cohort (4). Detailed statistical analyses showed that confounding is limited, and interaction is unlikely with the methylmercury-associated effects (10).

Another cohort is being followed in the Seychelles, but results have only been published from examinations up to 5.5 years of age (3). In this study, a variety of developmental tests have been used, and the prenatal methylmercury exposure was determined from the maternal hair concentration only. With a population from a mid-income developing country, where the family structure is different, it is perhaps not surprising that subtle mercury neurotoxicity has not been demonstrated (11). Although the Seychelles study may offer some confidence that methylmercury effects may be of limited, or perhaps even negligible, extent in some fish-eating populations, the Faroese data provide information on subtle effects in a homogeneous population as determined with highly sensitive methods. Support for this notion has now emerged from studies of newborns in the Faroe Islands (12), and school-age children from Madeira (13) and the Brazilian Amazon (14).

## References

1. EPA. Mercury Study Report to Congress. Washington, DC: U.S. Environmental Protection Agency, 1997.

2. Mahaffey KR. Methylmercury exposure and neurotoxicity (editorial). JAMA 1998; 280: 737-8.

3. Davidson PW, Myers GJ, Cox C et al. Effects of prenatal and postnatal methylmercury exposure from fish consumption on neurodevelopment. JAMA 1998; 280: 701-7.

4. Grandjean P, Weihe P, White RF, Debes F, Araki S, Murata K, Sørensen N, Dahl D, Yokoyama K, Jørgensen PJ. Cognitive deficit in 7-year-old children with prenatal exposure to methylmercury. Neurotoxicol Teratol 1997; 19: 417-28.

5. Grandjean P, Budtz-Jørgensen E, White RF, Jørgensen PJ, Weihe P, Debes F, Keiding N. Methylmercury exposure biomarkers as indicators of neurotoxicity in 7-year-old children. Am J Epidemiol (in press).

6. Crump KS. Calculation of benchmark doses from continuous data. Risk Analysis 1995; 15: 79-89.

7. White RF, Debes F, Dahl R, Grandjean P. Development and field testing of a

neuropsychological test battery to assess the effects of methylmercury exposure in the Faroe Islands. Proceedings of the international symposium on assessment of environmental pollution and health effects of methylmercury, Kumamoto, 1994, pp. 127-40.

8. Borrell A, Aguilar A. Pollution by DDT and PCB in blubber and muscle of long-finned pilot whales from the Faroe Islands. In Donovan GP, Lockyer CH, Martin AR, eds. Biology of Northern hemisphere pilot whales. (Special Issue 14). Cambridge, International Whaling Commission, 1993, pp. 351-367.

9. Jacobson JL, Jacobson SW, Humphrey HEB. Effect of in utero exposure to poly chlorinated biphenyls and related contaminants on cognitive functioning in young children. J Pediatr 1990; 116: 38-45.

10. Budtz-Jørgensen E, Keiding N, Grandjean P, White RF, Weihe P. Methylmercury Neurotoxicity Independent of PCB Exposure (letter). Environ Health Perspect 1999; 107: A236-7.

11. Grandjean P, White RF. Effects of methylmercury exposure on neurodevelopment (letter). J Am Med Assoc 1999; 281: 896.

12. Steuerwald U, Weihe P, Jørgensen PJ, Bjerve K, Brock J, Heinzow B, Budtz-Jørgensen E, Grandjean P. Maternal seafood diet, methylmercury exposure, and neonatal neurological function. J Pediatr (submitted).

13. Murata K, Weihe P, Renzoni A, Debes F, Vasconcelos R, Zino F, Araki S, Jørgensen PJ, White RF, Grandjean P. Delayed evoked potentials in Madeiran children exposed to methylmercury from seafood. Neurotoxicol Teratol (in press).

14. Grandjean P, White RF, Nielsen A, Cleary D, de Oliveira Santos EC. Mercury neurotoxicity in Amazonian children downstream from gold mining. Environ Health Perspect 1999; 107: 587-91.

## Table 1. Results of benchmark calculations using the maternal hair-mercury concentration ($\mu$ g/g) as the dose parameter.

### 1. Motor speed (finger tapping)

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| $-2\cdot\log(L)$ | 8539.77 | | 8539.83 | | 8540.17 | | 8540.57 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 19.92 | 12.07 | 19.70 | 11.33 | 20.05 | 8.23 | 18.74 | 4.27 |
| BMR=0.10 | 30.09 | 19.07 | 33.00 | 18.98 | 48.13 | 18.47 | 146.69 | 15.17 |

$P_0 = 0.05$

### 2. Attention (CPT reaction time)

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| $-2\cdot\log(L)$ | 5777.49 | | 5777.49 | | 5777.17 | | 5776.84 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 17.66 | 10.25 | 17.66 | 9.35 | 13.99 | 5.48 | 7.43 | 2.23 |
| BMR=0.10 | 29.58 | 16.60 | 29.58 | 15.66 | 32.75 | 11.86 | 34.49 | 6.13 |

$P_0 = 0.05$

### 3. Visuospatial performance (Bender)

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| $-2\cdot\log(L)$ | 8309.41 | | 8309.41 | | 8309.56 | | 8309.89 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 28.36 | 14.78 | 29.03 | 14.03 | 38.29 | 11.27 | 91.57 | 6.82 |
| BMR=0.10 | 45.66 | 22.45 | 48.62 | 23.50 | 95.47 | 25.95 | 1963.47 | 30.32 |

$P_0 = 0.05$

**4. Language (Boston Naming Test)**

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| -2•log(L) | 8021.66 | | 8021.66 | | 8021.71 | | 8022.58 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 15.22 | 10.02 | 15.22 | 9.63 | 12.48 | 6.24 | 8.35 | 2.99 |
| BMR=0.10 | 25.49 | 16.69 | 25.49 | 16.13 | 28.95 | 13.68 | 41.27 | 9.14 |

$P_0 = 0.05$

**5. Short-term memory (California Verbal Learning Test)**

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| -2•log(L) | 6868.79 | | 6868.79 | | 6868.14 | | 6868.07 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 27.16 | 14.35 | 27.16 | 13.41 | 26.56 | 9.35 | 27.16 | 4.75 |
| BMR=0.10 | 45.48 | 22.43 | 45.48 | 22.46 | 64.89 | 21.22 | 266.72 | 17.70 |

$P_0 = 0.05$

**Results with $P_0 = 0.16$**

| Response | 2. Attention (CPT reaction time) | | | | 4. Language (Boston Naming) | | | |
|---|---|---|---|---|---|---|---|---|
| Model | b) Linear | | d) Logarithmic | | b) Linear | | d)Logarithmic | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 9.14 | 4.84 | 2.01 | 0.83 | 7.88 | 5.00 | 2.18 | 1.06 |
| BMR=0.10 | 17.07 | 9.04 | 6.84 | 2.10 | 14.71 | 9.34 | 7.68 | 2.84 |

**Table 2. Results of benchmark calculations using the cord-blood mercury concentration (• g/l) as the dose parameter.**

**1. Motor speed (finger tapping)**

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| -2•log(L) | 8344.41 | | 8344.41 | | 8344.11 | | 8344.87 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 139.73 | 82.87 | 139.73 | 78.53 | 113.76 | 42.07 | 51.60 | 7.92 |
| BMR=0.10 | 234.01 | 136.46 | 234.01 | 131.52 | 297.11 | 105.43 | 761.34 | 38.04 |

$P_0 = 0.05$

**2) Attention (CPT reaction time)**

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| -2•log(L) | 5636.59 | | 5636.59 | | 5633.34 | | 5631.38 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 71.75 | 48.37 | 71.75 | 45.52 | 26.54 | 13.81 | 3.03 | 1.60 |
| BMR=0.10 | 120.15 | 80.29 | 120.15 | 76.23 | 64.84 | 32.30 | 9.31 | 3.96 |

$P_0 = 0.05$

**3. Visuospatial performance (Bender)**

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| • 2•log(L) | 8077.48 | | 8077.48 | | 8076.91 | | 8076.94 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 241.57 | 113.97 | 241.57 | 103.66 | 250.40 | 61.98 | 270.82 | 12.66 |
| BMR=0.10 | 404.56 | 179.88 | 404.56 | 173.59 | 668.69 | 158.14 | 11930.24 | 78.71 |

$P_0 = 0.05$

**4. Language (Boston Naming Test)**

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| -2•log(L) | 7793.72 | | 7793.72 | | 7790.84 | | 7790.42 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 84.98 | 61.22 | 84.98 | 57.50 | 40.78 | 22.33 | 6.46 | 3.11 |
| BMR=0.10 | 142.32 | 102.22 | 142.3 | 96.29 | 102.03 | 53.96 | 27.94 | 9.66 |

$P_0 = 0.05$

**5. Short-term memory (California Verbal Learning Test)**

| Model | a) $K$ power | | b) Linear | | c) Square root | | d) Logarithmic | |
|---|---|---|---|---|---|---|---|---|
| -2•log(L) | 6675.94 | | 6675.94 | | 6674.37 | | 6673.32 | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 246.31 | 110.05 | 246.31 | 103.38 | 172.65 | 51.52 | 49.51 | 7.56 |
| BMR=0.10 | 412.49 | 176.11 | 412.49 | 173.13 | 456.71 | 130.38 | 711.34 | 35.45 |

$P_0 = 0.05$

**Results with $P_0 = 0.16$**

| Response | 2. Attention (CPT reaction time) | | | | 4. Language (Boston Naming) | | | |
|---|---|---|---|---|---|---|---|---|
| Model | b) Linear | | d) Logarithmic | | b) Linear | | d) Logarithmic | |
| | BMD | BMDL | BMD | BMDL | BMD | BMDL | BMD | BMDL |
| BMR=0.05 | 37.13 | 23.60 | 1.05 | 0.64 | 43.98 | 29.74 | 1.83 | 1.08 |
| BMR=0.10 | 69.34 | 44.06 | 2.84 | 1.53 | 82.13 | 55.54 | 5.97 | 2.93 |

**Table 3. Comparison of fit between linear and logarithmic models using the cord-blood mercury concentration (• g/l) as the dose parameter.**

|  | P-value for comparison with combined model | |
| --- | --- | --- |
| Response | b) Linear | d) Logarithmic |
| 1) Motor speed | 0.6424 | 0.4151 |
| 2) Attention | 0.0233 | 0.7314 |
| 3) Visuospatial | 0.4606 | 0.9294 |
| 4) Language | 0.0638 | 0.6687 |
| 5) Short-term memory | 0.0718 | 0.4179 |

# **Exhibit C**

Integrated Risk Information System (IRIS)                    U.S. Environmental Protection Agency
Chemical Assessment Summary                          National Center for Environmental Assessment

# Methylmercury (MeHg); CASRN 22967-92-6

Human health assessment information on a chemical substance is included in the IRIS
database only after a comprehensive review of toxicity data, as outlined in the IRIS
assessment development process. Sections I (Health Hazard Assessments for Noncarcinogenic
Effects) and II (Carcinogenicity Assessment for Lifetime Exposure) present the conclusions
that were reached during the assessment development process. Supporting information and
explanations of the methods used to derive the values given in IRIS are provided in the
guidance documents located on the IRIS website.

STATUS OF DATA FOR Methylmercury

**File First On-Line 01/31/1987**

| Category (section) | Assessment Available? | Last Revised |
|---|:---:|:---:|
| **Oral RfD (I.A.)** | yes | 07/27/2001 |
| **Inhalation RfC (I.B.)** | not evaluated | |
| **Carcinogenicity Assessment (II.)** | yes | 05/01/1995 |

## I.  Chronic Health Hazard Assessments for Noncarcinogenic Effects

### I.A. Reference Dose for Chronic Oral Exposure (RfD)

Substance Name — Methylmercury (MeHg)
CASRN — 22967-92-6
Last Revised — 07/27/2001

The oral Reference Dose (RfD) is based on the assumption that thresholds exist for certain
toxic effects such as cellular necrosis. It is expressed in units of mg/kg-day. In general, the
RfD is an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily
exposure to the human population (including sensitive subgroups) that is likely to be without
an appreciable risk of deleterious effects during a lifetime. Please refer to the Background
Document for an elaboration of these concepts. RfDs can also be derived for the
noncarcinogenic health effects of substances that are also carcinogens. Therefore, it is

essential to refer to other sources of information concerning the carcinogenicity of this substance. If the U.S. EPA has evaluated this substance for potential human carcinogenicity, a summary of that evaluation will be contained in Section II of this file.

## I.A.1. Oral RfD Summary

| Critical Effect | Experimental Doses* | UF | MF | RfD |
|---|---|---|---|---|
| **Developmental neuropsychological impairment**<br><br>**Human epidemiological studies (Grandjean et al., 1997; Budtz-Jørgensen et al., 1999a)** | Benchmark Dose: $BMDL_{05}$ range of 46-79 ppb in maternal blood for different neuropsychological effects in the offspring at 7 years of age, corresponding to a range of maternal daily intakes of 0.857-1.472 µg/kg-day | 10 | 1 | 1E-4 mg/kg-day<br><br>(0.0001 mg/kg-day) |

*Conversion Factors and Assumptions —Maternal daily dietary intake levels were used as the dose surrogate for the observed developmental effects in the children exposed in utero. The daily dietary intake levels were calculated from blood concentrations measured in the mothers with supporting additional values based on their hair concentrations. This conversion is explained in the text below. A benchmark dose approach (BMD) was used rather than a no-observed-adverse-effect level/lowest-observed-adverse-effect level (NOAEL/LOAEL) approach to analyze the neurological effects in children as the response variable. This analysis is also explained in the text below.

This assessment updates the 1995 RfD assessment on IRIS and is the same as the RfD that was based on the study of a poisoning episode in Iraq in which developmental neurotoxicity was observed following ingestion of methylmercury-treated grain (Marsh et al., 1987).

## I.A.2. Principal and Supporting Studies (Oral RfD)

Congress directed EPA, through the House Appropriations Report for Fiscal Year 1999, to contract with the National Research Council (NRC), a body of the National Academy of Sciences, to evaluate the available data on the health effects of methylmercury, with particular emphasis on new data since the publication of the Mercury Study Report to Congress (MSRC) (U.S. EPA, 1997). NRC was asked to provide recommendations regarding issues relevant to the derivation of an appropriate RfD for methylmercury. The NRC report, "Toxicological

Effects of Methylmercury," was released to the public on July 11, 2000 (NRC, 2000). This assessment reported here relied on the quantitative analyses performed by the NRC, as described in that report.

Methylmercury is a highly toxic substance; a number of adverse health effects associated with exposure to it have been identified in humans and in animal studies. Most extensive are the data on neurotoxicity, particularly in developing organisms. The nervous system is considered to be the most sensitive target organ for which there are data suitable for derivation of an RfD.

There are three epidemiological studies for which quantitative analyses have become available since EPA's derivation of an RfD in 1995 (NRC, 2000). These longitudinal, developmental studies were conducted in the Seychelles Islands, the Faroe Islands, and New Zealand. The subjects of the Seychelles longitudinal prospective study were 779 mother-infant pairs from a fish-eating population (Myers et al., 1995a-c, 1997; Davidson et al., 1995, 1998). Infants were followed from birth to 5.5 years of age, and assessed at various ages on a number of standardized neuropsychological endpoints. The independent variable was maternal-hair mercury levels. The Faroe Islands study was a longitudinal study of about 900 mother-infant pairs (Grandjean et al., 1997). The main independent variable was cord-blood mercury; maternal-hair mercury was also measured. At 7 years of age, children were tested on a variety of tasks designed to assess function in specific behavioral domains. The New Zealand study was a prospective study in which 38 children of mothers with hair mercury levels during pregnancy greater than 6 ppm were matched with children whose mothers had lower hair mercury levels (Kjellstrom et al., 1989, 1986). At 6 years of age, a total of 237 children were assessed on a number of neuropsychological endpoints similar to those used in the Seychelles study (Kjellstrom et al., 1989). The Seychelles study yielded scant evidence of impairment related to in utero methylmercury exposure, whereas the other two studies found dose-related effects on a number of neuropsychological endpoints. In the assessment described here, emphasis is placed on the results of the Faroe Islands study, the larger of the two studies that identified methylmercury-related developmental neurotoxicity. Supporting evidence from the New Zealand study provides assurance that choosing this focus is the appropriate strategy for protecting public health. In addition, of all three studies an integrative analysis is set out later in this assessment report.

EPA chose BMD analysis as the most appropriate method of quantifying the dose-effect relationship in these studies, which was also the recommendation of the NRC (2000). EPA chose the $K$ power model for BMD analysis, with the constraint that $K >= 1$, such that the model precludes supralinearity. There is no identified mechanism by which methylmercury would produce a supralinear response; therefore the $K$ power model was thought to have more biological plausibility compared with other models. A power of 1 provided the best fit of the Faroese data using the $K$ power model (Budtz-Jørgensen et al., 1999b, 2000), so this model

### *Volume of blood in the body (V)*

Stern (1997) cited three studies (Brown et al., 1962; Retzlaff et al., 1969; Huff and Feller, 1956) wherein correlation of body weight and blood volume were demonstrated. All studies were of U.S. women, presumably not pregnant at the time of the study. The mean blood volumes for each study were 3.58 L, 3.76 L, and 3.49 L, respectively; the mean of the combined data set is 3.61 L. If one assumes a 30% increase in blood volume with pregnancy, this would be 4.67 L. In their analysis, Swartout and Rice (2000) used data from a cohort of 20 pregnant Nigerian women (Harrison, 1966). Whole-blood volumes in the third trimester ranged from 4 to 6 L; the mean and median were both 5 L. Although 5 L is somewhat higher than the blood volume estimated from three studies of U.S. women, it is a reasonable value to use for *V*.

### *Body weight (bw)*

Swartout and Rice (2000) in their distributional analysis used the body weight data collected on the cohort of 20 pregnant Nigerian women (Harrison, 1966); this was the data set that they used for blood volume. Body weight during the third trimester of pregnancy ranged from 49.5 kg to 73.9 kg, with a geometric mean of 55 kg. Stern (1997) used the Third National Health and Nutritional Survey (NHANES III) data for women 18 to 40 years old (NCHS, 1995). The mean weight was 66.6 kg and the 50th percentile value was 62.8 kg. The EPA Methodology for Deriving Ambient Water Quality Criteria for the Protection of Human Health (U.S. EPA, 2000) also cites NHANES III data; in the agency document, women of childbearing age were considered to be between the ages of 15 and 44 years old. The median body weight in this group was 63.2 kg and the mean was 67.3 kg. EPA also cites the earlier analyses of Ershow and Canter (1989); they do not state the age range but give a median of 64.4 kg and a mean of 65.8 kg. The recommendation in the EPA Methodology was to use a body weight value of 67 kg for a pregnant woman on the basis of the relatively current data from NHANES III. This value was used for body weight in the dose conversion.

### *Dose conversion using the one-compartment model*

*d= (c x b x V)/(A x f x bw)*

*d= (BMDL$_{05}$ µg/L x 0.014days$^{-1}$ x 5L)/(0.95 x 0.059 x 67 kg)*

## BMD ANALYSIS OF THE FAROE ISLANDS STUDY

The Faroe cohort was exposed to polychlorinated biphenyls (PCBs) as well as to methylmercury. An association was identified between PCB levels in cord tissue and four measures for which an effect of methylmercury also was identified (Grandjean et al., 1997). Analyses performed by the Faroe investigators indicate that the effects of methylmercury and PCBs are independent of each other (Budtz-Jørgensen et al., 1999a). Further, NRC presented an analysis of benchmark analyses designed to explore the influence of PCBs (Table 1). PCB measurements were made on cord tissue taken from about one-half of the Faroese cohort (about 450 children) and the "adjusted for PCBs" values are based on those children for whom PCB cord tissue levels and cord-blood mercury levels were available. PCB-adjusted analyses also were conducted of children in the lowest tertile with respect to PCB levels, which reduced the number of children studied to about 150. No clear pattern arose from a comparison of the PCB-adjusted analyses and the original results. The observed variability probably was no more than that which would be expected to exist by chance alone. This analysis provides compelling evidence that the effects of methylmercury identified in this study are not the consequence of exposure to PCBs.

## BMD ANALYSIS OF ALL THREE EPIDEMIOLOGICAL STUDIES

Benchmark dose analyses were performed for a number of endpoints from all three studies (Faroe Islands, Seychelles, New Zealand) (NRC, 2000, Chapter 7). NRC estimated a central tendency measure, equivalent to a BMD, across all three studies for all endpoints that were identified as significant in the Faroe Islands and New Zealand studies, and for all endpoints at 5.5 years of age in the Seychelles study. They also determined a lower limit based on a theoretical distribution of BMDs, which is the logical equivalent of a BMDL.

NRC also used a hierarchical random-effect model to reduce random variation in the estimate for these same endpoints from all three studies (NRC, 2000, Table 7-5, pp. 290-294). Additionally, this analysis was used in calculating BMD and BMDLs for the most sensitive and median endpoints from both the Faroe Islands and New Zealand studies (NRC, 2000, Table 7-6, p. 294). This approach also allowed an integrative analysis of data from all three studies.

Table 1. BMD (BMDL) Estimates from the Faroe Islands Study with and without Adjustment for PCBs and in the Subset of Children Whose PCB Exposure Was Low (calculated using the K-power model)

| Exposure | Endpoint[a] | Full Cohort | Adjusted for PCBs | Low-PCB Tertile |
| --- | --- | --- | --- | --- |

Integrated Risk Information System (IRIS)                                      U.S. Environmental Protection Agency
Chemical Assessment Summary                                          National Center for Environmental Assessment

| Exposure | Endpoint[a] | Full Cohort | | Adjusted for PCBs | | Low-PCB Tertile | |
|---|---|---|---|---|---|---|---|
| | | $BMD_{05}$ | $(BMDL_{05})$[b] | $BMD_{05}$ | $(BMDL_{05})$ | $BMD_{05}$ | $(BMDL_{05})$ |
| **Maternal-hair (ppm)** | Finger tapping | 20 | (12) | 17 | (9) | 7 | (4) |
| | CPT reaction time | 18 | (10) | 27 | (11) | 13 | (5) |
| | BNT | 15 | (10) | 24 | (10) | 21 | (6) |
| | CVLT: delayed recall | 27 | (14) | 39 | (12) | 32 | (7) |
| **Cord blood (ppb)** | Finger tapping | 140 | (79) | 149 | (66) | 41 | (24) |
| | CPT reaction time | 72 | (46) | 83 | (49) | 53 | (28) |
| | BNT | 85 | (58) | 184 | (71) | 127 | (40) |
| | CVLT: delayed recall | 246 | (103) | 224 | (78) | 393 | (52) |

[a]CPT = Continuous Performance Test; BNT = Boston Naming Test; CVLT = California Verbal Learning Test.
[b]BMDs are calculated under the assumption that 5% of the responses will be abnormal in unexposed subjects ($P_0 = 0.05$), assuming a doubling of the excess risk (BMR = 0.05).

Source: E. Budtz-Jørgensen, Copenhagen University, N. Keiding, Copenhagen University, and P. Grandjean,University of Southern Denmark, unpublished material, April 28, 2000, in Table 7-4, p. 289, NRC 2000.

Table 2 presents $BMDL_{05}$s from a number of endpoints in terms of cord-blood mercury. These tests are all indications of neuropsychological processes involved in a child's ability to learn and process information. The BMDLs for these scores are all within a relatively close range. They were converted using a one-compartment model to an ingested dose of methylmercury that would result in the cord-blood level. The last column shows the corresponding RfD from application of a UF of 10 (see next section). The calculated RfD values converge at the same point: 0.1 µg/kg/day. Among the endpoints from the Faroe Islands study were three deviations from 0.1 µg/kg/day: 0.2 µg/kg/day for the CVLT entire cohort and 0.05 µg/kg/day for CPT and Finger Tapping, the lowest PCB tertile. EPA also calculated geometric means from the four endpoints from the Faroe Islands study; RfDs were 0.1 µg/kg/day based on these calculations. For the New Zealand study smoothed values, both the median value and the results of the McCarthy Perceived Performance test yielded RfDs of 0.05 µg/kg/day, and the McCarthy Motor Test yields an RfD of 0.1 µg/kg/day. Based on the integrative analysis of all three studies, the RfD would be 0.1 µg/kg/day

Table 2. Comparison of $BMDL_{05}$s and Corresponding RfDs from Faroes, New Zealand, and NRC Integrative Analysis[a]

| Test[b] | $BMDL_{05}$ ppb mercury cord | Ingested dose µg;/kg/day[c] | RfD µg/kg/day[d] |
|---|---|---|---|
| BNT Faroes | | | |
| **Whole cohort** | 58 | 1.081 | 0.1 |
| **PCB-adjusted** | 71 | 1.323 | 0.1 |
| **Lowest PCB** | 40 | 0.745 | 0.1 |
| CPT Faroes | | | |

# Exhibit D

**Fluoride Concentrations in Urine, Serum and Amniotic fluid in 2nd Trimester Pregnant Women in Northern California**

Dawud Abduweli Uyghurturk, Dana E. Goin, Esperanza Angeles Martinez-Mier, Tracey J. Woodruff,  Pamela K. DenBesten

## Abstract

**Background**:  Previous studies have shown a direct correlation between fluoride levels in urine and community water fluoride levels. Some studies have shown a relationship between maternal urine fluoride concentrations and neurodevelopmental effects on offspring. However, there are no studies of the relationship between community water fluoridation, urine, serum, and aminiotic fluid fluoride levels in pregnant women in the US.

**OBJECTIVE:** The aim of this study was to determine the relationship between maternal urinary fluoride, adjusted for specific gravity (MUF), maternal serum fluoride (MSF), amniotic fluid fluoride (AFF) levels during pregnancy, and community water fluoridation in Northern California.

**METHODS:** Archived samples of urine, serum and amniotic fluid collected from second trimester pregnant women in Northern California from 47 different communities in Northern California and one from Montana  (n=48), were analyzed for fluoride using an ion specific electrode following acid diffusion. Women's addresses were matched to publicly reported water fluoride levels. We examined whether fluoride levels in biospecimens differed by fluoridation status of the community water, and determined the association  between water fluoride concentrations and biospecimen fluoride levels using linear regression models adjusted for maternal age, smoking, and BMI.

**RESULTS:** Fluoride levels in the community water supplies ranged from 0.02 to 1.00 ppm. Maternal urinary, serum and amniotic fluoride were significantly higher in pregnant women living in optimally fluoridated communities (0.7 to 1.0 ppm), as compared with communities with less than 0.7 ppm fluoride in drinking water.  A 0.1 ppm increase in community water fluoride levels was positively associated with higher levels of maternal urinary fluoride levels (B = 0.040, 95% CI: 0.007, 0.072), maternal serum fluoride levels (B = 0.001, 95% CI: 0.000, 0.002) and amniotic fluoride levels (B = 0.001, 95% CI: 0.000, 0.002).

**CONCLUSION:**  Fluoride levels in urine, serum, and amniotic fluid from women  are positively correlated to public records of community water fluoridation.  Community water fluoridation remains the  major source of fluoride exposure for pregnant women living in Northern California.

**Introduction**

In the United States (US), water and water-based beverages contribute to approximately 75% of the total fluoride intake among adults living in communities that fluoridate their water supply (U.S. EPA 2010).  Current estimates, posted by the US Center for Disease Control and Prevention (CDC) are that  nearly three-fourths of the U.S. population with access to community water systems  receive  water  adjusted  to  an  optimal  level  of   0.7  ppm  fluoride https://www.cdc.gov/fluoridation/statistics/2014stats.htm).      This level of community water fluoridation in the US is higher than in Canada, where approximately one-third of Canadian communities fluoridate their water supply, and Europe, where only 3% of Europeans have fluoridated water (Canada 2017; Till et al. 2018). Recent studies of the potential effects of fluoride on neurodevelopment from prenatal exposures (Bashash et al. 2017; Bashash et al. 2018; Ding et al. 2011; Liu et al. 2019), and onset of puberty in boys(Liu et al. 2019),  suggest the need to evaluate  fluoride  levels  in  communities  in  the  US  and  their  relationship  to  fluoride  levels  in pregnant women.

Enamel fluorosis, which is a bioindicator for systemic fluoride exposure during times of tooth enamel formation, has been increasing in the US. In 1986–1987, 22.6% of adolescents aged 12–15 were reported to have dental fluorosis, whereas in 1999–2004, 40.7% of adolescents aged 12–15 had dental fluorosis (Beltran-Aguilar et al. 2010).  In adolescents aged 16 and 17 years, fluorosis prevalence was reported to increase  31.6% in 2012–2011, as compared to  2002–2001 (Wiener et al. 2018).  This increase in enamel fluorosis has lead to concerns that overall systemic fluoride exposure is increasing, and in 2015 the CDC recommended levels for fluoride in drinking water be reduced from 1 ppm fluoride to 0.7 ppm fluoride (Health and Human Services Federal Panel on Community Water 2015).  However, the US Environmental Protection Agency has continued to allow fluoride levels of up to 4 ppm in drinking water (https://www.epa.gov/ground-water-and-drinking-water/national-primary-drinking-water-regulations).

There are no contemporary measurements of fluoride in adult humans in the United States and its relationship to water fluoridation.  Additionally, there are no contemporary studies of fluoride levels in pregnant women in optimally fluoridated communities in the US, nor in fetal related tissues, despite recent concerns about effects on neurodevelopment.

To address this, we measured fluoride concentrations in urine, serum and amniotic fluid of second trimester pregnant women in Northern California. We used publicly available information of fluoride levels in their water systems to evaluate the relationship between reported fluoride levels and biomonitoring measurements, to assess the contribution of water fluoridation to measured fluoride levels in biological samples.

**Methods**

**Study Sample**
Maternal urine, serum, and amniotic fluid were collected, between 2014 and 2016, from a total of 138 second trimester pregnant women with uncomplicated pregnancies from Northern California seeking care at Zuckerberg San Francisco General Hospital, UCSF.  Women stayed 1 to 2 days in San Francisco, which is fluoridated, and fasting urine samples were collected on day 2. Specific gravity of the urine samples was measured at time of collection. Samples were labeled with a unique identification and barcode and then aliquoted into smaller Cryovials® and stored at -80ºC. Of these samples, 49 were selected from women residing in different communities across Northern California, and one residing in Montana.  Two of the samples were excluded from analysis due to the unavailability of water fluoride levels. One sample was further excluded from

amniotic fluid fluoride analysis due to sample unavailability, leaving a final study population of 48 for urine and maternal serum analysis and 47 for those with amniotic fluid. Women's addresses were abstracted from the medical record. We were only able to obtain zip codes and not full addresses for four women.

The women were racially and ethnically diverse, with an average age of 25.7 years (Table 1). The majority had a high school education or less, and more than a third had no children at the time of sample collection (Table 1). More than two-thirds of the participants reported smoking in the past year. This study was approved by the University of California, San Francisco Committee on Human Research.

**Fluoride measurements**

Fluoride concentrations were determined using a modification of the hexamethyldisiloxane (HMDS; Sigma Chemical Co.) micro- diffusion procedure of Taves (1968), as modified by Martínez- Mier et al. (2011). Fluoride levels were determined by comparing the millivolt reading of each sample to standard curves, covering the range of the samples' values, prepared from the data for standard solutions of diffused fluoride determined at the time the samples were analyzed. Fluoride concentrations in urine were adjusted for specific gravity. Water fluoride levels in the communities in which women lived at the time samples were collected were obtained from the California Water Board website https://www.waterboards.ca.gov/drinking_water/certlic/drinkingwater/Fluoridation.html, or from the water quality report of the individual city of residence using the participant addresses.

**Statistical analyses**

We evaluated the correlation between biological measures of fluoride (serum, urine, amniotic fluid) and the community fluoride levels using Pearson's correlation. We used linear regression to evaluate the relationship between each of the biological measures of fluoride and levels of fluoride in community water. We controlled for the following potential confounders: age (Husdan et al. 1976; Torra et al. 1998) smoking status (Going et al. 1980; Yadav et al. 2007), and BMI (Del Carmen et al. 2016).

The regression model took the form $Y=\beta_0+\beta_1X_1+\beta_2X_2+\beta_3X_3+\beta_4X_4+\varepsilon$, where $Y$ is the dependent variable (the measures of fluoride in each of the biospecimens); $X_1$ is community water fluoride level, $X_2$ is maternal age; $X_3$ is a maternal smoking status (coded as 0 if the subject reported not smoking and 1 if the subject reported smoking in the past year); $X_4$ is maternal BMI at the time of sample collection, and $\varepsilon$ is the individual-specific error.

We then used Welch's t tests to compare biological measurements of fluoride between optimally fluoridated (=> 0.7 ppm) and less than optimally fluoridated water supplies (<0.7 ppm). Three samples were associated with community water fluoride levels of 0.69 ppm, and this value was rounded up and therefore included in the group with optimally fluoridated water (= >0.7 pppm). All data analyses were conducted using R version 3.6.0.

**Results**

Participants primarily resided in communities across Northern and Central California, and fluoride levels recorded for the community water samples ranged from 0.02 to 1.00 (Figure 1 and Supplemental Table 1). One participant lived in Montana but is not shown in Figure 1 for map

clarity. Fluoride could be measured within the linear range of the fluoride electrode in all patient samples. Maternal serum fluoride (MSF) and amniotic fluid fluoride (AFF) concentrations were similar to one another, but an order of magnitude lower than the levels observed in community water and maternal urine fluoride (MUF) concentrations (Table 1).

Mean MUF concentration in the optimally fluoridated communities were similar to the mean water fluoride concentration, whereas in communities with less than 0.7 ppm fluoride, MUF levels were higher than the mean community water fluoride concentrations (see Table 2). While there is a clear correlation between MUF and community water fluoridation, there is also much variability in the individual MUF, particularly as fluoride levels in the drinking water increase (Figure 2 and Table 3).

A 0.1 ppm increase in the community water fluoride level was associated with an increase of 0.040 (95% CI 0.007, 0.072) in MUF, after adjusting for covariates (Table 4, Figure 2). The associations between community fluoride levels and MSF and AFF were the same: a 0.1 ppm increase in community water fluoride was associated with increases of 0.001 (95% CI 0.000, 0.002) in both MSF and AFF. The unadjusted associations were similar for all biospecimen types. We did not find any effect of the potential co-founders, including smoking, which in adolecents has been reported to be associated with increased plasma fluoride levels (Jain 2018).

In a previous study of community water fluoride levels and associated MUF in Canda, (Till et al. 2018), fluoridated communities had fluoride levels greater than 0.3 ppm fluoride in drinking water, and non-fluoridated communities had 0.3 ppm fluoride or less in drinking water. To compare our results with those found in the Canadian study, we compared MUF levels of pregnant women across communities with less than or greater than 0.3 ppm fluoride in drinking water. We found the mean urine fluoride levels were similar in our Northern California sample to those in Canada (Table 5).

## Discussion

We measured fluoride concentrations in urine, serum, and amniotic fluid from 47 second trimester pregnant women primarily living in Northern California between 2014 and 2016. To our knowledge this is the first time this type of data has been reported in the US. In our study, which used archived biological samples, community water fluoride samples from the time of collection were not available. Therefore, we used public records to determine the water fluoride concentrations for each community the year that the samples were collected.

Our approach to assess community water fluoride levels through public records, showed in similar urine fluoride levels relative to community water fluoride concentrations for pregnant women, as those reported by Till and co-workers in a much larger sample of 1,566 Canadian women living in 10 cities across Canada (Till et al. 2018). In both our and Till and co-worker' study (Till et al. 2018), urine fluoride concentrations were measured in spot samples rather than 24 urine samples. Urine spot sampes have been shown to be an accurate assessment of fluoride ingestion on a population basis (Zipkin et al. 1956). The similarity in MUF concentrations for pregnant women in both studies, supports the validity of our findings, and the usefulness of MUF as a biomarker to compare study outcomes from different regions and countries.

We found that similar to previous reports in the US done in the 1950s, that the concentration of fluoride in drinking water was closely correlated to urine fluoride levels in areas with optimally fluoridated water (Smith et al. 1950; Zipkin et al. 1956). Urine fluoride concentrations, which were monitored when drinking water was first fluoridated to a level of 1 ppm in Grand Rapids,

Michiganin 1945,  fluctuated some with age, but within 4 years of fluoridation, urine fluoride levels for all ages were between  0.7 and 1 ppm  (Zipkin et al. 1956).  When Montgomery County Maryland  was fluoridated to a level of 1 ppm in 1951 the average urine fluoride levels for adults reached 1 ppm after 6 weeks (Zipkin et al. 1956). However, for less than optimally fluoridated communities, unlike the reports by Smith et al. (Smith et al. 1950), ours and Till's study of Candian women (Till et al. 2018) found that in communities with lower fluoride concentrations, MUF concentrations were 2 to 3 times  the concentration of fluoride in drinking water.  It is possible that in our study higher urine levels relative to community water fluoride levels in the low fluoride communities was due to the overnight stay in fluoridated San Francisco.  However, because our values we found were similar to those reported by Till et al, it is also possible that the relateive increase in urinary fluoride concentrations in low water fluoride communities may be due to increase fluoride exposure to women in these communities through additional  consumption of bottled drinks made in areas with higher  fluoride concentrations, and consumed in the lower fluoride in drinking water areas. This so called "halo" effect of fluoride exposure (Lewis and Banting 1994; Whitford 1994) would not have been present in previous times when most community water, including that used for manufacturing of food and beverages,  was at concentrations less than 1.0 ppm fluoride.

The importance of fluoride sources other than those obtained in community water, is shown in studies of   urinary fluoride levels of a cohort of pregnant women in Mexico, exposed to fluoride through salt fluoridation (Bashash et al. 2018). In that study, the mean urine fluoride levels were 0.91 ppm, ranging from 0.02–3.67, and a reduction of 5 IQ points  in offspring of the women was associated with  each additional ppm of fluoride in maternal urine.

We found mean serum fluoride concentrations of 0.022 ppm in optimally fluoridated areas.  Our fluoride measurements were done using the more accurate fluoride diffusion method, as compared  to methods  used  to  measure  fluoride  in  blood  in  the 1950's.    However, our measurements of serum fluoride concentrations were within the range previously reported by Smith et al (Smith et al. 1950); between the  0.014 ppm mean blood fluoride concentration measured in a community with 0.6 ppm fluoride in drinking water, and 0.04 ppm mean blood fluoride in a community with 1.3 ppm fluoride in drinking water.

In our study the highest serum fluoride concentration recorded in an optimally fluoridated community was 0.059 ppm.  The mean and maxium fluoride concentrations for pregnant women in our study are higher than those recently reported for children aged 6 though 19, where the highest reported plasma fluoride levels were 0.017 ppm fluoride, with an average of around 0.0076 ppm fluoride (Jain 2018). The lower plasma fluoride levels in children and adolescents are likely due to the fact that fluoride is taken up into growing bone, resulting in lower blood fluoride levels (Whitford 1994).

We found that fluoride concentrations in amniotic fluid were similar to maternal serum fluoride concentrations, and also correlated to community water fluoride levels. The relationship we observed between maternal amniontic fluid fluroid levels and community water fluoride levels show that fetal exposure to fluoride is related to fluoride concentrations in drinking water.

Ron et al. measured maternal plasma, cord plasma and amniotic fluid from 50 women at various weeks in pregnancy (Ron et al. 1986). These measurements were done directly with an ion specific electrode, without diffusion, and therefore are more likely to be affected by proteins in the plasma and amniotic fluoride.   They found relatively higher fluoride in maternal plasma as compared to amniotic fluid between 16 and 30 weeks of gestation, whereas we found similar mean maternal serum fluoride and amniotic fluid fluoride concentrations.   Our findings are

consistent with previous studies showing similar concentrations of fluoride in maternal serum and fetal cord blood (Gedalia et al. 1964; Shen and Taves 1974), and support previous findings that fluoride readily passes through the placenta.  Interestingly, Ron et al found in the older fetal age groups,  cord plasma fluoride concentration to be  significantly lower than maternal plasma levels, whereas amniotic fluid fluoride levels were significantly higher. It may be that plasma fluoride levels decrease later during fetal development due to increased bone formation, whereas amniotic fluid fluoride may increase through continued recycling of fluoride through the fetal urine. The relative importance of fluoride in amniotic fluid relative to brain development remains to be understood.

In summary, this study shows that while fluorosis prevalence is increasing in children, mean maternal fluoride exposure remains similar to previous reports.  However, it does appear that fluoride exposure is increasing in nonfluoridated communities, perhaps through the consumption of fluoride through diet and bottled drinks.  These studies support the use of urinary fluoride as a biomarker for systemic fluoride exposure in pregnant women, and suggest  the need for further studies of fluoride risk  relative to individual levels of exposure.

**References:**

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, et al. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in mexico. Environmental health perspectives 125:097017.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, et al. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (adhd) symptoms in children at 6-12years of age in mexico city. Environ Int 121:658-666.

Beltran-Aguilar ED, Barker L, Dye BA. 2010. Prevalence and severity of dental fluorosis in the united states, 1999-2004. NCHS Data Brief:1-8.

Canada PHAo. 2017. The state of community water fluoridation across canada.

Del Carmen AF, Javier FH, Aline CC. 2016. Dental fluorosis, fluoride in urine, and nutritional status in adolescent students living in the rural areas of guanajuato, mexico. J Int Soc Prev Community Dent 6:517-522.

Ding Y, YanhuiGao, Sun H, Han H, Wang W, Ji X, et al. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in hulunbuir, inner mongolia, china. Journal of hazardous materials 186:1942-1946.

Gedalia I, Brzezinski A, Zukerman H, Mayersdorf A. 1964. Placental transfer of fluoride in the human fetus at low and high f-intake. J Dent Res 43:669-671.

Going RE, Hsu SC, Pollack RL, Haugh LD. 1980. Sugar and fluoride content of various forms of tobacco. J Am Dent Assoc 100:27-33.

Health USDo, Human Services Federal Panel on Community Water F. 2015. U.S. Public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. Public health reports (Washington, DC : 1974) 130:318-331.

Husdan H, Vogl R, Oreopoulos D, Gryfe C, Rapoport A. 1976. Serum ionic fluoride: Normal range and relationship to age and sex. Clin Chem 22:1884-1888.

Jain RB. 2018. Observed differentials in the levels of selected environmental contaminants among mexican and other hispanic american children, adolescents, adults, and senior citizens. Environ Sci Pollut Res Int 25:4524-4543.

Lewis DW, Banting DW. 1994. Water fluoridation: Current effectiveness and dental fluorosis. Community Dent Oral Epidemiol 22:153-158.

Liu Y, Tellez-Rojo M, Hu H, Sanchez BN, Martinez-Mier EA, Basu N, et al. 2019. Fluoride exposure and pubertal development in children living in mexico city. Environ Health 18:26.

Ron M, Singer L, Menczel J, Kidroni G. 1986. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. Eur J Obstet Gynecol Reprod Biol 21:213-218.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstet Gynecol 119:205-207.

Smith FA, Gardner DE, Hodge HC. 1950. Investigations on the metabolism of fluoride. Ii. Fluoride content of blood and urine as a function of the fluorine in drinking water. Journal of dental research 29:596-600.

Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, et al. 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in canada. Environmental health perspectives 126:107001.

Torra M, Rodamilans M, Corbella J. 1998. Serum and urine ionic fluoride: Normal range in a nonexposed population. Biological trace element research 63:67-71.

U.S. EPA. 2010. " Fluoride: Relative source contribution analysis ". (US Environmental Protection Agency) 820-R-10-015.

Whitford GM. 1994. Intake and metabolism of fluoride. Advances in dental research 8:5-14.

Wiener RC, Shen C, Findley P, Tan X, Sambamoorthi U. 2018. Dental fluorosis over time: A comparison of national health and nutrition examination survey data from 2001-2002 and 2011-2012. J Dent Hyg 92:23-29.

Yadav AK, Kaushik CP, Haritash AK, Singh B, Raghuvanshi SP, Kansal A. 2007. Determination of exposure and probable ingestion of fluoride through tea, toothpaste, tobacco and pan masala. Journal of hazardous materials 142:77-80.

Zipkin I, Likins RC, McClure FJ, Steere AC. 1956. Urinary fluoride levels associated with use of fluoridated waters. Public Health Rep 71:767-772.

Table 1. Descriptive statistics.

|  | Mean (SD) |
|---|---|
| **Fluoride concentrations** | |
| Maternal urine fluoride (ppm) | 0.63 (0.38) |
| Maternal serum fluoride (ppm) | 0.016 (0.014) |
| Amniotic fluid fluoride (ppm) | 0.017 (0.011) |
| **Demographics** | |
| Age | 25.7 (4.9) |
| BMI | 28.0 (6.2) |
|  | N (%) |
| **Race/ethnicity** | |
| Latina | 9 (18.8) |
| Black | 12 (25.0) |
| White | 20 (41.7) |
| Asian/Pacific Islander | 7 (14.6) |
| **Educational attainment** | |
| Less than high school | 3 (6.3) |
| High school/GED | 21 (43.8) |
| Some college | 17 (35.4) |
| College grad or postgrad | 6 (12.5) |
| Missing | 1 (2.1) |
| **Smoked in the past year** | |
| No | 14 (29.2) |
| Yes | 34 (70.8) |

Table 2. Levels of fluoride in maternal urine, serum, and amniotic fluid by community water fluoridation level

|  | Non-optimally          fluoridated (<=0.7 ppm) | | Optimally          fluoridated (>0.7 ppm) | |
|---|---|---|---|---|
| N | 24 | | 24 | |
|  | Mean ± SD | Min, Max | Mean ± SD | Min, Max |
| Water fluoride | 0.20 ± 0.18 | 0.02, 0.60 | 0.80 ± 0.092    * | 0.69, 1.00 |
| Maternal urine (MUF) | 0.52 ± 0.28 | 0.12, 1.25 | 0.74 ± 0.44    * | 0.060, 1.70 |

| | | | | |
|---|---|---|---|---|
| Maternal serum (MSF) | 0.011 ± 0.0086 | 0.0040, 0.040 | 0.021 ± 0.015 | 0.0038, 0.059 |
| Amniotic fluid (AFF) | 0.013 ± 0.0052 | 0.0061, 0.023 | 0.021 ± 0.014 * | 0.0063, 0.058 |

\* The optimally fluoridated mean concentration is significantly different from the non-optimall
fluoridated mean concentration at the 0.05 level using Welch's t-test.

Table 3. Correlation matrix between fluoride levels in community water, maternal urine, maternal serum, and amniotic fluid.

|  | Community water | Maternal urine (MUF) | Maternal serum (MSF) | Amniotic fluid (AFF) |
|---|---|---|---|---|
| Community water | 1.00 | 0.33 | 0.36 | 0.40 |
| Maternal urine (MUF) | 0.33 | 1.00 | 0.24 | 0.34 |
| Maternal serum (MSF) | 0.36 | 0.24 | 1.00 | 0.51 |
| Amniotic fluid (AFF) | 0.40 | 0.34 | 0.51 | 1.00 |

Table 4. Adjusted and unadjusted linear associations of 0.1 ppm increase in community water fluoride levels with fluoride levels in maternal urine, serum, and amniotic fluid.

| | Linear association with 0.1 ppm increase in community water fluoride | |
|---|---|---|
| | Unadjusted (95% CI) | Adjusted* (95% CI) |
| Maternal urine (MUF) | 0.037 (0.006, 0.069) | 0.040 (0.007, 0.072) |
| Maternal serum (MSF) | 0.001 (0.000, 0.003) | 0.001 (0.000, 0.002) |
| Amniotic fluid (AFF) | 0.001 (0.000, 0.002) | 0.001 (0.000, 0.002) |

* Adjusted for maternal age, smoking status, and BMI.  Likelihood ratio tests indicated no significant differences between the adjusted and non adjusted models.

Table 5. Comparison of fluoride concentrations in ppm across fluoridated and non-fluoridated areas in Northern California and Canada.

| | Nonfluoridated (<=0.3 ppm) (Mean ± SD) | | Fluoridated (>0.3 ppm) (Mean ± SD) | |
| --- | --- | --- | --- | --- |
| | Canada | Northern California | Canada | Northern California |
| Water fluoride concentrations | 0.12 ± 0.06 | 0.099 ± 0.076 | 0.61 ± 0.11 | 0.71 ± 0.18        * |
| Maternal urine (MUF) | 0.41 ± 0.28 | 0.46 ± 0.20 | 0.71 ± 0.38 | 0.72 ± 0.43        * |

* The Northern California fluoridated mean concentration is significantly different from the Northern California non-fluoridated mean concentration at the 0.05 level using Welch's t-test.

Figure 1. Map of participant location and community water fluoridation levels.



Note: One participant lived in Billings, MT at the time of sample collection but was excluded from this map for clarity.

Figure 2. Scatter plots of community water fluoride levels with fluoride levels in maternal urine, maternal serum, and amniotic fluid.



Supplemental Table 1. Participant city of residence and year at time of sample collection and community water levels.

| Participant | City | Year | Community water fluoride level |
|---|---|---|---|
| 1 | Loleta, CA | 2014 | 0.02 |
| 2 | Denair, CA | 2014 | 0.12 |
| 3 | San Francisco, CA | 2015 | 0.9 |
| 4 | San Francisco, CA | 2014 | 0.9 |
| 5 | Salida, CA | 2014 | 0.45 |
| 6 | Calistoga, CA | 2014 | 0.13 |
| 7 | Santa Cruz, CA | 2014 | 0.2 |
| 8 | Davis, CA | 2014 | 0.34 |
| 9 | Chowchilla, CA | 2016 | 0.21 |
| 10 | San Anselmo, CA | 2014 | 0.9 |
| 11 | Petterson, CA | 2014 | 0.02 |
| 12 | Davis, CA* | 2014 | 0.34 |
| 13 | Newark, CA | 2014 | 0.9 |
| 14 | Oakland, CA | 2014 | 0.8 |
| 15 | Rohnert Park, CA | 2014 | 0.041 |
| 16 | Concord, CA | 2015 | 1 |
| 17 | Vacaville, CA | 2014 | 0.8 |
| 18 | Eureka, CA | 2015 | 0.69 |
| 19 | Sebastopol, CA | 2015 | 0.16 |
| 20 | Santa Rosa, CA | 2014 | 0.2 |
| 21 | Fairfield, CA | 2015 | 0.8 |
| 22 | Antioch, CA | 2015 | 0.8 |
| 23 | San Leandro, CA | 2015 | 0.8 |
| 24 | Billings, MT | 2015 | 0.37 |
| 25 | Newark, CA* | 2014 | 0.9 |
| 26 | Vallejo, CA* | 2015 | 0.8 |
| 27 | San Francisco, CA | 2015 | 0.8 |
| 28 | Eureka, CA | 2015 | 0.69 |
| 29 | San Francisco, CA | 2015 | 0.8 |
| 30 | Willits, CA | 2015 | 0.35 |
| 31 | Cupertino, CA | 2015 | 0.13 |
| 32 | Sacramento, CA | 2015 | 0.9 |
| 33 | Avenal, CA | 2016 | 0.05 |
| 34 | Visalia, CA | 2015 | 0.02 |
| 35 | Stockton, CA | 2016 | 0.02 |
| 36 | San Francisco, CA | 2016 | 0.6 |

| 37 | Sacramento, CA | 2016 | 0.69 |
| 38 | Watsonville, CA | 2016 | 0.2 |
| 39 | San Francisco, CA | 2016 | 0.6 |
| 40 | San Carlos, CA | 2016 | 0.7 |
| 41 | Antioch, CA | 2016 | 0.7 |
| 42 | Oakland, CA | 2016 | 0.7 |
| 43 | San Jose, CA | 2016 | 0.7 |
| 44 | Merced, CA | 2016 | 0.13 |
| 45 | Oakland, CA | 2016 | 0.7 |
| 46 | Stockton, CA | 2016 | 0.02 |
| 47 | Mariposa, CA | 2016 | 0.02 |
| 48 | San Rafael, CA | 2016 | 0.71 |

* Note: For these participants only zip code at the time of sample collection was available.

# **Exhibit 3**

**PHILIPPE GRANDJEAN, M.D. (CV)**

Office address  
Institute of Public Health  
University of Southern Denmark  
Winsløwparken 17  
DK-5000 Odense C, Denmark  
Tel. (+45) 6550.3769  
Fax (+45) 6591.1458  
Email: pgrand@health.sdu.dk  
http://www.sdu.dk/staff/PGrandjean.aspx

Home  
Naboløs 4  
DK-1206 Copenhagen  
Denmark  
Tel: (+45) 33 133 933

Harvard School of Public Health  
Department of Environmental Health  
Landmark Center, 3E-110  
401 Park Drive  
P.O. Box 15697  
Boston, MA 02215  
Tel: 617-384-8907  
Fax: 617-384-8994  
Email: Pgrand@hsph.harvard.edu  
https://www.hsph.harvard.edu/philippe-grandjean/

10 Dana Street  
apt 315  
Cambridge, MA 02138  
Mailing address:  
P.O. Box 390589  
Cambridge, MA 02139  
Tel: 617-331-3317

Academic degrees

1974, M.D., University of Copenhagen  
1975, Diploma in basic medical research, University of Copenhagen  
1979, D.M.Sc. (dr.med.), University of Copenhagen

Chronology of employment

| | |
|---|---|
| 1974-1975 | Postgraduate training fellowship, University of Copenhagen |
| 1975-1978 | Research fellow, Institute of Hygiene, Univ. Copenhagen |
| 1978-1980 | Senior research fellow, University of Copenhagen |
| | Visiting fellow, Department of Community Medicine, |
| | Mount Sinai School of Medicine, New York |
| 1980-1982 | Director, Department of Occupational Medicine, |
| | Danish National Institute of Occupational Health |
| 1982- | Professor of Environmental Medicine, Odense University |
| 1983-2017 | Consultant in Toxicology, Danish Health Authority |
| 1994-2002 | Adjunct Professor of Public Health (Environmental Health) |
| | and Neurology, Boston University School of Medicine |
| 2003- | Adjunct Professor of Environmental Health, Harvard School of Public Health |

Awards and honors

Prize essay in medicine, University of Copenhagen (1972)
Fulbright senior research scholarship (1978)
Keynote speaker, Odense University anniversary (1983)
Gitlitz Memorial Lecture, Association of Clinical Scientists, USA (1985)
Knight of the Dannebrog, awarded by the Queen of Denmark (1990)
The Dannin prize for medical research (1991)
Fellow, American Association for the Advancement of Science (1994)
Irish Congress Lecturer, Royal College of Physicians of Ireland (1996)
Knight of the Dannebrog, First Degree, awarded by the Queen of Denmark (2003)
'Mercury madness award' for excellence in science in the public interest from eight US
environmental organizations (2004)
Emeritus Fellow, International Union of Pure and Applied Chemistry, IUPAC (2009)
Honorary Research Award, International Order of Odd Fellows (2010)
Science Communication Award, University of Southern Denmark (2012)
Bernardino Ramazzini Award (2015)
Basic & Clinical Pharmacology & Toxicology Nordic Award (2015)
Margrethegaarden honorary prize (2016)
John R. Goldsmith Award, International Society for Environmental Epidemiology (2016)

Editorial boards
American Journal of Industrial Medicine (1987-2017)
Applied Organometal Chemistry (1985-1991)
Arbejdsmiljø (Occupational Environment, in Danish, 1983-1990)
Archives of Environmental Health (European Editor, 1986-1992)
Archives of Toxicology (1987-)
Biomarkers (1996-2001)
Central European Journal of Occupational and Environmental Medicine (2015-)
Critical Reviews in Toxicology (1985-2012)
Danish Medical Bulletin (1994-2003)
Environmental Health (Editor-in-Chief, 2002-)
Environmental Health Perspectives (2003-)
Environmental Research (1981-1994 and 2014-, Associate Editor, 1995-2014)
Industrial Health (2000-2005)
International Journal of Hygiene and Environmental Health (2001-)
International Journal of Occupational and Environmental Health (1994-2011)
International Journal of Occupational Medicine & Environ Health (1991-
Journal of Environmental Medicine (1998-1999)
Naturens Verden (Natural Science, in Danish) (1987-1991)
Ugeskrift for Læger (Danish Medical Journal, in Danish) (1991-2007)

Scientific societies
American Association for the Advancement of Science (Fellow, 1994)
American Public Health Association
Collegium Ramazzini (Fellow, 1987; Member of the Council, 2005-2013)
Danish Medical Association
Danish Societies of Clinical Biochemistry, Epidemiology, Occupational and Environmental

46

Medicine, and Public Health
Faroese Society of Science and Letters
International Commission on Occupational Health
International Society for Environmental Epidemiology

Research support as Principal Investigator since 2000
2000-2006  NIEHS
Mercury associated neurobehavioral deficit in children
2001-2003  Nordic Arctic Research Programme (NARP)
Changing patterns of biomagnified pollutants in the northern marine environment
2001-2004 Danish Medical Research Council
Exposure assessment for endocrine disruptors
2002-2004 Danish Medical Research Council
Environmental epidemiology research
2003-2004 European Commission
Assessment of Neurobehavioral Endpoints and Markers of Neurotoxicant Exposures
(ANEMONE)
2003-2005 Danish Medical Research Council
Research in hormone related substances
2003-2006 NIEHS ES11687
Effects of perinatal disruptors in children
2003-2007 EPA STAR RD-83075801-0
Children's vulnerability to environmental immunotoxicant
2004-2011 NIEHS ES12199
Epidemiology of immunotoxicant exposure in children
2006-2011 NIEHS ES13692
Health effects of lifetime exposure to food contaminants
2006-2012 NIEHS ES14460
Three-generation human study of reproductive effects of marine food contaminants
2008-2012 Danish Council for Strategic Research
Environmental pollutant impact on antibody production against current and new childhood
vaccines
2007-2013 NIEHS ES009797
Mercury associated neurobehavioral deficit in children
2011-2017 NIEHS ES012199
Epidemiology of immunotoxicant exposure in children

Major Current Funding as Principal Investigator
2012-2019 NIEHS ES021993 and NSF OCE-1321612
Immunotoxicity in Humans with Lifetime Exposure to Ocean Pollutants
2013-2019 NIEHS ES021477
Glucose Metabolism in Adults Prenatally Exposed to Diabetogenic Pollutants
2013-2019 NIEHS ES021372
Pollutant-related diabetes in the Nurses' Health Study II
2014-2019 NIEHS ES023376
Gut Microbiome in Adults with Early Life Exposures to Environmental Chemicals

47

2017-2022 NIEHS P42ES027706
Sources, Transport, Exposure and Effects of PFASs (STEEP). Superfund Research Program
Center

Major committees, boards and elective offices
*Danish:*
Danish Medical Association: Member, Prevention Council (2011-2014)
Danish Medical Research Council: Consultant on environmental medicine (1985-1990);
    Member, Joint Research Council Committee on Environmental Research (1986-1991);
    Member of DMRC (1992-1998)
Danish Society of Community Medicine: Secretary (1977-1978)
Danish Society of Industrial Medicine: Board Member (1974-1983)
Ministry of Education: Member, Committee on Toxicology (1984-1986); Member, Committee
    on Environmental Education (1986-1987)
Ministry of the Environment: Member, Council on Environmental Chemicals (1983-1989);
    Member, Environmental Appeal Board (1986-2010); Member, Environmental Research
    Council (1990-1992); Member, Advisory Committee on Pesticide Research (1995-2004);
    Member, Advisory Committee on Arctic Research (1996-2004)
Ministry of Health: numerous committee appointments; Chair, Committee on Risk Perception
    (2000-2001)
Ministry of Labour: Consultant on Occupational Health, Council on Occupational Safety and
    Health (1983-1993); Member, Occupational Health Council Research Committee (on behalf
    of the Danish Medical Research Council) (1984-1990 and 1999-2003)
Ministry of Research: Chair, Committee on Research at the Faroe Islands (1995-1996); Member,
    Committee on Scientific Dishonesty (2004-2006); Chair, Committee on Non-Ionizing
    Radiation (2004-2009)
Odense University (from 2000 University of Southern Denmark), elected offices: Chairman,
    Institute of Community Health (1982-1985; 1996-1999); Member of Executive Committee,
    Institute of Community Health (from 2000 Institute of Public Health) (1986-1995; 2000-
    2005); Member, Faculty Research Committee (1983-1985); Member, Curriculum
    Committee (1984-1986); Member, Faculty Council (1985-1993); Vice-Dean (1991-1993);
    Member, Scientific Integrity Committee (2003-)

*United States and international:*
Academy of Finland: member of panel evaluating the National Institute of Public Health (1995),
    site visit of center of excellence (2001)
Agency for Toxic Substances and Disease Registry: Workshop Rapporteur, Neurobehavioral
    Test Batteries for Use in Environmental Health Field Studies (1992); Member, Expert Panel
    of Mercury (1998)
Association of Schools of Public Health in the European Region: Treasurer (1975-1977)
BioMedCentral: Member, Editors Advisory Group (2011-2013)
Boston Environmental Hazards Center: Consultant (1994-1999)
Collegium Ramazzini: President, International Conference, The precautionary principle:
    Implications for research and prevention in environmental and occupational health (2002);
    Member, Executive Council (2005-2013)
Commission of the European Communities: National Expert, Working Party on Environmental

and Lifestyle-Related Diseases (1988-1990); ad hoc Consultant for evaluation of research applications; ad hoc Scientific Advisor on Risk Assessment (2009-); Member, SCHER Working group on Dental Amalgam (Human Health) (2012-2013)

European Environment Agency: Member, Scientific Committee (2012-2020)

European Food Safety Authority: Member, Panel on Contaminants in the Food Chain responsible for 85 opinions (2003-2009); Member of Working Groups on mercury, polychlorinated biphenyls, cadmium, lead, and benchmark dose

Food Advisory Committee, U.S.FDA, Methylmercury: invited expert (2002)

INMA (Infancia y Medio Ambiente), Spain: Member, Project Steering Committee (2010-)

Institut de Recherche Santé, Environnement et Travail, France: Member, Board of Advisers (2015-)

International Agency for Research on Cancer: Member of Task Group, Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 47 (1988), Vol. 49 (1989), as chairman, Vol. 58 (1993), and as Subgroup chair, Vol. 100C (2009)

International Commission on Occupational Health: Danish Delegation Secretary (1982-90); Member, Scientific Committee on the Toxicology of Metals (1987-); Member of the Board (1990-1996)

International Programme on Chemical Safety: Member of Task Group, Environmental Health Criteria, Vol. 36 (1984) and 72 (1986)

International Society for Environmental Epidemiology: Councillor (1991-1994)

International Union of Pure and Applied Chemistry: Member, Subcommittee on the Toxicology of Nickel (1979-1989); Titular Member (1985-1991) and Chairman (1987-1991), Commission on Toxicology; Chairman, Subcommittee on Risk Assessment (1985-1989)

Karolinska Institute (Stockholm, Sweden): Member of international evaluation panel on environmental medicine (1993)

Ministry for Scientific Policy (Belgium): Consultant on national research program on health hazards (1990 and 1994)

National Institutes of Health (USA): Member of Special emphasis panels (2009-)

NATO Priority Area Panel on Environmental Security: Member (1996-1997)

Norwegian Research Council: ad hoc reviewer (2001-2008); Chairman of Environment and Health Review Group (2009-2010); member of steering committee (2011-2015)

Prenatal programming and Toxicity (PPTOX) conferences: Organizer/Chair/ Co-chair, Torshavn (2007), Miami (2009), Paris (2012), Boston (2014), Kita-Kyushu (2016)

Society of Occupational and Environmental Health: Member, Governing Council (1990-1993)

Swedish Council for Work Life Research: Member, Priority Committee on Chemical Health Risks (1997-1998)

U.N. Environment Programme: Member, Global Mercury Assessment Working Group (2002)

U.S. Environmental Protection Agency: Member, SAB/SAP Endocrine Disruptor Screening Program Subcommittee (1998-1999); Member, Food Quality Protection Act (FQPA) Science Review Board (SRB)(1999-2003)

White House Office of Science and Technology Policy: Team leader and presenter, Workshop on Scientific Issues Relevant to Assessment of Health Effects from Exposure to Methylmercury (1998)

World Health Organization: Temporary Adviser or Consultant on several occasions, five times elected Rapporteur; Member, European Advisory Committee on Health Research (2011-)

# EXHIBIT C

## LIST OF GRANDJEAN PUBLICATIONS FROM RECENT 10 YEARS

<u>Publications in international peer-reviewed journals</u>

190. Coccini T, Manzo L, Debes F, Weihe P, Grandjean P. Application of lymphocyte muscarinic receptors and platelet monoamine oxidase-B as biomarkers of CNS function in a Faroese children cohort prenatally exposed to methylmercury and PCBs. Biomarkers 2009; 14: 67-76. PMCID: <u>PMC4415987</u>

191. Budtz-Jørgensen E, Debes F, Weihe P, Grandjean P. Structural equation models for meta-analysis in environmental risk assessment. Environmetrics 2010; 21: 510-27. PMCID: <u>PMC2947033</u>

192. Choi AL, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Salonen JT, Tuomainen T-P, Murata K, Nielsen HP, Petersen MS, Askham J, Grandjean P. Methylmercury exposure and adverse cardiovascular effects in Faroese whalingmen. Environ Health Perspect 2009; 117: 369-72. PMCID: <u>PMC2661905</u>

193. Bjørling-Poulsen M, Andersen HR, Grandjean P. Potential developmental neurotoxicity of pesticides used in Europe. Environ Health 2008; 7: 50. PMCID: <u>PMC2577708</u>

194. Chevrier C, Sullivan K, White RF, Comtois C, Cordier S, Grandjean P. Qualitative assessment of visuospatial errors in mercury-exposed Amazonian children. Neurotoxicology 2009; 30: 37–46. PMID: 18992767

195. Julvez J, Grandjean P. Neurodevelopmental toxicity risks due to occupational exposure to industrial chemicals during pregnancy. Industr Health 2009; 47: 459-68. PMID: 19834254

196. Grandjean P, Budtz-Jørgensen E. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 2010; 82: 383-91. PMCID: <u>PMC2856963</u>

197. Kirkegaard M, Sonne C, Dietz R, Letcher RJ, Jensen AL, Hansen SS, Jensen BM, Grandjean P. Alterations in thyroid hormone status in Greenland sledge dogs exposed to whale blubber contaminated with organohalogen compounds. Environ Qual Saf 2011; 74: 157-63. PMID: 20888641

198. Schlezinger JJ, Bernard PL, Haas A, Grandjean P, Weihe P, Sherr DH. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. Environ Health Perspect 2010; 118: 693-8. PMCID: <u>PMC2866687</u>

199. White RF, Palumbo CL, Yugelun-Todd DA, Heaton KJ, Weihe P, Debes F, Grandjean P. Functional MRI approach to developmental methylmercury and polychlorinated biphenyl neurotoxicity. Neurotoxicology 2011; 32: 975-80. PMCID: <u>PMC4410805</u>

200. Lincoln RA, Vorhees DJ, Chesney EJ, Shine JP, Grandjean P, Senn DB. Fish consumption and mercury exposure among Louisiana recreational anglers. Environ Health Perspect 2011; 119: 245-51. PMCID: <u>PMC3040613</u>

201. Yorifuji T, Tsuda T, Grandjean P. Unusual cancer excess after neonatal arsenic exposure from contaminated milk powder. J Natl Cancer Inst 2010; 102: 360-1. PMCID: <u>PMC3611821</u>

202. Harari R, Julvez J, Murata K, Barr D, Bellinger DC, Debes F, Grandjean P. Neurobehavioral deficits and increased blood pressure in school-age children prenatally exposed to pesticides. Environ Health Perspect 2010; 118: 890-6. PMCID: <u>PMC2898869</u>

203. Grandjean P, Satoh H, Murata K, Eto K. Adverse effects of methylmercury: Environmental health research implications. Environ Health Perspect 2010; 118: 1137-45. PMCID:

PMC2920086
204. Mahaffey KR, Sunderland EM, Chan HM, Choi AL, Grandjean P, Mariën K, Oken E, Sakamoto M, Schoeny R, Weihe P, Yan C-H, Yasutake A. Balancing the benefits of n-3 polyunsaturated fatty acids and the risks of methylmercury exposure from fish consumption. Nutrit Rev 2011; 69: 493-508. PMCID: PMC3219437
205. Julvez J, Debes F, Weihe P, Choi A, Grandjean P. Sensitivity of continuous performance test (CPT) to mercury exposure at age 14 years. Neurotoxicol Teratol 2010; 32: 627–32. PMCID: PMC2980868
206. Dalgård C, Petersen MS, Schmedes AV, Brandslund I, Weihe P, Grandjean P. High latitude and marine diet: Vitamin D status in elderly Faroese. Br J Nutr 2010; 104: 914-8. PMCID: PMC4413010
207. Heilmann C, Budtz-Jørgensen E, Nielsen F, Heinzow B, Weihe P, Grandjean P. Serum concentrations of antibodies against vaccine toxoids in children exposed perinatally to immunotoxicants. Environ Health Perspect 2010; 118: 1434-8. PMCID: PMC2957925
208. Grandjean P, Poulsen LK, Heilmann C, Steuerwald U, Weihe P. Allergy and sensitization during childhood associated with prenatal and lactational exposure to marine pollutants. Environ Health Perspect 2010; 118: 1429-33. PMCID: PMC2957924
209. Grandjean P, Henriksen JE, Choi AL, Petersen MS, Dalgård C, Nielsen F, Weihe P. Marine food pollutants as a risk factor for hypoinsulinemia and type 2 diabetes. Epidemiology 2011; 22: 410-7. PMCID: PMC3107006
210. Yorifuji T, Debes F, Weihe P, Grandjean P. Prenatal exposure to lead and cognitive deficit in 7- and 14-year-old children in the presence of concomitant exposure to similar molar concentration of methylmercury. Neurotoxicol Teratol 2011; 33: 205-11. PMCID: PMC3026894
211. Grandjean P. Even low-dose lead exposure is hazardous. The Lancet 2010; 375: 855-6. PMID: 20833288
212. Spulber S, Rantamäki T, Nikkilä O, Castrén E, Weihe P, Grandjean P, Ceccatelli S. Effects of maternal smoking and exposure to methylmercury on Brain-Derived Neurotrophic Factor (BDNF) concentrations in cord serum. Toxicol Sci 2010; 117: 263–9. PMCID: PMC2940410
213. Mozaffarian D, Shi P, Morris JS, Spiegelman D, Grandjean P, Siscovick, Willett WC, Rimm EB. Mercury exposure and risk of cardiovascular disease in two U.S. cohorts. N Engl J Med 2011; 364: 1116-25. PMCID: PMC3082949
214. Ozonoff DM, Grandjean P. Milestones and impact factors (editorial). Environ Health 2010; 9: 35. PMCID: PMC2909227
215. Needham LL, Grandjean P, Heinzow B, Jørgensen PJ, Nielsen F, Patterson DG Jr, Sjödin A, Turner WE, Weihe P. Partition of environmental chemicals between maternal and fetal blood and tissues. Environ Sci Technol 2011; 45: 1121-6. PMCID: PMC3031182
216. Yorifuji T, Grandjean P, Tsuda T, Kashima S, Doi H. Cancer excess after arsenic exposure from contaminated milk powder. Environ Health Prev Med 2011; 16: 164-70. PMCID: PMC3078290
217. Grandjean P, Herz K. Methylmercury and brain development: Imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 2011; 78: 107-18. PMCID: PMC3096460
218. Pichery C, Bellanger M, Zmirou-Navier D, Glorennec P, Hartemann P, Grandjean P. Childhood lead exposure in France: benefit estimation and partial cost-benefit analysis of lead hazard control. Environ Health 2011; 10: 44. PMCID: PMC3123267
219. Wohlfahrt-Veje C, Main KM, Schmidt IM, Boas M, Jensen TK, Grandjean P, Skakkebæk

NE, Andersen HR. Lower birth weight and increased body fat at school age in children prenatally exposed to modern pesticides: A prospective study. Environ Health 2011; 10: 79. PMCID: PMC3196902

220. Wohlfahrt-Veje C, Andersen HR, Schmidt IM, Aksglaede L, Sørensen K, Juul A, Jensen TK, Grandjean P, Skakkebæk NE, Main KM. Early Breast Development in Girls after Prenatal Exposure to Non-Persistent Pesticides. Int J Androl 2012; 35: 273-82.

221. Dalgård C, Petersen MS, Weihe P, Grandjean P. Vitamin D status in relation to type 2 diabetes development. Diabetes Care 2011; 34: 1284-8. PMCID: PMC3114341

222. Julvez J, Debes F, Weihe P, Choi AL, Grandjean P. Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. Environ Health Perspect 2011; 119:1429-35. PMCID: PMC3230434

223. Audouze K, Grandjean P. Application of computational systems biology to explore environmental toxicity hazards. Environ Health Perspect 2011; 119: 1754-9. PMCID: PMC3261980

224. Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. Decreased serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 2012; 307: 391-7. PMCID: PMC4402650

225. Grandjean P, Eriksen ML, Ellegaard O, Wallin JA. The Matthew effect in environmental science publication: A bibliometric analysis of chemical substances in journal articles. Environ Health 2011; 10: 96. PMCID: PMC3229577

226. Vestergaard S, Nielsen F, Andersson AM, Hjøllund NH, Grandjean P, Andersen HR, Jensen TK. Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive. Human Reproduct 2012; 27: 873-80. PMID: 22246448

227. Wohlfahrt-Veje C, Andersen HR, Jensen TK, Grandjean P, Skakkebaek NE, Main KM. Smaller genitals at school age in boys whose mothers were exposed to non-persistent pesticides in early pregnancy. Int J Androl 2012; 35: 265-72.

228. Grandjean P, Weihe P, Nielsen F, Heinzow B, Debes F, Budtz-Jørgensen E. Neurobehavioral deficits at age 7 years associated with prenatal exposure to toxicants from maternal seafood diet. Neurotoxicol Teratol 2012; 34: 466-72. PMCID: PMC3407364

229. Grandjean P, Grønlund C, Kjær IM, Jensen TK, Sørensen N, Andersson AM, Juul A, Skakkebæk NE, Budtz-Jørgensen E, Weihe P. Reproductive hormone profile and pubertal development in 14-year-old boys prenatally exposed to polychlorinated biphenyls. Reprod Toxicol 2012; 34: 498-503. PMCID: PMC3513575

230. Karagas MR, Choi AL, Oken E, Horvat M, Schoeny R, Kamai E, Grandjean P, Korrick S. Evidence on the human health effects of low level methylmercury exposure. Environ Health Perspect 2012; 120: 799-806. PMCID: PMC3385440

231. Grandjean P, Ozonoff D. Portrait of the journal as a young adult. Environ Health. 2012; 11: 30. PMCID: PMC3403879

232. Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 2013; 33: 450-61. PMID: 22924487

233. Færch K, Højlund K, Vind BF, Vaag A, Dalgård C, Nielsen F, Grandjean P. Increased serum concentrations of persistent organic pollutants among prediabetic individuals: potential role of altered substrate oxidation patterns. J Clin Endocrinol Metab 2012; 97: E1705-13. PMCID: PMC3431564

234. Yorifuji T, Murata K, Bjerve K, Choi AL, Weihe P, Grandjean P. Visual evoked potentials in children prenatally exposed to methylmercury. Neurotoxicology 2013; 37: 15-8. PMCID: PMC3696435

235. Pichery C, Bellanger M, Zmirou-Navier D, Fréry N, Cordier S, Roue-LeGall A, Hartemann P, Grandjean P. Economic evaluation of health consequences of prenatal methylmercury exposure in France. Environ Health 2012; 11: 53. PMCID: PMC3533723

236. Andersen HR, Wohlfahrt-Veje C, Dalgård C, Christiansen L, Main KM, Christine Nellemann C, Murata K, Jensen TK, Skakkebæk NE, Grandjean P. Paraoxonase 1 polymorphism and prenatal pesticide exposure associated with adverse cardiovascular risk profiles at school age. PLoS ONE 2012; 7(5): e36830. PMCID: PMC3352943

237. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 2012; 120: 1362-8. PMCID: PMC3491930

238. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick D, Spiegelman D, Willett W, Rimm E, Curhan G, Forman J. Mercury exposure and risk of hypertension in US men and women in two prospective cohorts. Hypertension 2012; 60: 645-52. PMCID: PMC3466587

239. Wu H, Bertrand KA, Choi AL, Hu FB, Laden F, Grandjean P, Sun Q. Plasma levels of persistent organic pollutants and risk of type 2 diabetes: a prospective analysis in the Nurses' Health Study and meta-analysis. Environ Health Perspect 2013; 121: 153-61. PMCID: PMC3569682

240. Barouki B, Gluckman PD, Grandjean P, Hanson M, Heindel JJ. Developmental origins of non-communicable diseases and dysfunctions: Implications for research and public health. Environmental Health 2012: 11: 42. PMCID: PMC3384466

241. Julvez J, Davey-Smith G, Golding J, Ring S, St. Pourcain B, Gonzalez JR, Grandjean P. Prenatal methylmercury exposure and genetic predisposition to cognitive deficit at age 8 years. Epidemiology 2013; 24: 643-50. PMID: 23903878

242. Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadán-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases (Comment). Lancet 2013; 381: 3-4. PMCID: PMC3849695

243. Dietz R, Sonne C, Basu N, Braune B, O'Hara T, Letcher RJ, Scheuhammer T, Andersen M, Andreasen C, Andriashek D, Asmund G, Aubail A, Baagøe H, Born EW, Chan HM, Derocher AE, Grandjean P, Knott K, Kirkegaard M, Krey A, Lunn N, Messier F, Obbard M, Olsen MT, Ostertag S, Peacock E, Renzoni A, Rigét FF, Skaare JU, Stern G, Stirling I, Taylor M, Wiig O, Wilson S, Aars J. What are the toxicological effects of mercury in Arctic biota? Sci Total Environ 2013; 443: 775-790. PMID: 23231888

244. Bellanger M, Pichery C, Aerts D, Berglund M, Castaño A, Čejchanová M, Crettaz P, Davidson F, Esteban M, Fischer ME, Gurzau AE, Halzlova K, Katsonouri A, Knudsen LE, Kolossa-Gehring M, Koppen G, Ligocka D, Miklavčič A, Reis MF, Rudnai P, Tratnik JS, Weihe P, Budtz-Jørgensen E, Grandjean P. Economic benefits of methylmercury exposure control in Europe: Monetary value of neurotoxicity prevention. Environ Health 2013; 12: 3. PMCID: PMC3599906

245. Halling J, Petersen MS, Jørgensen N, Jensen TK, Grandjean P, Weihe P. Semen quality and reproductive hormones in Faroese men – a cross-sectional population-based study of 481 men. BMJ Open 2013; 3: e001946. PMCID: PMC3612804

246. Grandjean P, Budtz-Jørgensen E. Immunotoxicity of perfluorinated alkylates: Calculation

of benchmark doses based on serum concentrations in children. Environ Health 2013; 12: 35. PMCID: PMC3643874

247. Choi AL, Mogensen UB, Bjerve K, Weihe P, Grandjean P, Budtz-Jørgensen E. Negative confounding by essential fatty acids in methylmercury neurotoxicity associations. Neurotoxicol Teratol 2014; 42: 85-92. PMCID: PMC4051703

248. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick DS, Spiegelman D, Hu FB. Methylmercury exposure and incident diabetes mellitus in US men and women in two prospective cohorts. Diabetes Care 2013; 36: 3578-84. PMCID: PMC3816920

249. Audouze K, Brunak S, Grandjean P. Computational approach to chemical etiologies of diabetes. Sci Comm 2013; 3: 2712. PMCID: PMC3965361

250. Fonseca MF, Hacon SS, Grandjean P, Choi AL, Bastos WR. Iron status as a covariate in methylmercury-associated neurotoxicity risk. Chemosphere 2014; 100: 89-96. PMID: 24411835

251. Grandjean P, Clapp R. Changing interpretation of human health risks from perfluorinated compounds. Publ Health Rep 2014:129; 482-5. PMCID: PMC4187289

252. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. Lancet Neurol 2014; 13: 330-8. PMCID: PMC4418502

253. Kim BM, Choi A, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Effect of hemoglobin and selenium on partition of mercury between maternal and cord blood. Environ Res 2014; 132: 407-12. PMCID: PMC4103659

254. Grandjean P, Ozonoff D. Transparency and translation of science in a modern world. Environ Health 2013; 12: 70. PMCID: PMC3765922

255. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK. Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. Am J Clin Nutrit 2014; 99: 5-13. PMCID: PMC3862459

256. Timmermann CAG, Rossing LI, Grøntved A, Ried-Larsen M, Dalgård C, Andersen LB, Grandjean P, Nielsen F, Svendsen KD, Scheike T, Jensen TK. Adiposity and glycemic control in children exposed to perfluorinated compounds. J Clin Endocrinol Metab 2014; 99: E608-14. PMID: 24606078

257. Julvez J, Grandjean P. Genetic susceptibility to methylmercury developmental neurotoxicity matters. Front Genet 2013; 4: 278. PMCID: 3861742.

258. Vesterholm Jensen D, Christensen JH, Virtanen HE, Skakkebæk NE, Main KM, Toppari J, Veje CV, Andersson AM, Nielsen F, Grandjean P, Jensen TK. No association between exposure to perfluorinated compounds and congenital cryptorchidism: a nested case-control study among 215 boys from Denmark and Finland. Reproduction 2014; 147: 411-7. PMID: 24218628

259. Li M, Sherman LS, Blum JD, Grandjean P, Mikkelsen B, Weihe P, Sunderland EM, Shine JP. Assessing sources of human methylmercury exposure using stable mercury isotopes. Environ Sci Technol 2014; 48: 8800-6. PMCID: PMC4123924

260. Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants. J Trace Elem Med Biol 2015; 31: 130-4. PMCID: PMC4321972

261. Grandjean P, Weihe P, Debes F, Choi AL, Budtz-Jørgensen E. Neurotoxicity from prenatal and postnatal exposure to methylmercury. Neurotoxicol Teratol 2014; 43: 39-44. PMCID: PMC4066386

262. Grandjean P, Clapp R. Perfluorinated alkyl substances: emergence of insights into health risks. New Solutions 2015; 25: 147-63.

263. Osuna CE, Grandjean P, Weihe P, El-Fawal HAN. Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children. Toxicol Sci 2014; 142: 158-66. PMCID: PMC4334810

264. Mogensen UB, Grandjean P, Heilmann C, Nielsen F, Weihe P, Budtz-Jørgensen E. Structural equation modeling of immunotoxicity associated with exposure to perfluorinated compounds. Environ Health 2015; 14: 47. PMCID: PMC4488050

265. Andersen HR, Debes F, Wohlfahrt-Veje C, Murata K, Grandjean P. Occupational pesticide exposure in early pregnancy and neurobehavioral function in children at school age. Neurotoxicol Teratol 2015; 47: 1-9. PMID: 25450661

266. Kvist L, Giwercman A, Weihe P, Jensen TK, Grandjean P, Halling J, Petersen MS, Giwercman YL. Exposure to persistent organic pollutants and sperm sex chromosome ratio in men from the Faroe Islands. Environ Int 2014; 73: 359-64. PMCID: PMC4413009

267. Jensen TK, Timmermann AG, Rossing LI, Ried-Larsen M, Grøntved A, Andersen LB, Dalgaard C, Hansen OH, Scheike T, Nielsen F, Grandjean P. Polychlorinated biphenyl exposure and glucose metabolism in Danish children at age 9 years. J Clin Endocrinol Metab 2014; 99: E2643-51.

268. Choi AL, Zhang Y, Sun G, Bellinger D, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Association of cognitive deficits with prenatal exposure to fluoride in Chinese children: a pilot study. Neurotoxicol Teratol 2015; 47: 96-101. PMID: 25446012

269. Mørck TA, Nielsen F, Nielsen JKS, Siersma V, Grandjean P, Knudsen LE. PFAS concentrations in plasma samples from Danish school children and their mothers. Chemosphere 2015; 129: 203-9. PMID: 25147004

270. Kioumourtzoglou MA, Roberts AL, Nielsen F, Shelley Tworoger SS, Grandjean P, Weisskopf MG. Within-person reproducibility of red blood cell mercury over a 10- to 15-year period among women in the Nurses' Health Study II. J Exp Sci Environ Epidemiol 2016; 26: 219-23. PMCID: PMC4465060

271. Wu H, Grandjean P, Hu FB, Sun Q. Consumption of white rice and brown rice and urinary inorganic arsenic concentration. Epidemiology 2015: 26: e65-7. PMCID: PMC5081491

272. Jensen TK, Andersen LB, Kyhl HB, Nielsen F, Christensen HT, Grandjean P. Association between perfluorinated compounds and miscarriage in a case-control study of Danish pregnant women. PLoS One 2015; 10: e0123496. PMCID: PMC4388566

273. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J, Skakkebaek N, Heindel JJ. Estimating burden and disease costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1245-55. PMCID: PMC4399291

274. Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. Neurobehavioral deficits, diseases and associated costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1256-66. PMCID: PMC4399309

275. Tang-Péronard JL, Heitmann BL, Jensen TK, Vinggaard AM, Madsbad S, Steuerwald U, Grandjean P, Weihe P, Nielsen F, Andersen HR. Prenatal exposure to persistent organic pollutants is associated with increased insulin levels in 5-year-old girls. Environ Res 2015; 142: 407-13. PMCID: PMC4609268

276. Timmermann CAG, Osuna CE, Steuerwald U, Weihe P, Poulsen LK, Grandjean P. Asthma and allergy in children with and without prior measles mumps, and rubella vaccination. Pediatr Allergy Immunol 2015; 26: 742-9. PMID: 25845848

277. Tøttenborg SS, Choi AL, Bjerve KS, Weihe P, Grandjean P. Effect of seafood mediated

PCB on desaturase activity and PUFA profile in Faroese septuagenarians. Environ Res 2015; 140: 699-703. PMCID: PMC4528611

278. Petersen MS, Halling J, Weihe P, Jensen TK, Grandjean P, Nielsen F, Jørgensen N. Spermatogenic capacity in fertile men with elevated exposure to polychlorinated biphenyls. Environ Res 2015; 138: 345-51. PMCID: PMC4394374

279. Grandjean P. Toxicology research for precautionary decision-making and the role of Human & Experimental Toxicology. Hum Exp Toxicol 2015; 34: 1231-7. PMID: 26614810

280. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen M, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environ Health Perspect 2015; 123: 507-14. PMCID: PMC4455595

281. Zong G, Grandjean P, Wu H, Sun Q. Circulating persistent organic pollutants and body fat distribution, evidence from NHANES 1999-2004. Obesity 2015; 23: 1903-10. PMCID: PMC4551580

282. Debes F, Weihe P, Grandjean P. Cognitive deficits at age 22 years associated with prenatal exposure to methylmercury. Cortex 2016; 74: 358-69. PMCID: PMC4670285

283. Mogensen UB, Grandjean P, Nielsen F, Weihe P, Budtz-Jørgensen E. Breastfeeding as an exposure pathway for perfluorinated alkylates. Environ Sci Technol 2015; 49: 10466-73. PMID: 26291735

284. Kielsen K, Shamin Z, Ryder LP, Nielsen F, Grandjean P, Budtz-Jørgensen E, Heilmann C. Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates. J Immunotoxicol 2016; 13: 270-3. PMCID: PMC4739630

285. Grandjean P, Barouki R, Bellinger D, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C, Karagas M, Kawamoto T, Lawrence BP, Perera F, Prins G, Puga A, Rosenfeld CS, Sherr D, Sly P, Suk W, Sun Q, Toppari J, van den Hazel P, Walker CL, Heindel JJ. Life-long implications of developmental exposure to environmental stressors: New perspectives. Endocrinology 2015; 156: 3408-15. PMCID: PMC4588822

286. Heindel JJ, Balbus J, Birnbaum L, Brune-Drisse ML, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory-Slechta D, Thompson C, Hanson M. Developmental origins of health and disease: integrating environmental influences. Endocrinology 2015; 156: 3416-21. PMCID: PMC4588819

287. Egsmose EL, Bräuner EV, Frederiksen M, Mørck TA, Siersma VD, Hansen PW, Nielsen F,

Grandjean P, Knudsen LE. Associations between plasma concentrations of PCB 28 and possible indoor exposure sources in Danish school children and mothers. Environ Intern 2016; 87: 13-9. PMID: 26638015

288. Perry MJ, Young HA, Grandjean P, Halling J, Petersen MS, Sheena EM, Parisa K, Weihe P. Sperm aneuploidy in men with elevated lifetime exposure to dichlorodiphenyldichloroethylene (DDE) and polychlorinated biphenyl (PCB) pollutants. Environ Health Perspect 2016; 124: 951-6. PMCID: PMC4937854

289. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H, Pearce N, Ritz B, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology 2016; 46: 79-82. PMID: 26684467

290. Yorifuji T, Kato T, Ohta H, Bellinger DC, Matsuoka K, Grandjean P. Neurological and neuropsychological functions in adults with a history of developmental arsenic poisoning from contaminated milk powder. Neurotoxicol Teratol 2016; 53: 75-80. PMID: 26689609

291. Sunderland EM, Driscoll CT Jr, Hammitt JK, Grandjean P, Evans JS, Blum JD, Chen CY, Evers DC, Jaffe DA, Mason RP, Goho S, Jacobs W. Benefits of regulating hazardous air pollutants from coal and oil-fired utilities in the United States. Environ Sci Technol 2016; 50:2117-20. PMID: 26848613

292. Grandjean P. Learning from Bernardino Ramazzini, a tribute to the Magister from Carpi and to the Fellows of the Collegium Ramazzini. Eur J Oncol 2016: 21: 51-60.

293. Vandenberg LN, Ågerstrand M, Beronius A, Beausoleil C, Bergman Å, Bero LA, Bornehag CG, Boyer CS, Cooper GS, Cotgreave I, Gee D, Grandjean P, Guyton KZ, Hass U, Heindel JJ, Jobling S, Kidd KA, Kortenkamp A, Macleod MR, Martin OV, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff TJ, Rudén C. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environ Health 2016; 15: 74. PMCID: PMC4944316

294. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Hunt PM, Rudel R, Sathyanarayana S, Bellanger M, Hauser R, Legler J, Skakkebaek NE, Heindel JJ. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 2016; 4: 565-72. PMCID: PMC5244983

295. Dalgård C, Petersen MS, Steuerwald U, Weihe P, Grandjean P. Umbilical cord serum 25-hydroxyvitamin D concentrations and relation to birthweight, head circumference and infant length at age 14 days. Paediatr Perinat Epidemiol 2016; 30: 238-45. PMID: 27038010

296. Grandjean P. Paracelsus Revisited: The dose concept in a complex world. Basic Clin Pharmacol Toxicol 2016; 119: 126-32. PMCID: PMC4942381

297. Tinggaard J, Wohlfahrt-Veje C, Husby S, Christiansen L, Skakkebaek NE, Jensen TK, Grandjean P, Main KM, Andersen HR. Prenatal pesticide exposure and PON1 genotype associated with adolescent body fat distribution evaluated by dual X-ray absorptiometry (DXA). Andrology 2016; 4: 735-44. PMID: 27230552

298. Zong G, Grandjean P, Wang X, Sun Q. Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes. Environ Res 2016; 150: 282-8. PMCID: PMC5003647

299. Birnbaum LS, Grandjean P. Alternatives to PFASs: Perspectives on the science (editorial). Environ Health Perspect 2015; 123: A104-5. PMCID: PMC4421778

300. Hu XC, Andrews D, Lindstrom AB, Bruton TA, Schaider LA, Grandjean P, Lohmann R, Carignan CC, Blum A, Balan SA, Higgins CP, Sunderland EM. Detection of poly- and

perfluoroalkyl substances (PFASs) in U.S. drinking water linked to industrial sites, military fire training areas and wastewater treatment plants. Environ Sci Technol Lett 2016 3: 344-350. PMCID: PMC5062567

301. Timmermann CAG, Budtz-Jørgensen E, Petersen MS, Weihe P, Steuerwald U, Nielsen F, Jensen TK, Grandjean P. Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances. Reproduct Toxicol 2017; 68: 164–170. PMCID: PMC5233673

302. Lind DV, Priskorn L, Lassen TH, Nielsen F, Kyhl HB, Kristensen DM, Christesen HT, Jørgensen JS, Grandjean P, Jensen TK. Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3 months of age as marker of endocrine disruption. Reproduct Toxicol 2017; 68: 200-206. PMID: 27421581

303. Oulhote Y, Shamim Z, Kielsen K, Weihe P, Grandjean P, Ryder LP, Heilmann C. Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants. Reproduct Toxicol 2017; 68: 207-214. PMCID: PMC5292093

304. Karlsen M, Grandjean P, Weihe P, Steuerwald U, Oulhote Y, Valvi D. Early-life exposures to persistent organic pollutants in relation to overweight in preschool children. Reproduct Toxicol 2017; 68: 145-153. PMCID: PMC5290287

305. Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Høst A, Grandjean P, Jensen TK. Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort. Environ Int 2016; 96: 58-64. PMID: 27608427

306. Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. Behavioral difficulties in 7-year old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Int 2016; 97: 237-45. PMCID: PMC5154805

307. Weihe P, Debes F, Halling J, Petersen MS, Muckle G, Odland JØ, Dudarev A, Ayotte P, Dewailly É, Grandjean P, Bonefeld-Jørgensen E. Health effects associated with measured levels of contaminants in the Arctic. Int J Circumpolar Health 2016; 75: 33805. PMCID: PMC5156856

308. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Budtz-Jørgensen E. Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds. Environ Health Perspect 2017; 125: 077018. PMCID: PMC5744724

309. Oulhote Y, Debes F, Vestergaard S, Weihe P, Grandjean P. Aerobic fitness and neurocognitive function scores in young Faroese adults and potential modification by prenatal methylmercury exposure. Environ Health Perspect 2017; 125: 677-683. PMCID: PMC5381980

310. Kirk LE, Jørgensen JS, Nielsen F, Grandjean P. Role of hair-mercury analysis and dietary advice in lowering methylmercury exposure in pregnant women. Scand J Publ Health 2017; 45: 444-51. PMID: 28381203

311. Timmermann CAG, Budtz-Jørgensen E, Jensen TK, Osuna CE, Petersen MS, Steuerwald U, Nielsen F, Poulsen LK, Weihe P, Grandjean P. Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination. J Immunotoxicol 2017; 14: 39-49. PMID: 28091126

312. Yorifuji T, Matsuoka K, Grandjean P. Height and blood chemistry in adults with a history of developmental arsenic poisoning from contaminated milk powder. Environ Res 2017; 155: 86-91. PMID: 28199894

313. Valvi D, Oulhote Y, Weihe P, Dalgård C, Bjerve KS, Steuerwald U, Grandjean P. Gestational diabetes and offspring birth size at elevated environmental pollutant exposures. Environ Int 2017; 107: 205-215. PMCID: PMC5584560.

314. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Timmermann A, Budtz-

Jørgensen E. Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5 years. J Immunotoxicol 2017; 14: 188-195. PMCID: PMC6190594

315. Mie A, Andersen HR, Gunnarsson S, Kahl J, Kesse-Guyot E, Rembiałkowska E, Quaglio G, Grandjean P. Human health implications of organic food and organic agriculture: a comprehensive review. Environ Health 2017; 16: 111. PMCID: PMC5658984

316. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F, Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2017; 65: 34-41. PMID: 29198963

317. Grandjean P, Bellanger M. Calculation of the disease burden associated with environmental chemical exposures: application of toxicological information in health economic estimation. Environ Health 2017; 16: 123. PMCID: PMC5715994

318. Timmermann CAG, Choi AL, Petersen MS, Nielsen F, Budtz-Jørgensen E, Weihe P, Grandjean P. Secondary Sex Ratio in Relation to Exposures to Polychlorinated Biphenyls, Dichlorodiphenyl Dichloroethylene, and Methylmercury. Int J Circumpolar Health 2017; 76: 1406234. PMCID: PMC5717715

319. Sun Q, Zong G, Valvi D, Nielsen F, Coull B, Grandjean P. Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among US Women. Environ Health Perspect 2018; 126(3): 037001. PMCID: PMC6071816

320. Liu G, Dhana K, Furtado JD, Rood J, Zong G, Liang L, Qi L, Bray GA, Smith SR, DeJonge L, Coull B, Grandjean P, Sun Q. Perfluoroalkyl Substances and Changes in Body Weight and Resting Metabolic Rate in Response to Weight-Loss Diets: A Prospective Study. PLoS Medicine 2018; 15(2): e1002502. PMCID: PMC5810983

321. Zong G, Valvi D, Coull B, Göen T, Hu FB, Grandjean P, Sun Q. Persistent organic pollutants and risk of type 2 diabetes: A prospective investigation among middle-aged women in Nurses' Health Study II. Environ Int 2018; 114: 334-42. PMCID: PMC5899920

322. Barouki R, Melén E, Herceg Z, Beckers J, Chen J, Karagas M, Puga A, Xia Y, Chadwick L, Yan W, Audouze K, Slama R, Heindel J, Grandjean P, Kawamoto T, Nohara K. Epigenetics as a mechanism linking developmental exposures to long-term toxicity. Environ Int 2018; 114: 77-86. PMCID: PMC5899930

323. Leung YK, Ouyang B, Niu L, Xie C, Ying J, Medvedovic M, Chen A, Weihe P, Grandjean P, Shuk-Mei Ho SM. Identification of sex-specific-methylation changes driven by specific chemicals in cord blood DNA in Faroe Islands birth cohort. Epigenetics 2018. PMCID: PMC5997167

324. Dassuncao C, Hu XC, Nielsen F, Weihe P, Grandjean P, Sunderland EM. Shifting Global Exposures to Poly- and Perfluoroalkyl Substances (PFASs) Evident in Longitudinal Birth Cohorts from a Seafood Consuming Population. Environ Sci Technol 2018; 52(6): 3738-47. PMID: 29516726

325. Audouze K, Taboureau O, Grandjean P. A systems biology approach to predictive developmental neurotoxicity of a larvicide used in the prevention of Zika virus transmission. Toxicol Appl Pharmacol 2018; 354: 56-63. PMCID: PMC6087490

326. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Kyhl HB, Andersen HR, Grandjean P, Jensen TK, Andersen M. Perfluoroalkyl Substances and Glycemic Status in Pregnant Danish Women: The Odense Child Cohort. Environ Int 2018; 116: 101-7. PMID: 29660612

327. Hu XC, Dassuncao C, Zhang X, Grandjean P, Weihe P, Webster GM, Nielsen F, Sunderland EM. Can profiles of poly-and Perfluoroalkyl substances (PFASs) in human serum provide information on major exposure sources? Environ Health 2018; 17(1): 11. PMCID: PMC5796515

328. Veyhe AS, Andreassen J, Halling J, Grandjean P, Petersen MS, Weihe P. Prevalence of type 2 diabetes and prediabetes in the Faroe Islands. Diabetes Res Clin Pract 2018; 140: 162-73. PMID: 29596941

329. Andersen HR, Tinggaard J, Grandjean P, Jensen TK, Dalgård C, Main KM. Prenatal pesticide exposure associated with glycated haemoglobin and markers of metabolic dysfunction in adolescents. Environ Res 2018; 166: 71-7.

330. Petersen MS, Debes F, Grandjean P, Weihe P. Gender differences in cognitive performance and health status in the Faroese Septuagenarians cohort. Eur J Public Health 2018.

331. Yorifuji T, Takaoka S, Grandjean P. Accelerated functional losses in ageing congenital Minamata disease patients. Neurotoxicol Teratol 2018, 69: 49-53.

332. Petersen M, Halling J, Jørgensen N, Nielsen F, Grandjean P, Jensen T, Weihe P. Reproductive Function in a Population of Young Faroese Men with Elevated Exposure to Polychlorinated Biphenyls (PCBs) and Perfluorinated Alkylate Substances (PFAS). Int J Environ Res Public Health 2018; 15(9): 1880. PMCID: PMC6165232

333. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PloS One 2018; 13(10): e0205388. PMCID: PMC6195268

334. Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS, Prins GS. Time scales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 2018. PMID: 30387920 DOI: 10.1111/bcpt.13162

335. Grandjean P. Delayed discovery, dissemination, and decisions on intervention in environmental health: a case study on immunotoxicity of perfluorinated alkylate substances. Environ Health 2018; 17: 62.

336. Mie A, Rudén C, Grandjean P. Safety of safety evaluation of pesticides: developmental neurotoxicity of chlorpyrifos and chlorpyrifos-methyl. Environ Health 2018; 17: 77.

337. Jensen TK, Mustieles V, Bleses D, Frederiksen H, Trecca F, Schoeters G, Andersen HR, Grandjean P, Kyhl HB, Juul A, Bilenberg N, Andersson AM. Prenatal bisphenol A exposure is associated with language development but not with ADHD-related behavior in toddlers from the Odense Child Cohort. Environ Res 2019; 170: 398-405.

338. Ammitzbøll C, Börnsen L, Petersen ER, Oturai AB, Søndergaard HB, Grandjean P, Sellebjerg F. Perfluorinated substances, risk factors for multiple sclerosis and cellular immune activation. J Neuroimmunol 2019; 330: 90-95.

339. Hu XC, Tokranov AK, Liddie J, Zhang X, Grandjean P, Hart JE, Laden F, Sun Q, Yeung LWY, Sunderland EM. Tap Water Contributions to Plasma Concentrations of Poly- and Perfluoroalkyl Substances (PFAS) in a Nationwide Prospective Cohort of U.S. Women. Environ Health Perspect 2019; 127: 67006.

340. Eryasa B, Grandjean P, Nielsen F, Valvi D, Zmirou-Navier D, Sunderland E, Weihe P, Oulhote Y. Physico-chemical properties and gestational diabetes predict transplacental transfer and partitioning of perfluoroalkyl substances. Environ Int 2019; 130: 104874.

Books

25. Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D, eds. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, 746 pp.
26. Grandjean P. Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press, 2013 (232 pp.).
27. Grandjean P, Hermann P. Kemi på hjernen – går ud over enhver forstand. København: Gyldendal, 2015 (334 sider).
28. Grandjean P. Cerveaux en danger (Brains in danger, in French). Translated by Odile Demange. Paris: Buchet Chastel, 2016 (336 pp.).

Book chapters and other publications

218. Budtz-Jørgensen E, Keiding N, Grandjean P. Approaches to handling uncertainty when setting environmental exposure standards. In: Baveye P, Mysiak J, Laba M, eds. Uncertainties in environmental modelling and consequences for policy making. Dordrecht, The Netherlands: Springer, 2009, pp. 267-80.
219. Grandjean P, Choi AL, Weihe P, Murata K. Methylmercury neurotoxicology: From rare poisonings to silent pandemic. In Wang C, Slikker W Jr, eds: Developmental Neurotoxicological Research: Principles, Models, Techniques, Strategies and Mechanisms. New York: Wiley, 2010, pp 335-56.
220. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009; 10: 453-4. PMID: 19418618
221. Grandjean P, Yorifuji T. Mercury (Chapter 8). In: Bingham E, Cohrssen B, eds. Patty's Toxicology, 6th ed. New York: Wiley 2012, Vol. 1, pp 213-27.
222. Takaro TK, Davis D, Van Rensburg S, Jroyo Aguilar RS, ... Grandjean P et al. (108 authors). Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health 2010 16: 242-9.
223. Darney S, Fowler B, Grandjean P, Heindel J, Mattison D, Slikker W Jr. Prenatal programming and toxicity II (PPTOX II): role of environmental stressors in the developmental origins of disease. Reprod Toxicol 2011; 31: 271. Also published in Journal of Developmental Origins of Health and Disease 2011; 2: 2.
224. Choi A, Grandjean P. Human health significance of dietary exposures to methylmercury. In: Liu G, Cai Y, O'Driscoll N, eds. Environmental Chemistry and Toxicology of Mercury. Chichester: Wiley, 2012, pp. 545-67.
225. Grandjean P. Exposure to environmental chemicals as a risk factor for diabetes development. In: Bourguignon J-P, Jégou B, Kerdelhué B, Toppari J, Christen Y, Eds. Multi-System Endocrine Disruption. Berlin: Springer 2011, pp. 91-9.
226. Julvez J, Yorifuji T, Choi AL, Grandjean P. Epidemiological evidence on methylmercury neurotoxicity. In: Aschner M, Ceccatelli S, eds. Methylmercury and Neurotoxicity. Berlin: Springer, 2012, pp. 13-35.
227. Grandjean P. Strengths and limitations of HBM – Imprecision matters. Int J Hyg Environ

Health 2012; 215: 94. PMID:22197511

228. Grandjean P. Larry Needham and the partition ratio. Chemosphere 2011; 85: 142. PMID: 22148142

229. Weihe P, Grandjean P. Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy. Acta Vet Scand 2012; 54(Suppl 1): S7.

230. Fox DA, Grandjean P, de Groot D, Paule M. Developmental origins of adult diseases and neurotoxicity: Epidemiological and experimental studies. Neurotoxicology 2012; 33: 810-6. PMID: 22245043

231. London L, Beseler C, Bouchard Mf, Bellinger DC, Colosio C, Grandjean P, Harari R, Kootbodien T, Kromhout H, Little F, Meijster T, Moretto A, Rohlman DS, Stallones L. Neurobehavioural and neurodevelopmental effects of pesticide exposures. Neurotoxicology 2012; 33: 887-96.

232. Bal-Price AK, Coecke S, Costa L, Crofton KM, Fritsche E, Goldberg A, Grandjean P, Lein PJ, Li A, Lucchini R, Mundy WR, Padilla S, Persico A, Seiler AEM, Kreysa J. Conference Report: Advancing the Science of Developmental Neurotoxicity (DNT) Testing for Better Safety Evaluation. Altex 2012: 29: 202-15.

233. Grandjean P, Heilmann C. Perfluorinated compounds and immunotoxicity in children – Reply (Letter). JAMA 2012; 307: 1910-1.

234. Schug TT, Barouki R, Gluckman P, Grandjean P, Hanson M, Heindel JJ. PPTOX III: Environmental Stressors in the Developmental Origins of Disease: Evidence and Mechanisms. Toxicol Sci 2013; 131: 343-50.

235. Andersen HR, Wohlfahrt-Veje C, Debes F, Nielsen F, Jensen TK, Grandjean P, Main KM. Langtidseffekter af prænatal pesticideksponering (Long-term effects of prenatal pesticide exposure, in Danish). Copenhagen: Miljøstyrelsen (Danish Environmental Protection Agency), 2012.

236. Grandjean P. Blyforgiftning i forebyggelse og forskning (Leder) [Lead poisoning in prevention and research (Editorial)]. Ugeskr Laeger 2012; 174: 2693.

237. Grandjean P, Pichery C, Bellanger M, Budtz-Jørgensen E. Calculation of mercury's effects on neurodevelopment (letter). Environ Health Perspect 2012; 120: a452.

238. Grandjean P, Keiding N. (2013) Precautionary Principle. In: El-Shaarawi AH, Piegorsch W(eds), Encyclopedia of Environmetrics. Chichester, UK: John Wiley, 2013. DOI: 10.1002/9780470057339.vnn011.

239. Grandjean P. Science for precautionary decision-making. In: Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, pp. 517-35.

240. Grandjean P. Opinion: Toxicants and the Brain. The Scientist 2013 (June 17): 36043.

241. Choi AL, Grandjean P, Sun G, Zhang Y. Developmental fluoride neurotoxicity: Choi et al. respond (Letter). Environ Health Perspect 2013; 121: A70.

242. Grandjean P. Opinion: Problems with Hidden COI. The Scientist 2013 (October 28): 37934.

243. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 13). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 4th ed. Amsterdam: Elsevier, 2014, pp. 265-79.

244. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic

effects from metals (Chapter 24). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 4th ed. Amsterdam: Elsevier, 2014, pp. 507-28.

245. Grandjean P. Developmental origins of diseases: challenge for risk assessment of chemicals (EUROTOX abstract). Toxicol Lett 2013; 221 Suppl: S15.

246. Grandjean P. Mercury (Chapter 29). In: Landrigan PJ, Etzel RA, eds. Children's Environmental Health. New York: Oxford University Press, 2014, pp. 273-80.

247. Heilmann C, Jensen L, Weihe P, Nielsen F, Knudsen LE, Budtz-Jørgensen E, Mølbak K, Grandjean P. Persistente fluorforbindelser reducerer immunfunktionen (Persistent perfluorinated compounds cause immunotoxic effects, in Danish). Ugeskr Laeg 2015; 177: 660-3. PMID: 25350410

248. Grandjean P. Chemical brain drain: insidious and pervasive. In: Breyer, H, ed. Giftfreies Europa. Brussels, 2014, pp. 133-40.

249. Grandjean P. Mercury (article 02853). In: Caplan M, ed. Reference Module in Biomedical Sciences. Elsevier, 2015.

250. Grandjean P, Landrigan PJ. Neurodevelopmental toxicity: still more questions than answers - Authors' response. Lancet Neurol 2014; 13: 648-9. PMID: 24943339

251. Grandjean P. Prenatal prevention (letter). Science 2014; 345: 1462. PMID : 25237095

252. Grandjean P, Choi AL. Community water fluoridation and intelligence (letter). Am J Public Health 2015; 105: e3. PMCID: PMC4358213

253. Kim BM, Choi AL, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz- Jørgensen E, Grandjean P. Corrigendum to 'Effect of hemoglobin adjustment on the precision of mercury concentrations in maternal and cord blood' [Environ. Res. 132 (2014) 407-412]. Environ Res. 2016; 147: 630. PMID: 27040412

254. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Comment on "Severe dental fluorosis and cognitive deficits". Neurotoxicol Teratol 2015; 50: 32. PMID: 25986437

255. Oulhote Y, Grandjean P. Association between child poverty and academic achievement (letter). JAMA Pediatr 2016; 170: 179-80. PMID: 26720161

256. Kielsen K, Shamim Z, Ryder LP, Grandjean P, Heilmann C. Vaccination efficacy and environmental pollution. In: Esser C (ed.). Environmental Influences on the Immune System. Vienna: Springer, 2016, pp. 181-203.

257. Trasande L, Attina T, Skakkebaek NE, Juul A, Porta M, Soto AM, Vandenberg L, Sathyanarayana S, Fletcher T, Demeneix B, Bergman A, Cohn BA, Bellanger M, Gore AC, Legler J, Bourguignon JP, Slama R, Toppari J, Blumberg B, Myers JP, Zoeller RT, Kortenkamp A, DiGangi J, Philippe Grandjean P, Russ Hauser R, Rudel R. Endocrine disruptors: Refereed science to guide action on EDCs (Correspondence). Nature 2016; 536: 30.

258. Mie A, Guyot EK, Kahl J, Rembiałkowska E, Andersen HR, Grandjean, P, Gunnarsson S. Health implications of organic food and organic agriculture. Science and Technology Options Assessment Panel, Directorate-General for Parliamentary Research Services (DG EPRS) of the European Parliament, 2016.

259. Grandjean P, Kishi R, Kogevinas M; International Society for Environmental Epidemiology (ISEE). Prevention of developmental neurotoxicity. Epidemiology 2017; 28: 157-158. PMID: 27922529.

260. Oulhote Y, Bind MA, Coull B, Patel CJ, Grandjean P. combining ensemble learning techniques and G-computation to investigate chemical mixtures in environmental epidemiology studies. bioRxiv 2017 doi.org/10.1101/147413.

63

261. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of two perfluoroalkylate substances associated with immunotoxicity. bioRxiv 2017 doi.org/10.1101/198564.

262. Fritsche E, Grandjean P, Crofton KM, Aschner M, Goldberg A, Heinonen T, Hessel EV, Hogberg H, Bennekou SH, Lein PJ, Leist M. Consensus statement on the need for innovation, transition and implementation of developmental neurotoxicity (DNT) testing for regulatory purposes. Toxicol Appl Pharmacol 2018; doi: 10.1016/j.taap.2018.02.004. Available at: https://www.sciencedirect.com/science/article/pii/S0041008X18300437?via%3Dihub

263. Grandjean P. Health status of workers exposed to perfluorinated alkylate substances (Letter). J Occup Environ Med 2018; 60(10): e562.

264. Grandjean P, Lederman SA, Silbergeld EK. Fish Consumption during Pregnancy. JAMA Pediatr 2019 (in press) doi: 10.1001/jamapediatrics.2018.4920

265. Grandjean P, Prins GS, Weihe P. Development Priority (Editorial). Basic Clin Pharmacol Toxicol 2019 (in press) doi: 10.1111/bcpt.13249

# **Exhibit 4**

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   FOOD & WATER WATCH, INC., et al.,  ) Case No.

                                       ) 3:17-CV-02162-EMC

5          Plaintiffs,                 )

                                       )

6       v.                             )

                                       )

7   UNITED STATES ENVIRONMENTAL        )

    PROTECTION AGENCY, et al.,         )

8                                      )

           Defendants.                 )

9   -----------------------------------)

10

11                    - - -

12              FRIDAY, SEPTEMBER 13, 2019

13                    - - -

14

15      Videotaped deposition of PHILLIPE GRANDJEAN,

16   M.D., PH.D., taken at the offices of U.S. Department

17   of Justice, 4 Constitution Square, 150 M Street N.E.,

18   Room 5.1405, Washington, D.C., beginning at 9:10 a.m.,

19   before Nancy J. Martin, a Registered Merit Reporter,

20   Certified Shorthand Reporter.

21

    Job No. CS3520657

22

Phillipe Grandjean                           September 13, 2019

Page 90

1    lead that you -- you coauthored that paper; is that

2    right?

3         A.   That's correct.

4         Q.   And who was the lead author on that paper?

5         A.   I think my biostatistician colleague, Esben,

6    was the lead author.

7         Q.   Esben?

8         A.   Esben Budtz-Jorgensen.

9         Q.   Okay.  Can I just call him "Esben"?

10        A.   Yeah.  His name should be in my report.

11        Q.   It's certainly referenced --

12        A.   Yeah.

13        Q.   -- in the references.  What was your role on

14   the paper -- the benchmark dose calculations for lead,

15   what was your role on that?

16        A.   My role was to facilitate the collaboration

17   between my -- Esben Budtz-Jorgensen is chairman of

18   biostatistics at the University of Copenhagen, and he

19   has written learned papers in biometrics and

20   statistics in medicine and other journals like that on

21   benchmark dose, and the mathematics and the validity

22   of that concept and, you know, what happens when you

Phillipe Grandjean                                    September 13, 2019

Page 91

1   have imprecise exposure assessment and all of that

2   sort of sophisticated aspect.  So he's really one of

3   the key experts in the world on that.

4           So because of my background conducting

5   studies in children exposed to lead, I knew the

6   colleagues from Australia and New Zealand, the

7   United States and some European countries, and we

8   agreed we should do a joint analysis of all of the

9   data and come up with benchmark dose concentrations

10  that could be used by regulatory agencies.  And so we

11  wrote this joint paper.

12      Q.  And what was your role in writing that paper?

13      A.  Like I said, I was the one bridging between

14  my colleagues in other countries and the

15  biostatistician.

16      Q.  So you brought everyone together?

17      A.  I think I was listed as the senior author.

18  So I had the major responsibility for the writing.

19  This is several years ago.  I don't know the

20  percentage of the wording that I was responsible for,

21  but I was sort of the leading scientist on that

22  project that --

Phillipe Grandjean                                          September 13, 2019

1           THE WITNESS:  Let me explain -- I wrote my

2    doctoral thesis on lead.  I'm well versed in the

3    field.  I know the colleagues who have done studies.

4    I mean WHO sent me to Australia to participate on

5    their behalf in a meeting to coordinate efforts in

6    New Zealand and Australia in regard to controlling led

7    exposure in children.  I know these colleagues.

8           And therefore I initiated this project so

9    that we could provide the best and highest quality

10   evidence as guidance for, you know, improved public

11   health in this field because lead is an ongoing hazard

12   to brain development even in America where we have

13   regulated lead in various ways and lead exposures have

14   decreased, but it's still a hazard.

15   BY MS. CARFORA:

16       Q.  Okay.  Did you do the BMD calculations in

17   that paper?

18       A.  No.

19       Q.  Okay.  Did you do the BMD calculations in

20   your expert report in this matter?

21       A.  I can do them, and I know how to do it.  The

22   formula is here.  So it's easy to do.  I think you

# Exhibit 5

Page 1

1                    UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

3     _____

4     FOOD & WATER WATCH, INC., et al.,     )

                                            )

5     Plaintiff,                            )

                                            )

6              vs.                          )No. 3:17-cv-02162-EMC

                                            )

7     US ENVIRONMENTAL PROTECTION AGENCY,   )

      et al.,                               )

8                                           )

      Defendant.                            )

9     _____

10              Deposition Upon Oral Examination Of

11                          HOWARD HU

12    _____

13

14

15

16

17                        9:15 a.m.

18                   September 24, 2019

19                   700 Stewart Street

20                   Seattle, Washington

21

22

23

24    Job No. CS3560042

25    REPORTED BY:  Yvonne A. Gillette, CCR No. 2129.

Page 181

1   and robust results.  Do you agree with that, Dr. Hu,

2   or not?

3   A          I agree with the elaboration that, by

4   reliable, I mean accurate and precise.

5   Q          Okay.  And do you agree with the following

6   statement:  The results of the ELEMENT prospective

7   cohort studies are consistent with and support the

8   conclusion that fluoride is a developmental

9   neurotoxicant at levels of exposure seen in the

10  general population in artificially fluoridated

11  communities?

12  A          I agree.

13  Q          Okay.  Now, I'm going to read you a

14  statement from a document written by both the EPA and

15  the National Institute of Environmental Health

16  Sciences.  And the statement reads, archives of

17  biological samples from birth cohort studies provide

18  critical information on the prenatal and childhood

19  determinants of adult disease.  Do you agree with the

20  EPA on that statement?

21          MR. ADKINS:  Objection to the extent it

22  misstates the document or EPA's position.

23  A          I agree.

24  Q          And in that same EPA document, it discusses

25  the ELEMENT study.  By the way, the EPA is one of the

Page  187

1   Q          And on page 13 -- and what significance, if

2   any, do you draw from that statement, Dr. Hu?

3   A          Well, it underscores our choice of urinary

4   fluoride levels, creatinine corrected, as the

5   biomarker used in our studies.

6   Q          Okay.  And on page 13 of this World Health

7   Organization document, the WHO notes that in the

8   hundreds of studies that have been conducted on the

9   relationship between fluoride intake and urinary

10  fluoride levels, quote, excretion was primarily

11  dependent on the fluoride intake.  Almost no cases had

12  unexpected results in the amount of fluoride excreted,

13  or in older studies, the urinary fluoride

14  concentration was always in the expected range.  Cases

15  of outliers with very high fluoride excretions were

16  only reported where a child had swallowed large

17  numbers of fluoride lozenges or several grams of

18  fluoride containing dentifrices.

19             Is it your understanding, Dr. Hu, on the

20  studies that have been conducted on fluoride intake

21  and urinary fluoride levels, that excretion of

22  fluoride in the urine was primarily dependent on

23  fluoride intake?

24  A          Yes.

25  Q          Now, in discussing the urinary fluoride

Howard Hu                                          September 24, 2019

                                                        Page 188

1    levels in your studies and in the studies by the MIREC

2    team, you talked about a term -- you used the term,

3    internalized exposures.

4    A          Correct.

5    Q          Would internalized exposures -- would

6    another way of saying that be dose, internal dose?

7    A          Yes.

8               MR. ADKINS:   Objection.   Compound.

9    Q          And by contrast, the amount that one

10   consumes, would it -- would you understand what I

11   meant if I called that intake, total intake?

12   A          Yes.

13   Q          So we have a certain amount of fluoride that

14   we ingest.  That's the intake.  And then we have a

15   certain amount of fluoride that we ingest that gets

16   into our internal system and becomes an internal dose;

17   is that fair?

18   A          Correct.

19   Q          In determining the toxic effects of a

20   chemical, including fluoride, what is more important

21   to understand, the internal dose or the total ingested

22   amount?

23              MR. ADKINS:   Objection.   Vague.   Ambiguous.

24   A          Internal dose.

25   Q          And why is that?

Page 189

1    A          Because that is the toxicant, if you will,

2    that's available to cause toxicologic damage to

3    whatever organ receives the circulation of that

4    toxicant.

5    Q          Okay.  Now, you were asked a lot of

6    questions about certain limitations in the urinary

7    fluoride testing that were present in your studies and

8    the MIREC studies, and I want to follow up on that.

9               There were certain limitations in the

10   urinary testing that introduced variability in the

11   results.  Is that fair to say?

12              MR. ADKINS:  Objection.  Vague.

13   A          That's more or less fair to say.

14   Q          And I think you used the word, imprecision.

15   A          Yes.

16   Q          Okay.  So the urinary fluoride methodology

17   that your team used did introduce some imprecision in

18   terms of the fluoride levels in any given individual.

19   Is that fair to say?

20   A          Yes.

21   Q          Okay.  Now, assuming that prenatal fluoride

22   exposure does cause reduced IQ in children.  With that

23   assumption in mind, would the imprecision caused by

24   the limitations in your urinary fluoride testing

25   methodology make it easier or harder to detect the

# **Exhibit 6**

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    _____

4

     FOOD & WATER WATCH, INC., et      )

5    al.,                              )

                                       )

6                                      )    Case No.

            Plaintiffs,                )

7                                      )    3:17-cv-02162-

         vs.                           )    EMC

8                                      )

     U.S. ENVIRONMENTAL PROTECTION     )

9    AGENCY, et al.,                   )

                                       )

10                                     )

            Defendants.                )

11                                     )

12   _____

13

14           DEPOSITION OF BRUCE LANPHEAR, M.D.

15                September 25, 2019

16               Bellingham, Washington

17

18

19

20

21   Reported by:

22   Connie Recob, CCR, RMR, CRR

23   CCR No. 2631

24   Job No. 3524414

25

Bruce Lanphear                                    September 25, 2019

Page 40

1              THE WITNESS:  You said, do I have an

2      opinion on the comparability?

3       BY MR. ADKINS:

4          Q.  Of the findings.

5          A.  Yes.

6          Q.  What is your opinion on that?

7          A.  In short, they're consistent.

8          Q.  Do you have an opinion regarding the

9      applicability of the findings of your research of the

10     MIREC project in populations in the United States?

11         A.  Yes.

12         Q.  What is your opinion?

13         A.  That they are applicable.

14         Q.  Do you have an opinion regarding whether the

15     neurotoxic effects of fluoride exposure differ

16     depending on the source of fluoride exposure?

17         A.  Do I have an opinion?  Yes.

18         Q.  What is your opinion?

19         A.  My opinion is that it's likely it does not

20     differ based upon their source.

21         Q.  Okay.  When studying the neurotoxic effects of

22     fluoride, what in your view are the most important

23     confounding variables to consider?

24         A.  They would be the same, largely the same ones

25     we do for all these other types of chemicals that we're

Page 215

1    extremes but not the average.

2        Q.   Okay.   Does it surprise you to hear that EPA

3    would retain an epidemiologist that would have that

4    opinion?

5                   MR. ADKINS:   Objection.

6    Mischaracterizes testimony.   Argumentative.

7                   THE WITNESS:   I was really quite

8    troubled and shocked when I saw that EPA was using what

9    many chemical industries use, private rented white

10   coats as their expert.   I've interacted with them a

11   lot, and they're really -- they're scientists for hire.

12   They're scientists of uncertainty.

13               If you go back and look at the reports in the

14   past, time and again they've turned out to be wrong.

15   They've been on the wrong side of history.   They are

16   there to protect industry.   And for the EPA to retain

17   experts from Gradient or Exponent, it sickens me.   It

18   just sickens me.

19    BY MR. CONNETT:

20        Q.   So let's go back to your expert report, and

21   I'm looking here at your fifth opinion where you write,

22   "Based on the convergent results from the MIREC and

23   ELEMENT cohorts, the in utero period appears to be a

24   susceptible period of life vis-à-vis fluoride toxicity.

25   In light of these findings, I believe it is advisable

Bruce Lanphear                                    September 25, 2019

Page 216

1    and prudent for pregnant women to begin taking steps to

2    reduce their fluoride intake, including but not limited

3    to reducing their consumption of fluoridated water."

4          Dr. Lanphear, do you stand by that opinion?

5      A.   I do.

6      Q.   Now, you wrote this report on June 27th, 2019,

7    or you finished it on that date, correct?

8      A.   Yes.

9      Q.   Okay.  Subsequent to writing this report, the

10   Green 2019 study was published in JAMA Pediatrics?

11     A.   Correct.

12     Q.   Okay.  When the JAMA Pediatrics study was

13   published, did you ever have an opportunity to listen

14   to a podcast by the JAMA Pediatrics editors?

15     A.   Yes.

16     Q.   Did any of the JAMA Pediatrics editors express

17   an opinion that relates to what you have written here

18   as Opinion No. 5?

19     A.   Yes, they did.

20     Q.   Can you explain?

21          MR. ADKINS:  Objection.  Narrative.

22          THE WITNESS:  Yeah, so the editor in

23   chief of JAMA Pediatrics, Dimitri Christakis, who's

24   very bright, one of the leading experts in pediatrics

25   in the United States, not the world, did a podcast and

Bruce Lanphear                                           September 25, 2019

Page 217

1    I think the podcast was important because in contrast

2    to his role, strict role as the editor where they go

3    through a copyediting, he was very free with his

4    recommendations.

5            And I think the key thing that stood out --

6    well, there are two or three key things.  First of all,

7    he was completely shocked that so many countries in

8    Europe didn't fluoridate.  How could that be?  Doesn't

9    everybody fluoridate?  And that there were cities in

10   Canada that didn't fluoridate.  How could that be?

11   Doesn't everybody fluoridate?

12           And he initially started out by talking about

13   how anybody that would talk about fluoride as harmful

14   he thought of as akin to the anti vaccines.  But this

15   study convinced him otherwise.

16           And while, of course, he, like any good

17   epidemiologist, raised some questions and some possible

18   limitations, in the end, his advice he would not advise

19   women who were pregnant to drink fluoridated water.

20   And I think most pediatricians would come to that same

21   conclusion despite the fact that these studies are not

22   definitive.  There's still questions.  There's still

23   some limitations.  It's a vast improvement over

24   previous studies and there's no benefit of fluoride

25   until the teeth erupt.

Page 218

1           And so in contrast with this whole idea that

2    well, maybe there's some -- maybe there's some toxicity

3    to some fluoride, but it protects our teeth, but that's

4    not true for the developing fetus or for the

5    six-month-old infant.  And so the equation changes

6    dramatically at that point.  And then as Dimitri talked

7    about, it raises a lot of complexities.  Maybe it was

8    Fred Rivara, his colleague, that raises a lot of

9    complexity.  What do you do, tell pregnant women to buy

10   bottled water?  Pregnant women shouldn't rely on the

11   public water source?  These are real complexities.

12   These are real problems.  And it's something that's

13   troubled me also is that also how can we be at this

14   point where for whatever reason, whether it's because

15   you live in Newark, New Jersey and lead contamination

16   or whether it's because we're now going to be

17   recommending, we have recommended that pregnant women

18   avoid fluoride during pregnancy and they can't rely on

19   the public water source, the most basic public health

20   good that we share or should share.  And what do we

21   tell women?

22           My guess is that most pediatricians will say

23   the same thing that Dimitri, once they stop and look at

24   the evidence.  That will take some time, by the way.

25   It won't happen overnight.