DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | Case No. 17-CV-02162 EMC |
| Plaintiffs, | **DEFENDANTS' SECOND MOTION IN LIMINE TO EXCLUDE HOWARD HU AND BRUCE LANPHEAR** |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | Date:   January 7, 2020 |
| | Time:   2:30 p.m. |
| Defendant. | Place:  Courtroom 5, 17th floor |

**INTRODUCTION**

The Court should exclude the summaries and proposed testimony of Plaintiffs' experts, Dr. Howard Hu and Dr. Bruce Lanphear. Their proposed testimony regarding the design, conduct, and findings of studies on which they were a co-author is irrelevant, needlessly cumulative, and unfairly prejudicial. In addition, there are no principles or methods offered that would allow the Court to determine whether the opinions Plaintiffs intend to elicit beyond the scope of those studies are reliable.

**BACKGROUND**

With two exceptions, Dr. Hu's and Dr. Lanphear's testimony is expected to reprise the design and findings of a small number of studies they co-authored. Those studies are already before the Court, and the parties' retained experts reviewed and considered the studies in forming their opinions.

Plaintiffs intend to proffer testimony from Dr. Hu regarding the "design, conduct, and findings" of three papers on which he was a co-author that studied the effects of early-life fluoride exposure in the offspring of a prospective birth cohort participating in the Early Life Exposures in Mexico to Environmental Toxicants ("ELEMENT") project in Mexico City. Hu Summary 1, Exhibit A. Similarly, Plaintiffs intend to proffer testimony from Dr. Lanphear regarding the "methods and findings" of three papers on which he was a co-author that studied the neurodevelopmental effects from early-life fluoride exposure in a prospective birth cohort participating in the Maternal-Infant Research on Environmental Chemicals ("MIREC") project in Canada. Lanphear Summary 1–2, Exhibit B.

In supplemental disclosures, Plaintiffs revealed two ways in which they will attempt to elicit opinions from Dr. Hu and Dr. Lanphear that go beyond the scope of the studies in which they participated.[1] First, Plaintiffs will attempt to elicit testimony from Dr. Hu that the studies of populations in Mexico City are "consistent with and support the conclusion that fluoride is a

---

[1]     Neither Dr. Hu nor Dr. Lanphear has provided an expert report in this case. Plaintiffs claim that Dr. Hu and Dr. Lanphear are "non-retained" experts and thus excused from their obligation to provide written reports under Federal Rule of Civil Procedure 26(a)(2)(B). They initially only provided one- and two-page cover sheets attaching the studies. *See* Exhibits A & B.

developmental neurotoxicant at levels of exposure seen in the general population of the USA." Hu Suppl. Summary 12, Exhibit C. The only other reference to the United States or explanation for this proposed opinion in the supplemental summary is that the maternal urinary fluoride levels from one study overlapped with the levels from one of the MIREC cohort studies in Canada and that about 40% of the women in the MIREC cohort live in fluoridated communities with fluoride concentrations near the concentration recommended in the United States. *Id.* at 13.

Second, Plaintiffs will attempt to elicit testimony from Dr. Lanphear that he recommends "for pregnant women to begin taking steps to reduce their fluoride intake, including but not limited to reducing their consumption of fluoridated water." Lanphear Suppl. Summary 11, Exhibit D. Dr. Lanphear's recommendation appears to be primarily based on the "convergent findings of the MIREC and ELEMENT" studies, although none of the studies makes this recommendation. *Id.*

## ARGUMENT

### I. THE COURT SHOULD EXCLUDE DR. HU'S AND DR. LANPHEAR'S SUMMARIES AND TESTIMONY REGARDING THE DESIGN, CONDUCT, AND FINDINGS OF THEIR STUDIES.

At the outset, it is important to note that Dr. Hu's and Dr. Lanphear's expected testimony regarding the design, conduct and findings of the studies on which they are a co-author will *not* involve opinion evidence. Rather, Plaintiffs offer these experts to testify regarding the fact of, and facts contained within, the studies and their findings.

*First*, Dr. Lanphear's and Dr. Hu's expected testimony regarding the design, conduct, and findings of their individual studies is not relevant because it is not evidence of unreasonable risk under the Toxic Substances Control Act. Plaintiffs must show by a preponderance of the evidence that the addition of fluoridation chemicals to drinking water up to the recommended concentration of 0.7 mg/L poses an unreasonable risk of neurotoxic effects. *See* 15 U.S.C. § 2620(b)(4)(B)(ii). Plaintiffs do not dispute that some risk-assessment process is required to make an unreasonable risk determination in this case; indeed, they put forward a supposed "risk assessment" expert, Dr. Kathleen Thiessen, to support this element of their case. Dr. Lanphear and Dr. Hu did not conduct a risk assessment, their individual studies do not amount to a risk assessment, nor did they

1  perform any step within a risk assessment. Therefore, testimony regarding the facts of their studies

2  is not probative of a material issue in this case and should be excluded.

3      *Second*, testimony by Dr. Lanphear and Dr. Hu regarding the facts of the studies—which

4  are already explained in detail in the published papers themselves that were reviewed and

5  considered by the parties' retained experts—will add nothing to the record. Thus, to the extent

6  Dr. Hu's or Dr. Lanphear's expected testimony has any probative value, the Court should

7  nevertheless exclude it because any probative value is substantially outweighed by the danger of

8  needlessly presenting cumulative evidence and wasting time. *See* Fed. R. Evid. 403. The Court has

9  "considerable discretion" to reject evidence that may be relevant but which is cumulative. *United*

10  *States v. Elksnis*, 528 F.2d 236, 239 (9th Cir. 1975). "Expert testimony, like any other testimony,

11  must meet basic standards of relevance and pass muster under Rule 403." *Rogers v. Raymark*

12  *Indus., Inc.*, 922 F.2d 1426, 1431 (9th Cir. 1991). The fluoride studies conducted on the

13  ELEMENT and MIREC birth cohorts were considered by no fewer than three of the witnesses in

14  this case, all of whom the parties intend to call to offer expert opinions.

15      In his opening report, Plaintiffs' epidemiologist, Dr. Philippe Grandjean, described the

16  findings of the ELEMENT and MIREC studies in detail and even reproduced in his report some

17  of the figures published in the studies. Grandjean Report 13, 23–26, 37, Exhibit E. Further, he used

18  data from those studies to attempt to conduct a dose-response analysis. *See id.* at 38; Grandjean

19  Suppl. Report 15–17, Exhibit F. Dr. Thiessen also considered how the MIREC and ELEMENT

20  studies related to her risk analysis. Thiessen Report 22, 29, 35–36, 66, Exhibit G; Thiessen Suppl.

21  Report 21, Exhibit H.

22      EPA's epidemiologist, Dr. Ellen Chang, conducted a systematic review of epidemiological

23  studies regarding fluoride's potential neurotoxicity, which considered all of the individual studies

24  of the MIREC and ELEMENT birth cohorts that Dr. Hu and Dr. Lanphear cite in their summaries.

25  Chang Report 32, Exhibit I. In her systematic review, Dr. Chang extensively analyzed various

26  facets of the individual studies and how they fit with all of the other lines of evidence regarding

27  fluoride's potential neurotoxicity. *E.g.*, Chang Report 39–44. Further, Dr. Chang's causal analysis

28  was based primarily on the individual studies of the MIREC and ELEMENT birth cohorts, as well

as other studies. Chang Report 66–67. The experts whom the parties retained are expected to testify regarding the methodologies, findings, and limitations of the ELEMENT and MIREC studies—as they will be prepared to testify regarding the hundreds of other studies on which their opinions are based. Testimony by the authors of those individual studies will waste time and is needlessly cumulative.

*Third*, any probative value of testimony regarding the facts of the individual studies is substantially outweighed by the danger of unfair prejudice to EPA. *See* Fed. R. Evid. 403. TSCA requires analysis of the weight of the scientific evidence, a transparent and objective process to evaluate "each stream of evidence" and to "integrate evidence" based on its strengths, limitations, and relevance. *See* 15 U.S.C. § 2620(i); 40 C.F.R. § 702.33; 162 Cong. Rec. S3518 (daily ed. June 7, 2016). Allowing curated testimony from authors regarding certain individual studies would also unfairly skew the Court's consideration of the overall weight of the scientific evidence. Moreover, that the individual studies will be fairly and thoroughly presented in the parties' retained experts' testimony further "weighs in favor of exclusion of the prejudicial testimony." *See Trevino v. Gates*, 99 F.3d 911, 922 (9th Cir. 1996).

## II.     THE COURT SHOULD EXCLUDE DR. HU'S AND DR. LANPHEAR'S SUPPLEMENTAL SUMMARY AND PROPOSED TESTIMONY REGARDING OPINIONS THAT EXTEND BEYOND THE SCOPE OF THEIR STUDIES.

Plaintiffs also seek to elicit certain opinion testimony from Dr. Hu and Dr. Lanphear that will go beyond the scope of the studies they co-authored. The Court should exclude the proposed testimony.

### A.     The Court should exclude Dr. Hu's generalizability opinion.

To be admissible, Dr. Hu's generalizability opinion must be "the product of reliable principles and methods." Fed. R. Evid. 702(c). In determining whether scientific reasoning is valid, the Court considers whether the reasoning: (1) can be and has been tested; (2) has been subject to peer review and publication; (3) has a known or potential rate of error; and (4) generally has been accepted by the scientific community. *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 593–

94 (1993). There is no basis either in Dr. Hu's summaries or deposition testimony from which the Court can determine that his generalizability opinion is reliable.

Dr. Hu makes no attempt to compare his studies directly to the United States. Indeed, the text of the studies—in which he was a co-investigator—admits that the data are not available for such a comparison. *See* Bashash 2017, at 11, Exhibit J ("[O]ur ability to extrapolate our results to how exposures may impact on the general population is limited given the lack of data on fluoride pharmacokinetics during pregnancy. There are no reference values for urinary fluoride in pregnant women in the United States."); Bashash 2018, at 664, Exhibit K ("[W]hile urinary fluoride is a valid biomarker to identify differences in exposure levels in pregnant women, it is not possible, with the currently available data, to estimate how concentration levels relate to intake."). Indeed, Dr. Hu conceded this at his deposition. Hu Dep. 86:19–24; 121:3–5 (Sept. 24, 2019), Exhibit L.

Instead, in the supplemental disclosure, Dr. Hu attempts to compare maternal urinary fluoride values from the Mexico City cohort to the values from one of the Canada studies; from there he compares the Canada study population to the entire U.S. population based on the fact that a portion of participants in that Canada study live in areas with community water fluoridation at levels near the recommended level in the United States. Hu Suppl. Summary 13. Dr. Hu does not explain why the proportion of participants in the Canada study is meaningful for this comparison or even why the comparison otherwise is reliable. Dr. Hu provides no explanation for how a subset of the sample population in a single study in Canada is comparable to the U.S. population, which is especially troubling because he has never conducted research regarding fluoride exposure in the United States. Hu Dep. 29:16–18.

Even a superficial inquiry into the basis of Dr. Hu's belief reveals a lack of any meaningful scientific analysis. The primary source of fluoride exposure in the studies in which Dr. Hu was a co-investigator was salt, rather than fluoridated water. Dr. Hu did not consider whether the difference in exposure source led to a difference in absorption rates, which he admitted could affect a comparison of exposure biomarkers across populations with difference exposure sources. *Id.* at 90:9–92:7; *id.* at 93:1–6 ("Yes. You need to know something about the absorption rates, etc. to understand how much fluoride is advisable in either salt or water. Because ultimately, that will

determine what your internalized exposure is to fluoride, which is reflected by the maternal urinary fluoride level."). The Court should exclude Dr. Hu's generalizability opinion. *Daubert*, 509 U.S. at 593–94.

**B.     The Court should exclude Dr. Lanphear's recommendation.**

Dr. Lanphear also offers no principle or method from which the Court can determine whether his recommendation that pregnant women should reduce their intake of fluoridated water is reliable. Dr. Lanphear's vague reference to the "convergence" of findings from the MIREC and ELEMENT studies is not sufficient to support reliability. Lanphear Suppl. Summary 11; *Daubert*, 509 U.S. at 593–94. Moreover, Dr. Lanphear's recommendation is a thinly veiled attempt to enter an opinion regarding risk without actually conducting a risk assessment. *See supra* Part I. The Court should exclude Dr. Lanphear's opinion.

## CONCLUSION

For the foregoing reasons, the Court should exclude Dr. Hu's and Dr. Lanphear's summaries and proposed testimony.

Date: December 9, 2019
Washington, D.C.

Respectfully Submitted,

*/s/ Brandon N. Adkins*
Brandon N. Adkins
Debra J. Carfora
John Thomas H. Do
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

Defendants' Second Motion in Limine to Exclude Howard Hu and Bruce Lanphear
Case No. 17-cv-02162 EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2019, a true and correct copy of the foregoing Defendant's Second Motion in Limine to Exclude Howard Hu and Bruce Lanphear was served on counsel for Plaintiffs by email.

_/s/ Brandon N. Adkins_
Brandon N. Adkins
United States Department of Justice

# EXHIBIT A

**FLUORIDE & IQ -- FINDINGS FROM THE ELEMENT COHORT**
**Expert Report of Howard Hu, MD, MPH, ScD**
June 25, 2019

I am a physician-scientist trained in internal medicine, occupational/environmental medicine, epidemiology and general public health who has held leadership positions in science and academia for over 2 decades.  A summary of my qualifications and publications can be found in my Curriculum Vitae, which is attached in **Appendix A.**  I am also the Principal Investigator of ongoing research that is examining the impact of early-life exposures to fluoride on neurobehavioral development in the offspring participating in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project.

ELEMENT is a pregnancy and birth cohort that I co-founded in 1993 in partnership with the Instituto Nacional de Salud Publica (INSP—the National Institute of Public Health in Mexico) and that has been continuously funded since 1993 by grants from the U.S. National Institute for Environmental Health Sciences (NIEHS).  It has had the general aim of understanding the impact of early life environmental exposures on developmental outcomes.  Since its inception, ELEMENT has evolved into a highly successful, award-winning project involving collaborators at INSP, the University of Michigan[1], and other academic institutions in the U.S. and Mexico.  It has generated over 70 high-impact publications and provided evidence contributing towards environmental health policies around the world.

Our project on fluoride and neurobehavioral development began in 2012, leveraging the unique ELEMENT resources of archived biological samples and data to measure the prenatal and postnatal exposures of ELEMENT offspring to fluoride and relate those measurements to rigorously measured neurobehavioral outcomes taken at multiple points of time.

In response to a request from counsel representing Plaintiffs, I have agreed to provide expert testimony in this matter, but only in the capacity as a non-retained expert. I am not retained and have not been provided any compensation nor employed in any capacity by any party.

If permitted to testify, I intend to discuss, for the Court, the design, conduct, and findings of our ELEMENT research on fluoride as they pertain to the three studies we have published in the peer-reviewed scientific literature so far, i.e., Thomas et al., 2016, Bashash et al. 2017, and Bashash et al. 2018.  Copies of these publications are provided in **Appendix B.**

A complete list of cases in which I have provided testimony in the previous 4 years is attached as **Appendix C**.

Howard Hu
June 25, 2019

**References:**

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-Avila M.

---

[1] See: https://sph.umich.edu/cehc/element/element.html

# EXHIBIT B

**FLUORIDE & IQ -- FINDINGS FROM THE MIREC COHORT**
**Expert Report of Bruce Lanphear, MD, MPH**
June 27, 2019

Along with my colleague Dr. Christine Till, I am the Co-Principal Investigator of an ongoing study that is examining the impact of early-life fluoride exposures on intellectual abilities in a cohort of mothers and offspring from Canada known as the MIREC[1] cohort. Our study of fluoride and IQ in the MIREC cohort has been funded, in part, by grants from the National Institute of Environmental Health Sciences (NIEHS). A summary of my qualifications and a list of my publications are attached as **Appendix A**.

In response to a request from counsel representing Plaintiffs, I have agreed to provide expert testimony in this matter, but only in the capacity as a non-retained expert. I am not retained and have not been provided any compensation nor employed in any capacity by any party.

If permitted to testify, I intend to offer opinions for the Court regarding the methods and findings of our MIREC study. The opinions I intend to offer are as follows:

(1) Pregnant women living in fluoridated regions in Canada have almost two times the amount of fluoride in their urine as women living in non-fluoridated regions (Till et al. 2018).

(2) The average urinary fluoride concentration for the MIREC pregnant women living in Canadian communities with fluoridated drinking was almost the same as those of the ELEMENT pregnant women living in Mexico City where fluoride is added to salt (Till et al. 2018; Bashash et al. 2017).

(3) Our MIREC study (Green et al., in press) significantly enhances the quality of data related to the neurotoxicity of fluoride because it employs a prospective design that includes multiple measures of fluoride exposure during pregnancy (including biomonitoring data) and IQ outcomes that have been evaluated in one of the world's most comprehensively characterized and geographically diverse birth cohorts.

(4) As with the ELEMENT study (Bashash et al. 2017), we found that prenatal fluoride exposure was significantly associated with lower intellectual abilities in 3-4 year old children. These associations remain large and significant when controlling for relevant covariates.

(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period appears to be a susceptible period of life vis-à-vis fluoride toxicity. In light of these findings, I believe it is advisable and prudent for pregnant women to begin taking steps to reduce their fluoride intake, including but not limited to reducing their consumption of fluoridated water.

(6) In the MIREC cohort, exposure to fluoridated water in infancy, particularly among formula-fed infants, was associated with diminished intellectual abilities in young children (Till et al., in review). This association remained significant after controlling for fetal fluoride exposure and other relevant covariates, suggesting that the susceptibility to fluoride's adverse neurological effects may extend into infancy.

My opinions, which I hold to a reasonable degree of scientific certainty, are based on (1) my own experience, education, and training, including my prior research on the impact of environmental chemicals on the developing brain (Lanphear 2015); as well as (2) my team's analyses of the MIREC cohort, including one paper that has been published (Till, et al. 2018, attached as **Appendix B**), one paper

---

[1] MIREC stands for Maternal-Infant Research on Environmental Chemicals. Information about MIREC can be found online at http://www.mirec-canada.ca/en/

that has been accepted for publication (Green et al. in press, attached as **Appendix C**), and one paper that is currently in review (Till et al, in review, attached as **Appendix D**). Please note that Appendix C and D are both confidential documents, and should not be publicly distributed or used for any purpose beyond this litigation.

A complete list of cases in which I have provided testimony in the previous 4 years is attached as **Appendix E**.

Bruce Lanphear
June 27, 2019

**References:**

Bashash M, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 Years of age in Mexico. Environ Health Perspect 2017; 125(9):097017.

Lanphear B. The impact of toxins on the developing brain. Annu. Rev. Public Health 2015; 36:211-30.

Green R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. Accepted (10 April 2019).

Till C, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ Health Perspect 2018; 126(10):107001.

Till C, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. In review (submitted 10 May 2019).

# EXHIBIT C

## SUMMARY OF THE FACTS AND OPINIONS TO WHICH DR. HOWARD HU IS EXPECTED TO TESTIFY

**(1) The ELEMENT prospective cohort studies of fluoride's neurodevelopmental effects are methodologically rigorous studies that provide scientifically reliable and robust results.**

ELEMENT (Early Life Exposures in Mexico to Environmental Toxicants) is a pregnancy and birth cohort that Dr. Hu co-founded in 1993 in partnership with the Instituto Nacional de Salud Publica (INSP—the National Institute of Public Health in Mexico) and that has been continuously funded since 1993 by grants from the U.S. National Institute for Environmental Health Sciences (NIEHS). It has had the general aim of understanding the impact of early life environmental exposures on developmental outcomes. Since its inception, ELEMENT has evolved into a highly successful, award-winning project involving collaborators at INSP, the University of Michigan, and other academic institutions in the U.S. and Mexico. It has generated over 70 high-impact publications and provided evidence contributing towards environmental health policies around the world. For example, as noted in a joint publication by NIEHS and EPA, "evidence from ELEMENT has informed U.S. and Mexican lead exposure guidelines, including the 2010 CDC "Guidelines for the identification and Management of Lead Exposure in Pregnant and Lactating Women," among others. (NIEHS/EPA 2017).

Dr. Hu's project on fluoride and neurobehavioral development began in 2012, leveraging the unique ELEMENT resources of archived biological samples and data to measure the prenatal and postnatal exposures of ELEMENT offspring to fluoride and relate those measurements to rigorously measured neurobehavioral outcomes taken at multiple points of time. As NIEHS and EPA have recognized, "archives of biological samples from birth cohort studies . . . provide critical information on the prenatal and childhood determinants of adult disease." (NIEHS/EPA 2017).

The ELEMENT cohort consists of mother-child pairs in which the mothers were enrolled before or during early pregnancy.  All were attending several maternity hospitals in Mexico City. Samples of maternal urine taken during pregnancy which had been archived were analyzed for fluoride content.  Urine fluoride is a biomarker of total fluoride exposure from all sources.  Socio-demographic and health information had also been collected from the women.  Other factors that could be associated with neurodevelopmental outcomes were also measured, including maternal age, maternal education, maternal IQ, birth order, birth weight, gestational age at delivery, maternal smoking, quality of the children's home environment (HOME score), and maternal exposure to known neurotoxins such as lead and mercury.

All urine analyses were conducted rigorously, with documented QC/QA procedures described in the published papers, as discussed further below.  The neurocognitive (IQ) tests and measures of ADHD were conducted blind to the fluoride exposure level of the mother and child, and used widely accepted assessment methods for measuring neurocognitive and neurobehavioral function.  Other covariates, such as Pb and Hg were measured using similarly rigorous and widely accepted methods.

1

- The neurobehavioral outcome measures used in Bashash 2017 have been extensively validated, and are standard measures used in the field, commonly known as IQ tests. Outcome measures were the General Cognitive Index (GCI) from the McCarthy Scales of Children's Abilities (MSCA, Spanish language edition) and Wechsler Abbreviated Scale of Intelligence, Full Scale Intelligence Quotient (WASI-FSIQ, Spanish language edition). All tests were administered by trained psychologists who were blind to the F exposure of the children. An assessment of inter-examiner reliability found 99% correlation.
- For Bashash 2018, the neurobehavioral outcome measures were components of the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD. Dr. Hu's team separately assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition). An experienced psychologist supervised both tests.
- All outcome measures were validated.
- A large number of potential confounders were considered in the study, and where deemed appropriate, controlled for. Potential confounders were considered based on prior epidemiological evidence with fluoride neurotoxicity and neurotoxicity from other agents.
- Loss to follow-up. Loss to follow-up is also called drop-out. As described above, there is little chance that drop-outs from the ELEMENT study design could cause bias so that the results are overestimates of effect or a spurious effect when no true effect exists.
- Minimum follow-up time. There may be some delays in the ability to measure neurotoxic harm. However, since these studies found statistically significant effects, they can be considered to have had a sufficient follow-up time. Only if they had not detected a significant effect could they be downgraded for possible insufficient follow-up time.
- Quality of the exposure measurement methods. These studies used maternal urine as the fluoride exposure measure. They corrected for dilution using creatine adjustment or specific gravity. Although slightly more accurate measures have been suggested, the only study which has used potentially more accurate measures is the Green 2019 study. The Green study was restricted to women who had urine F measures for each of the three trimesters, and averaged those 3 values. In the ELEMENT cohort, for each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure (MUFcr). While this exposure metric inevitably introduces imprecision into the exposure estimate, this imprecision will be random and thus bias the results toward the null.
- Detailed information on exposure variability was reported.
- Individual-level continuous exposure information for every subject.

11

- Specificity of the exposure indicator: Urine F is highly specific to internal exposure and is likely the most specific for fetal exposure too because blood F is difficult to measure accurately and varies rapidly over a matter of minutes.
- Blinded exposure assessment: All exposure assessments were completely blinded to outcomes or any other subject characteristics.
- Blinded health outcome assessment: Testing was done blinded to fluoride exposure.
- Sensitivity analyses and comparisons of unadjusted and adjusted models provide insight into the potential for systematic error.  Based on extensive consideration and control of potential confounders, the risk of systematic error is low in both studies.

**(2) The results of the ELEMENT prospective cohort studies are ==consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population of the USA.==**

Neurodevelopmental Findings – Intelligence

In the ELEMENT cohort, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 years old, and with lower Full-Scale IQ scores at 6-12 years old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. This is a notably large effect size, particularly when considering that more than 25% of pregnant women in artificially fluoridated areas have urinary fluoride levels exceeding 1.0 mg/L, with approximately 5% having in excess of 2 mg/L. (Till, et al. 2018, Table S4).

The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

As Dr. Hu's team explained in their 2017 paper, the IQ results are generally consistent with the findings of cross-sectional studies from endemic fluorosis areas (Choi, et al. 2012; Choi, et al. 2015), as well as a previous prospective birth cohort study from Mexico (Valdez-Jiminez, et al. 2017).

Neurodevelopmental Findings – Symptoms of ADHD

In Dr. Hu's 2018 study, higher prenatal fluoride exposure, as measured by MUFcr, corresponded to more ADHD-like symptoms on the CRS-R, particularly related to inattention as indicated by the strong association with the following two scales: Cognitive Problem/Inattention, and DSM-IV Inattention. In contrast, MUFcr during pregnancy did not predict child performance on any of the hyperactivity measures (i.e. Restless-Impulsive; Hyperactivity; DSM-IV Hyperactivity-Impulsivity) nor the CPT-II outcomes.

12

In general, a 0.5 mg/L higher MUFcr (approximately the IQR) corresponded to higher scores on the CRS-R for DSM-IV Inattention (2.84 points) and Cognitive Problems and Inattention (2.54 points). Consistency in these results across both of these outcome measures strengthens the conclusion that inattention appears to be associated with prenatal exposure to fluoride. These two scales contribute to the global ADHD Index and the DSM-IV Total scores, which were also associated with higher levels of prenatal fluoride exposure; a 0.5 mg/L increase in MUFcr corresponded to a 2.38 higher point score on the DSM-IV ADHD Total Index and a 2.47 higher point score on the ADHD Index. The observed association of MUFcr and CRS-R seemed to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

As Dr. Hu's team discussed in their paper, the association between MUFcr and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012).

Taken together, Dr. Hu's studies on the effects of prenatal fluoride exposure on childhood intelligence and symptoms of ADHD are consistent with, and support, the conclusion that fluoride is a developmental neurotoxicant.

Applicability of Findings to Communities with Artificial Water Fluoridation

As discussed in Dr. Hu's 2018 study, the maternal urine fluoride levels in the ELEMENT cohort covered a range that overlaps the range of maternal urine fluoride content found in Canada in the MIREC cohort (Thomas et al 2016, Till et al 2018). The MIREC cohort included pregnant women from across Canada of which about 40% lived in communities with fluoridated water at a concentration of about 0.6 mg/L, slightly less than the concentration currently used in most fluoridated communities in the USA, which is 0.7 mg/L. The dose-response relationship found in 4-year olds of the ELEMENT cohort, demonstrates a mean loss of about 3 IQ points in children whose mothers were in the upper 25% of exposure compared to those in the lowest 25% of exposure. This is a range that is encompassed by the range of maternal urinary fluoride content in areas with artificially fluoridated water.

The main source of fluoride in the Mexico City ELEMENT cohort was fluoridated salt rather than fluoridated water or water with a naturally elevated fluoride level. This was confirmed in a recent paper by Dr. Hu's group (Cantoral et al 2019). The Cantoral 2019 study found that the average tap water and bottled water fluoride concentration in Mexico City was less than 0.17 mg/L,

13

# EXHIBIT D

**<u>Summary of the facts and opinions to which Dr. Bruce Lanphear is expected to testify</u>**

<u>Introduction</u>

As discussed by Dr. Lanphear in his 2015 review *The Impact of Toxins on the Developing Brain*:

> The causes of death and disability in children have shifted over the past century (Lanphear 2015). Concerted public health efforts to control tuberculosis, cholera, typhoid, and other infectious agents in the early twentieth century led to a dramatic reduction in child mortality, followed by a rise in life expectancy. By the end of the twentieth century, the 'new morbidities of childhood'—attention deficit hyperactivity disorder (ADHD), autism, asthma, obesity, and preterm birth—had emerged. Learning disabilities and mental disorders are now two of the most prevalent morbidities in children. About 7.6% of US children are estimated to have a parent-reported learning disability, and 13% are estimated to have a mental disorder, including anxiety, autism, conduct disorder, depression, or ADHD. . . . These data indicate that we are in the midst of an epidemic of brain-based disorders (Lanphear 2015).

The high reported prevalence of learning disabilities and mental disorders has fueled research to better understand the role of environmental chemicals, including through use of prospective cohort studies that collect individualized biomarkers of exposure to environmental toxins. As Dr. Lanphear noted in his 2015 review, "Biologic markers, or biomarkers, of exposure, which can enhance our ability to quantify an individual's internal dose of a contaminant, are revolutionizing the study of environmental toxins in the same way genetic tests are revolutionizing the study of heritability" (Lanphear 2015).

One prospective cohort that has been developed for this purpose is the Maternal-Infant Research on Environmental Chemicals (MIREC) in Canada. Background information about MIREC was summarized by Arbuckle, et al. (2013):

> The Maternal-Infant Research on Environmental Chemicals (MIREC) Study was established to obtain Canadian biomonitoring data for pregnant women and their infants, and to examine potential adverse health effects of prenatal exposure to priority environmental chemicals on pregnancy and infant health.
>
> Women were recruited during the first trimester from 10 sites across Canada and were followed through delivery. Questionnaires were administered during pregnancy and post-delivery to collect information on demographics, occupation, life style, medical history, environmental exposures and diet. Information on the pregnancy and the infant was abstracted from medical charts. Maternal blood, urine, hair and breast milk, as well as cord blood and infant meconium, were collected and analysed for an extensive list of environmental biomarkers and nutrients. Additional biospecimens were stored in the study's Biobank. . . .

knots were set at 0.4 mg (mean fluoride intake), 0.8mg, and 1mg (in accordance with MUFSG) (Green, et al. 2019).

As would be expected, Figure 3 in Dr. Lanphear's study shows a large degree of scatter in the plotted IQ points across the cohort. These are the "raw data" (i.e., unadjusted observed values) and do not take into account the multivariable regression model analyses which simultaneously adjust for all the factors entered in the models and give a more valid picture of the true relationship between F exposure and IQ.  The dose-response regression line is also plotted in these graphs, along with its 95% confidence interval.  These lines and shaded areas depict the regression model results and indicate relatively narrow confidence intervals and relatively large effects. Additional perspective can be obtained for the degree of scatter and degree of variance explained by fluoride in these graphs by comparing them to similar published results for studies of lead and IQ.

**(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period is likely a susceptible period of life vis-à-vis fluoride toxicity.**

The significant association between prenatal fluoride and IQ in the MIREC cohort (Green, et al., 2019) is convergent with the findings from the ELEMENT cohort (Bashash, et al. 2017, 2018). In Dr. Lanphear's MIREC study, an analysis was done using the same urinary dilution method as used in the ELEMENT study (Green, et al. 2019, eTable 2). Model C in eTable 2 shows a loss of 4.96 IQ points in 3-4 year old boys in the MIREC cohort for every 1 mg/L increase in maternal urine F exposure.  In the ELEMENT cohort, each 1 mg/L increase in maternal urine was associated with a statistically significant loss of 6.3 IQ points (measured as GCI points) (Bashash et al 2017, Table 4). Thus, the magnitude of the effect in the ELEMENT cohort and the MIREC cohort are similar and consistent with each other. By contrast, childhood measures of urinary fluoride (at ages 6-12) in the ELEMENT cohort did not significantly correlate with IQ (Bashash, et al. 2017).

As noted by Bellinger (2019): "The effect size seen in boys [in the MIREC analysis] . . . is generally consistent with the effect sizes reported in the Mexico City study . . . and in a 2018 Chinese study (5.3 points per 1-mg/L increase in children's urinary fluoride concentration)."

The comparability of the MIREC and ELEMENT findings is enhanced by the fact that urinary fluoride content exposure was analyzed at the same fluoride lab and was adjusted identically for urinary dilution in both cohorts. Moreover, maternal urinary fluoride levels in Mexico City and Canadian women living in a fluoridated region were essentially the same, and IQ scores were measured at approximately the same age (3 to 4 years).

The consistency of findings between two prospective cohort studies, in two different populations, provides good evidence that prenatal fluoride exposure is a risk factor for neurocognitive harm, particularly when considered in the context of the previous cross-sectional studies of fluoride and IQ, and general knowledge about the vulnerability of the developing brain. As Dr. Lanphear explained in his 2015 review in the *American Journal of Public Health*, "The developing brain is particularly vulnerable to environmental toxins. The blood–brain barrier of the

10

developing brain is not fully formed, and it is more permeable to toxins than is the mature brain" (Lanphear 2015).

**(6) It is advisable and prudent <mark>for pregnant women to begin taking steps to reduce their fluoride intake, including but not limited to reducing their consumption of fluoridated water.</mark>**

As Dr. Lanphear noted in his 2015 review, "Once a toxin is disseminated in the environment, it requires a Herculean effort to disentangle its effects from other prevalent and modifiable risk factors for brain-based disorders. There are likely to be many risk factors because brain-based disorders represent an array of behaviors or deficits that exist on a continuum." (Lanphear 2015). As a result, "there is an endless litany of potential confounders to consider, a limitation of observational studies that is often used to thwart efforts to regulate environmental toxins despite compelling evidence from human and laboratory studies" (Lanphear 2015).

Based on the convergent findings of the MIREC and ELEMENT studies of prenatal fluoride/IQ (Bashash, et al. 2017, 2018; Green, et al. 2019), coupled with general knowledge about the vulnerability of the fetal brain to environmental toxins (Lanphear 2015) and absence of caries preventive benefits from prenatal fluoride exposure (Green, et al. 2019, citing Limeback 1999; Takahasi, et al. 2017), it is Dr. Lanphear's professional medical opinion that pregnant women should take steps to reduce their fluoride intake, including minimizing their exposure to fluoridated water. In a *JAMA Pediatrics* podcast accompanying the publication of Dr. Lanphear's study, a *JAMA Pediatrics* editor (Christakis) expressed his agreement with this recommendation.

**(7) Exposure to fluoridated water in infancy, particularly among formula fed infants, is associated with diminished intellectual abilities in the MIREC cohort.**

An extension of the MIREC cohort study which is currently in review, has focused on postnatal fluoride exposure in infants (Till et al in review).  In particular, this study compares the effect on IQ in infants fed formula made up with fluoridated water compared to infants fed formula made up with nonfluoridated water. An additional comparison is made with infants predominantly breastfed, who either live in areas with fluoridated or nonfluoridated water.  Breastmilk contains very low levels of fluoride, regardless of how much fluoride exposure the mother receives.

*Methods*

Of the 610 children in the MIREC cohort who were recruited to participate in the developmental follow-up phase of the study (MIREC-Child Development Plus), 601 completed all testing. Children were recruited from six of the cities in the original cohort (Vancouver, Toronto, Hamilton, Halifax, Kingston, Montreal); approximately half of the children lived in non-fluoridated areas and half lived in fluoridated cities. This study received ethics approval from Health Canada, York University, and Indiana University.

*Infant Feeding Assessment*

When children were between 30 and 48 months of age, mothers completed a questionnaire asking, "How old was your baby when you ceased breastfeeding exclusively?" Women who breastfed exclusively for six months or longer were included in the breastfeeding (BF) group; those who reported introducing formula within the first six months (never breastfed or partial

11

breastfeeding) were included in the formula-feeding (FF) group.

Dr. Lanphear's team dichotomized feeding status at six months because the Canadian Pediatric Society and American Academy of Pediatrics both recommend exclusive breastfeeding for six months[19] [20]. Moreover, formula-fed infants who are younger than six-months derive most of their nutrition from formula, placing this group at highest risk of exceeding the upper limit (0.7 mg/d) for fluoride. Finally, fluoride intake differences become less evident when other dietary sources of fluoride are introduced at around six months.

*Infant Fluoride Exposure*

Fluoride concentrations in drinking water were measured used the same method described above. The study excluded participants who reported that their primary drinking source was from a well or 'other' (e.g. bottled water) (Till, et al in review, Table SI).

To obtain a continuous fluoride exposure measure collapsed across the BF and FF groups, infant fluoride intake (IFI in mg F/day) was estimated by multiplying water fluoride concentration by the amount of time that the infant was not exclusively breastfed in the first year using the following equation:

$$IFI= (water\_F mg/L) *(l-\#mo\_excl\_BF/ll.\ 99) *0.80L/day$$

where *water_F mg/L* refers to the average water fluoride concentration and *1- #mo_excl_BF/11.99* represents the proportion over the 12-month period the infant was not exclusively breastfed. A value near one indicates that an infant was primarily formula-fed over the 12 months whereas a value near zero indicates an infant primarily breastfed. IFI was estimated based on a daily consumption of 0.80 L of water used to reconstitute powdered formula as suggested by an infant food diary completed for infants in a prior study. Because the type of formula used (i.e. soy- or milk-based) was not known, Dr. Lanphear's team did not add fluoride from formula to its IFI estimate.

*Fetal Fluoride Exposure*

Maternal urinary fluoride (MUF) adjusted for specific gravity was used as a proxy of fetal fluoride exposure. MUF, which was derived by averaging three spot samples collected across all three trimesters of pregnancy, was considered the most reliable measure of exposure. Urinary fluoride concentrations were analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane described above.

*Intelligence Assessment*

Children's intellectual abilities were assessed between ages 2.5 and 4.0 years with the Wechsler Preschool and Primary Scale of Intelligence-III using United States population-based normative data *(mean=* 100, SD=15). Outcomes included Full-Scale IQ (FSIQ), a measure of global intellectual functioning, Verbal-IQ (VIQ), a measure of verbal reasoning, and Performance-IQ (PIQ), a measure of non-verbal reasoning and visual-motor coordination skills.

*Covariates*

Dr. Lanphear's team adjusted for potential confounding by selecting covariates *a priori* that have been associated with fluoride, breastfeeding, and children's intellectual abilities. Final

12

# EXHIBIT E

U.S. FEDERAL COURT

ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA

**EXPERT REPORT OF**
**PHILIPPE GRANDJEAN, MD, DMSc**

**PREPARED ON BEHALF OF**
**PLAINTIFFS**

**21 June 2019**

1

C.    **Fetal fluoride exposure**

The first documentation of placental transfer in humans was the observation in 1974 [56] that fluoride concentrations in maternal and cord serum correlated well, with the cord blood showing slightly lower concentrations. These findings were replicated in 1986 [57], with results suggesting minor deviations depending on gestational age. A recent study from an area with water-fluoride levels of 0.4 - 0.8 mg/L showed that cord serum contained about 80% of the concentrations occurring in maternal serum [58].

A quarter of a century ago, advancements in fetal blood sampling techniques allowed for researchers to study fluoride's potential to pass the placenta and, in turn, a better understanding of maternal and fetal blood fluoride levels. Using these techniques, French researchers measured fetal blood concentrations of fluoride after the mothers were administered a small dose of sodium fluoride, and the elevations were statistically significantly higher (2.6 $\mu$mol/l)[3] than in a control group (less than 1 $\mu$mol/l) [59]. The placental passage was shown to occur already in the fifth and sixth months of pregnancy, i.e., the period when the deciduous teeth start to develop [59] (and when the blood-brain barrier is still immature).

In human fetuses, fluoride concentrations in both femur and brain were found to be markedly higher in an area with endemic fluorosis, as compared with controls at lower exposures [50]. Another recent study confirmed that fluoride concentrations in fetal brains from an endemic fluorosis area were higher than levels in a non-endemic area [60]. Accordingly, fluoride passes the placental barrier [61] and enters the fetal brain [50, 60].

D.    **Fluoride exposure biomarkers**

As drinking water is usually the main source of exposure, the water-fluoride concentration can be used as an exposure parameter, especially on a community basis. In addition, total fluoride intake can be calculated from daily water consumption and the intakes of other major sources, such as black tea. For individual exposure assessment, analysis of biological samples, including urine and blood (generally in the form of plasma or serum), is commonly used [62], as is assessment for dental fluorosis [37].

Urine: Urine-fluoride has been shown to be a good indicator of total daily fluoride intake [63]. Spot urine samples are often used in epidemiological studies and can be useful under stable exposure situations. Morning urine samples, or 24-hour samples are preferred, and timed excretion has also been successfully applied [5]. Due to temporal differences in urine production, fluoride concentrations in spot samples should appropriately be adjusted according to the creatinine concentration or density.

Most published studies are local in scope and do not necessarily reflect national levels of fluoride exposure. An early Israeli study of 16 pregnant women showed a tendency toward decreasing elimination of fluoride in urine during the course of pregnancy [52]. More recent studies show decreased urinary fluoride excretion in pregnant women and an increase over the course of pregnancy [58, 64, 65], perhaps linked to increased water intake. The authors of the

---

[3] For conversion of concentrations in $\mu$mol/L to mg/L, multiply by 0.019.

former study suggested that the lower urine-fluoride concentrations during pregnancy was due to transfer of fluoride to the fetus. The Canadian study of pregnant women from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort [65] found that water fluoridation was the major predictor of urine-fluoride levels, with creatinine-adjusted concentrations of 0.87 mg/L and 0.46 mg/L in fluoridated (0.6 ppm) and non-fluoridated (0.12 ppm) communities, a difference of 0.4 mg/L. The 95th percentiles in the two groups suggest that the difference can be more than twice as large at the higher ranges of exposure [65]. The 0.4 mg/L increase in urine-fluoride seen in relation to water fluoridation in Canada may underestimate levels in warmer regions in the U.S., although temperature is thought to play a lesser role today than it once did (see further below). In addition, it should be recognized that the population in non-fluoridated communities is affected by the so-called "halo" effect due to exposure to fluoridated water from consumption of beverages, prepared foods, etc. based on fluoridated water. Although probably an underestimation, I shall use the 0.4 mg/L difference as a conservative estimate in calculations in Section VII.F.

Large-scale contemporary population studies of urine-fluoride have been carried out in Canada and the UK [66-68], while little contemporary data is available from the U.S. population. The largest study in the U.S. appears to have been conducted in the 1940s, and it reported that pooled urine samples from healthy young males generally mirrored the fluoride concentration in the drinking water [69]. Later, as a continuation of the Manhattan Project, researchers from Rochester, NY, showed that the water-fluoride concentration of 0.06 mg/L was the same as the concentration in spot urine samples from adults, as reported in 1950 [70]. These studies are unlikely to be representative of conditions today, as I shall discuss further below.

Some data suggest that pregnant women may have lower urinary fluoride levels than non-pregnant controls, which may be related to fetal uptake and storage in hard tissues [64]. The only published study to date of urinary fluoride levels in U.S. pregnant women appears to be the Rochester study from 1974 [56], which found an average of 1.02 mg/L among a group of 16 women; the authors did not report the concentrations of fluoride in water. While not yet published, I understand that Dr. Pamela Den Besten recently measured urine-fluoride in 50 pregnant women from northern California and found levels similar to those reported from Canada [65]. I further understand that the CDC has analyzed fluoride in urine samples from the 2015-2016 National Health and Nutrition Examination Survey (NHANES) study, and that these results have also not yet been released.

Blood: The NRC concluded that the fasting plasma-fluoride concentration in adults, when expressed in micromoles per liter [µmol/L], would be approximately equal to the concentration in the drinking water expressed as parts per million [mg/L] [1]. This means that adults drinking fluoridated water at 0.7 mg/L would be expected to have an average plasma fluoride concentration of 0.7 µmol/L, or 14 µg/L. However, this calculation assumes low intake from sources other than the community drinking water.

In children and adolescents participating in the NHANES study in 2013-2014, fluoride in plasma averaged approximately 0.4 µmol/L, or 8 µg/L [71]. The lower blood concentrations in childhood are probably due to fluoride incorporation in the growing skeleton, as also indicated by plasma-fluoride concentrations increasing with age [1]. Data on plasma-

13

fluoride levels among infants and pre-school children remain sparse. One study showed that ingestion of 0.25 mg of fluoride (in tablet form) produced a mean plasma-fluoride of 63 μg/L (3.3 μmol/L) in infants within approximately 30 minutes [72]. There does not appear to be equivalent data available to assess peak plasma-fluoride levels after feeding with infant formula reconstituted with fluoridated water.

Fluorosis: WHO [37] considers dental fluorosis a useful biomarker of fluoride exposure during the tooth-forming years due to the well-established dose-response relationship between fluoride ingestion and the degree of dental fluorosis [73]. When water fluoridation was first introduced in the middle of the 20th century, health authorities estimated that less than 10% of children in fluoridated communities (1 mg/L) would develop dental fluorosis, and only in its mildest forms [74]. In the early days of water fluoridation in the U.S., health authorities had considered that "[f]or practical public health purposes, […] a safe level has been reached when not more than 10 to 15 per cent of children age 12-14 years, who have used water supplies since birth, and who have been examined under standard conditions, show the *mildest* type of mottled enamel" [74].

Decades later, epidemiological studies began to demonstrate that the prevalence and severity of fluorosis was higher than predicted [75]. A national survey in 1986-87 by the National Institute of Dental Research (NIDR) found that 29.9% of U.S. children living in fluoridated areas (0.7-1.2 mg/L) had fluorosis, versus 13.5% of children in non-fluoridated areas [76]. The overall prevalence of dental fluorosis among 12-to-15-year-olds has increased from 23% in NIDR's 1986-87 survey to 41% in the NHANES 1999-2004 survey [77]. The prevalence appears to have increased even further since that time. Thus, according to the National Center for Health Statistics at the CDC, 71.5% of children (ages 6-19) had some form of fluorosis in the three NHANES surveys from 2011 to 2016 [78, 79]. While the rates of moderate/severe fluorosis fluctuated for unknown reasons across the cycles,[4] the total fluorosis rate (very mild and above) was at least 57% in each of the three cycles, which is well above the prevalence rate when water fluoridation was first introduced [74].

Elevated occurrence of dental fluorosis has also been recorded in fluoridated areas overseas. A systematic review commissioned by the British government concluded that 48% of children develop dental fluorosis at a water-fluoride concentration of 1 mg/L, with 12% of children having fluorosis of aesthetic concern [80].

These data clearly show that dental fluorosis has increased in prevalence, probably in part due to extended "halo" effects (e.g., from fluoridated water being used for beverages and food products). Another potential exposure factor is the increased usage of fluoride-containing toothpastes among preschoolers [81], as well as changing infant feeding patterns, where increasing percentages of children are fed formula reconstituted with fluoridated water instead of breastmilk [82].

---

[4] In the 1999-2004 NHANES surveys, 3.6% had moderate or severe fluorosis, and this prevalence increased to 14.4% in the 2011-2016 surveys. However, there were large differences in the moderate/severe fluorosis rates between the 2011-2014 surveys (=20.9%) and 2015-2016 surveys (=1.4%). As assessment of the degree of dental fluorosis is somewhat subjective, the intra-observer agreement was found not to be perfect. CDC stated that the increase from 1999-2004 to 2011-2014 "is not biologically plausible" and "there may have been some change in the way the examiners evaluated the level of fluorosis over time."

A prior study that was also co-authored by my Harvard colleague David Bellinger failed to observe a relationship between dental fluorosis and behavior, as determined from parental questionnaires [135]. Due to several weaknesses, the conclusions were cautious and, in the authors' wording, "cannot lay this issue to rest". Hopefully, future studies will clarify the relationship between dental fluorosis and neurobehavioral deficits, especially if the relationship is apparent only for certain teeth that share windows of fluorosis susceptibility with those that relate to developmental neurotoxicity.

4.     **Prospective studies of fluoride neurotoxicity**

In recent years, several prospective studies have been carried out in Western populations with information on early-life exposures. These studies add substantial new information on developmental fluoride neurotoxicity and will be summarized below.

The New Zealand study: The first prospective study was based on a birth cohort established in Dunedin, New Zealand from births in 1972-1973 [111]. The 1,037 children were recruited at age 3 years, and IQ tests were administered at ages 7, 9, 11 and 13 years, and again at age 38, and the average result for 992 subjects was used for comparison between residents in areas with and without water fluoridation. No significant differences in IQ because of fluoride exposure were noted, and this finding was independent of potential confounding variables, including sex, socioeconomic status, breastfeeding, and birth weight. Despite the fact that lead exposure in this cohort was later reported to cause IQ deficits [136], the authors of the fluoride study chose not to control for exposure to lead or other chemicals that can affect neurodevelopment.[7] While prenatal fluoride exposure was not the focus of this study, and urine samples were not available for fluoride analysis, the average difference in exposure between children in fluoridated vs. non-fluoridated areas was estimated to be only 0.3 mg/day [137]. Maternal tea consumption was not assessed and may have introduced substantial imprecision of the exposure estimate. During the time that the children in this study were born (1972-1973), New Zealanders consumed as much as 2.6 kg of tea per capita per year, as compared to the consumption of 0.5 kg in Canada in the 1990s, i.e., the approximate time when the MIREC cohort (discussed below) was recruited [138]. An additional concern is that the 10% of cohort subjects who had not lived in fluoridated areas very likely received fluoride supplements, as was the case for 139 children in the study in the 1990s (probably mainly in non-fluoridated areas). In my judgment, although the New Zealand study has been hailed as evidence that fluoridated water is "not neurotoxic for either children or adults, and does not have a negative effect on IQ" [39], the exposure assessment is imprecise, and the statistical power is likely to be insufficient to identify an effect similar to the magnitude shown in more recent studies [139]. This study thus suffers from some of the same limitations as a previous cohort study from New Zealand [140], which reported no association between behavioral problems and residence in a fluoridated community during the first seven years of life. Neither study had access to individual measurements of fluoride exposure, and the exposure status relied solely on residence in a fluoridated community.

First Mexico study: In a prospective study from an area in Mexico with elevated levels of fluoride in drinking water, maternal pregnancy urine-fluoride (corrected for specific

---

[7] In response to criticism on this point, the authors published a letter [137] stating that they subsequently ran an analysis which controlled for lead and that it produced "no meaningful change." Few details were reported.

gravity) was examined for its association with scores on the Bayley Scales among 65 children evaluated at age 3-15 months [141]. The mothers in the study had average urine-fluoride concentrations at each of the three trimesters of pregnancy of 1.9, 2.0, and 2.7 mg/L (higher than the following study). These fluoride exposure indicators during first and second trimesters were associated with statistically significantly lower scores on the Bayley Mental Development Index (MDI) score after adjusting for covariates [141]. I understand that this study will be addressed in further detail in a separate report.

ELEMENT cohort: The existence of the ELEMENT (Early Life Exposure in Mexico to Environmental Toxicants) birth cohort in Mexico allowed longitudinal measurements of urine-fluoride in pregnant mothers and their offspring and their association with measures of cognitive performance of the children at ages 4 and 6–12 years [142]. The cohort had been followed to assess developmental lead neurotoxicity, and urine samples were available for fluoride analysis and adjustment for creatinine and density. Most of the mothers provided only one or two urine samples, thereby introducing some imprecision in the exposure estimate, but again such imprecision will tend to bias the results toward the null. Child cognitive function was determined by the General Cognitive Index (GCI) of the McCarthy Scale at age 4 years in 287 children with exposure data, and IQ by a Wechsler scale (WASI) at age 6–12 years in 211 children. Urinary fluoride in the mothers averaged 0.90 (s.d., 0.35) mg/L and 0.82 (s.d., 0.38) in the children.



*Figure 1. Association between maternal urinary fluoride concentration during pregnancy and the child's GCI at age 4 [142].[8]*

---

[8] Figure 2 legend in the published article: "Adjusted association of maternal creatinine-adjusted urinary fluoride (MUFcr) and General Cognitive Index (GCI) scores in children at age 4 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort3-Ca,Cohort3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observations, n=287."

Covariates included gestational age, birth weight, sex, parity, age at examination, and maternal characteristics, such as smoking history, marital status, age at delivery, IQ, and education. After covariate adjustment, an increase in maternal urine-fluoride by 0.5 mg/L was associated with a statistically significant loss of 3.15 (95% CI, -5.42; -0.87) and 2.50 (95% CI, -4:12; -0:59) the GCI and IQ scores, respectively (Figures 1 and 2).

These associations remained significant, and the effect sizes appeared to increase, in sensitivity analyses that controlled for lead, mercury, and socioeconomic status. The authors recognize possible limitations, including potentials for iodine deficiency or arsenic exposure, but the impact of such risk factors is likely to be small in this population and with little likelihood of causing bias. Given the fact that this cohort was followed from birth with meticulous documentation for lead exposure and other neurobehavioral risks adds to the strength of this study. A subsequent study of the same population also documented that elevated prenatal fluoride exposure was associated with tendencies toward development of ADHD (Figure 3) [143].



*Figure 2. Association between maternal urinary fluoride concentration during pregnancy and the IQ at ages 6-12* [142].[9]

---

[9] Figure 3A legend in the published article: "Adjusted association of maternal creatinine-adjusted urinary fluoride (MUFcr) and children's IQ at age 6–12 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort3-Ca,Cohort3-placeboandCohort2A). Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, n=211."



*Figure 3: Association between maternal urinary fluoride concentration during pregnancy and four dimensions of the child's behavioral scores* [143].[10]

MIREC cohort: Between 2008 and 2011, 2,011 pregnant women were recruited into the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. A subset of 601 were examined at age 3-4 years, with slightly less than half residing in fluoridated communities [144]. The study was presented at a scientific conference in August 2018, and I understand that a full report will soon be published. The following is a summary of the information from a published Master's thesis. Urine spot samples were obtained from each of the three semesters of pregnancy, and results were analyzed for those 526 mother-child pairs where urine was available from all three semesters, so that the overall average urine-fluoride could be used as an exposure biomarker, with adjustment for specific gravity and creatinine. Information was obtained on food and beverage intakes, including tea (assuming a fluoride content of 0.52 mg in each cup of black tea). Intellectual abilities were assessed using the age-appropriate Wechsler scale that provided a full-scale IQ. Covariate adjustment included exposures to other neurotoxicants and other relevant covariates, such as sex, age at examination, and maternal exposure to indirect smoking, race, and education (Figure 4) [144].

As had been shown in a previous study of a larger material [65], women residing in fluoridated communities had higher urine-fluoride concentrations (0.69 vs 0.40 mg/L) and also higher calculated daily fluoride intakes from water and other beverages (0.93 vs. 0.30 mg/day). Regression analyses showed that an increase in *urine*-fluoride of 1 mg/L was associated with a statistically significant loss in IQ of 4.49 points in boys, though not in girls (Figure 5). An increase of 1 mg/L of fluoride in *water* and an increase of 1 mg/day of fluoride *intake* was associated with an IQ loss of 5.3 points and 3.66 points, respectively, for both boys and girls [144]. Thus, this study is in close agreement with the data from the two studies carried out in Mexico.

---

[10] This figure is an excerpt of Figure 2 that has this legend: "Association of maternal creatinine-adjusted urinary fluoride (MUFcr) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years. Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n=210."



Fluoride Intake (mg/day)

*Figure 4: Association between maternal fluoride intake per day from beverages during pregnancy and childhood IQ at age 3 (blue represents fluoridated communities)* [144].[11]



*Figure 5: Association between maternal urinary fluoride (adjusted for creatinine) and childhood IQ at age 3* [144].[12]

---

[11] Figure 6 from the thesis has this legend: "Multiple Linear Regression predicting FSIQ from Fluoride Intake (FI)."
[12] Figure 4 in the thesis has this legend: "Results of Multiple Linear Regression Predicting FSIQ from MUF$_{SG}$."

These recent prospective studies from North America focused on prenatal exposure as a key window of neurological vulnerability. Given that fluoride is only excreted in minute amounts in human milk [1], the focus on prenatal exposure appears justified, while formula-mediated exposures remain a concern, as illustrated by dental fluorosis studies [145]. All the recent studies relied on individual exposure indicators, thus providing substantial support to the conclusion that elevated fluoride exposure during early development can cause neurotoxicity.

### 5.   Retrospective studies of fluoride neurotoxicity

A Swedish study utilized the register of military conscripts who underwent neurocognitive tests [146]. The authors then estimated the water-fluoride concentrations for each of about 80,000 subjects based on their residential history, where the geographic location of the home was linked to a water supply. The study found no meaningful or consistent relationship between the test results and the estimated home water-fluoride concentration (0 to 2 mg/L). The study did identify a relationship between water-fluoride and increased income, which the authors attributed to improved dental health. However, the study did not have access to specific individual fluoride exposure data. The method for estimating the likely water-fluoride concentration at the person's current home involved some assumptions which could have introduced a substantial amount of measurement error when using this number as a proxy of the fluoride exposure at the most vulnerable age. This study is therefore not a "negative" study, but rather a non-informative study due to the likely misclassification of the causative exposure.

In the U.S., parental reports on ADHD among 4-to-17-year-olds were collected from the National Survey of Children's Health and combined with information on water fluoridation at state level [147]. The prevalence of artificial water fluoridation in 1992 predicted significantly the state prevalence of ADHD from the surveys in 2003, 2007 and 2011. After adjustment for socioeconomic status, each 1% increase in artificial fluoridation prevalence in 1992 was associated with approximately 67,000 to 131,000 additional ADHD diagnoses from 2003 to 2011. Overall state water fluoridation prevalence (not distinguishing between fluoridation types) was also significantly positively correlated with state prevalence of ADHD for all but one year examined. Given the state-level exposure assessment and the use of parental reports of ADHD, this ecological study has important weaknesses, although the findings are in agreement with the prospective studies.

A Canadian study analyzed data from two cycles of the Canadian Health Measures Survey (CHMS) [148]. Randomly measured urine-fluoride results from children aged 3-to-12 years were linked to parental reports or self-reported learning disabilities. When the two cycles of the CHMS were combined (both including at least 1,100 subjects), unadjusted urine-fluoride was significantly correlated with an increased incidence of learning disabilities. However, this effect lost its statistical significance after controlling for creatinine and specific gravity. The authors concluded that there was no robust association between childhood fluoride exposure and reported learning disability among Canadian children at the ages studied. However,

fracture, and severe dental fluorosis, and the NRC also noted the need to consider further the risk of neurotoxicity.

2. EPA's Six Year Reviews

As part of the SDWA, the EPA is required to review each national primary drinking water regulation, including fluoride, at least once every six years and revise them, if deemed appropriate. In EPA's first Six Year Review of Fluoride, the Agency asked the NRC to review the recent toxicological literature on fluoride. In the second Six Year Review, EPA had received NRC's conclusions [1] and conducted a risk assessment to determine an RfD that would protect against severe dental fluorosis, stage II skeletal fluorosis, and bone fracture. EPA set this RfD at 0.08 mg/kg/day based on dose-response data relative to severe dental fluorosis [42]. The EPA acknowledged that NRC identified "research needs for the endocrine, neurological and other effects of fluoride," but concluded that "the standard toxicity database for fluoride is complete negating the need for a database uncertainty factor." (p. 106). Accordingly, EPA did not apply an uncertainty factor to account, e.g., for potential neurotoxicity.

In 2016, the EPA completed its third Six-Year Review, including a summary of the health effects of fluoride [113]. As part of this latest iteration, the EPA referred to the NRC review [1] in regard to fluoride's impact on reproduction and development, the endocrine system, cancer, and neurotoxicity. Specific to the latter health endpoint, the EPA referenced our meta-analysis of the childhood IQ studies and highlighted only the highest exposure in the 27 studies (11.5 mg/L, see Section VI.B), rather than the exposures that were below the MCLG [9]. The EPA also reviewed four other studies on neurotoxicity [10, 13, 111, 147], but concluded that "overall, the new data were not sufficient to alter the NRC conclusion that severe dental fluorosis is the critical health effects endpoint for the MCLG" (p. 134). While considering the NTP's systematic review of the animal literature on learning and memory, the EPA did not take into account the wider animal literature summarized in Section V.B.1. Likewise, the Agency did not address several recent epidemiological studies also reviewed above. Although I find these omissions inappropriate, I should note that the prospective studies of prenatal fluoride exposure and IQ from Mexico and Canada were not yet conducted at the time of EPA's most recent review, and thus not available for the Agency's consideration.

To date, EPA has yet to lower the MCLG in response to NRC's conclusions [1]. As it currently stands, therefore, the safe drinking water standard for fluoride in the US is still based on the crude premise that crippling skeletal fluorosis is the most sensitive adverse effect of chronic fluoride exposure. The dose-response assessment for fluoride available at EPA's IRIS data base is not useful, as it has not been updated for many years.

3. Other standards

The WHO has established a recommended limit of fluoride in drinking water at 1.5 mg/L [37]. The WHO set this "guideline value" at a level that would protect against more than "minimal" levels of dental fluorosis, but WHO did not consider potential neurotoxicity. In its monograph on fluoride [88] from 2002, WHO discussed several animal studies that investigated neurotoxicity, but did not review the available occupational or epidemiological studies. While the guideline level is "not a fixed value," WHO recommends that "at a minimum, the fluoride level in local water supplies should be monitored and the population examined for

signs of excessive fluoride exposure (e.g. moderate and/or severe dental fluorosis and crippling skeletal fluorosis)" [88].

The *Agency for Toxic Substances and Disease Registry* (ATSDR), in general agreement with the MCLG, issued a draft toxicological profile in September 2001 [194], updated in 2003 [61], and recommended a chronic–duration oral minimal risk level (MRL) of 0.05 mg/kg body weight per day. ATSDR based the MRL on a no-observed-adverse-effect level (NOAEL) of 0.15 mg/kg/day and a lowest-observed-adverse-effect level (LOAEL) of 0.25 mg/kg/day for skeletal effects (increased fracture rate) [195]. Again, neurotoxicity was not considered.

*DHHS* recently changed the recommended water–fluoride concentration from the 0.7-1.2 mg/L range to 0.7 mg/L [77]. As discussed earlier in this section, the DHHS made this recommendation based on the data demonstrating an increase in the prevalence of dental fluorosis, not with a view to limiting any risk of developmental neurotoxicity.

C.    **Current documentation for risk assessment**

As I have argued in this report, developmental neurotoxicity should be regarded the critical effect of elevated fluoride exposure (see Section V), and IQ deficits represent the most appropriate effect indicator. In regard to dose-dependence of IQ deficits, an increase of the maternal urine-fluoride in the ELEMENT study [142] by 1 mg/L corresponds to a 4.5-to-6 point drop in IQ. The Canadian results are in good agreement with these findings, although the possibility of sex-dependent effects must be considered [144]. While the latter study showed a possible sex-linked difference in vulnerability, risk assessment should always be based on the most vulnerable population group, i.e., in this case on the findings in boys in the MIREC study. In regard to water-fluoride, an increase of 1 mg/L showed a joint effect in boys and girls corresponding to a 5.3 drop in IQ [144], i.e., similar to the ELEMENT study. I also note that our own meta-analysis shows an average difference of 6.75 IQ points between the high and low exposure groups in the 27 studies reviewed [9].

As discussed in section IV.D, the Canadian data [65] indicate that pregnant women drinking fluoridated water at 0.6 mg/L water have an average urine-fluoride excretion of 0.87 mg/L, whereas pregnant women drinking non-fluoridated water at 0.12 mg/L have a lower average urine-fluoride of 0.46 mg/L [65]. Although the "halo" effect probably results in elevated exposures among women residing in non-fluoridated communities, I shall assume that water fluoridation increases the urinary fluoride excretion level by approximately 0.4 mg/L. Again, this difference refers to the average water consumption levels in Canada, and greater differences may well occur in the U.S.

Given that water fluoridation increases the maternal urine-fluoride by (at least) 0.4 mg/L, one can now use the estimates of dose-dependent IQ losses to calculate the predicted IQ loss attributable to water fluoridation. Assuming that the exposures are above any known threshold, I shall rely on an approximate IQ loss at a slope of 5 IQ points per 1 mg/L, i.e. an IQ loss of 2 points for the 0.4 mg/L increase in urine-fluoride.

37

D.     **Setting drinking water health limits**

Available data show that maternal urinary fluoride excretion levels during pregnancy and calculated daily fluoride intake are significantly associated with lower IQ levels in the child. Data from the ELEMENT study in Mexico [142, 143] and the MIREC study in Canada [144] provide suitable data for dose-response analysis. In addition, a third study also documents developmental neurotoxicity, although for the Bayley scale at a younger age, not IQ [141]. These studies document the associations at maternal urine-fluoride concentrations within ranges occurring in fluoridated communities. As these data refer to the critical effect in a highly vulnerable population, they are appropriate as documentation for identifying a safe drinking water limit.

Visual inspection of the ELEMENT data (Figure 2, page 23) [142] suggest a possible threshold of perhaps 0.8 mg/L in maternal urine when considering the IQ in 6-to-12-year-olds, while no threshold seemed to be present for deficits at age 4 years (Figure 1, page 22). Similarly, no threshold seemed to be present in the Canadian IQ study (Figures 4 and 5, pages 24-25) [144] or in the Mexico ADHD study [143]. I also note that cross-sectional studies in China have reported IQ deficits at elevated water-fluoride concentrations even below 1 mg/L [9].

Regulatory agencies are in overall agreement in using a benchmark dose approach to calculate non-cancer health-based limits for dietary intakes, such as drinking water [11, 196]. In this approach, a dose-response function is fitted to the data or adopted from a default assumption (usually a linear relationship). The benchmark dose (BMD) is defined as the dose that leads to a specific loss (or degree of abnormality) known as the benchmark response (BMR) in the outcome variable. The BMR must be specified before the analysis. In previous BMD analyses of human neurotoxicity, the BMR has been set at 1 IQ point [197, 198]. The statistical uncertainty in the BMD estimation is taken into account by calculating its lower one-sided 95% confidence limit, which is called the benchmark dose level (BMDL). The BMDL is then used as the point of departure for calculation of the exposure limit, by dividing the BMDL by an uncertainty factor (usually fixed at 10) to obtain a protective RfD [11, 196]. I shall now discuss the calculation of a BMDL using the available data on fluoride neurotoxicity.

E.     **Benchmark dose calculations for fluoride**

My colleague, Esben Budtz-Jørgensen, and I are formalizing an agreement with the authors of the ELEMENT fluoride report [142] to jointly assess benchmark dose results, and access to the raw data will likely happen in the near future to allow preparation of a scientific publication. In the absence of the original data at this point, we have applied benchmark dose algorithms to estimate the approximate BMD and BMDL, first by using the descriptive data on the distributions of urinary fluoride concentrations and the IQs as already published as Table 4 [142].

The benchmark dose is the exposure dose leading to a specific decrease (denoted BMR) in the response (in this case, the IQ), when compared to unexposed individuals. The BMR must be defined before the analysis [196], and general guidelines have been developed for the selection of a BMR [11]. A 1-to-2 IQ point reduction at the population level was recognized by the U.S. EPA Clean Air Scientific Advisory Committee, which emphasized that "an IQ loss on

# EXHIBIT F

U.S. FEDERAL COURT

ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA

REBUTTAL AND SUPPLEMENTAL REPORT OF
PHILIPPE GRANDJEAN, MD, DMSc

PREPARED ON BEHALF OF
PLAINTIFFS

14 August 2019

1

A more sophisticated study has now been completed.[15] The researchers used cross-sectional data at ages 6 to 17 years from the CHMS. Community water and spot urine samples were analyzed for fluoride concentrations and the latter was adjusted for specific gravity. Regression analyses were carried out to test the association with ADHD diagnosis and the hyperactivity/inattention score on the Strengths and Difficulties Questionnaire (SDQ). After adjustment for covariates, including lead exposure, fluoridation of the home water supply increased the risk of an ADHD diagnosis, and an increase in water-fluoride by 1 mg/L was associated with a (statistically significant) 6-fold higher odds of an ADHD diagnosis in the 710 children known to rely on community water, although this association was not replicated using urine concentrations. Similar tendencies were seen for the SDQ data, especially among the older youth (not covered by the previous study [26]). Relying on improved individual exposure data and more specific outcomes in adolescents, this new study provides more weight to the evidence of fluoride neurotoxicity assessed by other means than IQ testing.

C.    **New data on Western fluoride exposures**

Subsequent to finishing my initial report, ELEMENT researchers have published a new study that provides data on the fluoride exposures from water and food products in Mexico City [42]. The study found that the average concentration of fluoride in tap water in Mexico City was 0.17 ppm, while the average concentration in bottled water was 0.14 ppm. The study thus confirmed that drinking water provides a negligible contribution to fluoride exposure in the Mexico City population. In her report, Dr. Chang notes that "The Mexico City studies did not measure fluoride concentrations in drinking water, but the authors stated that natural levels may range from 0.15 to 1.38 mg/L" (p. 50). While the new study found some higher fluoride concentrations in food than in the U.S., this finding is consistent with Mexico's use of fluoridated salt. Thus, this information supports the validity of the ELEMENT studies [16, 30] and rebuffs a critique that Dr. Chang has raised.

I am also aware of recent fluoride exposure assessments carried out in California.[16] In pregnant women, fluoride concentrations in urine and serum were significantly higher in pregnant women living in optimally fluoridated communities, as compared with communities with lower fluoride concentrations in their drinking water, and the same was true for amniotic fluoride concentrations, thus confirming the transplacental passage of fluoride. Overall the maternal urinary fluoride concentrations were similar to those reported from Canada [43].

D.    **Benchmark dose calculations from the most recent human data**

Now that the MIREC cohort study in Canada has been accepted for publication, I have obtained a copy of the final manuscript, which was already referred to by Dr. Chang. Within the cohort, a subset of 601 of the children were examined at age 3-4 years by an IQ scale,

---

[15] Riddell JK et al. Association of water fluoride and urinary fluoride concentrations with Attention Deficit Hyperactivity Disorder in Canadian Youth (manuscript, to be published).
[16] Uyghurturk, op.cit.

slightly less than half of the children residing in fluoridated communities [17]. Maternal urine spot samples were obtained from each of the three semesters of pregnancy, and results were analyzed for those 526 mother-child pairs. Information was obtained on food and beverage intakes, including tea. Proper covariate adjustment was included. The regression analyses showed that an increase in maternal urine-fluoride (U-F) of 1 mg/L was associated with a statistically significant loss in IQ of 4.49 points in boys, though not in girls. An increase of 1 mg/L of fluoride in water and an increase of 1 mg/day of fluoride intake were associated with an IQ loss of 5.3 points and 3.66 points, respectively, for both boys and girls.

Under the assumption of a Gaussian distribution, the reported regression coefficients and their standard deviations can be applied to estimate approximate BMD values. In my report (p. 39), I already provided the results obtained on the basis of the ELEMENT study results [16]. I am now able to provide benchmark results for the additional North American prospective study using IQ as the outcome in regard to the major exposure parameters. As in my previous report (p. 38), I have chosen a loss of 1 IQ point as the benchmark response, in agreement with previous EPA decisions.

*Table. Benchmark dose results (mg/L urine adjusted for creatinine, or mg estimated daily intake) obtained from recent study results on IQ [16, 17].*

| Study | Reference | Exposure | Sex | BMD | BMDL |
|---|---|---|---|---|---|
| ELEMENT | [16] | Maternal U-F | Both sexes | 0.20 | 0.13 |
| MIREC | [17] | Maternal U-F | Both sexes | 0.51 | 0.21 |
| | | Maternal U-F | Boys | 0.22 | 0.13 |
| | | Maternal U-F | Girls | (−) | 0.58 |
| | | Maternal F intake | Both sexes | 0.27 | 0.15 |

As shown in the above *table*, the prenatal BMD for girls is not defined, but the BMDL is still meaningful and is, as expected, higher than the other estimates obtained. Overall, the results derived from the two studies and based on relevant exposure parameters are comparable. Of note, the below BMDL values are well below average exposure levels in North America, especially in communities with drinking water fluoridation [43].

Typically, the EPA uses the BMDL to calculate a Reference Dose (RfD) by dividing by an assessment (or uncertainty) factor, where the default value is 10. Assuming an average BMDL of about 0.2 mg/L, or 0.2 mg/day, the RfD would likely be 0.02, i.e., very much below current exposure levels, especially in fluoridated communities. As benchmark dose calculations constitute a routine approach applied by the EPA [44], these calculations provide a basis for comparing the dose-dependent risk of cognitive deficits with current exposure levels, whether due to artificial fluoridation or elevated fluoride release to the groundwater from minerals in the underground.

In her published arsenic review [19], Dr. Chang dismissed all cross-sectional studies on developmental arsenic exposure and neurobehavioral deficits in children, but accepted the prospective study carried out in Bangladesh [22]. In accepting this study for her purpose, Dr.

Chang required that the study was a prospective birth cohort study, that 1 to 3 measurements of the chemical were available to evaluate prenatal exposure, while complete adjustment for confounding was considered unnecessary (the arsenic study did not control, e.g., for fluoride). Although the Bangladeshi study was large, the fluoride evidence available includes results from separate cohorts in Mexico and Canada that satisfy the same criteria. However, the arsenic exposure in Bangladesh was substantially greater than exposures in the U.S., while that is not the case in regard to the recent prospective fluoride studies. My calculations of benchmark values for fluoride are therefore in accordance with the criteria that Dr. Chang has previously used when generating benchmark calculations for arsenic.

## IV. CITED PUBLICATIONS

1.   Till C, Green R, Flora D, Hornung R, Martinez-Mier A, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B: Fluoride Exposure from Infant Formula and Child IQ in a Canadian Birth Cohort (manuscript). 2019 (in review).

2.   Choi AL, Sun G, Zhang Y, Grandjean P: Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect* 2012, 120(10):1362-1368.

3.   Spittle B, Ferguson, D., Bouwer, C.: Intelligence and fluoride exposure in New Zealand children (abstract). *Fluoride* 1998, 31(3):S13.

4.   Shannon FT, Fergusson DM, Horwood LJ: Exposure to fluoridated public water supplies and child health and behaviour. *NZ Med J* 1986, 99(803):416-418.

5.   Iheozor-Ejiofor Z, Worthington HV, Walsh T, O'Malley L, Clarkson JE, Macey R, Alam R, Tugwell P, Welch V, Glenny AM: Water fluoridation for the prevention of dental caries. *Cochrane Database Syst Rev* 2015(6):CD010856.

6.   Perrott KW: Fluoridation and attention deficit hyperactivity disorder - a critique of Malin and Till (2015). *Br Dent J* 2018, 223(11):819-822.

7.   Malin AJ, Till C: Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. *Environ Health* 2015, 14:17.

8.   Grandjean P, Choi AL: Community water fluoridation and intelligence. *Am J Public Health* 2015, 105(4):e3.

9.   Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, Poulton R: Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. *Am J Public Health* 2015, 105(1):72-76.

10.  Choi AL, Grandjean P, Sun G, Zhang Y: Developmental fluoride neurotoxicity: Choi et al. Respond. *Environ Health Perspect* 2013, 121(3):A70.

11.  Carroll RJ: Measurement error in epidemiologic studies. In: *Encyclopedia of biostatistics.* Edited by Armitage P, Colton T. Chichester: Wiley; 1998: 2491-2519.

12.  Grandjean P, Budtz-Jorgensen E: Total imprecision of exposure biomarkers: implications for calculating exposure limits. *Am J Ind Med* 2007, 50(10):712-719.

13.  Grandjean P, Budtz-Jorgensen E: An ignored risk factor in toxicology: The total imprecision of exposure assessment. *Pure Appl Chem* 2010, 82(2):383-391.

14.  Carroll RJ: Measurement error in nonlinear models : a modern perspective, 2nd edn. Boca Raton, FL: Chapman & Hall/CRC; 2006.

# Exhibit G

# APPENDIX 6:

**Expert Report of Kathleen M. Thiessen, PhD**

# Assessment of the Neurotoxicity of Fluoride

Kathleen M. Thiessen, Ph.D.
June 27, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



thyroid disease and excluding pregnant individuals).[160]  Elevated TSH is indicative of a decrease in thyroid function.  Malin's findings are of particular concern when considering that more than 10% of women of child-bearing age in the US are iodine deficient.[161]

### Mode of Action

EPA's Guidelines recognize that hazard identification is strengthened by, but not dependent upon, an identifiable mechanism by which the chemical can exert neurotoxic effects.[162]  For most of the chemicals for which EPA has established RfDs pursuant to the Guidelines, the mode of action has not been known (see Table 1).  As noted recently by the NAS, "solid conclusions about causality can be drawn without mechanistic information, for example, when there is strong and consistent evidence from animal or epidemiology studies."[163]  The NAS added that "mechanistic frameworks today could probably be completed for only a few chemicals."[164]

Several plausible mechanisms—both indirect and direct—have been identified that could help explain the neurotoxicity of fluoride.  Thyroid depression is likely a principal indirect mechanism and could account for some of the neurotoxic effects reported in the literature.  A thyroid mechanism is particularly plausible as a cause of IQ loss among offspring born to women with suboptimal iodine intakes.  Another plausible indirect mechanism of fluoride neurotoxicity is the association of fluoride exposure with increased exposure to lead (Pb), a known neurotoxic agent.  Water fluoridation, and especially the use of silicofluorides as the fluoridation chemical, is associated both with higher concentrations of lead in the drinking water (due to increased leaching of lead from pipes and plumbing fixtures) and with higher blood lead in children.[165]  Rat studies have shown increased lead in blood and calcified tissues from coexposures to lead and fluoride, as well as increased dental fluorosis due to combined exposure.[166]

In terms of direct mechanisms of fluoride neurotoxicity, a recent study by Zhao et al. provides *in vitro*, *in vivo*, and epidemiological data that, together, suggest that disturbances in hippocampal mitochondrial dynamics (marked by fission inhibition and fusion promotion) play an important role in fluoride-induced cognitive loss.[167]  The hippocampus is an important region in the brain for learning and memory, and many of the studies investigating the neuroanatomical and neurochemical effects of fluoride exposure have identified adverse effects in this region (see Table A-1).  Other potential modes of action have also been identified, including signaling disruption, oxidative stress, and selective reductions in nicotinic receptors.[168]

### Dose response

The Guidelines recognize that "determining a hazard often depends on whether a dose-response relationship is present,"[169] and thus "dose-response evaluation is a critical part of the qualitative characterization of a chemical's potential to produce neurotoxicity."[170]  Because "human studies covering

---

[160] Malin et al. (2018).
[161] CDC (2008), Chapter 4a, pp. 91-100; see also Pearce (2015); Caldwell et al. (2011).
[162] EPA (1998a), pp. 10, 53; Federal Register (1998), pp. 26930, 26945.
[163] NAS (2018), p. 9.
[164] NAS (2018), p. 9.
[165] Maas et al. (2007); Coplan et al. (2007).
[166] Sawan et al. (2010); Leite et al. (2011).
[167] Zhao et al. 2019.
[168] Bartos et al. (2018); Chen et al. (2003; 2018a); Gao et al. (2008); Liu et al. (2010); Long et al. (2002); Shan et al. (2004); Zhang (2017b); Zhu et al. (2017).
[169] EPA (1998a), p. 2; Federal Register (1998), p. 26927.
[170] EPA (1998a), p. 50; Federal Register (1998), p. 26944.



a range of exposures are rarely available," the Guidelines state that the dose-response evaluation will typically be limited to animal data.[171]

Unlike the case for numerous other chemicals, there is an abundant supply of dose-response data for fluoride, from *both* animal *and* human data. While there are some inconsistencies, and while there is some indication of a ceiling effect or nonlinearities,[172] and potentially a non-linear threshold effect for some endpoints,[173] the data generally show that the incidence and/or severity of nervous system deficits increase as fluoride exposure increases.

In animal studies, a prerequisite for dose-response analysis is that there be multiple treatment groups with different exposures to the test substance. Many of the animal studies on fluoride have used multiple treatment doses, and thus permit evaluation of dose response. Of the studies published since the NRC review (summarized in Table A-1), 1 used four treatment doses, 19 used three treatment doses, and 20 used two treatment doses. The vast majority of these studies show visually apparent dose-response trends for at least one of the effects being investigated.

In the human studies, dose-response trends have been observed in both the cross-sectional and prospective cohort studies. In the cross-sectional studies, dose response trends have been reported for analyses of IQ as a function of childhood urine and serum fluoride levels.[174] An important limitation with the urine and serum data from the cross-sectional studies is that the levels are measured after the effect (reduction in IQ) has occurred. The data, however, are not without value, as current exposures can be reflective of developmental exposures in areas with stable populations and stable water fluoride concentrations. While the Cui and Ding studies do not provide information on the residential history of the subjects, most of the children in the Zhang study had been living in the same household and drinking from the same wells since birth.[175] Similarly, in the studies by Xiang, children who had lived in another village for more than 2 years of their lives were specifically excluded from the study.[176] In the Xiang and Zhang studies, therefore, the dose response relationships found between current water/urine/blood levels and reduced IQ could be seen as a rough but reasonable proxy of developmental exposures.

More significant than the cross-sectional studies, however, are the dose-response trends observed in the prospective cohort studies, because, for the reasons discussed above, prospective cohort studies provide greater confidence in ascribing a causal relationship between the exposure and effect. As can be readily seen in the published figures, significant linear relationships were found for maternal fluoride and IQ at ages 3-4 in both the Bashash and Green studies,[177] while an apparent non-linear effect for IQ was observed by Bashash et al. for the 6-12 year olds: i.e., a possible threshold of 0.8 ppm fluoride in the maternal urine, followed by a significant linear reduction in IQ at maternal urinary fluoride concentrations above 0.8 ppm.[178] In Bashash's analysis of ADHD outcomes, a significant linear increase was found (with no apparent threshold), although a possible ceiling effect was suggested at the higher concentrations.[179]

---

[171] EPA (1998a), p. 50; Federal Register (1998), p. 26945.
[172] Bashash et al. (2018); Duan et al. (2018). See also Chen et al. (2018a), Figure 1d; Chouhan et al. (2008), Figure 3a; Wang et al. (2018a), Figure 4b,c; Yuan et al. (2019), Figure 3.
[173] Bashash et al. (2017).
[174] Cui et al. (2018); Ding et al. (2011); Xiang et al. (2011); Zhang et al. (2015b).
[175] Zhang et al. (2015b), p. 4.
[176] Xiang et al. (2003a), p. 85.
[177] Bashash et al. (2017), Figure 2; Green (2018), Figures 5-6.
[178] Bashash et al. (2017), Figure 3.
[179] Bashash et al. (2018), Figure 2.



*Pharmacokinetics*

Under the Guidelines, consideration should be given to the pharmacokinetics of the compound with "particular importance" given to the pharmacokinetics of the blood-brain barrier.[180]  Studies of human cadavers have found markedly elevated concentrations of fluoride in the pineal gland (a gland located between the two hemispheres of the brain which is not protected by the blood-brain barrier).[181]  Further, recent radioactive tracer studies in humans, using radioactive sodium fluoride to identify metastatic growths, have confirmed that fluoride can get past the blood-brain barrier and into the brain,[182] as been reported for several animal studies.[183]

The extent of fluoride uptake into brain remains unclear and likely depends on the route and timing (acute or chronic) of administration; the timing of the measurements is probably important as well. Whitford has postulated that the concentration of fluoride in brain tissue fluid will be approximately 20% of the concentration in plasma,[184] but several studies, including one by Whitford himself, have found substantially higher ratios.[185]  Whitford's early estimate was derived from short-term term exposures in healthy animals;[186] his later data from a chronic study show brain-to-plasma ratios for fluoride of about 0.2 to 0.3.[187]  In contrast, chronic exposure data from McPherson et al. would give brain-to-plasma ratios for fluoride of about 10 to 200.[188]  Data are lacking for uptake of fluoride into brain during life stages when the blood-brain barrier has limited effectiveness (i.e., the prenatal period, infancy, and old age).[189]

Both the early and late stages of human life are characterized by an inadequate blood-brain barrier. From EPA's risk assessment for 2-hexanone:  "The developing brain is distinguished by the absence of a blood-brain barrier.  The development of this barrier is a gradual process, beginning in utero and complete at approximately 6 months of age.  Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain."[190]  Increased permeability of the blood-brain barrier is associated with ordinary aging, as well as with diseases such as Alzheimer's and Parkinson's, both of which are common among elderly people.[191]  Passage of fluoride into the brain can be expected to be higher when the blood-brain barrier is underdeveloped or impaired.  There is also some indication in the literature that different portions of the brain may retain different concentrations of fluoride.[192]  For example, a recent rodent study with radioactive fluoride ion found higher radioactivity in the ventral hippocampus than in the whole brain, although the radioactivity was (predictably) much higher in the skull than in the brain.[193]

---

[180] EPA (1998a), p. 47; Federal Register (1998), p. 26943.
[181] Luke (2001).
[182] Gori et al. (2015); Jones and Iagaru (2014); Li et al. (2011); Salgarello et al. (2016); Sheth and Colletti (2012); Thenkondar et al. (2017); Wu et al. (2013).
[183] For example, Whitford and Pashley (1979); Geeraerts et al. (1986); Mullenix et al. (1995); Zhang et al. (2013c); Niu et al. (2015b).
[184] NRC (2006), p. 91.
[185] NRC (2006), p. 91; Whitford and Pashley (1979), pp. 203, 205-206.
[186] Carlson et al. (1960); Whitford and Pashley (1974).
[187] Whitford et al. (2009).
[188] McPherson et al. (2018).
[189] NRC (2006), p. 91; Rodier (1995); Zeevi et al. (2010).
[190] EPA (2009c), p. 58.
[191] For example, see Mooradian (1994); Zeevi et al. (2010); Rosenberg (2014); and Pan and Nicolazzo (2018).
[192] Mullenix et al. (1995).
[193] Tipre et al. (2006).



### B.    Neurotoxicity Is a More Sensitive Effect of Fluoride than Severe Dental Fluorosis

According to the Guidelines, "if data are considered sufficient for risk assessment, and if neurotoxicity is the effect occurring at the lowest dose level (i.e., the critical effect), an oral or dermal RfD, or an inhalation RfC, based on neurotoxic effects, is then derived."[228]   At present, EPA assumes severe dental fluorosis to be the critical effect of fluoride exposure.[229]   This assumption, however, has no identifiable biological or empirical justification, and it is at odds with substantial animal and epidemiological evidence.

#### A)   Background

The EPA, in its 2010 report, established a Reference Dose (RfD)[230] of 0.08 mg/kg/day, based on keeping the percentage of children with severe dental fluorosis below 0.5%.[231]   EPA considered this RfD to also be protective against a fluoride-related increase in bone fractures in adults[232] and presumably also of Stage II skeletal fluorosis.   EPA stated that the "Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride."[233]   However, the EPA ignored or failed to consider any adverse health effects other than severe dental fluorosis, stage II skeletal fluorosis, or bone fractures, even though the NRC (2006) discussed a number of additional adverse health effects due to fluoride exposure.[234]   As discussed earlier, the NRC concluded that fluoride is an endocrine disruptor,[235] and it can interfere with the brain by both direct and indirect means.[236]   EPA's representative in this litigation (Edward Ohanian) recognized that NRC's concerns about potential neurotoxicity in humans justified application of an uncertainty factor to account for a "database deficiency."[237]   However, EPA did not apply any uncertainty factors, due to concerns about interfering with caries-prevention programs.[238]

#### B)   Biological Considerations

In its risk assessment, EPA did not address the biological or empirical justification for assuming that severe dental fluorosis is a more sensitive effect of fluoride exposure than neurotoxicity.   Instead, EPA treated the scarcity of quantitative dose response data on neurotoxicity as evidence that neurotoxicity is a less sensitive effect.   EPA's assumption ignores the different windows of susceptibility for fluoride-induced neurotoxicity and fluorosis.   As discussed earlier, there are distinct pharmacokinetics (e.g., known placental transfer, lack of an effective blood-brain barrier) during the *in utero* period that will render the organism more vulnerable to fluoride's neurological effects than during the childhood years.   Consistent with this, recent prospective cohort studies, as well many animal studies, have identified the prenatal period as a

---

[228] EPA (1998a), p. 2; Federal Register (1998), p. 26928.

[229] EPA (2010b), pp. i, 87, 94.

[230] Reference Dose (RfD): An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments. EPA (2009a).

[231] EPA (2010b), pp. xiv, 103.

[232] EPA (2010b), pp. xv, 105.

[233] EPA (2010b), p. i.

[234] NRC (2006), pp. 8, 12, 222-223, 266-267.

[235] NRC (2006), p. 266.

[236] NRC (2006), p. 222.

[237] Ohanian Deposition at pp. 200:4-202:2, 206:9-19.

[238] Ohanian Deposition at pp. 205:6-16, 206:14-19, 329:3-7.   See also EPA (2010b), pp. 105-106:   "the total uncertainty factor applied was 1" (p. 105) and "1 is the chosen value for each of the following uncertainty factors used in this estimate of the fluoride oral RfD:   $UF_H$, $UF_A$, $UF_S$, $UF_L$.   The composite UF is also equal to 1" (p. 106).



window of vulnerability for fluoride neurotoxicity. By contrast, prenatal fluoride exposure is *not* considered a risk factor for dental fluorosis.[239] In its risk assessment, EPA considered the window of vulnerability for severe dental fluorosis to be the period between 6 months and 14 years of age.[240] Severe dental fluorosis thus has a later window of vulnerability than fluoride neurotoxicity, and EPA's representative has admitted that one cannot rely on the current reference dose for severe dental fluorosis "to protect against potential effects that could occur in *in utero*."[241]

C) <u>Evidence from Animal Studies</u>

Animal studies provide some guidance as to the respective sensitivity of neurotoxicity and severe dental fluorosis following fluoride exposure. Several of the studies that have investigated the neurological effects of fluoride in rodents have examined the teeth for signs of fluorosis.[242] In these studies, measurable nervous system deficits were identified in animals with only mild forms of fluorosis. Based on these findings, Niu et al. concluded that fluoride "can influence spontaneous behaviors and lower the learning ability of rats before the appearance of dental lesions."[243] The applicability of these animal findings to humans is complicated by the fact that, unlike in humans, rat incisors never stop growing. Nevertheless, the results are consistent with what has been observed in human populations.

D) <u>Evidence from Prospective Cohort Studies</u>

A prospective cohort study by Green reported significant reductions in IQ among children born to women living in fluoridated areas of Canada.[244] In this study, each 1 mg/L of fluoride in the pregnant mother's water significantly correlated with a loss of 6.25 IQ points in young children. Notably, this would include exposure levels below the concentration that can cause severe dental fluorosis, according to EPA. In its 2010 risk assessment, EPA selected a threshold for severe dental fluorosis of approximately 1.87 mg/L.[245] The Green study thus indicates that fluoride exposure reduces IQ at levels that are lower than those which can cause severe fluorosis. Bashash et al. reported similar findings for IQ[246] and for ADHD.[247]

E) <u>Evidence from Cross Sectional Studies</u>

Consistent with the recent prospective cohort studies, many of the cross sectional studies have reported fluoride-related IQ reductions among children *without* severe dental fluorosis. Some studies have reported clear dose responses between fluoride exposure or dental fluorosis and IQ.

---

[239] Ohanian Deposition at pp. 339:2-340:11. EPA (2010b; p. 96) indicates that "the period of greatest sensitivity to severe enamel fluorosis [is] the time from six months through 14 years of age" for their assessment.

[240] EPA (2010b), p. 96. EPA itself (EPA 2010b, p. 96) also states that mineralization of the permanent incisors begins at about $6 \pm 2$ months, which means that their analysis of fluoride exposure should start no later than 4 months of age. Dental fluorosis is, in fact, associated with fluoride exposures during the first 6 months of life as well as later periods (Hong et al. 2006a; 2006b). Both Forsman (1977) and Walton and Messer (1981) report more fluorosis in children who were bottle-fed rather than breastfed (with consequent higher fluoride ingestion) during their first few months of postnatal life.

[241] Ohanian Deposition at p. 340:12-341:3.

[242] For example, Chioca et al. (2008); Liu et al. (2011); Niu et al. (2008); Pereira et al. (2011).

[243] Niu et al. (2008).

[244] Green (2018), p. 40.

[245] EPA (2010b), p. 90. A water fluoride concentration of 1.87 mg/L is the lower bound of the benchmark dose (BMDL) predicted to correspond to a response of 0.5% severe dental fluorosis.

[246] Bashash et al. (2017).

[247] Bashash et al. (2018).



A 1995 paper by Li et al.[248] reported significantly lower mean IQ in children (ages 8-13 years) in areas with medium or severe dental fluorosis (dental fluorosis index = 2.5 and 3.2, respectively; see Figure 1 in Appendix C). In addition, the distributions of IQ were also different between areas with no or slight dental fluorosis and areas with medium or severe dental fluorosis (Figure 2 in Appendix C): in areas with either medium or severe dental fluorosis, significantly more children had low IQs (< 70 and 70-79) and significantly fewer children had mid-range IQs (90-109). Thus, even from this early study, it was apparent that protecting against severe dental fluorosis is inadequate to protect against neurotoxic effects.

Khan et al.[249] have shown a clear dose response (a significant negative correlation) between dental fluorosis category (normal to severe) in children ages 6-11 and both mean IQ score (Figure 3 in Appendix C) and percentage of poor IQ grades (Figures 4-5 in Appendix C). As dental fluorosis increases in severity, the IQ measure becomes significantly worse (lower mean IQ and higher IQ grade, where a higher IQ grade corresponds to lower IQ). Children with normal teeth had a mean IQ score of 110.1; mean IQ decreased consistently with increasing severity of dental fluorosis (Figure 3 in Appendix C), even for very mild dental fluorosis. The shift in the distribution of IQ grade from mostly high IQ (IQ grades 1-2) with normal teeth, to mostly average IQ (IQ grade 3) with very mild and mild fluorosis, to mostly low IQ (IQ grades 3-5 for moderate fluorosis and grade 5 for severe fluorosis) is readily apparent (Figures 4-5 in Appendix C).

Das and Mondal[250] reported significant negative correlations between IQ and both dental fluorosis and urinary fluoride in children (ages 6-18). While children with normal teeth, questionable fluorosis, and very mild fluorosis had mean IQ scores of 108.3, 103.2, and 107.7, respectively, children with mild, moderate, and severe fluorosis had mean IQ scores of 92.83, 84.51, and 85.91, respectively.

Ding et al.[251] reported a much higher percentage of children (ages 7-14) with IQ < 89 among children with moderate fluorosis than among children with normal teeth, questionable fluorosis, very mild fluorosis, or mild fluorosis (21.4% among children with moderate fluorosis vs. 5-16% in other groups).[252] Ding et al. also reported an inverse association of IQ with urinary fluoride (decreased IQ with increased urinary fluoride) *in a population with no severe dental fluorosis.* Thus, even in the absence of severe dental fluorosis, there was still a dose-dependent decrease in IQ with increased urinary fluoride concentration, and moderate fluorosis was associated with a higher fraction of children with low IQ.

Dong et al.[253] reported decreased IQ with increasing prevalence of dental fluorosis and with increasing severity of dental fluorosis in children ages 8-12 years. Children in a non-endemic fluorosis village (2% with dental fluorosis) had a mean IQ of 108.7, while children in endemic fluorosis villages (prevalence 16.3%, 29.8%, and 61.0%) had mean IQs of 102.5, 101.7, and 93.5, respectively. Of the children in the endemic fluorosis villages, children with normal teeth had a mean IQ of 105.9, while children with suspected, slight, mild, moderate, and severe dental fluorosis had mean IQs of 102.9, 98.8, 93.3, 91.9, and 90.5, respectively. In addition, the percentage of children with IQ < 89 increased from 2.3% (normal teeth) to 21.4% (slight fluorosis), 30% (mild fluorosis), and 50-60% (moderate and severe fluorosis). Deficits in IQ were apparent with even mild and moderate dental fluorosis.

Shivaprakash et al.[254] reported a significantly lower IQ among children (ages 7-11) with dental fluorosis (mild, moderate, or severe; considered separately and together) than among children with no

---

[248] Li et al. (1995).
[249] Khan et al. (2015).
[250] Das and Mondal (2016).
[251] Ding et al. (2011).
[252] Ding et al. (2011), Table 4.
[253] Dong et al. (2018), especially Tables 2 and 3.
[254] Shivaprakash et al. 2011.



disorders and other neurological harm to the child.[285]  Of paramount concern are the many women of childbearing age in the United States who have insufficient iodine intakes, as discussed further below.

*Prospective Cohort studies*

Four recent prospective cohort studies have found that prenatal fluoride exposure correlates with adverse neurological effects in the offspring.[286]  As part of a large study of maternal fluoride exposure and child outcomes in Canada (assessed between ages 3 and 4 years), Green reported that higher maternal urinary fluoride concentrations (average for all three trimesters) were significantly associated with lower IQ scores in male children.[287]  An increase in maternal urinary fluoride concentration by 1.0 mg/L corresponded to a decrease in Full-Scale IQ (FSIQ) of 4 1/2 points.[288]  Mean maternal urinary fluoride concentrations were significantly higher in fluoridated areas than non-fluoridated areas.[289]  For the mother-child pairs for which drinking water information was available, higher fluoride concentration in drinking water was associated with lower IQ scores in children of both sexes.[290]  An increase in water fluoride concentration of 1 mg/L corresponded to a decrease of 6.25 IQ points in the children.[291]  Higher estimated maternal fluoride intake was also associated with lower IQ in children of both sexes.[292]  An increase in maternal fluoride exposure of 1 mg/L corresponded to a decrease of about 4 IQ points in their children.[293]  The study controlled for a number of covariates,[294] including various maternal and paternal characteristics, sex of the child, and prenatal exposures to lead, mercury, and arsenic (assessed from maternal blood and urine samples[295]).

Bashash et al., in a study in Mexico City, reported findings similar to those of Green in Canada:  an increase in maternal urinary fluoride of 0.5 mg/L corresponded to a decrease in the General Cognitive Index (GCI) of 3.15 in 4-year-old children (with no threshold) and a decrease of 2.50 in Full-Scale IQ in 6- to 12-year-old children (with a possible threshold of approximately 0.8 mg/L).[296]  The mean maternal urinary fluoride concentration was 0.90 mg/L.[297]  In the same cohort, higher maternal urinary fluoride also corresponded to significantly higher scores for inattention and attention deficit hyperactivity disorder (ADHD) for 6- to 12-year-old children.[298]  Thus, in this cohort in Mexico City, fluoride exposures during the prenatal period are associated with both lower cognitive function and increased ADHD scores in children some years later.  The studies by Bashash et al. controlled for a large number of covariates,

---

[285] EPA (1998a), p. 50; ; Federal Register (1998), p. 26944; EPA (2008a), p. 40; EPA (2008b), p. 54; EPA (2013b), cover letter, p. 2.  See also Rodier (1995); Zoeller and Rovet (2004); Patel et al. (2011); Suárez-Rodríguez et al. (2012); Modesto et al. (2015); Bellinger (2018).
[286] Green (2018), Bashash et al. (2017; 2018); Valdez Jiménez et al. (2017).  The two papers by Bashash et al. (2017; 2018) describe separate neurodevelopmental endpoints measured in subsets of the same cohort.
[287] Green (2018), p. 29, Full-Scale IQ (FSIQ); p. 31, Performance IQ (PIQ); n = 512.
[288] Green (2018), p. 35.
[289] Green (2018), p. 27 (0.69 mg/L vs. 0.40 mg/L for n = 512); p. 32 (0.92 mg/L vs. 0.30 mg/L for n = 369).  Fluoridated drinking water was defined as 0.6-0.8 mg/L (p. 20).
[290] Green (2018), p. 33 (FSIQ); p. 34 (PIQ); n = 369.
[291] Green (2018), p. 40.
[292] Green (2018), p. 34 (FSIQ, PIQ); n = 369.
[293] Green (2018), p. 40.
[294] Green (2018), pp. 22-24.
[295] Green (2018), p. 28.
[296] Bashash et al. (2017).
[297] Bashash et al. (2017).
[298] Bashash et al. (2018).



including maternal characteristics, possible prenatal exposure to mercury and lead, and the possible modification of fluoride effects by calcium supplementation.[299]

In a separate birth cohort in a different part of Mexico, Valdez Jiménez et al. evaluated the neurodevelopment of 65 infants ages 3-15 months (average, 8 months).[300] Mothers were recruited early in pregnancy, and maternal urinary fluoride measurements were made during each trimester (all 65 mothers provided 1st trimester samples; 46 and 29 provided samples during the 2nd and 3rd trimesters, respectively). Fluoride was also measured in samples of drinking water (bottled or tap water). An increase of 1 mg/L fluoride in maternal urine corresponded to a decrease in Mental Development Index (MDI) of 19.5 points. The average MDI in the cohort was 91.6 (range, 60-135), with 38.5% scoring less than 85, indicating possible developmental delay. Corresponding testing for the Psychomotor Development Index found an average of 90.9 (range, 54-131), with 20.9% of infants below a score of 85 (indicating possible developmental delay); a correlation with maternal urine fluoride was not found. This study was carried out in an area with relatively high water fluoride concentrations (at least 80% of tap water samples with fluoride concentrations in excess of 1.5 mg/L); however, measured fluoride concentrations ranged as low as 0.5 mg/L for tap water and 0.01 mg/L for bottled water. Valdez Jiménez et al. also reported a significantly higher rate of prematurity (births between 28 and 36 weeks gestation, with a birth weight < 2.5 kg) of 33.8%, compared with 7.3% for Mexico generally.[301]

*Fetal Brain Studies*

Several Chinese studies of human fetuses exposed to fluoride via maternal intake of contaminated food[302] have reported a variety of structural changes in fetal brains as well as alterations in neurotransmitters and their receptors. Reported effects include significant alterations in subcellular structure in the cerebral cortexes (e.g., swollen mitochondria, reduced synapses containing fewer mitochondria and microtubules, and dilated rough endoplasmic reticulum),[303] changes that are consistent with retarded growth and cell division in the cerebral cortex. Additional reported effects include changes in neuronal densities and abnormal disorganization of Purkinje cells,[304] significant alterations in several neurotransmitters,[305] and significant reduction in a neurotransmitter receptor (the $\alpha_1$-receptor) and alterations in that receptor's affinity with its ligand.[306]

While the potential confounding of other chemicals in polluted air limits the conclusions that can be drawn from the human fetal brain studies, prenatal studies of fluoride-treated rats have found similar effects.[307] Table 2 summarizes several studies retrieved from PubMed that have investigated the neuroanatomical and neurochemical effects of prenatal fluoride exposures. The vast majority of these studies found changes in the brain of the treated animals.

---

[299] Bashash et al. (2017; 2018). Part of the cohort participated in a randomized study of the effect on blood lead levels of calcium supplementation during pregnancy.

[300] Valdez Jiménez et al. (2017).

[301] Valdez Jiménez et al. (2017).

[302] Household use of coal in parts of China results in fluoride contamination of air and food, including corn roasted in smoke from coal burning (Dong et al. 1997; He et al. 1989).

[303] He et al. (1989).

[304] Du et al. (1992).

[305] Yu et al. (1996); Dong et al. (1997).

[306] Yu et al. (1996).

[307] Basha et al. (2011a; 2011b); Jiang et al. (2014b); Dong et al. (2015); Zhang et al. (2017b); Bartos et al. (2018); Ge et al. (2018); Zhao et al. (2019).



An acceptable margin between toxicity and human exposure is called an "acceptable MOE"[513] or a "benchmark MOE."[514]  If the calculated MOE "is equal to or exceeds the benchmark MOE, the new chemical substance is not likely to present an unreasonable risk."[515]

*Benchmark MOE*

The benchmark (or acceptable) MOE is generally 100 for a risk assessment based on a NOAEL from animal data and 1000 for a risk assessment based on a LOAEL from animal data.[516]  The benchmark MOE accounts for the variation in sensitivity among the human population ($UF_H = 10$), extrapolation between animals and humans ($UF_A = 10$), and (for use of a LOAEL) the LOAEL-to-NOAEL extrapolation ($UF_L = 10$).[517]  In other words, EPA will conclude that no risk exists if human exposure to the chemical is at least 100 times lower than the NOAEL or at least 1000 times lower than the LOAEL.  Where allometric scaling is used to derive the effect level, UFH is reduced to 3, for a benchmark MOE of 30 or 300 (for assessments based on a NOAEL or LOAEL, respectively).[518]

*Exposure Assessment*

In estimating human exposure to a chemical, EPA's Guidelines state that the assessment should consider "highly exposed individuals or highly sensitive or susceptible individuals."[519]  Consistent with this, EPA's MOE analyses under TSCA generally consider the highest-exposed group in the population (usually occupationally-exposed workers).[520]  In addition, when dealing with chemicals that may be present in drinking water, EPA's MOE analyses under TSCA separately consider the exposure of members of the public, both adults and infants.[521]  The separate treatment of infants in the MOE analysis is supported by the fact that infants have the highest intake of water, by body weight, of any age group in the population.[522]  Finally, "EPA considers consumers of specific products to be a potentially exposed or susceptible subpopulation on the basis of greater exposure potential compared to the general population who do not use specific products."[523]

*Human Exposure to Fluoride*

Consistent with EPA's risk evaluations under TSCA, the example exposure estimates described here (summarized in Table 8) consider a range of exposures, representing the general adult population along with highly exposed population subgroups, including bottle-fed infants and individuals with high water intakes (for example, due to medical conditions or to physical exertion).  All estimates are based on a water fluoride concentration of 0.7 mg/L.  For the general adult population, I have combined NRC's estimates for adult consumers of municipal water, ages 20-24 and 25-54 years (0.011 mg/kg/day).[524]  As an example of elderly adults (ages 65+), I have included the 90th percentile of adult consumers of municipal water (0.022

---

[513] EPA (2012b), p. 13-8.
[514] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[515] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[516] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019); EPA (2012b), p. 13-8.
[517] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).  The benchmark MOE does not include the other two uncertainty factors that are typically used ($UF_S$ for subchronic-to-chronic studies and $UF_D$ for database adequacy).
[518] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[519] EPA (1998a), p. 3; Federal Register (1998), p. 26928.
[520] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[521] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[522] See for example EPA (2000a; 2004b).
[523] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[524] NRC (2006), p. 430, Table B-11.



mg/kg/day).[525]  To account for individuals with high water intakes, I have used the NRC's waterborne fluoride intake estimates (at 0.7 mg/L) for adult athletes and physical laborers (0.05 mg/kg/day), children with diabetes mellitus (0.07 mg/kg/day), and individuals with nephrogenic diabetes insipidus (0.1 mg/kg/day).[526]  For bottle-fed infants with high exposure, I have used the 95th percentile of infant consumers of municipal water, ages < 6 months (0.14 mg/kg/day).[527]  Note that none of these exposure estimates, even those labeled "high," can be considered an upper bound or maximum exposure.

For infants, an estimate of typical exposure can be derived from Fomon et al.[528] and Harriehausen et al.[529]  As discussed above, based on estimates by Fomon et al., infants consuming powdered formula prepared with fluoridated water (0.7 mg/L) will typically ingest between 0.08 to 0.115 mg/kg/day.[530]  Consistent with this, Harriehausen et al. estimated that infants consuming formula reconstituted with fluoridated water will ingest an average of 0.11 mg/kg/day at ages 2 and 4 months and 0.09 mg/kg/day at age 6 months.[531]  For purposes of this analysis, therefore, infant exposure to fluoridation chemicals is non-conservatively placed at 0.1 mg/kg/day, the same value as used for children and adults with nephrogenic diabetes insipidus.  It is important to stress that this represents a *typical* exposure among bottle-fed infants, it does *not* represent the upper bound.

Table 8 provides the MOEs for the above-mentioned populations, for each of the LOAELs and NOAELs previously considered (Tables 6 and 7).  As can be seen, the observed MOEs are below the benchmark MOE (300 for LOAELs and 30 for NOAELs) for each group and every POD, with the exception of adults when using the NOAEL-based PODs (for which the benchmark MOE = 30).  Under EPA's own criteria, therefore, a risk of fluoride neurotoxicity could exist for each and every one of these populations, particularly infants.  By way of comparison, Table 9 provides examples of recent EPA risk evaluations that separately considered adults and infants in the MOE analysis.  For these chemicals, the MOEs greatly exceeded the benchmark MOEs in nearly all cases.

D)  Summary of Unreasonable Risk Analysis

As demonstrated above, fluoridation chemicals qualify as an unreasonable risk under the criteria that EPA has used in its TSCA risk evaluations.  First, fluoride is a "high human health hazard" under EPA's framework for hazard classification, given both that observed LOAELs and NOAELs are very low and that high-quality studies in humans have repeatedly shown neurotoxic effects.  Second, there is unquestionably widespread human exposure to fluoridation chemicals among both the general population and susceptible subsets of the population.  Third, the margins of exposure between the toxicity levels in animals and the exposure levels in humans are far below the benchmark MOEs.

Consistent with this analysis, recent prospective birth cohort studies have found significant reductions in IQ at maternal urinary fluoride levels that are widely exceeded by pregnant women living in fluoridated areas.[532]  Thus, the animal and human data are consistent in demonstrating a risk of neurotoxic harm from current exposure levels to fluoridation chemicals.

[525] NRC (2006), p. 431, Table B-12.
[526] NRC (2006), p. 35, Table 2-4.
[527] NRC (2006), p. 432, Table B-13.
[528] Fomon et al. (2000).
[529] Harriehausen et al. (2019).
[530] Fomon et al. (2000), Table 2.
[531] Harriehausen et al. (2019).
[532] Bashash et al. (2017); Till et al. (2018); Green (2018).



Table 8.  Calculated Margins of Exposure (MOEs)[a] for selected human population subgroups for the NOAELs and LOAELs for fluoride in Section 4.

| Observation[b] | Intake rate[c] | Human Equivalent Dose (HED)[d] | Estimated human exposures[e] | | | | | |
|---|---|---|---|---|---|---|---|---|
| LOAEL or NOAEL | LOAEL or NOAEL | LOAEL or NOAEL | Adults (average) | Elderly adults (90th percentile) | Athletes and laborers (high) | DM patients (high) | Bottle-fed infants (typical) NDI patients (high) | Bottle-fed infants (high) |
| mg/L | mg/kg/day | mg/kg/day | 0.011 mg/kg/day | 0.022 mg/kg/day | 0.05 mg/kg/day | 0.07 mg/kg/day | 0.1 mg/kg/day | 0.14 mg/kg/day |
| 5 mg/L, LOAEL (rats) | 0.83 | 0.20 | 18 | 9.1 | 4.0 | 2.9 | 2.0 | 1.4 |
| 23 mg/L, LOAEL (rats) | 3.8 | 0.91 | 83 | 41 | 18 | 13 | 9.1 | 6.5 |
| 45 mg/L, LOAEL (rats) | 7.5 | 1.8 | 163 | 82 | 36 | 26 | 18 | 13 |
| 11 mg/L, NOAEL (mice) | 2.9 | 0.41 | 37 | 19 | 8.2 | 5.9 | 4.1 | 2.9 |
| 20 mg/L, NOAEL (rats) | 3.3 | 0.79 | 72 | 36 | 16 | 11 | 7.9 | 5.6 |

[a] A Margin of Exposure (MOE) is equal to the LOAEL or NOAEL (mg/kg/day) divided by an estimated human exposure (mg/kg/day).  Usually, the benchmark MOE = 1000 for assessments based on a LOAEL and 100 for assessments based on an NOAEL.  Since allometric scaling between animals and humans has been used to obtain the Human Equivalent Dose, the benchmark MOE is 300 for LOAELs and 30 for NOAELs.  An MOE greater than the benchmark MOE indicates a significant chance that an exposure will reach the level associated with a toxic effect.

[b] These LOAEL and NOAEL values (mg/L) for fluoride are described in Section 4 (summarized in Table 6).

[c] The intake rates (mg/kg/day) in this column correspond to the LOAELs and NOAELs in the first column (mg/L), converted to intake rates (mg/kg/day) as described in Section 4 (summarized in Table 7).  For rats, the intake rate equals the LOAEL or NOAEL divided by 6.  For mice, the intake rate equals the NOAEL divided by 3.8.

[d] The Human Equivalent Dose (HED) is calculated from the intake rate for rats or mice as described in Section 4 (summarized in Table 7).  The HED = the intake rate for rats × 0.24 or the intake rate for mice × 0.14.

[e] The estimated human exposures are for fluoride exposures from drinking water alone, assuming a fluoride concentration of 0.7 mg/L in the drinking water.  Sources are as follows:
  Adults (average), NRC (2006), p. 430, Table B-11, average consumers ages 20-54;
  Elderly adults (90th percentile), NRC (2006), p. 431, Table B-12, 90th percentile consumers ages 65+;
  Athletes and laborers (high), NRC (2006), p. 35, Table 2-4, high consumers (but not upper bound);
  DM patients (high), NRC (2006), p. 35, Table 2-4, patients with diabetes mellitus, high consumers (but not upper bound);
  Bottle-fed infants (typical), based on Fomon et al. (2000) and Harriehausen et al. (2019); see details in the text.
  NDI patients (high), NRC (2006), p. 35, Table 2-4, patients with nephrogenic diabetes insipidus, high consumers (but not upper bound);
  Bottle-fed infants (high), NRC (2006), p. 432, Table B-13, infants < 0.5 years old, 95th percentile consumers (but not upper bound).



# Exhibit H

# Rebuttal and Supplemental Report on Fluoride in Drinking Water

Kathleen M. Thiessen, Ph.D.
August 1, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



*Food and Water Watch v. EPA*                                    *Thiessen Rebuttal and Supplemental Report*

## SUPPLEMENTAL REPORT

**(1)  Additional prospective cohort study**

An additional paper describing a prospective cohort study of fluoride exposure and intelligence has become available since my earlier report in this case was submitted.  This paper has recently been submitted for publication.

Till et al. compared the intelligence (measured between ages 2.5 and 4.0 years) of children who were exclusively breastfed during their first 6 months with that of children who were never breastfed or were only partially breastfed during their first 6 months, for both fluoridated and nonfluoridated cities in Canada.  Breastmilk contains very low fluoride concentrations even when the mother consumes fluoridated water.  All mothers in the analysis consumed tap water.  Prenatal exposure was estimated from measurements of maternal urinary fluoride during pregnancy.  The analysis included 398 mother-child pairs enrolled in the Maternal-Infant Research on Environmental Chemicals (MIREC) study in Canada.

Water fluoride concentration was significantly associated with lower performance IQ (PIQ; nonverbal IQ) in both the formula-fed infants and the breastfed infants.  A 0.5 mg/L increase in water fluoride concentration (the approximate difference between nonfluoridated and fluoridated water) was associated with a decrement of 9.3 PIQ points (95% CI = -13.8 to -4.8) in the formula-fed infants and a decrement of 6.2 PIQ points (95% CI = -10.5 to -1.9) in the breastfed infants; these associations remained significant when the results were controlled for maternal urinary fluoride.  In addition, a 0.5 mg/L increase in water fluoride concentration was significantly associated with lower full-scale IQ (FSIQ) in the formula-fed infants.  The authors concluded that higher fluoride exposure in infancy was associated with diminished nonverbal intelligence in young children, consistent with earlier longitudinal cohort studies, and that the effect was more pronounced among formula-fed children.

In my initial report, I discussed various intrinsic and extrinsic factors that render infants more vulnerable to fluoride's neurotoxic effects, and I conducted a margin of exposure (MOE) analysis which identified infants as the population at greatest risk of harm.[143]  This new study of the MIREC cohort, which is the first to specifically examine the effect of infant fluoride exposure on IQ, supports and reinforces my opinions on the heightened vulnerability of this population to fluoride exposure.  I agree with the authors that "in the absence of any benefit from fluoride consumption in the first six months, it is prudent to limit fluoride exposure by using non-fluoridated water or water with lower fluoride content as a formula diluent."

**Reference**

Till, C., Green, R., Flora, D., Hornung, R., Martinez-Mier, A., Blazer, M., Farmus, L., Ayotte, P., Muckle, G., and Lanphear, B. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. (Submitted for publication)

**(2)  Additional supporting information**

In my earlier report (p. 25), I cited a member of a CASAC Lead Review panel with respect to the importance of preventing loss of even one or two IQ points.  It has since come to my attention that EPA's final report on lead (p. 5-28) took the following position:  "The value of one IQ point was selected as consistent with CASAC recommendations as to the magnitude of IQ loss they considered to be significant from a public health perspective."  Additionally, in my initial report I cited and discussed EPA documents regarding margin of exposure (MOE) as an analysis for characterizing risk.  Subsequent to finishing my

---

[143] Thiessen report, pp. 20, 24, 27, 33, 40-44, 66-67.



# Exhibit I

E*ponent®

**Rebuttal Report of
Ellen T. Chang, Sc.D.**

*In the matter of*

**Food & Water Watch,** *et al.*
**v.**
**U.S. Environmental Protection
Agency,** *et al.*

**DJ # 90-5-1-4-21106**



Ellen T. Chang, Sc.D.
August 1, 2019

I excluded epidemiological studies of occupational exposure to fluoride, because such exposure occurs during adulthood and, therefore, it does not pertain to neurodevelopmental outcomes. I also excluded animal studies, *in vitro* studies, epidemiological studies of other health outcomes, editorials, commentaries, letters without original research data, and reviews.

Using the following search string, I identified 1,457 articles in PubMed as of July 1, 2019 (Figure 1):

> *(fluorid\* OR fluoride OR fluoridation OR fluoridated OR fluoridate) AND (intell\* OR intelligence OR intellectual OR IQ OR cognit\* OR cognitive OR behavior\* OR behavior OR behavioral OR neuro\* OR neurolog\* OR neurotox\* OR neurodevelopment\* OR psycho\* OR psycholog\* OR psychomotor\* OR mental OR attention OR hyperactiv\* OR autism OR autistic OR nervous) AND (water OR urine OR urinary OR blood OR serum OR plasma).*

Based on a review of the titles and abstracts, I identified 44 of these articles as being potentially relevant original epidemiological research studies of fluoride exposure and neurodevelopmental outcomes.

Using the following search string, I identified approximately 1,250 results (although the number of hits fluctuated substantially over time) on the *Fluoride* journal website as of July 1, 2019 (Figure 1):

> *intelligence OR intellectual OR intellect OR IQ OR cognitive OR cognition OR behavior OR behavioral OR neurodevelopment OR neurodevelopmental OR psychological OR psychomotor OR neuropsychological OR mental OR attention OR hyperactivity OR autism OR nervous.*

Based on a review of the titles, I identified 39 of these results as being potentially relevant original epidemiological research studies, including full-length articles and abstracts.

Finally, from reference lists of reviewed articles, as well as Plaintiffs' responses to requests for production and Plaintiffs' experts' reports, I identified 40 additional potentially relevant original epidemiological research studies (Figure 1).

I reviewed the full text of all 123 potentially relevant studies and excluded 31 that lacked original data on fluoride exposure and neurodevelopmental outcomes. I separated out the 36 articles that were previously reviewed in the three meta-analyses described above (Tang et al. 2008, Choi et al. 2012, Duan et al. 2018). This left 56 original research articles, apart from the

36 that were covered in prior meta-analyses, that I included in my review. All of the published original epidemiological studies of fluoride exposure and neurodevelopmental outcomes conducted by the research teams of Drs. Calderón Hernández, Grandjean, Hu, and Lanphear, as cited in their expert reports, are included in my review (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Choi et al. 2015, Bashash et al. 2017, Valdez Jiménez et al. 2017, Bashash et al. 2018, Green et al. in press, Till et al. in review). A list of articles that I identified and considered but ultimately excluded is provided in Appendix D.

I did not attempt a quantitative meta-analysis of the included studies for two main reasons. First, in light of the statistically significant heterogeneity among study results identified by prior meta-analyses (Choi et al. 2012, Duan et al. 2018), as well as the obvious qualitative heterogeneity in study settings, methods, and fluoride exposure levels among the available studies, providing a single summary estimate of the association between fluoride exposure and any neurodevelopmental outcome would be of questionable scientific validity. That is, a single relative risk estimate would not validly reflect the wide range of relative risk results reported in individual studies, especially given that some of the observed diversity in findings may be due to true differences in study populations, study design characteristics, and fluoride exposure levels. Second, conducting a meta-analysis would have required at a minimum that I restrict the analysis to studies that assessed the same general exposure metric (e.g., fluoride in drinking water) and the same general neurodevelopmental outcome (e.g., IQ), thereby excluding informative studies and detracting from consideration of other relevant outcomes (e.g., studies of maternal prenatal urinary fluoride or studies of behavior and conduct problems).

Therefore, to encompass the totality of epidemiological studies of fluoride exposure and neurodevelopmental outcomes, I undertook a qualitative assessment of the methodological quality and results of all of the studies identified by my literature search. To ensure a systematic approach to this assessment, I evaluated the studies according to standard epidemiological considerations, including study design, study population, exposure assessment, outcome assessment, and confounder adjustment (Downs and Black 1998, Guyatt et al. 2011b, Viswanathan and Berkman 2012). I also considered the potential for publication bias (Guyatt et al. 2011a).

Figure 1. Flow chart of literature search process to identify original epidemiological studies of fluoride exposure and neurodevelopmental outcomes



exposure and neurodevelopmental outcomes, the studies that have been translated into English may comprise a non-representative, biased subset of all such studies.

Dr. Grandjean states in his expert report that "[i]n the field of epidemiology, there is a well-known bias toward the null" due to issues such as inadequate statistical power in small studies, lost cases and inadequate follow-up for long-term effects, use of an exposed or otherwise inappropriate comparison group, exposure misclassification, insensitive or imprecise outcome measures, failure to adjust for confounders with effects in the opposite direction, disregarding vulnerable subgroups, and pressure to avoid false alarm, among other reasons (p. 31 of Grandjean report). Although small studies may have insufficient statistical power to detect a true association, such studies are also more likely than larger studies to yield false-positive, inflated results. That is, statistically significant results from small studies are more likely to be false (due to chance) than significant results from larger studies (Button et al. 2013); and the magnitude of an observed association, regardless of statistical significance, is more likely to be overestimated in smaller studies (Greenland et al. 2000).

Dr. Grandjean is incorrect in suggesting that imprecise measurement of exposures or outcomes leads predictably to bias toward the null. On the contrary, systematic error in exposure or outcome misclassification—for example, differences in ascertainment of neurodevelopmental outcomes between children living in low-fluoride and high-fluoride areas—can readily lead to bias away from the null, that is, overestimation of associations. In addition, even when exposure or outcome misclassification is non-differential (i.e., random), the resultant direction of bias in the estimated association can be either toward or away from the null. Strict conditions must hold for non-differential misclassification to lead predictably to bias toward the null, and even under such uncommon scenarios, the direction of bias is a general tendency, and any given estimate may by chance be away from the null (Thomas 1995, Weinberg et al. 1995, Jurek et al. 2005, Jurek et al. 2008, Ogburn and VanderWeele 2012). Likewise, insufficient adjustment for confounders often leads to bias away from the null, and it can be difficult to determine the overall direction and magnitude of bias due to failure to control for multiple confounders that act in opposing ways. Thus, Dr. Grandjean's suggestion that these problems inevitably or even usually produce underestimated associations is misleading.

Moreover, Dr. Grandjean does not acknowledge the strong countervailing influence of publication bias. That is, in general, positive scientific results are well known to be more likely to be published than null results, and the magnitude of reported associations tends be exaggerated, in part because positive results are perceived to be more newsworthy or to have greater potential scientific or public-health impact than null results (Ioannidis 2005, Kavvoura et al. 2007, Ioannidis 2008, Turner et al. 2008, Fanelli 2010, Ioannidis et al. 2011, Fanelli 2012, Franco et al. 2014, Kivimaki et al. 2014, Nissen et al. 2016). Studies have shown that most published scientific research findings are anticipated to be false (Ioannidis 2005); that the

proportion of false-positive findings outweighs the proportion of false-negative findings in epidemiology (Ioannidis et al. 2011); that the magnitude of true associations tends to be overestimated in published studies (Ioannidis 2008); and that this pattern of publication bias can so distort the available literature that false claims can become accepted as scientific fact (Nissen et al. 2016).

Publication bias and even outright scientific misconduct are especially rampant in China, where the academic culture creates high pressure and incentives to publish a large quantity of scientific papers (Xin 2009, Hvistendahl 2013). Indeed, one Chinese paper on fluoride exposure and child IQ was withdrawn from *Environmental Health Perspectives* (Xiang et al. 2010), apparently because of previous publication of many of the results in a previous paper (i.e., self-plagiarism) (Xiang et al. 2010). Both the earlier paper and subsequent results from this study population were published in the journal *Fluoride* (Xiang et al. 2003a, Xiang et al. 2011, Xiang 2015). Thus, the high proportion of poor-quality Chinese studies with positive findings on the association between fluoride exposure and neurodevelopmental outcomes could have been strongly influenced by publication bias.

## Methodological Considerations

### Study Design

Dr. Calderón Hernández briefly mentions the limitations of the ecological (i.e., group-level) and cross-sectional epidemiological study designs (p. 24 of Calderón Hernández report). Likewise, Dr. Grandjean indicates that there are weaknesses of ecological studies (p. 27 of Grandjean report) and cross-sectional studies (p. 30 of Grandjean report). However, none of the Plaintiffs' experts systematically assess and summarize the study design approach used by each of the available epidemiological studies of fluoride exposure and human developmental neurotoxicity.

As described in Appendix C, the design of an epidemiological study is a critical determinant of its ability to discern causal associations. Therefore, in contrast and in response to Plaintiffs' experts, I systematically evaluated the study design of each study that I identified in my literature review. Of the 56 studies, 17 (30%) used an ecological cross-sectional study design, meaning that they measured fluoride exposure only at the group level (i.e., ecologically) and they measured fluoride exposure and neurodevelopmental outcomes simultaneously (i.e., cross-sectionally) (Trivedi et al. 2007, Li et al. 2008a, Qin et al. 2008, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Nagarajappa et al. 2013, Singh et al. 2013, Malin and Till 2015, Aravind et al. 2016, Manju et al. 2017, Razdan et al. 2017, Mustafa et al. 2018, Pang et al. 2018,

Perrott 2018, Lu et al. 2019, Zhao et al. 2019)[6] (Table 2). Two other studies (4% of 56) used an ecological retrospective design, meaning that group-level fluoride exposure was measured *after* the measurement of neurodevelopmental outcomes. Specifically, in one of these studies, drinking water fluoride levels were measured after assessment of IQ scores (Xiang et al. 2013). In the other, drinking water fluoride levels were estimated based on existing residential history data, but the exposure unequivocally preceded the outcomes in time (Aggeborn and Öhman 2017). The ecological cross-sectional (or retrospective) design is among the weakest of epidemiological study designs because it cannot distinguish the temporal sequence between exposure and outcome, and it cannot identify associations at the level of individual persons rather than groups (Morgenstern 1995). Where studies restricted children to lifelong residents of a study area with certain natural levels of fluoride in drinking water or fluoride levels in air and food from long-term coal burning activity, fluoride exposure most likely preceded current neurodevelopmental outcomes, which were primarily IQ scores (although neurodevelopment begins during gestation). However, currently measured fluoride exposure levels in cross-sectional studies may not accurately represent those in the past, i.e., at a time that would be etiologically relevant to current neurodevelopmental outcomes. Moreover, group-level exposure classification based on average drinking water fluoride levels in ecological studies does not capture individual variation in drinking water intake or fluoride absorption and clearance (Whitford 1999).

The most commonly used study design was cross-sectional with some individual exposure measures, a design employed by 27 studies (48% of 56), although many of these studies also involved ecological comparisons between grouped residential areas (Morgan et al. 1998, Calderón et al. 2000, Rocha-Amador et al. 2007, Liu et al. 2008, Rocha-Amador et al. 2008, Wang et al. 2008b, Rocha-Amador et al. 2009, Ding et al. 2011, Kang et al. 2011, Shivaprakash et al. 2011, Saxena et al. 2012, Wang et al. 2012, Asawa et al. 2014, Bai et al. 2014, Wei et al. 2014, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Xiang 2015, Zhang and Cheng 2015, Das and Mondal 2016, Barberio et al. 2017, Jin et al. 2017, Cui et al. 2018, Dong et al. 2018, Yu et al. 2018, Zhou et al. 2019) (Table 2). In most of these 27 studies, individual-level exposure was classified based on urinary or serum fluoride levels or grade of dental fluorosis (or, in one study, skeletal fluorosis). The exceptions were eight studies (30% of 27) that measured fluoride levels in drinking water at each child's home (Calderón et al. 2000, Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Kang et al. 2011, Saxena et al. 2012, Choi et al. 2015, Barberio et al. 2017, Zhou et al. 2019), one (4% of 27) that queried parents about various potential sources of fluoride exposure (Morgan et al. 1998), and one (4% of 27) that estimated total fluoride intake from food, water, and air based on sampling in a subset of participants (Wang et al. 2012). Except where household drinking water fluoride levels were stable for

---

[6]   Three children in the study by Lu et al. (2019) were classified separately because they had substituted fluoride-free bottled water for high-fluoride well water, but individual-level measures of fluoride exposure were unavailable in this study.

40

children who were lifelong residents of the same home, these exposure metrics may not reflect fluoride exposure levels in the distant past, during periods that could be etiologically relevant to neurodevelopment. Therefore, the cross-sectional design of these studies creates temporal ambiguity regarding whether measured levels of fluoride exposure preceded measured neurodevelopmental outcomes. In the absence of certainty that the exposure occurred before the outcome, these studies cannot establish cause-and-effect relationships.

The other 10 studies (18% of 56) were prospective cohorts, in which fluoride exposure was measured or estimated *prior* to the measurement of neurodevelopmental outcomes. All but one of these studies were conducted in Western countries, including two studies of a Canadian birth cohort (Green et al. 2019, Green et al. in press, Till et al. in review)[7]; three studies based in a Mexico City birth cohort (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018); one study of a birth cohort in two endemic hydrofluorosis areas in Jalisco, Mexico (Valdez Jiménez et al. 2017); two studies based in a prospective cohort of children in Christchurch, New Zealand (Shannon et al. 1986, Spittle et al. 1998); one study in a prospective birth cohort of children in Dunedin, New Zealand (Broadbent et al. 2015); and one Chinese study that followed a cohort of infants born to mothers with or without coal-burning-related dental fluorosis (Chang et al. 2017) (Table 2). Compared with cross-sectional and ecological studies, prospective cohorts generally have several key advantages, including the unambiguous temporal sequence of exposure and outcome in individual subjects, as well as the lower risk of selection bias due to differential participation based on exposure and outcome characteristics. That is, because prospective cohorts enroll participants prior to the onset of the health outcome(s) of interest, they generally are less susceptible to selection bias than cross-sectional (and retrospective) studies, where subject identification, recruitment, and participation are vulnerable to the influence of existing exposure and health status. However, prospective cohort studies are not immune from selection bias due to differential participation—for example, if the health outcome is strongly associated with family history, which is known at the time of study initiation and can influence a person's decision to participate—or due to differential follow-up over time.

## Study Population

Plaintiffs' experts do not systematically classify the settings of each of the relevant epidemiological studies of fluoride exposure in association with developmental neurotoxicity. Interpretation of the results of each study requires consideration of the study setting in terms of geographic region, fluoride exposure levels and sources, and subject participation rates. None of the Plaintiffs' experts specify participation rates in studies other than their own, and they do not take the potential for selection bias into consideration.

---

[7]   Green et al. (2019) is a conference abstract that describes trimester-specific analyses of the same data described in Green et al. (in press). In my report, I do not count it as a separate study. I obtained some information on Green et al. (in press) from a publication describing the overall cohort (Arbuckle et al. 2013).

In contrast and in response to Plaintiffs' experts, I systematically evaluated the study setting and population in each of the studies that I identified in my literature review. Among the available epidemiological studies, the target study populations differed widely in terms of their geographic setting, major sources and levels of fluoride exposure, and potential for selection bias. Forty-three (77%) of the 56 studies were set in China, India, Mexico, Sudan, or Turkey, in communities with high fluoride and arsenic levels due to coal burning (Wang et al. 2008b, Bai et al. 2014, Wei et al. 2014, Zhang and Cheng 2015, Chang et al. 2017, Jin et al. 2017) or gold mining (Manju et al. 2017); or with high natural drinking water fluoride levels reportedly above 2 mg/L (Rocha-Amador et al. 2007, Trivedi et al. 2007, Liu et al. 2008, Qin et al. 2008, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Sudhir et al. 2009, Shivaprakash et al. 2011, Saxena et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Choi et al. 2015, Khan et al. 2015, Xiang 2015, Aravind et al. 2016, Das and Mondal 2016, Razdan et al. 2017, Valdez Jiménez et al. 2017, Yu et al. 2018, Lu et al. 2019), above 1.5 mg/L (Li et al. 2008a, Sharma et al. 2009, Ding et al. 2011, Cui et al. 2018, Zhou et al. 2019), above 1.0 mg/L with (Kang et al. 2011) or without elevated drinking water arsenic levels (Calderón et al. 2000, Dong et al. 2018, Mustafa et al. 2018), without quantified drinking water fluoride levels but with a high prevalence of dental fluorosis (He and Zhang 2010, Asawa et al. 2014, Kundu et al. 2015, Pang et al. 2018), or with drinking water fluoride levels simply described as historically "high" without quantification (Zhao et al. 2019)[8] (Table 2). For reasons described earlier in this report—in particular, the high concentrations of fluoride from natural sources or environmental pollution and the low-resource settings of these studies—their results cannot reliably be extrapolated to exposure to artificial drinking water fluoridation in the U.S.

Of the remaining 13 studies (23% of 56), three were conducted in Mexico City, Mexico, an area where salt is fluoridated at 250 ppm, and natural levels of fluoride in drinking water may range from 0.15 to 1.38 mg/L, but were not measured as part of the studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018) (Table 2). The authors also did not report the prevalence of dental fluorosis in the study population, but other studies of schoolchildren in the Mexico City metropolitan area reported a prevalence of 53–60%, mostly of less-than-moderate severity (Juárez-López et al. 2003, Molina-Frechero et al. 2012). By comparison, according to the U.S. Centers for Disease Control and Prevention (CDC), the prevalence of dental fluorosis in the U.S. was 33.4% among children aged 6–11 years and 40.6% among adolescents aged 12–15 years in 1999–2004 (Beltrán-Aguilar et al. 2010). Because fluoride intake from salt may comprise a substantial proportion of fluoride exposure in the Mexico City study population, and fluoride levels in drinking water were not measured, these results may not be applicable to artificially fluoridated communities in the U.S.

---

[8]   Based on information reported by Zhou et al. (2019), the mean drinking water fluoride level in the high-fluoride area studied by Zhao et al. (2019) was probably > 1.5 mg/L.

Otherwise, results from studies of lower-level exposure to fluoride in artificially fluoridated drinking water in Western countries are more likely to be relevant to the present matter. One study was conducted in a nationally representative sample of Canadians, among whom average tap water fluoride levels were below 0.4 mg/L (Barberio et al. 2017). Two other Canadian studies included mothers and children living in regions with or without artificial public drinking water fluoridation at a target level of 0.7 mg/L (94.3% below 0.7 mg/L, 100% below 1.5 mg/L) (Green et al. in press, Till et al. in review). Similarly, three New Zealand studies were conducted in areas with or without artificial public drinking water fluoridation at concentrations of 0.7–1.0 mg/L (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015), and three U.S. studies were conducted in communities with or without artificial public drinking water fluoridation (Morgan et al. 1998, Malin and Till 2015, Perrott 2018). One ecological study was conducted in Sweden, where natural fluoride levels in drinking water ranged from 0–4 mg/L, but the mean and standard deviation (SD) were 0.353 ± 0.325 mg/L, and water authorities could reduce fluoride levels over 1.5 mg/L in municipal water (Aggeborn and Öhman 2017).

An additional concern that Plaintiffs' experts do not account for regarding the study populations in most of the 56 studies, as well as those included in prior meta-analyses, is that participation rates were rarely reported by authors: 39 studies (70% of 56) did not report how many children participated in the study out of all who were eligible (Morgan et al. 1998, Calderón et al. 2000, Trivedi et al. 2007, Li et al. 2008a, Liu et al. 2008, Qin et al. 2008, Wang et al. 2008b, Rocha-Amador et al. 2009, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Ding et al. 2011, Kang et al. 2011, Shivaprakash et al. 2011, Saxena et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Asawa et al. 2014, Bai et al. 2014, Wei et al. 2014, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Malin and Till 2015, Zhang and Cheng 2015, Aravind et al. 2016, Das and Mondal 2016, Chang et al. 2017, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Perrott 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019) (Table 2). The three Mexico City prospective cohort studies also did not report participation rates in the overall study out of all eligible pregnant women recruited, but only 214 to 401 (21–40%) of 997 participating mother-child pairs had sufficient data to be included in the analyses of fluoride exposure and neurodevelopmental outcomes (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). Likewise, the Christchurch prospective cohort studies did not report how many eligible children were included in the study cohort at baseline (Shannon et al. 1986, Spittle et al. 1998), but Shannon et al. (1986) reported that 81% of the original cohort was followed to age 7 years. In the Swedish registry-based study, inclusion of eligible Swedish residents with available data presumably would have been close to 100%, although this was not explicitly stated by the authors, and substantial proportions of subjects were excluded due to missing or uncertain data (Aggeborn and Öhman 2017).

The lack of information on participation rates is especially problematic in cross-sectional studies, which comprise the majority of the available studies on this topic. Here, if participation is incomplete, then selection bias is highly likely due to the influences of concurrently existing exposure status and health status (or factors associated with both, such as socioeconomic status) on subject identification, recruitment, and/or participation. Because of the potential for factors such as socioeconomic status and maternal IQ to influence baseline fluoride exposure, future neurodevelopmental outcomes in children, and the decision to enroll in a research study, non-reporting of participation rates is also concerning for prospective studies of this topic. In the Mexico City cohort, the low proportion of cohort members with sufficient data for inclusion in the analysis of fluoride exposure and neurodevelopmental outcomes also raises concerns about selection bias due to missing data. Even though Bashash et al. (2017) indicated that most characteristics were similar, on average, between subjects with and without complete data (except that those with complete data were more likely to be girls), any differences in neurodevelopmental outcomes and unmeasured covariates were unknown.

In the 11 studies (20% of 56) that reported information on participation rates, the proportion of participants was relatively low (36%) in the Jalisco birth cohort (Valdez Jiménez et al. 2017) and the cross-sectional Canadian study (54–56%) (Barberio et al. 2017), and substantially higher in a cross-sectional rural Mexican study (85%) (Rocha-Amador et al. 2007, Rocha-Amador et al. 2008), a cross-sectional study in Tianjin, China (91%) (Cui et al. 2018), the prospective cohort study in Dunedin (91% baseline, 95% follow-up) (Broadbent et al. 2015), and in three overlapping cross-sectional studies in Sihong County, Jiangsu Province, China (93–97%) (Wang et al. 2012, Xiang et al. 2013, Xiang 2015). Initial participation of pregnant women in the Canadian birth cohort study was only 39%, and participation of children in the developmental assessment at ages 3–4 years was not reported (Arbuckle et al. 2013, Green et al. in press, Till et al. in review). Of the participating children with IQ data, 85% had complete maternal prenatal urine samples and covariate data (including 61% who also had drinking water data), 67% had information on estimated fluoride intake from beverages (Green et al. in press), and 67% had information on estimated fluoride intake from infant formula (Till et al. in review). In studies with relatively high participation rates, the potential magnitude of selection bias is limited. By contrast, in studies with relatively low participation rates, selection bias can have a substantial influence on observed exposure-outcome associations.

## Exposure Assessment

All of the Plaintiffs' experts specify how fluoride exposure was measured in their own research studies and, where described in depth, those of other investigators. However, they do not systematically summarize the various exposure assessment methods used in the available epidemiological studies of fluoride exposure and developmental neurotoxicity, nor do they thoroughly discuss sources of uncertainty for each exposure metric. Dr. Grandjean provides an

overview of the exposure assessment methods most commonly used in epidemiological studies of fluoride exposure (i.e., drinking water, urine, plasma, and dental fluorosis), but he focuses mainly on discussing how fluoride exposure levels vary across subgroups (e.g., by geographic region, pregnancy stage, or age group) (pp. 12–14 of Grandjean report). That is, he does not discuss the validity and reliability of each exposure metric as a potential indicator of biologically relevant fluoride exposure with respect to developmental neurotoxicity.

Due to differences in the sources and extent of uncertainty across fluoride exposure metrics, methods for fluoride exposure assessment are a critical consideration in the evaluation of the relevant epidemiological studies. Therefore, in contrast and in response to Plaintiffs' experts, I systematically examined the exposure assessment methods used in each of the epidemiological studies that I identified in my literature review. I discuss these methodological issues in greater detail in the following sections.

**Summary of Exposure Assessment Methods Used**

Methods of fluoride exposure assessment and observed quantitative levels of fluoride exposure also diverged widely among studies. Of the 56 studies, 42 (75%) assessed fluoride exposure based on levels in drinking water, including 28 studies (50% of 56) with ecological assessment according to average drinking water fluoride levels by residential area (not counting three studies that reported average drinking water fluoride levels but did not analyze them in association with neurodevelopmental outcomes (Calderón et al. 2000, Shivaprakash et al. 2011, Dong et al. 2018)) (Trivedi et al. 2007, Li et al. 2008a, Liu et al. 2008, Qin et al. 2008, Sharma et al. 2009, Sudhir et al. 2009, He and Zhang 2010, Ding et al. 2011, Saxena et al. 2012, Wang et al. 2012, Nagarajappa et al. 2013, Singh et al. 2013, Xiang et al. 2013, Choi et al. 2015, Khan et al. 2015, Kundu et al. 2015, Aravind et al. 2016, Das and Mondal 2016, Aggeborn and Öhman 2017, Manju et al. 2017, Razdan et al. 2017, Cui et al. 2018, Mustafa et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Green et al. in press, Till et al. in review),[9] two (4% of 56) with ecological assessment according to percentage of the state population receiving optimally artificially fluoridated drinking water (Malin and Till 2015, Perrott 2018), three (5% of 56) with individual-level assessment according to timing and duration of residence in an area with artificial community water fluoridation (Shannon et al. 1986, Spittle et al. 1998, Broadbent et al. 2015), and six (11% of 56) with individual-level assessment according to fluoride levels measured in drinking water at each subject's home (Rocha-Amador et al. 2007, Rocha-Amador et al. 2008, Kang et al. 2011, Barberio et al. 2017, Valdez Jiménez et al. 2017, Zhou et al. 2019) (Table 2).

---

[9]   Lu et al. (2019) also made comparisons between children in a high-fluoride village who did (n = 3) and did not (n = 26) substitute fluoride-free bottled water for well water.

1998); a cross-sectional study of children from a pediatric dental practice in a suburb of Boston, Massachusetts (Morgan et al. 1998); and a cross-sectional ecological study of state-level prevalences of artificial drinking water fluoridation and ADHD across the U.S. (Malin and Till 2015).

The U.S. ecological study had an exceptionally weak design due to the high potential for confounding and misclassification of both exposures and outcomes based on cross-sectional state-level data (Malin and Till 2015). That is, within a given state, children with ADHD could in theory have little or no overlap with children living in fluoridated communities, and countless factors at the state, local, and individual levels could be responsible for the observed association between state-level fluoridation prevalence and ADHD prevalence. Indeed, a subsequent analysis showed that the apparent association disappeared after adjustment for state-level median household income and mean state elevation above sea level (Perrott 2018). Thus, the study by Malin and Till (2015) does not provide insight into any potential causal effect of artificial drinking water fluoridation on ADHD.

The Christchurch studies assessed duration of residence in an area with a fluoridated public water supply, without information on water intake or other fluoride sources (Shannon et al. 1986, Spittle et al. 1998). The Dunedin and Boston studies collected information on use of fluoridated toothpaste and supplements, as well as residence in a community with a fluoridated water supply (Morgan et al. 1998, Broadbent et al. 2015). With the exception of the ecological study by Malin and Till (2015), the other four studies are reasonable to consider in evaluating the evidence regarding causality. Therefore, I gave greater consideration to these four studies in my causal analysis presented below.

## Post-2017

Twenty-one (23%) of the 92 original epidemiological studies that I reviewed were published (or accepted or submitted for publication, in the case of Green et al. (in press) and Till et al. (in review)) in 2017 or later (Aggeborn and Öhman 2017, Barberio et al. 2017, Bashash et al. 2017, Chang et al. 2017, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Valdez Jiménez et al. 2017, Bashash et al. 2018, Cui et al. 2018, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Perrott 2018, Thomas et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019, Green et al. in press, Till et al. in review). Of these, 13 (62% of 21) were conducted in high- vs. low-fluoride or fluorosis-endemic vs. non-endemic areas in China, India, Mexico, Sudan, or Turkey (Chang et al. 2017, Jin et al. 2017, Manju et al. 2017, Razdan et al. 2017, Valdez Jiménez et al. 2017, Cui et al. 2018, Dong et al. 2018, Mustafa et al. 2018, Pang et al. 2018, Yu et al. 2018, Lu et al. 2019, Zhao et al. 2019, Zhou et al. 2019), including 11 cross-sectional studies (five ecological), limiting their relevance to the present matter.

65

The birth cohort study by Valdez Jiménez et al. (2017), conducted in endemic hydrofluorosis areas of Mexico, was of relatively high methodological quality due to its prospective design, individual-level exposure assessment, collection of first morning urine samples, and adjustment for multiple confounders. However, the high levels of fluoride in tap water (geometric mean ± standard error by trimester of pregnancy = 2.6–3.7 ± 1.0–1.1 mg/L) and bottled water (2.0–2.9 ± 1.0–1.1 mg/L) in this study population reduce the relevance of its findings to artificially fluoridated communities in the U.S. Although Dr. Calderón Hernández argues that the results of Valdez Jiménez et al. (2017) may be applicable to Canada and the U.S. based on some overlap in maternal urinary fluoride concentrations between her study and that of Till et al. (2018) (p. 22 of Calderón Hernández report), the discrepancy in urinary fluoride concentrations (adjusted for specific gravity) remains substantial, with trimester-specific geometric means of 1.9–2.7 ± 1.0–1.1 mg/L in the Mexican study (Valdez Jiménez et al. 2017), compared with an overall median of 0.34 mg/L (mean ± SD = 0.41 ± 0.28) in the Canadian study (Till et al. 2018). Thus, the results of Valdez Jiménez et al. (2017) cannot reliably be generalized to artificially fluoridated communities in the U.S., and it carried lesser weight in my causal analysis.

The remaining eight studies (38% of 21) include a retrospective ecological study of small-area-level drinking water fluoride levels and military conscript cognitive and non-cognitive assessments, adolescent national math test scores, and young-adult annual income and employment status in Sweden (Aggeborn and Öhman 2017); a cross-sectional survey of Canadian children with individual-level urinary and residential tap-water fluoride measurements (Barberio et al. 2017); three studies of a prospective birth cohort of Mexico City children with maternal prenatal and child urinary fluoride measurements (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018); two studies of a prospective birth cohort of Canadian children with measurements of maternal prenatal urinary fluoride, residential drinking water fluoride, and estimated fluoride intake from water-based beverages and tea (Green et al. in press, Till et al. in review); and an ecological cross-sectional study of state-level prevalences of artificial drinking water fluoridation and ADHD in the U.S. (Perrott 2018)—an analysis conducted as part of a critique and refutation of Malin and Till (2015). All of these studies adjusted for several potential confounders, but the ecological studies of Aggeborn and Öhman (2017) and Perrott (2018) were of relatively low quality because they used only group-level covariates. With the exception of the latter two ecological studies, the other six studies contribute substantively to my causal evaluation of artificial drinking water fluoridation and neurodevelopmental outcomes.

Thus, as described below, my causal analysis according to the Hill (1965) framework is based primarily on the 10 non-ecological epidemiological studies based in non-fluorosis-endemic Western areas, including four published before 2017 (Shannon et al. 1986, Morgan et al. 1998, Spittle et al. 1998, Broadbent et al. 2015) and six studies available thereafter (Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et

66

al. in review). Anticipated or measured drinking water fluoride levels in these study populations were at or below 1.38 mg/L, the high end of the estimated range in the Mexico City studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018).

The other epidemiological studies of high natural levels of fluoride in drinking water mostly pertain to average concentrations that, where reported, were greater than 2.0 mg/L, including 15 studies with average levels above 4.0 mg/L (An et al. 1992, Zhao et al. 1996, Wang et al. 2005, Wang et al. 2006, Rocha-Amador et al. 2007, Trivedi et al. 2007, Wang et al. 2007, Chen et al. 2008, Rocha-Amador et al. 2008, Rocha-Amador et al. 2009, Sudhir et al. 2009, Saxena et al. 2012, Seraj et al. 2012, Singh et al. 2013, Razdan et al. 2017).

**Strength**

Holding all other factors constant, strong statistical associations are less likely than weak ones to result exclusively from confounding and bias. However, small sample sizes can produce inflated estimates of association—that is, associations that falsely appear to be strong—due to sparse data bias (Greenland et al. 2000, Greenland et al. 2016). In the 10 more informative studies based in Western regions, associations between fluoride exposure and scores for various neurodevelopmental outcomes were relatively weak in comparison with normal variation in outcome scores.

In the Christchurch, New Zealand, cohort study of children followed from birth to age 6 or 7 years, no significant differences in conduct disorder or behavior disturbance scores were detected by duration of residence in a community with artificially fluoridated drinking water (Shannon et al. 1986). Scores for a given rating scale at a certain age varied by at most 0.23 points across duration categories, compared with within-category mean scores of around 10 points (SD not reported). Subsequent follow-up of these children to age 8 or 9 years revealed no significant association between duration of residence in a fluoridated area and IQ scores (Spittle et al. 1998). IQ scores varied by a maximum of 2.5 points across categories, compared with a standardized mean of 100 points (standardized SD = 15).

The cross-sectional Boston-area study found no significant differences in scores for total, internalizing, or externalizing behavior problems in children aged 7–11 years with high vs. low dental fluorosis scores or those with high vs. low aggregated fluoride exposure, or by nearly any other measure of fluoride exposure (including residence in a community with artificial drinking water fluoridation, use of fluoridated toothpaste, use of fluoride supplementation, receipt of topical fluoride treatment, and receipt of concentrated infant formula mixed with fluoridated water) (Morgan et al. 1998). Differences in median scores between groups were on the order of 0–4 points, compared with within-group medians around 40–46 points (range = 24–77 points).

67

In the Dunedin birth cohort study, no significant differences in child IQ at ages 7–13 years were observed across various classifications of fluoride exposure, including residence in an area with community water fluoridation, use of fluoridated toothpaste, and use of fluoride tablets (Broadbent et al. 2015). Observed non-significant differences in mean IQ scores between exposure groups ranged from −0.25 to 0.83 points on a scale with a standardized mean of 100 points (standardized SD = 15). Adult IQ at 38 years also was not strongly associated with childhood exposure to fluoride, with differences in mean IQ scores ranging from 0.19 to 3.00 points (significantly higher among those residing in areas with community water fluoridation) on a standardized scale averaging 100 points (standardized SD = 15).

The Canadian cross-sectional study of children aged 3–12 years found no significant differences in the odds of any learning disability, ADHD, or ADD in association with urinary fluoride levels after adjustment for creatinine or specific gravity (Barberio et al. 2017). All observed odds ratios were between 0.79 and 1.04, i.e., between a 21% decrease and a 4% increase in the odds of any learning disability, ADHD, or ADD. A borderline statistically significant association was found with unadjusted urinary fluoride levels, with a 2% increase in the odds of any learning disability per 1 μmol/L urinary fluoride, compared with a mean of 26–39 μmol/L (lower bound of 95% CI = 23–36; upper bound = 30–43), depending on the study subgroup.

Several statistically significant associations of modest magnitude were detected in the Mexico City birth cohort studies (Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018). The mean difference in General Cognitive Index score per 0.5 mg/L creatinine-adjusted maternal urinary fluoride was −3.15 (95% CI = −5.42, −0.87) at age 4 years, relative to a mean of 96.88 points (SD = 14.28); and the mean difference in IQ score per 0.5 mg/L creatinine-adjusted maternal urinary fluoride was −2.50 (95% CI = −4.12, −0.59) at ages 6–12 years, relative to a mean of 95.98 points (SD = 11.11) (Bashash et al. 2017). By definition, the SDs indicate that about 68% of General Cognitive Index scores were between 82.60 and 111.16 points, and about 68% of IQ scores were between 84.87 and 107.09 points. Moreover, IQ scores between 90 and 109 points are classified as "average" (Wechsler IQ Test 2017). Thus, differences of 3.15 and 2.50 points are small relative to the range of variation in this cohort.

Likewise, differences in scores for cognitive problems or inattention or indices of ADHD at ages 6–12 years, where statistically significant (that is, omitting smaller, statistically non-significant differences in scores for restlessness/impulsivity, hyperactivity, hyperactivity-impulsivity, and attention problems), were all below 3 points per 0.5 mg/L creatinine-adjusted maternal urinary fluoride, compared with standardized means of 50 (SD = 10) (Bashash et al. 2018). Among 1- to 3-year-olds, the Mental Development Index of the Bayley Scales of Infant Development differed by −1.20 points (95% CI = −2.19, −0.20) per 0.5 mg/L creatinine-adjusted maternal urinary fluoride (Thomas et al. 2018), compared with a typical standardized mean is 100 points (SD = 15) (Connolly et al. 2006) (mean and SD not reported by Thomas et al.).

1807950.000 – 7057

Exhibit J

# Research

A Section 508–Conformant HTML version of this article is available at https://doi.org/10.1289/EHP655.

# Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico

Morteza Bashash,[1] Deena Thomas,[2] Howard Hu,[1] E. Angeles Martinez-Mier,[3] Brisa N. Sanchez,[2] Niladri Basu,[4] Karen E. Peterson,[2,5,6] Adrienne S. Ettinger,[2] Robert Wright,[7] Zhenzhen Zhang,[2] Yun Liu,[2] Lourdes Schnaas,[8] Adriana Mercado-García,[9] Martha María Téllez-Rojo,[9] and Mauricio Hernández-Avila[9]

[1]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada
[2]University of Michigan School of Public Health, Ann Arbor, Michigan, USA
[3]Indiana University School of Dentistry, Indiana University-Purdue University Indianapolis, Indianapolis, Indiana, USA
[4]Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, Quebec, Canada
[5]Center for Human Growth and Development, University of Michigan, Ann Arbor, Michigan, USA
[6]Harvard T.H. Chan School of Public Health, Boston, Massachusetts, USA
[7]Icahn School of Medicine at Mount Sinai, New York, New York, USA
[8]Instituto Nacional de Perinatología, Mexico City, Mexico
[9]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

**BACKGROUND:** Some evidence suggests that fluoride may be neurotoxic to children. Few of the epidemiologic studies have been longitudinal, had individual measures of fluoride exposure, addressed the impact of prenatal exposures or involved more than 100 participants.

**OBJECTIVE:** Our aim was to estimate the association of prenatal exposure to fluoride with offspring neurocognitive development.

**METHODS:** We studied participants from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. An ion-selective electrode technique was used to measure fluoride in archived urine samples taken from mothers during pregnancy and from their children when 6–12 y old, adjusted for urinary creatinine and specific gravity, respectively. Child intelligence was measured by the General Cognitive Index (GCI) of the McCarthy Scales of Children's Abilities at age 4 and full scale intelligence quotient (IQ) from the Wechsler Abbreviated Scale of Intelligence (WASI) at age 6–12.

**RESULTS:** We had complete data on 299 mother–child pairs, of whom 287 and 211 had data for the GCI and IQ analyses, respectively. Mean (SD) values for urinary fluoride in all of the mothers ($n = 299$) and children with available urine samples ($n = 211$) were 0.90 (0.35) mg/L and 0.82 (0.38) mg/L, respectively. In multivariate models we found that an increase in maternal urine fluoride of 0.5 mg/L (approximately the IQR) predicted 3.15 (95% CI: −5.42, −0.87) and 2.50 (95% CI −4.12, −0.59) lower offspring GCI and IQ scores, respectively.

**CONCLUSIONS:** In this study, higher prenatal fluoride exposure, in the general range of exposures reported for other general population samples of pregnant women and nonpregnant adults, was associated with lower scores on tests of cognitive function in the offspring at age 4 and 6–12 y. https://doi.org/10.1289/EHP655

## Introduction

Community water, salt, milk, and dental products have been fluoridated in varying degrees for more than 60 y to prevent dental caries, while fluoride supplementation has been recommended to prevent bone fractures (Jones et al. 2005). In addition, people may be exposed to fluoride through the consumption of naturally contaminated drinking water, dietary sources, dental products, and other sources (Doull et al. 2006). Whereas fluoride is added to drinking water [in the United States at levels of 0.7–1.2 mg/L (Doull et al. 2006)] to promote health, populations with exceptionally high exposures, often from naturally contaminated drinking water, are at risk of adverse health effects, including fluorosis.

In the United States, the U.S. Environmental Protection Agency (EPA) is responsible for establishing maximum permissible concentrations of contaminants, including fluoride, in public drinking-water systems. These standards are guidelines for restricting the amount of fluoride contamination in drinking water, not

standards for intentional drinking-water fluoridation. In 2006 the U.S. EPA asked the U.S. National Research Council (NRC) to reevaluate the existing EPA standards for fluoride contamination, including the maximum contaminant level goal (MCLG, a concentration at which no adverse health effects are expected) of 4 mg/L, to determine if the standards were adequate to protect public health (Doull et al. 2006). The committee concluded that the MCLG of 4 mg/L should be lowered because it puts children at risk of developing severe enamel fluorosis, and may be too high to prevent bone fractures caused by fluorosis (Doull et al. 2006). The Committee also noted some experimental and epidemiologic evidence suggesting that fluoride may be neurotoxic (Doull et al. 2006).

The National Toxicology Program (NTP) recently reviewed animal studies on the effects of fluoride on neurobehavioral outcomes and concluded that there was a moderate level of evidence for adverse effects of exposures during adulthood, a low level of evidence for effects of developmental exposures on learning and memory, and a need for additional research, particularly on the developmental effects of exposures consistent with those resulting from water fluoridation in the United States (Doull et al. 2006; NTP 2016). Human studies have shown a direct relationship between the serum fluoride concentrations of maternal venous blood and cord blood, indicating that the placenta is not a barrier to the passage of fluoride to the fetus (Shen and Taves, 1974). Fluoride was shown to accumulate in rat brain tissues after chronic exposures to high levels, and investigators have speculated that accumulation in the hippocampus might explain effects on learning and memory (Mullenix et al. 1995). An experimental study on mice has shown that fluoride exposure may have adverse effects on neurodevelopment, manifesting as both cognitive and behavioral abnormalities later in life (Liu et al. 2014).

Please send correspondence to M. Bashash, Dalla Lana School of Public Health, 6th floor, 155 College St., Toronto, Ontario M5R3M7 Canada. Telephone: +1-416-978-6512. Email: m.bashash@utoronto.ca

Supplemental Material is available online (https://doi.org/10.1289/EHP655).

The authors declare they have no actual or potential competing interests.

Received 14 June 2016; Revised 8 May 2017; Accepted 9 May 2017; Published 19 September 2017.

**Note to readers with disabilities:** *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* articles may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehponline@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

between adjusted and unadjusted associations between $MUF_{cr}$ and GCI or IQ when socioeconomic status (family possession), maternal bone lead, and blood mercury, were added to models (Table 4). However, the effect estimates associated with $MUF_{cr}$ for these analyses appear to be higher in the subsets with available data for these variables.

Adding tester (psychologist who performed WASI) in the model did not substantially change the results (data not shown). In the sensitivity analyses in which we excluded Cohort 3 participants who received the calcium supplement, we continued to observe a negative association between $MUF_{cr}$ and GCI [0.5 mg/L increase in $MUF_{cr}$ associated with 3.67 lower GCI (95% CI: −6.57, −0.77), $n = 194$]; and between $MUF_{cr}$ and IQ [0.5 mg/L increase in $MUF_{cr}$ associated with 3.23-lower IQ (95% CI: −5.88, −0.57), $n = 136$].

In sensitivity analyses in which we re-ran models that included the 10 outliers with respect to fluoride exposure (for each of seven participants already in our models, an additional value of $MUF_{cr}$ [from a different trimester]; for three participants, a value of $MUF_{cr}$ that then allowed the participants to be added to our models), the results did not change in any meaningful way (data not shown). There were no outliers with respect to cognitive outcomes.

### Independent Influence of Child Fluoride Exposure

Finally, in models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by their specific gravity–adjusted urinary fluoride levels) and IQ score and that contained the main covariates of interest, there was not a clear, statistically significant association between contemporaneous children's urinary fluoride ($CUF_{sg}$) and IQ either unadjusted or adjusting for $MUF_{cr}$. A 0.5 mg/L increase in $CUF_{sg}$ was associated with a 0.89 lower IQ (95% CI: −2.63, 0.85) when not adjusting for $MUF_{cr}$; and 0.77-lower IQ (95% CI: −2.53, 0.99), adjusting for $MUF_{cr}$ ($n = 189$).

### Discussion

In our study population of Mexican women and children, which accounted for two of the three cohorts included in the ELEMENT study, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 y old, and with lower Full-Scale IQ scores at 6–12 y old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

Overall, our results are somewhat consistent with the ecological studies suggesting children who live in areas with high fluoride exposure (ranging from 0.88 to 11.0 mg/L fluoride in water, when reported) have lower IQ scores than those who live in low-exposure or control areas (ranging from 0.20 to 1.0 mg/L fluoride in water) (Choi et al. 2012) and with results of a pilot study of 51 children (mean age 7 y) from southern Sichuan, China, that reported that children with moderate or severe dental fluorosis (60% of the study population) had lower WISC-IV digit span scores than other children (Choi et al. 2015). A distinction is that

our study, which was longitudinal with repeated measures of exposure beginning in the prenatal period, found associations with respect to prenatal fluoride exposures.

To our knowledge, the only other study that is similar to ours was only recently published. Valdez Jiménez et al. (2017) studied the association of prenatal maternal urinary fluoride levels (not corrected for dilution) and scores on the Bayley Scales of Infant Development II among 65 children evaluated at age 3–15 mo (average of 8 mo). The mothers in their study had urinary fluoride levels of which the means at each of the three trimesters of pregnancy (1.9, 2.0, 2.7 mg/L) were higher than the mean $MUF_{cr}$ in our participants (0.88 mg/L) (Valdez Jiménez et al. 2017). These levels of exposure were found to be associated with statistically significantly lower scores on the Bayley Scales' Mental Development Index (MDI) score after adjusting for gestational age, age of child, a marginality index, and type of drinking water (Valdez Jiménez et al. 2017). By comparison, our study had much longer periods of follow-up and larger sample sizes, controlled for a much larger set of covariates and sensitivity variables, and used creatinine–corrected urinary fluoride measures (which, by adjusting for urinary dilution effects, provides a more reliable measure of internal fluoride exposure).

With respect to understanding the generalizability of our findings to other populations, there are very few studies that measured prenatal fluoride levels among women derived from population-based samples. Gedalia et al. (1959) measured urinary fluoride in multiple samples collected from each of 117 healthy pregnant women living in Jerusalem, where fluoride in the water was approximate 0.50 mg/L, and reported mean levels per person that ranged from 0.29 to 0.53 mg/L. However, these analysis were not conducted utilizing modern analytical techniques. In a study of 31 pregnant women living in Poland, Opydo-Szymaczek and Borysewicz-Lewicka (2005) measured urinary fluoride in healthy pregnant women patients of a maternity hospital in Poland, where fluoride in the water ranged from 0.4 to 0.8 mg/L, and found a mean level of 0.65 mg/L for women in their 28th week of pregnancy, 0.84 mg/L in their 33rd week, and 1.30 mg/L in healthy non-pregnant women of similar age. This would suggest that the mothers in our study, who had a mean $MUF_{cr}$ value of 0.90 mg/L, had fluoride exposures slightly higher than prior-mentioned populations.

In terms of comparing our findings with other studies of fluoride (using urinary fluoride as a biomarkers of exposure) and intelligence (i.e., those not involving prenatal exposures), of the 27 epidemiological studies on fluoride and IQ reviewed by Choi et al. in their 2012 meta-analysis, only 2 had measures of urinary fluoride. Both were of urinary fluoride measures in children (not pregnant mothers), and neither corrected for dilution (either by correcting for urinary creatinine or specific gravity). Of these two, in comparison with the urinary fluoride levels of both our mothers (0.88 mg/L) and our children (0.82 mg/L), the mean levels of children's urinary fluoride were higher in the non-fluorosis (1.02 mg/L) and high-fluorosis (2.69 mg/L) groups found by Li et al. (1995) as well as the control (1.5 mg/L) and high-fluorosis (5.1 mg/L) groups described by Wang et al. (2007).

Among the limitations of our study are that we measured fluoride in spot (second morning void) urine samples instead of 24-hr urine collections. However, others have noted a close relationship between the fluoride concentrations of early morning samples and 24-hr specimens (Watanabe et al. 1994; Zohouri et al. 2006). Another limitation relates to the potential differences in the distribution of covariates over our study cohorts, raising the issue of potential bias. In the analyses we conducted across cohorts, we saw that, in comparison with Cohort 3, Cohort 2A clearly had

higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). However, we saw no other differences and the differences in these measures have a clear likely explanation: Cohort 2A had bone lead levels measured in 1997–2001 and Cohort 3 had bone lead levels measured in 2001–2005. Given that environmental lead and mercury exposures were steadily decreasing during this time interval (due to the phase-out of lead from gasoline), this difference likely relates to an exposure–time–cohort effect. We do not anticipate that this phenomenon would have introduced a bias in our analyses of fluoride and cognition controlling for bone lead.

Another limitation relates to the missing data that pertain to our covariate and sensitivity variables. In the comparisons of participants in relation to missing data (Table 2A,B), the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses, and the mean levels of maternal blood Hg for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively. We also note that the coefficients for the associations between fluoride on cognition varied substantially in some of the sensitivity analyses, particularly with respect to the subgroups of participants who have data on SES, lead exposure, and mercury exposure (of which, for the latter, the effect estimates almost doubled). We do not have a ready explanation for this phenomenon, given that there is no obvious way that each of the selection factors governing which mothers had these measurements (discussed above) could have influenced the fluoride–cognition relationship. Nevertheless, it is not possible to entirely rule out residual confounding or in the population as a whole (that might have been detected had we had full data on larger sample sizes) or bias (should the subpopulations that had the data for analysis have a different fluoride–cognition relationship than those participants who were excluded from the analyses).

Other limitations include the lack of information about iodine in salt, which could modify associations between fluoride and cognition; the lack of data on fluoride content in water given that determination of fluoride content is not reported as part of the water quality monitoring programs in Mexico; and the lack of information on other environmental neurotoxicants such as arsenic. We are not aware of evidence suggesting our populations are exposed to significant levels of arsenic or other known neurotoxicants; nevertheless, we cannot rule out the potential for uncontrolled confounding due to other factors, including diet, that may affect urinary fluoride excretion and that may be related to cognition.

Another potential limitation is that we adjusted maternal urinary fluoride levels based on urinary creatinine, whereas we adjusted children's urinary fluoride levels based on urinary specific gravity; however, these two methods are almost equivalent in their ability to account for urinary dilution. We also had no data to assess the inter-examiner reliability of the testers administering the WASI test; however, the excellent reliability of these same testers in administering the McCarthy tests provides some reassurance that the WASI tests were conducted in a consistent manner.

Finally, our ability to extrapolate our results to how exposures may impact on the general population is limited given the lack of data on fluoride pharmacokinetics during pregnancy. There are no reference values for urinary fluoride in pregnant women in the United States. The Centers for Disease Control and Prevention has not included fluoride as one of the population exposures measured in urine or blood samples in its nationally representative sampling. The WHO suggests a reference value of 1 mg/L for healthy adults when monitoring renal fluoride excretion in community preventive programs (Marthaler 1999). As part of the NRC's review of the fluoride drinking-water standard, it was noted that healthy adults exposed to optimally fluoridated water had urinary fluoride concentrations ranging from 0.62 to 1.5 mg/L.

## Conclusion

In this study, higher levels of maternal urinary fluoride during pregnancy (a proxy for prenatal fluoride exposure) that are in the range of levels of exposure in other general population samples of pregnant women as well as nonpregnant adults were associated with lower scores on tests of cognitive function in the offspring at 4 and 6–12 y old.

Community water and salt fluoridation, and fluoride toothpaste use, substantially reduces the prevalence and incidence of dental caries (Jones et al. 2005) and is acknowledged as a public health success story (Easley 1995). Our findings must be confirmed in other study populations, and additional research is needed to determine how the urine fluoride concentrations measured in our study population are related to fluoride exposures resulting from both intentional supplementation and environmental contamination. However, our findings, combined with evidence from existing animal and human studies, reinforce the need for additional research on potential adverse effects of fluoride, particularly in pregnant women and children, and to ensure that the benefits of population-level fluoride supplementation outweigh any potential risks.

## Acknowledgments

This study was supported by the U.S. National Institutes of Health (NIH; grants R01ES021446 and R01-ES007821); the National Institute of Environmental Health Sciences/the U.S. Environmental Protection Agency (NIEHS/EPA; grant P01ES022844), the NIEHS (grant P42-ES05947 and NIEHS Center Grant P30ES017885), and by the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA. David Bellinger collaborated on the design and execution of this study's cognitive testing.

## References

Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, et al. 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ Health Perspect 119(10):1436–1441, PMID: 21715242, https://doi.org/10.1289/ehp.1003184.

Baez R, Petersen PE, Marthaler T. 2014. *Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health*. Geneva, Switzerland:World Health Organization.

Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, et al. 2014. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res 135:63–69, PMID: 25262076, https://doi.org/10.1016/j.envres.2014.08.029.

Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, et al. 2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology 33(5):1040–1047, PMID: 22579785, https://doi.org/10.1016/j.neuro.2012.04.022.

Caldwell BM, Bradley RH. 2003. Administration Manual: HOME Observation for Measurement of the Environment. Little Rock, AK:University of Arkansas at Little Rock.

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 120(10):1362–1368, PMID: 22820538, https://doi.org/10.1289/ehp.1104912.

Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, et al. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot

study. Neurotoxicol Teratol 47:96–101, PMID: 25446012, https://doi.org/10.1016/j.ntt.2014.11.001.

Doull J, Boekelheide K, Farishian B, Isaacson R, Klotz J, Kumar J, et al. 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. Committee on Fluoride in Drinking Water, Board on Environmental Studies and Toxicology, Division on Earth and Life Studies, National Research Council of the National Academies. Washington, DC:National Academies Press.

Easley MW. 1995. Celebrating 50 years of fluoridation: a public health success story. Br Dent J 178(2):72–75, PMID: 7848761, https://doi.org/10.1038/sj.bdj.4808658.

Ettinger AS, Lamdrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, et al. 2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ Health Perspect 117(1):26–31, PMID: 19165383, https://doi.org/10.1289/ehp.11868.

Gedalia I, Brzezinski A, Bercovici B. 1959. Urinary fluorine levels in women during pregnancy and after delivery. J Dent Res 38(3):548–551, PMID: 13654605, https://doi.org/10.1177/00220345590380031701.

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics 110(1):110–118, PMID: 12093955.

Grandjean P, Herz KT. 2011. Methylmercury and brain development: imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 78(1):107–118, PMID: 21259267, https://doi.org/10.1002/msj.20228.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, et al. 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730–1735, PMID: 17107860, https://doi.org/10.1289/ehp.9067.

Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, et al. 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect 124(6):868–874, PMID: 26645203, https://doi.org/10.1289/ehp.1510067.

Jones S, Burt BA, Petersen PE, Lennon MA. 2005. The effective use of fluorides in public health. Bull World Health Organ 83:670–676.

Juárez-López M, Hernández-Guerrero JC, Jiménez-Farfán D, Molina-Frechero N, Murrieta-Pruneda F, Lopez-Jimenez G. 2007. Fluoride Urinary Excretion in Mexico City's Preschool Children [in Spanish]. Revista de investigacion clinica; organo del Hospital de Enfermedades de la Nutricion 60:241–247.

Julvez J, Ribas-Fito N, Torrent M, Forns M, Garcia-Esteban R, Sunyer J. 2007. Maternal smoking habits and cognitive development of children at age 4 years in a population-based birth cohort. Int J Epidemiol 36(4):825–832, PMID: 17550944, https://doi.org/10.1093/ije/dym107.

Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, et al. 2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638–643, PMID: 21592505, https://doi.org/10.1016/j.jpeds.2011.03.043.

Li XS, Zhi JL, Gao RO. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28(4):189–192.

Liu F, Ma J, Zhang H, Liu P, Liu YP, Xing B, et al. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 124:1–7, PMID: 24184405, https://doi.org/10.1016/j.physbeh.2013.10.027.

Marthaler T. 1999. *Monitoring of Renal Fluoride Excretion in Community Preventive Programmes on Oral Health*. Geneva, Switzerland:World Health Organization.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int Dent J 55(2):93–99, PMID: 15880964.

McCarthy D. 1991. *Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide [in Spanish]*. Madrid, Spain:TEA Ediciones.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17(2):169–177, PMID: 7760776.

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC:NTP.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38:312–317.

Puertas R, Lopez-Espinosa MJ, Cruz F, Ramos R, Freire C, Pérez-García M, et al. 2010. Prenatal exposure to mirex impairs neurodevelopment at age of 4 years. Neurotoxicology 31(1):154–160, PMID: 19818364, https://doi.org/10.1016/j.neuro.2009.09.009.

Renteria L, Li ST, Pliskin NH. 2008. Reliability and validity of the Spanish language Wechsler Adult Intelligence Scale (3rd Edition) in a sample of American, urban, Spanish-speaking Hispanics. Clin Neuropsychol 22(3):455–470, PMID: 17853132, https://doi.org/10.1080/13854040701336428.

Secretaría-de-Salud. 1995. Norma oficial Mexicana nom-040-ssa-1-1993. *Sal yodatada y sal fluorada* [in Spanish]. México:Diario Oficial de la Federación, 12–27.

Secretaría-de-Salud. 1996. Norma oficial Mexicana nom-127-ssa1-1994. Salud ambiental. Agua para uso y consumo humano. *Límites permisibles de calidad y tratamientos a que debe someterse el agua para su potabilización* [in Spanish]. México:Diario Oficial de la Federación, 41–46.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstet Gynecol 119(2):205–207, PMID: 4823388.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 150:489–495, PMID: 27423051, https://doi.org/10.1080/13854040701336428.

Usuda K, Kono K, Shimbo Y, Fujihara M, Fujimoto K, Kawano A, et al. 2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol Trace Elem Res 119(1):27–34, PMID: 17914216, https://doi.org/10.1007/s12011-007-0044-6.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride and cognitive development in infants. Neurotoxicology 59:65–70, PMID: 28077305, https://doi.org/10.1016/j.neuro.2016.12.011.

Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 115(4):643–647, PMID: 17450237, PubMed Central PMCID: PMC1852689. https://doi.org/10.1289/ehp.9270.

Watanabe M, Kono K, Orita Y, Ydote T, Usuda K, Takahashi Y, et al. 1994. *Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine*. In: *Proceedings of the XXth Conference of the International Society for Fluoride Research, Beijing, China*. Beijing, China: Ministry of Public Health of People's Republic of China, 246–247.

Wechsler D. 1999. *Wechsler Abbreviated Scale of Intelligence*. San Antonio, TX: Psychological Corporation.

Wechsler D, Jorge M, Velaco A. 1981. *WAIS-Español: Escala de Inteligencia para Adultos: El Manual Moderno [in Spanish]*. México, DF:El Manual Moderno, S.A.

Zohouri F, Swinbank C, Maguire A, Moynihan P. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, https://doi.org/10.1111/j.1600-0528.2006.00269.x.

# Exhibit K

Environment International 121 (2018) 658–666

Contents lists available at ScienceDirect

# Environment International

journal homepage: www.elsevier.com/locate/envint



# Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City



Morteza Bashash[a,*], Maelle Marchand[a], Howard Hu[a,1], Christine Till[b], E. Angeles Martinez-Mier[c], Brisa N. Sanchez[d], Niladri Basu[e], Karen E. Peterson[d,f,g], Rivka Green[b], Lourdes Schnaas[h], Adriana Mercado-García[i], Mauricio Hernández-Avila[i], Martha María Téllez-Rojo[i]

[a] Dalla Lana School of Public Health, University of Toronto, Toronto, ON, Canada
[b] Faculty of Health - Department of Psychology, York University, ON, Canada
[c] Indiana University School of Dentistry, Indianapolis, IN, United States of America
[d] University of Michigan School of Public Health, Ann Arbor, MI, United States of America
[e] Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, QC, Canada
[f] Center for Human Growth and Development, University of Michigan, Ann Arbor, MI, United States of America
[g] Harvard W.T. Chan School of Public Health, Boston, MA, United States of America
[h] Instituto Nacional de Perinatología, Mexico City, Mexico
[i] Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

## ARTICLE INFO

Handling Editor: Yong Guan Zhu

Keywords:
Fluoride
Pregnancy
Neurobehavioral
ADHD

## ABSTRACT

*Background:* Epidemiologic and animal-based studies have raised concern over the potential impact of fluoride exposure on neurobehavioral development as manifested by lower IQ and deficits in attention. To date, no prospective epidemiologic studies have examined the effects of prenatal fluoride exposure on behavioral outcomes using fluoride biomarkers and sensitive measures of attention.

*Objective:* We aimed to examine the association between prenatal fluoride exposure and symptoms associated with attention-deficit/hyperactivity disorder (ADHD).

*Method:* 213 Mexican mother-children pairs of the Early Life Exposures to Environmental Toxicants (ELEMENT) birth cohort study had available maternal urinary samples during pregnancy and child assessments of ADHD-like behaviors at age 6–12. We measured urinary fluoride levels adjusted for creatinine (MUF$_{cr}$) in spot urine samples collected during pregnancy. The Conners' Rating Scales-Revised (CRS-R) was completed by mothers, and the Conners' Continuous Performance Test (CPT-II) was administered to the children.

*Results:* Mean MUF$_{cr}$ was 0.85 mg/L (SD = 0.33) and the Interquartile Range (IQR) was 0.46 mg/L. In multivariable adjusted models using gamma regression, a 0.5 mg/L higher MUF$_{cr}$ (approximately one IQR higher) corresponded with significantly higher scores on the CRS-R for DSM-IV Inattention (2.84 points, 95% CI: 0.84, 4.84) and DSM-IV ADHD Total Index (2.38 points, 95% CI: 0.42, 4.34), as well as the following symptom scales: Cognitive Problems and Inattention (2.54 points, 95% CI: 0.44, 4.63) and ADHD Index (2.47 points; 95% CI: 0.43, 4.50). The shape of the associations suggested a possible celling effect of the exposure. No significant associations were found with outcomes on the CPT-II or on symptom scales assessing hyperactivity.

*Conclusion:* Higher levels of fluoride exposure during pregnancy were associated with global measures of ADHD and more symptoms of inattention as measured by the CRS-R in the offspring.

*Abbreviations:* ADHD, attention-deficit hyperactivity disorder; cm³, cubic centimeters; CNS, Central Nervous System; CPT-II, Conners' Continuous Performance Test – Second Edition; CRS-R, Conners' Rating Scale – Revised; CUF$_{sg}$, specific gravity adjusted child urinary fluoride; DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; ELEMENT, Early Life Exposures in Mexico to Environmental Toxicants; EPA, U.S. Environmental Protection Agency; HOME, Home Observation for Measurement of the Environment; L, liter; mg, milligram; MUF$_{cr}$, creatinine adjusted maternal urinary fluoride; SD, Standard Deviation; SE, Standard Error

* Corresponding author at: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.
*E-mail addresses:* m.bashash@utoronto.ca (M. Bashash), howard.hu@utoronto.ca (H. Hu).
[1] Reprint requests: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.

https://doi.org/10.1016/j.envint.2018.09.017
Received 4 June 2018; Received in revised form 20 August 2018; Accepted 8 September 2018
Available online 10 October 2018
0160-4120/ © 2018 Elsevier Ltd.

M. Bashash et al.                                                                                    Environment International 121 (2018) 658–666

**Table 1** (*continued*)

| | Cohort [*] | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **Omission Errors** | 2 A | 67 | 51.76 (48.49, 55.03) | *.024* |
| | 3 Ca | 80 | 57.56 (54.25, 60.87) | |
| | 3 Placebo | 63 | 56.80 (53.89, 59.70) | |
| | Total | 210 | 55. 48 (53.62, 57.34) | |
| **Commission Errors** | 2 A | 67 | 46.99 (44.43, 49.55) | *.007* |
| | 3 Ca | 80 | 51.18 (49.17, 53.20) | |
| | 3 Placebo | 63 | 51.37 (49.59, 53.16) | |
| | Total | 210 | 49.90 (48.65, 51.15) | |
| **Hit Reaction Time** | 2 A | 67 | 49.43 (47.00, 51.86) | *.016* |
| | 3 Ca | 80 | 53.77 (51.35, 56.18) | |
| | 3 Placebo | 63 | 54.05 (51.49, 56.60) | |
| | Total | 210 | 52.46 (51.03, 53.90) | |

[*]Cohort: 2 A; ELEMENT Cohort 2A, an observational birth cohort from 1997 to 2001. 3 Ca and 3 Placebo, ELEMENT Cohort 3, a randomized double-blind placebo-controlled trial of calcium supplements from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. 1) SES, socioeconomic status; 2) MUFcr, Creatinine adjusted maternal urinary fluoride; 3) CRS-R, Conners' Rating Scale – Revised; CPT-II; 4) ADHD, Attention Deficit Hyperactivity Disorder; 5) DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; 6) CPT-II, Conners' Continuous Performance Test – Second Edition.

**Table 2**

Multivariate[a] gamma regression models of differences across CRS-R and CPT-II scores per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$).

| | β | 95% CI | | p |
|---|---|---|---|---|
| *CRS-R scores (N = 210)* | | | | |
| Cognitive Problems + Inattention | 2.54 | 0.44 | 4.63 | *.0178* |
| Restless-Impulsive | 1.92 | −0.07 | 3.91 | 0.0586 |
| Hyperactivity | 1.05 | −0.91 | 3.00 | 0.2953 |
| ADHD Index | 2.47 | 0.43 | 4.50 | *0.0175* |
| DSM-IV Inattention | 2.84 | 0.84 | 4.84 | *0.0054* |
| DSM-IV Hyperactivity-Impulsivity | 1.69 | −0.33 | 3.70 | 0.1016 |
| DSM-IV ADHD Total | 2.38 | 0.42 | 4.34 | *0.0176* |
| *CPT-II scores (N = 210)* | | | | |
| Omission Errors | 0.22 | −2.30 | 2.74 | 0.8643 |
| Commission Errors | −0.43 | −2.38 | 1.51 | 0.6641 |
| Hit Reaction Time | 1.07 | −1.19 | 3.32 | 0.3546 |

[a] Adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 - Ca, Cohort 3 - placebo and Cohort 2A).

Index. Our observed association of $MUF_{cr}$ and CRS-R seems to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

Overall, our results are consistent with the ecological study by Malin and Till (2015). Their cross-sectional study used national health surveys conducted by the Centers for Disease Control and Prevention to estimate the prevalence of ADHD and water fluoridation for each state. Their findings showed that, after controlling for household income, states in which a greater proportion of people received community water fluoridation in 1992 tended to have a greater proportion of children and adolescents who received an ADHD diagnosis in 2003, 2007, and 2011. The prevalence of ADHD increased from 7.8% in 2003 to 11% in 2011. A distinction between this U.S. study and the current study is that our study was a longitudinal birth cohort with individual biomarkers of fluoride exposure obtained during pregnancy when the developing brain is thought to be at the highest risk for fluoride neurotoxicity (Bashash et al., 2017). Moreover, the current study controlled for relevant confounders that may be associated with ADHD, including smoking, maternal education, child sex, HOME score, and exposure to other contaminants. Further, our measure for ADHD was not physician-diagnosed but rather approximated through validated questionnaires and performance-based tests. Both studies examined populations that are exposed to "optimal" levels of fluoride either through water or salt fluoridation schemes. The exposure level in the Mexico City cohort is generally lower than the populations living in endemic fluorosis areas studied in China (Choi et al., 2012) where natural levels of fluoride are often higher (> 2 mg/L) than recommended levels for North American (0.7 mg/L). The mean concentration of MUF in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women (median MUF = 0.82 mg/L) (Skeaff and Te Morenga, 2017).

Our finding of an association between $MUF_{cr}$ and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012). A possible explanation for the specific effect on inattention (Dugbartey, 1998) is that fluoride exposure is contributing to thyroid hormone insufficiency. Recent studies demonstrate that even relatively subtle changes in circulating levels of TH in pregnancy (i.e. subclinical hypothyroidism) can have adverse outcomes, including preterm birth, lowered IQ (Hollowell et al., 1999; Murphy et al., 2015; Stagnaro-Green and Rovet, 2016; Thompson et al., 2018; Yang et al., 2008) and increased risk for attention disorders (Modesto et al., 2015; Pakkila et al., 2014) (Rovet and Hepworth, 2001). Some (Swarup et al., 1998) (Swarup et al., 1998), but not all (Mcpherson et al., 2018), animal studies showed reductions in T3 and T4 levels from fluoride exposure, even at low doses. Several human studies have shown that elevated levels of fluoride in drinking water predict higher TSH and lower T3 levels (Bachinskii et al., 1985; Kheradpisheh et al., 2018; Singh et al., 2014), especially among children (Yasmin et al., 2013), as well as an increased likelihood for a diagnosis of hypothyroidism. However, further research is needed to examine how exposure to fluoride may affect thyroid function in pregnancy. Another potential mechanism through which fluoride may contribute to ADHD relates to the dopamine system. Animal studies have shown that fluoride exposure can alter the levels of dopamine (Pal and Sarkar, 2014). Dopamine is an important modulatory

M. Bashash et al.                                                                                  Environment International 121 (2018) 658–666



**Fig. 2.** Association of maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years.
Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n = 210.

neurotransmitter in planning and initiation of motor responses, activation, switching, reaction to novelty and processing of reward (Faraone et al., 2015).

The stronger association between prenatal fluoride exposure and parent-reports of attention problems may be explained by the CRS-R measuring distinct and more extensive constructs that rely on attention (e.g. new learning, ability to hold information and complete tasks, organizational skills, etc.) than those assessed by the CPT-II. Additionally, it has been shown that CPT-II performance and parent rating scales are moderately correlated at best (Gualtieri and Johnson, 2005), suggesting that these measures are assessing different constructs. Other studies examining prenatal Polychlorinated Biphenyis (PCBs) exposure and sustained attention (Vreugdenhil et al., 2004) that report using the computerized continuous performance test with children aged 4 and 11 years also fail to show an association with this measure, but do find an association using other psychometric tests of attention (e.g. digit cancellation task). Further investigation of cognitive performance on other domains, such as learning and memory, is warranted in our study cohort.

Key strengths of this study include the relatively large pregnancy cohort that has a biorepository with a capacity to capture high quality individual biomarker exposure across multiple developmental time points, longitudinal follow-up, detailed assessment of ADHD-like behaviors using both rating scales and performance based measures, as well as measurement of additional health outcomes and potential covariates using validated techniques (Thomas et al., 2016). Assessment of attention, hyperactivity, and impulsivity using multiple measures allowed us to examine different types of ADHD-like behaviors using continuous scales that are sensitive to both clinical and subclinical symptoms of ADHD. This approach minimizes the limitations of viewing ADHD as a categorical and conceptually distinct disorder.

Our study also has some limitations. The cohort was not initially designed to study fluoride exposure and so we are missing some aspects of fluoride exposure assessments (e.g., detailed assessments of diet, water, etc.) that are now underway. The urinary samples were not available for all trimesters of pregnancy for majority of the participants; in particular, for those with only one sample, we cannot rule out the possibility that some samples may reflect acute exposure. Differences in the proportion of fluoride that is excreted in the urine have been described for different age groups as well as for pregnant women. Data on the percentage of fluoride excreted for children and adults are available, which makes estimation of intake feasible. On the other hand, data for pregnant women are sparse, making estimates of intake from urinary concentration not feasible. Therefore, while urinary fluoride is a valid biomarker to identify differences in exposure levels in pregnant women, it is not possible, with the currently available data, to estimate how concentration levels relate to intake. With regards to our outcome measure, we did not have information on family history or genetic markers associated with ADHD, nor were children assessed clinically for a diagnosis of ADHD. Only parent reports were used for the CRS-R, and not teacher reports. This is a limitation to our study as previous studies have shown that there can be considerable variation between the two sources in terms of identifying ADHD-associated behaviors (Lavigne et al., 2012). Nevertheless, parents were unaware of their offspring's fluoride exposure status, removing reporting bias as a limitation. Although elevated scores on behavioral checklists like the CRS-R may be associated with a diagnosis of ADHD, the functional consequences of the symptoms must also be characterized for clinically diagnosing the disorder.

M. Bashash et al.

Environment International 121 (2018) 658–666

# 5. Conclusion

In summary, we observed a positive association between higher prenatal fluoride exposure and more behavioral symptoms of inattention, but not hyperactivity or impulse control, in a large Mexican cohort of children aged 6 to 12 years. The current findings provide further evidence suggesting neurotoxicity of early-life exposure to fluoride. Replication of these findings is warranted in other population-based studies employing biomarkers of prenatal and postnatal exposure to fluoride.

## Acknowledgements

This study was supported by U.S. NIH R01ES021446, NIH R01-ES007821, NIEHS/EPA P01ES022864, NIEHS P42-ES05947, NIEHS Center Grant P30ES017885 and the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. Dr. David Bellinger collaborated on the design and execution of this study's neurobehavioral testing. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA.Author responsibilities

All authors contributed to the final interpretation of the results and final manuscript.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envint.2018.09.017.

## References

Aafeiche, M., Peterson, K.E., Sanchez, B.N., Cantonwine, D., Lamadrid-Figueroa, H., Schnaas, L., et al., 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in México City. Environ. Health Perspect. 119, 1436–1441.
American Psychiatric Association, Force DSMT, 2013. Diagnostic and Statistical Manual of Mental Disorders: DSM-5.
ATSDR, 2010. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. (Atlanta, Georgia).
Aylward, L.L., Hays, S.M., Vezina, A., Deveau, M., St-Amand, A., Nong, A., 2015. Biomonitoring equivalents for interpretation of urinary fluoride. Regul. Toxicol. Pharmacol. 72, 158–167.
Bachinskii, P.P., Gutsalenko, O.A., Naryzhniuk, N.D., Sidora, V.D., Shliakhta, A.I., 1985. Action of the body fluorine of healthy persons and thyroidopathy patients on the function of hypophyseal-thyroid the system. Probl. Endokrinol. 31, 25–29.
Barr, D.B., Wilder, L.C., Caudill, S.P., Gonzalez, A.J., Needham, L.L., Pirkle, J.L., 2005. Urinary creatinine concentrations in the us population: implications for urinary biologic monitoring measurements. Environ. Health Perspect. 113, 192–200.
Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., et al., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect. 125, 097017.
Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. R. Stat. Soc. Ser. B Methodol. 57, 289–300.
Chang, L.-Y., Wang, M.-Y., Tsai, P.-S., 2016. Diagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis. Pediatrics 137.
Chen, J., Shan, K.R., Long, Y.G., Wang, Y.Y., Nordberg, A., Guan, Z.C., 2003. Selective decreases of nicotinic acetylcholine receptors in Pc12 cells exposed to fluoride. Toxicology 183, 235–242.
Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ. Health Perspect. 120, 1362–1368.
Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., et al., 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol. Teratol. 47, 96–101.
Conners, C., 1997. The Revised Conners' Rating Scales (Crs-R) Are the Standard Instruments for the Assessment of Attention Deficit/Hyperactivity Disorder (ADHD) in Children and Adolescents-Spanish.
Conners, C.K., 2000. Conners' Continuous Performance Test II: Computer Program for Windows Technical Guide and Software Manual. Mutli-Health Systems, North Tonwanda, NY.
Dong, Z., Wan, C., Zhang, X., Liu, J., 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. J Guiyang Med. Coll. 18.
Dugbartey, A.T., 1998. Neurocognitive aspects of hypothyroidism. Arch. Intern. Med. 158, 1413–1418.
Faraone, S.V., Asherson, P., Banaschewski, T., Biederman, J., Buitelaar, J.K., Ramos-Quiroga, J.A., et al., 2015. Attention-deficit/hyperactivity disorder. Nat. Rev. Dis.

Prim. 1, 15020.
Fuertes, E., Standl, M., Forns, J., Berdel, D., Garcia-Aymerich, J., Markevych, I., et al., 2016. Traffic-related air pollution and hyperactivity/inattention, dyslexia and dyscalculia in adolescents of the German Giniplus and Lisaplus birth cohorts. Environ. Int. 97, 85–92.
Gualtieri, C.T., Johnson, L.G., 2005. ADHD: is objective diagnosis possible? Psychiatry (Edgmont) 2, 44–53.
Hollowell Jr., J.G., Garbe, P.L., Miller, D.T., 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med. 341, 2016–2017.
Huang, S., Hu, H., Sanchez, B.N., Peterson, K.E., Ettinger, A.S., Lamadrid-Figueroa, H., et al., 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ. Health Perspect. 124, 868–874.
Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., et al., 2014. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. NeuroMolecular Med. 16, 94–105.
Juárez-López, M., Hernández-Guerrero, J.C., Jiménez-Farfán, D., Molina-Frechero, N., Murrieta-Pruneda, F., Lopez-Jimenez, G., 2007. Fluoride urinary excretion in Mexico City's preschool children. Revista De Investigacion Clinica; Organo Del Hospital De Enfermedades De La Nutricion 60, 241–247.
Kasper, L.J., Alderson, R.M., Hudec, K.L., 2012. Moderators of working memory deficits in children with attention-deficit/hyperactivity disorder (ADHD): a meta-analytic review. Clin. Psychol. Rev. 32, 605–617.
Kheradpisheh, Z., Mirzaei, M., Mahvi, A.H., Mokhtari, M., Azizi, R., Fallahzadeh, H., et al., 2018. Impact of drinking water fluoride on human thyroid hormones: a case-control study. Sci. Rep. 8, 2674.
Lanphear, B.P., 2015. The impact of toxins on the developing brain. Annu. Rev. Public Health 36, 211–230.
Lavigne, J.V., Dulcan, M.K., Lebailly, S.A., Binns, H.J., 2012. Can parent reports serve as a proxy for teacher ratings in medication management of attention-deficit hyperactivity disorder? J. Dev. Behav. Pediatr. 33, 336–342.
Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17.
Martinez-Mier, E.A., Soto-Rojas, A.E., Buckley, C.M., Zero, D.T., Margineda, J., 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int. Dent. J. 55, 93–99.
Mcpherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., et al., 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res (Epub ahead of print).
Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W., Hofman, A., Verhulst, F.C., et al., 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatr. 169, 838–845.
Mullenix, P.J., Denbesten, P.K., Schunior, A., Kernan, W.J., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177.
Murphy, N.C., Diviney, M.M., Donnelly, J.C., Cooley, S.M., Kirkham, C.H., Foran, A.M., et al., 2015. The effect of maternal subclinical hypothyroidism on Iq in 7- to 8-year-old children: a case-control study. Aust. N. Z. J. Obstet. Gynaecol. 55, 459–463.
Narayanaswamy, M., Piler, M.B., 2009. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol. Trace Elem. Res. 133, 71.
Ortiz-Luna, J.A., Acle-Tomasini, G., 2006. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol. 42, 17–21.
Pakkila, F., Mannisto, T., Pouta, A., Hartikainen, A.L., Ruokonen, A., Surcel, H.M., et al., 2014. The impact of gestational thyroid hormone concentrations on ADHD symptoms of the child. J. Clin. Endocrinol. Metab. 99, E1–E8.
Pal, S., Sarkar, C., 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Toxicol. Int. Pharmacol. 38, 684–699.
Perera, F.P., Wheelock, K., Wang, Y., Tang, D., Margolis, A.E., Badia, G., et al., 2018. Combined effects of prenatal exposure to polycyclic aromatic hydrocarbons and material hardship on child ADHD behavior problems. Environ. Res. 160, 506–513.
Petersen, P.E., Baez, R., Marthaler, T., 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. World Health Organization.
Polanczyk, G., De Lima, M.S., Horta, B.L., Biederman, J., Rohde, L.A., 2007. The world-wide prevalence of ADHD: a systematic review and metaregression analysis. Am. J. Psychiatr. 164, 942–948.
Polańska, K., Jurewicz, J., Hanke, W., 2012. Exposure to environmental and lifestyle factors and attention-deficit/hyperactivity disorder in children—a review of epidemiological studies. Int. J. Occup. Med. Environ. Health 25, 330–355.
Posthuma, D., Polderman, T.J.C., 2013. What have we learned from recent twin studies about the etiology of neurodevelopmental disorders? Curr. Opin. Neurol. 26, 111–121.
Rovet, J.F., Hepworth, S.L., 2001. Dissociating attention deficits in children with ADHD and congenital hypothyroidism using multiple CPTS. J. Child Psychol. Psychiatry 42, 1049–1056.
Sentís, A., Sunyer, J., Dalmau-Bueno, A., Andiarena, A., Ballester, F., Cirach, M., et al., 2017. Prenatal and postnatal exposure to No2 and child attentional function at 4–5 years of age. Environ. Int. 106, 170–177.
Shen, Y.-W., Taves, D.R., 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am. J. Obstet. Gynecol. 119, 205–207.
Singh, N., Verma, K.G., Verma, P., Sidhu, G.S., Sachdeva, S., 2014. A comparative study of fluoride ingestion levels, serum thyroid hormone & TSH level derangements,

Exhibit L

Page 1

1                   UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    _____

4    FOOD & WATER WATCH, INC., et al.,      )

                                            )

5    Plaintiff,                             )

                                            )

6            vs.                            )No. 3:17-cv-02162-EMC

                                            )

7    US ENVIRONMENTAL PROTECTION AGENCY,    )

     et al.,                                )

8                                           )

     Defendant.                             )

9    _____

10              Deposition Upon Oral Examination Of

11                          HOWARD HU

12   _____

13

14

15

16

17                         9:15 a.m.

18                     September 24, 2019

19                     700 Stewart Street

20                     Seattle, Washington

21

22

23

24   Job No. CS3560042

25   REPORTED BY:  Yvonne A. Gillette, CCR No. 2129.

Page 28

1    Q         Even undergraduate level?

2    A         No.

3    Q         Do you know enough about toxicology to

4    critically assess a toxicology study?

5              MR. CONNETT:  Overbroad.  Vague and

6    ambiguous.

7    A         Yes and no.  I am regularly sent toxicology

8    papers to review.  And I make it very clear I'm an

9    environmental epidemiologist with toxicology training,

10   and I feel like I can critique aspects of the study

11   design and interpretation often.  But I would not say,

12   again, that I am a card carrying expert in toxicology

13   that is fully invested with the skills to evaluate a

14   toxicology study.

15   Q         Do you feel you have enough expertise to

16   serve as a peer reviewer for a journal that is

17   considering publishing a toxicology study?

18   A         I think I just answered that question.

19   Q         What is your answer?

20   A         My answer was, I have been sent papers to

21   review that are toxicology studies, and I make it

22   clear I'm an environmental epidemiologist with

23   toxicology background.  And I will review it from that

24   perspective.

25   Q         I appreciate you clarifying.  I had

Howard Hu                                    September 24, 2019

Page 29

1    misunderstood your answer that you had sent papers to

2    review.  But you were saying you were a reviewer of

3    papers?

4    A          Yes.

5    Q          I understand.  Okay.  And with respect to

6    prenatal development, do you feel like you have an

7    expertise based on the consultation that you have done

8    with other experts in the field and the on-the-job

9    training that you have received in the field of

10   prenatal development to critically assess a study on

11   prenatal development?

12   A          Like I said, yes and no.  I don't think I

13   can -- I'm fully capable of reviewing such a study,

14   but I have a perspective that certainly journal

15   editors find quite useful.

16   Q          Have you ever conducted research regarding

17   fluoride exposure in the United States?

18   A          No.

19   Q          Have you ever been subject to disciplinary

20   action?

21   A          No.

22   Q          Have you ever been subject to an

23   investigation that could lead to an adverse action

24   being taken against you?

25   A          I don't think so.

Page 30

1    Q        It's when you say, I don't think so, is

2    that -- do you have an event in mind that you're

3    wondering what side of the line it falls on or --

4    A        There have been occasions where our research

5    was subject to Freedom of Information Act requests.  I

6    don't think that's the same thing.  It's just people

7    seeking information.

8    Q        Sure.  But you haven't been part of an

9    administrative or legal process that could result in

10   an adverse action being taken against you?

11   A        No.

12   Q        Okay.  So I want to go through -- I should

13   say too, if you want to take a break at any time, just

14   let me know.

15   A        Okay.

16   Q        And we can take a break.  And so I want to

17   go through each of the opinions that you've reached as

18   part of your research of the ELEMENT cohort.

19   A        Sure.

20   Q        And after we get a good list down, I'm going

21   to go back and ask you what the basis for your

22   opinions are.  Okay?

23   A        Okay.

24   Q        So do you have an opinion regarding the

25   neurodevelopmental effects of fluoride exposure?

Page 85

1    A        Correct.

2    Q        And Thomas 2016 considered two birth cohorts

3    within the ELEMENT project, cohort 2A and cohort 3; is

4    that correct?

5    A        Correct.

6    Q        Mothers in cohort 3 were recruited later in

7    time compared to the mothers in cohort 2A; is that

8    correct?

9    A        Correct.

10   Q        And you found -- well, Thomas 2016 found

11   that the mean levels of urinary fluoride were lower

12   before the creatinine adjustment for the mothers who

13   were recruited later in the ELEMENT study; is that

14   correct?

15   A        Correct.

16   Q        Other than the socio-demographic variables

17   that we discussed, did Thomas 2016 make any other

18   items to control for potential confounding factors in

19   its analysis of maternal urinary flouride

20   concentrations?

21   A        Talking about the Thomas paper?

22   Q        Yes, Thomas 2016.  We'll talk about the

23   others later.

24   A        Thomas didn't control for anything.  Like I

25   said, it's just looking at the relationship between

Howard Hu                                     September 24, 2019

Page 86

1    the urinary fluoride levels and these various

2    covariants.  It didn't really control for anything

3    except for dilution.

4    Q        Okay.  When you say it didn't control for

5    anything, what factor did the socio-demographic

6    variables play in the analysis?

7    A        As variables that were evaluated for their

8    potential correlation or association with the urinary

9    flouride levels.

10   Q        And Thomas 2016 did not compare its results

11   for maternal urinary flouride levels found in Canada;

12   is that correct?

13   A        Correct.

14   Q        Thomas 2016 did not compare its results for

15   maternal urinary fluoride levels found in the United

16   States; is that correct?

17   A        My recollection is that we sought such data

18   and found none.

19   Q        Okay.  So in the publication, Thomas 2016,

20   you did not compare the results of maternal urinary

21   flouride levels with those levels found in the United

22   States; is that correct?

23   A        Correct.  And, again, because we could not

24   find such data.

25   Q        A limitation of Thomas 2016 was that the

Howard Hu                                    September 24, 2019

Page 87

1    study was not initially designed to address fluoride

2    exposure; is that correct?

3    A        I think we state that.

4    Q        So is it your answer that it is a limitation

5    or that you stated it's a limitation, but you

6    disagree?

7             MR. CONNETT:  Asked and answered.

8    A        Okay.  Wait a minute.

9             MR. CONNETT:  Take a second.

10   Q        Take a second.  Look at page 494, if that's

11   helpful.

12   A        Yeah.  I'm there.  Okay.  Repeat the

13   question.

14   Q        Sure.  A limitation of Thomas 2016 was that

15   the study was not initially designed to address

16   fluoride exposure, correct?

17   A        Correct.

18   Q        A limitation of Thomas 2016 was also that

19   the study did not ascertain specific sources of

20   fluoride exposure, correct?

21   A        I think that's a limitation in understanding

22   how to interpret the results with respect to questions

23   regarding source apportionment and exposure

24   assessment, but I don't consider it a limitation with

25   regards to what we then used this data to do, which is

Page 89

1    study was not designed to ascertain specific sources

2    of fluoride exposure.

3    A          Right.

4    Q          When I read that, I thought that was -- that

5    was one of the limitations that was prefaced at the

6    beginning of this paragraph.  Maybe that's a

7    misreading.  What's your understanding of why Thomas

8    2016 noted that the study was not designed to

9    ascertain specific sources of fluoride exposure?

10   A          When you asked the question, was it a

11   limitation, there's several different ways to

12   interpret what you mean.  Is it a limitation to

13   drawing the conclusions that were reached in this

14   study?  No.  Is it a limitation because we would love

15   to have also been able to know what the sources of

16   exposure were for the urinary fluoride levels

17   measured?  Yes.

18            So as I define limitation as we did in this

19   study and in this paper, it's a limitation in the

20   sense that we would have loved to have more

21   information to understand what these urinary fluoride

22   measures mean.  But in terms of the conclusions we

23   reached in our study, they were not limitations.

24   Q          It's not affected by the source of

25   exposure --

Howard Hu                                    September 24, 2019

Page 90

1    A         No.

2    Q         -- in the population?  Would -- would it be

3    a limitation in -- if you were trying to compare the

4    results of Thomas 2016 to a different population?

5              MR. CONNETT:  Incomplete hypothetical.

6    A         Not if you were simply trying to understand

7    what the level of exposure was in general to pregnant

8    women, regardless of the source.

9    Q         Okay.  But if I were trying to compare a

10   study performed on participants in Mexico City, the

11   results of which reported mean urinary fluoride

12   concentrations during pregnancy to a study that

13   reported mean urinary fluoride concentrations in

14   pregnant women anywhere else, would knowing the source

15   of exposure in those two populations strengthen or

16   weaken my ability to compare the populations?

17             MR. CONNETT:  Incomplete hypothetical.

18   Vague and ambiguous.

19   A         It depends what you are comparing the

20   populations for.  If you were comparing them with

21   regards to impact on neurodevelopment, I think there

22   would be little reason to consider that as a

23   limitation, because maternal urinary fluoride is a

24   biomarker that integrates exposure for whatever source

25   it is.

Howard Hu                                    September 24, 2019

Page 91

1    Q          Are urinary -- are concentrations of

2    fluoride in urine impacted at all by the source of

3    exposure?

4               MR. CONNETT:  Vague and ambiguous.

5    A          Well, I mean, of course.  I mean, if you

6    have lots of fluoride in your water, the

7    concentrations would go higher.  If you have lots of

8    flouride in your salt, the concentrations will go

9    higher.  Those are basic principles of exposure

10   assessment and the interpretation of biomarkers.  So

11   perhaps I misunderstood your question.

12   Q          No.  I think you understood it perfectly.

13   If a concentration of fluoride in salt were consumed

14   ten hours before a spot urine sample, and the same

15   concentration of fluoride were consumed in water ten

16   hours before the spot urine sample, would the

17   concentrations in that spot urine sample be the same

18   or different?

19              MR. CONNETT:  Incomplete hypothetical.

20   A          I don't know the answer to that.

21   Q          Have there been any studies measuring that?

22              MR. CONNETT:  Same objection.

23   Q          In trying to answer that question.

24              MR. CONNETT:  Specifically ten hours before

25   the spot sample is taken?

1    Q          Whether -- do you understand my question?

2    A          I do.  I think what you're asking basically

3    is whether it being observation or experimental

4    studies that look at absorption rates and, you know,

5    concentrations in food or water and how that will end

6    up in terms of what's in blood.  I'm not aware of any

7    studies that could directly address that question.

8    Q          If it turned out to be the case -- we're

9    going to hypothetical land.  If it turned out to be

10   the case that urinary spot samples, the fluoride

11   concentration in urinary spot samples differed based

12   on whether the source of exposure was from salt or,

13   for example, water, would that prevent one from

14   comparing spot samples across populations where the

15   source of exposure differed?

16              MR. CONNETT:  Vague and ambiguous.

17   Incomplete hypothetical.  Overbroad.

18   A          Again, it's the whole -- the crux of the

19   response depends on what outcomes you're considering

20   with your comparison.  If the comparison relates to

21   the hypothesis that fluoride exposure may potentially

22   affect neurodevelopment, no.  If the question is, what

23   are the public health ramifications of fluoride in

24   salt versus fluoride in water, the answer is yes.

25   Q          Yes what?

Page 93

1    A          Yes.  You need to know something about the
2    absorption rates, etc. to understand how much fluoride
3    is advisable in either salt or water.  Because
4    ultimately, that will determine what your internalized
5    exposure is to fluoride, which is reflected by the
6    maternal urinary fluoride level.
7    Q          If we took outcome out of this comparison,
8    and we just wanted to compare mean urinary fluoride
9    values of pregnant women in Mexico City versus a
10   different place, and we assume for a moment -- I
11   appreciate that you're not aware of any evidence of
12   this.  We assume that the source of exposure can
13   impact the spot sample concentration, even though the
14   exposure is the same.
15   A          What?
16   Q          Let's go back with that piece of the
17   hypothetical.  Let's assume that the spot sample of
18   concentration of fluoride is different based on
19   whether the source of exposure was from food versus
20   water, but the amount in the exposure is the same.  So
21   250 parts per million in the food versus 250 parts per
22   million in the water ingested ten hours before the
23   spot sample.  Let's assume that there's evidence out
24   there suggesting that the spot sample concentration of
25   fluoride would be different in those two situations.

Howard Hu                                    September 24, 2019

Page 94

1    A        Okay.

2    Q        Let's take outcome out of it.  We just want

3    to compare spot samples in Mexico City versus spot

4    samples somewhere else.  Would you be able to compare

5    those values knowing that the source of exposure could

6    potentially affect the spot sample concentration?

7            MR. CONNETT:  Vague and ambiguous.

8    Overbroad.  Incomplete hypothetical.  Assumes facts.

9    A        For what purpose?  I mean, sure, you could

10   compare them, but depends -- I think the context of

11   your question is, are they comparable, but that's --

12   you know, it depends on what the purpose of the

13   comparison is.  If the purpose of the comparison is

14   simply to say something about, well, you know, what

15   are the average levels of exposure in Mexico versus

16   somewhere else, yeah, you can compare them.  And then

17   you can speculate why those, you know -- you know, are

18   different.  In the experimental hypothetical that you

19   just raised, same amount of fluoride in water, same

20   amount of fluoride in food, and presumably the same

21   mass of consumed water and food, and you found

22   different levels, yeah, they're comparable.  It just

23   gives you a different piece of information as a

24   conclusion, which is, gee, the fluoride in water or

25   food is more absorbable.

Page 120

1    too fast.  You're quoting our critique of their study?

2    Q        Some of the limitations of Valdez-Jimenez

3    2017 were their small sample size?

4    A        Yeah.

5    Q        Small number of covariants for control and

6    sensitivity variables and lack of correction for

7    variability in urine, correct?

8             MR. CONNETT:  Misstates the record.

9    A        Lack of adjustment for urinary dilution.

10   Q        And those are limitations in Valdez-Jimenez,

11   2017, correct?

12   A        Yes.

13   Q        Are there any limitations in that study that

14   are not listed in Bashash 2017?

15   A        Maybe, but I'd have to review the paper to

16   refresh my --

17   Q        When is the last time you read it?

18   A        At least a year ago.

19   Q        Okay.  Do you recall whether you believed

20   there were other limitations, and you don't remember

21   what they were, or you just don't recall whether there

22   are any other limitations or not without having

23   reviewed it in a while?

24   A        The latter.

25   Q        So Bashash 2017 did not attempt to

Howard Hu                                    September 24, 2019

Page 121

1    generalize its findings to Canada, correct?

2    A        No.

3    Q        And Bashash 2017 did not attempt to

4    generalize its findings to the United States, correct?

5    A        Correct.

6    Q        Bashash 2017 did not compare its results

7    with maternal urinary fluoride levels found in Canada

8    or the United States, correct?

9    A        Correct.

10   Q        A limitation of Bashash 2017 was the lack of

11   information regarding the fluoride content in the

12   water of the participants, correct?

13   A        That's a limitation only if the aim of the

14   study was to understand the sources of fluoride

15   exposure, but it was not a limitation with respect to

16   the hypotheses we tested in this paper.

17   Q        The authors of the paper state that it was a

18   limitation.  What -- do you think they drew that

19   distinction as well?

20   A        Yes.

21   Q        So why didn't it state that this was a

22   limitation with respect to how the study is used and

23   not with respect to the conclusions drawn in the

24   paper?

25   A        I think that's pretty self-evident for

Page 122

1    scientists.  But now that you mention it, it probably

2    should have stated so it's clearer.

3    Q         A limitation in Bashash 2017 was the lack of

4    information about iodine in salt, which could modify

5    associations between fluoride and cognition; is that

6    correct?

7    A         Potentially.

8    Q         So this is a limitation that could

9    potentially be to the conclusions reached in this

10   study; is that correct?

11   A         I would think not.  You know, if you -- if

12   you lack control of an effect modifier, you're not

13   likely to see a spurious association if it didn't

14   really truly occur.  What you may lack is the ability

15   to discern the subpopulation of people who are

16   particularly sensitive to the exposure of interest.

17   It's just you haven't measured the effect modifier to

18   understand that.

19   Q         Okay.  So with -- with respect to the lack

20   of information about fluoride in water, the limitation

21   was only with respect to trying to use this study to

22   identify the source of fluoride exposure, but not

23   necessarily the conclusions reached in this study?

24   A         Correct.

25   Q         But with -- with respect to iodine in salt,

C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

|  |  |
|---|---|
| FOOD & WATER WATCH, et al., | ) Civ. No. 17-CV-02162-EMC |
| | ) |
| Plaintiffs, | ) **PLAINTIFFS' OPPOSITION TO** |
| | ) **DEFENDANTS' SECOND MOTION *IN*** |
| vs. | ) ***LIMINE* TO EXCLUDE HOWARD HU** |
| | ) **AND BRUCE LANPHEAR** |
| U.S. ENVIRONMENTAL PROTECTION | ) |
| AGENCY, et al. | ) Judge: Hon. Edward M. Chen |
| | ) Date: Jan 7, 2017 (Pretrial Conference) |
| Defendants. | ) Time: 2:30 p.m. |
| | ) Courtroom: 5 - 17th Floor |
| | ) |

**INTRODUCTION**

In their second motion *in limine*, EPA argues that "the summaries and proposed testimony of Plaintiffs' experts, Dr. Howard Hu and Dr. Bruce Lanphear[,] . . . regarding the design, conduct, and findings of studies on which they were a co-author," should be excluded because their testimony "is irrelevant, needlessly cumulative, and unfairly prejudicial." Mot. at 1:2-5. EPA further argues that "certain opinion testimony from Dr. Hu and Dr. Lanphear" should be excluded because it "go[es] beyond the scope of the studies they co-authored." *Id*. at 4:19-21.  EPA's motion is meritless and, in any event, premature.

Testimony from Dr. Hu and Dr. Lanphear on the NIH-funded studies that they co-authored is highly relevant to the causation issues in this case and is in no way "needlessly cumulative" or "unfairly prejudicial."  Indeed, EPA's own epidemiologist identified their studies as not only "[a]mong the 10 epidemiological studies *most relevant to*" the causation analysis in this case, but the "*most reliable*" of those 10 studies. **Ex. 1** at 85; **Ex. 2** at 208:1-210:2.

Equally meritless is EPA's contention that "certain opinion testimony from Dr. Hu and Dr. Lanphear . . . will go beyond the scope of the studies they co-authored." Mot. at 4:19-21.  At best, EPA's criticisms of the identified testimony goes to *weight*, not admissibility—particularly for a bench trial.

Accordingly, EPA's second motion *in limine* should be denied in its entirety or, at the very least, deferred until trial.

**FACTUAL BACKGROUND**

Dr. Hu and Dr. Lanphear are exceptionally credentialed and accomplished scientists who have published extensively on the impact of environmental chemicals on children's health. *See* **Ex. 3** (Dr. Hu's CV); **Ex. 4** (Dr. Lanphear's CV); **Ex. 5** (testimony of EPA's risk assessment expert agreeing that Dr. Lanphear has published "seminal" research on lead toxicity); **Ex. 6** (testimony of EPA's senior health scientist agreeing that Dr. Lanphear has published "very reliable and important research).

Both Dr. Hu and Dr. Lanphear have received extensive funding from the National Institutes of Health to investigate the health impacts of environmental toxicants, including fluoride. Dr. Hu has co-authored three prospective studies on the impact of prenatal fluoride exposure on neurodevelopment in a birth cohort ("ELEMENT") based in Mexico City, which he helped to establish nearly 20 years ago (i.e.,

Bashash 2017, Bashash 2018, and Thomas 2018[1]).  Dr. Lanphear has co-authored two prospective studies on the impact of impact of early life (i.e., prenatal and infant) fluoride exposure on neurodevelopment in a birth cohort ("MIREC") based in Canada (i.e., Green 2019 and Till 2019). Each of the five prospective studies published by Drs. Hu and Lanphear have found significant associations between fluoride exposure and adverse neurodevelopmental effects, including reduced IQ, symptoms of ADHD, and impaired performance on the Mental Development Index.

EPA's retained epidemiologist, Dr. Ellen Chang from Exponent, conducted a systematic review of the epidemiological literature on fluoride neurotoxicity. In her expert report, Dr. Chang identified Dr. Hu's three studies and Dr. Lanphear's two studies as "[a]mong the 10 epidemiological studies *most relevant*" to an assessment of fluoridation's potential to cause neurotoxicity. **Ex. 1** at 85. When pressed at her deposition to identify which of these 10 studies are the "*most reliable*," Dr. Chang identified Dr. Hu's and Dr. Lanphear's studies. **Ex. 2** at 208:16-210:2. Thus, according to EPA's own expert, Dr. Hu and Dr. Lanphear have published the most relevant and reliable research on fluoride's neurotoxicity to date.

Both Dr. Hu and Lanphear have agreed to testify in this case as non-retained experts to explain the opinions they have formed during the course of their research in the field (i.e., independent of this litigation).

## ARGUMENT

## A.    EPA'S MOTION IS PREMATURE

Because this case will be heard and decided by the Court, not a jury, EPA's second motion *in limine* is premature. As explained in *Wright v. Watkins and Shepherd. Inc.*, No. 2:11-CV-01575-LRH-GWF, 2016 WL 10749220 (D. Nev. Jan. 19, 2016), when a case is tried as a bench trial,

> the Court will be in a better position to rule upon challenges to witnesses and evidence during the course of trial when there will be more context and a fuller understanding of the issues and evidence in the case. . . . [¶] The rationale underlying pre-trial motions in limine does not apply in a bench trial, where it is presumed the judge will disregard inadmissible evidence and rely only upon competent evidence. When ruling on motions in limine, a court is forced to determine the admissibility of evidence without the benefit of the context of trial. Moreover, because "the judge rules on this evidentiary motion, in the case of a bench trial, a threshold ruling is generally superfluous." The more prudent course in a bench trial, therefore, is to resolve evidentiary doubts in favor of admissibility.

---

[1] Thomas 2018 is an abstract that has not yet been published as a full manuscript. **Ex. 7**.

*Id.* at *3 (citations omitted); *see also United States v. Heller*, 551 F.3d 1108, 1112 (9th Cir. 2009) ("For logistical and other reasons, pretrial evidentiary motions may be appropriate in some cases. But here, once the case became a bench trial, any need for an advance ruling evaporated.").

**B.     THERE IS NO BASIS TO EXCLUDE THE TESTIMONY OF DR. HU AND DR. LANPHEAR REGARDING THEIR EPIDEMIOLOGICAL STUDIES**

**1.     Standards for Admission and Exclusion Of Evidence**

With certain exceptions, all relevant is admissible. Fed. R. Evid. 402; *United States v. Wells*, 879 F.3d 900, 925 (9th Cir. 2018). "Relevancy is a fluid concept under the Evidence Rules" and "typically presents a rather low barrier to admissibility." *Iacobucci v. Boulter*, 193 F.3d 14, 20 (1st Cir. 1999); *see also Dortch v. Fowler*, 588 F.3d 396, 400 (6th Cir. 2009) ("The standard for relevancy is 'extremely liberal' under the Federal Rules of Evidence."); *Boyd v. City and County of San Francisco*, 576 F.3d 938, 943 (9th Cir. 2009) ("Evidence may be relevant even if it is redundant or cumulative, or if it relates to undisputed facts."); *United States v. Whittington*, 455 F.3d 736, 739 (6th Cir. 2006) (evidence is relevant "if it has the slightest probative worth").

Although a court "may exclude relevant evidence," it may do so only if the "probative value [of the evidence] is *substantially outweighed* by a danger of one or more of the harms identified in Rule 403. "Because [Rule 403] allows a trial court to exclude evidence that is probative, Rule 403 is 'an extraordinary remedy which should be used sparingly.'" *Aycock v. R.J. Reynolds Tobacco Co.*, 769 F.3d 1063, 1069 (11th Cir. 2014) (quoting *United States v. King*, 713 F.2d 727, 731 (11th Cir. 1983)). "In applying Rule 403, courts must 'look at the evidence in a light most favorable to admission, maximizing its probative value and minimizing its undue prejudicial impact,'" *id.* (quoting *United States v. Alfaro-Moncada*, 607 F.3d 720, 734 (11th Cir. 2010)), with "the balance . . . struck in favor of admissibility." *Id.*

**2.     The Testimony of Dr. Hu and Dr. Lanphear Is Highly Relevant**

EPA dubiously argues that "Dr. Lanphear's and Dr. Hu's expected testimony regarding the design, conduct, and findings of their individual studies is not relevant because it is not evidence of unreasonable risk under the Toxic Substances Control Act," Mot. at 2:20-22, and because the "studies do not amount to a risk assessment," *id.* at 2:27-3:1. This argument misconstrues the standard for relevance.  "[A] piece of

evidence does not need to carry a party's evidentiary burden in order to be relevant; it simply has to advance the ball." *Dortch*, *supra*, 588 F.3d at 401; *see also United States v. Abu-Jihaad*, 630 F.3d 102, 132 (2nd Cir. 2010) ("To be relevant, evidence need not be sufficient by itself to prove a fact in issue . . . ."); *United States v. Boulware*, 384 F.3d 794, 805 n.3 (9th Cir. 2004) ("For evidence to be relevant, and thus admissible, Rule 401 does not require that it 'prove' anything. Rule 401's only requirement is that the proffered evidence have a *tendency* to prove a fact in issue . . . ." (emphasis in original)).  Thus, that the testimony of Dr. Hu and Dr. Lanphear regarding their epidemiological studies is not itself "evidence of unreasonable risk" does not mean that it is irrelevant. Likewise, that their studies "do not amount to a risk assessment" does not render their testimony irrelevant or otherwise inadmissible.

The relevance of Dr. Hu's and Dr. Lanphear's epidemiological studies, as well as their testimony, is established by Dr. Ellen Chang, EPA's own expert epidemiologist. As mentioned earlier, Dr. Chang identified the five studies by Dr. Hu and Dr. Lanphear as the most relevant and reliable studies ever done on fluoride neurotoxicity. **Ex. 1** at 85; **Ex. 2** at 208:1-210:2.

Given the assessment of EPA's own expert, there can be no doubt that the testimony of Dr. Hu and Dr. Lanphear regarding the design, conduct, and findings of their epidemiological studies is relevant, indeed *highly* relevant. That Plaintiffs' retained experts, including their risk assessment expert, have relied on these "most relevant" and "reliable" studies does not vitiate or otherwise diminish the relevance of Dr. Hu's and Dr. Lanphear's testimony. Indeed, the reliance of Plaintiffs' experts on these studies serves to *increase*, rather than decrease, the relevance of their testimony.

### 3.   The Testimony of Dr. Hu and Dr. Lanphear Will Not Be "Needlessly Cumulative" or Waste Time

EPA next argues that because "the facts of the studies . . . are already explained in detail in the published papers themselves that were reviewed and considered by the parties' retained experts," the testimony of Dr. Hu and Dr. Lanphear "will add nothing to the record" and should be excluded as "needlessly presenting cumulative evidence and wasting time." Mot. at 3:3-8. However, simply because the studies have been "reviewed and considered" by retained experts does not establish, or even suggest, that Dr. Hu's and Dr. Lanphear's testimony will be cumulative or waste time. Dr. Hu and Dr. Lanphear

were both directly involved in their respective studies and are therefore uniquely positioned, unlike the parties' retained experts, to testify from firsthand knowledge about the design, conduct, and findings of the studies.  Their testimony on these issues will be neither "needlessly cumulative" nor wasteful.  Indeed, who better to explain and discuss these highly relevant studies than persons who were directly involved in them?

Moreover, even if evidence is cumulative, that does not automatically mean it should be excluded. Relevant evidence may be excluded when, and only when, its "probative value is *substantially outweighed* by" its "*needlessly* . . . cumulative" nature.  Fed. R. Evid. 403 (emphases added); *see also United States v. Fields*, 483 F.3d 313, 356 (5th Cir. 2007) ("Rule 403 does not ban *per se* all duplicative evidence. It is not required that each piece of evidence admitted have an entirely unique theory of relevancy. Indeed, Rule 403 provides that courts should only exclude relevant evidence if the need to avoid cumulative presentation 'substantially' outweighs the probative value of the evidence."). Importantly, in determining whether to exclude evidence on the ground that it is "needlessly . . . cumulative," the court must have "an appreciation of the offering party's need for evidentiary richness and narrative integrity in presenting a case, and the mere fact that two pieces of evidence might go to the same point would not, of course, necessarily mean that only one of them might come in." *Old Chief v. United States*, 519 U.S. 172, 183 (1997).  In other words, cumulative evidence is properly admissible when it will assist the proponent in establishing the strength of his or her case.  *See Blue v. International Bhd. of Elec. Workers Local Union 159*, 676 F.3d 579, 585-86 (7th Cir. 2012) (documentary evidence admitted at trial was not "prejudicially cumulative" because it addressed point that defendant was willing to concede; plaintiff "was entitled to make her case with the evidence of her own choosing").

Accordingly, even if the testimony of Dr. Hu and Dr. Lanphear, or portions of it, could be considered nominally cumulative, EPA has not demonstrated that its probative value will be "substantially outweighed" by its cumulative presentation.  FRE 403. Based on their direct involvement in the epidemiological studies they co-authored, their testimony has significant probative value and forms a critical part of the "evidentiary richness and narrative integrity" of Plaintiffs' case, *Old Chief*, *supra*, 519 U.S. at 183, such that exclusion is unwarranted.

4.      **The Testimony of Dr. Hu and Dr. Lanphear Will Not Be Unfairly Prejudicial**

EPA argues that Dr. Hu's and Dr. Lanphear's testimony should be excluded because "any probative value . . . is substantially outweighed by the danger of unfair prejudice to EPA."  Mot. at 4:6-7. This argument is baseless. As shown, their testimony regarding the epidemiological studies they co-authored—studies that EPA's own epidemiologist has admitted are the "most relevant" and "most reliable" with respect to the causation issue in this case—is highly relevant.  EPA has not demonstrated that their testimony presents "a danger of . . . undue prejudice," FRE 403, or of "unfairly skew[ing] the Court's consideration of the overall weight of the scientific evidence," Mot. at 4:11-12, let alone a danger that "substantially outweigh[s]" the testimony's probative value.  FRE 403. "'Unfair prejudice,'" within the context of Rule 403, means "an undue tendency to suggest decision on an improper basis, commonly, though not necessarily, an emotional one."  FRE 403, Advisory Comm. Notes (1972); *accord*, *Old Chief*, *supra*, 519 U.S. at 180. No such showing has been made here by EPA, nor can it, with respect to the testimony of Dr. Hu and Dr. Lanphear.

C.      **THERE IS NO BASIS TO EXCLUDE TESTIMONY BY DR. HU AND DR. LANPHEAR ON THE GROUND THAT IT EXCEEDS THE SCOPE OF THEIR EPIDEMIOLOGICAL STUDIES.**

EPA alternatively argues that certain opinions of Dr. Hu and Dr. Lanphear should be excluded because they purportedly go beyond the scope of their published papers. This argument is, again, meritless.

First, EPA contends that the findings of Dr. Hu's studies are not generalizable to the United States because the study participants in the ELEMENT cohort were exposed to fluoridated salt, not fluoridated water, and because there is an absence of contemporary urinary fluoride data from the United States. EPA is free at trial to advance this dubious argument to attack the *weight* of Dr. Hu's testimony, but it is not a basis to exclude Dr. Hu's testimony—particularly in a bench trial. *See Volk v. United States*, 57 F. Supp. 2d 888, 896 n.5 (N.D. Cal. 1999) ("[I]t bears noting that the Daubert gatekeeping obligation is less pressing in connection with a bench trial.").

Second, EPA's motion resorts to a selective and misleading summary of the record to attack Dr. Hu's opinion. EPA cites Dr. Hu's testimony about the difficulty of using urinary fluoride levels to calculate total fluoride intake. Mot. at 5:8-10. EPA omits, however, Dr. Hu's testimony that fluoride *intake* (i.e., the

externally ingested dose) is less than important than the *systemically absorbed* dose (which is reflected by the urinary fluoride content) because it is the systemically absorbed dose that determines whether a toxic effect will occur. **Ex. 8** at 187:25-189:4. Thus, according to Dr. Hu, the similarity in urinary fluoride levels between people ingesting fluoridated salt and fluoridated water indicates that, whatever the respective intakes are, the amount being systemically absorbed is essentially the same, as evident by a comparison of the urinary fluoride data in the ELEMENT and MIREC cohorts. *Id.* at 196:6-197:18. EPA may disagree with this assessment, but this is no basis to exclude testimony damaging to the Agency's position.

Finally, EPA dubiously seeks to exclude Dr. Lanphear's medical opinion that the convergent findings of the ELEMENT and MIREC cohorts support a recommendation that pregnant women should not drink fluoridated water. While EPA may disagree with Dr. Lanphear's conclusion, it is simply incorrect to say that Dr. Lanphear offers no basis for it. Further, EPA's contention that Dr. Lanphear needs to do a full risk assessment before he can opine on risk is baseless. Dr. Lanphear is a non-retained expert and medical doctor whose opinions were formed entirely independent of this litigation. His recommendation that pregnant women not drink fluoridated water (which is shared by the *JAMA Pediatri*cs editor who published Dr. Lanphear's prenatal study) is the kind of practical, informed opinion that doctors have to make in the real world to navigate the intersection between science and clinical practice. This kind of "real world" assessment by a medical doctor actually involved in the study of fluoride neurotoxicity is a relevant metric for the Court to consider when determining whether fluoridation chemicals pose an unreasonable risk.

## CONCLUSION

For the foregoing reasons, EPA's motion should be denied in its entirety, or, at the very least, should be deferred until trial.

December 19, 2019                          Respectfully submitted,


                                           */s/ Michael Connett*
                                           MICHAEL CONNETT
                                           Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 19th day of December, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

_/s/ Michael Connett_
MICHAEL CONNETT

INTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION IN LIMINE
RE: HOWARD HU & BRUCE LANPHEAR

# Exhibit 1



**Rebuttal Report of**
**Ellen T. Chang, Sc.D.**

*In the matter of*

**Food & Water Watch,** *et al.*
**v.**
**U.S. Environmental Protection**
**Agency,** *et al.*

**DJ # 90-5-1-4-21106**

Ellen T. Chang, Sc.D.
August 1, 2019

duration of time), and 2 children from another village who drank from a water source with a fluoride level below 0.5 mg/L (Lu et al. 2019). Serotonin levels were highest in the high-fluoride group, statistically significantly lower in the bottled-water group, and lowest in the low-fluoride group. However, the small size of the comparison groups, the lack of individual-level fluoride exposure metrics, the unclear relevance of serum serotonin levels to neurobehavioral outcomes, and the absence of adjustment for any confounders in this study severely limit any causal inference based on these findings.

Other than these two study populations, and one that described a cooking stove upgrade and health education program to reduce inhalation exposure to fluoride from coal burning (Wei et al. 2014) (not relevant to this matter), I did not identify any experimental or quasi-experimental evidence in humans that was relevant to address this causal hypothesis.

## Analogy

Analogies can be drawn to other naturally occurring elements, especially certain metals, that are or may potentially be linked to developmental neurotoxicity; however, many other elements are not. On balance, such comparisons do not appreciably affect an evaluation of the potential causality of exposure to artificially fluoridated drinking water on neurodevelopmental outcomes.

## Summary of Causal Evaluation

Plaintiffs' experts did not conduct a causal analysis of the weight of scientific evidence regarding a potential effect of fluoride exposure on human neurodevelopmental outcomes. By contrast and in response to Plaintiffs' experts, I conducted a causal analysis taking into consideration of all of the currently available epidemiological literature according to the Hill guidelines (1965). Based on this analysis, I conclude that the weight of scientific evidence does not establish a causal developmental neurotoxic effect of exposure to fluoride, especially at levels typical of artificial community drinking water fluoridation in the U.S. Among the 10 epidemiological studies most relevant to this assessment (Shannon et al. 1986, Morgan et al. 1998, Spittle et al. 1998, Broadbent et al. 2015, Barberio et al. 2017, Bashash et al. 2017, Bashash et al. 2018, Thomas et al. 2018, Green et al. in press, Till et al. in review), anticipated or measured levels of fluoride in drinking water were at or below 1.38 mg/L.

Especially before 2017, the relevant epidemiological evidence consistently demonstrated no significant association between low-level fluoride exposure and neurodevelopmental outcomes, including IQ and behavior problems (Shannon et al. 1986, Morgan et al. 1998, Spittle et al. 1998, Broadbent et al. 2015). After 2017, the relevant studies yielded mixed findings, including some significant and some non-significant associations with lower IQ, inattention/ADHD, and

# Exhibit 2

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

**ELLEN CHANG**

August 29, 2019



888-779-9974

1    And you have the summary of your causal

2  evaluation there, right?

3     A.   Yes.

4     Q.   And the last sentence of the first

5  paragraph you say -- you talked about the ten

6  epidemiological studies most relevant to your

7  assessment, right?

8     A.   Yes.

9     Q.   And those are the same ten studies we were

10  looking at before, right?

11     A.   That's correct.

12     Q.   Okay.  Now, you understand there's a

13  difference between the relevance of a study and the

14  reliability of a study.

15     A.   I do.

16     Q.   Okay.  So of these ten most relevant

17  studies, which do you find to be the most reliable

18  studies from a methodological standpoint?

19     A.   I think they are all more reliable, for

20  example, than the ecological cross-sectional studies

21  from nonwestern populations.  Just methodologically

22  even, they are better.

23     Q.   Uh-huh.

24     A.   Among these ten, I would say that the

25  prospective cohort studies are, in general, more

1    rigorous in design than those that are not.

2            And then among the prospective cohort

3    studies, I would say that those that adjusted for

4    multiple confounders and had individual level

5    measures of exposure, are relatively better than

6    those that lack those elements.

7        Q.    Okay.  So of the ten studies, which study

8    do you -- which single -- do you have -- which

9    single study do you find to be the most rigorous

10   from a methodological standpoint?

11       A.    Of these ten, I think that the methods are

12   quite comparable among the Bashash studies --

13       Q.    Uh-huh.

14       A.    -- the Green and Till studies.

15            So Thomas is, I believe an abstract, but

16   it's -- it's a -- it's related to the Bashash

17   studies.

18       Q.    Uh-huh.

19       A.    Yeah.  Those are the -- the ones.  So Bash-

20   -- the -- the last five that are listed, those are

21   the Bashash, et al., 2017 and '18.  The Thomas,

22   et al., study under the reasonable assumption that

23   the methods described in that abstract are the same

24   as used in the full-length papers.  And then the

25   Green, et al., and the Till, et al., studies, I

1    think, are relatively more rigorous than the other

2    five.

3        Q.   Okay.  By the way, did you find any

4    epidemiological study that supports the safety of

5    prenatal fluoride exposure?  And by that I mean, did

6    you, in your systematic review, find any

7    epidemiological study that investigated prenatal

8    fluoride exposure and found no significant effect

9    with neurodevelopmental outcomes?

10       A.   It depends on the subgroup and the outcome

11   that you're talking about.  I wouldn't say that a --

12   to jump from a statistically null finding to the

13   conclusion that it supports the safety of a given

14   exposure, I think is too much of a leap for an

15   epidemiologic study.

16            But there are studies that found no

17   significant association between some prenatal

18   measure of exposure to fluoride and some

19   neurodevelopmental outcome.

20       Q.   And you're talking about within a single

21   study, some of the analyses didn't find significant

22   effects on neurodevelopment, right?

23       A.   I would say they didn't find significant --

24   statistically significant associations with certain

25   neurodevelopmental outcomes.

# **Exhibit 3**

1

CURRICULUM VITAE              Date Prepared: May, 2019

NAME:                        Howard Hu
HOME ADDRESS:                12544  42nd Avenue NE, Seattle, WA; 98125, USA
DATE OF BIRTH:               June 12, 1956

PRIMARY AFFILIATION:     School of Public Health, University of Washington
SECONDARY AFFILIATION:   School of Public Health, University of Michigan

CONTACT:                     Howard Hu, M.D, M.P.H., Sc.D.
                             Email: hhu5@uw.edu
LINKS:               https://deohs.washington.edu/faculty/hu_howard
                     https://www.linkedin.com/in/howard-hu-059703a/?trk=public-profile-join-page

TABLE OF CONTENTS

| SUBJECT | PAGE |
| --- | --- |
| EDUCATION | 2 |
| POSTDOCTORAL TRAINING | 2 |
| CERTIFICATION AND LICENSURE | 2 |
| ACADEMIC APPOINTMENTS | 2 |
| ADMINISTRATIVE APPOINTMENTS | 3 |
| CLINICAL APPOINTMENTS | 4 |
| OTHER ACADEMIC POSITION/VISITING APPOINTMENTS | 4 |
| MAJOR RESEARCH INTERESTS | 5 |
| GRANTS | 5 |
| HONORS AND AWARDS | 9 |
| MEMBERSHIPS | 10 |
| EDITORIAL POSITIONS AND BOARDS | 10 |
| PEER REVIEW SERVICE | 11 |
| TEACHING | 11 |
| COMMITEE, ORGANIZATIONAL, VOLUNTEER SERVICE | 17 |
| OTHER PUBLIC SERVICE | 22 |
| CONSULTING POSITIONS | 22 |
| VISITING PROFESSORSHIPS | 23 |
| SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS | 23 |
| BIBLIOGRAPHY | 31 |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2

EDUCATION:

| | | | |
|---|---|---|---|
| 9/1973-6/1976 | Biology | B.Sc. | Brown University |
| 9/1977-6/1982 | Medicine | M.D. | Albert Einstein College of Medicine |
| 9/1979-6/1980 (degree in 6/1982*) | | M.P.H. (Occ Hlth) | Harvard School of Public Health |
| 9/1985-6/1986 | Epidemiology | M.S. | Harvard School of Public Health |
| 7/1986-6/1990 | Epidemiology | Sc.D. | Harvard School of Public Health |

* Awarding of the Harvard M.P.H. to medical students is delayed until the M.D. degree is conferred

POSTDOCTORAL TRAINING:

Research Fellowships

7/1987-6/1988 Occupational Health Research Fellow, Dept. of Environmental Health
Harvard School of Public Health

Internship and Residencies

| | | |
|---|---|---|
| 7/1982-6/1983 | Intern in Medicine | Boston City Hospital |
| 7/1983-6/1984 | Junior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1984-6/1985 | Senior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1985-6/1987 | Resident, Occupational Medicine | Harvard School of Public Health |

CERTIFICATION AND LICENSURE:

| | |
|---|---|
| 1984 | Massachusetts Medical License Registration |
| 1985 | American Board of Internal Medicine, Diplomate |
| 1987 | American Board of Preventive Medicine, Diplomate (Occupational Medicine) |
| 2006 | Michigan Medical License Registration |
| 2013 | College of Physicians & Surgeons of Ontario |
| 2018 | Washington State Medical License Registration |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 9/1988-6/1992 | Instructor in Medicine |
| | Department of Medicine, Harvard Medical School |
| 9/1988-6/2006 | Associate Physician (Clinical and Research), Channing Laboratory, |
| | Department of Medicine, Brigham & Women's Hospital |
| 9/1990-6/1994 | Assistant Professor of Occupational Medicine |
| | Department of Environmental Health, Harvard School of Public Health |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 7/1992-6/1997 | Assistant Professor of Medicine |
| | Department of Medicine, Harvard Medical School |
| 7/1994-6/2002 | Associate Professor of Occupational Medicine |
| | Department of Environmental Health, Harvard School of Public Health |
| 7/1997-8/2006 | Associate Professor of Medicine |
| | Department of Medicine, Harvard Medical School |
| 7/2002-8/2006 | Professor of Occupational and Environmental Medicine (tenured) |
| | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Chair and Professor of Environmental Health Sciences (tenured), Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 9/2006-8/2009 | Adjunct Professor of Occupational and Environmental Medicine |
| | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Research Associate Physician, Channing Laboratory, Department of Medicine, Brigham & Women's Hospital |
| 5/2007-2012 | Professor of Epidemiology, University of Michigan School of Public Health |
| 5/2007-2012 | Professor of Internal Medicine, University of Michigan Medical School |
| 1/2009-2012 | NSF International Endowed Department Chair, University of Michigan School of Public Health, Department of Environmental Health Sciences |
| 7/2012-2018 | Professor of Environmental Health, Epidemiology and Global Health (tenured) Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada (on sabbatical/administrative leave, 2017-2018) |
| 7/2012-2018 | Professor, School of Medicine, University of Toronto, Toronto, Ontario, Canada |
| 7/2012- | Adjunct Professor, Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 7/2012-2013 | Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada |
| 7/2013-6/2017 | Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada |
| 7/2017- | Affiliate Professor (started as Visiting Scholar until December, 2017), Department of Occupational and Environmental Health Sciences, University of Washington School of Public Health, Seattle, WA |

ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 7/1991-6/2006 | (Founding) Director, Metals Epidemiology Research Group, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Environmental Health, Harvard School of Public Health |
| 7/1992-6/1995 | Director, Commission to Investigate the Health and Environmental Effects of Nuclear Weapons Production, International Physicians for the Prevention of Nuclear War |
| 7/1996-6/2006 | Director, Residency Program in Occupational and Environmental Medicine, Harvard School of Public Health |
| 7/1996-8/2006 | Director, Occupational and Environmental Medicine Core, National Institute for Occupational Safety and Health Educational Resource Center at the Harvard School of |

CV: Howard Hu, M.D., M.P.H., Sc.D.

4

Public Health

7/1998-6/2004 (Founding) Medical Editor, Environmental Health Perspectives (official journal of NIEHS)

7/2000-8/2006 Associate Director, the Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health

7/2004-6/2009 (Founding) Principal Investigator and Director, Harvard Center for Children's Environmental Health and Disease Prevention Research (co-PI and co-Director after 9/1/08)

9/2006-6/2012 Chair, Department of Environmental Health Sciences, University of Michigan School of Public Health

9/2006-2012   Director, Occupational Epidemiology Core, NIOSH Education and Research Center, University of Michigan

9/2006-2012   Co-Director, Michigan-Harvard/Harvard-Michigan Metals Epidemiology Research Group

7/2009-2011 Director, NIA T32 Training Grant in Aging and Public Health, University of Michigan School of Public Health

1/2010-2012 Chair, Faculty Steering Committee on Global Health, University of Michigan School of Public Health

4/2011-2012 (Founding PI) and Director, University of Michigan NIEHS P30 Core Center.

7/2012-2013 Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada

7/2013-6/2017 Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada

CLINICAL APPOINTMENTS:

7/1985-6/1987 Attending Physician, Emergency Department, Whidden Memorial Hospital

7/1985-6/1988 Assistant Visiting Physician, Department of Medicine, Boston City Hospital

1/1985-6/2006 Consultant in Occupational and Environmental Medicine, Center for Occupational and Environmental Medicine, Northeast Specialty Hospital (formerly known as the Olympus Specialty Hospital, the Massachusetts Respiratory Hospital, and Norfolk County Hospital).

3/1987-9/1987 Attending Physician, Occupational Health Program, University Hospital/Boston University Medical Center

7/1988-9/2006 Associate Physician, Brigham and Women's Hospital

7/1990-6/1995 Occupational/Environmental Medicine Consultant, Brigham and Women's Hospital Employee Health Services

7/2007-2012 Associate Physician, Division of General Medicine, Department of Medicine, University of Michigan Health System

1/2019-present Staff Physician, RotaClinic-Lake City, Seattle, WA

OTHER ACADEMIC POSITIONS and MAJOR VISITING APPOINTMENTS:

CV: Howard Hu, M.D., M.P.H., Sc.D.

| 7/1987-6/1990 | Visiting Physician, South Cove Health Center, Boston (Chinatown) |
|---|---|
| 7/1996-8/2006 | Associate, Center for Health and the Global Environment, Harvard Medical School |
| 2/1997 | Alice Hamilton Visiting Professor, Division of Occupational and Environmental Medicine, Department of Medicine, University of California at San Francisco |
| 11/2000- | Visiting Scientist, Sri Ramachandra Medical College and Research Institute |
| 7/2010- | Senior Consultant, Tianjin Centers for Disease Control and Prevention, Tianjin, China |
| 10/2012- | Visiting Professor, Shanghai Key Laboratory of Children's Environmental Health, Xinhua Hospital, Shanghai Jiao-Tung University, China |
| 7/2013-6/2016 | Visiting Professor, Shanghai Jiao Tong School of Medicine, China |
| 5/2015- | Affiliate Scientist to the Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, Canada |

MAJOR RESEARCH INTERESTS:

1. Environmental and molecular epidemiologic research related to heavy metals, potential endocrine disruptors, other neurotoxicants, carcinogens, etc.
2. Gene-environment interactions; epigenetic dysregulation
3. Fetal/early life exposures and long-term effects
4. Aging-environment interactions
5. Environmental health, health inequities and health disparities, human rights
6. Health and the global environment
7. "Big Data" for population health
8. Environmental sensitivities/Multiple chemical sensitivities

GRANTS (as PI, Co-PI, or primary mentor only):

Past Funding:

| 1980 (summer) | Montefiore Hospital, Bronx NY, PI; $2,000 (approx) A study of rural and occupational health in Tulua, Colombia, South America |
|---|---|
| 1982 (summer) | Albert Einstein College of Medicine, PI; $3,000 (approx) A study of occupational/environmental health in Shanghai, China |
| 7/1987-6/1989 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 The Long-term Renal and Neurologic Effects of Childhood Plumbism |
| 7/1989-6/1990 | NIEHS subcontract 7083-1, PI; $50,000 (approx) The Use of X-Ray Fluorescence to Measure Lead Burden and Childhood Lead Exposure |
| 7/1990-6/1992 | Agency for Toxic Substances and Disease Registry, PI; $150,000 (approx) "Clinical Environmental/ Occupational Medicine Research Fellowship Award", |
| 7/1990-6/1991 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 The Metabolic Effects of Pregnancy and Lactation on Lead Burden |

CV: Howard Hu, M.D., M.P.H., Sc.D.

7/1990-6/1991 Harvard School of Public Health Basic, PI
Research Support Grant; $10,000
K-X-Ray Fluorescence Measured Lead Burden

10/1991-11/1991  NIOSH Special Grants, PI; $50,000 (approx)
The Carpenters Lead Project

4/1991-3/1996 NIEHS/R01, PI; $2,200,000 (approx)
The Epidemiology of Lead, Diet and Blood Pressure

7/1991-6/1996 NIEHS/R01 supplement, PI; $240,000 (approx)
The Epidemiology of Lead, Diet and Blood
Pressure--Research Supplement for Minority Investigator

7/1992-6/1995 NIEHS/R01 (Office of Research on Women), PI; $200,000 (approx)
Lead and Hypertension in Women

7/1993-6/1996 NIEHS/subcontract, PI; $150,000 (approx)
Exposure to Neurotoxins as Risk Factors for Amyotrophic Lateral Sclerosis

7/1995-6/1998 State of Washington, Department of Labor, PI; $350,000 (approx)
SPECT Imaging of the Brain in Patients with Multiple Chemical Sensitivity
Syndrome and Controls

7/1996-6/1997 NIEHS Center Grant ES00002 Pilot Project, PI; $15,000
Electrocardiographic abnormalities in association with low-level lead exposure
among middle-aged to elderly men: the Normative Aging Study

4/1995-3/2000 NIEHS Project PI (Program Project PI: Richard Monson); $1,800,000 (approx)
Lead Exposure, Accumulation in Bone, and Reproductive Toxicity Among Men and
Women In Mexico

4/1995-3/2000 NIEHS Project PI (Program Project PI: Richard Monson); $1,900,000 (approx)
Lead Exposure, Accumulation in Bone, and Cognitive Toxicity Among Elderly Men
and Women

6/1997-5/2002 NIEHS/R01 ES05257 PI; $2,312,274
Lead Biomarkers, Aging, and Chronic Disease

7/1997-6/1999 NIEHS Center Grant ES00002 Pilot Project, PI; $10,000
The effect of genetic polymorphisms of metallothionein-IIA on mRNA levels in
middle-aged to elderly men: the Normative Aging Study

7/1998-6/2003 NIEHS/R01 PI (with no-cost extension; 5R01ES007821); $2,291,833
Lead Dose Biomarkers, Reproduction, and Infant Outcomes

7/1999-6/2000 NIEHS Center Grant ES00002 Pilot Project, co-PI; $14,000
Magnetic Resonance Spectroscopy in the Evaluation of Lead Neurotoxicity: the
Normative Aging Study

7/2000-6/2001 MAVERIC (Massachusetts Area Veterans Epidemiology Resource and Institute
Center) Pilot Project PI (with Dr. Robert Wright, co-PI); $10,000
The Use of Magnetic Resonance Spectroscopy in Lead Poisoning

7/2000-6/2001 NIOSH Center Grant Pilot Project, PI (with Dr. Robert Wright, co-PI); $12,000
Interaction between ApoE Genotype and Lead Exposure in the Development of
Cognitive Impairment

7/2002-6/2004 The Rasmussen Foundation/Health Care Without Harm; $50,000

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| | Medical Use of Phthalate Containing Products in the Neonatal Intensive Care Unit and Biomarkers of Neonatal Phthalate Metabolites |
| 7/2002-6/2003 | NIEHS Center Grant Pilot Project, PI; $8,000 |
| | Vitamin D Receptor Gene and Bone Lead in Reproduction |
| 3/2004-2/2005 | The Critelli Family Foundation; $10,000 |
| | Review of Environmental Cadmium Exposure and Toxicity |
| 4/2000-3/2007 | NIEHS Project Leader (Program Project PI: Richard Monson; 5P01ES05947); $2,472,677; Controlled Trial in Pregnancy of Dietary Supplements for the Suppression of Bone Resorption and Mobilization of Lead into Plasma (no cost extension) |
| 4/2000-3/2007 | NIEHS Project co-Leader (Program Project PI: Richard Monson; 5P01ES05947); $1,210,000 (approx); A Community-Based Study of Lead Exposure Pathways, Biomarkers of Dose, Health Effects, and Phytoremediation Strategies at the Tar Creek Superfund Site (no cst extension) |
| 4/2002-9/2007 | NIEHS/R01 PI (5R01ES010798); $3,011,295 |
| | Gene-Metal Interactions and Parkinson's Disease |
| 10/2003-9/2007 | NCMHI/P20 Project Leader (MD000501-01; Hughes Harris, PI); $828,781(Project) "FAMU and Harvard Center for Health and Health Care Disparities" |
| 8/2003-7/2008 | NIEHS/R01 PI (2R01ES05257-11A2); $3,357,424 (bécame co-PI in 2007 after move to University of Michigan) |
| | Lead-Gene Interactions and Cognition |
| 6/2004-3/2009 | NIEHS/P01 PI (5 P01ES012874-01); $6,662,670 (became co-PI in 2006 after move to University of Michigan) |
| | Metals Mixtures and Children's Health (Center for Children's Environmental Health and Disease Prevention Research) |
| 7/2002-12/2009 | NIH/R03 PI  (1R03TW005914; no cost ext through 2008); $192,000 (approx) |
| | Lead, Genes, and Cognition in Children in Chennai, India |
| 9/2006-7/2011 | NIEHS/R01 PI (R01ES0007821); $3,116,831 |
| | Fetal Origins of Neurobehavior: Lead and Cholesterol Metabolism Interactions |
| 7/2006-6/2011 | NIEHS/R01 co-PI (R01ES013744; PI Wright), $3,200,000 |
| | Stress, Lead, Iron Deficiency and Neurodevelopment |
| 7/2006-6/2011 | NIEHS/R01 co-PI (RO1ES014930; PI Wright), $2,800,000 |
| | Metal Mixtures and Neurodevelopment |
| 2/2008-2/2010 | Michigan Institute for Clinical and Health Research (MICHR; home of the UM CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension) |
| | Epigenetics of Early Life Events and Environmental Toxicants |
| 4/2009-4/2010 | Michigan Alzheimer's Disease Research Center Pilot Project PI, $25,000 |
| | Environment, Epigenetics and Alzheimer's Disease (no cost extension) |
| 12/2009-12/2010 | University of Michigan Center for Global Health Pilot Project PI, $25,000 |
| | Climate Variability and Impacts on Mortality and Morbidity in Chennai, India: A Pilot Project Stemming from the 2009 U.S.-India Workshop on Climate Change and Public Health, Goa India (no cost extension) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    8

9/2009-9/2010 Michigan Institute for Clinical and Health Research (MICHR; home of the UM
      CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension)
      Epigenetics and Epigenomics in the Etiology of Alzheimer Disease
  7/2008-6/2011 NIA/T32  PI (T32AG027708); $450,000
      Interdisciplinary Training Program in Aging and Public Health
4/2010-3/2015 NIEHS P42 Superfund Co-Inv, Project 2, Co-investigator (P42ES017198; PI:
      Alshawabkeh, Project 2 Leader: Meeker) Puerto Rico Testsite For Exploring
      Contaminant Threats, $12,000,000
4/1/2011-6/2015 NIEHS Core Environmental Health Sciences Center, Founding PI and Director
      (until 2012; now consultant; P30 ES017885), $ 4,620,100;
      "Lifestage Exposures and Adult Disease"
4/2010-3/2014 NIEHS/EPA P20 Co-PI and Clin Health Specialist (P20 ES018171; PI Peterson)
      Formative Children's Environmental Health and Disease Prevention Center,
      $1,959,960; "Perinatal Exposures, Epigenetics, Child Obesity & Sexual Maturation"
7/1/2013-6/30/2014  CIHR, Canadian Institute for Health Services and Policy Research; Planning
      Grants-Priority Announcement:Partnerships for Health System Improvement; PI, $24,992
      "The Surviving Opioid Overdose with Naloxone (SOON) Project and Roundtable"
07/1/11-06/30/16  NIEHS K01 ES019909   (co-mentor; PI: Somers)
      "Immune dysfunction associated with early life heavy metal exposure"
4/1/12-3/30/17       NIEHS R01ES013744 (consultant; PI: Wright; Mt Sinai School of Medicine)
      "Stress-Lead Interactions and Child Development"
7/1/2012-7/1/2017 European Commission (EC), Funded under FP7-Health, Project 304925, co-
      Investigator; PI, epidemiologic studies, $6,000,000 E
      "A novel micronutrient-based strategy to prevent hearing impairments: test and road to
      market for age-related hearing loss and preservation of residual hearing"

Current Funding

6/1/2012-7/1/2019 1R01ES021446-01, PI, $4,140,000 (parent + supplement awards);
      "Prenatal and Childhood Exposure to Fluoride and Neurodevelopment"
5/15/2015-5/15/2019  Health Canada; PI, $200,000 (Phase 1); $1,400,000 (proposed Phase 2)
      "A Community-based First Nation Study of Cancer and the Environment in Northern
      Ontario"
4/1/13-3/31/23 NIEHS/EPA P01ES022844 (co-inv; PI: Peterson at the University of Michigan)
      "Lifecourse Exposures & Diet: Epigenetics, Maturation & Metabolic Syndrome."
7/1/16-6/30/21       CIHR (co-PI; Director; PI: Jeffrey Brook at the Dalla Lana School of Public
      Health) $4,700,000 CNDN
      "CANadian Urban Environmental (CANUE) Health Research Consortium"
9/1/16-8/31/21 NIH 5R01ES026033-02, (consultant; PI: Arora at Mt. Sinai School of Medicine)
      $648,000  "Novel Biomarker to Identify Critical Windows of Susceptibility to Metal
      Mixture"

CV: Howard Hu, M.D., M.P.H., Sc.D.

Applications Under Review

Wellcome Trust, co-investigator (PI: P Landrigan)
        "Quantifying the Cognitive and Economic Benefits of Reducing Air Pollution to Achieve
        Climate Change Mitigation"

Competitive Renewal Application In Progress

R01ES021446-01, PI, $4,140,000
        A Prospective Study of Early Life Exposure to Fluoride, Thyroid Function, and
        Neurobehavioral Outcomes

Amended Application In Progress

R01ES007821-11, PI, $4,800,000;
        Early Life Toxicants and Cardiovascular Outcomes" (priority score 27 by CASE
        Study section; 25th percentile)

New Application in Progress

Wellcome Trust, xxx, multiple-PI
        Addressing Two Critical Gaps in Understanding the Impacts of Lead Exposure on the
        Global Burden of Disease: (a) Impacts on Cardiovascular Disease; (b) Exposures and
        Sources in Low and Middle-Income Countries


HONORS AND AWARDS:

| | |
|---|---|
| 1978-1982 | National Health Service Corps Scholarship |
| 1985-1988 | National Research Service Award |
| 1990-1992 | Agency for Toxic Substances and Disease Registry Clinical Environmental Medicine Award |
| 1994 | Will Solimene Award of Excellence, American Medical Writers Association, for: Chivian E, McCally M, Hu H, Haines H, eds. *Critical Condition: Human Health and the Environment*. Cambridge: The MIT Press, 1993. |
| 1997 | Alice Hamilton Lecturer, University of California at San Francisco |
| 1998 | First Prize for Best Infant Nutrition Research, Instituto Danone, Mexico (for González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H. "Decrease in birth weight in relation to maternal bone lead burden." Published in *Pediatrics*) |
| 1999 | National Institute for Environmental Health Sciences "Progress and Achievement of the |

CV: Howard Hu, M.D., M.P.H., Sc.D.

|      | Year Award", 1998-1999 |
|------|---|
| 1999 | True Memorial Lecturer, Maine Medical Center, Portland ME. |
| 2000-2001 | Faculty Sabbatical Award, Harvard School of Public Health |
| 2000-2001 | Senior Fulbright Scholar in India |
| 2001 | Hoopes Prize, Faculty Mentorship (for Senior Thesis of Charles Lin, "More than Black and White: Lead Poisoning as an Environmental Justice Issue in Boston") |
| 2003 | Best Paper in Preventive Medicine by a Medical Student (for Senior Thesis of Vanitha Janakiraman; Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M.  A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy.  Am J Prev Med 2003;24:260-4.). American College of Preventive Medicine, Ulrich and Ruth Frank Foundation for International Health. |
| 2004 | Das Travel Grant Award, The South Asia Initiative, Harvard University (for Travel in India) |
| 2005 | Adolph G. Kammer Merit in Authorship Award, the American College of Occupational and Environmental Medicine (for Rhodes D, Spiro A, Aro A, Hu H "Relationship of Bone and Blood Lead Levels to Psychiatric Symptoms: The Normative Aging Study", Published in the *Journal of Occupational and Environmental Medicine*) |
| 2006 | Teacher of the Year Award, Occupational/Environmental Medicine Residents, Harvard School of Public Health |
| 2006 | Harriett Hardy Award, the New England College of Occupational and Environmental Medicine |
| 2009 | Linus Pauling Award for Lifetime Achievements, American College for the Advancement of Medicine |
| 2011 | Award for Excellence, American Public Health Association |
| 2015 | John R. Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology |
| 2016 | Election to Fellowship, Canadian Academy of Health Sciences |

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

Memberships

| 1981- | American Public Health Association (APHA) |
|-------|---|
| 1982-2006 | Massachusetts Coalition for Occupational Safety and Health |
| 1983-1989 | American College of Physicians |
| 1985- | Physicians for Social Responsibility |
| 1987- | Physicians for Human Rights |
| 1990- | International Society for Environmental Epidemiology (ISEE) |
| 1990-2000 | American Association for the Advancement of Science |
| 1990-2006 | Association of Occupational and Environmental Clinics (AOEC) |
| 1991- | International Physicians for the Prevention of Nuclear War (IPPNW) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

1994-1996 Society for Occupational and Environmental Health (SOEH)
2000-2012 American College of Occupational and Environmental Medicine (ACOEM)
2009-2012 Society of Toxicology
2012-      Canadian Public Health Association (CPHA)

 Committee Assignments

1981-1982 Program Committee, Occupational Safety and Health Section, APHA
1987-1988 Program Committee, Asian-American Caucus, APHA
1992-1998 Membership Committee, ISEE
1995-1998 Quality Assurance Committee, AOEC
1997-1998 Program Committee, 1998 Superfund Basic Research Program, Annual National Meeting
2001-2006 Program Committee, New England College of Occupational and Environmental Medicine
            Annual Meetings


EDITORIAL POSITIONS AND BOARDS:

1977-1982 Einstein Community Health Newsletter
1988-1992 Bookreview Co-Editor, Section on Occupational Safety and Health, Am Public Health
            Assoc.
1993-      Journal of Health and Human Rights
1998-      Environmental Health Perspectives (Founding Medical Editor, 1998-2004; Associated
            Editor, 2004- )
2004-      American Journal of Industrial Medicine
2007-2009 Faculty of 1000 Medicine
2017-      Current Environmental Health Reports
2017-      Faculty of 1000 Medicine


PEER REVIEW SERVICE

American Journal of Epidemiology
American Journal of Industrial Medicine
Archives of Environmental and Occupational Health
Biomed Central
Circulation
Environmental Health
Environmental Health Perspectives
Environment International
Environmental Research
Epidemiology

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                12

Indian Journal of Medical Research
Journal of Health and Human Rights
Journal of the American Medical Association
Kidney International
Lancet
New England Journal of Medicine
Pediatrics
PLOS One
Science of the Total Environment


TEACHING:

1. LOCAL CONTRIBUTIONS (at the Harvard School of Public Health, 1985-2006)

| | |
|---|---|
| 1985- | "Toxicology of the Kidney and Urinary Tract" |
| | Guest Lecturer for TOX204a,b |
| 1988- | "Occupational Health" |
| | Guest Lecturer for EH201a,b |
| 1989-1992 | "Lead Toxicology" |
| | Guest Lecturer for TOX204a,b |
| 1990- | Grand Rounds in Occupational/Environmental Medicine |
| | Director |
| 1990-2000 | Introduction to Occupational and Environmental Medicine (EH232c,d) |
| | Course director, lecturer |
| 1990- | "The Epidemiology of Lead Exposure, Dose, and Toxicity" |
| | Guest Lecturer for EPE215c,d and EPE215t |
| 1990- | "Solvent toxicity" |
| | Fundamentals of Industrial Hygiene, Continuing Education Department |
| 1992 | "Current Research on Lead", Metals Epidemiology Research Group Seminar |
| | Presenter |
| 1992 | "Lead Poisoning Without a Known Source in a Hyperthyroid Patient" |
| | Case discussant, Grand Rounds in Occupational and Environmental Medicine |
| 1992- | "Biological Markers of Lead Dose" |
| | Guest Lecturer, EHE280c,d |
| 1994- | "Screening for Lead Toxicity" |
| | Guest lecturer, EPI227d |
| 1994- | "Lead Exposure and Biological Monitoring" |
| | Guest Lecturer, ID263b |
| 1994- | "Case Study: Lead" |
| | Guest Lecturer and Case Discussant, EH202d |
| 1996- | Introduction to Environmental Health (EH201b) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    13

Course director and lecturer
1997-          Human Health and Global Environment Change (EH278a,b)
               Course Co-developer, Co-director, and lecturer

Hospital courses and Invited Teaching Presentations (Harvard-affiliated Hospitals)
1990          Guest Lecturer on Occupational Medicine
              Residency Program, Department of Medicine, Brigham and Women's Hospital
1994          Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"
              Department of Obstetrics and Gynecology, Brigham and Women's Hospital
1994          Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"
              Department of Medicine, Brockton V.A. Hospital
1994          Speaker, Symposium on Preventive Medicine and Clinical Epidemiology,; "Is Lead a
              Ticking Time Bomb"; Brigham and Women's Hospital
1995          Discussant, "Multiple Chemical Sensitivity", Occupational/Environmental Medicine
              Grand Rounds, Occupational Health Program, Harvard School of Public Health
1996          Guest lecturer, "Lead Toxicity as a Paradigm for a Regional and Global Health
              Hazard", Environmental Health Student Group, Holmes Society, Harvard Medical
              School
1997          Speaker, "Mobilization of maternal bone lead as a hazard to the fetus", Grand
              Rounds, Dept. of Neonatology, Beth Israel Hospital, Boston, MA
2000          Guest lecturer, "Update on Lead Toxicity Research", Program in Pediatric
              Toxicology, Children's Hospital
2000          Discussant, "Adult Lead Toxicity", Weekly Case Round, Department of Medicine,
              Brigham and Women's Hospital, Boston.
2000          Lecturer, "Update on Lead Toxicity, Hypertension, and Chronic Renal Failure", Renal
              Rounds, Division of Nephrology, Department of Medicine, Brigham and Women's
              Hospital, Boston.
2002          Lecturer, "Maternal Bone Lead as a Threat to Fetal Development", Program in
              Neonatology, Beth Israel-Deaconness Hospital, Boston, MA

Doctoral student committees
Chair and member:
Dr. Rokho Kim          Dr.P.H. Occupational Health and Epidemiology, '96
Dr. Yawen Cheng        Sc.D. Epidemiology, '98
Dr. Sharon Tsaih       Sc.D. Epidemiology, '99
Dr. Hung Yi Chuang     Sc.D. Occupational Health, '99
Dr. Adrienne Ettinger  Sc.D. Environmental Health, '03
Dr. Florence Wang      Sc.D. Environmental Health, '05
Dr. Sung K. Park       Sc.D. Environmental Health, '05
Dr. Pradeep Rajan,     Sc.D. Occupational Health, '06

Member/Advisor:

CV: Howard Hu, M.D., M.P.H., Sc.D.

| Dr. How Ran Guo | Sc.D. Occupational Health, '94 |
| Dr. Joshua Cohen | Sc.D. Health Policy and Management, '94 |
| Dr. Jane Hoppin | Sc.D. Environmental Health, '95 |
| Dr. Salma Elreedy | Sc.D. Environmental Health, '97 |
| Dr. Mary Jean Brown | Sc.D. Maternal and Child Health, '00 |
| Dr. Brisa Sanchez | Sc.D. Biostatistics, '06 |
| Dr. Ami Zota | Sc.D. Environmental Health, '07 |
| Dr. Ananya Roy | Sc.D. Environmental Health, '08 |
| Dr. Elissa Wilker | Sc.D. Environmental Health, '09 |

Post-doctoral fellow mentor:
Dr. Marinelle Payton (Channing Lab), Dr. Susan Korrick (Channing Lab), Dr. Rokho Kim (Channing Lab), Dr. Viji Potula (HSPH Research Fellow), Dr. Barbara Nowak (Visiting Scientist from Silesian University School of Medicine, Poland), Dr. Robert Wright (Channing Lab), Dr. Ming Tsuang Wu (HSPH Research Fellow), Dr. Yawen Cheng (Channing Lab), Dr. Geeta Mathur (neonatology fellow at the Brigham and Women's Hospital), Dr. Sri Hari Bojja (HSPH Research Fellow), Dr. Hae-Kwan Cheong (Visiting Scientist from Dongguk University School of Medicine, S. Korea), Dr. Sahar Elmarsafawy (HSPH Research Fellow), Dr. Jing Lu (Visiting Scientist from the Chinese Academy of Preventive Medicine), Dr. Dieter Affeln (Occ/Env Med Fellow), Dr. Ahmed Gomaa (Occ/Env Med Fellow), Dr. Chris Leffler (Occ/Env Med Fellow), Dr. Ronald Dykeman (Occ/Env Med Fellow), Dr. Uma Dhanabalan (Occ/Env Med Fellow), Dr. Hsien-Wen Hsu (Occ/Env Med Fellow), Dr. Betty Ann Cohen (Occ/Env Med Fellow), Dr. Arvin Chin (Occ/Env Med Fellow), Dr. Daniel Rhodes (Occ/Env Med Fellow), Dr. Richard Wittman (Occ/Env Med Fellow), Dr. Sun-Dong Lee (Visiting Scientist from Sangji University, Korea), Dr. Ronald Green (Occ/Env Med Fellow), Dr. Erma Lawson (Environmental Health Fellow), Dr. Marc Weisskopf (Environmental Health Fellow), Dr. Bridget Bagert (Occ/Env Med Fellow), Dr. John Jarrell (Visiting Scientist from University of Calgary), Dr. Jennifer Weuve (Environmental Health Fellow), Dr. Karen Chou (Visiting Scientist from Michigan State), Dr. Nitin Jain (Channing Laboratory Fellow), Dr. Adrienne Ettinger (Children's Center Scientist), Dr. Sam Myers (Fellow in Alternative and Complementary Medicine), Dr. Marcelo Targino (Occ/Env Med Fellow), Dr. Manish Arora (Post-doctoral fellow from University of Sydney), Dr. Huiling Nie (Post-doctoral fellow from McMaster University).

Other faculty mentorship:
Elizabeth Rubinstein (HMS Summer research), Alicia Marier (HMS Summer research), Vanitha Janakiraman (HMS Summer research), Young-Sook Lim (Harvard College Summer research), Charles Lin (Harvard College Senior thesis research), Ed Hsieh (Harvard College Summer research), Naveen Thomas (Emory University Medical School Senior thesis research). Shreekrishna Akilesh (Harvard Dental School summer research), Christine Pace (HMS Summer research)

Advisory and supervisory responsibilities
1985-1987      Attending Physician, outpatient general medicine clinic, Boston City Hospital; weekly
               precepting for housestaff and medical students

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    15

| 1990-2006 | Preceptor, Residency in Occupational and Environmental Medicine, Harvard School of Public Health at the Mass Respiratory Hospital |
| 1990-2006 | Advisor to general M.P.H. students, Harvard School of Public Health. |

2. LOCAL CONTRIBUTIONS (at the University of Michigan, 2006-2012)

| 2006- | Principles of Environmental Health (EHS-500) |
| | Course director and lecturer |
| 2006- | Environmental Epidemiology (EHS-608) |
| | Guest lecturer on birth cohorts and environmental epidemiology |
| 2006- | Occupational and Environmental Disease (EHS-501) |
| | Guest lecturer on metals exposure and health effects; Course Director (2009-) |
| 2007- | Metals Exposure, Biomarkers and Toxicity: A Multi-disciplinary Environmental Epidemiology Approach (EHS-698 reading course) |
| | Course director and lecturer |
| 2008-2009, | Topics in Environmental Health Sciences (EHS-688) |
| 2010-2011 | Course director and lecturer |
| 2009 | Occupational and Environmental Disease (EHS-501) |
| | Course director and lecturer |
| 2009- | On-line (Long-distance Foundations in Public Health Certificate Program): Principles of Environmental Health (EHS-500-801) |
| | Course director and lecturer |
| 2009 | Introduction to Public Health (HMP-200) |
| | Guest lecturer on environmental health |
| 2009- | Seminars in Aging and Public Health (EPID 813) |
| | Course director and lecturer |
| 2011 | Seminar on Public Health in China (HMP-xxx) |
| | Guest lecturer on "Environmental Health in China" |

Post-doctoral fellow mentor:
Dr. Sung Kyun Park (Environmental Health Sciences Fellow, now Research Assistant Professor), Dr. Brisa Sanchez (Biostats Research Assistant Professor, now Assistant Professor), Dr. Richard Pilsner (Robert Wood Johnson Health & Society Fellow), Dr. Aimin Zhang (Environmental Health Sciences Fellow, Toxicology Training Grant), Dr. Ananya Roy (Environmental Health Sciences Fellow), Dr. David Cantonwine (Reproductive Sciences Fellow).

Doctoral Student Advisor (principal)
| David Cantonwine | Ph.D. | Environmental Health Sciences (2009) |
| Myriam Afeiche | Ph.D. | Environmental Health Sciences (co-mentor with Karen Peterson; 2010) |
| Yoon-Hyeong Choi | Ph.D. | Environmental Health Sciences (co-mentor with Sung Kyun Park; 2011) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| Katie F. Bush | Ph.D. | Environmental Health Sciences (co-mentor with Marie O'Neill; 2011) |
| Kelly Bakulski | Ph.D. | Environmental Health Sciences (2012) |
| Gamola Fortenberry | Ph.D. | Environmental Health Sciences (co-mentor with John Meeker; 2013) |
| Siying Huang | Ph.D. | Environmental Health Sciences (2013) |
| Deena Thomas | Ph.D. | Environmental Health Sciences (2014) |
| Rebecca Tutino | Ph.D. | Environmental Health Sciences (2015) |
| Zishaan Farooqui | Ph.D. | MD-PhD Medical Scientist Training Program (2015) |

Masters Student Thesis Advisor
Bradley Lampe (OEE), Troy Meissner (OEE), Pheba Alexander (OEE), Brian Davis (OEE & HBHE), Aaron Leftwich (OJOC program), Suengwon Lee (Nutrition), Allen Zhong (OEE), Graham Newman (OEE), Jacqueline Barkoski (OEE)

Undergraduate Thesis Advisor
Lauren Schwartz (Neuroscience, LSA)

3. LOCAL CONTRIBUTIONS (at the University of Toronto, 2012-present)

| 2012 | Determinants of Community Health (Faculty of Medicine) |
| | Guest lecturer on 'The Future of Medicine & Public Health in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World". |
| 2012- | CHL5004H Introduction to Public Health |
| | Guest lecturer on "The Future of Public Health (and Your Role !) in a Hot, Flat, Crowded…and Diverse, Aging, Stratified, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World". "What is Public Health?", "Climate Change and Health" |
| 2012- | CHL 5912F Industrial Toxicology. |
| | Guest lecturer on the "Toxicology of Metals". |
| 2013-2014 | Department of Family & Community Medicine "Building Blocks" (short course for International post-graduate primary care trainees); Guest lecturer on "Public Health & Primary Care" |
| 2013- | CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health |
| | Guest lecturer on "The Challenges of Environmental Health in a Rapidly-Changing World, from the Molecular to the Global". |
| 2014 | JCR1000 "Interdisciplinary Approach to Global Challenges" |
| | Guest lecturer on "Global Environmental Health" |
| 2014- | PHS100H1 "Grand Opportunities in Global Health"; Guest lecturer on "Urban Environments" |
| 2015 | Public Health & Preventive Medicine Residency Rounds "Physicians, Climate, and other Global Environmental Changes: Our Role" |
| 2016 | CHL5004H Introduction to Public Health, Course Co-Director (with Professor Erica |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                17

DiRuggiero)
2016    CHL 7001H F6 Environmental-Molecular Epidemiology, Course Co-Moderator (with
        Professor Morteza Bashash)
2016    CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health, Course
        Co-Director (with Professors Erica DiRuggiero and Abdallah Daar)
2016    Joint Seminar, "The Impact on Intelligence, Behaviour, and Society of Lead Exposure: A
        Case Study of a Global Pollutant and On-going Research"; Collaborative Program in
        Neurosciences and Collaborative Global Health Doctoral Program, University of Toronto
2016    CHL5420H "Global Health Research Methods"
        Guest lecturer on "The Early Life Exposures in Mexico to Environmental Toxicants
        Project (ELEMENT): A Global Health Collaboration Case Study"


Masters student research advisor
Maelle Marchand

Doctoral student advisor
Adele Carty

Doctoral student thesis committee member
Laura Bogaert

Doctoral student thesis examination committee member
Claudie CY Wong (doctoral student in epidemiology, Jockey School of Public Health and
Primary Care, Chinese University of Hong Kong)
Zilong Zhang (doctoral student in epidemiology, Jockey School of Public Health and Primary
Care, Chinese University of Hong Kong)

Post-doctoral fellow mentor:
Siying Huang, Ph.D.; Morteza Bashash, Ph.D.; Roman Pabayo, Sc.D. (Harvard School of
Public Health); Tripler Pell, M.D., M.P.H.

4. LOCAL CONTRIBUTIONS (at the University of Washington, 2017-present)

Doctoral student thesis research mentor
Megan Suter

Doctoral student special projects advisor
Rachel Shaffer
Joey Frostad
Rebecca De Buen

5. NIH K-grant mentorship:

CV: Howard Hu, M.D., M.P.H., Sc.D.

Robert Wright, M.D., M.P.H. (K-23 ES000381, "*Neurochemical and Genetic Markers of Lead Toxicity*"), 2000-2005; Dr. Wright is now Prof of Pediatrics, Mt. Sinai School of Medicine

Marc Weisskopf, Ph.D. (K-01 ES012653, "*New Biomarkers of Neurotoxicity*"), 2004-2009; Dr. Weisskopf is now Associate Prof of Occup Health, Harvard Sch Public Health

Sung Kyun Park, Sc.D. (K-01 ES016587; "*Environment, Novel Aging Outcomes, and Genetics*"), 2009-2014; Dr. Park is now Assistant Prof, Department of Epidemiology, University of Michigan Sch Public Health

Emily Somers, Ph.D. (K-01 ES019909; "*Immune Dysfunction Associated with Early Life Heavy Metals Exposure*"), 2011-2016; Dr. Somers is now Associate Prof, Division of Rheumatology, Department of Internal Medicine, University of Michigan Medical School

## COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

National/International

| | |
|---|---|
| 1978-1982 | Taskforce on Occupational and Environmental Health, Co-coordinator, Am Med Stu Assoc |
| 1989 | Ad Hoc Study Committee, National Institute for Environmental Health Sciences Council |
| 1989-2006 | Association of Occupational and Environmental Medicine Clinics (AOEC)-- (through the Northeast Specialty Hospital Center for Occupational and Environmental Medicine) |
| 1989-1990 | Member, Relative Risk Reduction Strategies Committee, Science Advisory Board, U.S. Environmental Protection Agency |
| 1989-1992 | Member, Board of Directors, Physicians for Human Rights, Boston, MA |
| 1991 | National Institutes of Health, General Clinical Research Center Program, Site Visit Team |
| 1992- | Member, National Advisory Committee, Physicians for Human Rights, Boston, MA |
| 1992 | Special Study Section member (R3/S1/B3), National Institutes of Health |
| 1994 | Ad Hoc Reviewer, National Institutes of Health, General Dental Research Center Program |
| 1994- | Advisory Board, Institute for Energy and Environmental Research |
| 1994-1996 | Associate, Project on Global Environmental Change and Health, Physicians for Social Responsibility |
| 1995 | Ad Hoc Reviewer, National Institutes of Health, Diagnostic Radiology Study Section |
| 1996- | Membor, Editorial Board, Health and Human Rights—an International Journal |
| 1995-1998 | Advisory Committee, Consortium for Environmental Education in Medicine, Cambridge, MA. |
| 1996-1997 | Reviewer, Agency for Toxic Substances and Disease Registry |
| 1997-1998 | Program Committee, Annual Mtg, NIEHS Superfund Basic Research Group Centers |
| 1998-2013 | (Founding) Medical Editor (1998-2004); Associated Medical Editor (2004- ), Environmental Health Perspectives (official journal of NIEHS) |
| 2001 | Ad Hoc Reviewer, National Institutes of Health, R-13 applications |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2002-2006 External Advisory Committee, Program Project on Lead and Osteoporosis, University of Rochester

2003-2005 Member, Ad-Hoc Expert Panel to Form Medical Management Guidelines for Lead-Exposed Adults, (supported by NIOSH and AOEC)

2003-2009 Member, Working Group on Lead and Pregnancy, Advisory Committee on Childhood Lead Poisoning Prevention, U.S. Centers for Disease Control and Prevention

2004      Ad Hoc Reviewer, National Institutes of Health, K-23 applications

2004      Ad Hoc Reviewer, Draft of "Immunization Safety Review: Vaccines and Autism" Immunization Safety Review Committee, Institute of Medicine, National Academies of Science

2004      Finalist (one of 8), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health

2005      Member, Strategic Planning Conference, National Institute for Environmental Health Sciences, Research Triangle Park, NC

2006      Ad Hoc Reviewer, Draft of "Preterm Birth: Causes, Consequence, and Prevention" Committee on Understanding Premature Birth and Assuring Health Outcomes, Institute of Medicine, National Academies of Science

2006      Member, External Advisory Committee, NIEHS Center, University of Rochester

2007      Member, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group 2007/05 ZES1 JAB-C (DI) (NIEHS Discover Centers)

2007-2010 Member, Board on Population Health and Public Health Practice, Institute of Medicine, National Academies, Washington DC.

2007      Member, Ad Hoc Review Panel, Centers of Excellence Program, Swedish Council for Working Life and Social Research.

2007-2008 Member, Search Committee for Director of Extramural Research, NIEHS

2007      Special Consultant, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group 2008/01 ZAR1 CHW-G (NIAMS Arthritis Centers)

2008      Report Reviewer, Draft National Research Council Report, "The National Children's Study Research Plan: A Review", National Academies

2008      Report Reviewer, Draft National Research Council Report, "Gulf War and Health: Updated Literature Review of Depleted Uranium", Institute of Medicine, National Academies

2008-2009 Data Safety Monitoring Board, "d-Penicillamine Chelation in lead-poisoned Children—A Phase II/III Trial" (R01FD003361; PI: Michael Shannon)

2008      Subcommittee to review Draft Report on Bisphenol A, Science Board, Food and Drug Administration

2008      Planning Committee, International Symposium on the Environmental and Health Consequences of Metal Mining and Smelting

2008-2009 Co-Chair, Planning Committee, "Climate Change Impacts on Public Health in India", Workshop that took place in Goa, India in Aug-Sept 2009 co-sponsored by UM Center for Global Health, the US Centers for Disease Control and Prevention and the Indian Council for Medical Research

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 2008 | Finalist (one of 2), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health |
| 2009-2012 | Member, Board on Environmental Studies and Toxicology, National Research Council |
| 2009 | Reviewer, NIH Challenge Grants, Special Emphasis Panel/Scientific Review Group 2009/10 ZRG1 GGG-F |
| 2009-2010 | External Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupational Health Sciences, University of Washington School of Public Health |
| 2010-2012 | Member, External Advisory Committee, University of Rochester NIEHS P30 Core Center |
| 2010 | Member, Ad-hoc review committee, National Health Research Institutes of Taiwan, Special Emphasis Panel—NHRI-Kaoshiung Medical College Program Project on ": "Gene Environment Interaction in the Genesis of Asthma and Allergic Diseases" |
| 2010-2012 | Member, Advisory Board, Institute of Public Health, Florida Agricultural & Mechanical University, Tallahassee, FL |
| 2011 | Reviewer, NIEHS Career Development Awards, Special Emphasis Panel/Scientific Review Group 2011/05 ZES1 LKB-J (K9) |
| 2011-2016 | Member, NIEHS National Advisory Environmental Health Sciences Council |
| 2012 | Member, Editorial Board, Journal of Alzheimer's Disease |
| 2015 | Member and External Reviewer, School of Population and Public Health Review Committee, University of British Columbia, Vancouver, B.C. |
| 2016- | Chair, Board of Directors, Canadian Urban Environmental Health Research Consortium, (National Consortium based out of the Dalla Lana School of Public Health) |
| 2017- | Member, Energy Research Committee, Health Effects Institute, Boston, MA |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative, March 1-2, 2018, Institute for Health Metrics and Evaluation, Seattle, WA |
| 2017- | Executive Co-Leader, Global Burden of Disease-Pollution and Health Initiative |
| 2019- | Member, Research Advisory Committee, Centre of Environmental Health, The Public Health Foundation of India and the Tata Institute of Social Sciences, New Delhi, India |
| 2019- | Reviewer, draft report on trace metals levels in pregnancy women, Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta |

Regional

| | |
|---|---|
| 1988-1990 | Health Facilities Appeals Board, Member, Dept. Public Health, Comm. Of Mass. |
| 1988-2006 | Advisory Board, Massachusetts Department of Public Health, Sentinel Event Notification System for Occupational Risks (SENSOR) Project |
| 1989-1995 | Advisory Board, Massachusetts Division of Occupational Hygiene, Lead Registry Project |
| 1990-1992 | Board of Directors, Member, Health Care for All, Boston, Massachussetts |
| 1993-1995 | Faculty Council, Member, Harvard School of Public Health |
| 1995-2006 | Faculty Advisory Committee, Public Health Practice Program, Harvard School of Public Health |

CV: Howard Hu, M.D., M.P.H., Sc.D.

1996-2006 Advisory Board, Boston VA Environmental Hazards Center, Boston

1997-2001 Faculty Steering Committee, Center for Children's Health, Harvard School of Public Health

1996-2006 Senior Epidemiology Consultant, Massachusetts Veterans Epidemiology Research and Information Center, Boston.

1996-2006 Associate, Center for Health and the Global Environment, Harvard Medical School

1997-2002 Faculty Advisory Committee on Continuing Professional Education, Harvard School of Public Health

1998-2006 Faculty Steering Committee, Masters of Public Health program, Harvard School of Public Health

2001-2003 Board of Directors, New England College of Occupational and Environmental Medicine

2001-2006 Associate Director, Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health

2001-2006 Senior Advisory Council Member, Lowell Center for Sustainable Production, University of Massachusetts, Lowell, MA

2003-2006 Member, Human Subjects Committee, Harvard School of Public Health

2003-2006 Advisory Committee, Occupational Health Services Research Program, Harvard School of Public Health

2006      Study Section Review Committee, Pilot Project Program, Graham Environmental Sustainability Institute, School of Natural Resources and Environment, University of Michigan

2006-2007 Chair, Planning Committee, Health Sector, May 8-10, 2007 National Summit on Coping with Climate Change, University of Michigan

2007-2009 Member, Advisory Committee, SPH Practice Committee, University of Michigan School of Public Health

2007-2012 Member, Residency Advisory Committee, General Preventive Medicine Residency, University of Michigan School of Public Health

2008-2009 Member, Steering Committee, NIA T32 Training Grant on Aging Research (PI: Mary Haan), University of Michigan School of Public Health

2008-2013 Member, Advisory Committee, Outstanding New Environmental Scientist Awardee (Marie O'Neill), NIEHS

2008-2009 Member, Search Committee for Director of the Risk Science Center, University of Michigan School of Public Health

2009      Co-Chair, Planning Committee, Workshop on Predicting and Preventing Climate Change Impacts on Public Health, Goa, India (Collaboration with the UM Center for Global Health, the US Centers for Disease Control and Prevention, and the Indian Council for Medical Research)

2009-2011 Director and PI, NIA T32 Training Grant on Aging Research, University of Michigan School of Public Health

2009-2010 Member, Planning Committee, University Research Corridor (U of M, Michigan State, Wayne State) symposium on environmental health sciences in January 2010

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 2009-2012 | Faculty Associate, Center for Global Health, University of Michigan |
| 2009-2012 | Member, Internal Advisory Board, Cancer Epidemiology Education in Special Populations Program, University of Michigan School of Public Health |
| 2009-2011 | Chair, Steering Committee on Global Health, University of Michigan School of Public Health |
| 2010-2012 | Member, Executive Committee, Graham Environmental Sustainability Institute, University Of Michigan |
| 2010-2012 | Member, Committee on Diversity, University of Michigan School of Public Health |
| 2012-2017 | Chair, Executive Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Tenure Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Decanal Promotions Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Executive Advisory Committee, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto |
| 2013-2015 | Interim Director, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto |
| 2013-2014 | Co-Chair, Research Committee, Dalla Lana School of Public Health, University of Toronto |
| 2014-2017 | Chair, Executive Advisory Committee, Institute for Health Policy Management and Evaluation, University of Toronto |
| 2014 | Chair, Ad-hoc Committee to create an Institute for Indigenous Health (based on a $10 million endowment gift made to DLSPH), Dalla Lana School of Public Health, University of Toronto; Chair, Executive Advisory Committee beginning 2015 |
| 2015-2017 | Chair, Executive Advisory Committee, Joint Centre for Bioethics, University of Toronto |
| 2015- | Chair (2015-2017); Member (2017-present), Taskforce on Environmental Health, Ministry of Health and Longterm Care, Province of Ontario |
| 2016-2017 | Chair, Executive Advisory Committee, Centre for Critical Qualitative Health Research, University of Toronto |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative (a collaboration between the Global Alliance on Health and Pollution and the Institute for Health Metrics), Seattle, WA |

Hospital

| | |
|---|---|
| 1982-1985 | Occupational Safety and Health Committee, Member, Boston City Hospital, Boston |
| 1983-1984 | House Officers Association, Treasurer, Boston City Hospital |
| 1984-1985 | House Officers Association, Co-President, Boston City Hospital |

OTHER PUBLIC SERVICE

| | |
|---|---|
| 1987 | Member, Fact-finding tour on "The Health Effects of Massive Exposure to Tear Gas", |

CV: Howard Hu, M.D., M.P.H., Sc.D.

Seoul, South Korea, July 11-18 (Sponsored by Physicians for Human Rights, American College of Physicians)

| | |
|---|---|
| 1988 | Member, Fact-finding tour on "Chemical Weapons and the Iraqi Kurdish refugees", Turkey Oct 6-16 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 1990 | Leader, Fact-finding tour on "Health and Human Rights in Burma (Myanmar)", Thailand-Burma Dec. 26-Jan 6 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 2009 | Consultant and senior advisor, Fact-finding tour on "Mining and Potential Exposures and Health Effects in Guatemala", August 2009 (Sponsored by Physicians for Human Rights) |

## CONSULTING POSITIONS

| | |
|---|---|
| 1987-1989 | Consultant, "In-Vivo Total Body Lead Analysis by X-Ray Fluorescence", NIH/SBIR Grant 2R44ES03918-02 |
| 1988-1989 | Consultant, "Boston Area Health Coalition Demonstration Project", DHHS/MP000003-A1 |
| 1993-1995 | Consultant, Employee Health Services, Brigham and Women's Hospital |
| 1994 | Consultant, Public Welfare Foundation, Washington, DC (review of Environmental Programs) |
| 1997-2006 | Consultant, Pediatric Environmental Health Center, Children's Hospital, Boston, MA |
| 2000 | Consultant, Doris Duke Foundation, New York, NY (review of potential Environment and Medicine programs) |
| 2009-2010 | Consultant and Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupationa Health Sciences, University of Washington School of Public Health, Seattle, WA |
| 2011 | Consultant, JPB Foundation, New York, NY (review of Environmental Health programs) |
| 2014- | Advisor, Hearing Health Sciences, Ann Arbor MI and Amsterdam, Netherlands |

## VISITING PROFESSORSHIPS

| | |
|---|---|
| 1997 | Alice Hamilton Visiting Professor, University of California at San Francisco |
| 2000-2001 | Visiting Professor, Sri Ramachandra Medical College & Research Institute, Chennai, India |
| 2004 | Visiting Professor, Department of Environmental Medicine, University of Rochester |
| 2013 | Visiting Professor, Shanghai Key Laboratory, Shanghai Jiao-Tung University |

## SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS (last 15 years, since 2003; prior presentations upon request)

CV: Howard Hu, M.D., M.P.H., Sc.D.

2003    Guest lecturer, "Lead as a trans-generational toxin", Seminar series, Department of OB/GYN, Brigham and Women's Hospital

2003    Plenary speaker, "Clinical opportunities in environmental health", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Greensboro, NC.

2003    Discussant, "Uncontrolled Hypertension in a Painter", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2003    Discussant, "A 53-Year Old Teacher with Chemical Sensitivities", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2003    Lecturer, "Pestilence and Progress: The Future of Public Health through the Lens of Blood", Center for Blood Research Symposium, Museum of Science, Boston, MA.

2003    Speaker, "Bones, Genes, Plasma, and Lead: New Frontiers in Understanding the Toxicity of an Old Hazard", Distinguished Lecture Series.  National Center for Environmental Health/Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta GA.

2003    Plenary speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Superfund Basic Research Program Annual Meeting, Dartmouth University, Hanover, NH.

2003    Special Lecturer, "Lead Exposure and Chronic Disease: Recent Research on Susceptible Sub-populations", Florida Agricultural and Mechanical University, Tallahassee, FL.

2004    Speaker, "New Frontiers in Understanding the Toxicity of Lead", Department of Environmental Medicine, University of Rochester, Rochester, NY.

2004    Presenter, "Lead Exposure During Pregnancy: Mobilization of Maternal Bone Lead Stores and Their Threat to the Fetus", Semi-annual meeting of the Childhood Lead Poisoning Prevention Branch, Centers for Disease Control and Prevention, Baltimore, MD

2004    Presenter, "Environmental Medicine", Annual meeting of the Editorial Board, *Environmental Health Perspectives*, Baltimore MD

2004    Plenary speaker, "Metals, Genes, and Neurodegeneration: the Approach of the Metals Epidemiology Research Group at the Harvard School of Public Health", National Institute for Environmental Health Sciences Conference on Neurodegeneration.

2004    Discussant, "Suspected Lead Toxicity" Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004    Discussant, "Mercury Exposure in a Metal Worker", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004    Presenter, "Effects of Our Environment on Intellect, Behavior, Life and Death," Leadership Council meeting, Harvard School of Public Health

2004    Guest Speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Department of Environmental Health, University of Michigan School of Public Health

2004    Guest Speaker, "Medicine, Public Health, and the Great American Melting Pot: A Second-Generation Chinese-American Reflects on His Personal Odyssey", Sponsored by the Asian Student Association, Harvard School of Public Health

2004    Speaker, "Aging, the Environment and Genetics: Recent Insights from

CV: Howard Hu, M.D., M.P.H., Sc.D.

Epidemiologic Studies of Environmental Lead Exposure", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Pinehurst, NC.

2004     Plenary Speaker, "Guidelines for the Management of Lead-Exposed Adults: Recommendations by a National Expert Panel Based on Recent Research", New England College of Occupational and Environmental Medicine Annual Meeting

2005     Lecturer, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Sri Ramachandra Medical College and Research Institute, Chennai, Tamil Nadu, India

2005     Lecturer, "Your Child's IQ, Behavior and Neuropathology: Genes or Environment?", the Harvard Club of Boston, Boston, MA

2005     Guest Speaker, "Metals, Neurodevelopment, and Neurodegeneration: The Work of the Metals Epidemiology Research Group at HSPH", Neurostatistics Working Group, Harvard School of Public Health, Boston, MA.

2005     Plenary Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Cohort Studies of Environmental Lead Exposure", NIEHS Symposium on Aging and the Environment, Duke University, Durham, NC.

2005     Plenary Speaker, "SPECT Imaging and Chemical Intolerance", NIEHS/NIAA symposium on "Chemical Intolerance and Addiction: a Shared Etiology?", Research Triangle Park, NC

2005     Workshop Presenter, "Social and Environmental Threats: the Unnecessary Epidemics", Harvard School of Public Health Leadership Council Annual Conference, Boston, MA

2005     Keynote Speaker, "Our Food, Our Water, Our Homes: Toxic Metals", The Boston Foundation, Boston, MA.

2006     Invited Speaker (invited by David Schwartz, NIEHS Director), "Goal IV: Improve and Expand Community-Linked Research", Roundtable on Environmental Health Sciences, Research, and Medicine; Institute of Medicine, National Academy of Sciences, Wash DC.

2006     Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Dean's Advisory Board, University of Michigan School of Public Health, Ann Arbor, MI

2006     Keynote Speaker and Harriett Hardy Annual Lecturer, "The 'E' in Occupational/ Environmental Medicine: the Present and the Future", New England College of Occupational Medicine Annual Meeting, New Bedford, MA

2007     Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Meetings of the UMSPH Alumni Council and the EHS Emeritus Faculty, Ann Arbor, MI

2007     Moderator and Speaker, "The Normative Aging Study: Health Effects of Lead", Symposium on the Health Effects of Lead, 2007 Annual Meeting of the International Society for Environmental Epidemiology, Mexico City, Sept 8, 2007

2007     Guest Lecture, "Uncovering the Impact of the Environment on Disease: Big Opportunities for Physician-Scientists", Medical Scientist Training Program, University of Michigan Medical School

2007     Guest Lecture, "Industrialization, Pollution and Public Health in India: Can India Survive Modernization?", Osher Institute, Ann Arbor, MI

2007     Plenary Speaker, "Environmental Equity: Local and Global Challenges and the Balance Between Research and Advocacy", Michigan's Premier Public Health Conference,

October 16, 2007, Dearborn, MI

2007    Board Member Lecture, "Metals, Genes, Health and Human Rights: from the Molecular to the Global", Fall Meeting of the Board of Population Health and Public Health Practice, Institute of Medicine, National Academies of Science, Washington DC, Dec 13, 2007.

2008    Speaker, "MDs as Leaders for Change in Environmentalism", 2008 Annual Regional Political Leadership Institute, American Medical Student Association, University of Michigan Medical School, February 16, 2008

2008    Speaker, Grand Rounds, "The Impact of Environmental Pollutants on Disease: New Insights and Implications for Research and Medical Practice" Department of Medicine, University of Michigan Health System.

2008    Guest Lecture, "Emerging Insights into the Pervasive Influence of Environment Toxicants on Reproductive Outcomes and Offspring Development: Lead as a Case Study", Reproductive Sciences Program, University of Michigan

2008    Panelist, "Environmental Health in China", Public Health Grand Rounds, Division of Health Practice, University of Michigan School of Public Health

2008    Keynote Speaker, "Human Health and the Role of Water", Symposium on Water, Health & The Environment, Graham Environmental Sustainability Institute, University of Michigan

2008    Guest Speaker, "Lead Exposure and Toxicity: New Insights Using Molecular Epidemiology" Wadswoth Laboratories and SUNY-Albany

2008    Speaker: "Impact of Climate Change on Human Health: Vulnerability"  5th AKKA World Kannada Conference, Chicago IL

2008    Speaker, "The 'E' in Occupational/Environmental Medicine: the Present and the Future", Michigan Occupational/Environmental Medicine Annual Meeting, Mackinac Island, MI

2008    Speaker, "Impact of Climate Change on Human Health", University of Michigan Chapter of the American Medical Student Association, Ann Arbor, MI

2008    Speaker, "Early Life Origins of Adult Chronic Disease: Environmental Health and Toxicology at a Crossroads" Michigan Chapter fo the Society for Toxicology, Ann Arbor, MI

2009    Speaker, "Evidence for Lead as an Environmental Stressor of Alzheimer's Disease and the Role of Epigenetics", Symposium Panel, Annual Meeting of the Society for Toxicology, Baltimore, MD

2009    Keynote Speaker, "Lead, Late-Life and Early Life Effects, and the Emerging Field of Environmental Epigenetics: Looking Ahead", Annual Meeting of the American College for the Advancement of Medicine, San Diego, CA

2009    Speaker, "Lead Toxicity and Mechanistically-Oriented Molecular Epidemiology: Targeting the Epigenetics of Alzheimer's Disease", Seminar Series, Institute for Environmental Health Sciences, Wayne State University, Detroit, MI

2009    Speaker, "Climate Change Impacts on Health in the Developing World", Research Discussion Series, University of Michigan Center for Global Health

2009    Speaker, "Autism, Aggressive Behavior, Anxiety, and Alzheimer's: are Environmental Toxicants Playing a Major Etiologic Role?", Department of Psychology, University of Michigan

2009    Speaker, "Early Life Exposures and Endocrine Disruption: Evidence from Molecular

CV: Howard Hu, M.D., M.P.H., Sc.D.

Epidemiology", Pediatric Endocrine Seminar, University of Michigan Medical School

2009    Distinguished Speaker, "Lead Toxicity: Twenty Years of Research On The Poison That Keeps on Poisoning" 10th Anniversary of the Department of Microbiology and Environmental Toxicology, University of California at Santa Cruz

2010    Speaker, "The Centers for Disease Control and Prevention & the Environmental Protection Agency: Potential Funding Opportunities for Regional Collaboration in Michigan", University Research Corridor Symposium on Environmental Health, Detroit, MI.

2010    Speaker, "The Future of Public Health", University of Washington School of Public Health

2010    Speaker, "The Environment Meets the Epigenome: Is This Where Autoimmunity Begins?" Symposium on Autoimmunity and Epigenetics, University of Michigan

2010    Keynote Speaker, "A New Twist to an Old Story: The Evidence for Early Life Lead Exposure as a Risk Factor for Alzheimer's Disease through Epigenetic Programming", NIEHS Environmental Health Sciences Center and Toxicology Training Program Retreat, University of Rochester, NY

2010    Speaker, "Lead Toxicity: Twenty Years of Research on The Poison That Keeps on Poisoning" and "Environmental Health Sciences at the University of Michigan", Tianjin Centers for Disease Control, Tianjin, China

2010    Speaker, "Pediatric Lead Toxicity", Xinhua Hospital and the Shanghai Jiao-Tung Medical University Department of Pediatrics, Shanghai, China

2010    Speaker, "Environmental Health Sciences at the University of Michigan", Fudan University, Shanghai, China

2010    Speaker, "Alzheimer's Disease, Epigenetics and the Environment", Symposium Update, Alzheimer's Disease Association, Ann Arbor, MI

2010    Speaker, "Environmental Justice, Progress (and the Lack Thereof) and the Role of Research", Roundtable on Environmental Health Sciences, Research and Medicine, Institute of Medicine, National Academies, Washington DC.

2010    Speaker, "White Coats, Population Science and Poison Gas: A Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Robert Wood Johnson Clinical Fellows Program, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Three Most Difficult Challenges to Molecular Epidemiologic Research on Gene-Environment Interactions: Lead Toxicity as a Case Study." Department of Human Genetics, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Integration of Data on Environmental Carcinogens with Population and Genetic Resources", "Opportunities & Challenges for Translational Research on Cancer Prevention", Translational Cancer Prevention & Biomarkers Workshop, Mazamdur-Shaw Cancer Center, Bangalore, India.

2011    Speaker, "Success in the Academy", Faculty Panel, Students of Color of Rackham, Rackham Graduate School, University of Michigan

2011    Speaker, "White Coats, Population Science and Poison Gas: Fact-Finding Missions by Health Professionals for Human Rights", Sujal Parikh Memorial Symposium, University of Michigan Medical School.

2011    Speaker, "The Analysis of Biomarker Data to Ascertain the Contribution of Environmental

CV: Howard Hu, M.D., M.P.H., Sc.D.

Exposures to the Etiology of Disease: Lead Exposure and Toxicity as a Case Study", Department of Computational Medicine and Bioinformatics, University of Michigan Medical School.

2012    Speaker, "Research and Analysis Linking Upstream and Downstream Disparities Work", Webinar hosted by the Health & Environmental Funders Network, Bethesda, MD, with 52 Foundations related Health.

2012    Keynote Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World". E.J. Van Liere Memorial Convocation and Health Sciences Center Research Day, West Virginia University, Morgantown, West Virginia

2012    Plenary Speaker, "Transgenerational Impacts of Pollutants on Offspring: Recent Insights and Case Studies", Connaught Global Challenge International Symposium, University of Toronto.

2012    Speaker, "Environmental Impacts on Aging (+ an update on the Dalla Lana School of Public Health)", Community Medicine Rounds, University of Toronto

2012    Speaker, "The Environment & Public Health in a Research-Intensive University: Opportunities for Scholarship in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World", School for the Environment, University of Toronto

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", External Advisory Meeting, Public Health Ontario, Toronto

2012    Speaker, "Canadian Public Health Schools (in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World): The View from Toronto, External Advisory Board Meeting, Institute for Population and Public Health, Canadian Institutes for Health Research, Toronto

2012    Speaker, "Sustainable Development and Health: The Global Mining Industry", Canadian Society for International Health Annual Meeting, Ottawa

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Xinhua Hospital/Shanghai Jiao-Tung University, Shanghai, China.

2012    Speaker, "The Impact of Population-Wide Lead Exposure and Gene-Lead Interactions on Chronic Disease", Genetic Grand Rounds, Sick Kids Hospital, Toronto.

2012    Speaker, "Looking behind the curtain: Lead Toxicity as a Case Study of Methodologic Challenges in Gene-Environment Interactions Research", Strategic Training in Advanced Genetic Epidemiology (STAGE), Dalla Lana School of Public Health, University of Toronto.

2012    Keynote Speaker, "Public Health—the Next Frontier in Health Professions Education". Council of Health Sciences annual retreat, University of Toronto.

2013    Speaker, "White Coats, Population Science and Poison Gas: Lessons from a Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Joint Center for Bioethics, University of Toronto

2013    Speaker, "Gauging environmental impact on the development of chronic inflammation",

CV: Howard Hu, M.D., M.P.H., Sc.D.

Connaught Global Challenge Workshop, University of Toronto.

2013    Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Grand Rounds, Department of Medicine, University of Toronto.

2013    Speaker, "Metals, Mega-trends, and Me: Reflections on Research and the Vision for the Dalla Lana SPH", Occupational and Environmental Medicine Grand Rounds, St. Michael's Hospital, Toronto, ON.

2013    Speaker, "Air pollution and Cardiovascular Disease: Health Impacts, Mechanisms, and Research Opportunities", UniversityofToronto & FMUSP-InCor SymposiumonCardiology, Sao Paolo, Brazil.

2013    Speaker: "Lead Exposure's Impact on Health and Policy: A History of Neglect and Missed Opportunities", Public Health Policy Rounds, CIHR Strategic Training Program in Public Health Policy, University of Toronto.

2013    Speaker: "Lead Toxicity: The Long Tail of Health Impacts (and On-going Research Opportunities!) From an Historical Environmental Air Pollutant", Southern Ontario Centre for Air Pollution and Aerosol Research, University of Toronto.

2013    Speaker: "Water and Sanitation", Water, Sanitation and Hygiene (WASH) Canada, Toronto, Ontario, Canada

2014    Speaker: "Conflict and Public Health", Ontario Medical Association, Toronto, Canada

2014    Panelist: "Judging Evidence: Finding a Place for Variation in an Evidence-Based World", Health Quality Ontario, Toronto, Canada

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Special meeting of the Canadian Chamber of Commerce in Shanghai

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Jockey School of Public Health and Primary Care, Chinese University of Hong Kong, Hong Kong, China

2015    Speaker: "The Grand Convergence: Creating Health in a Globalized World", School of Public Health and the ASEAN Institute, Mahidol University, Bangkok, Thailand

2015    Speaker: "Gene-environment Interactions and the Role of Big Data in Environmental Health" Seminar series, School of the Environment, University of Toronto, Toronto, Canada

2015    Speaker: "Global Health Security", Ill with Illness—Economic, Social & Security Barriers to the Provision of Global Health, Munk School of Global Affairs, University of Toronto, Toronto, Canada

2015    Speaker: "The Dalla Lana School of Public Health: Big Ideas and Initiatives for Creating Health in a Globalized World", Speaker Series, University of Toronto Alumni of Toronto.

2015    Speaker: "Unique Scientific Opportunities for the Precision Medicine Initiative National Research Cohort: Exposomics, Data Linkage, and Global Collaborations". Working group on President Obama's Precision Medicine Initiative (Chaired by Francis Collins, Director, NIH)

2015    Speaker: "What is the Role of Schools of Public Health in the 21st Century?" 50th Anniversary Celebration of the Department of Epidemiology, Biostatistics and Occupational Health, McGill University, Montreal, Quebec.

2015    Welcoming Address: "Global Public Health and Mental Health", Going Glo-cal for Mental Health conference, Centre for Addictions and Mental Health/Department of Psychiatry/Dalla

Lana School of Public Health, Toronto, ON

2015    John Goldsmith Memorial Lecture: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Opening Plenary Session, International Society for Environmental Epidemiology Annual Meeting, Sao Paulo, Brazil

2015    Inaugural Speaker: "The Future of Public Health and Medicine in a Crowded and Complex World", Global Health Leadership Series, PSG Medical School & the Shanti Ashram Foundation, Coimbature, Tamil Nadu, India

2016    Speaker "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Indian Institutes of Public Health—Hyderabad, Hyderabad, India

2016    Speaker: "Integration of Public Health & Health Care: The Unmet Agenda for a Truly Sustainable Health System", Board of Directors Retreat, Toronto East General Hospital, Toronto

2016    Plenary speaker: "Health Promotion, Prevention and Health Protection: Innovative Initiatives", 6th Asia-Pacific Conference on Public Health | 1st ASEAN Health Promotion Conference Bangkok, August

2016    Speaker: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Mount Sinai School of Medicine, New York, NY

2016    Plenary Speaker: "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", International College of Integrative Medicine Annual Meeting, Toronto, ON

2016    Plenary Speaker: "Big Data and Implications for Environmental Health", 15th Anniversary Conference, Jockey Club School of Public Health & Primary Care, Chinese University of Hong Kong, Hong Kong

2016    Plenary Speaker: "Innovations in Assessing Lead Poisoning and Child Health: Policy & Clinical Implications", Chinese University of Hong Kong-Fudan-Oxford International Symposium on Health Impacts of Environmental Exposures", Hong Kong

2016    Speaker: "Addressing a Changing Environment (and Impacts on Health, AKA Can India Survive Modernization?", Indian Institutes of Technology Alumni, Canada, International Conference 2016, Toronto.

2016    Plenary Speaker, "Hidradenitis Suppurativa: Research Directions from a Population Health Perspective", Symposium on Hidradenitis Suppurativa Advances, Toronto.

2016    Plenary Speaker, "Children's Environmental Health", The 2016 Annual National Conference on Children's Healthcare, Shanghai, China

2016    Special Guest Speaker, "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Shanghai Municipal Center for Disease Control, Shanghai, China

2016    Lecturer, "Lead and Human Health: Recent Research and Associated Lessons for Science & Policy", Fudan University School of Public Health, Shanghai, China

2017    Lecturer, "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017    Lecturer, "The Future of Academic Public Health", Saw Swee Hock School of Public Health,

National University of Singapore, Singapore

2017    Lecturer, "Recent Advances in Understanding, Preventing, and Reversing the Impact of Environmental Factors on Health", Society of Chinese Bioscientists in America, Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, ON

2017    Lecturer, "Environmental Epidemiology in the Era of Exposomics, Lifecourse Epidemiology, Big Data and Big Science", Department of Environmental Health, Harvard School of Public Health, Boston, MA

2017    Speaker, "The Role of a Re-emergent Canadian School of Public Health in a Hot, Hungry, Polluted, Aging, Polarized World Prone to Pandemics, Chronic Disease, and Unsustainable Health Systems", Royal Canadian Institute for Science, Toronto, ON

2017    Speaker, "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Seminar Series in Environmental Epidemiology, University of Washington School of Public Health, Seattle, WA

2017    Plenary Speaker: "New realities arising from the extractive industries and agri-business: the Pollution and health perspective," Hong Kong Summit of Global Health Leaders.  University of Hong Kong, Hong Kong

2018    Plenary Speaker: "The GBD-Pollution and Health Initiative: Challenges & Opportunities", Workshop on the Global Burden of Disease-Pollution and Health Initiative, Institute for Health Metrics, University of Washington, Seattle, WA

2018    Guest Lecturer: "Partnerships, Local Responsiveness, National and Global Impacts", University of Iowa College of Public Health, Iowa City, IA

2018    Plenary Speaker: "Current Research on Fluoride and Neurodevelopment: The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study", Annual meeting of the International Academy of Oral Medicine and Toxicology, Denver, CO

2018    Speaker, "Recent Epidemiologic Research on Lead Toxicity: New Surprises regarding an Old Global Pollutant", Department of Environmental and Occupational Health Sciences Seminar Series, University of Washington School of Public Health, Seattle, WA

2018    Speaker: "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Symposium on Fluoride research, Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Panelist, "The Fluoridation Decision: Considering the Evidence for Benefits, Possible Risks as well as Ethical World Views", Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Speaker: "Grand Opportunities", The UC-Irvine School of Population Health and the Samueli College of Health Sciences, Irvine, CA

2018    Speaker, "The Global Burden of Disease-Pollution and Health Initiative", Office of the Director and the Global Environmental Health Program, U.S. National Institute for Environmental Health Sciences, Research Triangle Park, NC

2019    Speaker, "Evaluating, treating and managing disabilities of patients with chemical intolerance", Symposium on Chemical Intolerance—A Way Forward, Marilyn Brachman

CV: Howard Hu, M.D., M.P.H., Sc.D.

Hoffman Foundation and the Hoffman Program on Chemicals and Health at the Harvard T.H. Chan School of Public Health, Dallas, TX

2019    Guest Lecturer: "The Global Burden of Disease-Pollution and Health Initiative", Center for Population Health Sciences, Stanford University, Palo Alto, CA

INVENTIONS/PATENTS: n/a

BIBLIOGRAPHY: (H-index, as of April, 2019, Google Scholar: 83)

Peer-reviewed journals

1.  Hu H, Markowitz SB.  A case-study of industrial bladder cancer.  Einstein Quarterly Review of Biology and Medicine 1982;1:29-35.

2.  Hu H. Benzene and myelofibrosis. Annals of Internal Medicine 1987;106:171-172

3.  Hu H, Milder FL, Burger DE.  X-Ray Fluorescence: Issues surrounding the application of a new tool for measuring burden of lead. Environmental Research 1989;49:295-317.

4.  Hu H, Fine J, Epstein P, Kelsey K, Reynolds P, Walker B.  Tear Gas: Harrassing agent or toxic chemical weapon?  JAMA 1989;262:660-663.

5.  Hu H, Cook-Deegan R, Shukri A.  The use of chemical weapons: Conducting an investigation using survey epidemiology. JAMA 1989;262:640-643.

6.  Hu H, Tosteson T, Aufderheide AC, Wittmers L, Burger DE, Milder FL, Schidlovsky G, Jones KW.  Distribution of lead in human bone: I. Atomic absorption measurements.  Basic Life Sci 1990;55:267-274.

7.  Burger DE, Milder FL, Morsillo PR, Adams BB, Hu H.  Automated bone lead analysis by k-x-ray fluorescence for the clinical environment.  Basic Life Sci 1990;55:287-292.

8.  Schidlovsky G, Jones KW, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: II. Proton microprobe measurements. Basic Life Sci 1990;55:275-280.

9.  Jones KW, Schidlovsky G, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: III. Synchrotron x-ray microscope measurements. Basic Life Sci 1990;55:281-286.

10.  Hu H, Milder FL, Burger DE.  X-ray fluorescence measurements of lead burden in subjects with low-level community lead exposure.  Arch Environ Health 1990;45:335-341.

CV: Howard Hu, M.D., M.P.H., Sc.D.

11.  Hu H, Win KU, W, Arnison ND.  Burma: Health and human rights. Lancet 1991;337:1335.

12.  Hu H.  A 50-year follow-up of childhood plumbism: hypertension, renal function, and hemoglobin levels among survivors. Am J Dis Child 1991;145:681-687.

13.  Hu H.  Knowledge of diagnosis and reproductive history among survivors of childhood plumbism. Am J Publ Health 1991;81:1070-1072.

14.  Hu H, Milder FL, Burger DE.  The use of K-X-Ray Fluorescence for measuring lead burden in epidemiological studies: high and low lead burdens and measurement uncertainty.  Environ Health Perspect 1991;94:107-110.

15.  Hu H, Pepper L, Goldman R.  Effect of repeated occupational exposure to lead, cessation of exposure, and chelation on levels of lead in bone.  Am J Ind Med 1991;20:723-735.

16.  Hu H.  Toxic weapons, epidemiology, and human rights.  Polit Politics and Life Sci 1992;February:3-4.

17.  Hu H, Sparrow D, Weiss S.  Association of serum albumin with blood pressure in the Normative Aging Study. Am J Epidemiol 1992;136:1465-1473.

18.  Hu H, Christiani D.  Reactive airways dysfunction after exposure to tear gas.  Lancet 1992;339:1535.

19.  Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly 1993;3:79-87.

20.  White RF, Diamond R, Proctor S, Morey C, Hu H.  Residual cognitive deficits 50 years after lead poisoning during childhood.  Br J Industr Med 1993;50:613-622.

21.  Hu H, Beckett L, Kelsey K, Christiani D.  The left-sided predominance of asbestos-related pleural disease.  Am Rev Resp Dis 1993;148:981-984.

22.  Payton M, Hu H, Sparrow D, Young JB, Landsberg L, Weiss ST.  Relation between blood lead and urinary biogenic amines in community-exposed men.  Am J Epidemiol 1993;138:815-825.

23.  Hu H, Kotha S.  Ethics and epidemiology: International Guidelines.  Polit Life Sci 1993;February:29-30.

24.  Goldman RH, White R, Kales SN, Hu H.  Lead poisoning from mobilization of bone stores during thyrotoxicosis.  Am J Industr Med 1994;25:417-424.

CV: Howard Hu, M.D., M.P.H., Sc.D.

25. Bellinger D, Hu H, Titlebaum L, Needleman HL.  Attentional correlates of dentin and bone lead levels in adolescents.  Arch Environ Health 1994;49:98-105.

26. Watanabe H, Hu H, Rotnitzky A.  Correlates of bone and blood lead levels in carpenters.  Am J Industr Med 1994;26:255-264.

27. Hu, H.  Decision-making in human health impact assessments: a clinician's perspective.  Environ Impact Assess Rev 1994;14:439-450.

28. Hu H, Watanabe H, Payton M, Korrick S, Rotnitzky A.  The relationship between bone lead and hemoglobin.  JAMA 1994;272:1512-1517.

29. Payton M, Hu H, Sparrow D, Weiss ST.  Low-level lead exposure and renal function in the Normative Aging Study.  Am J Epidemiol 1994;140:821-829.

30. Aro ACA, Todd AC, Amarasiriwardena C, Hu H.  Improvements in the calibration of [109]Cd K x-ray fluorescence systems for measuring bone lead *in vivo*.  Phys Med Biol 1994;39:2263-2271.

31. Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and urinary cancers: a preliminary report. Environ Geochem Health 1994;s16:119-128.

32. Hoppin JA, Aro ACA, Williams PL, Hu H, Ryan PB.  Validation of K-xrf bone lead measurements in young adults.  Environ Health Perspect 1995;103:78-83.

33. Smith CM, Wang X, Hu H, Kelsey KT.  A polymorphism in the δ-Aminolevulinic acid dehydratase gene may modify the pharmacokinetics and toxicity of lead.  Environ Health Perspect 1995;103:248-253.

34. Hu H, Aro A, Rotnitzky A.  Bone lead measured by X-ray fluorescence: Epidemiological methods. Environ Health Perspect 1995;103(Suppl 1):105-110.

35. Kim R, Aro A, Rotnitzky A, Amarasiriwadena C, Hu H.  K x-ray fluorescence measurements of bone lead concentration: the analysis of low-level data.  Phys Med Biol 1995;40:1475-1485.

36. Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  A longitudinal study of chronic lead exposure and physical growth in Boston children.  Environ Health Perspect 1995;103:952-957.

37. Hu H, Kotha S, Brennan T.  The role of nutrition in mitigating environmental insults: policy and ethical issues.  Environ Health Perspect 1995;103(Suppl 6):185-190.

38. Smith CM, Hu H, Wang X, Kelsey K.  Delta-aminolevulinic acid dehydratase genotype is not associated with hematocrit or hemoglobin levels among construction trade workers exposed to low

levels of lead.  Medicine Lavoro 1995;86:229-235.

39. Makhijani A, Hu H, Yih K.  Nuclear wastelands: Nuclear weapons production worldwide and its environmental and health effects.  Med Global Surv 1995;2:26-34.

40. Potula V, Hu H.  Occupational and lifestyle determinants of blood lead levels among men in Madras, India.  Int J Occup Environ Health 1996;2:1-4.

41. Hu H, Hashimoto D, Besser M.  Levels of lead in blood and bone of women giving birth in a Boston hospital.  Arch Environ Health 1996;51:52-58.

42. Hu H, Aro A, Payton M, Korrick S, Sparrow D, Weiss ST, Rotnitzky A.  The relationship of bone and blood lead to hypertension: The Normative Aging Study. JAMA 1996;275:1171-1176.

43. Kim R, Rotnitzky A, Sparrow D, Weiss ST, Wager C, Hu H.  A longitudinal study of low-level lead exposure and impairment of renal function: The Normative Aging Study.  JAMA 1996;275:1177-1181.

44. Proctor SP, Rotnitzky A, Sparrow D, Weiss ST, Hu H.  The relationship of blood lead and dietary calcium to blood pressure in the Normative Aging Study.  International Journal of Epidemiology 1996;25:528-536.

45. Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  Longitudinal relationship between dentin lead levels in childhood and bone lead levels in young adulthood.  Arch Environ Health 1996;51:375-382.

46. Hu H, Payton M, Korrick S, Aro A, Sparrow D, Weiss ST, Rotnitzky A.  Determinants of bone and blood lead levels among community-exposed middle-aged to elderly men: the Normative Aging Study. Am J Epidemiol  1996;144:749-759.

47. Hernandez-Avila M, Gonzalez-Cossio T, Palazuelos E, Romieu I, Aro A, Fishbein E, Peterson K, Hu H.  Dietary and environmental determinants of blood and bone lead levels in lactating postpartum women living in Mexico City.  Environ Health Perspect 1996;104:1076-1082.

48. Potula V, Hu H.  Relationship of hemoglobin to occupational exposure to motor vehicle exhaust.  Tox Industr Health 1996;12:629-637.

49. Kim R, Hu H, Sparrow D, Weiss S.  The relationship between low-level lead exposure and uric acid concentration in the serum: the Normative Aging Study.  Korean J Occup Med 1996;8:490-498.

50. Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and incidence of urinary cancers.  Epidemiology 1997;8:545-550.

CV: Howard Hu, M.D., M.P.H., Sc.D.

51. Kim R, Landrigan C, Mossman P, Sparrow D, Hu H.  Age and secular trends in bone lead levels in middle-aged and elderly men: three-year longitudinal follow-up in the Normative Aging Study.  Am J Epidem 1997;146:586-591.

52. Hoppin JA, Aro A, Hu H, Ryan PB.  In vivo bone lead measurement in suburban teenagers.  Pediatrics 1997;100:365-370.

53. González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H.  Decrease in birth weight in relation to maternal bone lead burden.  Pediatrics 1997;100:856-862.

54. Hu H, Rabinowitz M, Smith D.  Bone lead as a biological marker in epidemiologic studies of chronic toxicity: Conceptual paradigms.  Environ Health Persp 1998;106:1-8.

55. Payton M, Riggs KM, Spiro A, Weiss ST, Hu H.  Relations of bone and blood lead to cognitive function: The VA Normative Aging Study.  Neurotox Teratol 1998;20:19-27.

56. Amarasiriwardena C, Lupoli N, Potula V, Korrick S, Hu H.  Determination of total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods.  Analyst 1998;123:441-445.

57. Gassert TH, Hu H, Kelsey KT, Christiani DC.  Long-term health and employment outcomes of occupational asthma and their determinants.  J Occup Environ Med 1998;40:481-491.

58. Hu H.  Grand rounds in environmental and occupational medicine.  Environ Health Persp 1998;106:A262.

59. Cheng Y, Willett W, Schwartz J, Sparrow D, Weiss ST, Hu H.  The relation of nutrition to bone lead levels in middle-aged to elderly men: The Normative Aging Study.  Am J Epidemiol 1998;147:1162-1174.

60. Wright RO, Hu H, Maher TJ, Amarasiriwardena C, Chaiyakul P, Woolf AD, Shannon MW.  Effect of iron deficiency anemia on lead distribution after intravenous dosing in rats.  Tox Industr Health 1998;14:547-551.

61. Cheng Y, Schwartz J, Vokonas P, Weiss ST, Aro A, Hu H.  Electrocardiographic conduction disturbances in association with low level lead exposure: the Normative Aging Study.  Am J Cardiol 1998;82:594-599.

62. González-Cossío T, Sanín LH, Hernández-Avila M, Rivera J, Hu H.  Longitud y peso al nacer:  El papel de la nutrición materna.  [Length and weight at birth: The role of maternal nutritional status.]

CV: Howard Hu, M.D., M.P.H., Sc.D.

Salud Pública Mex [Public Health in Mexico] 40:119-126, 1998.

63.  Hernandez-Avila M, Smith D, Meneses F, Sanin LH, Hu H.  The influence of bone and blood lead on plasma lead levels in environmentally exposed adults.  Environ Health Perspect 1998;106:473-477.

64.  Hu H. Bone lead as a new biologic marker of lead dose: Recent findings and implications for public health.  Environ Health Perspect 1998;106(Suppl 4):961-967.

65.  Farias P, Hu H, Rubenstein E, Meneses-Gonzalez F, Fishbein E, Palazuelos E, Aro A, Hernandez-Avila M.  Determinants of bone and blood lead levels among teenagers living in urban areas with high lead exposure.  Environ Health Perspect 1998;106:733-737.

66.  Kales SN, Aldrich JM, Polyhronopoulos GN, Artzeronian D, Gassert T, Hu H, Kelsey K, Sweet C, Christiani DC.  Fitness for duty evaluations in hazardous material firefighters.  J Occup Environ Med 1998;40:925-931.

67.  Guo HR, Lipsitz S, Hu H, Monson R.  Using ecological data to estimate a regression model for individual data: the association between arsenic in drinking water and incidence of skin cancer.  Environ Res 1998;79:82-93.

68.  Amarasiriwardena CJ, Lupoli N, Potula V, Korrick S, Hu H.  Determination of the total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods. Analyst. 1998;123:441-5.

69.  Korrick SA, Hunter DJ, Rotnitzky A, Hu H, Speizer FE.  Lead and hypertension in a sample of middle-aged women.  Am J Public Health 1999;89:330-335.

70.  Wright RO, Shannon MW, Wright RJ, Hu H.  Association between iron deficiency and Low-level lead poisoning in an urban primary care clinic.  Am J Public Health 1999;89:1049-1053.

71.  Potula V, Serrano J, Sparrow D, Hu H.  Relationship of lead in drinking water to bone lead levels twenty years later in Boston men: the Normative Aging Study.  J Occup Environ Med 1999;41:349-355.

72.  Elreedy S, Krieger N, Ryan PB, Sparrow D, Weiss ST, Hu H.  Individual and census measures of socioeconomic position as determinants of bone lead concentrations among community-exposed men: the Normative Aging Study. Am J Epidem 1999;150:129-141.

73.  Aguilar-Madrid G, Piacitelli G, Juarez-Perez CA, Vazquez-Grameix JH, Hu H, Hernadez-Avila M.  Chronic occupational exposure to inorganic lead at a printing press in Mexico City.  Salud Publica 1999;41:42-54.

CV: Howard Hu, M.D., M.P.H., Sc.D.

74. Moy E, Hu H, Christiani DC.  A retired shipyard worker with rapidly progressive pulmonary interstitial fibrosis.  Environ Health Perspect 1999;107:321-327.

75. Chuang HY, Lee, M-L T, Chao KY, Wang JD, Hu H.  The relationship of personal hygiene habits to blood lead levels in a longitudinal study of battery workers in Taiwan: 1991-1997.  Am J Industr Med 1999;35:595-603.

76. Tsaih SW, Schwartz J, Lee ML, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The interrelationships of lead in bone and blood to lead in urine among middle-aged to elderly men: the Normative Aging Study.  Environ Health Persp 1999;107:391-396.

77. Hu H, Stern A, Rotnitzky A, Schlesinger L, Proctor S, Wolfe J.  Development of a brief questionnaire for screening for multiple chemical sensitivity syndrome.  Tox Industr Health 1999;15:582-588.

78. Kales SN, Aldrich JM, Polyhronopoulos GN, Leitao EO, Artzerounian D, Gassert G, Hu H, Kelsey KT, Sweet C, Christiani DC.  Correlates of fitness for duty in hazardous materials firefighters.  Am J Industr Med 1999;36:618-629.

79. Guang L, Wang X, Hu H, Xu X.  A comparitive study on the lead levels in capillary and venous blood.  J Environ Health (China) 1999;16:103-105.

80. Aro A, Amarasiriwardena C, Lee M-L, Kim R, Hu H.  Validation of K x-ray fluorescence bone lead measurements by inductively coupled plasma mass spectrometry in cadaver legs.  Med Phys 2000;27:119-123.

81. Hoppin JA, Aro A, Hu H, Ryan PB.  Measurement variability associated with KXRF bone lead measurement in young adults.  Environ Health Persp 2000;108:239-242.

82. Hernandez-Avila H, Villalpando CG, Palazuelos E, Hu H, Villalpando ME, Martinez R.  Determinants of blood lead levels across the menopause transition.  Arch Environ Health 2000;55:355-360.

83. Shadick NA, Kim R, Weiss S, Liang MH, Sparrow D, Hu H. Effect of low level lead exposure on hyperuricemia and gout among middle aged and elderly men: the normative aging study. J Rheumatol. 2000 Jul;27(7):1708-12. PubMed PMID: 10914856.

84. Counter SA, Buchanan LH, Ortega F, Amarasiriwardena C, Rifai N, Hu H.  Environmental lead contamination and pediatric lead intoxication in an Ecuadoran village.  Int J Occup Environ Health 2000;6:169-176.

CV: Howard Hu, M.D., M.P.H., Sc.D.

85. Brown MJ, Hu H, González-Cossío T, Peterson KE, Sanín LH, Kageyama, ML, Palazuelos E, Aro A, Schnaas L, Hernández-Avila M.  Determinants of bone and blood lead concentrations in the early postpartum period.  Occup Environ Med 57:535-541, 2000.

86. Chuang HY, Schwartz J, Tsai S-Y, Lee M-L T, Wang J-D, Hu H.  Vibration perception thresholds in workers with long-term lead exposure.  Occup Environ Med 2000;57:588-594.

87. Wu M-T, Demple B, Bennett RAO, Christiani DC, Fan R, Hu H.  Individual variability in the zinc inducibility of metallothionein-IIA mRNA in human lymphocytes.  Toxicol Environ Health 2000; 61A:553-567.

88. Vig EK, Hu H.  Lead toxicity in older adults.  J Am Geriatrics Soc. 2000;48:1501-1506.

89. Cheng Y, Schwartz J, Sparrow D, Aro A, Weiss ST, Hu H.  A prospective study of bone lead level and hypertension: the Normative Aging Study.  Am J Epidem 2001;153:164-171.

90. Hu H.  Poorly-controlled hypertension in a painter with chronic lead toxicity.  Environ Health Perspec 2001;109:95-99.

91. Brown MJ, Gardner J, Sargent JD, Swartz K, Hu H, Timeri R.  Prevention effectiveness of housing policies to reduce lead exposure: risk factors associated with recurrent pediatric lead poisoning in addresses with lead poisoned children in the past.  Am J Public Health 2001;91:621-624.

92. Chuang HY, Hu H, Schwartz J, Palazuelos E, Aro A, Amarasiriwardena C, Hernandez-Avila M.  The inter-relationships between lead levels in maternal venous blood, maternal bone, and umbilical cord blood: implications for plasma lead.  Environ Health Perspec 2001;109:527-532.

93. Potula V, Hegarty-Steck M, Hu H.  A pilot study of blood lead levels in relation to paint and dust lead levels: the Lead-Safe Cambridge Program.  Am J Public Health 2001;91:1973-1975.

94. Sanín LH, González-Cossío T, Romieu I, Peterson KE, Ruíz S, Palazuelos E, Hernández-Avila M, Hu H.  Effect of maternal lead burden on infant weight and weight gain at one-month of age among breastfed infants. Pediatrics 107:1016-1023, 2001.

95. Hu H, Aro A, Sparrow D, Kelsey K.  The relationship of bone and blood lead levels to polymorphisms of amino-levulinic acid dehydratase among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:827-832.

96. Tsaih SW, Korrick S, Lee M-L T, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The influence of bone resorption on the mobilization of lead from bone among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:995-999.

CV: Howard Hu, M.D., M.P.H., Sc.D.

97. Hu H.  Progress in research on lead toxicity research: Peeling the onion.  Biomedicine 2001;21(2&3): 1-17.

98. Guo H-R, Yu H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and skin cancers: cell-type specificity.  Cancer Causes and Controls 2001;12:909-16.

99. Téllez-Rojo MM, Hernández-Avila M, González-Cossío T, Romieu I, Aro A, Palazuelos E, Schwartz J, Hu H.  Impact of breastfeeding on the mobilization of lead from bone.  Am J Epidemiol 2002;155:420-428.

100. Dykeman R, Aguilar-Madrid G, Smith T, Juarez-Perez A, Piacitelli G, Hu H, Hernandez-Avila M.  Lead exposure in Mexican radiator repair workers.  Am J Industrial Med 2002;41:179-187.

101. Smith D, Hernandez-Avila M, Tellez-Rojo MM, Mercado A, Hu H.  The relationship between lead in plasma and whole blood in women.  Environ Health Persp 2002;110:263-268.

102. Hernandez-Avila M, Peterson KE, Gonzalez-Cossio T, Sanin LH, Aro A, Schnaas L, Hu H.  Effect of maternal bone lead on length and head circumference of newborns and 1-month-old infants.  Arch Environ Health 2002;57:482-8.

103. Wolfe J, Erickson DJ, Proctor SP, Hu H.  Risk factors for the development of multisymptom illness in U.S. veterans of the Gulf War: the Ft. Devens Cohort study.  J Occup Environ Med 2002;44:271-281.

104. Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih S-W, González-Cossío T, Schnaas L, Peterson K, Aro A, Hernández-Avila M.  Maternal bone lead as an independent risk factor for fetal neurotoxicity: A prospective study.  2002;Pediatrics 110:110-118.

105. Kamel F, Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP.  Lead exposure and amyotrophic lateral sclerosis (ALS).  Epidemiology 2002;13:311-319.

106. Elmarsafawy SF, Tsaih SW, Korrick S, Dickey JH, Sparrow D, Hu H. Occupational determinants of bone and blood lead levels in middle aged and elderly men from the general community: the Normative Aging Study.  Am J Industrial Med 2002;42:38-49.

107. Korrick SA, Schwartz J, Tsaih SW, Hunter DJ, Aro A, Rosner B, Speizer FE, Hu H. Correlates of bone and blood lead levels among middle-aged and elderly women. Am J Epidemiol. 2002 Aug 15;156(4):335-43. PubMed PMID: 12181103.

108. Wittman R, Hu H.  Cadmium exposure and nephropathy in a 28-year old female metals worker.  Env Health Persp 2002;110:1261-6.

CV: Howard Hu, M.D., M.P.H., Sc.D.

109.   Hu H, Hernandez-Avila M.  Lead, bones, and pregnancy: the poison within?  Am J Epidem (Commentary) 2002;156:1088-91.

110.   Oliveira S, Aro A, Sparrow D, Hu H.  Seasonality as a modifier of the relationship between bone lead levels and blood lead levels: the Normative Aging Study.  Arch Env Health 2002;57:466-72.

111.   Wright RO, Tsaih S-W, Schwartz J, Wright R, Hu H.  Association between iron deficiency and blood lead level in a longitudinal analysis of children followed in an urban primary care clinic.  J Peds 2003;142:9-14.

112.   Wu MT, Kelsey K, Schwartz J, Sparrow D, Weiss S, Hu H.  A $\delta$-aminolevulinic acid dehydratase (ALAD) polymorphism may modify the relationship of low-level lead exposure to uricemia and renal function: the Normative Aging Study.  Env Health Persp 2003;111:335-41.

113.   Hernandez-Avila M, Gonzalez-Cossio T, Hernandez-Avila JE, Romier I, Peterson KE, Aro A, Palazuelos E, Kageyama Escobar ML, Hu H.  Dietary calcium supplements to lower blood lead levels in lactating women: a randomized placebo-controlled trial.  Epidemiology 2003;14:206-12.

114.   Hu H, Brown MJ.  Effectiveness of environmental health policies: a new frontier for epidemiologists.  (Commentary).  Epidemiology 2003;14:257-258.

115.   Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M.  A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy.  Am J Prev Med 2003;24:260-4.

116.   Latorre FG, Hernandez-Avila M, Orozco JT, Medina AA, Aro A, Palazuelos E, Hu H.  The relationship of blood and bone lead to menopause and bone mineral density among middle-aged women in Mexico City.  Environ Health Persp 2003;111:631-6.

117.   Wright RO, Tsaih SW, Schwartz J, Spiro A 3rd, McDonald K, Weiss ST, Hu H. Lead exposure biomarkers and mini-mental status exam scores in older men. Epidemiology. 2003 Nov;14(6):713-8. PubMed PMID: 14569188.

118.   Kamel F, Umbach DM, Lehman TA, Park LP, Munsat TL, Shefner JM, Sandler DP, Hu H, Taylor JA.  Amyotrophic lateral sclerosis, lead, and genetic susceptibility: polymorphisms in the delta-aminolevulinic acid dehydratase and vitamin D receptor genes. Environ Health Perspect. 2003;111:1335-9.

119.   Rhodes D, Spiro A 3rd, Aro A, Hu H. Relationship of bone and blood lead levels to psychiatric symptoms: the normative aging study. J Occup Environ Med. 2003 Nov;45(11):1144-51. PubMed PMID: 14610395.

CV: Howard Hu, M.D., M.P.H., Sc.D.

120. Wright RO, Hu H, Silverman EK, Tsaih SW, Schwartz J, Bellinger D, Weiss ST, Palazuelos E, Hernandez-Avila M. Apolipoprotein E genotype predicts 24-month infant Bayley Scale score Pediatric Research 2003; 54(6):819-25.

121. Guerra-Tamayo JL, Hernandez-Cadena L, Tellez-Rojo MM, Mercado-Garcia Adel S, Solano-Gonzalez M, Hernandez-Avila M, Hu H. Time to pregnancy and lead exposure. Salud Publica Mex. 2003;45 Suppl 2:S189-95.

122. Guo H-R, Wang N-S, Hu H, Monson RR. Cell-type specificity of lung cancer associated with arsenic ingestion. Cancer Epidemiology, Biomarkers, and Prevention 2004 Apr;13(4):638-43.

123. Weisskopf MG, Hu H, Mulkern RV, White R, Aro A, Oliveira S, Wright RO. Cognitive deficits and magnetic resonance spectroscopy in adult monozygotic twins with lead poisoning. Environ Health Perspect 2004; 112:620-625.

124. Wright RO, Silverman EK, Schwartz J, Tsaih ST, Senter J, Sparrow D, Weiss ST, Aro A, Hu H. Association between hemochromatosis genotype and lead exposure among elderly men: the Normative Aging Study. Environ Health Perspect 2004;112:746-750.

125. Juarez-Perez CA, Aguilar-Madrid G, Smith DR, Lacasana-Navarro M, Tellez-Rojo MM, Piacittelle G, Hu H, Hernandez-Avila M. Predictors of plasma lead levels in printing press workers. Am J Industr Med 2004;46:245-52.

126. Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A, Hu H, Hernandez-Avila M. Levels of lead in breast milk and their relation to maternal blood and bone lead levels at one-month postpartum. Environ Health Perspec 2004;112:926-931.

127. Lin C, Tsaih S, Kim R, Sparrow D, Hu H. Bone and blood lead levels and their determinants amongst minority subjects living in the Boston area. Environ Health Perspec 2004;112:1147-1151.

128. Tellez-Rojo MM, Hernandez-Avila M, Lamadrid-Figueroa H, Smith D, Hernandez-Cadena L, Mercado A, Aro A, Schwartz J, Hu H. Impact of bone lead on plasma lead levels during pregnancy. Am J Epidem 2004;160:668-78.

129. Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A, Hu H, Hernandez-Avila M. Effect of breast milk lead on infant blood lead levels at 1 month of age. Environ Health Perspec 2004;112:1381-185.

130. Tsaih SW, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. Lead, diabetes, hypertension, and renal function: the normative aging study. Environ Health Perspect.

CV: Howard Hu, M.D., M.P.H., Sc.D.

2004 Aug;112(11):1178-82. PubMed PMID: 15289163; PubMed Central PMCID: PMC1247478.

131.    Weisskopf MG, Wright RO, Schwartz J, Spiro III A, Sparrow D, Aro A, Hu H.   Cumulative lead exposure and prospective change in cognition among elderly men: the VA Normative Aging Study.  Am J Epidem 2004;160:1184-1193.

132.    Schaumberg DA, Mendes F, Balaram M, Dana MR, Sparrow D, Hu H.  Accumulated lead exposure and risk of age-related cataract extraction in men: the Normative Aging Study.  JAMA 2004;292:2750-2754.

133.    Terry P,  Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP, Kamel F.  VEGF promoter haplotype and amyotrophic lateral sclerosis (ALS).  J Neurogenetics 2004;18:1-6.

134.    Thurston SW, Williams PL, Hauser R, Hu H, Spiegelman D.  A comparison of regression calibration approaches for main study/internal validation study designs.  J Stat Plan Inference 2005;131:175-190.

135.    Farias P, Echavarria M, Hernandez-Avila M, Villanueva C, Amarasiriwardena C, Hernandez L, Aro A, Hu H. Bone, blood and semen lead in environmentally exposed Mexican men. Int  J Environ Health Res 2005;15:21-31.

136.    Bellinger D, Hu H, Kartigeyan V, Thomas N, Rajan P, Sankar S, Ramaswamy P, Balakrishnan K. A pilot study of blood lead levels and neurobehavioral function in children living in Chennai, India.  Int J Occ Environ Health 2005;11:138-143.

137.    Jarrell J, Chan S, Hauser R, Hu H.  Longitudinal Assessment of PCBs and Pesticides in Pregnant Women from Western Canada.  Environ Health 2005;4:10 (1-8).

138.    Hu H, Balakrishnan K.  The Environment and Health: an Emerging Area of Research in India. Indian J Med Res.  2005;121:711-715.

139.    Sanchez BN, Budtz-Jorgensen E, Ryan LM, Hu H.  Structural equation models.  A review with applications to environmental epidemiology.  J Am Stat Assoc  2005;100:1443-1455.

140.    Green R, Hauser R, Calafat AM, Weuve J, Schettler T, Ringer S, Huttner K, Hu H.  Use of di(2-ethylhexyl) phthalate-containing medical products and urinary levels of mono(2-ethylhexyl) phthalate in neonatal intensive care unit infants. Environ Health Perspect. 2005;113:1222-5.

141.    Oken E, Wright RO, Kleinman KP, Bellinger D, Amarasiriwardena C, Hu H,  Gillman MW. Fish as brain food:  maternal fish consumption, hair mercury, and infant cognition in a US cohort.  Environ Health Perspec 2005;113:1376-80.

CV: Howard Hu, M.D., M.P.H., Sc.D.

142.    Kamel F, Umbach DM, Hu H, Munsat TL, Shefner JM, Taylor JA, Sandler DP.  Lead exposure as a risk factor for Amyotrophic Lateral Sclerosis (ALS).  Neurodegen Dis  2005;2:195-201.

143.    Ettinger AS, Téllez-Rojo MM, Amarasiriwardena C, Schwartz J, Peterson KE, Aro A, Hu H, Hernández-Avila M.  Influence of maternal bone lead burden, breastfeeding practices, and calcium intake on levels of lead in breast milk over the course of lactation.  Am J Epidem 2005;163:48-56.

144.    Schwartz BS, Rischitelli G, Hu H.  The Future of Environmental Medicine in *Environmental Health Perspectives*: Where Should We Be Headed?  Environ Health Persp 2005;113:A574-6.

145    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Cadena L, Mercado-García A, Smith D, Solano-González M, Hernández-Avila M, Hu H. Biological markers of fetal lead exposure at each stage of pregnancy. J Toxicol Environ Health A. 2006 Oct;69(19):1781-96. PubMed PMID: 16905508.

146.    Jain NB, Hu H.  Childhood correlates of blood lead levels in Mumbai and Delhi.  Environ Health Persp 2006;114:466-70.

147.    Jarrell J,  Weisskopf M ,Weuve J, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal lead exposure and the sex ratio of offspring.  Human Reproduction 2006;21:1901-6.

148.    Tellez-Rojo MM, Bellinger DC, Lamadrid-Figueroa H, Schaas-Arrieta L, Arroyo-Quiroz C, Mercado-Garcia A, Wright RO, Hernandez-Avila M, Hu H.  Longitudinal associations between blood lead concentration <10 µg/dL and neurobehavioral development in environmentally-exposed children in Mexico City.  Pediatrics 2006 Aug;118:e323-30. .

149.    Elmarsafawy SF, Jain N, Schwartz J, Sparrow D, Aro A, Hu H.  Dietary calcium as a potential modifier of the relationship of lead burden to blood pressure: the Normative Aging Study. Epidemiology 2006;17:531-537.

150.    Weuve J, Sanchez BN, Calafat AM, Schettler T, Green R, Hu H, Hauser R.  Exposure to phthalates in neonatal intensive care unit infants.  Environ Health Perspec 2006; 114:1424–1431.

151.    Weuve, J; Kelsey KT; Schwartz J, Bellinger D, Rajan P, Spiro A, Sparrow D, Aro A, Hu H. Delta-aminolevulinic acid dehydratase (ALAD) polymorphism and the relation between low-level lead exposure and cognitive function in older men:  the Normative Aging Study.  Occup Environ Med 2006;63:746-53.

152.    Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J, Schnaas L, Mercado-García A, Hernández-Avila M.  Fetal lead exposure at each stage of pregnancy as a

predictor of infant mental development.  Environ Health Perspec 2006;114:1730-1735.

153.    Park SK, Schwartz J, Weisskopf M, Wright RO, Coull B, Sparrow D, Vokonas P, Nie H, Hu H.
Low-level lead exposure, metabolic syndrome and heart rate variability: the VA Normative Aging Study.
 Environ Health Perspec 2006;114:1718-1724

154.    Schwartz BS, Parker C, Glass TA, Hu H.  Global Environmental Change: What Should
Clinicians and the Environmental Health Community Do?  Environ Health Perspec 2006;114:1807-
1812.

155.    Park SK, O'Neill MS, Wright RO, Hu H, Vokonas PS, Sparrow D, Suh, H, Schwartz, J. HFE
Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment
Interaction. Circulation 2006;114:2798-2805.

156.    Hu H, Wright RO, Shine J.  The challenge posed to children's health by mixtures of toxic waste:
the Tar Creek Superfund Site as a case-study.  Ped Clin North America  2007;54:155-175. PMID:
17306689

157.    Schwartz BS, Hu H.  Adult Lead Exposure: Time for Change – Introduction to the Mini-
monograph. Environ Health Perspec 2007;115:451-454.. PMID: 17431498

158.    Hu H, Shih R, Rothenberg S, Schwartz BS.  The Epidemiology of Lead Toxicity in Adults:
Measuring Dose and Consideration of Other Methodological Issues.  Environ Health Perspec
2007;115:455-462. PMID: 17431499

159.    Shih R, Hu H, Weisskopf MG, Schwartz BS.  Cumulative Lead Dose and Cognitive Function in
Adults: a Review of Studies that Measured Both Blood Lead and Bone Lead.  Environ Health Perspec
2007;115:483-492. PMID: 17431502

160.    Kosnett MJ, Wedeen RP, Rothenberg SJ, Hipkins KL, Materna BL, Schwartz BS, Hu H, Woolf
A.  Recommendations for medical management of adult lead exposure.  Environ Health Perspec
2007;115:463-471. PMID: 17431500

161.    Weisskopf MG, Proctor SP, Wright RO, Schwartz J, Spiro A 3rd, Sparrow D, Nie H, Hu H.
Cumulative lead exposure and cognitive performance among elderly men.  Epidemiology.  2007;18:59-
66. PMID: 17130688

162.    Ettinger AS, Hu H, Hernandez-Avila M.  Dietary calcium supplementation to lower blood lead
levels in pregnancy and lactation.  J Nutr Biochem 2007;18:172-178. PMID: 17296490

163.    Zhou H, Chen J, Rissanen TH, Korrick SA, Hu H, Salonen JT, Longnecker MP.  Outcome-
dependent sampling: an efficient sampling and inference procedure for studies with a continuous

CV: Howard Hu, M.D., M.P.H., Sc.D.

outcome. Epidemiology. 2007;18:461-468. PMID: 17568219

164. Weisskopf MG, Hu H, Sparrow D, Lenkinski R, Wright RO. [1]H magnetic resonance spectroscopic evidence of glial effects of cumulative lead exposure in the adult human hippocampus. Environ Health Perspec 2007;115(4):519-23. PMID: 17450218

165. Jain NB, Potula V, Schwartz J, Vokonas PS, Sparrow D, Wright RO, Nie H, Hu H. Lead levels and ischemic heart disease in a prospective study of middle-aged and elderly men: the Normative Aging Study. Environ Health Perspec 2007;115:871-875. PMID: 17589593

166. Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, Hertz-Picciotto I, Hu H, Huang TT, Jensen TK, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebaek NE, Skerfving S, Weihe P. The faroes statement: human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol. 2008 Feb;102(2):73-5. PubMed PMID: 18226057.

167. Peters JL, Kubzansky L, McNeely E, Schwartz J, Wright RO, Spiro A, Sparrow D, Nie H, Hu H. Stress as a potential modifier of the impact of lead exposure on blood pressure: the Normative Aging Study. Environ Health Perspec 2007 Aug;115(8):1154-9. PMID: 17687441.

168. Wang FT, Hu H, Schwartz J, Weuve J, Spiro A, Sparrow D, Silverman EK, Weiss ST, Wright RO. Modifying effects of hemochromatosis polymorphisms on the association between lead burden and cognitive decline. Environ Health Perspec 2007 Aug;115(8):1210-5. PMID: 17687449.

169. Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Sparrow D, Spiro A, Smith RJ, Nie H, Hu H, Wright RO. Prospective Study of Lead and Psychiatric Symptoms and the Modifying Influence of the Delta-Aminolevulinic Acid Dehydratase (ALAD) Polymorphism: the Normative Aging Study. Am J Epidem 2007 Dec 15;166(12):1400-8. Epub 2007 Sep 6. PMID: 17823382

170. Perlstein T, Weuve J, Schwartz J, Sparrow D, Wright R, Litonjua A, Nie H, Hu H. Bone and blood lead levels in relation to pulse pressure in community-exposed men: the Normative Aging Study. Environ Health Perspec 2007 Dec;115(12):1696-700. PMID: 18087585.

171. Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Ávila M, Solano-González M, Smith D, Hu H, Wright RO. Association between the plasma fraction of circulating lead and history of abortion in Mexican pregnant women Biomed Central Pregnancy and Childbirth 2007 Sep 27;7:22. PMID: 17900368

_____

2008 and after (must comply with NIH Public Access Policy, applied to any paper accepted for publication in a journal on or after April 7, 2008; must supply PubMed Central ID number, PMCID for any article resulting from research sponsored by NIH; see: http://publicaccess.nih.gov/index.htm)

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          47

\* journal that automatically submits *All* NIH-Funded *Final Published Articles* to PubMed Central, as of 8/27/08 (http://publicaccess.nih.gov/submit_process_journals.htm)

172.    Surkan PJ, Schnaas L, Wright RJ, Tellez-Rojo MM, LaMadrid H, Hu H, Hernandez-Avila M, Bellinger DC, Schwartz J, Perroni E, Wright RO.  Coopersmith self-esteem, lead and neurodevelopment. Neurotoxicology 2008;Mar;29(2):278-85. PMID: 18261800; PMCID: PMC2495770

173.    Arora M, Ettinger AS, Peterson KE, Schwartz J, Hu H, Hernandez-Avila M, Wright RO. Maternal dietary intake of saturated and polyunsaturated fatty acids modifies the relationship between lead levels in bone and breast milk.  J Nutrition 2008 Jan;138(1):73-9. PMID: 18156407; PMCID: PMC2628754.

174.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Wright RO, Coull B, Nie H, Hu H, Schwartz J. Air pollution and heart rate variability: effect modification by chronic lead exposure. Epidemiology. 2008 Jan;19(1):111-20. PMID: 18091001; PMCID: PMC2671065.

175.    Navas-Acien A, Schwartz BS, Rothenberg SJ, Hu H, Silbergeld EK, Guallar E.  Bone lead levels and blood pressure endpoints – a meta-analysis. Epidemiology 2008 May;19(3):496-504. PMID: 18414090; PMCID: pending

176.    Nie H, Hu H, Chettle D.  Application and Methodology of *in vivo* K X-ray Fluorescence of Pb in Bone.  X Ray Spectrometry 2008;37:69-75.  PMID: n/a; PMCID: pending

177.    Oken E, Radesky JS, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW.  Maternal fish intake during pregnancy, blood mercury, and child cognition at age 3 years in a US cohort.  Amer J Epid 2008 May 15;167(10):1171-81.  PMID: 18353804; PMCID: pending

178.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Weuve J, Spiro A, Sparrow D, Smith TJ, Nieh H, Hu H, Wright RO.  Interaction of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism and lead exposure on cognitive function:  the Normative Aging Study.  J Occup Environ Med 2008; 50(9):1053-61. PMID: 18784554; PMCID: pending

179.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker K, Suh H, Hu H, Schwartz J. Traffic-related particles are associated with elevated homocysteine: the VA Normative Aging Study. \*Am J Resp Crit Care Med  2008 Aug 1;178(3):283-9. PMID: 18467508; PMCID: PMC2542426.

180.    Kamel F, Umbach DM, Stallone L, Richards M, Hu H, Sandler DP.  Association of Lead Exposure with Survival in Amyotrophic Lateral Sclerosis (ALS). \*Environ Health Perspec 2008; 2008 Jul;116(7):943-7.  PMID: 18629318; PMCID: PMC2453164.

181.    Hopkins M, Ettinger AS, Hernandez-Avila M, Schwartz J, Tellez-Rojo MM, Bellinger D, Hu H, Wright RO. Variants in iron metabolism genes predict blood and bone lead levels among postpartum

CV: Howard Hu, M.D., M.P.H., Sc.D.

women and their children.  *Environ Health Perspec 2008 Sep;116(9):1261-6.PMID: 18795173. PMCID: PMC2535632.

182.   Lampe BJ, Park SK, Robins T, Mukherjee B, Litonjua AA, Amarasiriwardena C, Weisskopf M, Sparrow D, Hu H.  Association between 24-Hour Urinary Cadmium and Pulmonary Function Among Community-Exposed Men: The VA Normative Aging Study.  *Environ Health Perspec 2008 Sep;116(9):1226-30.PMID: 18795167.  PMCID: PMC2535626.

183.   Rahman S, Hu H, McNeely E, Rahman SMM, Krieger N, Waterman P, Peters J, Harris C, Harris CH, Prothrow-Stith D, Gibbs B, Brown PC, Johnson G, Burgess A, Gragg RD.  Social and environmental risk factors for hypertension in minorities.  Fl Publ Health Rev 2008;5:64-72. PMID: 19966946;  PMCID: PMC2788965

184.   Zota AR, Ettinger AS, Bouchard M, Amarasiriwardena CJ, Schwartz J, Hu H, Wright RO.  Association of maternal blood manganese levels with infant birth weight.  Epidemiology 2009;20(3):367-73.  PMID: 19289966.  PMCID: pending.

185.   Park SK, Hu H, Wright RO, Schwartz J, Cheng Y, Sparrow D, Vokonas PS, Weisskopf M.  Iron Metabolism Genes, Low-Level Lead Exposure and QT Interval.  *Environ Health Perspec 2009 Jan;117(1):80-5.  PMID: 19165391; PMCID: PMC2627870.

185.   Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson K, Schwartz J, Hu H, Hernández-Avila M.  Effect of Calcium Supplementation on Blood Lead Levels in Pregnancy: A Randomized Control Trial.  *Environ Health Perspec 2009 Jan;117(1):26-31. Epub 2008 Sep 2.PMID: 19165383; PMCID: PMC2627861.

186.   Eamranond PP, Hu H.  Environmental and occupational exposures in immigrant health.  Environ Health Insights (in press; available at http://www.la-press.com).  PMIC: pending; PMCID: pending.

187    Park SK, Tucker KL, O'Neill MS, Sparrow D, Vokonas PS, Hu H, Schwartz J.  Fruit, vegetable, and fish consumption and heart rate variability: the Veterans Administration Normative Aging Study. Am J Clin Nutr. 2009 Mar;89(3):778-86. PMID: 19158214; PMCID: PMC2714396.

188.   Weuve J, Korrick SA, Weisskopf MA, Ryan L, Schwartz J, Nie H, Grodstein F, Hu H.  Cumulative exposure to lead in relation to cognitive function in older women,  *Environ Health Perspec 2009 Apr;117(4):574-80. Epub 2008 Dec 11.  PMID: 19440496. PMCID: PMC2679601

189.   Calafat AM, Weuve J, Ye X, Jia T, Hu H, Ringer S, Hauser R.  Exposure to Bisphenol A and other Phenols in Neonatal Intensive Care Unit Infants.  *Environ Health Perspec 2009 Apr;117(4):639-44. Epub 2008 Dec 10.PMID: 19440505.  PMCID: PMC2679610.

190.    Avendano-Badillo D, Hernandez-vaila M, Koplan K, Hernandez-Cadena L, Rueda-Hernandez G, Solano-Gonzalez M, Ibarra LG, Hu H, Tellez-Rojo MM.  High dietary calcium intake decreases bone mobilization during pregnancy in human.  Salud Publica 2009;51 Suppl 1:S100-7.  PMID: 19287883; PMCID: pending.

191.    Kordas K, Ettinger S, Lamadrid-Figueroa H, Tellez-RojoM, Hernandez-Avila M, Hu H, Wright RO.  MTHFR C677T, A1298C, and G1793A genotypes, and the relationship between maternal folate intake, tibia lead and infant size at birth.  Br J Nutr. 2009 Sep;102(6):907-14. Epub 2009 Apr 2.PMID: 19338708; PMCID: pending.

192.    Pilsner JR, Hu H, Ettinger A, Sanchez BN, Wright RO, Cantonwine D, Lazarus A, Lamadrid-Figueroa H, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M.  Influence of Prenatal Lead Exposure on Genomic DNA Methylation of Umbilical Cord Blood.   *Environ Health Perspec Environ Health Perspect. 2009 Sep;117(9):1466-71. Epub 2009 Mar 25.PMID: 19750115.  PMCID: PMC2737027.

193.    Nie H, Sanchez BN, Wilker E, Weisskopf M, Schwartz J, Sparrow D, Hu H.  Bone lead and endogenous exposure in an environmentally exposed elderly population: the Normative Aging Study.  J Occup Environ Med 2009 Jul;51(7):848-57.PMID: 1952882.  PMCID: pending.

194.    Ettinger AE, Zota AR, Amarasiriwardena CJ, Hopkins MR, Schwartz J, Hu H, Wright RO.  Maternal Arsenic Exposure and Impaired Glucose Tolerance during Pregnancy.  *Environ Health Perspect 2009 Jul;117(7):1059-64. Epub 2009 Mar 11.PMID: 19654913.  PMCID: PMC2717130.

195.    Weisskopf MG, Jain N, Nie H, Sparrow D, Vokonas P, Schwartz J, Hu H.  A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the VA Normative Aging Study.  Circulation 2009;120:1056-64.  PMID: 19738141.  PMCID: PMC2760410

196.    Arora M, Weuve J, Weisskopf MG, Sparrow D, Nie H, Garcia RI, Hu H.  Cumulative Lead Exposure and Tooth Loss in Men: The Normative Aging Study.  *Environ Health Perspec 2009 Oct;117(10):1531-4. Epub 2009 Jun 15.PMID: 20019902; PMCID: PMC2790506

197.    Meeker JD, Hu H, Cantonwine DE, LaMadrid-Figueroa H, Calafat AM, Ettinger A, Hernandez-Avila M, Loch-Caruso R, Tellez-Rojo M.  Pilot study of urinary phthalate metabolites in relation to preterm birth in Mexico City.  *Environ Health Perspec 2009 Oct;117(10):1587-92. Epub 2009 Jun 16.PMID: 20019910.  PMCID: PMC2790514

198.    Roy A, Bellinger D, Hu H, Schwartz J, Ettinger AS, Wright R, Bouchard M, Palaniappan K, Balakrishnan K.  Lead exposure and behavior among young children in Chennai, India.  *Environ Health Perspec 2009 Oct;117(10):1607-11. Epub 2009 Jun 26.PMID: 20019913;

CV: Howard Hu                                                                                          50

PMCID: PMC2790517

199.   Roy A, Hu H, Bellinger DC, Wright RO, Schwartz J, Mukherjee B, Pallaniappan K,
       Balakrishnan K.  Predictors of blood lead among 3-7 year old children in Chennai, India.
       Internat J Occup and Environ Health 2009 Oct-Dec;15(4):351-9.  PMID: 19886345.  PMCID:
       pending.

200.   Park SK, Mukherjee B, Xia X, Sparrow D, Weisskopf MG, Nie H, Hu H.  Bone Lead Level
       Prediction Models and Their Application to Examining the Relationship of Lead Exposure and
       Hypertension in the Third National Health and Nutrition Examination Survey (NHANES-III) J
       Occup and Environ Medicine 2009 Dec;51(12):1422-36.  PMID: 19952788.  PMCID: pending.

201.   Meeker JD, Hu H, Cantonwine DE, Lamadrid-Figueroa H, Calafat AM, Ettinger AS, Hernandez-
       Avila M, Loch-Caruso R, Téllez-Rojo MM. Urinary phthalate metabolites in relation to preterm
       birth in Mexico city. Environ Health Perspect. 2009 Oct;117(10):1587-92. Epub 2009 Jun 16.
       PubMed PMID: 20019910; PubMed Central PMCID: PMC2790514.

202.   Leiba A, Hu H, Zheng A, Kales SN. A safe strategy to decrease fetal lead exposure in a woman
       with chronic intoxication. J Matern Fetal Neonatal Med. 2010 Aug;23(8):932-4. PubMed PMID:
       20459344.

203.   Peters JL, Weisskopf MG, Spiro A 3rd, Schwartz J, Sparrow D, Nie H, Hu H, Wright RO,
       Wright RJ. Interaction of stress, lead burden, and age on cognition in older men: the VA
       Normative Aging Study. Environ Health Perspect. 2010 Apr;118(4):505-10. Epub 2009 Nov 6.
       PubMed PMID: 20064786; PubMed Central PMCID: PMC2854727.

204.   Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-
       Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO. Early postnatal
       blood manganese levels and children's neurodevelopment. Epidemiology. 2010 Jul;21(4):433-9.
       PubMed PMID: 20549838.

205.   Wright RO, Schwartz J, Wright RJ, Bollati V, Tarantini L, Park SK, Hu H, Sparrow D, Vokonas
       P, Baccarelli A. Biomarkers of lead exposure and DNA methylation within retrotransposons.
       Environ Health Perspect. 2010 Jun;118(6):790-5. Epub 2010 Jan 11. PubMed PMID: 20064768;
       PubMed Central PMCID:  PMC2898855.

206.   Zhang A, Park SK, Wright RO, Weisskopf MG, Mukherjee B, Nie H, Sparrow D, Hu H. HFE
       H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure:
       the Normative Aging Study. Environ Health Perspect. 2010 Sep;118(9):1261-6. Epub 2010 May
       14. PubMed PMID: 20478760; PubMed Central PMCID: PMC2944087.

207.   Roy A, Hu H, Bellinger DC, Mukherjee B, Modali R, Nasaruddin K, Schwartz J, Wright RO,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Ettinger AS, Palaniapan K, Balakrishnan K. Hemoglobin, Lead Exposure, and Intelligence Quotient: Effect Modification by the DRD2 Taq IA Polymorphism. Environ Health Perspect. 2011 Jan;119(1):144-9. PubMed PMID: 21205584.

208.   Cantonwine D, Meeker JD, Hu H, Sanchez BN, Lamadrid-Figueroa H, Mercado-Garcia A, Fortenberry GZ, Calafat AM, Tellez-Rojo MM. Bisphenol A exposure in Mexico City and risk of prematurity: a pilot nested case control study. Environ Health.  2010 Oct 18;9(1):62. [Epub ahead of print] PubMed PMID: 20955576.

209.   Cantonwine D, Hu H, Téllez-Rojo MM, Sánchez BN, Lamadrid-Figueroa H, Ettinger AS, Mercado-García A, Hernández-Avila M, Wright RO. HFE gene variants modify the association between maternal lead burden and infant birthweight: a prospective birth cohort study in Mexico City, Mexico. Environ Health. 2010 Jul 26;9:43. PubMed PMID: 20659343; PubMed Central PMCID: PMC2916893.

210.   Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, Lazarus AL, Cantoral A, Schnaas L, Téllez-Rojo MM, Hernández-Avila M. Maternal MTHFR genotype and haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in Mexico City. Am J Clin Nutr. 2010 Jul;92(1):226-34. Epub 2010 May 26. PubMed PMID: 20504979; PubMed Central PMCID: PMC2884326.

211.   Weisskopf MG, Weuve J, Nie H, Saint-Hilaire M-H, Sudarsky L, Simon DK, Hersh B, Schwartz J, Wright RO, Hu H.  Association of Cumulative Lead Exposure with Parkinson's Disease. *Environ Health Perspec 2010; 118:1609–1613, PMID: 20807691; PMCID: PMC2974701

212.   Basu N, Abare M, Buchanan S, Cryderman D, Nam D-H, Sirkin S, Schmitt S, Hu H.  A combined ecological and epidemiologic investigation of metals exposure amongst indigenous peoples near the Marlin Mine in Western Guatemala.  Sci Total Environ 2010 Dec 1;409(1):70-7. Epub 2010 Oct 16. PubMed PMID: 20952048.

213.   Lee MS, Park SK, Hu H, Lee S. Cadmium exposure and cardiovascular disease in the 2005 Korea National Health and Nutrition Examination Survey. Environ Res. 2011 Jan;111(1):171-6. Epub 2010 Nov 5. PubMed PMID: 21055738.

214.   Cantonwine D, Hu H, Sanchez BN, Lamadrid-Figueroa H, Smith D, Ettinger AS, Mercado-Garcia A, Hernandez-Avila M, Wright RO, Tellez-Rojo MM.  Critical Windows of Fetal Lead Exposure: Adverse Impacts on Length of Gestation and Risk of Premature Delivery.  J Occup Environ Med. 2010 Nov;52(11):1106-11. PubMed PMID: 21063188; PubMed Central PMCID: PMC3003442.

215.   Lamadrid-Figueroa H, Téllez-Rojo MM, Angeles G, Hernández-Ávila M, Hu H. Bias correction by use of errors-in-variables regression models in studies with K-X-ray fluorescence

CV: Howard Hu, M.D., M.P.H., Sc.D.

bone lead measurements. Environ Res. 2011 Jan;111(1):17-20.  Epub 2010 Nov 18. PubMed PMID: 21092947; PubMed Central PMCID: PMC3026095.

216.   Pan CH, Shih TS, Chen CJ, Hsu JH, Wang SC, Huang CP, Kuo CT, Wu KY, Hu H, Chan CC. Reduction of cooking oil fume exposure following an engineering intervention in Chinese restaurants. Occup Environ Med. 2011 Jan;68(1):10-5. Epub 2010 Sep 30. PubMed PMID: 20884797.

217.   Sánchez BN, Hu H, Litman HJ, Téllez-Rojo MM. Statistical Methods to Study Timing of Vulnerability with Sparsely Sampled Data on Environmental Toxicants.  *Environ Health Perspec Environ Health Perspect. 2011 Mar;119(3):409-15. PubMed PMID: 21362588.

218.   Park SK, Elmarsafawy S, Mukherjee B, Spiro A 3rd, Vokonas PS, Nie H, Weisskopf MG, Schwartz J, Hu H. Cumulative lead exposure and age-related hearing loss: the VA Normative Aging Study.  Hear Res. 2010 Oct 1;269(1-2):48-55. Epub 2010 Jul 16. PubMed PMID: 20638461; PubMed Central PMCID: PMC2934752.

219.   Lee SD, Shin HT, Park HM, Ko SG, Kook YB, Ryu JY, Kim H, Hu H, Park SK.  Metal concentrations of Chinese herbal medicine products in the United States.  Oriental Pharm Exp Med 2010; 10(4):294-303.

220.   Weuve J, Glymour MM, Hu H, Sparrow D, Spiro A 3rd, Vokonas PS, Litonjua AA. Forced expiratory volume in 1 second and cognitive aging in men. J Am Geriatr Soc. 2011 Jul;59(7):1283-92. doi: 10.1111/j.1532-5415.2011.03487.x. Epub 2011 Jun 30. PubMed PMID: 21718272.

221.   Bush KF, Luber G, Kotha SR, Dhaliwal RS, Kapil V, Pascual M, Brown DG, Frumkin H, Dhiman RC, Hess J, Wilson ML, Balakrishnan K, Eisenberg J, Kaur T, Rood R, Batterman S, Joseph A, Gronlund CJ, Agrawal A, Hu H. Impacts of climate change on public health in India: future research directions.  *Environ Health Perspect. 2011 Jun;119(6):765-70. Epub 2011 Jan 27. PubMed PMID: 21273162; PubMed Central PMCID: PMC3114809.

222.   Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, Hu H, Wright RO. A Dopamine Receptor (DRD2) but Not Dopamine Transporter (DAT1) Gene Polymorphism is Associated with Neurocognitive Development of Mexican Preschool Children with Lead Exposure. J Pediatr. 2011 Oct;159(4):638-43. Epub 2011 May 17. PubMed PMID: 21592505; PubMed Central PMCID: PMC3158955.

223.   Eum KD, Nie LH, Schwartz J, Vokonas PS, Sparrow D, Hu H, Weisskopf MG. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study.  *Environ Health Perspect. 2011 Jul;119(7):940-4. Epub 2011 Mar 16. PubMed PMID: 21414889.

CV: Howard Hu, M.D., M.P.H., Sc.D.

224.    Wilker E, Korrick S, Nie LH, Sparrow D, Vokonas P, Coull B, Wright RO, Schwartz J, Hu H.
        Longitudinal Changes in Bone Lead Levels: The VA Normative Aging Study. J Occup Environ
        Med. 2011 Aug;53(8):850-855. PubMed PMID: 21788910; PubMed Central PMCID:
        PMC3159960.

225.    Palaniappan K, Roy A, Balakrishnan K, Gopalakrishnan L, Mukherjee B, Hu H, Bellinger DC.
        Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology. 2011
        Aug;32(4):465-70. Epub 2011 Apr 8. PubMed PMID: 21510976; PubMed Central PMCID:
        PMC3115626.

226.    Choi YH, Hu H, Tak S, Mukherjee B, Park SK. Occupational noise exposure assessment using
        O*NET and its application to a study of hearing loss in the US general population. Occup
        Environ Med. 2012 Mar;69(3):176-83. doi: 10.1136/oem.2011.064758. Epub 2011 Jul 1.
        PubMed PMID: 21725070; PubMed Central PMCID: PMC3277688..

227.    Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L,
        Ettinger AS, Hernández-Avila M, Hu H, Téllez-Rojo MM. Prenatal lead exposure and weight of
        0- to 5-year-old children in Mexico city. Environ Health Perspect. 2011 Oct;119(10):1436-41.
        Epub 2011 Jun 29. PubMed PMID: 21715242; PubMed Central PMCID: PMC3230436.

228.    Claus Henn B, Schnaas L, Ettinger AS, Schwartz J, Lamadrid-Figueroa H, Hernández-Avila M,
        Amarasiriwardena C, Hu H, Bellinger DC, Wright RO, Téllez-Rojo MM. Associations of Early
        Childhood Manganese and Lead Co-exposure with Neurodevelopment. Environ Health Perspect.
        2012 Jan;120(1):126-31. doi: 10.1289/ehp.1003300. Epub 2011 Sep 1. PubMed PMID:
        21885384; PubMed Central PMCID: PMC3261931.

229.    Peters JL, Kubzansky LD, Ikeda A, Spiro A 3rd, Wright RO, Weisskopf MG, Kim D, Sparrow
        D, Nie LH, Hu H, Schwartz J. Childhood and adult socioeconomic position, cumulative lead
        levels, and pessimism in later life: the VA Normative Aging Study. Am J Epidemiol. 2011 Dec
        15;174(12):1345-53. Epub 2011 Nov 9. PubMed PMID:22071587; PubMed Central PMCID:
        PMC3276297.

230.    Hicken M, Gragg R, Hu H. How cumulative risks warrant a shift in our approach to racial health
        disparities: the case of lead, stress, and hypertension.  Health Aff (Millwood). 2011
        Oct;30(10):1895-901. PubMed PMID: 21976332.

231.    Zhang A, Hu H, Sánchez BN, Ettinger AS, Park SK, Cantonwine D, Schnaas L, Wright RO,
        Lamadrid-Figueroa H, Tellez-Rojo MM. Association between Prenatal Lead Exposure and Blood
        Pressure in Female Offspring. Environ Health Perspect. 2012 Mar;120(3):445-50. doi:
        10.1289/ehp.1103736. Epub 2011 Sep 21. PubMed PMID: 21947582; PubMed Central PMCID:
        PMC3295346.

CV: Howard Hu, M.D., M.P.H., Sc.D.

232.   Bakulski KM, Rozek LS, Dolinoy DC, Paulson HL, Hu H. Alzheimer's disease and
       environmental exposure to lead: the epidemiologic evidence and potential role of epigenetics.
       Curr Alzheimer Res. 2012 Jun;9(5):563-73. PubMed PMID: 22272628.

233.   Mordukhovich I, Wright RO, Hu H, Amarasiriwardena C, Baccarelli A, Litonjua A, Sparrow D,
       Vokonas P, Schwartz J. Associations of Toenail Arsenic, Cadmium, Mercury, Manganese and
       Lead with Blood Pressure in the Normative Aging Study. Environ Health Perspect. 2012
       Jan;120(1):98-104. doi: 10.1289/ehp.1002805. Epub 2011 Aug 30. PubMed PMID: 21878420;
       PubMed Central PMCID: PMC3261928.

234.   Afeiche M, Peterson KE, Sánchez BN, Schnaas L, Cantonwine D, Ettinger AS, Solano-González
       M, Hernández-Avila M, Hu H, Téllez-Rojo MM. Windows of lead exposure sensitivity, attained
       height, and body mass index at 48 months. J Pediatr. 2012 Jun;160(6):1044-9. Epub 2012 Jan 28.
       PubMed PMID: 22284921; PubMed  Central PMCID: PMC3360798.

235.   Peters JL, Kubzansky LD, Ikeda A, Fang SC, Sparrow D, Weisskopf MG, Wright RO, Vokonas
       P, Hu H, Schwartz J. Lead Concentrations in Relation to Multiple Biomarkers of Cardiovascular
       Disease: the Normative Aging Study. Environ Health Perspect. Mar;120(3):361-6. doi:
       10.1289/ehp.1103467. Epub 2011 Dec 5. PubMed PMID: 22142875; PubMed Central PMCID:
       PMC3295335.

236.   Bakulski KM, Dolinoy DC, Sartor MA, Paulson HL, Konen JR, Lieberman AP, Albin RL, Hu H,
       Rozek LS. Genome-wide DNA methylation differences between late-onset Alzheimer's disease
       and cognitively normal controls in human frontal cortex. J Alzheimers Dis. 2012;29(3):571-88.
       PubMed PMID: 22451312.

237.   Claus Henn B, Kim J, Wessling-Resnick M, Tellez-Rojo MM, Jayawardene I, Ettinger AS,
       Hernandez-Avila M, Schwartz J, Christiani DC, Hu H, Wright RO. Associations of iron
       metabolism genes with blood manganese levels: a population-based study with validation data
       from animal models. Environ Health. 2011 Nov 10;10(1):97-107. [Epub ahead of print] PubMed
       PMID: 22074419.

238.   Fortenberry GZ, Hu H, Turyk M, Barr DB, Meeker JD. Association between urinary 3, 5, 6-
       trichloro-2-pyridinol, a metabolite of chlorpyrifos and chlorpyrifos-methyl, and serum T4 and
       TSH in NHANES 1999–2002, Science of The Total Environment, 2012; 424:351-355.   doi:
       10.1016/j.scitotenv.2012.02.039. Epub 2012 Mar 17. PubMed PMID: 22425279; PubMed
       Central PMCID: PMC3327766.

239.   Eum KD, Korrick SA, Weuve J, Okereke O, Kubzansky LD, Hu H, Weisskopf MG. Relation of
       cumulative low-level lead exposure to depressive and phobic anxiety symptom scores in middle-
       age and elderly women. Environ Health Perspect. 2012 Jun;120(6):817-23. doi:

10.1289/ehp.1104395. Epub 2012 Feb 29. PubMed PMID: 22538241; PubMed Central PMCID: PMC3385437.

240.   Hicken MT, Gee GC, Morenoff J, Connell CM, Snow RC, Hu H. A novel look at racial health disparities: the interaction between social disadvantage and environmental health. Am J Public Health. 2012 Dec;102(12):2344-51. doi: 10.2105/AJPH.2012.300774. Epub 2012 Oct 18. PubMed PMID: 23078461.

241.   Choi YH, Hu H, Mukherjee B, Miller J, Park SK. Environmental cadmium and lead exposures and hearing loss in U.S. adults: the National Health and Nutrition Examination Survey, 1999 to 2004. Environ Health Perspect. 2012 Nov;120(11):1544-50. doi: 10.1289/ehp.1104863. Epub 2012 Jul 31. PubMed PMID: 22851306; PubMed Central PMCID: PMC3556613.

242.   Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive  deficits in Mexican children. Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PubMed PMID: 22579785.

243.   Weuve J, Press DZ, Grodstein F, Wright RO, Hu H, Weisskopf MG. Cumulative exposure to lead and cognition in persons with Parkinson's disease. Mov Disord. 2013 Feb;28(2):176-82. doi: 10.1002/mds.25247. Epub 2012 Nov 9. PubMed PMID: 23143985; PubMed Central PMCID: PMC3581753.

245.   Hicken MT, Gee GC, Connell C, Snow RC, Morenoff J, Hu H. Black-white blood pressure disparities: depressive symptoms and differential vulnerability to blood lead. Environ Health Perspect. 2013 Feb;121(2):205-9. doi: 10.1289/ehp.1104517. Epub 2012 Oct 25. PubMed PMID: 23127977; PubMed Central PMCID: PMC3569674.

246.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Zhang LN, Liao XP, Zhang J, Ouyang FX, Zhang JS, Shen XM. Personal characteristics related to the risk of adolescent internet addiction: a survey in Shanghai, China. BMC Public Health. 2012 Dec 22;12:1106. doi: 10.1186/1471-2458-12-1106. PubMed PMID: 23259906; PubMed Central PMCID: PMC3563549.

247.   Lim SS, Vos T, Flaxman AD, Danaei G, Shibuya K, Adair-Rohani H, Amann M, Anderson HR, Andrews KG, Aryee M, Atkinson C, Bacchus LJ, Bahalim AN, Balakrishnan K, Balmes J, Barker-Collo S, Baxter A, Bell ML, Blore JD, Blyth F, Bonner C, Borges G, Bourne R, Boussinesq M, Brauer M, Brooks P, Bruce NG, Brunekreef B, Bryan-Hancock C, Bucello C, Buchbinder R, Bull F, Burnett RT, Byers TE, Calabria B, Carapetis J, Carnahan E, Chafe Z, Charlson F, Chen H, Chen JS, Cheng AT, Child JC, Cohen A, Colson KE, Cowie BC, Darby S, Darling S, Davis A, Degenhardt L, Dentener F, Des Jarlais DC, Devries K, Dherani M, Ding EL,

Dorsey ER, Driscoll T, Edmond K, Ali SE, Engell RE, Erwin PJ, Fahimi S, Falder G, Farzadfar F, Ferrari A, Finucane MM, Flaxman S, Fowkes FG, Freedman G, Freeman MK, Gakidou E, Ghosh S, Giovannucci E, Gmel G, Graham K, Grainger R, Grant B, Gunnell D, Gutierrez HR, Hall W, Hoek HW, Hogan A, Hosgood HD 3rd, Hoy D, Hu H, Hubbell BJ, Hutchings SJ, Ibeanusi SE, Jacklyn GL, Jasrasaria R, Jonas JB, Kan H, Kanis JA, Kassebaum N, Kawakami N, Khang YH, Khatibzadeh S, Khoo JP, Kok C, Laden F, Lalloo R, Lan Q, Lathlean T, Leasher JL, Leigh J, Li Y, Lin JK, Lipshultz SE, London S, Lozano R, Lu Y, Mak J, Malekzadeh R, Mallinger L, Marcenes W, March L, Marks R, Martin R, McGale P, McGrath J, Mehta S, Mensah GA, Merriman TR, Micha R, Michaud C, Mishra V, Hanafiah KM, Mokdad AA, Morawska L, Mozaffarian D, Murphy T, Naghavi M, Neal B, Nelson PK, Nolla JM, Norman R, Olives C, Omer SB, Orchard J, Osborne R, Ostro B, Page A, Pandey KD, Parry CD, Passmore E, Patra J, Pearce N, Pelizzari PM, Petzold M, Phillips MR, Pope D, Pope CA 3rd, Powles J, Rao M, Razavi H, Rehfuess EA, Rehm JT, Ritz B, Rivara FP, Roberts T, Robinson C, Rodriguez-Portales JA, Romieu I, Room R, Rosenfeld LC, Roy A, Rushton L, Salomon JA, Sampson U, Sanchez-Riera L, Sanman E, Sapkota A, Seedat S, Shi P, Shield K, Shivakoti R, Singh GM, Sleet DA, Smith E, Smith KR, Stapelberg NJ, Steenland K, Stöckl H, Stovner LJ, Straif K, Straney L, Thurston GD, Tran JH, Van Dingenen R, van Donkelaar A, Veerman JL, Vijayakumar L, Weintraub R, Weissman MM, White RA, Whiteford H, Wiersma ST, Wilkinson JD, Williams HC, Williams W, Wilson N, Woolf AD, Yip P, Zielinski JM, Lopez AD, Murray CJ, Ezzati M. A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. doi: 10.1016/S0140-6736(12)61766-8. PubMed PMID: 23245609.

248.    Grashow R, Spiro A, Taylor KM, Newton K, Shrairman R, Landau A, Sparrow D, Hu H, Weisskopf M. Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. Neurotoxicology. 2013 Mar;35:154-61. doi: 10.1016/j.neuro.2013.01.005. Epub 2013 Jan 28. PubMed PMID: 23370289; PubMed Central PMCID: PMC3602137.

249.    Amarasiriwardena CJ, Jayawardene I, Lupoli N, Barnes RM, Hernandez-Avila M, Hu H, Ettinger AS. Comparison of digestion procedures and methods for quantification of trace lead in breast milk by isotope dilution inductively coupled plasma mass  spectrometry. Anal Methods. 2013;5(7):1676-1681. PubMed PMID: 24808927; PubMed Central PMCID: PMC4010228.

250.    Grashow R, Miller MW, McKinney A, Nie LH, Sparrow D, Hu H, Weisskopf MG. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: a pilot study of a novel physiological approach to investigating neurotoxicant effects.  Neurotoxicol Teratol. 2013 Jul-Aug;38:21-8. doi: 10.1016/j.ntt.2013.04.003. Epub 2013 Apr 17. PubMed PMID: 23603705; PubMed Central PMCID: PMC3774537.

251.    Roy A, Ettinger AS, Hu H, Bellinger D, Schwartz J, Modali R, Wright RO, Palaniappan K,

Balakrishnan K. Effect modification by transferrin C2 polymorphism on lead exposure, hemoglobin levels, and IQ. Neurotoxicology. 2013 Sep;38:17-22. doi: 10.1016/j.neuro.2013.05.005. Epub 2013 May 31. PubMed PMID: 23732512; PubMed Central PMCID: PMC3770761.

252.    Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. PubMed PMID: 23732085; PubMed Central PMCID: PMC3672933.

253.    Téllez-Rojo MM, Cantoral A, Cantonwine DE, Schnaas L, Peterson K, Hu H, Meeker JD. Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Sci Total Environ. 2013 Sep 1;461-462:386-90. doi: 10.1016/j.scitotenv.2013.05.021. Epub 2013 Jun 5. PubMed PMID: 23747553; PubMed Central PMCID: PMC3735862.

254.    Fortenberry GZ, Meeker JD, Sánchez BN, Barr DB, Panuwet P, Bellinger D, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Tellez-Rojo MM. Urinary 3,5,6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: distribution, temporal variability, and relationship with child attention and hyperactivity. Int J Hyg Environ Health. 2014 Mar;217(2-3):405-12. doi: 10.1016/j.ijheh.2013.07.018. Epub 2013 Aug 13. PubMed PMID: 24001412; PubMed Central PMCID: PMC3946926.

255.    Eum KD, Wang FT, Schwartz J, Hersh CP, Kelsey K, Wright RO, Spiro A, Sparrow D, Hu H, Weisskopf MG. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology. 2013 Dec;39:65-71. doi: 10.1016/j.neuro.2013.08.002. Epub 2013 Aug 16. PubMed PMID: 23958642; PubMed Central PMCID: PMC3844089.

256.    Choi YH, Miller JM, Tucker KL, Hu H, Park SK. Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population. Am J Clin Nutr. 2014 Jan;99(1):148-55. doi: 10.3945/ajcn.113.068437. Epub 2013 Nov 6. PubMed PMID: 24196403.

257.    Power MC, Korrick S, Tchetgen Tchetgen EJ, Nie LH, Grodstein F, Hu H, Weuve J, Schwartz J, Weisskopf MG. Lead exposure and rate of change in cognitive function in older women. Environ Res. 2014 Feb;129:69-75. doi: 10.1016/j.envres.2013.12.010. Epub 2014 Jan 29. PubMed PMID: 24529005; PubMed Central PMCID: PMC3951744.

258.    Ettinger AS, Roy A, Amarasiriwardena CJ, Smith D, Lupoli N, Mercado Garcia A, Lamadrid-Figueroa H, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure.  Environ Health Perspec 2014

CV: Howard Hu, M.D., M.P.H., Sc.D.

Jan;122(1):87-92. doi: 10.1289/ehp.1307187. Epub 2013 Oct 30. PubMed PMID: 24184948; PubMed Central PMCID: PMC3888576.

259.   Chatwood S, Bytautas J, Darychuk A, Bjerregaard P, Brown A, Cole D, Hu H, Jong M, King M, Kvernmo S, Veillard J. Approaching a collaborative research agenda for health systems performance in circumpolar regions. Int J Circumpolar Health. 2013 Aug 14;72. doi: 10.3402/ijch.v72i0.21474. eCollection 2013. PubMed PMID: 23961514; PubMed Central PMCID: PMC3745603.

260.   Bush KF, O'Neill MS, Li S, Mukherjee B, Hu H, Ghosh S, Balakrishnan K. Associations between extreme precipitation and gastrointestinal-related hospital  admissions in Chennai, India. Environ Health Perspect. 2014 Mar;122(3):249-54. doi: 10.1289/ehp.1306807. Epub 2013 Dec 16. PubMed PMID: 24345350; PubMed Central PMCID: PMC3948034.

261.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Ouyang F, Zhang LN, Liao XP, Zhang J, Zhang JS, Shen XM. Parent-adolescent interaction and risk of adolescent internet addiction: a population-based study in Shanghai. BMC Psychiatry. 2014 Apr 15;14:112. doi: 10.1186/1471-244X-14-112. PubMed PMID: 24731648; PubMed Central PMCID: PMC3999889.

262.   Fortenberry GZ, Meeker JD, Sánchez BN, Bellinger D, Peterson K, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Maria Tellez-Rojo M. Paraoxonase I polymorphisms and attention/hyperactivity in school-age children from Mexico City, Mexico. Environ Res. 2014 Jul;132:342-9. doi: 10.1016/j.envres.2014.04.010. Epub 2014 May 14. PubMed PMID: 24834831.

263.   Arora M, Austin C, Sarrafpour B, Hernández-Ávila M, Hu H, Wright RO, Tellez-Rojo MM. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS One. 2014 May 19;9(5):e97805. doi: 10.1371/journal.pone.0097805. eCollection 2014. PubMed PMID: 24841926; PubMed Central PMCID: PMC4026445.

264.   Braun JM, Wright RJ, Just AC, Power MC, Tamayo Y Ortiz M, Schnaas L, Hu H, Wright RO, Tellez-Rojo MM. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: a cross-sectional study. Environ Health. 2014 Jun 10;13(1):50. doi: 10.1186/1476-069X-13-50. PubMed PMID: 24916609; PubMed Central PMCID: PMC4068833.

265.   Bakulski KM, Park SK, Weisskopf MG, Tucker KL, Sparrow D, Spiro A, Vokonas PS, Nie LH, Hu H, Weuve J. Lead Exposure, B Vitamins, and Plasma Homocysteine in Men  55 Years of Age and Older: The VA Normative Aging Study. Environ Health Perspect. 2014 Oct;122(10):1066-74. doi: 10.1289/ehp.1306931. Epub 2014 Jun 4. PubMed PMID: 24905780; PubMed Central

CV: Howard Hu, M.D., M.P.H., Sc.D.

PMCID: PMC4181916.

266. Ji JS, Schwartz J, Sparrow D, Hu H, Weisskopf MG. Occupational determinants of cumulative lead exposure: analysis of bone lead among men in the VA normative aging study. J Occup Environ Med. 2014 Apr;56(4):435-40. doi: 10.1097/JOM.0000000000000127. PubMed PMID: 24709766; PubMed Central PMCID: PMC3982188.

267. Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, Schnaas L, Solano M, Mercado A, Peterson K, Sánchez BN, Hernández-Avila M, Hu H,  Maria Téllez-Rojo M. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res. 2014 Sep 25;135C:63-69. doi: 10.1016/j.envres.2014.08.029. [Epub ahead of print] PubMed PMID: 25262076.

268. Eum KD, Seals RM, Taylor KM, Grespin M, Umbach DM, Hu H, Sandler DP, Kamel F, Weisskopf MG. Modification of the association between lead exposure and amyotrophic lateral sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler Frontotemporal Degener. 2014 Oct 8:1-8. [Epub ahead of print] PubMed PMID: 25293352.

269. Karwowski MP, Just AC, Bellinger DC, Jim R, Hatley EL, Ettinger AS, Hu H, Wright RO. Maternal iron metabolism gene variants modify umbilical cord blood lead levels by gene-environment interaction: a birth cohort study. Environ Health. 2014 Oct 6;13:77. doi: 10.1186/1476-069X-13-77. PubMed PMID: 25287020.

270. Eum K-D, Weisskopf MG, Nie LH, Hu H, Korrick SA. Cumulative Lead Exposure and Age at Menopause in the Nurses' Health Study Cohort. Environmental Health Perspectives. 2014;122(3):229-234. doi:10.1289/ehp.1206399.

271. Goodrich JM, Sánchez BN, Dolinoy DC, Zhang Z, Hernández-Ávila M, Hu H, Peterson KE, Téllez-Rojo MM. Quality control and statistical modeling for environmental epigenetics: A study on in utero lead exposure and DNA methylation  at birth.  Epigenetics. 2015 Jan 2;10(1):19-30. doi: 10.4161/15592294.2014.989077. Epub 2015 Jan 27. PubMed PMID: 25580720.

272. Ji JS, Power MC, Sparrow D, Spiro III A, Hu H, Louis ED, Weisskopf MG.  Lead Exposure and Tremor among Older Men: The VANormative Aging Study.  Environ Health Perspectives 2015 May;123(5):445-50. doi: 10.1289/ehp.1408535. Epub 2015 Jan 23.  PubMed PMID: 25633720; PubMed Central PMCID: PMC4421770.

273. Ettinger AS, Lamadrid-Figueroa H, Mercado-Garcia A, Kordas K, Wood RJ, Peterson KE, Hu H, Hernandez-Avila M, Tellez-Rojo MM.  Effect of Calcium Supplementation on Bone Resorption in Pregnancy and the Early Postpartum: A Randomized Controlled Trial in Mexican Women.  Nutrition Journal Nutr J. 2014 Dec 16;13(1):116. doi: 10.1186/1475-2891-13-116. PubMed PMID: 25511814; PubMed Central PMCID: PMC4289552.

CV: Howard Hu, M.D., M.P.H., Sc.D.

274.  Jhun MA, Hu H, Schwartz J, Weisskopf MG, Nie LH, Sparrow D, Vokonas PS, Park SK.  Effect modification by Vitamin D receptor genetic polymorphisms in the association between cumulative lead exposure and pulse pressure: a longitudinal study.  Environ Health 2015 Jan 13;14:5. doi: 10.1186/1476-069X-14-5. PubMed PMID: 25582168; PubMed Central PMCID: PMC4417283.

275.  Cantoral A, Tellez-Rojo MM, Ettinger AS, Hu H, Hernandez-Avila M, Peterson K.  Early introduction and cumulative consumption of sugar-sweetened beverages during the pre-school period and risk of obesity at 8–14 years of age.  Pediatr Obesity 2015 Apr 17. doi: 10.1111/ijpo.12023. [Epub ahead of print] PubMed PMID: 25891908.

276.  Orkin AM, Bingham K, Klaiman M, Leece P, Buick JE, et al. (2015) An Agenda for Naloxone Distribution Research and Practice: Meeting Report of the Surviving Opioid Overdose with Naloxone (SOON) International Working Group. J Addict Res Ther 6:212. doi:10.4172/2155-6105.1000212

277.  Xu J, Hu H, Wright R, Sánchez BN, Schnaas L, Bellinger DC, Park SK, Martínez  S, Hernández-Avila M, Téllez-Rojo MM, Wright RO. Prenatal Lead Exposure Modifies the Impact of Maternal Self-Esteem on Children's Inattention Behavior. J Pediatr. 2015 Aug;167(2):435-41. doi: 10.1016/j.jpeds.2015.04.057. Epub 2015 Jun 3. PubMed PMID: 26047683.

278.  Kotha SR, Jadad AR, Hu H.  Creating a Pandemic of Health: Opportunities and Lessons for a University Initiative at the Intersection of Health, Equity, and Innovation.  Harvard Publ Hlth Review 2015;5:1-8.  (available at http://harvardpublichealthreview.org/wp-content/uploads/2015/04/HPHRv5-Kotha-Jadad-Hu-Creating-a-Pandemic.pdf).

279.  Weisskopf MG, Sparrow D, Hu H, Power MC. Biased Exposure-Health Effect Estimates from Selection in Cohort Studies: Are Environmental Studies at Particular Risk? Environ Health Perspect. 2015 Nov;123(11):1113-22. doi: 10.1289/ehp.1408888. Epub 2015 May 8. PubMed PMID: 25956004; PubMed Central PMCID: PMC4629739.

280.  Grashow R, Kim J, Sparrow D, Hu H, Wessling-Resnick M, Weisskopf MG.  Cumulative lead exposure is associated with reduced olfactory function in elderly men: the Normative Aging Study.  Neurotoxicology 2015 Jul;49:158-64. doi: 10.1016/j.neuro.2015.06.006. Epub 2015 Jun 26. PubMed PMID: 26121922; PubMed Central PMCID: PMC4523435.

281.  Kim WB, Sibbald RG, Hu H, Bashash M, Anooshirvani N, Coutts P, Alavi A. Clinical Features and Patient Outcomes of Hidradenitis Suppurativa: A Cross-Sectional Retrospective Study. J Cutan Med Surg. 2016 Jan;20(1):52-7. doi:  10.1177/1203475415602840. Epub 2015 Aug 28. PubMed PMID: 26318545.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                         61

282.   Global Burden of Disease Study 2013 Collaborators, Vos T, Barber RM, Bell B…Hu H…Zunt
       JR, Salomon JA, Murray CJ. Global, regional, and national incidence, prevalence, and years
       lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013:
       a systematic analysis  for the Global Burden of Disease Study 2013. Lancet. 2015 Aug
       22;386(9995):743-800. doi: 10.1016/S0140-6736(15)60692-4. Epub 2015 Jun 7.  Review.
       PubMed PMID: 26063472; PubMed Central PMCID: PMC4561509.

283.   GBD 2013 Risk Factors Collaborators, Forouzanfar MH, Alexander L, Anderson HR…Hu H…
       Lopez AD, Vos T, Murray CJ. Global, regional, and national comparative risk assessment of 79
       behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188
       countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013.
       Lancet. 2015 Dec 5;386(10010):2287-323. doi: 10.1016/S0140-6736(15)00128-2. Epub 2015
       Sep 11. PubMed PMID: 26364544; PubMed Central PMCID: PMC4685753.

284.   Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L,
       Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM.
       Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder
       (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016
       Jun;124(6):868-74. doi: 10.1289/ehp.1510067. PubMed PMID: 26645203; PubMed Central
       PMCID: PMC4892926.

285.   Taylor KM, Saint-Hilaire MH, Sudarsky L, Simon DK, Hersh B, Sparrow D, Hu H, Weisskopf
       MG. Head injury at early ages is associated with risk of Parkinson's disease. Parkinsonism Relat
       Disord. 2016 Feb;23:57-61. doi: 10.1016/j.parkreldis.2015.12.005. PubMed PMID: 26725141;
       PubMed Central PMCID: PMC4787263.

286.   Cantoral A, Téllez-Rojo MM, Levy TS, Hernández-Ávila M, Schnaas L, Hu H, Peterson KE,
       Ettinger AS. Differential association of lead on length by zinc status in two-year old Mexican
       children. Environ Health. 2015 Dec 30;14:95. doi: 10.1186/s12940-015-0086-8. PubMed PMID:
       26715556; PubMed Central PMCID: PMC4696318.

287.   Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E,
       Solano-González M, Ettinger AS, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Meeker JD.
       Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City:
       Distribution and relationships with child neurodevelopment. Environ Res. 2016 May;147:307-
       13. doi: 10.1016/j.envres.2016.02.025. PubMed PMID: 26922411; PubMed Central PMCID:
       PMC4821665.

288.   Specht AJ, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a
       biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning.
       Biomarkers. 2016 Jun;21(4):347-52. doi: 10.3109/1354750X.2016.1139183. Epub 2016 Feb 9.
       PubMed PMID: 26856822.

CV: Howard Hu, M.D., M.P.H., Sc.D.

289.  Tamayo Y Ortiz M, Téllez-Rojo MM, Hu H, Hernández-Ávila M, Wright R, Amarasiriwardena C, Lupoli N, Mercado-García A, Pantic I, Lamadrid-Figueroa H.  Lead in candy consumed and blood lead levels of children living in Mexico City. Environ Res. 2016 May;147:497-502. doi: 10.1016/j.envres.2016.03.007. Epub 2016 Mar 11. PubMed PMID: 26974363.

290.  Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

291.  Ding N, Wang X, Weisskopf MG, Sparrow D, Schwartz J, Hu H, Park SK. Lead-Related Genetic Loci, Cumulative Lead Exposure and Incident Coronary Heart Disease: The Normative Aging Study. PLoS One. 2016 Sep 1;11(9):e0161472. doi: 10.1371/journal.pone.0161472. PubMed PMID: 27584680; PubMed Central PMCID: PMC5008632.

292.  Goodrich JM, Dolinoy DC, Sanchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-Gonzalez M, Hu H, Tellez-Rojo MM, Peterson KE.  Adolescent epigenetic profiles and environmental exposures from early life through peri-adolescence.  Environmental Epigenetics, 2016; 2(3)1–11, doi: 10.1093/eep/dvw018

293.  Xu J, Yan CH, Hu H, Wu MQ, Shen XM. Prenatal Maternal Occupational Exposure and Postnatal Child Exposure to Elemental Mercury. Pediatr Emerg Care. 2016 Mar;32(3):175-9. doi: 10.1097/PEC.0000000000000305. PubMed PMID: 25415760.

294.  Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brenan K, Herrera LA, Schwartz J, Wright RO, Hu H, Baccarelli AA. APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals. Environ Res. 2016 Nov;151:101-105. doi: 10.1016/j.envres.2016.07.034. Epub 2016 Jul 27. Erratum in: Environ Res. 2017 Nov 25;:. PubMed PMID: 27474937; PubMed Central PMCID: PMC5071136.

295.  Farooqui Z, Bakulski KM, Power MC, Weisskopf MG, Sparrow D, Spiro A 3rd, Vokonas PS, Nie LH, Hu H, Park SK. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res. 2017 Jan;152:102-108. doi: 10.1016/j.envres.2016.10.007. PubMed PMID: 27770710; PubMed Central PMCID: PMC5135609.

296.  Somers EC, Monrad SU, Warren JS, Solano M, Schnaas L, Hernandez-Avila M, Tellez-Rojo M, Hu H. Antinuclear antibody prevalence in a general pediatric cohort from Mexico City: discordance between immunofluorescence and multiplex assays. Clin Epidemiol. 2016 Dec 20;9:1-8. doi: 10.2147/CLEP.S121632. eCollection 2017. PubMed PMID: 28053555; PubMed

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                              63

Central PMCID: PMC5192054.

297.     Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, Slack GW, Berry
         R, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ. Genetic polymorphism at BCL2 as a
         predictor for rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone efficacy in
         patients with diffuse large B-cell lymphoma. Haematologica. 2017 May;102(5):e199-e202. doi:
         10.3324/haematol.2016.159087. Epub 2017 Feb 2. PubMed PMID: 28154089; PubMed Central
         PMCID: PMC5477624.

298.     Hu H, Galea S, Rosella L, Henry D. Big Data and Population Health: Focusing on the Health
         Impacts of the Social, Physical, and Economic Environment.  Epidemiology. 2017
         Nov;28(6):759-762. doi: 10.1097/EDE.0000000000000711. PubMed PMID: 28682850.

299.     Wang X, Ding N, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. A Western Diet
         Pattern Is Associated with Higher Concentrations of Blood and Bone Lead among Middle-Aged
         and Elderly Men. J Nutr. 2017 Jul;147(7):1374-1383. doi: 10.3945/jn.117.249060. Epub 2017
         Jun 7. PubMed PMID: 28592514; PubMed Central PMCID: PMC5483966.

300.     Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger
         AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-
         Avila M.  Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years
         of Age in Mexico.  Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9).
         doi: 10.1289/EHP655. PubMed PMID: 28937959.

301.     Ge E, Fan M, Qiu H, Hu H, Tian L, Wang X, Xu G, Wei X. Ambient sulfur dioxide levels
          associated with reduced risk of initial outpatient visits for tuberculosis: A population based time
         series analysis. Environ Pollut. 2017 Sep;228:408-415. doi: 10.1016/j.envpol.2017.05.051. Epub
         2017 May 26. PubMed PMID: 28554030.

302.     Tse LA, Lee PMY, Ho WM, Lam AT, Lee MK, Ng SSM, He Y, Leung KS, Hartle JC, Hu H,
         Kan H, Wang F, Ng CF. Bisphenol A and other environmental risk factors for prostate cancer in
         Hong Kong. Environ Int. 2017 Oct;107:1-7. doi: 10.1016/j.envint.2017.06.012. Epub 2017 Jun
         20. PubMed PMID: 28644961.

303.     Liu SH, Bobb JF, Lee KH, Gennings C, Claus Henn B, Bellinger D, Austin C, Schnaas L,
         Tellez-Rojo MM, Hu H, Wright RO, Arora M, Coull BA. Lagged kernel machine regression for
         identifying time windows of susceptibility to exposures of complex mixtures. Biostatistics. 2018
         Jul 1;19(3):325-341. doi: 10.1093/biostatistics/kxx036. PubMed PMID: 28968676; PubMed
         Central PMCID: PMC5991212.

304.     Mehdizadeh A, Alavi A, Alhusayen R, Bauer B, Bechara FG, Bourcier M, Brassard A, Djamei
         V, Dutz J, George R, Ghias M, Gooderham M, Hamzavi I, Hoffman LK, Hou A, Hu H, Kimball

CV: Howard Hu, M.D., M.P.H., Sc.D.

AB, Kirchhof M, Kryzskaya D, Liy Wong MDC, Lowes MA, Lynde CW, McLellen C, Prens E, Prens L, Rogalska T, Sibbald RG, Sisic M, Tan MG, Wong DD. Proceeding report of the Symposium on Hidradenitis Suppurativa Advances (SHSA). Exp Dermatol. 2018 Jan;27(1):104-112. doi: 10.1111/exd.13445. Epub 2017 Nov 15. PubMed PMID: 28898476.

305.    Claus Henn B, Austin C, Coull BA, Schnaas L, Gennings C, Horton MK, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Wright RO, Arora M. Uncovering neurodevelopmental windows of susceptibility to manganese exposure using dentine microspatial analyses. Environ Res. 2018 Feb;161:588-598. doi: 10.1016/j.envres.2017.12.003. PubMed PMID: 29247915; PubMed Central PMCID: PMC5965684.

306.    Mehdizadeh A, Rosella L, Alavi A, Sibbald G, Farzanfar D, Hazrati A, Vernich L, Laporte A, Hu H, Bashash M. A Canadian Population-Based Cohort to the Study Cost and Burden of Surgically Resected Hidradenitis Suppurativa. J Cutan Med Surg. 2018 May/Jun;22(3):312-317. doi: 10.1177/1203475418763536. Epub 2018 Mar 11. PubMed PMID: 29528753.

307.    Jansen EC, Zhou L, Song PXK, Sánchez BN, Mercado A, Hu H, Solano M, Peterson KE, Tellez-Rojo MM. Prenatal lead exposure in relation to age at menarche: results from a longitudinal study in Mexico City. J Dev Orig Health Dis. 2018 Apr 30:1-6. doi: 10.1017/S2040174418000223. [Epub ahead of print] PubMed PMID: 29706142. 308.

308.    Brook JR, Setton EM, Seed E, Shooshtari M, Doiron D; CANUE – The Canadian Urban Environmental Health Research Consortium. The Canadian Urban Environmental Health Research Consortium - a protocol for building a national environmental exposure data platform for integrated analyses of urban form and health. BMC Public Health. 2018 Jan 8;18(1):114. doi: 10.1186/s12889-017-5001-5. PubMed PMID: 29310629; PubMed Central PMCID: PMC5759244.

309.    Hu H, Baines C.  Recent Insights and Opportunities for Three Under-recognized Conditions: Myalgic Encephalomyelitis/ Chronic Fatigue Syndrome, Fibromyalgia and Environmental Sensitivities/ Multiple Chemical Sensitivity.  Can Fam Physician. 2018 Jun;64(6):413-415. PubMed PMID: 29898928; PubMed Central PMCID: PMC5999262.

310.    Landrigan PJ, Fuller R, Hu H, Caravanos J, Cropper ML, Hanrahan D, Sandilya K, Chiles TC, Kumar P, Suk WA. Pollution and Global Health – An Agenda for Prevention. Environ Health Perspect. 2018 Aug 6;126(8):084501. doi: 10.1289/EHP3141. eCollection 2018 Aug. PubMed PMID: 30118434; PubMed Central PMCID: PMC6108842.

311.    Hu H, Landrigan PJ, Fuller R, Lim SS, Murray CJL. New Initiative aims at expanding Global Burden of Disease estimates for pollution and climate. Lancet Planet Health. 2018 Oct;2(10):e415-e416. doi: 10.1016/S2542-5196(18)30189-X. PubMed PMID: 30318094.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                            65

312.   Wang W, Moroi S, Bakulski K, Mukherjee B, Weisskopf MG, Schaumberg D, Sparrow D, Vokonas PS, Hu H, Park SK. Bone Lead Levels and Risk of Incident Primary Open-Angle Glaucoma: The VA Normative Aging Study. Environ Health Perspect. 2018  Aug 8;126(8):087002. doi: 10.1289/EHP3442. eCollection 2018 Aug. PubMed PMID: 30102601; PubMed Central PMCID: PMC6108844.

313.   Xu J, Hu H, Wright R, Schnaas L, Bellinger DC, Park SK, Wright RO, Téllez-Rojo MM. Prenatal lead exposure modifies the association of maternal self-esteem with child adaptive ability. Int J Hyg Environ Health. 2019 Jan;222(1):68-75. doi: 10.1016/j.ijheh.2018.08.005. Epub 2018 Aug 23. PubMed PMID: 30146178.

314.   Horton MK, Hsu L, Claus Henn B, Margolis A, Austin C, Svensson K, Schnaas L, Gennings C, Hu H, Wright R, Rojo MMT, Arora M. Dentine biomarkers of prenatal and early childhood exposure to manganese, zinc and lead and childhood behavior. Environ Int. 2018 Dec;121(Pt 1):148-158. doi: 10.1016/j.envint.2018.08.045. Epub  2018 Sep 8. PubMed PMID: 30205321.

315.   Zhang Z, Braun TM, Peterson KE, Hu H, Téllez-Rojo MM, Sánchez BN. Extending Tests of Random Effects to Assess for Measurement Invariance in Factor Models.  Stat Biosci. 2018 Dec;10(3):634-650. doi: 10.1007/s12561-018-9222-7. Epub 2018 Sep 29. PubMed PMID: 30805035; PubMed Central PMCID: PMC6385881.

316.   Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10.  PubMed PMID: 30316181.

317.   GBD 2017 Risk Factor Collaborators. Global, regional, and national comparative risk assessment of 84 behavioural, environmental and occupational, and metabolic risks or clusters of risks for 195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):1923-1994. doi: 10.1016/S0140-6736(18)32225-6. Epub 2018 Nov 8.  PubMed PMID: 30496105; PubMed Central PMCID: PMC6227755.

318.   Zheutlin AR, Hu H, Weisskopf MG, Sparrow D, Vokonas PS, Park SK. Low-Level Cumulative Lead and Resistant Hypertension: A Prospective Study of Men Participating in the Veterans Affairs Normative Aging Study. J Am Heart Assoc. 2018 Nov 6;7(21):e010014. doi: 0.1161/JAHA.118.010014. PubMed PMID: 30608198.

319.   Green R, Till C, Al-Hakeem H, Cribbie R, Téllez-Rojo MM, Osorio E, Hu H, Schnaas L. Assessment of neuropsychological performance in Mexico City youth using the Cambridge Neuropsychological Test Automated Battery (CANTAB). J Clin Exp Neuropsychol. 2018 Oct 18:1-11. doi: 10.1080/13803395.2018.1529229. [Epub ahead of print] PubMed PMID:

CV: Howard Hu, M.D., M.P.H., Sc.D.

30336715.

320.    Pantic I, Tamayo-Ortiz M, Rosa-Parra A, Bautista-Arredondo L, Wright RO, Peterson KE, Schnaas L, Rothenberg SJ, Hu H, Téllez-Rojo MM. Children's Blood Lead Concentrations from 1988 to 2015 in Mexico City: The Contribution of Lead in Air and Traditional Lead-Glazed Ceramics. Int J Environ Res Public Health. 2018 Sep 30;15(10). pii: E2153. doi: 10.3390/ijerph15102153. PubMed PMID: 30274368; PubMed Central PMCID: PMC6210390.

321.    Ding N, Wang X, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Dietary patterns, bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res. 2018 Sep 27;168:222-229. doi: 10.1016/j.envres.2018.09.035. [Epub ahead of print] PubMed PMID: 30317107.

322.    Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2018 Aug;165:504. doi: 0.1016/j.envres.2017.11.022. Epub 2017 Nov 26. PubMed PMID: 29183624.  (*correct citation [first in this CV] for earlier publication that was missing co-authors*).

323.    Wu Y, Jansen EC, Peterson KE, Foxman B, Goodrich JM, Hu H, Solano-González M, Cantoral A, Téllez-Rojo MM, Martinez-Mier EA. The associations between lead exposure at multiple sensitive life periods and dental caries risks in permanent teeth. Sci Total Environ. 2019 Mar 1;654:1048-1055. doi:10.1016/j.scitotenv.2018.11.190. Epub 2018 Nov 14. PubMed PMID: 30841379; PubMed Central PMCID: PMC6407640.

324.    Lin Y, Huang L, Xu J, Specht AJ, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead and child attention-deficit-hyperactivity-disorder-like behavior.  Sci Total Environ. 2019 Apr 1;659:161-167. doi: 10.1016/j.scitotenv.2018.12.219. Epub 2018 Dec 15. PubMed PMID: 30597466.

325.    Liu Y, Téllez-Rojo M, Hu H, Sánchez BN, Martinez-Mier EA, Basu N, Mercado-García A, Solano-González M, Peterson KE. Fluoride exposure and pubertal development in children living in Mexico City. Environ Health. 2019 Mar 29;18(1):26. doi: 10.1186/s12940-019-0465-7. PubMed PMID: 30922319; PubMed Central PMCID: PMC6439980.

326.    Cantoral A, Luna-Villa L, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA.  Fluoride content in foods and beverages from Mexico City markets & supermarkets.  Food Nutr Bull (in press).

Other Peer-reviewed Publication

1.     Hu H . Investigating allegations using survey epidemiology.  Proceedings of the International Conference on Combatting the Use of Chemical and Biological Weapons. Geneva May 24-27, 1989. International Commission of Health Professionals: Geneva.

2.     Kim R, Hu H.  New biomarkers of lead dose and  toxicity.  Proceedings of the Pacific Basin Conference on Hazardous Waste, Edmonton, Alberta, May 7-12, 1995.  East-West Center: Honolulu.

3.     Hu H, Kim R, Payton M, Korrick S, Sparrow D, Weiss ST.  The relationship of bone and blood lead to hypertension: further analyses of the normative aging study data.  Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Nov 4-8, 1996.  East-West Center: Honolulu.

4.     Hu H, Kim R, Fleischaker G, Aro A.  K-X-ray fluorescence: measuring bone lead as a biomarker of cumulative lead dose.   Proceeding of "Biomarkers, the Genome, and the Individual: Workplace and Medical Implications of a Rapidly Evolving Technology".  May, 1997, Charleston, SC.

5.     Hu H, Johnson K, Heldman R, Jones K, Komaroff AL, Schacterle R, Barsky A, Becker A, Holman L.  A comparison of single photon emission computed tomography in normal controls, in subjects with multiple chemical sensitivity syndrome and in subjects with chronic fatigue syndrome.  Department of Labor and Industries, State of Washington.  1999 (peer-reviewed technical report).

6.     Wright R, Mulkern R, White R, Aro A, Hu H.  Magnetic resonance spectroscopy in the neurologic assessment of adult lead poisoning.  Proceeding of the Silver Anniversary International Conference on Heavy Metals in the Environment.  August, 2000, Ann Arbor, MI.

7.     Tsaih S-W, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  Influence of dietary ascorbic acid intake on lead mobilized from bone among middle-aged and elderly men: the Normative Aging Study.   Proceeding of the Silver Anniversary International Conference on Heavy Metals in the Environment.  August, 2000, Ann Arbor, MI.

8.     Hu H, O'Neill M, Ebi K, Kotha R, Patz J, Keeler J, Erdmann C, Xi C, Ebi K.  Coping with Climate Change: Public Health Sector Synthesis.  Proceedings of the National Summit on Coping with Climate Change, University of Michigan, Ann Arbor, 8-10 May 2007


Non-peer reviewed publications

CV: Howard Hu                                                                                           68

1.    Hu H.  Occupational health: on the job training for medical students.  The New Physician, May 1979:24-25.

2.    Hu H, Shaffer N. Trade unionism for doctors.  (Letter to the Editor).  N Engl J Med 1985;323:926.

3.    Kern D, Christiani DC, Kelsey KT, Hu H, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J, Garabrant D.  Asbestos related diseases.  (Letter to the Editor).  N Engl J Med 1991;324:195-196.

3.    Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly  1993;3:141-142 (reply to letter).

4.    Hoppin JA, Ryan PB, Hu H, Aro ACA.  Bone lead levels and delinquent behavior (letter to the editor).  J Am Med Assoc 1996;275:1727.

5.    Hu H, Aro A, Payton M, Korrick S, Weiss S, Sparrow D.  Lead and hypertension (reply to Letters to the Editor).  J Am Med Assoc 1996;276:1038.

6.    Hu H.  Inorganic lead exposure: Metabolism and intoxication.  (book review).  Am J Epi 1997;145:382-383.

7.    Hu H. The exportation of hazardous industries, products, and wastes: globally-distributed chemicals and associated toxins.  Our Planet.  United Nations Environmental Program North America (Suppl) 1997;8:3-4.

8.    Sumner D, Hu H, Woodward A.  Health risks of ionizing radiation.  Science for Democratic Action  2000;8:1-4.

9.    Schwartz BS, Stewart W, Hu H.  Critique of Goodman et al.: Lead and neurobehavioral test scores in adults.  OEM Online - Occupational and Environmental Medicine, May 8, 2002 (http://oem.bmjjournals.com/cgi/eletters/59/4/217).

10.   Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, Carson AI, Cosby O, Darcey D, Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ, Sprince NL, Taiwo O, Upfal M.   In response to the 2002, vol. 22, no. 4 article entitled "The rise and fall of occupational medicine in the United States". Am J Prev Med. 2002;23:307-9.

11.   Ettinger AS, Hu H.  Lead and its impact on children—the Environmental Health dimension.  Contact  2005;179:13-15.

CV: Howard Hu, M.D., M.P.H., Sc.D.

12. Hu H, Tellez-Rojo M, LaMadrid-Figueroa H, Mercado-Garcia A, Herandez-Avila M, Bellinger D, Smith D, Ettinger AS, Schnaas L. Response to Letter to the Editor by Ronchetti. Environ Health Perpec 2007;115:A186-187.

13. Weisskopf MG, Weuve J, Jarrell J, Hu H, Tellez-Rojo MM, Hernandez-Avila M. Reply to Letter to the Editor by Jongbloet. Hum Reprod. 2007 Oct;22(10):2792-3. Epub 2007 Jun 28.

14. Aguilar Madrid G, Beaudry M, Bell W, Bowes D, Brophy J, Burdorf A, Carlsten C, Castleman B, Chaturvedi S, Conti ME, Corra L, Corrêa Filho HR, Cranor CF, Cullen E, Dalvie A, Dickson RC, Digon A, Egilman D, Eisner Falvo C, Fischer E, Frank AL, Frank E, Gee D, Giannasi F, Goldstein BD, Greenberg M, Guidotti TL, Harris WA, Hindry M, Houlson A, Hu H, Huff J, Infante PF, Thambyappa J, Juarez Perez CA, Jeebhay MF, Joshi TK, Keith M, Keyserlingk JR, Khatter K, King D, Kodeih N, Kristensen J, Kulsomboon V, Landrigan PJ, Lee CW, Leigh J, Lemen RA, Lippman A, London L, Matzopoulos R, McCulloch J, McDiarmid MA, Mehrdad R, Mirabelli D, Moshammer H, Notebaert É, Nycz Z, Oberta AF, O'Connor J, O'Neill R, Orris P, Ozonoff D, Paek D, Rickard C, Rodriguez EJ, Sass J, Sentes KE, Simpson IM, Soffritti M, Soskolne CL, Sparling SP, Spiegel J, Takahashi K, Takaro TK, Terracini B, Thébaud-Mony A, Trosic I, Turcotte F, Vakil C, Van Der Walt A, Waterman YR, Watterson A, Wegman DH, Welch LS, Weiss SH, Winston R, Yassi A. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9. doi: 10.1080/19338244.2013.780807. PubMed PMID: 23697697.

15. Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2017 Nov 25. pii: S0013-9351(17)31700-0. doi:10.1016/j.envres.2017.11.022. [Epub ahead of print] PubMed PMID: 29183624.

<u>Book Chapters (peer-reviewed)</u>

1. Hu H. Renal and urinary tract disorder. In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

2. Hu H. Other physical hazards. In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

3. Frumkin H, Hu H. Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

CV: Howard Hu, M.D., M.P.H., Sc.D.

4.      Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*. 2nd edition. Boston: Little, Brown, 1988:263-279.

5.      Frumkin H, Hu H, Travers P.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1988.

6.      Hu H.  The effects of ultraviolet radiation. In: Upton R, Positano R, eds. Med Clin N Amer: Environmental Medicine. March 1990;74:509-514.

7.      Hu H.  Non-ionizing radiation. In: Levy B, Weeks J, eds., *Control of Occupational Diseases; Center for Disease Control.*  Washington, D.C.: American Public Health Association:1991:508-515.

8.      Hu H.  Toxicodynamics of riot control agents (lacrimators).  In:  Somani SM, ed.  *Chemical Warfare Agents*. New York: Academic Press, 1992;271-288.

9.      Hu H, Besser M.  Other physical hazards. In: Paul M, ed. *Occupational and Environmental Reproductive Hazards: A Guide for Clinicians*.  Philadelphia: Williams & Wilkins, 1992:218-232.

10.     Hu H.  Ultraviolet radiation.  *The Encyclopedia of the Environment*.  Boston: Houghton Mifflin Co.  1993:750.

11.     Hu H, Kim N.  Drinking water pollution and human health.  In: Chivian E, McCally M, Hu H, Haines H, eds.  Human Health and the Environment--A Doctor's Report.  Cambridge: The MIT Press, 1993:31-48.

12.     Bowen E, Hu H.  Food Contamination Due to Environmental Pollution.  In: Chivian E, McCally M, Hu H, Haines H, eds. *Human Health and the Environment--A Doctor's Report*.  Cambridge: The MIT Press 1993:49-69.

13.     Kales S, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  3rd edition. Boston: Little, Brown, 1994:337-354.

14.     Hu H, Speizer F.  Physicians and Environmental/Occupational Hazards.  In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper D, eds. *Harrison's Principles of Internal Medicine*, (13th edition). New York: McGraw-Hill, Inc., 1994:2439-2441.

15.     Frumkin H, Hu H, Travers PH.  Training and Career Opportunities.  In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  Boston:Little, Brown,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Co. 1994:16-24.

16.     Hu H. Health Effects from Lead Exposure: A Review.   In: Hernandez-Avila M, Palazuelos
        Rendon E, ed. *Lead Pollution in Mexico: Prevention and Control*.  Cuernavaca: National
        Institute of Public Health.  1995.

17.     Hu H, Kim R, Fleischaker G, Aro A.  Measuring bone lead as a biomarker of cumulative lead
        dose using K X-ray fluorescence.  In: *Biomarkers: Medical and Workplace Applications*.  ML
        Mendelsohn, LC Mohr, JP Peeters, Ed.  Washington DC: Joseph Henry Press.  1998.  pp. 71-86.

18.     Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Fauci
        AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.
        *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:18-21.

19.     Hu H, Speizer F.  Specific Environmental and Occupational Hazards.  In:Fauci AS, Braunwald
        E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.  *Harrison's
        Principles of Internal Medicine,* (14th edition). New York: McGraw-Hill 1998:2521-2523.

20.     Hu H.  Heavy Metals.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper
        D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New
        York: McGraw-Hill 1998:2564-2569.

21.     Leffler C, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health:
        Recognizing and Preventing Work-Related Disease and Injury*. 4th edition.  Philadelphia:
        Lippincott Williams & Wilkins.  2000.

22.     Hu H.  Exposure to Metals.  In: LaDou J, ed.  Occupational Medicine.  *Primary Care: Clinics in
        Office Practice*. 2000 Dec;27(4):983-96.

23.     Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:
        Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's
        Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

24.     Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In: Braunwald E, Fauci
        AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal
        Medicine*, (15th edition). New York: McGraw-Hill 2001.

25.     Hu H.  Heavy Metals.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson
        JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill
        2001.

26.     Goldman RH, Hu H. Overview of Adult Lead Poisoning. *UpToDate in Medicine*. Primary Care

CV: Howard Hu, M.D., M.P.H., Sc.D.

Section. (CD-ROM/Internet publication).  Begun in 2000, updated annually.

27.    Hu H.  Human Health and Toxic Metals.  Chapter in: *Life Support: the Environment and Human Health.*  M McCally, Editor.  MIT Press, 2002.

28.    Chivian E, Epstein PR, Ford TE, Goodenough DA, Hu H.  Bringing global issues to medical training.  (Letter to Editor).  Lancet 2002;359:714.

29.    Hu H, Woolf A.  Introduction: Environmental Medicine as an emerging discipline.  In: *Grand Rounds in Environmental Medicine*.  Hu, H (Editor).  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

30.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:  Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

31.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

32.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2005.

33.    Fischbein A, Hu H.  Occupational and environmental exposure to lead.  In *Environmental and Occupational Medicine, Fourth Edition,* edited by William N. Rom. Lippincott–Raven Publishers, Philadelphia 2006.

34.    Weisskopf MG, Wright RO, Hu H.  Early life environmental exposure and neurologic outcomes  in adults.  In: DB Bellinger, Ed.  *Human Developmental Neurotoxicology.*  The Taylor and Francis Publishing Group 2006.

35.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (17th edition). New York: McGraw-Hill 2008.

36.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2nd Edition, 2009

37.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (18th edition). New York: McGraw-Hill 2011.


CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                 73

38.     Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (19th edition). New York: McGraw-Hill 2014.

39.     Bush KF, Balakrishnan K, Hu H.  Global Climate Change: Case Study of India.  In *Climate Change and Health.*  London: Oxford University Press.  (in press)

40.     (Hu H et al. ).  Epilogue: 'Global Health, Governance and Education'.  In *Global Population Health and Well-Being in the 21st Century: Toward NewParadigms, Policy and Practice.* George Lueddeke, Editor.  Springer, 2015.

41.     Anderson G, Buckle R, Favrin G, Friend S, Geschwind D, Hu H, Oliver S, Peterson R, Rossor M, St. George-Hyslop P, Zhang B.  Big Data Approaches to Dementia: Opportunities and Challenges.  In *Dementia Research and Care: Can Big Data Help?*  G Anderson, J Oderkirk, Ed.  OECD Publishing, Paris. 2015.  http://dx.doi.org/10.1787/9789264228429-en

42.     Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (20th edition). New York: McGraw-Hill 2018.

43.     Hu H.  Childhood Lead Toxicity.  In: Levy, B, ed.  *Social Injustice and Public Health,* (3rd edition).  Oxford University Press (in progress).

44.     Bakulski K, Hu H, Park SK.  Lead, Cadmium, and Alzheimer's Disease.  In: *The Neuroscience of Dementia: Genetics, Neurology, Behavior and Diet.*  VR Preedy, CR Martin, Ed.  Elsevier (in progress).


Books, Monographs, Reports

1.      Frumkin H, Hu H, eds. *Occupational and Environmental Health: A Resource Guide for Health Science Students* (National Institute of Occupational Safety and Health), March 1980; Publication # 90-118.

2.      Physicians for Human Rights.  *The Use of Tear Gas in the Republic of Korea: A Report by Health Professionals.*  Somerville: Physicians for Human Rights.  July 27, 1987.  Available at: https://s3.amazonaws.com/PHR_Reports/korea-1987-use-of-tear-gas-in-republic-of-korea.pdf

3.      Hu H, Cook-Deegan R, Shukri A.  *Winds of Death: Iraq's Use of Poison Gas Against its Kurdish Population.* Somerville, Massachusetts: Physicians for Human Rights, February 1989.  Available at: https://s3.amazonaws.com/PHR_Reports/winds-of-death-iraq-kurds-1989.pdf


CV: Howard Hu, M.D., M.P.H., Sc.D.

4.     Korman P, Hu H, Planatamura D.  *Lead Abatement Manual: A Union Training Course for Workers and Supervisors*.  Commonwealth of Massachusetts, Department of Industrial Accidents, 1991.

5.     Hu H, Win UK, Arnison A.  *Health and Human Rights in Burma (Myanmar): 1988 to the present.*  Somerville, Massachusetts: Physicians for Human Rights, 1991.

6.     Hu H, Makhijani A, Yih K.  *Plutonium: Deadly Gold of the Nuclear Age*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production.  Cambridge: the International Physicians for the Prevention of Nuclear Weapons, 1992.

7.     Chivian E, McCally M, Hu H, Haines H, eds.  *Critical Condition: Human Health and the Environment*.  Cambridge: The MIT Press, 1993.

8.     Makhijani A, Hu H, Yih K.  *Nuclear Wastelands.  A Global Guide to Nuclear Weapons Production and Its Health and Environmental Effects*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production. Cambridge: The MIT Press, 1995.

9.     Hu, H.  (Editor).  *Grand Rounds in Environmental Medicine*.  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

10.    Basu N, Hu H. *Toxic Metals and Indigenous Peoples Near the Marlin Mine in Western Guatemala: Potential Exposures and Impacts on Health.*  A report for Physicians for Human Rights.  March, 2010  (http://physiciansforhumanrights.org/library/report-2010-05-18.html).

11.    Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy. Ettinger AS and Wengrowitz AG, Editors. *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women.*  Atlanta: Centers for Disease Control. November, 2010.

12.    Taskforce on Environmental Health (Hu: Taskforce Chair). *Time for Leadership: Recognizing and Improving Care for those with ME/CFS, FM and ES/MCS*.  Interim Report.  Ministry of Health and Longterm Care, Province of Ontario.  July, 2017

Abstracts of Work (Upon request)

CV: Howard Hu, M.D., M.P.H., Sc.D.

# Exhibit 4

## CURRICULUM VITAE

### Bruce Perrin Lanphear, MD, MPH

**Office Address**
Blusson Hall
8888 University Drive
Burnaby, BC V5A 1S6
Canada
e-mail: blanphear@sfu.ca

**Home and Mailing Address**
3415 Ash Street
Vancouver, BC, V5Z 3E5
TEL:   (778) 387-3939

**Date of Birth:**   January 12th, 1963

**Marital status:**   Married to Nancy Ebbesmeyer Lanphear, M.D., a developmental pediatrician

**Citizenship:**   United States of America and Canada (dual citizenship)

**Specialty:**   Board Certified in General Preventive Medicine & Public Health

## Employment

| | |
|---|---|
| 1984-1986 | Paramedic, Jackson County Jail, Kansas City, Missouri |
| 1988-1989 | Physician, International Travel Clinic, University of Cincinnati, Cincinnati, Ohio |
| 1988-1989 | Staff Physician, Sexually Transmitted Disease Clinic, Cincinnati Public Health Department, Cincinnati, Ohio |
| 1989-1992 | Assistant Professor of Environmental Health, Associate Director, Medical Center Health Services, University of Cincinnati |
| 1992-1997 | Senior Instructor, Departments of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1992-1994 | National Research Scholar Award in General Pediatric Research, University of Rochester School of Medicine and Dentistry. |
| 1992-1997 | Assistant Professor, Department of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1997-2002 | Associate Professor, Department of Pediatrics, Children's Hospital Medical Center and the University of Cincinnati, Cincinnati, Ohio. |
| 1997-2008 | Director, General Pediatric Research Fellowship Training Program, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2008 | Director, Children's Environmental Health Center, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2006 | Associate Professor (Adjunct), Departments of Pediatrics and of Environmental Medicine, University of Rochester School of Medicine & Dentistry, Rochester, NY. |
| 1998-2003 | Associate Director for Research, Division of General & Community Pediatrics, Children's Hospital Medical Center. |
| 2001-2002 | Associate Professor (tenured), Department of Pediatrics, University of Cincinnati, Cincinnati, Ohio. |
| 2001-2004 | Associate Professor (Adjunct), Department of Environmental Health Sciences, University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 2002-2008 | Sloan Professor of Children's Environmental Health, Departments of Pediatrics and Environmental Health, University of Cincinnati, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio. |

| | |
|---|---|
| 2008-2012 | Adjunct Professor of Pediatrics, Department of Pediatrics, Cincinnati Children's Hospital Medical Center and the University of Cincinnati. |
| 2008- | Professor of Children's Environmental Health, Faculty of Health Sciences, Simon Fraser University |
| 2008- | Clinician Scientist, Child & Family Research Institute, BC Children's Hospital, University of British Columbia |

**Education**

| | |
|---|---|
| 1980-1985 | Bachelor of Arts in Biology |
| 1980-1986 | University of Missouri at Kansas City, Medical Degree (1986) |
| 1986-1987 | Internship, University of Arkansas for Medical Sciences, Little Rock, Arkansas |
| 1987-1988 | Tulane School of Public Health & Tropical Medicine Masters in Public Health & Tropical Medicine |
| 1987-1989 | General Preventive Medicine and Public Health Residency Tulane School of Public Health & Tropical Medicine |
| 1992-1995 | Postdoctoral Fellowship in General Academic Pediatric Research University of Rochester School of Medicine, Rochester, NY |

**Awards and Honors**

| | |
|---|---|
| 2011 | Sterling Prize in Controversy, Simon Fraser University |
| 2012 | Research Integrity Award, International Society for Environmental Epidemiology |
| 2013 | Public Policy and Advocacy Award, Academic Pediatric Association |
| 2015 | Research Award, Academic Pediatric Association |
| 2015 | Confederation of Union Faculty Associations of British Columbia (CUFA-BC) Academic of the Year Award |
| 2018 | Lumina Award from the Women for Healthy Environmental Health, Pittsburgh, PA |

**Teaching Experience**

| | |
|---|---|
| 1992-1997 | Course Instructor, "Public Health & the Environment", Department of Community & Preventive Medicine, The University of Rochester School of Medicine and Dentistry. A required course for MPH students taught annually. |
| 1997-2008 | Founding Director, NIH-funded, General Academic and Community Pediatric Research Fellowship Training Program, Cincinnati Children's Hospital Medical Center. This interdisciplinary, research training program, which included pediatricians, psychologists and epidemiologists, was the first training program in Children's Environmental Health. |
| 1998-2008 | Course Co-Instructor, "Children's Health & the Environment", Department of Environmental Health, The University of Cincinnati School of Medicine. A course taught every other year to MPH, PhD and postdoctoral trainees in medical subspecialties. |
| 2008- | Course Instructor, "Children's Health and the Environment". A 2-week intensive course taught annually to 4th year undergraduate students at Simon Fraser University. |
| 2011- | Course Instructor, "Plagues, Pollutants and Poverty: The Origins and Evolution of Public Health". An undergraduate course at Simon Fraser University. |

**Committee and Community Involvement**

| | |
|---|---|
| 1993-1997 | Lead Poisoning Prevention Task Force, Monroe County Health Department. |
| 1994-1997 | Investigational Review Board, Rochester General Hospital |
| 1995- | Scientific Consultant, National Center for Healthy Housing, Columbia, Maryland. |
| 1996-1997 | Member, New York State Task Force on Environmental Neurotoxins, University of Rochester School of Medicine |
| 1996-2001 | Member, National Institute for Environmental Health Sciences Grant Review Committee for Community-Based Interventions (FG) |
| 1996-1998 | Chairman, U.S. Department of Housing and Urban Development Committee on Lead-Contaminated House Dust |
| 1998 | Member, Review Group for National Research Service Awards, Health Resources and Services Administration |
| 1998-2000 | Member, Cincinnati Board of Health, Cincinnati, Ohio. |
| 1998-2001 | Member, Science and Research Work Group, Office of Children's Health Protection Advisory Committee, U.S. EPA |
| 1998-2000 | Member, Cincinnati Lead Poisoning Prevention Advisory Task Force, Cincinnati, Ohio. |
| 1999 | Member, K23 Grant Review Committee, National Institute for Environmental Health Sciences, August 1999 |
| 1999 | Member, Expert Panel on Soil Pica Behavior, Agency for Toxic Substance Disease Registry, June 7th-8th, Atlanta, Georgia |
| 2000 | Member, Panel on Health Disparities: Linking Biological and Behavioral Mechanisms with Social and Physical Environments, National Institute for Environmental Health Sciences, July 14-15th |
| 2000-2002 | Member, Workshop on Assessing Environmental Exposures to Children, U.S. Environmental Protection Agency, July 26-27th |
| 2000-2004 | Member, Children's Environmental Health Project, AAP's Child Health Research Center, Rochester, NY. |
| 2001 | Senate Testimony, "Ensuring that Children with Dangerous Levels of Lead in their Blood Receive Care as Early as Possible". Subcommittee on Housing and Transportation of the Committee on Banking, Housing and Urban Affairs, 107th U.S. Congress, November 13th, 2001. |
| 2001 | Reviewer, National Research Council, National Academy of Science Update of the 1999 Arsenic in Drinking Water Report |
| 2001-2003 | Member, Expert Panel on Children's Health and the Environment, North American Commission for Environmental Cooperation |
| 2002- | Member, Scientific Advisory Board, Scientist Communication Network. |
| 2003 | Member, "Herculaneum Health Study Workshop" Agency for Toxic Substance Diseases Registry, May 22nd to 23rd, 2003 |
| 2003-2004 | Panel Member, "Lead Poisoning in Pregnant Women", Mt. Sinai for Children's Health and the Environment, New York, NY |
| 2003 | Member, "Invitational Workshop on a proposed American Family Study" National Human Genome Research Institute, December 1st to 3rd, 2003. |

| | |
|---|---|
| 2004-2006 | Member, Committee on "Ethical Consideration for Research on Housing-Related Health-Hazards involving Children", National Research Council and the Institute of Medicine, The National Academies |
| 2004 | Congressional Testimony, "Tapped Out? Lead in the District of Columbia and the Providing of Safe Drinking Water", Subcommittee on Environment and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives, 108th Congress, July 22nd, 2004 |
| 2005 | Reviewer, "Superfund and Mining Megasites – Lessons from the Couer d" Alene River Basin", National Research Council, The National Academies. |
| 2005 | Ad Hoc Member, NIEHS Board of Scientific Counselors Review of the Epidemiology Branch, April 3rd to April 5th, 2005 |
| 2005 | Senate Briefing, "The Connection of Environmental Chemicals and Learning Disabilities", U.S. Senate, May 10th, 2005 |
| 2006 | Invited Participant, NIEHS Strategic Planning Forum, National Institute for Environmental Health Sciences, Chapel Hill, North Carolina, October 17-18th, 2006. |
| 2006-2008 | Member, U.S. EPA's Clean Air Scientific Advisory Committee Lead Review Panel. |
| 2006-2008 | Member, National Children's Study Steering Committee, NICHD |
| 2006 | Invited Participant, "How Does Housing Affect Health Outcomes of Children?", MacArthur Foundation, Chicago, Illinois, June 21st-22nd, 2006. |
| 2006- 2010 | Member, External Scientific Advisory Committee, Richmond Center for Excellence in Tobacco Research, American Academy of Pediatrics. |
| 2007 | Testimony, Vermont State Legislature, "The Lingering Legacy of Lead Toxicity", Montpelier, Vermont, February 1st, 2007 |
| 2007 | Testimony, Connecticut State Legislature, "The Legacy of Lead Toxicity", Hartford, Connecticut, March 14th, 2007. (PG) |
| 2007 | Invited Testimony, United States Senate Hearing, "Lead and Children's Health". Committee on Environmental and Public Works, October 18th, 2007 |
| 2007-2008 | Member, Committee on "Committee on Contaminated Drinking Water at Camp Lejeune", National Research Council, The National Academies. |
| 2008 | Member, Expert Panel on Health and the Environment, Statistics Canada, Ottawa, |
| 2008- | Member, Alliance for the Global Elimination of Lead Paint, Intergovernmental Forum on Chemical Safety (IFCS), World Health Organization |
| 2008-2009 | Reviewer, Toxicological Review and Recommended Toxicological Reference Values for Environmental Lead Exposure in Canada, Health Canada |
| 2009-2013 | Scientific Advisor, Canada Lead Study funded by Health Canada (Patrick Levallois, Principal Investigator). |
| 2009-2014 | Board Member, Barro Sin Plomo |
| 2009-2010 | Member, Health and Environment Experts Advisory Group of the Canadian Longitudinal Study on Aging, Canadian Institutes of Health Research |
| 2010-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Dust Lead Standards |
| 2010-2013 | Advisor, Canada Environmental Health Law and Canadian Partnership for Children's Health and Environment Retrofit Project |
| 2010-2012 | Member, Physicians Advisory Panel, Canada Health Measures Survey |
| 2010 | Invited Testimony, United States Senate Hearing, "Research on Environmental Health Factors with Autism and Neurodevelopmental Disorders", August 3rd, 2010 |
| 2010 | Member, Joint FAO/WHO Expert Panel for Toxicological and Health Review of Bisphenol A |
| 2010-2015 | Board Member, Global Community Monitoring, Oakland, California |
| 2010- | Chairman, Scientific Advisory Committee for Dartmouth University's Program in Children's Health and the Environment |

4

| | |
|---|---|
| 2011-2016 | Member, American Academy of Pediatrics Executive Council on Environmental Health |
| 2011-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Hazards of Partial Water Line Replacement |
| 2011 | Invited Testimony, Special Committee on Cosmetic Pesticides, Legislative Assembly, Province of British Columbia, October 7th, 2011 |
| 2011-2012 | Member, Panel on Health Effects of Low-level Lead, Office of Health Effects, National Toxicology Program of the National Institutes of Environmental Health Sciences, |
| 2012- | Member, Expert Advisory Committee, Canada Health Measures Survey |
| 2012- | Member, Environmental Defence Fund Science Advisory Committee on Toxics |
| 2015 | Reviewer, Review of Clinical Guidance for the Care of Health Conditions Identified by the Camp Lejune Legislation, Institute of Medicine, The National Academies |
| 2016- | Member, The Lancet Commission on Pollution, Health & Development |
| 2016- | Member, Targeting Environmental Neuro-Developmental Risks (TENDR) |
| 2016 | Member, Steering Committee, The National Lead Summit, United States |
| 2017 | Rockefeller Foundation Academic Writing Retreat, Bellagio, Italy |
| 2017- | Member, Advisory Committee for the Flint (MI) Cohort Study |
| 2017- | Pure Earth Leadership Council |
| 2018- | Member Project TENDR Advisory Board |
| 2018- | Member, Mercury Disability Board Committee, Health Canada |

## Editorial Boards

| | |
|---|---|
| 2000-2015 | Assistant Editor, *Environmental Research* |
| 2000-2008 | Deputy Editor, *Public Health Reports* |
| 2004 | Associate Editor, *Pediatrics* supplement on Children's Environmental Health |
| 2004-2017 | Editorial Board Member, *PLoS Medicine* |
| 2005-2014 | Editorial Board Member, *Breastfeeding Medicine* |
| 2007- | Editorial Board Member, *Environmental Health* |
| 2008-2012 | Editorial Review Board Member, *Environmental Health Perspectives* |
| 2012-2015 | Associate Editor, *Environmental Health Perspectives* |
| 2016- | Advisor, *Environmental Health Perspectives* News Section |

## Societies and Organizations

| | |
|---|---|
| 1989-2008 | American Public Health Association |
| 1996-2015 | Academic Pediatric Association |
| 1997-2012 | American Association for the Advancement of Science |
| 2000-2008 | Society for Pediatric Research |
| 2001-2008 | American Pediatric Society |
| 2001-2016 | Specialty Fellow, American Academy of Pediatrics |
| 2006- | Fellow, Collegium Ramazzini |
| 2006- | Member, International Society for Environmental Epidemiology |
| 2008- | Founding Member, International Society for Children's Health & the Environment |
| 2011-2017 | Secretary and Treasurer, International Society for Children's Health & the Environment |
| 2012- | Member, International Society for Exposure Science |
| 2017-2018 | Vice-President, International Society for Children's Health & the Environment |
| 2019-2020 | President, International Society for Children's Health & the Environment |

**Video and Website Production – [www.littlethingsmatter.ca](www.littlethingsmatter.ca)**

1. Canadian Environmental Health Atlas: A Portal to Discover the Promise of Environmental Health.
2. Shifting the Curve: The Impact of Toxins on ADHD in U.S. Children (video)
3. Little Things Matter: The Impact of Toxins on the Developing Brain (video)
4. Little Things Matter: The Impact of Toxins on Preterm Birth (video)
5. Prevention Paradox: Why We are Failing to Prevent Disease (video)
6. Little Things Matter: The Deadly Impact of Airborne Particles (video)
7. Cause or Cure: A Plea for Prevention (video)
8. Crime of the Century: The Failure to Prevent the Lead Pandemic (video)

**Original Research**

1. Lanphear BP. Deaths in Custody. American Journal Forensic Medicine & Pathology 1987;8:299-301.

2. Lanphear BP, Snider DE. Myths of Tuberculosis. J Occ Med 1991;33:501-504.

3. Linnemann CC Jr, Cannon C, DeRonde M, Lanphear BP. Effect of educational programs, rigid sharps containers, and universal precautions on reported needle-stick injuries in healthcare workers. Infection Control Hospital Epidemiology 1991;12:214-20.

4. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. Journal Occupational Med 1992;34:718-721.

5. Lanphear BP, Linnemann CC Jr, Cannon CG, DeRonde MM. Decline of clinical hepatitis B in workers at a general hospital. Clinical Infectious Disease 1993:11:10-14.

6. Lanphear BP, Linnemann CC Jr, Cannon C, DeRonde MM, Pendy L, Kerly L. Hepatitis C virus infection in health care workers. Infection Control Hospital Epidemiology 1994;15:745-750.

7. Lanphear BP, Emond M, Jacobs DE, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S. A side-by-side comparison of dust collection methods for sampling lead-contaminated house-dust. Environmental Research 1995;68:114-123.

8. Lanphear BP, Winter NL, Apetz L, Eberly S, Weitzman M. A randomized trial of the effect of dust control on children's blood lead levels. Pediatrics 1996;98:35-40.

9. Christy C, Pulcino M, Lanphear BP, McConnochie K. Screening for tuberculosis infection in urban children. Arch Pediatrics Adolescent Med 1996;150:722-726.

10. Lanphear BP, Weitzman M, Eberly S. Racial differences in environmental exposures to lead. American Journal of Public Health 1996;86:1460-1463.

11. Lanphear BP, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S, Emond M, Matte TD. Lead-contaminated house dust and urban children's blood lead levels. American Journal of Public Health 1996;86:1416-1421.

12.     Lanphear BP, Byrd RS, Auinger P, Hall CB. Increasing prevalence of recurrent otitis media among children in the United States. Pediatrics 1997. http//www.pediatrics.org/cgi/contents/full99/3/e1.

13.     Emond MJ, Lanphear BP, Watts A, Eberly S for the Rochester Lead-in-Dust Study Group. Measurement error and its impact on the estimated relationship between dust lead and children's blood lead. Environmental Research 1997;72:82-92.

14.     Lanphear BP, le Cessie S, Atkinson WL, Watelet L. Association of live births and the resurgence of measles. International Journal Epidemiology 1997;26:204-211.

15.     Rust SW, Burgoon DA, Lanphear BP, Eberly S. Log-additive versus log-linear analysis of lead-contaminated house dust and children's blood lead levels:  Implications for residential dust-lead standard. Environmental Research 1997;72:173-184.

16.     Lanphear BP, Roghmann KJ. Pathways of lead exposure in urban children.  Environmental Research 1997;74:67-73.

17.     Lanphear BP, Byrd RS, Auinger P, Schaffer S. Community characteristics associated with elevated blood lead levels in children. Pediatrics 1998;101:264-271.

18.     Lanphear BP, Rust SW, Burgoon DA, Eberly S, Galke W. Environmental exposures to lead and urban children's blood lead levels. Environmental Research 1998;76:120-130.

19.     Lanphear BP. The paradox of lead poisoning prevention. Science 1998;281:1617-1618.

20.     Lanphear BP, Hall CB, Black J, Auinger P. Risk factors for the early acquisition of HHV-6 and HHV-7 infection in children. Pediatric Infectious Disease Journal 1998;17:792-795.

21.     Lanphear BP, Matte TD, Rogers J, Clickner R, Dietz B, Bornschein RL, Succop P, Mahaffey KR, Dixon S, Galke W, Rabinowitz M, Farfel M, Rohde C, Schwartz J, Ashley P and Jacobs DE.  The contribution of lead-contaminated house dust and residential soil to children's blood lead levels: A pooled analysis of 12 epidemiologic studies. Environmental Research 1998;79:51-68.

22.     Marron R, Lanphear BP, Kouides R, Dudman L, Manchester R, Christy C. Efficacy of informational letters on Hepatitis B immunization rates in university students.  J Am College Health 1998;47:123-127.

23.     Howard CR, Howard FM, Lanphear BP, deBlieck EA, Eberly S, Lawrence RA. Effect of early pacifier use on breastfeeding duration.  Pediatrics 1999;103. http//www.pediatrics.org/cgi/contents/full103/3/e33.

24.     Lanphear BP, Howard CR, Eberly S, Auinger P, Kolassa J, Weitzman M, Alexander K, Schaffer S. Primary prevention of childhood lead exposure: A randomized trial of dust control. Pediatrics 1999;103:772-777.

25.    Moss ME, Lanphear BP, Auinger P. Association of dental caries and blood lead levels among the U.S. population. JAMA 1999;281:2294-2298.

26.    Howard CR, de Blieck EA, ten Hoopen C, Howard F, Lanphear BP, Lawrence RA. Physiologic stability of newborns during cup and bottle-feeding. Pediatrics 1999;104:1204-1207.

27.    Steiner JF, Curtis P, Lanphear BP, Vu KO, Reid A. Federally-funded fellowship training in primary care research: perspectives of program directors.  Academic Medicine 2000;75:74-80.

28.    Stone KE, Lanphear BP, Pomerantz WJ, Khoury J. Injuries and deaths in children due to window-falls. Journal of Urban Health 2000;77:26-33.

29.    Mansour M, Lanphear BP, DeWitt TG. Barriers to asthma care among underserved, urban children. Pediatrics 2000;106:512-519.

30.    Lanphear BP, Eberly S, Howard CR. Long-term effect of dust control on children's blood lead levels. Pediatrics 2000 http//www.pediatrics.org/cgi/contents/full106/4/e48.

31.    Lanphear BP, Dietrich KN, Auinger P, Cox C. Cognitive deficits associated with blood lead levels <10 µg/dl in U.S. children and adolescents. Public Health Reports 2000;115:521-529.

32.    Lanphear BP, Aligne C, Auinger P, Byrd R, Weitzman M. Residential exposures associated with asthma in U.S. children. Pediatrics 2001;107:505-511.

33.    Lanphear BP, Kahn RS, Berger O, Auinger P, Bortnick S, Naahas R.  Contribution of residential exposures to asthma in US children and adolescents.  Pediatrics 2001. http://www.pediatrics.org/cgi/content/full/107/6/e98.

34.    Phelan KJ, Kalkwarf H, Khoury J, Lanphear BP.  Trends and patterns of playground injuries in U.S. children and adolescents. Ambulatory Pediatrics 2001;1:227-233.

35.    Mansour M, Lanphear BP, Hornung R, Khoury J, Bernstein DI, Menrath W, Decolongon J.  A side-by-side comparison of sampling methods for settled indoor allergens. Environ Res 2001;87:37-46.

36.    Haynes E, Lanphear BP, Tohn E, Farr N, Rhoads GG. The effect of dust control on children's blood lead concentrations: A systematic review. Env Health Perspect 2002;110:103-107.

37.    Lanphear BP, Hornung R, Ho M, Howard CR, Eberly S, Knauf K.  Environmental lead exposure during early childhood. Journal of Pediatrics 2002;140:40-47.

38.    Steiner JF, Lanphear BP, Curtis P, Vu KO.  The training and career paths of fellows in the National Research Service Award (NRSA) program for research in primary medical care. Acad Med 2002;77:712-718.

39.    Steiner JF, Lanphear BP, Curtis P, Vu KO.  Indicators of early research productivity among primary care fellows.  J Gen Intern Med 2002;17:845-851.

40. Kalkwarf HJ, Khoury JC, Lanphear BP.  Milk intake in childhood and adolescence, adult bone density and osteoporotic fractures in U.S. women. Am J Clin Nut 2003;77:257-265.

41. Howard CR, Howard FM, Lanphear BP, Eberly S, deBlieck EA, Oakes D, Lawrence RA.  A randomized trial of pacifier use and bottle-feeding and their effect on breastfeeding. Pediatrics 2003;111:511-518.

42. Curtis P, Dickinson P, Steiner J, Lanphear BP, Vu K.  Building capacity for research in family medicine: Is the blueprint faulty? Family Medicine 2003;35:124-130.

43. Lanphear BP, Succop P, Roda S, Henningsen G.  The effect of soil abatement on blood lead levels in children living near a former smelting and milling operation. Public Health Reports 2003;118:83-90.

44. Canfield RL, Henderson CR, Cory-Slechta DA, Cox C, Jusko TA, Lanphear BP. Intellectual impairment in children with blood lead concentrations below 10 micrograms per deciliter. N Engl J Med 2003;348:1517-1526.

45. Kahn RS, Khoury JC, Nichols WC, Lanphear BP. Role of dopamine transporter genotype and maternal prenatal smoking in childhood hyperactivity-impulsivity, inattentive and oppositional behaviors. Journal of Pediatrics 2003:143: 104-110.

46. Auinger P, Kalkwarf HJ, Mansour M, Lanphear BP.  Trends in otitis media in US children. Pediatrics 2003:112:514-520.

47. Haynes E, Kalkwarf H, Hornung R, Wenstrup R, Dietrich K, Lanphear B. Vitamin D Fok1 polymorphism and blood lead levels in children. Environ Health Persp 2003;111:1665-1669.

48. Steiner JF, Curtis P, Lanphear BP, Vu KO, Main DS. Assessing the role of influential mentors in the research development of primary care fellows. Academic Medicine 2004:79:865-872.

49. Yolton K, Auinger P, Dietrich KN, Lanphear BP, Hornung R.  Exposure to environmental tobacco smoke and cognitive abilities among US children and adolescents. Environ Health Persp 2005:113:98-103.

50. Phelan KJ, Khoury J, Kalkwarf H, Lanphear BP. Residential injuries in US children and adolescents. Public Health Reports 2005;120:63-70.

51. Wilson SE, Kahn RS, Khoury J, Lanphear BP. Racial differences in exposure to environmental tobacco smoke among children. Environ Health Perspect 2005;113:362-367.

52. Lanphear BP, Hornung R, Ho M. Screening housing to prevent lead toxicity in children. Pub Health Rep 2005;120:305-310.

53. Rosner D, Markowitz G, Lanphear BP. J. Lockhart Gibson and the discovery of the impact of lead pigments on children's health:  A review of a century of knowledge. Pub Health Rep 2005;120:296-300.

54.   Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J.  Low-level environmental lead exposure and children's intellectual function: An international pooled analysis.  Environ Health Perspect 2005;113:894-899.

55.   Nagaraja J, Menkedick J, Phelan KJ, Ashley PJ, Zhang J, Lanphear BP. Deaths from residential injuries in US children and adolescents, 1985 to 1997.  Pediatrics 2005;116:454-61.

56.   Eskenazi B, Gladstone EA, Berkowitz GS, Drew CH, Faustman EM, Holland NT, Lanphear BP, Meisel SJ, Perera FP, Rauh VA, Sweeney A, Whyatt RM, Yolton K.  Methodologic and logistic issues in conducting longitudinal birth cohort studies: Lessons learned from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1419-1429.

57.   Eggleston PA, Diette G, Lipsett M, Lewis T, Tager I, McConnell R, Chrischilles E, Lanphear BP, Miller R, Krishnan J.  Lessons learned for the study of childhood asthma from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1430-1436.

58.   Spanier AJ, Hornung R, Lierl M, Lanphear BP.  Environmental exposures and exhaled nitric oxide in children with asthma. J Pediatrics 2006;149:220-226.

59.   Yuan W, Holland S, Cecil K, Dietrich K, Wessel SD, Altaye M, Hornung R, Ris M, Egelhoff J, Lanphear B.  The impact of early childhood lead exposure on brain organization: A functional magnetic resonance imaging study of language function. Pediatrics 2006;118:971-977.

60.   Howard CR, Lanphear N, Lanphear BP, Eberly S, Lawrence RA.  Parental responses to infant crying and colic: the effect on breastfeeding duration.  Breastfeeding Med 2006;1:146-155.

61.   Brinkman W, Geraghty S, Lanphear B, Khoury J, Gonzalez-Del-Rey J, DeWitt T, Britto M. Evaluation of resident communication skills and professionalism: A matter of perspective? Pediatrics 2006;118:1371-1379.

62.   Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children.  Environ Health Perspect 2006;114:1904-1909.

63.   Brinkman WB, Geraghty SR, Lanphear BP, Khoury JC, Gonzalez-Del-Rey JA, DeWitt TG, Britto MT.  Effect of multisource feedback on resident communication skills and professionalism: a randomized controlled trial. Arch Pediatr Adolesc Med 2007;161:44-49.

64.   Wilson SE, Kahn RS, Khoury J, Lanphear BP.  The role of air nicotine in explaining racial differences in cotinine among tobacco-exposed children.  Chest 2007;131:856-862.

65.    Froehlich T, Lanphear BP, Dietrich KN, Cory-Slechta D, Wang N, Kahn RS.  Interactive effects of a DRD4 polymorphism, lead, and sex on executive functions in children.  Biol Psychiatry 2007:62:243-249.

66.    Froehlich TE, Lanphear BP, Epstein JN, Barbaresi WJ, Katusic SK, Kahn RS. Prevalence, recognition and treatment of attention-deficit/hyperactivity disorder in a national sample of US children.  Arch Pediatr Adolesc Med 2007;161:857-864.

67.    Landrigan PJ, Woolf AD, Gitterman B, Lanphear B, Forman J, Karr C, Moshier EL, Godbold J, Crain E. The Ambulatory Pediatric Association Fellowship in Pediatric Environmental Health: A five-year assessment. EHP 2007;115:1383-1387.

68.    Jusko TA, Henderson CR, Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL. Blood lead concentrations < 10 µg/dL and child intelligence at 6 years of age.  Environ Health Perspect 2008;116:243-248.

69.    Cecil KM, Brubaker CJ, Adler CM, Dietrich KN, Altaye M, Egelhoff JC, Wessel S, Elangovan I, Hornung R, Jarvis K, Lanphear BP.  Decreased brain volume in adults with childhood lead exposure.  PLoS Med 2008;5:e112.

70.    Wright JP, Dietrich KN, Ris MD, Hornung RW, Wessel SD, Lanphear BP, Ho M, Rae MN. Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood.  PLoS Med 2008;5:e101.

71.    Spanier AJ, Hornung RW, Kahn RS, Lierl MB, Lanphear BP.  Seasonal variation and environmental predictors of exhaled nitric oxide in children with asthma.  Pediatr Pulmonol 2008;43:576-583.

72.    Braun JM, Froehlich TE, Daniels JL, Dietrich KN, Hornung R, Auinger P, Lanphear BP. Association of environmental toxicants and conduct disorder in U.S. children:  NHANES 2001-2004. Environ Health Perspect 2008;116:956-962.

73.    Yolton K, Khoury J, Hornung R, Dietrich KN, Succop P, Lanphear BP.  Environmental tobacco smoke exposure and child behaviors. J Dev Behav Pediatr 2008;29:456-463.

74.    Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2008;2:CD006047.

75.    Geraghty SR, Khoury JC, Morrow AL, Lanphear BP. Reporting individual test results of environmental chemicals in breastmilk: potential for premature weaning. Breastfeed Med. 2008;3:207-213.

76.   Spanier AJ, Kahn RS, Hornung RW, Wang N, Sun G, Lierl MB, Lanphear BP. Environmental exposures, nitric oxide synthase genes, and exhaled nitric oxide in asthmatic children. Pediatr Pulmonol. 2009;44:812-819.

77.   Hornung RW, Lanphear BP, Dietrich KN. Age of greatest susceptibility to childhood lead exposure: A new statistical approach. Environ Health Persp 2009;117:1309-1312.

78.   Phelan KJ, Khoury J, Xu Y, Lanphear BP. Validation of a HOME Injury Survey. Injury Prevention 2009:15:300-306.

79.   Braun J, Yolton K, Dietrich K, Hornung R, Ye X, Calafat AM, Lanphear BP. Prenatal Bisphenol A exposure and early childhood behavior. Environ Health Persp 2009;117:1945-1952.

80.   Yolton K, Khoury J, Xu Y, Succop P, Lanphear B, Bernert JT, Lester B.  Low-level prenatal exposure to nicotine and infant neurobehavior. Neurotoxicol Teratol. 2009;31:356-363.

81.   Froehlich T, Lanphear BP, Auinger P, Hornung R, Epstein JN, Braun J, Kahn RS. The association of tobacco and lead exposure with attention-deficit/hyperactivity disorder in a national sample of US children. Pediatrics 2009;124:e1054-1063.

82.   Brubaker CJ, Schmithorst VJ, Haynes EN, Dietrich KN, Egelhoff JC, Lindquist DM, Lanphear BP, Cecil KM. Altered myelination and axonal integrity in adults with childhood lead exposure: A diffusion tensor imaging study. Neurotoxicology 2009;30:867-875.

83.   Yolton K, Xu Y, Khoury J, Succop P, Lanphear B, Beebe DW, Owens J. Associations between secondhand smoke exposure and sleep patterns in children. Pediatrics. 2010;125:e261-268.

84.   Brubaker CJ, Dietrich KN, Lanphear BP, Cecil KM. The influence of age of lead exposure on adult gray matter volume. Neurotoxicology 2010;31:259-266.

85.   Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. Prenatal environmental tobacco smoke exposure and early childhood body mass index. Paediatr Perinat Epidemiol 2010;24:524-534.

86.   Kalkbrenner AE, Hornung RW, Bernert JT, Hammond SK, Braun JM, Lanphear BP. Determinants of serum cotinine and hair cotinine as biomarkers of childhood secondhand smoke exposure. J Expo Sci Environ Epidemiol 2010;20:615-624.

87.   Wilson SE, Baker ER, Leonard AC, Eckman M, Lanphear BP. Understanding preferences for disclosure of individual biomarker results among participants in a longitudinal birth cohort. J Med Ethics 2010;doi:10.1136/jme.2010.036517.

88.   Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. A prospective cohort study of biomarkers of prenatal tobacco smoke exposure: The correlation between serum and meconium and their association with infant birth weight. Environmental Health 2010;9:53 (doi: 10.1186/1476-069X-9-53).

89.   Braun JM, Kalkbrenner AE, Calafat AM, Bernert JT, Ye X, Barr DB, Sathyanarayana S, Lanphear BP. Variability and predictors of urinary Bisphenol A concentrations during pregnancy. Environ Health Perspect 2011;119:131-137.

90.   Wilson SE, Talaska G, Kahn RS, Schumann B, Khoury J, Leonard AC, Lanphear BP. White blood cell DNA adducts in a cohort of asthmatic children exposed to environmental tobacco smoke. Int Arch Occup Environ Health 2011;84:19-27.

91.   Lanphear BP, Hornung RW, Khoury J, Yolton K, Lierl M, Kalkbrenner AE. Effects of HEPA air cleaners on unscheduled asthma visits and asthma symptoms in children exposed to second hand tobacco smoke. Pediatrics 2011;127:93-101.

92.   Phelan KJ, Khoury J, Xu Y, Liddy S, Hornung R, Lanphear BP. A randomized, controlled trial of home injury hazard reduction: The HOME Study. Arch Pediatrics Adolesc Medicine 2011;165:339-345.

93.   Cecil KM, Dietrich KN, Altaye M, Egelhoff JC, Lindquist DM, Brubaker CJ, Lanphear BP. Proton magnetic resonance spectroscopy in adults with childhood lead exposure. Environ Health Perspect 2011;119:403-408.

94.   Spanier AJ, Kahn RS, Xu Y, Hornung R, Lanphear BP. A comparison of biomarkers and parent report of tobacco exposure to predict wheeze. J Pediatrics 2011;159:776-782.

95.   Braun J, Kalkbrenner A, Calafat A, Yolton K, Xiaoyun Y, Dietrich KN, Lanphear BP. Impact of early life bisphenol A exposure on behavior and executive function in children. Pediatrics 2011;128:873-882.

96.   Sathyanarayana S, Braun JM, Yolton K, Liddy S, Lanphear BP. Case Report: High prenatal Bisphenol A exposure and infant behavior. Environ Health Perspect 2011;119:1170-1175.

97.   Spanier AJ, Kahn RS, Hornung R, Lierl M, Lanphear BP. Associations of fraction of exhaled nitric oxide with beta agonist use in children with asthma. Pediatr Allergy Immunol Pulmonol. 2011 Mar;24(1):45-50.

98.   Byars KC, Yolton K, Rausch J, Lanphear BP, Beebe DW. Prevalence, patterns and persistence of sleep problems in the first 3 years of life. Pediatrics 2012;129:276-284.

99.   Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2012;2:CD006047.

100.  Ciesielski T, Weuve J, Bellinger DC, Schwartz J, Lanphear B, Wright RO. Cadmium exposure and neurodevelopmental outcomes in U.S. children. Environ Health Persp 2012;120:758-763.

101.  Beebe DW, Rausch J, Byars K, Lanphear B, Yolton K. Persistent snoring in preschool children: predictors and behavioral and developmental correlates. Pediatrics 2012;130:382-389.

102.    Spanier AJ, Kahn RS, Kunselman AR, Hornung R, Xu Y, Calafat A, Lanphear BP. Prenatal
        exposure to Bisphenol A and childhood wheeze from birth to 3 years of age. Environ Health
        Perspect 2012;120:916-920. http://dxdoi.org/10.1289/ehp.1104175. (Recipient of the Michael
        Shannon Young Investigator Award, Denver, Colorado, April 30th, 2011.)

103.    Rauch S, Braun J, Barr DB, Calafat A, Montesanto A, Yolton K, Khoury J, Lanphear BP.
        Associations of prenatal exposure to organophosphate pesticides with gestational age and
        birth weight Env Health Perspect 2012;120:1055-1060. http://dx.doi.org/10.1289/ehp.1104615.

104.    Hayward I, Malcoe LH, Cleathero LA, Janssen PA, Lanphear BP, Hayes MV, Mattman A,
        Pampalon R, Venners SA. Investigating maternal risk factors as potential targets of intervention
        to reduce socioeconomic inequality in small for gestational age: a population-based study.
        BMC Public Health. 2012;13;12:333.

105.    Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-
        Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila
        M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican
        children. Neurotoxicology. 2012;33:1040-1047.

106.    Budtz-Jorgenson E, Bellinger D, Lanphear BP, Grandjean P on behalf of the International
        Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark
        dose for environmental lead exposure in children. Risk Analysis 2013;33:450-461.

107.    Oulhote Y, Le Tertre A, Etchevers A, Le Bot B, Lucas J-P, Mandin C, Le Strat Y, Lanphear B,
        Gleorennec P. Implications of different residential lead standards on children's blood lead
        levels in France: Predictions based on a national cross-sectional survey. Int J Hygiene Health.
        2013;216:743-750.

108.    Sathyanarayana S, Alcedo G, Saelens BE, Zhou C, Dills RL, Lanphear B. Unexpected results
        in a randomized dietary trial to reduce phthalate and bisphenol A exposures. J Exp Science
        Environ Epidemiol 2013. doi.10.1038/jes.2013.9

109.    Spanier A, Wilson S, Ho M, Hornung R, Lanphear BP. The contribution of housing renovation
        to children's blood lead levels: a cohort study. Environmental Health 2013;12:72.

110.    Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von
        Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G,
        Fredette P, Smith G, Walker M, Shear R, Dodds L, Ettinger AS, Weber JP, D'Amour M,
        Legrand M, Kumarathasan P, Vincent R, Luo ZC, Platt RW, Mitchell G, Hidiroglou N, Cockell
        K, Villeneuve M, Rawn DF, Dabeka R, Cao XL, Becalski A, Ratnayake N, Bondy G, Jin X,
        Wang Z, Tittlemier S, Julien P, Avard D, Weiler H, Leblanc A, Muckle G, Boivin M, Dionne G,
        Ayotte P, Lanphear B, Séguin JR, Saint-Amour D, Dewailly E, Monnier P, Koren G, Ouellet E.

Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol. 2013 Jul;27(4):415-25. doi: 10.1111/ppe.12061.

111.   Braun JM, Kalkbrenner A, Just AC, Yolton K, Sjodin A, Hauser R, Webster GM, Chen A, Lanphear BP. Gestational exposure to endocrine disrupting chemicals and reciprocal social, repetitive and stereotypic behaviors in 4 and 5 year old children. Environ Health Perspect 2014;122:513-520. (CEHN Article of the Month August, 2014.)

112.   Phelan KJ, Morrongiello B, Khoury J, Xu Y, Liddy S, Lanphear BP. Maternal supervision of children during their first 3 years of life: the influence of maternal depression and child gender. J Pediatr Psychol 2014;39:349-357.

113.   Chen A, Yolton K, Rauch S, Webster GM, Hornung R, Sjodin A, Dietrich KN, Lanphear BP. Cognitive deficits and behavior problems in children with prenatal PBDE Exposure. Environ Health Perspect 2014;122:856-862. (CEHN Article of the Month, September, 2014.)

114.   Kato K, Wong L-Y, Chen A, Dunbar C, Webster G, Lanphear B, Calafat, A. Changes in serum concentrations of maternal poly- and perfluoroalkyl substances over the course of pregnancy and predictors of exposure in a multiethnic cohort of Cincinnati, Ohio pregnant women during 2003–2006. Environmental Science & Technology 2014;48:9600-9608.

115.   Watkins DJ, Eliot M, Sathyanarayana S, Calafat AM, Yolton K, Lanphear BP, Braun JM. Variability and Predictors of Urinary Concentrations of Phthalate Metabolites during Early Childhood. Environ Sci Technol. 2014;48:9600-9608.

116.   Braun JM, Lanphear BP, Calafat AM, Deria S, Khoury J, Howe CJ, Venners SA. Early-life Bisphenol A exposure and child body mass index: A prospective cohort study. Environ Health Perpect 2014;122:1239-1245.

117.   Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM. Serum cotinine and whole blood folate concentrations in pregnancy. Ann Epidemiol. 2014;24:498-503.e1. doi: 10.1016/j.annepidem.2014.04.004.

118.   Spanier AJ, Kahn RS, Kunselman AR, Schaefer EW, Hornung RW, Xu Y, Calafat AM, Lanphear BP. Bisphenol A exposure and the development of wheeze and lung function in children through age 5 years. JAMA Pediatrics 2014;168:1131-1137.

119.   Evens A, Hryhorczuk D, Lanphear BP, Rankin KM, Lewis DA, Forst L, Rosenberg D. The impact of low-level lead toxicity on school performance among children in the Chicago Public Schools: a population-based retrospective cohort study. Environ Health 2015;14:21 DOI 10.1186/s12940-015-0008-9.

120.   Romano ME, Webster GM, Vuong AM, Zoeller RT, Chen A, Hoofnagle AN, Calafat AM, Karagas MR, Kimberly Yolton K, Lanphear BP, Braun JM. Gestational urinary bisphenol A and

maternal and newborn thyroid hormone concentrations: the HOME Study. Environmental Research 2015;138:453-460.

121.   Barnard H, Rao R, Xu Y, Froehlich T, Epstein J, Lanphear BP, Yolton K. Association of the Conners' Kiddie J Continuous Performance Test (K-CPT) and Parent-Report Measures of Behaviors and Executive Functioning. Atten Disord. 2015 pii:1087054715578271. PMID: 25846228

122.   Vuong AM, Webster GM, Romano ME, Braun JM, Zoeller RT, Hoofnagle AN, Sjödin A, Yolton K, Lanphear BP, Chen. Maternal polybrominated diphenyl ether (PBDE) exposure and thyroid hormones in maternal and cord sera: the HOME Study, Cincinnati, USA. Environ Health 2015;123:1079-1085. PMID: 25893858.

123.   Werner EF, Braun JM, Yolton K, Khoury JC, Lanphear BP. The association between maternal urinary phthalate concentrations and blood pressure in pregnancy: the HOME Study. Environ Health 2015;14:75 doi:10.1186/s12940-015-0062-3.

124.   Melissa Wagner-Schuman, Jason Richardson, Peggy Auinger, Joseph Braun, Bruce Lanphear, Jeffrey N. Epstein, Kimberly Yolton and Tanya E Froehlich. Association of Pyrethroid Pesticide Exposure with Attention-Deficit/Hyperactivity Disorder in a Nationally Representative Sample of U.S. Children. Environmental Health 2015;28:14:44 DOI 10.1186/s12940-015-0030-y.

125.   Buckley JP, Engel SM, Braun JM, Whyatt RM, Daniels JL, Mendez MA, Richardson DB, Xu Calafat AM, Lanphear BP, Wolff MS, Herring AH, Rundle AG. Prenatal phthalate exposures and body mass index among 4 to 7 year old children: A pooled analysis. Epidemiology 2016;27:449-58. doi: 10.1097/EDE.0000000000000436.

126.   Engel SM, Bradman A, Wolff MS, Rauh VA, Harley KG, Yang JH, Hoepner L, Barr DB, Yolton K, Vedar MG, Xu Y, Hornung RW, Wetmur JG, Chen J, Holland N, Perera FP, Whyatt RM, Lanphear BP, Eskenazi B. Prenatal organophosphorous pesticide exposure and child neurodevelopment at 24 months: an analysis of four birth cohorts. EHP 2016;124:822-830.

127.   Braun JM, Chen A, Romano ME, Calafat AM, Webster GM, Yolton K, Lanphear BP. Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME Study. Obesity 2016;24:231-237.

128.   Webster GM, Rauch SA, Ste Marie N, Mattman A, Lanphear BP, Venners SA. Cross-sectional associations of serum perfluoroalkyl acids and thyroid hormones in U.S. adults: variation according to TPOAb and Iodine status. Environ Health Persp 2016124935-942. doi: 10.1289/ehp.1409589.

129.  Braun JM, Kalloo G, Chen A, Dietrich KN, Liddy-Hicks S, Morgan S, Xu Y, Yolton K, Lanphear BP. Cohort Profile: The Health Outcomes and Measures of the Environment (HOME) Study. Int J Epidemiol 2017;46:24 doi: 10.1093/ije/dyw006.

130.  Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. The relationship between atmospheric lead pollution and aggressive crime: An ecologic study. Environ Health 2016;15:23. doi: 10.1186/s12940-016-0122-3.

131.  Harley KG, Engel SM, Vedar MG, Eskenazi B, Whyatt RM, Lanphear BP, Bradman A, Rauh VA, Yolton K, Hornung RW, Wetmur JG, Chen J, Holland NT, Barr DB, Perera FP, Wolff MS. Prenatal exposure to organophosphorous pesticides and fetal growth: pooled results from four longitudinal birth cohort studies. Env Health Perspect 2016;124:1084-1092.

132.  Vuong AM, Yolton K, Webster GM, Sjodin A, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children. Env Res 2016;147:556-564.

133.  Stacy SL, Eliot M, Calafat AM, Chen A, Lanphear BP, Hauser R, Papandonatos GD, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary Bisphenol A concentrations during childhood. Environ Sci Tech 2016;50:5981-5990.

134.  Romano ME, Xu Y, Calafat AM, Yolton K, Chen A, Webster GM, Eliot MN, Howard CR, Lanphear BP, Braun JM. Maternal serum perfluoralkyl substances during pregnancy and duration of breastfeeding. Env Res 2016;149:239-246.

135.  Shoaff JR, Romano ME, Yolton K, Lanphear BP, Calafat AM, Braun JM. Prenatal phthalate exposure and infant size at birth and gestational duration. Env Res 20161;50:52-58.

136.  Tewar S, Auinger P, Braun JM, Lanphear B, Yolton K, Epstein JN, Froehlich TE.  Association of bisphenol A exposure and attention-deficit/hyperactivity disorder in a national sample of U.S. children. Environ Res 2016;150:112-118.

137.  Vuong AM, Braun JM, Sjodin A, Webster GM, Yolton K, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether exposure and body mass index in children up to 8 years of age. Environ Health Perspect 2016;124:1891-1897.

138.  Donauer S, Altaye M, Xu Y, Sucharew H, Succop P, Calafat AM, Khoury JC, Lanphear B, Yolton K. An observational study to evaluate associations between low-level gestational exposure to organophosphate pesticides and cognition during early childhood. Am J Epidemiol 2016;184:410-418.

139.  Percy Z, Xu Y, Sucharew H, Khoury JC, Calafat AM, Braun JM, Lanphear BP, Chen A, Yolton K. Gestational exposure to phthalates and gender-related play behaviors in 8-year old children: an observational study. Environ Health 2016;15:doi: 10.1186?s12940-016-0171-7.

140.    Blackowicz MJ, Hryhorczuk DO, Rankin KM, Lewis DA, Haider D, Lanphear BP, Evens A. The impact of low-level lead toxicity on school performance among Hispanic subgroups in the Chicago Public Schools. Int J Environ Res Public Health 2016 doi: 10.3390/ijerph13080774.

141.    Ernhardt J, Xu Y, Khoury J, Yolton, Lanphear B, Phelan K. Cognitive and motor abilities of young children and risk of injuries in the home. Inj Prev 2016 doi: 10.1136/injuryprev-2016-042031.

142.    Zhang H, Yolton K, Webster GM, Sjodin A, Calafat AM, Dietrich KN, Xu Y, Xie C, Braun JM, Lanphear BP, Chen A. Prenatal PBDE and PCB exposures and reading, cognition and externalizing behaviours in children. Environ Health Perspect 2017;125:746-752.

143.    Braun JM, Bellinger DC, Hauser R, Wright RO, Chen A, Calafaat AM, Yolton K, Lanphear BP. Prenatal phthalate, triclosan and bisphenol A exposures and child visual-spatial abilities. Neurotoxicology 2017;58:75-83.

144.    Vuong AM, Braun JM, Yolton K, Xie C, Webster GM, Sjodin A, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether exposure and visual spatial abilities in children. Env Res 2017;153:83-92.

145.    Etzel TM, Calafat AM, Ye X, Chen A, Lanphear BP, Savitz DA, Yolton K, Braun JM. Urinary triclosan concentrations during pregnancy and birth outcomes. Environ Res 2017;156:505-511.

146.    Pell T, Eliot M, Chen A, Lanphear BP, Yolton K, Sathyanarayana S, Braun JM. Parental concern about environmental chemical exposures and children's urinary concentrations of phthalates and phenols. J Pediatr 2017;186:138-144.e3.

147.    Millenson ME, Braun JM, Calafat AM, Barr DB, Huang YT, Chen A, Lanphear BP, Yolton K. Urinary organophosphate insecticide metabolite concentrations during pregnancy and children's interpersonal, communication, repetitive, and stereotypic behaviors at 8 years of age: The HOME Study. Environ Res 2017;157:9-16.

148.    Stacy SL, Eliot M, Etzel T, Papandonatos GD, Calafat AM, Chen A, Hauser R, Lanphear BP, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary triclosan concentrations during pregnancy and childhood. Environ Sci Technol 2017 (in press).

149.    Stacy SL, Papandonatos GD, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life bisphenol A exposure and neurobehavior at 8 years: identifying windows of heightened vulnerability. Environ Int 2017107:258-265.

150.    Lam J, Lanphear BP, Bellinger D, Axelrad DA, McPartland J, Sutton P, Davidson L, Daniels N, Sen S, Woodruff TJ. Developmental PBDE exposure and IQ/ADHD in childhood: A systematic review and meta-analysis. Environ Health Persp 2017;125:086001. doi: 1289/EHP1632.

151.   Braun JM, Yolton K, Stacy SL, Erar B, Papandonatas GD, Bellinger DC, Lanphear BP, Chen A. Prenatal environmental chemical exposures and longitudinal patterns of child neurobehavior. Neurotoxicology 2017;62:192-199.

152.   Rosen-Carole CB, Auinger P, Howard CR, Brownell EA, Lanphear BP. Low-level prenatal toxin exposure and breastfeeding duration. A prospective cohort study. Matern Child Health J. 2017;doi: 10.1016/j.neuro.2017.07.027.

153.   Vuong AM, Yolton K, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) exposure and neurobehavior in children at 8 years. Env Res 2017;158:8677-684.

154.   Braun JM, Muckle G, Arbuckle T, Bouchard MF, Fraser WD, Ouellet E, Seguin JR, Oulhote Y, Webster GM, Lanphear BP. Associations of prenatal urinary bisphenol A concentrations with child behaviors and cognitive abilities. Environ Health Perspect 2017;125(6):067008. doi: 10.1289EHP984.

155.   Kingsley SL, Kelsey KY, Butler R, Chen A, Eliot MN, Romano ME, Houseman A, Koestler DC, Lanphear BP, Yolton K, Braun JM. Maternal serum PFOA concentration and DNA methylation in cord blood: A pilot study. Environ Res 2017;158:174-178.

156.   Poropat AE, Laidlaw MAS, Lanphear B, Ball A, Mielke HW. Blood lead and preeclampsia: A meta-analysis and review of implications. Environ Res 2017;160:12-19.

157.   Shoaff J, Papandonatos GD, Calafat AM, Xe X, Chen A, Lanphear BP, Yolton K, Braun JM. Early-life phthalate exposure and adiposity at 8 Years of Age. Environ Health Persp 2017;125:097008. doi: 10.1289/EHP1022.

158.   Vuong AM, Yolton K, Poston KL, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether (PBDE) exposure and measures of inattention and impulsivity in children. Neurotoxicol Teratol 2017;64:20-28.

159.   Zhang H, Yolton K, Webster GM, Ye X, Xie C, Calafat AM, Dietrich KN, Braun JM, Lanphear BP, Chen A. Prenatal and childhood perfluoroalkyl substance exposures and children's reading skills at ages 5 and 8 years. Environ Int 2017;111:224-231. doi: 1016/j.envint.2017.11.031. PMID: 29241079

160.   Woods MM, Lanphear BP, Braun JM, McCandless LC. Gestational exposure to endocrine disrupting chemicals in relation to infant birth weight: A Bayesian analysis of the HOME Study. Environ Health 2017;16:115. doi: 10.1186/s12940-017-0332-3.

161.   Vuong AM, Yolton K, Dietrich KN, Braun JM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) and child behavior: Current findings and future directions. Horm Behav 2017 doi: 10.1016/j.yhbeh.2017.11.008.

162.   Landrigan PJ, Fuller R, Acosta NJR, Adeyi O, Arnold R, Basu NN, Baldé AB, Bertollini R, Bose-O'Reilly S, Boufford JI, Breysse PN, Chiles T, Mahidol C, Coll-Seck AM, Cropper ML, Fobil J, Fuster V, Greenstone M, Haines A, Hanrahan D, Hunter D, Khare M, Krupnick A, Lanphear B, Lohani B, Martin K, Mathiasen KV, McTeer MA, Murray CJL, Ndahimananjara JD, Perera F, Potočnik J, Preker AS, Ramesh J, Rockström J, Salinas C, Samson LD, Sandilya K, Sly PD, Smith KR, Steiner A, Stewart RB, Suk WA, van Schayck OCP, Yadama GN, Yumkella K, Zhong M. The Lancet Commission on Pollution and Health. Lancet 2017 pii: SO140-6736(17)32345-0. doi: 10.1016/S0140-6736(17)32345-0. PMID: 29056410.

163.   Lanphear BP, Rauch S, Auinger P, Allen R, Hornung RW. Low-level lead exposure and mortality in US adults: a population-based cohort study. Lancet Public Health 2018; https://doi.org/10.1016/S2468-2667(18)30025-2

164.   Kalloo G, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life triclosan exposure and child adiposity at 8 years of age: a prospective cohort study. Environ Health 2018;17:24. doi: 10.1186/s12940-018-0366-1.

165.   Braun JM, Chen A, Hoofnagle A, Papandonatos GD, Jackson-Browne M, Hauser R, Romano ME, Karagas MR, Yolton, Zoeller TR, Lanphear BP. Associations of early-life urinary triclosan concentrations with maternal, neonatal, and child thyroid hormone levels. Horm Behav 2018;101:77-84.

166.   Taylor MP, Forbes MK, Opeskin B, Parr, N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: An ecological study. Environ Health 2018;17:10. Doi: 10.1186/s12940-018-0354-5.

167.   Etzel T, Muckle G, Arbuckle TE, Fraser WD, Ouellet E, Seguin JR, Lanphear B, Braun JM. Prenatal urinary triclosan concentrations and child neurobehavior. Env Int 2018;114:152-159. doi: 10.1016/j.envint.2018.02.032.

168.   Romano ME, Eliot MN, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM. Maternal urinary phthalate metabolites during pregnancy and thyroid hormone concentrations in maternal and cord sera: The HOME Study. Int J Hyg Environ Health 2018;221:623-631. doi: 10.1016/j.ijheh.2018.03.010.

169.   Jackson-Brown MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Identifying vulnerable periods of neurotoxicity to triclosan exposure in children. Environ Health Perspect 2018;126:057001. doi:  10.1289/EHP2777.

170.  Kingsley SL, Eliot MN, Kelsey KT, Calafat AM, Ehrlich S, Lanphear BP, Chen A, Braun JM. Variability and predictors of serum perfluoralkyl substance concentrations during pregnancy and early childhood. Environ Res 2018;165:247-257. PMID: 29734025

171.  Barn P, Gombojav E, Ochir C, Laagan B, Beejin B, Naidan G, Boldbaatar B, Galsuren J, Byambaa T, Janes C, Janssen PA, Lanphear BP, Takaro TK, Venners SA, Webster GM, Yuchi W, Palmer CD, Parsons PJ, Roh YM, Allen RW. The effect of portable HEPA filter air cleaners on indoor PM2.5 concentrations and second-hand tobacco smoke exposure among pregnant women in Ulaanbaatar, Mongolia: The UGGAR randomized controlled trial. Sci Total Environ 2018;615:1379-1389.

172.  Braun JM, Kalkwarf HJ, Papandonatos GD, Chen A, Lanphear BP. Patterns of early life body mass index and childhood overweight and obesity status at 8 years of age. BMC Pediatrics 2018;11:161. doi: 10.1186/s12887-018-1124-9.

173.  Vuong AM, Braun JM, Webster GM, Zoeller TR, Hoofnagel AN, Sjodin A, Yolton K, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) exposures and thyroid hormones in children at 3 years. Environ Int 2018;117:339-347.

174.  Li N, Yolton K, Lanphear BP, Chen A, Kalkwarf HJ, Braun JM. Impact of early-life weight status on cognitive abilities in children. Obesity 2018;26:1088-1095.

175.  Oulhote Y, Tremblay E, Arbuckle TE, Fraser WD, Lemelin JP, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Dionne G, Lanphear BP, Muckle G. Prenatal exposure to polybrominated diphenyl ethers and predisposition to frustration at 7 months. Env Int 2018;119:79-88.

176.  Vuong AM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood perfluororalkyl substance exposure and executive function in children at 8 years. Env Int 2018;119:212-219.

177.  Vuong AM, Braun JM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Dietrich KN, Lanphear BP, Chen A. Prenatal and childhood exposure to perfluoroalkyl substances and measures of attention, impulse control and visual spatial abilities. Env Int 2018;119:413-420.

178.  Braun JM, Hornung R, Chen A, Dietrich KN, Jacobs DE, Jones R, Khoury JC, Liddy-Hicks S, Morgan S, Baez Vanderbeek S,  Xu Yingying, Yolton K, Lanphear BP. Effect of residential lead-hazard interventions on childhood blood lead concentrations and neurobehavioral outcomes. JAMA Pediatrics 2018:doi:10.1001/jamapediatrics.2018.3282.

179.  Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Profiles and predictors of environmental chemical mixture exposure

among pregnant women: The Health Outcomes and Measures of the Environment Study. Environ Sci Technol 2018;52:10104-10113.

180.  Barn P, Gombojav E, Ochir C, Boldbaatar B, Laagan B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. The effect of portable HEPA filter air cleaner use during pregnancy on fetal growth: The UGAAR randomized controlled trial pregnant Environ Int 2018;121:981-989.

181.  Buck CO, Eliot MN, Kelsey KT, Calafat AM, Chen A, Ehrlich S, Lanphear BP, Braun JM. Prenatal exposure to perfluoralkyl substances and adipocytokines: the HOME Study. Pediatr Res 2018;doi: 10.1038/s41390-018-0170-1.

182.  Shoaff J, Papandonatos GD, Calafat AM, Chen A, Lanphear BP, Ehrlich S, Kelsey KT, Braun JM. Prenatal exposure to perfluoralkyl substances: infant birth weight and early life growth. Environ Epidemiol 2018;doi:10.1097/EE9.0000000000000010.

183.  Sears CG, Braun JM, Ryan PH, Xu Y, Werner EF, Lanphear BP, Wellenius GA. The association of traffic-related air and noise pollution with maternal blood pressure and hypertensive disorders of pregnancy in the HOME Study cohort. Env Int 2018;121:574-581.

184.  Li N, Arbuckle TE, Muckle G, Lanphear BP, Boivin M, Chen A, Dodds L, Fraser WD, Ouellet E, Seguin JR, Velez MP, Yolton K, Braun JM. Associations of cord blood leptin and adiponectin with children's cognitive abilities. Psychoneuroendocrinology 2019;99:257-264.

185.  Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier A, Ayotte P, Muckle G, Lanphear B. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives 2018;126:107001.

186.  Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. Environ Int 2018;121:1235-1242.

187.  Goetz AR, Beebe DW, Peugh JL, Mara CA, Lanphear BP,  Braun JM, Yolton K, Stark LJ. Sleep 2018;doi:1093/sleep/zsy214.

188.  Pagalan L, Bickford C, Weikum W, Lanphear BP, Brauer M, Lanphear N, Hanley GE, Oberlander TF, Winters M. Association of prenatal exposure to air pollution with autism spectrum disorder. JAMA Pediatrics 2018;doi:10.1001/jamapediatrics.2018.3101.

189.  Yuchi W, Gombojav E, Boldbaatar B, Galsuren J, Enkhmaa S, Beejin B, Naidan G, Ochir C, Legtseg B, Byambaa T, Henderson SB, Janes CR, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. Evaluation of random forest regression and multiple linear regression for predicting indoor fine particulate matter concentrations in a highly polluted city. Environ Pollut 2018;16:746-753.

190.   Liang H, Vuong AM, Xie C, Webster GM, Sjodin A, Yuan W, Miao M, Braun JM, Dietrich KN, Yolton K, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) serum concentrations and reading ability at ages 5 and 8 years: The HOME Study. Environ Int 2018;doi:10.1016/j.envint.2018.11.026.

191.   Vuong AM, Braun JM, Wang Z, Yolton K, Xie C, Sjodin A, Webster GM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) during childhood and adiposity measures at age 8 years. Environ Int 2019;123:148-155.

192.   Patel NB, McCandless LC, Chen A, Yolton K, Braun J, Jones RL, Dietrich KN, Lanphear BP. Very-low-level prenatal mercury exposure and behaviors in children: The HOME Study. Environ Health 2019;18:4 doi: 10.1186/s12940-018-0443-5.

193.   Landrigan PJ, Braun JM, Crain EF, Forman J, Galvez M, Gitterman BA, Halevi G, Karr C, Mall JK, Paulson JA, Woolf AD, Lanphear BP, Wright RO. Acad Pediatr 2019 doi: 10.1016/j.acap.2019.01.001

194.   Jackson-Browne MS, Papandonatos GD, Chen A, Yolton K, Lanphear BP, Braun JM. Early-life triclosan exposure and parent-reported behavior problems in 8-year-old children. Environ Int 2019. doi: 10.1016/j.envint.201901.021

195.   Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Prenatal and childhood exposure to poly- and perfluoroalkyl substances (PFAS) and cognitive development in children at 8 years. Environ Res 2019;172:242-248.

196.   Bernardo BA, Lanphear BP, Venners SA, Arbuckle TE, Braun JM, Muckle G, Fraser WD, McCandless LC. Assessing the relation between plasma PCB concentrations and elevated autistic behaviours using Bayesian predictive odds ratios. Int J Environ Res Public Health 2019;16:pii: E457. Doi: 10.3390/ijerph16030457.

197.   Braun JM, Li N, Arbuckle TE, Dodds L, Massarelli I, Fraser WD, Lanphear BP, Muckle G. Association between gestational urinary bisphenol A concentrations and adiposity in young children: The MIREC Study. Environ Res 2019;172:454-461.

198.   Li N, Papandonatos GD, Calafat AM, Yolton K, Lanphear BP, Chen A, Braun JM. Identifying periods of susceptibility to the impact of phthalates on children's cognitive abilities. Environ Res 2019;172:604-614.

**Editorials and Commentaries**

1.   Lanphear BP, Gergen PJ.  Measuring asthma trends in US children (invited commentary). Am J Epidemiol 2003;158:105-107.

2.    Lanphear BP. Origins and evolution of children's environmental health. Essays on the future of environmental health research: A tribute to Dr. Kenneth Olden.  Environ Health Perspect 2005;24-32.

3.    Lanphear BP, Vorhees CV, Bellinger DC.  Protecting children from environmental toxins. PLoS Med. 2005;2(3):e61.

4.    Lanphear BP. Lead Poisoning Prevention – Too Little, Too Late. JAMA 2005;293:2274-2276.

5.    Wigle DT, Lanphear BP. Human health risks from low-level environmental exposures: No apparent safety thresholds. PLoS Med 2005;2(12)e350.

6.    Lanphear BP, Paulson J, Beirne S. Trials and tribulations of protecting children from environmental hazards.  Environ Health Perspect 2006;114:1609-1612.

7.    Swanson, JM, Kinsbourne M, Nigg J, Lanphear B, Stefanatos GA, Volkow G, Taylor E, Casey BJ, Castellanos FX, Wadhwa PD. Etiologic subtypes of attention-deficit/hyperactivity disorder: brain imaging, molecular genetic and environmental factors and the dopamine hypothesis. Neuropsychol Rev 2007;17:39–59.

8.    Lanphear, BP.  The conquest of lead poisoning: A Pyrrhic victory.  Environ Health Perspect 2007;115:A484-A485.

9.    Lanphear BP, Hornung RW, Khoury J, Dietrich KN, Cory-Slechta DA, Canfield RL.  The conundrum of unmeasured confounding:  Comment on "Can some of the detrimental neurodevelopmental effects attributed to lead be due to pesticides?  by Brian Gulson." Sci Total Environ 2008;396:196-200.

10.    Taylor MP, Schniering CA, Lanphear BP, Jones AL. Lessons learned on lead poisoning prevention: One-hundred years on from Turner's declaration. J Paediatr Child Health 2011;47:849-856.

11.    Bellinger DC, Goldman LR, Lanphear BP, Eskenazi B, Jacobs DE, Miller M. The launch of the International Society for Children's Health and the Environment (ISCHE). Environ Health Perspectives 2011;119:a420-a421.

12.    Rauch S, Lanphear BP. Prevention of Disabilities: Elevating the Role of Environment. Future of Children. 2012;22:193-217.

13.    Taylor MP, Winder C, Lanphear BP. Eliminating childhood lead toxicity in Australia: A call to lower the intervention level. Med J Aust 2012;197:493.

14.    Lanphear BP. ADHD: A preventable epidemic? Archives of Pediatrics and Adolescent Medicine 2012;166:1182-1184. doi: 10.001/archpediatrics.2012.1900

15.    Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health

risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. No abstract available.

16. Hornung R, Lanphear BP. The supralinear dose-response for environmental toxicants: a statistical artifact? Clinical Toxicology 2014;52:88-90.

17. Taylor MP, Winder C, Lanphear BP. Australia's leading public health body delays action on the revision of the public health goal for blood lead exposures. Environ Int. 2014 Sep;70:113-7. doi: 10.1016/j.envint.2014.04.023.

18. Allen RW, Barn P, Lanphear B. Randomized controlled trials in environmental health research: unethical or underutilized? PLoS Med 2015;12:e1001775. doi:10.1371/journal.pmed.1001775.

19. Lanphear BP. The impact of toxins on the developing brain. Annual Review in Public Health 2015;36:211-230.

20. Bakan J, Lanphear BP, Sargent JD. Medical journals and free speech. Pediatrics 2015;135:403-405.

21. Calafat AM, Longnecker MP, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Rudel RA, Engel SM, Teitelbaum SL, Whyatt RM, Wolff MS. Optimal exposure biomarkers for nonpersistent chemicals in environmental epidemiology. Environ Health Perspect 2015;123:A-166-A168.

22. Myers JP, Antoniou MN, Blumberg B, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vandenberg LN, Vom Saal FS, Welshons WV, Benbrook CM. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Environ Health 2016;15(1):19. doi: 10.1186/s12940-016-0117-0.

23. Crighton E, Abelsohn A, Blake J, Enders J, Kilroy K, Lanphear B, Marshall L, Phipps E, Smith G. Beyond alcohol and tobacco smoke: Are we doing enough to reduce fetal toxicant exposure? J Obstet Gynaecol Can 2016;38:56-59.

24. Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB, Perera FP, Ritz B, Sass J, Schantz SL, Webster TF, Whyatt RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. 2016. Project TENDR: Targeting Environmental Neuro-Developmental Risks. The TENDR Consensus Statement. Environ Health Perspect 2016;124:A118–A122; http://dx.doi.org/10.1289/EHP358.

25.    Hirtz D, Campbell C, Lanphear B. Targeting environmental neurodevelopmental risks to protect children. Pediatrics 2017 139;pii:e20162245.

26.    Vandenberg LN, Blumberg B, Antoniou MN, Benbrook CM, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vom Saal FS, Welshons WV, Myers JP. Is it time to reassess current safety standards for glyphosate-based herbicides? J Epidemiol Community Health 2017;71:613-618.

27.    Bellinger DC, Chen A, Lanphear BP. Establishing and achieving national goals for preventing lead toxicity and exposure in children. JAMA Pediatrics 2017;171:616-618.

28.    Lanphear BP. Still treating lead poisoning after all these years. Pediatrics 2017;140(2):e20171400.

29.    Lanphear BP. Low-level toxicity of chemicals: No acceptable levels? PLoS Biology 2017;15:e2003066. https://doi.org/10.1371/journal.pbio.2003066

30.    Hanna-Attisha M, Lanphear BP, Landrigan P. Lead poisoning in the 21st Century: The silent epidemic continues. Am J Public Health 2018;108:1430.

31.    Hertz-Picciotto I, Sass JB, Engel S, Bennett DH, Bradman A, Eskenazi B, Lanphear BP, Whyatt R. Organophosphate pesticide exposure during pregnancy and child neurodevelopment: Recommendations for essential policy reforms. PLoS Med 2018;15:e1002671.

32.    Basu N, Lanphear BP. The challenge of pollution and health in Canada. Can J Public Health 2019;110:159-164.

**Chapters and Reviews**

1.    Lanphear BP. Hepatitis B immunoprophylaxis: Development of a cost-effective program in the hospital setting. Infect Control Hospital Epidemiol 1990;11:47-50.

2.    Lanphear BP. Trends and patterns in the transmission of bloodborne pathogens to health care workers. Epidemiologic Reviews 1994;16:437-450.

3.    Kapil V, Lanphear BP. Tuberculosis - surveillance, prevention, and control.  Occupational Environmental Medicine Report 1994;8:35-38.

4.    Myers G, Davidson P, Weitzman M, Lanphear B. Contribution of heavy metals to developmental disabilities in children. Mental Retard Dev Dis 1997;3:239-245.

5.    Lanphear BP. Transmission and control of blood-borne viral hepatitis in health care workers, in Occupational Medicine: State of the Art Reviews.  McDiarmid MA, Kessler E, (eds), Hanley & Belfus, Inc. Philadelphia, PA, 1997;12:717-730.

6.  Lanphear BP.  Indoor Pollutants and Toxins, in *Ambulatory Pediatrics*, Green, Haggerty and Weitzman (eds.) 5th edition, 1999, W.B. Saunders Company, Philadelphia, PA.

7.  Lanphear BP, Dietrich KN, Berger O.  Prevention of lead toxicity in US children.  Ambulatory Pediatrics 2003;3:27-36.

8.  Sandel M, Phelan KJ, Wright R, Hynes HP, Lanphear BP.  The effects of housing interventions on child health.  Pediatr Ann 2004;33:474-481.

9.  Breysse P, Farr N, Galke W, Morley R, Lanphear BP, Bergofsky L. The relationship between housing and health: children at risk.  Environ Health Persp 2004;112:1583-1588.

10. Lanphear BP, Wright RO, Dietrich KN. Environmental toxins. Pediatrics in Review 2005;26:191-197.

11. Lanphear BP, Bearer CF. Biomarkers in paediatric research and clinical practice. Arch Dis Child. 2005;90:594-600.

12. Lanphear BP. Lead. In Children's Health and the Environment. Philip Landrigan and Ruth Etzel (eds). Oxford University Press. 2013.

13. Foreman J, Silverstein J, Committee on Nutrition; Council on Environmental Health; American Academy of Pediatrics. Organic foods: health and environmental advantages and disadvantages. Pediatrics 2012;130:e1406-1415.doi:10.152/peds.2012-2579.

14. Iodine deficiency, pollutant chemicals, and the thyroid: new information on an old problem. Council on Environmental Health, Rogan WJ, Paulson JA, Baum C, Brock-Utne AC, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Osterhoudt KC, Sandel MT, Spanier A, Trasande L. Pediatrics. 2014;133:1163-6. doi: 10.1542/peds.2014-0900.

15. Rosenthal FS, Lanphear BP, Gottesfeld P, Krzyzanowski M and others. ISEE Call for action for global control of lead exposure to eliminate lead poisoning. Epidemiology 2015;26:774-777.

16. Ahdoot S, Paulson JA, Baum C, Bole A, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Pacheco SE, Spanier AJ, Trasande L. Global climate change and children's health. Pediatrics 2015;136:5:992-997.

17. Ahdoot S, Pacheco SE for The Council on Environmental Health. Global climate change and children's health – Technical Report. Pediatrics 2015;136:5:992-997.

18. Paulson JA, Zaoutis TE, for the Council on Environmental Health and the Committee on Infectious Disease. Nontherapeutic use of antimicrobial agents in animal agriculture: implications for pediatrics. Pediatrics 2015;136:6:e1670-e1677.

19. Lanphear BP for the American Academy of Pediatrics Council on Environmental Health. Prevention of Lead Toxicity. Pediatrics 2016;138(1):e20161493.

20. England LJ, Aagaard K, Bloch M, Conway K, Cosgrove K, Grana R, Gould TJ, Hatsukami D, Jensen F, Kandel D, Lanphear B, Leslie F, Pauly JR, Neiderhiser J, Rubinstein M, Slotkin TA, Spindel E, Stroud L, Wakschlag L. Developmental toxicity of nicotine: A transdisciplinary synthesis and implications for emerging tobacco products. Neurosci Biobehav Res 2017;72:176-189.

21. Matsui EC, Abramson SL, Sandel MT and AAP Council on Environmental Health. Pediatrics 2016;138:pii: e20162589.


**Blogs**

1. Trasande L, Lanphear BP. Preventing A Thousand Flints: Getting Reform of Chemical Regulation Right. Health Affairs Blog. May 23, 2016. http://healthaffairs.org/blog/2016/05/23/preventing-a-thousand-flints-getting-reform-of-chemical-regulation-right/


**Letters**

1. Menkhaus NA, Lanphear BP, Linnemann CC. Airborne transmission of varicella-zoster virus in hospitals. Lancet 1990;2:1315.  May 23, 2016.

2. Lanphear BP. The resurgence of measles and herd immunity. JAMA 1992;268:789.

3. Lanphear BP, Linnemann CC, Cannon C. A high false positive rate of tuberculosis associated with Aplisol. J Infect Dis 1994;169:703-704.

4. Lanphear BP. Potential consequences of using Aplisol tuberculin tests in prior epidemic investigations. Infection Control Hospital Epidemiology 1995;16:255.

5. Canfield R, Henderson C, Lanphear BP. Intellectual impairment and blood lead levels. N Engl J Med. 2003;349:500-502.

6. Juskow T, Canfield RC, Henderson C, Lanphear BP. Comments on "Recent development in low level lead exposure and children's intellectual abilities". Environ Health Perspect 2005;113:A16.

7. Lanphear BP, Hornung R, Khoury J, Yolton K, Dietrich KN.  Lead and IQ in Children.  Environ Health Persp 2006;114:A86-A87.

8. Hornung R, Lanphear B, Dietrich K. Response to: "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ?" Neurotoxicology. 2006;27:635.

9. Braun J, Lanphear BP. Comments on "Lead neurotoxicity in children: is prenatal exposure more important than postnatal exposure?" Acta Paediatr. 2007;96:473; author reply 474-475.

10. Braun J, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Comments on "Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children."  Environ Health Perspect. 2007;115:A399.

11. Geraghty SR, Morrow AL, Lanphear B. The heart of the matter on breastmilk and environmental chemicals: essential points for healthcare providers and new parents. Breastfeed Med. 2009;4:125-126.

12. Joshi TK, Bailar JC 3rd, Craner J, Davis D, Ehrlich R, Franco G, Frank AL, Huff J, LaDou J, Lanphear B, London L, Melnick RL, O'Neill R, Osaro E, Rosenman KD, Sass J, Smith AH, Soskolne CL, Stephens C, Stuckey R, Takaro TK, Teiteibaum D, Watterson A, Yassi A. Physician expelled from Indian Association of Occupational Health after critique. Int J Occup Environ Health. 2009 Oct-Dec;15(4):419-420.

13. Calafat AM, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Longnecker MP, Rudel RA, Teitelbaum SL, Whyatt RM, Wolff MS. Misuse of blood serum to assess exposure to bisphenol A and phthalates. Breast Cancer Res. 2013;15:403.

14. Soskone CL, Al-Delaimy WK, Burns K, Finch MR, Gaudino JA, Jr, Lanphear B, Oremus M, Phillips L, Ruff K, Weiss SH, Wing S. Competing interests in epidemiology. BMJ 2015;350.PMID: 25569167.

15. Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: an ecological study. Environ Health 2018;17:doi: 10.1186/s12940-018-0354-5.

16. Lanphear BP, Hornung RW, Auinger P, Allen R. Environmental exposure to lead: old myths never die. Lancet Public Health 2018;e363 doi: 10.1016/S2468-2667(18)30128-2.

**Presentations**

1. "Biologic Hazards to Health Care Personnel in the Workplace". University of Cincinnati, Cincinnati, Ohio, September 26, 1990.

2. "Common Misconceptions about Tuberculosis". American Lung Association, St. Elizabeth's Hospital, Belleville, IL, March 19, 1991.

3. "Prevention and Control of Infectious Disease in Health Care Workers". Miami Valley Hospital, Dayton, OH, September 5, 1991.

4.     "Transmission of Hepatitis B Virus Infection in Health Care Workers". Ohio University, Athens, Ohio, March 21, 1992.

5.     "Universal Immunization Against Hepatitis B Virus". Grand Rounds, Dayton Children's Hospital, May 1992, Dayton, Ohio.

6.     "Correlation of Blood Lead Levels and Dust Lead Levels Using Three Dust Collection Methods. Environmental Protection Agency, Research Triangle, N.C., January 20,1994.

7.     "Relation of Lead-Contaminated House Dust and Blood Lead Levels in Urban Children" Environmental Protection Agency, Washington, D.C., February, 1994.

8.     "Lead-Contaminated House Dust and Blood Lead Concentrations in Children", Society for Pediatric Research, Seattle, Washington May 5, 1994.

9.     "EPA Health-Based Standards for Soil and Dust". Alliance to End Childhood Lead Poisoning, Washington, D.C., May 17, 1994.

10.    "Epidemiology of Tuberculosis in Health Care Settings". University of Cincinnati, Cincinnati, OH, August 19, 1994.

11.    "A Side-by-Side Comparison of Sampling Methods for Lead-Contaminated House Dust". American Public Health Association, Washington, D.C., November 1, 1994.

12.    "Trends in Childhood Exposure to Lead:  Implications for Prevention". University of Rochester, Pediatric Grand Rounds, February 15, 1995.

13.    "Childhood Exposure to Lead". Visiting Professor, Nazareth College, Rochester, New York, March 24, 1995.

14.    "Transmission and Control of Infections in Health Care Workers". (Moderator & Speaker) American College of Occupational Environmental Medicine, Las Vegas, Nevada, May 4, 1995.

15.    "Lead Exposure Prevention Research at the University of Rochester". New England Lead Conference, Kennebunkport, Maine, August 3, 1995.

16.    "Prevention of Childhood Lead Exposure". 1st Annual Midwest Conference on Childhood Lead Poisoning Prevention, Kansas City, MO, September 10-11, 1995.

17.    "Childhood Lead Exposure: Implications for Occupational Health". National Institute for Occupational Safety and Health, Cincinnati, OH, May 10, 1996.

18.    "Community Characteristics and Children's Blood Lead Concentrations". American Public Health Association, New York City, NY, November 19, 1996.

19.    "Evolution of a Disease: The Science of Childhood Lead Exposure Prevention." American Public Health Association, New York City, NY, November 18, 1996.

20.    "Childhood Lead Exposure: A Local and National Perspective." Occupational Medicine Grand Rounds, University of Rochester, January 2, 1997.

21.     "Prevention of Childhood Lead Exposure: The U.S. Experience". (Keynote) University of the West Indies and Pan American Health Organization, Kingston, Jamaica, January 23, 1997

22.     "Lead-Contaminated House Dust and Children's Blood Lead Levels". (Keynote Presentation) Look Out for Lead Conference, Madison, WI, May 22, 1997.

23.     "Primary Prevention of Childhood Lead Exposure: A Randomized Trial of Dust Control". American Public Health Association, Indianapolis, November 13, 1997.

24.     "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Medical University of South Carolina, Charleston, SC, March 20, 1998.

25.     "The Science of Childhood Lead Exposure Prevention." Tulane/Xavier Center for Bioenvironmental Research, New Orleans, May 4-5[th], 1998.

26.     "Lead Hazard Control Research" Conference on Linking Health, Housing & Environment, Centers for Disease Control, Department of Housing and Urban Development, National Institutes of Health, Phoenix, Arizona, June 21-24, 1998.

27.     "A Randomized Trial of Dust Control to Prevent Childhood Lead Exposure." Presenter and Co-chairman, Section on Heavy Metals, 1st International Conference on Children's Environmental Health, Amsterdam, The Netherlands, August 11-13[th], 1998.

28.     "Prevention of Childhood Lead Exposure: A Critique of the EPA's Proposed Residential Lead Standard". Office of Children's Health Protection, U.S. Environmental Protection Agency, Washington, D.C., November 5, 1998.

29.     "Science and Policy of Lead Poisoning Prevention in the United States". Nicholas School of the Environment, Duke University, Durham, North Carolina, February 22, 1999.

30.     "Behaviors in Early Childhood and Exposure to Environmental Toxins". (invited) Pediatric Environmental Health Conference, San Francisco, CA May 4, 1999.

31.     "Patterns of Lead Exposure in Early Childhood". International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy, May 7, 1999.

32.     "Adverse Effects of Blood Lead Concentrations <10 $\mu$g/dL" (Invited), 17th International Conference Neurotoxicology Conference, Little Rock, Arkansas, October 17-20, 1999.

33.     "Emerging Research and Implications for Prevention of Childhood Lead Exposure" (Invited), 2nd Annual Syracuse Lead Conference, Syracuse, New York October 27th, 1999.

34.     "Prevention of Lead Poisoning in Children" Sierra Club, Omaha, NE, November 16th, 1999.

35.     "Children's Environmental Health: A Focus on Residential Hazards" Department of Pediatrics, University of Nebraska Hospital, November 17th, 1999.

36.     "Effectiveness of Lead Hazard Controls", New England Lead Conference, New Hampshire, Tufts University School of Medicine, April 25, 2000.

37.     "Subclinical Lead Toxicity in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 15, 2000.

38.     "Contribution of Residential Exposures to Asthma in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 16, 2000.

39.     "The Effect of Soil Abatement on Blood Lead Concentration in Children living near a former Smelter and Milling Operation" (invited). Coeur d'Alene, Idaho, May 24, 2000.

40.     "The Paradox of Lead Poisoning Prevention" (invited). National Institute of Justice, Washington, D.C., July 18th, 2000.

41.     "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Children's Hospital Medical Center, Cincinnati, Ohio, August 22, 2000.

42.     "Children's Environmental Health: A Focus on Residential Hazards"  Pediatric Grand Rounds, Department of Pediatrics, University of Rochester School of Medicine, Rochester, NY, September 20th, 2000.

43.     "Prevention of Lead Poisoning in Childhood" 7th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, NY, September 29, 2000.

44.     "Excavating the Enigmas of Childhood Lead Exposure". Department of Environmental and Occupational Medicine, Harvard University School of Public Health, Boston, MA, October 16th, 2000.

45.     "Contribution of Residential Exposures to Asthma". Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 11th, 2000.

46.     "Setting Research Priorities for the Decade". (Moderator & Speaker) Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 13th, 2000.

47.     "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation) Look Out for Lead Conference, Madison, WI, April 12, 2001.

48.     "Environmental Lead Exposure and Children's Intelligence at Blood Lead Concentrations below 10 μg/dl." APA Presidential Plenary Session, Pediatric Academic Society Meeting, Baltimore, MD, April 30, 2001.

49.     "Elimination of Childhood Lead Exposure: Obstacles & Opportunities" (Plenary).  National Housing Conference and Exposition, New Orleans, LA, May 16th, 2001.

50.     "Prevention of Childhood Lead Exposure: A Public Health Perspective" (Keynote Presentation). Philadelphia Health Department, Philadelphia, PA, May 23rd, 2001.

51.    "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation), Charles Drew University, Los Angeles, California, October 22nd, 2001.

52.    "Primary Prevention of Childhood Lead Exposure" (Keynote Presentation), Midwest Regional Lead Conference, Pittsburgh PA, October 29th, 2001.

53.    "Prevention of Childhood Lead Exposure: Shifting to Primary Prevention" (Keynote Presentation), Indiana Department of Health, Lead-Safe Conference, November 7th, 2001.

54.    "A Strategy for Primary Prevention of Childhood Lead Exposure" A testimony to Housing and Transportation Subcommittee, U.S. Senate, Washington, D.C., November 13, 2001.

55.    "Ethical issues of Environmental Research involving Children" (moderator and speaker). Panelists were Jeffrey Kahn, Ph.D., and Leonard Glantz, J.D., Raleigh-Durham, North Carolina, NIEHS Conference of Children's Environmental Health Centers, January 23, 2001.

56.    "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Omaha Children's Hospital, Omaha, Nebraska, March 1, 2002.

57.    "Racial Disparities in Children due to Environmental Hazards" Ohio Commission on Minority Health, Columbus, Ohio March 27, 2002.

58.    "Prevention of Childhood Lead Exposure in a Former Mining Community" Tar Creek, Oklahoma, April 4, 2002.

59.    "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Hasbro Children's Hospital, Brown University, Providence Rhode Island, May 17, 2002.

60.    "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Dayton Children's Hospital, Wright University, Dayton, Ohio May 22, 2002.

61.    "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." International Lead Congress, Washington, DC, June 3rd, 2002.

62.    "Residential Hazards: A Neglected Health Problem" Agency for Toxic Substances Disease Registry, Centers for Disease Control and Prevention, Atlanta, Georgia, August 19th, 2002.

63.    "Control of Residential Exposures to Environmental Neurotoxins" National Center for Healthy Homes (Moderator and Speaker), Annapolis, VA, November 7th, 2003.

64.    "The Promises and Potential Pitfalls of Primary Lead Poisoning Prevention" Purchase College, 9th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, New York,, October 4th, 2002.

65.    "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Syracuse, NY, October 9th, 2002.

66.    "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." University of Texas at El Paso, El Paso, Texas January 29th, 2003.

67.   "Childhood Lead Poisoning" Introduction to Children's Environmental Health, Seattle, Washington, Pediatric Academic Society, May 3rd, 2003.

68.   "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Chicago Lead Summit, Chicago, Illinois, May 28th, 2003.

69.   "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Case Western Reserve University, Cleveland, Ohio, June 3rd, 2003.

70.   "Housing and Children's Health", Sprawl: The impact on vulnerable populations, University of Cincinnati College of Medicine, Cincinnati, Ohio, July 8th, 2003.

71.   "Trials and Tribulations of Protecting Children from Environmental Toxins". Duke University, Nicholas School of the Environment, Durham, NC, November 6th, 2003.

72.   "Adverse Effects of Fetal and Childhood Exposures to Prevalent Toxins" Midwest Critical Regional Neonatology Conference, Covington, KY, November 14th, 2003.

73.   "Control of Residential Hazards in Children" American Public Health Association, San Francisco, CA, November 18th, 2003.

74.   "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". 21st International Neurotoxicology Conference, Honolulu, Hawaii, February 11th, 2004.

75.   "Trials and Tribulations of Protecting Children from Environmental Hazards" Workshop on Ethical Issues on Children's Environmental Health, Children's Environmental Health Network, Washington, D.C. March 5, 2004.

76.   "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis", Pediatric Academic Societies Annual Meeting. Pediatric Research 2004;55:163A.

77.   "The Impact of the Environment on Children's Health" Bob Smith Endowed Lecture, Department of Pediatrics, First Gulf Coast Children's Environmental Health Symposium, Baylor University, Houston, Texas.

78.   "The Search for Environmental Causes of Learning Disabilities, Learning Disabilities Initiative, Baltimore, MD, May 18th, 2004.

79.   "Residential Hazards in Children: A Neglected Public Health Problem", Pediatric Grand Rounds, Boston Medical Center, Department of Pediatrics, Boston University Medical Center, Boston, MA, May 20th, 2004.

80.   "Residential Hazards in Children" "Healthier Homes, Stronger Families: Public Policy Approaches to Healthy Housing", National Center for Healthy Housing, Washington, D.C., June 2nd, 2004.

81.     "Fetal and Early Childhood Exposures to Prevalent Toxins" Pediatric Grand Rounds, Ste. Justine Children's Hospital, University of Montréal, Montreal, Canada, June 16th, 2004.

82.     "Childhood Exposure to Lead-Contaminated Soil: A Problem of the Past or a Problem from the Past?" National Academy of Science Committee on Superfund Site Assessment and Remediation in Coeur d'Alene River Basin", June 17[th], 2004, Coeur d'Alene, Idaho.

83.     "The Legacy of Lead" (Keynote Speaker). Chicago Lead Summit, Region V EPA Headquarters, September 15th, 2004.

84.     "A Tale of Two Toxins: Children's Exposure to Tobacco and Lead" (with Michael Weitzman), The American Academy of Pediatrics, San Francisco, CA, October 10th, 2004.

85.     "A Legacy of Childhood Lead Poisoning" University of Washington, Seattle, Washington, October 30, 2004.

86.     "Protecting Children from Environmental Toxins", Pediatric Grand Rounds, Seattle Children's Hospital, Seattle Washington, March 10th, 2005.

87.     "The Science and Politics of Childhood Lead Poisoning", Northwest Pediatric Environmental Health Conference, University of Washington, Seattle, Washington, March 11th, 2005.

88.     "The Effects of Low-level Exposure to Environmental Toxins during Fetal Development and Early Childhood", Children's' Hospital of Fudan University, Shanghai International Pediatric Forum, Shanghai, China, June 16th to 18th, 2005.

89.     "The Role of Biomarkers in Revealing Genetic and Environmental Influences of Disease and Disability" Psychiatry Grand Rounds, University of Cincinnati, February 8th, 2006.

90.     "Trials and Tribulations of Protecting Children from Environmental Hazards: Ethical Issues", Johns Hopkins University of Medicine, March 17th, 2006.

91.     "Key Elements of a Primary Prevention Strategy for Lead Poisoning", Albany Law School, Union University, Albany, New York, March 16th, 2006.

92.     "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", Case Western Reserve University, City Club of Cleveland, Cleveland, OH March 4[th], 2006.

93.     Integrating Genetic and Environmental Influences in Pediatric Research" (Moderator and Speaker), Pediatric Academic Societies, San Francisco, CA, April 30[th] 2006.

94. "Ethical Issues in Housing Health Hazard Research Involving Children" (Topic Symposia) Pediatric Academic Societies, San Francisco, CA, May 2nd 2006.

95. "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", International Workshop on Neurotoxic metals: from Research to Prevention, University of Brescia, Italy, June 17th, 2006.

96. "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", International Society for Environmental Epidemiology, Paris France, September 6th, 2006.

97. "Protecting Children from Environmental Toxins", Region VIII Children's Environmental Health Summit, Vail, Colorado September 20th, 2006.

98. "Integrating Genetic and Environmental Biomarkers in Pediatric Epidemiology", Visiting Professor, Simon Fraser University and University of British Columbia, Vancouver, British Columbia, October 19th-20th, 2006.

99. "The Legacy of Lead", Indiana Lead Conference, Indianapolis, Indiana, October 24, 2006.

100. "Ethical dilemmas in Children's Environmental Health", Seminar Series in Ethics of Toxicology, University of Champagne-Urbana, Champagne, Illinois, November 19th, 2006.

101. "Low-Level Lead Toxicity: Implications for Prevention"", WHO Informal Workshop on Lead, University of Munich, Germany, November 30th, 2006.

102. "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", National Environmental Public Health Conference, National Centers for Disease Control, Atlanta, Georgia, December 4th, 2006.

103. "The Epidemiologic Conquest of Childhood Lead Toxicity: A Pyrrhic Victory". NIEHS Workshop on Children's Environmental Health Research: Past, Present and Future.  January 22nd, 2007.

104. "Linking Low-level Exposures to Environmental Toxicants with ADHD".  Duke Integrated Toxicology and Environmental Health Program Symposium on Developmental Neurobehavioral Disabilities and Toxic Exposures, March 23, 2007, Durham, North Carolina.

105. "Using Biomarkers to Link Environmental Influences with Disease and Disability", The Channing Laboratory, Harvard University, Boston, Massachusetts, April 4th, 2007.

106. "The Lingering Legacy of Lead Toxicity". Grand Rounds, Department of Pediatrics, St. Louis Children's Hospital, St. Louis University, St. Louis, Missouri, April 11th, 2007.

107. "Protecting Children from Environmental Toxicants", United States Council of Catholic Bishops, Washington, D.C., April 30th, 2007.

108. "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", Pediatric Academic Societies, APA Presidential Platform Plenary Session, Toronto, Canada, May 7th, 2007.

109.   "The Lingering Legacy of Lead Toxicity" Grand Rounds, Department of Pediatrics, Omaha Children's Hospital, University of Nebraska, Omaha, Nebraska, April 11th, 2007.

110.   "Linking Low-level Neurotoxicant Exposures of the Developing Brain to Learning and Behavioral Problems."  International Conference on Developmental Programming and Effects of Environmental Toxicants in Human Health and Disease, Faroe Islands, May 20th, 2007.

111.   "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson", National Policy Consultation Series on Children's Health and Environment, Moncton, New Brunswick, Canada, May 31, 2007.

112.   "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  Occupational and Environmental Health Seminar Series, Health Canada, Ottawa, Canada, June 6th, 2007.

113.   "Linking Low-Level Lead Exposure with Child and Adolescent Psychopathology", 13th Annual International Society for Research in Child and Adolescent Psychopathology, London, England, June 19th, 2007.

114.   "The Legacy of Lead Toxicity". Pediatric Grand Rounds, New York Presbyterian Hospital-Weill Cornell Medical Center, September 18th, 2007.

115.   "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Pediatric Grand Rounds, Children's Hospital at Dartmouth, Dartmouth Medical School, September 19th, 2007.

116.   "The Legacy of Lead Toxicity: Effects of Childhood Lead Exposure in Children, Adolescents and Adults". Mid-America Conference, Philadelphia, Pennsylvania, October 4th, 2007.

117.   "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  International Society for Exposure Analysis (invited plenary session), Raleigh-Durham, North Carolina, October 17th, 2007.

118.   The Global Elimination of Lead Toxicity: A Focus on Housing."  National Institute of Public Health, Rennes, France, October 22nd, 2007.

119.   Linkage of Environmental Lead Exposure with Psychopathology in Children and Adolescents" Ramazzini Collegium, Carpi, Italy, October 25th, 2007.

120.   "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology", Symposium on Environmental Toxicity and the Brain, University of Toronto, Toronto, Canada, December 7th, 2007.

121.   "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology." Pediatric Grand Rounds, Rochester General Hospital and Strong Memorial Hospital, Rochester, New York, April 1&2, 2008.

122.    "Rochester's Role in the Ongoing Elimination of Childhood Lead Toxicity."  Beaven Lecture, Rochester Academy of Medicine, Rochester, New York, April 1, 2008.

123.    "The Lingering Legacy of Lead Toxicity: Lansing Legacy."  Michigan's Conference for Lead Safe & Healthy Homes, East Lansing, MI, April 22, 2008.

124.    First Annual Controversies in Pediatric Environmental Health, "Should the Centers for Disease Control Lower the Blood Lead Level of Concern". A debate by Bruce Lanphear and George G. Rhoads (James Sargent, Moderator). Pediatric Academic Societies Meeting, Honolulu, Hawaii, May 2nd, 2008.

125.    "Linking Exposure to Environmental Toxicants with Psychopathology in Children and Youth". Visiting Professor, Alberta Child and Youth Network, Calgary Children's Hospital, Calgary, Alberta. May 13th-15th, 2008.

126.    Lead Toxicity and the Teenage Brain", Youth Exploring Science Program, St. Louis Science Center, St. Louis, Missouri, June 30th, 2008.

127.    "The Legacy of Childhood Lead Toxicity".  Health Canada, Ottawa, Canada, October 6th, 2008.

128.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". The 2008 Rachel Carson Legacy Conference: Green Chemistry – Solutions for a Healthy Economy, Duquesne University, Pittsburgh, Pennsylvania, September 20th, 2008.

129.    "Trials and Tribulations of Protecting Children from Environmental Hazards", Ethics in Toxicology Seminar Series, University of Champagne-Urbana, Champagne, Illinois, September 22nd, 2008.

130.    "Industry's Influence on the Prevention of Childhood Lead Poisoning." In: Symposia on Insulating Environmental Health Research from Conflicting Interests.  International Society for Environmental Epidemiology Annual Meeting, Pasadena, California, October 14th, 2008.

131.    "The Lingering Legacy of Lead Toxicity: Implications for Research and Policy on Other Environmental Toxicants". (Keynote Presentation) BC Environmental and Occupational Health Research Network, Vancouver, BC, November 7th, 2008.

132.    "Effects of Environmental Toxicants on Children's Development". DB-PREP Course, American Academy of Pediatrics, Atlanta, Georgia, December 5th, 2008.

133.    "Linking Low-level Environmental Toxicants with New Morbidities of Childhood". BC Children's Grand Rounds, British Columbia, Vancouver, February 6th, 2009.

134.    "Using Biomarkers to Link Exposures with Disease and Disability in Children". Workshop on Physical and Chemical Exposures in Canadian Cohort Studies, Canadian Institute of Health Research and Health Canada, February 8th-9th, 2009.

135.   "How Dangerous Is Lead In Drinking Water?" An interview on "Around The Water Cooler" with Werner Troesken and Bruce Lanphear. February 18th, 2009.

136.   "Linking Environmental Toxicants with ADHD in Children" (invited), Learning Disabilities Association Annual Meeting, February 25th, Salt Lake City, Utah.

137.   "The Lingering Legacy of Lead Toxicity", Norfolk Children's Hospital, April 30th, 2009, Norfolk Virginia.

138.   Second Annual Controversies in Pediatric Environmental Health Debate, "Should Pediatricians Advise Parents to Feed their Children Organic Foods?" A debate by Joel Forman and Janet Silverstein (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Baltimore, MD, May 4th, 2009.

139.   "A Pattern of Pathology: The Population Impact of Environmental Toxicants on Health". Workshop on Endocrine Disruptors, Endocrine Society, Washington, DC, June 9th, 2009.

140.   "The Quandary of Environmental Contaminants in Human Milk", 25th Anniversary of US Surgeon General's Report on Breastfeeding, Washington, DC, June 13th, 2009.

141.   "Linking Exposures to Environmental Toxicants with Learning Problems and Psychopathology in Children." Northwest Conference on Children's Health and Environment, Tukwila, Washington, October 1st, 2009.

142.   "The Second Coming of the Sanitarians", Pediatric Grand Rounds, University of California at Davis Children's Hospital, Sacramento, California, October 9th, 2009.

143.   "The Second Coming of the Sanitarians", National Institute of Public Health, Rennes, France, November 4th, 2009.

144.   "Linking Exposure to Environmental Toxicants with ADHD in Children." Symposium on ADHD. Riyadh, Saudi Arabia, November 7th, 2009.

145.   "The Interplay of Genetic and Environmental Influences in Common Conditions of Children." Macquarie University, Department of Geology, Sydney, Australia, November 18th, 2009.

146.   "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure." Pacific Basin Consortium Symposium on Environment and Health, Perth, Australia, November 13th, 2009.

147.   "The Second Coming of the Sanitarians", SFU President's Lecture, Simon Fraser University, Burnaby, BC, March 4th, 2010.

148.   Third Annual Controversies in Pediatric Environmental Health Debate, "Should the American Academy of Pediatrics Sponsor a Ratings Board to Provide Evidence-based Ratings for Media?" A debate by James Sargent and Donald Shifrin (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Vancouver, BC, May 2nd, 2010.

149. "Efficacy of Reducing Lead Hazards in Housing on Lead-Contaminated House Dust, Blood Lead Concentration and Intellectual Abilities in Children." Pediatric Academic Societies Meeting, Vancouver, BC May 1st, 2010.

150. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Pediatric Grand Rounds, Cornell Weill Medical College, New York, New York. May 25th, 2010.

151. "Excavating the Enigmas of Childhood Lead Toxicity", Guest Lecturer, "Introduction to Toxicology, Harvard School of Public Health, Boston, Massachusetts, October 27th, 2010.

152. "The Conquest of Lead Poisoning: A Pyrrhic Victory", Lead Action Collaborative, New England Carpenters Center, Boston, Massachusetts, October 28th, 2010.

153. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Academy of Breastfeeding Medicine, San Francisco, California, October 29th, 2010.

154. "Bisphenol A and Behavior Problems in Children". Eastern Perinatal Conference, Kingston, Ontario, November 10th, 2010.

155. "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?" UBC Statistics Department Seminar, November 18th, 2010.

156. "Protecting Children from Environmental Toxicants." Children's Hospital of Quebec, University of Laval, Quebec City, Quebec, December 17th, 2010.

157. "Low-level Toxicity: Implications for Research and Policy", Joint Talks by C. Arden Pope and Bruce Lanphear, SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 7th, 2011.

158. "Crime of the Century: Lead Toxicity in the 20th Century", Panel Presentation and Discussion, UC Davis, Sacramento, California April 7th, 2011.

159. Fourth Annual Controversies in Pediatric Environmental Health Debate, "Should Parent Slather their Children with Sunscreen?" A debate with Russell Chesney, MD and Sophie Balk, MD, (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Denver, Colorado, May 1st, 2011.

160. The Conquest of Lead Toxicity: A Pyrrhic Victory", Canadian Water Network, Ecole Polytechnique de Montreal, Montreal, Canada, June 9th, 2011.

161. The Contribution of Environmental Influences on Chronic Disease, Canadian Partnership for Health and Environment, Toronto, Canada, June 16th, 2011.

162. "The Second Coming of the Sanitarians", Environmental and Occupational Health Seminar, University of Washington School of Public Health, Seattle, WA, May 12th, 2011.

163. "Crime of the Century: The Failure to Prevent the Lead Pandemic". Sterling Prize in Controversy, Wosk Centre, Simon Fraser University, Vancouver, BC, October 19th, 2011.

164. "Measuring Exposure: The Benefits and Limits of Biomarkers". Canadian Institute for Human Development, Child and Youth Research, Montreal, Canada, December 6th, 2011.

165. "Rachel Carson: Clarity of Vision". SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA, January 6th, 2012.

166. "The Truth About Toxins: What Parents and Health Professionals Should Know". Environmental Influences on Neurodevelopment: Translating the Emerging Science into Public Health Policy". UCLA School of Public Health, Los Angeles, California, January 12[th], 2012.

167. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Mattel Children's Hospital, Los Angeles, California, January 13th, 2012.

168. "Why Should We Share Data?", Data Sharing Strategies for Environmental Health Workshop, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina, February 6th and 7th, 2012.

169. "The Science and Prevention of Lead Toxicity" (Keynote Presentation), Forum on Lead Toxicity: A Little is Still Too Much", Macquarie University, Sydney, Australia, June 5[th], 2012

170. "Canada Environmental Health Atlas Knowledge Translation Workshop", Canadian Public Health Association, Edmonton, Alberta, June 13th, 2012.

171. "First Annual Controversies in Pediatric Environmental Health Debate: Should organophosphate pesticides be reduced or banned?" A debate with Brenda Eskenazi and Bruce Lanphear (Rob McConnell, Moderator). International Society for Environmental Epidemiology, Columbia, SC, August 28th, 2012.

172. "Supralinear Dose-Response Relationship of Environmental Toxicants: Research and Policy Implications." Moderator and Speaker, with Arden Pope, Roel Vermeulen and Bruce Lanphear. International Society for Environmental Epidemiology, Columbia, SC, August 29th, 2012.

173. Tanya Froehlich and Bruce Lanphear, "ADHD and Environmental Toxicants: Time for Prevention?", Society for Development and Behavioral Pediatrics, Phoenix, AZ, September 9th, 2012.

174. "The Epidemic of Childhood Disabilities: A Failure to Regulate". Workshop on Children's Rights and Corporate Responsibility, Green College, University of British Columbia, Vancouver, BC, October 19th, 2012.

175. "Low-level Toxicity: Much Ado About Nothing?", Department of Preventive Medicine Seminar, University of Southern , California, Los Angeles, California, October 23rd, 2012.

176. "Reflections on Silent Spring". (Invited Keynote). International Society for Exposure Sciences, Seattle, Washington, October 28th, 2012.

177.    "Randomized Controlled Trials in Children's Environmental Health: Underutilized or Unethical?" The University of Washington Northwest Pediatric Environmental Health Specialty Unit and Center for Child Environmental Health, Seattle, Washington, February 26th, 2013.

178.    "Crime of the Century: Our Failure to Prevent the Lead Pandemic". Dali Lana School of Public Health and of School Environment, University of Toronto, Toronto, Ontario, March 26th, 2013.

179.    "The Ongoing Search for a Threshold". International Conference of Toxicology, Seoul, Korea, July 1, 2013.

180.    "Blood Lead Concentrations and Cardiovascular Mortality in the United States: The NHANES Mortality Follow-up Cohort Study". International Society for Environmental Epidemiology, Basel, Switzerland, August 2, 2013.

181.    "The Conquest of Lead Poisoning: A Pyrrhic Victory". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

182.    "Striking at the Root: Changing the Narrative on the Causes of Disease". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

183.    "Crime of the Century: The Failure to Prevent the Lead Pandemic". Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 26, 2013.

184.    "Low-level Toxicity: Policy Implications for the 21st Century". Symposium on Policy Implications of Environmental Exposures in the 21st Century. Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 27, 2013.

185.    "Excavating the Enigmas of Childhood Lead Toxicity". Network for Soil Contamination Research (INSCR), Delhi University, New Delhi, India. October 22nd, 2013.

186.    "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure", World Health Organization, New Delhi, India. October 24th, 2013. "The Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." National Institute of Environmental Health Sciences, Raleigh-Durham, NC, November 10th, 2013.

187.    "Protecting Children from Environmental Toxins". Japan Dioxin and Endocrine Disruptors Preventive Action, Tokyo, Japan, November 24th, 2013.

188.    "ADHD: A Preventable Epidemic?" Alberta Children's Hospital, Calgary, Alberta, December 16th, 2013.

189.    "Little Things Matter: The Impact of Toxins on the Developing Brain". Early Years Conference, Vancouver, British Columbia, January 30th, 2014.

190.    "Little Things Matter: The Impact of Toxins on the Developing Brain". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

191.  "Low-level Toxicity of Environmental Toxins: Much Ado About Nothing?". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

192.  "The Canadian Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." School of Occupational and Environmental Health, University of British Columbia, March 28th, 2014.

193.  "Little Things Matter: The Impact of Toxins on the Developing Brain". British Columbia Healthy Child Alliance, Vancouver, British Columbia, April 2nd, 2014.

194.  "Sixth Annual Controversies in Pediatric Environmental Health Debate, E-Cigarettes: A weapon in the war against tobacco or a threat to tobacco control. (Moderator). Featuring Greg Connelly and James Sargent. Pediatric Academic Societies, Vancouver, May 4th, 2014.

195.  "Striking at the Root Causes of Chronic Disease in Children" (Moderator). James Sargent, Joel Bakan and David Kessler, May 5th, 2014.

196.  "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). OHKA Healthy Homes Alliance, Omaha, Nebraska, May 15th, 2014.

197.  "Excavating environmental risk factors for autism: Suspects and strategies". A workshop on examining a multi-systems approach to autism and the environment: challenges and opportunities for research". Toronto, Ontario, June 23rd-24th, 2014.

198.  "Lead Poisoning: Tackling a Global Problem" (Co-Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

199.  "Interventions to Reduce Exposures to Environmental Hazards in Pregnant Women and Children", (Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

200.  3rd Annual ISCHE-Sponsored Debate: Should there be any restrictions on universities or academicians receiving payment from industry or other sources? (Moderator). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

201.  "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Tulane University School of Public Health and Tropical Medicine, New Orleans, Louisiana, September 5th, 2014.

202.  "Environment Matters", Children's Environmental Health Panel. Society for Environmental Journalists, New Orleans, Louisiana, September 6th, 2014.

203.  "Insidious Influence of Industry on Science: How Corporations Undermine Science", 5th Annual C. Everett Koop Distinguished Lecture, "Corporate Threats to Children's Health", with Joel Bakan and James Sargent, Dartmouth University, New Hampshire, October 6th, 2014.

204.  "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, Montefiore Medical Center, New York, New York, October 8th, 2014.

205.    "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). Prenatal
        Environmental Health Education (PEHE) Conference, University of Ottawa. Ottawa, Ontario,
        November 21st, 2014.

206.    "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). ISEE Asian
        Regional Meeting, Shanghai, China, November 30th, 2014.

207.    "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial
        Lecture, ISEE Asian Regional Meeting, Shanghai, China, November 31st, 2014.

208.    "Data Visualization", with Joe Braun and Allan Just, Pediatric Environmental Health Scholars
        Retreat, Reston, VA, December 6th, 2014.

209.    "Victories in Public Health: Progress or Adaptation?" SFU, UBC and UW Annual Occupational
        and Environmental Health Conference, Semiahmoo, WA January 8th, 2015.

210.    "Food in the Industrial Era: Is Backward the Way Forward?" Children's Environmental Health
        Network, Austin, Texas, February 4th, 2015.

211.    "Excavating the enigmas of childhood lead toxicity". Broken Hill City Council and Lead
        Reference Group, Broken Hill, New South Wales, Australia, March 3rd, 2015.

212.    "Prevention Paradox: Why a Little Lead is Too Much". Unequal Exposure Symposium, Climate
        Change Research Center, University of New South Wales, March 5th, 2015, Sydney, Australia.

213.    "Crime of the Century: Our Failure to Prevent the Lead Pandemic". 10th Annual Break the Cycle
        Conference, Emory University, Atlanta, Georgia. April 23rd, 2015.

214.    "The Staggering Cost of Lead Toxicity and the Unbelievable Benefit of Preventing It". 10th
        Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 24th, 2015.

215.    Seventh Annual Controversies in Pediatric Environmental Health Debate, "GMOs: A Hazard or
        Harvest of Health?" A debate with Joel Forman, MD and Daniel Goldstein, MD,  (Bruce
        Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, San Diego,
        California, April 27th, 2015.

216.    "Impact of Dwellings on Child Health", Canadian Green Building Council Conference,
        Vancouver Convention Center, Vancouver, BC, April 28. 2015.

217.    "Impact of Tobacco on the Developing Brain", Developmental Effects of Nicotine and
        Implications for Emerging Tobacco Products, Rockville, Maryland, May 5th, 2015.

218.    "Impact of Toxins on the Developing Brain" India Tour (Bengaluru, Trivandrum, Kolkata, and
        Chandigarh) Sponsored by PAN-India, September 4th-11th, 2015.

219.    "Impact of Dwellings on Child Health", Green School Summit, Calgary, Alberta, September
        25th. 2015.

220.   "Prevention Paradox: Why a Little Lead is Too Much", A debate with George Rhoads, Montefiore Medical Center, Tarrytown, October 2nd, 2015.

221.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic" (Keynote Presentation), University of Cincinnati Department of Environmental Health 50th Anniversary Gala, Cincinnati, Ohio, October 9th, 2015.

222.   "Impact of Toxins on the Developing Brain" (Keynote Presentation) Children's Environmental Health Centers Annual Meeting, Washington, DC, October 31, 2015.

223.   "The Impact of Toxins on the Developing Brain: Our Failure to Prevent Brain-based Disorders in Children", National Core for Neuroethics, UBC November 12th, 2015.

224.   "Impact of Dwellings on Child Health", Canada Green Building Council, Toronto, ON Green, December 1st, 2015.

225.   "The Tortuous Road to Prevention: Are We There Yet", Air Quality and Impacts on Health: Beyond the Heart and the Lungs, The Lung Association of BC, February 28th, 2016.

226.   "Lead's Long Shadow: What the Story of Flint, Michigan Means for All of Us", with Bruce Lanphear, Mona Hanna-Attisha and Marc Edwards. Collaborative on Health and the Environment Webinar, March 8th, 2016.

227.   "Little Things Matter: The Impact of Toxins on the Developing Brain", Collaborative on Health and Environmental Alaska Working Group Webinar, March 9th, 2016.

228.   "Victories in Public Health: Progress or Adaptation?", Symposium Against Indifference, Ashland University, Ashland, Ohio, April 5th, 2016.

229.   "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote), Children's Environmental Health: New Findings from California Research, Sacramento, California, April 7th, 2016.

230.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Distinguished Visiting Professor in Health Law, Loyola University, Chicago, Illinois April 21st, 2016.

231.   "The Population Impact of Toxins on Intellectual Abilities: Implications for Policy and Prevention", in Symposia on Environmental Toxins and the Brain: Growing Evidence of Risk, Pediatric Academic Societies, Baltimore, MD, May 2nd, 2016.

232.   "Data Visualization and Video Production for Public Consumption", in Symposia on Innovative Tools to Enhance Knowledge Translation of Environmental Health: Data Visualization, Videos and Message Mapping, (co-Moderated by Mark Miller and Bruce Lanphear), Pediatric Academic Societies, Baltimore, MD, April 30th, 2016.

233.   "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Michigan State University, Flint, MI, May 7th, 2016.

234. "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Johns Hopkins University School of Public Health, Baltimore, MD, May 7th, 2016.

235. "Little Things Matter: The Impact of Toxins on the Developing Brain", Baltimore, MD, International Medical Federation Autism Research (IMFAR), May 8th, 2016.

236. "Public Health Matters: Videos on Toxic Chemicals, Air Pollutants and the Prevention Paradox", Mongolian National University of Medical Sciences, June 23, 2016.

237. "Little Things Matter: The Impact of Toxins on the Developing Brain", USC Annenberg Center for Health Journalism, July 18th, 2016.

238. "Preventing Lead Toxicity", California Environmental Protection Agency, Occupational Environmental Health Hazard Assessment, September 23rd, 2016.

239. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease," World Issues Forum, Fairhaven College, University of Western Washington, (with Bob Lanphear), November 2, 2016.

240. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, Maimonides Hospital, November 15th, 2016.

241. "Little Things Matter: The Impact of Toxic Chemicals on the Child Health" (Keynote), Hudson Valley Perinatal Conference, November 16th, 2016.

242. "Little Things Matter: The Impact of Toxins on the Developing Brain", IPEN, San Francisco, CA, November 18th, 2016.

243. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", SFU, UBC and UW Annual Occupational and Environmental Health Conference Semiahmoo, WA, January 5th, 2017.

244. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", University of New Brunswick, January 25th, 2017.

245. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", New Brunswick Children's Environmental Health Collaborative, January 26th, 2017.

246. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Rockefeller Center, Bellagio, Italy, February 22nd, 2017.

247. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", The Science in Society Speaker Series, Okanagan College, Vernon, BC, April 6th, 2017.

248. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain" (invited plenary), Vancouver, British Columbia, Canadian Pediatric Society, June 3rd, 2017.

249. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Macquarie University, Sydney, Australia, September 29th, 2017.

46

250. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Brown University, Providence, Rhode Island, October 13th, 2017.

251. Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Health? University of Alaska, Alaska Tribal Health Consortium, Anchorage, Alaska, November 2nd, 2017.

252. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain"  (Keynote), All Alaska Pediatric Conference, Anchorage, Alaska, November 3rd, 2017.

253. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", CINBIOSE 30th Anniversary, University of Quebec at Montreal, Montreal, November 9th, -10th, 2017.

254. "The Legacy of Lead Poisoning: Moving towards Prevention". East Chicago Community Meeting, Illinois, November 26th, 2017.

255. "Cause or Cure", NIEHS Environmental Health Seminar, University of Southern California, Los Angeles, California, December 1st, 2017.

256. "Little Things Matter: The Impact of Lead on Brain Development" (Keynote Presentation), Workshop on Lead-Free Schools, Pew Trust, Washington, DC, December 6th-7th, 2017.

257. "Low-level Toxicity of Chemicals: No Acceptable Threshold?" Risk Modeling, Mitigation and Modeling in Health Sciences, Centre de Recherches Mathematiques, Montreal, QC, December 11th, 2017.

258. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Department of Psychology and Neuroscience, York University, Toronto, ON, December 13th, 2017.

259. "The impact of Pollutants on Human Health: No Safe Levels?", Center for Energy and Environmental Contaminants, Macquarie University, Sydney, Australia, February 13th, 2018.

260. "Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Children's Health?", Department of Pediatrics, University of Wisconsin at Madison School of Medicine, Madison, Wisconsin, March 1st, 2018.

261. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Wisconsin Environmental Health Network, Madison, Wisconsin, March 2nd, 2018.

262. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Biennial Atlantic Symposium on Learning Disabilities Association, Fredericton, NB.

263. "Crime of the Century: The Failure to Prevent the Lead Pandemic" (Keynote). 11th UK and Ireland Environmental and Occupational Epidemiology, John Snow Lecture Hall, London School of Hygiene and Tropical Medicine, April 27th, 2018.

264. "The Impact of Pollutants on Human Health: No Safe Levels?" From Toxicology to Planetary Health, London School of Hygiene and Tropical Medicine, April 27th, 2018.

265.   Topic Symposium: "Toxic Chemicals and the Rise of Chronic Disease in Childhood: A Preventable Epidemic?" (chair and speaker), Pediatric Academic Societies, May 7th, 2018.

266.   "Prevention Paradox; Why a Little Lead is Too Much", Ontario Water Advisory, Toronto, CA, May 7th, 2018.

267.   "How the Secrets of Body Care and Cleaning Products Impact your Health", Panel with Bruce Lanphear, Muhannad Malas and Janie McConnell, Centre for Free Expression, Ryerson University, Toronto, ON, May 7th, 2018.

268.   "Prevention Paradox; Why a Little Lead is Too Much" (Keynote), Pittsburgh, PA, Get the Lead Out Conference, May 9th, 2018.

269.   "Low-level Lead Exposure and Mortality", Global Health Forum, Miami, Fl, May 23rd, 2018.

270.   "Unleashing the Power of Prevention: Targeting Toxic Chemicals and Pollutants", Canadian Public Health Association, Montreal, QC, May 28th, 2018.

271.   "The Impact of Pollutants on Human Health: No Safe Levels?" Chemicals Management Plan Stakeholder Advisory Council, Health Canada, May 30th, 2018.

272.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, University of California – Davis, Sacramento, CA, June 8th, 2018.

273.   "Why a Little Lead is Too Much", Health Canada, Ottawa, ON, August 29th, 2018.

274.   "Unleashing the Power of Prevention: Mobilizing Science to Prevent Disease", ISEE-ISES Workshop, Ottawa, ON, August 30th, 2018.

275.   "The Lingering Legacy of Lead: Why a Little Lead is Too Much", LA Lead Summit: A Strategy for Prevention, University of Southern California, September 14th, Los Angeles, CA.

276.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Children's Hospital of Orange County, Orange County, CA, September 19th, 2018.

277.   "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Hurley Medical Center, Flint, Michigan, October 3rd, 2018.

278.   "Lead and The Mysterious Decline in Coronary Heart Disease", National Institute of Occupational Safety and Health, Cincinnati, OH, October 11, 2018.

279.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Grand Rounds, Oregon State Health University, Portland, OR, October 23, 2018.

280.   "The Impact of Pollutants on Human Health: No Safe Levels?" Oregon Environmental Council, Portland, OR, October 23, 2018.

281.   "Little Things Matter: The Impact of Toxic Chemicals and Organic Food on Children's Health", HIPP Scientific Symposium on Organic Food, Kranzberg, Germany, October 30, 2018.

282.    "The Mysterious Decline in Coronary Heart Disease", Harvard University Lead Summit, Cambridge, MA, November 15th, 2018.

283.    "The Impact of Pollutants on Human Health: No Safe Levels?" Department of Epidemiology, UMass, Amherst, MA, November 16th, 2018.

284.    "Little Things Matter: The Impact of Toxic Chemicals on Human Health", School of Public Health, Oregon State University, Corvallis, Oregon, April 12th, 2019.

285.    Why A Little Lead is Too Much: An Intimate History", "The Impact of Pollutants on Human Health: No Safe Levels?", Graduate Course in Environmental Health, School of Public Health, University of California, Berkeley, April 17[th], 2019.

286.    "The Impact of Pollutants on Human Health: No Safe Levels?", Department of Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.


**Grants**

<u>Active Grant Awards</u>


1.    Consultant (Joseph Braun, PI). Early Life Perfluoroalkyl Substance Exposure and Obesity: Mechanisms and Phenotyping. 02/01/2016-01/31/2021. National Institutes of Health, $523,725 (5% effort). The purpose of this award is to study the impact of exposure to perfluoroalkyl chemicals on the development of child obesity, adverse cardiometabolic markers and gene regulation. (2.5% effort)

2.    Co-Applicant (Linda Booij, Maryse Bouchard PI). In utero exposure to Bisphenol-A and the developing brain in humans: A longitudinal study of epigenetic mechanisms. 03/01-2016 – 03/31/2019. Canadian Institutes of Health Research (CIHR), $344,025. (2.5% effort).

3.    Principal Investigator (Multiple PI Award with Christine Till). "Impact of early life fluoride exposure on cognitive and behavioural outcomes in children". NIEHS, 09/30/16 – 05/01/19, $296,683 (10% effort).

4.    Consultant (Aimin Chen, Principal Investigator). Developmental neurotoxicity of organophosphate and novel brominated flame retardants in children. National Institute for Environmental Health Sciences. 1RO1ES028277. 09/30/2017-06/30/22 (10% effort).

5.    Mentor (Cynthia Curl, Principal Investigator). Measurement of Agricultural and Dietary Glyphosate Exposure among Pregnant Women. National Institutes of Environmental Health Sciences. 1KO1ES028745-01A1. 09/01/2018-08/31/2022 (5% effort).

<u>Past Grant Awards</u>

1.    Principal Investigator, "Dust-Lead and Blood Lead Levels among Urban Children". The National Center for Lead-Safe Housing, $561,619, 06/15/93 to 08/31/94. Department of Housing and Urban Development Contract MDLPT0001-93. (25% effort).

2.    Principal Investigator, "Determinants of Lead Exposure among Children in Monroe County, NY", NIEHS Pilot Grant, University of Rochester School of Medicine and Dentistry, Department of Environmental Medicine.  $7,600, 06/15/93 to 12/31/95.  (0% effort)

3.    Principal Investigator, "The Effectiveness of Dust Control in Reducing Children's Blood Lead Levels" U.S. Department of Housing and Urban Development, $128,394, 04/01/94 to 05/30/95. (25% effort).

4.    Principal Investigator, "Primary Prevention of Exposure to Lead".  Centers for Disease Control and Prevention, $832,228, 09/30/94 to 10/01/98. (25% effort)

5.    Principal Investigator, "Lead-Contaminated House Dust and Children's Blood Lead Levels". National Center for Lead-Safe Housing, $43,260, 10/01/96 to 03/30/96. (25% effort).

6.    Co-investigator (Christy, PI), "Tuberculosis Screening in Children". New York Department of Health, $15,000, 01/01/95 to 12/31/96. (0% effort)

7.    Co-investigator (Weitzman, PI), "Fellowship Training in General Pediatrics" (Grant # D28PE50008).  Bureau of Health Professions, HRSA, U.S. Public Health Service, $1,752,816, 06/01/96 to 05/30/97. (10% effort).

8.    Principal Investigator, "Neurobehavioral Effects of Low-Level Childhood Lead Exposure". University of Rochester School of Medicine & Dentistry, $8,560, 06/01/96 to 05/30/97. (0% effort)

9.    Principal Investigator, "Neurobehavioral Effects of low-level Lead Exposure in Children". NIEHS Pilot Grant, University of Rochester Department of Environmental Medicine, $20,035, 09/01/97 to 08/30/97.  (0% effort).

10.   Co-investigator (Howard, PI), "Effect on Breastfeeding of Pacifiers and Bottle Feeding". Bureau of Maternal and Child Health, $420,333, 10/01/96 to 09/30/00. (2.5% effort)

11.   Co-investigator (Canfield, PI) "Lead and Children's Cognitive Functioning", Research Grants Program, Cornell University.  $17,000, 10/01/96 to 09/31/97 (0% effort).

12.   Principal Investigator, "Neurobehavioral Effects of Low-Level Lead Exposure in Children" (RO1-ES 08338). National Institute of Environmental Health Sciences, 12/01/96 to 11/31/01, $1,946,848. (25% effort).

13.   Co-investigator, (Aligne, PI).  "Reduction in Passive Smoking among Children with Asthma:  A Randomized Trial of HEPA Air Filtration."  10/01/96 to 09/31/97, $6,000.  KIDD Grant, Rochester General Hospital (0% effort).

14.   Co-investigator, (DeWitt, PI). "Faculty Development in General Pediatrics". Bureau of Health Professions, Health, Department of Health and Human Services 07/01/97 to 06/30/00, $338,000. (15% effort).

15.   Principal Investigator, "A Side-by-Side Comparison of Allergen Sampling Methods", U.S. Department of Housing and Urban Development, 01/02/98 to 12/31/98, $163,065. (15% effort).

16.   Principal Investigator, "National Research Service Award - Fellowship Training in General Pediatrics and Adolescent Medicine" (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/03. $634,408. (0% effort).

17.   Co-investigator, (Steiner, PI) "Survey of Directors and Graduates of NRSA Fellowship Training Programs", Health Resources and Services Administration, Department of Health and Human Services.  06/01/98 to 06/30/99.

18.   Principal Investigator, "Effect of Soil Remediation on Children's Blood Lead Levels in Midvale, Utah".  U.S. Environmental Protection Agency, 08/01/98 to 07/30/99.  $62,550. (15% effort).

19.   Co-investigator, (Phelan, PI) Trends and Patterns in Playground Injuries among U.S. Children." Ambulatory Pediatric Association, 05/05/99 to 05/04/00.  $9,000 (0% effort).

20.   Principal Investigator, "Risk Assessment for Residential Lead Hazards". U.S. Department of Housing and Urban Development, 09/01/99 to 08/30/00. $102,435. (25% effort).

21.   Principal Investigator, "Residential Exposures associated with Asthma in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 07/16/99 to 03/15/00. $30,400. (20% effort).

22.   Principal Investigator, "Effectiveness of Lead Hazard Control Interventions – A Systematic Review" National Center for Lead-Safe Housing, 10/01/99 to 06/01/00. $22,500 (10% effort).

23.   Principal Investigator, "Racial Disparity in Blood Lead Levels due to Genetic Variation in Calcium Absorption". NIEHS Pilot Grant, Center for Environmental Genetics, University of Cincinnati, 04/01/00 to 03/31/01. $28,130 (0% effort).

24.   Principal Investigator, "International Pooled Analysis of Prospective, Lead-Exposed Cohorts". National Institute of Environmental Health Sciences, National Institutes of Health, 08/15/00 to 09/14/01, $16,000. (2.5% effort).

25.   Principal Investigator, "A Randomized Trial to Reduce ETS in Children with Asthma" (RO1-HL/ES65731). National Heart, Lung and Blood Institute, National Institutes of Health, 09/29/00 to 09/28/04, $1,546,848. (25% effort).

26.   Co-investigator, (Geraghty, PI) "Breastfeeding Practices of Mothers of Multiples". Ambulatory Pediatric Association, 05/01/01 to 04/30/02.  $5,000 (0% effort).

27.   Principal Investigator (Subcontract), "A Longitudinal Study of Lead Exposure and Dental Caries".  National Institute of Dental and Craniofacial Research, National Institutes of Health, 08/01/01 to 07/30/04. $300,000 (10% effort).

28.   Co-investigator (Phelan, PI), "Fatal and Non-Fatal Residential Injuries in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 03/01/01 to 11/31/01. $40,700. (5% effort).

29.   Principal Investigator, "Prevalent Neurotoxicants in Children" (PO1-ES11261). National Institute for Environmental Health Sciences and U.S. Environmental Protection Agency, 09/01/01 to 09/31/06, $5,000,000. (30% effort).

30.   Principal Investigator, "International Pooled Analysis of Lead-Exposed Cohorts". Centers for Disease Control (RO1/CCR 521049). Centers for Disease Control, 09/15/01 to 09/14/02, $28,473. (3% effort).

31.   Principal Investigator, supplement to "Prevalent Neurotoxicants in Children" (PO1-ES11261). NIEHS, 09/01/02 to 09/31/07, $1,800,000. (10% effort).

32.   Co-Investigator, "ADHD Phenotype Network: Animal Model to Clinical Trial".  National Institute of Neurologic Diseases, 09/15/02 to 06/30/05 (15% effort).

33.   Principal Investigator, "Linkage of ADHD and Lead Exposure", Springfield, Ohio Department of Health, 02/01/03 to 06/01/04, $25,000. (0% effort).

34.   Co-investigator (Yolton, PI) "Explorations of ETS Exposure on Child Behavior and Sleep" NIEHS, 04/01/04 to 03/30/06, $300,000. (5% effort).

35.   Co-investigator (Haynes, PI) "MRI as a Biomarker of Manganese Exposure".  NIEHS, 09/01/04 to 08/30/06, $300,000. (5% effort).

36.   Co-investigator (National Center for Healthy Housing, PI) "Development of a Standardized Housing Assessment for Asthma", U.S. Department of Housing and Urban Development, 11/01/05 to10/31/07, $50,000. (5% effort).

37.   Co-Investigator (Hershey, PI) "Epithelial Genes in Allergic Inflammation" National Institutes of Allergy and Infectious Diseases", 07/01/06 to 06/30/07, $4,787.541. (3% effort).

38. Co-Investigator and Mentor (Wilson, PI), "Racial Difference in DNA Adducts in Tobacco-Exposed Children". Dean's Scholar Award, University of Cincinnati, 02/22/06 to 01/21/09, $150,000 (5% effort).

39. Principal Investigator, "National Research Service Award - Fellowship Training in Primary Care Research," (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/08. $1,600,000. (0% effort).

40. Co-Investigator and Mentor (Kahn, PI). "Childhood Asthma in an Era of Genomics: Will the Generalist's Role be Recast?"  Robert Wood Johnson Generalist Physician Faculty Scholars Program" 06/01/04 to 05/30/08, $300,000.

41. Co-Investigator and Mentor (Spanier, PI), "Exhaled Nitric Oxide to Manage Childhood Asthma". National Heart, Lung and Blood Institute, 07/01/06 to 06/31/08, $200,000 (10% effort).

42. Co-investigator (Sub-Contract PI), BYPL Vanguard Center (Specker, Principal Investigator), "National Children's Study", National Institute for Child Health and Development, 11/01/05 to 10/31/10, $500,000. (20% effort).  [Relinquished with relocation to SFU].

43. Associate Director and Co-Investigator, (Ho, PI).  "Center for Environmental Genetics," NIEHS, 04/01/08 to 3/31/13, $1,000,000 (10% effort).  [Relinquished with relocation to SFU.]

44. Co-Investigator (Yolton, PI). "Tobacco Smoke and Early Human Behavior".  Clinical Innovator Award, Flight Attendant Medical Research Institute", 07/01/07 to 06/30/10, $300,000. (3% effort).

45. Co-Investigator (Spanier, PI). "Low Level Prenatal Tobacco Exposure and Infant Wheeze." Young Clinical Scientist Award, Flight Attendant Medical Research Institute, 07/01/07 to 06/30/12, $300,000. (5% effort).

46. Co-Investigator and Mentor (Spanier, PI).  K23, "Prenatal Low Level Tobacco & Phthalate Exposure and Childhood Respiratory Health".  National Institute for Environmental Health Sciences, 12/1/07 to 11/30/12, $623,679 (0% funded effort).

47. Co-investigator (Yolton, PI). "Neurobehavioral effects of insecticide exposure in pregnancy and early childhood." NIEHS, 09/01/09 to 08/31/12.

48. Principal Investigator (Bruce Lanphear, PI), "A Community-Based Trial to Prevent Lead Poisoning and Injuries," National Institute for Environmental Health Sciences, 04/01/07 to 03/30/13, $2,000,000. (25% effort).

49. Co-Investigator (Kim N. Dietrich, PI).  "Early Lead Exposure, ADHD & Persistent Criminality: Role of Genes & Environment," National Institute for Environmental Health Sciences, 04/01/07 to 3/31/2013, $1,250,000. (2.5% funded effort).

50. Co-Investigator and Sub-Contract PI (Brenda Eskenazi, PI). This supplemental award was to conduct a pooled analysis of prenatal organophophate pesticide exposures with birth outcomes and neurodevelopment in children using 4 US birth cohorts. NIEHS, 09/01/2009 to 08/31/2013, $96,000 (0% effort).

51. Mentor and Supervisor (Glenys Webster, PI). Michael Smith Foundation for Health Research Postdoctoral Training Award, 03/01/12 to 02/28/15, $134,500 (5% effort).

52. Co-Principal Investigator (Tye Arbuckle, PI). Maternal-Infant Research on Environmental Chemicals: Effects on Child Development (MIREC-CD). 06/26/11 to /5/25/14, Health Canada Chemical Management Program, $283,000 (10% effort).

53. Co-Investigator (Patti Dods and Amanda Wheeler, co-PIs). Phthalate Exposure and the development of asthma in the CHILD Study.  06/01/11 to 05/30/14, Health Canada Chemical Management Program, $204,000 (5% effort). Consultant (Stephanie Engel, PI). A pooled investigation of prenatal phthalate exposure and childhood obesity. 11/01/2012 – 10/31/15, NIEHS. $275,000. (5% effort).

54. Co-Investigator (Ryan Allen, PI). A randomized air filter intervention study of air pollution and fetal growth in a highly polluted community. 06/08/2012 – 05/30/15, CIHR $348,000 (10% effort).

55. Co-Investigator (William Fraser and Tye Arbuckle, co-PIs). MIREC-CD Biomonitoring Study in Vancouver. 09/01/2013 – 08/30/2014. Health Canada, $120,138 (10% effort).

56. Principal Investigator. Knowledge translation tools for capacity building for an online Canadian Environmental Health Atlas. 03/01/12 – 02/28/13, Canadian Institutes of Health Research, $98,974 (10% effort).

57. Principal Investigator (with Lawrence McCandless). Prenatal exposure to environmental contaminants and fetal growth: How to account for multiplicity when testing multiple statistical hypotheses?. 07/01/2015-06/30/2016. Canadian Institutes of Health Research (CIHR), $12,000 (5% effort).

58. Principal Investigator, Canadian Environmental Health Atlas Knowledge Translation to produce videos and interactive tools. 06/01/2015-07/30/2016. Canadian Internet Registration Authority, $50,000 (10% effort).

59. Co-Investigator (Kieran Phelan, PI). "Injury Prevention in a Home Visitation Population". NICHD, 09/28/10 to 07/31/16, $2,000,000 (total direct costs over 5 years) (10% effort).

60. Co-applicant (Timothy F. Oberlander, PI). Developmental origins of autism: A population level linked data study of prenatal antidepressant medication exposure. 09/01/2013 – 09/31/2016, Canadian Institutes of Health Research (CIHR), $285,768.

61.   Principal Investigator (Multiple PI Award with Aimin Chen and Kimberly Yolton). "Longitudinal study of exposures to PBDEs and PFCs and child behavior". NIEHS, 04/30/11 – 05/01/17, $2,150,000 (total direct costs over 5 years) (20% effort).

62.   Principal Applicants (McCandless and Lanphear). Biostatistical methods for estimating the cumulative impact of environmental contaminant exposures on preterm birth. Canadian Institute for Human Development, Child and Youth Health. 12/06/16-12/05/18, $200,000 (10% effort).

63.   Co-investigator (Ryan Allen, PI). Randomized Interventions to Evaluate the Effects of Air Pollution Exposure on Children's Health and Development. 03/01/2015 – 03/31/2019, Canadian Institutes of Health Research (CIHR), $720,535. (10% effort)

64.   Co-investigator (Joseph Braun, PI). Endocrine Disrupting Chemicals, Thyroid Hormones and Child Neurobehavior. 06/01/2015-03/31/2019. National Institutes of Health, $471,241 (5% effort). The purpose of this study is test if and when early life exposures to phthalates, triclosan, or bisphenol A adversely impacts children's cognition and behavior.

65.


**Ethics Training for Research**

CITI (Collaborative Institutional Training Initiative) (Reference# 7159023). Academic and Regional Health Centers Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 7160515), Canada GCP Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 8316270), Human Subjects Core Curriculum, completed on August 17th, 2012.

CITI (Collaborative Institutional Training Initiative) (Reference# 13561457), Academic and Regional Health Centers Core Curriculum, completed on September 1st, 2014.

CITI (Collaborative Institutional Training Initiative) (Reference# 16954900), Human Subjects Research Core Curriculum, completed on October 31st, 2015.

# Exhibit 5

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

**JOYCE TSUJI**

September 11, 2019



888-779-9974

1  general population?

2      A    Well, now that blood leads are much

3  lower, no, I can't think of any.

4      Q    You're familiar with Dr. Lanphear,

5  correct?

6      A    Yes.

7      Q    Dr. Lanphear has done some of the

8  seminal research on low-level lead and IQ,

9  correct?

10     A    Yes.

11     Q    And you're familiar with

12  Dr. Lanphear's pooled analysis that he did

13  with Rick Hornung, correct?  The pooled

14  analysis that Dr. Lanphear and Rick Hornung

15  did on lead and IQ?

16     A    It's been a long time since I have

17  looked at that.

18     Q    But you're familiar with that

19  analysis?

20     A    Vaguely.

21     Q    And do you recall that they

# Exhibit 6

FOOD & WATER WATCH

VS

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

---

**JOYCE DONOHUE**

May 13, 2019

---



888-779-9974

```
1        Q    So would you agree that this study

2    here by Christine Till and colleagues provides

3    significant and important new information that

4    supports the reassessment of fluoride safety

5    standards in the United States?

6        A    It's one of the others that I've

7    already identified I had.  It's got Bruce

8    Lanphear in there too.

9        Q    And what's the importance of seeing

10   Bruce Lanphear's name as a coauthor of this

11   study?

12       A    He's an important lead person.

13       Q    And you would agree that Bruce

14   Lanphear has done very important and reliable

15   research?

16       A    Yes, I would.

17       Q    So when you see Bruce Lanphear's

18   name on a study, that gives it an added stamp

19   of authoritativeness; would it be fair to say

20   that?

21            MS. CARFORA:  Objection, form.

22       A    I am not going to judge.  Name

23   recognition.

24       BY MR. CONNETT:

25       Q    And so I'm not sure if you answered
```

# Exhibit 7

Downloaded from http://oem.bmj.com/ on March 30, 2018 - Published by group.bmj.com

## OP V – 2  PRENATAL FLUORIDE EXPOSURE AND NEUROBEHAVIOR AMONG CHILDREN 1–3 YEARS OF AGE IN MEXICO

[1]Deena Thomas*, [2]Brisa Sanchez, [3]Karen Peterson, [4]Niladri Basu, [5]E Angeles Martinez-Mier, [6]Adriana Mercado-Garcia, [6]Mauricio Hernandez-Avila, [7]Christine Till, [8]Morteza Bashash, [6]Martha M Tellez-Rojo. [1]University of Michigan, Department of Internal Medicine, Ann Arbour, Michigan, USA; [2]University of Michigan, Department of Biostatistics, Ann Arbour, USA; [3]University of Michigan, Department of Nutritional Sciences, Ann Arbour, USA; [4]McGill University, Faculty of Agricultural and Environmental Sciences, Ste-Anne-de-Bellevue, Canada; [5]Indiana University, Department of Cariology, Operative Dentistry and Dental Public Health, Indianapolis, USA; [6]Instituto Nacional de Salud Publica, Centro de Investigacion en Salud Poblacional, Cuernavaca, Mexico; [7]York University, Department of Psychology, Toronto, Canada; [8]University of Toronto, Occupational and Environmental Health, Toronto, Canada

10.1136/oemed-2018-ISEEabstracts.23

**Background/aim** Recent studies report an inverse association between fluoride (F) exposure and IQ in children, but few included individual measures of exposure or assessed associations with prenatal exposure using a prospective study design. **Methods** This study utilised the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) birth cohort and archived pregnancy samples to study prenatal F exposure and its association with subsequent child neurobehavioral outcomes at ages 1, 2 and 3 years. A Generalised Mixed Model (GMM) was used to model the association between mean creatinine-adjusted urinary F (MUFcr), averaged over three trimesters, and Mental Development Index (MDI), a subscale of the Bayley Scales of Infant Development-II (BSID-II) test, among 401 mother-infant pairs. The analysis controlled for maternal age, education, marital status, ELEMENT cohort, child's sex, and child's age.
**Results** The median MUFcr was 0.835 mg/L (minimum: 0.195, maximum: 3.673). MUFcr was significantly inversely associated with offspring MDI scores, with an increase in MUFcr of 0.5 mg/L (roughly the interquartile range value) corresponding to a decrease in MDI of −1.20 points (95% CI: −2.19,–0.20).
**Conclusion** Our findings add to our team's recently published report on prenatal fluoride and cognition at ages 4 and 6–12 years by suggesting that higher *in utero* exposure to F has an adverse impact on offspring cognitive development that can be detected earlier, in the first three years of life.

## OP V – 3  PRELIMINARY RESULTS OF MATERNAL EXPOSURE TO ORGANOPHOSPHATE PESTICIDES AND FETAL GROWTH IN JERUSALEM – THE ENVIRONMENT, MOTHER, AND CHILD STUDY

[1]Eliana Ein Mor*, [2]Shay Porat, [3]Zivanit Ergaz-Shaltiel, [2]Arbel Ben David, [3]Juma Natsheh, [2]Ronit Haimov-Kochman, [1]Ronit Calderon-Margalit. [1]Hebrew Univrsity, School of Public Health, Jerusalem, Israel; [2]Hadassah medical centre, Gynaecology, Jerusalem, Israel; [3]Hadassah medical centre, Neonatology, Jerusalem, Israel

10.1136/oemed-2018-ISEEabstracts.24

**Background/aim** Little is known about the association between maternal exposure during pregnancy to organophosphate pesticides (OP) and fetal growth. We aimed to study whether maternal exposure to the dialkyl phosphate (DAP) metabolites during the first half of pregnancy was associated with fetal growth as estimated by ultrasonographic prenatal examinations (US).
**Methods** An ongoing cohort study of pregnant women recruited at 11–18 weeks of gestation, who were interviewed

and gave a urine specimen upon recruitment. In order to analyse the fetal growth, we used repeated US fetal measurements of head circumference (HC), femur length (FL), abdominal circumference (AC) and biparietal diameter (BPD). Urine specimens were analysed for DAP metabolites in the Institute for Occupational, Social and Environmental Medicine of the University Erlangen-Nürnberg, Germany. Linear and mixed linear models (with DAP, gestational age and gender as fixed effects and mothers as random effects) were constructed to study the associations between OP exposure and US measurements.
**Results** A total of 826 US measurements were conducted in 211 women for each of the four US parameters. 165 women had more than two US measurements and 99 women had 4–7 measurements during pregnancy. Linear regression models for the association between DAP and the last US measurement adjusting for gender, suggested negative associations; HC (ß=-15.3, p=0.07), FL (ß=-3.8, p=0.07), AC (ß=-15.3, p=0.08), BPD(ß=-4.06, p=0.08). Mixed linear models with all US data did not support any association between maternal DAP level and fetal growth (HC: ß=-0.21, std=1.03, p=0.8; FL: ß=-0.01, std=0.23, p=0.9; AC: ß=-0.03, std=1.23, p=0.9; and BPD: ß=0.05, std=0.31, p=0.8).
**Conclusion** In this preliminary analysis, there was a suggested inverse association between DAP exposure and fetal growth. To our knowledge, this analysis is the first to use repeated fetal measurements and early maternal DAP levels. Further analyses controlling for gestational age will be conducted.

## OP V – 4  IN-UTERO EXPOSURE TO PHENOLS AND PHTHALATES AND THE INTELLIGENCE QUOTIENT OF BOYS AT 5 YEARS

[1]Dorothy Nakiwala*, [2]Hugo Peyre, [3]Barbara Heude, [3,4,5]Jonathan Y Bernard, [6]Rémi Béranger, [1]Rémy Slama, [1]Claire Philippat. [1]Institute for Advanced Biosciences (IAB), Université Grenoble Alpes, Team of Environmental Epidemiology applied to Reproduction and Respiratory Health, Latronche, France; [2]Assistance Publique-Hôpitaux de Paris, Robert Debré Hospital, Child and Adolescent Psychiatry Department, Paris, France; [3]U1153 Epidemiology and Biostatistics Sorbonne Paris Cité Research Centre (CRESS), Early Origin of the Child's Health and Development (ORCHAD) Team, Villejuif, France; [4]Université Paris Descartes, Villejuif, France; [5]Singapore Institute for Clinical Sciences (SICS), Agency for Science, Technology and Research (A*STAR), Singapore, Singapore; [6]Inserm U1085–IRSET, Université Rennes, Rennes, France

10.1136/oemed-2018-ISEEabstracts.25

**Background/aim** There are concerns neuro-developmental due to exposure to endocrine disrupting chemicals. Previous epidemiological studies have mainly focused on phthalate metabolites and bisphenol A. Our study aimed to assess associations between in-utero exposure to the afore mentioned compounds and other ubiquitous phenolic compounds and the Intelligence Quotient (IQ) of boys at 5–6 years.
**Methods** In 452 mother-son dyads from the French EDEN cohort, we measured 11 phthalate metabolites and 9 phenolic compounds (4 parabens, benzophenone-3, bisphenol A, 2 dichlorophenols and triclosan) in spot urine samples collected between 22 and 29 gestational weeks. Verbal and performance IQ of children was assessed at 5–6 years by a psychologist using the Wechsler Preschool and Primary Scale of Intelligence (WPPSI). We used adjusted Structural Equation Models (SEM) and the Benjamini and Hochberg false discovery rate (FDR) correction to assess the associations between maternal urine phenol and phthalate metabolite concentrations considered simultaneously and the boys' IQ.

Downloaded from http://oem.bmj.com/ on March 30, 2018 - Published by group.bmj.com



# OP V – 2 Prenatal fluoride exposure and neurobehavior among children 1–3 years of age in mexico

Deena Thomas, Brisa Sanchez, Karen Peterson, Niladri Basu, E Angeles Martinez-Mier, Adriana Mercado-Garcia, Mauricio Hernandez-Avila, Christine Till, Morteza Bashash, Howard Hu and Martha M Tellez-Rojo

*Occup Environ Med* 2018 75: A10
doi: 10.1136/oemed-2018-ISEEabstracts.23

Updated information and services can be found at:

**http://oem.bmj.com/content/75/Suppl_1/A10.1**

*These include:*

| | |
|---|---|
| **Email alerting service** | Receive free email alerts when new articles cite this article. Sign up in the box at the top right corner of the online article. |

**Notes**

To request permissions go to:
**http://group.bmj.com/group/rights-licensing/permissions**

To order reprints go to:
**http://journals.bmj.com/cgi/reprintform**

To subscribe to BMJ go to:
**http://group.bmj.com/subscribe/**

# **Exhibit 8**

Page 1

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  _____

4  FOOD & WATER WATCH, INC., et al.,    )

                                        )

5  Plaintiff,                           )

                                        )

6          vs.                          )No. 3:17-cv-02162-EMC

                                        )

7  US ENVIRONMENTAL PROTECTION AGENCY,  )

   et al.,                              )

8                                       )

   Defendant.                           )

9  _____

10       Deposition Upon Oral Examination Of

11                  HOWARD HU

12 _____

13

14

15

16

17               9:15 a.m.

18            September 24, 2019

19            700 Stewart Street

20            Seattle, Washington

21

22

23

24  Job No. CS3560042

25  REPORTED BY:  Yvonne A. Gillette, CCR No. 2129.

Page 187

1    Q        And on page 13 -- and what significance, if

2    any, do you draw from that statement, Dr. Hu?

3    A        Well, it underscores our choice of urinary

4    fluoride levels, creatinine corrected, as the

5    biomarker used in our studies.

6    Q        Okay.  And on page 13 of this World Health

7    Organization document, the WHO notes that in the

8    hundreds of studies that have been conducted on the

9    relationship between fluoride intake and urinary

10   fluoride levels, quote, excretion was primarily

11   dependent on the fluoride intake.  Almost no cases had

12   unexpected results in the amount of fluoride excreted,

13   or in older studies, the urinary fluoride

14   concentration was always in the expected range.  Cases

15   of outliers with very high fluoride excretions were

16   only reported where a child had swallowed large

17   numbers of fluoride lozenges or several grams of

18   fluoride containing dentifrices.

19            Is it your understanding, Dr. Hu, on the

20   studies that have been conducted on fluoride intake

21   and urinary fluoride levels, that excretion of

22   fluoride in the urine was primarily dependent on

23   fluoride intake?

24   A        Yes.

25   Q        Now, in discussing the urinary fluoride

Page 188

1    levels in your studies and in the studies by the MIREC

2    team, you talked about a term -- you used the term,

3    internalized exposures.

4    A        Correct.

5    Q        Would internalized exposures -- would

6    another way of saying that be dose, internal dose?

7    A        Yes.

8             MR. ADKINS:  Objection.  Compound.

9    Q        And by contrast, the amount that one

10   consumes, would it -- would you understand what I

11   meant if I called that intake, total intake?

12   A        Yes.

13   Q        So we have a certain amount of fluoride that

14   we ingest.  That's the intake.  And then we have a

15   certain amount of fluoride that we ingest that gets

16   into our internal system and becomes an internal dose;

17   is that fair?

18   A        Correct.

19   Q        In determining the toxic effects of a

20   chemical, including fluoride, what is more important

21   to understand, the internal dose or the total ingested

22   amount?

23            MR. ADKINS:  Objection.  Vague.  Ambiguous.

24   A        Internal dose.

25   Q        And why is that?

Page 189

1    A          Because that is the toxicant, if you will,

2    that's available to cause toxicologic damage to

3    whatever organ receives the circulation of that

4    toxicant.

5    Q          Okay.  Now, you were asked a lot of

6    questions about certain limitations in the urinary

7    fluoride testing that were present in your studies and

8    the MIREC studies, and I want to follow up on that.

9               There were certain limitations in the

10   urinary testing that introduced variability in the

11   results.  Is that fair to say?

12              MR. ADKINS:  Objection.  Vague.

13   A          That's more or less fair to say.

14   Q          And I think you used the word, imprecision.

15   A          Yes.

16   Q          Okay.  So the urinary fluoride methodology

17   that your team used did introduce some imprecision in

18   terms of the fluoride levels in any given individual.

19   Is that fair to say?

20   A          Yes.

21   Q          Okay.  Now, assuming that prenatal fluoride

22   exposure does cause reduced IQ in children.  With that

23   assumption in mind, would the imprecision caused by

24   the limitations in your urinary fluoride testing

25   methodology make it easier or harder to detect the

Howard Hu                                                September 24, 2019

Page 196

1    covariants that's identified is maternal smoking.

2    A          Yes.

3    Q          So did you control for maternal smoking in

4    the Bashash 2018 study?

5    A          I believe we did.

6    Q          So you were obviously asked a lot of

7    questions today about the comparability of fluoride

8    exposures between the Mexico City cohort and Canada --

9    and the Canadian cohort.  So I would like to follow up

10   on that briefly.  If you can turn to page 663 of this

11   study, this -- your 2018 study.

12              On the top right of the column here, you

13   talk about how the Mexico City cohort was exposed to

14   optimal levels of fluoride; is that correct?

15   A          Well, optimal was in quotes for a reason.

16   And that's because that's optimal in the views of the

17   authorities who introduced fluoride into either water

18   or salt.

19   Q          So in Mexico City, they add fluoride to salt

20   to bring about an optimal, so-called optimal intake of

21   fluoride; is that correct?

22   A          Correct.

23   Q          And is it your understanding that salt

24   fluoridation programs are designed to produce similar

25   intakes of fluoride as occurs with water fluoridation?

Howard Hu                                            September 24, 2019

Page 197

1    A          Correct.

2    Q          Okay.  And in the last sentence of that

3    paragraph, you state that, the mean concentration of

4    maternal urinary fluoride in our study is in the range

5    of the Canadian cohort.  And then in parentheses, you

6    state, in review.  What Canadian cohort study were you

7    referring to there, Dr. Hu?

8    A          The MIREC study.

9    Q          Is that the same Till 2018 study that we

10   have been discussing today?

11   A          Yes.

12   Q          Okay.  So is it correct then, Dr. Hu, to say

13   that in your study, you did make a comparison between

14   the exposures in your Mexico City cohort with the

15   exposures in the Canadian cohort?

16   A          Yes, in the 2018 Bashash study, but not in

17   the 2017 Bashash study, because at that time, we were

18   unaware of the MIREC study results.

19   Q          Okay.  Now you were asked questions about

20   the impact of the age of the mother on urinary

21   fluoride levels.  And so I would like to follow up on

22   that by asking you a question about the Thomas 2016

23   study, which is Exhibit 339.

24   A          Okay.

25   Q          And if you could turn to page 493.  And