DEBRA J. CARFORA
JOHN THOMAS DO
BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M Street, NE
Washington, DC 20002
Tel.   (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

*Additional Attorneys Noted Below*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> **Stipulation Regarding Safe Drinking Water Act standards (Maximum Containment Level / Maximum Containment Level Goal) For Fluoride** |

**CASE NO.: 17-CV-02162-EMC**
**STIPULATION REGARDING SAFE DRINKING WATER ACT STANDARDS (MAXIMUM CONTAINMENT LEVEL / MAXIMUM CONTAINMENT LEVEL GOAL) FOR FLUORIDE.**

Plaintiffs and Defendant Environmental Protection Agency ("EPA") jointly submit this stipulation concerning evidence related to the Safe Drinking Water Act ("SDWA") standards (Maximum Containment Level (MCL) / Maximum Containment Level Goal (MCLG)) for fluoride.

1. EPA agrees and stipulates to include the following five facts in the parties' Joint Pre-trial Conference Statement for incorporation into the trial record without the necessity of supporting testimony or exhibits:

   i. The current non-enforceable health goal for fluoride under the Safe Drinking Water Act ("SDWA"), or Maximum Contaminant Level Goal (MCLG), of 4.0 mg/L was promulgated in 1985 to protect against a condition known as crippling skeletal fluorosis (i.e., "stage III skeletal fluorosis"). Crippling fluorosis is the final, and most severe, stage of skeletal fluorosis.

   ii. Based on its 2006 review, the National Research Council (NRC) of the National Academies of Science (NAS) recommended that the MCLG of 4 mg/L be lowered to prevent children from developing severe dental fluorosis and reduce the lifetime accumulation of fluoride into bone that the majority of the committee concluded is likely to put individuals at increased risk of bone fracture and possibly skeletal fluorosis.

   iii. Based on the NRC's recommendation, in 2010, EPA's Office of Water completed a dose-response analysis using available data between 2000 and 2010 to calculate a reference dose ("RfD")—an estimate of the fluoride dose protective against severe dental fluorosis, stage II skeletal fluorosis, and increased risk of bone fractures—of 0.08 milligrams per kilograms per day (mg/kg/day), a measure of daily intake by body weight.

   iv. In addition to the tooth and bone effects, the NRC also evaluated neurotoxicity as an effect of fluoride exposure, among other health effects. The NRC concluded that the available data were inadequate to demonstrate a risk for neurotoxicity at 4.0 mg/L and made recommendations for additional research. Since that time, additional research has been conducted and the scientific database for studies that have examined neurotoxicity as an effect of fluoride exposure has grown.

   v. In determining whether adding fluoridation chemicals to drinking water presents an unreasonable risk of neurotoxic effects under TSCA, EPA's

CASE NO.: 17-CV-02162-EMC
STIPULATION REGARDING SAFE DRINKING WATER ACT STANDARDS (MAXIMUM CONTAINMENT LEVEL / MAXIMUM CONTAINMENT LEVEL GOAL) FOR FLUORIDE.

1

Office of Pollution Prevention and Toxics would not rely on the 2010 RfD, but would instead apply a weight of the scientific evidence approach for identifying and characterizing the best available science from the most up-to-date scientific database of studies that have examined neurotoxicity as an effect of fluoride exposure.

2. Plaintiffs agree and stipulate not to elicit or introduce any testimony or evidence, including but not limited to, any witness testimony on direct or cross examination, appearing live or by deposition, or any exhibit, demonstrative, or written discovery, concerning or relating to EPA's MCL and MCLG and EPA's 2010 RfD for fluoride.

IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

DATED:  December 19, 2019                    FOOD & WATER WATCH

*/s/ Michael Connett by permission*
MICHAEL CONNETT
Attorney for Plaintiffs

DATED:   December 19, 2019

*/s/ Debra J. Carfora*
DEBRA J CARFORA
JOHN THOMAS H. DO
United States Department of Justice
*Attorneys for Defendant*

CASE NO.: 17-CV-02162-EMC
STIPULATION REGARDING SAFE DRINKING WATER ACT STANDARDS (MAXIMUM CONTAINMENT LEVEL / MAXIMUM CONTAINMENT LEVEL GOAL) FOR FLUORIDE.

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 19th day of December, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Debra J. Carfora*
Debra J. Carfora, Trial Attorney

Case No.: 17-cv-02162-EMC
Stipulation Regarding Safe Drinking Water Act Standards (Maximum Containment Level / Maximum Containment Level Goal) for Fluoride.

3