DEBRA J. CARFORA
JOHN THOMAS DO
BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M Street, NE
Washington, DC 20002
Tel.   (202) 514-2640
debra.carfora@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> **Stipulation Regarding EPA Professional Union Activities** |

Plaintiffs and Defendant Environmental Protection Agency ("EPA") jointly submit this stipulation concerning evidence related to the EPA Professional Union activities.

1. EPA will remove Dr. Robert Carton, PhD., from its list of potential witnesses to be called at trial, either appearing live or by deposition.

2. Plaintiffs will not elicit or introduce any testimony or evidence, including but not limited to, any witness testimony on direct or cross examination, appearing live or by deposition, or any exhibit, demonstrative, or written discovery, concerning or relating to the EPA Professional Union, including the Union's activities concerning the Safe Drinking Water Act standards or the practice of community water fluoridation in the United States.

3. If Plaintiffs elicit or introduce any testimony or evidence referenced in Paragraph 2 of this stipulation, EPA may call, and Plaintiffs will not object to, Dr. Robert Carton, PhD., appearing as a witness either live or by deposition testimony.

IT IS SO STIPULATED AND AGREED TO ON BEHALF OF:

DATED: December 19, 2019          FOOD & WATER WATCH

*/s/ Michael Connett by permission*
MICHAEL CONNETT
Attorney for Plaintiffs

DATED:   December 19, 2019

*/s/ Debra J. Carfora*
DEBRA J CARFORA
JOHN THOMAS H. DO
United States Department of Justice
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 19th day of December, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Debra J. Carfora*
Debra J. Carfora, Trial Attorney