1   **IN THE UNITED STATES DISTRICT COURT**

2   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3   **SAN FRANCISCO DIVISION**

4

5   FOOD & WATER WATCH, INC, et al.,                Case No.: 17-cv-02162-EMC
            Plaintiffs,

6                                                   **APPENDIX C**
7                    v.                             **TO JOINT PRETRIAL**
                                                    **CONFERENCE STATEMENT**
8   U.S. Environmental Protection Agency,           **(Use of Discovery Responses)**
    et al.,
9                                                   Date:   January 7, 2020
10                   Defendants.                    Time:   2:30 p.m.
                                                    Place:  Courtroom 5, 17th floor

11

12   **I.   Excerpts of Written Discovery Responses:**

13         *A.      Plaintiffs' Designations:*

14         **1.      Identify all primary studies that EPA is aware of which**

15   **demonstrate or support the neurological safety of prenatal fluoride exposure.**

16   *[Plaintiffs' Rog #6]*

17         EPA is aware of the Mullenix study, "Neurotoxicity of Sodium Fluoride in Rats,"

18   published in Neurotoxicology & Teratology (1995) that demonstrates or supports the

19   absence of detectable adverse effects on the nervous system following prenatal exposure.

20         **2.      Identify all primary studies that EPA is aware of which**

21   **demonstrate or support the thyroid safety of fluoridated water.** *[Plaintiffs' Rog #11]*

22         EPA responds that it is not currently aware of any studies that demonstrate or

23   support the absence of detectable adverse effects on the thyroid.

24         **3.      Identify all primary studies that EPA is aware of which**

25   **demonstrate or support the thyroid safety of prenatal fluoride exposure.** *[Plaintiffs'*

26   *Rog #12]*

27         EPA responds that it is not currently aware of studies that demonstrate or support

28   the absence of detectable adverse effects on the thyroid following prenatal exposure.

4.     If EPA has ever applied its *Guidelines for Neurotoxicity Risk Assessment* to a risk assessment of fluoride, identify this risk assessment(s). *[Plaintiffs' Rog #4]*

EPA has not applied its *Guidelines for Neurotoxicity Risk Assessment* to a risk assessment of fluoride.

5.     Identify all risk assessments that EPA has conducted pursuant to the Guidelines for Neurotoxicity Risk Assessment. [Plaintiffs Rog #2 - EPA's Supp Response]

EPA has expressly applied the Guidelines on Neurotoxicity Risk Assessment to the assessment of any nervous system effects of the following chemicals:

• 1,2,3-Trimethylbenzene;

• 1,2,4-Trimethylbenzene;

• 1,3,5-Trimethylbenzene;

• Methanol;

• 2-Hexanone;

• 2,2',3,3',4,4',5,5',6,6'-Decabromodiphenyl ether (BDE-209);

• 2,2',4,4',5,5'-Hexabromodiphenyl ether (BDE-153);

• 2,2',4,4',5-Pentabromodiphenyl ether (BDE-99);

• 2,2',4,4'-Tetrabromodiphenyl ether (BDE-47);

• Hydrogen sulfide;

• Chlorine dioxide; and

• Chlorite (sodium salt).

6.     Admit that EPA is not aware of any primary study that supports the neurological safety of prenatal fluoride exposure where the pregnant mother has chronically elevated ($\geq$ 1 mg/L) levels of fluoride in urine during pregnancy. *[Plaintiffs RFA #9]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" on the nervous system following prenatal fluoride

exposure where the pregnant mother has chronically elevated (> 1 mg/L) levels of fluoride in urine during pregnancy.

       **7.**      **Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for people with deficient nutrient intake.** *[Plaintiffs RFA #11]*

EPA responds that it is not currently aware of studies that demonstrate or support the "absence of detectable adverse effects" from fluoridated water on the nervous system for persons with deficient nutrient intake.

       **8.**      **Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for people with suboptimal nutrient intake.** *[Plaintiffs RFA #10]*

EPA responds that it is not currently aware of studies that demonstrate or support the "absence of detectable adverse effects" from fluoridated water on the nervous system for persons with suboptimal nutrient intake.

       **9.**      **Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for people with impaired kidney function.** *[Plaintiffs RFA #12]*

EPA responds that it is not currently aware of studies that demonstrate or support the "absence of detectable adverse effects" from fluoridated water on the nervous system for persons with suboptimal nutrient intake.

       **10.**      **Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for persons with COMT gene polymorphism.** *[Plaintiffs RFA #13]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with COMT gene polymorphism.

       **11.**      **Admit that EPA is not aware of any primary study that supports the neurological safety of fluoridated water for persons with >95th**

percentile water intake. *[Plaintiffs RFA #15]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with >95th percentile water intake.

**12.    Admit that EPA is not aware of any primary study that supports the neurological safety of fluoride for persons with chronically elevated ($\geq$ 1 mg/L) levels of fluoride in their urine.** *[Plaintiffs RFA #16]*

EPA admits it is not currently aware of studies that demonstrate or support "the absence of detectable adverse effects" from fluoridated water on the nervous system for persons with chronically elevated levels of fluoride (>1 mg/l) in their urine.

**13.    Admit that the MUNDY REVIEW was written by EPA scientists.** *[Plaintiffs RFA #29]*

Admit, except that, as stated in the Acknowledgements section of the Mundy Review, EPA's approval for publication "does not signify that the contents reflect the views of the Agency."

**14.    Admit that EPA would not have approved the MUNDY REVIEW for publication if EPA disapproved of the methodology that the authors used for their literature review.** *[Plaintiffs RFA # 31]*

EPA admits only that it did not disapprove of the methodology the authors' used for their literature review, otherwise denied.

***15.*    Admit that EPA would not have approved the MUNDY REVIEW for publication if EPA believed there were any material errors in the findings of the authors' literature review.** *[Plaintiffs RFA # 32]*

EPA admits only that is not aware of any material errors in the findings of the authors' literature review, otherwise denied.

***16.*    Admit that EPA scientists included fluoride in Table 1 of the MUNDY REVIEW, and that Table 1 is titled "Chemicals with data demonstrating effects on neurodevelopment."** *[Plaintiffs RFA # 33]*

Admit, except that the description of Table 1 in the text of the Mundy et al. 2015 review states "…chemicals that met the requirements for inclusion on the list of potential developmental neurotoxicants are presented in Table 1." (emphasis added).

**17.     Admit that EPA scientists in the MUNDY REVIEW reviewed the scientific literature on over 400 chemicals to identify which of the chemicals had been linked to developmental neurotoxicity in animal and human studies.** *[Plaintiffs RFA # 34]*

Admit, except that EPA scientists did not independently validate the findings reported in the reviewed publications.

**18.     Admit that the findings of the literature review set forth in Table 1 of the MUNDY REVIEW are correct to the best of EPA's knowledge.** *[Plaintiffs RFA # 35]*

Admit, except that the objective of the literature review was to identify two or more studies that provided evidence for developmental neurotoxicity, not to independently evaluate the findings reported or to validate those findings.

**19.     Admit that EPA scientists in the MUNDY REVIEW found that only 22 of the 400 chemicals that they reviewed had evidence of developmental neurotoxicity in humans, and fluoride was one of these 22 chemicals.** *[Plaintiffs RFA # 36]*

Admit.

**20.     Admit that EPA does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the studies have reliable methods that will produce reliable results.** *[Plaintiffs RFA # 45]*

EPA admits only that, under its Science To Achieve Results (STAR) grant program, the Agency generally does not fund studies on the effect of environmental toxicants on children's health unless EPA believes the proposals for the studies have reliable methods that will produce reliable results, otherwise denied.

**21.     Admit that EPA has funded studies of the ELEMENT ("The**

1   **Early Life Exposures in Mexico to Environmental Toxicants") cohort to understand**

2   **the impact of environmental toxicants on children's neurodevelopment.** *[Plaintiffs*

3   *RFA # 46]*

4       Admit.

5       **22.      Admit that the study "Prenatal Fluoride Exposure and**

6   **Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico"**

7   **(Environmental Health Perspectives, Sept 19, 2017) was funded, in part, by the**

8   **EPA.** *[Plaintiffs RFA # 48]*

9       EPA admits that the study "Prenatal Fluoride Exposure and Cognitive Outcomes in

10   Children at 4 and 6-12 Years of Age in Mexico" (Environmental Health Perspectives, Sept

11   19, 2017) was funded, in part, by the EPA, although the article acknowledges that its

12   contents are solely the responsibility of the authors and do not necessarily represent the

13   official views of EPA.

14       **23.      Admit that the study "Prenatal Fluoride Exposure and**

15   **Attention Deficit Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12**

16   **Years of Age in Mexico City" (Environmental International, Oct. 10, 2018) was**

17   **funded, in part, by the EPA.** *[Plaintiffs RFA # 49]*

18       EPA admits that the study "Prenatal Fluoride Exposure and Attention Deficit

19   Hyperactivity Disorder (ADHD) Symptoms in Children at 6-12 Years of Age in Mexico

20   City" (Environmental International, Dec. 2018) was funded, in part, by the EPA, although

21   the article acknowledges that its contents are solely the responsibility of the authors and do

22   not necessarily represent the official views of EPA.

23       *24.*      **Admit that the study "Chronic Administration of Aluminum-**

24   **Fluoride or Sodium-Fluoride to Rats in Drinking Water: Alterations in Neuronal**

25   **and Cerebrovascular Integrity" (Brain Research, 1998, Vol: 784, Pages 284-298)**

26   **was co-authored by an EPA scientist.** *[Plaintiffs RFA # 50]*

27       EPA admits only that "Chronic Administration of Aluminum-Fluoride or Sodium-

28   Fluoride to Rats in Drinking Water: Alterations in Neuronal and Cerebrovascular Integrity"

1  was co-authored by Dr. Karl Jensen, who was employed by EPA as a Research Scientist at

2  the time of the study's publication, otherwise denied.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

B.    *EPA's Designations:*

    1.    **List every report, study, or document originally written in non-English languages and fully or partially interpreted by Plaintiffs, or someone hired by Plaintiffs, that Plaintiffs may use to support their claim.** *[EPAs' Rog #4]*

- An J, et al. 1992. The effects of high fluoride on the level of intelligence of primary and secondary students. Chinese Journal of Control of Endemic Diseases 7(2):93-94.
- Bai J, et al. 2010. Learning and memory obstacles and changes in brain tissue growth inhibitors from brick tea fluoride and aluminum poisoning of rats. Chinese Journal of Control of Endemic Diseases 25(3):161-63.
- Bai Z, et al. 2014. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chinese Journal of Endemiology 33(2):160-163.
- Bao W, et al. 2003. Report of investigations on adult hand osteoarthritis in Fengjiabao Village, Asuo Village, and Qiancheng Village. Chinese Journal of Endemiology 22(6):517-18.
- Chang A, et al. 2017. Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coalburning fluorosis. Chinese Journal of Control of Endemic Diseases 32(8):872-73.
- Chen YX, et al. 1991. Research on the intellectual development of children in high fluoride areas. Chinese Journal of Control of Endemic Diseases 6(supplement):99-100.
- Chen, et al. 1990. A study of the effects of fluoride on foetal tissue. Chinese Journal of Endemiology 9:345-346.
- Cui R, et al. 2013. Influences of fluoride exposure in drinking water on serum androgen binding protein and testosterone of adult males. Journal of Zhengzhou University (Medical Sciences) 48(6):750-753.
- Cui Y, et al. 2017. The Influence of Fluoride Exposure on the Changes of Thyroid Hormone Levels and the Intellectual Impairment of Offspring Rats. Chinese Journal of Industrial Hygiene and Occupational Diseases 35(12):888-892.
- Diouf M, et al. 2012. Pregnant women living in areas of endemic fluorosis in Senegal and low birthweight newborns: Case–control study. Revue d'Epidémiologie et de Santé Publique 60(2):103-8.
- Dong L, et al. (2018). Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of Xi'an. Chinese Journal of Endemiology 37(1):45-48.
- Dong Z, et al. 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. Journal of Guiyang Medical College 18(4):241-45.
- Duan J, et al. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18(3):179-80.

- Fan Z, et al. 2007. The effect of high fluoride exposure on the level of intelligence in children. Journal of Environmental Health 24(10):802-03.
- Gas'kov A, et al. 2005. The specific features of the development of iodine deficiencies in children living under environmental pollution with fluorine compounds. Gig Sanit. Nov-Dec;(6):53-5.
- Guo XC, et al. 1991. A preliminary exploration of the IQs of 7-13 year old children from an area with coal-burning-related fluoride poisoning. Chinese Journal of Endemiology 10:98-100.
- Guo Z, et al. 2001. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Industrial Health and Occupational Disease 27:346-348.
- Hao P, et al. 2010. Effect of fluoride on human hypothalamus-hypophysis-testis axis hormones. Journal of Hygiene Research 39(1):53-55.
- He H, et al. 1989. Effects of fluorine on the human fetus. Chinese Journal of Control of Endemic Diseases 4:136-138.
- Hong F, et al. 2001. Research on the effects of fluoride on child intellectual development under different environmental conditions. Chinese Primary Health Care 15: 56-57.
- Li F, et al. 2009. The impact of endemic fluorosis caused by the burning of coal on the development of intelligence in children. Journal of Environmental Health 26(4):838-40.
- Li J, et al. 2004. Effects of high fluoride level on neonatal neurobehavioral development. Chinese Journal of Endemiology 23:464-465.
- Li Y, et al. 2003. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. Chinese Journal of Public Health Management 19(4):337-338.
- Li Y, et al. 1994. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. Journal of West China University of Medical Sciences 25(2):188-91.
- Li X, et al. 2010. Investigation and analysis of children's IQ and dental fluorosis in high fluoride area. Chinese Journal of Pest Control 26(3):230-31.
- Liu L, et al. 1995. Brain mapping of mentally retarded children in high-fluoride regions. Journal of Applied Clinical Pediatrics 10(6):333-35.
- Liu X, et al. 1999. Measurement of the content of T3, T4, and TSH in children in endemic fluorosis areas. Endemic Diseases Bulletin 14(1):16-17.
- Jin T, et al. (2017). Investigation of intelligence levels of children of 8 to 12 years of age in coal burning-related endemic fluorosis areas. Journal of Environment & Health 34(3):229-230.
- Mikhailets ND, et al. 1996. Functional state of thyroid under extended exposure to fluorides Probl Endokrinol (Mosk) 42:6-9.
- Pang H, et al. (2018). Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese Journal of Control of Endemic Diseases 33(2):151-52.

- Popov LI, et al. 1974. Characterization of nervous system intoxication in occupational fluorosis. Gigiena Truda i Professional'nye Zabolevaniia (5):25-27.
- Qin LS, Cui SY. 1990. Using the raven's standard progressive matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-aged children. Chinese Journal of Control of Endemic Diseases 5:203-204.
- Ren Da-Li, et al. 1989. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. Chinese Journal of Control of Endemic Diseases 4:251.
- Shao Q, et al. 2003. Study of cognitive function impairment caused by chronic fluorosis. Chinese Journal of Endemiology 22(4):336-38.
- Sun M, et al. 1991. Measurement of intelligence by drawing test among the children in the endemic area of Al-F combined toxicosis. Journal of Guiyang Medical College 16(3):204-06.
- Sun ZR, et al. 2000. Effects of high fluoride drinking water on the cerebral function of mice. Chinese Journal of Epidemiology 19: 262-263.
- Wan G, et al. 2001. Measurement and analysis of several examination indices of endemic fluorosis sufferers. Chinese Journal of Endemiology 20(2):137-39.
- Wang G, et al. 2006. Effect of different doses of chronic exposure of fluoride on rat learning and memory behavior. Studies of Trace Elements and Health 23(2):1-2.
- Wang G, et al. 1996. A study of the IQ levels of four-to-seven-year-old children in high fluoride areas. Endemic Diseases Bulletin 11:60-62.
- Wang QJ, Gao MX, Zhang MF, et al. 2012. Study on the correlation between daily total fluoride intake and children's intelligence quotient. Journal of Southeast University (Med Sci Ed) 31(6):743-46.m
- Wang S, et al. 2005. Effects of coal burning related endemic fluorosis on body development and intelligence levels of children. Journal of Applied Clinical Pediatrics 20(9): 897-898.
- Wang X, et al. 2001. Effects of high iodine and high fluorine on children's intelligence and thyroid function. Chinese Journal of Endemiology 20(4):288-90.
- Wei N, et al. 2014. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-borne endemic fluorosis areas. Chinese Journal of Endemiology 33(3):320-322.
- Wu N, et al. 1995. Behavioral teratology in rats exposed to fluoride. Chinese Journal of Control of Endemic Diseases 14(5):271.
- Xu Y, et al. 1994. The effect of fluorine on the level of intelligence in children. Endemic Diseases Bulletin 9(2):83-84.
- Yang Y, et al. 1994. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of iodine and fluorine. Chinese Journal of Pathology 15(5):296-8.
- Yao Y, et al. 1997. Comparable analysis on the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. Literature and Information on Preventive Medicine 3(1):42-43.

- Yao Y, et al. 1996. Analysis on TSH and intelligence level of children with dental fluorosis in a high fluoride area. Literature and Information on Preventive Medicine 2(1):26-27.
- Yu Y. 2000. Effects of fluoride on the ultrastructure of glandular epithelial cells of human fetuses. Chinese Journal of Endemiology 19(2):81-83.
- Yu Y, et al. 1996. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Chinese Journal of Endemiology 15:257-259.
- Zhang J, et al. 2009. The effect of fluorine exposure of pregnant rats on the learning and memory capabilities of baby rats. Chinese Journal of Public Health 25(11):1347-48.
- Zhang J, et al. 1998. The effect of high levels of arsenic and fluoride on the development of children's intelligence. Chinese Journal of Public Health 17(2):119.
- Zhang P, Cheng L. (2015). Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. Chinese Journal of Control of Endemic Diseases 30(6):458-60.
- Zhang , et al. 1999. Effect of fluoride exposure on synaptic structure of brain areas related to learning-memory in mice. Journal of Hygiene Research 28(4):210-2.

II.  **Deposition Testimony:**

  A.    *Plaintiffs' Designations:*

    1.    **CDC (Initial Designations):**

      **a.  8:12 – 8:16**

Q.   Good morning.

A.   Good morning.

Q.   Can you please state your name for the
   record.

A.   Case Hannan

      **b.  8:22 – 9:02**

Q.   Now, we're here today at the CDC's Office
   of General Counsel's Office, but do you understand
   that you have the same obligation to tell the truth
   today just as if you were testifying in a courtroom
   before a judge?

A.   I do.

      **c.  10:04 – 10:23**

Q.   So I'd just like to begin here by asking
   you a few questions about your personal background.
   Could you briefly describe your educational
   background?

A.   Educational background, I have a
   Bachelor's in science, in health science, from Cal
   State University, Long Beach, and a Master's in Public
   Health degree with an emphasis in health behavior and
   health education from the University of Michigan
   School of Public Health.

Q.   And when did you get your Bachelor's
   degree?

 A.   1984.

 Q.   And you said Master's of Public Health?

1  A.   Yes.

2  Q.   When did you get that?

3  A.   1987.

4  Q.   And when did you first start working for
5       the Centers for Disease Control?

6  A.   September 1996.

7                    **d.  16:01 – 16:08**

   Q.   And then what position -- so what year did
8       you get a new position?

9
   A.   So in April of 2016 I was asked to take a
10      temporary position as the acting director of the
        Division of Oral Health.
11

12 Q.   And is that the position you currently
        hold?
13

14 A.   Yes.

15                   **e.  16:22 – 17:09**

16 Q.   And what are your duties and
        responsibilities as the acting director for the Oral
17      Health Division?

18 A.   To ensure that the mission is achieved,
19      basically.  It's oversight of all the units within the
        division, you know, the branches, if you will.
20      There's a program branch.  There's a surveillance,
        investigations, and research branch.  There's a
21      science and evaluation team.  There's a policy and
        communications team.  And our mission is to through
22      population-based approaches prevent the burden of oral
23      disease to improve people's quality of life and
        physical health.

24                   **f.  19:18 – 19:21**

25 Q.   And, first, do you understand
26      that you are appearing today as a representative of
        the CDC?
27 A.   I do.

28

**g. 31:07 – 32:06**

1

2  Q.    (By Mr. Connett)  Okay.  So let's now talk

3        about the first topic that's identified in the

4        deposition notice.  I'd like to direct your attention

5        to that.  You'll see it on Page 2.  As you can see
         here, it says:  "The prevalence and severity of dental

6        fluorosis in United States children aged 6 to 19 as
         documented by CDC's National Health and Nutrition

7         Examination Surveys (NHANES) from 1999 to 2014."
         You're prepared to talk about this topic, I gather?

8  A.    Yes.

9  Q.    Okay.  So let's just talk first about what

10       dental fluorosis is.  Dental fluorosis is a disorder

11       of the tooth enamel caused by excessive fluoride
         intake during childhood, correct?

12 A.    It is caused by intake to fluoride.  I

13       don't know that I agree with your excessive
         characterization.

14

15 Q.    Okay.  But you would agree that dental
         fluorosis is a disorder of the tooth enamel caused by

16       fluoride ingestion?

17 A.    Correct.

18 Q.    Okay.  And this disorder of dental

19       fluorosis can result in visual changes to the outside
         of the enamel, correct?

20 A.    Correct.

21                      **h. 35:04 – 35:20**

22

23 Q.    In the -- let me just ask you before I
         start asking you questions about these NHANES surveys,

24       can you just describe for the Court what NHANES is?

25 A.    NHANES is, if I remember correctly,
         National Health and Nutrition Examination Survey.  It

26       is a population-based survey, nationally representative
         surveillance on a number of health issues -- oral

27       health is just one component -- collected in two-year
         data cycles.  It's collected by what they call mobile

28

1  examination centers, essentially RV types of things
   where people are weighed, blood is drawn.  In the case
2  of oral health, there are dental chairs and trained
   dental examiners looking at things like missing teeth,
3  filled teeth, sealants, and fluorosis.

4  Q.   Okay.  And you mentioned that it's a
5       nationally representative sample, correct?

6  A.   Yes.  That's the design of the survey.

7                    **i.  36:07 – 36:10**
8
9  Q.   Okay.  So between 1999 and 2004, the CDC
        did tests for dental fluorosis in the NHANES surveys,
10       correct?

11 A.   Correct.
                    **j.  36:23 – 37:13**
12
13 Q.   I'm going to hand you one of
        the documents that you reviewed for today's
14      deposition, which I'll mark as Exhibit 32.
        (Exhibit 32 was marked for
15      identification.)
16 Q.   (By Mr. Connett)  And this is the Federal
        Register notice from May 1st, 2015.  Do you see that?
17
18 A.   Yes.

19 Q.   And this is one of the documents you
20      reviewed, correct?

21 A.   Correct.

22 Q.   And the title here is "Public Health
        Service Recommendation for Fluoride Concentration in
23      Drinking Water for Prevention of Dental Caries,"
        correct?
24
25 A.   Correct.
                    **k.  37:20 – 39:05**
26
27 Q.   Okay.  So this right here is a Department
        of Health and Human Services report?
28

1    A.      Yes.

2    Q.      Okay.  And CDC co-wrote or wrote this
3            report?

4    A.      We participated in the review and issuing
             of this report, yes.
5
6    Q.      Okay.  So if I can draw your attention to
             Page 24938.  And you see there's a section here titled
7            "Dental Fluorosis"?

8    A.      Yes.

9    Q.      Okay.  And if you look in the middle
10           column, about three-quarters of the way down the page,
             it says:  "In 1986 to 1987 and 1999 to 2004, the
11           prevalence of dental fluorosis was 23 percent and
             41 percent respectively among adolescents aged 12 to
12           15 years."  Did I read that correctly?

13   A.      Yes, you did.
14
15   Q.      So does this refresh your recollection as
             to the percentage of dental fluorosis that CDC found
16           in the NHANES surveys in 1999 and 2004?

17   A.      It does.

18   Q.      And it was 41 percent, correct?
19
20   A.      From '99 to 2004, yes.

21   Q.      And that is almost double the rate that
             was found back in 1986 to '87, correct?
22
23   A.      Correct.

24   Q.      Okay.  And the increased rate of dental
25           fluorosis that CDC found in that NHANES survey
             suggested that fluoride intake amongst children in the
26           United States is increasing, correct?
27   A.      Yes.  And I would add that it is -- I
             would add that the fluoride is being provided to
28           people in more ways than -- you know, in those time

1   periods than when water fluoridation first started
2   back in the '40s and '50s.

3               **l.  47:14 – 48:07**

4   Q.   Okay.  So based in part on this increasing
     rate of dental fluorosis in the U.S. population, the
5    CDC ultimately decided and recommended that the levels
     of fluoride added to drinking water be reduced,
6    correct?

7   A.   The CDC in combination with a federal
8    interagency intergovernmental work group all agreed to
     recommend the level of fluoride in water be reduced.
9

10  Q.   Okay.  And that decision was finally
     implemented in 2015, correct?
11

12  A.   Correct.

13  Q.   Okay.  And so previously the recommended
     level of fluoride for water fluoridation was 0.7 to
14   1.2 parts per million, correct?

15  A.   Correct.

16  Q.   And the new recommendation that was issued
17   in 2015 recommended lowering that to just 0.7 parts
     per million, correct?
18

19  A.   That is correct.

20               **m. 95:06 – 96:19**

21  Q.   Okay.  I'm going to hand you another
22   NHANES web page that I got from the CDC website.  It's
     for the 2015-to-2016 exam.  I'll mark this as
23   Exhibit 39.
     (Exhibit 39 was marked for
24   identification.)
25  Q.   (By Mr. Connett)  Do you see here the top
     is "National Health and Nutrition Examination Survey"?
26   Do you see that?

27  A.   Uh-huh.
28

1

Q.    And this is for the 2015-to-2016 survey,
      correct?

2

3

A.    Yes.

4

Q.    And it's dealing with fluoride in water,
      correct?

5

6

A.    Uh-huh.

7

Q.    Okay.  So I'd just like to direct your
      attention to the first paragraph of the page titled
      "Component Description."

8

9

A.    Uh-huh.

10

Q.    You see the last sentence there says:
      "One of the recommendations of the federal panel was
      to strengthen the surveillance of dental caries and
      dental fluorosis with emphasis on determining fluoride
      exposures."  Did I read that correctly?

11

12

13

14

A.    Yes, you did.

15

Q.    And "federal panel" referring to the same
      panel that we've been talking about that issued the
      May 1st, 2015, Federal Register notice?

16

17

18

A.    That's consistent with my understanding,
      yes.

19

20

Q.    Okay.  So that panel recommended that the
      extent of fluoride exposure in the U.S. should be
      closely monitored, correct?

21

22

A.    Yes, I think that's fair to say.

23

Q.    Okay.  And one of the ways that CDC has
      attempted to do that is by collecting measurements of
      water fluoride content in people's homes, correct?

24

25

A.    Correct.

**n.  96:23 – 98:20**

26

27

Q.    Another way that CDC has attempted to
      determine the exposure to fluoride in the U.S.
      population is by measuring the level of fluoride in

28

urine, correct?

A.    I am not familiar with NHANES having urine
      samples analyzed, collected and being analyzed.

Q.    Okay.  And if you could just refer -- if I
      could refer you back to the deposition subpoena, if
      you go to Topic No. 2 --

A.    Right.

Q.    -- you see that topic that states:  "Data
      that the CDC has in its possession, if any, on the
      urinary fluoride levels in persons living in the
      United States."  Did I read that correctly?

A.    Correct.

Q.    What did you do, sir, to prepare to
      testify about this topic today?

A.    Consulted with attorneys and Division of
      Oral Health staff.  And I believe in our response, our
      written response to this, we make the comment,
      paraphrasing, that we have not conducted nor sponsored
      independent research on urinary fluoride, nor do we
      have any data related to urinary fluoride in our
      possession at CDC.

Q.    And you stand by that statement?

A.    Yes.

Q.    Okay.  So I just want to understand this.
      Is it your testimony as the representative for CDC
      that the CDC has not collected urine samples to test
      for fluoride?

A.    To the extent that I'm aware, we have not
      collected urine samples to test for fluoride.

Q.    Okay.  Now I'm going to introduce this
      exhibit, and it's going to be just a little bit of
      housekeeping here.  This exhibit is going to be in
      three parts.  It will be 40-A, 40-B, and 40-C, the

1         reason being is that the document that I got these
2         excerpts from is so large I didn't want to print it
         all.  Does that make sense?

3 A.     Understood, yes.
4         (Exhibit 40-A was marked for
         identification.)

5
6 Q.     (By Mr. Connett)  Okay.  So I'll first
         hand you, sir, what I'll mark as 40-A.  And you see
7         the title of this document is "National Health and
         Nutrition Examination Survey MEC Laboratory Procedures
8         Manual"?

9 A.     Uh-huh.

10                 **o.  99:18 – 101:24**

11 Q.     Okay.  So this document here I got from
         the CDC website, and would you agree that this is a
12         type of document which would outline the procedures
13         that CDC uses for its laboratory measurements?

14 A.     It appears to be consistent with what I
15         understand this document to be, yes.

16 Q.     Okay.  So now let me hand you, sir, an
17         excerpt from this document which I will mark as 40-B.
         (Exhibit 40-B was marked for
         identification.)
18 Q.     (By Mr. Connett)  And you see here it's
19         Page 4-26?

20 A.     Uh-huh.

21 Q.     And the section at the top is "Urine
22         Specimen Assays."  Do you see that?

23 A.     Yes.
24 Q.     And it starts by saying:  "Process urine
         specimens using the disposable transfer pipettes for
25         the following tests."  Did I read that correctly?

26 A.     Yes.

27 Q.     And then it provides a series of things
28         that are going to be tested for, correct?

1    A.    Yes.

2

3    Q.    And if you look at the fifth item down,
           what does it say?

4

5    A.    "Fluoride on primary study participants 6
           to 19 years old."

6    Q.    So according to this laboratory procedure

7          manual, CDC was testing urine samples for fluoride?

8    A.    That appears to be true.

9    Q.    Okay.  So let's now turn to what I will

10         mark as 40-C, which is another excerpt from this
           document.

11          (Exhibit 40-C was marked for
           identification.)

12

13   Q.    (By Mr. Connett)  You see this is
           Page 8-61 at the bottom?

14

15   A.    Yes.

16   Q.    And the section here is "Packaging
           Procedure for the Shippers"?

17

18   A.    Uh-huh.

19   Q.    Okay.  And if I could direct your
           attention -- okay.  Yes.  You see Page 8-63?

20

21   A.    Yes.

22   Q.    You see here it provides -- the left

23         column of the table says "Laboratory/destination
           specimen shipment address"?

24   A.    Okay.

25   Q.    And the first entry is a Lab 6 CASPIR,
           C-A-S-P-I-R?

26

27   A.    Uh-huh.

28   Q.    That's a CDC lab, correct?

1   A.      I can't speak to if that's a CDC lab or a
2           contractor hired by CDC to analyze urine.
    Q.      Okay.
3
4   A.      I don't know if it's government owned or a
            government contractor.
5                               **p.  102:03 – 103:18**

6   Q.      And if you scroll down just over halfway
7           down, you see it says "217 - fluoride"?

8   A.      Yes.

9   Q.      So the fluoride samples were shipped to
10          this lab, correct?

11  A.      To a lab in Lawrenceville, Georgia, yes.

12  Q.      Okay.  So you would agree, sir, that CDC
13          was collecting and testing urine for fluoride in the
            2015-to-2016 NHANES survey?
14
15  A.      Yeah.  It appears that's true.  And the
            clarifying comment that I would add, that that was not
16          related or sponsored or funded by the Division of Oral
            Health which has led me to answer the question in the
17          subpoena that CDC has no knowledge of ever collecting
            this or have any data in our possession.  My
18          speculation is that that's being sponsored for or paid
            for by another program within CDC.
19
20  Q.      Okay.  But the topic of inquiry No. 2
21          doesn't limit the topic to the CDC's Oral Health
            Division, correct?
22
23  A.      I understand that.

24  Q.      It says data that the CDC has in its
            25   possession on the urinary fluoride levels in persons
25          living in the United States, correct?

26  A.      Correct.

27  Q.      Okay.  So do you know what the fluoride
28          levels were in those urine samples that were tested in

1    2015 to 2016?

2  A.   No, sir, I do not.  I'm not aware that it
        was being collected at all and, therefore, not aware
3       of any data concerning those fluoride levels in urine.

4  Q.   Okay.  Do you know whether CDC has ever
        published that data?
5

6  A.   I am not aware, no.

7  Q.   Wouldn't that be important information for
        the CDC to be aware of when determining the current
8       exposures to fluoride in the U.S. population?
9

10 A.   It could be; it could be.  I'm not
        familiar with studies related to biologic half-life of
11      fluoride and how it is a good proxy or not for measure
        to fluoride exposure.
12                              **q.  112:11 – 113:11**
13

14 Q.   So earlier we were talking about one of
        the documents you had reviewed in preparing for
15      today's deposition, and that document was the
        objections that CDC made with respect to the
16      deposition subpoena.

17 A.   Correct.

18 Q.   And you had testified that you went over
        the contents of those objections with Ms. Espinoza?
19

20 A.   Uh-huh.

21 Q.   And can you remind me of her position
        again at the CDC?
22

23 A.   At our Division of Oral Health, she's the
        associate director of science.
24

25 Q.   Okay.  So you went over each of the
        statements in that document to ensure that those
26      statements were correct, right?
27

28 A.   That they're accurate, yes, and that I
        understood them accurately as well.

1  Q.    And Ms. Espinoza confirmed for you that
2          all those statements, the ones dealing with the
            substance and the merits, not the legal points, but
3         she confirmed with you that those statements were
4         correct, right?

5  A.    Yes.

6  Q.    Okay.  So I would like to go ahead now and
7         mark as Exhibit 43 those objections that we received.

8                    **r.  114:07 – 115:11**

9  Q.    And I'd like to direct your attention,
10        first of all, to the third paragraph on the page.  You
           see the highlighted portion?
11

12  A.    Uh-huh.

13  Q.    It starts:  "This issue of community water
           fluoridation as a neurotoxic risk was addressed by the
14        CDC in the May 1st, 2015, Federal Register notice
           which relies on an extensive review of fluoride in
15        drinking water by the NRC.  Did I read that correctly?

16  A.    Yes, you did.
17

18  Q.    And the NRC is the National Research
           Council, correct?
19

20  A.    Correct.

21  Q.    And you would agree that the NRC's review
           of the toxicologic literature on fluoride was
22        extensive?

23  A.    I'm told it is such, yes, the most
24        extensive review undertaken.

25  Q.    Okay.  And that's a correct statement,
26        right?  The statement that we just read, that's a
           correct statement?

27  A.    The first sentence of that paragraph, yes.
28

1

Q.  Okay.  And then the next sentence says:
"The federal interdepartmental interagency panel of
2
scientists, which included CDC, accepted the findings
3
of the 2006 National Research Council report Fluoride
in Drinking Water: A Scientific Review of EPA
4
Standards, as the summary of hazard."  Did I read that
correctly?
5

6
A.  Yes, you did.

### s.  115:17 – 115:23

7

8
Q.  Okay.  And so the CDC along with this
federal panel accepted the findings of the NRC's
9
summary of the hazard of fluoride exposure, right?

10
A.  That's correct.

11
Q.  Including the hazards, potential hazards,
of neurotoxic effects, correct?
12

13
A.  Those were included, yes.

14
### t.  116:04 – 116:06

15
Q.  Okay.  So I'm going to hand you the
16
chapter from the NRC's 2006 report that focuses on
neurotoxicity.  I have marked it as Exhibit 44.
17

18
### u.  116:18 – 116:22

19
Q.  (By Mr. Connett)  So if you turn, sir, to
20
the second page of this document, you see it's a
Chapter 7 titled "Neurotoxicity and Neurobehavioral
21
Effects"?

22
A.  Yes.
### v.  120:07 – 122:16
23

24
Q.  You see towards the bottom of Page 221
there is a section titled "Neurochemical and
25
Biochemical Changes"?

26
A.  Yes.

27
Q.  Can you just read to yourself the first
28
sentence.

1    A.    Okay.

2

3    Q.    Okay.  So the NRC found that lipids and
            phospholipids and protein content have been shown to
4           be reduced in the brains of laboratory animals
            subsequent to fluoride exposure, correct?
5

6    A.    That's what they're saying here, yes.

7    Q.    And the CDC agrees with that finding?

8    A.    Yes, as a summary of the hazard.

9    Q.    Okay.  And if you look to the bottom of
10          Page 221, I'm going to read here.  It says:
            "Fluorides also inhibit the activity of
11          cholinesterases including acetylcholinesterase.
            Recently, the number of receptors for acetylcholine
12          has been found to be reduced in regions of the brain
            thought to be most important for mental stability and
13          for adequate retrieval of memories."  Did I read that
14          correctly?

15   A.    Yes.

16
     Q.    And, again, CDC agrees with that finding,
17          correct?

18   A.    As stated, yeah, we agree with the
19          summary, potential summary of the hazard.

20   Q.    Okay.

21   A.    Or potential hazard, excuse me.

22
     Q.    And the next sentence reads:  "It appears
23          that many of fluoride's effects and those of the
            aluminofluoride complexes are mediated by activation
24          of Gp, a protein of the G family.  G proteins mediate
            the release of many of the best known transmitters of
25          the central nervous system."  Did I read that
26          correctly?

27   A.    Yes.

28

1

2

3

Q.    And CDC agrees with that finding from the
      NRC, correct?

A.    As stated previously, yes.

Q.    Okay.  And if you look at the last
      sentence of that same paragraph, it reads:  "Aluminum
      fluoride not only provides false messages throughout
      the nervous system, but at the same time diminishes
      the energy essential to brain function."  Did I read
      that correctly?

A.    Yes.

Q.    And CDC accepts that finding as a summary
      of the hazard, correct?

A.    I do.  I'm confused about whether they're
      talking about human subjects or lab animal subjects
      here.  And if it's lab animal studies, that's a
      different impact of the weight of these studies versus
      done in human populations.

Q.    But, again, CDC accepts that this is an
      accurate summary of the toxicological literature as of
      that time, correct?

A.    CDC and the rest of the federal
      interagency group did, yes.

                              **w.  122:19 – 125:03**

Q.    The next paragraph begins:  "Fluorides
      also increase the production of free radicals in the
      brain through several different biological pathways.
      These changes have a bearing on the possibility that
      fluorides act to increase the risk of developing
      Alzheimer's disease."  Did I read that correctly?

A.    Yes.

Q.    And CDC agrees with that finding of the
      toxicologic literature?

A.    Yes.  And, again, I'm not clear if they're
      talking about as demonstrated in laboratory animals or
      in human studies.

1  Q.   Okay.  And you see the next section on
        this page is titled "Anatomical Changes in the Brain"?
2

3  A.   Yes.

4  Q.   And it begins:  "Studies of rats exposed
        to sodium fluoride or aluminum fluoride have reported
5       distortion in cells in the outer and inner layers of
        the neocortex.  Neuronal deformations were also found
6       in the hippocampus and to a smaller extent in the
        amygdala and the cerebellum."  Did I read that
7       correctly?

8
   A.   Yes.
9

10 Q.   And CDC agrees with that finding as a
        summary of the hazard?
11

12 A.   As it relates to rat studies, yes.

13 Q.   Okay.  And you see the next highlighted
        portion in that paragraph?
14

15 A.   I do.
   Q.   It reads:  "The substantial enhancement of
16      reactive microglia, the presence of stained
        intracellular neurofilaments, and the presence of IgM
17      observed in rodents are related to signs of dementia
        in humans.  The magnitude of the changes was large and
18      consistent among the studies."  Did I read that
        correctly?
19

20 A.   Yes.

21 Q.   And CDC agrees with the NRC that this is a
        correct summary of the hazard?
22

23 A.   Correct.

24 Q.   Now, you see under "Recommendations" on
        that page?
25

26 A.   Yes.

27 Q.   The first sentence reads:  "On the basis
        of information largely derived from histological,
28

1   chemical, and molecular studies, it is apparent that
    fluorides have the ability to interfere with the
2   functions of the brain and the body by direct and
3   indirect means."  Did I read that correctly?

4   A.      Yes.

5   Q.      So CDC agrees with NRC that it is apparent
        that fluorides have the ability to interfere with the
6   functions of the brain and the body by direct and
7   indirect means?

8   A.      Yes, CDC in connection with the
        intergovernmental work group.  I should also -- I'd
9   like to add here in these summaries they don't
10  quantify the level of fluoride exposure, at what level
    are these changes being seen, so just the point that
11  scientifically it is important to acknowledge.

12                  **x.  127:23 – 128:16**

13  Q.      Okay.  So Topic No. 7 in the plaintiff's
14  deposition notice was "CDC's position, if any, on
    whether community water fluoridation presents a risk
15  of neurotoxicity and the basis for said position."
16  Did I read that correctly?

17  A.      Yes.

18  Q.      And I'm going to read the highlighted
19  portions here of CDC's response, okay?

20  A.      Uh-huh.

21  Q.      CDC says here that:  "CDC has not
22  conducted or sponsored independent research concerning
    the risk of neurotoxicity associated with exposure to
23  fluoridated water and does not have in its possession
24  any internal scientific evidence concerning this
    topic."  Did I read that correctly?
25
26  A.      Yes.

27  Q.      And that's a correct statement, sir,
28  right?

1    A.      Yes, it is.

                          **y. 129:08 – 131:08**

2

3    Q.      And Topic 10 is "what CDC has done, if
             anything, to determine the tolerable upper fluoride
4            intake for neurotoxic effects"?

5    A.      Uh-huh.

6    Q.      And CDC's response says:  "CDC has not
             conducted or sponsored research concerning the
7            tolerable upper fluoride intake for neurotoxic
             effects."  Did I read that correctly?
8

9    A.      Yes.

10   Q.      And that's a correct statement, sir,
11           right?

12   A.      Correct.

13   Q.      And now I'd like to draw your attention to
14           Topic No. 11 --

15   A.      Uh-huh.

16   Q.      -- which is addressed on the same page.
17           Topic 11 of plaintiff's deposition notice is:  "CDC's
             position, if any, on the tolerable upper fluoride
18           intake for neurotoxic effects and the basis for said
19           position."  Did I read that correctly?

20   A.      Yes, you did.

21   Q.      Okay.  And I'd like to draw your attention
22           to the sentence that's highlighted, okay.  And it
             says:  "CDC does not have in its possession any
23           internal scientific evidence which relates to the
             tolerable upper fluoride intake for neurotoxic
24           effects."  Did I read that correctly?

25

26   A.      Yeah.  "Effect" is singular, not plural,
             but one small adjustment.

27

28   Q.      Okay.  And that's a correct statement,
             sir, right?

1  A.      Yes.

2

3  Q.      Okay.  So if you could bring in front of
          you the deposition notice again.  And you see here, by

4          the way, on this, looking back at CDC's objections,
          you see how the words "tolerable upper fluoride intake

5          for neurotoxic effects" are capitalized?

6  A.      Yes.

7

8  Q.      And you see here in the deposition notice
          we've provided a definition of what that phrase means

9          on Page 2?

10 A.      Yes.

11 Q.      And the definition of tolerable upper
          fluoride intake for neurotoxic effects under this

12         deposition notice means "the maximum average daily
          intake of fluoride expressed in terms of a dose,

13         milligrams per day, or dosage, milligrams per kilogram
          per day, that will not cause any demonstrable

14         neurotoxicity on the fetus, infant, toddler, and/or

15         child."  Did I read that correctly?

16 A.      Yes.

17                          **z.  132:06 – 133:13**

18 Q.      So based on CDC's response to Topic 10 and

19         11, it's correct to say that CDC does not have any
          data on the tolerable upper fluoride intake for

20         neurotoxic effects for infants?

21 A.      Yes.

22

23 Q.      Okay.  And you see how the definition also
          includes toddlers?

24

25 A.      Uh-huh.

26 Q.      So CDC does not have any data on the

27         tolerable upper fluoride intake for neurotoxic effects
          on toddlers?

28 A.      That's true.

Q.    Okay.  And you see how the definition also
      includes children?

A.    Yes.

Q.    So CDC does not have any data on the
      tolerable upper fluoride intake for neurotoxic effects
      on children?

A.    Right.  As stated in our response to the
      issue on 10 and 11, we don't conduct research
      ourselves related to tolerable upper fluoride intake.
      Again, that's under the jurisdiction of EPA's drinking
      water.

Q.    Okay.

A.    And they set maximum and minimum
      containment levels about notifying people when levels
      are exceeded.

Q.    Okay.  And CDC as you sit here today is
      not aware of any data in the published literature that
      would define the tolerable upper fluoride intake for
      neurotoxic effects on children -- for children?

A.    As a rep of CDC, to my knowledge, we don't
      have any knowledge about that.

                         **aa.  136:04 – 137:15**

Q.    (By Mr. Connett)  So I'm
      going to hand you another chapter from the NRC's
      report.  This is the chapter which I will mark as
      Exhibit 45.
      (Exhibit 45 was marked for
      identification.)

Q.    (By Mr. Connett)  If you turn to Page 2,
      sir, which is actually 224 of the NRC report, you see
      here it's Chapter 8, "Effects on the Endocrine
      System"?

A.    I see that.

1

Q.    Okay.  So I'd like to turn your attention
      or direct your attention to Page 260.

2

3

A.    Okay.

4

Q.    And you see here there's a section titled
      "Summary"?

5

6

A.    Uh-huh.

7

Q.    And as we've been discussing today, the
      CDC accepts the NRC's summary of the hazard of
      fluoride exposure, correct?

8

9

A.    Correct.

10

Q.    And so here NRC is providing its summary
      of the hazards of fluoride on the endocrine system,
      correct?

11

12

A.    Right.

13

Q.    Okay.  So if you can now turn to Page 262.

14

A.    262.

15

16

Q.    You see here there's a section titled
      "Thyroid Function"?

17

A.    Uh-huh.

18

19

Q.    And it begins by stating:  "Fluoride
      exposure in humans is associated with elevated TSH

20

      concentrations, increased goiter prevalence, and
      altered T4 and T3 concentrations.  Similar effects on

21

      T4 and T3 are reported in experimental animals, but
      TSH has not been measured in most studies."  Did I

22

      read that correctly?

23

                    **bb.  138:07 – 138:15**

24

Q.    Well, let me try it again.  Does CDC agree

25

      that this is an accurate summary of the literature on
      fluoride toxicity?

26

27

A.    CDC accepts this as the summary of the
      hazard.

28

1    Q.    Okay.  And if you turn to the next page,
           263, you see that first highlighted portion on top of
2          the page?

3    A.    Yes.

                              **cc.  138:19 – 140:01**
4

5    Q.    It reads:  "In humans, effects on thyroid
           function were associated with fluoride exposures of
6          0.05 to 0.13 milligrams per kilogram per day when
           iodine intake was adequate and 0.01 to 0.03 milligrams
7          per kilogram per day when iodine intake was
           inadequate."  Did I read that correctly?
8

9    A.    Yes.

10   Q.    And CDC accepts this as an accurate
           summary of the hazard, correct?
11

12   A.    We accept, yes, that this is what the NRC
           found.
13

14   Q.    And accepts that NRC is accurately
           reporting the --

15   A.    As the summary of the hazard.

16   Q.    Okay.  If you can turn to Page 266, you
17         see the highlighted portion there reads:  "In summary,
           evidence of several types indicates that fluoride
18         affects normal endocrine function or response.  The
           effects of the fluoride-induced changes vary in degree
19         and kind in different individuals.  Fluoride is
           therefore an endocrine disruptor in the broad sense of
20         altering normal endocrine function or response,
           although probably not in the sense of mimicking a
21         normal hormone."  Did I read that correctly?
22

23   A.    Yes.

24   Q.    And CDC accepts this as an accurate
25         summary of the literature on fluoride toxicity,
           correct?
26

27   A.    Yes.

28   Q.    Okay.  So CDC accepts that fluoride is an

1    endocrine disruptor?

2    A.    We accept the NRC report as a summary of
3          the hazard, yes.

                    **dd.  141:17 – 142:07**

4    Q.    And Topic 8 of the deposition notice is
5          CDC's position, if any, on whether community water
     fluoridation presents a risk to the functioning of the
6    thyroid gland and the basis for said position,
7    correct?

8    A.    Uh-huh.
     Q.    And in the highlighted portion here, CDC
9          stated:  "CDC has not conducted or sponsored
10         independent research concerning whether community
     water fluoridation presents a risk to the functioning
11   of the thyroid gland and does not have in its
     Possession any internal scientific evidence concerning
12    this topic."  Did I read that correctly?

13   A.    Yes, you did.
14

15   Q.    And that is an accurate statement?

16   A.    Yes, it is.
                    **ee. 193:01 – 193:07**
17

18   Q.    (By Mr. Connett)  Okay.  So now, shifting
19         gears here I'm going to ask you some questions about
     fluoride and teeth, which is, as you know, some
20   other -- you know, we have noticed various topics in
     your deposition notice about fluoride in teeth.  You
21   understand that, right?

22   A.    Correct.
                    **ff.  193:17 – 195:03**
23

24   Q.    (By Mr. Connett)  Okay.  At the beginning
25         of this deposition, which now seems like a long time
     ago, you had mentioned several of the documents you
26   had reviewed in preparing for today's deposition.  And
     one of the documents you had mentioned was the
27   1999 MMWR report on fluoridation, is that correct?

28   A.    Uh-huh; correct.

1  Q.   Okay.  I'm going to hand you the document
2       that I believe you were referring to, and I've marked
       it as Exhibit 50.
3       (Exhibit 50 was marked for
4       identification.)

5  Q.   (By Mr. Connett)  And let me start by
6       asking after you've had a chance to look at the first
       page, is this in fact the document you were referring
7       to?

8  A.   Yes, it appears to be.

9  Q.   It's dated October 22nd, 1999?

10
11 A.   Uh-huh.

   Q.   And it's titled "Fluoridation of Drinking
12      Water to Prevent Dental Caries," correct?

13
14 A.   Correct.

   Q.   And just so we're clear, dental caries is
15      synonymous with tooth decay and cavities, correct?

16
17 A.   Correct.

   Q.   Okay.  If you can turn to Page 936, you
18      see the section at the bottom titled "Biologic
19      Mechanism"?

20 A.   Uh-huh.

21 Q.   It says:  "Fluoride's caries-preventive
22      properties initially were attributed to changes in
       enamel during tooth development because of the
23      association between fluoride and cosmetic changes in
       enamel and a belief that fluoride incorporated into
24      enamel during tooth development would result in a more
25      acid-resistant mineral."  Did I read that correctly?

26 A.   Yes.

                    **gg.  195:19 – 199:03**
27

28 Q.   Okay.  So when fluoridation began, it was

1   believed that by ingesting fluoride during the
2   tooth-forming years the tooth would be more resistant
    to acid breakdown, right?

3   A.   Correct.

4   Q.   Okay.  That's sometimes known or referred
5   to as the systemic benefit of fluoride, correct?
    A.   As I understand what you're speaking
6   about, yes.
7   Q.   Okay.  And returning back to the document,
    Page 937, CDC continues:  "However, laboratory and
8   epidemiologic research suggests that fluoride prevents
    dental caries predominantly after eruption of the
9   tooth into the mouth, and its actions primarily are
10  topical for both adults and children."  Did I read
    that correctly?
11
12  A.   Yes.

13  Q.   So CDC recognizes and accepts that
    fluoride's predominant mechanism for preventing tooth
14  decay comes from fluoride's topical contact with the
15  outside of the enamel, correct?

16  A.   Predominantly that's where the benefits
    are, yes.
17

18  Q.   Okay.

19  A.   There are some benefit to systemic
20  exposure.
    Q.   And we will talk about that in a little
21  bit.  Now, you see here this statement that we just
    read has a reference at the end, a Reference No. 1?
22
23  A.   Yes.

24  Q.   Okay.  Can you turn to the references
    section on Page 939?
25
26  A.   Yes.

27  Q.   And Reference No. 1 is a paper by
28  Featherstone, correct?

1  A.      Correct.

2  Q.      And you're familiar with who John
3          Featherstone is, correct?

4  A.      I am actually not familiar with him.

5
6  Q.      Okay.  But the CDC was relying on
          Featherstone's work in making this statement in the
7          MMWR, correct?

8  A.      Yes.

9  Q.      Okay.  So I'd just like to look at that
10         paper just for a few seconds here.  I will mark that
           Featherstone paper as Exhibit 51.
11         (Exhibit 51 was marked for
           identification.)
12

13 Q.      (By Mr. Connett)  And you see the title of
14         this paper which we've marked as Exhibit 51 is
           "Prevention and Reversal of Dental Caries: Role of Low
15         Level Fluoride," correct?

16 A.      Correct.

17 Q.      And that is the title of the paper cited
18         in Reference 1 of the CDC's 1999 publication?

19 A.      It is the same.

20 Q.      Okay.  So I'd like to just draw your
21         attention to Page 32, and do you see that highlighted
           portion on the bottom left?
22

23 A.      Okay.  Now I do, yes.

24 Q.      Okay.  I'm just going to read that.
           Featherstone writes here:  "Until recently the major
25         caries-inhibitory effect of fluoride was thought to be
           due to its incorporation in tooth enamel or tooth
26         mineral during the development of the tooth prior to
           eruption.  This supposed mechanism of action was
27         behind the public health efforts and individual
           caries-preventive regimens such as the use of fluoride
28

1    supplements prescribed for children to strengthen the
2    teeth during their development."  Did I read that
     correctly?

3  A.    Yes.

4  Q.    And as I think we've already discussed,
5        CDC agrees that that is a correct assessment of the
6        history of fluoride?

7  A.    Correct.

8  Q.    Okay.  And then Featherstone writes:
        "There is now overwhelming evidence that the primary
9        caries-preventive mechanisms of action of fluoride are
        post eruptive through topical effects for both
10       children and adults."  Did I read that correctly?
11

12 A.    Yes.

13  Q.   And the CDC agrees with that statement,
        correct?
14

15 A.    Yes, we do.

                        **hh.  202:02 – 202:05**
16

17 Q.    And if you turn to Page 38 of
        Featherstone's paper, you see the section summary and
18       conclusions?

19 A.    Uh-huh.

                        **ii.  202:17 – 203:08**
20

21 Q.    (By Mr. Connett)  You see in the summary
        and conclusions section here on Page 38, Featherstone
22       concludes that "the systemic benefits of fluoride are
        minimal."  Did I read that correctly?
23

24 A.    You read it correctly.

25 Q.    And does CDC agree with Featherstone's
        conclusion?
26

27 A.    I don't know that we would characterize
        the benefits as minimal.
28

1
2

Q.      Okay.  Can you give -- does CDC have any
        estimate as to the relative contribution to fluoride's
        benefits that come from ingestion?

3
4
5

THE WITNESS:            To my knowledge, we haven't
                        quantified the benefits externally versus
                         systemic.

6

**jj.  206:19 – 208:03**

7
8
9
10

Q.      (By Mr. Connett)  Now, I received
        the draft declaration from counsel that I believe we
        talked about earlier and you're familiar with.  I'm
        going to mark this as an exhibit, 52.
         (Exhibit 52 was marked for
        identification.)

11
12
13

Q.      (By Mr. Connett)  And I'm looking here and
        this is -- you see this, it's draft declaration dated
        October 26?

14

A.      Yes.

15
16

Q.      And you've reviewed this document before,
        correct?

17

A.      I have.

18
19

Q.      Okay.  And CDC put this document together,
        right?

20

A.      Yes.

21
22
23

Q.      Okay.  And Paragraph 5, the last sentence
        says:  "Fluoride also has a systemic effect,
        strengthening teeth as they are developing."  Did I
        read that correctly?

24

A.      Yes.  The last sentence in No. 5?

25
26
27
28

Q.      Yes.  So before asking you and trying to
        understand a little bit about the basis for CDC's
        position here, I just want to just kind of clarify
        something.  This systemic benefit is limited to the
        time frame when the teeth are developing, right?

1   A.      That's my understanding, yes.

2   Q.      Okay.  So once the teeth finish
            developing, there's no more -- there's no longer a
3           systemic benefit of fluoride on teeth, correct?

4   A.      That's my basic understanding, yes.

5
    Q.      Okay.  And what's your understanding as to
6           when the teeth stop developing?

7
    A.      My understanding is when they begin
8           erupting.

                        **kk.  210:07 – 214:06**
9

10  Q.      Okay.  So what studies does CDC base the
            statement that fluoride also has a systemic effect?
11

12  A.      At this point I am not able to point to
            the exact studies that forms the basis of that
13          position.

14  Q.      Okay.  Can you provide me any explanation
            as to the basis for CDC's statement on this?
15

16  A.       Any explanation?

17  Q.      Yes.  Any reference to any information,
            anything that I could go to to assess the foundation
18          for CDC's position on this?

19
    A.      At this point I wouldn't be able to
20          provide that to you.

21
    Q.      Okay.  Now I'm going to turn and discuss
22          Topic 12.  Topic 12 pertains to CDC's position, if
            any, on whether prenatal exposure to fluoridated water
23          provides a benefit to teeth and the basis for said
            position.
24

25  A.      We're on Topic 12, is that what you said?

26  Q.      Yes.

27
    A.      CDC's position, if any -- okay.
28

1  Q.   And you're prepared today to discuss this
2       topic, correct?

   A.   Yes.
3

4  Q.   Okay.  So earlier today you mentioned that
        one of the documents you reviewed was a 2001 report by
5       CDC, correct?

6  A.   Uh-huh; correct.

7  Q.   I will go ahead and mark this, what I
8       believe the document is that you were referring to, as
        Exhibit 53.
9       (Exhibit 53 was marked for
10      identification.)

11 .Q.  (By Mr. Connett)  And this document here
        is titled "Recommendations for Using Fluoride to
12      Prevent and Control Dental Caries in the United
        States."  It's published in MMWR, and the date is
13      August 17th, 2001.  Is this the document that you were
14      referring to earlier?

15 A.   Yes.

16 Q.   So you reviewed this in preparation for
17      today's deposition?

18 A.   I did.

19 Q.   Okay.  So if you can turn to Page 16, if
20      0212
        you look at the third paragraph under "Dietary
21      Fluoride Supplements," it reads:  "The evidence for
        using fluoride supplements to mitigate dental caries
22      is mixed.  Use of fluoride supplements by pregnant
23      women does not benefit their offspring."  Did I read
        that correctly?
24

25 A.   Yes.

26 Q.   So in this review, 2001, CDC determined
27      that use of fluoride supplements by pregnant women
        does not benefit their offspring, correct?
28

1   A.   They're citing a study which makes that
         finding, yes.

2

3   Q.   Okay.  And if you turn to Page 21 --

4   A.   Okay.

5   Q.   -- you see again there's a section titled
         "Dietary Fluoride Supplements"?

6

7   A.   Uh-huh.

8   Q.   And it reads:  "The only randomized
         controlled trial to assess fluoride supplements taken
9        by pregnant women provides Grade I evidence of no
         benefit for their children."  Did I read that
10       correctly?

11

12  A.   Yes.

13  Q.   And Grade I evidence is the best quality
         evidence that CDC has in its characterization of the
14       literature, correct?

15  A.   I have to say that I am unfamiliar and not
         remembering the grade levels of what the evidence was.
16

17  Q.   Okay.  Well, why don't we turn to Page 19.
         That might refresh your recollection.
18

19  A.   Okay.

20  Q.   Do you see the box at the bottom titled
         "Grading system used for determining the quality of
21       evidence for a fluoride modality"?

22

23  A.   Gotcha.  Yes.

24  Q.   And Grade I -- and take your time to
         review it.  But after you've reviewed it, would you
25       agree with me that Grade I is the highest quality of
         evidence in this grading system?
26

27  A.   Okay.  I've reviewed it; and yes, I'll
         agree --
28

1

Q.      Okay.
A.      -- to your statement.

2

Q.       So the CDC's conclusion in 2001 is that

3
they had good evidence, high-quality evidence, to show
that fluoride supplements do not provide a benefit for

4
children when given during pregnancy, correct?

5

A.      Yeah, when given to pregnant women.

6

Q.      Okay.  And is CDC aware of any information

7
published subsequent to 2001 that would in any way

8
change that conclusion?

9

A.      I can answer in my personal capacity.  I

10
am not aware of any additional studies.

11

Q.      Okay.  And you are the director of the

12
CDC's Oral Health Division, correct?

13

A.     True.

**ll.  217:03 – 217:19**

14

15

Q.      (By Mr. Connett)  Okay.  So if a pregnant
mother wrote an e-mail to CDC asking if I drink

16
fluoridated water during my pregnancy, will that
provide a benefit to the teeth of my baby, CDC would

17
not answer yes to that question, correct?

18

THE WITNESS:        If we were to get an e-mail

19
as such, we would summarize our understanding of
the evidence in saying we have not found evidence

20
that supports -- that shows benefit to the child

21
if ingested -- if community water fluoridation or
some other form of fluoride is ingested by the

22
mother.

**mm.  217:23 – 218:05**

23

24

Q.      Okay.  So I'd like to now move on to
Topic 13 which has set forth in our notice as "CDC's

25
position, if any, on whether exposure to fluoridated
water during the first six months of life provides a

26
benefit to teeth and the basis for said position."  I

27
take it you are prepared to answer questions on this
topic today?

28

1  A.     Yes, I am.

                    **nn.  223:11 – 223:16**
2

3  Q.     The CDC is not aware of any evidence that
          demonstrates that infants who consume fluoridated
4         drinking water before the age of six months have any
          additional protection against tooth decay than infants
5         who are exclusively breast-fed, correct?

6  A.     That is correct.

                    **oo.  224:07 – 224:14**
7

8  Q.     Okay.  So just to clarify because I think
          I'm -- is the CDC aware of any evidence demonstrating
9         benefits from consumption of fluoridated drinking
          water during the first six months of life?
10

11 A.     We are not aware of any evidence.

12 Q.     Okay.  If you could, turn back to the 2001
          report.
13

14 A.     Okay.

                    **pp.  224:22 – 225:11**
15

16 Q.     Okay.  And this is sort of redundant to
          the previous one, but I'll just read the first
17        sentence at the bottom of the page.  It reads:  "The
          laboratory and epidemiologic research that has led to
18        the better understanding of how fluoride prevents
          dental caries indicates that fluoride's predominant
19        effect is posteruptive and topical and that the effect
          depends on fluoride being in the right amount in the
20        right place at the right time."  Did I read that
          correctly?
21

22 A.     Yes.
23

24 Q.      So CDC agrees that the beneficial effect
          of fluoride depends on fluoride being in the right
25        amount in the right place at the right time, correct?

26 A.     Yes.

                    **qq.  275:21 – 276:09**
27

28

1
2
3
4

Q.	And you see that Topic No. 9 says we
	notified CDC that we intended to ask questions today
	about CDC's position, if any, on whether community
	water fluoridation provides a benefit to unerupted
	teeth and the basis for said position.  Do you see
	that?

5	A.	I do.

6
7
8
9

Q.	But as you sit here today as the
	representative for CDC in response to this deposition
	subpoena, you are not able to articulate for me the
	basis for CDC's position on the benefits from
	pre-eruptive exposure?

10	A.	At this point I'm not able to recall the
	basis.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.      **JOYCE DONAHUE (Initial Designations):**

a.   **05:11 – 05:15**

Q.      JOYCE MORRISSEY DONOHUE, Ph.D., RD,
a witness herein, called for oral examination in
the matter pending, being first duly sworn to tell
the truth, the whole truth, and nothing but the
truth, testified as follows:

b.  **12:09 – 12:17**

Q.      And you started working at the EPA
in 1996.

A.      Correct.

Q.      And you have been -- your position
at the EPA since then has been senior health
scientist?

A.      No.  I came in as a health scientist
and I didn't become a senior health scientist
until a couple of years after I got there.

c.  **15:11 – 15:18**

Q.      And during your career at EPA, you
have been involved with fluoride issues,
right?

A.      Correct.

Q.      Would it be fair to say that you are
sort of EPA's main person working on fluoride?

A.      With regard to health effects, yes.
Beyond that, no.

d.  **16:09 – 16:25**

Q.      When it comes to the health effects of
fluoride in drinking water, would it be fair
to say that you're the main person at EPA
working on that issue?

A.      Inorganic fluoride.

1  Q.           Yes?

2  A.           If you limit it to inorganic
3               fluoride.

4  Q.           So that would be correct, you would
               be the main person at EPA dealing with the
5               health effects of inorganic fluoride exposure?

6  A.           In the Office of Water.

7  Q.           In the Office of Water.  And
8               inorganic -- the chemicals that are added to
               drinking water for water fluoridation, they
9               are inorganic fluoride chemicals, right?

10 A.           That is correct.
11

12                    **e.  88:11 – 88:24**

13 Q.           So in the 1990s you come into the
14              EPA, and in the early 2000s you and the EPA
               recognize that there's new toxicological data
15              on fluoride that needs to be considered,
16              right?

17 A.           That's why they considered it.

18 Q.           And the EPA asked, in the early
19              2000s, the National Research Council to review
               this new toxicological data, right?
20

21 A.           That is correct.

22 Q.           And you yourself presented to the
               National Research Council in 2003 to ask them
23              to do this review, right?

24 A.           Correct.

25                    **f.  89:02 – 89:09**

26 Q.           I was at that meeting and you had,
27              in your discussion explaining to the NRC why
               the EPA wanted the NRC to do this review, you
28              had mentioned that there was new data on

1           fluoride with respect to neurotoxicity; do you
2           remember that?

A.        Yes, I mean, it certainly is one of
3           the areas that --

**g. 89:23 – 90:17**

Q.        And so there was -- in the 1990s and
early 2000s, there was new toxicological data
available on fluoride and neurotoxicity,
right?

A.        Correct.

Q.        And you, the EPA, wanted the NRC to
review that data on neurotoxicity?

A.        It was much broader than that.  We
asked them to do a host of effects.

Q.        Right.  But you wanted NRC to, as
part of their review, to look at the new data
on neurotoxicity?

A.        That was one of the topics, correct.

Q.        And you also wanted them, the NRC,
to look at new data on endocrine disruption,
right?

A.        Correct.

Q.        And in 2006 the NRC released its
review of the MCLG?

A.        Correct.

**h.  91:18 – 92:01**

Q.        So in -- and as part of the NRC's review, it
made findings about the neurotoxicity
literature, right?

A.        It has a chapter on neurotoxicity
along with a lot of other chapters.

| | | |
|---|---|---|
| 1 | Q. | So let's go ahead and look at that chapter.  I will go ahead and mark that as |
| 2 | | Exhibit Number 73, and I should note that this |
| 3 | | is just an excerpt of the chapter. |

### i.  95:09 – 97:09

| | | |
|---|---|---|
| 4 | Q. | do you see the section there titled "Anatomical changes in the |
| 5 | | brain." |
| 6 | | |
| 7 | A. | In the same area.  Where is that? Oh, okay, the section.  I'm sorry, I was |
| 8 | | reading the paragraph. |
| 9 | Q. | And can you read the first sentence there? |
| 10 | | |
| 11 | A. | That's Karl's paper. |
| 12 | Q. | And Karl is who? |
| 13 | A. | Karl Jensen. |
| 14 | Q. | An EPA scientist? |
| 15 | | |
| 16 | A. | He was.  He's retired now. |
| 17 | Q. | So this paragraph here is summarizing Dr. Jensen's work? |
| 18 | | |
| 19 | A. | I know he found aluminum in both cases in the brain.  We took a break at that |
| 20 | | point. |
| 21 | Q. | Right.  So can you read this summary of Karl Jensen's research. |
| 22 | | |
| 23 | A. | "Studies of rats exposed to sodium fluoride and aluminum fluoride had reported |
| 24 | | distortion in cells in the outer and inner layers of the neocortex.  Neuronal |
| 25 | | deformations were also found in the hippocampus and to a smaller extent in the |
| 26 | | amygdala" -- I always have trouble with that -- "and cerebellum.  Aluminum was |
| 27 | | detected in neurons and glia, as well as in |
| 28 | | |

1   the lining and in the lumen of blood vessels
    in the brain and kidney."

2

3   Q.   Can you read the next sentence.

4   A.   "The substantial enhancement of
         reactive microglia, the presence of stained

5        intracellular neurofilaments and the presence
         of IgM observed in rodents are related to

6        signs of dementia in humans."

7   Q.   So this was one of the findings

8        again of the NRC review, right?

9   A.   That one is a statement of fact.  I

10       mean, that's a statement of an outcome of a
         study, not necessarily a finding.  That

11       finding was already published and available to
         the public at that time.

12

13  Q.   Okay.  So what the NRC is doing is

14       just they are summarizing Dr. Jensen's
         research?

15  A.   Correct.

16  Q.   And they are --

17
18  A.   He wasn't the lead but he is the one
         who worked for EPA.

19                  **j.  99:1– 99:20**
20  Q    Right, and speaking of undesirable,
         having aluminum in the brain is undesirable?

21

22  A.   Having anything stuck there can be
         if it has a biological consequence.  You know,

23       when you reduce its ability to leave, then it
         can have undesirable consequences.

24

25  Q.   So --

26  A.   And we have some of those
         consequences listed here.

27

28  Q.   Right.  So this was -- Dr. Jensen's

1              research identified a potentially serious
effect that fluoride can have on the brain,
2              namely increasingly uptake of –

3  A.         I don't think you can blame fluoride
alone.
4

5  Q.         Right.  Well, fluoride in concert
with other --
6

7  A.         Or aluminum in concert with
fluoride.  I don't know who I want to give the
8              blame to.

**k.  100:14 – 100:23**
9

10  Q.        But the NRC concluded, based on the
evidence available to it as of 2006, that
11            fluorides have the ability to interfere with
the functions of the brain.  That was NRC's
12            conclusion?

13  A.        That was their conclusion, correct.
14

15  Q.        So based on the -- according to the
NRC as of 2006, neurotoxicity is a hazard of
16           fluoride exposure at some level, right?

17  A.        That was their conclusion, correct.

18
**l.  101:24 – 103:01**
19

20  Q.        And then because the NRC concluded,
based on these animal studies, that fluoride
21          interferes with the brain, the NRC recommended
a series of studies that should be conducted
22          to better understand the risk in human
populations, right?
23

24  A.        They did.

25  Q.        And page 223 of this chapter spells
out the recommendations that NRC gave, right?
26

27  A.        Okay.  The thing you have marked
here?
28

1  Q.        Right.

2  A.        "Studies of populations exposed to
3            different concentrations of fluoride should be
            undertaken to evaluate neurochemical changes
4            associated with dementia."

5  Q.        Right.

6  A.        That's not IQ.

7  Q.        But just starting from there, what
8            the NRC is saying there is that studies should
            be conducted to evaluate the relationship
9            between fluoride and dementia, right?

10 A.        Correct.

11
   Q.        And if you look at the top paragraph
12           on that page, the NRC is recommending that
            studies be conducted to evaluate the
13           relationship between fluoride and IQ, right?

14
   A.        Correct.
15                       **m.  106:22 – 107:14**

16 Q.        The NRC on page 267 at the end there
17           provided a bunch of recommendations for future
            research that should be done on fluoride in
18           the endocrine system, right?

19
   A.        Yes.
20
21 Q.        And if you look towards the end of
            page 267, last page, do you see there it says,
22           "The effects of fluoride on various aspects of
            endocrine function should be examined further,
23           particularly with respect to a possible role
            in the development of several diseases or
24           mental states in the United States.  Major
            areas for investigation include the following:
25           thyroid disease especially in light of
            decreasing iodine intake by the U.S.
26           population."
            Did I read that correctly?
27

28

1  A.          Correct.

**n.  107:18 -107:24**

2

3  Q.          Based on the concerns that the NRC
               was expressing here, both in the neurotoxicity
4              review and the endocrine review, there were
               some big potential problems from fluoride
5              exposure that needed to be investigated,
               right?

6

7  A.          I would agree with you there.

8                          **o.  241:09 – 242:12**

9  Q.          Okay.  So I am going to hand you a
               document which I will mark as Exhibit
10             Number 90, and see here on the first page it's
               an e-mail from you to Barbara Gooch.
11

12 A.          Yes.

13 Q.          And it's dated September 21st, 2017?

14
   A.          Yes.
15 Q.          Actually, if you can go back to the
               cover page there.
16

17 A.          Yes.

18 Q.          And it says, "Dear Barbara" -- I'll
               skip some of it.  It says, "I have also
19             attached a new paper on fluoride neurotox."
               Do you see that?
20

21 A.          Yes.

22
   Q.          And you attached a paper to this
23             e-mail, right?

24
   A.          Correct.
25

26 Q.          And that paper, which is on the
               second page, is titled, "Prenatal fluoride
27             exposure and cognitive outcomes in children at
               four and six to 12 years of age in Mexico,"
28             right?

1   A.          Right.

2
    Q.          By the way, I forgot to ask.
3               Barbara Gooch, who is she?

4   A.          She was the dentist at CDC who took
5               the public comment on lowering the
6               fluoridation level.

7                               **p.  24:08 – 243:22**

8   Q.          And do you -- this was -- this study
9               here is a prospective birth cohort study,
                right?

10  A.          Yes.

11
    Q.          And it found that prenatal fluoride
12              exposure in the ELEMENT cohort is associated
13              with significant loss of IQ in the children,
                right?

14
15  A.          It is one of the studies that finds
                that, correct.  One of the post 2016 studies
16              that does that.

17  Q.          And you would agree that this is a
18              very well-conducted study, right?

19  A.          I would agree that it was well
20              conducted, yes.

21                              **q.  244:15 – 244:23**

22  Q.          can you think of
23              any other study that has investigated the
                relationship between fluoride and IQ that has
24              been -- that has a better or stronger
                methodology than this study?

25
26  A.          I think there's a couple.  I think
                the recent one from China was extremely well
27              designed.  I think there's quite a few that
                have very good methodologies

28

**r.  253:05 – 254:09**

Q.          So let's go and look at this paper
            that Dr. Ohanian identified as Bashash ELEMENT
            ADHD paper.  You have that in front of you?

A.          The paper, yes.  You just gave it to
            me.

Q.          And have you read this study prior
            to today?

A.          I would have read it back when I
            collected it, and since I collected it in the
            fall of 2018, I collected it obviously when --
            and sent it to me and I read it then.

Q.          Okay.  And this is titled "Prenatal
            fluoride exposure and attention deficit
            hyperactivity disorder, ADHD, symptoms in
            children at six to 12 years of age in Mexico
            City," right?

A.          That's the title.

Q.          This is another prospective birth
            cohort study based on the ELEMENT cohort,
            right?

A.          That part I didn't remember.  The
            study I remember.

Q.          But if you look at the abstract,
            you'd agree --

A.          Yes, I now see the term ELEMENT.

Q.          And it found that urinary fluoride
            levels in the pregnant mother were
            significantly associated with an increased
            risk of ADHD symptoms in the offspring, right?

A.          Yes.

**s.  254:18 – 257:16**

Q.          So you would agree that this is an
            important study here, prospective birth cohort

1    study which is finding a significant
     relationship between low levels of fluoride in
2    the urine of pregnant women and ADHD symptoms
     in children?
3

4    A.        Yes.

5    Q.        And you would agree that this study
               further supports the need for reassessment of
6              current safety standards of fluoride in the
               United States?
7

8    A.        Yes, it is one of several.

9    Q.        Okay.  And I am going to -- this --
10             in Dr. Ohanian's e-mail he also included a
               study titled, "Till, EHP water and maternal
11             urine," do you see that?

12   A.        Where's that?
13   Q.        In the attachments.  If you look at
               the description of the attachments in the
14             Ohanian e-mail.

15   A.        Bashash, Till, EHP, Fluoride.  Till
16             in Canada.

17   Q.        Right.

18   A.        Okay.  So yes, if he sent it to me,
19             I have it.  And I know Till I think has two
               publications out where she's an author.
20

21   Q.        Okay.  So let's look at this Till
               paper that Dr. Ohanian sent to you and the
22             others at EPA.  And do you see it?  It's in
               that --
23

24   A.        Okay.

25   Q.        And you see it's titled, "Community
               water fluoridation and urinary fluoride
26             concentrations in a national sample of
               pregnant women in Canada."
27

28   A.        I have that one too.

1    Q.          And have you read this?

2    A.          He sent it to me, yes.

3

4    Q.          And have you read this study prior
                  to today?

5

6    A.          No, I actually -- I have it but I
                  haven't read it.

7

8    Q.          Okay.  And if you look at the
                  results section.  If you read the first
9                 sentence, they found that "Maternal urinary
                  fluoride levels were almost two times higher
10                for pregnant women living in fluoridated
                  regions compared with nonfluoridated regions,"
11                right?

12   A.          0.87 versus 0.46 with plus or minus
                  0.5 and plus or minus 0.34.
13

14   Q.          And this -- the average level of
                  fluoride in the urine of the pregnant mothers
15                in these -- in the fluoridated areas was right
                  in the range of the levels that are associated
16                with neurological harm in the ELEMENT cohort,
                  right?
17

18   A.          Yes.

19   Q.          So would you agree that this study
                  here by Christine Till and colleagues provides
20                significant and important new information that
                  supports the reassessment of fluoride safety
21                standards in the United States?
22

23   A.          It's one of the others that I've
                  already identified I had.  It's got Bruce
24                Lanphear in there too.

25   Q.          And what's the importance of seeing
                  Bruce Lanphear's name as a coauthor of this
26                study?
27

28   A.          He's an important lead person.

| | | |
|---|---|---|
| 1 | Q. | And you would agree that Bruce |
| 2 | | Lanphear has done very important and reliable |
| 3 | | research? |
| 4 | A. | Yes, I would. |

**t.  257:25 – 258:16**

| | | |
|---|---|---|
| 5 | | |
| 6 | Q. | And so I'm not sure if you answered |
| 7 | | my question, but you would agree that this |
| 8 | | study right here adds further reason why we need to do a reassessment of the fluoride safety standards in the United States? |
| 9 | A. | I think it's a reason for doing not |
| 10 | | just the United States.  I think it's a reason for doing an update to the fluoride |
| 11 | | assessment. |
| | Q. | Everywhere? |
| 12 | | |
| 13 | A. | Well, for anybody who's interested |
| 14 | | in fluoride and the need for regulation of fluoride exposure. |
| 15 | Q. | Right.  Anyone interested in making |
| 16 | | sure that fluoride is safe for consumption? |
| 17 | A. | That people are not overexposed, |
| 18 | | yes. |

**u.  271:02 – 273:09**

| | | |
|---|---|---|
| 19 | | |
| 20 | Q. | oh, you know, one last |
| 21 | | document I meant to ask you about.  Oh, I forgot to mark it.  This will be Exhibit |
| 22 | | Number 92.  And you see this is an e-mail that you wrote to two individuals, and the subject |
| 23 | | is fluoride paper. |
| 24 | A. | Oh, yes. |
| 25 | Q. | It's dated -- the e-mail is dated |
| 26 | | August 29th, 2018. |
| 27 | A. | It would have been this year. |
| 28 | Q. | Last year. |

1   A.          Last year.  Wow, it's already '19.

2
    Q.          And you attach in this e-mail a
3               study by Yu on fluoride and IQ.

4   A.          That's another one of those studies
5               that deserves attention.

6   Q.          And the title of this e-mail is
7               "Threshold effects of moderately excessive
                fluoride exposure on children's health: a
8               potential association between dental fluorosis
                and loss of excellent intelligence," correct?
9
10  A.          Correct.
    Q.          And this study again found an
11              association between fluoride exposure and
                reduced IQ, correct?
12
13  A.          Correct.

14  Q.          And you believe this study was a
15              well-done study, correct?

16  A.          I thought they did a good job with
17              the confounding factors.

18  Q.          And you think this is an important
                study to be considered in reassessing the
19              fluoride safety standards?

20  A.          Yes.

21  Q.          It adds to the evidence base that
22              fluoride is a neurotoxicant, correct?

23  A.          Correct.

24  Q           And so based on all these studies
25              that we're looking at, based on the latest
                science, do you agree that neurotoxicity is a
26              potential risk of water fluoridation?

27  A.          I can't agree.  You have to look at
28              the -- you have to evaluate these.

1    Q.        But do you agree that those studies
2                we have been talking about support the idea
3                that neurotoxicity is a potential -- is a risk
                 of water fluoridation?

4    A.        I agree that these studies should be
5                part of a dose-response assessment for the
                 relationship between fluoride, not just
6                fluoride in water, whether it's in salt or in
7                water, and impact on IQ.

8                          **v.  275:10 – 275:13**

9    Q.        So you had talked earlier about
10              responding to letters from people from the
11              public.

    A.        Yes.
12                       **w.  276:23 – 277:15**

13    Q.        And so if a pregnant woman sent you
14              a letter saying is it safe for me to be
15              drinking fluoridated water every day during my
                 pregnancy, would you tell that woman that it's
16              safe for her to drink it in terms of her
17              baby's neurological health?

18    A.        Since I have never done the
19              assessment, I can't tell her.  So I don't tell
20              people things unless there is actually
                 something to -- that I can cite to back up
                 whatever.
21              I usually acknowledge the
                 controversy and I usually write to them or try
22              to write to them as if I am not a scientist.
23              That I am speaking to them in language that
                 the general public can understand.  I may not
24              always succeed but I try to write the letters
                 that way.
25                          **x.  278:13 – 280:12**

26    Q.        Say you have a more informed,
27              educated mother contacting you and she says,
                 Dr. Donohue, I have heard about this concern
28              about fluoride in the brain.  I am pregnant

1    right now and I'm trying to find safety data
2    to assure myself that this fluoridated water
     is going to be safe for my baby.  Can you,
3    Dr. Donohue, cite me or send me a study that
     establishes the neurological safety of
4    fluoridated water during pregnancy on the
     child's brain?
5
     A.    I couldn't send them a study per se.
6          I could send them a paper like this or I could
           cite the paper and tell them how to get it
7          because some of them are available on the
           internet.
8
9    Q.    And you're pointing there to the
10         studies that are showing harm from prenatal
           fluoride exposure?
11
12   A.    Right now, I don't know of a study
           on the other side of the -- a recent study on
13         the other side of the issue.

14   Q.    Right.

15   A.    So I haven't seen a rebuttal to any
16         of these papers.

17   Q.    So if they asked you can you point
18         me to a study that establishes the
           neurological safety of prenatal fluoride
19         exposure, you couldn't -- you wouldn't send
           them a study because you're not aware of any
20         reliable ones, correct?

21   A.    For neurological safety.  That is
22         not the reason I would send it to them if
           there was -- if it was one -- I would send
23         both sides of the equation.  I wouldn't send
           them one saying one thing when I knew there
24         was another one saying the other thing.

25
     Q.    Right.  It's just that, as you sit
26         here today, you're not aware of a study that
           would establish the safety of prenatal
27         fluoride exposure for the brain, right?
28

1    A.              Remember, dose makes the poison.  So
2                    I am not aware of a study that right now says
                     this dose is safe.

3    Q.              Right.  Okay.

4    A.              And I am aware of several studies
5                    that imply that some doses, and in at least
                     one of these papers it's above the
6                    fluoridation level, may have some adverse
7                    effects.

1        3.        **JOYCE DONAHUE (Counter Designations):**

2                    **a.   38:06 – 38:08**

3    Q.        And Karl Jensen is a
             neurotoxicologist, right?
4

5    A.        Yes, he is.

6                    **c.  244:24 – 245:01**

     Q.        This is a prospective birth cohort
7             study, right?

8    A.        Yes.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.      **AMANDA PHELKA (Initial Designations):**

a. **05:17 – 05-19**

Q.   Can you please state your full name for the
      record?

A.   Sure.  Amanda Phelka, spelled P-h-e-l-k-a.

b. **09:04 – 11:08**

Q.   And what did you do -- what position did you get in
      2012?

A.   I was hired by NSF as a Senior Toxicologist.

Q.   And is that the same position that you have today?

A.   Actually, no, I was promoted to Director of
      Toxicology later that year.

Q.   You said Director of Toxicology?

A.   Correct.

Q.   And are you the Director of Toxicology today?

A.   I am.

Q.   So let's talk just first about your -- as a senior
      toxicologist, what did that position entail?

A.   My principal responsibility was to prepare risk
      assessments for unregulated contaminants identified
      in drinking water as a result of testing products to
      Standard 60 to 61.

Q.   How many risk assessments do you estimate you helped
      prepare during your time as a Senior Toxicologist?

A.   I was only a Senior Toxicologist for four months.  I
      believe I completed two.

Q.   And then you became the Director of Toxicology?

A.   Correct.

Q.   What does your position as Director of Toxicology at

1        NSF International entail?

2  A.  I report directly to the Chief Technical Officer.

3        My responsibilities are principally to manage the
staff that are conducting the work in accordance

4        with the programs that we support.

5  Q.  Do you yourself do any of the work with respect to
the risk assessments?

6

7  A.  I have peer reviewed risk assessments, I have been
available to the staff to assist with technical

8        issues related to the risk assessments but I have
not conducted a full risk assessment in my current

9        capacity.

10  Q.  But you will read and review risk assessments that

11        are in preparation?

12  A.  Correct.

13  Q.  So fair to say you're familiar with the risk

14        assessment process that NSF uses?

15  A.  Yes.

16  Q.  So do you understand that today you are appearing as

17        a representative of NSF International?

18  A.  Yes.

19  Q.  And you understand that NSF International has

20        designated you as the person to represent the

21        organization on certain issues related to
fluoridation chemicals?

22

23  A.  Yes.

24  Q.  And today I'm probably going to be referring to NSF

25        International as just NSF.  Will you understand what
I mean?

26  A.  Yes.

27

28  Q.  I'm going to hand you a document that I'll mark as

Exhibit 1, which is the deposition subpoena.

### c.  11:23 – 12:04

Q.   (by Mr. Connett) Have you seen this document before?

A.   Yes.

Q.   And do you understand that this document describes the general topics that we'll be talking about here today?

A.   I do.

### d.  12:12 – 12-14

Q.   (by Mr. Connett) And do you feel prepared today to answer questions related to these topics?

A.   Yes.

### e.  16:17 – 19:04

Q.   Okay, just by way of background here, before asking you specifically about the fluoridation chemicals, can you tell us a little bit about what NSF is?

A.   NSF is a third party not-for-profit public health and safety organization.  If I had to identify our principal way that we handle our mission to protect and improve public health, it would be through standards development and then we test products to those standards and certify products to those standards and conduct audits of facilities.

Q.   And NSF was founded in about 1944?

A.   Correct.

Q.   And its name at that time was National Sanitation Foundation?

A.   Correct.

Q.   And then at some point in the 1990s, the National Sanitation Foundation changed its name to NSF International?

1  A.   Correct.

2  Q.   And when NSF started out, it was involved with

3       establishing standards for soda fountains and
       luncheonette equipment?

4  A.   Correct.

5  Q.   And over the years, NSF expanded into other

6       markets?

7  A.   Yes.

8  Q.   And one of those markets today is water treatment

9       chemicals?

10 A.   Correct.

11 Q.   And could you just briefly describe what function or

12      role NSF has with respect to water treatment

13      chemicals?

14 A.   Our principal role there is to test and certify

15      products to Standard 60.

16 Q.   Now, when people think about chemicals added to

17      drinking water, they may think it's, you know,
        something that's governed by government agencies

18      like EPA, but NSF is not a government agency,
        correct?

19
   A.   Correct.
20
   Q.   And back in the 1970s, early 1980s, EPA,
21
        Environmental Protection Agency, used to -- was at
22
        that time overseeing the water treatment chemical
        industry, correct?
23

24 A.   Yes.

25 Q.   But then in the 1980s, EPA decided to delegate its

26      authority over water treatment chemicals to a
        consortium led by the NSF, correct?
27
   A.   We -- NSF was part of that consortia.  We put or
28
        that group put a proposal together to the EPA to be

1    hopefully selected to prepare standards on behalf of
     the EPA.
2
3    Q.    (by Mr. Connett) And you've mentioned Standard 60
           today.  That's one of the standards that the NSF-led
4          consortium developed?

5    A.    Correct.

6    Q.    Can you briefly describe what Standard 60 is?

7    A.    Standard 60 focuses on water treatment chemicals
           exclusively.  There are several different sections
8

9                        **f.  21:24 – 22:03**

10   Q.    (by Mr. Connett) Since the standard was adopted in
           1987, most states in the country have passed laws
11         requiring that water treatment chemicals be
           certified under this standard, correct?
12

13   A.    Correct.
                         **g. 23:05 – 23:15**
14

15   Q.    if a company wants to sell a
           product as a water treatment chemical, what does it
16         need to do to get certification by the NSF?

17
     A.    The company would need to submit an application
18         packet.  The application packet must include a full
           formulary disclosure for the product as well as any
19         information relative to their product that would
           support a review to ensure that when the certifier,
20         whether NSF or otherwise, reviews that packet, they
           have all the required information they need to
21         determine if the product should hold the market.
22

23                       **h.  26:03 – 26:19**

24   Q.    And what kind of tests are -- what are the tests
           that NSF does according to Standard 60 on
25         fluoridation chemicals?

26
     A.    All the fluoridation chemicals are tested for
27         regulated metals and radionuclides.

28

Q.    Okay, besides testing the fluoridation chemicals for regulated metals and radionuclides, has NSF done anything else under Standard 60 to ensure that fluoridation chemicals will not cause adverse health effects when added to drinking water?

A.    We have not.

Q.    And just -- I don't think I asked you this but when you say regulated metals, that would include arsenic?

A.    Correct.

Q.    That would include lead?

A.    Correct.

### i.  27:10 – 28:16

Q.    I'd like to direct your attention to the second to last sentence, which reads "NSF also requires annual testing and toxicological evaluation of each NSF-certified product."  Did I read that correctly?

Q.    (by Mr. Connett) I'm looking at the top paragraph and the second to last sentence.  And I'll read it again.  It says "NSF also requires annual testing and toxicological evaluation of each NSF-certified product."  Did I read that correctly?

A.    Yes.

Q.    So has NSF done a toxicological evaluation of fluoridation chemicals?

A.    By our definition, yes.

Q.    And what did that toxicological evaluation entail?

A.    At the time that this version of this document was prepared, the toxicology department was responsible for evaluating the test results from all fluoridation products when they were tested, so we were reviewing the results of the heavy metal and radionuclide testing.

1
2
3

Q.   So the toxicological evaluation that NSF has
conducted for fluoridation chemicals has been
limited to an evaluation of the contaminants within
the fluoridation chemicals?

4

A.   Correct.

5
6

Q.   So NSF has never done a toxicological evaluation of
fluoride itself?

7

A.   Correct.

8

### j.  40:08 – 41:06

9
10

Q.   (by Mr. Connett) And does NSF have any special
requirements for chemicals that are added to water
for medication purposes?

11

A.   No.

12
13
14

Q.   (by Mr. Connett) For example, does NSF require
larger margins of safety for chemicals that are
added for medication purposes?

15

A.   No.

16
17
18

Q.   (by Mr. Connett) Are there any chemicals besides
fluoride that are added to water for medication
purposes?

19
20

A.   The fluoridation chemicals are the only chemicals
that we certify that are not intended to treat the
water.

21
22
23

Q.   They're intended to treat people drinking the water,
right?

24
25

A.   Standard 60 does not speak to the efficacy of any of
the treatment chemicals that we certify.

26

### k.  55:03 – 56:15

27
28

Q.   (by Mr. Connett) Now, in topic 4 of the deposition
notice, we asked whether NSF International has ever

1    conducted a risk assessment of fluoride.  So let me
follow up on that now and ask you has NSF ever

2    conducted its own risk assessment of fluoride under

3    Section 4 of Annex A?

4    A.    No, we have not.

5    Q.    So NSF has never conducted a qualitative risk
assessment of fluoride, correct?

6

7    A.    Correct.

8    Q.    And NSF has never conducted a quantitative risk
assessment of fluoride, correct?

9

10    A.    Correct.

11    Q.    And as such, NSF has never attempted to identify the
key toxicology studies, correct?

12

13    A.    Correct.

14    Q.    And NSF has ever attempted to identify the critical
effect of fluoride toxicity, correct?

15

16    A.    Correct.

17    Q.    And NSF has never attempted to determine what
exposures there are to fluoride outside of water,

18    correct?

19

20    A.    We're aware of the other sources of exposure of
fluoride as we need to and have that information to

21    derive our criteria that we use for testing and
certification of products.

22

23    Q.    Has NSF ever attempted to independently determine
how much fluoride people are receiving from other

24    sources besides the water?

25    A.    No.

26    Q.    And NSF has made no attempt to identify what

27    uncertainty factors should be applied to the
reference dose of fluoride, correct?

28

1  A.    Correct.

2  Q.    NSF has made no attempt to determine whether there
3        are research gaps in the scientific literature that
       justify uncertainty factors, correct?

4
   A.    Correct.
5                        **l.  58:23 – 60:22**

6  Q.    (by Mr. Connett) So moving on, this is a case here
7        that is focusing on the neurotoxic properties of
       fluoride chemicals, so as set forth in our Notice,
8        we are interested to learn what, if anything, NSF
       knows about the neurotoxicity of fluoride.  And
9        before asking you about that, I'd like to refer you
10       to page 5 of Standard 60.  And you see on page 5
       there is a list of items that the manufacturer of a
11       water treatment chemical must submit to the NSF
       during the certification process?
12

13 A.    Yes.

14 Q.    And the last item identified says "when required by
15       Annex A, a list of published and unpublished
       toxicological studies relevant to the treatment
16       chemical and the chemicals and impurities present in
       the treatment chemical."  Did I read that correctly?
17

18 A.    Yes.

19 Q.    Has -- and I'm now referring here to topics 5 and 6
20       of the deposition notice.  Has NSF ever received any
       toxicological studies from manufacturers of
21       fluoridation chemicals with respect to the toxicity
       of fluoride?
22

23 A.    In my preparation for this case, I did not find any
       evidence that manufacturers have submitted data of
24       any kind for the fluoridation chemicals.

25 Q.    So it's fair to say then that NSF has never received
26       any toxicological studies from manufacturers on the
       neurotoxicity of fluoride, correct?
27

28 A.    Not that I could find.

Q.   And is it fair to say that NSF has never received
any toxicological studies from manufacturers on the
effects of fluoride on the thyroid gland?

A.   Not that I could find.

Q.   And can you -- we didn't discuss this earlier but
can you describe for me what you did to identify if
any toxicological studies had been provided to NSF
on fluoride?

A.   We maintain a file room.  File room contains our
documentation for all the formulary reviews ahead of
moving to an electronic system as well as folders on
the chemicals that we have evaluated and sometimes
folders on things that we haven't evaluated.  We
also maintain a section in the file room of
manufacturer submitted information.

Q.   So you looked at both the information available in
hard copy form that NSF has, correct?

A.   Correct.

Q.   And you also reviewed what's now available in
electronic form?

A.   Correct.

**m.  61:24 – 63:11**

Q.   (by Mr. Connett) So I'm moving now to topic 7 of the
deposition notice, which reads "What NSF has done,
if anything, to determine the potential for
fluoridation chemicals to cause neurotoxic effects."
So let me ask you has NSF taken any steps to
determine the potential for fluoridation chemicals
to cause neurotoxic effects?

A.   No.

Q.   Moving on to topic number 8, which reads "NSF
International's position, if any, on whether
fluoridation chemicals can cause neurotoxic effects
and the basis for said position."  Let me ask, does
NSF have any position on whether fluoridation
chemicals can cause neurotoxic effects?

1

2

3

A.   Since we have not conducted our own risk assessment
     on the fluoridation chemicals, we do not have a
     position on whether they are able to cause
     neurotoxic effects.

4

5

6

7

8

Q.   And moving to topic 11 of the deposition notice,
     which reads "What NSF International has done, if
     anything, to determine the daily dose of fluoride
     that will not cause neurotoxic effects."  Let me ask
     you has NSF taken any steps to determine the upper
     tolerable daily dose of fluoride that will not cause
     neurotoxic effects in humans?

9

A.   We have not.

10

11

12

13

14

Q.   And moving to topic 12 of the deposition notice,
     which reads "NSF International's position, if any,
     on the daily dose of fluoride that will not cause
     neurotoxic effects and the basis for said position."
     Does the NSF have a position on what the upper
     tolerable daily dose of fluoride that will not cause
     neurotoxic effects is?

15

16

17

18

A.   Since we have not conducted risk assessments on any
     of the fluoridation chemicals, we do not have a
     position on the daily dose that would be appropriate
     to prevent or to reduce the risk for neurotoxic
     effects from fluoride exposure.

19

**n.  64:17 – 66:08**

20

21

22

23

24

25

Q.   Now, moving on to topic 13 of the deposition notice,
     which reads "What NSF International has done, if
     anything, to determine the daily dose of fluoride
     that will not cause neurotoxic effects among
     susceptible subsets of the population", has NSF
     taken any steps to determine the daily dose of
     fluoride that will not cause neurotoxic effects
     among susceptible subsets of the population?

26

A.   No.

27

28

Q.   And just for the clarity of the record, I'd like to
     refer you to page 2 of the deposition notice which
     defines susceptible subsets.  You see there the

1    definition of susceptible subsets includes fetuses,
     you see that?

2
3    A.    Yes.

4    Q.    And infants?

5    A.    Yes.

6    Q.    And pre-adolescent children?

7    A.    Yes.

8
9    Q.    And the elderly?

10   A.    Yes.

11   Q.    And individuals with nutrient deficiencies?

12   A.    Yes.

13   Q.    Which includes deficiencies of iodine?

14
15   A.    Yes.

16   Q.    And deficiencies of calcium?

17   A.    Yes.

18   Q.    As well as individuals with kidney disease?

19
20   A.    Yes.

21   Q.    And individuals with diabetes?

22   A.    Yes.

23   Q.    You'd agree with me that there's many people in the
24         population that would satisfy one or more of those
           conditions, correct?

25
26   A.    Yes.

27   Q.    (by Mr. Connett) And does NSF have any position on
           what the upper tolerable intake of fluoride is that
28         will not cause neurotoxic effects among any of these

susceptible subsets of the population?

A.    We do not.

5.      **JULIE SIMMS Counter Designations:**

**a.  41:23 – 42:18**

A.    mean, in some cases, like the doctor saying have you
thought about red wine, but yes, it's also
self-reporting.  I reported I got headaches from my
wine.  She said maybe you shouldn't drink it.  It
might trigger your headaches or is triggering
headaches, yes.
In fact, when I got to fluoride
elimination or avoidance and I started to change my
drinking water to start, and I went to see her and I
was kind of gushing about how excited I was, oh, my
God, my daily headaches are gone, when I get a
headache, they're so much less painful and I thought
that this is the thing, and she said oh, okay, so
fluoride is a trigger.
And I thought well, yeah, that's the
trigger, that's right.  And it was a little bit of a
sadness in that I know that I have other triggers.  I
am a person who has migraines.  I have since I was
14.  So these things are all triggers that now that I
know about and I can avoid them, my quality of life
has vastly improved.

**b.  49:098 – 49:23**

Q.    So you believe that, I understand you
believe that, but you have no medical evidence or
ability to isolate fluoride as the thing that's
causing headaches for you?

A.    My medical doctor, Dr. Davison, agreed
with my belief -- well, she agreed with my reporting
of fluoride, water fluoridation chemicals causing
migraines as she noted when I saw her at the next
visit, that my migraines were good and gone enough
that I was no longer taking any medication.  So I
don't take any headache medication after many, many
years of taking meds.  So I believe she believed also
that I had found a remedy in fluoride.  So I don't
know if that answered your question.

**c.  102:12 – 104:25**

Q.    I'm going to hand you a document,

1       Julie, that I'll mark as Plaintiffs Exhibit-60.  This
        is your declaration, correct?
2
3   A.  Correct.

4   Q.  And I'd like to draw your attention to
        page 3, the top of the page, which is part of
5       paragraph 10.

6   A.  Yes.

7   Q.  And in the first line there, you refer
8       to having low grade daily migraines?

9   A.  Yes.

10  Q.  And this was during the time frame of
11      2002 to 2013?

12  A.  That's correct.

13  Q.  And you -- now, if you look at
14      paragraph 13 on line 17, you talk about the daily
        headaches.  Do you see that?
15
16  A.  Yes.

17  Q.  Do you use those two terms
18      interchangeably, low grade daily migraines and daily
        headaches?
19
20  A.  Yes.

21  Q.  And you also talk about, you refer in
        the declaration to migraines.  Sometimes you say
22      severe migraines.  How would you differentiate for us
        what you call the daily headache versus the migraine?
23
24  A.  Okay.  For me, the daily headaches were
        head pain.  And then what was escalating a few times
25      a month was like that low grade headache might
        escalate and become what we'll call a migraine that
26      included not only a much, much higher level of pain,
        but also other symptoms like nausea, dizziness,
27      vomiting, fatigue, light sensitivity, things of that
28      nature.

Q.   Now, in paragraph 10 you talk about in
     the 2002 to 2013 time frame, your headaches would
     flare up to a pain level of 9 to 10 several times
     each month; is that correct?

A.   Correct.

Q.   When it would flare up to the level of
     9 to 10, is that what you would call a migraine?

A.   Yes.

Q.   So why do you sometimes call the daily
     headaches low grade daily migraines?

A.   My understanding is that once you're
     diagnosed with migraines, that's what your headaches
     are.  They're migraine headaches, not cluster
     headaches.  So I do use them interchangeably because
     I think migraine headache, and that was just
     something I can recall my doctor saying, that you
     don't just get a general headache.  You're getting
     migraines.
     So I think as the migraine would go
     from a low level to severe, then all those migraine
     symptoms would increase as well.  But yeah, I do use
     them fairly interchangeably in the document.

Q.   Would it be fair to say that you would
     generally refer to the low grade daily migraines as
     daily headaches?

A.   Yes.

Q.   Would that be, when speaking with the
     doctor, for example, would you refer to the low grade
     daily migraines as daily headaches?

A.   Yes.

### d.  105:09 – 106:20

MR. CONNETT:      I'm going to mark this as
                  Plaintiffs Exhibit-61.
                   (Plaintiffs Exhibit-61 marked.)

1  Q.   First, can you just describe what this
2       document is?

3  A.   These are the chart notes from my
4       physician, Lisa Davison, dated August 1st, 2012.

5  Q.   Okay, and I see that at the top of the
       page, one of your chief complaints is listed as
6       migraine?

7  A.   Correct.
8
   Q.   Now, I'd like to direct your attention
9       to the third paragraph under the section titled
10      History of Present Illness.

11 A.   Yes.

12 Q.   And it talks -- it says here that you
13      are getting migraines about every one to two months
       at that time?
14
15 A.   Yes, and that was the big bad, you
       know, five to ten-day migraines, correct.
16
   Q.   So that would be the migraine that
17      would have -- you had talked about earlier sometimes
18      your headache would flare to up to the level of 9 to
       10?
19
20 A.   Yes.

21 Q.   That would be what you're referring to
       here?
22 A.   Yes, yes.

23 Q.   And then later in the paragraph it
24      talks about more minor headaches in between?

25 A.   Correct.

26 Q.   Is that the daily headaches?

27 A.   Yes, yes.
28

1   Q.   Would those be, those are the daily
2        headaches that you sometimes refer to as low grade
         daily migraines, right?

3   A.   Yes.

### e.  108:15 – 111:21

4

5   Q.   Julie, I'm going to hand you what I'll
6        mark as Plaintiffs Exhibit-62, which I just smudged
         so I'll start again.
7         (Plaintiffs Exhibit-62 marked.)

8   Q.   Julie, I'm handing you Plaintiffs
9        Exhibit-62.  After you've had a chance to look at it,
         can you tell me what this document is?

10  A.   Yes, this is a letter dated July 7,
11       2009 from Dr. Joel Konikow, pain management
         specialist and medical doctor, and it's to my current
12       chiropractor, Michael Bourbonnais.  He was my
13       chiropractor at that time.  And then he also copied
         the letter to Lisa Davison, my physician, and then he
14       wrote up my entire list and that's what this is.

15  Q.   Now, I'm looking here at the second
16       paragraph on the first page, and about the third
         sentence down talks about you having intermittent
17       bouts of pain one to three times per month lasting
18       one to six days each.  Do you see that?

19  A.   Yes.

20  Q.   Were those intermittent bouts of pain
21       one to three times a month, would that be what you
         were referring to earlier as the migraines?

22  A.   Yes.
23

24  Q.   Those would be the flareups of the 9 to
         10 in terms of the pain level?
25

26  A.   Yes.

27  Q.   And a few sentences down, Dr. Konikow
         says that, "Most of the time Julie feels a 'dull
28       ache' with a pain severity of 2 to 10 on a visual

numeric scale."
Did I read that correctly?

A.   Yes.

Q.   Would that dull ache be what you've
been referring to as your daily headaches?

A.   Yes.

Q.   Now, the next two paragraphs,
Dr. Konikow is talking about certain medications that
you had taken or were taking?

A.   Yeah, these were in this paragraph,
those were the medications that were more current.  I
think in the next paragraph he talks about previous
or other tried medications, but at this time, this is
what I had been currently taking.

Q.   I see the first sentence of the third
paragraph he writes, "Julie currently takes
nortriptyline 75 milligrams for headache prevention
with questionable efficacy."
Did I read that correctly?

A.   Yes.

Q.   And is that consistent with your
recollection?

A.   Yes.
Q.   So you experimented it appears with a
number of different pharmaceuticals for headaches and
migraines?

A.   Yes.

Q.   And did any of them provide you
sustaining significant relief from your symptoms?

A.   No.  Sometimes short-term relief.
Sometimes when I took Imitrex or Relpax ahead of a
big headache, it would keep the headache from
escalating, but I got where I was in pain so much of
the time it was hard to know when the big headache

1  was coming be on.  And these medications are not
2  designed to take daily or I believe even at that time
   he said, you know, no more than six times a month
3  should I be using Imitrex or Relpax types of
   medication.

4  Q.   Now, you stopped drinking fluoridated
5       water in the early part of 2013, correct?

6  A.   Yes.

7  Q.   Have you ever since that time taken
8       medications to treat your headaches or migraines?

9  A.   I have not.

10 Q.   At this present time today, are you
11      taking any medication to prevent or treat headaches
       or migraines?
12

13 A.   No, I'm not.

14 Q.   Are you going to any doctor to treat
15      your headaches or migraines?

16 A.   I am not.

17                    **f.  112:16 – 114:08**

18 Q.   Julie, I'm going to hand you what I've
19      marked as Plaintiffs Exhibit-63.
        (Plaintiffs Exhibit-63 marked.)
20

21 A.   Okay.
22

   Q.   Can you tell us what this document is?
23

24 A.   So these are the annual medical
        check-up chart notes from Dr. Lisa Davison dated
25      April 26, 2016.

26 Q.   And just for the record, you're no
       longer a patient of Dr. Davison; is that correct?
27

28 A.   That is correct.

1   Q.   I see on the second page, there is a
         list of current medications?

2

3   A.   Yes.

4   Q.   And it lists iron, multivitamin,
         vitamin D3?

5

6   A.   Yes, that's accurate.

7   Q.   Do you take any of those medications
         for the purposes of preventing or treating headaches
         or migraines?

8

9   A.   No.

10  Q.   If you could turn to the last page of
         the document.

11

12  A.   Okay.

13  Q.   You see a section there entitled
         Problems?

14

15  A.   Yes.

16

17  Q.   I guess it lists some problems you were
         having at that time; is that correct?

18

19  A.   Yes, that is right.

20  Q.   Migraine is the last item there,
         correct?

21

22  A.   On this problem list?  I see migraine
         as the second item.  Oh, yes, I see it down here
23       under resolved.  She has it under problems, and then
         but under resolved, she lists migraines as well.

24

25  Q.   Do you know what the doctor meant when
         she says migraine resolved?

26

27  A.   I believe this is because the daily
         headaches were resolved, but I am still prone to
28       triggering migraines through the other triggers, is

1

that I have.

**g. 114:12 – 116:04**

2

Q.    But are the migraines that you
experience of the same -- how would you describe the
difference with the migraines that you experience
today versus the migraines that you were experiencing
before you stopped your exposure to fluoridated
water?

3

4

5

6

7

A.    When I had -- when I experienced
headaches prior to 2013, not only was there sort of
this oppressive, always-present pain or
present-almost-every-day pain, but when I did get
headaches or the big -- sorry, the big migraines that
would escalate, the pain and the severity was worse.
So, yeah, it's hard to explain how the
pain had a different way of feeling.  It wasn't sort
of a dull throb or pulsing.  It would be like these
massive stabbing pains.  And then there would be the
daily things.
So since then, I can still get a
headache from one of my other triggers.  For example,
last -- about a month ago I was having a stressful
work week.  I was having trouble sleeping.  I got a
headache.  I was grumpy and I had a dull pain, but
headache only lasted a day and a half.  The migraine
only lasted that long, and I was able to feel better
with an ice pack or something simple.
So it's like the migraines of the past
were in a different league.  They were so much more
painful or they were more often.  Since removing
water with fluoride, I can actually go many months
without a headache, and for most of my adult life,
that was untrue.  I was having them on a very regular
basis until I stopped water fluoride.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Q.    Do you have daily headaches today?

24

A.    I do not.

25

Q.    Have you had daily headaches at any
period since stopping your consummation of
fluoridated water?

26

27

28

A.    No.

Q.    Is that one of the reasons why you no
      longer take medication for headaches?

A.    Yes.

6.      **AUDREY ADAMS Counter Designations:**

a.   **51:20 – 53:24**

Q.   Do you know what causes his reaction,
     has it ever been diagnosed?

A.   He's unfortunately my son.  The nut
     doesn't fall too far from the tree as far as chemical
     sensitivity.  I'm chemically sensitive, but a lot
     less than he is.  I've had genetic testing done on
     him and myself as well, and I don't understand the
     implications of all of that, but I do know that our
     testing has shown genetic defects or variance in
     genes that are responsible for detoxification.  So we
     don't get rid of stuff as efficiently as quickly as
     other people, and the letter from Kyle's doctors
     refers to that.

Q.   Is that the MTHFR --

A.   MTHFR is just one of them, but yes,
     it's one of them.  There are others.

Q.   There are others that Kyle suffers
     from?

A.   No, there are other genes that are
     involved in detoxification.  There's many different
     genes that might be, but that's the one that is most
     looked at right now.

Q.   For Kyle specifically or --

A.   For a lot -- there's a number of us
     that have the MTHFR genetic variant.

Q.   But Kyle we know has that; is that
     right?

A.   Right.

Q.   And that genetic variant we know causes
     hypersensitivity to chemicals and things like that?

Q.   In your experience with Kyle, is that

1    correct?

2    A.    Well, again, that's drawing a line from
3          one thing to the next, and I don't know that it's
          that simple.  I suspect that there are multiple other
4          things that are involved.  You know, is it one thing?
          No.  Is autism caused by one thing?  Heavens, no.
5

6    Q.    Have you ever been given any indication
          of what caused Kyle's autism?
7

8    A.    Have I been given any indication?
          That's a huge question.  Do we want to go down that
9          road?  That's a huge question for any parent with a
          child of autism.  How do we know?  I don't know.
10         I do know that I was exposed to way too
          much mercury.  Based on what I know about my ability
11         to get rid of mercury now, he was exposed to way too
          much mercury while I was pregnant with him.  So that
12         would have set him up for, you know, some, definitely
          some potential neurodevelopmental harm.  I mean, what
13         causes autism?  I mean, that's a huge question.

14                        **b.  54:17 – 55:03**

15

16   A.    measles from the MMR shot 10 days after, and got
          very, very ill from it and then didn't get well.
17         But -- so the symptoms of autism, I was not aware of
          any symptoms that were unusual developmentally even
18         though I, you know, I used to keep a baby journal for
          both of my kids, and he seemed to be doing just what
19         my daughter was doing.
          And then so getting the measles, you
20         know, the trigger of, you know, the gun that was
          already pointed, who is to say, but I could never
21         know what, you know, all of the different factors
          added together.
22

23

24

25

26

27

28

B.      *EPA's Designations:*

       1.      **Donohue Deposition:**

                **a.   15:19 – 16:8**

Q.   So if there's someone at EPA and
     they have a question about fluoride's health
     effects, they might come to you and ask you
     questions about that.  Would that be fair to
     say?

A.   It would depend on the context of
     what the chemical was.

Q.   But with fluoride, you would
     basically by the main go-to person on the
     health aspects of fluoride exposure?

A.   You're going to have to rephrase
     that question and be very specific about which
     part of fluoride because, remember, fluoride
     is in a lot of molecules.

                **b.   19:9-16**

Q.   Now, one thing I want to clarify,
     and you've probably been told this, but I want
     to focus today about your own individual
     assessment of things.· And I know EPA has its
     official positions on certain matters but
     today we're talking about your own individual
     views; does that make sense?

A.   Yes.

                **c.   89:10-22**

Q.   And –

MS. CARFORA: Did you have more?
     Did you finish your answer there? You just
     ended with the word "that."

A.   That's just one of the areas where
     there were new data, including the Varner
     paper, several other papers. So we -- in what
     we charged the NRC to do, we didn't tell them
     to just restrict themselves to dental
     fluorosis and skeletal fluorosis.· The charge

1  to the National Research Council is broader
2  than that. So Michael is correct.

**d.  39:21 – 41:5**

3  Q.    Yes, the study -- and we can take a
4  break right after this question, okay, if you
   like. But the study that Dr. Jensen was a
5  coauthor of found adverse neurological effects
   from low levels of fluoride in the water of
6  rats, correct?

7
8  A.    I know the study and I know the
   study well, and I know the way you phrased the
9  question doesn't -- isn't really the key
   finding from that study, that it was fluoride
10  from the water that caused the effect.

11  BY MR. CONNETT:
12  Q.    What -- if it wasn't fluoride, what
        was it?

13
14  A.    Fluoride had a cation with it.

15  Q.    Aluminum, right?

16  A.    Correct.

17  Q.    So the study found that aluminum
18  fluoride caused adverse neurotoxic effects in
        rats?

19
20  A.    No.  It found fluoride in the brain
        of the rats and aluminum in the brain of the
21  rats.

22  Q.    And it also found adverse effects on
23  the cells in the brain, right?

24  A.    I don't know that one.

25  Q.    And it also studied -- Dr. Jensen's
        study also looked at sodium fluoride too,
26  right?

27
28  A.    I don't remember.

1   Q.   So you're not aware that Dr. Jensen
2        found that sodium fluoride by itself caused
         adverse effects on the brain?

3   A.   No, I don't remember that.

4
                    **f.   97:10 – 98:25**
5   Q.   Right. So before, I was asking you
6        whether Dr. Jensen had studied sodium fluoride
         and he –

7
8   A.   Yes, I know, but what he found -- we
         took a break then.· What he found was he found
9        aluminum in the brain in both cases.· So he
         found that when he fed the aluminum fluoride
10       and the sodium fluoride and it was attributed,
         maybe not in the paper, but since I worked
11       with Karl on this and we had a couple of
         seminars where we brought in neurotoxicologists,
12       and good neurotoxicologists, that aluminum
         fluoride isn't terribly soluble.
13

14       So if you -- like calcium fluoride,
15       they like to pair up and have low solubility
         product constants that he could not rule out,
16       whether it was the fluoride or the aluminum.

17  Q.   But he did find that the rats
18       treated with sodium fluoride had increased
         levels of aluminum in their brain, right?
19

20  A.   Correct.

21  Q.   And their conclusion was fluoride
         could act to increase the uptake of aluminum
22       into the brain, right?

23  A.   From my being there, I wouldn't say
24       necessarily that he concluded that, but again,
         I haven't read the Varner, et al., paper for a
25       while.

26       Since earlier than that I was
27       working on aluminum for the agency under a
         contract, I was writing a document on -- just
28       on aluminum, and I am also involved with the

1    aluminum, I would say that -- not that it
2    increased the uptake.· I would say it deceased
    the excess.

3    That when you form this iron pair,
4    that it then didn't leave the brain, that its
5    higher level in the brain was not because it
    increased the uptake, but when the two of them
6    met, we had an undesirable interaction.

### g.   100:24 – 101:23

7  Q.   So neurotoxicity, according to the
8       NRC, is a hazard of fluoride exposure?

9  A.   A possible hazard of fluoride
10      exposure, correct.

11  Q.   Well, they are saying -- they're not
12      even saying possible.

13  A.   I know, but I'm taking this in the
14      context of the entire document and at the time
15      I would say yes.· At the time they're saying
16      that there is a chemical explanation which
      could link them, and that's 2006.· And we're
      in 2019 and now there's more data than there
      was then.

17  Q.   Right, but based on the data that
18      they had available, NRC's conclusion is that
19      fluorides have the ability to interfere with
20      the functions of the brain, right?· That was
      their conclusion?

21  A.   That was their conclusion to have
22      direct and indirect, yes.

23  Q.   And so according to the NRC,
24      neurotoxicity is a hazard of fluoride
      exposure?

25  A.   I am going to still say potential.
26      I fully agree with that.

### h.   106:15-21

27
28  Q.   But hazard -- you would agree that
      hazard is irrespective of dose, right?

1   There's hazard and there's risk.

2   A.   I would not say hazard is
3        irrespective of dose.· I would say having that
        happen is adverse but you can't call it a
4        hazard until it actually is adverse.

5                    **i.   245:2-8**
    Q.   You would agree that a prospective
6        birth cohort study has a stronger methodology
        than a cross-sectional study, right?
7

8   A.   I'm not an epidemiologist.· I just
        look at a study and I look at its design and I
9        think we need all of them but I can't tell you
        how they classify them as epidemiologists.
10
                    **j.   248:12 – 249:3**
11  Q.   Okay.· And you see here in this --
12       going back to this paper on the birth cohort
        study from the ELEMENT cohort, if you look at
13       the results section, do you see that the
        urinary fluoride levels of the pregnant women
14       were just 0.9 parts per million?

15  A.   Yes.
16
    Q.   And you would agree that 0.9 parts
17       per million is a concentration that you would
        expect to see pregnant women in fluoridated
18       areas having, right?
19
    A.   I don't know because, you know, I
20       would have to compare it.· They do salt
        fluoridation in Mexico, don't they?
21
22  Q.   Uh-huh.
23
    A.   Yes. So I would have to have
24       population data to compare it to.
25                    **k.   277:16 – 278:12**
    Q.   Right.
26
    And so it sounds like, based on your
27  answer there, you would -- if someone asked
    you, if a pregnant woman asked you is it safe
28

1   for me to be drinking fluoridated water during
2   my pregnancy, it sounds like you could not
    provide them or cite them to any study
3   establishing the safety of fluoridated water
    during pregnancy on a baby's neurological
4   health.

5   A.   Oh, sometimes I will suggest that
         people read something. When a couple of these
6        came out, there were some good op-ed that came
         with them, and that would be something that I
7        would suggest for a woman in that case.· It's
         not making a judgment on graphs and lots of
8        data but, you know, I may not give them the
         paper. I may give them the citation.
9        Sometimes I actually send them the papers too.
10

11  Q.   Well, say you have –

12  A.   I mean, my management does. I write
13       the letters, somebody else sends them out.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.    **Phelka Deposition:**

a.   **28:17 – 29:3**

Q.   So under Standard 60 -- well, strike that. At any
       time, did NSF make a determination as to the
       permissible level or the acceptable level of
       fluoride in drinking water?

A.   We have not conducted our own assessment to
       determine the permissible level. We have derived
       our levels based on assessments conducted by other
       organizations.

Q.   And what other organizations is NSF relying upon?

A.   With respect to fluoride, we rely on the EPA MCL,
       the Health Canada MAC as well as recommendations
       from the Public Health Service and the CDC.

b.   **56:20 – 57:5**

Q.   And I'll ask this in your personal capacity as
       Director of Toxicology at NSF, not formally on
       behalf of NSF, but do you know why NSF has decided
       to not do an updated risk assessment of fluoride?

A.   We are asked by the Joint Committee to do no more
       and no less than what the standard requires. In
       doing so, we could impact our accreditation with
       ANSI. The standard requires that we utilize
       regulatory limits for regulated chemicals.

c.   **99:21 – 100:10**

Q.  I'm just curious about exactly what NSF's role is
       here in terms of I assume if I produce some kind of
       water additive and I want to sell it to
       municipalities to put in their water, I would be
       required, I think, in 98 percent of those
       municipalities to come to NSF to get my product
       certified for safety; is that accurate?

A.  There are about five different certifying bodies
       that certify products to Standard 60, so you would
       not be obligated to come to NSF although we would
       love to see you. And our role is really to evaluate
       not the safety per se but just that the products are
       not contributing chemicals or contaminants at levels

1    that exceed established criteria, whether those are
2    regulated criteria or otherwise.

**d.  105:7 – 105:17**

3    Q.   We talked a lot about the risk assessment that was
4         in Annex A and the standards that were created in
5         the risk assessment. Is it accurate to say that the
6         standard itself does not require NSF to conduct that
7         risk assessment because it's a regulated chemical,
8         because fluoride is a regulated chemical?

7    A.   Correct.

8    Q.   So in cases where you have not applied any of the
9         risk assessment standards to fluoride, it's still in
10        compliance with Standard 60?

11   A.   Correct.

3.      **Julie Simms Deposition:**

a.   **4:1 – 4:15**

JULIE SIMMS, witness herein, having been
first duly sworn on oath,
was examined and testified
as follows:

E X A M I N A T I O N
BY MS. CARFORA:

Q.   Good morning, Ms. Simms. My name is
Debra Carfora. I work for the Department of Justice
in Washington, DC, and I represent EPA and the
administrator of the EPA in the matter of
Food & Water Watch versus EPA. So we met just a
couple of minutes ago, but can you just state your
name for the record?

A.   Yeah, it's Julie Marie Simms.

b.   **4:24-5:17**

Q.   Well, I'm just going to ask you some
questions, ask you that you answer truthfully.
Unless your counsel here instructs you not to answer,
you're required to answer every question.

A.   Okay.

Q.   Do you understand?

A.   Yes.

Q.   Okay, and the court reporter here is
writing down everything we say, so you should
verbally answer all of my questions and just talk
slow and loud so that we make sure she gets
everything down.
Do you understand?

A.   Yes.

Q.   Great.

1     And have you taken any medication this
      morning that might impact your testimony here today?

2

3     A.   No.

4     Q.   Do you take medication?

5     A.   No.

6                         c.   11:15 – 12:5

7     Q.   Do you have sensitivity to chemicals?

8     A.   I believe so.

9     Q.   What do you mean by "I believe so"?

10    A.   Yes, I do have sensitivity to chemicals.

11    Q.   How do you know that?

12

13    A.   I know that when I use certain skin care
           products, I get really severe irritations, skin
14         irritation. When I breathe gasoline fumes or
           strong perfume or cologne or strong bath soap
15         products, those give me headaches as well.
           Tylenol also gives me headaches.

16

17    Q.   Have you ever been diagnosed with a chemical
           sensitivity?

18

19    MR. CONNETT:          Vague.

20    A.   No, I don't believe so.

21                         d.   25:3-17

22    Q.   Ms. Simms, without telling me what was said,
           can you tell me, did you discuss your
23         testimony with your attorney just now over the
           break?

24

25    A.   My testimony?

26    Q.   Yes.

27    A.   We chatted briefly on our way back from the
           restroom.

28

1

2

Q.   Concerning the testimony that you're giving
     right here today?

3

A.   Yes.

4

Q.   Just so you are aware, the judge's order
     prohibits that. So during the break, I'd ask you
     not to talk to your attorney about the testimony
     you're giving.

5

6

7

A.   I understand. Thank you.

8

**e.   26:7-14**

Q.   So there are other inorganic chemicals that are
     present in the water you're drinking; is that true?

9

10

A.   Yes.

11

Q.   Do you know if you are or have any
     hypersensitivity to those other chemicals?

12

13

A.   Yes, I suspect I have hypersensitivity to mercury.
     I am not aware of sensitivity to others.

14

15

**f.   31:4-15**

Q.   When you say "additional triggers," what are your
     headache triggers?

16

17

A.   My headache triggers include lack of sleep, jet
     lag, high levels of stress, too much alcohol,
     cigarette smoke, gas fumes, gas and oil fumes,
     strong smells, strong artificial scents like
     perfume and cologne, Tylenol, aged cheese.
     That's a bad one. Blue cheese is not my friend.

18

19

20

21

Q.   Do you have a stressful job?

22

23

A.   Sometimes. Not particularly, not compared to
     jobs I've had in the past, but yeah, actually my
     job is kind of stressful.

24

25

**g.   32:8 – 33:10**

Q.   What kind of allergies?

26

27

A.   I'm not entirely sure. It's a process of elimination,
     so I would say we haven't actually identified a
     specific allergy. I suspected allergies because I

28

1   was having sinus issues, but I've  never been
2   allergy-tested. I just know what foods help  me
    feel better.

3   Q.    What foods do you generally stay  away from?

4   A.    I try to stay away from wheat,  sugar, most dairy. I
5         definitely stay away from bottled drinks,
6         especially diet sodas. They also cause migraines.

7   Q.    You mentioned your sinuses. So you're under the
8         impression that your sinuses are caused  by food
          allergies?

9   A.    I was. I wasn't sure, I'll put it  that way. What we
10        think happened is, I was living in  a house in
11        about 2014 that may have had water  damage, and
          I have a mold allergy. When I moved out of  the
12        house, since then, my symptoms have greatly
          improved. I only lived in the house for a year,
13        yeah.

14  Q.    When you -- did you ever notice  any correlation
15        between your sinuses and your  migraines?

16  A.    The only correlation I noticed was  a severe head
17        cold could trigger a migraine,  but that's, you
          know, what you're socked in with,  so that's the
18        only correlation.

19                       **h.  37:5 – 41:22**
20  Q.    And what are some of the things you  do that you
          feel help you alleviate migraine  triggers?
21

22  MR. CONNETT:              What time frame are
          you talking about?
23

24  Q.    Forever.

25  MR. CONNETT:              I'll object on
          overbroad, but you can answer.
26

27  A.    The first migraine trigger I discovered was aged
          cheese. I eliminated all sorts of aged cheese. Next
28        I --

Q.   So let's start there.

A.   Sure.

Q.   How did you determine that aged cheese was a migraine trigger?

A.   I was at a French restaurant in Seattle -- sorry, in San Francisco with my family and we had a plate of cheese, and we were all enjoying all the different cheeses. And I said wow, those cheeses pack a punch. My whole mouth is numb. Isn't that interesting? And everybody said our mouths aren't numb. So that was just an ah-hah, and the next day, I had a headache.

So over the course of the next several months, this is a time when the -- there's an aged cheese walnut salad that everybody in San Francisco was serving and every time I ate that salad, I would get a headache. It doesn't take very many times to say hmm, you know, I'm going to avoid that. Because, you know, at that time I didn't have a daily headache. So when I did get a headache, I could think     what did I eat, what did I do, how many I feeling, did I get enough sleep and those kinds of things. So it's trial and error.

Q.   Okay.

A.   Yeah.

Q.   What was the next migraine trigger you discovered?

A.   The next migraine trigger I discovered was red wine, and I had     been in Spain with my dad actually and we'd been traveling around. And I got back and I was telling Dr. Davison wooh, a lot of headaches in Spain. It was a great trip, but man, I had a lot of headaches. And he said well, tell me about what you ate.

You know, we ate trout and had fresh bread and,

1
2
3

you know, probably had a lot of red wine because everybody there makes their own red wine. She said well, have you thought about maybe red wine trying to take a break?

4
5
6

So I hadn't made the connection with red wine. Made sense. So I eliminated that, and anytime that I would try later, ah, maybe I could get away with a glass, I would get a headache. So yeah.

7

Q.   What was the next migraine trigger you noticed?

8
9
10
11
12
13
14
15
16
17
18

A.   I think the next trigger I noticed was getting overheated. So, for example, if I go to the hot yoga and my face is all beet red, usually I'm going to have a headache a few hours later. I also discovered around that time if I had a deep tissue massage, I could get a headache. I thought well, it's blood flow. I don't know. Maybe the blood vessels expand or something. Because I knew that if you -- sometimes I could get headache relief from caffeine, which is a blood vessel constrictor. So I thought okay, all right, I'll avoid overheating. By that time I was working for Microsoft and was experiencing very long work days and high pressure projects, so I would occasionally get a headache from that. Head splitting, oh my God, there's so much work, I can't go home and go sit in traffic for an hour, that kind of trigger.

19
20

Q.   What other migraine trigger is the next one you discovered?

21
22
23
24
25
26
27
28

A.   I would say by now I was figuring out really heavy smells were starting to bother me more and more. I was never a big fan of strong smells, but I would start to notice, you know, Seattle had recently gone no smoking, but it was still allowed in bars. So I would notice if I went to a bar and even if I didn't drink alcohol, breathing in the cigarette smoke, I might have a migraine the next morning. So I was starting to realize there are more triggers coming in, you know, through my nose than I would have thought.

Q.   Any other migraine triggers?

A.   I'm trying to remember some other ones we talked about. Tylenol, I discovered because I would try to take it for a headache and I'd get temporary relief, and then when the headache came back the next day, it would be like much more painful. So I stopped taking all pain relievers, all over the counter. I still had a few prescription things like Imitrex. But aspirin, Motrin, Tylenol, ibuprofen, I don't take any of those. They all trigger headaches. Or they can, very likely. None of these things is like yeah, every single time. If I'm in a really good place, I might be able to tolerate a little bit more of any of those. If I suck fumes at a gas station, I'm not always going to have a headache. It seems like the concentration and how I'm doing overall play a role.

Q.   So you've never been tested for allergies, correct?

A.   Correct.

Q.   And you've been diagnosed with migraines, but you've never been officially diagnosed with any triggers for migraines?

A.   I don't know what official diagnosis means. My doctor, Dr. Davison, and doctors prior to her had noted triggers.

Q.   Based on your self-reporting?

A.   Based on my self-reporting, correct.

Q.   So all of the triggers that you've identified are based on your self-reporting?

A.   Yes. They weren't always suggested.

### i.   48:8-18

Q.   Okay. But you've never been able to isolate fluoride and know specifically that fluoride was what was specifically causing your headaches?

1
2

MR. CONNETT:               Asked and answered,
     misstates testimony, vague and ambiguous,
     argumentative too.

3
4
5
6

A.   There's no lab test. I have done everything I think
     that tells me that this is  true. There's no lab test to
     tell me that this  is true. So I can't hand you a
     document and say yes because  there is no such
     test.

**j.   49:24-50:1**

7
8

Q.   Well, you self-reported to your doctor,
     we've established that, correct?

9

A.   Yes.

10

**k.   114:9-11**

11

Q.   So you still experience  migraines today, correct?

12

A.   Correct.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.     **Audrey Adams Deposition:**

**a.  4:1-11**

AUDREY ADAMS, witness herein, having been
first duly sworn on oath,
was examined and testified
as follows:

E X A M I N A T I O N
BY MS. CARFORA:

Q.   Good morning, Ms. Adams. My name is
Debra Carfora. I work for the Department of Justice
and I represent EPA in the matter, which is
Food & Water Watch versus EPA.

**b.  5:20-6:3**

Q.   Do you take any medication today that
might affect your testimony?

A.   No.

Q.   Do you take any medication at all?

A.   I don't take any prescription drugs. I
take supplements prescribed by my naturopath.

Q.   But you're in good mental health right
Now, you can answer my questions, understand?

A.   Yes.

**c.  46:9-20**

Q.   Can you tell me when he was diagnosed?

A.   He was diagnosed with pervasive developmental
disorder at 27 months. The neurologist talked about
autism at the time and said that many would
diagnose him with autism, but he didn't want to
label him. Of course that's exactly what pervasive
developmental disorder is.

Then a psychologist at the University of
Washington like 3, 3 and a half, 4, something like
that, then she did an analysis of him and said that
Kyle's symptoms are consistent with a diagnosis of

1    autism.

2    Q.   What -- I assume medical technology in the past 33
3         years has come quite a long way. So I assume that
         some of the challenges you had 30 years ago are
4         different types of challenges than you have today. Is
         that accurate?

5                        **d.  47:5-19**

6    Q.   Does that make sense? Can you tell me some of the
         challenges that are specific to autism or specific to
7         Kyle?

8    A.   Okay.

9
     MR. CONNETT: Compound.
10

11   A.   Let's maybe focus on Kyle rather than -- because, as
         the saying goes, if you know one person with
12         autism, you know one person with autism, because
         there's such huge differences between individuals.
13

14         For Kyle, the differences in Kyle on chemicals
         versus off chemicals is profound in and of itself. So,
15         you know, what Kyle behaves like after he's had a
         chemical exposure is entirely different than, you
16         know, 10 minutes before.

17                    **e.  50:20 – 51:19**

18   Q.   You said that Kyle was also sensitive to chemicals
         in the air, right?
19

20   A.   Uh-huh.

21   Q.   What chemicals is he sensitive to?

22   A.   For example, if we're driving behind a truck that's --
23         or a car that's emitting, you know, 1 fumes, you
         know, if somebody walks past him wearing
24         perfume, that's a problem. We've had situations
         where going to his doctor's office and somebody,
25         you know, has been in that room just before him
         that was wearing some perfume or maybe it was
26         hand lotion, I don't know what, but I can smell it
         too. I just don't react as badly. And his heart rate
27         went straight up, basically it wrecked our entire
         doctor's appointment because, you know, he was in
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

extraordinary pain from that chemical, whatever it was.

I have no idea of knowing what chemical it was. I mean, we don't regulate that, so how would we know? I didn't even see the woman who was wearing it. I've never said that he's uniquely and only, you know, reactive to fluoride. He's reactive to many, many chemicals. I can't say all, because I don't know what all chemicals would be, but many, many chemicals cause him problems.

### f.   53:25 – 54:16

Q.   But there's no event, single event that happened during your pregnancy or at the time of birth that gave rise to the autism that you know of?

A.   Well, I would say that each one of the mercury exposures that I had would certainly have contributed to his susceptibility, and the mercury exposures as vaccines which they then -- and his reaction to the vaccines. And so the straw that broke the camel's back but it certainly is not the only thing, is the -- when he had his MMR. So there was many other things building up that would have led to other issues, but, you know, when it became apparent that he had symptoms that looked like what I later learned to be autism, was after the MMR.

Q.   What's an MMR?

A.    Measles mumps rubella shot.

### g.   71:23 – 72:2

Q.   But your son's hypersensitive to things, is he not?

A.   Yes.

Q.   He's hypersensitive to a lot of things?

A.   Yes.

### h.   80:7-14

Q.   Okay, and Kyle has an autoimmune disease; is that right?

1

2

3

4

A.   Yes. Well, he has antibodies to myelin basic protein and neuron filament, and that's brain matter. So although he doesn't have a technical diagnosis, if you have antibodies to brain matter, that is the definition of an autoimmune condition, but without the technical diagnosis.

### i.   82:3 to 85:2

5

Q.   Does Kyle have food allergies?

6

7

A.   Yes.

8

Q.   How do you know that Kyle has food allergies?

9

A.   Tests.

10

Q.   Medical tests?

11

12

A.   Yes.

13

Q.   What food allergies does he have?

14

15

16

17

A.   Well, so there's medical testing and also his actual reactions to foods, so there's a combination of. So what? There's already a list, there's a whole bunch of them. I wouldn't say that list is all inclusive, because we learn things, new things every day, but do you want me to start listing them all off?

18

19

Q.   Sure. Some of the things you know, that you are medically aware of that he has a allergy to.

20

21

22

A.   So -- and also let's be clear, there's allergies versus sensitivities, and allergies being those things where the immune system is reacting. And so for example, I have an allergy to cilantro and I get hives all over the side of my face. That's an immune reaction.

23

24

25

26

27

Kyle has sensitivities, but it also shows up in reports, which I don't understand them all, but shows up, is it an IGG or -- or IGA panel or something, that is a blood test that is looking at his blood, you know, antibodies that it has to certain foods. So I can't tell you which one is which. I'm just not a medical doctor. That's not my forte.

28

1   But anyway, so yes, he has to avoid gluten. He's not
2   a celiac. We did test for that. But he's not celiac, but
    it did show up as a sensitivity on the test and he also
3   reacted by spaciness. Milk also showed up on the
    test and he gets diarrhea from milk among other
4   things as well,spaciness. Eggs showed up on the test
    and he doesn't like eggs, they don't feel good.
5
    (Discussion off the record.)
6
7   MS. CARFORA:      We are on the record.

8   Q.    We were talking about –

9   A.    Food allergies.

10  Q.     -- food allergies, thank you.
11
12  A.    Allergy and sensitivity. I don't claim there's a clear
          line between those two.
13
14  Q.    Between what two?

15  A.    Between allergies and sensitivities because they
          appear on both sides.
16
17        Anyway, so nightshade, the whole categories of
          nightshades.
18
19  Q.    Nightshades?

20  A.    Nightshades, N-I-G-H-T-S-H-A-D-E-S,
          nightshades.
21
22  Q.    What are nightshades?
23  A.    Category of foods that include tomatoes and
          potatoes, eggplants, bell peppers.
24
25  Q.    Do you spend a lot of time avoiding those foods?
26  MR. CONNETT: Vague and ambiguous.
27  A.    But yes, it takes me a lot of time to shop for him
          and for me and for my husband. We all have food
28        issues. So yeah, and I cook all the time and I use

organic foods as much as humanly possible. Yes, I spend my life reading labels.

The other thing that's really, really important on that food list is all of the artificial preservatives, colors additives, all of those, you know, avoid and that's why, you know, pretty much, you know, everything that he eats is coming, you know, is very carefully picked out at, you know,
places like PCC Market or Whole Foods or the organic parts of Costco, so I'm very careful about what he eats.

### j.   87:16-25

Q.   Have you ever had Kyle medically tested for sensitivity for fluoride?

A.   I don't know if there is a test. You tell me. If there is a test that doesn't involve pain to him, I would love to know about it.

Q.   So have you ever had Kyle medically tested for sensitivity to fluoride?

A.   No, because I don't think one exists. If I knew that one existed that didn't cause him pain, I would definitely do it.

### k.   97:22 to 98:10

Q.   Is it important to you to limit Kyle's exposure to chemicals that are neurotoxins?

A.   Oh, God, yes. I mean, I do my darnedest to protect him from lead too, by the way, and arsenic, but fortunately they don't purposely add lead and arsenic to the water supply. And yes, for Kyle, there's many sources, possible sources of neurotoxicants. This is the only one that's specifically added to the water supply. For somebody's teeth? Not for my son's teeth.

My son's brain is so much more important and his well-being and his lack of pain is so much more important than even his teeth. It's just not fair.

### l.   104:16 to 105:3

1

Q.   Okay. So that would be an expense you intend to
      continue paying to protect Kyle?

2

3

A.   Yes.

4          And of course the shower filter, and if I could find
           one that -- so we wouldn't have to time the showers
5          and so there wouldn't be a problem with monitoring
           the water pressure and so that I wouldn't have to
6          monitor the temperature of the water, and maybe if
           somebody would please develop one that didn't take
7          so much of my time and my husband's to monitor,
           then it might make it more possible for him to be
8          placed out of our home so that it wouldn't take so
           much time.
9

10                         **m. 112:7-17**

11   [Q.]  Do you see that this mentions developmental
           neurotoxicity? What do you understand
12         developmental neurotoxicity to mean?

13   A.   It means it harms the developing brain.

14

15   Q.   I just want to be clear. There's no claim as part of
           this lawsuit that you or Kyle suffered
16         developmental neurotoxicity from exposure to
           fluoride, is there?

17

18   A.   I have no evidence of such. That doesn't mean there
           isn't, but I have no evidence as such.

19                      **n.   117:13 – 118:21**

20   Q.   Okay, so how do you tell the difference from a
           headache and pains to the extremities?
21

22   A.   Usually I'm talking about pain, I am talking about --
           well, where he usually points to his pain is
23         (indicating), the back of his neck. You know, like
           from here down (indicating). So it's this area,
24         (indicating), that's where he points. I'm not him so I
           can't tell you what it feels like, but – so is that --
25

26   Q.   Because in your declaration, you mention that he
           experiences pain to the extremities.
27

28   A.   Yes.

1  Q.  But now you're testifying to something different, is
2      that he has headaches?

3  A.  Well, first of all, you know, that's historical.

4  Q.  What's historical?

5
6  A.   The pain to his extremities. Yeah, he had profound
       pain in his extremities and his head and his body,
7      but the extremities was -- from all of the changes
       that we've made, including, you know, taking him
8      off of fluoride drinking water and -- but there's
       many other things we've done. I mean, fluoride is
9      just a piece of my life, piece of his life, too.

10
       So there's been many other interventions, you know,
11     that affect his overall health and his overall pain.
       And we've mentioned things like -- I lost my train
12     of thought. It just went out of my drain -- brain. I
       think I'm getting tired.
13

14     The pain in his hands, I couldn't say it's totally
       gone, but it's vastly diminished from where it was,
15     you know, years ago when he was -- before I took
       him off of fluoridated water.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

### 5. **CDC Deposition**

#### a. **98:21-23**

Q.   Do you have an understanding as to what this
document is?

A.   I'm unfamiliar with this document.

#### b. **113:12 – 114:6**

(Exhibit 43 was marked for identification.)

Q.   (By Mr. Connett)  And you will notice in this
document that there are some highlights. Those are
highlights that I have added to the document.

A.   Okay.

Q.   Is this the same document that you've been talking
about, these objections?

A.   It appears to be the same document. Without a side-
by-side comparison, I can't say for certain.

Q.   And I'll represent that this is the document I
received from counsel in this case.

A.   Okay.

Q.   But as you look at it, it generally looks
like the document you recall?

A.   Yes, generally it looks that way.

Q.   Okay.  So I see the date on here is
October 11th, 2018, right?

A.   Correct.

#### c. **125:18 – 126:5**

Q.   -- at the bottom of Page 222?  This Page 223
provides NRC's recommendations as to the research
that should be done on fluoride neurotoxicity.

A.   Okay.  I understand now.  Thank you.

1   Q.   And would you agree with that statement?

2   A.   Let me read it.  Would it be possible to?

3   Q.   Yes, please.  Take your time.

4   A.   Okay. This goes to my earlier point about CDC and
5        the federal panel accepting the NRC's findings as it
6        relates to the potential hazard of fluoride. Not clear
7        to me that they were also agreeing with the
         recommendations.

### d.  137:16-25
8   MR. DO:    For the sake of time, let me just make a
9        standing objection so we don't have to go through
10       this again and again.  To the extent you're asking
         him whether or not you're accurately reading from
11       this report, objection with regards to foundation,
12       document speaks for itself, and to the extent it asks
         for expert testimony.

13  MR. CONNETT:   And I'll give you a standing
14       objection on that.

### e.  199:23 – 201:3
15  MR. CONNETT:   This is in the CDC's position --
16
17  MR. DO:    Okay.

18  MR. CONNETT:    -- with respect to Topic  No. 9.

19  MR. DO:    Again, object with regards to foundation.
20       The document speaks for itself.

21  MR. CONNETT:  The question is does CDC agree with
22       that statement.

23  MR. DO:    That statement.

24  Q.   (By Mr. Connett)  Does CDC agree with
25       that?

26  A.  I am not able to say that I agree with it,
         not having reviewed this publication before.  And
27       that sentence actually I find very confusing.  So I
         would have to break it down to give you a definite
28       answer.

1   Q.   (By Mr. Connett)  Does CDC agree that even
2        at fluoride levels of 1000 ppm in the outer few
3        micrometers of enamel, there is no measurable
        benefit against acid-induced dissolution?

4   MR. DO:     Same objections.
5

6   THE WITNESS:  I'm not able to answer with
7        certainty on that.

8   Q.   (By Mr. Connett)  You see the second
9        highlighted portion on that page?

10   A.  Yes.

11  Q.   Do you see it says:  "The fluoride incorporated
12       developmentally into the normal tooth mineral is
13       insufficient to have a measurable effect on acid
         solubility"?  Did I read that correctly?

14  A.   Yes.

15  Q.   Does CDC agree with that position?

16                   **f.   201:5-10**

17  THE WITNESS:    I don't believe we do. I think we've --
18       our position is that the predominant benefit of
19       fluoride is topical and there is some benefit taken
         systemically. So that comment would be
20       inconsistent with our position.

                     **g.   203:9-20**

21  Q.   (By Mr. Connett)  Okay.  So if I was to ask CDC
22       if the systemic benefit constitutes more than
23       percent of the overall benefit to teeth, would CDC
         be guessing in answering that question?

24  MR. DO:    Objection with regards to the
25       characterization of guessing.

26  THE WITNESS:    I'm not in a position to comment.
27       I'm unfamiliar with this part of the literature.  And
         I know our position is that predominantly it's
         topical in its benefit, and our position is also that
28       there are systemic benefits.

### h. 203:25 – 204:2

Q.    And pre-eruptive benefits is the systemic benefit, right?

A.    I would say so, yes.

### i. 208:4-9

Q.    So what age? What age typically would the teeth finish their development in a child?

A.    I am not able to answer that not having a dental scientific background.

Q.    Okay. But it would be -- okay.

A.    I think it depends on the tooth.

### j. 209:5-13

Q.    (By Mr. Connett) Well, here, you know, the statement here that CDC has provided in this draft declaration is "fluoride also has a systemic effect, strengthening teeth as they are developing," right?

A.    Uh-huh.

Q.    So CDC's own statement here reflects CDC's position that the systemic effect occurs while the teeth are developing, right?

A.    Correct.

### k. 223:20 – 224:6

[Q.]    The CDC is not aware of any evidence demonstrating that consumption of fluoridated water during the first six months of age provides any benefit to the teeth?

A.    Okay. That sounds to me altogether different than the prior two questions. We haven't studied it because that's not consistent with infant feeding recommendations. Exclusively breast-fed is what we -- exclusive breast-feeding or bottle-feeding for the first six months is the recommendations we support, and they're made by a number of organizations.

**l.   228:6-8**

Q.      (By Mr. Connett) Is fluoride ingestion during the
          first six months of life the right time to use
          fluoride for the prevention of dental decay?

**m.   228:11 to 229:6**

THE WITNESS:    I would say it's been answered in
          other questions. We believe our position is that
          predominantly fluoride benefits topically. There is
          some systemic benefit. So by translation, it is the
          right time.

Q.      (By Mr. Connett) It's the right time to provide --
          now, earlier you testified that CDC is not aware of
          any evidence to demonstrate benefits from
          fluoridated water consumption during the first six
          months of life, correct?

A.      I'm not recalling it exactly like that. You know,
          getting late in the day also, it's – we don't have an
          official position about intake of water for 0 to 6
          months because it's not consistent with the infant
          feeding practice's recommendations of exclusive
          breast-feeding.

Q.      Okay. So CDC does not contend that
          supplementing an infant's diet with fluoride
          during the first six months of life is the right time
          to provide fluoride for caries preventive purposes,
          correct?

**n.   230:4 to 230:20**

Q.      Okay. So is the consumption of
          fluoridated water in infant formula during the first
          six months of life the right amount of fluoride for a
          baby to receive?

          MR. DO: Objection with regards to "right
          amount" being vague, confusing.

          THE WITNESS: Yes.

          MR. DO: Form.

          THE WITNESS: That's a different question.

1           If you're talking about fluoridated water used to
2           mix infant formula, that's -- I didn't understand
3           that you were asking about that. We have a
4           position. We understand that mixing formula
5           exclusively with fluoridated water could lead to
           mild fluorosis, and we have a recommendation that
           at other times or at other times bottled water
           without fluoride be used to mitigate the risk.

### o.   235:16 to 236:15

Q.    So I'll read that sentence. "If one can now use the facts available today to identify the predominant mechanism of action, the most beneficial and cost-effective way of using fluoride to combat dental caries can be chosen without the risk of physiologically saturating the environment with fluoride."· Did I read that correctly?

A.    Yes.

Q.    Does CDC agree with that statement?

A.    I would say no. It's not consistent with findings we've reported.

Q.    And how is it not consistent?

A.    Well, the difference of comparing studies we've reported or cited, comparing the benefits of community water fluoridation versus on caries reduction with communities that aren't supported, all other things being equal, there's a 25 percent difference in the amount of caries. So that to CDC argues to the benefit of continuing community water fluoridation in light of the fact that there are other ways in which people are getting fluoride in their --fluoride exposure, and that's a substantial difference between -- all other things being equal, it's a big difference between communities with fluoridation and without on the amount of caries reported.

### p.   264:15-19

Q.    Can I ask you to go back a little bit just to confirm your background.· Are you a toxicologist?

A.    No, I am not.

Q.     Are you an epidemiologist?

A.     No, I am not.

### q.  265:6-25

[Q.]   How does CDC go about changing its position on
       certain topics including, for example, the ones
       noticed for today's deposition?

MR. CONNETT:  Overbroad.

THE WITNESS:   How would we go about changing
       position? It would be very deliberate process,
       combining -- looking at updated data, research,
       publications, studies, the like, and trying to
       understand the weight of that evidence in light of
       what a previous position was.

Q.     (By Mr. Do) And who does that reviewing of -- is
       it fair to say reviews the scientific body of
       evidence?

A.     Correct.

Q.     Who does that review?

A.     It can happen in a number of different ways. For
       example, the updated fluoride recommendations
       from 2015, the Department asked to appoint an
       intergovernmental work group, interagency,
       interdepartmental, and appointed 27 people to
       oversee.

### r.  266:1-2, 5-11

[Q.] -- the review on possibly reducing the level of
fluoride recommended to be added to water.

Q.  Let me rephrase that. How much staff do you have
in your division?

A.  We are authorized to have up to 22 FTEs.

Q.  Now, is it possible that a staff member may have
reviewed a study that you would be unaware of?

A. It is possible.

**s.   269:6-19**

Q.  All right. I think you can put that aside. If you
could, bring up Exhibit 52.

A.  A draft declaration?

Q.  Yes.

A.  Uh-huh.

Q.  Have you reviewed this document?

A.  I have.

Q.  Okay. Do you stand by the -- do these statements in
this document represent EPA's – excuse me. Do the
enumerated paragraphs in this draft declaration
accurately present CDC's positions on these eight
topics?

A.  Yes, they do.

**t.   276:21 – 277:15**

Q.  And let me refer you to Exhibit 43.

A.  Okay.

Q.  Specifically Page 7.

A.  Yes.

Q.  Earlier you mentioned if I heard you correctly that
you could not recall perhaps a study with regard to
supporting the first sentence of Paragraph 8 of the
prior declaration, correct?

A.  Correct.

Q.  Does reviewing as written here on Topic 13 refresh
your memory?

A.  Give me a –

Q.  Take your time.

A.  Okay. Yeah, it helps. We provide a link that says
that our basis for the position can be found at

1    fluoridation/basics at the bottom of the paragraph.
2    So that does help.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   **III.   Joint Memorandum:**

2   <u>**Plaintiffs' Written Discovery Designation No. 5:**</u>

3   <u>EPA's Objection</u>: EPA objects to Plaintiffs' Written Discovery Designation No. 5

4   (Interrogatory No. 2) pursuant to Federal Rule of Evidence 402 and 403. The assessments

5   of chemicals beyond the chemical substances at issue in the Plaintiffs' Complaint, which

6   are hydrofluorosilic acid, sodium silicofluoride, and sodium fluoride, are irrelevant

7   because they have no probative value for answering the question of whether adding

8   fluoridation chemicals to community water systems, the only condition of use at issue in

9   this litigation, presents an unreasonable risk of neurotoxic harm. This objection is also the

10  subject of EPA's Motion in Limine No. 5.

11  <u>Plaintiffs' Response</u>: Plaintiffs position is set forth in full in their opposition to

12  EPA's Motion *in Limine* No. 5. The purpose of this Interrogatory is to identify the

13  neurotoxicity risk assessments that EPA has conducted pursuant to its *Guidelines for*

14  *Neurotoxicity Risk Assessment* ("*Guidelines*"). EPA agrees that these *Guidelines* are

15  relevant to assessing the neurotoxic risk of fluoridation chemicals because they identify

16  the methods and principles that EPA uses to assess neurotoxic risk. The risk assessments

17  conducted pursuant to the *Guidelines* are relevant, in part, for that same reason: they help

18  clarify the methods and principles used for neurotoxicity risk assessment by showing how

19  EPA has applied and interpreted the *Guidelines* in practice. Metaphorically speaking, the

20  *Guidelines* are akin to a statute, and the risk assessments akin to case law interpreting that

21  statute—both are important for understanding the principles and methods involved in

22  assessing chemicals for neurotoxic risk. Towards this end, Plaintiffs' risk assessment

23  expert, Dr. Kathleen Thiessen, extensively relied on these risk assessments to guide her

24  assessment of the fluoride literature. In addition, as detailed in Plaintiffs' opposition to

25  EPA's Motion *in Limine* No. 5, the risk assessments contain a number of relevant party

26  admissions as to the vulnerability of the developing brain.

27

28

**Plaintiffs' Written Discovery Designation Nos. 1-3 and 6-12:**

EPA's Objection: EPA objects to Plaintiffs' Written Discovery Designation numbers 1-3 and 6-12 (Interrogatory numbers 6, 11, and 12 and Requests for Admission numbers 9-13, and 15-16) pursuant to Federal Rule of Evidence 402 and 403. Plaintiffs' definition of "PRIMARY STUDY" is vague and ambiguous and would require EPA to conduct an exhaustive literature search and review each "primary study" within the particular contexts of Plaintiffs' construct to determine if any such study exists. EPA is not required to demonstrate the absence of risk or the "safety" of fluoride exposure. Rather, it is Plaintiffs' burden to establish to the satisfaction of the Court by a preponderance of evidence that there is in fact evidence of an unreasonable risk of harm. See 15 U.S.C. § 2620(b)(4)(B). EPA is unfairly prejudiced by Plaintiffs' attempt to shift their burden of proof.

Plaintiffs' Response: Plaintiffs' interrogatory used the following definition for "PRIMARY STUDIES":

> "PRIMARY STUDIES means studies that collect or generate new data. By way of example, a study that measures fluoride exposure and IQ in a group of children and analyzes the relationship between fluoride exposure and IQ in said children is a primary study. By contrast, a document which simply reviews, critiques, and/or provides an opinion about existing studies on fluoride and IQ is not a primary study."

This definition is not vague or ambiguous. The concept of "primary study" versus "reviews" is well recognized by scientists and technical audiences, and it is difficult to conceive how this could be vague and ambiguous to the EPA. Further, Plaintiffs provided an illustrative example to make it clear what the definition meant.

The fact that EPA is unaware of any studies demonstrating the safety of fluoride exposure is relevant as it tends to show that such studies do not exist. After all, EPA is not a stranger to the fluoride issue; it has extensively reviewed the scientific literature for purposes of establishing regulations to protect the public from excess fluoride exposures from both water and pesticides. To be clear, Plaintiffs are *not* arguing that EPA's admissions mean that fluoridation presents a risk and therefore are *not* using this

1   evidence to "shift the burden." Rather, Plaintiffs will point to these admissions as

2   providing further assurance that Plaintiffs' experts have not excluded or omitted any

3   material studies that contradict their assessment.

4   **Donohue Deposition Designations**

5   EPA's Objection: EPA objects to the specific line designations for the deposition

6   testimony of Joyce Donohue as follows: 254:25 – 255:4; 257:1 – 257:8; 257:25 – 258:8.

7   These designations violate the parties' stipulation concerning the inclusion of certain

8   facts in the Joint Pretrial Conference Statement, in which Plaintiffs agreed and stipulated

9   not to elicit or introduce any testimony or evidence, including but not limited to, any

10  witness testimony on direct or cross examination, appearing live or by deposition, or any

11  exhibit, demonstrative, or written discovery, concerning or relating to EPA's Maximum

12  Containment Level ("MCL") and Maximum Containment Level Goal ("MCLG") and

13  EPA's 2010 reference dose for fluoride.

14  In lines 243:23-25, Plaintiffs' counsel asks: Q. And you would agree that this

15  study justifies a reassessment of the current MCLG for fluoride, correct? Therefore,

16  clearly eliciting testimony concerning the MCLG. (Answer line reference is 244:1-10).

17  In the same line of questioning, Plaintiffs' counsel then refers to the MCLG as

18  "safety standards," which has been a common refrain because the MCLG is promulgated

19  under the Safe Drinking Water Act. At lines 254:25 – 255:3, Plaintiffs' counsel asks: Q:

20  And you would agree that this study further supports the need for reassessment of current

21  safety standards of fluoride in the United States. (Answer line reference is 255:4).

22  In the same line of questioning, at lines 257:1 – 257:5, Plaintiffs' counsel elicits

23  additional testimony concerning the MCLG: Q: So would you agree that this study here

24  by Christine Till and colleagues provides significant and important new information that

25  supports the reassessment of fluoride safety standards in the United States? (Answer line

26  reference is 257:6-8).

27  In the same line of questioning, at lines 257:25 – 258:4, Plaintiffs' counsel elicits

28  additional testimony concerning the MCLG: Q: And so I'm not sure if you answered my

1   question, but you would agree that this study right here adds further reason why we need

2   to do a reassessment of the fluoride safety standards in the United States? (Answer line

3   reference is 258:5-8).

4         The only "fluoride safety standards in the United States" are promulgated by

5   EPA's Office of Water pursuant to the Safe Drinking Water Act—the MCL and MCLG.

6   The SDWA requires EPA to review and revise, as appropriate, all existing drinking water

7   standards every 6 years, 42 USC 300g-1(b)(9), including fluoride. Dr. Donohue is a staff

8   scientist in EPA's Office of Water with responsibilities for staying up-to-date on the

9   existing scientific literature on fluoride. Even if Plaintiffs' counsel did not intend to elicit

10   testimony concerning the SDWA standards, which are the subject of the parties'

11   stipulation, it can hardly be argued that Dr. Donohue did not understand to be testifying

12   concerning such standards. Because counsel's questions clearly elicited testimony

13   concerning the MCLG and MCL for fluoride, that testimony must be excluded.

14         <u>Plaintiffs' Response</u>: EPA is extending the stipulation beyond the context in

15   which it arose, and reading it too broadly. Initially, Plaintiffs had intended to call several

16   witnesses to discuss the history and politics involved in the enactment of the MCLG for

17   purposes of demonstrating the crudeness of it. Based on the parties' stipulation, Plaintiffs

18   have withdrawn all of this evidence. Now EPA seeks to expand the scope of the

19   stipulation by excluding any deposition question that refers generically to "safety

20   standards." This goes too far. As Dr. Donohue's testimony makes clear, safety standards

21   are not limited to EPA's MCLG but include any regulation, in the U.S. or abroad, that

22   seeks to protect people from over-exposure. *See* Dep. at 254:5-16. In the U.S., these

23   regulations include pesticide exposure limits, not just water exposure limits. *See* 76 Fed.

24   Reg. 12 (Jan. 19, 2011) at 3,422 (addressing EPA's regulation of fluoride exposure from

25   pesticides under FIFRA). The fact that Plaintiffs' question may encompass the MCLG is

26   not a basis for excluding it, particularly since the questions make no reference to the

27   politics, history, and crudeness of MCLG, which is what Plaintiffs understood the

28   stipulation was designed to exclude.

1

**Phelka Deposition Designations**

2    <u>EPA's Objection</u>: EPA objects to the testimony of NSF International ("NSF"),

3    represented by Amanda Phleka, in full. Because the designation of Ms. Phelka as a

4    possible trial witness was made after the deadline for serving motions in limine, the

5    parties agreed that objections to Ms. Phelka's testimony should be made as part of this

6    memorandum. EPA objects to the testimony of Ms. Phelka pursuant to Federal Rule of

7    Evidence 402 and 403. The testimony is irrelevant because NSF is one of five accredited,

8    independent third-party certification bodies that tests and certifies products to verify they

9    meet public health and safety standards. NSF's accreditation requires that it utilize the

10   regulatory limits for chemicals. Because fluoride is regulated under the SDWA, NSF is

11   not required to collect or conduct toxicological studies. The testimony is unfairly

12   prejudicial because it seeks to shift Plaintiffs' burden of proof. EPA is not required to

13   demonstrate the absence of risk or the "safety" of fluoride exposure. Rather, it is

14   Plaintiffs' burden to establish to the satisfaction of the Court by a preponderance of

15   evidence that there is in fact evidence of an unreasonable risk of harm. See 15 U.S.C. §

16   2620(b)(4)(B).

17   <u>Plaintiffs' Response</u>: As Dr. Phelka explains in her deposition, the EPA delegated

18   its oversight of drinking water additives, including fluoridation chemicals, to the NSF. As

19   a result, the NSF now serves a quasi-public function as certifying authority for the safety

20   of fluoridation chemicals. In performing this function, the NSF is in a unique position to

21   understand the safety and risks of these chemicals. Yet, as Dr. Phelka makes clear in her

22   deposition, the NSF is not aware of any data that supports the neurological safety of

23   fluoridation chemicals, and takes no position on the issue.

24   Contrary to EPA's objection, Dr. Phelka's testimony is relevant and does not shift

25   the burden. NSF is in a competent position to know whether safety data exists, and thus,

26   the fact that NSF is unaware of any such data tends to show that it does not exist. To be

27   clear, Plaintiffs are not arguing that NSF's admissions mean that fluoridation presents a

28   risk and thus do not seek to "shift the burden." Rather, Plaintiffs will point to these

admissions as providing further assurance that Plaintiffs' experts have not excluded or omitted any material studies that contradict their assessment.

### Simms Deposition Designations

EPA's Objection: EPA objects to the designations in the Julie Simms deposition in which Ms. Simms states what she believes her doctors to have told her. She does this on lines 41:23- 42:3; 42:10-13; 49:14-22; 104:11-12. This discussion is hearsay because the deponent is relating out of court statements for the truth of the matter asserted. We also object to Ms. Simms's discussion of her doctor's notes and the notes themselves, which are hearsay for the same reason. See 105:9-106:20; 108:15-110:14; 112:16-114:8 & Exhibits 61-63.

Plaintiffs' Response: EPA's objection to Julie Simms's testimony about Dr. Davison's comments to her should be overruled, because (1) it is EPA who opened the door to the issues by asking the questions, and (2) excluding this testimony while allowing EPA to introduce testimony to suggest the diagnosis is without any medical support, would create an incomplete and misleading picture as to the credibility of Ms. Simms' injury.

EPA's objection regarding the testimony about Dr. Davison's written notes should be overruled because the objection violates the parties' stipulation on standing. These written notes were attached as exhibits to Ms. Simms' declaration, and pursuant to the parties' stipulation, EPA agreed to forego making evidentiary objections thereto, as detailed in Plaintiffs' response below.

The letter from Dr. Konikow was not attached as an exhibit to Ms. Simms's declaration, but the questions regarding this letter should be permitted. Although the letter served as the prompt for the questions, the testimony being elicited is Ms. Simms's own recollection, and is thus based on first-hand personal knowledge, not hearsay.

**Declaration of Julie Simms Exhibit E, F (Exhibit F is also attached to Simms Deposition as Exhibit 63); Declaration of Audrey Adams Exhibit A, B, C, D, E (Stipulation Regarding the Introduction of Evidence in Support of the Plaintiffs'**

**Claims of Standing, Dkt. No. 100, Simms Decl., Ex. F, Attch. E, F; Adams Decl., Ex. G, Attch. A, B, C, D, E):**

EPA's Objection: These documents are inadmissible hearsay under Federal Rule of Evidence 801(c) because they are out of court statements offered for the truth of the matter asserted. Plaintiffs have failed to establish any hearsay exception for these documents. EPA did not waive these objections to these exhibits in the Stipulation Regarding the Introduction of Evidence in Support of the Plaintiffs' Claims of Standing, Dkt. No. 100. EPA allowed Plaintiffs to introduce the declarations of individuals into evidence "in lieu of direct testimony," but preserved its right to make evidentiary objections to deposition exhibits and to object to expert opinions on Plaintiffs' claims of standing. At least one exhibit attached to the declaration is also a deposition exhibit, and Plaintiffs appear to use these documents as expert opinions. EPA did not waive its right to object to these exhibits.

Plaintiffs Response: EPA's hearsay objection to the medical records and doctor notes attached to Mrs. Adams and Ms. Simms' declarations is a violation of the parties' stipulation on standing, which the Court entered as an order. *See* ECF No. 102. Under paragraph 5 of the stipulation:

> "The Parties agree and stipulate that the respective declarations or excerpts of deposition transcripts identified in Paragraphs 1-3 herein will be submitted to the Court, **without objection**, in lieu of live direct testimony, as evidence in support of Plaintiffs' claims of standing at trial."

Thus, under the stipulation, EPA agreed to forego making any evidentiary objections to the Plaintiffs' declarations.

The one, and **only**, exception that EPA carved out for itself is that, per paragraph 6, it reserved the "right to make evidentiary objections as to the **deposition exhibits**." The stipulation provides no such exception for **declaration** exhibits.

This is critical because the declaration of Mrs. Adams that was attached to the stipulation included the medical records and doctor notes at issue. *See* ECF No. 100-7 at pp. 9-29. Likewise, the declaration of Ms. Simms included Dr. Davison's doctor notes.

*See* ECF No. 100-6 at pp. 15-21. In entering into the stipulation, therefore, EPA waived its right to make evidentiary objections to these documents.

EPA's attempt to now ignore the plain language of the stipulation is not well taken, and would be highly prejudicial to the Plaintiffs, who relied on this agreement in determining how to navigate various discovery-related issues. The fact that EPA now sees an advantage in excluding various declaration exhibits is not a justification for undoing the agreement, nor is EPA's post-hoc rationale that some of the declaration exhibits happen to have been attached to the depositions. The Court should overrule EPA's objection.

Dated:   December 19, 2019                    Respectfully submitted,

                                             /s/ *Debra J. Carfora*
                                             DEBRA J. CARFORA
                                             JOHN THOMAS DO
                                             BRANDON N. ADKINS
                                             Environmental Defense Section
                                             4 Constitution Square,
                                             150 M Street NE, Room 4.1114
                                             Washington, DC 20001
                                             Tel: (202) 514-2640
                                             Email: debra.carfora@usdoj.gov

                                             *Attorneys for Defendants*

                                             /s/ *Michael Connett* (by permission)
                                             MICHAEL CONNETT
                                             C. ANDREW WATERS
                                             Waters Kraus & Paul
                                             222 N. Pacific Coast Hwy
                                             El Segundo, CA 90245
                                             Tel: (310) 414-8146

                                             *Attorneys for Plaintiffs*