1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> **APPENDIX A TO JOINT PRETRIAL CONFERENCE STATEMENT (Witnesses)** <br><br> Date: January 7, 2020 <br> Time: 2:30 p.m. <br> Place: Courtroom 5, 17th floor |

      A.      <u>Plaintiffs Witnesses</u>:

          1.      **Ole Fejerskov, DMD, PhD, Dr. Odont.** is an expert in cariology and how fluoride affects tooth mineralization, including caries and dental fluorosis. Dr. Fejerskov is expected to testify that: (1) ingesting fluoride is an unnecessary and ineffective way of controlling caries because fluoride's beneficial effects come from topical contact with teeth, not ingestion; (2) the evidence on the beneficial effects of individual-use topical fluoride products, like toothpaste, is much stronger than the evidence for water fluoridation; (3) caries has declined significantly throughout the developed world in communities with and without water fluoridation, with little demonstrable difference in caries rates between communities that add fluoride to water and communities that do not; (4) fluoride exposure during the *in utero* and early infancy period is contraindicated for oral health purposes, and (5) in light of current data on the relationship between waterborne fluoride, caries, and dental fluorosis, adding fluoride to water is no longer justified from an oral health perspective. Additional information on Dr. Fejerskov's testimony can be found in his June 27, 2019 and August 14, 2019 expert reports.

1    *Plaintiffs' Direct Examination Estimate:* 1 hrs.

2    *Defendants' Cross Examination Estimate:* 1 hrs.

3            2.       **Philippe Grandjean, MD, DMSc,** is an expert in environmental

4    epidemiology at Harvard School of Public Health. Dr. Grandjean is expected to testify

5    that (1) the developing brain has a heightened vulnerability to the harmful effects of

6    neurotoxicants; (2) the neurotoxicity of fluoride is supported by pharmacokinetic

7    research, as well as studies of occupationally exposed workers, laboratory animals, and

8    communities exposed to elevated levels of fluoride in water and polluted air; (3) the

9    consistency in the findings of the high-quality NIH-funded prospective studies of early-

10   life fluoride exposure show that developmental neurotoxicity is a serious risk associated

11   with elevated fluoride exposure; (4) application of the benchmark dose (BMD) method to

12   the new prospective data shows that the levels of fluoride added to water in fluoridation

13   programs exceed the science-based limit needed to protect against developmental

14   neurotoxicity; and (5) assessment of the BMD results shows that fluoridated drinking

15   water is associated with IQ losses that are substantial and of economic and societal

16   concern. Additional information on Dr. Grandjean's testimony can be found in his June

17   27, 2019 and August 14, 2019 expert reports.

18           *Plaintiffs' Direct Examination Estimate:* 3 hrs.

19           *Defendants' Cross Examination Estimate:* 3 hrs.

20           3.       **Howard Hu, MD, MPH, ScD,** is an expert in the field of

21   environmental medicine, epidemiology, and general public health. Dr. Hu is the Principal

22   Investigator of an ongoing NIH-funded prospective cohort study that is examining the

23   impact of early-life exposures to fluoride on neurobehavioral development in a cohort in

24   Mexico City known as the Early Life Exposures in Mexico to Environmental Toxicants

25   (ELEMENT) project. Dr. Hu is expected to testify that (1) the ELEMENT cohort studies

26   of fluoride's neurodevelopmental effects are methodologically rigorous studies that

27   provide scientifically reliable and robust results; and (2) the results of the ELEMENT

28   cohort studies are consistent with and support the conclusion that fluoride is a

1   developmental neurotoxicant at levels of exposure seen in the general population.

2   Additional information on Dr. Hu's testimony can be found in Plaintiffs' Second

3   Amended Expert Disclosures (and the supplemental report attached thereto) and Dr. Hu's

4   September 24, 2019 deposition transcript.

5          *Plaintiffs' Direct Examination Estimate:* 2 hrs.

6          *Defendants' Cross Examination Estimate:* 1 hrs.

7          4.      **Bruce Lanphear, MD, MPH,** is a clinician scientist and

8   epidemiologist who is an expert on the impact of environmental chemicals on children's

9   health. Dr. Lanphear is currently the Co-Principal Investigator of an NIH-funded

10  prospective study of the MIREC cohort in Canada that is investigating the

11  neurodevelopmental effects of early-life exposures to fluoride. Dr. Lanphear is expected

12  to testify that: (1) pregnant women living in fluoridated regions in Canada have almost

13  two times the amount of fluoride in their urine as women living in non-fluoridated

14  regions, (2) the average urinary fluoride concentration for pregnant women living in

15  Canadian communities with fluoridated drinking is almost the same as those of the

16  ELEMENT cohort being studied by Dr. Hu; (3) the study of fluoride and IQ in the

17  MIREC cohort significantly enhances the quality of data related to fluoride's

18  neurotoxicity because the study employs a prospective design that includes multiple

19  measures of fluoride exposure during pregnancy (including biomonitoring data) and IQ

20  outcomes that have been evaluated in one of the world's most comprehensively

21  characterized and geographically diverse birth cohorts; (4) consistent with Dr. Hu's study

22  of the ELEMENT cohort,  Dr. Lanphear has found that prenatal fluoride exposure is

23  significantly associated with lower intellectual abilities in 3-4 year old children, and these

24  associations remain large and significant when controlling for relevant covariates; (5)

25  based on the convergent results from the MIREC and ELEMENT cohorts, the in utero

26  period is likely a susceptible period of life vis-à-vis fluoride toxicity; (6) it is advisable

27  and prudent for pregnant women to begin taking steps to reduce their fluoride intake,

28  including but not limited to reducing their consumption of fluoridated water; (7) exposure

1    to fluoridated water in infancy, particularly among formula fed infants, is associated with

2    diminished intellectual abilities in the MIREC cohort; and (8) the association between

3    infant exposure to fluoridated water and reduced IQ in the MIREC cohort remains

4    significant after controlling for fetal fluoride exposure and other relevant covariates,

5    suggesting that the susceptibility to fluoride's adverse neurological effects extends into

6    infancy. Additional information on Dr. Lanphear's testimony can be found in Plaintiffs'

7    Second Amended Expert Disclosures (and the supplemental report attached thereto) and

8    Dr. Lanphear's September 25, 2019 deposition transcript.

9            *Plaintiffs' Direct Examination Estimate:* 2 hrs.

10           *Defendants' Cross Examination Estimate:* 1 hrs.

11           5.      **Kathleen Thiessen, PhD** is a risk assessment scientist at the Oak

12   Ridge Center for Risk Analysis. Dr. Thiessen is expected to testify about the

13   methodology and conclusions of the risk assessment she conducted pursuant to EPA's

14   *Guidelines for Neurotoxicity Risk Assessment*, including her conclusions that (1) there is

15   sufficient evidence to conclude that neurotoxicity is a hazard of fluoride exposure; (2)

16   neurotoxicity is a more sensitive effect of fluoride exposure than the effect EPA currently

17   assumes to be the most sensitive (i.e., severe dental fluorosis); (3) a quantitative dose

18   response assessment of the available animal data on fluoride and learning/memory

19   impairments produces reference doses that, without exception, are exceeded by current

20   human exposures to fluoridation chemicals; (4) identifiable subsets of the population

21   have heightened susceptibility to the risk of harm from fluoridation chemicals, including:

22   the fetus; bottle-fed infants; the elderly; individuals with nutrient deficiencies, kidney

23   disease, and/or high-water intake; and populations with specific genotypes; (5)

24   fluoridation chemicals present an unreasonable risk of neurotoxic effects, including IQ

25   loss, if assessed under the same analytical framework that EPA uses in its risk

26   evaluations of other chemicals under the Toxic Substance Control Act; and (6) the

27   epidemiological evidence on fluoridation's effectiveness suffers from significant

28   methodological limitations and biases and does not support the existence of a meaningful

1   benefit. Additional information on Dr. Thiessen's testimony can be found in her June 27,

2   2019 and August 1, 2019 expert reports, as well as her Declaration in support of

3   Plaintiffs' Motion for Summary Judgment.

4   *Plaintiffs' Direct Examination Estimate:* 3 hrs.

5   *Defendants' Cross Examination Estimate:* 3 hrs.

6   6.    **Christine Wells** is a statistical consultant and senior member of

7   the Statistical Consulting Group for the University of California Los Angeles (UCLA).

8   Dr. Wells will testify about the methodologies and conclusions of her analysis of the

9   NIH-funded Iowa Fluoride Study (IFS) data on fluoride ingestion and caries, as well as

10  her analysis of the CDC's National Health and Nutrition Examination Survey (NHANES)

11  survey data on water fluoride levels and caries. Dr. Wells is expected to testify that (1)

12  there is no significant relationship between total fluoride ingestion during the first 6 years

13  of life and the later development of caries in the IFS cohort, and (2) there is no significant

14  relationship between caries and water fluoride concentrations in the NHANES data.

15  *Plaintiffs' Direct Examination Estimate:* 1 hrs.

16  *Defendants' Cross Examination Estimate:* 1 hrs.

17  7.    **Casey Hannan, MPH.** Mr. Hannan is CDC's 30(b)(6)

18  representative in this litigation regarding CDC's position on certain matters related to

19  fluoride and health. Consistent with his deposition, Mr. Hannan will testify by deposition

20  that (1) CDC is not aware of any evidence that prenatal fluoride exposure provides a

21  benefit to teeth; (2) CDC is not aware of any evidence that infant exposure during the

22  first 6 months of life provides a benefit to teeth; (3) CDC agrees that "overwhelming

23  evidence" now shows that fluoride's predominant benefit to teeth is topical, not systemic;

24  (4) CDC agrees with NRC's findings as to the hazards of fluoride exposure, including

25  NRC's findings on neurotoxicity; and (5) CDC has collected but never released any data

26  on the urinary fluoride levels in the U.S. population. Further, Mr. Hannan will testify

27  about CDC's data regarding the increasing prevalence of dental fluorosis (a fluoride-

28  induced disorder of tooth enamel) in the United States, and the relevance of this data to

1    the water fluoridation program.

2    *Plaintiffs' Direct Examination Estimate:* 1 hrs.

3    *Defendants' Cross Examination Estimate:* .25 hrs.

4              8.        **Linda Birnbaum, PhD**, is the recently retired director of the

5    National Institute of Environmental Health Sciences (NIEHS). Dr. Birnbaum will testify

6    regarding the research that NIEHS has conducted on fluoride neurotoxicity, including a

7    recent systematic review of the human and animal evidence which concluded that

8    fluoride is a "presumed" neurotoxicant in humans.

9    *Plaintiffs' Direct Examination Estimate:* unknown

10   *Defendants' Cross Examination Estimate:* unknown

11             9.        **Kristina Thayer, PhD**. Dr. Thayer is expected to testify regarding

12   principles of EPA risk assessment, the findings of NTP's 2016 systematic review on

13   fluoride neurotoxicity in animals, and her own assessment of the fluoride literature.

14   *Plaintiffs' Direct Examination Estimate:* 1 hrs.

15   *Defendants' Cross Examination Estimate:* 1 hrs.

16             10.       **Joyce Donohue, PhD.** Dr. Donohue is the lead scientist on

17   fluoride issues at EPA's Office of Water. Consistent with her deposition, Dr. Donohue

18   will testify by deposition about her review and assessment of the recent studies on

19   fluoride neurotoxicity.

20   *Plaintiffs' Direct Examination Estimate:* .75 hrs.

21   *Defendants' Cross Examination Estimate:* .25 hrs.

22             11.       **Amanda Phelka, PhD**, is the 30(b)(6) representative of NSF

23   International, Inc. (NSF) the private organization that certifies the safety of water

24   treatment chemicals in the United States, including fluoridation chemicals. Dr. Phelka

25   will testify by deposition that NSF has not considered the potential for fluoridation

26   chemicals to cause neurotoxic effects, and has no position on this matter.

27   *Plaintiffs' Direct Examination Estimate:* .5 hrs.

28   *Defendants' Cross Examination Estimate: .25 hrs.*

1

2          **B.**      Plaintiffs Witnesses:

3                 1.       **Kristina Thayer, Ph.D.**, is the Director of EPA's Integrated Risk

4    Information System (IRIS) Division. Before becoming director of EPA's IRIS program,

5    Dr. Thayer was co-project lead on the National Toxicology Program's 2016 Systematic

6    Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies.

7    Dr. Thayer is expected to testify as a fact witness.

8          *Defendants' Direct Examination Estimate:* 2 hrs.

9          *Plaintiffs' Cross Examination Estimate:* 0.5 hrs

10                **2.**      **Julie Simms** by deposition.

11         *Defendants' Direct Examination Estimate:* .5 hrs.

12         *Plaintiffs' Cross Examination Estimate:* 0.25 hrs

13                **3.**      **Audrey Adams** by deposition.

14         *Defendants' Direct Examination Estimate:* .5 hrs.

15         *Plaintiffs' Cross Examination Estimate:* 0.1 hrs

16                4.       **Joyce Tsuji, Ph.D., DABT, Fellow ATS, Principal Scientist at**

17   **Exponent**, is an expert in toxicology. She is expected to testify to (1) how Plaintiffs'

18   experts' review and evaluation of the toxicology literature focuses on the quantity of

19   studies reporting positive findings without critically examining the scientific rigor of the

20   study methods and results or factors that contribute to bias and unreliability, and the

21   consequences of those and other deficiencies; and (2) the methodology and conclusions

22   of her systematic review, including a critical assessment, of fluoride neurotoxicity

23   studies. Additional information on her testimony can be found in her August 1, 2019

24   "Expert Rebuttal Report of Joyce Tsuji."

25         *Defendants' Direct Examination Estimate:* 2 hrs.

26         *Plaintiffs' Cross Examination Estimate:* 1.5 hrs.

27                5.       **Ellen T. Chang, Sc.D., Principal Scientist at Exponent** is an

28   expert in epidemiology. Dr. Chang is expected to testify that (1) a scientifically informed

1    and balanced opinion on the association between fluoride exposure and human

2    developmental neurotoxicity should be based on a systematic review of the relevant

3    epidemiological literature; (2) Plaintiffs' experts' opinions on the association between

4    fluoride exposure and human neurotoxicity are not based on a rigorous causal analysis of

5    the relevant scientific literature concerning epidemiology; (3) most of the available

6    epidemiological studies of the association between fluoride exposure and human

7    neurotoxicity are of poor quality and insufficient to establish causal effects of fluoride

8    exposure due to their methodological limitations, including their cross-sectional design,

9    high potential for selection bias, ecological or otherwise non-specific assessment of

10   fluoride exposure, and minimal control for confounding; and (4) based on her analysis of

11   the overall weight of the relevant epidemiological and related scientific literature on

12   fluoride exposure, the current scientific evidence is not sufficient to demonstrate a hazard

13   of developmental neurotoxicity at the recommended concentration of 0.7 mg/L.

14   Additional information on her testimony can be found in her August 1, 2019 "Rebuttal

15   Report of Ellen T. Chang, Sc.D" and her Declaration in support of Defendants' Motion

16   for Summary Judgment, (ECF No. 116-3).

17          *Defendants' Direct Examination Estimate:* 2 hrs.

18          *Plaintiffs' Cross Examination Estimate:* 1.5 hrs.

19          6.      **Tala Henry, PhD**, is a toxicologist with over twenty-five years of

20   technical and managerial experience at EPA. Dr. Henry is an expert in risk assessment

21   generally, risk assessment in the regulatory context, and risk evaluation under TSCA. She

22   is expected to testify to (1) risk assessment principles, (2) EPA's Office of Pollution

23   Prevention and Toxics' (OPPT) implementation of the 2016 TSCA Amendments, (3)

24   EPA's risk evaluation and assessment guidance and principles, (4) toxicology, (5) the

25   limitations in Plaintiffs' conclusions regarding unreasonable risk; and (6) that the

26   available data preclude a finding of unreasonable risk. Additional information on her

27   testimony can be found in EPA's Expert Disclosures and Designations, dated June 27,

28   2019, the summary of facts and opinions to which Dr. Henry is expected to testify

1   attached to EPA's Additional Expert Disclosures and Designations, dated August 1,

2   2019, and her Declaration in support of Defendants' Motion for Summary Judgment,

3   (ECF No. 116-2).

4   *Defendants' Direct Examination Estimate:* 2hrs.

5   *Plaintiffs' Cross Examination Estimate:* 1 hr.

6   7.   **Gary D. Slade, PhD, DipDPH, BDSc**, Professor of Dentistry and

7   Director of Oral Epidemiology at the University of North Carolina at Chapel Hill, and

8   Registered Dentist. Dr. Slade is an expert in oral/dental epidemiology, dentistry, and

9   dental public health.   He is expected to testify to (1) the nature of dental caries, (2)

10  community water fluoridation's health benefits, including the prevention and reduction of

11  dental caries by both pre- and post-eruptive means, (3) how these health benefits exist for

12  both children and adults, for both primary (i.e., "baby") and permanent teeth, and are

13  more pronounced among lower income populations, and (4) how Plaintiffs' experts fail to

14  properly account for such health benefits. Additional information on his testimony can be

15  found in his June 28, 2019 "Dental Health Benefits of Fluoride in Drinking Water" report

16  and his August 1, 2019 "Responses to Expert Reports for Plaintiffs" report.

17  *Defendants' Direct Examination Estimate:* 1.5 hrs.

18  *Plaintiffs' Cross Examination Estimate:*1 hrs.

19  8.   Defendants reserve the right to call any impeachment, and/or

20  rebuttal witnesses concerning any of plaintiffs' witnesses and any witnesses necessary to

21  lay the foundation to any evidence, including:

22  a.   **Casey Hannan, MPH.** If evidence concerning the position of

23  CDC is proffered, Mr. Hannan, CDC's 30(b)(6) representative can testify to CDC's long-

24  standing support of community water fluoridation.

25  *Defendants' Direct Examination Estimate:* .5 hrs.

26  *Plaintiffs' Cross Examination Estimate:*0.5 hrs

27  b.   **Charlotte W. Lewis, MD, MPH**, board certified pediatrician and

28  attending physician at the University of Washington Medical Center and Seattle

1  Children's Hospital, and Associate Professor of Pediatrics and Adjunct Associate

2  Professor of Pediatric Dentistry at the University of Washington. Dr. Lewis is an expert

3  in public health, dental public health, and pediatrics.  She may testify to oral/dental health

4  disparities, the relative impact and burden of dental carries, the potential trade-off

5  between dental fluorosis and reducing dental carries, and the relative merits of water

6  fluoridation as a public health measure.  Additional information on his testimony can be

7  found in her June 28, 2019 "Community Water Fluoridation Report" report and her

8  August 1, 2019 "Lewis Rebuttal to Plaintiffs' Reports" report.

9          *Defendants' Direct Examination Estimate:* 1 hr.

10          *Plaintiffs' Cross Examination Estimate:* 1 hr.

11          c.      **Any Plaintiff and Standing Witness.** To attest to the factual basis

12  of standing.

13  Dated:  December 19, 2019                     Respectfully submitted,

14

15                                     /s/ *Debra J. Carfora*
                                   DEBRA J. CARFORA

16                                     JOHN THOMAS DO
                                   BRANDON N. ADKINS

17                                     Environmental Defense Section
                                   4 Constitution Square,

18                                     150 M Street NE, Room 4.1114
                                   Washington, DC 20001

19                                     Tel: (202) 514-2640

20                                     Email: debra.carfora@usdoj.gov

21                                     *Attorneys for Defendants*

22                                     */s/ Michael Connett* (by permission)

23                                     MICHAEL CONNETT
                                   C. ANDREW WATERS

24                                     Waters Kraus & Paul
                                   222 N. Pacific Coast Hwy

25                                     El Segundo, CA 90245

26                                     Tel: (310) 414-8146

27                                     *Attorneys for Plaintiffs*

28