# Plaintiffs' Expert CVs

# Appendix A



| Curriculum Vitae |
| --- |

Name:       Ole Blok Fejerskov
Position:   **Professor Emeritus at the Institute of Biomedicine, Aarhus University**
            **h.c., Faculty of Health, Aarhus University**

| Education |
| --- |

1967       The D.D.S., from the Royal Dental College, Aarhus, Denmark
1970       PhD (Lic. odont.) - "The ultrastructure of keratinized squamous epithelium"
1973       Dr. Odont. - Royal Dental College, Aarhus "Keratinized squamous epithelium of normal and wounded palatal mucosa in guinea pigs"

| Employment |
| --- |

1967-68        Instructor at departments of Oral Surgery and Oral Diagnosis, Royal Dental College, Aarhus

1968-70        Research associate at the department of Oral Pathology, and Department of General Pathology, University of Aarhus

1968-72        Part-time employed in private dental practice (8 hours/week)

1970-73        Associate professor at the department of Oral Pathology, Royal Dental College, Aarhus

1970           Reader in Forensic Odontology, Royal Dental College, Aarhus

Spring 1973    Postgraduate training in pathology of dental hard tissues at The London Hospital Dental School, London, England

1973-93        Professor and Chairman at the Department of Dental Pathology and Operative Dentistry, Royal Dental College, Aarhus. (Since 1986: Dept. of Oral Anatomy, Dental Pathology and Operative Dentistry)

1979-87        Dean of the Royal Dental College, Aarhus, Denmark

| | |
|---|---|
| 1991 | January-February, Visiting Professor, Tokyo Dental College, Japan |
| 1992 | May-June, Visiting Professor, Université Louis Pasteur, Strasbourg, France |
| 1993 | September-November, Visiting Professor (A.J. Hermann Fellow), University of Perth, Australia |
| 1993-99 | Rector of the Danish Research Academy |
| 1999-2006 | Director of the Danish National Research Foundation, Copenhagen, Denmark |
| 2007- 2009 | Head of Institute of Anatomy, University of Aarhus, Denmark |
| 2009 - 2010 | Executive Director, Sino-Danish Centre for Education and Research at Graduate University of Chinese Academy of Sciences (GUCAS) |
| 2010-2011 | Head of Institute of Anatomy, Faculty of Health Sciences, Aarhus University, Denmark |
| 2011- 2014 | Professor, Institute of Biomedicine, Aarhus University |

## International committees

| | |
|---|---|
| 1974-91 | Member of the advisory committee on dental help to underdeveloped countries, The Danish Ministry of Foreign Affairs (Danida) |
| Since 1982 | Member of World Health Organization Expert Panel on Oral Health |
| 1973-77 and 1983-1985 | Member of Board of Councillors and Board of Directors of International Association for Dental Research (IADR) |
| 1993-97 | Treasurer of International Association for Dental Research |
| 1980-82 | President of Scandinavian Association for Dental Research |
| 1977-80, 1983 and 1985-87 | Member of the Scientific Board of European Organization for Caries Research (ORCA) |
| 1978-1999 | Scientific Councillor and Executive Secretary for European Research Group of Oral Biology (ERGOB) |
| 1985-92 | Project Coordinator together with Dr. F. Manji, Head of Oral Health Unit, Kenya Medical Research Institute and Dr. Vibeke Baelum, The Royal Dental College, Aarhus, of *Primary Oral Health Care Project - Kenya* between Ministry of Health, Kenya and Danida, Denmark |

| | |
|---|---|
| Since 1985 | Project Coordinator together with Dr. Luan Wen-Min and Dr. Vibeke Baelum of a joint project between The Royal Dental College, Aarhus, Denmark and Beijing Hospital, Beijing, People's Republic of China concerning Oral Health in Adult and Elderly Chinese in Urban and Rural Areas. The program is since 1987 officially designated: *Sino-Danish Collaborative Research Program on Geriatric Dentistry* |
| 1986-93 | Member of Chinese-Danish Monitoring and Evaluation Group concerning Cooperation regarding Medico-Biological Programs between the Government of the Kingdom of Denmark and the Government of the People's Republic of China. Appointed by Danida |
| 1992-93 | Member of International Committee on the Evaluation of Research and Research Related Education within the Faculty of Medicine, University of Turku, Finland |
| 1993 | Member of International Evaluation Team of the Research Activity at the Dental School, University of Glasgow, Scotland |
| 1996-1998 | Chairman for the working group under the Training and Mobility of Researchers Programme (TMR) for the EU Commission in Brussels with the aim to coordinate research training in Europe |
| 1993-2000 | Vice-Chairman of the Nordic Academy for Advanced Studies established by the Nordic Council of Ministers |
| 2001 | Member of International Evaluation Panel Assessing the Quality of Doctoral Training in Norway within Social Sciences and Economy, Humanities, Basic Sciences and Technology, and the Medical Sciences |
| 2003 | Member of International Evaluation Panel assessing Clinical Medical Research in Norway |
| 1993-2006 | Member of the Programme Committee for the Human Capital and Mobility Programme under the 3rd framework programme of EU. From 1995 the programme is entitled "Training and Mobility of Researchers". Under the 6th framework programme: "Improving Human Potential" |
| 2005-2008 | Member of the international high-level General Expert Panel for the Swedish Research Council. The aim is to channel new resources into Swedish higher education institutions through quality control of grant |
| 2007-2008 | Member of the International Evaluation Panel in Austria to Assess the Wiener Wissenschafts-, Forschungs- und Technologiefonds (WWFT) |
| 2007-2008 | Member of the International Evaluation Panel Assessing the NordForsk Centre of Excellence Programme |

| 2008-2009 | Special Secretary and Advisor to the Minister of Science, Technology and Innovation on Co-operation with China |
|-----------|----------------------------------------------------------------------------------------------------------------|
| 2012-2013 | Expert Reference Panel for the Royal Swedish Academy of Science to conduct a review of how to strengthen the excellence of Swedish research |

## Awards and Honours

| 1979 | *Basic Research in Oral Science Award* - International Association for Dental Research |
|------|--------------------------------------------------------------------------------------|
| 1984 | *The Colgate-Palmolive Award for Fluoride Research* - Denmark |
| 1985 | *The Zendium Award for Dental Research in Developing Countries* - Denmark |
| 1986 | *Honorary Professor,* Shanghai Medical College, People's Republic of China |
| 1986 | *Knight of the Order of Dannebrog R1* |
| 1987 | *Honorary Professor*, Department of Stomatology, Beijing Hospital, Ministry of Public Health, Beijing, People's Republic of China |
| 1988 | *The European Organization for Caries Research (ORCA) Prize* |
| 1990 | *The "DANDY" Research Award* |
| 1994 | *Odont. Dr. honoris causa*, University of Gothenburg, Sweden |
| 2003 | *Acta Odontologica Scandinavica Award for Excellent Contribution to Dental Resarch* |
| 2003 | *The Yngve Ericsson Prize for Research in Preventive Dentistry,* Karolinska Institute, Stockholm |
| 2005 | *Dr. Odont. honoris causa*, University of Oslo, Norway |
| 2005 | The Government of People's Republic of China's *"Friendship Award"* to foreign experts |
| 2009 | *Odont. Dr. honoris causa,* University of Oulo, Finland |
| 2012 | *Honorary Professor*, West China School of Stomatology, Sichuan University |
| 2015 | *Honorary Doctor honoris causa*, Université de Montpellier, France |
| 2018 | *Honorary Doctor honoris causa*, University of San Sebastian, Chile. |

## Research

I have published more than 400 papers and chapters in international textbooks. About 300 of the papers are in peer reviewed international journals within the areas of experimental oral pathology at ultrastructural level, dental caries, periodontal diseases, dental fluorosis, and cellular control of enamel formation. I have edited and written 10 international textbooks.
H-index: 42, citations>10000

## International journals

| | |
|---|---|
| 1978-85 | Member of the Editorial Board of *Ultrastructural pathology,* an International Journal on Diagnostic Electron Microscopy |
| 1982-93 | Member of the Editorial Board of *Journal de Biologie Buccale* |
| 1972-84 | Associate Editor of the Scandinavian *Journal of Dental Research* |
| 1977-86 | Associate Editor of *Acta Odontologica Scandinavica* |
| 1988-97 | Editor-in-Chief of *Community Dentistry and Oral Epidemiology* |
| 2003-04 | Editor-in-Chief of *Journal Oral Rehabilitation* |
| 2005-10 | Associate Editor of *Journal Oral Rehabilitation* |

**Appendix B**
**PUBLISHED SCIENTIFIC PAPERS & TEXT BOOKS**
**2008 to Present**

- Manji,F; Dahlen, G ; Fejerskov, O. 2018, Caries and Periodontitis: Contesting the Conventional Wisdom on Their Aetiology. Caries Res 52: 548-564.
- Fejerskov, O., Uribe, S., Marino, R.. Dentistry in a historical perspective – and a likely future of the profession In: R. Mariño, M.V. Morgan and D Walmsley (eds.) Career Paths in Oral Health, Springer Verlag *2018.*
- Fejerskov, O. The Dental Profession in the 21st Century: Proud Past, Questionable Present, Challenging Future. In: L. Cohen, G. Dahlen, A. Escobar, O. Fejerskov, N. Johnson and F. Manji (eds.) The Future of Oral Health: Dentistry in Crisis-Time for Change, Daraja Press, *2017*.
- Fejerskov, O; Nyvad, B. Root Surface Caries – Rationale Behind Good Diagnostic Practice. In: Carrilho MRO (ed): Root Caries: From Prevalence to Therapy. Monogr Oral Sci. Basel, Karger, *2017*, vol 26, pp 43–54 (DOI: 10.1159/ 000479306).
- Cohen, L.K., Dahlen, G., Escobar, A., Fejerskov, O., Johnson, N.W., Manji, F. 2017, Why a radical overhaul of dentistry is needed. Indian J Dent Res. 28(5):471-474.
- Dahlén, G., Luan, W.M., Dahlgren, U., Papapanou, P.P., Baelum, V., Fejerskov, O. 2016, Subgingival bacterial clusters and serum antibody response as markers of extent and severity of periodontitis in adult Chinese. Eur J Oral Sci. 2016 Apr;124(2):179-87.
- Kidd E, Fejerskov O. (Eds). Essentials of dental caries 4.ed Oxford University Press *2016*, pp.194.
- Terrer, E., Panayotov, I.V., Slimani, A., Tardivo, D., Gillet, D., Levallois, B., Fejerskov, O., Gergely, C., Cuisinier, F.J., Tassery, H., Cloitre, T. 2016, Laboratory Studies of Nonlinear Optical Signals for Caries Detection. J Dent Res. 95(5):574-9.
- Fejerskov O, Nyvad B, Kidd E. (Eds). Dental Caries – The disease and its clinical management 3.ed. Wiley/Blackwell *2015*.
- Kidd E, Fejerskov O, Nyvad B. 2015, Infected Dentine Revisited. Dental Update 42(9):802-6, 808-9.
- Damkier, H.H., Josephsen, K., Takano, Y., Zahn, D., Fejerskov, O., Frische, S. 2014, Fluctuations in surface pH of maturing rat incisor enamel are a result of cycles of H(+)-secretion by ameloblasts and variations in enamel buffer characteristics. Bone 60:227-34.
- Fejerskov, O., Baelum, V. 2014, Changes in oral health profiles and demography necessitate a revision of the structure and organisation of the oral healthcare system. Gerodontology. 31(1):1-3.
- Fejerskov, O; Escobar, G; Jøssing, M; Baelum, V. 2013, A functional natural dentition for all – and for life? The oral health care system needs revision. J Oral Rehabil 40:707 – 722.
- Kidd E, Fejerskov O. 2013, Caries control in health service practice. Prim Dent J. Jul;2(3):4.
- Kidd E, Fejerskov O. 2013, Changing concepts in cariology: forty years on. Dent Update. 40(4):277-8, 280-2, 285-6.
- Fejerskov, O., Guldager Bilde, P., Bizzaro, M., Connelly, J.N., Skovhus Thomsen, J., Nyvad, B. 2012. Dental caries in Rome year 50-100 AD. *Caries Res*. vol.46, pp. 467-473.
- Josephsen, K., Takano,Y., Frische, S., Praetorius, J., Nielsen, S., Aoba, T.,Fejerskov, O.

1

2010, Ion transporters in secretory and cyclically modulating ameloblasts: a new hypothesis for cellular control of preeruptive enamel maturation. .*Am J Physiol Cell Physiol* vol 299, pp 1299-1307.

- Machiulskiene, V., Baelum, V., Fejerskov, O., Nyvad, B. 2009, Prevalence and extent of dental caries, dental fluorosis, and developmental enamel defects in Lithuanian teenage populations with different fluoride exposures. *Eur J Oral Sci.*, vol. 117, pp 154-160.

- Meyer-Lueckel, H., Fejerskov, O., Paris, S. 2009, [Novel treatent possibilities for proximal caries].*Schweizer Monatsschrift für Zahnmedizin*, 2119(5):454-61.

- Nyvad, B., Machiulskiene, V., Fejerskov, O., Baelum, V. 2009, Diagnosing dental caries in populations with different levels of dental fluorosis. Eur J Oral Sci. 117(2):161-8.

- Josephsen, K., Prætorius, J., Frische, S., Gawenis, L.R., Kwon, T.-H., Agre, P., Nielsen, S., Fejerskov, O. 2009, 'Targeted disruption of the Cl-/HCO$_3$-exchanger Ae2 results in osteopetrosis in mice', *Proceedings of the National Academy of Science of the United States of America*, Peer reviewed article e-pub www.pnas.org/cgi/doi/10.1073/pnas.0811682106

- Bælum, V., Van Palenstein-Helderman, W., Hugoson, A., Yee, R., Fejerskov, O. 2008, '`for riches, for poorer, in sickness and in health...`The role of dentistry in controlling caries and periodontitis globally', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental caries*, Blackwell Publishing, Oxford, pp. 575-605.

- Kidd, E.A.M., Bjørndal, L., Beighton, D., Fejerskov, O. 2008, 'Caries removal and the pulpo-dentinal complex', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 367-383.

- ten Cate, J.M., Larsen, M.J., Pearce, E.I.F., Fejerskov, O. 2008, 'Chemical interactions between the tooth and oral fluids', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 209-231.

- Fejerskov, O., Nyvad, B., Kidd, E.A.M. 2008, 'Clinical appearances of caries lesions', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 7-18.

- Fejerskov, O., Kidd, E.A.M., Nyvad, B., Bælum, V. 2008, 'Defining the disease: an introduction', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard Ltd, Oxford, pp. 3-6.

- Fejerskov, O., Kidd, E.A.M. 2008, *Dental Caries. The Disease and its Clinical Management,* 2. edn, Blackwell Munksgaard, Oxford.

- Ellwood, R., Fejerskov, O., Cury, J.A., Clarkson, B. 2008, 'Fluorides in caries control', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 287-327.

- Fejerskov, O., Nyvad, B., Kidd, E.A.M. 2008, 'Pathology of dental caries', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 19-48.

- Kidd, E.A.M., Fejerskov, O. 2008, 'The control of disease progression: non-operative treatment', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 251-255.

- Burt, B., Bælum, V., Fejerskov, O. 2008, 'The epidemiology of dental caries', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental caries*, Blackwell Publishing, Oxford, pp. 123-145.

- Bælum, V., Nyvad, B., Gröndahl, H.-G., Fejerskov, O. 2008, 'The foundations of good diagnostic practice?', in Fejerskov, O., kidd, E.A.M. (eds), *Dental caries*, Blackwell Publishing, Oxford, pp. 103-118.

- Nyvad, B., Fejerskov, O., Bælum, V. 2008, 'Visual-tactile caries diagnosis', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2 edn, Blackwell Munksgaard, Oxford, pp. 49-68.

# Appendix C

The powerpoint presentation in this appendix contains material presented around the world in lectures and courses over the past 10 years. All material originates from the research laboratories of Ole Fejerskov and coworkers

I will in the following only comment on slides which may not be self explanatory.

Slide 3: Showing the distribution of dental caries and dental fluorosis in some of the populations which Dean originally studied. Arranged according to fluoride content in the water supplies.

Slides 4-5: The logarithmic transformation of Dean's original data by Hodge resulted in a very 'convincing' – but false manipulation of data (explained in slide 5)

Slides 6-9 and 11-12: Clinical examples of milder forms of dental fluorosis.

Slides 10,13-15: Sections of teeth examined with various microscopic techniques. Dental fluorosis is a HYPOmineralisation of enamel.

Slide.16: Transmission electron microscopic pictures shows normal structural arrangement and structure of enamel rod/inter-rod regions – but extensive pores which are not closed by the growth of otherwise normal enamel crystals.

Slides 17-19: Once fluorosis is more severe the fragile surface enamel breaks away when teeth are erupted and chewing has started. The exposed deeper and porous parts take up stain from food items.

Slide 20: A central deciduous incisor from a still born child with no dental fluorosis exhibits similar microscopic image during phases of late, normal enamel maturation.

Slides 21-25: The rat is an excellent animal to study enamel formation of because of continuously growing incisors.

Slides 26: Fluoride concentrations in the outermost few hundred microns thick enamel in relation to increasing severity of dental fluorosis.

Slide 27: It is NOT a matter of having to choose between a toxicological effect of fluoride OR dental caries as often claimed by those promoting systemic use of fluorides.

**EXHIBIT B**

**PHILIPPE GRANDJEAN, M.D. (CV)**

Office address                                        Home
Institute of Public Health                      Naboløs 4
University of Southern Denmark          DK-1206 Copenhagen
Winsløwparken 17                                Denmark
DK-5000 Odense C, Denmark             Tel: (+45) 33 133 933
Tel. (+45) 6550.3769
Fax  (+45) 6591.1458
Email: pgrand@health.sdu.dk
http://www.sdu.dk/staff/PGrandjean.aspx

Harvard School of Public Health        10 Dana Street
Department of Environmental Health   apt 315
Landmark Center, 3E-110                   Cambridge, MA 02138
401 Park Drive                                    Mailing address:
P.O. Box 15697                                    P.O. Box 390589
Boston, MA  02215                               Cambridge, MA 02139
Tel: 617-384-8907                                Tel: 617-331-3317
Fax: 617-384-8994
Email: Pgrand@hsph.harvard.edu
https://www.hsph.harvard.edu/philippe-grandjean/

Academic degrees
1974, M.D., University of Copenhagen
1975, Diploma in basic medical research, University of Copenhagen
1979, D.M.Sc. (dr.med.), University of Copenhagen

Chronology of employment
1974-1975       Postgraduate training fellowship, University of Copenhagen
1975-1978       Research fellow, Institute of Hygiene, Univ. Copenhagen
1978-1980       Senior research fellow, University of Copenhagen
                      Visiting fellow, Department of Community Medicine,
                      Mount Sinai School of Medicine, New York
1980-1982       Director, Department of Occupational Medicine,
                      Danish National Institute of Occupational Health
1982-             Professor of Environmental Medicine, Odense University
1983-2017       Consultant in Toxicology, Danish Health Authority
1994-2002       Adjunct Professor of Public Health (Environmental Health)
                      and Neurology, Boston University School of Medicine
2003-             Adjunct Professor of Environmental Health, Harvard School of Public Health

Awards and honors

45

Prize essay in medicine, University of Copenhagen (1972)
Fulbright senior research scholarship (1978)
Keynote speaker, Odense University anniversary (1983)
Gitlitz Memorial Lecture, Association of Clinical Scientists, USA (1985)
Knight of the Dannebrog, awarded by the Queen of Denmark (1990)
The Dannin prize for medical research (1991)
Fellow, American Association for the Advancement of Science (1994)
Irish Congress Lecturer, Royal College of Physicians of Ireland (1996)
Knight of the Dannebrog, First Degree, awarded by the Queen of Denmark (2003)
'Mercury madness award' for excellence in science in the public interest from eight US
environmental organizations (2004)
Emeritus Fellow, International Union of Pure and Applied Chemistry, IUPAC (2009)
Honorary Research Award, International Order of Odd Fellows (2010)
Science Communication Award, University of Southern Denmark (2012)
Bernardino Ramazzini Award (2015)
Basic & Clinical Pharmacology & Toxicology Nordic Award (2015)
Margrethegaarden honorary prize (2016)
John R. Goldsmith Award, International Society for Environmental Epidemiology (2016)

Editorial boards
American Journal of Industrial Medicine (1987-2017)
Applied Organometal Chemistry (1985-1991)
Arbejdsmiljø (Occupational Environment, in Danish, 1983-1990)
Archives of Environmental Health (European Editor, 1986-1992)
Archives of Toxicology (1987-)
Biomarkers (1996-2001)
Central European Journal of Occupational and Environmental Medicine (2015-)
Critical Reviews in Toxicology (1985-2012)
Danish Medical Bulletin (1994-2003)
Environmental Health (Editor-in-Chief, 2002-)
Environmental Health Perspectives (2003-)
Environmental Research (1981-1994 and 2014-, Associate Editor, 1995-2014)
Industrial Health (2000-2005)
International Journal of Hygiene and Environmental Health (2001-)
International Journal of Occupational and Environmental Health (1994-2011)
International Journal of Occupational Medicine & Environ Health (1991-
Journal of Environmental Medicine (1998-1999)
Naturens Verden (Natural Science, in Danish) (1987-1991)
Ugeskrift for Læger (Danish Medical Journal, in Danish) (1991-2007)

Scientific societies
American Association for the Advancement of Science (Fellow, 1994)
American Public Health Association
Collegium Ramazzini (Fellow, 1987; Member of the Council, 2005-2013)
Danish Medical Association
Danish Societies of Clinical Biochemistry, Epidemiology, Occupational and Environmental

Medicine, and Public Health
Faroese Society of Science and Letters
International Commission on Occupational Health
International Society for Environmental Epidemiology

Research support as Principal Investigator since 2000
2000-2006  NIEHS
Mercury associated neurobehavioral deficit in children
2001-2003  Nordic Arctic Research Programme (NARP)
Changing patterns of biomagnified pollutants in the northern marine environment
2001-2004 Danish Medical Research Council
Exposure assessment for endocrine disruptors
2002-2004 Danish Medical Research Council
Environmental epidemiology research
2003-2004 European Commission
Assessment of Neurobehavioral Endpoints and Markers of Neurotoxicant Exposures
(ANEMONE)
2003-2005 Danish Medical Research Council
Research in hormone related substances
2003-2006 NIEHS ES11687
Effects of perinatal disruptors in children
2003-2007 EPA STAR RD-83075801-0
Children's vulnerability to environmental immunotoxicant
2004-2011 NIEHS ES12199
Epidemiology of immunotoxicant exposure in children
2006-2011 NIEHS ES13692
Health effects of lifetime exposure to food contaminants
2006-2012 NIEHS ES14460
Three-generation human study of reproductive effects of marine food contaminants
2008-2012 Danish Council for Strategic Research
Environmental pollutant impact on antibody production against current and new childhood
vaccines
2007-2013 NIEHS ES009797
Mercury associated neurobehavioral deficit in children
2011-2017 NIEHS ES012199
Epidemiology of immunotoxicant exposure in children

Major Current Funding as Principal Investigator
2012-2019 NIEHS ES021993 and NSF OCE-1321612
Immunotoxicity in Humans with Lifetime Exposure to Ocean Pollutants
2013-2019 NIEHS ES021477
Glucose Metabolism in Adults Prenatally Exposed to Diabetogenic Pollutants
2013-2019 NIEHS ES021372
Pollutant-related diabetes in the Nurses' Health Study II
2014-2019 NIEHS ES023376
Gut Microbiome in Adults with Early Life Exposures to Environmental Chemicals

2017-2022 NIEHS P42ES027706
Sources, Transport, Exposure and Effects of PFASs (STEEP). Superfund Research Program
Center

<u>Major committees, boards and elective offices</u>
*Danish:*
Danish Medical Association: Member, Prevention Council (2011-2014)
Danish Medical Research Council: Consultant on environmental medicine (1985-1990);
    Member, Joint Research Council Committee on Environmental Research (1986-1991);
    Member of DMRC (1992-1998)
Danish Society of Community Medicine: Secretary (1977-1978)
Danish Society of Industrial Medicine: Board Member (1974-1983)
Ministry of Education: Member, Committee on Toxicology (1984-1986); Member, Committee
    on Environmental Education (1986-1987)
Ministry of the Environment: Member, Council on Environmental Chemicals (1983-1989);
    Member, Environmental Appeal Board (1986-2010); Member, Environmental Research
    Council (1990-1992); Member, Advisory Committee on Pesticide Research (1995-2004);
    Member, Advisory Committee on Arctic Research (1996-2004)
Ministry of Health: numerous committee appointments; Chair, Committee on Risk Perception
    (2000-2001)
Ministry of Labour: Consultant on Occupational Health, Council on Occupational Safety and
    Health (1983-1993); Member, Occupational Health Council Research Committee (on behalf
    of the Danish Medical Research Council) (1984-1990 and 1999-2003)
Ministry of Research: Chair, Committee on Research at the Faroe Islands (1995-1996); Member,
    Committee on Scientific Dishonesty (2004-2006); Chair, Committee on Non-Ionizing
    Radiation (2004-2009)
Odense University (from 2000 University of Southern Denmark), elected offices: Chairman,
    Institute of Community Health (1982-1985; 1996-1999); Member of Executive Committee,
    Institute of Community Health (from 2000 Institute of Public Health) (1986-1995; 2000-
    2005); Member, Faculty Research Committee (1983-1985); Member, Curriculum
    Committee (1984-1986); Member, Faculty Council (1985-1993); Vice-Dean (1991-1993);
    Member, Scientific Integrity Committee (2003-)

*United States and international:*
Academy of Finland: member of panel evaluating the National Institute of Public Health (1995),
    site visit of center of excellence (2001)
Agency for Toxic Substances and Disease Registry: Workshop Rapporteur, Neurobehavioral
    Test Batteries for Use in Environmental Health Field Studies (1992); Member, Expert Panel
    of Mercury (1998)
Association of Schools of Public Health in the European Region: Treasurer (1975-1977)
BioMedCentral: Member, Editors Advisory Group (2011-2013)
Boston Environmental Hazards Center: Consultant (1994-1999)
Collegium Ramazzini: President, International Conference, The precautionary principle:
    Implications for research and prevention in environmental and occupational health (2002);
    Member, Executive Council (2005-2013)
Commission of the European Communities: National Expert, Working Party on Environmental

and Lifestyle-Related Diseases (1988-1990); ad hoc Consultant for evaluation of research applications; ad hoc Scientific Advisor on Risk Assessment (2009-); Member, SCHER Working group on Dental Amalgam (Human Health) (2012-2013)

European Environment Agency: Member, Scientific Committee (2012-2020)

European Food Safety Authority: Member, Panel on Contaminants in the Food Chain responsible for 85 opinions (2003-2009); Member of Working Groups on mercury, polychlorinated biphenyls, cadmium, lead, and benchmark dose

Food Advisory Committee, U.S.FDA, Methylmercury: invited expert (2002)

INMA (Infancia y Medio Ambiente), Spain: Member, Project Steering Committee (2010-)

Institut de Recherche Santé, Environnement et Travail, France: Member, Board of Advisers (2015-)

International Agency for Research on Cancer: Member of Task Group, Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 47 (1988), Vol. 49 (1989), as chairman, Vol. 58 (1993), and as Subgroup chair, Vol. 100C (2009)

International Commission on Occupational Health: Danish Delegation Secretary (1982-90); Member, Scientific Committee on the Toxicology of Metals (1987-); Member of the Board (1990-1996)

International Programme on Chemical Safety: Member of Task Group, Environmental Health Criteria, Vol. 36 (1984) and 72 (1986)

International Society for Environmental Epidemiology: Councillor (1991-1994)

International Union of Pure and Applied Chemistry: Member, Subcommittee on the Toxicology of Nickel (1979-1989); Titular Member (1985-1991) and Chairman (1987-1991), Commission on Toxicology; Chairman, Subcommittee on Risk Assessment (1985-1989)

Karolinska Institute (Stockholm, Sweden): Member of international evaluation panel on environmental medicine (1993)

Ministry for Scientific Policy (Belgium): Consultant on national research program on health hazards (1990 and 1994)

National Institutes of Health (USA): Member of Special emphasis panels (2009-)

NATO Priority Area Panel on Environmental Security: Member (1996-1997)

Norwegian Research Council: ad hoc reviewer (2001-2008); Chairman of Environment and Health Review Group (2009-2010); member of steering committee (2011-2015)

Prenatal programming and Toxicity (PPTOX) conferences: Organizer/Chair/ Co-chair, Torshavn (2007), Miami (2009), Paris (2012), Boston (2014), Kita-Kyushu (2016)

Society of Occupational and Environmental Health: Member, Governing Council (1990-1993)

Swedish Council for Work Life Research: Member, Priority Committee on Chemical Health Risks (1997-1998)

U.N. Environment Programme: Member, Global Mercury Assessment Working Group (2002)

U.S. Environmental Protection Agency: Member, SAB/SAP Endocrine Disruptor Screening Program Subcommittee (1998-1999); Member, Food Quality Protection Act (FQPA) Science Review Board (SRB)(1999-2003)

White House Office of Science and Technology Policy: Team leader and presenter, Workshop on Scientific Issues Relevant to Assessment of Health Effects from Exposure to Methylmercury (1998)

World Health Organization: Temporary Adviser or Consultant on several occasions, five times elected Rapporteur; Member, European Advisory Committee on Health Research (2011-)

# EXHIBIT C

## LIST OF GRANDJEAN PUBLICATIONS FROM RECENT 10 YEARS

<u>Publications in international peer-reviewed journals</u>

190. Coccini T, Manzo L, Debes F, Weihe P, Grandjean P. Application of lymphocyte muscarinic receptors and platelet monoamine oxidase-B as biomarkers of CNS function in a Faroese children cohort prenatally exposed to methylmercury and PCBs. Biomarkers 2009; 14: 67-76. PMCID: <u>PMC4415987</u>

191. Budtz-Jørgensen E, Debes F, Weihe P, Grandjean P. Structural equation models for meta-analysis in environmental risk assessment. Environmetrics 2010; 21: 510-27. PMCID: <u>PMC2947033</u>

192. Choi AL, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Salonen JT, Tuomainen T-P, Murata K, Nielsen HP, Petersen MS, Askham J, Grandjean P. Methylmercury exposure and adverse cardiovascular effects in Faroese whalingmen. Environ Health Perspect 2009; 117: 369-72. PMCID: <u>PMC2661905</u>

193. Bjørling-Poulsen M, Andersen HR, Grandjean P. Potential developmental neurotoxicity of pesticides used in Europe. Environ Health 2008; 7: 50. PMCID: <u>PMC2577708</u>

194. Chevrier C, Sullivan K, White RF, Comtois C, Cordier S, Grandjean P. Qualitative assessment of visuospatial errors in mercury-exposed Amazonian children. Neurotoxicology 2009; 30: 37–46. PMID: 18992767

195. Julvez J, Grandjean P. Neurodevelopmental toxicity risks due to occupational exposure to industrial chemicals during pregnancy. Industr Health 2009; 47: 459-68. PMID: 19834254

196. Grandjean P, Budtz-Jørgensen E. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 2010; 82: 383-91. PMCID: <u>PMC2856963</u>

197. Kirkegaard M, Sonne C, Dietz R, Letcher RJ, Jensen AL, Hansen SS, Jenssen BM, Grandjean P. Alterations in thyroid hormone status in Greenland sledge dogs exposed to whale blubber contaminated with organohalogen compounds. Environ Qual Saf 2011; 74: 157-63. PMID: 20888641

198. Schlezinger JJ, Bernard PL, Haas A, Grandjean P, Weihe P, Sherr DH. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. Environ Health Perspect 2010; 118: 693-8. PMCID: <u>PMC2866687</u>

199. White RF, Palumbo CL, Yugelun-Todd DA, Heaton KJ, Weihe P, Debes F, Grandjean P. Functional MRI approach to developmental methylmercury and polychlorinated biphenyl neurotoxicity. Neurotoxicology 2011; 32: 975-80. PMCID: <u>PMC4410805</u>

200. Lincoln RA, Vorhees DJ, Chesney EJ, Shine JP, Grandjean P, Senn DB. Fish consumption and mercury exposure among Louisiana recreational anglers. Environ Health Perspect 2011; 119: 245-51. PMCID: <u>PMC3040613</u>

201. Yorifuji T, Tsuda T, Grandjean P. Unusual cancer excess after neonatal arsenic exposure from contaminated milk powder. J Natl Cancer Inst 2010; 102: 360-1. PMCID: <u>PMC3611821</u>

202. Harari R, Julvez J, Murata K, Barr D, Bellinger DC, Debes F, Grandjean P. Neurobehavioral deficits and increased blood pressure in school-age children prenatally exposed to pesticides. Environ Health Perspect 2010; 118: 890-6. PMCID: <u>PMC2898869</u>

203. Grandjean P, Satoh H, Murata K, Eto K. Adverse effects of methylmercury: Environmental health research implications. Environ Health Perspect 2010; 118: 1137-45. PMCID:

PMC2920086
204. Mahaffey KR, Sunderland EM, Chan HM, Choi AL, Grandjean P, Mariën K, Oken E, Sakamoto M, Schoeny R, Weihe P, Yan C-H, Yasutake A. Balancing the benefits of n-3 polyunsaturated fatty acids and the risks of methylmercury exposure from fish consumption. Nutrit Rev 2011; 69: 493-508. PMCID: PMC3219437
205. Julvez J, Debes F, Weihe P, Choi A, Grandjean P. Sensitivity of continuous performance test (CPT) to mercury exposure at age 14 years. Neurotoxicol Teratol 2010; 32: 627–32. PMCID: PMC2980868
206. Dalgård C, Petersen MS, Schmedes AV, Brandslund I, Weihe P, Grandjean P. High latitude and marine diet: Vitamin D status in elderly Faroese. Br J Nutr 2010; 104: 914-8. PMCID: PMC4413010
207. Heilmann C, Budtz-Jørgensen E, Nielsen F, Heinzow B, Weihe P, Grandjean P. Serum concentrations of antibodies against vaccine toxoids in children exposed perinatally to immunotoxicants. Environ Health Perspect 2010; 118: 1434-8. PMCID: PMC2957925
208. Grandjean P, Poulsen LK, Heilmann C, Steuerwald U, Weihe P. Allergy and sensitization during childhood associated with prenatal and lactational exposure to marine pollutants. Environ Health Perspect 2010; 118: 1429-33. PMCID: PMC2957924
209. Grandjean P, Henriksen JE, Choi AL, Petersen MS, Dalgård C, Nielsen F, Weihe P. Marine food pollutants as a risk factor for hypoinsulinemia and type 2 diabetes. Epidemiology 2011; 22: 410-7. PMCID: PMC3107006
210. Yorifuji T, Debes F, Weihe P, Grandjean P. Prenatal exposure to lead and cognitive deficit in 7- and 14-year-old children in the presence of concomitant exposure to similar molar concentration of methylmercury. Neurotoxicol Teratol 2011; 33: 205-11. PMCID: PMC3026894
211. Grandjean P. Even low-dose lead exposure is hazardous. The Lancet 2010; 375: 855-6. PMID: 20833288
212. Spulber S, Rantamäki T, Nikkilä O, Castrén E, Weihe P, Grandjean P, Ceccatelli S. Effects of maternal smoking and exposure to methylmercury on Brain-Derived Neurotrophic Factor (BDNF) concentrations in cord serum. Toxicol Sci 2010; 117: 263–9. PMCID: PMC2940410
213. Mozaffarian D, Shi P, Morris JS, Spiegelman D, Grandjean P, Siscovick, Willett WC, Rimm EB. Mercury exposure and risk of cardiovascular disease in two U.S. cohorts. N Engl J Med 2011; 364: 1116-25. PMCID: PMC3082949
214. Ozonoff DM, Grandjean P. Milestones and impact factors (editorial). Environ Health 2010; 9: 35. PMCID: PMC2909227
215. Needham LL, Grandjean P, Heinzow B, Jørgensen PJ, Nielsen F, Patterson DG Jr, Sjödin A, Turner WE, Weihe P. Partition of environmental chemicals between maternal and fetal blood and tissues. Environ Sci Technol 2011; 45: 1121-6. PMCID: PMC3031182
216. Yorifuji T, Grandjean P, Tsuda T, Kashima S, Doi H. Cancer excess after arsenic exposure from contaminated milk powder. Environ Health Prev Med 2011; 16: 164-70. PMCID: PMC3078290
217. Grandjean P, Herz K. Methylmercury and brain development: Imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 2011; 78: 107-18. PMCID: PMC3096460
218. Pichery C, Bellanger M, Zmirou-Navier D, Glorennec P, Hartemann P, Grandjean P. Childhood lead exposure in France: benefit estimation and partial cost-benefit analysis of lead hazard control. Environ Health 2011; 10: 44. PMCID: PMC3123267
219. Wohlfahrt-Veje C, Main KM, Schmidt IM, Boas M, Jensen TK, Grandjean P, Skakkebæk

NE, Andersen HR. Lower birth weight and increased body fat at school age in children prenatally exposed to modern pesticides: A prospective study. Environ Health 2011; 10: 79. PMCID: PMC3196902

220. Wohlfahrt-Veje C, Andersen HR, Schmidt IM, Aksglaede L, Sørensen K, Juul A, Jensen TK, Grandjean P, Skakkebæk NE, Main KM. Early Breast Development in Girls after Prenatal Exposure to Non-Persistent Pesticides. Int J Androl 2012; 35: 273-82.

221. Dalgård C, Petersen MS, Weihe P, Grandjean P. Vitamin D status in relation to type 2 diabetes development. Diabetes Care 2011; 34: 1284-8. PMCID: PMC3114341

222. Julvez J, Debes F, Weihe P, Choi AL, Grandjean P. Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. Environ Health Perspect 2011; 119:1429-35. PMCID: PMC3230434

223. Audouze K, Grandjean P. Application of computational systems biology to explore environmental toxicity hazards. Environ Health Perspect 2011; 119: 1754-9. PMCID: PMC3261980

224. Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. Decreased serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 2012; 307: 391-7. PMCID: PMC4402650

225. Grandjean P, Eriksen ML, Ellegaard O, Wallin JA. The Matthew effect in environmental science publication: A bibliometric analysis of chemical substances in journal articles. Environ Health 2011; 10: 96. PMCID: PMC3229577

226. Vestergaard S, Nielsen F, Andersson AM, Hjøllund NH, Grandjean P, Andersen HR, Jensen TK. Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive. Human Reproduct 2012; 27: 873-80. PMID: 22246448

227. Wohlfahrt-Veje C, Andersen HR, Jensen TK, Grandjean P, Skakkebaek NE, Main KM. Smaller genitals at school age in boys whose mothers were exposed to non-persistent pesticides in early pregnancy. Int J Androl 2012; 35: 265-72.

228. Grandjean P, Weihe P, Nielsen F, Heinzow B, Debes F, Budtz-Jørgensen E. Neurobehavioral deficits at age 7 years associated with prenatal exposure to toxicants from maternal seafood diet. Neurotoxicol Teratol 2012; 34: 466-72. PMCID: PMC3407364

229. Grandjean P, Grønlund C, Kjær IM, Jensen TK, Sørensen N, Andersson AM, Juul A, Skakkebæk NE, Budtz-Jørgensen E, Weihe P. Reproductive hormone profile and pubertal development in 14-year-old boys prenatally exposed to polychlorinated biphenyls. Reprod Toxicol 2012; 34: 498-503. PMCID: PMC3513575

230. Karagas MR, Choi AL, Oken E, Horvat M, Schoeny R, Kamai E, Grandjean P, Korrick S. Evidence on the human health effects of low level methylmercury exposure. Environ Health Perspect 2012; 120: 799-806. PMCID: PMC3385440

231. Grandjean P, Ozonoff D. Portrait of the journal as a young adult. Environ Health. 2012; 11: 30. PMCID: PMC3403879

232. Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 2013; 33: 450-61. PMID: 22924487

233. Færch K, Højlund K, Vind BF, Vaag A, Dalgård C, Nielsen F, Grandjean P. Increased serum concentrations of persistent organic pollutants among prediabetic individuals: potential role of altered substrate oxidation patterns. J Clin Endocrinol Metab 2012; 97: E1705-13. PMCID: PMC3431564

234. Yorifuji T, Murata K, Bjerve K, Choi AL, Weihe P, Grandjean P. Visual evoked potentials in children prenatally exposed to methylmercury. Neurotoxicology 2013; 37: 15-8. PMCID: PMC3696435

235. Pichery C, Bellanger M, Zmirou-Navier D, Fréry N, Cordier S, Roue-LeGall A, Hartemann P, Grandjean P. Economic evaluation of health consequences of prenatal methylmercury exposure in France. Environ Health 2012; 11: 53. PMCID: PMC3533723

236. Andersen HR, Wohlfahrt-Veje C, Dalgård C, Christiansen L, Main KM, Christine Nellemann C, Murata K, Jensen TK, Skakkebæk NE, Grandjean P. Paraoxonase 1 polymorphism and prenatal pesticide exposure associated with adverse cardiovascular risk profiles at school age. PLoS ONE 2012; 7(5): e36830. PMCID: PMC3352943

237. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 2012; 120: 1362-8. PMCID: PMC3491930

238. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick D, Spiegelman D, Willett W, Rimm E, Curhan G, Forman J. Mercury exposure and risk of hypertension in US men and women in two prospective cohorts. Hypertension 2012; 60: 645-52. PMCID: PMC3466587

239. Wu H, Bertrand KA, Choi AL, Hu FB, Laden F, Grandjean P, Sun Q. Plasma levels of persistent organic pollutants and risk of type 2 diabetes: a prospective analysis in the Nurses' Health Study and meta-analysis. Environ Health Perspect 2013; 121: 153-61. PMCID: PMC3569682

240. Barouki B, Gluckman PD, Grandjean P, Hanson M, Heindel JJ. Developmental origins of non-communicable diseases and dysfunctions: Implications for research and public health. Environmental Health 2012: 11: 42. PMCID: PMC3384466

241. Julvez J, Davey-Smith G, Golding J, Ring S, St. Pourcain B, Gonzalez JR, Grandjean P. Prenatal methylmercury exposure and genetic predisposition to cognitive deficit at age 8 years. Epidemiology 2013; 24: 643-50. PMID: 23903878

242. Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadán-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases (Comment). Lancet 2013; 381: 3-4. PMCID: PMC3849695

243. Dietz R, Sonne C, Basu N, Braune B, O'Hara T, Letcher RJ, Scheuhammer T, Andersen M, Andreasen C, Andriashek D, Asmund G, Aubail A, Baagøe H, Born EW, Chan HM, Derocher AE, Grandjean P, Knott K, Kirkegaard M, Krey A, Lunn N, Messier F, Obbard M, Olsen MT, Ostertag S, Peacock E, Renzoni A, Rigét FF, Skaare JU, Stern G, Stirling I, Taylor M, Wiig O, Wilson S, Aars J. What are the toxicological effects of mercury in Arctic biota? Sci Total Environ 2013; 443: 775-790. PMID: 23231888

244. Bellanger M, Pichery C, Aerts D, Berglund M, Castaño A, Čejchanová M, Crettaz P, Davidson F, Esteban M, Fischer ME, Gurzau AE, Halzlova K, Katsonouri A, Knudsen LE, Kolossa-Gehring M, Koppen G, Ligocka D, Miklavčič A, Reis MF, Rudnai P, Tratnik JS, Weihe P, Budtz-Jørgensen E, Grandjean P. Economic benefits of methylmercury exposure control in Europe: Monetary value of neurotoxicity prevention. Environ Health 2013; 12: 3. PMCID: PMC3599906

245. Halling J, Petersen MS, Jørgensen N, Jensen TK, Grandjean P, Weihe P. Semen quality and reproductive hormones in Faroese men – a cross-sectional population-based study of 481 men. BMJ Open 2013; 3: e001946. PMCID: PMC3612804

246. Grandjean P, Budtz-Jørgensen E. Immunotoxicity of perfluorinated alkylates: Calculation

of benchmark doses based on serum concentrations in children. Environ Health 2013; 12: 35. PMCID: PMC3643874

247. Choi AL, Mogensen UB, Bjerve K, Weihe P, Grandjean P, Budtz-Jørgensen E. Negative confounding by essential fatty acids in methylmercury neurotoxicity associations. Neurotoxicol Teratol 2014; 42: 85-92. PMCID: PMC4051703

248. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick DS, Spiegelman D, Hu FB. Methylmercury exposure and incident diabetes mellitus in US men and women in two prospective cohorts. Diabetes Care 2013; 36: 3578-84. PMCID: PMC3816920

249. Audouze K, Brunak S, Grandjean P. Computational approach to chemical etiologies of diabetes. Sci Comm 2013; 3: 2712. PMCID: PMC3965361

250. Fonseca MF, Hacon SS, Grandjean P, Choi AL, Bastos WR. Iron status as a covariate in methylmercury-associated neurotoxicity risk. Chemosphere 2014; 100: 89-96. PMID: 24411835

251. Grandjean P, Clapp R. Changing interpretation of human health risks from perfluorinated compounds. Publ Health Rep 2014:129; 482-5. PMCID: PMC4187289

252. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. Lancet Neurol 2014; 13: 330-8. PMCID: PMC4418502

253. Kim BM, Choi A, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Effect of hemoglobin and selenium on partition of mercury between maternal and cord blood. Environ Res 2014; 132: 407-12. PMCID: PMC4103659

254. Grandjean P, Ozonoff D. Transparency and translation of science in a modern world. Environ Health 2013; 12: 70. PMCID: PMC3765922

255. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK. Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. Am J Clin Nutrit 2014; 99: 5-13. PMCID: PMC3862459

256. Timmermann CAG, Rossing LI, Grøntved A, Ried-Larsen M, Dalgård C, Andersen LB, Grandjean P, Nielsen F, Svendsen KD, Scheike T, Jensen TK. Adiposity and glycemic control in children exposed to perfluorinated compounds. J Clin Endocrinol Metab 2014; 99: E608-14. PMID: 24606078

257. Julvez J, Grandjean P. Genetic susceptibility to methylmercury developmental neurotoxicity matters. Front Genet 2013; 4: 278. PMCID: 3861742.

258. Vesterholm Jensen D, Christensen JH, Virtanen HE, Skakkebæk NE, Main KM, Toppari J, Veje CV, Andersson AM, Nielsen F, Grandjean P, Jensen TK. No association between exposure to perfluorinated compounds and congenital cryptorchidism: a nested case-control study among 215 boys from Denmark and Finland. Reproduction 2014; 147: 411-7. PMID: 24218628

259. Li M, Sherman LS, Blum JD, Grandjean P, Mikkelsen B, Weihe P, Sunderland EM, Shine JP. Assessing sources of human methylmercury exposure using stable mercury isotopes. Environ Sci Technol 2014; 48: 8800-6. PMCID: PMC4123924

260. Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants. J Trace Elem Med Biol 2015; 31: 130-4. PMCID: PMC4321972

261. Grandjean P, Weihe P, Debes F, Choi AL, Budtz-Jørgensen E. Neurotoxicity from prenatal and postnatal exposure to methylmercury. Neurotoxicol Teratol 2014; 43: 39-44. PMCID: PMC4066386

262. Grandjean P, Clapp R. Perfluorinated alkyl substances: emergence of insights into health risks. New Solutions 2015; 25: 147-63.

263. Osuna CE, Grandjean P, Weihe P, El-Fawal HAN. Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children. Toxicol Sci 2014; 142: 158-66. PMCID: PMC4334810

264. Mogensen UB, Grandjean P, Heilmann C, Nielsen F, Weihe P, Budtz-Jørgensen E. Structural equation modeling of immunotoxicity associated with exposure to perfluorinated compounds. Environ Health 2015; 14: 47. PMCID: PMC4488050

265. Andersen HR, Debes F, Wohlfahrt-Veje C, Murata K, Grandjean P. Occupational pesticide exposure in early pregnancy and neurobehavioral function in children at school age. Neurotoxicol Teratol 2015; 47: 1-9. PMID: 25450661

266. Kvist L, Giwercman A, Weihe P, Jensen TK, Grandjean P, Halling J, Petersen MS, Giwercman YL. Exposure to persistent organic pollutants and sperm sex chromosome ratio in men from the Faroe Islands. Environ Int 2014; 73: 359-64. PMCID: PMC4413009

267. Jensen TK, Timmermann AG, Rossing LI, Ried-Larsen M, Grøntved A, Andersen LB, Dalgaard C, Hansen OH, Scheike T, Nielsen F, Grandjean P. Polychlorinated biphenyl exposure and glucose metabolism in Danish children at age 9 years. J Clin Endocrinol Metab 2014; 99: E2643-51.

268. Choi AL, Zhang Y, Sun G, Bellinger D, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Association of cognitive deficits with prenatal exposure to fluoride in Chinese children: a pilot study. Neurotoxicol Teratol 2015; 47: 96-101. PMID: 25446012

269. Mørck TA, Nielsen F, Nielsen JKS, Siersma V, Grandjean P, Knudsen LE. PFAS concentrations in plasma samples from Danish school children and their mothers. Chemosphere 2015; 129: 203-9. PMID: 25147004

270. Kioumourtzoglou MA, Roberts AL, Nielsen F, Shelley Tworoger SS, Grandjean P, Weisskopf MG. Within-person reproducibility of red blood cell mercury over a 10- to 15-year period among women in the Nurses' Health Study II. J Exp Sci Environ Epidemiol 2016; 26: 219-23. PMCID: PMC4465060

271. Wu H, Grandjean P, Hu FB, Sun Q. Consumption of white rice and brown rice and urinary inorganic arsenic concentration. Epidemiology 2015: 26: e65-7. PMCID: PMC5081491

272. Jensen TK, Andersen LB, Kyhl HB, Nielsen F, Christensen HT, Grandjean P. Association between perfluorinated compounds and miscarriage in a case-control study of Danish pregnant women. PLoS One 2015; 10: e0123496. PMCID: PMC4388566

273. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J, Skakkebaek N, Heindel JJ. Estimating burden and disease costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1245-55. PMCID: PMC4399291

274. Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. Neurobehavioral deficits, diseases and associated costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1256-66. PMCID: PMC4399309

275. Tang-Péronard JL, Heitmann BL, Jensen TK, Vinggaard AM, Madsbad S, Steuerwald U, Grandjean P, Weihe P, Nielsen F, Andersen HR. Prenatal exposure to persistent organic pollutants is associated with increased insulin levels in 5-year-old girls. Environ Res 2015; 142: 407-13. PMCID: PMC4609268

276. Timmermann CAG, Osuna CE, Steuerwald U, Weihe P, Poulsen LK, Grandjean P. Asthma and allergy in children with and without prior measles mumps, and rubella vaccination. Pediatr Allergy Immunol 2015; 26: 742-9. PMID: 25845848

277. Tøttenborg SS, Choi AL, Bjerve KS, Weihe P, Grandjean P. Effect of seafood mediated

PCB on desaturase activity and PUFA profile in Faroese septuagenarians. Environ Res 2015; 140: 699-703. PMCID: PMC4528611

278. Petersen MS, Halling J, Weihe P, Jensen TK, Grandjean P, Nielsen F, Jørgensen N. Spermatogenic capacity in fertile men with elevated exposure to polychlorinated biphenyls. Environ Res 2015; 138: 345-51. PMCID: PMC4394374

279. Grandjean P. Toxicology research for precautionary decision-making and the role of Human & Experimental Toxicology. Hum Exp Toxicol 2015; 34: 1231-7. PMID: 26614810

280. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environ Health Perspect 2015; 123: 507-14. PMCID: PMC4455595

281. Zong G, Grandjean P, Wu H, Sun Q. Circulating persistent organic pollutants and body fat distribution, evidence from NHANES 1999-2004. Obesity 2015; 23: 1903-10. PMCID: PMC4551580

282. Debes F, Weihe P, Grandjean P. Cognitive deficits at age 22 years associated with prenatal exposure to methylmercury. Cortex 2016; 74: 358-69. PMCID: PMC4670285

283. Mogensen UB, Grandjean P, Nielsen F, Weihe P, Budtz-Jørgensen E. Breastfeeding as an exposure pathway for perfluorinated alkylates. Environ Sci Technol 2015; 49: 10466-73. PMID: 26291735

284. Kielsen K, Shamin Z, Ryder LP, Nielsen F, Grandjean P, Budtz-Jørgensen E, Heilmann C. Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates. J Immunotoxicol 2016; 13: 270-3. PMCID: PMC4739630

285. Grandjean P, Barouki R, Bellinger D, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C, Karagas M, Kawamoto T, Lawrence BP, Perera F, Prins G, Puga A, Rosenfeld CS, Sherr D, Sly P, Suk W, Sun Q, Toppari J, van den Hazel P, Walker CL, Heindel JJ. Life-long implications of developmental exposure to environmental stressors: New perspectives. Endocrinology 2015; 156: 3408-15. PMCID: PMC4588822

286. Heindel JJ, Balbus J, Birnbaum L, Brune-Drisse ML, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory-Slechta D, Thompson C, Hanson M. Developmental origins of health and disease: integrating environmental influences. Endocrinology 2015; 156: 3416-21. PMCID: PMC4588819

287. Egsmose EL, Bräuner EV, Frederiksen M, Mørck TA, Siersma VD, Hansen PW, Nielsen F,

Grandjean P, Knudsen LE. Associations between plasma concentrations of PCB 28 and possible indoor exposure sources in Danish school children and mothers. Environ Intern 2016; 87: 13-9. PMID: 26638015

288. Perry MJ, Young HA, Grandjean P, Halling J, Petersen MS, Sheena EM, Parisa K, Weihe P. Sperm aneuploidy in men with elevated lifetime exposure to dichlorodiphenyldichloroethylene (DDE) and polychlorinated biphenyl (PCB) pollutants. Environ Health Perspect 2016; 124: 951-6. PMCID: PMC4937854

289. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H, Pearce N, Ritz B, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology 2016; 46: 79-82. PMID: 26684467

290. Yorifuji T, Kato T, Ohta H, Bellinger DC, Matsuoka K, Grandjean P. Neurological and neuropsychological functions in adults with a history of developmental arsenic poisoning from contaminated milk powder. Neurotoxicol Teratol 2016; 53: 75-80. PMID: 26689609

291. Sunderland EM, Driscoll CT Jr, Hammitt JK, Grandjean P, Evans JS, Blum JD, Chen CY, Evers DC, Jaffe DA, Mason RP, Goho S, Jacobs W. Benefits of regulating hazardous air pollutants from coal and oil-fired utilities in the United States. Environ Sci Technol 2016; 50:2117-20. PMID: 26848613

292. Grandjean P. Learning from Bernardino Ramazzini, a tribute to the Magister from Carpi and to the Fellows of the Collegium Ramazzini. Eur J Oncol 2016: 21: 51-60.

293. Vandenberg LN, Ågerstrand M, Beronius A, Beausoleil C, Bergman Å, Bero LA, Bornehag CG, Boyer CS, Cooper GS, Cotgreave I, Gee D, Grandjean P, Guyton KZ, Hass U, Heindel JJ, Jobling S, Kidd KA, Kortenkamp A, Macleod MR, Martin OV, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff TJ, Rudén C. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environ Health 2016; 15: 74. PMCID: PMC4944316

294. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Hunt PM, Rudel R, Sathyanarayana S, Bellanger M, Hauser R, Legler J, Skakkebaek NE, Heindel JJ. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 2016; 4: 565-72. PMCID: PMC5244983

295. Dalgård C, Petersen MS, Steuerwald U, Weihe P, Grandjean P. Umbilical cord serum 25-hydroxyvitamin D concentrations and relation to birthweight, head circumference and infant length at age 14 days. Paediatr Perinat Epidemiol 2016; 30: 238-45. PMID: 27038010

296. Grandjean P. Paracelsus Revisited: The dose concept in a complex world. Basic Clin Pharmacol Toxicol 2016; 119: 126-32. PMCID: PMC4942381

297. Tinggaard J, Wohlfahrt-Veje C, Husby S, Christiansen L, Skakkebaek NE, Jensen TK, Grandjean P, Main KM, Andersen HR. Prenatal pesticide exposure and PON1 genotype associated with adolescent body fat distribution evaluated by dual X-ray absorptiometry (DXA). Andrology 2016; 4: 735-44. PMID: 27230552

298. Zong G, Grandjean P, Wang X, Sun Q. Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes. Environ Res 2016; 150: 282-8. PMCID: PMC5003647

299. Birnbaum LS, Grandjean P. Alternatives to PFASs: Perspectives on the science (editorial). Environ Health Perspect 2015; 123: A104-5. PMCID: PMC4421778

300. Hu XC, Andrews D, Lindstrom AB, Bruton TA, Schaider LA, Grandjean P, Lohmann R, Carignan CC, Blum A, Balan SA, Higgins CP, Sunderland EM. Detection of poly- and

perfluoroalkyl substances (PFASs) in U.S. drinking water linked to industrial sites, military fire training areas and wastewater treatment plants. Environ Sci Technol Lett 2016 3: 344-350. PMCID: PMC5062567

301. Timmermann CAG, Budtz-Jørgensen E, Petersen MS, Weihe P, Steuerwald U, Nielsen F, Jensen TK, Grandjean P. Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances. Reproduct Toxicol 2017; 68: 164–170. PMCID: PMC5233673

302. Lind DV, Priskorn L, Lassen TH, Nielsen F, Kyhl HB, Kristensen DM, Christesen HT, Jørgensen JS, Grandjean P, Jensen TK. Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3 months of age as marker of endocrine disruption. Reproduct Toxicol 2017; 68: 200-206. PMID: 27421581

303. Oulhote Y, Shamim Z, Kielsen K, Weihe P, Grandjean P, Ryder LP, Heilmann C. Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants. Reproduct Toxicol 2017; 68: 207-214. PMCID: PMC5292093

304. Karlsen M, Grandjean P, Weihe P, Steuerwald U, Oulhote Y, Valvi D. Early-life exposures to persistent organic pollutants in relation to overweight in preschool children. Reproduct Toxicol 2017; 68: 145-153. PMCID: PMC5290287

305. Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Høst A, Grandjean P, Jensen TK. Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort. Environ Int 2016; 96: 58-64. PMID: 27608427

306. Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. Behavioral difficulties in 7-year old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Int 2016; 97: 237-45. PMCID: PMC5154805

307. Weihe P, Debes F, Halling J, Petersen MS, Muckle G, Odland JØ, Dudarev A, Ayotte P, Dewailly É, Grandjean P, Bonefeld-Jørgensen E. Health effects associated with measured levels of contaminants in the Arctic. Int J Circumpolar Health 2016; 75: 33805. PMCID: PMC5156856

308. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Budtz-Jørgensen E. Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds. Environ Health Perspect 2017; 125: 077018. PMCID: PMC5744724

309. Oulhote Y, Debes F, Vestergaard S, Weihe P, Grandjean P. Aerobic fitness and neurocognitive function scores in young Faroese adults and potential modification by prenatal methylmercury exposure. Environ Health Perspect 2017; 125: 677-683. PMCID: PMC5381980

310. Kirk LE, Jørgensen JS, Nielsen F, Grandjean P. Role of hair-mercury analysis and dietary advice in lowering methylmercury exposure in pregnant women. Scand J Publ Health 2017; 45: 444-51. PMID: 28381203

311. Timmermann CAG, Budtz-Jørgensen E, Jensen TK, Osuna CE, Petersen MS, Steuerwald U, Nielsen F, Poulsen LK, Weihe P, Grandjean P. Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination. J Immunotoxicol 2017; 14: 39-49. PMID: 28091126

312. Yorifuji T, Matsuoka K, Grandjean P. Height and blood chemistry in adults with a history of developmental arsenic poisoning from contaminated milk powder. Environ Res 2017; 155: 86-91. PMID: 28199894

313. Valvi D, Oulhote Y, Weihe P, Dalgård C, Bjerve KS, Steuerwald U, Grandjean P. Gestational diabetes and offspring birth size at elevated environmental pollutant exposures. Environ Int 2017; 107: 205-215. PMCID: PMC5584560.

314. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Timmermann A, Budtz-

Jørgensen E. Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5 years. J Immunotoxicol 2017; 14: 188-195. PMCID: PMC6190594

315. Mie A, Andersen HR, Gunnarsson S, Kahl J, Kesse-Guyot E, Rembiałkowska E, Quaglio G, Grandjean P. Human health implications of organic food and organic agriculture: a comprehensive review. Environ Health 2017; 16: 111. PMCID: PMC5658984

316. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F, Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2017; 65: 34-41. PMID: 29198963

317. Grandjean P, Bellanger M. Calculation of the disease burden associated with environmental chemical exposures: application of toxicological information in health economic estimation. Environ Health 2017; 16: 123. PMCID: PMC5715994

318. Timmermann CAG, Choi AL, Petersen MS, Nielsen F, Budtz-Jørgensen E, Weihe P, Grandjean P. Secondary Sex Ratio in Relation to Exposures to Polychlorinated Biphenyls, Dichlorodiphenyl Dichloroethylene, and Methylmercury. Int J Circumpolar Health 2017; 76: 1406234. PMCID: PMC5717715

319. Sun Q, Zong G, Valvi D, Nielsen F, Coull B, Grandjean P. Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among US Women. Environ Health Perspect 2018; 126(3): 037001. PMCID: PMC6071816

320. Liu G, Dhana K, Furtado JD, Rood J, Zong G, Liang L, Qi L, Bray GA, Smith SR, DeJonge L, Coull B, Grandjean P, Sun Q. Perfluoroalkyl Substances and Changes in Body Weight and Resting Metabolic Rate in Response to Weight-Loss Diets: A Prospective Study. PLoS Medicine 2018; 15(2): e1002502. PMCID: PMC5810983

321. Zong G, Valvi D, Coull B, Göen T, Hu FB, Grandjean P, Sun Q. Persistent organic pollutants and risk of type 2 diabetes: A prospective investigation among middle-aged women in Nurses' Health Study II. Environ Int 2018; 114: 334-42. PMCID: PMC5899920

322. Barouki R, Melén E, Herceg Z, Beckers J, Chen J, Karagas M, Puga A, Xia Y, Chadwick L, Yan W, Audouze K, Slama R, Heindel J, Grandjean P, Kawamoto T, Nohara K. Epigenetics as a mechanism linking developmental exposures to long-term toxicity. Environ Int 2018; 114: 77-86. PMCID: PMC5899930

323. Leung YK, Ouyang B, Niu L, Xie C, Ying J, Medvedovic M, Chen A, Weihe P, Grandjean P, Shuk-Mei Ho SM. Identification of sex-specific-methylation changes driven by specific chemicals in cord blood DNA in Faroe Islands birth cohort. Epigenetics 2018. PMCID: PMC5997167

324. Dassuncao C, Hu XC, Nielsen F, Weihe P, Grandjean P, Sunderland EM. Shifting Global Exposures to Poly- and Perfluoroalkyl Substances (PFASs) Evident in Longitudinal Birth Cohorts from a Seafood Consuming Population. Environ Sci Technol 2018; 52(6): 3738-47. PMID: 29516726

325. Audouze K, Taboureau O, Grandjean P. A systems biology approach to predictive developmental neurotoxicity of a larvicide used in the prevention of Zika virus transmission. Toxicol Appl Pharmacol 2018; 354: 56-63. PMCID: PMC6087490

326. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Kyhl HB, Andersen HR, Grandjean P, Jensen TK, Andersen M. Perfluoroalkyl Substances and Glycemic Status in Pregnant Danish Women: The Odense Child Cohort. Environ Int 2018; 116: 101-7. PMID: 29660612

327. Hu XC, Dassuncao C, Zhang X, Grandjean P, Weihe P, Webster GM, Nielsen F, Sunderland EM. Can profiles of poly-and Perfluoroalkyl substances (PFASs) in human serum provide information on major exposure sources? Environ Health 2018; 17(1): 11. PMCID: PMC5796515

328. Veyhe AS, Andreassen J, Halling J, Grandjean P, Petersen MS, Weihe P. Prevalence of type 2 diabetes and prediabetes in the Faroe Islands. Diabetes Res Clin Pract 2018; 140: 162-73. PMID: 29596941

329. Andersen HR, Tinggaard J, Grandjean P, Jensen TK, Dalgård C, Main KM. Prenatal pesticide exposure associated with glycated haemoglobin and markers of metabolic dysfunction in adolescents. Environ Res 2018; 166: 71-7.

330. Petersen MS, Debes F, Grandjean P, Weihe P. Gender differences in cognitive performance and health status in the Faroese Septuagenarians cohort. Eur J Public Health 2018.

331. Yorifuji T, Takaoka S, Grandjean P. Accelerated functional losses in ageing congenital Minamata disease patients. Neurotoxicol Teratol 2018, 69: 49-53.

332. Petersen M, Halling J, Jørgensen N, Nielsen F, Grandjean P, Jensen T, Weihe P. Reproductive Function in a Population of Young Faroese Men with Elevated Exposure to Polychlorinated Biphenyls (PCBs) and Perfluorinated Alkylate Substances (PFAS). Int J Environ Res Public Health 2018; 15(9): 1880. PMCID: PMC6165232

333. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PloS One 2018; 13(10): e0205388. PMCID: PMC6195268

334. Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS, Prins GS. Time scales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 2018. PMID: 30387920 DOI: 10.1111/bcpt.13162

335. Grandjean P. Delayed discovery, dissemination, and decisions on intervention in environmental health: a case study on immunotoxicity of perfluorinated alkylate substances. Environ Health 2018; 17: 62.

336. Mie A, Rudén C, Grandjean P. Safety of safety evaluation of pesticides: developmental neurotoxicity of chlorpyrifos and chlorpyrifos-methyl. Environ Health 2018; 17: 77.

337. Jensen TK, Mustieles V, Bleses D, Frederiksen H, Trecca F, Schoeters G, Andersen HR, Grandjean P, Kyhl HB, Juul A, Bilenberg N, Andersson AM. Prenatal bisphenol A exposure is associated with language development but not with ADHD-related behavior in toddlers from the Odense Child Cohort. Environ Res 2019; 170: 398-405.

338. Ammitzbøll C, Börnsen L, Petersen ER, Oturai AB, Søndergaard HB, Grandjean P, Sellebjerg F. Perfluorinated substances, risk factors for multiple sclerosis and cellular immune activation. J Neuroimmunol 2019; 330: 90-95.

339. Hu XC, Tokranov AK, Liddie J, Zhang X, Grandjean P, Hart JE, Laden F, Sun Q, Yeung LWY, Sunderland EM. Tap Water Contributions to Plasma Concentrations of Poly- and Perfluoroalkyl Substances (PFAS) in a Nationwide Prospective Cohort of U.S. Women. Environ Health Perspect 2019; 127: 67006.

340. Eryasa B, Grandjean P, Nielsen F, Valvi D, Zmirou-Navier D, Sunderland E, Weihe P, Oulhote Y. Physico-chemical properties and gestational diabetes predict transplacental transfer and partitioning of perfluoroalkyl substances. Environ Int 2019; 130: 104874.

Books

25. Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D, eds. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, 746 pp.
26. Grandjean P. Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press, 2013 (232 pp.).
27. Grandjean P, Hermann P. Kemi på hjernen – går ud over enhver forstand. København: Gyldendal, 2015 (334 sider).
28. Grandjean P. Cerveaux en danger (Brains in danger, in French). Translated by Odile Demange. Paris: Buchet Chastel, 2016 (336 pp.).

Book chapters and other publications

218. Budtz-Jørgensen E, Keiding N, Grandjean P. Approaches to handling uncertainty when setting environmental exposure standards. In: Baveye P, Mysiak J, Laba M, eds. Uncertainties in environmental modelling and consequences for policy making. Dordrecht, The Netherlands: Springer, 2009, pp. 267-80.
219. Grandjean P, Choi AL, Weihe P, Murata K. Methylmercury neurotoxicology: From rare poisonings to silent pandemic. In Wang C, Slikker W Jr, eds: Developmental Neurotoxicological Research: Principles, Models, Techniques, Strategies and Mechanisms. New York: Wiley, 2010, pp 335-56.
220. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009; 10: 453-4. PMID: 19418618
221. Grandjean P, Yorifuji T. Mercury (Chapter 8). In: Bingham E, Cohrssen B, eds. Patty's Toxicology, 6th ed. New York: Wiley 2012, Vol. 1, pp 213-27.
222. Takaro TK, Davis D, Van Rensburg S, Jroyo Aguilar RS, ... Grandjean P et al. (108 authors). Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health 2010 16: 242-9.
223. Darney S, Fowler B, Grandjean P, Heindel J, Mattison D, Slikker W Jr. Prenatal programming and toxicity II (PPTOX II): role of environmental stressors in the developmental origins of disease. Reprod Toxicol 2011; 31: 271. Also published in Journal of Developmental Origins of Health and Disease 2011; 2: 2.
224. Choi A, Grandjean P. Human health significance of dietary exposures to methylmercury. In: Liu G, Cai Y, O'Driscoll N, eds. Environmental Chemistry and Toxicology of Mercury. Chichester: Wiley, 2012, pp. 545-67.
225. Grandjean P. Exposure to environmental chemicals as a risk factor for diabetes development. In: Bourguignon J-P, Jégou B, Kerdelhué B, Toppari J, Christen Y, Eds. Multi-System Endocrine Disruption. Berlin: Springer 2011, pp. 91-9.
226. Julvez J, Yorifuji T, Choi AL, Grandjean P. Epidemiological evidence on methylmercury neurotoxicity. In: Aschner M, Ceccatelli S, eds. Methylmercury and Neurotoxicity. Berlin: Springer, 2012, pp. 13-35.
227. Grandjean P. Strengths and limitations of HBM – Imprecision matters. Int J Hyg Environ

Health 2012; 215: 94. PMID:22197511

228. Grandjean P. Larry Needham and the partition ratio. Chemosphere 2011; 85: 142. PMID: 22148142

229. Weihe P, Grandjean P. Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy. Acta Vet Scand 2012; 54(Suppl 1): S7.

230. Fox DA, Grandjean P, de Groot D, Paule M. Developmental origins of adult diseases and neurotoxicity: Epidemiological and experimental studies. Neurotoxicology 2012; 33: 810-6. PMID: 22245043

231. London L, Beseler C, Bouchard Mf, Bellinger DC, Colosio C, Grandjean P, Harari R, Kootbodien T, Kromhout H, Little F, Meijster T, Moretto A, Rohlman DS, Stallones L. Neurobehavioural and neurodevelopmental effects of pesticide exposures. Neurotoxicology 2012; 33: 887-96.

232. Bal-Price AK, Coecke S, Costa L, Crofton KM, Fritsche E, Goldberg A, Grandjean P, Lein PJ, Li A, Lucchini R, Mundy WR, Padilla S, Persico A, Seiler AEM, Kreysa J. Conference Report: Advancing the Science of Developmental Neurotoxicity (DNT) Testing for Better Safety Evaluation. Altex 2012: 29: 202-15.

233. Grandjean P, Heilmann C. Perfluorinated compounds and immunotoxicity in children – Reply (Letter). JAMA 2012; 307: 1910-1.

234. Schug TT, Barouki R, Gluckman P, Grandjean P, Hanson M, Heindel JJ. PPTOX III: Environmental Stressors in the Developmental Origins of Disease: Evidence and Mechanisms. Toxicol Sci 2013; 131: 343-50.

235. Andersen HR, Wohlfahrt-Veje C, Debes F, Nielsen F, Jensen TK, Grandjean P, Main KM. Langtidseffekter af prænatal pesticideksponering (Long-term effects of prenatal pesticide exposure, in Danish). Copenhagen: Miljøstyrelsen (Danish Environmental Protection Agency), 2012.

236. Grandjean P. Blyforgiftning i forebyggelse og forskning (Leder) [Lead poisoning in prevention and research (Editorial)]. Ugeskr Laeger 2012; 174: 2693.

237. Grandjean P, Pichery C, Bellanger M, Budtz-Jørgensen E. Calculation of mercury's effects on neurodevelopment (letter). Environ Health Perspect 2012; 120: a452.

238. Grandjean P, Keiding N. (2013) Precautionary Principle. In: El-Shaarawi AH, Piegorsch W(eds), Encyclopedia of Environmetrics. Chichester, UK: John Wiley, 2013. DOI: 10.1002/9780470057339.vnn011.

239. Grandjean P. Science for precautionary decision-making. In: Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, pp. 517-35.

240. Grandjean P. Opinion: Toxicants and the Brain. The Scientist 2013 (June 17): 36043.

241. Choi AL, Grandjean P, Sun G, Zhang Y. Developmental fluoride neurotoxicity: Choi et al. respond (Letter). Environ Health Perspect 2013; 121: A70.

242. Grandjean P. Opinion: Problems with Hidden COI. The Scientist 2013 (October 28): 37934.

243. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 13). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 4th ed. Amsterdam: Elsevier, 2014, pp. 265-79.

244. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic

effects from metals (Chapter 24). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 4th ed. Amsterdam: Elsevier, 2014, pp. 507-28.

245. Grandjean P. Developmental origins of diseases: challenge for risk assessment of chemicals (EUROTOX abstract). Toxicol Lett 2013; 221 Suppl: S15.

246. Grandjean P. Mercury (Chapter 29). In: Landrigan PJ, Etzel RA, eds. Children's Environmental Health. New York: Oxford University Press, 2014, pp. 273-80.

247. Heilmann C, Jensen L, Weihe P, Nielsen F, Knudsen LE, Budtz-Jørgensen E, Mølbak K, Grandjean P. Persistente fluorforbindelser reducerer immunfunktionen (Persistent perfluorinated compounds cause immunotoxic effects, in Danish). Ugeskr Laeg 2015; 177: 660-3. PMID: 25350410

248. Grandjean P. Chemical brain drain: insidious and pervasive. In: Breyer, H, ed. Giftfreies Europa. Brussels, 2014, pp. 133-40.

249. Grandjean P. Mercury (article 02853). In: Caplan M, ed. Reference Module in Biomedical Sciences. Elsevier, 2015.

250. Grandjean P, Landrigan PJ. Neurodevelopmental toxicity: still more questions than answers - Authors' response. Lancet Neurol 2014; 13: 648-9. PMID: 24943339

251. Grandjean P. Prenatal prevention (letter). Science 2014; 345: 1462. PMID : 25237095

252. Grandjean P, Choi AL. Community water fluoridation and intelligence (letter). Am J Public Health 2015; 105: e3. PMCID: PMC4358213

253. Kim BM, Choi AL, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz- Jørgensen E, Grandjean P. Corrigendum to 'Effect of hemoglobin adjustment on the precision of mercury concentrations in maternal and cord blood' [Environ. Res. 132 (2014) 407-412]. Environ Res. 2016; 147: 630. PMID: 27040412

254. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Comment on "Severe dental fluorosis and cognitive deficits". Neurotoxicol Teratol 2015; 50: 32. PMID: 25986437

255. Oulhote Y, Grandjean P. Association between child poverty and academic achievement (letter). JAMA Pediatr 2016; 170: 179-80. PMID: 26720161

256. Kielsen K, Shamim Z, Ryder LP, Grandjean P, Heilmann C. Vaccination efficacy and environmental pollution. In: Esser C (ed.). Environmental Influences on the Immune System. Vienna: Springer, 2016, pp. 181-203.

257. Trasande L, Attina T, Skakkebaek NE, Juul A, Porta M, Soto AM, Vandenberg L, Sathyanarayana S, Fletcher T, Demeneix B, Bergman A, Cohn BA, Bellanger M, Gore AC, Legler J, Bourguignon JP, Slama R, Toppari J, Blumberg B, Myers JP, Zoeller RT, Kortenkamp A, DiGangi J, Philippe Grandjean P, Russ Hauser R, Rudel R. Endocrine disruptors: Refereed science to guide action on EDCs (Correspondence). Nature 2016; 536: 30.

258. Mie A, Guyot EK, Kahl J, Rembiałkowska E, Andersen HR, Grandjean, P, Gunnarsson S. Health implications of organic food and organic agriculture. Science and Technology Options Assessment Panel, Directorate-General for Parliamentary Research Services (DG EPRS) of the European Parliament, 2016.

259. Grandjean P, Kishi R, Kogevinas M; International Society for Environmental Epidemiology (ISEE). Prevention of developmental neurotoxicity. Epidemiology 2017; 28: 157-158. PMID: 27922529.

260. Oulhote Y, Bind MA, Coull B, Patel CJ, Grandjean P. combining ensemble learning techniques and G-computation to investigate chemical mixtures in environmental epidemiology studies. bioRxiv 2017 doi.org/10.1101/147413.

261. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of two perfluoroalkylate substances associated with immunotoxicity. bioRxiv 2017 doi.org/10.1101/198564.

262. Fritsche E, Grandjean P, Crofton KM, Aschner M, Goldberg A, Heinonen T, Hessel EV, Hogberg H, Bennekou SH, Lein PJ, Leist M. Consensus statement on the need for innovation, transition and implementation of developmental neurotoxicity (DNT) testing for regulatory purposes. Toxicol Appl Pharmacol 2018; doi: 10.1016/j.taap.2018.02.004. Available at: https://www.sciencedirect.com/science/article/pii/S0041008X18300437?via%3Dihub

263. Grandjean P. Health status of workers exposed to perfluorinated alkylate substances (Letter). J Occup Environ Med 2018; 60(10): e562.

264. Grandjean P, Lederman SA, Silbergeld EK. Fish Consumption during Pregnancy. JAMA Pediatr 2019 (in press) doi: 10.1001/jamapediatrics.2018.4920

265. Grandjean P, Prins GS, Weihe P. Development Priority (Editorial). Basic Clin Pharmacol Toxicol 2019 (in press) doi: 10.1111/bcpt.13249

1

CURRICULUM VITAE                Date Prepared: May, 2019

NAME:                         Howard Hu
HOME ADDRESS:                 12544  42nd Avenue NE, Seattle, WA; 98125, USA
DATE OF BIRTH:                June 12, 1956

PRIMARY AFFILIATION:        School of Public Health, University of Washington
SECONDARY AFFILIATION:    School of Public Health, University of Michigan

CONTACT:                      Howard Hu, M.D, M.P.H., Sc.D.
                              Email: hhu5@uw.edu
LINKS:              https://deohs.washington.edu/faculty/hu_howard
                    https://www.linkedin.com/in/howard-hu-059703a/?trk=public-profile-join-page

TABLE OF CONTENTS

| SUBJECT | PAGE |
|---|---|
| EDUCATION | 2 |
| POSTDOCTORAL TRAINING | 2 |
| CERTIFICATION AND LICENSURE | 2 |
| ACADEMIC APPOINTMENTS | 2 |
| ADMINISTRATIVE APPOINTMENTS | 3 |
| CLINICAL APPOINTMENTS | 4 |
| OTHER ACADEMIC POSITION/VISITING APPOINTMENTS | 4 |
| MAJOR RESEARCH INTERESTS | 5 |
| GRANTS | 5 |
| HONORS AND AWARDS | 9 |
| MEMBERSHIPS | 10 |
| EDITORIAL POSITIONS AND BOARDS | 10 |
| PEER REVIEW SERVICE | 11 |
| TEACHING | 11 |
| COMMITEE, ORGANIZATIONAL, VOLUNTEER SERVICE | 17 |
| OTHER PUBLIC SERVICE | 22 |
| CONSULTING POSITIONS | 22 |
| VISITING PROFESSORSHIPS | 23 |
| SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS | 23 |
| BIBLIOGRAPHY | 31 |

EDUCATION:

| | | | |
|---|---|---|---|
| 9/1973-6/1976 | Biology | B.Sc. | Brown University |
| 9/1977-6/1982 | Medicine | M.D. | Albert Einstein College of Medicine |
| 9/1979-6/1980 (degree in 6/1982*) | | M.P.H. (Occ Hlth) | Harvard School of Public Health |
| 9/1985-6/1986 | Epidemiology | M.S. | Harvard School of Public Health |
| 7/1986-6/1990 | Epidemiology | Sc.D. | Harvard School of Public Health |

* Awarding of the Harvard M.P.H. to medical students is delayed until the M.D. degree is conferred

POSTDOCTORAL TRAINING:

Research Fellowships

7/1987-6/1988 Occupational Health Research Fellow, Dept. of Environmental Health
Harvard School of Public Health

Internship and Residencies

| | | |
|---|---|---|
| 7/1982-6/1983 | Intern in Medicine | Boston City Hospital |
| 7/1983-6/1984 | Junior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1984-6/1985 | Senior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1985-6/1987 | Resident, Occupational Medicine | Harvard School of Public Health |

CERTIFICATION AND LICENSURE:

| | |
|---|---|
| 1984 | Massachusetts Medical License Registration |
| 1985 | American Board of Internal Medicine, Diplomate |
| 1987 | American Board of Preventive Medicine, Diplomate (Occupational Medicine) |
| 2006 | Michigan Medical License Registration |
| 2013 | College of Physicians & Surgeons of Ontario |
| 2018 | Washington State Medical License Registration |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 9/1988-6/1992 | Instructor in Medicine |
| | Department of Medicine, Harvard Medical School |
| 9/1988-6/2006 | Associate Physician (Clinical and Research), Channing Laboratory, |
| | Department of Medicine, Brigham & Women's Hospital |
| 9/1990-6/1994 | Assistant Professor of Occupational Medicine |
| | Department of Environmental Health, Harvard School of Public Health |

CV: Howard Hu, M.D., M.P.H., Sc.D.

3

| | |
|---|---|
| 7/1992-6/1997 | Assistant Professor of Medicine<br>Department of Medicine, Harvard Medical School |
| 7/1994-6/2002 | Associate Professor of Occupational Medicine<br>Department of Environmental Health, Harvard School of Public Health |
| 7/1997-8/2006 | Associate Professor of Medicine<br>Department of Medicine, Harvard Medical School |
| 7/2002-8/2006 | Professor of Occupational and Environmental Medicine (tenured)<br>Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Chair and Professor of Environmental Health Sciences (tenured), Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 9/2006-8/2009 | Adjunct Professor of Occupational and Environmental Medicine<br>Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Research Associate Physician, Channing Laboratory, Department of Medicine, Brigham & Women's Hospital |
| 5/2007-2012 | Professor of Epidemiology, University of Michigan School of Public Health |
| 5/2007-2012 | Professor of Internal Medicine, University of Michigan Medical School |
| 1/2009-2012 | NSF International Endowed Department Chair, University of Michigan School of Public Health, Department of Environmental Health Sciences |
| 7/2012-2018 | Professor of Environmental Health, Epidemiology and Global Health (tenured)<br>Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada (on sabbatical/administrative leave, 2017-2018) |
| 7/2012-2018 | Professor, School of Medicine, University of Toronto, Toronto, Ontario, Canada |
| 7/2012- | Adjunct Professor, Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 7/2012-2013 | Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada |
| 7/2013-6/2017 | Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada |
| 7/2017- | Affiliate Professor (started as Visiting Scholar until December, 2017), Department of Occupational and Environmental Health Sciences, University of Washington School of Public Health, Seattle, WA |

ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 7/1991-6/2006 | (Founding) Director, Metals Epidemiology Research Group, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Environmental Health, Harvard School of Public Health |
| 7/1992-6/1995 | Director, Commission to Investigate the Health and Environmental Effects of Nuclear Weapons Production, International Physicians for the Prevention of Nuclear War |
| 7/1996-6/2006 | Director, Residency Program in Occupational and Environmental Medicine, Harvard School of Public Health |
| 7/1996-8/2006 | Director, Occupational and Environmental Medicine Core, National Institute for Occupational Safety and Health Educational Resource Center at the Harvard School of |

CV: Howard Hu, M.D., M.P.H., Sc.D.

4

Public Health
7/1998-6/2004 (Founding) Medical Editor, Environmental Health Perspectives (official journal of
NIEHS)
7/2000-8/2006 Associate Director, the Harvard NIEHS Environmental Sciences Center, Harvard
School of Public Health
7/2004-6/2009 (Founding) Principal Investigator and Director, Harvard Center for Children's
Environmental Health and Disease Prevention Research (co-PI and co-Director after
9/1/08)
9/2006-6/2012 Chair, Department of Environmental Health Sciences, University of
Michigan School of Public Health
9/2006-2012   Director, Occupational Epidemiology Core, NIOSH Education and Research Center,
University of Michigan
9/2006-2012   Co-Director, Michigan-Harvard/Harvard-Michigan Metals Epidemiology Research
Group
7/2009-2011 Director, NIA T32 Training Grant in Aging and Public Health, University of Michigan
School of Public Health
1/2010-2012 Chair, Faculty Steering Committee on Global Health, University of Michigan School of
Public Health
4/2011-2012 (Founding PI) and Director, University of Michigan NIEHS P30 Core Center.
7/2012-2013 Director, Dalla Lana School of Public Health, University of Toronto, Toronto,
Ontario, Canada
7/2013-6/2017 Founding Dean, Dalla Lana School of Public Health, a Faculty of the University
of Toronto, Toronto, Ontario, Canada

CLINICAL APPOINTMENTS:

7/1985-6/1987 Attending Physician, Emergency Department, Whidden Memorial Hospital
7/1985-6/1988 Assistant Visiting Physician, Department of Medicine, Boston City Hospital
1/1985-6/2006 Consultant in Occupational and Environmental Medicine, Center for Occupational
and Environmental Medicine, Northeast Specialty Hospital (formerly known as the
Olympus Specialty Hospital, the Massachusetts Respiratory Hospital, and Norfolk County
Hospital).
3/1987-9/1987 Attending Physician, Occupational Health Program, University Hospital/Boston
University Medical Center
7/1988-9/2006 Associate Physician, Brigham and Women's Hospital
7/1990-6/1995 Occupational/Environmental Medicine Consultant, Brigham and Women's Hospital
Employee Health Services
7/2007-2012 Associate Physician, Division of General Medicine, Department of Medicine,
University of Michigan Health System
1/2019-present Staff Physician, RotaClinic-Lake City, Seattle, WA

OTHER ACADEMIC POSITIONS and MAJOR VISITING APPOINTMENTS:

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 7/1987-6/1990 | Visiting Physician, South Cove Health Center, Boston (Chinatown) |
| 7/1996-8/2006 | Associate, Center for Health and the Global Environment, Harvard Medical School |
| 2/1997 | Alice Hamilton Visiting Professor, Division of Occupational and Environmental Medicine, Department of Medicine, University of California at San Francisco |
| 11/2000- | Visiting Scientist, Sri Ramachandra Medical College and Research Institute |
| 7/2010- | Senior Consultant, Tianjin Centers for Disease Control and Prevention, Tianjin, China |
| 10/2012- | Visiting Professor, Shanghai Key Laboratory of Children's Environmental Health, Xinhua Hospital, Shanghai Jiao-Tung University, China |
| 7/2013-6/2016 | Visiting Professor, Shanghai Jiao Tong School of Medicine, China |
| 5/2015- | Affiliate Scientist to the Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, Canada |

MAJOR RESEARCH INTERESTS:

1. Environmental and molecular epidemiologic research related to heavy metals, potential endocrine disruptors, other neurotoxicants, carcinogens, etc.
2. Gene-environment interactions; epigenetic dysregulation
3. Fetal/early life exposures and long-term effects
4. Aging-environment interactions
5. Environmental health, health inequities and health disparities, human rights
6. Health and the global environment
7. "Big Data" for population health
8. Environmental sensitivities/Multiple chemical sensitivities

GRANTS (as PI, Co-PI, or primary mentor only):

Past Funding:

| | |
|---|---|
| 1980 (summer) | Montefiore Hospital, Bronx NY,PI; $2,000 (approx) |
| | A study of rural and occupational health in Tulua, Colombia, South America |
| 1982 (summer) | Albert Einstein College of Medicine, PI; $3,000 (approx) |
| | A study of occupational/environmental health in Shanghai, China |
| 7/1987-6/1989 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 |
| | The Long-term Renal and Neurologic Effects of Childhood Plumbism |
| 7/1989-6/1990 | NIEHS subcontract 7083-1, PI; $50,000 (approx) |
| | The Use of X-Ray Fluorescence to Measure Lead Burden and Childhood Lead Exposure |
| 7/1990-6/1992 | Agency for Toxic Substances and Disease Registry, PI; $150,000 (approx) |
| | "Clinical Environmental/ Occupational Medicine Research Fellowship Award", |
| 7/1990-6/1991 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 |
| | The Metabolic Effects of Pregnancy and Lactation on Lead Burden |

CV: Howard Hu, M.D., M.P.H., Sc.D.

6

| | |
|---|---|
| 7/1990-6/1991 | Harvard School of Public Health Basic, PI Research Support Grant; $10,000 K-X-Ray Fluorescence Measured Lead Burden |
| 10/1991-11/1991 | NIOSH Special Grants, PI; $50,000 (approx) The Carpenters Lead Project |
| 4/1991-3/1996 | NIEHS/R01, PI; $2,200,000 (approx) The Epidemiology of Lead, Diet and Blood Pressure |
| 7/1991-6/1996 | NIEHS/R01 supplement, PI; $240,000 (approx) The Epidemiology of Lead, Diet and Blood Pressure--Research Supplement for Minority Investigator |
| 7/1992-6/1995 | NIEHS/R01 (Office of Research on Women), PI; $200,000 (approx) Lead and Hypertension in Women |
| 7/1993-6/1996 | NIEHS/subcontract, PI; $150,000 (approx) Exposure to Neurotoxins as Risk Factors for Amyotrophic Lateral Sclerosis |
| 7/1995-6/1998 | State of Washington, Department of Labor, PI; $350,000 (approx) SPECT Imaging of the Brain in Patients with Multiple Chemical Sensitivity Syndrome and Controls |
| 7/1996-6/1997 | NIEHS Center Grant ES00002 Pilot Project, PI; $15,000 Electrocardiographic abnormalities in association with low-level lead exposure among middle-aged to elderly men: the Normative Aging Study |
| 4/1995-3/2000 | NIEHS Project PI (Program Project PI: Richard Monson); $1,800,000 (approx) Lead Exposure, Accumulation in Bone, and Reproductive Toxicity Among Men and Women In Mexico |
| 4/1995-3/2000 | NIEHS Project PI (Program Project PI: Richard Monson); $1,900,000 (approx) Lead Exposure, Accumulation in Bone, and Cognitive Toxicity Among Elderly Men and Women |
| 6/1997-5/2002 | NIEHS/R01 ES05257 PI; $2,312,274 Lead Biomarkers, Aging, and Chronic Disease |
| 7/1997-6/1999 | NIEHS Center Grant ES00002 Pilot Project, PI; $10,000 The effect of genetic polymorphisms of metallothionein-IIA on mRNA levels in middle-aged to elderly men: the Normative Aging Study |
| 7/1998-6/2003 | NIEHS/R01 PI (with no-cost extension; 5R01ES007821); $2,291,833 Lead Dose Biomarkers, Reproduction, and Infant Outcomes |
| 7/1999-6/2000 | NIEHS Center Grant ES00002 Pilot Project, co-PI; $14,000 Magnetic Resonance Spectroscopy in the Evaluation of Lead Neurotoxicity: the Normative Aging Study |
| 7/2000-6/2001 | MAVERIC (Massachusetts Area Veterans Epidemiology Resource and Institute Center) Pilot Project PI (with Dr. Robert Wright, co-PI); $10,000 The Use of Magnetic Resonance Spectroscopy in Lead Poisoning |
| 7/2000-6/2001 | NIOSH Center Grant Pilot Project, PI (with Dr. Robert Wright, co-PI); $12,000 Interaction between ApoE Genotype and Lead Exposure in the Development of Cognitive Impairment |
| 7/2002-6/2004 | The Rasmussen Foundation/Health Care Without Harm; $50,000 |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                    7

|  | Medical Use of Phthalate Containing Products in the Neonatal Intensive Care Unit and Biomarkers of Neonatal Phthalate Metabolites |
|---|---|
| 7/2002-6/2003 | NIEHS Center Grant Pilot Project, PI; $8,000 |
|  | Vitamin D Receptor Gene and Bone Lead in Reproduction |
| 3/2004-2/2005 | The Critelli Family Foundation; $10,000 |
|  | Review of Environmental Cadmium Exposure and Toxicity |
| 4/2000-3/2007 | NIEHS Project Leader (Program Project PI: Richard Monson; 5P01ES05947); $2,472,677; Controlled Trial in Pregnancy of Dietary Supplements for the Suppression of Bone Resorption and Mobilization of Lead into Plasma (no cost extension) |
| 4/2000-3/2007 | NIEHS Project co-Leader (Program Project PI: Richard Monson; 5P01ES05947); $1,210,000 (approx); A Community-Based Study of Lead Exposure Pathways, Biomarkers of Dose, Health Effects, and Phytoremediation Strategies at the Tar Creek Superfund Site (no cst extension) |
| 4/2002-9/2007 | NIEHS/R01 PI (5R01ES010798); $3,011,295 |
|  | Gene-Metal Interactions and Parkinson's Disease |
| 10/2003-9/2007 | NCMHI/P20 Project Leader (MD000501-01; Hughes Harris, PI); $828,781(Project) "FAMU and Harvard Center for Health and Health Care Disparities" |
| 8/2003-7/2008 | NIEHS/R01 PI (2R01ES05257-11A2); $3,357,424 (bécame co-PI in 2007 after move to University of Michigan) |
|  | Lead-Gene Interactions and Cognition |
| 6/2004-3/2009 | NIEHS/P01 PI (5 P01ES012874-01); $6,662,670 (became co-PI in 2006 after move to University of Michigan) |
|  | Metals Mixtures and Children's Health (Center for Children's Environmental Health and Disease Prevention Research) |
| 7/2002-12/2009 | NIH/R03 PI  (1R03TW005914; no cost ext through 2008); $192,000 (approx |
|  | Lead, Genes, and Cognition in Children in Chennai, India |
| 9/2006-7/2011 | NIEHS/R01 PI (R01ES0007821); $3,116,831 |
|  | Fetal Origins of Neurobehavior: Lead and Cholesterol Metabolism Interactions |
| 7/2006-6/2011 | NIEHS/R01 co-PI (R01ES013744; PI Wright), $3,200,000 |
|  | Stress, Lead, Iron Deficiency and Neurodevelopment |
| 7/2006-6/2011 | NIEHS/R01 co-PI (RO1ES014930; PI Wright), $2,800,000 |
|  | Metal Mixtures and Neurodevelopment |
| 2/2008-2/2010 | Michigan Institute for Clinical and Health Research (MICHR; home of the UM CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension) |
|  | Epigenetics of Early Life Events and Environmental Toxicants |
| 4/2009-4/2010 | Michigan Alzheimer's Disease Research Center Pilot Project PI, $25,000 |
|  | Environment, Epigenetics and Alzheimer's Disease (no cost extension) |
| 12/2009-12/2010 | University of Michigan Center for Global Health Pilot Project PI, $25,000 |
|  | Climate Variability and Impacts on Mortality and Morbidity in Chennai, India: A Pilot Project Stemming from the 2009 U.S.-India Workshop on Climate Change and Public Health, Goa India (no cost extension) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                        8

9/2009-9/2010 Michigan Institute for Clinical and Health Research (MICHR; home of the UM
          CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension)
          Epigenetics and Epigenomics in the Etiology of Alzheimer Disease
     7/2008-6/2011 NIA/T32  PI (T32AG027708); $450,000
          Interdisciplinary Training Program in Aging and Public Health
4/2010-3/2015 NIEHS P42 Superfund Co-Inv, Project 2, Co-investigator (P42ES017198; PI:
          Alshawabkeh, Project 2 Leader: Meeker) Puerto Rico Testsite For Exploring
          Contaminant Threats, $12,000,000
4/1/2011-6/2015 NIEHS Core Environmental Health Sciences Center, Founding PI and Director
          (until 2012; now consultant; P30 ES017885), $ 4,620,100;
          "Lifestage Exposures and Adult Disease"
4/2010-3/2014 NIEHS/EPA P20 Co-PI and Clin Health Specialist (P20 ES018171; PI Peterson)
          Formative Children's Environmental Health and Disease Prevention Center,
          $1,959,960; "Perinatal Exposures, Epigenetics, Child Obesity & Sexual Maturation"
7/1/2013-6/30/2014  CIHR, Canadian Institute for Health Services and Policy Research; Planning
          Grants-Priority Announcement:Partnerships for Health System Improvement; PI, $24,992
          "The Surviving Opioid Overdose with Naloxone (SOON) Project and Roundtable"
07/1/11-06/30/16  NIEHS K01 ES019909  (co-mentor; PI: Somers)
          "Immune dysfunction associated with early life heavy metal exposure"
4/1/12-3/30/17      NIEHS R01ES013744 (consultant; PI: Wright; Mt Sinai School of Medicine)
          "Stress-Lead Interactions and Child Development"
7/1/2012-7/1/2017 European Commission (EC), Funded under FP7-Health, Project 304925, co-
          Investigator; PI, epidemiologic studies, $6,000,000 E
          "A novel micronutrient-based strategy to prevent hearing impairments: test and road to
          market for age-related hearing loss and preservation of residual hearing"

Current Funding

6/1/2012-7/1/2019 1R01ES021446-01, PI, $4,140,000 (parent + supplement awards);
          "Prenatal and Childhood Exposure to Fluoride and Neurodevelopment"
5/15/2015-5/15/2019  Health Canada; PI, $200,000 (Phase 1); $1,400,000 (proposed Phase 2)
          "A Community-based First Nation Study of Cancer and the Environment in Northern
          Ontario"
4/1/13-3/31/23 NIEHS/EPA P01ES022844 (co-inv; PI: Peterson at the University of Michigan)
          "Lifecourse Exposures & Diet: Epigenetics, Maturation & Metabolic Syndrome."
7/1/16-6/30/21      CIHR (co-PI; Director; PI: Jeffrey Brook at the Dalla Lana School of Public
          Health) $4,700,000 CNDN
          "CANadian Urban Environmental (CANUE) Health Research Consortium"
9/1/16-8/31/21 NIH 5R01ES026033-02, (consultant; PI: Arora at Mt. Sinai School of Medicine)
          $648,000  "Novel Biomarker to Identify Critical Windows of Susceptibility to Metal
          Mixture"


CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          9

Applications Under Review

Wellcome Trust, co-investigator (PI: P Landrigan)
        "Quantifying the Cognitive and Economic Benefits of Reducing Air Pollution to Achieve
        Climate Change Mitigation"

Competitive Renewal Application In Progress

R01ES021446-01, PI, $4,140,000
        A Prospective Study of Early Life Exposure to Fluoride, Thyroid Function, and
        Neurobehavioral Outcomes

Amended Application In Progress

R01ES007821-11, PI, $4,800,000;
        Early Life Toxicants and Cardiovascular Outcomes" (priority score 27 by CASE
        Study section; 25th percentile)

New Application in Progress

Wellcome Trust, xxx, multiple-PI
        Addressing Two Critical Gaps in Understanding the Impacts of Lead Exposure on the
        Global Burden of Disease: (a) Impacts on Cardiovascular Disease; (b) Exposures and
        Sources in Low and Middle-Income Countries


HONORS AND AWARDS:

    1978-1982  National Health Service Corps Scholarship
    1985-1988  National Research Service Award
    1990-1992  Agency for Toxic Substances and Disease Registry Clinical Environmental Medicine
               Award
    1994       Will Solimene Award of Excellence, American Medical Writers Association, for:
               Chivian E, McCally M, Hu H, Haines H, eds. *Critical Condition: Human Health and the
               Environment*. Cambridge: The MIT Press, 1993.
    1997       Alice Hamilton Lecturer, University of California at San Francisco
    1998       First Prize for Best Infant Nutrition Research, Instituto Danone, Mexico (for González-
               Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M,
               Hu H. "Decrease in birth weight in relation to maternal bone lead burden." Published in
               *Pediatrics*)
    1999       National Institute for Environmental Health Sciences "Progress and Achievement of the

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    10

|      | Year Award", 1998-1999 |
|------|------|
| 1999 | True Memorial Lecturer, Maine Medical Center, Portland ME. |
| 2000-2001 | Faculty Sabbatical Award, Harvard School of Public Health |
| 2000-2001 | Senior Fulbright Scholar in India |
| 2001 | Hoopes Prize, Faculty Mentorship (for Senior Thesis of Charles Lin, "More than Black and White: Lead Poisoning as an Environmental Justice Issue in Boston") |
| 2003 | Best Paper in Preventive Medicine by a Medical Student (for Senior Thesis of Vanitha Janakiraman; Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M.  A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy.  Am J Prev Med 2003;24:260-4.). American College of Preventive Medicine, Ulrich and Ruth Frank Foundation for International Health. |
| 2004 | Das Travel Grant Award, The South Asia Initiative, Harvard University (for Travel in India) |
| 2005 | Adolph G. Kammer Merit in Authorship Award, the American College of Occupational and Environmental Medicine (for Rhodes D, Spiro A, Aro A, Hu H "Relationship of Bone and Blood Lead Levels to Psychiatric Symptoms: The Normative Aging Study", Published in the *Journal of Occupational and Environmental Medicine*) |
| 2006 | Teacher of the Year Award, Occupational/Environmental Medicine Residents, Harvard School of Public Health |
| 2006 | Harriett Hardy Award, the New England College of Occupational and Environmental Medicine |
| 2009 | Linus Pauling Award for Lifetime Achievements, American College for the Advancement of Medicine |
| 2011 | Award for Excellence, American Public Health Association |
| 2015 | John R. Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology |
| 2016 | Election to Fellowship, Canadian Academy of Health Sciences |

MEMBERSHIPS IN PROFESSIONAL SOCIETIES

Memberships

| 1981- | American Public Health Association (APHA) |
|-------|------|
| 1982-2006 | Massachusetts Coalition for Occupational Safety and Health |
| 1983-1989 | American College of Physicians |
| 1985- | Physicians for Social Responsibility |
| 1987- | Physicians for Human Rights |
| 1990- | International Society for Environmental Epidemiology (ISEE) |
| 1990-2000 | American Association for the Advancement of Science |
| 1990-2006 | Association of Occupational and Environmental Clinics (AOEC) |
| 1991- | International Physicians for the Prevention of Nuclear War (IPPNW) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          11

1994-1996 Society for Occupational and Environmental Health (SOEH)
2000-2012 American College of Occupational and Environmental Medicine (ACOEM)
2009-2012 Society of Toxicology
2012-      Canadian Public Health Association (CPHA)

Committee Assignments

1981-1982 Program Committee, Occupational Safety and Health Section, APHA
1987-1988 Program Committee, Asian-American Caucus, APHA
1992-1998 Membership Committee, ISEE
1995-1998 Quality Assurance Committee, AOEC
1997-1998 Program Committee, 1998 Superfund Basic Research Program, Annual National Meeting
2001-2006 Program Committee, New England College of Occupational and Environmental Medicine
          Annual Meetings

EDITORIAL POSITIONS AND BOARDS:

1977-1982 Einstein Community Health Newsletter
1988-1992 Bookreview Co-Editor, Section on Occupational Safety and Health, Am Public Health
          Assoc.
1993-      Journal of Health and Human Rights
1998-      Environmental Health Perspectives (Founding Medical Editor, 1998-2004; Associated
          Editor, 2004- )
2004-      American Journal of Industrial Medicine
2007-2009 Faculty of 1000 Medicine
2017-      Current Environmental Health Reports
2017-      Faculty of 1000 Medicine

PEER REVIEW SERVICE

American Journal of Epidemiology
American Journal of Industrial Medicine
Archives of Environmental and Occupational Health
Biomed Central
Circulation
Environmental Health
Environmental Health Perspectives
Environment International
Environmental Research
Epidemiology

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          12

    Indian Journal of Medical Research
    Journal of Health and Human Rights
    Journal of the American Medical Association
    Kidney International
    Lancet
    New England Journal of Medicine
    Pediatrics
    PLOS One
    Science of the Total Environment


TEACHING:

 1. LOCAL CONTRIBUTIONS (at the Harvard School of Public Health, 1985-2006)

    1985-          "Toxicology of the Kidney and Urinary Tract"
                   Guest Lecturer for TOX204a,b
    1988-          "Occupational Health"
                   Guest Lecturer for EH201a,b
    1989-1992      "Lead Toxicology"
                   Guest Lecturer for TOX204a,b
    1990-          Grand Rounds in Occupational/Environmental Medicine
                   Director
    1990-2000      Introduction to Occupational and Environmental Medicine (EH232c,d)
                   Course director, lecturer
    1990-          "The Epidemiology of Lead Exposure, Dose, and Toxicity"
                   Guest Lecturer for EPE215c,d and EPE215t
    1990-          "Solvent toxicity"
                   Fundamentals of Industrial Hygiene, Continuing Education Department
    1992           "Current Research on Lead", Metals Epidemiology Research Group Seminar
                   Presenter
    1992           "Lead Poisoning Without a Known Source in a Hyperthyroid Patient"
                   Case discussant, Grand Rounds in Occupational and Environmental Medicine
    1992-          "Biological Markers of Lead Dose"
                   Guest Lecturer, EHE280c,d
    1994-          "Screening for Lead Toxicity"
                   Guest lecturer, EPI227d
    1994-          "Lead Exposure and Biological Monitoring"
                   Guest Lecturer, ID263b
    1994-          "Case Study: Lead"
                   Guest Lecturer and Case Discussant, EH202d
    1996-          Introduction to Environmental Health (EH201b)

CV: Howard Hu, M.D., M.P.H., Sc.D.

|      | Course director and lecturer |
|------|------|
| 1997- | <u>Human Health and Global Environment Change (EH278a,b)</u> |
|      | Course Co-developer, Co-director, and lecturer |

<u>Hospital courses and Invited Teaching Presentations (Harvard-affiliated Hospitals)</u>

| 1990 | Guest Lecturer on Occupational Medicine |
|------|------|
|      | Residency Program, Department of Medicine, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?" |
|      | Department of Obstetrics and Gynecology, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?" |
|      | Department of Medicine, Brockton V.A. Hospital |
| 1994 | Speaker, Symposium on Preventive Medicine and Clinical Epidemiology,; "Is Lead a Ticking Time Bomb"; Brigham and Women's Hospital |
| 1995 | Discussant, "Multiple Chemical Sensitivity", Occupational/Environmental Medicine Grand Rounds, Occupational Health Program, Harvard School of Public Health |
| 1996 | Guest lecturer, "Lead Toxicity as a Paradigm for a Regional and Global Health Hazard", Environmental Health Student Group, Holmes Society, Harvard Medical School |
| 1997 | Speaker, "Mobilization of maternal bone lead as a hazard to the fetus", Grand Rounds, Dept. of Neonatology, Beth Israel Hospital, Boston, MA |
| 2000 | Guest lecturer, "Update on Lead Toxicity Research", Program in Pediatric Toxicology, Children's Hospital |
| 2000 | Discussant, "Adult Lead Toxicity", Weekly Case Round, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2000 | Lecturer, "Update on Lead Toxicity, Hypertension, and Chronic Renal Failure", Renal Rounds, Division of Nephrology, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2002 | Lecturer, "Maternal Bone Lead as a Threat to Fetal Development", Program in Neonatology, Beth Israel-Deaconness Hospital, Boston, MA |

<u>Doctoral student committees</u>
<u>Chair and member:</u>

| Dr. Rokho Kim | Dr.P.H. Occupational Health and Epidemiology, '96 |
|------|------|
| Dr. Yawen Cheng | Sc.D. Epidemiology, '98 |
| Dr. Sharon Tsaih | Sc.D. Epidemiology, '99 |
| Dr. Hung Yi Chuang | Sc.D. Occupational Health, '99 |
| Dr. Adrienne Ettinger | Sc.D. Environmental Health, '03 |
| Dr. Florence Wang | Sc.D. Environmental Health, '05 |
| Dr. Sung K. Park | Sc.D. Environmental Health, '05 |
| Dr. Pradeep Rajan, | Sc.D. Occupational Health, '06 |

<u>Member/Advisor:</u>

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| Dr. How Ran Guo | Sc.D. Occupational Health, '94 |
| Dr. Joshua Cohen | Sc.D. Health Policy and Management, '94 |
| Dr. Jane Hoppin | Sc.D. Environmental Health, '95 |
| Dr. Salma Elreedy | Sc.D. Environmental Health, '97 |
| Dr. Mary Jean Brown | Sc.D. Maternal and Child Health, '00 |
| Dr. Brisa Sanchez | Sc.D. Biostatistics, '06 |
| Dr. Ami Zota | Sc.D. Environmental Health, '07 |
| Dr. Ananya Roy | Sc.D. Environmental Health, '08 |
| Dr. Elissa Wilker | Sc.D. Environmental Health, '09 |

Post-doctoral fellow mentor:
Dr. Marinelle Payton (Channing Lab), Dr. Susan Korrick (Channing Lab), Dr. Rokho Kim (Channing Lab), Dr. Viji Potula (HSPH Research Fellow), Dr. Barbara Nowak (Visiting Scientist from Silesian University School of Medicine, Poland), Dr. Robert Wright (Channing Lab), Dr. Ming Tsuang Wu (HSPH Research Fellow), Dr. Yawen Cheng (Channing Lab), Dr. Geeta Mathur (neonatology fellow at the Brigham and Women's Hospital), Dr. Sri Hari Bojja (HSPH Research Fellow), Dr. Hae-Kwan Cheong (Visiting Scientist from Dongguk University School of Medicine, S. Korea), Dr. Sahar Elmarsafawy (HSPH Research Fellow), Dr. Jing Lu (Visiting Scientist from the Chinese Academy of Preventive Medicine), Dr. Dieter Affeln (Occ/Env Med Fellow), Dr. Ahmed Gomaa (Occ/Env Med Fellow), Dr. Chris Leffler (Occ/Env Med Fellow), Dr. Ronald Dykeman (Occ/Env Med Fellow), Dr. Uma Dhanabalan (Occ/Env Med Fellow), Dr. Hsien-Wen Hsu (Occ/Env Med Fellow), Dr. Betty Ann Cohen (Occ/Env Med Fellow), Dr. Arvin Chin (Occ/Env Med Fellow), Dr. Daniel Rhodes (Occ/Env Med Fellow), Dr. Richard Wittman (Occ/Env Med Fellow), Dr. Sun-Dong Lee (Visiting Scientist from Sangji University, Korea), Dr. Ronald Green (Occ/Env Med Fellow), Dr. Erma Lawson (Environmental Health Fellow), Dr. Marc Weisskopf (Environmental Health Fellow), Dr. Bridget Bagert (Occ/Env Med Fellow), Dr. John Jarrell (Visiting Scientist from University of Calgary), Dr. Jennifer Weuve (Environmental Health Fellow), Dr. Karen Chou (Visiting Scientist from Michigan State), Dr. Nitin Jain (Channing Laboratory Fellow), Dr. Adrienne Ettinger (Children's Center Scientist), Dr. Sam Myers (Fellow in Alternative and Complementary Medicine), Dr. Marcelo Targino (Occ/Env Med Fellow), Dr. Manish Arora (Post-doctoral fellow from University of Sydney), Dr. Huiling Nie (Post-doctoral fellow from McMaster University).

Other faculty mentorship:
Elizabeth Rubinstein (HMS Summer research), Alicia Marier (HMS Summer research), Vanitha Janakiraman (HMS Summer research), Young-Sook Lim (Harvard College Summer research), Charles Lin (Harvard College Senior thesis research), Ed Hsieh (Harvard College Summer research), Naveen Thomas (Emory University Medical School Senior thesis research). Shreekrishna Akilesh (Harvard Dental School summer research), Christine Pace (HMS Summer research)

Advisory and supervisory responsibilities
| | |
|---|---|
| 1985-1987 | Attending Physician, outpatient general medicine clinic, Boston City Hospital; weekly precepting for housestaff and medical students |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                              15

| 1990-2006 | Preceptor, Residency in Occupational and Environmental Medicine, Harvard School of Public Health at the Mass Respiratory Hospital |
| 1990-2006 | Advisor to general M.P.H. students, Harvard School of Public Health. |

2. LOCAL CONTRIBUTIONS (at the University of Michigan, 2006-2012)

| 2006- | <u>Principles of Environmental Health (EHS-500)</u> |
| | Course director and lecturer |
| 2006- | Environmental Epidemiology (EHS-608) |
| | Guest lecturer on birth cohorts and environmental epidemiology |
| 2006- | Occupational and Environmental Disease (EHS-501) |
| | Guest lecturer on metals exposure and health effects; Course Director (2009-) |
| 2007- | <u>Metals Exposure, Biomarkers and Toxicity: A Multi-disciplinary Environmental Epidemiology Approach (EHS-698 reading course)</u> |
| | Course director and lecturer |
| 2008-2009, | <u>Topics in Environmental Health Sciences (EHS-688)</u> |
| 2010-2011 | Course director and lecturer |
| 2009 | <u>Occupational and Environmental Disease (EHS-501)</u> |
| | Course director and lecturer |
| 2009- | <u>On-line (Long-distance Foundations in Public Health Certificate Program): Principles of Environmental Health (EHS-500-801)</u> |
| | Course director and lecturer |
| 2009 | Introduction to Public Health (HMP-200) |
| | Guest lecturer on environmental health |
| 2009- | <u>Seminars in Aging and Public Health (EPID 813)</u> |
| | Course director and lecturer |
| 2011 | Seminar on Public Health in China (HMP-xxx) |
| | Guest lecturer on "Environmental Health in China" |

<u>Post-doctoral fellow mentor:</u>
Dr. Sung Kyun Park (Environmental Health Sciences Fellow, now Research Assistant Professor), Dr. Brisa Sanchez (Biostats Research Assistant Professor, now Assistant Professor), Dr. Richard Pilsner (Robert Wood Johnson Health & Society Fellow), Dr. Aimin Zhang (Environmental Health Sciences Fellow, Toxicology Training Grant), Dr. Ananya Roy (Environmental Health Sciences Fellow), Dr. David Cantonwine (Reproductive Sciences Fellow).

<u>Doctoral Student Advisor (principal)</u>
| David Cantonwine | Ph.D. | Environmental Health Sciences (2009) |
| Myriam Afeiche | Ph.D. | Environmental Health Sciences (co-mentor with Karen Peterson; 2010) |
| Yoon-Hyeong Choi | Ph.D. | Environmental Health Sciences (co-mentor with Sung Kyun Park; 2011) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| Katie F. Bush | Ph.D. | Environmental Health Sciences (co-mentor with Marie O'Neill; 2011) |
| Kelly Bakulski | Ph.D. | Environmental Health Sciences (2012) |
| Gamola Fortenberry | Ph.D. | Environmental Health Sciences (co-mentor with John Meeker; 2013) |
| Siying Huang | Ph.D. | Environmental Health Sciences (2013) |
| Deena Thomas | Ph.D. | Environmental Health Sciences (2014) |
| Rebecca Tutino | Ph.D. | Environmental Health Sciences (2015) |
| Zishaan Farooqui | Ph.D. | MD-PhD Medical Scientist Training Program (2015) |

<u>Masters Student Thesis Advisor</u>
Bradley Lampe (OEE), Troy Meissner (OEE), Pheba Alexander (OEE), Brian Davis (OEE & HBHE), Aaron Leftwich (OJOC program), Suengwon Lee (Nutrition), Allen Zhong (OEE), Graham Newman (OEE), Jacqueline Barkoski (OEE)

<u>Undergraduate Thesis Advisor</u>
Lauren Schwartz (Neuroscience, LSA)

## 3. LOCAL CONTRIBUTIONS (at the University of Toronto, 2012-present)

| 2012 | Determinants of Community Health (Faculty of Medicine) |
| | Guest lecturer on 'The Future of Medicine & Public Health in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World". |
| 2012- | CHL5004H Introduction to Public Health |
| | Guest lecturer on "The Future of Public Health (and Your Role !) in a Hot, Flat, Crowded…and Diverse, Aging, Stratified, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World". "What is Public Health?", "Climate Change and Health" |
| 2012- | CHL 5912F Industrial Toxicology. |
| | Guest lecturer on the "Toxicology of Metals". |
| 2013-2014 | Department of Family & Community Medicine "Building Blocks" (short course for International post-graduate primary care trainees); Guest lecturer on "Public Health & Primary Care" |
| 2013- | CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health |
| | Guest lecturer on "The Challenges of Environmental Health in a Rapidly-Changing World, from the Molecular to the Global". |
| 2014 | JCR1000 "Interdisciplinary Approach to Global Challenges" |
| | Guest lecturer on "Global Environmental Health" |
| 2014- | PHS100H1 "Grand Opportunities in Global Health"; Guest lecturer on "Urban Environments" |
| 2015 | Public Health & Preventive Medicine Residency Rounds "Physicians, Climate, and other Global Environmental Changes: Our Role" |
| 2016 | <u>CHL5004H Introduction to Public Health, Course Co-Director (with Professor Erica</u> |

CV: Howard Hu, M.D., M.P.H., Sc.D.

DiRuggierro)
2016    CHL 7001H F6 Environmental-Molecular Epidemiology, Course Co-Moderator (with Professor Morteza Bashash)
2016    CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health, Course Co-Director (with Professors Erica DiRuggierro and Abdallah Daar)
2016    Joint Seminar, "The Impact on Intelligence, Behaviour, and Society of Lead Exposure: A Case Study of a Global Pollutant and On-going Research"; Collaborative Program in Neurosciences and Collaborative Global Health Doctoral Program, University of Toronto
2016    CHL5420H "Global Health Research Methods"
        Guest lecturer on "The Early Life Exposures in Mexico to Environmental Toxicants Project (ELEMENT): A Global Health Collaboration Case Study"

Masters student research advisor
Maelle Marchand

Doctoral student advisor
Adele Carty

Doctoral student thesis committee member
Laura Bogaert

Doctoral student thesis examination committee member
Claudie CY Wong (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)
Zilong Zhang (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)

Post-doctoral fellow mentor:
Siying Huang, Ph.D.; Morteza Bashash, Ph.D.; Roman Pabayo, Sc.D. (Harvard School of Public Health); Tripler Pell, M.D., M.P.H.

4. LOCAL CONTRIBUTIONS (at the University of Washington, 2017-present)

Doctoral student thesis research mentor
Megan Suter

Doctoral student special projects advisor
Rachel Shaffer
Joey Frostad
Rebecca De Buen

5. NIH K-grant mentorship:

CV: Howard Hu, M.D., M.P.H., Sc.D.

Robert Wright, M.D., M.P.H. (K-23 ES000381, "*Neurochemical and Genetic Markers of Lead Toxicity*"), 2000-2005; Dr. Wright is now Prof of Pediatrics, Mt. Sinai School of Medicine

Marc Weisskopf, Ph.D. (K-01 ES012653, "*New Biomarkers of Neurotoxicity*"), 2004-2009; Dr. Weisskopf is now Associate Prof of Occup Health, Harvard Sch Public Health

Sung Kyun Park, Sc.D. (K-01 ES016587; "*Environment, Novel Aging Outcomes, and Genetics*"), 2009-2014;  Dr. Park is now Assistant Prof, Department of Epidemiology, University of Michigan Sch Public Health

Emily Somers, Ph.D. (K-01 ES019909; *"Immune Dysfunction Associated with Early Life Heavy Metals Exposure"*), 2011-2016; Dr. Somers is now Associate Prof, Division of Rheumatology, Department of Internal Medicine, University of Michigan Medical School


## COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

National/International

| | |
|---|---|
| 1978-1982 | Taskforce on Occupational and Environmental Health, Co-coordinator, Am Med Stu Assoc |
| 1989 | Ad Hoc Study Committee, National Institute for Environmental Health Sciences Council |
| 1989-2006 | Association of Occupational and Environmental Medicine Clinics (AOEC)-- (through the Northeast Specialty Hospital Center for Occupational and Environmental Medicine) |
| 1989-1990 | Member, Relative Risk Reduction Strategies Committee, Science Advisory Board, U.S. Environmental Protection Agency |
| 1989-1992 | Member, Board of Directors, Physicians for Human Rights, Boston, MA |
| 1991 | National Institutes of Health, General Clinical Research Center Program, Site Visit Team |
| 1992- | Member, National Advisory Committee, Physicians for Human Rights, Boston, MA |
| 1992 | Special Study Section member (R3/S1/B3), National Institutes of Health |
| 1994 | Ad Hoc Reviewer, National Institutes of Health, General Dental Research Center Program |
| 1994- | Advisory Board, Institute for Energy and Environmental Research |
| 1994-1996 | Associate, Project on Global Environmental Change and Health, Physicians for Social Responsibility |
| 1995 | Ad Hoc Reviewer, National Institutes of Health, Diagnostic Radiology Study Section |
| 1996- | Membor, Editorial Board, Health and Human Rights—an International Journal |
| 1995-1998 | Advisory Committee, Consortium for Environmental Education in Medicine, Cambridge, MA. |
| 1996-1997 | Reviewer, Agency for Toxic Substances and Disease Registry |
| 1997-1998 | Program Committee, Annual Mtg, NIEHS Superfund Basic Research Group Centers |
| 1998-2013 | (Founding) Medical Editor (1998-2004); Associated Medical Editor (2004- ), Environmental Health Perspectives (official journal of NIEHS) |
| 2001 | Ad Hoc Reviewer, National Institutes of Health, R-13 applications |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2002-2006 External Advisory Committee, Program Project on Lead and Osteoporosis,
          University of Rochester
2003-2005 Member, Ad-Hoc Expert Panel to Form Medical Management Guidelines for
          Lead-Exposed Adults, (supported by NIOSH and AOEC)
2003-2009 Member, Working Group on Lead and Pregnancy, Advisory Committee on Childhood
          Lead Poisoning Prevention, U.S. Centers for Disease Control and Prevention
2004      Ad Hoc Reviewer, National Institutes of Health, K-23 applications
2004      Ad Hoc Reviewer, Draft of "Immunization Safety Review: Vaccines and Autism"
          Immunization Safety Review Committee, Institute of Medicine, National Academies of
          Science
2004      Finalist (one of 8), Search for Director, National Institute for Environmental Health
          Sciences, U.S. National Institutes of Health
2005      Member, Strategic Planning Conference, National Institute for Environmental Health
          Sciences, Research Triangle Park, NC
2006      Ad Hoc Reviewer, Draft of "Preterm Birth: Causes, Consequence, and Prevention"
          Committee on Understanding Premature Birth and Assuring Health Outcomes, Institute
          of Medicine, National Academies of Science
2006      Member, External Advisory Committee, NIEHS Center, University of Rochester
2007      Member, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group
          2007/05 ZES1 JAB-C (DI) (NIEHS Discover Centers)
2007-2010 Member, Board on Population Health and Public Health Practice, Institute of Medicine,
          National Academies, Washington DC.
2007      Member, Ad Hoc Review Panel, Centers of Excellence Program, Swedish Council for
          Working Life and Social Research.
2007-2008 Member, Search Committee for Director of Extramural Research, NIEHS
2007      Special Consultant, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review
          Group 2008/01 ZAR1 CHW-G (NIAMS Arthritis Centers)
2008      Report Reviewer, Draft National Research Council Report, "The National Children's
          Study Research Plan: A Review", National Academies
2008      Report Reviewer, Draft National Research Council Report, "Gulf War and Health:
          Updated Literature Review of Depleted Uranium", Institute of Medicine, National
          Academies
2008-2009 Data Safety Monitoring Board, "d-Penicillamine Chelation in lead-poisoned Children—A
          Phase II/III Trial" (R01FD003361; PI: Michael Shannon)
2008      Subcommittee to review Draft Report on Bisphenol A, Science Board, Food and Drug
          Administration
2008      Planning Committee, International Symposium on the Environmental and Health
          Consequences of Metal Mining and Smelting
2008-2009 Co-Chair, Planning Committee, "Climate Change Impacts on Public Health in India",
          Workshop that took place in Goa, India in Aug-Sept 2009 co-sponsored by UM Center
          for Global Health, the US Centers for Disease Control and Prevention and the Indian
          Council for Medical Research

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | |
|---|---|
| 2008 | Finalist (one of 2), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health |
| 2009-2012 | Member, Board on Environmental Studies and Toxicology, National Research Council |
| 2009 | Reviewer, NIH Challenge Grants, Special Emphasis Panel/Scientific Review Group 2009/10 ZRG1 GGG-F |
| 2009-2010 | External Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupational Health Sciences, University of Washington School of Public Health |
| 2010-2012 | Member, External Advisory Committee, University of Rochester NIEHS P30 Core Center |
| 2010 | Member, Ad-hoc review committee, National Health Research Institutes of Taiwan, Special Emphasis Panel—NHRI-Kaoshiung Medical College Program Project on ": "Gene Environment Interaction in the Genesis of Asthma and Allergic Diseases" |
| 2010-2012 | Member, Advisory Board, Institute of Public Health, Florida Agricultural & Mechanical University, Tallahassee, FL |
| 2011 | Reviewer, NIEHS Career Development Awards, Special Emphasis Panel/Scientific Review Group 2011/05 ZES1 LKB-J (K9) |
| 2011-2016 | Member, NIEHS National Advisory Environmental Health Sciences Council |
| 2012 | Member, Editorial Board, Journal of Alzheimer's Disease |
| 2015 | Member and External Reviewer, School of Population and Public Health Review Committee, University of British Columbia, Vancouver, B.C. |
| 2016- | Chair, Board of Directors, Canadian Urban Environmental Health Research Consortium, (National Consortium based out of the Dalla Lana School of Public Health) |
| 2017- | Member, Energy Research Committee, Health Effects Institute, Boston, MA |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative, March 1-2, 2018, Institute for Health Metrics and Evaluation, Seattle, WA |
| 2017- | Executive Co-Leader, Global Burden of Disease-Pollution and Health Initiative |
| 2019- | Member, Research Advisory Committee, Centre of Environmental Health, The Public Health Foundation of India and the Tata Institute of Social Sciences, New Delhi, India |
| 2019- | Reviewer, draft report on trace metals levels in pregnancy women, Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta |

Regional

| | |
|---|---|
| 1988-1990 | Health Facilities Appeals Board, Member, Dept. Public Health, Comm. Of Mass. |
| 1988-2006 | Advisory Board, Massachusetts Department of Public Health, Sentinel Event Notification System for Occupational Risks (SENSOR) Project |
| 1989-1995 | Advisory Board, Massachusetts Division of Occupational Hygiene, Lead Registry Project |
| 1990-1992 | Board of Directors, Member, Health Care for All, Boston, Massachussetts |
| 1993-1995 | Faculty Council, Member, Harvard School of Public Health |
| 1995-2006 | Faculty Advisory Committee, Public Health Practice Program, Harvard School of Public Health |

CV: Howard Hu, M.D., M.P.H., Sc.D.

1996-2006 Advisory Board, Boston VA Environmental Hazards Center, Boston
1997-2001 Faculty Steering Committee, Center for Children's Health, Harvard School of Public Health
1996-2006 Senior Epidemiology Consultant, Massachusetts Veterans Epidemiology Research and Information Center, Boston.
1996-2006 Associate, Center for Health and the Global Environment, Harvard Medical School
1997-2002 Faculty Advisory Committee on Continuing Professional Education, Harvard School of Public Health
1998-2006 Faculty Steering Committee, Masters of Public Health program, Harvard School of Public Health
2001-2003 Board of Directors, New England College of Occupational and Environmental Medicine
2001-2006 Associate Director, Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health
2001-2006 Senior Advisory Council Member, Lowell Center for Sustainable Production, University of Massachusetts, Lowell, MA
2003-2006 Member, Human Subjects Committee, Harvard School of Public Health
2003-2006 Advisory Committee, Occupational Health Services Research Program, Harvard School of Public Health
2006       Study Section Review Committee, Pilot Project Program, Graham Environmental Sustainability Institute, School of Natural Resources and Environment, University of Michigan
2006-2007 Chair, Planning Committee, Health Sector, May 8-10, 2007 National Summit on Coping with Climate Change, University of Michigan
2007-2009 Member, Advisory Committee, SPH Practice Committee, University of Michigan School of Public Health
2007-2012 Member, Residency Advisory Committee, General Preventive Medicine Residency, University of Michigan School of Public Health
2008-2009 Member, Steering Committee, NIA T32 Training Grant on Aging Research (PI: Mary Haan), University of Michigan School of Public Health
2008-2013 Member, Advisory Committee, Outstanding New Environmental Scientist Awardee (Marie O'Neill), NIEHS
2008-2009 Member, Search Committee for Director of the Risk Science Center, University of Michigan School of Public Health
2009       Co-Chair, Planning Committee, Workshop on Predicting and Preventing Climate Change Impacts on Public Health, Goa, India (Collaboration with the UM Center for Global Health, the US Centers for Disease Control and Prevention, and the Indian Council for Medical Research)
2009-2011 Director and PI, NIA T32 Training Grant on Aging Research, University of Michigan School of Public Health
2009-2010 Member, Planning Committee, University Research Corridor (U of M, Michigan State, Wayne State) symposium on environmental health sciences in January 2010

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                              22

2009-2012 Faculty Associate, Center for Global Health, University of Michigan
2009-2012 Member, Internal Advisory Board, Cancer Epidemiology Education in Special
           Populations Program, University of Michigan School of Public Health
2009-2011 Chair, Steering Committee on Global Health, University of Michigan School of Public
           Health
2010-2012 Member, Executive Committee, Graham Environmental Sustainability Institute,
           University Of Michigan
2010-2012 Member, Committee on Diversity, University of Michigan School of Public Health
2012-2017 Chair, Executive Committee, Dalla Lana School of Public Health, University of Toronto
2012-2017 Chair, Tenure Committee, Dalla Lana School of Public Health, University of Toronto
2012-2017 Chair, Decanal Promotions Committee, Dalla Lana School of Public Health, University
           of Toronto
2012-2017 Chair, Executive Advisory Committee, Institute for Global Health Equity & Innovation,
           Dalla Lana School of Public Health, University of Toronto
2013-2015 Interim Director, Institute for Global Health Equity & Innovation, Dalla Lana School of
           Public Health, University of Toronto
2013-2014 Co-Chair, Research Committee, Dalla Lana School of Public Health, University of
           Toronto
2014-2017 Chair, Executive Advisory Committee, Institute for Health Policy Management and
           Evaluation, University of Toronto
2014      Chair, Ad-hoc Committee to create an Institute for Indigenous Health (based on a
           $10 million endowment gift made to DLSPH), Dalla Lana School of Public Health,
           University of Toronto; Chair, Executive Advisory Committee beginning 2015
2015-2017 Chair, Executive Advisory Committee, Joint Centre for Bioethics, University of Toronto
2015-     Chair (2015-2017); Member (2017-present), Taskforce on Environmental Health,
           Ministry of Health and Longterm Care, Province of Ontario
2016-2017 Chair, Executive Advisory Committee, Centre for Critical Qualitative Health Research,
           University of Toronto
2017-2018 Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health
           Initiative (a collaboration between the Global Alliance on Health and Pollution and the
           Institute for Health Metrics), Seattle, WA

 Hospital

 1982-1985 Occupational Safety and Health Committee, Member, Boston City Hospital, Boston
 1983-1984 House Officers Association, Treasurer, Boston City Hospital
 1984-1985 House Officers Association, Co-President, Boston City Hospital


OTHER PUBLIC SERVICE

 1987      Member, Fact-finding tour on "The Health Effects of Massive Exposure to Tear Gas",

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                23

|      | Seoul, South Korea, July 11-18 (Sponsored by Physicians for Human Rights, American College of Physicians) |
| 1988 | Member, Fact-finding tour on "Chemical Weapons and the Iraqi Kurdish refugees", Turkey Oct 6-16 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 1990 | Leader, Fact-finding tour on "Health and Human Rights in Burma (Myanmar)", Thailand-Burma Dec. 26-Jan 6 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 2009 | Consultant and senior advisor, Fact-finding tour on "Mining and Potential Exposures and Health Effects in Guatemala", August 2009 (Sponsored by Physicians for Human Rights) |


CONSULTING POSITIONS

| 1987-1989 | Consultant, "In-Vivo Total Body Lead Analysis by X-Ray Fluorescence", NIH/SBIR Grant 2R44ES03918-02 |
| 1988-1989 | Consultant, "Boston Area Health Coalition Demonstration Project", DHHS/MP000003-A1 |
| 1993-1995 | Consultant, Employee Health Services, Brigham and Women's Hospital |
| 1994 | Consultant, Public Welfare Foundation, Washington, DC (review of Environmental Programs) |
| 1997-2006 | Consultant, Pediatric Environmental Health Center, Children's Hospital, Boston, MA |
| 2000 | Consultant, Doris Duke Foundation, New York, NY (review of potential Environment and Medicine programs) |
| 2009-2010 | Consultant and Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupationa Health Sciences, University of Washington School of Public Health, Seattle, WA |
| 2011 | Consultant, JPB Foundation, New York, NY (review of Environmental Health programs) |
| 2014- | Advisor, Hearing Health Sciences, Ann Arbor MI and Amsterdam, Netherlands |


VISITING PROFESSORSHIPS

| 1997 | Alice Hamilton Visiting Professor, University of California at San Francisco |
| 2000-2001 | Visiting Professor, Sri Ramachandra Medical College & Research Institute, Chennai, India |
| 2004 | Visiting Professor, Department of Environmental Medicine, University of Rochester |
| 2013 | Visiting Professor, Shanghai Key Laboratory, Shanghai Jiao-Tung University |


SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS (last 15 years, since 2003; prior presentations upon request)


CV: Howard Hu, M.D., M.P.H., Sc.D.

2003     Guest lecturer, "Lead as a trans-generational toxin", Seminar series, Department of OB/GYN, Brigham and Women's Hospital

2003     Plenary speaker, "Clinical opportunities in environmental health", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Greensboro, NC.

2003     Discussant, "Uncontrolled Hypertension in a Painter", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2003     Discussant, "A 53-Year Old Teacher with Chemical Sensitivities", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2003     Lecturer, "Pestilence and Progress: The Future of Public Health through the Lens of Blood", Center for Blood Research Symposium, Museum of Science, Boston, MA.

2003     Speaker, "Bones, Genes, Plasma, and Lead: New Frontiers in Understanding the Toxicity of an Old Hazard", Distinguished Lecture Series. National Center for Environmental Health/Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta GA.

2003     Plenary speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Superfund Basic Research Program Annual Meeting, Dartmouth University, Hanover, NH.

2003     Special Lecturer, "Lead Exposure and Chronic Disease: Recent Research on Susceptible Sub-populations", Florida Agricultural and Mechanical University, Tallahassee, FL.

2004     Speaker, "New Frontiers in Understanding the Toxicity of Lead", Department of Environmental Medicine, University of Rochester, Rochester, NY.

2004     Presenter, "Lead Exposure During Pregnancy: Mobilization of Maternal Bone Lead Stores and Their Threat to the Fetus", Semi-annual meeting of the Childhood Lead Poisoning Prevention Branch, Centers for Disease Control and Prevention, Baltimore, MD

2004     Presenter, "Environmental Medicine", Annual meeting of the Editorial Board, *Environmental Health Perspectives*, Baltimore MD

2004     Plenary speaker, "Metals, Genes, and Neurodegeneration: the Approach of the Metals Epidemiology Research Group at the Harvard School of Public Health", National Institute for Environmental Health Sciences Conference on Neurodegeneration.

2004     Discussant, "Suspected Lead Toxicity" Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004     Discussant, "Mercury Exposure in a Metal Worker", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health

2004     Presenter, "Effects of Our Environment on Intellect, Behavior, Life and Death," Leadership Council meeting, Harvard School of Public Health

2004     Guest Speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Department of Environmental Health, University of Michigan School of Public Health

2004     Guest Speaker, "Medicine, Public Health, and the Great American Melting Pot: A Second-Generation Chinese-American Reflects on His Personal Odyssey", Sponsored by the Asian Student Association, Harvard School of Public Health

2004     Speaker, "Aging, the Environment and Genetics: Recent Insights from

CV: Howard Hu, M.D., M.P.H., Sc.D.

Epidemiologic Studies of Environmental Lead Exposure", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Pinehurst, NC.

2004    Plenary Speaker, "Guidelines for the Management of Lead-Exposed Adults: Recommendations by a National Expert Panel Based on Recent Research", New England College of Occupational and Environmental Medicine Annual Meeting

2005    Lecturer, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Sri Ramachandra Medical College and Research Institute, Chennai, Tamil Nadu, India

2005    Lecturer, "Your Child's IQ, Behavior and Neuropathology: Genes or Environment?", the Harvard Club of Boston, Boston, MA

2005    Guest Speaker, "Metals, Neurodevelopment, and Neurodegeneration: The Work of the Metals Epidemiology Research Group at HSPH", Neurostatistics Working Group, Harvard School of Public Health, Boston, MA.

2005    Plenary Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Cohort Studies of Environmental Lead Exposure", NIEHS Symposium on Aging and the Environment, Duke University, Durham, NC.

2005    Plenary Speaker, "SPECT Imaging and Chemical Intolerance", NIEHS/NIAA symposium on "Chemical Intolerance and Addiction: a Shared Etiology?", Research Triangle Park, NC

2005    Workshop Presenter, "Social and Environmental Threats: the Unnecessary Epidemics", Harvard School of Public Health Leadership Council Annual Conference, Boston, MA

2005    Keynote Speaker, "Our Food, Our Water, Our Homes: Toxic Metals", The Boston Foundation, Boston, MA.

2006    Invited Speaker (invited by David Schwartz, NIEHS Director), "Goal IV: Improve and Expand Community-Linked Research", Roundtable on Environmental Health Sciences, Research, and Medicine; Institute of Medicine, National Academy of Sciences, Wash DC.

2006    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Dean's Advisory Board, University of Michigan School of Public Health, Ann Arbor, MI

2006    Keynote Speaker and Harriett Hardy Annual Lecturer, "The 'E' in Occupational/ Environmental Medicine: the Present and the Future", New England College of Occupational Medicine Annual Meeting, New Bedford, MA

2007    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Meetings of the UMSPH Alumni Council and the EHS Emeritus Faculty, Ann Arbor, MI

2007    Moderator and Speaker, "The Normative Aging Study: Health Effects of Lead", Symposium on the Health Effects of Lead, 2007 Annual Meeting of the International Society for Environmental Epidemiology, Mexico City, Sept 8, 2007

2007    Guest Lecture, "Uncovering the Impact of the Environment on Disease: Big Opportunities for Physician-Scientists", Medical Scientist Training Program, University of Michigan Medical School

2007    Guest Lecture, "Industrialization, Pollution and Public Health in India: Can India Survive Modernization?", Osher Institute, Ann Arbor, MI

2007    Plenary Speaker, "Environmental Equity: Local and Global Challenges and the Balance Between Research and Advocacy", Michigan's Premier Public Health Conference,

October 16, 2007, Dearborn, MI

2007    Board Member Lecture, "Metals, Genes, Health and Human Rights: from the Molecular to the Global", Fall Meeting of the Board of Population Health and Public Health Practice, Institute of Medicine, National Academies of Science, Washington DC, Dec 13, 2007.

2008    Speaker, "MDs as Leaders for Change in Environmentalism", 2008 Annual Regional Political Leadership Institute, American Medical Student Association, University of Michigan Medical School, February 16, 2008

2008    Speaker, Grand Rounds, "The Impact of Environmental Pollutants on Disease: New Insights and Implications for Research and Medical Practice" Department of Medicine, University of Michigan Health System.

2008    Guest Lecture, "Emerging Insights into the Pervasive Influence of Environment Toxicants on Reproductive Outcomes and Offspring Development: Lead as a Case Study", Reproductive Sciences Program, University of Michigan

2008    Panelist, "Environmental Health in China", Public Health Grand Rounds, Division of Health Practice, University of Michigan School of Public Health

2008    Keynote Speaker, "Human Health and the Role of Water", Symposium on Water, Health & The Environment, Graham Environmental Sustainability Institute, University of Michigan

2008    Guest Speaker, "Lead Exposure and Toxicity: New Insights Using Molecular Epidemiology" Wadsworth Laboratories and SUNY-Albany

2008    Speaker: "Impact of Climate Change on Human Health: Vulnerability" 5th AKKA World Kannada Conference, Chicago IL

2008    Speaker, "The 'E' in Occupational/Environmental Medicine: the Present and the Future", Michigan Occupational/Environmental Medicine Annual Meeting, Mackinac Island, MI

2008    Speaker, "Impact of Climate Change on Human Health", University of Michigan Chapter of the American Medical Student Association, Ann Arbor, MI

2008    Speaker, "Early Life Origins of Adult Chronic Disease: Environmental Health and Toxicology at a Crossroads" Michigan Chapter fo the Society for Toxicology, Ann Arbor, MI

2009    Speaker, "Evidence for Lead as an Environmental Stressor of Alzheimer's Disease and the Role of Epigenetics", Symposium Panel, Annual Meeting of the Society for Toxicology, Baltimore, MD

2009    Keynote Speaker, "Lead, Late-Life and Early Life Effects, and the Emerging Field of Environmental Epigenetics: Looking Ahead", Annual Meeting of the American College for the Advancement of Medicine, San Diego, CA

2009    Speaker, "Lead Toxicity and Mechanistically-Oriented Molecular Epidemiology: Targeting the Epigenetics of Alzheimer's Disease", Seminar Series, Institute for Environmental Health Sciences, Wayne State University, Detroit, MI

2009    Speaker, "Climate Change Impacts on Health in the Developing World", Research Discussion Series, University of Michigan Center for Global Health

2009    Speaker, "Autism, Aggressive Behavior, Anxiety, and Alzheimer's: are Environmental Toxicants Playing a Major Etiologic Role?", Department of Psychology, University of Michigan

2009    Speaker, "Early Life Exposures and Endocrine Disruption: Evidence from Molecular

CV: Howard Hu, M.D., M.P.H., Sc.D.

Epidemiology", Pediatric Endocrine Seminar, University of Michigan Medical School

2009    Distinguished Speaker, "Lead Toxicity: Twenty Years of Research On The Poison That Keeps on Poisoning" 10th Anniversary of the Department of Microbiology and Environmental Toxicology, University of California at Santa Cruz

2010    Speaker, "The Centers for Disease Control and Prevention & the Environmental Protection Agency: Potential Funding Opportunities for Regional Collaboration in Michigan", University Research Corridor Symposium on Environmental Health, Detroit, MI.

2010    Speaker, "The Future of Public Health", University of Washington School of Public Health

2010    Speaker, "The Environment Meets the Epigenome: Is This Where Autoimmunity Begins?" Symposium on Autoimmunity and Epigenetics, University of Michigan

2010    Keynote Speaker, "A New Twist to an Old Story: The Evidence for Early Life Lead Exposure as a Risk Factor for Alzheimer's Disease through Epigenetic Programming", NIEHS Environmental Health Sciences Center and Toxicology Training Program Retreat, University of Rochester, NY

2010    Speaker, "Lead Toxicity: Twenty Years of Research on The Poison That Keeps on Poisoning" and "Environmental Health Sciences at the University of Michigan", Tianjin Centers for Disease Control, Tianjin, China

2010    Speaker, "Pediatric Lead Toxicity", Xinhua Hospital and the Shanghai Jiao-Tung Medical University Department of Pediatrics, Shanghai, China

2010    Speaker, "Environmental Health Sciences at the University of Michigan", Fudan University, Shanghai, China

2010    Speaker, "Alzheimer's Disease, Epigenetics and the Environment", Symposium Update, Alzheimer's Disease Association, Ann Arbor, MI

2010    Speaker, "Environmental Justice, Progress (and the Lack Thereof) and the Role of Research", Roundtable on Environmental Health Sciences, Research and Medicine, Institute of Medicine, National Academies, Washington DC.

2010    Speaker, "White Coats, Population Science and Poison Gas: A Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Robert Wood Johnson Clinical Fellows Program, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Three Most Difficult Challenges to Molecular Epidemiologic Research on Gene-Environment Interactions: Lead Toxicity as a Case Study." Department of Human Genetics, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Integration of Data on Environmental Carcinogens with Population and Genetic Resources", "Opportunities & Challenges for Translational Research on Cancer Prevention", Translational Cancer Prevention & Biomarkers Workshop, Mazamdur-Shaw Cancer Center, Bangalore, India.

2011    Speaker, "Success in the Academy", Faculty Panel, Students of Color of Rackham, Rackham Graduate School, University of Michigan

2011    Speaker, "White Coats, Population Science and Poison Gas: Fact-Finding Missions by Health Professionals for Human Rights" , Sujal Parikh Memorial Symposium, University of Michigan Medical School.

2011    Speaker, "The Analysis of Biomarker Data to Ascertain the Contribution of Environmental

CV: Howard Hu, M.D., M.P.H., Sc.D.

Exposures to the Etiology of Disease: Lead Exposure and Toxicity as a Case Study", Department of Computational Medicine and Bioinformatics, University of Michigan Medical School.

2012 Speaker, "Research and Analysis Linking Upstream and Downstream Disparities Work", Webinar hosted by the Health & Environmental Funders Network, Bethesda, MD, with 52 Foundations related Health.

2012 Keynote Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World". E.J. Van Liere Memorial Convocation and Health Sciences Center Research Day, West Virginia University, Morgantown, West Virginia

2012 Plenary Speaker, "Transgenerational Impacts of Pollutants on Offspring: Recent Insights and Case Studies", Connaught Global Challenge International Symposium, University of Toronto.

2012 Speaker, "Environmental Impacts on Aging (+ an update on the Dalla Lana School of Public Health)", Community Medicine Rounds, University of Toronto

2012 Speaker, "The Environment & Public Health in a Research-Intensive University: Opportunities for Scholarship in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World", School for the Environment, University of Toronto

2012 Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", External Advisory Meeting, Public Health Ontario, Toronto

2012 Speaker, "Canadian Public Health Schools (in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World): The View from Toronto, External Advisory Board Meeting, Institute for Population and Public Health, Canadian Institutes for Health Research, Toronto

2012 Speaker, "Sustainable Development and Health: The Global Mining Industry", Canadian Society for International Health Annual Meeting, Ottawa

2012 Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Xinhua Hospital/Shanghai Jiao-Tung University, Shanghai, China.

2012 Speaker, "The Impact of Population-Wide Lead Exposure and Gene-Lead Interactions on Chronic Disease", Genetic Grand Rounds, Sick Kids Hospital, Toronto.

2012 Speaker, "Looking behind the curtain: Lead Toxicity as a Case Study of Methodologic Challenges in Gene-Environment Interactions Research", Strategic Training in Advanced Genetic Epidemiology (STAGE), Dalla Lana School of Public Health, University of Toronto.

2012 Keynote speaker: "Public Health—the Next Frontier in Health Professions Education". Council of Health Sciences annual retreat, University of Toronto.

2013 Speaker, "White Coats, Population Science and Poison Gas: Lessons from a Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Joint Center for Bioethics, University of Toronto

2013 Speaker, "Gauging environmental impact on the development of chronic inflammation",

CV: Howard Hu, M.D., M.P.H., Sc.D.

Connaught Global Challenge Workshop, University of Toronto.

2013    Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Grand Rounds, Department of Medicine, University of Toronto.

2013    Speaker, "Metals, Mega-trends, and Me: Reflections on Research and the Vision for the Dalla Lana SPH", Occupational and Environmental Medicine Grand Rounds, St. Michael's Hospital, Toronto, ON.

2013    Speaker, "Air pollution and Cardiovascular Disease: Health Impacts, Mechanisms, and Research Opportunities", UniversityofToronto & FMUSP-InCor SymposiumonCardiology, Sao Paolo, Brazil.

2013    Speaker: "Lead Exposure's Impact on Health and Policy: A History of Neglect and Missed Opportunities", Public Health Policy Rounds, CIHR Strategic Training Program in Public Health Policy, University of Toronto.

2013    Speaker: "Lead Toxicity: The Long Tail of Health Impacts (and On-going Research Opportunities!) From an Historical Environmental Air Pollutant", Southern Ontario Centre for Air Pollution and Aerosol Research, University of Toronto.

2013    Speaker: "Water and Sanitation", Water, Sanitation and Hygiene (WASH) Canada, Toronto, Ontario, Canada

2014    Speaker: "Conflict and Public Health", Ontario Medical Association, Toronto, Canada

2014    Panelist: "Judging Evidence: Finding a Place for Variation in an Evidence-Based World", Health Quality Ontario, Toronto, Canada

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Special meeting of the Canadian Chamber of Commerce in Shanghai

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Jockey School of Public Health and Primary Care, Chinese University of Hong Kong, Hong Kong, China

2015    Speaker: "The Grand Convergence: Creating Health in a Globalized World", School of Public Health and the ASEAN Institute, Mahidol University, Bangkok, Thailand

2015    Speaker: "Gene-environment Interactions and the Role of Big Data in Environmental Health" Seminar series, School of the Environment, University of Toronto, Toronto, Canada

2015    Speaker: "Global Health Security", Ill with Illness—Economic, Social & Security Barriers to the Provision of Global Health, Munk School of Global Affairs, University of Toronto, Toronto, Canada

2015    Speaker: "The Dalla Lana School of Public Health: Big Ideas and Initiatives for Creating Health in a Globalized World", Speaker Series, University of Toronto Alumni of Toronto.

2015    Speaker: "Unique Scientific Opportunities for the Precision Medicine Initiative National Research Cohort: Exposomics, Data Linkage, and Global Collaborations". Working group on President Obama's Precision Medicine Initiative (Chaired by Francis Collins, Director, NIH)

2015    Speaker: "What is the Role of Schools of Public Health in the 21st Century?" 50th Anniversary Celebration of the Department of Epidemiology, Biostatistics and Occupational Health, McGill University, Montreal, Quebec.

2015    Welcoming Address: "Global Public Health and Mental Health", Going Glo-cal for Mental Health conference, Centre for Addictions and Mental Health/Department of Psychiatry/Dalla

Lana School of Public Health, Toronto, ON

2015    John Goldsmith Memorial Lecture: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Opening Plenary Session, International Society for Environmental Epidemiology Annual Meeting, Sao Paulo, Brazil

2015    Inaugural Speaker: "The Future of Public Health and Medicine in a Crowded and Complex World", Global Health Leadership Series, PSG Medical School & the Shanti Ashram Foundation, Coimbature, Tamil Nadu, India

2016    Speaker "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Indian Institutes of Public Health—Hyderabad, Hyderabad, India

2016    Speaker: "Integration of Public Health & Health Care: The Unmet Agenda for a Truly Sustainable Health System", Board of Directors Retreat, Toronto East General Hospital, Toronto

2016    Plenary speaker: "Health Promotion, Prevention and Health Protection: Innovative Initiatives", 6th Asia-Pacific Conference on Public Health | 1st ASEAN Health Promotion Conference Bangkok, August

2016    Speaker: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Mount Sinai School of Medicine, New York, NY

2016    Plenary Speaker: "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", International College of Integrative Medicine Annual Meeting, Toronto, ON

2016    Plenary Speaker: "Big Data and Implications for Environmental Health", 15th Anniversary Conference, Jockey Club School of Public Health & Primary Care, Chinese University of Hong Kong, Hong Kong

2016    Plenary Speaker: "Innovations in Assessing Lead Poisoning and Child Health: Policy & Clinical Implications", Chinese University of Hong Kong-Fudan-Oxford International Symposium on Health Impacts of Environmental Exposures", Hong Kong

2016    Speaker: "Addressing a Changing Environment (and Impacts on Health, AKA Can India Survive Modernization?", Indian Institutes of Technology Alumni, Canada, International Conference 2016, Toronto.

2016    Plenary Speaker, "Hidradenitis Suppurativa: Research Directions from a Population Health Perspective", Symposium on Hidradenitis Suppurativa Advances, Toronto.

2016    Plenary Speaker, "Children's Environmental Health", The 2016 Annual National Conference on Children's Healthcare, Shanghai, China

2016    Special Guest Speaker, "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Shanghai Municipal Center for Disease Control, Shanghai, China

2016    Lecturer, "Lead and Human Health: Recent Research and Associated Lessons for Science & Policy", Fudan University School of Public Health, Shanghai, China

2017    Lecturer, "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017    Lecturer, "The Future of Academic Public Health", Saw Swee Hock School of Public Health,

CV: Howard Hu, M.D., M.P.H., Sc.D.

National University of Singapore, Singapore

2017    Lecturer, "Recent Advances in Understanding, Preventing, and Reversing the Impact of Environmental Factors on Health", Society of Chinese Bioscientists in America, Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, ON

2017    Lecturer, "Environmental Epidemiology in the Era of Exposomics, Lifecourse Epidemiology, Big Data and Big Science", Department of Environmental Health, Harvard School of Public Health, Boston, MA

2017    Speaker, "The Role of a Re-emergent Canadian School of Public Health in a Hot, Hungry, Polluted, Aging, Polarized World Prone to Pandemics, Chronic Disease, and Unsustainable Health Systems", Royal Canadian Institute for Science, Toronto, ON

2017    Speaker, "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Seminar Series in Environmental Epidemiology, University of Washington School of Public Health, Seattle, WA

2017    Plenary Speaker: "New realities arising from the extractive industries and agri-business: the Pollution and health perspective," Hong Kong Summit of Global Health Leaders.  University of Hong Kong, Hong Kong

2018    Plenary Speaker: "The GBD-Pollution and Health Initiative: Challenges & Opportunities", Workshop on the Global Burden of Disease-Pollution and Health Initiative, Institute for Health Metrics, University of Washington, Seattle, WA

2018    Guest Lecturer: "Partnerships, Local Responsiveness, National and Global Impacts", University of Iowa College of Public Health, Iowa City, IA

2018    Plenary Speaker: "Current Research on Fluoride and Neurodevelopment: The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study", Annual meeting of the International Academy of Oral Medicine and Toxicology, Denver, CO

2018    Speaker, "Recent Epidemiologic Research on Lead Toxicity: New Surprises regarding an Old Global Pollutant", Department of Environmental and Occupational Health Sciences Seminar Series, University of Washington School of Public Health, Seattle, WA

2018    Speaker: "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Symposium on Fluoride research, Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Panelist, "The Fluoridation Decision: Considering the Evidence for Benefits, Possible Risks as well as Ethical World Views", Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Speaker: "Grand Opportunities", The UC-Irvine School of Population Health and the Samueli College of Health Sciences, Irvine, CA

2018    Speaker, "The Global Burden of Disease-Pollution and Health Initiative", Office of the Director and the Global Environmental Health Program, U.S. National Institute for Environmental Health Sciences, Research Triangle Park, NC

2019    Speaker, "Evaluating, treating and managing disabilities of patients with chemical intolerance", Symposium on Chemical Intolerance—A Way Forward, Marilyn Brachman

Hoffman Foundation and the Hoffman Program on Chemicals and Health at the Harvard T.H. Chan School of Public Health, Dallas, TX

2019    Guest Lecturer: "The Global Burden of Disease-Pollution and Health Initiative", Center for Population Health Sciences, Stanford University, Palo Alto, CA

INVENTIONS/PATENTS: n/a

BIBLIOGRAPHY: (H-index, as of April, 2019, Google Scholar: 83)

<u>Peer-reviewed journals</u>

1.  Hu H, Markowitz SB.  A case-study of industrial bladder cancer.  Einstein Quarterly Review of Biology and Medicine 1982;1:29-35.

2.  Hu H. Benzene and myelofibrosis. Annals of Internal Medicine 1987;106:171-172

3.  Hu H, Milder FL, Burger DE.  X-Ray Fluorescence: Issues surrounding the application of a new tool for measuring burden of lead. Environmental Research 1989;49:295-317.

4.  Hu H, Fine J, Epstein P, Kelsey K, Reynolds P, Walker B.  Tear Gas: Harrassing agent or toxic chemical weapon?  JAMA 1989;262:660-663.

5.  Hu H, Cook-Deegan R, Shukri A.  The use of chemical weapons: Conducting an investigation using survey epidemiology. JAMA 1989;262:640-643.

6.  Hu H, Tosteson T, Aufderheide AC, Wittmers L, Burger DE, Milder FL, Schidlovsky G, Jones KW.  Distribution of lead in human bone: I. Atomic absorption measurements.  Basic Life Sci 1990;55:267-274.

7.  Burger DE, Milder FL, Morsillo PR, Adams BB, Hu H.  Automated bone lead analysis by k-x-ray fluorescence for the clinical environment.  Basic Life Sci 1990;55:287-292.

8.  Schidlovsky G, Jones KW, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: II. Proton microprobe measurements. Basic Life Sci 1990;55:275-280.

9.  Jones KW, Schidlovsky G, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: III. Synchrotron x-ray microscope measurements. Basic Life Sci 1990;55:281-286.

10.  Hu H, Milder FL, Burger DE.  X-ray fluorescence measurements of lead burden in subjects with low-level community lead exposure.  Arch Environ Health 1990;45:335-341.

CV: Howard Hu, M.D., M.P.H., Sc.D.

11. Hu H, Win KU, W, Arnison ND.  Burma: Health and human rights. Lancet 1991;337:1335.

12. Hu H.  A 50-year follow-up of childhood plumbism: hypertension, renal function, and hemoglobin levels among survivors. Am J Dis Child 1991;145:681-687.

13. Hu H.  Knowledge of diagnosis and reproductive history among survivors of childhood plumbism. Am J Publ Health 1991;81:1070-1072.

14. Hu H, Milder FL, Burger DE.  The use of K-X-Ray Fluorescence for measuring lead burden in epidemiological studies: high and low lead burdens and measurement uncertainty.  Environ Health Perspect 1991;94:107-110.

15. Hu H, Pepper L, Goldman R.  Effect of repeated occupational exposure to lead, cessation of exposure, and chelation on levels of lead in bone.  Am J Ind Med 1991;20:723-735.

16. Hu H.  Toxic weapons, epidemiology, and human rights.  Polit Politics and Life Sci 1992;February:3-4.

17. Hu H, Sparrow D, Weiss S.  Association of serum albumin with blood pressure in the Normative Aging Study. Am J Epidemiol 1992;136:1465-1473.

18. Hu H, Christiani D.  Reactive airways dysfunction after exposure to tear gas.  Lancet 1992;339:1535.

19. Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly 1993;3:79-87.

20. White RF, Diamond R, Proctor S, Morey C, Hu H.  Residual cognitive deficits 50 years after lead poisoning during childhood.  Br J Industr Med 1993;50:613-622.

21. Hu H, Beckett L, Kelsey K, Christiani D.  The left-sided predominance of asbestos-related pleural disease.  Am Rev Resp Dis 1993;148:981-984.

22. Payton M, Hu H, Sparrow D, Young JB, Landsberg L, Weiss ST.  Relation between blood lead and urinary biogenic amines in community-exposed men.  Am J Epidemiol 1993;138:815-825.

23. Hu H, Kotha S.  Ethics and epidemiology: International Guidelines.  Polit Life Sci 1993;February:29-30.

24. Goldman RH, White R, Kales SN, Hu H.  Lead poisoning from mobilization of bone stores during thyrotoxicosis.  Am J Industr Med 1994;25:417-424.

CV: Howard Hu, M.D., M.P.H., Sc.D.

25. Bellinger D, Hu H, Titlebaum L, Needleman HL.  Attentional correlates of dentin and bone lead levels in adolescents.  Arch Environ Health 1994;49:98-105.

26. Watanabe H, Hu H, Rotnitzky A.  Correlates of bone and blood lead levels in carpenters.  Am J Industr Med 1994;26:255-264.

27. Hu, H.  Decision-making in human health impact assessments: a clinician's perspective.  Environ Impact Assess Rev 1994;14:439-450.

28. Hu H, Watanabe H, Payton M, Korrick S, Rotnitzky A.  The relationship between bone lead and hemoglobin.  JAMA 1994;272:1512-1517.

29. Payton M, Hu H, Sparrow D, Weiss ST.  Low-level lead exposure and renal function in the Normative Aging Study.  Am J Epidemiol 1994;140:821-829.

30. Aro ACA, Todd AC, Amarasiriwardena C, Hu H.  Improvements in the calibration of $^{109}$Cd K x-ray fluorescence systems for measuring bone lead *in vivo*.  Phys Med Biol 1994;39:2263-2271.

31. Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and urinary cancers: a preliminary report. Environ Geochem Health 1994;s16:119-128.

32. Hoppin JA, Aro ACA, Williams PL, Hu H, Ryan PB.  Validation of K-xrf bone lead measurements in young adults.  Environ Health Perspect 1995;103:78-83.

33. Smith CM, Wang X, Hu H, Kelsey KT.  A polymorphism in the δ-Aminolevulinic acid dehydratase gene may modify the pharmacokinetics and toxicity of lead.  Environ Health Perspect 1995;103:248-253.

34. Hu H, Aro A, Rotnitzky A.  Bone lead measured by X-ray fluorescence: Epidemiological methods. Environ Health Perspect 1995;103(Suppl 1):105-110.

35. Kim R, Aro A, Rotnitzky A, Amarasiriwadena C, Hu H.  K x-ray fluorescence measurements of bone lead concentration: the analysis of low-level data.  Phys Med Biol 1995;40:1475-1485.

36. Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  A longitudinal study of chronic lead exposure and physical growth in Boston children.  Environ Health Perspect 1995;103:952-957.

37. Hu H, Kotha S, Brennan T.  The role of nutrition in mitigating environmental insults: policy and ethical issues.  Environ Health Perspect 1995;103(Suppl 6):185-190.

38. Smith CM, Hu H, Wang X, Kelsey K.  Delta-aminolevulinic acid dehydratase genotype is not associated with hematocrit or hemoglobin levels among construction trade workers exposed to low

levels of lead.  Medicine Lavoro 1995;86:229-235.

39.  Makhijani A, Hu H, Yih K.  Nuclear wastelands: Nuclear weapons production worldwide and its environmental and health effects.  Med Global Surv 1995;2:26-34.

40.  Potula V, Hu H.  Occupational and lifestyle determinants of blood lead levels among men in Madras, India.  Int J Occup Environ Health 1996;2:1-4.

41.  Hu H, Hashimoto D, Besser M.  Levels of lead in blood and bone of women giving birth in a Boston hospital.  Arch Environ Health 1996;51:52-58.

42.  Hu H, Aro A, Payton M, Korrick S, Sparrow D, Weiss ST, Rotnitzky A.  The relationship of bone and blood lead to hypertension: The Normative Aging Study. JAMA 1996;275:1171-1176.

43.  Kim R, Rotnitzky A, Sparrow D, Weiss ST, Wager C, Hu H.  A longitudinal study of low-level lead exposure and impairment of renal function: The Normative Aging Study.  JAMA 1996;275:1177-1181.

44.  Proctor SP, Rotnitzky A, Sparrow D, Weiss ST, Hu H.  The relationship of blood lead and dietary calcium to blood pressure in the Normative Aging Study.  International Journal of Epidemiology 1996;25:528-536.

45.  Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  Longitudinal relationship between dentin lead levels in childhood and bone lead levels in young adulthood.  Arch Environ Health 1996;51:375-382.

46.  Hu H, Payton M, Korrick S, Aro A, Sparrow D, Weiss ST, Rotnitzky A.  Determinants of bone and blood lead levels among community-exposed middle-aged to elderly men: the Normative Aging Study. Am J Epidemiol  1996;144:749-759.

47.  Hernandez-Avila M, Gonzalez-Cossio T, Palazuelos E, Romieu I, Aro A, Fishbein E, Peterson K, Hu H.  Dietary and environmental determinants of blood and bone lead levels in lactating postpartum women living in Mexico City.  Environ Health Perspect 1996;104:1076-1082.

48.  Potula V, Hu H.  Relationship of hemoglobin to occupational exposure to motor vehicle exhaust. Tox Industr Health 1996;12:629-637.

49.  Kim R, Hu H, Sparrow D, Weiss S.  The relationship between low-level lead exposure and uric acid concentration in the serum: the Normative Aging Study.  Korean J Occup Med 1996;8:490-498.

50.  Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and incidence of urinary cancers.  Epidemiology 1997;8:545-550.

CV: Howard Hu, M.D., M.P.H., Sc.D.

51. Kim R, Landrigan C, Mossman P, Sparrow D, Hu H.  Age and secular trends in bone lead levels in middle-aged and elderly men: three-year longitudinal follow-up in the Normative Aging Study.  Am J Epidem 1997;146:586-591.

52. Hoppin JA, Aro A, Hu H, Ryan PB.  In vivo bone lead measurement in suburban teenagers.  Pediatrics 1997;100:365-370.

53. González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H.  Decrease in birth weight in relation to maternal bone lead burden.  Pediatrics 1997;100:856-862.

54. Hu H, Rabinowitz M, Smith D.  Bone lead as a biological marker in epidemiologic studies of chronic toxicity: Conceptual paradigms.  Environ Health Persp 1998;106:1-8.

55. Payton M, Riggs KM, Spiro A, Weiss ST, Hu H.  Relations of bone and blood lead to cognitive function: The VA Normative Aging Study.  Neurotox Teratol 1998;20:19-27.

56. Amarasiriwardena C, Lupoli N, Potula V, Korrick S, Hu H.  Determination of total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods.  Analyst 1998;123:441-445.

57. Gassert TH, Hu H, Kelsey KT, Christiani DC.  Long-term health and employment outcomes of occupational asthma and their determinants.  J Occup Environ Med 1998;40:481-491.

58. Hu H.  Grand rounds in environmental and occupational medicine.  Environ Health Persp 1998;106:A262.

59. Cheng Y, Willett W, Schwartz J, Sparrow D, Weiss ST, Hu H.  The relation of nutrition to bone lead levels in middle-aged to elderly men: The Normative Aging Study.  Am J Epidemiol 1998;147:1162-1174.

60. Wright RO, Hu H, Maher TJ, Amarasiriwardena C, Chaiyakul P, Woolf AD, Shannon MW.  Effect of iron deficiency anemia on lead distribution after intravenous dosing in rats.  Tox Industr Health 1998;14:547-551.

61. Cheng Y, Schwartz J, Vokonas P, Weiss ST, Aro A, Hu H.  Electrocardiographic conduction disturbances in association with low level lead exposure: the Normative Aging Study.  Am J Cardiol 1998;82:594-599.

62. González-Cossío T, Sanín LH, Hernández-Avila M, Rivera J, Hu H.  Longitud y peso al nacer:  El papel de la nutrición materna.  [Length and weight at birth: The role of maternal nutritional status.]

CV: Howard Hu, M.D., M.P.H., Sc.D.

Salud Pública Mex [Public Health in Mexico] 40:119-126, 1998.

63. Hernandez-Avila M, Smith D, Meneses F, Sanin LH, Hu H.  The influence of bone and blood lead on plasma lead levels in environmentally exposed adults.  Environ Health Perspect1998;106:473-477.

64. Hu H. Bone lead as a new biologic marker of lead dose: Recent findings and implications for public health.  Environ Health Perspect 1998;106(Suppl 4):961-967.

65. Farias P, Hu H, Rubenstein E, Meneses-Gonzalez F, Fishbein E, Palazuelos E, Aro A, Hernandez-Avila M.  Determinants of bone and blood lead levels among teenagers living in urban areas with high lead exposure.  Environ Health Perspect 1998;106:733-737.

66. Kales SN, Aldrich JM, Polyhronopoulos GN, Artzeronian D, Gassert T, Hu H, Kelsey K, Sweet C, Christiani DC.  Fitness for duty evaluations in hazardous material firefighters.  J Occup Environ Med 1998;40:925-931.

67. Guo HR, Lipsitz S, Hu H, Monson R.  Using ecological data to estimate a regression model for individual data: the association between arsenic in drinking water and incidence of skin cancer. Environ Res 1998;79:82-93.

68. Amarasiriwardena CJ, Lupoli N, Potula V, Korrick S, Hu H.  Determination of the total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods. Analyst. 1998;123:441-5.

69. Korrick SA, Hunter DJ, Rotnitzky A, Hu H, Speizer FE.  Lead and hypertension in a sample of middle-aged women.  Am J Public Health 1999;89:330-335.

70. Wright RO, Shannon MW, Wright RJ, Hu H.  Association between iron deficiency and Low-level lead poisoning in an urban primary care clinic.  Am J Public Health 1999;89:1049-1053.

71. Potula V, Serrano J, Sparrow D, Hu H.  Relationship of lead in drinking water to bone lead levels twenty years later in Boston men: the Normative Aging Study.  J Occup Environ Med 1999;41:349-355.

72. Elreedy S, Krieger N, Ryan PB, Sparrow D, Weiss ST, Hu H.  Individual and census measures of socioeconomic position as determinants of bone lead concentrations among community-exposed men: the Normative Aging Study. Am J Epidem 1999;150:129-141.

73. Aguilar-Madrid G, Piacitelli G, Juarez-Perez CA, Vazquez-Grameix JH, Hu H, Hernadez-Avila M.  Chronic occupational exposure to inorganic lead at a printing press in Mexico City.  Salud Publica 1999;41:42-54.

CV: Howard Hu, M.D., M.P.H., Sc.D.

74. Moy E, Hu H, Christiani DC.  A retired shipyard worker with rapidly progressive pulmonary interstitial fibrosis.  Environ Health Perspect 1999;107:321-327.

75. Chuang HY, Lee, M-L T, Chao KY, Wang JD, Hu H.  The relationship of personal hygience habits to blood lead levels in a longitudinal study of battery workers in Taiwan: 1991-1997.  Am J Industr Med 1999;35:595-603.

76. Tsaih SW, Schwartz J, Lee ML, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The interrelationships of lead in bone and blood to lead in urine among middle-aged to elderly men: the Normative Aging Study.  Environ Health Persp 1999;107:391-396.

77. Hu H, Stern A, Rotnitzky A, Schlesinger L, Proctor S, Wolfe J.  Development of a brief questionnaire for screening for multiple chemical sensitivity syndrome.  Tox Industr Health 1999;15:582-588.

78. Kales SN, Aldrich JM, Polyhronopoulos GN, Leitao EO, Artzerounian D, Gassert G, Hu H, Kelsey KT, Sweet C, Christiani DC.  Correlates of fitness for duty in hazardous materials firefighters.  Am J Industr Med 1999;36:618-629.

79. Guang L, Wang X, Hu H, Xu X.  A comparitive study on the lead levels in capillary and venous blood.  J Environ Health (China) 1999;16:103-105.

80. Aro A, Amarasiriwardena C, Lee M-L, Kim R, Hu H.  Validation of K x-ray fluorescence bone lead measurements by inductively coupled plasma mass spectrometry in cadaver legs.  Med Phys 2000;27:119-123.

81. Hoppin JA, Aro A, Hu H, Ryan PB.  Measurement variability associated with KXRF bone lead measurement in young adults.  Environ Health Persp 2000;108:239-242.

82. Hernandez-Avila H, Villalpando CG, Palazuelos E, Hu H, Villalpando ME, Martinez R.  Determinants of blood lead levels across the menopause transition.  Arch Environ Health 2000;55:355-360.

83. Shadick NA, Kim R, Weiss S, Liang MH, Sparrow D, Hu H. Effect of low level lead exposure on hyperuricemia and gout among middle aged and elderly men: the normative aging study. J Rheumatol. 2000 Jul;27(7):1708-12. PubMed PMID: 10914856.

84. Counter SA, Buchanan LH, Ortega F, Amarasiriwardena C, Rifai N, Hu H.  Environmental lead contamination and pediatric lead intoxication in an Ecuadoran village.  Int J Occup Environ Health 2000;6:169-176.

CV: Howard Hu, M.D., M.P.H., Sc.D.

85. Brown MJ, Hu H, González-Cossío T, Peterson KE, Sanín LH, Kageyama, ML, Palazuelos E, Aro A, Schnaas L, Hernández-Avila M.  Determinants of bone and blood lead concentrations in the early postpartum period.  Occup Environ Med 57:535-541, 2000.

86. Chuang HY, Schwartz J, Tsai S-Y, Lee M-L T, Wang J-D, Hu H.  Vibration perception thresholds in workers with long-term lead exposure.  Occup Environ Med 2000;57:588-594.

87. Wu M-T, Demple B, Bennett RAO, Christiani DC, Fan R, Hu H.  Individual variability in the zinc inducibility of metallothionein-IIA mRNA in human lymphocytes.  Toxicol Environ Health 2000; 61A:553-567.

88. Vig EK, Hu H.  Lead toxicity in older adults.  J Am Geriatrics Soc. 2000;48:1501-1506.

89. Cheng Y, Schwartz J, Sparrow D, Aro A, Weiss ST, Hu H.  A prospective study of bone lead level and hypertension: the Normative Aging Study.  Am J Epidem 2001;153:164-171.

90. Hu H.  Poorly-controlled hypertension in a painter with chronic lead toxicity.  Environ Health Perspec 2001;109:95-99.

91. Brown MJ, Gardner J, Sargent JD, Swartz K, Hu H, Timeri R.  Prevention effectiveness of housing policies to reduce lead exposure: risk factors associated with recurrent pediatric lead poisoning in addresses with lead poisoned children in the past.  Am J Public Health 2001;91:621-624.

92. Chuang HY, Hu H, Schwartz J, Palazuelos E, Aro A, Amarasiriwardena C, Hernandez-Avila M.  The inter-relationships between lead levels in maternal venous blood, maternal bone, and umbilical cord blood: implications for plasma lead.  Environ Health Perspec 2001;109:527-532.

93. Potula V, Hegarty-Steck M, Hu H.  A pilot study of blood lead levels in relation to paint and dust lead levels: the Lead-Safe Cambridge Program.  Am J Public Health 2001;91:1973-1975.

94. Sanín LH, González-Cossío T, Romieu I, Peterson KE, Ruíz S, Palazuelos E, Hernández-Avila M, Hu H.  Effect of maternal lead burden on infant weight and weight gain at one-month of age among breastfed infants. Pediatrics 107:1016-1023, 2001.

95. Hu H, Aro A, Sparrow D, Kelsey K.  The relationship of bone and blood lead levels to polymorphisms of amino-levulinic acid dehydratase among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:827-832.

96. Tsaih SW, Korrick S, Lee M-L T, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The influence of bone resorption on the mobilization of lead from bone among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:995-999.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                          40

97. Hu H.  Progress in research on lead toxicity research: Peeling the onion.  Biomedicine 2001;21(2&3): 1-17.

98. Guo H-R, Yu H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and skin cancers: cell-type specificity.  Cancer Causes and Controls 2001;12:909-16.

99. Téllez-Rojo MM, Hernández-Avila M, González-Cossío T, Romieu I, Aro A, Palazuelos E, Schwartz J, Hu H.  Impact of breastfeeding on the mobilization of lead from bone.  Am J Epidemiol 2002;155:420-428.

100. Dykeman R, Aguilar-Madrid G, Smith T, Juarez-Perez A, Piacitelli G, Hu H, Hernandez-Avila M. Lead exposure in Mexican radiator repair workers.  Am J Industrial Med 2002;41:179-187.

101. Smith D, Hernandez-Avila M, Tellez-Rojo MM, Mercado A, Hu H.  The relationship between lead in plasma and whole blood in women.  Environ Health Persp 2002;110:263-268.

102. Hernandez-Avila M, Peterson KE, Gonzalez-Cossio T, Sanin LH, Aro A, Schnaas L, Hu H.  Effect of maternal bone lead on length and head circumference of newborns and 1-month-old infants. Arch Environ Health 2002;57:482-8.

103. Wolfe J, Erickson DJ, Proctor SP, Hu H.  Risk factors for the development of multisymptom illness in U.S. veterans of the Gulf War: the Ft. Devens Cohort study.  J Occup Environ Med 2002;44:271-281.

104. Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih S-W, González-Cossío T, Schnaas L, Peterson K, Aro A, Hernández-Avila M.  Maternal bone lead as an independent risk factor for fetal neurotoxicity: A prospective study.  2002;Pediatrics 110:110-118.

105. Kamel F, Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP.  Lead exposure and amyotrophic lateral sclerosis (ALS).  Epidemiology 2002;13:311-319.

106. Elmarsafawy SF, Tsaih SW, Korrick S, Dickey JH, Sparrow D, Hu H. Occupational determinants of bone and blood lead levels in middle aged and elderly men from the general community: the Normative Aging Study.  Am J Industrial Med 2002;42:38-49.

107. Korrick SA, Schwartz J, Tsaih SW, Hunter DJ, Aro A, Rosner B, Speizer FE, Hu H. Correlates of bone and blood lead levels among middle-aged and elderly women. Am J Epidemiol. 2002 Aug 15;156(4):335-43. PubMed PMID: 12181103.

108. Wittman R, Hu H.  Cadmium exposure and nephropathy in a 28-year old female metals worker. Env Health Persp 2002;110:1261-6.

CV: Howard Hu, M.D., M.P.H., Sc.D.

109. Hu H, Hernandez-Avila M. Lead, bones, and pregnancy: the poison within? Am J Epidem (Commentary) 2002;156:1088-91.

110. Oliveira S, Aro A, Sparrow D, Hu H. Seasonality as a modifier of the relationship between bone lead levels and blood lead levels: the Normative Aging Study. Arch Env Health 2002;57:466-72.

111. Wright RO, Tsaih S-W, Schwartz J, Wright R, Hu H. Association between iron deficiency and blood lead level in a longitudinal analysis of children followed in an urban primary care clinic. J Peds 2003;142:9-14.

112. Wu MT, Kelsey K, Schwartz J, Sparrow D, Weiss S, Hu H. A δ-aminolevulinic acid dehydratase (ALAD) polymorphism may modify the relationship of low-level lead exposure to uricemia and renal function: the Normative Aging Study. Env Health Persp 2003;111:335-41.

113. Hernandez-Avila M, Gonzalez-Cossio T, Hernandez-Avila JE, Romier I, Peterson KE, Aro A, Palazuelos E, Kageyama Escobar ML, Hu H. Dietary calcium supplements to lower blood lead levels in lactating women: a randomized placebo-controlled trial. Epidemiology 2003;14:206-12.

114. Hu H, Brown MJ. Effectiveness of environmental health policies: a new frontier for epidemiologists. (Commentary). Epidemiology 2003;14:257-258.

115. Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M. A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy. Am J Prev Med 2003;24:260-4.

116. Latorre FG, Hernandez-Avila M, Orozco JT, Medina AA, Aro A, Palazuelos E, Hu H. The relationship of blood and bone lead to menopause and bone mineral density among middle-aged women in Mexico City. Environ Health Persp 2003;111:631-6.

117. Wright RO, Tsaih SW, Schwartz J, Spiro A 3rd, McDonald K, Weiss ST, Hu H. Lead exposure biomarkers and mini-mental status exam scores in older men. Epidemiology. 2003 Nov;14(6):713-8. PubMed PMID: 14569188.

118. Kamel F, Umbach DM, Lehman TA, Park LP, Munsat TL, Shefner JM, Sandler DP, Hu H, Taylor JA. Amyotrophic lateral sclerosis, lead, and genetic susceptibility: polymorphisms in the delta-aminolevulinic acid dehydratase and vitamin D receptor genes. Environ Health Perspect. 2003;111:1335-9.

119. Rhodes D, Spiro A 3rd, Aro A, Hu H. Relationship of bone and blood lead levels to psychiatric symptoms: the normative aging study. J Occup Environ Med. 2003 Nov;45(11):1144-51. PubMed PMID: 14610395.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          42

120.   Wright RO, Hu H, Silverman EK, Tsaih SW, Schwartz J, Bellinger D, Weiss ST, Palazuelos E,
       Hernandez-Avila M. Apolipoprotein E genotype predicts 24-month infant Bayley Scale score
       Pediatric Research 2003; 54(6):819-25.

121.   Guerra-Tamayo JL, Hernandez-Cadena L, Tellez-Rojo MM, Mercado-Garcia Adel S, Solano-
       Gonzalez M, Hernandez-Avila M, Hu H.  Time to pregnancy and lead exposure. Salud Publica
       Mex. 2003;45 Suppl 2:S189-95.

122.   Guo H-R, Wang N-S, Hu H, Monson RR.  Cell-type specificity of lung cancer associated with
       arsenic ingestion.  Cancer Epidemiology, Biomarkers, and Prevention 2004 Apr;13(4):638-43.

123.   Weisskopf MG, Hu H, Mulkern RV, White R, Aro A, Oliveira S, Wright RO.  Cognitive deficits
       and magnetic resonance spectroscopy in adult monozygotic twins with lead poisoning.  Environ
       Health Perspect 2004; 112:620-625.

124.   Wright RO, Silverman EK, Schwartz J, Tsaih ST, Senter J, Sparrow D, Weiss ST,  Aro A, Hu H.
        Association between hemochromatosis genotype and lead exposure among elderly men: the
       Normative Aging Study.  Environ Health Perspect 2004;112:746-750.

125.   Juarez-Perez CA, Aguilar-Madrid G, Smith DR, Lacasana-Navarro M, Tellez-Rojo MM,
       Piacittelle G, Hu H, Hernandez-Avila M.  Predictors of plasma lead levels in printing press
       workers.  Am J Industr Med 2004;46:245-52.

126.   Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A,
       Hu H, Hernandez-Avila M.  Levels of lead in breast milk and their relation to maternal blood and
       bone lead levels at one-month postpartum.  Environ Health Perspec 2004;112:926-931.

127.   Lin C, Tsaih S, Kim R, Sparrow D, Hu H.  Bone and blood lead levels and their determinants
       amongst minority subjects living in the Boston area.  Environ Health Perspec 2004;112:1147-
       1151.

128.   Tellez-Rojo MM, Hernandez-Avila M, Lamadrid-Figueroa H, Smith D, Hernandez-Cadena L,
       Mercado A, Aro A, Schwartz J, Hu H.  Impact of bone lead on plasma lead levels during
       pregnancy.  Am J Epidem 2004;160:668-78.

129.   Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A,
       Hu H, Hernandez-Avila M.  Effect of breast milk lead on infant blood lead levels at 1 month of
       age.  Environ Health Perspec 2004;112:1381-185.

130.   Tsaih SW, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. Lead,
       diabetes, hypertension, and renal function: the normative aging study. Environ Health Perspect.

CV: Howard Hu, M.D., M.P.H., Sc.D.

2004 Aug;112(11):1178-82. PubMed PMID: 15289163; PubMed Central PMCID: PMC1247478.

131.   Weisskopf MG, Wright RO, Schwartz J, Spiro III A, Sparrow D, Aro A, Hu H.   Cumulative lead exposure and prospective change in cognition among elderly men: the VA Normative Aging Study.   Am J Epidem 2004;160:1184-1193.

132.   Schaumberg DA, Mendes F, Balaram M, Dana MR, Sparrow D, Hu H.   Accumulated lead exposure and risk of age-related cataract extraction in men: the Normative Aging Study.   JAMA 2004;292:2750-2754.

133.   Terry P,  Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP, Kamel F.  VEGF promoter haplotype and amyotrophic lateral sclerosis (ALS).  J Neurogenetics 2004;18:1-6.

134.   Thurston SW, Williams PL, Hauser R, Hu H, Spiegelman D.  A comparison of regression calibration approaches for main study/internal validation study designs.  J Stat Plan Inference 2005;131:175-190.

135.   Farias P, Echavarria M, Hernandez-Avila M, Villanueva C, Amarasiriwardena C, Hernandez L, Aro A, Hu H. Bone, blood and semen lead in environmentally exposed Mexican men. Int  J Environ Health Res 2005;15:21-31.

136.   Bellinger D, Hu H, Kartigeyan V, Thomas N, Rajan P, Sankar S, Ramaswamy P, Balakrishnan K. A pilot study of blood lead levels and neurobehavioral function in children living in Chennai, India.  Int J Occ Environ Health 2005;11:138-143.

137.   Jarrell J, Chan S, Hauser R, Hu H.  Longitudinal Assessment of PCBs and Pesticides in Pregnant Women from Western Canada.  Environ Health 2005;4:10 (1-8).

138.   Hu H, Balakrishnan K.  The Environment and Health: an Emerging Area of Research in India.  Indian J Med Res.  2005;121:711-715.

139.   Sanchez BN, Budtz-Jorgensen E, Ryan LM, Hu H.  Structural equation models.  A review with applications to environmental epidemiology.  J Am Stat Assoc  2005;100:1443-1455.

140.   Green R, Hauser R, Calafat AM, Weuve J, Schettler T, Ringer S, Huttner K, Hu H.  Use of di(2-ethylhexyl) phthalate-containing medical products and urinary levels of mono(2-ethylhexyl) phthalate in neonatal intensive care unit infants. Environ Health Perspect. 2005;113:1222-5.

141.   Oken E, Wright RO, Kleinman KP, Bellinger D, Amarasiriwardena C, Hu H,  Gillman MW.  Fish as brain food:  maternal fish consumption, hair mercury, and infant cognition in a US cohort.  Environ Health Perspec 2005;113:1376-80.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                     44

142.    Kamel F, Umbach DM, Hu H, Munsat TL, Shefner JM, Taylor JA, Sandler DP.  Lead exposure as a risk factor for Amyotrophic Lateral Sclerosis (ALS).  Neurodeg Dis  2005;2:195-201.

143.    Ettinger AS, Téllez-Rojo MM, Amarasiriwardena C, Schwartz J, Peterson KE, Aro A, Hu H, Hernández-Avila M.  Influence of maternal bone lead burden, breastfeeding practices, and calcium intake on levels of lead in breast milk over the course of lactation.  Am J Epidem 2005;163:48-56.

144.    Schwartz BS, Rischitelli G, Hu H.  The Future of Environmental Medicine in *Environmental Health Perspectives*: Where Should We Be Headed?  Environ Health Persp 2005;113:A574-6.

145    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Cadena L, Mercado-García A, Smith D, Solano-González M, Hernández-Avila M, Hu H. Biological markers of fetal lead exposure at each stage of pregnancy. J Toxicol Environ Health A. 2006 Oct;69(19):1781-96. PubMed PMID: 16905508.

146.    Jain NB, Hu H.  Childhood correlates of blood lead levels in Mumbai and Delhi.  Environ Health  Persp 2006;114:466-70.

147.    Jarrell J,  Weisskopf M ,Weuve J, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal lead exposure and the sex ratio of offspring.  Human Reproduction 2006;21:1901-6.

148.    Tellez-Rojo MM, Bellinger DC, Lamadrid-Figueroa H, Schaas-Arrieta L, Arroyo-Quiroz C, Mercado-Garcia A, Wright RO, Hernandez-Avila M, Hu H.  Longitudinal associations between blood lead concentration <10 µg/dL and neurobehavioral development in environmentally-exposed children in Mexico City.  Pediatrics 2006 Aug;118:e323-30. .

149.    Elmarsafawy SF, Jain N, Schwartz J, Sparrow D, Aro A, Hu H.  Dietary calcium as a potential modifier of the relationship of lead burden to blood pressure: the Normative Aging Study. Epidemiology 2006;17:531-537.

150.    Weuve J, Sanchez BN, Calafat AM, Schettler T, Green R, Hu H, Hauser R.  Exposure to phthalates in neonatal intensive care unit infants.  Environ Health Perspec 2006; 114:1424–1431.

151.    Weuve, J; Kelsey KT; Schwartz J, Bellinger D, Rajan P, Spiro A, Sparrow D, Aro A, Hu H. Delta-aminolevulinic acid dehydratase (ALAD) polymorphism and the relation between low-level lead exposure and cognitive function in older men:  the Normative Aging Study.  Occup Environ Med 2006;63:746-53.

152.    Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J, Schnaas L, Mercado-García A, Hernández-Avila M.  Fetal lead exposure at each stage of pregnancy as a

CV: Howard Hu, M.D., M.P.H., Sc.D.

predictor of infant mental development.  Environ Health Perspec 2006;114:1730-1735.

153.     Park SK, Schwartz J, Weisskopf M, Wright RO, Coull B, Sparrow D, Vokonas P, Nie H, Hu H. Low-level lead exposure, metabolic syndrome and heart rate variability: the VA Normative Aging Study. Environ Health Perspec 2006;114:1718-1724

154.     Schwartz BS, Parker C, Glass TA, Hu H.  Global Environmental Change: What Should Clinicians and the Environmental Health Community Do?  Environ Health Perspec 2006;114:1807-1812.

155.     Park SK, O'Neill MS, Wright RO, Hu H, Vokonas PS, Sparrow D, Suh, H, Schwartz, J. HFE Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment Interaction. Circulation 2006;114:2798-2805.

156.     Hu H, Wright RO, Shine J.  The challenge posed to children's health by mixtures of toxic waste: the Tar Creek Superfund Site as a case-study.  Ped Clin North America  2007;54:155-175. PMID: 17306689

157.     Schwartz BS, Hu H.  Adult Lead Exposure: Time for Change – Introduction to the Mini-monograph.  Environ Health Perspec 2007;115:451-454.. PMID: 17431498

158.     Hu H, Shih R, Rothenberg S, Schwartz BS.  The Epidemiology of Lead Toxicity in Adults: Measuring Dose and Consideration of Other Methodological Issues.  Environ Health Perspec 2007;115:455-462. PMID: 17431499

159.     Shih R, Hu H, Weisskopf MG, Schwartz BS.  Cumulative Lead Dose and Cognitive Function in Adults: a Review of Studies that Measured Both Blood Lead and Bone Lead.  Environ Health Perspec 2007;115:483-492. PMID: 17431502

160.     Kosnett MJ, Wedeen RP, Rothenberg SJ, Hipkins KL, Materna BL, Schwartz BS, Hu H, Woolf A.  Recommendations for medical management of adult lead exposure.  Environ Health Perspec 2007;115:463-471. PMID: 17431500

161.     Weisskopf MG, Proctor SP, Wright RO, Schwartz J, Spiro A 3rd, Sparrow D, Nie H, Hu H. Cumulative lead exposure and cognitive performance among elderly men.  Epidemiology.  2007;18:59-66. PMID: 17130688

162.     Ettinger AS, Hu H, Hernandez-Avila M.  Dietary calcium supplementation to lower blood lead levels in pregnancy and lactation.  J Nutr Biochem 2007;18:172-178. PMID: 17296490

163.     Zhou H, Chen J, Rissanen TH, Korrick SA, Hu H, Salonen JT, Longnecker MP.  Outcome-dependent sampling: an efficient sampling and inference procedure for studies with a continuous

CV: Howard Hu, M.D., M.P.H., Sc.D.

outcome.  Epidemiology. 2007;18:461-468. PMID: 17568219

164.    Weisskopf MG, Hu H, Sparrow D, Lenkinski R, Wright RO.  [1]H magnetic resonance spectroscopic evidence of glial effects of cumulative lead exposure in the adult human hippocampus.  Environ Health Perspec 2007;115(4):519-23. PMID: 17450218

165.    Jain NB, Potula V, Schwartz J, Vokonas PS, Sparrow D, Wright RO, Nie H, Hu H.  Lead levels and ischemic heart disease in a prospective study of middle-aged and elderly men: the Normative Aging Study.  Environ Health Perspec 2007;115:871-875. PMID: 17589593

166.    Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, Hertz-Picciotto I, Hu H, Huang TT, Jensen TK, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebaek NE, Skerfving S, Weihe P. The faroes statement: human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol. 2008 Feb;102(2):73-5. PubMed PMID: 18226057.

167.    Peters JL, Kubzansky L, McNeely E, Schwartz J, Wright RO, Spiro A, Sparrow D, Nie H, Hu H.  Stress as a potential modifier of the impact of lead exposure on blood pressure: the Normative Aging Study.  Environ Health Perspec 2007 Aug;115(8):1154-9.  PMID: 17687441.

168.    Wang FT, Hu H, Schwartz J, Weuve J, Spiro A, Sparrow D, Silverman EK, Weiss ST, Wright RO.  Modifying effects of hemochromatosis polymorphisms on the association between lead burden and cognitive decline.  Environ Health Perspec 2007 Aug;115(8):1210-5. PMID: 17687449.

169.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Sparrow D, Spiro A, Smith RJ, Nie H, Hu H, Wright RO.  Prospective Study of Lead and Psychiatric Symptoms and the Modifying Influence of the Delta-Aminolevulinic Acid Dehydratase (ALAD) Polymorphism:  the Normative Aging Study.  Am J Epidem  2007 Dec 15;166(12):1400-8. Epub 2007 Sep 6.  PMID: 17823382

170.    Perlstein T, Weuve J, Schwartz J, Sparrow D, Wright R, Litonjua A, Nie H, Hu H.  Bone and blood lead levels in relation to pulse pressure in community-exposed men: the Normative Aging Study.  Environ Health Perspec 2007 Dec;115(12):1696-700.  PMID: 18087585.

171.    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Ávila M, Solano-González M, Smith D, Hu H, Wright RO. Association between the plasma fraction of circulating lead and history of abortion in Mexican pregnant women  Biomed Central Pregnancy and Childbirth 2007 Sep 27;7:22.  PMID: 17900368

_____

2008 and after (must comply with NIH Public Access Policy, applied to any paper accepted for publication in a journal on or after April 7, 2008; must supply PubMed Central ID number, PMCID for any article resulting from research sponsored by NIH; see: http://publicaccess.nih.gov/index.htm)

CV: Howard Hu, M.D., M.P.H., Sc.D.

* journal that automatically submits *All* NIH-Funded *Final Published Articles* to PubMed Central, as of 8/27/08 (http://publicaccess.nih.gov/submit_process_journals.htm)

172.    Surkan PJ, Schnaas L, Wright RJ, Tellez-Rojo MM, LaMadrid H, Hu H, Hernandez-Avila M, Bellinger DC, Schwartz J, Perroni E, Wright RO.  Coopersmith self-esteem, lead and neurodevelopment. Neurotoxicology 2008;Mar;29(2):278-85. PMID: 18261800; PMCID: PMC2495770

173.    Arora M, Ettinger AS, Peterson KE, Schwartz J, Hu H, Hernandez-Avila M, Wright RO. Maternal dietary intake of saturated and polyunsaturated fatty acids modifies the relationship between lead levels in bone and breast milk.  J Nutrition 2008 Jan;138(1):73-9. PMID: 18156407; PMCID: PMC2628754.

174.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Wright RO, Coull B, Nie H, Hu H, Schwartz J. Air pollution and heart rate variability: effect modification by chronic lead exposure. Epidemiology. 2008 Jan;19(1):111-20. PMID: 18091001; PMCID: PMC2671065.

175.    Navas-Acien A, Schwartz BS, Rothenberg SJ, Hu H, Silbergeld EK, Guallar E.  Bone lead levels and blood pressure endpoints – a meta-analysis. Epidemiology 2008 May;19(3):496-504. PMID: 18414090; PMCID: pending

176.    Nie H, Hu H, Chettle D.  Application and Methodology of *in vivo* K X-ray Fluorescence of Pb in Bone.  X Ray Spectrometry 2008;37:69-75.  PMID: n/a; PMCID: pending

177.    Oken E, Radesky JS, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW.  Maternal fish intake during pregnancy, blood mercury, and child cognition at age 3 years in a US cohort.  Amer J Epid 2008 May 15;167(10):1171-81.  PMID: 18353804; PMCID: pending

178.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Weuve J, Spiro A, Sparrow D, Smith TJ, Nieh H, Hu H, Wright RO.  Interaction of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism and lead exposure on cognitive function:  the Normative Aging Study.  J Occup Environ Med 2008; 50(9):1053-61. PMID: 18784554; PMCID: pending

179.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker K, Suh H, Hu H, Schwartz J. Traffic-related particles are associated with elevated homocysteine: the VA Normative Aging Study. *Am J Resp Crit Care Med  2008 Aug 1;178(3):283-9. PMID: 18467508; PMCID: PMC2542426.

180.    Kamel F, Umbach DM, Stallone L, Richards M, Hu H, Sandler DP.  Association of Lead Exposure with Survival in Amyotrophic Lateral Sclerosis (ALS). *Environ Health Perspec 2008; 2008 Jul;116(7):943-7.  PMID: 18629318; PMCID: PMC2453164.

181.    Hopkins M, Ettinger AS, Hernandez-Avila M, Schwartz J, Tellez-Rojo MM, Bellinger D, Hu H, Wright RO. Variants in iron metabolism genes predict blood and bone lead levels among postpartum

women and their children.  *Environ Health Perspec 2008 Sep;116(9):1261-6.PMID: 18795173. PMCID: PMC2535632.

182.  Lampe BJ, Park SK, Robins T, Mukherjee B, Litonjua AA, Amarasiriwardena C, Weisskopf M, Sparrow D, Hu H.  Association between 24-Hour Urinary Cadmium and Pulmonary Function Among Community-Exposed Men: The VA Normative Aging Study.  *Environ Health Perspec 2008 Sep;116(9):1226-30.PMID: 18795167.  PMCID: PMC2535626.

183.  Rahman S, Hu H, McNeely E, Rahman SMM, Krieger N, Waterman P, Peters J, Harris C, Harris CH, Prothrow-Stith D, Gibbs B, Brown PC, Johnson G, Burgess A, Gragg RD.  Social and environmental risk factors for hypertension in minorities.  Fl Publ Health Rev 2008;5:64-72. PMID: 19966946;  PMCID: PMC2788965

184.  Zota AR, Ettinger AS, Bouchard M, Amarasiriwardena CJ, Schwartz J, Hu H, Wright RO. Association of maternal blood manganese levels with infant birth weight.  Epidemiology 2009;20(3):367-73.  PMID: 19289966.  PMCID: pending.

185.  Park SK, Hu H, Wright RO, Schwartz J, Cheng Y, Sparrow D, Vokonas PS, Weisskopf M. Iron Metabolism Genes, Low-Level Lead Exposure and QT Interval.  *Environ Health Perspec 2009 Jan;117(1):80-5.  PMID: 19165391; PMCID: PMC2627870.

185.  Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson K, Schwartz J, Hu H, Hernández-Avila M.  Effect of Calcium Supplementation on Blood Lead Levels in Pregnancy: A Randomized Control Trial.  *Environ Health Perspec 2009 Jan;117(1):26-31. Epub 2008 Sep 2.PMID: 19165383; PMCID: PMC2627861.

186.  Eamranond PP, Hu H.  Environmental and occupational exposures in immigrant health.  Environ Health Insights (in press; available at http://www.la-press.com).  PMIC: pending; PMCID: pending.

187  Park SK, Tucker KL, O'Neill MS, Sparrow D, Vokonas PS, Hu H, Schwartz J.  Fruit, vegetable, and fish consumption and heart rate variability: the Veterans Administration Normative Aging Study. Am J Clin Nutr. 2009 Mar;89(3):778-86. PMID: 19158214; PMCID: PMC2714396.

188.  Weuve J, Korrick SA, Weisskopf MA, Ryan L, Schwartz J, Nie H, Grodstein F, Hu H. Cumulative exposure to lead in relation to cognitive function in older women,  *Environ Health Perspec 2009 Apr;117(4):574-80. Epub 2008 Dec 11.  PMID: 19440496. PMCID: PMC2679601

189.  Calafat AM, Weuve J, Ye X, Jia T, Hu H, Ringer S, Hauser R.  Exposure to Bisphenol A and other Phenols in Neonatal Intensive Care Unit Infants.  *Environ Health Perspec 2009 Apr;117(4):639-44. Epub 2008 Dec 10.PMID: 19440505.  PMCID: PMC2679610.

CV: Howard Hu, M.D., M.P.H., Sc.D.

190.   Avendano-Badillo D, Hernandez-vaila M, Koplan K, Hernandez-Cadena L, Rueda-Hernandez G, Solano-Gonzalez M, Ibarra LG, Hu H, Tellez-Rojo MM.  High dietary calcium intake decreases bone mobilization during pregnancy in human.  Salud Publica 2009;51 Suppl 1:S100-7.  PMID: 19287883; PMCID: pending.

191.   Kordas K, Ettinger S, Lamadrid-Figueroa H, Tellez-RojoM, Hernandez-Avila M, Hu H, Wright RO.  MTHFR C677T, A1298C, and G1793A genotypes, and the relationship between maternal folate intake, tibia lead and infant size at birth.  Br J Nutr. 2009 Sep;102(6):907-14. Epub 2009 Apr 2.PMID: 19338708; PMCID: pending.

192.   Pilsner JR, Hu H, Ettinger A, Sanchez BN, Wright RO, Cantonwine D, Lazarus A, Lamadrid-Figueroa H, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M.  Influence of Prenatal Lead Exposure on Genomic DNA Methylation of Umbilical Cord Blood.   *Environ Health Perspec Environ Health Perspect. 2009 Sep;117(9):1466-71. Epub 2009 Mar 25.PMID: 19750115.  PMCID: PMC2737027.

193.   Nie H, Sanchez BN, Wilker E, Weisskopf M, Schwartz J, Sparrow D, Hu H.  Bone lead and endogenous exposure in an environmentally exposed elderly population: the Normative Aging Study.  J Occup Environ Med 2009 Jul;51(7):848-57.PMID: 1952882.  PMCID: pending.

194.   Ettinger AE, Zota AR, Amarasiriwardena CJ, Hopkins MR, Schwartz J, Hu H, Wright RO.  Maternal Arsenic Exposure and Impaired Glucose Tolerance during Pregnancy.  *Environ Health Perspec 2009 Jul;117(7):1059-64. Epub 2009 Mar 11.PMID: 19654913.  PMCID: PMC2717130.

195.   Weisskopf MG, Jain N, Nie H, Sparrow D, Vokonas P, Schwartz J, Hu H.  A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the VA Normative Aging Study.  Circulation 2009;120:1056-64.  PMID: 19738141.  PMCID: PMC2760410

196.   Arora M, Weuve J, Weisskopf MG, Sparrow D, Nie H, Garcia RI, Hu H.  Cumulative Lead Exposure and Tooth Loss in Men: The Normative Aging Study.  *Environ Health Perspec 2009 Oct;117(10):1531-4. Epub 2009 Jun 15.PMID: 20019902; PMCID: PMC2790506

197.   Meeker JD, Hu H, Cantonwine DE, LaMadrid-Figueroa H, Calafat AM, Ettinger A, Hernandez-Avila M, Loch-Caruso R, Tellez-Rojo M.  Pilot study of urinary phthalate metabolites in relation to preterm birth in Mexico City.  *Environ Health Perspec 2009 Oct;117(10):1587-92. Epub 2009 Jun 16.PMID: 20019910.  PMCID: PMC2790514

198.   Roy A, Bellinger D, Hu H, Schwartz J, Ettinger AS, Wright R, Bouchard M, Palaniappan K, Balakrishnan K.  Lead exposure and behavior among young children in Chennai, India.  *Environ Health Perspec 2009 Oct;117(10):1607-11. Epub 2009 Jun 26.PMID: 20019913;

CV: Howard Hu                                                                                          50

PMCID: PMC2790517

199. Roy A, Hu H, Bellinger DC, Wright RO, Schwartz J, Mukherjee B, Pallaniappan K, Balakrishnan K.  Predictors of blood lead among 3-7 year old children in Chennai, India. Internat J Occup and Environ Health 2009 Oct-Dec;15(4):351-9.  PMID: 19886345.  PMCID: pending.

200. Park SK, Mukherjee B, Xia X, Sparrow D, Weisskopf MG, Nie H, Hu H.  Bone Lead Level Prediction Models and Their Application to Examining the Relationship of Lead Exposure and Hypertension in the Third National Health and Nutrition Examination Survey (NHANES-III) J Occup and Environ Medicine 2009 Dec;51(12):1422-36.  PMID: 19952788.  PMCID: pending.

201. Meeker JD, Hu H, Cantonwine DE, Lamadrid-Figueroa H, Calafat AM, Ettinger AS, Hernandez-Avila M, Loch-Caruso R, Téllez-Rojo MM. Urinary phthalate metabolites in relation to preterm birth in Mexico city. Environ Health Perspect. 2009 Oct;117(10):1587-92. Epub 2009 Jun 16. PubMed PMID: 20019910; PubMed Central PMCID: PMC2790514.

202. Leiba A, Hu H, Zheng A, Kales SN. A safe strategy to decrease fetal lead exposure in a woman with chronic intoxication. J Matern Fetal Neonatal Med. 2010 Aug;23(8):932-4. PubMed PMID: 20459344.

203. Peters JL, Weisskopf MG, Spiro A 3rd, Schwartz J, Sparrow D, Nie H, Hu H, Wright RO, Wright RJ. Interaction of stress, lead burden, and age on cognition in older men: the VA Normative Aging Study. Environ Health Perspect. 2010 Apr;118(4):505-10. Epub 2009 Nov 6. PubMed PMID: 20064786; PubMed Central PMCID: PMC2854727.

204. Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO. Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology. 2010 Jul;21(4):433-9. PubMed PMID: 20549838.

205. Wright RO, Schwartz J, Wright RJ, Bollati V, Tarantini L, Park SK, Hu H, Sparrow D, Vokonas P, Baccarelli A. Biomarkers of lead exposure and DNA methylation within retrotransposons. Environ Health Perspect. 2010 Jun;118(6):790-5. Epub 2010 Jan 11. PubMed PMID: 20064768; PubMed Central PMCID:  PMC2898855.

206. Zhang A, Park SK, Wright RO, Weisskopf MG, Mukherjee B, Nie H, Sparrow D, Hu H. HFE H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure: the Normative Aging Study. Environ Health Perspect. 2010 Sep;118(9):1261-6. Epub 2010 May 14. PubMed PMID: 20478760; PubMed Central PMCID: PMC2944087.

207. Roy A, Hu H, Bellinger DC, Mukherjee B, Modali R, Nasaruddin K, Schwartz J, Wright RO,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Ettinger AS, Palaniapan K, Balakrishnan K. Hemoglobin, Lead Exposure, and Intelligence Quotient: Effect Modification by the DRD2 Taq IA Polymorphism. Environ Health Perspect. 2011 Jan;119(1):144-9. PubMed PMID: 21205584.

208.   Cantonwine D, Meeker JD, Hu H, Sanchez BN, Lamadrid-Figueroa H, Mercado-Garcia A, Fortenberry GZ, Calafat AM, Tellez-Rojo MM. Bisphenol A exposure in Mexico City and risk of prematurity: a pilot nested case control study. Environ Health.  2010 Oct 18;9(1):62. [Epub ahead of print] PubMed PMID: 20955576.

209.   Cantonwine D, Hu H, Téllez-Rojo MM, Sánchez BN, Lamadrid-Figueroa H, Ettinger AS, Mercado-García A, Hernández-Avila M, Wright RO. HFE gene variants modify the association between maternal lead burden and infant birthweight: a prospective birth cohort study in Mexico City, Mexico. Environ Health. 2010 Jul 26;9:43. PubMed PMID: 20659343; PubMed Central PMCID: PMC2916893.

210.   Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, Lazarus AL, Cantoral A, Schnaas L, Téllez-Rojo MM, Hernández-Avila M. Maternal MTHFR genotype and haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in Mexico City. Am J Clin Nutr. 2010 Jul;92(1):226-34. Epub 2010 May 26. PubMed PMID: 20504979; PubMed Central PMCID: PMC2884326.

211.   Weisskopf MG, Weuve J, Nie H, Saint-Hilaire M-H, Sudarsky L, Simon DK, Hersh B, Schwartz J, Wright RO, Hu H.  Association of Cumulative Lead Exposure with Parkinson's Disease.  *Environ Health Perspec 2010; 118:1609–1613, PMID: 20807691; PMCID: PMC2974701

212.   Basu N, Abare M, Buchanan S, Cryderman D, Nam D-H, Sirkin S, Schmitt S, Hu H.  A combined ecological and epidemiologic investigation of metals exposure amongst indigenous peoples near the Marlin Mine in Western Guatemala.  Sci Total Environ 2010 Dec 1;409(1):70-7. Epub 2010 Oct 16. PubMed PMID: 20952048.

213.   Lee MS, Park SK, Hu H, Lee S. Cadmium exposure and cardiovascular disease in the 2005 Korea National Health and Nutrition Examination Survey. Environ Res. 2011 Jan;111(1):171-6. Epub 2010 Nov 5. PubMed PMID: 21055738.

214.   Cantonwine D, Hu H, Sanchez BN, Lamadrid-Figueroa H, Smith D, Ettinger AS, Mercado-Garcia A, Hernandez-Avila M, Wright RO, Tellez-Rojo MM.  Critical Windows of Fetal Lead Exposure: Adverse Impacts on Length of Gestation and Risk of Premature Delivery.  J Occup Environ Med. 2010 Nov;52(11):1106-11. PubMed PMID: 21063188; PubMed Central PMCID: PMC3003442.

215.   Lamadrid-Figueroa H, Téllez-Rojo MM, Angeles G, Hernández-Ávila M, Hu H. Bias correction by use of errors-in-variables regression models in studies with K-X-ray fluorescence

bone lead measurements. Environ Res. 2011 Jan;111(1):17-20.  Epub 2010 Nov 18. PubMed PMID: 21092947; PubMed Central PMCID: PMC3026095.

216.    Pan CH, Shih TS, Chen CJ, Hsu JH, Wang SC, Huang CP, Kuo CT, Wu KY, Hu H, Chan CC. Reduction of cooking oil fume exposure following an engineering intervention in Chinese restaurants. Occup Environ Med. 2011 Jan;68(1):10-5. Epub 2010 Sep 30. PubMed PMID: 20884797.

217.    Sánchez BN, Hu H, Litman HJ, Téllez-Rojo MM. Statistical Methods to Study Timing of Vulnerability with Sparsely Sampled Data on Environmental Toxicants.  *Environ Health Perspec Environ Health Perspect. 2011 Mar;119(3):409-15. PubMed PMID: 21362588.

218.    Park SK, Elmarsafawy S, Mukherjee B, Spiro A 3rd, Vokonas PS, Nie H, Weisskopf MG, Schwartz J, Hu H. Cumulative lead exposure and age-related hearing loss: the VA Normative Aging Study.  Hear Res. 2010 Oct 1;269(1-2):48-55. Epub 2010 Jul 16. PubMed PMID: 20638461; PubMed Central PMCID: PMC2934752.

219.    Lee SD, Shin HT, Park HM, Ko SG, Kook YB, Ryu JY, Kim H, Hu H, Park SK.  Metal concentrations of Chinese herbal medicine products in the United States.  Oriental Pharm Exp Med 2010; 10(4):294-303.

220.    Weuve J, Glymour MM, Hu H, Sparrow D, Spiro A 3rd, Vokonas PS, Litonjua AA. Forced expiratory volume in 1 second and cognitive aging in men. J Am Geriatr Soc. 2011 Jul;59(7):1283-92. doi: 10.1111/j.1532-5415.2011.03487.x. Epub 2011 Jun 30. PubMed PMID: 21718272.

221.    Bush KF, Luber G, Kotha SR, Dhaliwal RS, Kapil V, Pascual M, Brown DG, Frumkin H, Dhiman RC, Hess J, Wilson ML, Balakrishnan K, Eisenberg J, Kaur T, Rood R, Batterman S, Joseph A, Gronlund CJ, Agrawal A, Hu H. Impacts of climate change on public health in India: future research directions.  *Environ Health Perspect. 2011 Jun;119(6):765-70. Epub 2011 Jan 27. PubMed PMID: 21273162; PubMed Central PMCID: PMC3114809.

222.    Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, Hu H, Wright RO. A Dopamine Receptor (DRD2) but Not Dopamine Transporter (DAT1) Gene Polymorphism is Associated with Neurocognitive Development of Mexican Preschool Children with Lead Exposure. J Pediatr. 2011 Oct;159(4):638-43. Epub 2011 May 17. PubMed PMID: 21592505; PubMed Central PMCID: PMC3158955.

223.    Eum KD, Nie LH, Schwartz J, Vokonas PS, Sparrow D, Hu H, Weisskopf MG. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study.  *Environ Health Perspect. 2011 Jul;119(7):940-4. Epub 2011 Mar 16. PubMed PMID: 21414889.

CV: Howard Hu, M.D., M.P.H., Sc.D.

224. Wilker E, Korrick S, Nie LH, Sparrow D, Vokonas P, Coull B, Wright RO, Schwartz J, Hu H. Longitudinal Changes in Bone Lead Levels: The VA Normative Aging Study. J Occup Environ Med. 2011 Aug;53(8):850-855. PubMed PMID: 21788910; PubMed Central PMCID: PMC3159960.

225. Palaniappan K, Roy A, Balakrishnan K, Gopalakrishnan L, Mukherjee B, Hu H, Bellinger DC. Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology. 2011 Aug;32(4):465-70. Epub 2011 Apr 8. PubMed PMID: 21510976; PubMed Central PMCID: PMC3115626.

226. Choi YH, Hu H, Tak S, Mukherjee B, Park SK. Occupational noise exposure assessment using O*NET and its application to a study of hearing loss in the US general population. Occup Environ Med. 2012 Mar;69(3):176-83. doi: 10.1136/oem.2011.064758. Epub 2011 Jul 1. PubMed PMID: 21725070; PubMed Central PMCID: PMC3277688..

227. Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, Ettinger AS, Hernández-Avila M, Hu H, Téllez-Rojo MM. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico city. Environ Health Perspect. 2011 Oct;119(10):1436-41. Epub 2011 Jun 29. PubMed PMID: 21715242; PubMed Central PMCID: PMC3230436.

228. Claus Henn B, Schnaas L, Ettinger AS, Schwartz J, Lamadrid-Figueroa H, Hernández-Avila M, Amarasiriwardena C, Hu H, Bellinger DC, Wright RO, Téllez-Rojo MM. Associations of Early Childhood Manganese and Lead Co-exposure with Neurodevelopment. Environ Health Perspect. 2012 Jan;120(1):126-31. doi: 10.1289/ehp.1003300. Epub 2011 Sep 1. PubMed PMID: 21885384; PubMed Central PMCID: PMC3261931.

229. Peters JL, Kubzansky LD, Ikeda A, Spiro A 3rd, Wright RO, Weisskopf MG, Kim D, Sparrow D, Nie LH, Hu H, Schwartz J. Childhood and adult socioeconomic position, cumulative lead levels, and pessimism in later life: the VA Normative Aging Study. Am J Epidemiol. 2011 Dec 15;174(12):1345-53. Epub 2011 Nov 9. PubMed PMID:22071587; PubMed Central PMCID: PMC3276297.

230. Hicken M, Gragg R, Hu H. How cumulative risks warrant a shift in our approach to racial health disparities: the case of lead, stress, and hypertension. Health Aff (Millwood). 2011 Oct;30(10):1895-901. PubMed PMID: 21976332.

231. Zhang A, Hu H, Sánchez BN, Ettinger AS, Park SK, Cantonwine D, Schnaas L, Wright RO, Lamadrid-Figueroa H, Tellez-Rojo MM. Association between Prenatal Lead Exposure and Blood Pressure in Female Offspring. Environ Health Perspect. 2012 Mar;120(3):445-50. doi: 10.1289/ehp.1103736. Epub 2011 Sep 21. PubMed PMID: 21947582; PubMed Central PMCID: PMC3295346.

CV: Howard Hu, M.D., M.P.H., Sc.D.

232.   Bakulski KM, Rozek LS, Dolinoy DC, Paulson HL, Hu H. Alzheimer's disease and
       environmental exposure to lead: the epidemiologic evidence and potential role of epigenetics.
       Curr Alzheimer Res. 2012 Jun;9(5):563-73. PubMed PMID: 22272628.

233.   Mordukhovich I, Wright RO, Hu H, Amarasiriwardena C, Baccarelli A, Litonjua A, Sparrow D,
       Vokonas P, Schwartz J. Associations of Toenail Arsenic, Cadmium, Mercury, Manganese and
       Lead with Blood Pressure in the Normative Aging Study. Environ Health Perspect. 2012
       Jan;120(1):98-104. doi: 10.1289/ehp.1002805. Epub 2011 Aug 30. PubMed PMID: 21878420;
       PubMed Central PMCID: PMC3261928.

234.   Afeiche M, Peterson KE, Sánchez BN, Schnaas L, Cantonwine D, Ettinger AS, Solano-González
       M, Hernández-Avila M, Hu H, Téllez-Rojo MM. Windows of lead exposure sensitivity, attained
       height, and body mass index at 48 months. J Pediatr. 2012 Jun;160(6):1044-9. Epub 2012 Jan 28.
       PubMed PMID: 22284921; PubMed  Central PMCID: PMC3360798.

235.   Peters JL, Kubzansky LD, Ikeda A, Fang SC, Sparrow D, Weisskopf MG, Wright RO, Vokonas
       P, Hu H, Schwartz J. Lead Concentrations in Relation to Multiple Biomarkers of Cardiovascular
       Disease: the Normative Aging Study. Environ Health Perspect. Mar;120(3):361-6. doi:
       10.1289/ehp.1103467. Epub 2011 Dec 5. PubMed PMID: 22142875; PubMed Central PMCID:
       PMC3295335.

236.   Bakulski KM, Dolinoy DC, Sartor MA, Paulson HL, Konen JR, Lieberman AP, Albin RL, Hu H,
       Rozek LS. Genome-wide DNA methylation differences between late-onset Alzheimer's disease
       and cognitively normal controls in human frontal cortex. J Alzheimers Dis. 2012;29(3):571-88.
       PubMed PMID: 22451312.

237.   Claus Henn B, Kim J, Wessling-Resnick M, Tellez-Rojo MM, Jayawardene I, Ettinger AS,
       Hernandez-Avila M, Schwartz J, Christiani DC, Hu H, Wright RO. Associations of iron
       metabolism genes with blood manganese levels: a population-based study with validation data
       from animal models. Environ Health. 2011 Nov 10;10(1):97-107. [Epub ahead of print] PubMed
       PMID: 22074419.

238.   Fortenberry GZ, Hu H, Turyk M, Barr DB, Meeker JD. Association between urinary 3, 5, 6-
       trichloro-2-pyridinol, a metabolite of chlorpyrifos and chlorpyrifos-methyl, and serum T4 and
       TSH in NHANES 1999–2002, Science of The Total Environment, 2012; 424:351-355.   doi:
       10.1016/j.scitotenv.2012.02.039. Epub 2012 Mar 17. PubMed PMID: 22425279; PubMed
       Central PMCID: PMC3327766.

239.   Eum KD, Korrick SA, Weuve J, Okereke O, Kubzansky LD, Hu H, Weisskopf MG. Relation of
       cumulative low-level lead exposure to depressive and phobic anxiety symptom scores in middle-
       age and elderly women. Environ Health Perspect. 2012 Jun;120(6):817-23. doi:

10.1289/ehp.1104395. Epub 2012 Feb 29. PubMed PMID: 22538241; PubMed Central PMCID: PMC3385437.

240.  Hicken MT, Gee GC, Morenoff J, Connell CM, Snow RC, Hu H. A novel look at racial health disparities: the interaction between social disadvantage and environmental health. Am J Public Health. 2012 Dec;102(12):2344-51. doi: 10.2105/AJPH.2012.300774. Epub 2012 Oct 18. PubMed PMID: 23078461.

241.  Choi YH, Hu H, Mukherjee B, Miller J, Park SK. Environmental cadmium and lead exposures and hearing loss in U.S. adults: the National Health and Nutrition Examination Survey, 1999 to 2004. Environ Health Perspect. 2012 Nov;120(11):1544-50. doi: 10.1289/ehp.1104863. Epub 2012 Jul 31. PubMed PMID: 22851306; PubMed Central PMCID: PMC3556613.

242.  Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PubMed PMID: 22579785.

243.  Weuve J, Press DZ, Grodstein F, Wright RO, Hu H, Weisskopf MG. Cumulative exposure to lead and cognition in persons with Parkinson's disease. Mov Disord. 2013 Feb;28(2):176-82. doi: 10.1002/mds.25247. Epub 2012 Nov 9. PubMed PMID: 23143985; PubMed Central PMCID: PMC3581753.

245.  Hicken MT, Gee GC, Connell C, Snow RC, Morenoff J, Hu H. Black-white blood pressure disparities: depressive symptoms and differential vulnerability to blood lead. Environ Health Perspect. 2013 Feb;121(2):205-9. doi: 10.1289/ehp.1104517. Epub 2012 Oct 25. PubMed PMID: 23127977; PubMed Central PMCID: PMC3569674.

246.  Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Zhang LN, Liao XP, Zhang J, Ouyang FX, Zhang JS, Shen XM. Personal characteristics related to the risk of adolescent internet addiction: a survey in Shanghai, China. BMC Public Health. 2012 Dec 22;12:1106. doi: 10.1186/1471-2458-12-1106. PubMed PMID: 23259906; PubMed Central PMCID: PMC3563549.

247.  Lim SS, Vos T, Flaxman AD, Danaei G, Shibuya K, Adair-Rohani H, Amann M, Anderson HR, Andrews KG, Aryee M, Atkinson C, Bacchus LJ, Bahalim AN, Balakrishnan K, Balmes J, Barker-Collo S, Baxter A, Bell ML, Blore JD, Blyth F, Bonner C, Borges G, Bourne R, Boussinesq M, Brauer M, Brooks P, Bruce NG, Brunekreef B, Bryan-Hancock C, Bucello C, Buchbinder R, Bull F, Burnett RT, Byers TE, Calabria B, Carapetis J, Carnahan E, Chafe Z, Charlson F, Chen H, Chen JS, Cheng AT, Child JC, Cohen A, Colson KE, Cowie BC, Darby S, Darling S, Davis A, Degenhardt L, Dentener F, Des Jarlais DC, Devries K, Dherani M, Ding EL,

Dorsey ER, Driscoll T, Edmond K, Ali SE, Engell RE, Erwin PJ, Fahimi S, Falder G, Farzadfar F, Ferrari A, Finucane MM, Flaxman S, Fowkes FG, Freedman G, Freeman MK, Gakidou E, Ghosh S, Giovannucci E, Gmel G, Graham K, Grainger R, Grant B, Gunnell D, Gutierrez HR, Hall W, Hoek HW, Hogan A, Hosgood HD 3rd, Hoy D, Hu H, Hubbell BJ, Hutchings SJ, Ibeanusi SE, Jacklyn GL, Jasrasaria R, Jonas JB, Kan H, Kanis JA, Kassebaum N, Kawakami N, Khang YH, Khatibzadeh S, Khoo JP, Kok C, Laden F, Lalloo R, Lan Q, Lathlean T, Leasher JL, Leigh J, Li Y, Lin JK, Lipshultz SE, London S, Lozano R, Lu Y, Mak J, Malekzadeh R, Mallinger L, Marcenes W, March L, Marks R, Martin R, McGale P, McGrath J, Mehta S, Mensah GA, Merriman TR, Micha R, Michaud C, Mishra V, Hanafiah KM, Mokdad AA, Morawska L, Mozaffarian D, Murphy T, Naghavi M, Neal B, Nelson PK, Nolla JM, Norman R, Olives C, Omer SB, Orchard J, Osborne R, Ostro B, Page A, Pandey KD, Parry CD, Passmore E, Patra J, Pearce N, Pelizzari PM, Petzold M, Phillips MR, Pope D, Pope CA 3rd, Powles J, Rao M, Razavi H, Rehfuess EA, Rehm JT, Ritz B, Rivara FP, Roberts T, Robinson C, Rodriguez-Portales JA, Romieu I, Room R, Rosenfeld LC, Roy A, Rushton L, Salomon JA, Sampson U, Sanchez-Riera L, Sanman E, Sapkota A, Seedat S, Shi P, Shield K, Shivakoti R, Singh GM, Sleet DA, Smith E, Smith KR, Stapelberg NJ, Steenland K, Stöckl H, Stovner LJ, Straif K, Straney L, Thurston GD, Tran JH, Van Dingenen R, van Donkelaar A, Veerman JL, Vijayakumar L, Weintraub R, Weissman MM, White RA, Whiteford H, Wiersma ST, Wilkinson JD, Williams HC, Williams W, Wilson N, Woolf AD, Yip P, Zielinski JM, Lopez AD, Murray CJ, Ezzati M. A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. doi: 10.1016/S0140-6736(12)61766-8. PubMed PMID: 23245609.

248.    Grashow R, Spiro A, Taylor KM, Newton K, Shrairman R, Landau A, Sparrow D, Hu H, Weisskopf M. Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. Neurotoxicology. 2013 Mar;35:154-61. doi: 10.1016/j.neuro.2013.01.005. Epub 2013 Jan 28. PubMed PMID: 23370289; PubMed Central PMCID: PMC3602137.

249.    Amarasiriwardena CJ, Jayawardene I, Lupoli N, Barnes RM, Hernandez-Avila M, Hu H, Ettinger AS. Comparison of digestion procedures and methods for quantification of trace lead in breast milk by isotope dilution inductively coupled plasma mass  spectrometry. Anal Methods. 2013;5(7):1676-1681. PubMed PMID: 24808927; PubMed Central PMCID: PMC4010228.

250.    Grashow R, Miller MW, McKinney A, Nie LH, Sparrow D, Hu H, Weisskopf MG. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: a pilot study of a novel physiological approach to investigating neurotoxicant effects.  Neurotoxicol Teratol. 2013 Jul-Aug;38:21-8. doi: 10.1016/j.ntt.2013.04.003. Epub 2013 Apr 17. PubMed PMID: 23603705; PubMed Central PMCID: PMC3774537.

251.    Roy A, Ettinger AS, Hu H, Bellinger D, Schwartz J, Modali R, Wright RO, Palaniappan K,

Balakrishnan K. Effect modification by transferrin C2 polymorphism on lead exposure, hemoglobin levels, and IQ. Neurotoxicology. 2013 Sep;38:17-22. doi: 10.1016/j.neuro.2013.05.005. Epub 2013 May 31. PubMed PMID: 23732512; PubMed Central PMCID: PMC3770761.

252.    Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. PubMed PMID: 23732085; PubMed Central PMCID: PMC3672933.

253.    Téllez-Rojo MM, Cantoral A, Cantonwine DE, Schnaas L, Peterson K, Hu H, Meeker JD. Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Sci Total Environ. 2013 Sep 1;461-462:386-90. doi: 10.1016/j.scitotenv.2013.05.021. Epub 2013 Jun 5. PubMed PMID: 23747553; PubMed Central PMCID: PMC3735862.

254.    Fortenberry GZ, Meeker JD, Sánchez BN, Barr DB, Panuwet P, Bellinger D, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Tellez-Rojo MM. Urinary 3,5,6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: distribution, temporal variability, and relationship with child attention and hyperactivity. Int J Hyg Environ Health. 2014 Mar;217(2-3):405-12. doi: 10.1016/j.ijheh.2013.07.018. Epub 2013 Aug 13. PubMed PMID: 24001412; PubMed Central PMCID: PMC3946926.

255.    Eum KD, Wang FT, Schwartz J, Hersh CP, Kelsey K, Wright RO, Spiro A, Sparrow D, Hu H, Weisskopf MG. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology. 2013 Dec;39:65-71. doi: 10.1016/j.neuro.2013.08.002. Epub 2013 Aug 16. PubMed PMID: 23958642; PubMed Central PMCID: PMC3844089.

256.    Choi YH, Miller JM, Tucker KL, Hu H, Park SK. Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population. Am J Clin Nutr. 2014 Jan;99(1):148-55. doi: 10.3945/ajcn.113.068437. Epub 2013 Nov 6. PubMed PMID: 24196403.

257.    Power MC, Korrick S, Tchetgen Tchetgen EJ, Nie LH, Grodstein F, Hu H, Weuve J, Schwartz J, Weisskopf MG. Lead exposure and rate of change in cognitive function in older women. Environ Res. 2014 Feb;129:69-75. doi: 10.1016/j.envres.2013.12.010. Epub 2014 Jan 29. PubMed PMID: 24529005; PubMed Central PMCID: PMC3951744.

258.    Ettinger AS, Roy A, Amarasiriwardena CJ, Smith D, Lupoli N, Mercado Garcia A, Lamadrid-Figueroa H, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure.  Environ Health Perspec 2014

CV: Howard Hu, M.D., M.P.H., Sc.D.

Jan;122(1):87-92. doi: 10.1289/ehp.1307187. Epub 2013 Oct 30. PubMed PMID: 24184948; PubMed Central PMCID: PMC3888576.

259.   Chatwood S, Bytautas J, Darychuk A, Bjerregaard P, Brown A, Cole D, Hu H, Jong M, King M, Kvernmo S, Veillard J. Approaching a collaborative research agenda for health systems performance in circumpolar regions. Int J Circumpolar Health. 2013 Aug 14;72. doi: 10.3402/ijch.v72i0.21474. eCollection 2013. PubMed PMID: 23961514; PubMed Central PMCID: PMC3745603.

260.   Bush KF, O'Neill MS, Li S, Mukherjee B, Hu H, Ghosh S, Balakrishnan K. Associations between extreme precipitation and gastrointestinal-related hospital  admissions in Chennai, India. Environ Health Perspect. 2014 Mar;122(3):249-54. doi: 10.1289/ehp.1306807. Epub 2013 Dec 16. PubMed PMID: 24345350; PubMed Central PMCID: PMC3948034.

261.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Ouyang F, Zhang LN, Liao XP, Zhang J, Zhang JS, Shen XM. Parent-adolescent interaction and risk of adolescent internet addiction: a population-based study in Shanghai. BMC Psychiatry. 2014 Apr 15;14:112. doi: 10.1186/1471-244X-14-112. PubMed PMID: 24731648; PubMed Central PMCID: PMC3999889.

262.   Fortenberry GZ, Meeker JD, Sánchez BN, Bellinger D, Peterson K, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Maria Tellez-Rojo M. Paraoxonase I polymorphisms and attention/hyperactivity in school-age children from Mexico City, Mexico. Environ Res. 2014 Jul;132:342-9. doi: 10.1016/j.envres.2014.04.010. Epub 2014 May 14. PubMed PMID: 24834831.

263.   Arora M, Austin C, Sarrafpour B, Hernández-Ávila M, Hu H, Wright RO, Tellez-Rojo MM. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS One. 2014 May 19;9(5):e97805. doi: 10.1371/journal.pone.0097805. eCollection 2014. PubMed PMID: 24841926; PubMed Central PMCID: PMC4026445.

264.   Braun JM, Wright RJ, Just AC, Power MC, Tamayo Y Ortiz M, Schnaas L, Hu H, Wright RO, Tellez-Rojo MM. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: a cross-sectional study. Environ Health. 2014 Jun 10;13(1):50. doi: 10.1186/1476-069X-13-50. PubMed PMID: 24916609; PubMed Central PMCID: PMC4068833.

265.   Bakulski KM, Park SK, Weisskopf MG, Tucker KL, Sparrow D, Spiro A, Vokonas PS, Nie LH, Hu H, Weuve J. Lead Exposure, B Vitamins, and Plasma Homocysteine in Men  55 Years of Age and Older: The VA Normative Aging Study. Environ Health Perspect. 2014 Oct;122(10):1066-74. doi: 10.1289/ehp.1306931. Epub 2014 Jun 4. PubMed PMID: 24905780; PubMed Central

CV: Howard Hu, M.D., M.P.H., Sc.D.

PMCID: PMC4181916.

266.    Ji JS, Schwartz J, Sparrow D, Hu H, Weisskopf MG. Occupational determinants of cumulative
        lead exposure: analysis of bone lead among men in the VA normative aging study. J Occup
        Environ Med. 2014 Apr;56(4):435-40. doi: 10.1097/JOM.0000000000000127. PubMed PMID:
        24709766; PubMed Central PMCID: PMC3982188.

267.    Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, Schnaas
        L, Solano M, Mercado A, Peterson K, Sánchez BN, Hernández-Avila M, Hu H,  Maria Téllez-
        Rojo M. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ
        Res. 2014 Sep 25;135C:63-69. doi: 10.1016/j.envres.2014.08.029. [Epub ahead of print] PubMed
        PMID: 25262076.

268.    Eum KD, Seals RM, Taylor KM, Grespin M, Umbach DM, Hu H, Sandler DP, Kamel F,
        Weisskopf MG. Modification of the association between lead exposure and amyotrophic lateral
        sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler
        Frontotemporal Degener. 2014 Oct 8:1-8. [Epub ahead of print] PubMed PMID: 25293352.

269.    Karwowski MP, Just AC, Bellinger DC, Jim R, Hatley EL, Ettinger AS, Hu H, Wright RO.
        Maternal iron metabolism gene variants modify umbilical cord blood lead levels by gene-
        environment interaction: a birth cohort study. Environ Health. 2014 Oct 6;13:77. doi:
        10.1186/1476-069X-13-77. PubMed PMID: 25287020.

270.    Eum K-D, Weisskopf MG, Nie LH, Hu H, Korrick SA. Cumulative Lead Exposure and Age at
        Menopause in the Nurses' Health Study Cohort. Environmental Health Perspectives.
        2014;122(3):229-234. doi:10.1289/ehp.1206399.

271.    Goodrich JM, Sánchez BN, Dolinoy DC, Zhang Z, Hernández-Ávila M, Hu H, Peterson KE,
        Téllez-Rojo MM. Quality control and statistical modeling for environmental epigenetics: A study
        on in utero lead exposure and DNA methylation  at birth.  Epigenetics. 2015 Jan 2;10(1):19-30.
        doi: 10.4161/15592294.2014.989077. Epub 2015 Jan 27. PubMed PMID: 25580720.

272.    Ji JS, Power MC, Sparrow D, Spiro III A, Hu H, Louis ED, Weisskopf MG.  Lead Exposure and
        Tremor among Older Men: The VANormative Aging Study.  Environ Health Perspectives 2015
        May;123(5):445-50. doi: 10.1289/ehp.1408535. Epub 2015 Jan 23.  PubMed PMID: 25633720;
        PubMed Central PMCID: PMC4421770.

273.    Ettinger AS, Lamadrid-Figueroa H, Mercado-Garcia A, Kordas K, Wood RJ, Peterson KE, Hu
        H, Hernandez-Avila M, Tellez-Rojo MM.  Effect of Calcium Supplementation on Bone
        Resorption in Pregnancy and the Early Postpartum: A Randomized Controlled Trial in Mexican
        Women.  Nutrition Journal Nutr J. 2014 Dec 16;13(1):116. doi: 10.1186/1475-2891-13-116.
        PubMed PMID: 25511814; PubMed Central PMCID: PMC4289552.

CV: Howard Hu, M.D., M.P.H., Sc.D.

274. Jhun MA, Hu H, Schwartz J, Weisskopf MG, Nie LH, Sparrow D, Vokonas PS, Park SK. Effect modification by Vitamin D receptor genetic polymorphisms in the association between cumulative lead exposure and pulse pressure: a longitudinal study. Environ Health 2015 Jan 13;14:5. doi: 10.1186/1476-069X-14-5. PubMed PMID: 25582168; PubMed Central PMCID: PMC4417283.

275. Cantoral A, Tellez-Rojo MM, Ettinger AS, Hu H, Hernandez-Avila M, Peterson K. Early introduction and cumulative consumption of sugar-sweetened beverages during the pre-school period and risk of obesity at 8–14 years of age. Pediatr Obesity 2015 Apr 17. doi: 10.1111/ijpo.12023. [Epub ahead of print] PubMed PMID: 25891908.

276. Orkin AM, Bingham K, Klaiman M, Leece P, Buick JE, et al. (2015) An Agenda for Naloxone Distribution Research and Practice: Meeting Report of the Surviving Opioid Overdose with Naloxone (SOON) International Working Group. J Addict Res Ther 6:212. doi:10.4172/2155-6105.1000212

277. Xu J, Hu H, Wright R, Sánchez BN, Schnaas L, Bellinger DC, Park SK, Martínez S, Hernández-Avila M, Téllez-Rojo MM, Wright RO. Prenatal Lead Exposure Modifies the Impact of Maternal Self-Esteem on Children's Inattention Behavior. J Pediatr. 2015 Aug;167(2):435-41. doi: 10.1016/j.jpeds.2015.04.057. Epub 2015 Jun 3. PubMed PMID: 26047683.

278. Kotha SR, Jadad AR, Hu H. Creating a Pandemic of Health: Opportunities and Lessons for a University Initiative at the Intersection of Health, Equity, and Innovation. Harvard Publ Hlth Review 2015;5:1-8. (available at http://harvardpublichealthreview.org/wp-content/uploads/2015/04/HPHRv5-Kotha-Jadad-Hu-Creating-a-Pandemic.pdf).

279. Weisskopf MG, Sparrow D, Hu H, Power MC. Biased Exposure-Health Effect Estimates from Selection in Cohort Studies: Are Environmental Studies at Particular Risk? Environ Health Perspect. 2015 Nov;123(11):1113-22. doi: 10.1289/ehp.1408888. Epub 2015 May 8. PubMed PMID: 25956004; PubMed Central PMCID: PMC4629739.

280. Grashow R, Kim J, Sparrow D, Hu H, Wessling-Resnick M, Weisskopf MG. Cumulative lead exposure is associated with reduced olfactory function in elderly men: the Normative Aging Study. Neurotoxicology 2015 Jul;49:158-64. doi: 10.1016/j.neuro.2015.06.006. Epub 2015 Jun 26. PubMed PMID: 26121922; PubMed Central PMCID: PMC4523435.

281. Kim WB, Sibbald RG, Hu H, Bashash M, Anooshirvani N, Coutts P, Alavi A. Clinical Features and Patient Outcomes of Hidradenitis Suppurativa: A Cross-Sectional Retrospective Study. J Cutan Med Surg. 2016 Jan;20(1):52-7. doi: 10.1177/1203475415602840. Epub 2015 Aug 28. PubMed PMID: 26318545.

CV: Howard Hu                                                                                    61

282.   Global Burden of Disease Study 2013 Collaborators, Vos T, Barber RM, Bell B…Hu H…Zunt
       JR, Salomon JA, Murray CJ. Global, regional, and national incidence, prevalence, and years
       lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013:
       a systematic analysis  for the Global Burden of Disease Study 2013. Lancet. 2015 Aug
       22;386(9995):743-800. doi: 10.1016/S0140-6736(15)60692-4. Epub 2015 Jun 7.  Review.
       PubMed PMID: 26063472; PubMed Central PMCID: PMC4561509.

283.   GBD 2013 Risk Factors Collaborators, Forouzanfar MH, Alexander L, Anderson HR…Hu H…
       Lopez AD, Vos T, Murray CJ. Global, regional, and national comparative risk assessment of 79
       behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188
       countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013.
       Lancet. 2015 Dec 5;386(10010):2287-323. doi: 10.1016/S0140-6736(15)00128-2. Epub 2015
       Sep 11. PubMed PMID: 26364544; PubMed Central PMCID: PMC4685753.

284.   Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L,
       Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM.
       Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder
       (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016
       Jun;124(6):868-74. doi: 10.1289/ehp.1510067. PubMed PMID: 26645203; PubMed Central
       PMCID: PMC4892926.

285.   Taylor KM, Saint-Hilaire MH, Sudarsky L, Simon DK, Hersh B, Sparrow D, Hu H, Weisskopf
       MG. Head injury at early ages is associated with risk of Parkinson's disease. Parkinsonism Relat
       Disord. 2016 Feb;23:57-61. doi: 10.1016/j.parkreldis.2015.12.005. PubMed PMID: 26725141;
       PubMed Central PMCID: PMC4787263.

286.   Cantoral A, Téllez-Rojo MM, Levy TS, Hernández-Ávila M, Schnaas L, Hu H, Peterson KE,
       Ettinger AS. Differential association of lead on length by zinc status in two-year old Mexican
       children. Environ Health. 2015 Dec 30;14:95. doi: 10.1186/s12940-015-0086-8. PubMed PMID:
       26715556; PubMed Central PMCID: PMC4696318.

287.   Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E,
       Solano-González M, Ettinger AS, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Meeker JD.
       Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City:
       Distribution and relationships with child neurodevelopment. Environ Res. 2016 May;147:307-
       13. doi: 10.1016/j.envres.2016.02.025. PubMed PMID: 26922411; PubMed Central PMCID:
       PMC4821665.

288.   Specht AJ, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a
       biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning.
       Biomarkers. 2016 Jun;21(4):347-52. doi: 10.3109/1354750X.2016.1139183. Epub 2016 Feb 9.
       PubMed PMID: 26856822.

CV: Howard Hu, M.D., M.P.H., Sc.D.

289.    Tamayo Y Ortiz M, Téllez-Rojo MM, Hu H, Hernández-Ávila M, Wright R, Amarasiriwardena C, Lupoli N, Mercado-García A, Pantic I, Lamadrid-Figueroa H.  Lead in candy consumed and blood lead levels of children living in Mexico City. Environ Res. 2016 May;147:497-502. doi: 10.1016/j.envres.2016.03.007. Epub 2016 Mar 11. PubMed PMID: 26974363.

290.    Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

291.    Ding N, Wang X, Weisskopf MG, Sparrow D, Schwartz J, Hu H, Park SK. Lead-Related Genetic Loci, Cumulative Lead Exposure and Incident Coronary Heart Disease: The Normative Aging Study. PLoS One. 2016 Sep 1;11(9):e0161472. doi: 10.1371/journal.pone.0161472. PubMed PMID: 27584680; PubMed Central PMCID: PMC5008632.

292.    Goodrich JM, Dolinoy DC, Sanchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-Gonzalez M, Hu H, Tellez-Rojo MM, Peterson KE.  Adolescent epigenetic profiles and environmental exposures from early life through peri-adolescence.  Environmental Epigenetics, 2016; 2(3)1–11, doi: 10.1093/eep/dvw018

293.    Xu J, Yan CH, Hu H, Wu MQ, Shen XM. Prenatal Maternal Occupational Exposure and Postnatal Child Exposure to Elemental Mercury. Pediatr Emerg Care. 2016 Mar;32(3):175-9. doi: 10.1097/PEC.0000000000000305. PubMed PMID: 25415760.

294.    Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brenan K, Herrera LA, Schwartz J, Wright RO, Hu H, Baccarelli AA. APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals. Environ Res. 2016 Nov;151:101-105. doi: 10.1016/j.envres.2016.07.034. Epub 2016 Jul 27. Erratum in: Environ Res. 2017 Nov 25;:. PubMed PMID: 27474937; PubMed Central PMCID: PMC5071136.

295.    Farooqui Z, Bakulski KM, Power MC, Weisskopf MG, Sparrow D, Spiro A 3rd, Vokonas PS, Nie LH, Hu H, Park SK. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res. 2017 Jan;152:102-108. doi: 10.1016/j.envres.2016.10.007. PubMed PMID: 27770710; PubMed Central PMCID: PMC5135609.

296.    Somers EC, Monrad SU, Warren JS, Solano M, Schnaas L, Hernandez-Avila M, Tellez-Rojo M, Hu H. Antinuclear antibody prevalence in a general pediatric cohort from Mexico City: discordance between immunofluorescence and multiplex assays. Clin Epidemiol. 2016 Dec 20;9:1-8. doi: 10.2147/CLEP.S121632. eCollection 2017. PubMed PMID: 28053555; PubMed

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          63

Central PMCID: PMC5192054.

297.   Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, Slack GW, Berry
       R, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ. Genetic polymorphism at BCL2 as a
       predictor for rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone efficacy in
       patients with diffuse large B-cell lymphoma. Haematologica. 2017 May;102(5):e199-e202. doi:
       10.3324/haematol.2016.159087. Epub 2017 Feb 2. PubMed PMID: 28154089; PubMed Central
       PMCID: PMC5477624.

298.   Hu H, Galea S, Rosella L, Henry D. Big Data and Population Health: Focusing on the Health
       Impacts of the Social, Physical, and Economic Environment.  Epidemiology. 2017
       Nov;28(6):759-762. doi: 10.1097/EDE.0000000000000711. PubMed PMID: 28682850.

299.   Wang X, Ding N, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. A Western Diet
       Pattern Is Associated with Higher Concentrations of Blood and Bone Lead among Middle-Aged
       and Elderly Men. J Nutr. 2017 Jul;147(7):1374-1383. doi: 10.3945/jn.117.249060. Epub 2017
       Jun 7. PubMed PMID: 28592514; PubMed Central PMCID: PMC5483966.

300.   Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger
       AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-
       Avila M.  Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years
       of Age in Mexico.  Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9).
       doi: 10.1289/EHP655. PubMed PMID: 28937959.

301.   Ge E, Fan M, Qiu H, Hu H, Tian L, Wang X, Xu G, Wei X. Ambient sulfur dioxide levels
        associated with reduced risk of initial outpatient visits for tuberculosis: A population based time
       series analysis. Environ Pollut. 2017 Sep;228:408-415. doi: 10.1016/j.envpol.2017.05.051. Epub
       2017 May 26. PubMed PMID: 28554030.

302.   Tse LA, Lee PMY, Ho WM, Lam AT, Lee MK, Ng SSM, He Y, Leung KS, Hartle JC, Hu H,
       Kan H, Wang F, Ng CF. Bisphenol A and other environmental risk factors for prostate cancer in
       Hong Kong. Environ Int. 2017 Oct;107:1-7. doi: 10.1016/j.envint.2017.06.012. Epub 2017 Jun
       20. PubMed PMID: 28644961.

303.   Liu SH, Bobb JF, Lee KH, Gennings C, Claus Henn B, Bellinger D, Austin C, Schnaas L,
       Tellez-Rojo MM, Hu H, Wright RO, Arora M, Coull BA. Lagged kernel machine regression for
       identifying time windows of susceptibility to exposures of complex mixtures. Biostatistics. 2018
       Jul 1;19(3):325-341. doi: 10.1093/biostatistics/kxx036. PubMed PMID: 28968676; PubMed
       Central PMCID: PMC5991212.

304.   Mehdizadeh A, Alavi A, Alhusayen R, Bauer B, Bechara FG, Bourcier M, Brassard A, Djamei
       V, Dutz J, George R, Ghias M, Gooderham M, Hamzavi I, Hoffman LK, Hou A, Hu H, Kimball

CV: Howard Hu, M.D., M.P.H., Sc.D.

AB, Kirchhof M, Kryzskaya D, Liy Wong MDC, Lowes MA, Lynde CW, McLellen C, Prens E, Prens L, Rogalska T, Sibbald RG, Sisic M, Tan MG, Wong DD. Proceeding report of the Symposium on Hidradenitis Suppurativa Advances (SHSA). Exp Dermatol. 2018 Jan;27(1):104-112. doi: 10.1111/exd.13445. Epub 2017 Nov 15. PubMed PMID: 28898476.

305.   Claus Henn B, Austin C, Coull BA, Schnaas L, Gennings C, Horton MK, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Wright RO, Arora M. Uncovering neurodevelopmental windows of susceptibility to manganese exposure using dentine microspatial analyses. Environ Res. 2018 Feb;161:588-598. doi: 10.1016/j.envres.2017.12.003. PubMed PMID: 29247915; PubMed Central PMCID: PMC5965684.

306.   Mehdizadeh A, Rosella L, Alavi A, Sibbald G, Farzanfar D, Hazrati A, Vernich L, Laporte A, Hu H, Bashash M. A Canadian Population-Based Cohort to the Study Cost and Burden of Surgically Resected Hidradenitis Suppurativa. J Cutan Med Surg. 2018 May/Jun;22(3):312-317. doi: 10.1177/1203475418763536. Epub 2018 Mar 11. PubMed PMID: 29528753.

307.   Jansen EC, Zhou L, Song PXK, Sánchez BN, Mercado A, Hu H, Solano M, Peterson KE, Tellez-Rojo MM. Prenatal lead exposure in relation to age at menarche: results from a longitudinal study in Mexico City. J Dev Orig Health Dis. 2018 Apr 30:1-6. doi: 10.1017/S2040174418000223. [Epub ahead of print] PubMed PMID: 29706142. 308.

308.   Brook JR, Setton EM, Seed E, Shooshtari M, Doiron D; CANUE – The Canadian Urban Environmental Health Research Consortium. The Canadian Urban Environmental Health Research Consortium - a protocol for building a national environmental exposure data platform for integrated analyses of urban form and health. BMC Public Health. 2018 Jan 8;18(1):114. doi: 10.1186/s12889-017-5001-5. PubMed PMID: 29310629; PubMed Central PMCID: PMC5759244.

309.   Hu H, Baines C.  Recent Insights and Opportunities for Three Under-recognized Conditions: Myalgic Encephalomyelitis/ Chronic Fatigue Syndrome, Fibromyalgia and Environmental Sensitivities/ Multiple Chemical Sensitivity.  Can Fam Physician. 2018 Jun;64(6):413-415. PubMed PMID: 29898928; PubMed Central PMCID: PMC5999262.

310.   Landrigan PJ, Fuller R, Hu H, Caravanos J, Cropper ML, Hanrahan D, Sandilya K, Chiles TC, Kumar P, Suk WA. Pollution and Global Health – An Agenda for Prevention. Environ Health Perspect. 2018 Aug 6;126(8):084501. doi: 10.1289/EHP3141. eCollection 2018 Aug. PubMed PMID: 30118434; PubMed Central PMCID: PMC6108842.

311.   Hu H, Landrigan PJ, Fuller R, Lim SS, Murray CJL. New Initiative aims at expanding Global Burden of Disease estimates for pollution and climate. Lancet Planet Health. 2018 Oct;2(10):e415-e416. doi: 10.1016/S2542-5196(18)30189-X. PubMed PMID: 30318094.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          65

312.    Wang W, Moroi S, Bakulski K, Mukherjee B, Weisskopf MG, Schaumberg D, Sparrow D,
        Vokonas PS, Hu H, Park SK. Bone Lead Levels and Risk of Incident Primary Open-Angle
        Glaucoma: The VA Normative Aging Study. Environ Health Perspect. 2018  Aug
        8;126(8):087002. doi: 10.1289/EHP3442. eCollection 2018 Aug. PubMed PMID: 30102601;
        PubMed Central PMCID: PMC6108844.

313.    Xu J, Hu H, Wright R, Schnaas L, Bellinger DC, Park SK, Wright RO, Téllez-Rojo MM.
        Prenatal lead exposure modifies the association of maternal self-esteem with child adaptive
        ability. Int J Hyg Environ Health. 2019 Jan;222(1):68-75. doi: 10.1016/j.ijheh.2018.08.005. Epub
        2018 Aug 23. PubMed PMID: 30146178.

314.    Horton MK, Hsu L, Claus Henn B, Margolis A, Austin C, Svensson K, Schnaas L, Gennings C,
        Hu H, Wright R, Rojo MMT, Arora M. Dentine biomarkers of prenatal and early childhood
        exposure to manganese, zinc and lead and childhood behavior. Environ Int. 2018 Dec;121(Pt
        1):148-158. doi: 10.1016/j.envint.2018.08.045. Epub  2018 Sep 8. PubMed PMID: 30205321.

315.    Zhang Z, Braun TM, Peterson KE, Hu H, Téllez-Rojo MM, Sánchez BN. Extending Tests of
        Random Effects to Assess for Measurement Invariance in Factor Models.  Stat Biosci. 2018
        Dec;10(3):634-650. doi: 10.1007/s12561-018-9222-7. Epub 2018 Sep 29. PubMed PMID:
        30805035; PubMed Central PMCID: PMC6385881.

316.    Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE,
        Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride
        exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years
        of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi:
        10.1016/j.envint.2018.09.017. Epub 2018 Oct 10.  PubMed PMID: 30316181.

317.    GBD 2017 Risk Factor Collaborators. Global, regional, and national comparative risk assessment
        of 84 behavioural, environmental and occupational, and metabolic risks or clusters of risks for
        195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease
        Study 2017. Lancet. 2018 Nov 10;392(10159):1923-1994. doi: 10.1016/S0140-6736(18)32225-6.
        Epub 2018 Nov 8.  PubMed PMID: 30496105; PubMed Central PMCID: PMC6227755.

318.    Zheutlin AR, Hu H, Weisskopf MG, Sparrow D, Vokonas PS, Park SK. Low-Level Cumulative
        Lead and Resistant Hypertension: A Prospective Study of Men Participating in the Veterans
        Affairs Normative Aging Study. J Am Heart Assoc. 2018 Nov 6;7(21):e010014. doi:
        0.1161/JAHA.118.010014. PubMed PMID: 30608198.

319.    Green R, Till C, Al-Hakeem H, Cribbie R, Téllez-Rojo MM, Osorio E, Hu H, Schnaas L.
        Assessment of neuropsychological performance in Mexico City youth using the Cambridge
        Neuropsychological Test Automated Battery (CANTAB). J Clin Exp Neuropsychol. 2018 Oct
        18:1-11. doi: 10.1080/13803395.2018.1529229. [Epub ahead of print] PubMed PMID:

CV: Howard Hu, M.D., M.P.H., Sc.D.

30336715.

320.  Pantic I, Tamayo-Ortiz M, Rosa-Parra A, Bautista-Arredondo L, Wright RO, Peterson KE, Schnaas L, Rothenberg SJ, Hu H, Téllez-Rojo MM. Children's Blood Lead Concentrations from 1988 to 2015 in Mexico City: The Contribution of Lead in Air and Traditional Lead-Glazed Ceramics. Int J Environ Res Public Health. 2018 Sep 30;15(10). pii: E2153. doi: 10.3390/ijerph15102153. PubMed PMID: 30274368; PubMed Central PMCID: PMC6210390.

321.  Ding N, Wang X, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Dietary patterns, bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res. 2018 Sep 27;168:222-229. doi: 10.1016/j.envres.2018.09.035. [Epub ahead of print] PubMed PMID: 30317107.

322.  Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2018 Aug;165:504. doi: 0.1016/j.envres.2017.11.022. Epub 2017 Nov 26. PubMed PMID: 29183624.  (*correct citation [first in this CV] for earlier publication that was missing co-authors*).

323.  Wu Y, Jansen EC, Peterson KE, Foxman B, Goodrich JM, Hu H, Solano-González M, Cantoral A, Téllez-Rojo MM, Martinez-Mier EA. The associations between lead exposure at multiple sensitive life periods and dental caries risks in permanent teeth. Sci Total Environ. 2019 Mar 1;654:1048-1055. doi:10.1016/j.scitotenv.2018.11.190. Epub 2018 Nov 14. PubMed PMID: 30841379; PubMed Central PMCID: PMC6407640.

324.  Lin Y, Huang L, Xu J, Specht AJ, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead and child attention-deficit-hyperactivity-disorder-like behavior.  Sci Total Environ. 2019 Apr 1;659:161-167. doi: 10.1016/j.scitotenv.2018.12.219. Epub 2018 Dec 15. PubMed PMID: 30597466.

325.  Liu Y, Téllez-Rojo M, Hu H, Sánchez BN, Martinez-Mier EA, Basu N, Mercado-García A, Solano-González M, Peterson KE. Fluoride exposure and pubertal development in children living in Mexico City. Environ Health. 2019 Mar 29;18(1):26. doi: 10.1186/s12940-019-0465-7. PubMed PMID: 30922319; PubMed Central PMCID: PMC6439980.

326.  Cantoral A, Luna-Villa L, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA.  Fluoride content in foods and beverages from Mexico City markets & supermarkets.  Food Nutr Bull (in press).

CV: Howard Hu, M.D., M.P.H., Sc.D.

Other Peer-reviewed Publication

1.  Hu H . Investigating allegations using survey epidemiology. Proceedings of the International Conference on Combatting the Use of Chemical and Biological Weapons. Geneva May 24-27, 1989. International Commission of Health Professionals: Geneva.

2.  Kim R, Hu H. New biomarkers of lead dose and toxicity. Proceedings of the Pacific Basin Conference on Hazardous Waste, Edmonton, Alberta, May 7-12, 1995. East-West Center: Honolulu.

3.  Hu H, Kim R, Payton M, Korrick S, Sparrow D, Weiss ST. The relationship of bone and blood lead to hypertension: further analyses of the normative aging study data. Proceedings of the 1996 Pacific Basin Conference on Hazardous Waste, Nov 4-8, 1996. East-West Center: Honolulu.

4.  Hu H, Kim R, Fleischaker G, Aro A. K-X-ray fluorescence: measuring bone lead as a biomarker of cumulative lead dose. Proceeding of "Biomarkers, the Genome, and the Individual: Workplace and Medical Implications of a Rapidly Evolving Technology". May, 1997, Charleston, SC.

5.  Hu H, Johnson K, Heldman R, Jones K, Komaroff AL, Schacterle R, Barsky A, Becker A, Holman L. A comparison of single photon emission computed tomography in normal controls, in subjects with multiple chemical sensitivity syndrome and in subjects with chronic fatigue syndrome. Department of Labor and Industries, State of Washington. 1999 (peer-reviewed technical report).

6.  Wright R, Mulkern R, White R, Aro A, Hu H. Magnetic resonance spectroscopy in the neurologic assessment of adult lead poisoning. Proceeding of the Silver Anniversary International Conference on Heavy Metals in the Environment. August, 2000, Ann Arbor, MI.

7.  Tsaih S-W, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. Influence of dietary ascorbic acid intake on lead mobilized from bone among middle-aged and elderly men: the Normative Aging Study. Proceeding of the Silver Anniversary International Conference on Heavy Metals in the Environment. August, 2000, Ann Arbor, MI.

8.  Hu H, O'Neill M, Ebi K, Kotha R, Patz J, Keeler J, Erdmann C, Xi C, Ebi K. Coping with Climate Change: Public Health Sector Synthesis. Proceedings of the National Summit on Coping with Climate Change, University of Michigan, Ann Arbor, 8-10 May 2007

Non-peer reviewed publications

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                         68

1.  Hu H.  Occupational health: on the job training for medical students.  The New Physician, May 1979:24-25.

2.  Hu H, Shaffer N. Trade unionism for doctors.  (Letter to the Editor).  N Engl J Med 1985;323:926.

3.  Kern D, Christiani DC, Kelsey KT, Hu H, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J, Garabrant D.  Asbestos related diseases.  (Letter to the Editor).  N Engl J Med 1991;324:195-196.

3.  Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly  1993;3:141-142 (reply to letter).

4.  Hoppin JA, Ryan PB, Hu H, Aro ACA.  Bone lead levels and delinquent behavior (letter to the editor).  J Am Med Assoc 1996;275:1727.

5.  Hu H, Aro A, Payton M, Korrick S, Weiss S, Sparrow D.  Lead and hypertension (reply to Letters to the Editor).  J Am Med Assoc 1996;276:1038.

6.  Hu H.  Inorganic lead exposure: Metabolism and intoxication.  (book review).  Am J Epi 1997;145:382-383.

7.  Hu H. The exportation of hazardous industries, products, and wastes: globally-distributed chemicals and associated toxins.  Our Planet.  United Nations Environmental Program North America (Suppl) 1997;8:3-4.

8.  Sumner D, Hu H, Woodward A.  Health risks of ionizing radiation.  Science for Democratic Action  2000;8:1-4.

9.  Schwartz BS, Stewart W, Hu H.  Critique of Goodman et al.: Lead and neurobehavioral test scores in adults.  OEM Online - Occupational and Environmental Medicine, May 8, 2002 (http://oem.bmjjournals.com/cgi/eletters/59/4/217).

10. Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, Carson AI, Cosby O, Darcey D, Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ, Sprince NL, Taiwo O, Upfal M.   In response to the 2002, vol. 22, no. 4 article entitled "The rise and fall of occupational medicine in the United States". Am J Prev Med. 2002;23:307-9.

11. Ettinger AS, Hu H.  Lead and its impact on children—the Environmental Health dimension. Contact  2005;179:13-15.

CV: Howard Hu, M.D., M.P.H., Sc.D.

12.     Hu H, Tellez-Rojo M, LaMadrid-Figueroa H, Mercado-Garcia A, Herandez-Avila M, Bellinger D, Smith D, Ettinger AS, Schnaas L.  Response to Letter to the Editor by Ronchetti.  Environ Health Perpec 2007;115:A186-187.

13.     Weisskopf MG, Weuve J, Jarrell J, Hu H, Tellez-Rojo MM, Hernandez-Avila M.  Reply to Letter to the Editor by Jongbloet.  Hum Reprod. 2007 Oct;22(10):2792-3. Epub 2007 Jun 28.

14.     Aguilar Madrid G, Beaudry M, Bell W, Bowes D, Brophy J, Burdorf A, Carlsten C, Castleman B, Chaturvedi S, Conti ME, Corra L, Corrêa Filho HR, Cranor CF, Cullen E, Dalvie A, Dickson RC, Digon A, Egilman D, Eisner Falvo C, Fischer E, Frank AL, Frank E, Gee D, Giannasi F, Goldstein BD, Greenberg M, Guidotti TL, Harris WA, Hindry M, Houlson A, Hu H, Huff J, Infante PF, Thambyappa J, Juarez Perez CA, Jeebhay MF, Joshi TK, Keith M, Keyserlingk JR, Khatter K, King D, Kodeih N, Kristensen J, Kulsomboon V, Landrigan PJ, Lee CW, Leigh J, Lemen RA, Lippman A, London L, Matzopoulos R, McCulloch J, McDiarmid MA, Mehrdad R, Mirabelli D, Moshammer H, Notebaert É, Nycz Z, Oberta AF, O'Connor J, O'Neill R, Orris P, Ozonoff D, Paek D, Rickard C, Rodriguez EJ, Sass J, Sentes KE, Simpson IM, Soffritti M, Soskolne CL, Sparling SP, Spiegel J, Takahashi K, Takaro TK, Terracini B, Thébaud-Mony A, Trosic I, Turcotte F, Vakil C, Van Der Walt A, Waterman YR, Watterson A, Wegman DH, Welch LS, Weiss SH, Winston R, Yassi A. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9. doi: 10.1080/19338244.2013.780807. PubMed PMID: 23697697.

15.     Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA.  Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2017 Nov 25. pii: S0013-9351(17)31700-0. doi:10.1016/j.envres.2017.11.022. [Epub ahead of print] PubMed PMID: 29183624.

Book Chapters (peer-reviewed)

1.      Hu H.  Renal and urinary tract disorder.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

2.      Hu H.  Other physical hazards.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

3.      Frumkin H, Hu H.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                        70

4.      Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*. 2nd edition. Boston: Little, Brown, 1988:263-279.

5.      Frumkin H, Hu H, Travers P.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1988.

6.      Hu H.  The effects of ultraviolet radiation. In: Upton R, Positano R, eds. Med Clin N Amer: Environmental Medicine. March 1990;74:509-514.

7.      Hu H.  Non-ionizing radiation. In: Levy B, Weeks J, eds., *Control of Occupational Diseases; Center for Disease Control.*  Washington, D.C.: American Public Health Association:1991:508-515.

8.      Hu H.  Toxicodynamics of riot control agents (lacrimators).  In:  Somani SM, ed.  *Chemical Warfare Agents*. New York: Academic Press, 1992;271-288.

9.      Hu H, Besser M.  Other physical hazards. In: Paul M, ed. *Occupational and Environmental Reproductive Hazards: A Guide for Clinicians*.  Philadelphia: Williams & Wilkins, 1992:218-232.

10.     Hu H.  Ultraviolet radiation.  *The Encyclopedia of the Environment*.  Boston: Houghton Mifflin Co.  1993:750.

11.     Hu H, Kim N.  Drinking water pollution and human health.  In: Chivian E, McCally M, Hu H, Haines H, eds.  Human Health and the Environment--A Doctor's Report.  Cambridge: The MIT Press, 1993:31-48.

12.     Bowen E, Hu H.  Food Contamination Due to Environmental Pollution.  In: Chivian E, McCally M, Hu H, Haines H, eds. *Human Health and the Environment--A Doctor's Report*.  Cambridge: The MIT Press 1993:49-69.

13.     Kales S, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  3rd edition. Boston: Little, Brown, 1994:337-354.

14.     Hu H, Speizer F.  Physicians and Environmental/Occupational Hazards.  In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper D, eds. *Harrison's Principles of Internal Medicine*, (13th edition). New York: McGraw-Hill, Inc., 1994:2439-2441.

15.     Frumkin H, Hu H, Travers PH.  Training and Career Opportunities.  In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  Boston:Little, Brown,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Co. 1994:16-24.

16.     Hu H. Health Effects from Lead Exposure: A Review.   In: Hernandez-Avila M, Palazuelos Rendon E, ed. *Lead Pollution in Mexico: Prevention and Control*.  Cuernavaca: National Institute of Public Health.  1995.

17.     Hu H, Kim R, Fleischaker G, Aro A.  Measuring bone lead as a biomarker of cumulative lead dose using K X-ray fluorescence.  In: *Biomarkers: Medical and Workplace Applications*.  ML Mendelsohn, LC Mohr, JP Peeters, Ed.  Washington DC: Joseph Henry Press.  1998.  pp. 71-86.

18.     Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:18-21.

19.     Hu H, Speizer F.  Specific Environmental and Occupational Hazards.  In:Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.  *Harrison's Principles of Internal Medicine,* (14th edition). New York: McGraw-Hill 1998:2521-2523.

20.     Hu H.  Heavy Metals.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:2564-2569.

21.     Leffler C, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease and Injury*. 4th edition.  Philadelphia: Lippincott Williams & Wilkins.  2000.

22.     Hu H.  Exposure to Metals.  In: LaDou J, ed.  Occupational Medicine.  *Primary Care: Clinics in Office Practice*. 2000 Dec;27(4):983-96.

23.     Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

24.     Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

25.     Hu H.  Heavy Metals.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

26.     Goldman RH, Hu H. Overview of Adult Lead Poisoning. *UpToDate in Medicine*. Primary Care

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                         72

Section. (CD-ROM/Internet publication).  Begun in 2000, updated annually.

27.    Hu H.  Human Health and Toxic Metals.  Chapter in: *Life Support: the Environment and Human Health.*  M McCally, Editor.  MIT Press, 2002.

28.    Chivian E, Epstein PR, Ford TE, Goodenough DA, Hu H.  Bringing global issues to medical training.  (Letter to Editor).  Lancet 2002;359:714.

29.    Hu H, Woolf A.  Introduction: Environmental Medicine as an emerging discipline.  In: *Grand Rounds in Environmental Medicine*.  Hu, H (Editor).  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

30.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:  Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

31.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

32.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2005.

33.    Fischbein A, Hu H.  Occupational and environmental exposure to lead.  In *Environmental and Occupational Medicine, Fourth Edition,* edited by William N. Rom. Lippincott–Raven Publishers, Philadelphia 2006.

34.    Weisskopf MG, Wright RO, Hu H.  Early life environmental exposure and neurologic outcomes in adults.  In: DB Bellinger, Ed.  *Human Developmental Neurotoxicology.*  The Taylor and Francis Publishing Group 2006.

35.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (17th edition). New York: McGraw-Hill 2008.

36.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2nd Edition, 2009

37.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (18th edition). New York: McGraw-Hill 2011.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                              73

38.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (19th edition). New York: McGraw-Hill 2014.

39.    Bush KF, Balakrishnan K, Hu H.  Global Climate Change: Case Study of India.  In *Climate Change and Health.*  London: Oxford University Press.  (in press)

40.    (Hu H et al. ).  Epilogue: 'Global Health, Governance and Education'.  In *Global Population Health and Well-Being in the 21st Century: Toward NewParadigms, Policy and Practice.* George Lueddeke, Editor.  Springer, 2015.

41.    Anderson G, Buckle R, Favrin G, Friend S, Geschwind D, Hu H, Oliver S, Peterson R, Rossor M, St. George-Hyslop P, Zhang B.  Big Data Approaches to Dementia: Opportunities and Challenges.  In *Dementia Research and Care: Can Big Data Help?*  G Anderson, J Oderkirk, Ed.  OECD Publishing, Paris. 2015.  http://dx.doi.org/10.1787/9789264228429-en

42.    Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (20th edition). New York: McGraw-Hill 2018.

43.    Hu H.  Childhood Lead Toxicity.  In: Levy, B, ed.  *Social Injustice and Public Health,* (3rd edition).  Oxford University Press (in progress).

44.    Bakulski K, Hu H, Park SK.  Lead, Cadmium, and Alzheimer's Disease.  In: *The Neuroscience of Dementia: Genetics, Neurology, Behavior and Diet.*  VR Preedy, CR Martin, Ed.  Elsevier (in progress).


Books, Monographs, Reports

1.    Frumkin H, Hu H, eds. *Occupational and Environmental Health: A Resource Guide for Health Science Students* (National Institute of Occupational Safety and Health), March 1980; Publication # 90-118.

2.    Physicians for Human Rights.  *The Use of Tear Gas in the Republic of Korea: A Report by Health Professionals.*  Somerville: Physicians for Human Rights.  July 27, 1987.  Available at: https://s3.amazonaws.com/PHR_Reports/korea-1987-use-of-tear-gas-in-republic-of-korea.pdf

3.    Hu H, Cook-Deegan R, Shukri A.  *Winds of Death: Iraq's Use of Poison Gas Against its Kurdish Population*. Somerville, Massachusetts: Physicians for Human Rights, February 1989.  Available at: https://s3.amazonaws.com/PHR_Reports/winds-of-death-iraq-kurds-1989.pdf


CV: Howard Hu, M.D., M.P.H., Sc.D.

4.      Korman P, Hu H, Planatamura D.  *Lead Abatement Manual: A Union Training Course for Workers and Supervisors*.  Commonwealth of Massachusetts, Department of Industrial Accidents, 1991.

5.      Hu H, Win UK, Arnison A.  *Health and Human Rights in Burma (Myanmar): 1988 to the present.*  Somerville, Massachusetts: Physicians for Human Rights, 1991.

6.      Hu H, Makhijani A, Yih K.  *Plutonium: Deadly Gold of the Nuclear Age*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production.  Cambridge: the International Physicians for the Prevention of Nuclear Weapons, 1992.

7.      Chivian E, McCally M, Hu H, Haines H, eds.  *Critical Condition: Human Health and the Environment*.  Cambridge: The MIT Press, 1993.

8.      Makhijani A, Hu H, Yih K.  *Nuclear Wastelands.  A Global Guide to Nuclear Weapons Production and Its Health and Environmental Effects*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production. Cambridge: The MIT Press, 1995.

9.      Hu, H.  (Editor).  *Grand Rounds in Environmental Medicine*.  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

10.     Basu N, Hu H. *Toxic Metals and Indigenous Peoples Near the Marlin Mine in Western Guatemala: Potential Exposures and Impacts on Health*.  A report for Physicians for Human Rights.  March, 2010  (http://physiciansforhumanrights.org/library/report-2010-05-18.html).

11.     Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy. Ettinger AS and Wengrowitz AG, Editors.  *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women.*  Atlanta: Centers for Disease Control. November, 2010.

12.     Taskforce on Environmental Health (Hu: Taskforce Chair).  *Time for Leadership: Recognizing and Improving Care for those with ME/CFS, FM and ES/MCS*.  Interim Report.  Ministry of Health and Longterm Care, Province of Ontario.  July, 2017

<u>Abstracts of Work (Upon request)</u>

CV: Howard Hu, M.D., M.P.H., Sc.D.

## CURRICULUM VITAE

## Bruce Perrin Lanphear, MD, MPH

**Office Address**
Blusson Hall
8888 University Drive
Burnaby, BC V5A 1S6
Canada
e-mail:  blanphear@sfu.ca

**Home and Mailing Address**
3415 Ash Street
Vancouver, BC, V5Z 3E5
TEL:   (778) 387-3939

**Date of Birth:**   January 12th, 1963

**Marital status:**   Married to Nancy Ebbesmeyer Lanphear, M.D., a developmental pediatrician

**Citizenship:**   United States of America and Canada (dual citizenship)

**Specialty:**   Board Certified in General Preventive Medicine & Public Health

## Employment

| | |
|---|---|
| 1984-1986 | Paramedic, Jackson County Jail, Kansas City, Missouri |
| 1988-1989 | Physician, International Travel Clinic, University of Cincinnati, Cincinnati, Ohio |
| 1988-1989 | Staff Physician, Sexually Transmitted Disease Clinic, Cincinnati Public Health Department, Cincinnati, Ohio |
| 1989-1992 | Assistant Professor of Environmental Health, Associate Director, Medical Center Health Services, University of Cincinnati |
| 1992-1997 | Senior Instructor, Departments of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1992-1994 | National Research Scholar Award in General Pediatric Research, University of Rochester School of Medicine and Dentistry. |
| 1992-1997 | Assistant Professor, Department of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1997-2002 | Associate Professor, Department of Pediatrics, Children's Hospital Medical Center and the University of Cincinnati, Cincinnati, Ohio. |
| 1997-2008 | Director, General Pediatric Research Fellowship Training Program, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2008 | Director, Children's Environmental Health Center, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2006 | Associate Professor (Adjunct), Departments of Pediatrics and of Environmental Medicine, University of Rochester School of Medicine & Dentistry, Rochester, NY. |
| 1998-2003 | Associate Director for Research, Division of General & Community Pediatrics, Children's Hospital Medical Center. |
| 2001-2002 | Associate Professor (tenured), Department of Pediatrics, University of Cincinnati, Cincinnati, Ohio. |
| 2001-2004 | Associate Professor (Adjunct), Department of Environmental Health Sciences, University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 2002-2008 | Sloan Professor of Children's Environmental Health, Departments of Pediatrics and Environmental Health, University of Cincinnati, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio. |

| 2008-2012 | Adjunct Professor of Pediatrics, Department of Pediatrics, Cincinnati Children's Hospital Medical Center and the University of Cincinnati. |
| 2008- | Professor of Children's Environmental Health, Faculty of Health Sciences, Simon Fraser University |
| 2008- | Clinician Scientist, Child & Family Research Institute, BC Children's Hospital, University of British Columbia |

## Education

| 1980-1985 | Bachelor of Arts in Biology |
| 1980-1986 | University of Missouri at Kansas City, Medical Degree (1986) |
| 1986-1987 | Internship, University of Arkansas for Medical Sciences, Little Rock, Arkansas |
| 1987-1988 | Tulane School of Public Health & Tropical Medicine |
| | Masters in Public Health & Tropical Medicine |
| 1987-1989 | General Preventive Medicine and Public Health Residency |
| | Tulane School of Public Health & Tropical Medicine |
| 1992-1995 | Postdoctoral Fellowship in General Academic Pediatric Research |
| | University of Rochester School of Medicine, Rochester, NY |

## Awards and Honors

| 2011 | Sterling Prize in Controversy, Simon Fraser University |
| 2012 | Research Integrity Award, International Society for Environmental Epidemiology |
| 2013 | Public Policy and Advocacy Award, Academic Pediatric Association |
| 2015 | Research Award, Academic Pediatric Association |
| 2015 | Confederation of Union Faculty Associations of British Columbia (CUFA-BC) Academic of the Year Award |
| 2018 | Lumina Award from the Women for Healthy Environmental Health, Pittsburgh, PA |

## Teaching Experience

| 1992-1997 | Course Instructor, "Public Health & the Environment", Department of Community & Preventive Medicine, The University of Rochester School of Medicine and Dentistry. A required course for MPH students taught annually. |
| 1997-2008 | Founding Director, NIH-funded, General Academic and Community Pediatric Research Fellowship Training Program, Cincinnati Children's Hospital Medical Center. This interdisciplinary, research training program, which included pediatricians, psychologists and epidemiologists, was the first training program in Children's Environmental Health. |
| 1998-2008 | Course Co-Instructor, "Children's Health & the Environment", Department of Environmental Health, The University of Cincinnati School of Medicine. A course taught every other year to MPH, PhD and postdoctoral trainees in medical subspecialties. |
| 2008- | Course Instructor, "Children's Health and the Environment". A 2-week intensive course taught annually to 4th year undergraduate students at Simon Fraser University. |
| 2011- | Course Instructor, "Plagues, Pollutants and Poverty: The Origins and Evolution of Public Health". An undergraduate course at Simon Fraser University. |

2

**Committee and Community Involvement**

| | |
|---|---|
| 1993-1997 | Lead Poisoning Prevention Task Force, Monroe County Health Department. |
| 1994-1997 | Investigational Review Board, Rochester General Hospital |
| 1995- | Scientific Consultant, National Center for Healthy Housing, Columbia, Maryland. |
| 1996-1997 | Member, New York State Task Force on Environmental Neurotoxins, University of Rochester School of Medicine |
| 1996-2001 | Member, National Institute for Environmental Health Sciences Grant Review Committee for Community-Based Interventions (FG) |
| 1996-1998 | Chairman, U.S. Department of Housing and Urban Development Committee on Lead-Contaminated House Dust |
| 1998 | Member, Review Group for National Research Service Awards, Health Resources and Services Administration |
| 1998-2000 | Member, Cincinnati Board of Health, Cincinnati, Ohio. |
| 1998-2001 | Member, Science and Research Work Group, Office of Children's Health Protection Advisory Committee, U.S. EPA |
| 1998-2000 | Member, Cincinnati Lead Poisoning Prevention Advisory Task Force, Cincinnati, Ohio. |
| 1999 | Member, K23 Grant Review Committee, National Institute for Environmental Health Sciences, August 1999 |
| 1999 | Member, Expert Panel on Soil Pica Behavior, Agency for Toxic Substance Disease Registry, June 7th-8th, Atlanta, Georgia |
| 2000 | Member, Panel on Health Disparities: Linking Biological and Behavioral Mechanisms with Social and Physical Environments, National Institute for Environmental Health Sciences, July 14-15th |
| 2000-2002 | Member, Workshop on Assessing Environmental Exposures to Children, U.S. Environmental Protection Agency, July 26-27th |
| 2000-2004 | Member, Children's Environmental Health Project, AAP's Child Health Research Center, Rochester, NY. |
| 2001 | Senate Testimony, "Ensuring that Children with Dangerous Levels of Lead in their Blood Receive Care as Early as Possible". Subcommittee on Housing and Transportation of the Committee on Banking, Housing and Urban Affairs, 107th U.S. Congress, November 13th, 2001. |
| 2001 | Reviewer, National Research Council, National Academy of Science Update of the 1999 Arsenic in Drinking Water Report |
| 2001-2003 | Member, Expert Panel on Children's Health and the Environment, North American Commission for Environmental Cooperation |
| 2002- | Member, Scientific Advisory Board, Scientist Communication Network. |
| 2003 | Member, "Herculaneum Health Study Workshop" Agency for Toxic Substance Diseases Registry, May 22nd to 23rd, 2003 |
| 2003-2004 | Panel Member, "Lead Poisoning in Pregnant Women", Mt. Sinai for Children's Health and the Environment, New York, NY |
| 2003 | Member, "Invitational Workshop on a proposed American Family Study" National Human Genome Research Institute, December 1st to 3rd, 2003. |

| | |
|---|---|
| 2004-2006 | Member, Committee on "Ethical Consideration for Research on Housing-Related Health-Hazards involving Children", National Research Council and the Institute of Medicine, The National Academies |
| 2004 | Congressional Testimony, "Tapped Out? Lead in the District of Columbia and the Providing of Safe Drinking Water", Subcommittee on Environment and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives, 108th Congress, July 22nd, 2004 |
| 2005 | Reviewer, "Superfund and Mining Megasites – Lessons from the Couer d" Alene River Basin", National Research Council, The National Academies. |
| 2005 | Ad Hoc Member, NIEHS Board of Scientific Counselors Review of the Epidemiology Branch, April 3rd to April 5th, 2005 |
| 2005 | Senate Briefing, "The Connection of Environmental Chemicals and Learning Disabilities", U.S. Senate, May 10th, 2005 |
| 2006 | Invited Participant, NIEHS Strategic Planning Forum, National Institute for Environmental Health Sciences, Chapel Hill, North Carolina, October 17-18th, 2006. |
| 2006-2008 | Member, U.S. EPA's Clean Air Scientific Advisory Committee Lead Review Panel. |
| 2006-2008 | Member, National Children's Study Steering Committee, NICHD |
| 2006 | Invited Participant, "How Does Housing Affect Health Outcomes of Children?", MacArthur Foundation, Chicago, Illinois, June 21st-22nd, 2006. |
| 2006- 2010 | Member, External Scientific Advisory Committee, Richmond Center for Excellence in Tobacco Research, American Academy of Pediatrics. |
| 2007 | Testimony, Vermont State Legislature, "The Lingering Legacy of Lead Toxicity", Montpelier, Vermont, February 1st, 2007 |
| 2007 | Testimony, Connecticut State Legislature, "The Legacy of Lead Toxicity", Hartford, Connecticut, March 14th, 2007. (PG) |
| 2007 | Invited Testimony, United States Senate Hearing, "Lead and Children's Health". Committee on Environmental and Public Works, October 18th, 2007 |
| 2007-2008 | Member, Committee on "Committee on Contaminated Drinking Water at Camp Lejeune", National Research Council, The National Academies. |
| 2008 | Member, Expert Panel on Health and the Environment, Statistics Canada, Ottawa, |
| 2008- | Member, Alliance for the Global Elimination of Lead Paint, Intergovernmental Forum on Chemical Safety (IFCS), World Health Organization |
| 2008-2009 | Reviewer, Toxicological Review and Recommended Toxicological Reference Values for Environmental Lead Exposure in Canada, Health Canada |
| 2009-2013 | Scientific Advisor, Canada Lead Study funded by Health Canada (Patrick Levallois, Principal Investigator). |
| 2009-2014 | Board Member, Barro Sin Plomo |
| 2009-2010 | Member, Health and Environment Experts Advisory Group of the Canadian Longitudinal Study on Aging, Canadian Institutes of Health Research |
| 2010-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Dust Lead Standards |
| 2010-2013 | Advisor, Canada Environmental Health Law and Canadian Partnership for Children's Health and Environment Retrofit Project |
| 2010-2012 | Member, Physicians Advisory Panel, Canada Health Measures Survey |
| 2010 | Invited Testimony, United States Senate Hearing, "Research on Environmental Health Factors with Autism and Neurodevelopmental Disorders", August 3rd, 2010 |
| 2010 | Member, Joint FAO/WHO Expert Panel for Toxicological and Health Review of Bisphenol A |
| 2010-2015 | Board Member, Global Community Monitoring, Oakland, California |
| 2010- | Chairman, Scientific Advisory Committee for Dartmouth University's Program in Children's Health and the Environment |

| | |
|---|---|
| 2011-2016 | Member, American Academy of Pediatrics Executive Council on Environmental Health |
| 2011-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Hazards of Partial Water Line Replacement |
| 2011 | Invited Testimony, Special Committee on Cosmetic Pesticides, Legislative Assembly, Province of British Columbia, October 7th, 2011 |
| 2011-2012 | Member, Panel on Health Effects of Low-level Lead, Office of Health Effects, National Toxicology Program of the National Institutes of Environmental Health Sciences, |
| 2012- | Member, Expert Advisory Committee, Canada Health Measures Survey |
| 2012- | Member, Environmental Defence Fund Science Advisory Committee on Toxics |
| 2015 | Reviewer, Review of Clinical Guidance for the Care of Health Conditions Identified by the Camp Lejune Legislation, Institute of Medicine, The National Academies |
| 2016- | Member, The Lancet Commission on Pollution, Health & Development |
| 2016- | Member, Targeting Environmental Neuro-Developmental Risks (TENDR) |
| 2016 | Member, Steering Committee, The National Lead Summit, United States |
| 2017 | Rockefeller Foundation Academic Writing Retreat, Bellagio, Italy |
| 2017- | Member, Advisory Committee for the Flint (MI) Cohort Study |
| 2017- | Pure Earth Leadership Council |
| 2018- | Member Project TENDR Advisory Board |
| 2018- | Member, Mercury Disability Board Committee, Health Canada |

## Editorial Boards

| | |
|---|---|
| 2000-2015 | Assistant Editor, *Environmental Research* |
| 2000-2008 | Deputy Editor, *Public Health Reports* |
| 2004 | Associate Editor, *Pediatrics* supplement on Children's Environmental Health |
| 2004-2017 | Editorial Board Member, *PLoS Medicine* |
| 2005-2014 | Editorial Board Member, *Breastfeeding Medicine* |
| 2007- | Editorial Board Member, *Environmental Health* |
| 2008-2012 | Editorial Review Board Member, *Environmental Health Perspectives* |
| 2012-2015 | Associate Editor, *Environmental Health Perspectives* |
| 2016- | Advisor, *Environmental Health Perspectives* News Section |

## Societies and Organizations

| | |
|---|---|
| 1989-2008 | American Public Health Association |
| 1996-2015 | Academic Pediatric Association |
| 1997-2012 | American Association for the Advancement of Science |
| 2000-2008 | Society for Pediatric Research |
| 2001-2008 | American Pediatric Society |
| 2001-2016 | Specialty Fellow, American Academy of Pediatrics |
| 2006- | Fellow, Collegium Ramazzini |
| 2006- | Member, International Society for Environmental Epidemiology |
| 2008- | Founding Member, International Society for Children's Health & the Environment |
| 2011-2017 | Secretary and Treasurer, International Society for Children's Health & the Environment |
| 2012- | Member, International Society for Exposure Science |
| 2017-2018 | Vice-President, International Society for Children's Health & the Environment |
| 2019-2020 | President, International Society for Children's Health & the Environment |

**Video and Website Production – [www.littlethingsmatter.ca](http://www.littlethingsmatter.ca)**

1. Canadian Environmental Health Atlas: A Portal to Discover the Promise of Environmental Health.
2. Shifting the Curve: The Impact of Toxins on ADHD in U.S. Children (video)
3. Little Things Matter: The Impact of Toxins on the Developing Brain (video)
4. Little Things Matter: The Impact of Toxins on Preterm Birth (video)
5. Prevention Paradox: Why We are Failing to Prevent Disease (video)
6. Little Things Matter: The Deadly Impact of Airborne Particles (video)
7. Cause or Cure: A Plea for Prevention (video)
8. Crime of the Century: The Failure to Prevent the Lead Pandemic (video)

**Original Research**

1. Lanphear BP. Deaths in Custody. American Journal Forensic Medicine & Pathology 1987;8:299-301.

2. Lanphear BP, Snider DE. Myths of Tuberculosis. J Occ Med 1991;33:501-504.

3. Linnemann CC Jr, Cannon C, DeRonde M, Lanphear BP. Effect of educational programs, rigid sharps containers, and universal precautions on reported needle-stick injuries in healthcare workers. Infection Control Hospital Epidemiology 1991;12:214-20.

4. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. Journal Occupational Med 1992;34:718-721.

5. Lanphear BP, Linnemann CC Jr, Cannon CG, DeRonde MM. Decline of clinical hepatitis B in workers at a general hospital. Clinical Infectious Disease 1993:11:10-14.

6. Lanphear BP, Linnemann CC Jr, Cannon C, DeRonde MM, Pendy L, Kerly L. Hepatitis C virus infection in health care workers. Infection Control Hospital Epidemiology 1994;15:745-750.

7. Lanphear BP, Emond M, Jacobs DE, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S. A side-by-side comparison of dust collection methods for sampling lead-contaminated house-dust. Environmental Research 1995;68:114-123.

8. Lanphear BP, Winter NL, Apetz L, Eberly S, Weitzman M. A randomized trial of the effect of dust control on children's blood lead levels. Pediatrics 1996;98:35-40.

9. Christy C, Pulcino M, Lanphear BP, McConnochie K. Screening for tuberculosis infection in urban children. Arch Pediatrics Adolescent Med 1996;150:722-726.

10. Lanphear BP, Weitzman M, Eberly S. Racial differences in environmental exposures to lead. American Journal of Public Health 1996;86:1460-1463.

11. Lanphear BP, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S, Emond M, Matte TD. Lead-contaminated house dust and urban children's blood lead levels. American Journal of Public Health 1996;86:1416-1421.

12.     Lanphear BP, Byrd RS, Auinger P, Hall CB. Increasing prevalence of recurrent otitis media among children in the United States. Pediatrics 1997. http//www.pediatrics.org/cgi/contents/full99/3/e1.

13.     Emond MJ, Lanphear BP, Watts A, Eberly S for the Rochester Lead-in-Dust Study Group. Measurement error and its impact on the estimated relationship between dust lead and children's blood lead. Environmental Research 1997;72:82-92.

14.     Lanphear BP, le Cessie S, Atkinson WL, Watelet L. Association of live births and the resurgence of measles. International Journal Epidemiology 1997;26:204-211.

15.     Rust SW, Burgoon DA, Lanphear BP, Eberly S. Log-additive versus log-linear analysis of lead-contaminated house dust and children's blood lead levels:  Implications for residential dust-lead standard. Environmental Research 1997;72:173-184.

16.     Lanphear BP, Roghmann KJ. Pathways of lead exposure in urban children.  Environmental Research 1997;74:67-73.

17.     Lanphear BP, Byrd RS, Auinger P, Schaffer S. Community characteristics associated with elevated blood lead levels in children. Pediatrics 1998;101:264-271.

18.     Lanphear BP, Rust SW, Burgoon DA, Eberly S, Galke W. Environmental exposures to lead and urban children's blood lead levels. Environmental Research 1998;76:120-130.

19.     Lanphear BP. The paradox of lead poisoning prevention. Science 1998;281:1617-1618.

20.     Lanphear BP, Hall CB, Black J, Auinger P. Risk factors for the early acquisition of HHV-6 and HHV-7 infection in children. Pediatric Infectious Disease Journal 1998;17:792-795.

21.     Lanphear BP, Matte TD, Rogers J, Clickner R, Dietz B, Bornschein RL, Succop P, Mahaffey KR, Dixon S, Galke W, Rabinowitz M, Farfel M, Rohde C, Schwartz J, Ashley P and Jacobs DE.  The contribution of lead-contaminated house dust and residential soil to children's blood lead levels: A pooled analysis of 12 epidemiologic studies. Environmental Research 1998;79:51-68.

22.     Marron R, Lanphear BP, Kouides R, Dudman L, Manchester R, Christy C. Efficacy of informational letters on Hepatitis B immunization rates in university students.  J Am College Health 1998;47:123-127.

23.     Howard CR, Howard FM, Lanphear BP, deBlieck EA, Eberly S, Lawrence RA. Effect of early pacifier use on breastfeeding duration.  Pediatrics 1999;103. http//www.pediatrics.org/cgi/contents/full103/3/e33.

24.     Lanphear BP, Howard CR, Eberly S, Auinger P, Kolassa J, Weitzman M, Alexander K, Schaffer S. Primary prevention of childhood lead exposure: A randomized trial of dust control. Pediatrics 1999;103:772-777.

25. Moss ME, Lanphear BP, Auinger P. Association of dental caries and blood lead levels among the U.S. population. JAMA 1999;281:2294-2298.

26. Howard CR, de Blieck EA, ten Hoopen C, Howard F, Lanphear BP, Lawrence RA. Physiologic stability of newborns during cup and bottle-feeding. Pediatrics 1999;104:1204-1207.

27. Steiner JF, Curtis P, Lanphear BP, Vu KO, Reid A. Federally-funded fellowship training in primary care research: perspectives of program directors.  Academic Medicine 2000;75:74-80.

28. Stone KE, Lanphear BP, Pomerantz WJ, Khoury J. Injuries and deaths in children due to window-falls. Journal of Urban Health 2000;77:26-33.

29. Mansour M, Lanphear BP, DeWitt TG. Barriers to asthma care among underserved, urban children. Pediatrics 2000;106:512-519.

30. Lanphear BP, Eberly S, Howard CR. Long-term effect of dust control on children's blood lead levels. Pediatrics 2000 http//www.pediatrics.org/cgi/contents/full106/4/e48.

31. Lanphear BP, Dietrich KN, Auinger P, Cox C. Cognitive deficits associated with blood lead levels <10 $\mu$g/dl in U.S. children and adolescents. Public Health Reports 2000;115:521-529.

32. Lanphear BP, Aligne C, Auinger P, Byrd R, Weitzman M. Residential exposures associated with asthma in U.S. children. Pediatrics 2001;107:505-511.

33. Lanphear BP, Kahn RS, Berger O, Auinger P, Bortnick S, Naahas R.  Contribution of residential exposures to asthma in US children and adolescents.  Pediatrics 2001. http://www.pediatrics.org/cgi/content/full/107/6/e98.

34. Phelan KJ, Kalkwarf H, Khoury J, Lanphear BP.  Trends and patterns of playground injuries in U.S. children and adolescents. Ambulatory Pediatrics 2001;1:227-233.

35. Mansour M, Lanphear BP, Hornung R, Khoury J, Bernstein DI, Menrath W, Decolongon J.  A side-by-side comparison of sampling methods for settled indoor allergens. Environ Res 2001;87:37-46.

36. Haynes E, Lanphear BP, Tohn E, Farr N, Rhoads GG. The effect of dust control on children's blood lead concentrations: A systematic review. Env Health Perspect 2002;110:103-107.

37. Lanphear BP, Hornung R, Ho M, Howard CR, Eberly S, Knauf K.  Environmental lead exposure during early childhood. Journal of Pediatrics 2002;140:40-47.

38. Steiner JF, Lanphear BP, Curtis P, Vu KO.  The training and career paths of fellows in the National Research Service Award (NRSA) program for research in primary medical care. Acad Med 2002;77:712-718.

39. Steiner JF, Lanphear BP, Curtis P, Vu KO.  Indicators of early research productivity among primary care fellows.  J Gen Intern Med 2002;17:845-851.

40. Kalkwarf HJ, Khoury JC, Lanphear BP.  Milk intake in childhood and adolescence, adult bone density and osteoporotic fractures in U.S. women. Am J Clin Nut 2003;77:257-265.

41. Howard CR, Howard FM, Lanphear BP, Eberly S, deBlieck EA, Oakes D, Lawrence RA.  A randomized trial of pacifier use and bottle-feeding and their effect on breastfeeding. Pediatrics 2003;111:511-518.

42. Curtis P, Dickinson P, Steiner J, Lanphear BP, Vu K.  Building capacity for research in family medicine: Is the blueprint faulty? Family Medicine 2003;35:124-130.

43. Lanphear BP, Succop P, Roda S, Henningsen G.  The effect of soil abatement on blood lead levels in children living near a former smelting and milling operation. Public Health Reports 2003;118:83-90.

44. Canfield RL, Henderson CR, Cory-Slechta DA, Cox C, Jusko TA, Lanphear BP. Intellectual impairment in children with blood lead concentrations below 10 micrograms per deciliter. N Engl J Med 2003;348:1517-1526.

45. Kahn RS, Khoury JC, Nichols WC, Lanphear BP. Role of dopamine transporter genotype and maternal prenatal smoking in childhood hyperactivity-impulsivity, inattentive and oppositional behaviors. Journal of Pediatrics 2003:143: 104-110.

46. Auinger P, Kalkwarf HJ, Mansour M, Lanphear BP.  Trends in otitis media in US children. Pediatrics 2003:112:514-520.

47. Haynes E, Kalkwarf H, Hornung R, Wenstrup R, Dietrich K, Lanphear B. Vitamin D Fok1 polymorphism and blood lead levels in children. Environ Health Persp 2003;111:1665-1669.

48. Steiner JF, Curtis P, Lanphear BP, Vu KO, Main DS. Assessing the role of influential mentors in the research development of primary care fellows. Academic Medicine 2004:79:865-872.

49. Yolton K, Auinger P, Dietrich KN, Lanphear BP, Hornung R.  Exposure to environmental tobacco smoke and cognitive abilities among US children and adolescents. Environ Health Persp 2005:113:98-103.

50. Phelan KJ, Khoury J, Kalkwarf H, Lanphear BP. Residential injuries in US children and adolescents. Public Health Reports 2005;120:63-70.

51. Wilson SE, Kahn RS, Khoury J, Lanphear BP. Racial differences in exposure to environmental tobacco smoke among children. Environ Health Perspect 2005;113:362-367.

52. Lanphear BP, Hornung R, Ho M. Screening housing to prevent lead toxicity in children. Pub Health Rep 2005;120:305-310.

53. Rosner D, Markowitz G, Lanphear BP. J. Lockhart Gibson and the discovery of the impact of lead pigments on children's health:  A review of a century of knowledge. Pub Health Rep 2005;120:296-300.

54.   Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J.  Low-level environmental lead exposure and children's intellectual function: An international pooled analysis.  Environ Health Perspect 2005;113:894-899.

55.   Nagaraja J, Menkedick J, Phelan KJ, Ashley PJ, Zhang J, Lanphear BP. Deaths from residential injuries in US children and adolescents, 1985 to 1997.  Pediatrics 2005;116:454-61.

56.   Eskenazi B, Gladstone EA, Berkowitz GS, Drew CH, Faustman EM, Holland NT, Lanphear BP, Meisel SJ, Perera FP, Rauh VA, Sweeney A, Whyatt RM, Yolton K.  Methodologic and logistic issues in conducting longitudinal birth cohort studies: Lessons learned from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1419-1429.

57.   Eggleston PA, Diette G, Lipsett M, Lewis T, Tager I, McConnell R, Chrischilles E, Lanphear BP, Miller R, Krishnan J.  Lessons learned for the study of childhood asthma from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1430-1436.

58.   Spanier AJ, Hornung R, Lierl M, Lanphear BP.  Environmental exposures and exhaled nitric oxide in children with asthma. J Pediatrics 2006;149:220-226.

59.   Yuan W, Holland S, Cecil K, Dietrich K, Wessel SD, Altaye M, Hornung R, Ris M, Egelhoff J, Lanphear B.  The impact of early childhood lead exposure on brain organization: A functional magnetic resonance imaging study of language function. Pediatrics 2006;118:971-977.

60.   Howard CR, Lanphear N, Lanphear BP, Eberly S, Lawrence RA.  Parental responses to infant crying and colic: the effect on breastfeeding duration.  Breastfeeding Med 2006;1:146-155.

61.   Brinkman W, Geraghty S, Lanphear B, Khoury J, Gonzalez-Del-Rey J, DeWitt T, Britto M. Evaluation of resident communication skills and professionalism: A matter of perspective? Pediatrics 2006;118:1371-1379.

62.   Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children.  Environ Health Perspect 2006;114:1904-1909.

63.   Brinkman WB, Geraghty SR, Lanphear BP, Khoury JC, Gonzalez-Del-Rey JA, DeWitt TG, Britto MT.  Effect of multisource feedback on resident communication skills and professionalism: a randomized controlled trial. Arch Pediatr Adolesc Med 2007;161:44-49.

64.   Wilson SE, Kahn RS, Khoury J, Lanphear BP.  The role of air nicotine in explaining racial differences in cotinine among tobacco-exposed children.  Chest 2007;131:856-862.

65.     Froehlich T, Lanphear BP, Dietrich KN, Cory-Slechta D, Wang N, Kahn RS.  Interactive effects of a DRD4 polymorphism, lead, and sex on executive functions in children.  Biol Psychiatry 2007:62:243-249.

66.     Froehlich TE, Lanphear BP, Epstein JN, Barbaresi WJ, Katusic SK, Kahn RS. Prevalence, recognition and treatment of attention-deficit/hyperactivity disorder in a national sample of US children.  Arch Pediatr Adolesc Med 2007;161:857-864.

67.     Landrigan PJ, Woolf AD, Gitterman B, Lanphear B, Forman J, Karr C, Moshier EL, Godbold J, Crain E. The Ambulatory Pediatric Association Fellowship in Pediatric Environmental Health: A five-year assessment. EHP 2007;115:1383-1387.

68.     Jusko TA, Henderson CR, Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL. Blood lead concentrations < 10 µg/dL and child intelligence at 6 years of age.  Environ Health Perspect 2008;116:243-248.

69.     Cecil KM, Brubaker CJ, Adler CM, Dietrich KN, Altaye M, Egelhoff JC, Wessel S, Elangovan I, Hornung R, Jarvis K, Lanphear BP.  Decreased brain volume in adults with childhood lead exposure.  PLoS Med 2008;5:e112.

70.     Wright JP, Dietrich KN, Ris MD, Hornung RW, Wessel SD, Lanphear BP, Ho M, Rae MN. Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood.  PLoS Med 2008;5:e101.

71.     Spanier AJ, Hornung RW, Kahn RS, Lierl MB, Lanphear BP.  Seasonal variation and environmental predictors of exhaled nitric oxide in children with asthma.  Pediatr Pulmonol 2008;43:576-583.

72.     Braun JM, Froehlich TE, Daniels JL, Dietrich KN, Hornung R, Auinger P, Lanphear BP. Association of environmental toxicants and conduct disorder in U.S. children:  NHANES 2001-2004. Environ Health Perspect 2008;116:956-962.

73.     Yolton K, Khoury J, Hornung R, Dietrich KN, Succop P, Lanphear BP.  Environmental tobacco smoke exposure and child behaviors. J Dev Behav Pediatr 2008;29:456-463.

74.     Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2008;2:CD006047.

75.     Geraghty SR, Khoury JC, Morrow AL, Lanphear BP. Reporting individual test results of environmental chemicals in breastmilk: potential for premature weaning. Breastfeed Med. 2008;3:207-213.

76.  Spanier AJ, Kahn RS, Hornung RW, Wang N, Sun G, Lierl MB, Lanphear BP. Environmental exposures, nitric oxide synthase genes, and exhaled nitric oxide in asthmatic children. Pediatr Pulmonol. 2009;44:812-819.

77.  Hornung RW, Lanphear BP, Dietrich KN. Age of greatest susceptibility to childhood lead exposure: A new statistical approach. Environ Health Persp 2009;117:1309-1312.

78.  Phelan KJ, Khoury J, Xu Y, Lanphear BP. Validation of a HOME Injury Survey. Injury Prevention 2009:15:300-306.

79.  Braun J, Yolton K, Dietrich K, Hornung R, Ye X, Calafat AM, Lanphear BP. Prenatal Bisphenol A exposure and early childhood behavior. Environ Health Persp 2009;117:1945-1952.

80.  Yolton K, Khoury J, Xu Y, Succop P, Lanphear B, Bernert JT, Lester B.  Low-level prenatal exposure to nicotine and infant neurobehavior. Neurotoxicol Teratol. 2009;31:356-363.

81.  Froehlich T, Lanphear BP, Auinger P, Hornung R, Epstein JN, Braun J, Kahn RS. The association of tobacco and lead exposure with attention-deficit/hyperactivity disorder in a national sample of US children. Pediatrics 2009;124:e1054-1063.

82.  Brubaker CJ, Schmithorst VJ, Haynes EN, Dietrich KN, Egelhoff JC, Lindquist DM, Lanphear BP, Cecil KM. Altered myelination and axonal integrity in adults with childhood lead exposure: A diffusion tensor imaging study. Neurotoxicology 2009;30:867-875.

83.  Yolton K, Xu Y, Khoury J, Succop P, Lanphear B, Beebe DW, Owens J. Associations between secondhand smoke exposure and sleep patterns in children. Pediatrics. 2010;125:e261-268.

84.  Brubaker CJ, Dietrich KN, Lanphear BP, Cecil KM. The influence of age of lead exposure on adult gray matter volume. Neurotoxicology 2010;31:259-266.

85.  Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. Prenatal environmental tobacco smoke exposure and early childhood body mass index. Paediatr Perinat Epidemiol 2010;24:524-534.

86.  Kalkbrenner AE, Hornung RW, Bernert JT, Hammond SK, Braun JM, Lanphear BP. Determinants of serum cotinine and hair cotinine as biomarkers of childhood secondhand smoke exposure. J Expo Sci Environ Epidemiol 2010;20:615-624.

87.  Wilson SE, Baker ER, Leonard AC, Eckman M, Lanphear BP. Understanding preferences for disclosure of individual biomarker results among participants in a longitudinal birth cohort. J Med Ethics 2010;doi:10.1136/jme.2010.036517.

88.  Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. A prospective cohort study of biomarkers of prenatal tobacco smoke exposure: The correlation between serum and meconium and their association with infant birth weight. Environmental Health 2010;9:53 (doi: 10.1186/1476-069X-9-53).

89.   Braun JM, Kalkbrenner AE, Calafat AM, Bernert JT, Ye X, Barr DB, Sathyanarayana S, Lanphear BP. Variability and predictors of urinary Bisphenol A concentrations during pregnancy. Environ Health Perspect 2011;119:131-137.

90.   Wilson SE, Talaska G, Kahn RS, Schumann B, Khoury J, Leonard AC, Lanphear BP. White blood cell DNA adducts in a cohort of asthmatic children exposed to environmental tobacco smoke. Int Arch Occup Environ Health 2011;84:19-27.

91.   Lanphear BP, Hornung RW, Khoury J, Yolton K, Lierl M, Kalkbrenner AE. Effects of HEPA air cleaners on unscheduled asthma visits and asthma symptoms in children exposed to second hand tobacco smoke. Pediatrics 2011;127:93-101.

92.   Phelan KJ, Khoury J, Xu Y, Liddy S, Hornung R, Lanphear BP. A randomized, controlled trial of home injury hazard reduction: The HOME Study. Arch Pediatrics Adolesc Medicine 2011;165:339-345.

93.   Cecil KM, Dietrich KN, Altaye M, Egelhoff JC, Lindquist DM, Brubaker CJ, Lanphear BP. Proton magnetic resonance spectroscopy in adults with childhood lead exposure. Environ Health Perspect 2011;119:403-408.

94.   Spanier AJ, Kahn RS, Xu Y, Hornung R, Lanphear BP. A comparison of biomarkers and parent report of tobacco exposure to predict wheeze. J Pediatrics 2011;159:776-782.

95.   Braun J, Kalkbrenner A, Calafat A, Yolton K, Xiaoyun Y, Dietrich KN, Lanphear BP. Impact of early life bisphenol A exposure on behavior and executive function in children. Pediatrics 2011;128:873-882.

96.   Sathyanarayana S, Braun JM, Yolton K, Liddy S, Lanphear BP. Case Report: High prenatal Bisphenol A exposure and infant behavior. Environ Health Perspect 2011;119:1170-1175.

97.   Spanier AJ, Kahn RS, Hornung R, Lierl M, Lanphear BP. Associations of fraction of exhaled nitric oxide with beta agonist use in children with asthma. Pediatr Allergy Immunol Pulmonol. 2011 Mar;24(1):45-50.

98.   Byars KC, Yolton K, Rausch J, Lanphear BP, Beebe DW. Prevalence, patterns and persistence of sleep problems in the first 3 years of life. Pediatrics 2012;129:276-284.

99.   Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2012;2:CD006047.

100.  Ciesielski T, Weuve J, Bellinger DC, Schwartz J, Lanphear B, Wright RO. Cadmium exposure and neurodevelopmental outcomes in U.S. children. Environ Health Persp 2012;120:758-763.

101.  Beebe DW, Rausch J, Byars K, Lanphear B, Yolton K. Persistent snoring in preschool children: predictors and behavioral and developmental correlates. Pediatrics 2012;130:382-389.

102.  Spanier AJ, Kahn RS, Kunselman AR, Hornung R, Xu Y, Calafat A, Lanphear BP. Prenatal exposure to Bisphenol A and childhood wheeze from birth to 3 years of age. Environ Health Perspect 2012;120:916-920. http://dxdoi.org/10.1289/ehp.1104175. (Recipient of the Michael Shannon Young Investigator Award, Denver, Colorado, April 30th, 2011.)

103.  Rauch S, Braun J, Barr DB, Calafat A, Montesanto A, Yolton K, Khoury J, Lanphear BP. Associations of prenatal exposure to organophosphate pesticides with gestational age and birth weight Env Health Perspect 2012;120:1055-1060. http://dx.doi.org/10.1289/ehp.1104615.

104.  Hayward I, Malcoe LH, Cleathero LA, Janssen PA, Lanphear BP, Hayes MV, Mattman A, Pampalon R, Venners SA. Investigating maternal risk factors as potential targets of intervention to reduce socioeconomic inequality in small for gestational age: a population-based study. BMC Public Health. 2012;13;12:333.

105.  Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology. 2012;33:1040-1047.

106.  Budtz-Jorgenson E, Bellinger D, Lanphear BP, Grandjean P on behalf of the International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Analysis 2013;33:450-461.

107.  Oulhote Y, Le Tertre A, Etchevers A, Le Bot B, Lucas J-P, Mandin C, Le Strat Y, Lanphear B, Gleorennec P. Implications of different residential lead standards on children's blood lead levels in France: Predictions based on a national cross-sectional survey. Int J Hygiene Health. 2013;216:743-750.

108.  Sathyanarayana S, Alcedo G, Saelens BE, Zhou C, Dills RL, Lanphear B. Unexpected results in a randomized dietary trial to reduce phthalate and bisphenol A exposures. J Exp Science Environ Epidemiol 2013. doi.10.1038/jes.2013.9

109.  Spanier A, Wilson S, Ho M, Hornung R, Lanphear BP. The contribution of housing renovation to children's blood lead levels: a cohort study. Environmental Health 2013;12:72.

110.  Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, Fredette P, Smith G, Walker M, Shear R, Dodds L, Ettinger AS, Weber JP, D'Amour M, Legrand M, Kumarathasan P, Vincent R, Luo ZC, Platt RW, Mitchell G, Hidiroglou N, Cockell K, Villeneuve M, Rawn DF, Dabeka R, Cao XL, Becalski A, Ratnayake N, Bondy G, Jin X, Wang Z, Tittlemier S, Julien P, Avard D, Weiler H, Leblanc A, Muckle G, Boivin M, Dionne G, Ayotte P, Lanphear B, Séguin JR, Saint-Amour D, Dewailly E, Monnier P, Koren G, Ouellet E.

Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol. 2013 Jul;27(4):415-25. doi: 10.1111/ppe.12061.

111. Braun JM, Kalkbrenner A, Just AC, Yolton K, Sjodin A, Hauser R, Webster GM, Chen A, Lanphear BP. Gestational exposure to endocrine disrupting chemicals and reciprocal social, repetitive and stereotypic behaviors in 4 and 5 year old children. Environ Health Perspect 2014;122:513-520. (CEHN Article of the Month August, 2014.)

112. Phelan KJ, Morrongiello B, Khoury J, Xu Y, Liddy S, Lanphear BP. Maternal supervision of children during their first 3 years of life: the influence of maternal depression and child gender. J Pediatr Psychol 2014;39:349-357.

113. Chen A, Yolton K, Rauch S, Webster GM, Hornung R, Sjodin A, Dietrich KN, Lanphear BP. Cognitive deficits and behavior problems in children with prenatal PBDE Exposure. Environ Health Perspect 2014;122:856-862. (CEHN Article of the Month, September, 2014.)

114. Kato K, Wong L-Y, Chen A, Dunbar C, Webster G, Lanphear B, Calafat, A. Changes in serum concentrations of maternal poly- and perfluoroalkyl substances over the course of pregnancy and predictors of exposure in a multiethnic cohort of Cincinnati, Ohio pregnant women during 2003–2006. Environmental Science & Technology 2014;48:9600-9608.

115. Watkins DJ, Eliot M, Sathyanarayana S, Calafat AM, Yolton K, Lanphear BP, Braun JM. Variability and Predictors of Urinary Concentrations of Phthalate Metabolites during Early Childhood. Environ Sci Technol. 2014;48:9600-9608.

116. Braun JM, Lanphear BP, Calafat AM, Deria S, Khoury J, Howe CJ, Venners SA. Early-life Bisphenol A exposure and child body mass index: A prospective cohort study. Environ Health Perpect 2014;122:1239-1245.

117. Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM. Serum cotinine and whole blood folate concentrations in pregnancy. Ann Epidemiol. 2014;24:498-503.e1. doi: 10.1016/j.annepidem.2014.04.004.

118. Spanier AJ, Kahn RS, Kunselman AR, Schaefer EW, Hornung RW, Xu Y, Calafat AM, Lanphear BP. Bisphenol A exposure and the development of wheeze and lung function in children through age 5 years. JAMA Pediatrics 2014;168:1131-1137.

119. Evens A, Hryhorczuk D, Lanphear BP, Rankin KM, Lewis DA, Forst L, Rosenberg D. The impact of low-level lead toxicity on school performance among children in the Chicago Public Schools: a population-based retrospective cohort study. Environ Health 2015;14:21 DOI 10.1186/s12940-015-0008-9.

120. Romano ME, Webster GM, Vuong AM, Zoeller RT, Chen A, Hoofnagle AN, Calafat AM, Karagas MR, Kimberly Yolton K, Lanphear BP, Braun JM. Gestational urinary bisphenol A and

maternal and newborn thyroid hormone concentrations: the HOME Study. Environmental Research 2015;138:453-460.

121.   Barnard H, Rao R, Xu Y, Froehlich T, Epstein J, Lanphear BP, Yolton K. Association of the Conners' Kiddie J Continuous Performance Test (K-CPT) and Parent-Report Measures of Behaviors and Executive Functioning. Atten Disord. 2015 pii:1087054715578271. PMID: 25846228

122.   Vuong AM, Webster GM, Romano ME, Braun JM, Zoeller RT, Hoofnagle AN, Sjödin A, Yolton K, Lanphear BP, Chen. Maternal polybrominated diphenyl ether (PBDE) exposure and thyroid hormones in maternal and cord sera: the HOME Study, Cincinnati, USA. Environ Health 2015;123:1079-1085. PMID: 25893858.

123.   Werner EF, Braun JM, Yolton K, Khoury JC, Lanphear BP. The association between maternal urinary phthalate concentrations and blood pressure in pregnancy: the HOME Study. Environ Health 2015;14:75 doi:10.1186/s12940-015-0062-3.

124.   Melissa Wagner-Schuman, Jason Richardson, Peggy Auinger, Joseph Braun, Bruce Lanphear, Jeffrey N. Epstein, Kimberly Yolton and Tanya E Froehlich. Association of Pyrethroid Pesticide Exposure with Attention-Deficit/Hyperactivity Disorder in a Nationally Representative Sample of U.S. Children. Environmental Health 2015;28:14:44 DOI 10.1186/s12940-015-0030-y.

125.   Buckley JP, Engel SM, Braun JM, Whyatt RM, Daniels JL, Mendez MA, Richardson DB, Xu Calafat AM, Lanphear BP, Wolff MS, Herring AH, Rundle AG. Prenatal phthalate exposures and body mass index among 4 to 7 year old children: A pooled analysis. Epidemiology 2016;27:449-58. doi: 10.1097/EDE.0000000000000436.

126.   Engel SM, Bradman A, Wolff MS, Rauh VA, Harley KG, Yang JH, Hoepner L, Barr DB, Yolton K, Vedar MG, Xu Y, Hornung RW, Wetmur JG, Chen J, Holland N, Perera FP, Whyatt RM, Lanphear BP, Eskenazi B. Prenatal organophosphorous pesticide exposure and child neurodevelopment at 24 months: an analysis of four birth cohorts. EHP 2016;124:822-830.

127.   Braun JM, Chen A, Romano ME, Calafat AM, Webster GM, Yolton K, Lanphear BP. Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME Study. Obesity 2016;24:231-237.

128.   Webster GM, Rauch SA, Ste Marie N, Mattman A, Lanphear BP, Venners SA. Cross-sectional associations of serum perfluoroalkyl acids and thyroid hormones in U.S. adults: variation according to TPOAb and Iodine status. Environ Health Persp 2016124935-942. doi: 10.1289/ehp.1409589.

129. Braun JM, Kalloo G, Chen A, Dietrich KN, Liddy-Hicks S, Morgan S, Xu Y, Yolton K, Lanphear BP. Cohort Profile: The Health Outcomes and Measures of the Environment (HOME) Study. Int J Epidemiol 2017;46:24 doi: 10.1093/ije/dyw006.

130. Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. The relationship between atmospheric lead pollution and aggressive crime: An ecologic study. Environ Health 2016;15:23. doi: 10.1186/s12940-016-0122-3.

131. Harley KG, Engel SM, Vedar MG, Eskenazi B, Whyatt RM, Lanphear BP, Bradman A, Rauh VA, Yolton K, Hornung RW, Wetmur JG, Chen J, Holland NT, Barr DB, Perera FP, Wolff MS. Prenatal exposure to organophosphorous pesticides and fetal growth: pooled results from four longitudinal birth cohort studies. Env Health Perspect 2016;124:1084-1092.

132. Vuong AM, Yolton K, Webster GM, Sjodin A, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children. Env Res 2016;147:556-564.

133. Stacy SL, Eliot M, Calafat AM, Chen A, Lanphear BP, Hauser R, Papandonatos GD, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary Bisphenol A concentrations during childhood. Environ Sci Tech 2016;50:5981-5990.

134. Romano ME, Xu Y, Calafat AM, Yolton K, Chen A, Webster GM, Eliot MN, Howard CR, Lanphear BP, Braun JM. Maternal serum perfluoralkyl substances during pregnancy and duration of breastfeeding. Env Res 2016;149:239-246.

135. Shoaff JR, Romano ME, Yolton K, Lanphear BP, Calafat AM, Braun JM. Prenatal phthalate exposure and infant size at birth and gestational duration. Env Res 20161;50:52-58.

136. Tewar S, Auinger P, Braun JM, Lanphear B, Yolton K, Epstein JN, Froehlich TE.  Association of bisphenol A exposure and attention-deficit/hyperactivity disorder in a national sample of U.S. children. Environ Res 2016;150:112-118.

137. Vuong AM, Braun JM, Sjodin A, Webster GM, Yolton K, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether exposure and body mass index in children up to 8 years of age. Environ Health Perspect 2016;124:1891-1897.

138. Donauer S, Altaye M, Xu Y, Sucharew H, Succop P, Calafat AM, Khoury JC, Lanphear B, Yolton K. An observational study to evaluate associations between low-level gestational exposure to organophosphate pesticides and cognition during early childhood. Am J Epidemiol 2016;184:410-418.

139. Percy Z, Xu Y, Sucharew H, Khoury JC, Calafat AM, Braun JM, Lanphear BP, Chen A, Yolton K. Gestational exposure to phthalates and gender-related play behaviors in 8-year old children: an observational study. Environ Health 2016;15:doi: 10.1186?s12940-016-0171-7.

140. Blackowicz MJ, Hryhorczuk DO, Rankin KM, Lewis DA, Haider D, Lanphear BP, Evens A. The impact of low-level lead toxicity on school performance among Hispanic subgroups in the Chicago Public Schools. Int J Environ Res Public Health 2016 doi: 10.3390/ijerph13080774.

141. Ernhardt J, Xu Y, Khoury J, Yolton, Lanphear B, Phelan K. Cognitive and motor abilities of young children and risk of injuries in the home. Inj Prev 2016 doi: 10.1136/injuryprev-2016-042031.

142. Zhang H, Yolton K, Webster GM, Sjodin A, Calafat AM, Dietrich KN, Xu Y, Xie C, Braun JM, Lanphear BP, Chen A. Prenatal PBDE and PCB exposures and reading, cognition and externalizing behaviours in children. Environ Health Perspect 2017;125:746-752.

143. Braun JM, Bellinger DC, Hauser R, Wright RO, Chen A, Calafaat AM, Yolton K, Lanphear BP. Prenatal phthalate, triclosan and bisphenol A exposures and child visual-spatial abilities. Neurotoxicology 2017;58:75-83.

144. Vuong AM, Braun JM, Yolton K, Xie C, Webster GM, Sjodin A, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether exposure and visual spatial abilities in children. Env Res 2017;153:83-92.

145. Etzel TM, Calafat AM, Ye X, Chen A, Lanphear BP, Savitz DA, Yolton K, Braun JM. Urinary triclosan concentrations during pregnancy and birth outcomes. Environ Res 2017;156:505-511.

146. Pell T, Eliot M, Chen A, Lanphear BP, Yolton K, Sathyanarayana S, Braun JM. Parental concern about environmental chemical exposures and children's urinary concentrations of phthalates and phenols. J Pediatr 2017;186:138-144.e3.

147. Millenson ME, Braun JM, Calafat AM, Barr DB, Huang YT, Chen A, Lanphear BP, Yolton K. Urinary organophosphate insecticide metabolite concentrations during pregnancy and children's interpersonal, communication, repetitive, and stereotypic behaviors at 8 years of age: The HOME Study. Environ Res 2017;157:9-16.

148. Stacy SL, Eliot M, Etzel T, Papandonatos GD, Calafat AM, Chen A, Hauser R, Lanphear BP, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary triclosan concentrations during pregnancy and childhood. Environ Sci Technol 2017 (in press).

149. Stacy SL, Papandonatos GD, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life bisphenol A exposure and neurobehavior at 8 years: identifying windows of heightened vulnerability. Environ Int 2017107:258-265.

150. Lam J, Lanphear BP, Bellinger D, Axelrad DA, McPartland J, Sutton P, Davidson L, Daniels N, Sen S, Woodruff TJ. Developmental PBDE exposure and IQ/ADHD in childhood: A systematic review and meta-analysis. Environ Health Persp 2017;125:086001. doi: 1289/EHP1632.

151. Braun JM, Yolton K, Stacy SL, Erar B, Papandonatas GD, Bellinger DC, Lanphear BP, Chen A. Prenatal environmental chemical exposures and longitudinal patterns of child neurobehavior. Neurotoxicology 2017;62:192-199.

152. Rosen-Carole CB, Auinger P, Howard CR, Brownell EA, Lanphear BP. Low-level prenatal toxin exposure and breastfeeding duration. A prospective cohort study. Matern Child Health J. 2017;doi: 10.1016/j.neuro.2017.07.027.

153. Vuong AM, Yolton K, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) exposure and neurobehavior in children at 8 years. Env Res 2017;158:8677-684.

154. Braun JM, Muckle G, Arbuckle T, Bouchard MF, Fraser WD, Ouellet E, Seguin JR, Oulhote Y, Webster GM, Lanphear BP. Associations of prenatal urinary bisphenol A concentrations with child behaviors and cognitive abilities. Environ Health Perspect 2017;125(6):067008. doi: 10.1289EHP984.

155. Kingsley SL, Kelsey KY, Butler R, Chen A, Eliot MN, Romano ME, Houseman A, Koestler DC, Lanphear BP, Yolton K, Braun JM. Maternal serum PFOA concentration and DNA methylation in cord blood: A pilot study. Environ Res 2017;158:174-178.

156. Poropat AE, Laidlaw MAS, Lanphear B, Ball A, Mielke HW. Blood lead and preeclampsia: A meta-analysis and review of implications. Environ Res 2017;160:12-19.

157. Shoaff J, Papandonatos GD, Calafat AM, Xe X, Chen A, Lanphear BP, Yolton K, Braun JM. Early-life phthalate exposure and adiposity at 8 Years of Age. Environ Health Persp 2017;125:097008. doi: 10.1289/EHP1022.

158. Vuong AM, Yolton K, Poston KL, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether (PBDE) exposure and measures of inattention and impulsivity in children. Neurotoxicol Teratol 2017;64:20-28.

159. Zhang H, Yolton K, Webster GM, Ye X, Xie C, Calafat AM, Dietrich KN, Braun JM, Lanphear BP, Chen A. Prenatal and childhood perfluoroalkyl substance exposures and children's reading skills at ages 5 and 8 years. Environ Int 2017;111:224-231. doi: 1016/j.envint.2017.11.031. PMID: 29241079

160. Woods MM, Lanphear BP, Braun JM, McCandless LC. Gestational exposure to endocrine disrupting chemicals in relation to infant birth weight: A Bayesian analysis of the HOME Study. Environ Health 2017;16:115. doi: 10.1186/s12940-017-0332-3.

161. Vuong AM, Yolton K, Dietrich KN, Braun JM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) and child behavior: Current findings and future directions. Horm Behav 2017 doi: 10.1016/j.yhbeh.2017.11.008.

162. Landrigan PJ, Fuller R, Acosta NJR, Adeyi O, Arnold R, Basu NN, Baldé AB, Bertollini R, Bose-O'Reilly S, Boufford JI, Breysse PN, Chiles T, Mahidol C, Coll-Seck AM, Cropper ML, Fobil J, Fuster V, Greenstone M, Haines A, Hanrahan D, Hunter D, Khare M, Krupnick A, Lanphear B, Lohani B, Martin K, Mathiasen KV, McTeer MA, Murray CJL, Ndahimananjara JD, Perera F, Potočnik J, Preker AS, Ramesh J, Rockström J, Salinas C, Samson LD, Sandilya K, Sly PD, Smith KR, Steiner A, Stewart RB, Suk WA, van Schayck OCP, Yadama GN, Yumkella K, Zhong M. The Lancet Commission on Pollution and Health. Lancet 2017 pii: SO140-6736(17)32345-0. doi: 10.1016/S0140-6736(17)32345-0. PMID: 29056410.

163. Lanphear BP, Rauch S, Auinger P, Allen R, Hornung RW. Low-level lead exposure and mortality in US adults: a population-based cohort study. Lancet Public Health 2018; https://doi.org/10.1016/S2468-2667(18)30025-2

164. Kalloo G, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life triclosan exposure and child adiposity at 8 years of age: a prospective cohort study. Environ Health 2018;17:24. doi: 10.1186/s12940-018-0366-1.

165. Braun JM, Chen A, Hoofnagle A, Papandonatos GD, Jackson-Browne M, Hauser R, Romano ME, Karagas MR, Yolton, Zoeller TR, Lanphear BP. Associations of early-life urinary triclosan concentrations with maternal, neonatal, and child thyroid hormone levels. Horm Behav 2018;101:77-84.

166. Taylor MP, Forbes MK, Opeskin B, Parr, N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: An ecological study. Environ Health 2018;17:10. Doi: 10.1186/s12940-018-0354-5.

167. Etzel T, Muckle G, Arbuckle TE, Fraser WD, Ouellet E, Seguin JR, Lanphear B, Braun JM. Prenatal urinary triclosan concentrations and child neurobehavior. Env Int 2018;114:152-159. doi: 10.1016/j.envint.2018.02.032.

168. Romano ME, Eliot MN, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM. Maternal urinary phthalate metabolites during pregnancy and thyroid hormone concentrations in maternal and cord sera: The HOME Study. Int J Hyg Environ Health 2018;221:623-631. doi: 10.1016/j.ijheh.2018.03.010.

169. Jackson-Brown MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Identifying vulnerable periods of neurotoxicity to triclosan exposure in children. Environ Health Perspect 2018;126:057001. doi:  10.1289/EHP2777.

20

170.  Kingsley SL, Eliot MN, Kelsey KT, Calafat AM, Ehrlich S, Lanphear BP, Chen A, Braun JM. Variability and predictors of serum perfluoralkyl substance concentrations during pregnancy and early childhood. Environ Res 2018;165:247-257. PMID: 29734025

171.  Barn P, Gombojav E, Ochir C, Laagan B, Beejin B, Naidan G, Boldbaatar B, Galsuren J, Byambaa T, Janes C, Janssen PA, Lanphear BP, Takaro TK, Venners SA, Webster GM, Yuchi W, Palmer CD, Parsons PJ, Roh YM, Allen RW. The effect of portable HEPA filter air cleaners on indoor PM2.5 concentrations and second-hand tobacco smoke exposure among pregnant women in Ulaanbaatar, Mongolia: The UGGAR randomized controlled trial. Sci Total Environ 2018;615:1379-1389.

172.  Braun JM, Kalkwarf HJ, Papandonatos GD, Chen A, Lanphear BP. Patterns of early life body mass index and childhood overweight and obesity status at 8 years of age. BMC Pediatrics 2018;11:161. doi: 10.1186/s12887-018-1124-9.

173.  Vuong AM, Braun JM, Webster GM, Zoeller TR, Hoofnagel AN, Sjodin A, Yolton K, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) exposures and thyroid hormones in children at 3 years. Environ Int 2018;117:339-347.

174.  Li N, Yolton K, Lanphear BP, Chen A, Kalkwarf HJ, Braun JM. Impact of early-life weight status on cognitive abilities in children. Obesity 2018;26:1088-1095.

175.  Oulhote Y, Tremblay E, Arbuckle TE, Fraser WD, Lemelin JP, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Dionne G, Lanphear BP, Muckle G. Prenatal exposure to polybrominated diphenyl ethers and predisposition to frustration at 7 months. Env Int 2018;119:79-88.

176.  Vuong AM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood perfluororalkyl substance exposure and executive function in children at 8 years. Env Int 2018;119:212-219.

177.  Vuong AM, Braun JM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Dietrich KN, Lanphear BP, Chen A. Prenatal and childhood exposure to perfluoroalkyl substances and measures of attention, impulse control and visual spatial abilities. Env Int 2018;119:413-420.

178.  Braun JM, Hornung R, Chen A, Dietrich KN, Jacobs DE, Jones R, Khoury JC, Liddy-Hicks S, Morgan S, Baez Vanderbeek S,  Xu Yingying, Yolton K, Lanphear BP. Effect of residential lead-hazard interventions on childhood blood lead concentrations and neurobehavioral outcomes. JAMA Pediatrics 2018:doi:10.1001/jamapediatrics.2018.3282.

179.  Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Profiles and predictors of environmental chemical mixture exposure

21

among pregnant women: The Health Outcomes and Measures of the Environment Study. Environ Sci Technol 2018;52:10104-10113.

180.   Barn P, Gombojav E, Ochir C, Boldbaatar B, Laagan B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. The effect of portable HEPA filter air cleaner use during pregnancy on fetal growth: The UGAAR randomized controlled trial pregnant Environ Int 2018;121:981-989.

181.   Buck CO, Eliot MN, Kelsey KT, Calafat AM, Chen A, Ehrlich S, Lanphear BP, Braun JM. Prenatal exposure to perfluoralkyl substances and adipocytokines: the HOME Study. Pediatr Res 2018;doi: 10.1038/s41390-018-0170-1.

182.   Shoaff J, Papandonatos GD, Calafat AM, Chen A, Lanphear BP, Ehrlich S, Kelsey KT, Braun JM. Prenatal exposure to perfluoralkyl substances: infant birth weight and early life growth. Environ Epidemiol 2018;doi:10.1097/EE9.0000000000000010.

183.   Sears CG, Braun JM, Ryan PH, Xu Y, Werner EF, Lanphear BP, Wellenius GA. The association of traffic-related air and noise pollution with maternal blood pressure and hypertensive disorders of pregnancy in the HOME Study cohort. Env Int 2018;121:574-581.

184.   Li N, Arbuckle TE, Muckle G, Lanphear BP, Boivin M, Chen A, Dodds L, Fraser WD, Ouellet E, Seguin JR, Velez MP, Yolton K, Braun JM. Associations of cord blood leptin and adiponectin with children's cognitive abilities. Psychoneuroendocrinology 2019;99:257-264.

185.   Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier A, Ayotte P, Muckle G, Lanphear B. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives 2018;126:107001.

186.   Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. Environ Int 2018;121:1235-1242.

187.   Goetz AR, Beebe DW, Peugh JL, Mara CA, Lanphear BP,  Braun JM, Yolton K, Stark LJ. Sleep 2018;doi:1093/sleep/zsy214.

188.   Pagalan L, Bickford C, Weikum W, Lanphear BP, Brauer M, Lanphear N, Hanley GE, Oberlander TF, Winters M. Association of prenatal exposure to air pollution with autism spectrum disorder. JAMA Pediatrics 2018;doi:10.1001/jamapediatrics.2018.3101.

189.   Yuchi W, Gombojav E, Boldbaatar B, Galsuren J, Enkhmaa S, Beejin B, Naidan G, Ochir C, Legtseg B, Byambaa T, Henderson SB, Janes CR, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. Evaluation of random forest regression and multiple linear regression for predicting indoor fine particulate matter concentrations in a highly polluted city. Environ Pollut 2018;16;746-753.

190. Liang H, Vuong AM, Xie C, Webster GM, Sjodin A, Yuan W, Miao M, Braun JM, Dietrich KN, Yolton K, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) serum concentrations and reading ability at ages 5 and 8 years: The HOME Study. Environ Int 2018;doi:10.1016/j.envint.2018.11.026.

191. Vuong AM, Braun JM, Wang Z, Yolton K, Xie C, Sjodin A, Webster GM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) during childhood and adiposity measures at age 8 years. Environ Int 2019;123:148-155.

192. Patel NB, McCandless LC, Chen A, Yolton K, Braun J, Jones RL, Dietrich KN, Lanphear BP. Very-low-level prenatal mercury exposure and behaviors in children: The HOME Study. Environ Health 2019;18:4 doi: 10.1186/s12940-018-0443-5.

193. Landrigan PJ, Braun JM, Crain EF, Forman J, Galvez M, Gitterman BA, Halevi G, Karr C, Mall JK, Paulson JA, Woolf AD, Lanphear BP, Wright RO. Acad Pediatr 2019 doi: 10.1016/j.acap.2019.01.001

194. Jackson-Browne MS, Papandonatos GD, Chen A, Yolton K, Lanphear BP, Braun JM. Early-life triclosan exposure and parent-reported behavior problems in 8-year-old children. Environ Int 2019. doi: 10.1016/j.envint.201901.021

195. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Prenatal and childhood exposure to poly- and perfluoroalkyl substances (PFAS) and cognitive development in children at 8 years. Environ Res 2019;172:242-248.

196. Bernardo BA, Lanphear BP, Venners SA, Arbuckle TE, Braun JM, Muckle G, Fraser WD, McCandless LC. Assessing the relation between plasma PCB concentrations and elevated autistic behaviours using Bayesian predictive odds ratios. Int J Environ Res Public Health 2019;16:pii: E457. Doi: 10.3390/ijerph16030457.

197. Braun JM, Li N, Arbuckle TE, Dodds L, Massarelli I, Fraser WD, Lanphear BP, Muckle G. Association between gestational urinary bisphenol A concentrations and adiposity in young children: The MIREC Study. Environ Res 2019;172:454-461.

198. Li N, Papandonatos GD, Calafat AM, Yolton K, Lanphear BP, Chen A, Braun JM. Identifying periods of susceptibility to the impact of phthalates on children's cognitive abilities. Environ Res 2019;172:604-614.

**Editorials and Commentaries**

1. Lanphear BP, Gergen PJ.  Measuring asthma trends in US children (invited commentary). Am J Epidemiol 2003;158:105-107.

2.	Lanphear BP. Origins and evolution of children's environmental health. Essays on the future of environmental health research: A tribute to Dr. Kenneth Olden.  Environ Health Perspect 2005;24-32.

3.	Lanphear BP, Vorhees CV, Bellinger DC.  Protecting children from environmental toxins. PLoS Med. 2005;2(3):e61.

4.	Lanphear BP. Lead Poisoning Prevention – Too Little, Too Late. JAMA 2005;293:2274-2276.

5.	Wigle DT, Lanphear BP. Human health risks from low-level environmental exposures: No apparent safety thresholds. PLoS Med 2005;2(12)e350.

6.	Lanphear BP, Paulson J, Beirne S. Trials and tribulations of protecting children from environmental hazards.  Environ Health Perspect 2006;114:1609-1612.

7.	Swanson, JM, Kinsbourne M, Nigg J, Lanphear B, Stefanatos GA, Volkow G, Taylor E, Casey BJ, Castellanos FX, Wadhwa PD. Etiologic subtypes of attention-deficit/hyperactivity disorder: brain imaging, molecular genetic and environmental factors and the dopamine hypothesis. Neuropsychol Rev 2007;17:39–59.

8.	Lanphear, BP.  The conquest of lead poisoning: A Pyrrhic victory.  Environ Health Perspect 2007;115:A484-A485.

9.	Lanphear BP, Hornung RW, Khoury J, Dietrich KN, Cory-Slechta DA, Canfield RL.  The conundrum of unmeasured confounding:  Comment on "Can some of the detrimental neurodevelopmental effects attributed to lead be due to pesticides?  by Brian Gulson." Sci Total Environ 2008;396:196-200.

10.	Taylor MP, Schniering CA, Lanphear BP, Jones AL. Lessons learned on lead poisoning prevention: One-hundred years on from Turner's declaration. J Paediatr Child Health 2011;47:849-856.

11.	Bellinger DC, Goldman LR, Lanphear BP, Eskenazi B, Jacobs DE, Miller M. The launch of the International Society for Children's Health and the Environment (ISCHE). Environ Health Perspectives 2011;119:a420-a421.

12.	Rauch S, Lanphear BP. Prevention of Disabilities: Elevating the Role of Environment. Future of Children. 2012;22:193-217.

13.	Taylor MP, Winder C, Lanphear BP. Eliminating childhood lead toxicity in Australia: A call to lower the intervention level. Med J Aust 2012;197:493.

14.	Lanphear BP. ADHD: A preventable epidemic? Archives of Pediatrics and Adolescent Medicine 2012;166:1182-1184. doi: 10.001/archpediatrics.2012.1900

15.	Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health

risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. No abstract available.

16.    Hornung R, Lanphear BP. The supralinear dose-response for environmental toxicants: a statistical artifact? Clinical Toxicology 2014;52:88-90.

17.    Taylor MP, Winder C, Lanphear BP. Australia's leading public health body delays action on the revision of the public health goal for blood lead exposures. Environ Int. 2014 Sep;70:113-7. doi: 10.1016/j.envint.2014.04.023.

18.    Allen RW, Barn P, Lanphear B. Randomized controlled trials in environmental health research: unethical or underutilized? PLoS Med 2015;12:e1001775. doi:10.1371/journal.pmed.1001775.

19.    Lanphear BP. The impact of toxins on the developing brain. Annual Review in Public Health 2015;36:211-230.

20.    Bakan J, Lanphear BP, Sargent JD. Medical journals and free speech. Pediatrics 2015;135:403-405.

21.    Calafat AM, Longnecker MP, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Rudel RA, Engel SM, Teitelbaum SL, Whyatt RM, Wolff MS. Optimal exposure biomarkers for nonpersistent chemicals in environmental epidemiology. Environ Health Perspect 2015;123:A-166-A168.

22.    Myers JP, Antoniou MN, Blumberg B, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vandenberg LN, Vom Saal FS, Welshons WV, Benbrook CM. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Environ Health 2016;15(1):19. doi: 10.1186/s12940-016-0117-0.

23.    Crighton E, Abelsohn A, Blake J, Enders J, Kilroy K, Lanphear B, Marshall L, Phipps E, Smith G. Beyond alcohol and tobacco smoke: Are we doing enough to reduce fetal toxicant exposure? J Obstet Gynaecol Can 2016;38:56-59.

24.    Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB, Perera FP, Ritz B, Sass J, Schantz SL, Webster TF, Whyatt RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. 2016. Project TENDR: Targeting Environmental Neuro-Developmental Risks. The TENDR Consensus Statement. Environ Health Perspect 2016;124:A118–A122; http://dx.doi.org/10.1289/EHP358.

25.    Hirtz D, Campbell C, Lanphear B. Targeting environmental neurodevelopmental risks to
       protect children. Pediatrics 2017 139;pii:e20162245.

26.    Vandenberg LN, Blumberg B, Antoniou MN, Benbrook CM, Carroll L, Colborn T, Everett LG,
       Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vom Saal FS, Welshons WV, Myers JP.
       Is it time to reassess current safety standards for glyphosate-based herbicides? J Epidemiol
       Community Health 2017;71:613-618.

27.    Bellinger DC, Chen A, Lanphear BP. Establishing and achieving national goals for preventing
       lead toxicity and exposure in children. JAMA Pediatrics 2017;171:616-618.

28.    Lanphear BP. Still treating lead poisoning after all these years. Pediatrics
       2017;140(2):e20171400.

29.    Lanphear BP. Low-level toxicity of chemicals: No acceptable levels? PLoS Biology
       2017;15:e2003066. https://doi.org/10.1371/journal.pbio.2003066

30.    Hanna-Attisha M, Lanphear BP, Landrigan P. Lead poisoning in the 21st Century: The silent
       epidemic continues. Am J Public Health 2018;108:1430.

31.    Hertz-Picciotto I, Sass JB, Engel S, Bennett DH, Bradman A, Eskenazi B, Lanphear BP,
       Whyatt R. Organophosphate pesticide exposure during pregnancy and child
       neurodevelopment: Recommendations for essential policy reforms. PLoS Med
       2018;15:e1002671.

32.    Basu N, Lanphear BP. The challenge of pollution and health in Canada. Can J Public Health
       2019;110:159-164.

**Chapters and Reviews**

1.     Lanphear BP. Hepatitis B immunoprophylaxis: Development of a cost-effective program in the
       hospital setting. Infect Control Hospital Epidemiol 1990;11:47-50.

2.     Lanphear BP. Trends and patterns in the transmission of bloodborne pathogens to health care
       workers. Epidemiologic Reviews 1994;16:437-450.

3.     Kapil V, Lanphear BP. Tuberculosis - surveillance, prevention, and control.  Occupational
       Environmental Medicine Report 1994;8:35-38.

4.     Myers G, Davidson P, Weitzman M, Lanphear B. Contribution of heavy metals to
       developmental disabilities in children. Mental Retard Dev Dis 1997;3:239-245.

5.     Lanphear BP. Transmission and control of blood-borne viral hepatitis in health care workers, in
       Occupational Medicine: State of the Art Reviews.  McDiarmid MA, Kessler E, (eds), Hanley &
       Belfus, Inc. Philadelphia, PA, 1997;12:717-730.

6.     Lanphear BP.  Indoor Pollutants and Toxins, in *Ambulatory Pediatrics*, Green, Haggerty and Weitzman (eds.) 5th edition, 1999, W.B. Saunders Company, Philadelphia, PA.

7.     Lanphear BP, Dietrich KN, Berger O.  Prevention of lead toxicity in US children.  Ambulatory Pediatrics 2003;3:27-36.

8.     Sandel M, Phelan KJ, Wright R, Hynes HP, Lanphear BP.  The effects of housing interventions on child health.  Pediatr Ann 2004;33:474-481.

9.     Breysse P, Farr N, Galke W, Morley R, Lanphear BP, Bergofsky L. The relationship between housing and health: children at risk.  Environ Health Persp 2004;112:1583-1588.

10.    Lanphear BP, Wright RO, Dietrich KN. Environmental toxins. Pediatrics in Review 2005;26:191-197.

11.    Lanphear BP, Bearer CF. Biomarkers in paediatric research and clinical practice. Arch Dis Child. 2005;90:594-600.

12.    Lanphear BP. Lead. In Children's Health and the Environment. Philip Landrigan and Ruth Etzel (eds). Oxford University Press. 2013.

13.    Foreman J, Silverstein J, Committee on Nutrition; Council on Environmental Health; American Academy of Pediatrics. Organic foods: health and environmental advantages and disadvantages. Pediatrics 2012;130:e1406-1415.doi:10.152/peds.2012-2579.

14.    Iodine deficiency, pollutant chemicals, and the thyroid: new information on an old problem. Council on Environmental Health, Rogan WJ, Paulson JA, Baum C, Brock-Utne AC, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Osterhoudt KC, Sandel MT, Spanier A, Trasande L. Pediatrics. 2014;133:1163-6. doi: 10.1542/peds.2014-0900.

15.    Rosenthal FS, Lanphear BP, Gottesfeld P, Krzyzanowski M and others. ISEE Call for action for global control of lead exposure to eliminate lead poisoning. Epidemiology 2015;26:774-777.

16.    Ahdoot S, Paulson JA, Baum C, Bole A, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Pacheco SE, Spanier AJ, Trasande L. Global climate change and children's health. Pediatrics 2015;136:5:992-997.

17.    Ahdoot S, Pacheco SE for The Council on Environmental Health. Global climate change and children's health – Technical Report. Pediatrics 2015;136:5:992-997.

18.    Paulson JA, Zaoutis TE, for the Council on Environmental Health and the Committee on Infectious Disease. Nontherapeutic use of antimicrobial agents in animal agriculture: implications for pediatrics. Pediatrics 2015;136:6:e1670-e1677.

19.    Lanphear BP for the American Academy of Pediatrics Council on Environmental Health. Prevention of Lead Toxicity. Pediatrics 2016;138(1):e20161493.

20.     England LJ, Aagaard K, Bloch M, Conway K, Cosgrove K, Grana R, Gould TJ, Hatsukami D, Jensen F, Kandel D, Lanphear B, Leslie F, Pauly JR, Neiderhiser J, Rubinstein M, Slotkin TA, Spindel E, Stroud L, Wakschlag L. Developmental toxicity of nicotine: A transdisciplinary synthesis and implications for emerging tobacco products. Neurosci Biobehav Res 2017;72:176-189.

21.     Matsui EC, Abramson SL, Sandel MT and AAP Council on Environmental Health. Pediatrics 2016;138:pii: e20162589.


**Blogs**

1.      Trasande L, Lanphear BP. Preventing A Thousand Flints: Getting Reform of Chemical Regulation Right. Health Affairs Blog. May 23, 2016. http://healthaffairs.org/blog/2016/05/23/preventing-a-thousand-flints-getting-reform-of-chemical-regulation-right/


**Letters**

1.      Menkhaus NA, Lanphear BP, Linnemann CC. Airborne transmission of varicella-zoster virus in hospitals. Lancet 1990;2:1315.  May 23, 2016.

2.      Lanphear BP. The resurgence of measles and herd immunity. JAMA 1992;268:789.

3.      Lanphear BP, Linnemann CC, Cannon C. A high false positive rate of tuberculosis associated with Aplisol. J Infect Dis 1994;169:703-704.

4.      Lanphear BP. Potential consequences of using Aplisol tuberculin tests in prior epidemic investigations. Infection Control Hospital Epidemiology 1995;16:255.

5.      Canfield R, Henderson C, Lanphear BP. Intellectual impairment and blood lead levels. N Engl J Med. 2003;349:500-502.

6.      Juskow T, Canfield RC, Henderson C, Lanphear BP. Comments on "Recent development in low level lead exposure and children's intellectual abilities". Environ Health Perspect 2005;113:A16.

7.      Lanphear BP, Hornung R, Khoury J, Yolton K, Dietrich KN.  Lead and IQ in Children.  Environ Health Persp 2006;114:A86-A87.

8.      Hornung R, Lanphear B, Dietrich K. Response to: "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ?" Neurotoxicology. 2006;27:635.

9.    Braun J, Lanphear BP. Comments on "Lead neurotoxicity in children: is prenatal exposure more important than postnatal exposure?" Acta Paediatr. 2007;96:473; author reply 474-475.

10.   Braun J, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Comments on "Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children."  Environ Health Perspect. 2007;115:A399.

11.   Geraghty SR, Morrow AL, Lanphear B. The heart of the matter on breastmilk and environmental chemicals: essential points for healthcare providers and new parents. Breastfeed Med. 2009;4:125-126.

12.   Joshi TK, Bailar JC 3rd, Craner J, Davis D, Ehrlich R, Franco G, Frank AL, Huff J, LaDou J, Lanphear B, London L, Melnick RL, O'Neill R, Osaro E, Rosenman KD, Sass J, Smith AH, Soskolne CL, Stephens C, Stuckey R, Takaro TK, Teiteibaum D, Watterson A, Yassi A. Physician expelled from Indian Association of Occupational Health after critique. Int J Occup Environ Health. 2009 Oct-Dec;15(4):419-420.

13.   Calafat AM, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Longnecker MP, Rudel RA, Teitelbaum SL, Whyatt RM, Wolff MS. Misuse of blood serum to assess exposure to bisphenol A and phthalates. Breast Cancer Res. 2013;15:403.

14.   Soskone CL, Al-Delaimy WK, Burns K, Finch MR, Gaudino JA, Jr, Lanphear B, Oremus M, Phillips L, Ruff K, Weiss SH, Wing S. Competing interests in epidemiology. BMJ 2015;350.PMID: 25569167.

15.   Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: an ecological study. Environ Health 2018;17:doi: 10.1186/s12940-018-0354-5.

16.   Lanphear BP, Hornung RW, Auinger P, Allen R. Environmental exposure to lead: old myths never die. Lancet Public Health 2018;e363 doi: 10.1016/S2468-2667(18)30128-2.

**Presentations**

1.    "Biologic Hazards to Health Care Personnel in the Workplace". University of Cincinnati, Cincinnati, Ohio, September 26, 1990.

2.    "Common Misconceptions about Tuberculosis". American Lung Association, St. Elizabeth's Hospital, Belleville, IL, March 19, 1991.

3.    "Prevention and Control of Infectious Disease in Health Care Workers". Miami Valley Hospital, Dayton, OH, September 5, 1991.

4.    "Transmission of Hepatitis B Virus Infection in Health Care Workers". Ohio University, Athens, Ohio, March 21, 1992.

5.    "Universal Immunization Against Hepatitis B Virus". Grand Rounds, Dayton Children's Hospital, May 1992, Dayton, Ohio.

6.    "Correlation of Blood Lead Levels and Dust Lead Levels Using Three Dust Collection Methods. Environmental Protection Agency, Research Triangle, N.C., January 20,1994.

7.    "Relation of Lead-Contaminated House Dust and Blood Lead Levels in Urban Children" Environmental Protection Agency, Washington, D.C., February, 1994.

8.    "Lead-Contaminated House Dust and Blood Lead Concentrations in Children", Society for Pediatric Research, Seattle, Washington May 5, 1994.

9.    "EPA Health-Based Standards for Soil and Dust". Alliance to End Childhood Lead Poisoning, Washington, D.C., May 17, 1994.

10.    "Epidemiology of Tuberculosis in Health Care Settings". University of Cincinnati, Cincinnati, OH, August 19, 1994.

11.    "A Side-by-Side Comparison of Sampling Methods for Lead-Contaminated House Dust". American Public Health Association, Washington, D.C., November 1, 1994.

12.    "Trends in Childhood Exposure to Lead:  Implications for Prevention". University of Rochester, Pediatric Grand Rounds, February 15, 1995.

13.    "Childhood Exposure to Lead". Visiting Professor, Nazareth College, Rochester, New York, March 24, 1995.

14.    "Transmission and Control of Infections in Health Care Workers". (Moderator & Speaker) American College of Occupational Environmental Medicine, Las Vegas, Nevada, May 4, 1995.

15.    "Lead Exposure Prevention Research at the University of Rochester". New England Lead Conference, Kennebunkport, Maine, August 3, 1995.

16.    "Prevention of Childhood Lead Exposure". 1st Annual Midwest Conference on Childhood Lead Poisoning Prevention, Kansas City, MO, September 10-11, 1995.

17.    "Childhood Lead Exposure: Implications for Occupational Health". National Institute for Occupational Safety and Health, Cincinnati, OH, May 10, 1996.

18.    "Community Characteristics and Children's Blood Lead Concentrations". American Public Health Association, New York City, NY, November 19, 1996.

19.    "Evolution of a Disease: The Science of Childhood Lead Exposure Prevention." American Public Health Association, New York City, NY, November 18, 1996.

20.    "Childhood Lead Exposure: A Local and National Perspective." Occupational Medicine Grand Rounds, University of Rochester, January 2, 1997.

21.    "Prevention of Childhood Lead Exposure: The U.S. Experience". (Keynote) University of the West Indies and Pan American Health Organization, Kingston, Jamaica, January 23, 1997

22.    "Lead-Contaminated House Dust and Children's Blood Lead Levels". (Keynote Presentation) Look Out for Lead Conference, Madison, WI, May 22, 1997.

23.    "Primary Prevention of Childhood Lead Exposure: A Randomized Trial of Dust Control". American Public Health Association, Indianapolis, November 13, 1997.

24.    "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Medical University of South Carolina, Charleston, SC, March 20, 1998.

25.    "The Science of Childhood Lead Exposure Prevention." Tulane/Xavier Center for Bioenvironmental Research, New Orleans, May 4-5[th], 1998.

26.    "Lead Hazard Control Research" Conference on Linking Health, Housing & Environment, Centers for Disease Control, Department of Housing and Urban Development, National Institutes of Health, Phoenix, Arizona, June 21-24, 1998.

27.    "A Randomized Trial of Dust Control to Prevent Childhood Lead Exposure." Presenter and Co-chairman, Section on Heavy Metals, 1st International Conference on Children's Environmental Health, Amsterdam, The Netherlands, August 11-13[th], 1998.

28.    "Prevention of Childhood Lead Exposure: A Critique of the EPA's Proposed Residential Lead Standard". Office of Children's Health Protection, U.S. Environmental Protection Agency, Washington, D.C., November 5, 1998.

29.    "Science and Policy of Lead Poisoning Prevention in the United States". Nicholas School of the Environment, Duke University, Durham, North Carolina, February 22, 1999.

30.    "Behaviors in Early Childhood and Exposure to Environmental Toxins". (invited) Pediatric Environmental Health Conference, San Francisco, CA May 4, 1999.

31.    "Patterns of Lead Exposure in Early Childhood". International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy, May 7, 1999.

32.    "Adverse Effects of Blood Lead Concentrations <10 $\mu$g/dL" (Invited), 17th International Conference Neurotoxicology Conference, Little Rock, Arkansas, October 17-20, 1999.

33.    "Emerging Research and Implications for Prevention of Childhood Lead Exposure" (Invited), 2nd Annual Syracuse Lead Conference, Syracuse, New York October 27th, 1999.

34.    "Prevention of Lead Poisoning in Children" Sierra Club, Omaha, NE, November 16th, 1999.

35.    "Children's Environmental Health: A Focus on Residential Hazards" Department of Pediatrics, University of Nebraska Hospital, November 17th, 1999.

36.    "Effectiveness of Lead Hazard Controls", New England Lead Conference, New Hampshire, Tufts University School of Medicine, April 25, 2000.

37.     "Subclinical Lead Toxicity in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 15, 2000.

38.     "Contribution of Residential Exposures to Asthma in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 16, 2000.

39.     "The Effect of Soil Abatement on Blood Lead Concentration in Children living near a former Smelter and Milling Operation" (invited). Coeur d'Alene, Idaho, May 24, 2000.

40.     "The Paradox of Lead Poisoning Prevention" (invited). National Institute of Justice, Washington, D.C., July 18th, 2000.

41.     "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Children's Hospital Medical Center, Cincinnati, Ohio, August 22, 2000.

42.     "Children's Environmental Health: A Focus on Residential Hazards"  Pediatric Grand Rounds, Department of Pediatrics, University of Rochester School of Medicine, Rochester, NY, September 20th, 2000.

43.     "Prevention of Lead Poisoning in Childhood" 7th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, NY, September 29, 2000.

44.     "Excavating the Enigmas of Childhood Lead Exposure". Department of Environmental and Occupational Medicine, Harvard University School of Public Health, Boston, MA, October 16th, 2000.

45.     "Contribution of Residential Exposures to Asthma". Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 11th, 2000.

46.     "Setting Research Priorities for the Decade". (Moderator & Speaker) Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 13th, 2000.

47.     "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation) Look Out for Lead Conference, Madison, WI, April 12, 2001.

48.     "Environmental Lead Exposure and Children's Intelligence at Blood Lead Concentrations below 10 $\mu$g/dl." APA Presidential Plenary Session, Pediatric Academic Society Meeting, Baltimore, MD, April 30, 2001.

49.     "Elimination of Childhood Lead Exposure: Obstacles & Opportunities" (Plenary).  National Housing Conference and Exposition, New Orleans, LA, May 16th, 2001.

50.     "Prevention of Childhood Lead Exposure: A Public Health Perspective" (Keynote Presentation). Philadelphia Health Department, Philadelphia, PA, May 23rd, 2001.

51.  "Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation), Charles Drew University, Los Angeles, California, October 22nd, 2001.

52.  "Primary Prevention of Childhood Lead Exposure" (Keynote Presentation), Midwest Regional Lead Conference, Pittsburgh PA, October 29th, 2001.

53.  "Prevention of Childhood Lead Exposure: Shifting to Primary Prevention" (Keynote Presentation), Indiana Department of Health, Lead-Safe Conference, November 7th, 2001.

54.  "A Strategy for Primary Prevention of Childhood Lead Exposure" A testimony to Housing and Transportation Subcommittee, U.S. Senate, Washington, D.C., November 13, 2001.

55.  "Ethical issues of Environmental Research involving Children" (moderator and speaker). Panelists were Jeffrey Kahn, Ph.D., and Leonard Glantz, J.D., Raleigh-Durham, North Carolina, NIEHS Conference of Children's Environmental Health Centers, January 23, 2001.

56.  "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Omaha Children's Hospital, Omaha, Nebraska, March 1, 2002.

57.  "Racial Disparities in Children due to Environmental Hazards" Ohio Commission on Minority Health, Columbus, Ohio March 27, 2002.

58.  "Prevention of Childhood Lead Exposure in a Former Mining Community" Tar Creek, Oklahoma, April 4, 2002.

59.  "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Hasbro Children's Hospital, Brown University, Providence Rhode Island, May 17, 2002.

60.  "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Dayton Children's Hospital, Wright University, Dayton, Ohio May 22, 2002.

61.  "Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." International Lead Congress, Washington, DC, June 3rd, 2002.

62.  "Residential Hazards: A Neglected Health Problem" Agency for Toxic Substances Disease Registry, Centers for Disease Control and Prevention, Atlanta, Georgia, August 19th, 2002.

63.  "Control of Residential Exposures to Environmental Neurotoxins" National Center for Healthy Homes (Moderator and Speaker), Annapolis, VA, November 7th, 2003.

64.  "The Promises and Potential Pitfalls of Primary Lead Poisoning Prevention" Purchase College, 9th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, New York,, October 4th, 2002.

65.  "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Syracuse, NY, October 9th, 2002.

66.  "Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." University of Texas at El Paso, El Paso, Texas January 29th, 2003.

67.  "Childhood Lead Poisoning" Introduction to Children's Environmental Health, Seattle, Washington, Pediatric Academic Society, May 3rd, 2003.

68.  "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Chicago Lead Summit, Chicago, Illinois, May 28th, 2003.

69.  "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Case Western Reserve University, Cleveland, Ohio, June 3rd, 2003.

70.  "Housing and Children's Health", Sprawl: The impact on vulnerable populations, University of Cincinnati College of Medicine, Cincinnati, Ohio, July 8th, 2003.

71.  "Trials and Tribulations of Protecting Children from Environmental Toxins". Duke University, Nicholas School of the Environment, Durham, NC, November 6th, 2003.

72.  "Adverse Effects of Fetal and Childhood Exposures to Prevalent Toxins" Midwest Critical Regional Neonatology Conference, Covington, KY, November 14th, 2003.

73.  "Control of Residential Hazards in Children" American Public Health Association, San Francisco, CA, November 18th, 2003.

74.  "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". 21st International Neurotoxicology Conference, Honolulu, Hawaii, February 11th, 2004.

75.  "Trials and Tribulations of Protecting Children from Environmental Hazards" Workshop on Ethical Issues on Children's Environmental Health, Children's Environmental Health Network, Washington, D.C. March 5, 2004.

76.  "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis", Pediatric Academic Societies Annual Meeting. Pediatric Research 2004;55:163A.

77.  "The Impact of the Environment on Children's Health" Bob Smith Endowed Lecture, Department of Pediatrics, First Gulf Coast Children's Environmental Health Symposium, Baylor University, Houston, Texas.

78.  "The Search for Environmental Causes of Learning Disabilities, Learning Disabilities Initiative, Baltimore, MD, May 18th, 2004.

79.  "Residential Hazards in Children: A Neglected Public Health Problem", Pediatric Grand Rounds, Boston Medical Center, Department of Pediatrics, Boston University Medical Center, Boston, MA, May 20th, 2004.

80.  "Residential Hazards in Children" "Healthier Homes, Stronger Families: Public Policy Approaches to Healthy Housing", National Center for Healthy Housing, Washington, D.C., June 2nd, 2004.

81.    "Fetal and Early Childhood Exposures to Prevalent Toxins" Pediatric Grand Rounds, Ste. Justine Children's Hospital, University of Montréal, Montreal, Canada, June 16th, 2004.

82.    "Childhood Exposure to Lead-Contaminated Soil: A Problem of the Past or a Problem from the Past?" National Academy of Science Committee on Superfund Site Assessment and Remediation in Coeur d'Alene River Basin", June 17th, 2004, Coeur d'Alene, Idaho.

83.    "The Legacy of Lead" (Keynote Speaker). Chicago Lead Summit, Region V EPA Headquarters, September 15th, 2004.

84.    "A Tale of Two Toxins: Children's Exposure to Tobacco and Lead" (with Michael Weitzman), The American Academy of Pediatrics, San Francisco, CA, October 10th, 2004.

85.    "A Legacy of Childhood Lead Poisoning" University of Washington, Seattle, Washington, October 30, 2004.

86.    "Protecting Children from Environmental Toxins", Pediatric Grand Rounds, Seattle Children's Hospital, Seattle Washington, March 10th, 2005.

87.    "The Science and Politics of Childhood Lead Poisoning", Northwest Pediatric Environmental Health Conference, University of Washington, Seattle, Washington, March 11th, 2005.

88.    "The Effects of Low-level Exposure to Environmental Toxins during Fetal Development and Early Childhood", Children's' Hospital of Fudan University, Shanghai International Pediatric Forum, Shanghai, China, June 16th to 18th, 2005.

89.    "The Role of Biomarkers in Revealing Genetic and Environmental Influences of Disease and Disability" Psychiatry Grand Rounds, University of Cincinnati, February 8th, 2006.

90.    "Trials and Tribulations of Protecting Children from Environmental Hazards: Ethical Issues", Johns Hopkins University of Medicine, March 17th, 2006.

91.    "Key Elements of a Primary Prevention Strategy for Lead Poisoning", Albany Law School, Union University, Albany, New York, March 16th, 2006.

92.    "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", Case Western Reserve University, City Club of Cleveland, Cleveland, OH March 4th, 2006.

93.    Integrating Genetic and Environmental Influences in Pediatric Research" (Moderator and Speaker), Pediatric Academic Societies, San Francisco, CA, April 30th 2006.

94. "Ethical Issues in Housing Health Hazard Research Involving Children" (Topic Symposia) Pediatric Academic Societies, San Francisco, CA, May 2nd 2006.

95. "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", International Workshop on Neurotoxic metals: from Research to Prevention, University of Brescia, Italy, June 17th, 2006.

96. "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", International Society for Environmental Epidemiology, Paris France, September 6th, 2006.

97. "Protecting Children from Environmental Toxins", Region VIII Children's Environmental Health Summit, Vail, Colorado September 20th, 2006.

98. "Integrating Genetic and Environmental Biomarkers in Pediatric Epidemiology", Visiting Professor, Simon Fraser University and University of British Columbia, Vancouver, British Columbia, October 19th-20[th], 2006.

99. "The Legacy of Lead", Indiana Lead Conference, Indianapolis, Indiana, October 24, 2006.

100. "Ethical dilemmas in Children's Environmental Health", Seminar Series in Ethics of Toxicology, University of Champagne-Urbana, Champagne, Illinois, November 19th, 2006.

101. "Low-Level Lead Toxicity: Implications for Prevention"", WHO Informal Workshop on Lead, University of Munich, Germany, November 30th, 2006.

102. "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", National Environmental Public Health Conference, National Centers for Disease Control, Atlanta, Georgia, December 4th, 2006.

103. "The Epidemiologic Conquest of Childhood Lead Toxicity: A Pyrrhic Victory". NIEHS Workshop on Children's Environmental Health Research: Past, Present and Future.  January 22nd, 2007.

104.  "Linking Low-level Exposures to Environmental Toxicants with ADHD".  Duke Integrated Toxicology and Environmental Health Program Symposium on Developmental Neurobehavioral Disabilities and Toxic Exposures, March 23, 2007, Durham, North Carolina.

105. "Using Biomarkers to Link Environmental Influences with Disease and Disability", The Channing Laboratory, Harvard University, Boston, Massachusetts, April 4th, 2007.

106. "The Lingering Legacy of Lead Toxicity". Grand Rounds, Department of Pediatrics, St. Louis Children's Hospital, St. Louis University, St. Louis, Missouri, April 11th, 2007.

107. "Protecting Children from Environmental Toxicants", United States Council of Catholic Bishops, Washington, D.C., April 30th, 2007.

108. "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", Pediatric Academic Societies, APA Presidential Platform Plenary Session, Toronto, Canada, May 7th, 2007.

109.    "The Lingering Legacy of Lead Toxicity" Grand Rounds, Department of Pediatrics, Omaha Children's Hospital, University of Nebraska, Omaha, Nebraska, April 11th, 2007.

110.    "Linking Low-level Neurotoxicant Exposures of the Developing Brain to Learning and Behavioral Problems."  International Conference on Developmental Programming and Effects of Environmental Toxicants in Human Health and Disease, Faroe Islands, May 20th, 2007.

111.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson", National Policy Consultation Series on Children's Health and Environment, Moncton, New Brunswick, Canada, May 31, 2007.

112.    "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  Occupational and Environmental Health Seminar Series, Health Canada, Ottawa, Canada, June 6th, 2007.

113.    "Linking Low-Level Lead Exposure with Child and Adolescent Psychopathology", 13th Annual International Society for Research in Child and Adolescent Psychopathology, London, England, June 19th, 2007.

114.    "The Legacy of Lead Toxicity". Pediatric Grand Rounds, New York Presbyterian Hospital-Weill Cornell Medical Center, September 18th, 2007.

115.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Pediatric Grand Rounds, Children's Hospital at Dartmouth, Dartmouth Medical School, September 19th, 2007.

116.    "The Legacy of Lead Toxicity: Effects of Childhood Lead Exposure in Children, Adolescents and Adults". Mid-America Conference, Philadelphia, Pennsylvania, October 4th, 2007.

117.    "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  International Society for Exposure Analysis (invited plenary session), Raleigh-Durham, North Carolina, October 17th, 2007.

118.    The Global Elimination of Lead Toxicity: A Focus on Housing."  National Institute of Public Health, Rennes, France, October 22nd, 2007.

119.    Linkage of Environmental Lead Exposure with Psychopathology in Children and Adolescents" Ramazzini Collegium, Carpi, Italy, October 25th, 2007.

120.    "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology", Symposium on Environmental Toxicity and the Brain, University of Toronto, Toronto, Canada, December 7th, 2007.

121.    "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology." Pediatric Grand Rounds, Rochester General Hospital and Strong Memorial Hospital, Rochester, New York, April 1&2, 2008.

122.   "Rochester's Role in the Ongoing Elimination of Childhood Lead Toxicity."  Beaven Lecture, Rochester Academy of Medicine, Rochester, New York, April 1, 2008.

123.   "The Lingering Legacy of Lead Toxicity: Lansing Legacy."  Michigan's Conference for Lead Safe & Healthy Homes, East Lansing, MI, April 22, 2008.

124.   First Annual Controversies in Pediatric Environmental Health, "Should the Centers for Disease Control Lower the Blood Lead Level of Concern". A debate by Bruce Lanphear and George G. Rhoads (James Sargent, Moderator). Pediatric Academic Societies Meeting, Honolulu, Hawaii, May 2nd, 2008.

125.   "Linking Exposure to Environmental Toxicants with Psychopathology in Children and Youth". Visiting Professor, Alberta Child and Youth Network, Calgary Children's Hospital, Calgary, Alberta. May 13th-15th, 2008.

126.   Lead Toxicity and the Teenage Brain", Youth Exploring Science Program, St. Louis Science Center, St. Louis, Missouri, June 30th, 2008.

127.   "The Legacy of Childhood Lead Toxicity".  Health Canada, Ottawa, Canada, October 6th, 2008.

128.   "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". The 2008 Rachel Carson Legacy Conference: Green Chemistry – Solutions for a Healthy Economy, Duquesne University, Pittsburgh, Pennsylvania, September 20th, 2008.

129.   "Trials and Tribulations of Protecting Children from Environmental Hazards", Ethics in Toxicology Seminar Series, University of Champagne-Urbana, Champagne, Illinois, September 22nd, 2008.

130.   "Industry's Influence on the Prevention of Childhood Lead Poisoning." In: Symposia on Insulating Environmental Health Research from Conflicting Interests.  International Society for Environmental Epidemiology Annual Meeting, Pasadena, California, October 14th, 2008.

131.   "The Lingering Legacy of Lead Toxicity: Implications for Research and Policy on Other Environmental Toxicants". (Keynote Presentation) BC Environmental and Occupational Health Research Network, Vancouver, BC, November 7th, 2008.

132.   "Effects of Environmental Toxicants on Children's Development". DB-PREP Course, American Academy of Pediatrics, Atlanta, Georgia, December 5th, 2008.

133.   "Linking Low-level Environmental Toxicants with New Morbidities of Childhood". BC Children's Grand Rounds, British Columbia, Vancouver, February 6th, 2009.

134.   "Using Biomarkers to Link Exposures with Disease and Disability in Children". Workshop on Physical and Chemical Exposures in Canadian Cohort Studies, Canadian Institute of Health Research and Health Canada, February 8th-9th, 2009.

135.   "How Dangerous Is Lead In Drinking Water?" An interview on "Around The Water Cooler" with Werner Troesken and Bruce Lanphear. February 18th, 2009.

136.   "Linking Environmental Toxicants with ADHD in Children" (invited), Learning Disabilities Association Annual Meeting, February 25th, Salt Lake City, Utah.

137.   "The Lingering Legacy of Lead Toxicity", Norfolk Children's Hospital, April 30th, 2009, Norfolk Virginia.

138.   Second Annual Controversies in Pediatric Environmental Health Debate, "Should Pediatricians Advise Parents to Feed their Children Organic Foods?" A debate by Joel Forman and Janet Silverstein (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Baltimore, MD, May 4th, 2009.

139.   "A Pattern of Pathology: The Population Impact of Environmental Toxicants on Health". Workshop on Endocrine Disruptors, Endocrine Society, Washington, DC, June 9th, 2009.

140.   "The Quandary of Environmental Contaminants in Human Milk", 25th Anniversary of US Surgeon General's Report on Breastfeeding, Washington, DC, June 13th, 2009.

141.   "Linking Exposures to Environmental Toxicants with Learning Problems and Psychopathology in Children." Northwest Conference on Children's Health and Environment, Tukwila, Washington, October 1st, 2009.

142.   "The Second Coming of the Sanitarians", Pediatric Grand Rounds, University of California at Davis Children's Hospital, Sacramento, California, October 9th, 2009.

143.   "The Second Coming of the Sanitarians", National Institute of Public Health, Rennes, France, November 4th, 2009.

144.   "Linking Exposure to Environmental Toxicants with ADHD in Children." Symposium on ADHD. Riyadh, Saudi Arabia, November 7th, 2009.

145.    "The Interplay of Genetic and Environmental Influences in Common Conditions of Children." Macquarie University, Department of Geology, Sydney, Australia, November 18th, 2009.

146.   "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure." Pacific Basin Consortium Symposium on Environment and Health, Perth, Australia, November 13th, 2009.

147.   "The Second Coming of the Sanitarians", SFU President's Lecture, Simon Fraser University, Burnaby, BC, March 4th, 2010.

148.   Third Annual Controversies in Pediatric Environmental Health Debate, "Should the American Academy of Pediatrics Sponsor a Ratings Board to Provide Evidence-based Ratings for Media?" A debate by James Sargent and Donald Shifrin (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Vancouver, BC, May 2nd, 2010.

149. "Efficacy of Reducing Lead Hazards in Housing on Lead-Contaminated House Dust, Blood Lead Concentration and Intellectual Abilities in Children." Pediatric Academic Societies Meeting, Vancouver, BC May 1st, 2010.

150. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Pediatric Grand Rounds, Cornell Weill Medical College, New York, New York. May 25th, 2010.

151. "Excavating the Enigmas of Childhood Lead Toxicity", Guest Lecturer, "Introduction to Toxicology, Harvard School of Public Health, Boston, Massachusetts, October 27th, 2010.

152. "The Conquest of Lead Poisoning: A Pyrrhic Victory", Lead Action Collaborative, New England Carpenters Center, Boston, Massachusetts, October 28th, 2010.

153. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Academy of Breastfeeding Medicine, San Francisco, California, October 29th, 2010.

154. "Bisphenol A and Behavior Problems in Children". Eastern Perinatal Conference, Kingston, Ontario, November 10th, 2010.

155. "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?" UBC Statistics Department Seminar, November 18th, 2010.

156. "Protecting Children from Environmental Toxicants." Children's Hospital of Quebec, University of Laval, Quebec City, Quebec, December 17th, 2010.

157. "Low-level Toxicity: Implications for Research and Policy", Joint Talks by C. Arden Pope and Bruce Lanphear, SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 7th, 2011.

158. "Crime of the Century: Lead Toxicity in the 20th Century", Panel Presentation and Discussion, UC Davis, Sacramento, California April 7th, 2011.

159. Fourth Annual Controversies in Pediatric Environmental Health Debate, "Should Parent Slather their Children with Sunscreen?" A debate with Russell Chesney, MD and Sophie Balk, MD, (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Denver, Colorado, May 1st, 2011.

160. The Conquest of Lead Toxicity: A Pyrrhic Victory", Canadian Water Network, Ecole Polytechnique de Montreal, Montreal, Canada, June 9th, 2011.

161. The Contribution of Environmental Influences on Chronic Disease, Canadian Partnership for Health and Environment, Toronto, Canada, June 16th, 2011.

162. "The Second Coming of the Sanitarians", Environmental and Occupational Health Seminar, University of Washington School of Public Health, Seattle, WA, May 12th, 2011.

163. "Crime of the Century: The Failure to Prevent the Lead Pandemic". Sterling Prize in Controversy, Wosk Centre, Simon Fraser University, Vancouver, BC, October 19th, 2011.

164.    "Measuring Exposure: The Benefits and Limits of Biomarkers". Canadian Institute for Human Development, Child and Youth Research, Montreal, Canada, December 6th, 2011.

165.    "Rachel Carson: Clarity of Vision". SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA, January 6th, 2012.

166.    "The Truth About Toxins: What Parents and Health Professionals Should Know". Environmental Influences on Neurodevelopment: Translating the Emerging Science into Public Health Policy". UCLA School of Public Health, Los Angeles, California, January 12th, 2012.

167.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Mattel Children's Hospital, Los Angeles, California, January 13th, 2012.

168.    "Why Should We Share Data?", Data Sharing Strategies for Environmental Health Workshop, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina, February 6th and 7th, 2012.

169.    "The Science and Prevention of Lead Toxicity" (Keynote Presentation), Forum on Lead Toxicity: A Little is Still Too Much", Macquarie University, Sydney, Australia, June 5th, 2012

170.    "Canada Environmental Health Atlas Knowledge Translation Workshop", Canadian Public Health Association, Edmonton, Alberta, June 13th, 2012.

171.    "First Annual Controversies in Pediatric Environmental Health Debate: Should organophosphate pesticides be reduced or banned?" A debate with Brenda Eskenazi and Bruce Lanphear (Rob McConnell, Moderator). International Society for Environmental Epidemiology, Columbia, SC, August 28th, 2012.

172.    "Supralinear Dose-Response Relationship of Environmental Toxicants: Research and Policy Implications." Moderator and Speaker, with Arden Pope, Roel Vermeulen and Bruce Lanphear. International Society for Environmental Epidemiology, Columbia, SC, August 29th, 2012.

173.    Tanya Froehlich and Bruce Lanphear, "ADHD and Environmental Toxicants: Time for Prevention?", Society for Development and Behavioral Pediatrics, Phoenix, AZ, September 9th, 2012.

174.    "The Epidemic of Childhood Disabilities: A Failure to Regulate". Workshop on Children's Rights and Corporate Responsibility, Green College, University of British Columbia, Vancouver, BC, October 19th, 2012.

175.    "Low-level Toxicity: Much Ado About Nothing?", Department of Preventive Medicine Seminar, University of Southern , California, Los Angeles, California, October 23rd, 2012.

176.    "Reflections on Silent Spring". (Invited Keynote). International Society for Exposure Sciences, Seattle, Washington, October 28th, 2012.

177.   "Randomized Controlled Trials in Children's Environmental Health: Underutilized or Unethical?" The University of Washington Northwest Pediatric Environmental Health Specialty Unit and Center for Child Environmental Health, Seattle, Washington, February 26th, 2013.

178.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic". Dali Lana School of Public Health and of School Environment, University of Toronto, Toronto, Ontario, March 26th, 2013.

179.   "The Ongoing Search for a Threshold". International Conference of Toxicology, Seoul, Korea, July 1, 2013.

180.   "Blood Lead Concentrations and Cardiovascular Mortality in the United States: The NHANES Mortality Follow-up Cohort Study". International Society for Environmental Epidemiology, Basel, Switzerland, August 2, 2013.

181.   "The Conquest of Lead Poisoning: A Pyrrhic Victory". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

182.   "Striking at the Root: Changing the Narrative on the Causes of Disease". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

183.   "Crime of the Century: The Failure to Prevent the Lead Pandemic". Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 26, 2013.

184.   "Low-level Toxicity: Policy Implications for the 21st Century". Symposium on Policy Implications of Environmental Exposures in the 21st Century. Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 27, 2013.

185.   "Excavating the Enigmas of Childhood Lead Toxicity". Network for Soil Contamination Research (INSCR), Delhi University, New Delhi, India. October 22nd, 2013.

186.   "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure", World Health Organization, New Delhi, India. October 24th, 2013. "The Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." National Institute of Environmental Health Sciences, Raleigh-Durham, NC, November 10th, 2013.

187.   "Protecting Children from Environmental Toxins". Japan Dioxin and Endocrine Disruptors Preventive Action, Tokyo, Japan, November 24th, 2013.

188.   "ADHD: A Preventable Epidemic?" Alberta Children's Hospital, Calgary, Alberta, December 16th, 2013.

189.   "Little Things Matter: The Impact of Toxins on the Developing Brain". Early Years Conference, Vancouver, British Columbia, January 30th, 2014.

190.   "Little Things Matter: The Impact of Toxins on the Developing Brain". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

191. "Low-level Toxicity of Environmental Toxins: Much Ado About Nothing?". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

192. "The Canadian Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." School of Occupational and Environmental Health, University of British Columbia, March 28th, 2014.

193. "Little Things Matter: The Impact of Toxins on the Developing Brain". British Columbia Healthy Child Alliance, Vancouver, British Columbia, April 2nd, 2014.

194. "Sixth Annual Controversies in Pediatric Environmental Health Debate, E-Cigarettes: A weapon in the war against tobacco or a threat to tobacco control. (Moderator). Featuring Greg Connelly and James Sargent. Pediatric Academic Societies, Vancouver, May 4th, 2014.

195. "Striking at the Root Causes of Chronic Disease in Children" (Moderator). James Sargent, Joel Bakan and David Kessler, May 5th, 2014.

196. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). OHKA Healthy Homes Alliance, Omaha, Nebraska, May 15th, 2014.

197. "Excavating environmental risk factors for autism: Suspects and strategies". A workshop on examining a multi-systems approach to autism and the environment: challenges and opportunities for research". Toronto, Ontario, June 23rd-24th, 2014.

198. "Lead Poisoning: Tackling a Global Problem" (Co-Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

199. "Interventions to Reduce Exposures to Environmental Hazards in Pregnant Women and Children", (Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

200. 3rd Annual ISCHE-Sponsored Debate: Should there be any restrictions on universities or academicians receiving payment from industry or other sources? (Moderator). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

201. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Tulane University School of Public Health and Tropical Medicine, New Orleans, Louisiana, September 5th, 2014.

202. "Environment Matters", Children's Environmental Health Panel. Society for Environmental Journalists, New Orleans, Louisiana, September 6th, 2014.

203. "Insidious Influence of Industry on Science: How Corporations Undermine Science", 5th Annual C. Everett Koop Distinguished Lecture, "Corporate Threats to Children's Health", with Joel Bakan and James Sargent, Dartmouth University, New Hampshire, October 6th, 2014.

204. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, Montefiore Medical Center, New York, New York, October 8th, 2014.

205.   "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). Prenatal Environmental Health Education (PEHE) Conference, University of Ottawa. Ottawa, Ontario, November 21st, 2014.

206.   "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). ISEE Asian Regional Meeting, Shanghai, China, November 30th, 2014.

207.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, ISEE Asian Regional Meeting, Shanghai, China, November 31st, 2014.

208.   "Data Visualization", with Joe Braun and Allan Just, Pediatric Environmental Health Scholars Retreat, Reston, VA, December 6th, 2014.

209.   "Victories in Public Health: Progress or Adaptation?" SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 8th, 2015.

210.   "Food in the Industrial Era: Is Backward the Way Forward?" Children's Environmental Health Network, Austin, Texas, February 4th, 2015.

211.   "Excavating the enigmas of childhood lead toxicity". Broken Hill City Council and Lead Reference Group, Broken Hill, New South Wales, Australia, March 3rd, 2015.

212.   "Prevention Paradox: Why a Little Lead is Too Much". Unequal Exposure Symposium, Climate Change Research Center, University of New South Wales, March 5th, 2015, Sydney, Australia.

213.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 23rd, 2015.

214.   "The Staggering Cost of Lead Toxicity and the Unbelievable Benefit of Preventing It". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 24th, 2015.

215.   Seventh Annual Controversies in Pediatric Environmental Health Debate, "GMOs: A Hazard or Harvest of Health?" A debate with Joel Forman, MD and Daniel Goldstein, MD,  (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, San Diego, California, April 27th, 2015.

216.   "Impact of Dwellings on Child Health", Canadian Green Building Council Conference, Vancouver Convention Center, Vancouver, BC, April 28. 2015.

217.   "Impact of Tobacco on the Developing Brain", Developmental Effects of Nicotine and Implications for Emerging Tobacco Products, Rockville, Maryland, May 5th, 2015.

218.   "Impact of Toxins on the Developing Brain" India Tour (Bengaluru, Trivandrum, Kolkata, and Chandigarh) Sponsored by PAN-India, September 4th-11th, 2015.

219.   "Impact of Dwellings on Child Health", Green School Summit, Calgary, Alberta, September 25th. 2015.

220. "Prevention Paradox: Why a Little Lead is Too Much", A debate with George Rhoads, Montefiore Medical Center, Tarrytown, October 2nd, 2015.

221. "Crime of the Century: Our Failure to Prevent the Lead Pandemic" (Keynote Presentation), University of Cincinnati Department of Environmental Health 50th Anniversary Gala, Cincinnati, Ohio, October 9th, 2015.

222. "Impact of Toxins on the Developing Brain" (Keynote Presentation) Children's Environmental Health Centers Annual Meeting, Washington, DC, October 31, 2015.

223. "The Impact of Toxins on the Developing Brain: Our Failure to Prevent Brain-based Disorders in Children", National Core for Neuroethics, UBC November 12th, 2015.

224. "Impact of Dwellings on Child Health", Canada Green Building Council, Toronto, ON Green, December 1st, 2015.

225. "The Tortuous Road to Prevention: Are We There Yet", Air Quality and Impacts on Health: Beyond the Heart and the Lungs, The Lung Association of BC, February 28th, 2016.

226. "Lead's Long Shadow: What the Story of Flint, Michigan Means for All of Us", with Bruce Lanphear, Mona Hanna-Attisha and Marc Edwards. Collaborative on Health and the Environment Webinar, March 8th, 2016.

227. "Little Things Matter: The Impact of Toxins on the Developing Brain", Collaborative on Health and Environmental Alaska Working Group Webinar, March 9th, 2016.

228. "Victories in Public Health: Progress or Adaptation?", Symposium Against Indifference, Ashland University, Ashland, Ohio, April 5th, 2016.

229. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote), Children's Environmental Health: New Findings from California Research, Sacramento, California, April 7th, 2016.

230. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Distinguished Visiting Professor in Health Law, Loyola University, Chicago, Illinois April 21st, 2016.

231. "The Population Impact of Toxins on Intellectual Abilities: Implications for Policy and Prevention", in Symposia on Environmental Toxins and the Brain: Growing Evidence of Risk, Pediatric Academic Societies, Baltimore, MD, May 2nd, 2016.

232. "Data Visualization and Video Production for Public Consumption", in Symposia on Innovative Tools to Enhance Knowledge Translation of Environmental Health: Data Visualization, Videos and Message Mapping, (co-Moderated by Mark Miller and Bruce Lanphear), Pediatric Academic Societies, Baltimore, MD, April 30th, 2016.

233. "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Michigan State University, Flint, MI, May 7th, 2016.

234. "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Johns Hopkins University School of Public Health, Baltimore, MD, May 7th, 2016.

235. "Little Things Matter: The Impact of Toxins on the Developing Brain", Baltimore, MD, International Medical Federation Autism Research (IMFAR), May 8th, 2016.

236. "Public Health Matters: Videos on Toxic Chemicals, Air Pollutants and the Prevention Paradox", Mongolian National University of Medical Sciences, June 23, 2016.

237. "Little Things Matter: The Impact of Toxins on the Developing Brain", USC Annenberg Center for Health Journalism, July 18th, 2016.

238. "Preventing Lead Toxicity", California Environmental Protection Agency, Occupational Environmental Health Hazard Assessment, September 23rd, 2016.

239. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease," World Issues Forum, Fairhaven College, University of Western Washington, (with Bob Lanphear), November 2, 2016.

240. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, Maimonides Hospital, November 15th, 2016.

241. "Little Things Matter: The Impact of Toxic Chemicals on the Child Health" (Keynote), Hudson Valley Perinatal Conference, November 16th, 2016.

242. "Little Things Matter: The Impact of Toxins on the Developing Brain", IPEN, San Francisco, CA, November 18th, 2016.

243. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", SFU, UBC and UW Annual Occupational and Environmental Health Conference Semiahmoo, WA, January 5th, 2017.

244. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", University of New Brunswick, January 25th, 2017.

245. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", New Brunswick Children's Environmental Health Collaborative, January 26th, 2017.

246. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Rockefeller Center, Bellagio, Italy, February 22nd, 2017.

247. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", The Science in Society Speaker Series, Okanagan College, Vernon, BC, April 6th, 2017.

248. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain" (invited plenary), Vancouver, British Columbia, Canadian Pediatric Society, June 3rd, 2017.

249. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Macquarie University, Sydney, Australia, September 29th, 2017.

250.    "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Brown University, Providence, Rhode Island, October 13th, 2017.

251.    Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Health? University of Alaska, Alaska Tribal Health Consortium, Anchorage, Alaska, November 2nd, 2017.

252.    "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain"  (Keynote), All Alaska Pediatric Conference, Anchorage, Alaska, November 3rd, 2017.

253.    "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", CINBIOSE 30th Anniversary, University of Quebec at Montreal, Montreal, November 9th, -10th, 2017.

254.    "The Legacy of Lead Poisoning: Moving towards Prevention". East Chicago Community Meeting, Illinois, November 26th, 2017.

255.    "Cause or Cure", NIEHS Environmental Health Seminar, University of Southern California, Los Angeles, California, December 1st, 2017.

256.    "Little Things Matter: The Impact of Lead on Brain Development" (Keynote Presentation), Workshop on Lead-Free Schools, Pew Trust, Washington, DC, December 6th-7th, 2017.

257.    "Low-level Toxicity of Chemicals: No Acceptable Threshold?" Risk Modeling, Mitigation and Modeling in Health Sciences, Centre de Recherches Mathematiques, Montreal, QC, December 11th, 2017.

258.    "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Department of Psychology and Neuroscience, York University, Toronto, ON, December 13th, 2017.

259.    "The impact of Pollutants on Human Health: No Safe Levels?", Center for Energy and Environmental Contaminants, Macquarie University, Sydney, Australia, February 13th, 2018.

260.    "Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Children's Health?", Department of Pediatrics, University of Wisconsin at Madison School of Medicine, Madison, Wisconsin, March 1st, 2018.

261.    "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Wisconsin Environmental Health Network, Madison, Wisconsin, March 2nd, 2018.

262.    "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Biennial Atlantic Symposium on Learning Disabilities Association, Fredericton, NB.

263.    "Crime of the Century: The Failure to Prevent the Lead Pandemic" (Keynote). 11th UK and Ireland Environmental and Occupational Epidemiology, John Snow Lecture Hall, London School of Hygiene and Tropical Medicine, April 27th, 2018.

264.    "The Impact of Pollutants on Human Health: No Safe Levels?" From Toxicology to Planetary Health, London School of Hygiene and Tropical Medicine, April 27th, 2018.

265. Topic Symposium: "Toxic Chemicals and the Rise of Chronic Disease in Childhood: A Preventable Epidemic?" (chair and speaker), Pediatric Academic Societies, May 7th, 2018.

266. "Prevention Paradox; Why a Little Lead is Too Much", Ontario Water Advisory, Toronto, CA, May 7th, 2018.

267. "How the Secrets of Body Care and Cleaning Products Impact your Health", Panel with Bruce Lanphear, Muhannad Malas and Janie McConnell, Centre for Free Expression, Ryerson University, Toronto, ON, May 7th, 2018.

268. "Prevention Paradox; Why a Little Lead is Too Much" (Keynote), Pittsburgh, PA, Get the Lead Out Conference, May 9th, 2018.

269. "Low-level Lead Exposure and Mortality", Global Health Forum, Miami, Fl, May 23rd, 2018.

270. "Unleashing the Power of Prevention: Targeting Toxic Chemicals and Pollutants", Canadian Public Health Association, Montreal, QC, May 28th, 2018.

271. "The Impact of Pollutants on Human Health: No Safe Levels?" Chemicals Management Plan Stakeholder Advisory Council, Health Canada, May 30th, 2018.

272. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, University of California – Davis, Sacramento, CA, June 8th, 2018.

273. "Why a Little Lead is Too Much", Health Canada, Ottawa, ON, August 29th, 2018.

274. "Unleashing the Power of Prevention: Mobilizing Science to Prevent Disease", ISEE-ISES Workshop, Ottawa, ON, August 30th, 2018.

275. "The Lingering Legacy of Lead: Why a Little Lead is Too Much", LA Lead Summit: A Strategy for Prevention, University of Southern California, September 14th, Los Angeles, CA.

276. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Children's Hospital of Orange County, Orange County, CA, September 19th, 2018.

277. "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Hurley Medical Center, Flint, Michigan, October 3rd, 2018.

278. "Lead and The Mysterious Decline in Coronary Heart Disease", National Institute of Occupational Safety and Health, Cincinnati, OH, October 11, 2018.

279. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Grand Rounds, Oregon State Health University, Portland, OR, October 23, 2018.

280. "The Impact of Pollutants on Human Health: No Safe Levels?" Oregon Environmental Council, Portland, OR, October 23, 2018.

281. "Little Things Matter: The Impact of Toxic Chemicals and Organic Food on Children's Health", HIPP Scientific Symposium on Organic Food, Kranzberg, Germany, October 30, 2018.

282.  "The Mysterious Decline in Coronary Heart Disease", Harvard University Lead Summit, Cambridge, MA, November 15th, 2018.

283.  "The Impact of Pollutants on Human Health: No Safe Levels?" Department of Epidemiology, UMass, Amherst, MA, November 16th, 2018.

284.  "Little Things Matter: The Impact of Toxic Chemicals on Human Health", School of Public Health, Oregon State University, Corvallis, Oregon, April 12th, 2019.

285.  Why A Little Lead is Too Much: An Intimate History", "The Impact of Pollutants on Human Health: No Safe Levels?", Graduate Course in Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

286.  "The Impact of Pollutants on Human Health: No Safe Levels?", Department of Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

**Grants**

Active Grant Awards

1.  Consultant (Joseph Braun, PI). Early Life Perfluoroalkyl Substance Exposure and Obesity: Mechanisms and Phenotyping. 02/01/2016-01/31/2021. National Institutes of Health, $523,725 (5% effort). The purpose of this award is to study the impact of exposure to perfluoroalkyl chemicals on the development of child obesity, adverse cardiometabolic markers and gene regulation. (2.5% effort)

2.  Co-Applicant (Linda Booij, Maryse Bouchard PI). In utero exposure to Bisphenol-A and the developing brain in humans: A longitudinal study of epigenetic mechanisms. 03/01-2016 – 03/31/2019. Canadian Institutes of Health Research (CIHR), $344,025. (2.5% effort).

3.  Principal Investigator (Multiple PI Award with Christine Till). "Impact of early life fluoride exposure on cognitive and behavioural outcomes in children". NIEHS, 09/30/16 – 05/01/19, $296,683 (10% effort).

4.  Consultant (Aimin Chen, Principal Investigator). Developmental neurotoxicity of organophosphate and novel brominated flame retardants in children. National Institute for Environmental Health Sciences. 1RO1ES028277. 09/30/2017-06/30/22 (10% effort).

5.  Mentor (Cynthia Curl, Principal Investigator). Measurement of Agricultural and Dietary Glyphosate Exposure among Pregnant Women. National Institutes of Environmental Health Sciences. 1KO1ES028745-01A1. 09/01/2018-08/31/2022 (5% effort).

Past Grant Awards

1.   Principal Investigator, "Dust-Lead and Blood Lead Levels among Urban Children". The National Center for Lead-Safe Housing, $561,619, 06/15/93 to 08/31/94. Department of Housing and Urban Development Contract MDLPT0001-93. (25% effort).

2.   Principal Investigator, "Determinants of Lead Exposure among Children in Monroe County, NY", NIEHS Pilot Grant, University of Rochester School of Medicine and Dentistry, Department of Environmental Medicine.  $7,600, 06/15/93 to 12/31/95.  (0% effort)

3.   Principal Investigator, "The Effectiveness of Dust Control in Reducing Children's Blood Lead Levels" U.S. Department of Housing and Urban Development, $128,394, 04/01/94 to 05/30/95. (25% effort).

4.   Principal Investigator, "Primary Prevention of Exposure to Lead".  Centers for Disease Control and Prevention, $832,228, 09/30/94 to 10/01/98. (25% effort)

5.   Principal Investigator, "Lead-Contaminated House Dust and Children's Blood Lead Levels". National Center for Lead-Safe Housing, $43,260, 10/01/96 to 03/30/96. (25% effort).

6.   Co-investigator (Christy, PI), "Tuberculosis Screening in Children". New York Department of Health, $15,000, 01/01/95 to 12/31/96. (0% effort)

7.   Co-investigator (Weitzman, PI), "Fellowship Training in General Pediatrics" (Grant # D28PE50008).  Bureau of Health Professions, HRSA, U.S. Public Health Service, $1,752,816, 06/01/96 to 05/30/97. (10% effort).

8.   Principal Investigator, "Neurobehavioral Effects of Low-Level Childhood Lead Exposure". University of Rochester School of Medicine & Dentistry, $8,560, 06/01/96 to 05/30/97. (0% effort)

9.   Principal Investigator, "Neurobehavioral Effects of low-level Lead Exposure in Children". NIEHS Pilot Grant, University of Rochester Department of Environmental Medicine, $20,035, 09/01/97 to 08/30/97.  (0% effort).

10.   Co-investigator (Howard, PI), "Effect on Breastfeeding of Pacifiers and Bottle Feeding". Bureau of Maternal and Child Health, $420,333, 10/01/96 to 09/30/00. (2.5% effort)

11.   Co-investigator (Canfield, PI) "Lead and Children's Cognitive Functioning", Research Grants Program, Cornell University.  $17,000, 10/01/96 to 09/31/97 (0% effort).

12.   Principal Investigator, "Neurobehavioral Effects of Low-Level Lead Exposure in Children" (RO1-ES 08338). National Institute of Environmental Health Sciences, 12/01/96 to 11/31/01, $1,946,848. (25% effort).

13.   Co-investigator, (Aligne, PI).  "Reduction in Passive Smoking among Children with Asthma:  A Randomized Trial of HEPA Air Filtration."  10/01/96 to 09/31/97, $6,000.  KIDD Grant, Rochester General Hospital (0% effort).

14.   Co-investigator, (DeWitt, PI). "Faculty Development in General Pediatrics". Bureau of Health Professions, Health, Department of Health and Human Services 07/01/97 to 06/30/00, $338,000. (15% effort).

15.   Principal Investigator, "A Side-by-Side Comparison of Allergen Sampling Methods", U.S. Department of Housing and Urban Development, 01/02/98 to 12/31/98, $163,065. (15% effort).

16.   Principal Investigator, "National Research Service Award - Fellowship Training in General Pediatrics and Adolescent Medicine" (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/03. $634,408. (0% effort).

17.   Co-investigator, (Steiner, PI) "Survey of Directors and Graduates of NRSA Fellowship Training Programs", Health Resources and Services Administration, Department of Health and Human Services.  06/01/98 to 06/30/99.

18.   Principal Investigator, "Effect of Soil Remediation on Children's Blood Lead Levels in Midvale, Utah".  U.S. Environmental Protection Agency, 08/01/98 to 07/30/99.  $62,550. (15% effort).

19.   Co-investigator, (Phelan, PI) Trends and Patterns in Playground Injuries among U.S. Children." Ambulatory Pediatric Association, 05/05/99 to 05/04/00.  $9,000 (0% effort).

20.   Principal Investigator, "Risk Assessment for Residential Lead Hazards". U.S. Department of Housing and Urban Development, 09/01/99 to 08/30/00. $102,435. (25% effort).

21.   Principal Investigator, "Residential Exposures associated with Asthma in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 07/16/99 to 03/15/00. $30,400. (20% effort).

22.   Principal Investigator, "Effectiveness of Lead Hazard Control Interventions – A Systematic Review" National Center for Lead-Safe Housing, 10/01/99 to 06/01/00. $22,500 (10% effort).

23.   Principal Investigator, "Racial Disparity in Blood Lead Levels due to Genetic Variation in Calcium Absorption". NIEHS Pilot Grant, Center for Environmental Genetics, University of Cincinnati, 04/01/00 to 03/31/01. $28,130 (0% effort).

24.   Principal Investigator, "International Pooled Analysis of Prospective, Lead-Exposed Cohorts". National Institute of Environmental Health Sciences, National Institutes of Health, 08/15/00 to 09/14/01, $16,000. (2.5% effort).

25.   Principal Investigator, "A Randomized Trial to Reduce ETS in Children with Asthma" (RO1-HL/ES65731). National Heart, Lung and Blood Institute, National Institutes of Health, 09/29/00 to 09/28/04, $1,546,848. (25% effort).

26.   Co-investigator, (Geraghty, PI) "Breastfeeding Practices of Mothers of Multiples". Ambulatory Pediatric Association, 05/01/01 to 04/30/02.  $5,000 (0% effort).

27.   Principal Investigator (Subcontract), "A Longitudinal Study of Lead Exposure and Dental Caries".  National Institute of Dental and Craniofacial Research, National Institutes of Health, 08/01/01 to 07/30/04. $300,000 (10% effort).

28.   Co-investigator (Phelan, PI), "Fatal and Non-Fatal Residential Injuries in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 03/01/01 to 11/31/01. $40,700. (5% effort).

29.   Principal Investigator, "Prevalent Neurotoxicants in Children" (PO1-ES11261). National Institute for Environmental Health Sciences and U.S. Environmental Protection Agency, 09/01/01 to 09/31/06, $5,000,000. (30% effort).

30.   Principal Investigator, "International Pooled Analysis of Lead-Exposed Cohorts". Centers for Disease Control (RO1/CCR 521049). Centers for Disease Control, 09/15/01 to 09/14/02, $28,473. (3% effort).

31.   Principal Investigator, supplement to "Prevalent Neurotoxicants in Children" (PO1-ES11261). NIEHS, 09/01/02 to 09/31/07, $1,800,000. (10% effort).

32.   Co-Investigator, "ADHD Phenotype Network: Animal Model to Clinical Trial".  National Institute of Neurologic Diseases, 09/15/02 to 06/30/05 (15% effort).

33.   Principal Investigator, "Linkage of ADHD and Lead Exposure", Springfield, Ohio Department of Health, 02/01/03 to 06/01/04, $25,000. (0% effort).

34.   Co-investigator (Yolton, PI) "Explorations of ETS Exposure on Child Behavior and Sleep" NIEHS, 04/01/04 to 03/30/06, $300,000. (5% effort).

35.   Co-investigator (Haynes, PI) "MRI as a Biomarker of Manganese Exposure".  NIEHS, 09/01/04 to 08/30/06, $300,000. (5% effort).

36.   Co-investigator (National Center for Healthy Housing, PI) "Development of a Standardized Housing Assessment for Asthma", U.S. Department of Housing and Urban Development, 11/01/05 to10/31/07, $50,000. (5% effort).

37.   Co-Investigator (Hershey, PI) "Epithelial Genes in Allergic Inflammation" National Institutes of Allergy and Infectious Diseases", 07/01/06 to 06/30/07, $4,787.541. (3% effort).

38.  Co-Investigator and Mentor (Wilson, PI), "Racial Difference in DNA Adducts in Tobacco-Exposed Children". Dean's Scholar Award, University of Cincinnati, 02/22/06 to 01/21/09, $150,000 (5% effort).

39.  Principal Investigator, "National Research Service Award - Fellowship Training in Primary Care Research," (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/08. $1,600,000. (0% effort).

40.  Co-Investigator and Mentor (Kahn, PI). "Childhood Asthma in an Era of Genomics: Will the Generalist's Role be Recast?"  Robert Wood Johnson Generalist Physician Faculty Scholars Program" 06/01/04 to 05/30/08, $300,000.

41.  Co-Investigator and Mentor (Spanier, PI), "Exhaled Nitric Oxide to Manage Childhood Asthma". National Heart, Lung and Blood Institute, 07/01/06 to 06/31/08, $200,000 (10% effort).

42.  Co-investigator (Sub-Contract PI), BYPL Vanguard Center (Specker, Principal Investigator), "National Children's Study", National Institute for Child Health and Development, 11/01/05 to 10/31/10, $500,000. (20% effort).  [Relinquished with relocation to SFU].

43.  Associate Director and Co-Investigator, (Ho, PI).  "Center for Environmental Genetics," NIEHS, 04/01/08 to 3/31/13, $1,000,000 (10% effort).  [Relinquished with relocation to SFU.]

44.  Co-Investigator (Yolton, PI). "Tobacco Smoke and Early Human Behavior".  Clinical Innovator Award, Flight Attendant Medical Research Institute", 07/01/07 to 06/30/10, $300,000. (3% effort).

45.  Co-Investigator (Spanier, PI). "Low Level Prenatal Tobacco Exposure and Infant Wheeze." Young Clinical Scientist Award, Flight Attendant Medical Research Institute, 07/01/07 to 06/30/12, $300,000. (5% effort).

46.  Co-Investigator and Mentor (Spanier, PI).  K23, "Prenatal Low Level Tobacco & Phthalate Exposure and Childhood Respiratory Health".  National Institute for Environmental Health Sciences, 12/1/07 to 11/30/12, $623,679 (0% funded effort).

47.  Co-investigator (Yolton, PI). "Neurobehavioral effects of insecticide exposure in pregnancy and early childhood." NIEHS, 09/01/09 to 08/31/12.

48.  Principal Investigator (Bruce Lanphear, PI), "A Community-Based Trial to Prevent Lead Poisoning and Injuries," National Institute for Environmental Health Sciences, 04/01/07 to 03/30/13, $2,000,000. (25% effort).

49.  Co-Investigator (Kim N. Dietrich, PI).  "Early Lead Exposure, ADHD & Persistent Criminality: Role of Genes & Environment," National Institute for Environmental Health Sciences, 04/01/07 to 3/31/2013, $1,250,000. (2.5% funded effort).

50. Co-Investigator and Sub-Contract PI (Brenda Eskenazi, PI). This supplemental award was to conduct a pooled analysis of prenatal organophophate pesticide exposures with birth outcomes and neurodevelopment in children using 4 US birth cohorts. NIEHS, 09/01/2009 to 08/31/2013, $96,000 (0% effort).

51. Mentor and Supervisor (Glenys Webster, PI). Michael Smith Foundation for Health Research Postdoctoral Training Award, 03/01/12 to 02/28/15, $134,500 (5% effort).

52. Co-Principal Investigator (Tye Arbuckle, PI). Maternal-Infant Research on Environmental Chemicals: Effects on Child Development (MIREC-CD). 06/26/11 to /5/25/14, Health Canada Chemical Management Program, $283,000 (10% effort).

53. Co-Investigator (Patti Dods and Amanda Wheeler, co-PIs). Phthalate Exposure and the development of asthma in the CHILD Study.  06/01/11 to 05/30/14, Health Canada Chemical Management Program, $204,000 (5% effort). Consultant (Stephanie Engel, PI). A pooled investigation of prenatal phthalate exposure and childhood obesity. 11/01/2012 – 10/31/15, NIEHS. $275,000. (5% effort).

54. Co-Investigator (Ryan Allen, PI). A randomized air filter intervention study of air pollution and fetal growth in a highly polluted community. 06/08/2012 – 05/30/15, CIHR $348,000 (10% effort).

55. Co-Investigator (William Fraser and Tye Arbuckle, co-PIs). MIREC-CD Biomonitoring Study in Vancouver. 09/01/2013 – 08/30/2014. Health Canada, $120,138 (10% effort).

56. Principal Investigator. Knowledge translation tools for capacity building for an online Canadian Environmental Health Atlas. 03/01/12 – 02/28/13, Canadian Institutes of Health Research, $98,974 (10% effort).

57. Principal Investigator (with Lawrence McCandless). Prenatal exposure to environmental contaminants and fetal growth: How to account for multiplicity when testing multiple statistical hypotheses?. 07/01/2015-06/30/2016. Canadian Institutes of Health Research (CIHR), $12,000 (5% effort).

58. Principal Investigator, Canadian Environmental Health Atlas Knowledge Translation to produce videos and interactive tools. 06/01/2015-07/30/2016. Canadian Internet Registration Authority, $50,000 (10% effort).

59. Co-Investigator (Kieran Phelan, PI). "Injury Prevention in a Home Visitation Population". NICHD, 09/28/10 to 07/31/16, $2,000,000 (total direct costs over 5 years) (10% effort).

60. Co-applicant (Timothy F. Oberlander, PI). Developmental origins of autism: A population level linked data study of prenatal antidepressant medication exposure. 09/01/2013 – 09/31/2016, Canadian Institutes of Health Research (CIHR), $285,768.

61. Principal Investigator (Multiple PI Award with Aimin Chen and Kimberly Yolton). "Longitudinal study of exposures to PBDEs and PFCs and child behavior". NIEHS, 04/30/11 – 05/01/17, $2,150,000 (total direct costs over 5 years) (20% effort).

62. Principal Applicants (McCandless and Lanphear). Biostatistical methods for estimating the cumulative impact of environmental contaminant exposures on preterm birth. Canadian Institute for Human Development, Child and Youth Health. 12/06/16-12/05/18, $200,000 (10% effort).

63. Co-investigator (Ryan Allen, PI). Randomized Interventions to Evaluate the Effects of Air Pollution Exposure on Children's Health and Development. 03/01/2015 – 03/31/2019, Canadian Institutes of Health Research (CIHR), $720,535. (10% effort)

64. Co-investigator (Joseph Braun, PI). Endocrine Disrupting Chemicals, Thyroid Hormones and Child Neurobehavior. 06/01/2015-03/31/2019. National Institutes of Health, $471,241 (5% effort). The purpose of this study is test if and when early life exposures to phthalates, triclosan, or bisphenol A adversely impacts children's cognition and behavior.

65.


**Ethics Training for Research**

CITI (Collaborative Institutional Training Initiative) (Reference# 7159023). Academic and Regional Health Centers Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 7160515), Canada GCP Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 8316270), Human Subjects Core Curriculum, completed on August 17th, 2012.

CITI (Collaborative Institutional Training Initiative) (Reference# 13561457), Academic and Regional Health Centers Core Curriculum, completed on September 1st, 2014.

CITI (Collaborative Institutional Training Initiative) (Reference# 16954900), Human Subjects Research Core Curriculum, completed on October 31st, 2015.

**Appendix F**

**KATHLEEN M. THIESSEN, Ph.D.**
**Senior Scientist**
**Oak Ridge Center for Risk Analysis, Inc.**

## Education

Ph.D.   1986   Genetics, University of Tennessee-Oak Ridge, Graduate School of Biomedical Sciences, Oak Ridge, TN

B.A.    1981   Biology and Chemistry (*Summa cum laude*), Covenant College, GA

## Capabilities

Health Effects Assessment
Dose and Risk Assessment
Analysis of Environmental Transport and Exposure Pathways
Uncertainty and Sensitivity Analysis
Technical Writing/Editing, Technical and Public Presentations

## Experience Summary

Dr. Thiessen is experienced in the evaluation of exposures, doses, and risks to human health from trace levels of contaminants in the environment and in the use of uncertainty analysis for environmental and health risk assessment. She has served on two National Research Council subcommittees, one charged with the review of fluoride exposure and toxicology, and one dealing with guidance levels for air contaminants (including hydrogen fluoride) in submarines. Dr. Thiessen has also written two reports for the U.S. Environmental Protection Agency, one on the health effects of hydrogen fluoride and related compounds, and one on the health effects of mercuric chloride. Dr. Thiessen has led several working groups on urban contamination and dose reconstruction for the International Atomic Energy Agency's programs on environmental transport modeling and has served on the coordinating committees of the programs; she currently leads a working group on assessment of exposures and countermeasures in urban environments. She also serves on a committee for the preparation of a new International Atomic Energy Agency report on modeling the impacts of planned discharges or radioactivity, and she is involved in the preparation of an IAEA guidance document on implementation of remediation strategies following accidental releases of radioactivity. Dr. Thiessen participated in two symposia on reconstruction of internal doses from Fukushima releases organized by Japan's National Institute of Radiological Sciences, and she has served as a consultant on environmental modeling issues to the Korea Atomic Energy Research Institute and on uncertainty analysis to the National Council on Radiation Protection and Measurements. Dr. Thiessen contributed to the development of a risk-based screening approach to prioritize further investigation of contaminants and exposure situations in various assessment contexts, and she led in the application of risk-based screening techniques for the reconstruction of doses and health risks associated with releases of chemicals and radionuclides from the U.S. Department of Energy's Oak Ridge (Tennessee) facilities. Dr. Thiessen also led an analysis of human exposures, doses, and health risks to off-site individuals associated with historic releases of radionuclides to the Clinch River from the Oak Ridge facilities.



## Experience

| 1992-present | Senior Scientist and Director, Oak Ridge Center for Risk Analysis, Inc. (Formerly *SENES* Oak Ridge, Inc., Center for Risk Analysis), Oak Ridge, TN. |

- Review of data on contaminant exposure and toxicology.
- Analysis of environmental transport and exposure pathways.
- Screening techniques for environmental assessment.
- Dose reconstruction.
- Uncertainty analysis for environmental assessment.
- International model validation using Chernobyl data sets.
- Working Group Leader for International Atomic Energy Agency research programs.
- Project coordination.
- Technical review.

| 1991-1992 | Consultant and Technical Writer. Environmental Sciences Division, Oak Ridge National Laboratory, Oak Ridge, TN. |

| 1987-1992 | Lecturer in Genetics. University of Tennessee, Oak Ridge Graduate School of Biomedical Sciences. |

| 1986-1989 | Oak Ridge National Laboratory, Health and Safety Research Division, Chemical Hazard Evaluation Program. |

- Assessment of health effects from chemicals.
- Risk assessment.
- Technical review.

## Publications and Technical Reports

Periáñez, R., Thiessen, K.M., Chouhan, S.L., Mancini, F., Navarro, E., Sdouz, G., and Trifunović, D. 2016. Mid-range atmospheric dispersion modelling. Intercomparison of simple models in EMRAS-2 project. *Journal of Environmental Radioactivity* 162-163:225-234.

Thiessen, K.M., Charnock, T.W., Chouhan, S.L., Hwang, W.T., Kamboj, S., Tomás, J., and Yu, C. 2015. Modeling the effectiveness of remediation efforts in contaminated urban areas: An EMRAS II Urban Areas Working Group exercise. In: Proceedings of the WM2015 Conference, March 15-19, 2015, paper #15631.

Ko, L., and Thiessen, K.M. 2015. A critique of recent economic evaluations of community water fluoridation. *International Journal of Occupational and Environmental Health* 21(2):91-120.

Menkes, D.B., Thiessen, K., and Williams, J. 2014. Health effects of water fluoridation—how "effectively settled" is the science? [letter]. *New Zealand Medical Journal* 127(1407):84-86.

IAEA (International Atomic Energy Agency). 2014. Handbook of Parameter Values for the Prediction of Radionuclide Transfer to Wildlife. International Atomic Energy Agency, Vienna, Technical Reports Series No. 479.

Yankovich, T., Beresford, N.A., Fesenko, S., Fesenko, J., Phaneuf, M., Dagher, E., Outola, I., Andersson, P., Thiessen, K., Ryan, J., Wood, M.D., Bollhöfer, A., Barnett, C.L., and Copplestone, D. 2013. Establishing a database of radionuclide transfer parameters for freshwater wildlife. *Journal of Environmental Radioactivity* 126:299-313.



IAEA (International Atomic Energy Agency). 2012. Environmental Modelling for Radiation Safety (EMRAS). A Summary Report of the Results of the EMRAS programme (2003-2007). International Atomic Energy Agency, Vienna, IAEA-TECDOC-1678.

IAEA (International Atomic Energy Agency). 2012. Environmental Modelling of Remediation of Urban Contaminated Areas. Report of the Urban Remediation Working Group of the EMRAS (Environmental Modelling for Radiation Safety) programme.

Thiessen, K.M., Andersson, K.G., Berkovskyy, V., Charnock, T.W., Chouhan, S.L., de With, G., Ďuran, J., Fuka, V., Helebrant, J., Hůlka, J., Hwang, W.T., Kuča, P., Mancini, F., Navarro, E., Periáñez, R., Prouza, Z., Sdouz, G., Tomás, J., Trifunović, D., Urso, L., and Walter H. 2011. Assessing emergency situations and their aftermath in urban areas: The EMRAS II Urban Areas Working Group. *Radioprotection* 46(6):S601-S607.

NRC (National Research Council). 2009. *Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants*: Volume 3. Washington, DC: National Academies Press.

Thiessen, K.M., Andersson, K.G., Charnock, T.W., and Gallay, F. 2009. Modelling remediation options for urban contamination situations. *Journal of Environmental Radioactivity* 100:564-573.

Thiessen, K.M., Andersson, K.G., Batandjieva, B., Cheng, J.-J., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., and Yu, C. 2009. Modelling the long-term consequences of a hypothetical dispersal of radioactivity in an urban area including remediation alternatives. *Journal of Environmental Radioactivity* 100:445-455.

Thiessen, K.M., Arkhipov, A., Batandjieva, B., Charnock, T.W., Gaschak, S., Golikov, V., Hwang, W.T., Tomás, J., and Zlobenko, B. 2009. Modelling of a large-scale urban contamination situation and remediation alternatives. *Journal of Environmental Radioactivity* 100:413-421.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B. 2008. Improvement of modelling capabilities for assessing urban contamination: The EMRAS Urban Remediation Working Group. *Applied Radiation and Isotopes* 66:1741-1744.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B. 2007. Improvement of modeling capabilities for assessing urban contamination: The EMRAS Urban Remediation Working Group. In: Proceedings from the International Conference on Environmental Radioactivity: From Measurements and Assessments to Regulation, Vienna, April 23-27, 2007, pp. 133-134 (IAEA-CN-145/070).



*Food and Water Watch v. EPA*                                                    *Thiessen Report*

Köteles, G.J., Kanyár, B., and Thiessen, K.M.  2007.  Radiation Biology and Radiation Protection. In:  *Radiochemistry and Nuclear Chemistry* (S. Nagy, ed.).  In:  *Encyclopedia of Life Support Systems (EOLSS)*.  Developed under the auspices of the UNESCO, Eolss Publishers, Oxford, UK [http://www.eolss.net].

NRC (National Research Council).  2006.  *Fluoride in Drinking Water:  A Scientific Review of EPA's Standards*.  Washington, DC:  The National Academies Press.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C.  2005. Model testing using data on $^{131}$I released from Hanford. *Journal of Environmental Radioactivity* 84(2):211-224.

Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L.  2005. Model testing using data on $^{137}$Cs from Chernobyl fallout in the Iput River catchment area of Russia. *Journal of Environmental Radioactivity* 84(2):225-244.

Nedveckaite, T., Filistovic, V., Mastauskas, A., and Thiessen, K.  2004.  Thyroid dosimetry in the western trace of the Chernobyl accident plume. *Radiation Protection Dosimetry* 108(2):133-141.

IAEA (International Atomic Energy Agency).  2003.  Testing of environmental transfer models using data from the atmospheric release of Iodine-131 from the Hanford site, USA, in 1963. Report of the Dose Reconstruction Working Group of the Biosphere Modelling and Assessment (BIOMASS) Programme, Theme 2.  Biosphere Modelling and Assessment Methods (BIOMASS) programme.  International Atomic Energy Agency, Vienna, IAEA-BIOMASS-2.

IAEA (International Atomic Energy Agency).  2003.  Testing of environmental transfer models using Chernobyl fallout data from the Iput River catchment area, Bryansk Region, Russian Federation.  Report of the Dose Reconstruction Working Group of BIOMASS Theme 2. Biosphere Modelling and Assessment Methods (BIOMASS) programme. International Atomic Energy Agency, Vienna, IAEA-BIOMASS-4.

Reed, E.W., Thiessen, K.M., Hoffman, F.O., and Apostoaei, A.I.  2003.  Comparison of doses and risks obtained from dose reconstructions for historical operations of federal facilities that supported the development, production, or testing of nuclear weapons. *Health Physics* 84(6):687-697.

Thiessen, K.M.  2002.  Data sets available for testing environmental transport models. *Atmospheric Environment* 36:3057.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C.  2002. Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs.  1:  Model Testing Using Data on $^{131}$I Released from Hanford.  In:  Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 313-316.



Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L.  2002.  Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs.  2:  Model Testing Using Data on $^{137}$Cs from Chernobyl Fallout in the Iput River Catchment Area of Russia. In:  Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 317-320.

Apostoaei, A.I., Nair, S.K., Thomas, B.A., Lewis, C.J., Hoffman, F.O., and Thiessen, K.M.  2000.  External exposure to radionuclides accumulated in the shoreline sediments with an application to the lower Clinch River. *Health Physics* 78(6):700-710.

IAEA (International Atomic Energy Agency).  2001.  Generic models for use in assessing the impact of discharges of radioactive substances to the environment.  International Atomic Energy Agency, Vienna, Safety Report 19.

Apostoaei, A.I., Blaylock, B.G., Caldwell, B., Flack, S., Gouge, J.H., Hoffman, F.O., Lewis, C.J., Nair, S.K., Reed, E.W., Thiessen, K.M., Thomas, B.A., and Widner, T.E.  1999.  Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation—An Assessment of Historical Quantities Released, Off-site Radiation Doses, and Health Risks. Reports of the Oak Ridge Dose Reconstruction, Vols. 4 and 4A. The Report of Project Task 4. Tennessee Department of Health, Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.

Thiessen, K.M., Thorne, M.C., Maul, P.R., Pröhl, G., and Wheater, H.S.  1999.  Modelling radionuclide distribution and transport in the environment. *Environmental Pollution* 100:151-177.

Kryshev, I.I., Sazykina, T.G., Hoffman, F.O., Thiessen, K.M., Blaylock, B.G., Feng, Y., Galeriu, D., Heling, R., Kryshev, A.I., Kononovich, A.L., and Watkins, B.  1999.  Assessment of the consequences of the radioactive contamination of aquatic media and biota for the Chernobyl NPP cooling pond: Model testing using Chernobyl data.  *Journal of Environmental Radioactivity* 42:143-156.

Konoplev, A.V., Bulgakov, A.A., Hoffman, F.O., Kanyár, B., Lyashenko, G., Nair, S.K., Popov, A., Raskob, W., Thiessen, K.M., Watkins, B., and Zheleznyak, M. 1999.  Validation of models of radionuclide wash-off from contaminated watersheds using Chernobyl data.  *Journal of Environmental Radioactivity* 42:131-141.

Garger, E.K., Hoffman, F.O., Thiessen, K.M., Galeriu, D., Kryshev, A.I., Lev, T., Miller, C.W., Nair, S.K., Talerko, N., and Watkins, B.  1999.  Test of existing mathematical models for atmospheric resuspension of radionuclides. *Journal of Environmental Radioactivity* 42:157-175.

Thiessen, K.M., Gouge, J.H., Hoffman, F.O., Apostoaei, A.I., Thomas, B.A., Lewis, C.J., Blaylock, B.G., Caldwell, B., Widner, T.E., Flack, S., Nair, S.K., and Reed, E.W.  1998.  Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation – An Assessment of Historical Quantities Released, Off-Site Radiation Doses, and Health Risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.



*Food and Water Watch v. EPA*                                                              *Thiessen Report*

Hoffman, F.O., Hammonds, J.S., Apostoaei, A.I., Blaylock, B.G., Thomas, B.A., Thiessen, K.M. 1998.  Estimation of Health Risks Based on Revised Estimates of HEDR Doses for Maximum Representative Individuals Consuming Fish and Waterfowl from the Columbia River: An Evaluation of HEDR Reports on the Columbia River Pathways. Report prepared for the National Opinion Research Center. ATSDR, Atlanta, GA.

Hammonds, J.S., Hoffman, F.O., Apostoaei, A.I., Thiessen, K.M., Lewis, C.J., Blaylock, B.G., Caldwell, B., Flack, S., Nair, S.K., Reed, E.W., Thomas, B.A., and Widner, T.E. 1997. Radionuclides released from White Oak Creek on the Oak Ridge Reservation to the Clinch River: A reconstruction of historical quantities released, off-site doses, and health risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction. Draft Report, November 1997.

Thiessen, K.M., Hoffman, F.O., Rantavaara, A., and Hossain, S. 1997. Environmental models undergo international test: The science and art of exposure assessment modeling were tested using real-world data from the Chernobyl accident.  *Environmental Science & Technology* 31(8):358A-363A.

Garger, E.K., Hoffman, F.O., and Thiessen, K.M. 1997. Uncertainty of the long-term resuspension factor. *Atmospheric Environment* 31(11):1647-1656.

Nair, S.K., Miller, C.W., Thiessen, K.M., Garger, E.K., and Hoffman, F.O. 1997. Modeling the resuspension of radionuclides in Ukrainian regions impacted by Chernobyl fallout. *Health Physics* 72(1):77-85.

Hoffman, F.O., and Thiessen, K.M. 1996. The use of Chernobyl data to test model predictions for interindividual variability of [137]Cs concentrations in humans. *Reliability Engineering and System Safety* 54:197-202.

Hoffman, F.O., Simon, S.L., and Thiessen, K.M. 1996. The Role of Uncertainty Analysis in Dose Reconstruction and Risk Assessment. 31st Annual Meeting of the NCRP, pp. 107-134.

Nair, S.K., Hoffman, F.O., Thiessen, K.M., and Konoplev, A. 1996. Modeling the wash-off of [90]Sr and [137]Cs from an experimental plot established in the vicinity of the Chernobyl reactor. *Health Physics* 71(6):896-909.

IAEA (International Atomic Energy Agency). 1996. Validation of models using Chernobyl fallout data from southern Finland--Scenario S. Second Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-904.

IAEA (International Atomic Energy Agency). 1996. Modelling of radionuclide interception and loss processes in vegetation and of transfer in semi-natural ecosystems. Second Report of the VAMP Terrestrial Working Group. IAEA-TECDOC-857.

NCRP (National Council on Radiation Protection and Measurements). 1996. A Guide for Uncertainty Analysis in Dose and Risk Assessments Related to Environmental Contamination. (Consultant to Scientific Committee 64-17.) NCRP Commentary No. 14.

Hoffman, F.O., Thiessen, K.M., and Watkins, B. 1996. Opportunities for the testing of environmental transport models using data obtained following the Chernobyl accident. *Health Physics* 70 (1):5-7.



Thiessen, K.M., Hammonds, J.S., Lewis, C.J., Hoffman, F.O., and White, E.I. 1996. Screening Method for the Oak Ridge Dose Reconstruction. A Task 7 Report. ChemRisk, State of Tennessee. April 1996.

BIOMOVS II. 1996. Wash-off of Sr-90 and Cs-137 from Two Experimental Plots: Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 9.

BIOMOVS II. 1996. Assessment of the Consequences of the Radioactive Contamination of Aquatic Media and Biota: Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 10.

BIOMOVS II. 1996. Atmospheric Resuspension of Radionuclides: Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 11.

Thiessen, K.M., Hoffman, F.O., Hammonds, J.S., and White, E.I. 1995. A Review of the Preliminary Screening Analysis Carried Out during the Oak Ridge Dose Reconstruction Feasibility Study. ChemRisk, State of Tennessee, August, 1995.

Hoffman, F.O., and Thiessen, K.M. 1995. Use of Chernobyl data to test predictions and uncertainty estimates from exposure assessment models. In: Proceedings of a Symposium on Environmental Impact of Radioactive Releases. International Atomic Energy Agency, Vienna, Austria, 8-12 May 1995. IAEA-SM-339/20:325-336.

IAEA (International Atomic Energy Agency). 1995. Validation of models using Chernobyl fallout data from the Central Bohemia region of the Czech Republic--Scenario CB. First Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-795.

Hoffman, F.O., Thiessen, K.M., and Rael, R.M. 1995. Comparison of interception and initial retention of wet-deposited contaminants on leaves of different vegetation types. *Atmos. Envir.* 29:1771-1775.

USEPA (US Environmental Protection Agency). 1994. Summary Review of Health Effects Associated with Mercuric Chloride: Health Issue Assessment. Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/R-92/199.

Hoffman, F.O., Blaylock, B.G., Frank, M.L., and Thiessen, K.M. 1993. A risk-based screening approach for prioritizing contaminants and exposure pathways at Superfund sites. *Environ. Monitoring and Assessment* 28:221-237.

Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Quantification of the interception and initial retention of radioactive contaminants deposited on pasture grass by simulated rain. *Atmospheric Environment* 26A:3313-3321.

Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Determining the collection efficiency of gummed paper for the deposition of radioactive contaminants in simulated rain. *Health Physics* 62:439-442.

USEPA (US Environmental Protection Agency). 1988. Summary Review of Health Effects Associated with Hydrogen Fluoride and Related Compounds: Health Issue Assessment. Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/8-89/002F.



USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Propargyl Bromide (106-96-7) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102. Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Ethanol, 1,2-Dichloro-, Acetate (10140-887-1) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102. Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of Cancer Risk Assessment for Coke Oven Emissions (EPA-600/6-82-003F, EPA-450/3-85-028a). Washington, DC: Office of Policy, Planning and Evaluation [draft].

Thiessen, K.M., and Lalley, P.A. 1987. Gene assignments and syntenic groups in the sacred baboon (*Papio hamadryas*). *Cytogenet. Cell Genet.* 44:82-88.

Créau-Goldberg, N., Cochet, C., Turleau, C., de Grouchy, J., Thiessen, K.M., and Lalley, P.A. 1987. Primate genetic maps. Baboon, *Papio papio*, *hamadryas*, *cynocephalus*. In: S.J. O'Brien, ed., Genetic Maps 1987. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York (1987). 511.

Thiessen, K.M., and Lalley, P.A. 1986. New gene assignments and syntenic groups in the baboon (*Papio papio*). *Cytogenet. Cell Genet.* 42:19-23.

Moore, K.L., and Lalley, P.A. 1985. New gene assignments and linkage groups in baboon (*Papio*) species [abstract]. Eighth International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet.* 40:702.

Roderick, T.H., Lalley, P.A., Davisson, M.T., O'Brien, S.J., Womack, J.E., Créau-Goldberg, N., Echard, G., and Moore, K.L. 1984. Report of the committee on comparative mapping. Seventh International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet.* 37:312-339.

Moore, K.L., and Lalley, P.A. 1984. Comparative mapping in man and baboon (*Papio papio*) involving genes assigned to human chromosomes 4, 6, 14, 15, and 20 [abstract]. Seventh International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet.* 37:542-543.

Moore, K.L., and Lane, E.T. 1981. An investigation of mathematical models for the addition reaction of chlorine to oleic acid [abstract]. *J. Tenn. Acad. Sci.* 56:54.



**Appendix A**

# Christine R. Wells, Ph.D.

(805) 469-4726
crwells@ucla.edu
ORCID: 0000-0002-8921-0578

## Experience

**Statistical Consulting Group, IDRE, UCLA**                 **December, 2000 through present**

Provide consulting for faculty, staff and graduate student researchers on issues including experimental design, item development, instrument development, data collection techniques, statistical analysis, graphing of data and results, interpretation of results and response to comments from reviewers.  Consulting is provided one-on-one in walk-in consulting or individual meetings, small groups, via email, or via video-conferencing.

Areas of specialization include analysis of complex survey data, meta-analysis, and accessing data in old formats.

Advanced knowledge of SAS, Stata, SPSS, Mplus, HLM, SUDAAN and Wesvar.  Working knowledge of R, MLwiN, Statistica, PASS, G*Power, Survey Monkey, and LaTeX.

Current with respect to the latest developments in theoretical statistics, the practice and reporting of statistics and statistical software.  Have a strong professional relationship with the developers at SPSS, Stata and SAS.

Train new consultants, both full-time consultants and part-time graduate students.  Topics of training include how to use various statistical software packages, how to run and interpret various types of statistical analyses, where to find information to assist consulting clients, and how to effectively work with consulting clients who have a variety of needs, levels of statistical knowledge and expectations regarding the level of service provided by the Statistical Consulting Group.

Statistical collaborator on multiple fee-for-service projects and co-author of peer-reviewed papers resulting from this work.

Author of web pages that explain how to use various statistical packages to accomplish specific tasks.  Help to maintain the Statistical Consulting Group's website (https://stats.idre.ucla.edu/), which is internationally recognized and gets approximately one million hits per month.

Give presentations at workshops and conferences.  Present an introduction to statistical consulting services at graduate student orientations.  Present to classes and lab groups upon request of faculty members.

**Appendix A**

**Center for Healthier Children, Families and Communities, Department of Pediatrics, School of Medicine, UCLA                        October, 1998 through December, 2000**

Coordinated surveys that were sent to Child Welfare, Child Health, Child Mental Health and Medicaid agencies around the United States.  Provided telephone support for respondents who had questions.  Completed statistical analyses of the collected data and helped write reports of the findings.


**DecisionQuest                                       December, 1997 through May, 1998**

Conducted jury research, including trial simulation, theme development and solution generation. Responsibilities included editing proposals, designing questionnaires, supervising research, leading focus sessions with jurors, analyzing data, summarizing findings and writing reports. Other duties included supervising employees, coordinating team efforts to accomplish specific tasks, significant contact with clients and maintaining delivery schedules.


# Publications

Karimli, L., Ssewamala, F. M., Neilands, T.B., Wells, C.R., & Bermudez, L. (2019). Poverty, economic strengthening, and mental health among AIDS orphaned children in Uganda: mediation model in a randomized clinical trial. *Social Science & Medicine.* 228: 17-24. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6502261/

Neurath C, Limeback H, Osmunson B, Connett M, Kanter V, Wells C.R.  (2019). Dental Fluorosis Trends in US Oral Health Surveys:  1986 to 2012.  *Journal of Dental Research: Clinical and Translational Research*. https://www.ncbi.nlm.nih.gov/pubmed/30931722

Angela Corinne Incollingo Rodriguez, M. L. White, E. C. Standen, T. Mann, Christine R. Wells, and A. Janet Tomiyama.  (2018).  Body Mass Index and Educational Inequality:  An Update of Crandall (1995).  *Stigma and Health*. Advance online publication. http://dx.doi.org/10.1037/sah0000149

Maria-Elena De Trinidad Young, Gabriela León-Pérez, Christine R. Wells and Steven P. Wallace.  (2018). More Inclusive States, Less Poverty Among Immigrants? An Examination of Poverty, Citizenship Stratification, and State Immigrant Policies. *Population Research and Policy Review, 37*(2), 205-228.

Maria-Elena De Trinidad Young, Gabriela Leon-Perez, Christine R. Wells and Steven P. Wallace.  (2017). Inclusive state immigrant policies and health insurance among Latino, Asian/Pacific Islander, Black, and White noncitizens in the United States. *Ethnicity and Health*, 1-13.

**Appendix A**

A. Janet Tomiyama, Jeffrey Hunger, Jolene Nguyen-Cuu, and Christine R. Wells. (2016). Weight and Cardiometabolic Health: New Perspectives. *International Journal of Obesity, 40*(5), 883-886.

Jeffrey Hunger, A. Janet Tomiyama, Jolene Nguyen-Cuu, and Christine R. Wells.  (2016). Moving to a personalized medicine approach to promote health across the weight spectrum. *International Journal of Obesity, 40(8)*, 1334.

A. Janet Tomiyama, Jeffrey Hunger, Jolene Nguyen-Cuu, and Christine R. Wells (2016). Misclassification of Cardiometabolic Health when using Body Mass Index Categories in NHANES 2005-2012. *International Journal of Obesity. 40*(5), 883-886.

Karen J. Saywitz, Christine R. Wells, Rakel P. Larson and Sue D. Hobbs. (2016).  Effects of Interviewer Support on Children's Memory and Suggestibility: Systematic Review and Meta-Analyses of Experimental Research. *Trauma, Violence and Abuse*.  1-18.

Karen J. Saywitz, Rakel P. Larson, Sue D. Hobbs and Christine R. Wells. (2015).  Developing Rapport with Children in Forensic Interviews: Systematic Review of Experimental Research. *Behavioral Sciences and the Law, 33*(4), 372-389.

Karen Saywitz, Rakel Larson, Sue Hobbs, and Christine R. Wells.  (2015). Listening to Children in Foster Care:  Eliciting Reliable Reports from Children:  Review of Influential Factors. A report commissioned by and submitted to the Swedish Government.

## Selected Conference Presentations

Stata Conference 2018: Approaches to Imputing Missing Data in Complex Survey Data

Western Users of SAS Software 2017:  Analysis of Complex Survey Data with SAS

Los Angeles Basin SAS Users Group 2015: An Introduction to Survey Procedures

Stata Conference 2015: Meta-analysis on the Effects of Interviewer Supportiveness on the Accuracy of Children's Reports

Stata Conference 2008: It's a Little Different with Survey Data

Stata Conference 2007: Survey Data Analysis with Stata 10: Accessible and Comprehensive

**Appendix A**

# Other

Chair of the Replicate Weights and Variance Estimation session at the Joint Statistical Meetings in 2018

Volunteer as the lead statistician for a Statistics without Boarders project for the World Food Programme (2016-2017)

Member of the Publicity and Social Media team for the 2017 Western Users of SAS Software conference

Co-chair of the Statistics and Analytics section of the 2017 Western Users of SAS Software conference

Co-chair of the Statistics and Analytics section of the 2016 Western Users of SAS Software conference

Chair of the Innovative Statistical Methods for Complex Survey Data at the Joint Statistical Meetings in 2016

Mentor in the Joint Statistical Meetings 2016 Mentoring Program

Academic Coordinator for the 2015 meeting of the Los Angeles Basin SAS Users Group

Chair of the Sample Allocation session at the Joint Statistical Meetings in 2015

Mentor in the Joint Statistical Meetings 2015 Mentoring Program

Review and edit books for Stata Press and SAS Press (2004 through 2015)

# Organizations

Member of the American Statistical Association

Co-president of the Westwood SAS Users Group

Member of Statistics Without Boarders

**Appendix A**

# Education

Ph.D. in Psychology, University of California, San Diego, 1997

- Teaching Assistant Training and Development Award

Master of Arts in Psychology, University of California, San Diego, 1994

Bachelor of Arts, majors in Psychology and Sociology, minor in History, University of California, Riverside, 1992

- Summa Cum Laude
- Phi Beta Kappa
- Outstanding Female Student of the College of Humanities and Social Sciences
- Honors from the University Honors Program