# Plaintiffs' Expert Reports

# Rational Use of Fluorides in Modern Society

**Expert report of**
**Ole Fejerskov, DDS, PhD, Dr. Odont.**
**Aarhus, Denmark**
**June 27, 2019**

## I.        INTRODUCTION

The role of fluorides in the control of dental caries is widely considered an important public health success. However, as with many successful programs this success is not without cost and it is a story which at times has resulted in strong emotional debates within the dental profession which have not always been based on scientific evidence (Fejerskov 2004). Thus, despite the fact that *fluoride exerts its predominant cariostatic effect by being present in the oral cavity (the so-called topical effect)* and that *fluoride does not have to be ingested to reduce the caries rate in populations* (Fejerskov et al. 1981), the systemic use of fluoride continues to be widely recommended throughout the Anglo Saxon world. *The only proven effect of ingesting fluoride* during the long-lasting process of tooth development is to develop *dental fluorosis* which is the early signs of a toxic, biologic effect of fluoride (Fejerskov et al. 1977, Aoba & Fejerskov 2002). For the reasons set forth herein, it is my professional opinion that the addition of fluoride to public water supplies is no longer justified from an oral health perspective.

## II.       QUALIFICATIONS

I obtained my D.D.S. degree from The Royal Dental College, Aarhus in 1967, and after two years of post-doctoral training in General Pathology at the University Hospital, Aarhus University, I received my PhD in Odontology in 1970. Later in 1973, I received my Doctor Degree in Odontology from the Royal Dental College. My training during this period included postgraduate studies on advanced techniques for studying dental hard tissues at the London Hospital in England.

Since 1973, my research interests have predominantly been focused on how fluorides affect mineralizing dental hard tissues during development – and once the teeth are fully mineralized how fluoride interacts with the dental enamel in the oral cavity during caries development. The studies have been multidisciplinary and involved inorganic chemistry, cell and tissue cultures, structural studies at the light- and electron- microscopic level, immune-

studies on rats and domestic pigs, as well as extensive longitudinal clinical studies of dental caries, dental fluorosis and periodontal disease involving microbiology and epidemiology techniques in populations in Africa, South East Asia and the Peoples Republic of China. Such studies have only been possible by building international teams comprising experts in a wide variety of disciplines.

To date, I have published about 400 papers, mostly in peer reviewed scientific journals. I have written and edited 10 international textbooks on dental caries and fluoride. I have been editor of several international dental journals, including *Community Dentistry and Oral Epidemiology*, *Acta Odontologica Scandinavica*, *Scandinavian Journal of Dental Research*, and *Journal of Oral Rehabilitation*, and have served on the boards of dental research organizations such as IADR (International Association of Dental Research), ORCA (European Organization for Caries Research), and the European Research Group of Oral Biology. I have also served as a Member of the World Health Organization Expert Panel on Oral Health and have received 8 honorary doctor degrees from recognized international universities.

A copy of my current C.V. is attached as **Appendix A**, a list of my publications over the past 10 years is attached as **Appendix B**. A more complete discussion of my research career can be found in my recent book chapter *The Dental Profession in the 21st Century* (Fejerskov 2017). This is the first time I have agreed to serve as an expert in litigation.

## III.     QUESTION PRESENTED

I was asked to provide my opinion about the mechanism(s) by which fluoride controls tooth decay (caries), and the advisability of adding fluoride to drinking water in the current context of widespread availability of topical fluoride products such as toothpaste. I have not charged an hourly rate for my work in preparing this report, but I have received a $15,000 honorarium.

## IV.    BACKGROUND

### A.    Fluoride in Caries Prevention and Control - How Fluoride Came into Dentistry

It was the detrimental effects of fluoride on the appearance of tooth enamel (dental fluorosis) that prompted the initial detailed investigations and ultimately the discovery of its anticaries benefits (Fejerskov et al. 1988). The association between fluoride and "mottled enamel" as it was first designated became clear in the beginning of the 20th century thanks to two American dentists; Dr Fredrick McKay and a US Public Health Officer, H. Trendley Dean.  Subsequently the positive association between elevated exposure to fluoride and decreased prevalence of caries cavities became known (Dean & Elvove 1942).

'An endemic imperfection of the enamel of the teeth heretofore unknown in the literature of dentistry' (Black 1916) drew attention of the dental research community to the condition. One thing that puzzled both Black and McKay was that although mottled enamel was clearly hypocalcified and therefore theoretically more susceptible to decay, this did not appear to be the case (McKay 1928). Coincidentally, Ainsworth (1933) in England made a similar observation.

It became clear that the condition was localised to children born in specific geographical areas and McKay suspected that the water supplies of these districts might be an important aetiological factor. In Bauxite, Arkansas, changes to a water supply resulted in children having mottled enamel (Kempf & McKay 1930) and chemical analysis of the water supply revealed an unexpectedly high level of fluoride in the drinking water (14.7 ppm F). These high levels were later confirmed in other towns with mottled enamel (Churchill 1931). These observations did not establish a cause and effect relationship. However, when considered in light of findings by McCollum and co-workers that rats fed a diet with added fluoride developed hypomineralized teeth, the etiology of mottled enamel was clearly established.

3

In the 1930s systematic animal experiments and human epidemiological studies established both the association and cause-effect relationship between fluorides in drinking waters and mottled enamel (since referred to as dental fluorosis). The epidemiological studies were performed by a team led by Dean (Dean 1934, Dean & Elvove 1936, Dean & McKay 1939). Dean was also interested in the apparent anomaly that although the enamel appeared to be hypomineralised it did not appear to be any more susceptible to decay. He initially undertook a small study involving 114 children who had used water containing 0.6-1.5 ppm F and found only 4 percent were caries free compared to 22% of 122 children in an area with drinking water containing 1.7-2.5 ppm F (Dean 1938a). A further larger study suggested that caries experience in two cities with water supplies containing 1.7 and 1.8 ppm, was half that of two similar adjacent cities with only 0.2 ppm F in the drinking water (Dean et al. 1939).

The association between the fluoride level in the drinking water and caries levels was then characterised in the '21 city study' (actually a series of studies, Dean et al. 1941, 1942). Children from cities with natural fluoride concentrations in their drinking water ranging from around zero up to 2.6 ppm F were examined and the results of this classic piece of epidemiological investigation of both fluorosis and caries experience were reported (Dean 1942). This became the backbone for adding fluoride to water supplies subsequently.

Dean was equally interested in understanding the toxic effects of fluoride ingestion on tooth enamel and classified the severity of dental fluorosis in individuals (Dean 1934, 1938b, 1942) as questionable, very mild, mild, moderate and severe. The prevalence of subjects with lesions of any severity was about 50% at the level of 1 ppm F or less in the drinking water. The less severe forms of fluorosis (questionable and very mild) accounted for most cases. Dean showed a very clear dose response relationship between the fluoride level in the drinking water and the prevalence of fluorosis even at levels of fluoride in the drinking water below 1 ppm F. Therefore, even at low

4

levels of fluoride in the drinking water there was some risk attached to use of fluoride. As artificial

water fluoridation became established in the USA tremendous efforts were taken by public health

dentists to downplay these dimensions of early toxic effects. This included efforts to eliminate the

category of "questionable" dental fluorosis by claiming that it reflected a variety of other types of

enamel changes not caused by fluoride. Myers (1983), however, reviewed the available literature

regarding the "questionable" category of fluorosis and demonstrated that it was a distinct entity

associated with fluoride.

**Figure 1. Prevalence and severity of dental fluorosis in Dean's 21 cities**



*Source: Dental Caries – The Disease and Its Clinical Management, 3d Ed.*
*Wiley Blackwell, 2015, p. 246*

Dean gave much thought to the question what might constitute "the optimum level of

fluoride" in drinking water supplies, i.e. the concentration of fluoride that would result in maximum

"caries protection" while causing minimal dental fluorosis. Based on his studies on "the minimal

threshold of chronic endemic dental fluorosis" Dean concluded that "amounts not exceeding 1 part

per million expressed in terms of fluorine are of no public health significance" (Dean 1936).

Dean's personal assessment "of no public health significance" was not synonymous with saying

that no dental fluorosis occurs in the population. Indeed, Dean and public health authorities

5

recognized that water fluoridation would produce very mild and mild dental fluorosis in up to 10% of the population, which was considered a necessary trade-off for caries prevention[1] (NRC 1951). This resulted in the widespread adoption of 1-1.2 ppm F in USA as an 'optimal' level in the drinking water.

The strong association between the fluoride level in the drinking water and caries levels were based on cross sectional study designs. Therefore, in order to establish a cause and effect relationship, intervention studies were required and these commenced in the Lake Michigan area in 1944. Two towns were selected, Grand Rapids and Muskegon, and baseline caries levels in children aged 4-16 years were recorded. In addition, caries levels were recorded in Aurora, Illinois, an area with naturally occurring fluoride in the drinking water at the level of 1.4 ppm F (no attempts were made to assure that the populations in question were in fact comparable in terms of, for example, socio-economic composition, etc.). At the start of the study, caries levels (Dean 1950) in the two Michigan cities were similar. Fluoride at the level of 1 ppm was then added to the drinking water of the city of Grand Rapids in January 1945 and caries levels were recorded again after 6½ years of fluoridation. In 'non-fluoride' Muskegon the average number of teeth with decay experience was 5.7 compared to 3.0 in 'fluoridated' Grand Rapids, so the study was deemed so successful that it was decided to fluoridate the drinking water of Muskegon (Arnold et al., 1953). After 15 years of fluoridation in Grand Rapids (Arnold et al.,1962) the number of teeth with cavities had fallen from 12.5 in 1944 to 6.2 in 1959, a reduction of approximately 50%.[2] Caries levels in

---

[1] The estimates of the expected prevalence of dental fluorosis that would result from water fluoridation invariably excluded 'questionable' fluorosis (e.g., Hodge 1950, NRC 1951). This left the impression that only about 10% of children would experience enamel disturbances from water containing 1 mg/L, whereas the actual figure, as discussed above, was approximately 50%.

[2] It must be acknowledged that a likely possible bias is introduced in most fluoridation studies by the fact that the fluoride level of the location investigated is known before the examinations are conducted. Further, by merely realising that a child has dental fluorosis, an examiner would know there was a history of fluoride exposure, and may thereby be inclined to expect less dental caries. These factors may serve to inflate the benefits.

Grand Rapids were now very similar to those experienced in Aurora, the naturally fluoridated city. Unfortunately no one was reporting how dental caries severity was changing in other comparable populations.

In an attempt to further build up the evidence of an "optimal fluoride dose" Hodge (1950) presented the results of logarithmic transformations of Dean and co-workers caries data and averaged index values of Dean's original scores of dental fluorosis. As can be seen in Hodge's figure below, the curves gave the impression that "below 1 ppm of fluoride, there is no indication that fluoride has any effect on the occurrence" of fluorosis (Hodge 1950). It is now appreciated that this way of statistically manipulating data was inappropriate, but the resulting illustrations were very convincing for lay-men and public health dentists. In a personal discussion with Hodge (who I greatly respected as a scientist) at a meeting in Utah in 1982 he fully appreciated that at the time he was carried away when making this transformation of the data.

**Figure 2.  Average indexes of fluorosis plotted against water fluoride content (logarithmic scale)**



*Figure from Hodge (1950)*

In Hodge's logarithmic analysis of Deans's data the mean caries experience recorded from the 21 city studies indicated that a maximum caries reduction was obtained around the concentration of about 1-1.2 ppm fluoride in water supplies, so the "optimum level" was determined

7

as the level of concentration of fluoride in water supplies which gave maximum caries reduction while causing minimal dental fluorosis of "no cosmetic concern" from a public health point of view. This estimate of the optimal water fluoride concentration was subsequently used to determine the amount of fluoride which should be given in other systemic fluoride regimens such as tablets, vitamin drops, salt, etc. which became introduced in populations where health authorities would not allow artificial fluoridation of water supplies.

By the middle of the 20th century there was much enthusiasm about the possibilities for caries prevention by adding fluorides to water supplies. During that period, in Europe in particular, the caries situation was overwhelming with numerous tooth extractions amongst children, so attempts to introduce "the American concept" of adding fluoride to the water supplies were made in a few countries as exemplified in Holland. The concept of an "optimum fluoride" consumption was further advanced, but in most European countries the population did not want to be "medicated" through the water supplies, and there were concerns expressed about the potential for adverse effects. Some European countries, including Germany, Holland, Ireland, Finland, Spain, Switzerland, and the United Kingdom, did begin water fluoridation to some extent. Most of these countries, however, subsequently terminated their water fluoridation programs. Today, the only European countries that still add fluoride to water are Ireland (100%), Spain (~10%), and the United Kingdom (~10%).

## B.        Systemic Fluoride and the Concept of Caries Resistant Teeth

The concept of the necessity of ingesting fluoride was based on the belief that fluoride exerted its anti-cariogenic effect predominantly by becoming incorporated into the crystals in the dental hard tissues during enamel formation. This, it was believed, would make the enamel more "resistant" to the acid attack on tooth surfaces, because it was known that pure fluorapatite is less soluble than hydroxyapatite (Volker 1939; for a detailed discussion see Fejerskov & Larsen 2015).

With this paradigm it was therefore logical that public health dentists would have to argue that as much fluoride as possible should be ingested during tooth formation in early life in order to increase the "resistance of the tooth" (see Fejerskov 2004, Fejerskov 2017). Arguments that "optimal fluoride concentrations in water supplies result in more perfect mineralised teeth with pearl shine appearance," or "teeth formed in low fluoride areas are fluoride deficient" were common. Also, based on this old concept, fluoride was considered a micronutrient to control caries and it is still by some considered "essential in diet" (Hunt & Stoecker 1996, Bergman et al. 2009), although this is surprising taking into account how the concepts on cariostatic mechanisms of fluoride have changed, as discussed below.

## C.        Fluoride & the Caries Process

In order to understand fluoride's cariostatic mechanism, it is crucial to understand the caries process as a progressive loss of minerals from the tooth structure caused by biofilm metabolism, leading over time to the development of a cavity. The effect of fluoride on the caries process is not fully understood despite years of research. Nevertheless, while available in the oral cavity even at micromolar concentrations, fluoride has a measurable effect on the stability of tooth minerals, since it is a potent enhancer of mineral precipitation. The ultimate effect will be a reduction in the progression of caries lesions (Fejerskov & Larsen 2015).

The concept that fluoride delays caries progression by reducing demineralization and enhancing remineralization (rather than preventing caries formation) has to be understood in order to discuss the mode of action of each method of fluoride delivery. It is clear that tooth minerals are very stable because saliva under normal pH conditions has calcium and phosphate concentrations high enough to be supersaturated with respect to the mineral phases of teeth (mainly hydroxyapatite). It is only under certain conditions when this supersaturation is disturbed (i.e., when the biofilm metabolism produces acid from sugar fermentation) that dental demineralization can

occur. Therefore, it is not surprising that caries is ubiquitous in modern society, which lives on a sucrose-rich diet. Sucrose fermentation results in proton production which reduces the supersaturation of the biofilm fluid with respect to tooth minerals leading to mineral dissolution in order to maintain the saturation condition. If this demineralization episode is repeated many times a day, over a period of weeks or months a visible caries lesion develops (Fejerskov, 1997). Although fluoride does not affect biofilm formation and sugar metabolism in concentrations available in saliva and biofilm fluid, dental demineralization is reduced by the concomitant precipitation of fluorhydroxyapatite, a mineral phase that is more stable than hydroxyapatite at any given pH. Therefore, while hydroxyapatite from inside the tooth enamel is dissolving during a cariogenic challenge, a fluoridated apatite can precipitate in the outer surface layer of the enamel. The net result is a reduction of total mineral loss, accompanied by the gradual formation of a fluoride-enriched mineral (a consequence, and not cause, of the fluoride effect[3]).

The reduction of demineralization and enhancement of remineralization is the basis of fluoride use irrespective of the vehicles used. Methods of fluoride application can be considered as collective to the whole population (e.g., water), individual (e.g., toothpaste, mouthwash) or professionally applied (e.g., topical 2% NaF solution, F-gel, varnish). Water fluoridation does not depend on individual compliance and is a passive 'mass medication.' Other fluorides (supplements, toothpaste, gels, varnishes, etc) rely on active patient involvement.

Given the wide range of fluoride vehicles now available, and the change in the epidemiology of caries in recent decades (partly as a result of fluoride use), it is of utmost importance that the role and mode of action of each of these methods is understood so that they may

---

[3] After tooth eruption, the fluoride concentration in enamel can be increased as the result of pH fluctuations that cause dissolution and redeposition of the enamel (Fejerskov & Larsen 2015). Consistent with this, we have observed more fluoride in enamel covering a caries lesion than in surrounding sound enamel (Weatherell, Deutsch, Robinson & Hallsworth 1977).

be logically recommended. For example, fluoridated water controls caries because it is drunk regularly and present in cooking preparations, which causes the fluoride levels in the oral fluids to increase regularly during the day (Oliveby, et al. 1990). This moderate increase explains fluoridated water's effect on the caries process. Yet, fluoride levels in the dental biofilm can be maintained, even after interruption of water fluoridation, if a fluoride toothpaste is being used daily (Seppä et al., 1996, Richards et al. 2013).

## V.   OPINIONS

### A)  There Is No Need to Ingest Fluoride for Caries Control Because Its Beneficial Effect Comes from Topical Contact with Teeth, Not from Ingestion

We have to appreciate the effects of fluorides on developing and erupted teeth to derive at a rational way of advocating the use of fluorides in contemporary populations. Fluoride can have both beneficial and detrimental effects on the dentition. The beneficial effect is due almost entirely to the local (topical) effect of fluoride on all sites in the dentition where tooth surfaces are covered by a biofilm after the teeth have erupted into the oral cavity. It is not necessary, therefore, to ingest fluoride for caries control. By contrast, the detrimental effects of fluoride are due to its systemic absorption during tooth development, resulting in dental fluorosis which is a hypomineralisation of the enamel the degree of which is a direct reflection of fluoride ingestion during tooth formation (Fejerskov et al. 1996). If we can enhance the intraoral exposure to fluoride throughout life and minimise systemic absorption during the period when the dentition is developing, fluoride can be used to maximise its benefits in caries control whilst at the same time minimising the risk of fluorosis and any other unwanted systemic effects.

Based on the following evidence, *we must conclude that in order to obtain a caries reduction effect of fluoride it is not important – and indeed inadvisable - to ingest fluoride during tooth formation*.

1)      **The level of fluoride found in human enamel is too low to have an effect on solubility**

During tooth formation fluoride is bound to the biological hydroxyapatite as the crystals grow in width and thickness. This process takes a long time in man where the permanent teeth takes 2-4 years to achieve their full content of mineral (the so-called enamel maturation process). The more fluoride ingested the more fluoride is incorporated, but in man the fluoride concentration in bulk enamel is rather low (50-100ppm) in areas where the drinking water contains from 0.5-1.5 ppm. Only in the outermost enamel layers (~100 microns) does fluoride accumulate and increase significantly to 1,000-2500ppm F. Yet, if all hydroxyl ions in the apatite should be substituted with fluoride ions the enamel would contain ~40.000ppm F!  Thus, even in the very outermost surface the fluoride substitutes only 5-10% of hydroxyl, as schematically visualized in the figure below. It should be acknowledged that it is necessary to have about 60% of the hydroxyl ions substituted to derive at a mineral that is more acid resistant.

**Figure 3. Fluoride replacement of hydroxyl ions in enamel**



*Source: Larsen & Bruun 1994, Textbook of Clinical Cariology, Munksgaard Publ. (fig. 11-5, p. 235)*

The lack of systemic benefit from pre-eruptive exposure to fluoridated water was evident in some of the early epidemiological research, although this was not appreciated until decades later (e.g., Koch, Fejerskov & Thystrup 1994, citing Russell 1949). Russell, for example, found that children moving out of fluoridated areas experienced an increase in caries increment similar to the level of their age-matched contemporaries in a low-fluoride area (Russell 1949).

12

Additionally, Arnold found that children whose teeth had completely formed prior to consuming fluoridated water experienced substantial reductions in decay after moving to a fluoridated area – thus highlighting the post-eruptive, topical nature of the effect (Fejerskov 2004, citing Arnold 1957).

**2)        There is no relationship between enamel fluoride content & caries prevalence**

Despite slightly more fluoride in teeth formed in so-called "optimally fluoridated teeth" there is no consistent relationship between fluoride content in surface enamel and caries experience of the individuals (Poulsen & Larsen 1975; Richards & Fejerskov, et al. 1977). The US Centers for Disease Control (CDC) has recognized this, stating that: "The prevalence of dental caries in a population is not inversely related to the concentration of fluoride in enamel, and a higher concentration of enamel fluoride is not necessarily more efficacious in preventing dental caries" (CDC 2001).

Consistent with these findings, in vitro studies of experimental caries using gel techniques have shown exactly similar degrees of lesion development in teeth from low- and 'optimal'- fluoride areas (Kidd et al., 1980). Similarly, studies by Featherstone and others have shown that fluoride incorporated into hydroxyapatite has no measurable effect on the solubility of the mineral (Featherstone 2000). More recent in vitro research has confirmed the above conclusions (Marin et al.2016).

The only living animal known to have teeth with pure fluorapatite is sharks. Yet, if such teeth are placed in the human mouth and exposed to a caries challenge in situ they also develop caries lesions (Øgaard & Rølla 1988).

**3)        No difference in enamel caries lesions between fluoridated and non-fluoridated areas**

Probably the most well designed clinical trial on water fluoridation was conducted in Europe - the Dutch Tiel-Culemburg studies by Otto Backer-Dirks (1967) and his collaborators.

These data were of particular importance because the original data were available decades later when the artificial fluoridation of the drinking water had to cease. Reanalyses of these data many years later (Groeneveld 1985 and Groeneveld & Backer Dirks 1988) confirmed the changed concepts on the mechanisms of fluoride action as proposed by Fejerskov, Thylstrup and Larsen in 1981. Hitherto, dental caries had only been reported at the level of distinct cavities (Decayed, Missing, Filled Teeth / Surfaces). There were fewer cavities observed in children in the fluoride population, but when including earlier stages of enamel caries (non-cavitated lesions) the data showed that there was no difference between fluoridated and non-fluoridated populations because fluoride just acted by slowing down the rate of mineral loss -  so if this was not realised it would seem as if fluoride prevented cavities.  Similar findings have been reported by Machiulskiene, et al. 2009. Groeneveld and Backer Dirks [1988] concluded that "on the initiation of a caries lesion no pre- nor posteruptive effect of fluoride can be observed. In fact apart from a small retardation of new lesions at younger ages there is almost no effect at all." Moreover, despite the fact that in fluoridated areas there is a higher concentration in the fluoride in the outer enamel layers, the difference in prevalence of lesions is so small between fluoride and non-fluoride areas that the conclusion that 'fluoride concentration in the enamel plays a role of minor importance in caries reduction [Fejerskov et al., 1981]' is justified."

4)           **Studies of fluoride supplements confirm the inadvisability of F ingestion**

The inadvisability of fluoride ingestion (systemic effect) was made apparent through attempts to reduce tooth decay by administering fluoride in tablets (Aasenden & Peebles 1974). In the study by Aasenden & Peebles a caries reduction was obtained but the children developed rather extensive dental fluorosis.  However, when similar studies were performed in Denmark and Holland and multivariate analytical methods applied to control for confounders – these fluoride supplement programs only resulted in development of dental fluorosis in the children without any caries

14

reduction (Tjimstra, et al. 1978; Thylstrup et al. 1979, Friis-Hasche, Thylstrup, et al. 1984, Kalsbeek, Verrips & Dirks 1992). To the extent that fluoride supplements exert any benefits, it is from the incidental increase of fluoride in the intraoral fluids and resulting contact with erupted enamel (Thylstrup, et al. 1979). Consistent with this, the recent Cochrane review on prenatal fluoride supplements (an exposure modality that is purely systemic) concluded "There is no evidence that fluoride supplements taken by women during pregnancy are effective in preventing dental caries in their offspring" (Takahashi, et al. 2017). The US Center for Disease Control previously derived the same conclusion about prenatal supplementation (CDC 2001).

5.      **Measures of total fluoride intake do not predict lower caries rates**

The irrelevance of fluoride ingestion is further supported by the results of the "Iowa Fluoride Study" in the United States. The Iowa Fluoride Study used a prospective study design to examine the relationship between total daily fluoride intake from all sources (from birth through 17 years of age) with the development of caries and fluorosis (Warren, et al. 2009; Curtis et al. 2018). The study found that fluoride intake has little effect on caries development, but has a clear effect on fluorosis. According to the authors: "These findings suggest that achieving a caries-free status may have relatively little to do with fluoride *intake*, while fluorosis is clearly more dependent on fluoride intake" (Warren et al. 2009).

6.      **The primacy of fluoride's topical mechanisms are now widely acknowledged in the dental research field**

My colleagues and I first proposed the primacy of fluoride's topical cariostatic effects in 1981. While it took some time for this view to be accepted (Fejerskov 2004), it can now safely be characterized as the consensus within the dental research field (CDC 1999, 2001, Featherstone 2000, European Commission 2005, NRC 2006). Despite this, surveys show that many practicing dentists in the United States remain unaware of this 'new' understanding (Yoder 2007).

15

**7.**        **Even low doses of fluoride ingestion are sufficient to disturb enamel formation and cause dental fluorosis**

There is a clear linear dose-response relationship between fluoride ingestion and dental fluorosis, and even seemingly low doses of fluoride are sufficient to cause dental fluorosis (Fejerskov, Baelum & Richhards 1996).   We demonstrated this through an analysis of 3 major American surveys (Dean's original data included), wherein we determined the prevalence of dental fluorosis, including "questionable" fluorosis, as a function of the estimated fluoride dose per kilogram of bodyweight (Fejerskov, Baelum & Richards 1996).  We found that, for every increase in dose of 0.02 mg/kg/day, there was a significant increase in severity of dental fluorosis (see Figure 7 below). Notably, we did not find a 'critical value' for fluoride intake below which the toxic effect on enamel was absent.

Because of the tendency to dismiss "questionable" fluorosis as being unrelated to fluoride, the low end of the dose-response curve between fluoride ingestion and enamel disturbances has been under appreciated in the dental field. To help address this, my colleague and I developed an index for diagnosing dental fluorosis (based on documented pathology of the enamel changes) that is more sensitive and reproducible than the original Dean index (Thylstrup & Fejerskov 1978). But, regardless of which index is used (Dean or TF), epidemiological studies have made clear that water fluoridation, even at 0.7 mg/L, causes dental fluorosis (Heller, et al. 1997). Moreover, studies have demonstrated that the prevalence and severity of fluorosis is higher today in fluoridated areas than was the case back in Dean's time (Beltran-Aguilar 2010, CDC 2019; Clark, et al. 1994; Heller, et al. 1997, Ismail, et al. 1990; McDonagh, et al. 2000). For example, the most recent national survey from the U.S. (2015-2016) found that 68.9% of U.S. children (aged 6-19 years) have at least very mild fluorosis (CDC 2019, Table 10). This survey was a nationally

16

representative sample,[4] and, as such, was not limited to children living in fluoridated areas. The rates of fluorosis are likely higher in fluoridated areas and, in any event, are clearly higher than what was considered acceptable when water fluoridation first began (Hodge 1950, NRC 1951).

**Figure 4. Community Fluorosis Index ($F_{ci}$) as a function of daily fluoride dose**



*Source: Textbook of Dental Caries 2015 (fig. 14.19d, p. 257)*

Finally, although still ingrained in current approaches to fluoride, we should no longer view dental fluorosis as a "necessary trade-off" for fluoride's anti-caries effects (Fejerskov 2004). Since fluoride does not need to be ingested to control caries, we can achieve its benefits without any appreciable amount of dental fluorosis (a toxic effect on dental hard tissue) in a population, and certainly not the prevalence rates now observed in the U.S. population. (For photos and further information about dental fluorosis, see **Appendix C**.)

**B) The Evidence on the Beneficial Effects of Individual Fluoride Products Like Toothpaste Is Far Stronger than the Evidence for Water Fluoridation**

The research conducted on the effects of water fluoridation, milk fluoridation, fluoride supplements and salt fluoridation is still insufficient and/or of poor methodological quality. However, the evidence on the beneficial effects of fluoride toothpastes, mouth rinses, and gels is

___

[4] The community fluorosis index (CFI) in the 2015-2016 NHANES survey is substantially lower than the CFI in the 2011-2012 and 2013-2014 NHANES surveys (CDC 2019, Table 10). The reason(s) for this variability in results from these nationally representative surveys appears to be poorly understood.

17

consistent and strong, based on a sizeable body of evidence mainly from randomized controlled trials.

Since the mid-1900s, the various fluoride interventions – in the form of toothpastes, mouth rinses, and gels mainly – have been subjected to intensive clinical testing in randomized controlled trials (RCTs), the least biased evidence type from primary research into effectiveness. However, less conclusive study designs have been used to assess the effectiveness of fluoride in drinking water and fluoride added to salt.

Yet, it is only relatively recently that this evidence started to be summarized more objectively in rigorous systematic reviews, taking such differences in study question and design systematically into account.  It is even more recently that decisions and recommendations for the appropriate use of fluoride for caries control are being based on the results of such reviews. Nevertheless, the general picture in the early 1990s was that the effectiveness of fluorides in caries prevention had been extensively summarized in traditional narrative reviews based on selected published literature, and effectiveness estimates had been reported in broad ranges, with no general agreement on the causes of differences in reported effectiveness. The systematic reviews published since 2000 have compiled evidence synthesized from hundreds of reports of randomized controlled trials (RCTs), as well as non-randomized evidence (from other types of studies), on the effects of fluorides in various forms. The large number of systematic reviews of trials published between 2002 and 2004 in particular are associated with the publication of the first Cochrane reviews (Marinho et al. 2002a,b; 2003a,b,c; 2004a,b).

Recommendations systematically developed for the appropriate use of fluoride in different settings/countries in practice guidelines are based largely on the results of the series of Cochrane fluoride reviews for preventing caries in children and adolescents (Marinho et al. 2002a,b, 2003a,b,c, 2004a,b; Walsh et al 2010; Wong et al 2011, Iheozor-Ejiofor 2015) and on the UK NHS

Centre for Reviews and Dissemination (CRD) systematic review on water fluoridation (McDonagh et al, 2000). They form the basis of the international evidence base used in numerous guidance documents worldwide (ADA-CSA 2006, EAPD 2009; NHMRC 2007).

In 2015, the Cochrane Center released its review of water fluoridation (Iheozor-Ejiofor 2015). In notable contrast to its conclusions on fluoridated toothpastes, the Cochrane review of water fluoridation found "very little contemporary evidence" to support the effectiveness of water fluoridation in the modern context where fluoride toothpastes and other individual-use fluoride products are now widely used. Further, while the studies that the Cochrane review identified "indicate that water fluoridation is effective at reducing caries levels in both deciduous and permanent dentition in children," the review concluded that "our confidence in the size of the effect estimates is limited by the observational nature of the study designs, the high risk of bias within the studies and, importantly, the applicability of the evidence to current lifestyles." The Cochrane review's concern with the applicability of early studies to contemporary times, where topical fluoride products are now widely available, highlights an important admonition to consider when assessing the effectiveness of any treatment for caries:

> "[M]any clinical studies were conducted when the caries prevalence and incidence was much higher than it is today (for example, in many European countries caries prevalence and incidence has fallen amongst children by as much as 90%). This means it may be very unwise to apply results obtained in one period, in a certain population, to an entirely different population with a very different disease profile." (Kidd & Fejerskov 2016, p. 94).

Additionally, the Cochrane review "did not identify any evidence, meeting the review's inclusion criteria, to determine the effectiveness of water fluoridation for preventing caries in adults." Further, the review concluded that "There is insufficient evidence to determine whether water fluoridation results in a change in disparities in caries levels across SES."

The conclusions of the Cochrane review are consistent with the findings of the review by the UK NHS Centre for Reviews and Dissemination (McDonagh, et al. 2000), which found that

19

the research on water fluoridation's effectiveness is of a much lower quality than had previously been reported. Many of the studies on water fluoridation failed to control for other factors that influence caries rates (e.g., income), and there has yet to be an RCT, which is considered the gold standard design for studying the effectiveness of medical treatments.

Based on the foregoing, it can be concluded from the Cochrane reviews that *the caries-preventive benefits of regular toothbrushing with fluoride toothpastes are firmly established, but scientific controversy on the effects of water fluoridation are likely to continue until higher quality studies are conducted and more definitive evidence is produced.*

### C) Caries Has Declined Significantly Throughout the Developed World in Communities With and Without Water Fluoridation

It is often stated, or assumed, that water fluoridation is the reason for the caries decline that has occurred in the United States since the middle part of the 20th century (e.g., CDC 1999). However, the caries decline has occurred in all developed countries, irrespective of water fluoridation. Most countries in Europe, for example, do not fluoridate their water supplies, yet it is well established, and indeed beyond dispute, that the rate of caries has declined dramatically since the 1970s (e.g., Fejerskov et al., 1982, Kalsbeek, et al. 1990, Kalsbeek, et al. 1992, Manji & Fejerskov 1994, Petersson 1996, Seppa, et al. 2000, Cheng 2007, SCHER 2011). In 1982, my colleagues and I documented that a dramatic decline in caries had occurred in Denmark, a country that does not fluoridate water supplies (Fejerskov, et al. 1982). Many subsequent studies have confirmed similar declines in other countries without water fluoridation (Manji & Fejerskov 1994). As summarized by the EU Scientific Committee on Health and Environmental Risks, "independent of the fluoridation policies across the EU Member States, there has been a consistent decline over time in tooth decay in 12 year old children from the mid 1970s, regardless of whether drinking water, milk, or salt are fluoridated." (A figure from the SCHER report showing examples of the caries decline in countries with and without water fluoridation is reproduced in **Appendix D**.)

Notably, even in communities without water fluoridation in North America, a remarkable decline in caries occurred after the middle part of the 20th century (e.g., Glass 1981, Gray 1987). By 1986-1987, relatively little difference in caries could be discerned between children in the U.S. who had lived their whole lives in communities with fluoridated water and children who had lived their whole lives without fluoridated water in a national survey by the National Institute of Dental Research (Brunelle & Carlos 1990; Heller, et al. 1997). Brunelle & Carlos summarized this data as showing an approximate 18% difference in tooth decay in children living in fluoridated communities.[5] Heller, et al. analyzed this same data and found that—while dental fluorosis rates were obviously increased in fluoridated areas—the percentage of children without any caries was almost identical in communities with and without water fluoridation (55.2% vs. 53.2%). (For a visual comparison of Heller's results with Hodge's assessment from 1950, see **Appendix E**.) One of the strengths of the Heller study is that it had complete residential information for the children and was able to limit the analysis to children with lifelong exposure to water with known concentrations of fluoride. Overall, Heller found an average difference in tooth decay of approximately half a tooth surface, which is of questionable clinical significance (DeLiefde 1998, Locker 1999). Other modern studies of water fluoridation, including those conducted by advocates of the policy, have reported similarly small differences (e.g., DeLiefde 1998; Armfield, et al. 2005;

---

[5] Percentage reductions in dental caries should always be interpreted in the context of what the prevalence of dental caries is in a given population. When caries prevalence is high the distribution of disease in a population is following a Gaussian distribution whereas with low prevalence the disease distribution is very skewed. Thus, the majority of a child population may in fact be considered 'caries free' and caries is only recorded in a minor proportion of individuals. In the context of low caries rates, a relative difference in decay of 18% represents a small, and clinically questionable, difference in absolute decay (De Liefde 1998; Locker 1999). As noted by Gray (1987), "a 60 per cent reduction in DMFT when the average DMFT is 8-10 teeth is very significant. A 60 per cent reduction in the DMFT rate of children when the average DMFT is less than 4 teeth is of less significance. If the reduction that is occurring is not 60 per cent but closer to 25 per cent, then it is something else again." De Liefde (1998) described a 20 percent difference as "clinically meaningless" when the overall prevalence was 1.4 DMFT. The clinical significance of a 20% difference in the more sensitive DMF<u>S</u> metric is even more questionable.

Armfield, et al. 2010; Machiulskiene & Fejerskov, et al. 2009; Spencer, et al. 2018; Slade, et al. 2018). Some studies have been unable to detect a difference (e.g., Chankanka, et al. 2011 & 2015, Hildebolt, et al. 1989, Shiboski, et al. 2003).

Consistent with the finding that caries has declined throughout the developed world independent of water fluoridation, studies published since the 1990s have observed no demonstrable effect on caries rates from the termination of water fluoridation programs. In fact, in most of these studies, the rate of caries continued to decline despite the discontinuation of water fluoridation (Kunzel 1997; Burt, et al. 2000; Kunzel, et al. 2000a,b; Seppa, et al. 2000a,b; Maupome, et al. 2001). While two recent studies have reported contrary results (McLaren, et al. 2016; Meyer 2018), caries had already started to increase in one of the studies prior to the termination of fluoridation (Neurath, et al. 2017), and it is questionable whether either study properly accounted for other factors that could explain the caries trend.

Finally, a report by Burt et al. (2000) is of interest because it describes what happened to dental caries and dental fluorosis in a US population which by accident was deprived of fluoride ingestion from drinking water for almost a year. The authors performed a careful data analysis and interpretation. The population was also exposed to a broad range of topical fluorides, so the effect observed could only be ascribed to fluoride ingested from the water supplies. There was no effect on dental caries in the primary dentition but a distinct decline in prevalence (and severity) of dental fluorosis. This is in full agreement with studies from Hong Kong (Evans & Stamm, 1991) who observed that when fluoride was reduced from 1.0 to 0.7 ppm in the drinking water it resulted in a significant decline in prevalence of dental fluorosis. These data are also in accord with the dose-response relationship shown by Fejerskov et al. in 1996 (see figure 4 above) and the results of the NIDR's 1986-87 national survey (Heller, et al. 1997).

## VI.          CONCLUSION

Our understanding of the mechanism of action of fluoride on dental tissue ought to dictate how fluoride is used both in dental practice and in public health.  As explained above, fluoride's detrimental effect on dentition (i.e., dental fluorosis) comes exclusively from its systemic absorption prior to the eruption of the tooth, whereas fluoride's beneficial effects on dentition (i.e., caries control) comes almost entirely from its post-eruptive topical contact with the enamel. From a risk-benefit perspective, therefore, a rational use of fluoride would seek to minimize the ingestion of fluoride prior to the eruption of teeth and throughout the tooth-forming period.  Towards this end, fluoride exposure during the *in utero* and early infancy period is contraindicated for oral health purposes. Further, when considering fluoride's mechanism of action in light of the (i) increasing rates of dental fluorosis in North America and (ii) questionable effectiveness of water fluoridation under contemporary conditions of widespread topical fluorides, it is my professional opinion that the addition of fluoride to public water supplies is no longer justified from an oral health perspective.

_____

Ole Fejerskov, Aarhus University, Denmark, June 2019

23

# REFERENCES

Aasenden R, Peebles BC. Effects of fluoride supplementation from birth on human deciduous and permanent teeth. *Arch Oral Biol.* 1974 Apr; 19(4):321-6.

ADA Council on Scientific Affairs (ADA-CSA). Professionally Applied Topical Fluoride. Executive Summary of Evidence-Based Clinical Recommendations. *Journal of the American Dental Association*; Special Insert, May 2006.

Ainsworth NJ. Mottled Teeth. *British Dental Journal*; 1933; 55:233-50.

Aoba T, Fejerskov O. Dental fluorosis: chemistry and biology. *Critical reviews in Oral Biology and Medicine*. 2002; 13(2):155-70.

Armfield JM. Public water fluoridation and dental health in New South Wales. *Australian and New Zealand Journal of Public Health.* 2005 Oct;29(5):477-83.

Armfield JM. Community effectiveness of public water fluoridation in reducing children's dental disease. *Public Health Report*s; 2010 Sep-Oct;125(5):655-64.

Arnold FA, Dean HT, Knutson JW. Effect of fluoridated public water supplies on dental caries prevalence. *Public Health Reports;* 1953; Feb;68(2):141-8.

Arnold FA. The use of fluoride compounds for the prevention of dental caries. *International Dental Journal* 1957;7:54-72.

Arnold FA, Likins RC, Russell AI, Scott DB. Fifteenth year of the Grand Rapids fluoridation study. *Journal of the American Dental Association*; 1962; Dec; 65(6):780–785.

Beltrán-Aguilar ED, Barker L, Dye BA. Prevalence and severity of dental fluorosis in the United States, 1999-2004. *National Center for Health Statistics Data Brief*. 2010 Nov; (53):1-8.

Bergman C, Gray-Scott D, Chen JJ, Meacham S.  What is next for the Dietary Reference Intakes for bone metabolism related nutrients beyond calcium: phosphorus, magnesium, vitamin D, and fluoride? *Critical Reviews in Food Science and Nutrition*. 2009 Feb; 49(2):136-44.

Black GV, McKay FS. Mottled Teeth: An Endemic Developmental Imperfection of the Enamel of the Teeth Heretofore Unknown in the Literature of Dentistry. *Dental Cosmos.* 1916; 58(2):129-156.

Brunelle JA, Carlos JP. Recent trends in dental caries in U.S. children and the effect of water fluoridation. *Journal of Dental Research*. 1990 Feb;69 Spec No:723-7; discussion 820-3.

Burt BA, Keels MA, Heller KE. The effects of a break in water fluoridation on the development of dental caries and fluorosis. *Journal of Dental Research*. 2000 Feb;79(2):761-9.

Centers for Disease Control and Prevention [CDC]. Achievements in Public Health, 1900-1999: Fluoridation of Drinking Water to Prevent Dental Caries. *Morbidity and Mortality Weekly Report*. 1999; Oct 22; 48(41);933-940.

Centers for Disease Control and Prevention [CDC]. Recommendations for Using Fluoride to Prevent and Control Dental Caries in the United States. *Morbidity and Mortality Weekly Report*. 2001 Aug 17; 50(RR14);1-42.

Centers for Disease Control and Prevention [CDC]. Data Quality Evaluation of the Dental Fluorosis Clinical Assessment Data From the National Health and Nutrition Examination Survey, 1999–2004 and 2011–2016. National Center for Vital Health Statistics, 2(183). 2019.

Chankanka O, Cavanaugh JE, Levy SM, et al. Longitudinal associations between children's dental caries and risk factors. *Journal of Public Health Dentistry* 2011 Fall;71(4):289-300.

Chankanka O, Levy SM, Marshall TA, et al. The associations between dietary intakes from 36 to 60 months of age and primary dentition non-cavitated caries and cavitated caries. *Journal of Public Health Dentistry* 2015 Fall; 75(4):265-73.

Cheng KK, Chalmers I, Sheldon TA. Adding fluoride to water supplies. *British Medical Journal*. 2007 Oct 6; 335(7622):699-702.

Churchill HV. Occurrence of Fluorides in some Waters of the United States. *Industrial and Engineering Chemistry.* 1931; 23(9):996–998.

Clark DC. Trends in prevalence of dental fluorosis in North America. *Community Dentistry and Oral Epidemiology*. 1994; Jun; 22(3):148-52.

Curtis AM, VanBuren J, Cavanaugh JE, et al. Longitudinal associations between dental caries increment and risk factors in late childhood and adolescence. *Journal of Public Health Dentistry*. 2018; Sep;78(4):321-328.

Dean HT, Elvove E. Some epidemiologic aspects of chronic endemic dental fluorosis. *American Journal of Public Health*. 1936; 26:567-75.

Dean HT. Chronic endemic dental fluorosis (mottled enamel).  In: Gordon SM, ed. *Dental Science and Dental Art.* Philadelphia, PA: Lea and Febinger, 1938: 387-414.

Dean HT; Mckay FS. Production of mottled enamel halted by a change in common water supply. *American Journal of Public Health.* 1939; 29: 590-6.

Dean HT, Jay P, Arnold FA, Elvove E. Domestic water and dental caries, including certain epidemiological aspects of oral *L. acidophilus. Public Health Reports.* 1939; 54: 862-88.

Dean HT, Arnold FA, Elvove E. Domestic water and dental caries. II. A study of 2,832 white children, aged 12 to 14 years, of 8 suburban Chicago communities, including lactobacillus acidophilus studies of 1,761 children. *Public Health Reports.* 1941; 56:761–92

Dean HT, Arnold FA, Elvove E. Domestic water and dental caries. V. Additional studies of the relation of fluoride domestic waters to dental caries experience in 4425 white children, age 12-14 years, of 13 Cities in 4 States. *Public Health Reports*. 1942; 57:1155–79.

Dean HT. The investigation of physiological effects by the epidemiological method. In: Moulton FR, ed. *Fluorine and Dental Health.* AAAS Publication No. 19. American Association for the Advancement of Science, 1942: 23-31.

Dean HT, Arnold FA, Jay P, Knutson JW. Studies on the mass control of dental caries through fluoridation of the public water supply. *Public Health Reports.* 1950; 65: 1403-8.

de Liefde B. The decline of caries in New Zealand over the past 40 years. *The New Zealand Dental Journal*. 1998; Sep; 94(417):109-13.

Dirks OB. The relation between the fluoridation of water and dental caries experience. *International Dental Journal*; 1967; Sep;17(3):582-605.

European Academy of Paediatric Dentistry. Guidelines on the use of fluoride in children: an EAPD policy document. *European Archives of Paediatric Dentistry*. 2009; Sep;10(3):129-35.

European Commission. The Safety of Fluorine Compounds in Oral Hygiene Products for Children Under the Age of 6 Years. Health & Consumer Protection Directorate-General, Scientific Committee on Consumer Products, September 20, 2005.

Evans RW, Stamm JW. Dental fluorosis following downward adjustment of fluoride in drinking water. *Journal of Public Health Dentistry*. 1991; Spring;51(2):91-8.

Featherstone JD. The science and practice of caries prevention. *Journal of the American Dental Association*. 2000; Jul; 131(7):887-99.

Fejerskov O, Thylstrup A, Larsen MJ. Clinical and structural features and possible pathogenic mechanisms of dental fluorosis. *Scandinavian Journal of Dental Research*. 1977; Nov; 85(7):510-34.

Fejerskov O, Thylstrup A, Larsen MJ. Rational use of fluorides in caries prevention. A concept based on possible cariostatic mechanisms. *Acta Odontologica Scandinavica*. 1981; 39(4):241-9.

Fejerskov O, Antoft P, Gadegaard E. Decrease in caries experience in Danish children and young adults in the 1970s. *Journal of Dental Research* 1982; 51(Spec Iss):1305-1310.

Fejerskov O, Manji F, Baelum V., Møller IJ.  Dental Fluorosis – A Handbook for Health Workers. Munksgaard, Copenhagen, 1988.

Fejerskov O, Baelum V & Richards A.  Dose-response and dental fluorosis. In Fluoride in Dentistry, 2d Edition, Fejerskov O, Ekstrand  J & Burt BA, eds., 1996, pp. 153-166.

26

Fejerskov O. Concepts of dental caries and their consequences for understanding the disease. *Community Dentistry & Oral Epidemiology* 1997;25:5-12.

Fejerskov O. Changing paradigms in concepts on dental caries: consequences for oral health care. *Caries Research* 2004; 38:182-191.

Fejerskov O, Kidd E & Nyvad B (eds). Dental Caries. The Disease and Its Clinical Management. Wiley Blackwell 3rd.ed, 2015.

Fejerskov O, Larsen MJ. Demineralization and Remineralization: The Key to Understanding Clinical Manifestations of Dental Caries. In Dental Caries. The Disease and Its Clinical Management. 3d.Edition, Fejerskov O, Kidd E & Nyvad B (eds), Wiley Blackwell, 2015, pp. 155-170.

Fejerskov, O. The Dental Profession in the 21st Century: Proud Past, Questionable Present, Challenging Future. In: L. Cohen, G. Dahlen, A. Escobar, O. Fejerskov, N. Johnson and F. Manji (eds.) The Future of Oral Health: Dentistry in Crisis-Time for Change, Daraja Press, 2017. Available online at: https://lacascada.pressbooks.com/chapter/chapter-1/

Friis-Hasché E, Bergmann J, Wenzel A, et al. Dental health status and attitudes to dental care in families participating in a Danish fluoride tablet program. *Community Dentistry and Oral Epidemiology*. 1984; Oct;12(5):303-7.

Glass RL. Secular changes in caries prevalence in two Massachusetts towns. *Caries Research*. 1981; 15(5):445-50.

Gray AS. Fluoridation. Time for a new base line? *Journal of the Canadian Dental Association*. 1987; Oct;53(10):763-5.

Groeneveld A. Longitudinal study of prevalence of enamel lesions in a fluoridated and non-fluoridated area. *Community Dentistry and Oral Epidemiology*. 1985; Jun; 13(3):159-63.

Groeneveld A, Backer Dirks O: Fluoridation of drinking water, past, present and future; in Ekstrand J, Fejerskov O, Silverstone LM: Fluoride in Dentistry. Copenhagen, Munksgaard, 1988, pp 229–251.

Heller KE, Eklund SA, Burt BA. Dental caries and dental fluorosis at varying water fluoride concentrations. *Journal of Public Health Dentistry*. 1997; Summer; 57(3):136-43.

Hildebolt CF, Elvin-Lewis M, Molnar S, et al. Caries prevalences among geochemical regions of Missouri. *American Journal of Physical Anthropology* 1989 Jan; 78(1):79-92.

Hodge HC. The Concentration of Fluorides in Drinking Water to Give the Point of Minimum Caries with Maximum Safety. *The Journal of the American Dental Association*. 1950; April; 40(4):436–439.

Hunt CD, Stoecker BJ. Deliberations and evaluations of the approaches, endpoints and paradigms for boron, chromium and fluoride dietary recommendations. *The Journal of Nutrition*. 1996; Sep; 126(9 Suppl):2441S-2451S

Iheozor-Ejiofor Z, Worthington HV, Walsh T, et al. Water fluoridation for the prevention of dental caries. *The Cochrane Database of Systematic Reviews*. 2015; Jun 18; (6):CD010856.

Ismail AI, Brodeur JM, Kavanagh M, et al. Prevalence of dental caries and dental fluorosis in students, 11-17 years of age, in fluoridated and non-fluoridated cities in Quebec. *Caries Research*. 1990; 24(4):290-7.

Kalsbeek H, Verrips GH. Dental caries prevalence and the use of fluorides in different European countries. *Journal of Dental Research*. 1990; Feb; 69 Spec No:728-32.

Kalsbeek H, Verrips E, Dirks OB. Use of fluoride tablets and effect on prevalence of dental caries and dental fluorosis. *Community Dentistry and Oral Epidemiology* 1992; Oct; 20(5):241-5.

Kalsbeek H, Kwant GW, Groeneveld A, et al. [Cessation of fluoridation of drinking water; results of caries research in Tiel and Culemborg in the period of 1968-1988]. Ned Tijdschr Tandheelkd. 1992; 99(1):24-8. Dutch.

Kempf GA, McKay FS. Mottled enamel in a segregated population. *Public Health Reports*. 1930; 45:2923-40.

Kidd EA, Thylstrup A, Fejerskov O, Bruun C. Influence of fluoride in surface enamel and degree of dental fluorosis on caries development in vitro. *Caries Research*. 1980; 14(4):196-202.

Kidd EA, Fejerskov O. Essentials of Dental Caries. Oxford University Press, 4th Edition, 2016.

Koch G, Fejerskov O, Thylstrup A. Fluoride in Caries Treatment – Clinical Treatment. In Textbook of Clinical Cariology, 2d Edition, Thylstrup A, Fejerskov O, eds., 1994, pp. 259-281.

Künzel W, Fischer T. Rise and fall of caries prevalence in German towns with different F concentrations in drinking water. *Caries Research*. 1997; 31(3):166-73.

Künzel W, Fischer T. Caries prevalence after cessation of water fluoridation in La Salud, Cuba. *Caries Research*. 2000; Jan-Feb; 34(1):20-5.

Künzel W, Fischer T, Lorenz R, Brühmann S. Decline of caries prevalence after the cessation of water fluoridation in the former East Germany. *Community Dentistry and Oral Epidemiology.* 2000; Oct;28(5):382-9.

Larsen MJ, Bruun C. Caries Chemistry and Fluoride—Mechanism of Action. In Textbook of Clinical Cariology, 2d Edition, Thylstrup A, Fejerskov O, eds., 1994, pp. 231-257.

Locker D. Benefits and Risks of Water Fluoridation. An Update of the 1996 Federal-Provincial Sub-committee Report. Prepared under contract for Public Health Branch, Ontario Ministry of Health, First Nations and Inuit Health Branch, Health Canada. November 15, 1999.

Machiulskiene V, Baelum V, Fejerskov O, Nyvad B. Prevalence and extent of dental caries, dental fluorosis, and developmental enamel defects in Lithuanian teenage populations with different fluoride exposures. *European Journal of Oral Sciences*. 2009; Apr; 117(2):154-60.

Manji F, Fejerskov O. An Epidemiological Approach to Dental Caries. In Textbook of Clinical Cariology, 2d Edition, Thylstrup A, Fejerskov O, eds., 1994, pp. 159-191.

Marín LM, Cury JA, Tenuta LM, et al. Higher Fluorosis Severity Makes Enamel Less Resistant to Demineralization. *Caries Research*. 2016; 50(4):407-13.

Marinho VC, Higgins JP, Logan S, Sheiham A. Fluoride gels for preventing dental caries in children and adolescents. *The Cochrane Database of Systematic Reviews*. 2002a; (2): CD002280.

Marinho VC, Higgins JP, Logan S, Shciham A. Fluoride varnishes for preventing dental caries in children and adolescents. *The Cochrane Database of Systematic Reviews*. 2002b; (3): CD002279.

Marinho VC, Higgins JP, Sheiham A, Logan S. Fluoride toothpastes for preventing dental caries in children and adolescents. *The Cochrane Database of Systematic Reviews*. 2003a; (1): CD002278.

Marinho VC, Higgins JP, Logan S, Sheiham A. Fluoride mouthrinses fbr preventing dental caries in children and adolescents. *The Cochrane Database of Systematic Reviews*. 2003b; (3): CD002284.

Marinho VC, Higgins JP, Logan S, Sheiham A. Topical fluoride (toothpastes, mouthrinses, gels or varnishes) for preventing dental caries in children and adolescents. *The Cochrane Database of Systematic Reviews*. 2003c; (4): CD002782.

Marinho VC, Higgins JP, Sheiham A, Logan S. One topical fluoride (toothpastes, or mouthrinses, or gels, or varnishes) versus another for preventing dental caries in children and adolescents. *The Cochrane Database of Systematic Reviews*. 2004a; (I): CD002780.

Marinho VC, Higgins JP, Sheiham A, Logan S. Combinations of topical fluoride (toothpastes, mouthrinses, gels, varnishes) versus single topical fluoride for preventing dental caries in children and adolescents. *The Cochrane Database of Systematic Reviews*. 2004b; (I): CD002781.

Maupomé G, Clark DC, Levy SM, Berkowitz J. Patterns of dental caries following the cessation of water fluoridation. *Community Denistry Oral Epidemiol.* 2001; Feb; 29(1):37-47.

McDonagh MS, Whiting PF, Wilson PM, et al. Systematic review of water fluoridation. *British Medical Journal*. 2000; Oct 7; 321(7265):855-9.

McKay FS. Relation of mottled enamel to caries. *Journal of the American Dental Association*. 1928; 15:1429-37.

McLaren L, Patterson S, Thawer S, et al. Measuring the short-term impact of fluoridation cessation on dental caries in Grade 2 children using tooth surface indices. *Community Dentistry and Oral Epidemiology* 2016; Jun; 44(3):274-82.

Meyer J, Margaritis V, Mendelsohn A. Consequences of community water fluoridation cessation for Medicaid-eligible children and adolescents in Juneau, Alaska. *BMC Oral Health*. 2018; Dec 13; 18(1):215.

Myers HM. Dose-response relationship between water fluoride levels and the category of questionable dental fluorosis. *Community Dent Oral Epidemiol. 1*983; Apr;  11(2):109-12.

Neurath C, Beck JS, Limeback H, et al. Limitations of fluoridation effectiveness studies: Lessons from Alberta, Canada. *Community Dentistry and Oral Epidemiology* 2017; Dec; 45(6):496-502

National Health and Medical Research Council (NHMRC, Australia). A Systematic Review of the Efficacy and Safety of Fluoridation. 2007.

National Research Council (NRC). Report of the Ad Hoc Committee on the Fluoridation of Water Supplies. Washington, DC: The National Academies Press. November 29, 1951.

National Research Council (NRC). Fluoride in Drinking Water. A Scientific Review of EPA's Standards. Washington, DC: The National Academies Press. 2006.

Ogaard B, Rölla G, Ruben J, et al. Microradiographic study of demineralization of shark enamel in a human caries model. *Scandinavian Journal of Dental Research*. 1988l Jun; 96(3):209-11.

Oliveby A, Twetman S, Ekstrand J. Diurnal fluoride concentration in whole saliva in children living in a high- and a low-fluoride area. *Caries Research*. 1990; 24(1):44-7.

Poulsen S, Larsen MJ. Dental caries in relation to fluoride content of enamel in the primary dentition. *Caries Research*. 1975; 9(1):59-65.

Richards A, Larsen MJ, Fejerskov O, Thylstrup A. Fluoride content of buccal surface enamel and its relation to dental caries in children. *Archives of Oral Biology*. 1977; 22(7):425-8.

Richards A, Machiulskiene V, Nyvad B, Baelum V. Saliva fluoride before and during 3 years of supervised use of fluoride toothpaste. *Clinical Oral Investigations* 2013; 17(9):2057-63.

Russell AL. Dental effects of exposure to fluoride-bearing Dakota sandstone waters at various ages and for various lengths of time. *Journal of Dental Research* 1949; 28:600-12.

Scientific Committee on Health and Environmental Risks (SCHER). Critical review of any new evidence on the hazard profile, health effects, and human exposure to fluoride and the fluoridating agents of drinking water. European Commission, May 16, 2011.

Seppä L, Hausen H, Kärkkäinen S. Plaque fluoride and mutans streptococci in plaque and saliva before and after discontinuation of water fluoridation. *European Journal of Oral Sciences*. 1996; Aug; 104(4 ( Pt 1)):353-8.

Seppä L, Kärkkäinen S, Hausen H. Caries in the primary dentition, after discontinuation of water fluoridation, among children receiving comprehensive dental care. *Community Dentistry and Oral Epidemiology*. 2000a; Aug; 28(4):281-8.

Seppä L, Kärkkäinen S, Hausen H. Caries trends 1992-1998 in two low-fluoride Finnish towns formerly with and without fluoridation. *Caries Research*. 2000b; Nov-Dec; 34(6):462-8.

Slade GD, Grider WB, Maas WR, Sanders AE. Water Fluoridation and Dental Caries in U.S. Children and Adolescents. *Journal of Dental Research*. 2018; Sep; 97(10):1122-1128.

Spencer AJ, Do LG, Ha DH. Contemporary evidence on the effectiveness of water fluoridation in the prevention of childhood caries. *Community Dentistry and Oral Epidemiology*. 2018; Aug; 46(4):407-415.

Takahashi R1, Ota E, Hoshi K, et al. Fluoride supplementation (with tablets, drops, lozenges or chewing gum) in pregnant women for preventing dental caries in the primary teeth of their children. *The Cochrane Database of Systematic Reviews*. 2017; Oct 23;10:CD011850.

Thylstrup A, Fejerskov O. Clinical appearance of dental fluorosis in permanent teeth in relation to histologic changes. *Community Dentistry and Oral Epidemiology*. 1978; Nov; 6(6):315-28.

Thylstrup A, Fejerskov O, Bruun C, Kann J. Enamel changes and dental caries in 7-year-old children given fluoride tablets from shortly after birth. *Caries Research*. 1979; 13(5):265-76.

Tijmstra T, Brinkman-Engels M, Groeneveld A. Effect of socioeconomic factors on the observed caries reduction after fluoride tablet and fluoride toothpaste consumption. *Community Dentistry and Oral Epidemiology*. 1978; Sep; 6(5):227-30.

Volker JF. Effect of fluorine on solubility of enamel and dentin. *Proceedings of the Society for Experimental Biology and Medicine*. 1939; 42: 725-7.

Walsh T, Worthington HV, Glenny AM, et al.  Fluoride toothpastes of different concentrations for preventing dental caries in children and adolescents.  *The Cochrane Database of Systematic Reviews*. 2010; Jan 20; (1):CD007868.

Warren JJ, Levy SM, Broffitt B, et al. Considerations on optimal fluoride intake using dental fluorosis and dental caries outcomes--a longitudinal study. *Journal of Public Health Dentistry*. 2009; Spring; 69(2):111-5.

Weatherell JA, Deutsch D, Robinson C, Hallsworth AS. Assimilation of fluoride by enamel throughout the life of the tooth. *Caries Research*. 1977; 11 Suppl 1:85-115.

Wiener RC, Shen C, Findley P, et al. Dental Fluorosis over Time: A comparison of National Health and Nutrition Examination Survey data from 2001-2002 and 2011-2012. *Journal of Dental Hygiene*. 2018; Feb; 92(1):23-29.

Wong MC, Clarkson J, Glenny AM, et al. Cochrane reviews on the benefits/risks of fluoride toothpastes. *Journal of Dental Research*. 2011; May; 90(5):573-9.

Yoder KM, Maupome G, Ofner S, Swigonski NL. Knowledge and use of fluoride among Indiana dental professionals. *Journal of Public Health Dentistry*. 2007; Summer; 67(3):140-7.

# Appendix A



<div style="border:1px solid;">

**Curriculum Vitae**

</div>

Name:        Ole Blok Fejerskov
Position:    **Professor Emeritus at the Institute of Biomedicine, Aarhus University**
             **h.c., Faculty of Health, Aarhus University**

**Education**

1967        D.D.S., from the Royal Dental College, Aarhus, Denmark
1970        PhD (Lic. odont.) - "The ultrastructure of keratinized squamous epithelium"
1973        Dr. Odont. - Royal Dental College, Aarhus "Keratinized squamous epithelium
            of normal and wounded palatal mucosa in guinea pigs"

**Employment**

1967-68     Instructor at departments of Oral Surgery and Oral Diagnosis, Royal Dental
            College, Aarhus

1968-70     Research associate at the department of Oral Pathology, and Department of
            General Pathology, University of Aarhus

1968-72     Part-time employed in private dental practice (8 hours/week)

1970-73     Associate professor at the department of Oral Pathology, Royal Dental
            College, Aarhus

1970        Reader in Forensic Odontology, Royal Dental College, Aarhus

Spring 1973 Postgraduate training in pathology of dental hard tissues at The London
            Hospital Dental School, London, England

1973-93     Professor and Chairman at the Department of Dental Pathology and
            Operative Dentistry, Royal Dental College, Aarhus. (Since 1986: Dept. of Oral
            Anatomy, Dental Pathology and Operative Dentistry)

1979-87     Dean of the Royal Dental College, Aarhus, Denmark

| | |
|---|---|
| 1991 | January-February, Visiting Professor, Tokyo Dental College, Japan |
| 1992 | May-June, Visiting Professor, Université Louis Pasteur, Strasbourg, France |
| 1993 | September-November, Visiting Professor (A.J. Hermann Fellow), University of Perth, Australia |
| 1993-99 | Rector of the Danish Research Academy |
| 1999-2006 | Director of the Danish National Research Foundation, Copenhagen, Denmark |
| 2007- 2009 | Head of Institute of Anatomy, University of Aarhus, Denmark |
| 2009 - 2010 | Executive Director, Sino-Danish Centre for Education and Research at Graduate University of Chinese Academy of Sciences (GUCAS) |
| 2010-2011 | Head of Institute of Anatomy, Faculty of Health Sciences, Aarhus University, Denmark |
| 2011- 2014 | Professor, Institute of Biomedicine, Aarhus University |

## International committees

| | |
|---|---|
| 1974-91 | Member of the advisory committee on dental help to underdeveloped countries, The Danish Ministry of Foreign Affairs (Danida) |
| Since 1982 | Member of World Health Organization Expert Panel on Oral Health |
| 1973-77 and 1983-1985 | Member of Board of Councillors and Board of Directors of International Association for Dental Research (IADR) |
| 1993-97 | Treasurer of International Association for Dental Research |
| 1980-82 | President of Scandinavian Association for Dental Research |
| 1977-80, 1983 and 1985-87 | Member of the Scientific Board of European Organization for Caries Research (ORCA) |
| 1978-1999 | Scientific Councillor and Executive Secretary for European Research Group of Oral Biology (ERGOB) |
| 1985-92 | Project Coordinator together with Dr. F. Manji, Head of Oral Health Unit, Kenya Medical Research Institute and Dr. Vibeke Baelum, The Royal Dental College, Aarhus, of *Primary Oral Health Care Project - Kenya* between Ministry of Health, Kenya and Danida, Denmark |

| | |
|---|---|
| Since 1985 | Project Coordinator together with Dr. Luan Wen-Min and Dr. Vibeke Baelum of a joint project between The Royal Dental College, Aarhus, Denmark and Beijing Hospital, Beijing, People's Republic of China concerning Oral Health in Adult and Elderly Chinese in Urban and Rural Areas. The program is since 1987 officially designated: *Sino-Danish Collaborative Research Program on Geriatric Dentistry* |
| 1986-93 | Member of Chinese-Danish Monitoring and Evaluation Group concerning Cooperation regarding Medico-Biological Programs between the Government of the Kingdom of Denmark and the Government of the People's Republic of China. Appointed by Danida |
| 1992-93 | Member of International Committee on the Evaluation of Research and Research Related Education within the Faculty of Medicine, University of Turku, Finland |
| 1993 | Member of International Evaluation Team of the Research Activity at the Dental School, University of Glasgow, Scotland |
| 1996-1998 | Chairman for the working group under the Training and Mobility of Researchers Programme (TMR) for the EU Commission in Brussels with the aim to coordinate research training in Europe |
| 1993-2000 | Vice-Chairman of the Nordic Academy for Advanced Studies established by the Nordic Council of Ministers |
| 2001 | Member of International Evaluation Panel Assessing the Quality of Doctoral Training in Norway within Social Sciences and Economy, Humanities, Basic Sciences and Technology, and the Medical Sciences |
| 2003 | Member of International Evaluation Panel assessing Clinical Medical Research in Norway |
| 1993-2006 | Member of the Programme Committee for the Human Capital and Mobility Programme under the 3rd framework programme of EU. From 1995 the programme is entitled "Training and Mobility of Researchers". Under the 6th framework programme: "Improving Human Potential" |
| 2005-2008 | Member of the international high-level General Expert Panel for the Swedish Research Council. The aim is to channel new resources into Swedish higher education institutions through quality control of grant |
| 2007-2008 | Member of the International Evaluation Panel in Austria to Assess the Wiener Wissenschafts-, Forschungs- und Technologiefonds (WWFT) |
| 2007-2008 | Member of the International Evaluation Panel Assessing the NordForsk Centre of Excellence Programme |

| 2008-2009 | Special Secretary and Advisor to the Minister of Science, Technology and Innovation on Co-operation with China |
|---|---|
| 2012-2013 | Expert Reference Panel for the Royal Swedish Academy of Science to conduct a review of how to strengthen the excellence of Swedish research |

## Awards and Honours

| 1979 | *Basic Research in Oral Science Award* - International Association for Dental Research |
|---|---|
| 1984 | *The Colgate-Palmolive Award for Fluoride Research* - Denmark |
| 1985 | *The Zendium Award for Dental Research in Developing Countries* - Denmark |
| 1986 | *Honorary Professor,* Shanghai Medical College, People's Republic of China |
| 1986 | *Knight of the Order of Dannebrog R1* |
| 1987 | *Honorary Professor,* Department of Stomatology, Beijing Hospital, Ministry of Public Health, Beijing, People's Republic of China |
| 1988 | *The European Organization for Caries Research (ORCA) Prize* |
| 1990 | *The "DANDY" Research Award* |
| 1994 | *Odont. Dr. honoris causa,* University of Gothenburg, Sweden |
| 2003 | *Acta Odontologica Scandinavica Award for Excellent Contribution to Dental Resarch* |
| 2003 | *The Yngve Ericsson Prize for Research in Preventive Dentistry,* Karolinska Institute, Stockholm |
| 2005 | *Dr. Odont. honoris causa,* University of Oslo, Norway |
| 2005 | The Government of People's Republic of China's *"Friendship Award"* to foreign experts |
| 2009 | *Odont. Dr. honoris causa,* University of Oulo, Finland |
| 2012 | *Honorary Professor,* West China School of Stomatology, Sichuan University |
| 2015 | *Honorary Doctor honoris causa,* Université de Montpellier, France |
| 2018 | *Honorary Doctor honoris causa,* University of San Sebastian, Chile. |

## Research

I have published more than 400 papers and chapters in international textbooks. About 300 of the papers are in peer reviewed international journals within the areas of experimental oral pathology at ultrastructural level, dental caries, periodontal diseases, dental fluorosis, and cellular control of enamel formation. I have edited and written 10 international textbooks.
H-index: 42, citations>10000

## International journals

| | |
|---|---|
| 1978-85 | Member of the Editorial Board of *Ultrastructural pathology,* an International Journal on Diagnostic Electron Microscopy |
| 1982-93 | Member of the Editorial Board of *Journal de Biologie Buccale* |
| 1972-84 | Associate Editor of the Scandinavian *Journal of Dental Research* |
| 1977-86 | Associate Editor of *Acta Odontologica Scandinavica* |
| 1988-97 | Editor-in-Chief of *Community Dentistry and Oral Epidemiology* |
| 2003-04 | Editor-in-Chief of *Journal Oral Rehabilitation* |
| 2005-10 | Associate Editor of *Journal Oral Rehabilitation* |

**Appendix B**
**PUBLISHED SCIENTIFIC PAPERS & TEXT BOOKS**
**2008 to Present**

- Manji,F; Dahlen, G ; Fejerskov, O. 2018, Caries and Periodontitis: Contesting the Conventional Wisdom on Their Aetiology. Caries Res 52: 548-564.
- Fejerskov, O., Uribe, S., Marino, R.. Dentistry in a historical perspective – and a likely future of the profession In: R. Mariño, M.V. Morgan and D Walmsley (eds.) Career Paths in Oral Health, Springer Verlag *2018*.
- Fejerskov, O. The Dental Profession in the 21st Century: Proud Past, Questionable Present, Challenging Future. In: L. Cohen, G. Dahlen, A. Escobar, O. Fejerskov, N. Johnson and F. Manji (eds.) The Future of Oral Health: Dentistry in Crisis-Time for Change, Daraja Press, *2017*.
- Fejerskov, O; Nyvad, B. Root Surface Caries – Rationale Behind Good Diagnostic Practice. In: Carrilho MRO (ed): Root Caries: From Prevalence to Therapy. Monogr Oral Sci. Basel, Karger, *2017*, vol 26, pp 43–54 (DOI: 10.1159/ 000479306).
- Cohen, L.K., Dahlen, G., Escobar, A., Fejerskov, O., Johnson, N.W., Manji, F. 2017, Why a radical overhaul of dentistry is needed. Indian J Dent Res. 28(5):471-474.
- Dahlén, G., Luan, W.M., Dahlgren, U., Papapanou, P.P., Baelum, V., Fejerskov, O. 2016, Subgingival bacterial clusters and serum antibody response as markers of extent and severity of periodontitis in adult Chinese. Eur J Oral Sci. 2016 Apr;124(2):179-87.
- Kidd E, Fejerskov O. (Eds). Essentials of dental caries 4.ed Oxford University Press *2016*, pp.194.
- Terrer, E., Panayotov, I.V., Slimani, A., Tardivo, D., Gillet, D., Levallois, B., Fejerskov, O., Gergely, C., Cuisinier, F.J., Tassery, H., Cloitre, T. 2016, Laboratory Studies of Nonlinear Optical Signals for Caries Detection. J Dent Res. 95(5):574-9.
- Fejerskov O, Nyvad B, Kidd E. (Eds). Dental Caries – The disease and its clinical management 3.ed. Wiley/Blackwell *2015*.
- Kidd E, Fejerskov O, Nyvad B. 2015, Infected Dentine Revisited. Dental Update 42(9):802-6, 808-9.
- Damkier, H.H., Josephsen, K., Takano, Y., Zahn, D., Fejerskov, O., Frische, S. 2014, Fluctuations in surface pH of maturing rat incisor enamel are a result of cycles of H(+)-secretion by ameloblasts and variations in enamel buffer characteristics. Bone 60:227-34.
- Fejerskov, O., Baelum, V. 2014, Changes in oral health profiles and demography necessitate a revision of the structure and organisation of the oral healthcare system. Gerodontology. 31(1):1-3.
- Fejerskov, O; Escobar, G; Jøssing, M; Baelum, V. 2013, A functional natural dentition for all – and for life? The oral health care system needs revision. J Oral Rehabil 40:707 – 722.
- Kidd E, Fejerskov O. 2013, Caries control in health service practice. Prim Dent J. Jul;2(3):4.
- Kidd E, Fejerskov O. 2013, Changing concepts in cariology: forty years on. Dent Update. 40(4):277-8, 280-2, 285-6.
- Fejerskov, O., Guldager Bilde, P., Bizzaro, M., Connelly, J.N., Skovhus Thomsen, J., Nyvad, B. 2012. Dental caries in Rome year 50-100 AD. *Caries Res*. vol.46, pp. 467-473.
- Josephsen, K., Takano,Y., Frische, S., Praetorius, J., Nielsen, S., Aoba, T.,Fejerskov, O.

1

2010, Ion transporters in secretory and cyclically modulating ameloblasts: a new hypothesis for cellular control of preeruptive enamel maturation. .*Am J Physiol Cell Physiol* vol 299, pp 1299-1307.

- Machiulskiene, V., Baelum, V., Fejerskov, O., Nyvad, B. 2009, Prevalence and extent of dental caries, dental fluorosis, and developmental enamel defects in Lithuanian teenage populations with different fluoride exposures. *Eur J Oral Sci.*, vol. 117, pp 154-160.
- Meyer-Lueckel, H., Fejerskov, O., Paris, S. 2009, [Novel treatent possibilities for proximal caries].*Schweizer Monatsschrift für Zahnmedizin*, 2119(5):454-61.
- Nyvad, B., Machiulskiene, V., Fejerskov, O., Baelum, V. 2009, Diagnosing dental caries in populations with different levels of dental fluorosis. Eur J Oral Sci. 117(2):161-8.
- Josephsen, K., Prætorius, J., Frische, S., Gawenis, L.R., Kwon, T.-H., Agre, P., Nielsen, S., Fejerskov, O. 2009, 'Targeted disruption of the Cl-/HCO₃-exchanger Ae2 results in osteopetrosis in mice', *Proceedings of the National Academy of Science of the United States of America*, Peer reviewed article e-pub www.pnas.org/cgi/doi/10.1073/pnas.0811682106
- Bælum, V., Van Palenstein-Helderman, W., Hugoson, A., Yee, R., Fejerskov, O. 2008, '`for riches, for poorer, in sickness and in health...`The role of dentistry in controlling caries and periodontitis globally', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental caries*, Blackwell Publishing, Oxford, pp. 575-605.
- Kidd, E.A.M., Bjørndal, L., Beighton, D., Fejerskov, O. 2008, 'Caries removal and the pulpo-dentinal complex', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 367-383.
- ten Cate, J.M., Larsen, M.J., Pearce, E.I.F., Fejerskov, O. 2008, 'Chemical interactions between the tooth and oral fluids', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 209-231.
- Fejerskov, O., Nyvad, B., Kidd, E.A.M. 2008, 'Clinical appearances of caries lesions', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 7-18.
- Fejerskov, O., Kidd, E.A.M., Nyvad, B., Bælum, V. 2008, 'Defining the disease: an introduction', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard Ltd, Oxford, pp. 3-6.
- Fejerskov, O., Kidd, E.A.M. 2008, *Dental Caries. The Disease and its Clinical Management,* 2. edn, Blackwell Munksgaard, Oxford.
- Ellwood, R., Fejerskov, O., Cury, J.A., Clarkson, B. 2008, 'Fluorides in caries control', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 287-327.
- Fejerskov, O., Nyvad, B., Kidd, E.A.M. 2008, 'Pathology of dental caries', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 19-48.
- Kidd, E.A.M., Fejerskov, O. 2008, 'The control of disease progression: non-operative treatment', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2. edn, Blackwell Munksgaard, Oxford, pp. 251-255.
- Burt, B., Bælum, V., Fejerskov, O. 2008, 'The epidemiology of dental caries', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental caries*, Blackwell Publishing, Oxford, pp. 123-145.
- Bælum, V., Nyvad, B., Gröndahl, H.-G., Fejerskov, O. 2008, 'The foundations of good diagnostic practice?', in Fejerskov, O., kidd, E.A.M. (eds), *Dental caries*, Blackwell Publishing, Oxford, pp. 103-118.

- Nyvad, B., Fejerskov, O., Bælum, V. 2008, 'Visual-tactile caries diagnosis', in Fejerskov, O., Kidd, E.A.M. (eds), *Dental Caries. The Disease and its Clinical Management*, 2 edn, Blackwell Munksgaard, Oxford, pp. 49-68.

3

# Appendix C

The powerpoint presentation in this appendix contains material presented around the world in lectures and courses over the past 10 years. All material originates from the research laboratories of Ole Fejerskov and coworkers

I will in the following only comment on slides which may not be self explanatory.

Slide 3: Showing the distribution of dental caries and dental fluorosis in some of the populations which Dean originally studied. Arranged according to fluoride content in the water supplies.

Slides 4-5: The logarithmic transformation of Dean's original data by Hodge resulted in a very 'convincing' – but false manipulation of data (explained in slide 5)

Slides 6-9 and 11-12: Clinical examples of milder forms of dental fluorosis.

Slides 10,13-15: Sections of teeth examined with various microscopic techniques. Dental fluorosis is a HYPOmineralisation of enamel.

Slide.16: Transmission electron microscopic pictures shows normal structural arrangement and structure of enamel rod/inter-rod regions – but extensive pores which are not closed by the growth of otherwise normal enamel crystals.

Slides 17-19: Once fluorosis is more severe the fragile surface enamel breaks away when teeth are erupted and chewing has started. The exposed deeper and porous parts take up stain from food items.

Slide 20: A central deciduous incisor from a still born child with no dental fluorosis exhibits similar microscopic image during phases of late, normal enamel maturation.

Slides 21-25: The rat is an excellent animal to study enamel formation of because of continuously growing incisors.

Slides 26: Fluoride concentrations in the outermost few hundred microns thick enamel in relation to increasing severity of dental fluorosis.

Slide 27: It is NOT a matter of having to choose between a toxicological effect of fluoride OR dental caries as often claimed by those promoting systemic use of fluorides.

# Appendix C

# Dental fluorosis –
# the effect of fluoride on tooth mineralisation

   

Ole Fejerskov

University of Aarhus, Denmark



# Fluoride and dental caries
# Old and new concepts

 

Do you have to accept this    ?    in order to prevent this



Dean et al. – The category "questionable" is included



?

Hodge 1954
Based on data from Dean



The sum of individual scores (based on the most severely affected tooth group of the individual) divided by the number of individuals examined

Basic problem: The ordinal scale has a quite arbitrary ratio scale tacked onto it.
A ratio scale is defined as one which includes a true zero, and the numbers on the scale purport to have a mathematical relation to each other. (Score 1 implies a condition twice as bad as 0.5; score 3 is three times as bad as 1, f.ex)





























# Hypothesis: Dental fluorosis may be a result of an impairment of otherwise normal enamel maturation








secretion

maturation



# Figure 1



Josephsen & Fejerskov, 1978

# Modulation every 8 hour





Josephsen et al. Am J Physiol – Cell 2010

8 hour modulation interval









## Appendix D:
## Caries Decline in Countries With and Without Fluoridation

The following figure, which is based on WHO data, was published in the SCHER report (2011, Figure 2). It shows a significant decline in dental caries over several decades in various European countries irrespective of the presence or not of artificial fluoridation.



**Appendix E:**
**Hodge's Estimate in 1950 vs. NIDR's National Survey Data from 1986-87**

An instructive visual comparison can be made between the figure published by Hodge in 1950 with the figures published by Heller in 1997 (see Hodge 1950, Figure 2; Heller 1997, Figures 1 & 2). Both papers addressed the relationship between water fluoride concentration, caries (DMFT or DMFS), and dental fluorosis (CFI). Hodge based his figure on Dean's data from the 1930s, while Heller based his figures on the National Institute of Dental Research's national survey data from 1986-87.

Hodge's and Heller's figures are reproduced herein in a slightly modified form to enhance their comparability. As can be seen, in contrast to Hodge's estimated relationship between fluoride concentrations in drinking water and severity of dental fluorosis (CFI) and dental caries (DMFT), the observations from the mid-1980s showed a much higher severity of dental fluorosis in the 0-1 ppm range, and a much more limited influence on dental caries (DMFS).

**A) Hodge's Estimate from 1950.**



**B) NIDR's National Survey Data from 1986-87 (Heller 1997)**



U.S. FEDERAL COURT


ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA


EXPERT REPORT OF
PHILIPPE GRANDJEAN, MD, DMSc


PREPARED ON BEHALF OF
PLAINTIFFS


21 June 2019

TABLE OF CONTENTS

I.      INTRODUCTION ................................................................................................ 4
        A.    Qualifications............................................................................................ 4
        B.    Materials relied upon ............................................................................... 5
        C.    Exhibits .................................................................................................... 6
        D.    Updates and reservation........................................................................... 6
        E.    Compensation .......................................................................................... 6
        F.    Previous service as expert at deposition or trial during last 4 years ........... 6

II.     SUMMARY OF OPINIONS............................................................................... 6

III.    BACKGROUND ON DEVELOPMENTAL NEUROTOXICITY ...................... 7
        A.    Emergence of brain development as vulnerable target ............................... 7

IV.     HUMAN EXPOSURE TO FLUORIDE ............................................................ 10
        A.    General sources of fluoride exposure ...................................................... 10
        B.    Fluoride uptake and retention ................................................................. 11
        C.    Fetal fluoride exposure ........................................................................... 12
        D.    Fluoride exposure biomarkers ................................................................ 12

V.      EVIDENCE OF NEUROTOXICITY ............................................................... 15
        A.    Neurotoxicity findings in human studies ................................................ 15
              1.    Fluoride neurotoxicity from occupational exposures ..................... 16
              2.    Neurotoxicity in endemic fluorosis areas ..................................... 16
              3.    Childhood IQ Studies ................................................................. 17
              4.    Prospective studies of fluoride neurotoxicity ............................... 22
              5.    Retrospective studies of fluoride neurotoxicity............................. 27
        B.    Plausibility of developmental fluoride neurotoxicity .............................. 28
              1.    Toxicological evidence ............................................................... 28
              2.    Assessment of plausibility of fluoride neurotoxicity..................... 29

VI.     APPROACHES TO HAZARD EVALUATION .................................................. 30
        A.    Interpretation of epidemiology studies ................................................... 30
              1.    Bias toward the null ................................................................... 31
        B.    Assessment of uncertainties.................................................................... 32

VII.    RISK ASSESSMENT ....................................................................................... 33
        A.    Changing approaches to fluoride exposure............................................. 33
        B.    Current standards for fluoride in drinking water ..................................... 35
        C.    Current documentation for risk assessment............................................. 37
        D.    Setting drinking water health limits........................................................ 38

    E.     Benchmark dose calculations for fluoride ................................................................. 38
    F.     Economic and societal value of preventing IQ losses ............................................. 40
    G.    Conclusions.............................................................................................................. 42

VIII.  AFFIRMATION ............................................................................................................ 43

EXHIBIT A ............................................................................................................................... 44

EXHIBIT B ................................................................................................................................ 45

EXHIBIT C ................................................................................................................................ 50

EXHIBIT D................................................................................................................................ 65

## I.  INTRODUCTION

My name is Philippe Grandjean. I have been asked to provide an evaluation of the neurological health risks associated with fluoride in drinking water.

The report is based on my education and experience as a physician and environmental epidemiologist, my own research on fluoride, and on my review of the scientific literature and regulatory standards for fluoride.

### A.      Qualifications

I earned my M.D. and D.M.Sc. degrees from the University of Copenhagen, Denmark, in 1974 and 1978, respectively.

I serve as Adjunct Professor of Environmental Health at the Harvard School of Public Health (since 2003) and as Professor and Chair of Environmental Medicine at the University of Southern Denmark (since 1982). Former positions in the U.S. include Research Fellow and Senior Fulbright Scholar, Mount Sinai School of Medicine in New York (1978-1979), and Adjunct Professor of Neurology and Environmental Health, Boston University Schools of Medicine and Public Health (1994-2002). As part of my work as a civil servant in Denmark, I have served for more than 30 years as the Consultant in Toxicology to the Danish Health Authority of the Danish Ministry of Health. In the latter capacity, I have reviewed and commented on case reports, research studies, surveillance programs for populations exposed to hazardous substances, and proposed regulations on environmental chemicals. In 1984, I drafted the Environmental Criteria Document on fluoride for the World Health Organization (WHO). Ten years later, I drafted the Criteria Document for an occupational exposure limit value for fluorine for the European Commission (EC). In regard to the U.S. Environmental Protection Agency (EPA), I served on the Science Advisory Panel (SAP) Endocrine Disruptor Screening Program Subcommittee (1998-1999). Also, I served in 2006 as reviewer of the report *Fluoride in Drinking Water: A Scientific Review of EPA's Standards* prepared by the National Research Council at the request of the EPA [1]. Since 2012, I have served on the Scientific Committee of the European Environment Agency (EEA).

My research in environmental epidemiology focuses on the health effects of exposures to environmental chemicals. Most of my efforts have concentrated on environmental pollutant exposures during early human development. Following my MD degree, my thesis research was housed at the institute where Kaj Roholm became Professor of Hygiene in 1946 (until his premature death two years later). Roholm is most famous for his doctoral (D.M.Sc.) thesis published as "Fluorine Intoxication" in 1937 [2]. After my postdoctoral studies in New York, I returned to Denmark and began an examination of occupational exposure to fluoride at the industrial facility where Roholm conducted his studies. During the 1980s, I published several articles on fluoride-associated mortality, cancer incidence, and fluoride metabolism [3-8]. My recent fluoride research has been on developmental neurotoxicity [9, 10].

My research has been entirely funded by public sources, mainly the U.S. National Institutes of Health. My current funding includes an $8.5 million center grant from the Superfund

Research Program (National Institute of Environmental Health Sciences), where I serve as Center co-lead and PI for one of the four center projects. The Center focuses entirely on perfluorinated alkylate substances (PFASs), how they disseminate, biomagnify and lead to adverse health effects.

I have published over 500 scientific papers, of which most are research articles in international scientific journals with peer review. My h-index in the Web of Science database is 66, and my work is cited well over a thousand times every year. Seven of my articles published in the last 10 years have earned the attribute "Highly Cited Paper," i.e., they received enough citations to place them in the top 1% of published papers in the field. I just received notice that an article in PLOS Medicine that I co-authored was selected as a "2018 Paper of the Year" by the funding NIH institute, among 2,900 publications considered.[1] I have also authored or edited 20 books, including textbooks on environmental health and risk assessment.

I am regularly invited as a speaker at international conferences and other scientific events. I am (Founding) Editor-in-Chief of the open-access scientific journal, Environmental Health (since 2002), which ranks among the top 10% of journals in the field. I also serve or have served on editorial boards of about a dozen journals in the fields of medicine, environmental science, and toxicology. As editor and as reviewer for other major journals, I frequently evaluate manuscripts on environmental epidemiology and toxicology.

In addition to the appointments mentioned above, I have served on, sometimes chaired, or acted as rapporteur for, expert committees under the auspices of the WHO, the International Agency for Research on Cancer (IARC), the EPA, the European Commission, the European Food Safety Authority (EFSA), and other organizations. During my six-year membership of the EFSA expert panel on food contaminants, I participated in multiple expert groups and contributed to the 'Guidance of the Scientific Committee on Use of the benchmark dose approach in risk assessment' [11]. I currently serve on the Scientific Committee of the EU's European Environment Agency.

A copy of my most recent CV is attached as Exhibit B. A list of publications which I authored or co-authored during the past 10 years is attached as Exhibit C.

## B.    Materials relied upon

For the purposes of this report, I have relied on my own experience, education, and training, on my own research, and on major publications concerning fluoride, in particular the literature on human neurotoxicity risks associated with fluoride exposure. The numbered references are listed in Exhibit D. Among major sources of information, I have relied upon the National Research Council (NRC) report [1] on fluoride and, among reviews on human neurotoxicity, our own meta-analysis [9] and the more recent meta-analysis by Duan [12]. I have assessed in detail the recent prospective studies, of which the one from Canada has not been formally published, and I therefore rely on the presentation of the results at an international conference in August last year as well as a master's thesis from the Canadian research group.

---

[1] https://factor.niehs.nih.gov/2019/1/feature/2-feature-papers-of-the-year/index.htm

In addition to epidemiological studies, I have considered the most relevant supporting toxicological information from laboratory animal studies and *in vitro* models to assess biological plausibility, where emphasis is placed on the expert conclusions in the reviews published by the NRC [1] and the National Toxicology Program (NTP) [13]. My review focuses on the evidence that carries the greatest weight, and I do not necessarily cite all reports that may be relevant. While summarizing available documentation, I also outline the emergence over time of the knowledge on human fluoride exposures and associated neurotoxicity risks.

**C.     Exhibits**

I may use as exhibits part or all of any of the documents or papers cited in this report including this report itself; graphs or tables drawn from data in any of those documents or papers, or any document helpful as foundation for or illustration of my testimony.

**D.     Updates and reservation**

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report. I also reserve the right to respond to any opinions on similar topics by other experts in this matter, and to respond to any criticism or comment on my opinions.

**E.     Compensation**

The Harvard T.H. Chan School of Public Health charges $300 per hour for my time in preparing this report. This compensation does not depend in any way on the content of my opinions.

**F.     Previous service as expert at deposition or trial during last 4 years**

State of Minnesota District Court for the County of Hennepin, Fourth Judicial District, Civil Action No. 27-CV-10-28862, deposition only.

United States district court for the Eastern District of Missouri (United States of America, et al. v. Ameren Missouri, Case No 4:11Cv77), deposition only.

United States district court for the District of Vermont, Case No. 5:16-cv-125, deposition only. United States district court for the District of New Hampshire, Civil Action No. 1:16-Cb-00242-Jl, deposition scheduled.

## II.  SUMMARY OF OPINIONS

The opinions expressed in this report, which I hold to a reasonable degree of scientific certainty, can be summarized as follows:

- I conclude that elevated fluoride exposure is dangerous to human health. Excessive fluoride intake causes dental fluorosis, i.e., changes in tooth enamel that range from barely noticeable white spots to staining and pitting. Fluoride is accumulated in bone, where elevated concentrations can stimulate bone growth, thereby altering the tissue structure, and weakening the skeleton. EPA's current safe drinking water standard for fluoride was established to protect against the most serious clinical signs of fluoride toxicity, i.e., crippling (stage III) skeletal fluorosis.  Neurotoxicity was not considered.

- Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure may be toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

- Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

- While existing limits for fluoride in drinking water are known not to protect against early stages of dental fluorosis, they are even less protective in regard to neurodevelopmental deficits. Applying methods for standards setting routinely used by the EPA, the recent studies on IQ deficits in children allow the calculation of a recommended limit that would protect against neurotoxicity. Such calculations show that current allowable limits for fluoride in drinking water and the levels of fluoride added in community water fluoridation programs both greatly exceed the science-based limit needed to protect against developmental neurotoxicity.

The evidence on fluoride neurotoxicity in the general population is fairly recent and may not yet represent the full toxicological perspective, such as adverse outcomes that may occur at a delay. As has been seen on numerous occasions, the evidence available today likely underestimates the true extent of fluoride toxicity. On this background, I consider the elevated levels of fluoride exposure from drinking water in the U.S. population as a serious public health concern.

## III. BACKGROUND ON DEVELOPMENTAL NEUROTOXICITY

### A.    Emergence of brain development as vulnerable target

Evidence has been accumulating over several decades that industrial chemicals can cause neurodevelopmental disorders that include learning disabilities, sensory deficits, developmental delays, and cerebral palsy [14], and the same is true of other neurodevelopmental deficits, such as attention deficit hyperactivity disorder (ADHD) [15]. Subclinical stages of these conditions also appear to be common, and the suspicion of a link between neurotoxic chemical

exposures and widespread neurobehavioral damage has increased since it was first raised by research demonstrating that lead is particularly toxic to the developing brain across a wide range of exposures [16-19].

The developing human brain is inherently much more susceptible to injury caused by toxic agents than the brain of an adult [20]. This susceptibility reflects the fact that in the nine months of prenatal life the human brain must evolve from a strip of cells along the dorsal ectoderm into a complex organ comprised of billions of precisely located, highly interconnected and specialized cells. Optimal brain development requires that neurons move along precise pathways from their points of origin to their assigned locations, that they establish connections with other cells near and distant, and that they learn to intercommunicate in meaningful ways [20-22].

All of these processes must take place within a tightly controlled time frame, in which each developmental stage must be reached on schedule and in the correct sequence. Because of the extraordinary complexity of human brain development, windows of unique susceptibility to toxic interference occur that have no counterpart in the mature brain, or in any other organ. Because of the unique structure of the human brain and its advanced function, no other species shows similar developmental vulnerability. If a developmental process in the brain is halted or inhibited, there is little potential for later repair, although plasticity will allow some compensation, and the consequences may therefore be permanent [20, 22].

To test chemicals for developmental neurotoxicity, standardized protocols have been developed using rodent models [23]. However, they may not necessarily be sufficiently sensitive, as rodent brains are far less complex than human brains, and intrauterine brain development is completed at a stage where the human fetal brain is still rapidly developing *in utero* for several more weeks with possible continued impact from maternal transfer of neurotoxicants [24].

During fetal development, the placenta can offer some protection against unwanted chemical exposures, but it is not an effective barrier against most environmental neurotoxicants [25]. For example, many metals easily cross the placenta, and the mercury concentration in cord blood can even exceed the one in maternal blood [26]. The blood-brain barrier, which protects the adult brain from many toxic agents, is not completely formed until about 6 months after birth [27].

Postnatally, the human brain continues to develop, and the period of heightened vulnerability therefore extends over many months through infancy and into early childhood. While most neurons have been formed by the time of birth, growth of glial cells and myelinisation of axons continue for several years and is not complete until late teenage years [21, 22].

The susceptibility of infants and children to industrial chemicals can be further amplified by their relatively increased exposures in regard to body weight, their augmented absorption rates, and diminished ability to detoxify many exogenous compounds as compared to adults [28, 29].

In 2005, when I evaluated the evidence of industrial chemicals regarding developmental neurotoxicity, only five substances (arsenic, lead, methylmercury, polychlorinated biphenyls, and toluene) fulfilled our criteria for causal relationship in humans [30]. Eight years later, when we reassessed the evidence, we added six more substances, including fluoride [31], because new evidence had emerged.

In 2006, the NRC evaluation of EPA's fluoride standards [1] concluded that fluoride can affect the brain through both direct and indirect means, that elevated fluoride concentrations in drinking-water may be of concern for neurological effects, and that additional research was warranted. I served as a reviewer of the report, which provides the general background for the present assessment. Today, EPA's regulations remain based on the assumption that crippling fluorosis is the most sensitive effect.

In 2007, knowing that much research on fluoride neurotoxicity in children had been done in China, I asked my Harvard colleague, Dr. Anna Choi, who speaks Chinese, if she could help evaluating the studies published in Chinese scientific journals. We contacted the (then) President of the International Society for Fluoride Research, Dr. Gulfan Sun, Professor at China Medical University and Dean of the School of Public Health, who also served as Chair of the Chinese national Committee on Endemic Diseases, to which fluorosis belongs.

During the following years, we located research reports on fluoride in drinking water and its association with cognitive deficits in children – a total of 27 studies, the majority of which had been carried out in China. Only a couple of these studies had been considered in previous reviews, such as the one by the NRC [1]. Professor Sun helped us ascertain the validity of the studies and their independence of other water contaminants, such as arsenic. All but one study suggested that a higher fluoride content of drinking water was associated with poorer IQ performance at school age [32]. Although some studies reflected neurotoxicity at highly elevated intake levels, the data was extensive also at fairly low exposures. I shall return later to this review and meta-analysis. I shall also describe the small study we ourselves carried out in China, with the help of Professor Sun and the Sichuan Center for Disease Control [10].

The focus in this report will therefore be on adverse outcomes on brain development as the critical effect, especially those associated with fluoride exposures occurring during fetal development and in the early years of childhood. In guiding preventive efforts, a recent consensus document found that protection against developmental stressors can elicit substantial benefits to the next and future generations and should not await a desired proof that may take decades to generate [33].

The continued reliance on an outdated risk assessment for fluoride – based on skeletal fluorosis only – is reminiscent of how lead toxicity was once perceived by health authorities [34]. For many years, it was thought that lead poisoning could result in a serious and distinctive clinical condition, and that there were no intermediate stages of concern. Under this paradigm, if a child did not develop frank lead poisoning, there was no reason to worry. Moreover, when evidence of "low-level toxicity" emerged, skepticism surged, as vividly described by the late Herbert Needleman [35]. Vested interests played an important role in maintaining this attitude. Recent research has clearly shown that toxicant exposures in early life

can have much more serious consequences than exposures occurring later in life [36], and that the developing brain is highly vulnerable [34].

## IV. HUMAN EXPOSURE TO FLUORIDE

### A.      General sources of fluoride exposure

Fluorine belongs to a group of elements called halogens. Because fluorine is very light and reactive (with the highest electronegativity of all the elements), fluorine gas is not found naturally in the environment. Instead, fluorine exists as an anion – fluoride – in the environment and is stabilized by forming mineral complexes with a number of cations, such as calcium and sodium [37].

In natural waters, fluoride is omnipresent, but the concentrations are generally low in surface waters such as rivers and lakes. The concentrations tend to be higher and more variable in ground water, such as wells. The average concentration in U.S. well water is 0.26 ppm (mg/L), according to USDA data [38]. For comparison, the currently recommended fluoride concentration in fluoridated drinking water is 0.7 mg/L.

Fluoride concentrations in groundwater are influenced by the occurrence of fluoride-bearing minerals. Globally, occurrences of fluoride-enriched geographical belts exist and are associated with a) sediments of marine origin in mountainous areas, b) volcanic rocks and c) granite and gneissic rocks. Examples include a stretch of area extending from Iraq and Iran through India and on to China, as well as southern parts of the U.S. [37]. Digging wells into such layers of mineral-rich soils will yield groundwater that may be high in fluoride.

Since the mid-1940's, compounds containing the mineral fluoride have been added to the majority of U.S. community water supplies to prevent tooth decay. Health concerns expressed by opponents have largely been dismissed until recently [39]. Addition of fluoride to drinking water has been hailed by the Centers for Disease Control and Prevention (CDC) as one of the 10 greatest health achievements of the 20th century [40], alongside vaccines and family planning. Today, approximately two-thirds of the U.S. population receives fluoridated community water.[2]

The early studies on the caries-protecting effects were conducted during a time when topical fluoride products, like toothpaste, were not commonly used. The availability of fluoride-containing toothpastes and other fluoridated dental products may explain why countries that do *not* fluoridate their water have seen substantial drops in cavity rates similar to those in fluoridated countries [41]. This observation is in agreement with the consensus that fluoride's predominant benefit to teeth comes from topical contact with the outside of the enamel, not from ingestion, as was once believed [1]. I understand that these issues are discussed in a separate expert report.

The EPA issued in 2010 calculations of relative source contributions for fluoride exposure [42]. For adults (above 14 years), drinking fluoridated water contributed 1.74 mg/d, or

---

[2] https://www.cdc.gov/fluoridation/statistics/FSGrowth.htm

60% of the daily total intake of 2.91 mg. In addition, other beverages contributed 0.59 mg and food, 0.38 mg. Overall, the EPA estimated that fluoridated water contributes an average of about 75% of daily intakes in fluoridated communities.

While fluoridated water is a major source of fluoride exposure, consumption of black tea is also a contributor [43, 44], especially when prepared with fluoridated water. Other sources of fluoride intake include certain foods (such as sardines), dental products, industrial emissions, supplements, pesticide residues, and certain pharmaceuticals that can release fluoride.

**B.      Fluoride uptake and retention**

By way of background, I shall briefly outline the fate of fluoride in mammals, as expressed in reviews [1, 37, 45]. According to the WHO monograph, approximately 75-90% of ingested fluoride is absorbed [37]. The absorbed fluoride converts to hydrogen fluoride once it reaches the acidic environment of the stomach [37, 45], where absorption occurs easily and is inversely related to the pH of the gastric contents [45]. Once absorbed in the blood, fluoride readily distributes throughout the body with approximately 99% of the body burden of fluoride retained in calcium-rich tissues such as bone and teeth (dentine and enamel) [37, 45]. In the pineal gland (the calcified parts), the fluoride-to-calcium ratio can exceed that in bone [46].

Fluoride crosses the placenta and reaches the fetus from the mother's blood stream [1, 37]. Breast-fed infants receive protection from fluoride exposure, as the level of fluoride in breast milk is lower than that in the mothers' blood and generally less than 0.01 mg/L [1, 47]. Children and infants retain higher proportions of fluoride compared to adults, i.e., about 80-90% of the absorbed fluoride, as compared to about 50-60% in adults [37, 45].

After absorption, fluoride is mainly retained in the skeleton, while some fluoride is also eliminated from bone in connection with continuous remodeling. The main excretion is via urine. Thus, the urinary excretion represents both the long-term accumulation (and its continuous release in connection with bone tissue remodeling) and the recent absorption [37].

The detailed distribution of fluoride in the body, and its retention in the brain, is known from laboratory animal studies. Thus, fluoride appears to accumulate in brain regions responsible for memory and learning [48, 49]. Autopsy studies in endemic areas in China have documented elevated fluoride concentrations in aborted fetal organs, and elevations in brain and bone (femur) were found to be significantly elevated, as compared to control fetal samples [50].

As discussed by the NRC [1], there was initially some uncertainty as to the extent to which fluoride passes the blood-brain barrier. A low estimate of brain-fluoride being approximately 20% of the concentration in serum is at odds with several experimental studies and may not apply to chronic exposures nor to prenatal exposures [1]. One study of human cerebrospinal fluid showed fluoride concentrations similar to those in serum [51]. Clinical studies using radioactive (sodium) fluoride, have confirmed that fluoride passes into the human brain, although it is possible that the integrity of the blood-brain barrier in the cancer patients studied may have been compromised [52-55].

11

C.      **Fetal fluoride exposure**

The first documentation of placental transfer in humans was the observation in 1974 [56] that fluoride concentrations in maternal and cord serum correlated well, with the cord blood showing slightly lower concentrations. These findings were replicated in 1986 [57], with results suggesting minor deviations depending on gestational age. A recent study from an area with water-fluoride levels of 0.4 - 0.8 mg/L showed that cord serum contained about 80% of the concentrations occurring in maternal serum [58].

A quarter of a century ago, advancements in fetal blood sampling techniques allowed for researchers to study fluoride's potential to pass the placenta and, in turn, a better understanding of maternal and fetal blood fluoride levels. Using these techniques, French researchers measured fetal blood concentrations of fluoride after the mothers were administered a small dose of sodium fluoride, and the elevations were statistically significantly higher (2.6 $\mu$mol/l)[3] than in a control group (less than 1 $\mu$mol/l) [59]. The placental passage was shown to occur already in the fifth and sixth months of pregnancy, i.e., the period when the deciduous teeth start to develop [59] (and when the blood-brain barrier is still immature).

In human fetuses, fluoride concentrations in both femur and brain were found to be markedly higher in an area with endemic fluorosis, as compared with controls at lower exposures [50]. Another recent study confirmed that fluoride concentrations in fetal brains from an endemic fluorosis area were higher than levels in a non-endemic area [60]. Accordingly, fluoride passes the placental barrier [61] and enters the fetal brain [50, 60].

D.      **Fluoride exposure biomarkers**

As drinking water is usually the main source of exposure, the water-fluoride concentration can be used as an exposure parameter, especially on a community basis. In addition, total fluoride intake can be calculated from daily water consumption and the intakes of other major sources, such as black tea. For individual exposure assessment, analysis of biological samples, including urine and blood (generally in the form of plasma or serum), is commonly used [62], as is assessment for dental fluorosis [37].

Urine: Urine-fluoride has been shown to be a good indicator of total daily fluoride intake [63]. Spot urine samples are often used in epidemiological studies and can be useful under stable exposure situations. Morning urine samples, or 24-hour samples are preferred, and timed excretion has also been successfully applied [5]. Due to temporal differences in urine production, fluoride concentrations in spot samples should appropriately be adjusted according to the creatinine concentration or density.

Most published studies are local in scope and do not necessarily reflect national levels of fluoride exposure. An early Israeli study of 16 pregnant women showed a tendency toward decreasing elimination of fluoride in urine during the course of pregnancy [52]. More recent studies show decreased urinary fluoride excretion in pregnant women and an increase over the course of pregnancy [58, 64, 65], perhaps linked to increased water intake. The authors of the

---

[3] For conversion of concentrations in $\mu$mol/L to mg/L, multiply by 0.019.

former study suggested that the lower urine-fluoride concentrations during pregnancy was due to transfer of fluoride to the fetus. The Canadian study of pregnant women from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort [65] found that water fluoridation was the major predictor of urine-fluoride levels, with creatinine-adjusted concentrations of 0.87 mg/L and 0.46 mg/L in fluoridated (0.6 ppm) and non-fluoridated (0.12 ppm) communities, a difference of 0.4 mg/L. The 95th percentiles in the two groups suggest that the difference can be more than twice as large at the higher ranges of exposure [65]. The 0.4 mg/L increase in urine-fluoride seen in relation to water fluoridation in Canada may underestimate levels in warmer regions in the U.S., although temperature is thought to play a lesser role today than it once did (see further below). In addition, it should be recognized that the population in non-fluoridated communities is affected by the so-called "halo" effect due to exposure to fluoridated water from consumption of beverages, prepared foods, etc. based on fluoridated water. Although probably an underestimation, I shall use the 0.4 mg/L difference as a conservative estimate in calculations in Section VII.F.

Large-scale contemporary population studies of urine-fluoride have been carried out in Canada and the UK [66-68], while little contemporary data is available from the U.S. population. The largest study in the U.S. appears to have been conducted in the 1940s, and it reported that pooled urine samples from healthy young males generally mirrored the fluoride concentration in the drinking water [69]. Later, as a continuation of the Manhattan Project, researchers from Rochester, NY, showed that the water-fluoride concentration of 0.06 mg/L was the same as the concentration in spot urine samples from adults, as reported in 1950 [70]. These studies are unlikely to be representative of conditions today, as I shall discuss further below.

Some data suggest that pregnant women may have lower urinary fluoride levels than non-pregnant controls, which may be related to fetal uptake and storage in hard tissues [64]. The only published study to date of urinary fluoride levels in U.S. pregnant women appears to be the Rochester study from 1974 [56], which found an average of 1.02 mg/L among a group of 16 women; the authors did not report the concentrations of fluoride in water. While not yet published, I understand that Dr. Pamela Den Besten recently measured urine-fluoride in 50 pregnant women from northern California and found levels similar to those reported from Canada [65]. I further understand that the CDC has analyzed fluoride in urine samples from the 2015-2016 National Health and Nutrition Examination Survey (NHANES) study, and that these results have also not yet been released.

Blood: The NRC concluded that the fasting plasma-fluoride concentration in adults, when expressed in micromoles per liter [$\mu$mol/L], would be approximately equal to the concentration in the drinking water expressed as parts per million [mg/L] [1]. This means that adults drinking fluoridated water at 0.7 mg/L would be expected to have an average plasma fluoride concentration of 0.7 $\mu$mol/L, or 14 $\mu$g/L. However, this calculation assumes low intake from sources other than the community drinking water.

In children and adolescents participating in the NHANES study in 2013-2014, fluoride in plasma averaged approximately 0.4 $\mu$mol/L, or 8 $\mu$g/L [71]. The lower blood concentrations in childhood are probably due to fluoride incorporation in the growing skeleton, as also indicated by plasma-fluoride concentrations increasing with age [1]. Data on plasma-

13

fluoride levels among infants and pre-school children remain sparse. One study showed that ingestion of 0.25 mg of fluoride (in tablet form) produced a mean plasma-fluoride of 63 μg/L (3.3 μmol/L) in infants within approximately 30 minutes [72]. There does not appear to be equivalent data available to assess peak plasma-fluoride levels after feeding with infant formula reconstituted with fluoridated water.

Fluorosis: WHO [37] considers dental fluorosis a useful biomarker of fluoride exposure during the tooth-forming years due to the well-established dose-response relationship between fluoride ingestion and the degree of dental fluorosis [73]. When water fluoridation was first introduced in the middle of the 20th century, health authorities estimated that less than 10% of children in fluoridated communities (1 mg/L) would develop dental fluorosis, and only in its mildest forms [74]. In the early days of water fluoridation in the U.S., health authorities had considered that "[f]or practical public health purposes, [...] a safe level has been reached when not more than 10 to 15 per cent of children age 12-14 years, who have used water supplies since birth, and who have been examined under standard conditions, show the *mildest* type of mottled enamel" [74].

Decades later, epidemiological studies began to demonstrate that the prevalence and severity of fluorosis was higher than predicted [75]. A national survey in 1986-87 by the National Institute of Dental Research (NIDR) found that 29.9% of U.S. children living in fluoridated areas (0.7-1.2 mg/L) had fluorosis, versus 13.5% of children in non-fluoridated areas [76]. The overall prevalence of dental fluorosis among 12-to-15-year-olds has increased from 23% in NIDR's 1986-87 survey to 41% in the NHANES 1999-2004 survey [77]. The prevalence appears to have increased even further since that time. Thus, according to the National Center for Health Statistics at the CDC, 71.5% of children (ages 6-19) had some form of fluorosis in the three NHANES surveys from 2011 to 2016 [78, 79]. While the rates of moderate/severe fluorosis fluctuated for unknown reasons across the cycles,[4] the total fluorosis rate (very mild and above) was at least 57% in each of the three cycles, which is well above the prevalence rate when water fluoridation was first introduced [74].

Elevated occurrence of dental fluorosis has also been recorded in fluoridated areas overseas. A systematic review commissioned by the British government concluded that 48% of children develop dental fluorosis at a water-fluoride concentration of 1 mg/L, with 12% of children having fluorosis of aesthetic concern [80].

These data clearly show that dental fluorosis has increased in prevalence, probably in part due to extended "halo" effects (e.g., from fluoridated water being used for beverages and food products). Another potential exposure factor is the increased usage of fluoride-containing toothpastes among preschoolers [81], as well as changing infant feeding patterns, where increasing percentages of children are fed formula reconstituted with fluoridated water instead of breastmilk [82].

---

[4] In the 1999-2004 NHANES surveys, 3.6% had moderate or severe fluorosis, and this prevalence increased to 14.4% in the 2011-2016 surveys. However, there were large differences in the moderate/severe fluorosis rates between the 2011-2014 surveys (=20.9%) and 2015-2016 surveys (=1.4%). As assessment of the degree of dental fluorosis is somewhat subjective, the intra-observer agreement was found not to be perfect. CDC stated that the increase from 1999-2004 to 2011-2014 "is not biologically plausible" and "there may have been some change in the way the examiners evaluated the level of fluorosis over time."

The lack of large and representative studies on fluoride concentrations in urine and blood (serum or plasma) makes it hard to judge the overall fluoride exposure levels in U.S. populations exposed to fluoridated drinking water. However, I shall consider the Canadian data on urine-fluoride as reasonable guidance [65], although the high rate of dental fluorosis and greater reach of water fluoridation in the U.S. suggests that urine-fluoride concentrations may be higher than in Canada.

## V.  EVIDENCE OF NEUROTOXICITY

I shall now discuss the epidemiological evidence on neurotoxicity that I rely on, I shall summarize the supporting toxicological evidence, and lastly, I shall discuss possible mechanisms along with uncertainties and potential criticisms relating to the exposure assessment or endpoint in question. My assessment follows the general approach formalized by WHO's International Agency for Research on Cancer [83] and also used by regulatory agencies, such as the EPA.[5] Unfortunately, the most recent toxicity review of fluoride from EPA's Integrated Risk Information System (IRIS) that aims at covering hazard identification and dose-response assessment has not been updated for over 30 years.[6]

In the past, I have prepared evidence-based reviews on fluoride and fluorine for the European Commission and the WHO. Due to my long-term research interest in fluoride, I have followed the fluoride literature through weekly updates from the PubMed data base; for the purpose of the present report, I have carried out supplementary literature searches using the same data base. The present review therefore presents a reasonably comprehensive coverage of the relevant epidemiological evidence. In the absence of any recent guidance from IRIS, I rely on the most relevant studies, especially those that are prospective and therefore carry the greatest weight, and I have not aimed at covering studies of less validity or less strength, i.e., similar to the approach, e.g., in the NRC review [1], to which I contributed as a reviewer.

### A.      Neurotoxicity findings in human studies

It is my opinion, based on the weight of the epidemiological evidence, and the supporting toxicity evidence, that fluoride poses a substantial hazard to human health as a neurotoxicant. As noted by the NRC committee [1], past assessments of fluoride safety have relied on incomplete information on potential risks of adverse effects and have not focused on neurotoxicity.

Opportunities for epidemiological studies depend on the existence of comparable population groups exposed to fairly constant but differing amounts of fluoride from drinking water. Such circumstances are difficult to find in many industrialized countries, as fluoride concentrations in community water generally vary within a limited range, and because exposures are affected by residence changes. Multiple epidemiological studies of developmental fluoride

---

[5] Environmental Protection Agency. (2017). Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act. Federal Register, Vol 82, July 20, 2017, pp. 33726-33753.
https://www.govinfo.gov/content/pkg/CFR-2010-title40-vol21/pdf/CFR-2010-title40-vol21-part132-appC.pdf
[6] https://cfpub.epa.gov/ncea/iris2/chemicalLanding.cfm?&substance_nmbr=53

neurotoxicity have been conducted in China where elevated water-fluoride concentrations may substantially exceed 1 mg/L in rural communities. In these settings, families typically remain at the same residence, thus being exposed to fairly constant water-fluoride concentrations. However, results of the published studies from China have not been widely disseminated and considered. Four studies published in English [84-87] were cited in the 2006 NRC report [1], while the WHO considered only two [84, 87] in its revised Environmental Health Criteria document on fluoride [88]. As I shall discuss below in section VII.A, language restrictions may only in part explain this exclusion of evidence.

I shall now briefly summarize the most relevant epidemiological studies, and I shall also highlight our own meta-analysis of the childhood studies.

### 1.   Fluoride neurotoxicity from occupational exposures

The neurotoxicity of chemicals is often first discovered from workplace exposures [30], which were later followed by case reports that involved children or pregnant women [34]. The same is true of fluoride.

Although largely overlooked or ignored, Roholm first reported evidence of nervous system effects in his seminal study of cryolite workers in Copenhagen [2]: "The marked frequency of nervous disorders after employment has ceased might indicate that cryolite has a particularly harmful effect on the central nervous system." (p. 178) [2]. My own mortality study showed an excess of violent deaths among cryolite workers [4], but information on the causes of death did not allow any conclusions on deaths from nervous system disease.

Later on, the Manhattan Project in the 1940s recorded CNS effects in workers exposed to uranium hexafluoride gas ($UF_6$), and the "rather marked central nervous system effect with mental confusion, drowsiness and lassitude as the conspicuous features" was attributed to the fluoride rather than uranium [89, 90].

Other occupational health studies may be harder to interpret, as fluoride exposure usually occurs as part of a mixture. Nonetheless, industrial fluorosis was found to be associated with gradually progressive effects on the normal function and metabolism of the brain and other aspects of the nervous system [91], and a review highlighted difficulties with concentration and memory accompanied by general malaise and fatigue [92]. More recent studies have applied neuropsychological tests to assess cognitive problems associated with occupational fluoride exposures [93, 94]. While there can be little doubt about the occurrence of fluoride neurotoxicity from high-level occupational exposure, the evidence does not allow any detailed consideration of its dependence on dose and duration.

### 2.   Neurotoxicity in endemic fluorosis areas

Neuropathology studies have been carried out in China in endemic areas where high fluoride concentrations in drinking water cause excessive exposures leading to skeletal fluorosis. These studies have not been easily accessible outside of China, but the journal Fluoride published in 2008 a series of previously published articles translated into English. I shall now briefly outline the neuropathology studies from endemic fluorosis areas. In brain tissue obtained

16

from aborted fetuses, electron microscopy showed retarded cell growth in the cerebral cortex, with substantial cytology changes [50]. A similar study used stereology to examine nerve cell numbers and volumes in fetal brain tissue and found lower densities [60]. A third study focused on neurotransmitters and receptors and found deviations that suggested neural dysplasia [95]. A more recent study of aborted fetal brain tissue was translated into English and replicated the neurotransmitter results; the study also found that excitatory aspartic acid was decreased and inhibitory taurine was elevated in comparison to controls [96]. These studies document that fluoride from the mother's circulation passes into the fetal brain and that elevated amounts can lead to anatomic and biochemical changes. However, one limiting factor of these studies is that the elevated fluoride exposure came primarily from coal burning, which may have contributed other contaminants besides fluoride that were not assessed.

Among the translated articles in the Fluoride journal in 2008, one study of 91 neonates showed that those born in an endemic fluorosis area (water-fluoride concentrations of 1.7 - 6.0 mg/L) scored more poorly on the standard Neonatal Behavioral Neurological Assessment, and that visual and auditory responses were also deficient, as compared to controls from areas with less than 1 mg/L [97]. The source of increased exposure in this study was drinking water, not coal. Nonetheless, the findings are consistent with the notion that fluoride can affect the brain during the prenatal period, although neonatal neurological assessments can be somewhat imprecise and may be only weakly predictive of subsequent brain development.

Cognitive tests generally have better validity, e.g., in terms of mental and psychomotor development indices, for which there is a standardized Chinese protocol. Infants from an endemic area examined at ages 3, 6, 9 and 12 months showed significantly lower results than those of the control group [98]. The exposed group also showed lower birth weight, and it is unclear whether this difference can lead to confounding or if a lower birth weight is a concomitant effect of the fluoride exposure. Again, as with the fetal neuropathology studies, the source of fluoride exposure in this study was coal, not water.

Studies in China have also found cognitive problems and neurological symptoms in adults with skeletal fluorosis living in endemic fluorosis areas. Using neuropsychological tests, including the Wechsler scale, 49 adult fluorosis patients (it is not clear whether the patients were from a coal- or waterborne fluorosis area) were compared with controls and showed deficits in language fluency, recognition, similarities, associative learning, and working memory [99]. Likewise, cognitive impairment in elderly subjects from a waterborne fluorosis area was much more common than in less-exposed controls [100]. Excess occurrence of neurological symptoms (i.e., headaches, insomnia, and lethargy) have also been recorded in both adults and children from waterborne fluorosis areas [101].

In the next section, I shall consider intelligence quotient (IQ) tests that can be carried out from about age 4 years or at school age with greater precision and better validity.

3.    **Childhood IQ Studies**

Most studies that have investigated fluoride's impact on childhood IQ are from locations in China with elevated exposure to fluoride, many in the so-called endemic areas [1, 102]. Exposures were generally assessed on a community basis, and cross-sectional

examinations of neuropsychological test performance were then related to water-fluoride concentrations and/or urinary fluoride concentrations. Prior to Tang's 2008 review [102] that was cited by the EU Scientific Committee on Health and Environmental Risks (SCHER) working group [103], another meta-analysis from 2007 documented adverse effects of elevated fluoride concentrations on children's intelligence [104]. Although the latter article referred only to five studies, four of them were not in Tang's analysis [102] that SCHER regarded as insufficient evidence of neurotoxicity.

Fluoride has received particular attention in China, where widespread dental fluorosis indicates pervasive high exposures [105]. Although microbiologically safe, water supplies from small springs or mountain sources have created pockets of increased exposures near or within areas of low exposures, thus representing epidemiology settings close to the ideal, as only the fluoride exposure would differ between nearby neighborhoods. In addition, rural families in China move much less frequently than U.S. families, thus allowing assessment of long-term exposures. Chinese researchers took advantage of this fact and published their findings, though mainly in Chinese journals, and according to the standards of science at the time. The early research dates to the 1980s but has not been widely cited, in part because of limited access to Chinese journals, in part because the notion of adverse effects from fluoride intake was considered unwelcome (see Section VI.B).

Findings from our meta-analysis of 27 studies published over 22 years suggest an inverse association between high fluoride exposure and children's intelligence. Children who lived in areas with high fluoride exposure had lower IQ scores than those who lived in low exposure or control areas. Our findings are consistent with Tang's earlier review [102], although ours more systematically addressed study selection and exclusion information, and was more comprehensive in 1) including nine additional studies, 2) performing meta-regression to estimate the contribution of study characteristics as sources of heterogeneity, and 3) estimating pooled risk ratios for the association between fluoride exposure and a low/marginal IQ test score.

Because these published studies were conducted independently, we used meta-analysis – a quantitative, formal, statistical technique – to systematically assess these published research studies to derive conclusions about the neurotoxicity of fluoride [9]. The outcome of the meta-analysis includes a more precise estimate of the association (in our study, the estimate is the standardized weighted mean difference estimate of the child's intelligence score associated with high exposure to fluoride) than any individual study that contributes to the pooled analysis. The variability or heterogeneity in study results was also examined.  We did not attempt to generate any dose-response relationship, and the fluoride concentrations were used only for definitions for high and reference groups in each study.

Two of the 27 studies included in the analysis were conducted in Iran [106, 107], otherwise the study cohorts were populations from China. Two cohorts were exposed to fluoride from coal burning [108, 109], otherwise populations were exposed to fluoride through drinking water containing fluoride from soil minerals. The Combined Raven's Test – The Rural Edition in China (CRT-RC) was used to measure the children's intelligence in 16 studies. Other intelligence measures included the Wechsler Intelligence scale (3 studies), Binet IQ test (2 studies), Raven's test (2 studies), Japan IQ test (2 studies), Chinese comparative intelligence test

(1 study), and the mental work capacity index (1 study). As each of the intelligence tests used is designed to measure general intelligence, we used data from all eligible studies to estimate the possible effects of fluoride exposure on general intelligence. We conducted a sensitivity analysis restricted to studies that used similar tests to measure the outcome (specifically, the CRT-RC, Wechsler Intelligence test, Binet IQ test, or Raven's test), and an analysis restricted to studies that used the CRT-RC.  We also performed an analysis that excluded studies with possible concerns about co-exposures, such as iodine and arsenic, or with non-drinking water fluoride exposure from coal burning.

Among the 27 studies, all but one showed random-effect standardized mean difference (SMD) estimates that indicated an inverse association, ranging from -0.95 to -0.10 (one study showed a slight, non-significant effect in the opposite direction). The overall random-effects SMD estimate and 95% CI were -0.45 (-0.56, -0.34). Given that the standard deviation (SD) for the IQ scale is 15, an SMD of -0.45 corresponds to a loss of 6.75 IQ points. The $I^2$ residual of 68.7% indicates the proportion of residual between-study variation due to heterogeneity. Because of this heterogeneity between the study results, we primarily used the random-effects model for sensitivity analyses, which is generally considered to be the more conservative method [110]. Among the restricted sets of intelligence tests, the SMD for the model with only CRT-RC tests and drinking-water exposure was lower than that for all studies combined, but the difference was not significant, and heterogeneity remained at a similar magnitude in the restricted analyses.

We used meta-regression models to assess study characteristics as potential predictors of effect. Information on the child's gender and parental education were not reported in more than 80% of the studies, and only two of the studies reported household income. These variables were therefore not included in the models. Year of publication, but not mean age of the study children (-0.02, 95% CI -0.094, 0.04), was a significant predictor in the model with all 27 studies included. From the adjusted $R^2$, 39.8% of between-study variance was explained by these two covariates. The overall test of the covariates was significant (p=0.004).

Drinking water may contain other neurotoxicants, such as arsenic, but exclusion of studies including arsenic and iodine as co-exposures in a sensitivity analysis resulted in a lower estimate, although the difference was not significant. On restriction of the model to exclude the seven studies with arsenic and iodine as likely covariates and fluoride originating from coal-burning, thus including only the nine studies using the CRT-RC test with fluoride exposure from drinking water, neither age nor year of publication was a significant predictor, and the similarity of intelligence test outcomes and the source of exposure in the studies was confirmed. Despite the substantial heterogeneity among studies, we did not find conclusive evidence of publication bias.

While most reports were fairly brief and complete information on covariates was not available, the results tended to support the potential for fluoride-mediated developmental neurotoxicity at elevated levels of exposures. However, our meta-analysis has been criticized under a heading that referred to "Anti-Fluoridation Activities" [39], and one scientific article referred to our work as "selective readings" [111]. Another source [112] mentioned that the IQ deficits occurred at high fluoride concentrations "up to 11.5 mg/L", although this high level

occurred only in one of the many studies reviewed. Interestingly, similar wording was used also by the EPA [113] and by the Department of Health and Human Services (DHHS) [77], again misrepresenting the full range of exposure levels associated with IQ losses. Thus, many of the studies included in our review [9] referred to water-fluoride concentrations below the EPA's Maximum Contaminant Level Goal (MCLG) for fluoride (4 mg/L) [114]. Thus, for the studies that provided water-fluoride data that were below the MCLG,  the average concentration in the high-exposure groups was 2.3 mg/L [9].

Similarly, Duan's more recent meta-analysis of waterborne fluoride exposures [12] reported that 18 of 27 studies referred to water-fluoride concentrations below 4 mg/L, and IQ reductions were observed at elevated concentrations of 1 to 2 mg/L (Duan's Table 2). Also consistent with our meta-analysis, a dose-response relationship between urinary fluoride concentrations (range = 0.24-2.84 mg/L) and reduced IQ was reported in a population without any severe dental fluorosis [115]. This study was not included in our meta-analysis because it did not present the IQ scores for dichotomized exposures (i.e., high fluoride vs. reference group). More recently, two additional cross-sectional studies reported linear relationships between urinary fluoride (one study also included plasma-fluoride) and IQ among children living in areas with mean water-fluoride contents of 1.4 mg/L and 1.5-2.5 mg/L [116, 117].

Our meta-analysis cannot be easily used to derive an exposure limit, as the actual exposures of the individual children during the most vulnerable time window (prenatal and early postnatal development) can only be deduced from the current exposure level. Misclassification of children in both high- and low-exposure groups may have occurred if the children were drinking water from other sources (e.g., at school or in the field), the so-called halo effect. That said, it should be noted that several of the studies did measure urinary fluoride in the children, which may represent, in part, accumulated fluoride. Further, unlike in the U.S., children in rural China have very little exposure to fluoridated dental products [118], thus making community water the dominant contributor of fluoride exposure during early childhood.

Several studies [86, 87, 119-122] report other risk factors, such as iodine intake, and exposure to arsenic or lead, both neurotoxicants, but our sensitivity analyses showed similar associations between high fluoride exposure and the outcomes even after exclusion of these studies. Although large tracts of China have superficial fluoride-rich minerals, there is little, if any, likelihood of contamination by other neurotoxicants that would be associated with fluoride concentrations in drinking water and thereby confound the results. For example, follow-up testing documented *lower* levels of blood lead and waterborne arsenic in the high-fluoride community than the control [86, 123, 124]. Thus, potential co-exposure to other neurotoxicants may cause reverse confounding, as we have documented for methylmercury from seafood [125].

Still, each of the articles included in our review had deficiencies, in some cases rather serious, which limit the conclusions that can be drawn. Most deficiencies related to the reporting, where key information was missing. However, through our collaboration with Chinese experts familiar with traditions of medical reporting and with the study settings, we were able to reach justified conclusions. A major weakness was that most studies were cross-sectional, but this study design is useful in a stable population where water supplies and fluoride concentrations have remained stable for many years. In such communities, the current exposure

level likely also reflects past developmental exposures. In fact, some studies highlighted that the children were born in the respective area, and/or had been using the same water supply since birth. Any deviation from stable exposure would result in exposure misclassification and most likely resulted in an underestimation of fluoride toxicity.

Although the studies that were included in our meta-analysis were generally of inadequate quality, mainly due to deficient reporting, the consistency of the findings supports the likelihood that developmental fluoride exposure causes cognitive deficits. For example, limited information was available on age adjustment of the cognitive test results reported as scaled scores, but age was not found to be a significant co-factor. When we published these findings, we recommended that future research should formally evaluate dose-response relations based on individual-level measures of exposure over time, including more precise prenatal exposure assessment and more extensive standardized measures of neurobehavioral performance, in addition to improving the assessment and control of potential confounders. Recent North American studies satisfy these requirements, as discussed in the next section.

Many more IQ studies in endemic fluorosis areas have been published after our review. As with the previous studies, these newer studies continue to find associations between fluoride and IQ, although many of them suffer from the same limitations. A PubMed search using the terms "fluoride AND intelligence" shows that 14 studies have been published on fluoride and IQ since our meta-analysis was published in 2012. While I consider it beyond the present report to evaluate these studies in detail, 13 of them report clear associations between elevated fluoride exposure and reduced intelligence. I am aware of at least seven Chinese-language studies published since 2012 that report similar associations between fluoride exposure and reduced IQ [98, 126-130]. I also note that some of the recent studies have identified possible genetic predisposition to fluoride neurotoxicity [117, 131]. This means that some subgroups of the general population will be more vulnerable to fluoride exposure and that exposure limits aimed at protecting the average population may not protect those with susceptible genotypes, as we have shown for methylmercury neurotoxicity [132]. A comprehensive evaluation of these studies is beyond the scope of this report.

To ascertain the validity of the Chinese reports on fluoride neurotoxicity, we carried out a pilot study in Sichuan using methods commonly applied in neurobehavioral epidemiology [10]. The children examined had lived in their respective communities since conception. Although we examined only 51 children, our results support the notion that cognitive deficits occur at elevated fluoride exposures. Interestingly, negative associations were found for cognitive function tests regarding all three measures of fluoride exposure. One was the known water-fluoride concentration at the residence where the child was born and had grown up, another was the child's morning urine-fluoride after having ingested fluoride-free water the night before (neither measure reached formal statistical significance as predictor of cognitive deficits). The strongest and statistically significant association was seen with the degree of dental fluorosis that served as a marker of early-life fluoride exposure. While the milder forms of dental fluorosis have been considered a cosmetic effect [37, 133, 134], our study suggested that fluorosis can serve as a useful marker of early fluoride exposure in studies of neurodevelopmental toxicity.

A prior study that was also co-authored by my Harvard colleague David Bellinger failed to observe a relationship between dental fluorosis and behavior, as determined from parental questionnaires [135].  Due to several weaknesses, the conclusions were cautious and, in the authors' wording, "cannot lay this issue to rest". Hopefully, future studies will clarify the relationship between dental fluorosis and neurobehavioral deficits, especially if the relationship is apparent only for certain teeth that share windows of fluorosis susceptibility with those that relate to developmental neurotoxicity.

### 4.    Prospective studies of fluoride neurotoxicity

In recent years, several prospective studies have been carried out in Western populations with information on early-life exposures. These studies add substantial new information on developmental fluoride neurotoxicity and will be summarized below.

The New Zealand study: The first prospective study was based on a birth cohort established in Dunedin, New Zealand from births in 1972-1973 [111]. The 1,037 children were recruited at age 3 years, and IQ tests were administered at ages 7, 9, 11 and 13 years, and again at age 38, and the average result for 992 subjects was used for comparison between residents in areas with and without water fluoridation. No significant differences in IQ because of fluoride exposure were noted, and this finding was independent of potential confounding variables, including sex, socioeconomic status, breastfeeding, and birth weight. Despite the fact that lead exposure in this cohort was later reported to cause IQ deficits [136], the authors of the fluoride study chose not to control for exposure to lead or other chemicals that can affect neurodevelopment.[7] While prenatal fluoride exposure was not the focus of this study, and urine samples were not available for fluoride analysis, the average difference in exposure between children in fluoridated vs. non-fluoridated areas was estimated to be only 0.3 mg/day [137]. Maternal tea consumption was not assessed and may have introduced substantial imprecision of the exposure estimate. During the time that the children in this study were born (1972-1973), New Zealanders consumed as much as 2.6 kg of tea per capita per year, as compared to the consumption of 0.5 kg in Canada in the 1990s, i.e., the approximate time when the MIREC cohort (discussed below) was recruited [138]. An additional concern is that the 10% of cohort subjects who had not lived in fluoridated areas very likely received fluoride supplements, as was the case for 139 children in the study (probably mainly in non-fluoridated areas). In my judgment, although the New Zealand study has been hailed as evidence that fluoridated water is "not neurotoxic for either children or adults, and does not have a negative effect on IQ" [39], the exposure assessment is imprecise, and the statistical power is likely to be insufficient to identify an effect similar to the magnitude shown in more recent studies [139]. This study thus suffers from some of the same limitations as a previous cohort study from New Zealand [140], which reported no association between behavioral problems and residence in a fluoridated community during the first seven years of life. Neither study had access to individual measurements of fluoride exposure, and the exposure status relied solely on residence in a fluoridated community.

First Mexico study: In a prospective study from an area in Mexico with elevated levels of fluoride in drinking water, maternal pregnancy urine-fluoride (corrected for specific

---

[7] In response to criticism on this point, the authors published a letter [137] stating that they subsequently ran an analysis which controlled for lead and that it produced "no meaningful change." Few details were reported.

gravity) was examined for its association with scores on the Bayley Scales among 65 children evaluated at age 3-15 months [141]. The mothers in the study had average urine-fluoride concentrations at each of the three trimesters of pregnancy of 1.9, 2.0, and 2.7 mg/L (higher than the following study). These fluoride exposure indicators during first and second trimesters were associated with statistically significantly lower scores on the Bayley Mental Development Index (MDI) score after adjusting for covariates [141]. I understand that this study will be addressed in further detail in a separate report.

ELEMENT cohort: The existence of the ELEMENT (Early Life Exposure in Mexico to Environmental Toxicants) birth cohort in Mexico allowed longitudinal measurements of urine-fluoride in pregnant mothers and their offspring and their association with measures of cognitive performance of the children at ages 4 and 6–12 years [142]. The cohort had been followed to assess developmental lead neurotoxicity, and urine samples were available for fluoride analysis and adjustment for creatinine and density. Most of the mothers provided only one or two urine samples, thereby introducing some imprecision in the exposure estimate, but again such imprecision will tend to bias the results toward the null. Child cognitive function was determined by the General Cognitive Index (GCI) of the McCarthy Scale at age 4 years in 287 children with exposure data, and IQ by a Wechsler scale (WASI) at age 6–12 years in 211 children. Urinary fluoride in the mothers averaged 0.90 (s.d., 0.35) mg/L and 0.82 (s.d., 0.38) in the children.



*Figure 1. Association between maternal urinary fluoride concentration during pregnancy and the child's GCI at age 4 [142].[8]*

---

[8] Figure 2 legend in the published article: "Adjusted association of maternal creatinine-adjusted urinary fluoride (MUFcr) and General Cognitive Index (GCI) scores in children at age 4 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort3-Ca,Cohort3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observations, n=287."

Covariates included gestational age, birth weight, sex, parity, age at examination, and maternal characteristics, such as smoking history, marital status, age at delivery, IQ, and education. After covariate adjustment, an increase in maternal urine-fluoride by 0.5 mg/L was associated with a statistically significant loss of 3.15 (95% CI, -5.42; -0.87) and 2.50 (95% CI, -4:12; -0:59) the GCI and IQ scores, respectively (Figures 1 and 2).

These associations remained significant, and the effect sizes appeared to increase, in sensitivity analyses that controlled for lead, mercury, and socioeconomic status. The authors recognize possible limitations, including potentials for iodine deficiency or arsenic exposure, but the impact of such risk factors is likely to be small in this population and with little likelihood of causing bias. Given the fact that this cohort was followed from birth with meticulous documentation for lead exposure and other neurobehavioral risks adds to the strength of this study. A subsequent study of the same population also documented that elevated prenatal fluoride exposure was associated with tendencies toward development of ADHD (Figure 3) [143].



*Figure 2. Association between maternal urinary fluoride concentration during pregnancy and the IQ at ages 6-12 [142].[9]*

---

[9] Figure 3A legend in the published article: "Adjusted association of maternal creatinine-adjusted urinary fluoride (MUFcr) and children's IQ at age 6–12 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort3-Ca,Cohort3-placeboandCohort2A). Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, n=211."



*Figure 3: Association between maternal urinary fluoride concentration during pregnancy and four dimensions of the child's behavioral scores* [143].[10]

MIREC cohort: Between 2008 and 2011, 2,011 pregnant women were recruited into the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. A subset of 601 were examined at age 3-4 years, with slightly less than half residing in fluoridated communities [144]. The study was presented at a scientific conference in August 2018, and I understand that a full report will soon be published. The following is a summary of the information from a published Master's thesis. Urine spot samples were obtained from each of the three semesters of pregnancy, and results were analyzed for those 526 mother-child pairs where urine was available from all three semesters, so that the overall average urine-fluoride could be used as an exposure biomarker, with adjustment for specific gravity and creatinine. Information was obtained on food and beverage intakes, including tea (assuming a fluoride content of 0.52 mg in each cup of black tea). Intellectual abilities were assessed using the age-appropriate Wechsler scale that provided a full-scale IQ. Covariate adjustment included exposures to other neurotoxicants and other relevant covariates, such as sex, age at examination, and maternal exposure to indirect smoking, race, and education (Figure 4) [144].

As had been shown in a previous study of a larger material [65], women residing in fluoridated communities had higher urine-fluoride concentrations (0.69 vs 0.40 mg/L) and also higher calculated daily fluoride intakes from water and other beverages (0.93 vs. 0.30 mg/day). Regression analyses showed that an increase in *urine*-fluoride of 1 mg/L was associated with a statistically significant loss in IQ of 4.49 points in boys, though not in girls (Figure 5). An increase of 1 mg/L of fluoride in *water* and an increase of 1 mg/day of fluoride *intake* was associated with an IQ loss of 5.3 points and 3.66 points, respectively, for both boys and girls [144]. Thus, this study is in close agreement with the data from the two studies carried out in Mexico.

---

[10] This figure is an excerpt of Figure 2 that has this legend: "Association of maternal creatinine-adjusted urinary fluoride (MUFcr) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years. Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n=210."



Fluoride Intake (mg/day)

*Figure 4: Association between maternal fluoride intake per day from beverages during pregnancy and childhood IQ at age 3 (blue represents fluoridated communities)* [144].[11]



*Figure 5: Association between maternal urinary fluoride (adjusted for creatinine) and childhood IQ at age 3* [144].[12]

---

[11] Figure 6 from the thesis has this legend: "Multiple Linear Regression predicting FSIQ from Fluoride Intake (FI)."
[12] Figure 4 in the thesis has this legend: "Results of Multiple Linear Regression Predicting FSIQ from MUF$_{SG}$."

These recent prospective studies from North America focused on prenatal exposure as a key window of neurological vulnerability. Given that fluoride is only excreted in minute amounts in human milk [1], the focus on prenatal exposure appears justified, while formula-mediated exposures remain a concern, as illustrated by dental fluorosis studies [145]. All the recent studies relied on individual exposure indicators, thus providing substantial support to the conclusion that elevated fluoride exposure during early development can cause neurotoxicity.

## 5.    Retrospective studies of fluoride neurotoxicity

A Swedish study utilized the register of military conscripts who underwent neurocognitive tests [146]. The authors then estimated the water-fluoride concentrations for each of about 80,000 subjects based on their residential history, where the geographic location of the home was linked to a water supply. The study found no meaningful or consistent relationship between the test results and the estimated home water-fluoride concentration (0 to 2 mg/L). The study did identify a relationship between water-fluoride and increased income, which the authors attributed to improved dental health. However, the study did not have access to specific individual fluoride exposure data. The method for estimating the likely water-fluoride concentration at the person's current home involved some assumptions which could have introduced a substantial amount of measurement error when using this number as a proxy of the fluoride exposure at the most vulnerable age. This study is therefore not a "negative" study, but rather a non-informative study due to the likely misclassification of the causative exposure.

In the U.S., parental reports on ADHD among 4-to-17-year-olds were collected from the National Survey of Children's Health and combined with information on water fluoridation at state level [147]. The prevalence of artificial water fluoridation in 1992 predicted significantly the state prevalence of ADHD from the surveys in 2003, 2007 and 2011. After adjustment for socioeconomic status, each 1% increase in artificial fluoridation prevalence in 1992 was associated with approximately 67,000 to 131,000 additional ADHD diagnoses from 2003 to 2011. Overall state water fluoridation prevalence (not distinguishing between fluoridation types) was also significantly positively correlated with state prevalence of ADHD for all but one year examined. Given the state-level exposure assessment and the use of parental reports of ADHD, this ecological study has important weaknesses, although the findings are in agreement with the prospective studies.

A Canadian study analyzed data from two cycles of the Canadian Health Measures Survey (CHMS) [148]. Randomly measured urine-fluoride results from children aged 3-to-12 years were linked to parental reports or self-reported learning disabilities. When the two cycles of the CHMS were combined (both including at least 1,100 subjects), unadjusted urine-fluoride was significantly correlated with an increased incidence of learning disabilities. However, this effect lost its statistical significance after controlling for creatinine and specific gravity. The authors concluded that there was no robust association between childhood fluoride exposure and reported learning disability among Canadian children at the ages studied. However,

I understand from Rivka Green's dissertation,[13] that a separate analysis of the same CHMS data has recently been carried out and has been submitted for publication; this analysis found a significant relationship between tap water-fluoride levels and attention problems.

Overall, these retrospective studies add some weight to the information otherwise available on fluoride neurotoxicity in children.

B.   **Plausibility of developmental fluoride neurotoxicity**

1.   **Toxicological evidence**

*In vitro* studies have documented fluoride toxicity in brain cells, most of the studies using very high fluoride concentrations, but some showed effects at low, realistic levels [149, 150]. In the low-dose studies, 0.5 μmol/L (10 μg/L) was sufficient to induce lipid peroxidation and result in biochemical changes in brain cells [149], while 3 μmol/L (57 μg/L) was sufficient to induce inflammatory reactions in brain cells [150].

One of the first U.S. reports on experimental fluoride neurotoxicity emerged when a new method was developed for computerized surveillance of rat behavior. Fluoride was selected for a test of the new methodology and showed clear neurotoxicity [151]. The authors noted that the behavioral effects that they observed in the rats are "indicative of a potential for motor dysfunction, IQ deficits and/or learning disabilities in humans."  Since the publication of this study in 1995, many additional animal studies have shown that fluoride produces neurochemical, biochemical, and anatomic changes in the brains of the treated animals, including reductions in phospholipid content, inhibition of acetylcholinesterase, alterations in neurotransmitter concentration and function, increases in oxidative stress, and substantial enhancement of reactive microglia [1]. As concluded by the NRC review requested by the EPA, "fluorides have the ability to interfere with the functions of the brain by direct and indirect means." [1].

More recently, a large number of reports on fluoride toxicity in animal models have been published. A PubMed search suggests that, following the NRC report in 2006, at least 100 publications have addressed fluoride neurotoxicity. Among relevant outcomes studied are increased oxidative stress, glial activation and inflammation, inhibition of acetylcholinesterase, decrease of nicotinic receptors, interference with calcium channels, altered glucose uptake, and impaired synaptic plasticity. A critical assessment of these studies is beyond the scope of my analysis, but the studies appear consistent with NRC's conclusion that elevated fluoride exposure is neurotoxic in animals. Most of the animal studies to date have investigated higher concentrations of fluoride than used in water fluoridation programs, but some of the studies used relatively low concentrations. Of note, rats exposed to water-fluoride at 1 mg/L for one year showed morphological alterations in the brain and increased concentrations of aluminum in brain tissue compared with controls [152].

---

[13]https://yorkspace.library.yorku.ca/xmlui/bitstream/handle/10315/35502/Green_Rivka_R_2018_Masters.pdf?sequence=2&isAllowed=y

The NTP published in 2016 a systematic review of the animal studies that have examined fluoride's impacts on learning and memory [13], thus leaving out neurochemical and other effects that have been described in recent studies. The NTP concluded: "At concentrations higher than 0.7 parts per million (mg/L), this systematic review found a low to moderate level-of-evidence that suggests adverse effects on learning and memory in animal[s] exposed to fluoride. The evidence is strongest (moderate level-of evidence) in animals exposed as adults and weaker (low level-of-evidence) in animals exposed during development" (p. vii). Under NTP's classification criteria for hazard identification, "moderate" evidence is the level below the highest level of evidence. The NTP considered that most studies had used concentrations exceeding the levels added to water in fluoridation programs, although the NTP recognized that rats require about five times more fluoride in their water to achieve the same serum-fluoride concentrations as humans. In total, 14 studies used a water-fluoride concentration < 4 mg/L, although four were excluded due to methodological issues. The NTP's level of confidence was less for developmental effects due in part to the fact that fewer such studies were available.

Subsequent to the NTP review, at least nine additional developmental studies have been published investigating fluoride's impact on learning memory in rodents [153-161]. Two studies found impairments of learning/memory in rats consuming water with 5 mg/L fluoride [153, 154]. One study that did not find an effect investigated exposures that began at day 6 of gestation in the Long Evans rat [155], a strain that has been previously observed to be more resistant to fluoride toxicity [162].

Further details are provided in the expert report by Kathleen Thiessen. The NTP has prepared a systematic review of the most recent experimental animal studies, mechanistic data, and human epidemiological evidence on fluoride neurotoxicity, and peer review will soon be completed, I understand.

## 2.    Assessment of plausibility of fluoride neurotoxicity

Fluoride neurotoxicity is clearly plausible, given the overall consistency of experimental studies of adverse neurological effects in fluoride-treated animals, as well as the biochemical effects of relevant fluoride concentrations *in vitro* [149, 150, 163]. By 2006, the NRC concluded that there was enough animal data to conclude that fluoride interferes with brain functions [1]; the evidence today is substantially more robust. The NTP had more confidence in fluoride impairing learning in adult animals [13], but this conclusion was affected by fewer studies being available on developmental exposure. As discussed in Section III, the complex development of the human brain renders it particularly vulnerable to neurotoxicants during the developmental period, where cell differentiation, multiplication, migration and other crucial processes must happen at certain times and in a particular sequence to create an optimally functioning brain [30, 164]. Of importance here is that fluoride can pass the placental barrier to reach the brain, and rodent studies published subsequent to the NTP's review bear out the importance of the prenatal period for fluoride neurotoxicity.

Among prominent adverse outcome pathways, the NRC concluded that fluoride is an endocrine disrupter that can affect thyroid function at intake levels as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency [1]. Large epidemiological studies published since the NRC report suggest that thyroid dysfunction is a relevant risk at elevated fluoride

exposures in fluoridated communities, especially in adults with iodine deficiency [68]. In England, the diagnosis of hypothyroidism was nearly twice as frequent in medical practices located in a fully fluoridated area, as compared to a non-fluoridated area [165]. These findings are of particular concern, as the thyroid hormone is crucial for optimal brain development [166]. I shall not discuss this evidence further, as I understand that fluoride toxicity to the thyroid gland is covered in a separate report.

The notion that fluoride is primarily a developmental neurotoxicant means that fluoride – like lead, methylmercury, and arsenic – can affect brain development at exposures much below those that cause toxicity in adults [167]. For lead and methylmercury, adverse effects are associated with blood concentrations as low as about 10 nmol/L. Blood-fluoride concentrations associated with elevated intakes from drinking-water may exceed 20 µg/L, or about 1 µmol/L, i.e., more than 100-fold greater than the serum concentrations of the neurotoxic metals that cause neurodevelopmental damage. Thus, although fluoride is neurotoxic, it appears to be much less potent than the neurotoxic metals, which are also present in the Earth's crust at much lower concentrations.

## VI. APPROACHES TO HAZARD EVALUATION

### A.    Interpretation of epidemiology studies

In evaluating the evidence on inorganic fluoride toxicity, a weight-of-the-evidence approach should be used, where human studies will contribute substantially. Because it would be unethical to conduct experimental studies in humans with substances that may cause cancer or other serious effects, the main human epidemiological evidence on fluoride comes from observational studies of occupational cohorts and from community studies of subjects exposed at different so-called background levels, such as through drinking water. Of particular relevance are prospective studies of population-based cohorts followed over time. Further, the validity of the exposure assessment is crucial and should rely on stable concentrations in drinking water or exposure biomarkers obtained at an appropriate time.

While most of the endemic fluorosis studies have rather simple cross-sectional designs and may have failed to control for the some confounding factors of possible importance, they also have important strengths, including: 1) Stable populations with stable water-fluoride concentrations. Many of the studies specifically limited the populations to those who had lived in the community their entire life (thus capturing prenatal exposures). 2) Unlike in the US, children in rural China (where most of these studies have been conducted) have very little exposure to fluoridated dental products [118], thus making water a more important and reliable metric of fluoride exposure. 3) The studies in endemic fluorosis areas that have controlled for or excluded key confounding factors (arsenic, iodine, parental education) were still capable of identifying associations with cognitive deficits [9].

Prospective information on exposed birth cohorts is desirable, as it is not just the dose that can matter but also the timing of the dosing in regard to the developmental stage of the subjects [33, 168]. In particular, birth cohorts are crucial, as they can reveal with greater certainty the impacts of exposures assessed during early life stages. The recent emergence of

such prospective information is fortunate, especially because the studies represent different settings and therefore, in concert, provide solid observational evidence.

This new information is in overall agreement with less certain cross-sectional studies, thereby supporting the strength of the evidence. In the past, the presence of limitations and perhaps absence of statistical significance in individual cross-sectional studies may have been misinterpreted as evidence that fluoride exposures are innocuous. However, in evaluating the weight of the evidence, the question must be asked what each study could potentially reveal, given the design and choice of study parameters, including such factors as imprecise exposure assessment. As the NRC once warned, the apparent absence of convincing evidence of (fluoride) toxicity should not be misinterpreted as proof that toxicity does not exist, and such erroneous conclusion has been dubbed the "untested chemicals assumption" [169].

### 1.    Bias toward the null

In the field of epidemiology, there is a well-known bias toward the null, of which epidemiologists (and readers of epidemiology reports) need to be careful, especially when human health is at stake. Studies that do not show a statistical significance are sometimes called "negative," although this term is misleading. Joint analyses of several such studies may well show a significant difference or trend. Table 1 highlights common causes of bias toward the null in epidemiological studies, i.e., reasons that a study might not show the existence of a risk that indeed is present, though hidden due to the bias. While biases in the opposite direction also exist, they are usually of much less significance [170].

*Table 1. Causes of bias toward the null in epidemiology studies [170].*

| |
|---|
| Inadequate statistical power in small studies |
| Lost cases and inadequate follow-up for long-term effects |
| Exposed or otherwise inappropriate comparison (control) group |
| Exposure misclassification |
| Insensitive or imprecise outcome measures |
| Failure to adjust for confounders with effects in the opposite direction |
| Disregarding vulnerable subgroups |
| 5% probability level to minimize risk of false positives (Type I error) |
| 20% probability level to minimize risk of false negatives (Type II error) |
| Pressure to avoid false alarm |

The bias toward the null is particularly problematic where human health is concerned; scientists and public health officers therefore often assess and rely on the direction or weight of the evidence and not solely on statistical significance, as it may take a very long time to obtain complete and irrefutable proof. Thus, observational studies will rarely if ever provide a 100 percent proof, and it is always possible for someone critical of the weight of the evidence to raise some type of doubt seeking to require additional or improved data before a conclusion can be drawn [171, 172]. Again, the presence of uncertainties often tends to cause underestimations of actual risks, not the opposite. This issue is of importance especially regarding substances that have not yet been studied in the detail desired or cannot be examined in randomized clinical

31

trials. Again, many unfortunate past errors in regard to industrial chemicals have shown that initial assessments were often erroneous and led to an underestimation of the true risks [173].

In the present report, while considering the extent of possible biases, my conclusions are based on the strength of the evidence and are stated in terms of assessing whether fluoride poses an unreasonable health risk to the general public or to susceptible subsets of the population, such as pregnant women and small children. My evaluation as an expert therefore considers the weight of the evidence, the uncertainties involved, the plausibility, and what could possibly be known, given the study opportunities and methodologies applied, as well as the likely overall impact on public health.

## B.    Assessment of uncertainties

In the absence of randomized clinical trials on fluoride, the hazard evaluation must be based on observational epidemiology studies, as supported by toxicological evidence from animal studies. As already noted, the NRC found the toxicological evidence sufficient to conclude that fluoride can cause neurotoxicity [1]. Although the more recent NTP review did not regard the studies on developmental neurotoxicity as conclusive [143], the report considered only attention and memory aspects rather than the additional and more extensive documentation on neurochemical and neuropathological effects.

True, the cross-sectional design of most of the human studies limits the ability to reach conclusions about causation (since the exposure is not ascertained before the development of the adverse outcome).  Still, this design is appropriate in stable populations where water supplies and fluoride concentrations have remained virtually unchanged so that current exposures is likely also to reflect developmental exposures. Also, some of these studies measured urinary fluoride concentrations, which partially reflect long-term exposures due to the accumulation of fluoride in the calcified tissues. Thus, jointly with more informative prospective studies, the results provide convincing evidence of developmental neurotoxicity.

As indicated above and also discussed in Section VII.A, research into fluoride neurotoxicity appears to have been controversial and unwelcome, and the desire for fluoride supplementation may have resulted in suppression of studies or publications, as suggested by case reports [90, 174, 175]. Further, severe critique was launched against studies that reported adverse effects that could challenge the wisdom of water fluoridation. For example, because our meta-analysis [9] indicated consistent associations between fluoride and reduced IQ, our findings were challenged. One commentary indicated that our review had been severely criticized [39] and referred to a report by a UK consulting firm hired to criticize our work [176]. An additional source was the previously released SCHER report [103]. This EU committee had questioned the plausibility of neurotoxicity and did not directly comment on our report. The disapproving commentary [39] also alleged that our article had been used by anti-fluoridationists and referred to the "many flaws" – without specifying what these flaws were. A later article referred to fluoride neurotoxicity as "misinformation" in the title of the article [177].

Similar superficial and misleading critiques were aired at a web site belonging to the American Academy of Pediatrics[14] and in additional journal articles [112, 178]. I particularly note that the adverse effects were said to be associated with elevated fluoride exposure from water up to 11.5 mg/L [178], i.e., the *highest* fluoride concentration present in *one* of the studies, while not mentioning that most of the studies included in our review referred to water-fluoride concentrations below the EPA's MCLG for fluoride (4 mg/L) [9]. As previously noted, almost the same wording was used by the EPA [113].

As our study [9] was misinterpreted in the media, we released a press statement [179], which concluded: "These results do not allow us to make any judgment regarding possible levels of risk at levels of exposure typical for water fluoridation in the U.S. On the other hand, neither can it be concluded that no risk is present. We therefore recommend further research to clarify what role fluoride exposure levels may play in possible adverse effects on brain development, so that future risk assessments can properly take into regard this possible hazard."

As alleged proof that water fluoridation poses no risk to cognitive development the study from New Zealand has been highlighted [39]. This study [111] erroneously stated that our press release "had to emphasize the fact that [our] research was irrelevant to CWF [Community Water Fluoridation]". Also, while the authors [111] emphasized potential biases in our meta-analysis [9], they downplayed the limitations to their own study (see Section V.A.4).

A federal interagency panel in 2015 accepted the NRC's findings [1] as a "summary of the hazard", and the panel recommended that the level of fluoride added to community water be reduced to 0.7 mg/L [77]. The aim of this recommendation remained to protect against dental fluorosis, as neurotoxicity was thought not to be relevant.

## VII.   RISK ASSESSMENT

### A.   Changing approaches to fluoride exposure

Fluoride ingestion has in the past been considered "essential" for optimal dental health. Already in 1989, a National Research Council report on nutrition noted that fluoride is not an essential nutrient, but a "beneficial element" for dental health purposes [180]. Further, fluoride's predominant mechanism of action in preventing caries comes from topical contact with the outside of the enamel, not from ingestion [1], as discussed in a separate report.

The concept of an "optimal fluoride dose" for caries prevention purposes is at odds with current knowledge as to fluoride's cariostatic mechanisms but is nevertheless still widely held [39]. EPA concluded that a reference dose (RfD) could not be below 0.05 mg/kg/day, in respect of the so-called optimal dose [181]. For this reason, assessments of fluoride exposure have mostly focused on securing sufficient intakes to obtain the assumed benefits, i.e., maintaining the so-called optimal intake without any excess of importance to health. Accordingly, reports from WHO and national agencies have generally focused on beneficial effects [37, 40, 182]. Given the strong association with dental health benefits observed in past studies, the tendency was to

---

[14] https://ilikemyteeth.org/harvard-study-fluoride-neurotoxicity/

minimize or disregard evidence of adverse effects [41, 183]. Certainly, dental fluorosis occurs more frequently and in more severe forms in fluoridated communities, especially in recent years. However, unless pitting developed, thereby paradoxically paving the way for caries development, these enamel changes were considered "cosmetic" [40, 133, 134]. This conclusion was reached without detailed evidence regarding other potential adverse effects that might occur in tandem with the enamel changes. I note here that our own study in rural China found that the degree of dental fluorosis was a significant predictor of cognitive deficits in the children examined [10].

One of the first U.S. reports on fluoride neurotoxicity in a rodent model [151] was met with disbelief, and serious critique was published as a letter in the highly respected journal that had published the toxicology article [184]. While the authors countered the critique, the first author was fired [185]. Thus, fluoride neurotoxicity was not a cherished research topic, although it is unclear if any censoring of research results or proposals has occurred. Still, anecdotal examples illustrate that a bias did occur in disregarding or ignoring risks when reviewing the health benefits of water fluoridation [90, 174, 175].

When I, at the request of WHO, drafted an environmental criteria document on fluoride for the International Programme of Chemical Safety (IPCS) in 1983, it was finalized by an expert committee that included members with a background in preventive dentistry, rather than toxicology and environmental health. The committee asked for substantial changes to minimize any mention of toxic effects or their relevance to human health [186]. As I was considered part of the secretariat, my views on achieving a better balance were not allowed in the final document, and I had to resign and ask to have my name removed. In a parallel experience, an EU expert report similarly underestimated adverse effects of elevated fluoride exposure [103]. Although I formally submitted comments to the committee, they were disregarded. In addition to neurotoxicity, carcinogenicity should be considered a potential risk, as observed in occupational epidemiology, such as my own studies of cryolite workers [4, 7]. While such evidence would normally be considered crucial for cancer risk assessment, IARC's evaluation of fluoride was uniquely limited to "Inorganic Fluorides Used in Drinking-water and Dental Preparations" [187], and with this limitation, little epidemiology was available for consideration of carcinogenicity.

My overall impression is that the safety of elevated fluoride exposure was exaggerated in ways similar to those employed by vested interests that misconstrued and misinterpreted the scientific evidence on other neurotoxicants, such as lead, mercury, and certain pesticides [34, 188]. In fact, Dr. R.A. Kehoe, the famous industry spokesman [189], forcefully dismissed the toxicity of both lead and fluoride [185].

The situation has now changed, for two reasons. First, the wisdom of adding fluoride to drinking water has been called in doubt, most strongly by a 2015 Cochrane systematic review that questioned the caries-prevention benefits of current-day water fluoridation [190]. Other evidence showed that the caries incidence had decreased in many countries, independently of drinking water fluoridation [41]. Second, evidence of adverse effects, especially developmental neurotoxicity, has burgeoned during recent years, as reviewed above in Section V. Because assessment of benefits is outside the scope of my report, I shall now focus on the risks, although in reality the two have been confounded in past assessments.

As recently noted by prominent EPA scientists, although without referring specifically to fluoride, risk assessment has failed when adverse human health effects are demonstrated at exposure levels predicted from animal studies to be safe [191]. In Section V, I described some of the major caveats when drawing conclusions on incomplete evidence and the common biases toward the null hypothesis. Similar concerns were also raised by another NRC committee that reviewed EPA's risk assessment procedures [169]. The committee highlighted the erroneous default assumption, i.e., the so-called "untested chemical assumption," that a chemical is innocuous, unless the evidence shows otherwise. The NRC fluoride review in 2006 [1] had emphasized that fluoride's potential adverse effects were incompletely documented, and that additional research was warranted. While some existing evidence was not included in the NRC review, much has been published during recent years that adds substantial weight to the assessment of fluoride neurotoxicity at low intake levels (see Section V). By far, fluoride is no longer "untested".

I shall now focus on the exposure levels that put the population(s) at increased risk and the likely target organs (or critical organs) that may suffer adverse effects at the lowest doses. This section will also include a brief review of exposure guidelines.

**B.      Current standards for fluoride in drinking water**

    1. MCLG
    As part of the Safe Drinking Water Act (SDWA), fluoride is currently one of the contaminants that EPA regulates in drinking water. The EPA has determined a maximum amount of fluoride allowed in drinking water, which currently is enforced at 4.0 mg/L. This value is much higher than the DHHS recommendation of 0.7 mg/L for community water systems that add fluoride to their water to maintain caries prevention benefits (while ignoring neurotoxicity risks) [77].

    The EPA established the 4.0 mg/L safe drinking water standard (MCLG) to protect against crippling skeletal fluorosis (i.e., stage III skeletal fluorosis), which EPA at the time considered to be the critical adverse health effect from fluoride exposure [192]. Stage III skeletal fluorosis represents the most severe form of fluoride-induced bone disease. The DHHS has summarized crippling fluorosis as having the following characteristics: "calcification of ligaments/neck, vert. column; crippling deformities/spine & major joints; muscle wasting; neurological defects/ compression of spinal cord." (p. 46) [193]. The MCLG was not designed to protect against earlier forms of bone disease, including stage II skeletal fluorosis, which is marked by "chronic joint pain; arthritic symptoms; slight calcification of ligaments; increased osteosclerosis/ cancellous bones; with/without osteoporosis," again according to the DHHS review. The EPA did not consider potential neurotoxicity. Given the recent documentation of the developing brain as a critical organ (Section V), the documentation for the MCLG appears outdated.

    In its review of fluoride requested by the EPA, the NRC concluded in 2006 that the MCLG of 4 mg/L is too high and should be lowered [1]. The NRC based this conclusion on the fact that the MCLG does not appropriately protect against stage II skeletal fluorosis, bone

fracture, and severe dental fluorosis, and the NRC also noted the need to consider further the risk of neurotoxicity.

2. EPA's Six Year Reviews

As part of the SDWA, the EPA is required to review each national primary drinking water regulation, including fluoride, at least once every six years and revise them, if deemed appropriate. In EPA's first Six Year Review of Fluoride, the Agency asked the NRC to review the recent toxicological literature on fluoride. In the second Six Year Review, EPA had received NRC's conclusions [1] and conducted a risk assessment to determine an RfD that would protect against severe dental fluorosis, stage II skeletal fluorosis, and bone fracture. EPA set this RfD at 0.08 mg/kg/day based on dose-response data relative to severe dental fluorosis [42]. The EPA acknowledged that NRC identified "research needs for the endocrine, neurological and other effects of fluoride," but concluded that "the standard toxicity database for fluoride is complete negating the need for a database uncertainty factor." (p. 106). Accordingly, EPA did not apply an uncertainty factor to account, e.g., for potential neurotoxicity.

In 2016, the EPA completed its third Six-Year Review, including a summary of the health effects of fluoride [113]. As part of this latest iteration, the EPA referred to the NRC review [1] in regard to fluoride's impact on reproduction and development, the endocrine system, cancer, and neurotoxicity. Specific to the latter health endpoint, the EPA referenced our meta-analysis of the childhood IQ studies and highlighted only the highest exposure in the 27 studies (11.5 mg/L, see Section VI.B), rather than the exposures that were below the MCLG [9]. The EPA also reviewed four other studies on neurotoxicity [10, 13, 111, 147], but concluded that "overall, the new data were not sufficient to alter the NRC conclusion that severe dental fluorosis is the critical health effects endpoint for the MCLG" (p. 134). While considering the NTP's systematic review of the animal literature on learning and memory, the EPA did not take into account the wider animal literature summarized in Section V.B.1. Likewise, the Agency did not address several recent epidemiological studies also reviewed above. Although I find these omissions inappropriate, I should note that the prospective studies of prenatal fluoride exposure and IQ from Mexico and Canada were not yet completed at the time of EPA's most recent review, and thus not available for the Agency's consideration.

To date, EPA has yet to lower the MCLG in response to NRC's conclusions [1]. As it currently stands, therefore, the safe drinking water standard for fluoride in the US is still based on the crude premise that crippling skeletal fluorosis is the most sensitive adverse effect of chronic fluoride exposure. The dose-response assessment for fluoride available at EPA's IRIS data base is not useful, as it has not been updated for many years.

3. Other standards

The *WHO* has established a recommended limit of fluoride in drinking water at 1.5 mg/L [37]. The WHO set this "guideline value" at a level that would protect against more than "minimal" levels of dental fluorosis, but WHO did not consider potential neurotoxicity. In its monograph on fluoride [88] from 2002, WHO discussed several animal studies that investigated neurotoxicity, but did not review the available occupational or epidemiological studies. While the guideline level is "not a fixed value," WHO recommends that "at a minimum, the fluoride level in local water supplies should be monitored and the population examined for

signs of excessive fluoride exposure (e.g. moderate and/or severe dental fluorosis and crippling skeletal fluorosis)" [88].

The *Agency for Toxic Substances and Disease Registry* (ATSDR)*, in general agreement with the MCLG, issued a draft toxicological profile in September 2001 [194], updated in 2003 [61], and recommended a chronic-duration oral minimal risk level (MRL) of 0.05 mg/kg body weight per day. ATSDR based the MRL on a no-observed-adverse-effect level (NOAEL) of 0.15 mg/kg/day and a lowest-observed-adverse-effect level (LOAEL) of 0.25 mg/kg/day for skeletal effects (increased fracture rate) [195]. Again, neurotoxicity was not considered.

*DHHS* recently changed the recommended water-fluoride concentration from the 0.7-1.2 mg/L range to 0.7 mg/L [77]. As discussed earlier in this section, the DHHS made this recommendation based on the data demonstrating an increase in the prevalence of dental fluorosis, not with a view to limiting any risk of developmental neurotoxicity.

C.     **Current documentation for risk assessment**

As I have argued in this report, developmental neurotoxicity should be regarded the critical effect of elevated fluoride exposure (see Section V), and IQ deficits represent the most appropriate effect indicator. In regard to dose-dependence of IQ deficits, an increase of the maternal urine-fluoride in the ELEMENT study [142] by 1 mg/L corresponds to a 4.5-to-6 point drop in IQ. The Canadian results are in good agreement with these findings, although the possibility of sex-dependent effects must be considered [144]. While the latter study showed a possible sex-linked difference in vulnerability, risk assessment should always be based on the most vulnerable population group, i.e., in this case on the findings in boys in the MIREC study. In regard to water-fluoride, an increase of 1 mg/L showed a joint effect in boys and girls corresponding to a 5.3 drop in IQ [144], i.e., similar to the ELEMENT study. I also note that our own meta-analysis shows an average difference of 6.75 IQ points between the high and low exposure groups in the 27 studies reviewed [9].

As discussed in section IV.D, the Canadian data [65] indicate that pregnant women drinking fluoridated water at 0.6 mg/L water have an average urine-fluoride excretion of 0.87 mg/L, whereas pregnant women drinking non-fluoridated water at 0.12 mg/L have a lower average urine-fluoride of 0.46 mg/L [65]. Although the "halo" effect probably results in elevated exposures among women residing in non-fluoridated communities, I shall assume that water fluoridation increases the urinary fluoride excretion level by approximately 0.4 mg/L. Again, this difference refers to the average water consumption levels in Canada, and greater differences may well occur in the U.S.

Given that water fluoridation increases the maternal urine-fluoride by (at least) 0.4 mg/L, one can now use the estimates of dose-dependent IQ losses to calculate the predicted IQ loss attributable to water fluoridation. Assuming that the exposures are above any known threshold, I shall rely on an approximate IQ loss at a slope of 5 IQ points per 1 mg/L, i.e. an IQ loss of 2 points for the 0.4 mg/L increase in urine-fluoride.

D.   **Setting drinking water health limits**

Available data show that maternal urinary fluoride excretion levels during pregnancy and calculated daily fluoride intake are significantly associated with lower IQ levels in the child. Data from the ELEMENT study in Mexico [142, 143] and the MIREC study in Canada [144] provide suitable data for dose-response analysis. In addition, a third study also documents developmental neurotoxicity, although for the Bayley scale at a younger age, not IQ [141]. These studies document the associations at maternal urine-fluoride concentrations within ranges occurring in fluoridated communities. As these data refer to the critical effect in a highly vulnerable population, they are appropriate as documentation for identifying a safe drinking water limit.

Visual inspection of the ELEMENT data (Figure 2, page 23) [142] suggest a possible threshold of perhaps 0.8 mg/L in maternal urine when considering the IQ in 6-to-12-year-olds, while no threshold seemed to be present for deficits at age 4 years (Figure 1, page 22). Similarly, no threshold seemed to be present in the Canadian IQ study (Figures 4 and 5, pages 24-25) [144] or in the Mexico ADHD study [143]. I also note that cross-sectional studies in China have reported IQ deficits at elevated water-fluoride concentrations even below 1 mg/L [9].

Regulatory agencies are in overall agreement in using a benchmark dose approach to calculate non-cancer health-based limits for dietary intakes, such as drinking water [11, 196]. In this approach, a dose-response function is fitted to the data or adopted from a default assumption (usually a linear relationship). The benchmark dose (BMD) is defined as the dose that leads to a specific loss (or degree of abnormality) known as the benchmark response (BMR) in the outcome variable. The BMR must be specified before the analysis. In previous BMD analyses of human neurotoxicity, the BMR has been set at 1 IQ point [197, 198]. The statistical uncertainty in the BMD estimation is taken into account by calculating its lower one-sided 95% confidence limit, which is called the benchmark dose level (BMDL). The BMDL is then used as the point of departure for calculation of the exposure limit, by dividing the BMDL by an uncertainty factor (usually fixed at 10) to obtain a protective RfD [11, 196]. I shall now discuss the calculation of a BMDL using the available data on fluoride neurotoxicity.

E.   **Benchmark dose calculations for fluoride**

My colleague, Esben Budtz-Jørgensen, and I are formalizing an agreement with the authors of the ELEMENT fluoride report [142] to jointly assess benchmark dose results, and access to the raw data will likely happen in the near future to allow preparation of a scientific publication. In the absence of the original data at this point, we have applied benchmark dose algorithms to estimate the approximate BMD and BMDL, first by using the descriptive data on the distributions of urinary fluoride concentrations and the IQs as already published as Table 4 [142].

The benchmark dose is the exposure dose leading to a specific decrease (denoted BMR) in the response (in this case, the IQ), when compared to unexposed individuals. The BMR must be defined before the analysis [196], and general guidelines have been developed for the selection of a BMR [11]. A 1-to-2 IQ point reduction at the population level was recognized by the U.S. EPA Clean Air Scientific Advisory Committee, which emphasized that "an IQ loss on

38

the order of one to two IQ points [should] be prevented in all but a small percentile of the population."[15] Similarly, in its Regulatory Impact Analysis of the monetized human health benefits of a revised National Ambient Air Quality Standard for lead, EPA used benefits derived from IQ improvements [199]. Further, EFSA has decided upon 1 IQ point as a proper benchmark response [200], and economists use calculated losses of lifetime incomes from the loss of 1 IQ point [201]. Our previous benchmark analysis on the effect of lead exposure [198] used a BMR of 1 IQ point, and we followed the same procedure for fluoride.

In the above framework, the BMD will satisfy

$$f(0) - f(BMD) = BMR \rightarrow BMD = f^{-1}(-BMR)$$

In a linear model $(Y = \alpha + \beta d + \varepsilon)$, we get $BMD = -BMR/\beta$. The main result of the benchmark analysis is the BMDL, which is defined as a lower one-sided 95% confidence interval (CI) of the BMD. In a linear model

$$BMDL = -BMR/\beta_{lower}$$

where $\beta_{lower}$ is the one-sided lower 95% confidence limit for $\beta$ [198].

For the ELEMENT study [142], a linear dose-response model could be used for the effect of urine-fluoride concentrations on both measures of childhood IQ. In this model, the BMD and BMDL can be calculated based only on the regression coefficient and its precision. In Table 4 of the publication [142], this information is available both for a crude model and for a model A with confounder adjustment. The table below shows the benchmark results for these two models for both the age-4 GCI and school-age IQ.

*Table 2. Benchmark dose results (mg/L urine adjusted for creatinine) obtained from the ELEMENT study results [142].*

| Model | GCI | | IQ | |
|---|---|---|---|---|
| | BMD | BMDL | BMD | BMDL |
| Crude | 0.133 | 0.085 | 0.211 | 0.121 |
| Adjusted | 0.159 | 0.099 | 0.200 | 0.130 |
| Read from plot | 0.159 | 0.102 | - | - |

As these calculations are based on assumptions of Gaussian distributions, we checked the validity by scanning the numbers from the plot in the published article. We tentatively used the WebPlotDigitizer software to read the plot shown in the published paper (see Figure 1, page 22) [142], to obtain the individual adjusted GCI results for more accurate BMD

[15] CASAC Review of the EPA's Policy Assessment for the Review of the Lead National Ambient Air Quality Standards (External Review Draft – January 2013). https://yosemite.epa.gov/sab/sabproduct.nsf/E2554E264EEF8CCB85257B80006B3014/$File/EPA-CASAC-13-005+unsigned.pdf

calculations. Of the original 287 observations, the software provided 286 observations, probably due to overlapping observations. Thus, missing a single point only, our calculations based on the scanned data should be fairly reliable.

Using the standard benchmark approach to epidemiological data and a linear dependency, we find that the BMD for GCI is approximately 0.16 mg/L, and that the BMDL is 0.10 mg/L (bottom line of Table 2). These results are in excellent agreement with the results calculated from the summary data (first lines of the table). To assess the robustness of the calculation, we included a logarithmic conversion of the exposure parameter. We also used a split linear dose-response curve as in one of our previous studies [202]. These sensitivity analyses showed BMD results that deviated only marginally from the calculation using the default linear association. In conclusion, Table 2 shows reliable BMD results that have been calculated in accordance with standard EPA procedures.

With a BMD (or rather a benchmark concentration [BMC], as it is expressed in terms of the urine-fluoride concentration) for an IQ loss at about 0.2 mg/L, these calculations show benchmark results well below the average urinary fluoride concentrations found among pregnant women in fluoridated communities [65] and that the BMDL is even lower. It is theoretically possible that the results to some degree exaggerate the risks at low levels. For example, when additional, larger studies become available, the uncertainty will decrease, and the BMDL will move closer to the BMD [203]. However, the data available so far suggest that the BMD will likely remain much below an apparent 0.8 mg/L threshold. Given the sensitivity analyses carried out, the confounder-adjusted results cannot be attributed to an error in the assumed dose-response curve. However, a higher BMD would be possible if choosing a BMR much higher than 1 IQ point. As already considered by the EPA (see above), allowing for larger IQ deficits would not be appropriate.

### F.   Economic and societal value of preventing IQ losses

The above calculations are based on a loss of one IQ point, while assuming that this loss is an adverse effect that should be prevented, as approved by the EPA. In support of this decision, research on other neurotoxicants [34] has shown that a shift to the left of IQ distributions in a population will have substantial impacts, especially among those in the high and low ranges of the distribution [204].

In order to compare the population-level effect with other neurotoxicants, some approximate estimates of fluoride-associated IQ losses can be made. The calculations rely on several assumptions that are necessary in the absence of actual data and are therefore meant only to identify relative orders of magnitude. On the conservative side, I shall also assume that all children are equally vulnerable and that the dose-dependent IQ losses observed in the recent prospective studies can be used to assess the impact on the population at large (i.e., that genetic predisposition can be ignored, see Section V.A.3).

A low threshold for neurotoxicity suggests that some fluoride neurotoxicity may occur also in non-fluoridated communities, though part of the exposures may be due to the "halo" effect from water fluoridation elsewhere. I shall focus on exposures directly attributable to water fluoridation, as these clearly contribute exposures above the BMD.

The Canadian study [65] showed that drinking water fluoridation leads to an average increase in urinary fluoride excretion of about 0.4 mg/L. Given the BMD results, this increase in exposure can be considered to be above the threshold for developmental neurotoxicity, and the elevated exposure will then correspond to an IQ loss of approximately 2 IQ points, using the dose dependent losses observed in the recent prospective studies [142, 144]. I shall now use this outcome as an appropriate approximation.

Because about two-thirds of the U.S. population receives fluoridated drinking water, one can assume that a similar proportion of the 4 million annual U.S. births[16] (i.e., more than 2.5 million births) are affected by fluoridation-associated exposure increases. With the 2-point average IQ loss associated with fluoridation, the 2.5 million births will lose a total estimated number of 5 million IQ points annually. This approximate number can be compared with calculations made by Professor David Bellinger on IQ losses due to major pediatric diagnoses affecting 0-to-5-year-old children [205]. According to CDC data and Bellinger's calculations, the top pediatric etiologies are preterm birth at 34 million IQ points lost and lead exposure representing 23 million IQ points lost. My estimate for fluoride is that children aged 0 to 5 years have lost approximately 25 million IQ points due to fluoridation. Fluoride exposure should therefore be considered a top risk factor for neurodevelopmental deficits. Even if this estimate is somewhat imprecise, and unevenly distributed, the order of magnitude is likely to be correct and is very considerable.

Economists have devised methods to calculate the societal gains from preventing IQ losses, as higher IQs will, on average, result in higher lifetime incomes. In terms of 2006-dollars, the value of 1 IQ point was calculated to be about $18,000 [201, 206]. In a 2008 report on monetized benefits of prevention of lead exposure, the EPA used lower cost estimates and stated that "[t]he earnings-based value-per-IQ-point lost that we apply in this analysis most likely represents a lower bound on the true value of a lost IQ point, because it is essentially a cost-of-illness measure, not a measure of an individual's willingness-to-pay (WTP) to avoid the loss of an IQ point" (p. 18) [199]. For 5 million IQ points lost per year, the annual cost from loss of income will probably approach $100 billion in current dollar values, a truly enormous cost, although it represents only the societal losses and not the costs to the individuals affected, or their families.

If we assume that a threshold does exist at approximately 0.8 mg/L in maternal urine, as suggested by the IQ findings in the ELEMENT study for the 6-to-12-year-old cohort members, then water fluoridation would still result in substantial IQ losses, as indicated by the 75th percentiles for maternal urine-fluoride concentrations in Canada [65]. The 75th percentiles are 1.04 mg/L and 0.52 mg/L for the fluoridated and non-fluoridated areas, thus only the former can be projected to exceed the assumed threshold. In fluoridated areas, pregnant women above the 75th percentile are already at least 0.29 mg/L above the hypothetical threshold, and thus 25% of the children would each experience an IQ loss of about 1.5 points or more. This would amount to over 4.5 million lost IQ points among 0-to-5-year-olds. Even this smaller amount of IQ losses exceeds the U.S. IQ losses attributed to methylmercury exposure [207]. Similar calculations can

---

[16] Centers for Disease Control. Births and Natality. Available at: https://www.cdc.gov/nchs/fastats/births.htm

be done using the data on the 95th percentiles, again assuming that the U.S. population in fluoridated areas have similar urine-fluoride concentrations as Canadians.

I have made these calculations only to illustrate the significance and impact of neurotoxicity outcomes, and I offer these crude estimates to emphasize my concern that developmental neurotoxicity due to early-life exposure to fluoride must be controlled.

## G.    Conclusions

In the past, health risks associated with elevated exposures to fluoride have been downplayed in the interest of promoting community water fluoridation to prevent caries development. Although this has resulted in a biased risk assessment and inappropriately high exposure limits for fluoride in water, the situation has changed due to two developments.

First, it now appears that water fluoridation no longer has the same beneficial impact on caries prevention that it once had, and topical fluoride exposure in the oral cavity has emerged as the preferred intervention in much of the industrialized world, thereby making systemic fluoride exposure unnecessary.

Second, substantial research now documents the risks and consequences of developmental neurotoxicity associated with fluoride exposure in early life. The critical effect from fluoride exposure is no longer dental fluorosis with pitting, or crippling skeletal fluorosis that occur at highly elevated exposures. The risk assessment relied upon by the EPA is therefore outdated.

Recent research has shown that the most vulnerable life stage for many toxicants, particularly those that adversely affect the brain, is during intrauterine development. Fluoride fits into this paradigm, and efforts to control human fluoride exposures must therefore focus on pregnant women and small children.

Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure is toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

Epidemiology studies from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and leave little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

While existing limits for fluoride in drinking water are known not to protect against early stages of fluorosis, they are even less protective regarding neurodevelopmental deficits. Applying methods for standards setting routinely used by the EPA, the recent studies on

IQ deficits in children allow the calculation of a recommended limit that would protect against neurotoxicity. Such calculations show that current allowable limits for fluoride in drinking water and the levels of fluoride added in community water fluoridation programs both greatly exceed a science-based limit that would protect against developmental neurotoxicity.

The evidence on fluoride neurotoxicity in the general population is fairly recent and unlikely to represent the full toxicological perspective, including adverse effects that may occur at a delay. As has been seen on numerous occasions, the evidence available today may underestimate the true extent of fluoride toxicity. With a reasonable degree of scientific certainty, I therefore consider the elevated levels of fluoride exposure in the U.S. population as a serious public health concern.

## VIII.   AFFIRMATION

I affirm that the foregoing is a true and correct statement of my opinions in this matter and the grounds for those opinions.

Philippe Grandjean
21 June 2019

**EXHIBIT A**

**ABBREVIATIONS**

| | |
|---|---|
| ADHD | attention-deficit/hyperactivity disorder |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| BMC | benchmark concentration |
| BMD | benchmark dose |
| BMDL | benchmark dose level |
| BMR | benchmark response |
| CHMS | Canadian Health Measures Survey |
| CI | 95% confidence interval |
| CDC | Centers for Disease Control and Prevention |
| CRT-RC | Combined Raven's Test – The Rural Edition in China |
| CWF | community water fluoridation |
| EC | European Commission |
| EEA | European Environment Agency |
| EFSA | European Food Safety Authority |
| ELEMENT | Early Life Exposure in Mexico to Environmental Toxicants |
| EPA | Environmental Protection Agency |
| DHHS | Department of Health and Human Services |
| GCI | General Cognitive Index (from the McCarthy scale) |
| IARC | International Agency for Research on Cancer |
| IPCS | International Programme on Chemical Safety |
| IQ | intelligence quotient |
| LOAEL | lowest-observed-adverse-effect level |
| MCLG | maximum contaminant level goal |
| NHANES | National Health and Nutrition Examination Survey |
| NIDR | National Institute of Dental Research |
| MIREC | Maternal-Infant Research on Environmental Chemicals |
| NOAEL | no-observed-adverse-effect level |
| NRC | National Research Council |
| NTP | National Toxicology Program |
| PubMed | Biomedical literature data base |
| RfD | reference dose |
| SAP | Science Advisory Panel |
| SCHER | Scientific Committee on Health and Environmental Risks |
| SD | standard deviation |
| SDWA | Safe Drinking Water Act |
| SMD | standardized mean difference |
| WASI | Wechsler Abbreviated Scale of Intelligence |
| WHO | World Health Organization |
| WTP | willingness-to-pay |

**EXHIBIT B**

**PHILIPPE GRANDJEAN, M.D. (CV)**

Office address

Institute of Public Health
University of Southern Denmark
Winsløwparken 17
DK-5000 Odense C, Denmark
Tel. (+45) 6550.3769
Fax  (+45) 6591.1458
Email: pgrand@health.sdu.dk
http://www.sdu.dk/staff/PGrandjean.aspx

Harvard School of Public Health
Department of Environmental Health
Landmark Center, 3E-110
401 Park Drive
P.O. Box 15697
Boston, MA  02215
Tel: 617-384-8907
Fax: 617-384-8994
Email: Pgrand@hsph.harvard.edu
https://www.hsph.harvard.edu/philippe-grandjean/

Home

Naboløs 4
DK-1206 Copenhagen
Denmark
Tel: (+45) 33 133 933

10 Dana Street
apt 315
Cambridge, MA 02138
Mailing address:
P.O. Box 390589
Cambridge, MA 02139
Tel: 617-331-3317

Academic degrees

1974, M.D., University of Copenhagen
1975, Diploma in basic medical research, University of Copenhagen
1979, D.M.Sc. (dr.med.), University of Copenhagen

Chronology of employment

| | |
|---|---|
| 1974-1975 | Postgraduate training fellowship, University of Copenhagen |
| 1975-1978 | Research fellow, Institute of Hygiene, Univ. Copenhagen |
| 1978-1980 | Senior research fellow, University of Copenhagen |
| | Visiting fellow, Department of Community Medicine, |
| | Mount Sinai School of Medicine, New York |
| 1980-1982 | Director, Department of Occupational Medicine, |
| | Danish National Institute of Occupational Health |
| 1982- | Professor of Environmental Medicine, Odense University |
| 1983-2017 | Consultant in Toxicology, Danish Health Authority |
| 1994-2002 | Adjunct Professor of Public Health (Environmental Health) |
| | and Neurology, Boston University School of Medicine |
| 2003- | Adjunct Professor of Environmental Health, Harvard School of Public Health |

Awards and honors

Prize essay in medicine, University of Copenhagen (1972)
Fulbright senior research scholarship (1978)
Keynote speaker, Odense University anniversary (1983)
Gitlitz Memorial Lecture, Association of Clinical Scientists, USA (1985)
Knight of the Dannebrog, awarded by the Queen of Denmark (1990)
The Dannin prize for medical research (1991)
Fellow, American Association for the Advancement of Science (1994)
Irish Congress Lecturer, Royal College of Physicians of Ireland (1996)
Knight of the Dannebrog, First Degree, awarded by the Queen of Denmark (2003)
'Mercury madness award' for excellence in science in the public interest from eight US
environmental organizations (2004)
Emeritus Fellow, International Union of Pure and Applied Chemistry, IUPAC (2009)
Honorary Research Award, International Order of Odd Fellows (2010)
Science Communication Award, University of Southern Denmark (2012)
Bernardino Ramazzini Award (2015)
Basic & Clinical Pharmacology & Toxicology Nordic Award (2015)
Margrethegaarden honorary prize (2016)
John R. Goldsmith Award, International Society for Environmental Epidemiology (2016)

Editorial boards
American Journal of Industrial Medicine (1987-2017)
Applied Organometal Chemistry (1985-1991)
Arbejdsmiljø (Occupational Environment, in Danish, 1983-1990)
Archives of Environmental Health (European Editor, 1986-1992)
Archives of Toxicology (1987-)
Biomarkers (1996-2001)
Central European Journal of Occupational and Environmental Medicine (2015-)
Critical Reviews in Toxicology (1985-2012)
Danish Medical Bulletin (1994-2003)
Environmental Health (Editor-in-Chief, 2002-)
Environmental Health Perspectives (2003-)
Environmental Research (1981-1994 and 2014-, Associate Editor, 1995-2014)
Industrial Health (2000-2005)
International Journal of Hygiene and Environmental Health (2001-)
International Journal of Occupational and Environmental Health (1994-2011)
International Journal of Occupational Medicine & Environ Health (1991-
Journal of Environmental Medicine (1998-1999)
Naturens Verden (Natural Science, in Danish) (1987-1991)
Ugeskrift for Læger (Danish Medical Journal, in Danish) (1991-2007)

Scientific societies
American Association for the Advancement of Science (Fellow, 1994)
American Public Health Association
Collegium Ramazzini (Fellow, 1987; Member of the Council, 2005-2013)
Danish Medical Association
Danish Societies of Clinical Biochemistry, Epidemiology, Occupational and Environmental

Medicine, and Public Health
Faroese Society of Science and Letters
International Commission on Occupational Health
International Society for Environmental Epidemiology

Research support as Principal Investigator since 2000
2000-2006  NIEHS
Mercury associated neurobehavioral deficit in children
2001-2003  Nordic Arctic Research Programme (NARP)
Changing patterns of biomagnified pollutants in the northern marine environment
2001-2004 Danish Medical Research Council
Exposure assessment for endocrine disruptors
2002-2004 Danish Medical Research Council
Environmental epidemiology research
2003-2004 European Commission
Assessment of Neurobehavioral Endpoints and Markers of Neurotoxicant Exposures
(ANEMONE)
2003-2005 Danish Medical Research Council
Research in hormone related substances
2003-2006 NIEHS ES11687
Effects of perinatal disruptors in children
2003-2007 EPA STAR RD-83075801-0
Children's vulnerability to environmental immunotoxicant
2004-2011 NIEHS ES12199
Epidemiology of immunotoxicant exposure in children
2006-2011 NIEHS ES13692
Health effects of lifetime exposure to food contaminants
2006-2012 NIEHS ES14460
Three-generation human study of reproductive effects of marine food contaminants
2008-2012 Danish Council for Strategic Research
Environmental pollutant impact on antibody production against current and new childhood
vaccines
2007-2013 NIEHS ES009797
Mercury associated neurobehavioral deficit in children
2011-2017 NIEHS ES012199
Epidemiology of immunotoxicant exposure in children

Major Current Funding as Principal Investigator
2012-2019 NIEHS ES021993 and NSF OCE-1321612
Immunotoxicity in Humans with Lifetime Exposure to Ocean Pollutants
2013-2019 NIEHS ES021477
Glucose Metabolism in Adults Prenatally Exposed to Diabetogenic Pollutants
2013-2019 NIEHS ES021372
Pollutant-related diabetes in the Nurses' Health Study II
2014-2019 NIEHS ES023376
Gut Microbiome in Adults with Early Life Exposures to Environmental Chemicals

2017-2022 NIEHS P42ES027706
Sources, Transport, Exposure and Effects of PFASs (STEEP). Superfund Research Program
Center

<u>Major committees, boards and elective offices</u>
*Danish:*
Danish Medical Association: Member, Prevention Council (2011-2014)
Danish Medical Research Council: Consultant on environmental medicine (1985-1990);
    Member, Joint Research Council Committee on Environmental Research (1986-1991);
    Member of DMRC (1992-1998)
Danish Society of Community Medicine: Secretary (1977-1978)
Danish Society of Industrial Medicine: Board Member (1974-1983)
Ministry of Education: Member, Committee on Toxicology (1984-1986); Member, Committee
    on Environmental Education (1986-1987)
Ministry of the Environment: Member, Council on Environmental Chemicals (1983-1989);
    Member, Environmental Appeal Board (1986-2010); Member, Environmental Research
    Council (1990-1992); Member, Advisory Committee on Pesticide Research (1995-2004);
    Member, Advisory Committee on Arctic Research (1996-2004)
Ministry of Health: numerous committee appointments; Chair, Committee on Risk Perception
    (2000-2001)
Ministry of Labour: Consultant on Occupational Health, Council on Occupational Safety and
    Health (1983-1993); Member, Occupational Health Council Research Committee (on behalf
    of the Danish Medical Research Council) (1984-1990 and 1999-2003)
Ministry of Research: Chair, Committee on Research at the Faroe Islands (1995-1996); Member,
    Committee on Scientific Dishonesty (2004-2006); Chair, Committee on Non-Ionizing
    Radiation (2004-2009)
Odense University (from 2000 University of Southern Denmark), elected offices: Chairman,
    Institute of Community Health (1982-1985; 1996-1999); Member of Executive Committee,
    Institute of Community Health (from 2000 Institute of Public Health) (1986-1995; 2000-
    2005); Member, Faculty Research Committee (1983-1985); Member, Curriculum
    Committee (1984-1986); Member, Faculty Council (1985-1993); Vice-Dean (1991-1993);
    Member, Scientific Integrity Committee (2003-)

*United States and international:*
Academy of Finland: member of panel evaluating the National Institute of Public Health (1995),
    site visit of center of excellence (2001)
Agency for Toxic Substances and Disease Registry: Workshop Rapporteur, Neurobehavioral
    Test Batteries for Use in Environmental Health Field Studies (1992); Member, Expert Panel
    of Mercury (1998)
Association of Schools of Public Health in the European Region: Treasurer (1975-1977)
BioMedCentral: Member, Editors Advisory Group (2011-2013)
Boston Environmental Hazards Center: Consultant (1994-1999)
Collegium Ramazzini: President, International Conference, The precautionary principle:
    Implications for research and prevention in environmental and occupational health (2002);
    Member, Executive Council (2005-2013)
Commission of the European Communities: National Expert, Working Party on Environmental

and Lifestyle-Related Diseases (1988-1990); ad hoc Consultant for evaluation of research applications; ad hoc Scientific Advisor on Risk Assessment (2009-); Member, SCHER Working group on Dental Amalgam (Human Health) (2012-2013)

European Environment Agency: Member, Scientific Committee (2012-2020)

European Food Safety Authority: Member, Panel on Contaminants in the Food Chain responsible for 85 opinions (2003-2009); Member of Working Groups on mercury, polychlorinated biphenyls, cadmium, lead, and benchmark dose

Food Advisory Committee, U.S.FDA, Methylmercury: invited expert (2002)

INMA (Infancia y Medio Ambiente), Spain: Member, Project Steering Committee (2010-)

Institut de Recherche Santé, Environnement et Travail, France: Member, Board of Advisers (2015-)

International Agency for Research on Cancer: Member of Task Group, Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 47 (1988), Vol. 49 (1989), as chairman, Vol. 58 (1993), and as Subgroup chair, Vol. 100C (2009)

International Commission on Occupational Health: Danish Delegation Secretary (1982-90); Member, Scientific Committee on the Toxicology of Metals (1987-); Member of the Board (1990-1996)

International Programme on Chemical Safety: Member of Task Group, Environmental Health Criteria, Vol. 36 (1984) and 72 (1986)

International Society for Environmental Epidemiology: Councillor (1991-1994)

International Union of Pure and Applied Chemistry: Member, Subcommittee on the Toxicology of Nickel (1979-1989); Titular Member (1985-1991) and Chairman (1987-1991), Commission on Toxicology; Chairman, Subcommittee on Risk Assessment (1985-1989)

Karolinska Institute (Stockholm, Sweden): Member of international evaluation panel on environmental medicine (1993)

Ministry for Scientific Policy (Belgium): Consultant on national research program on health hazards (1990 and 1994)

National Institutes of Health (USA): Member of Special emphasis panels (2009-)

NATO Priority Area Panel on Environmental Security: Member (1996-1997)

Norwegian Research Council: ad hoc reviewer (2001-2008); Chairman of Environment and Health Review Group (2009-2010); member of steering committee (2011-2015)

Prenatal programming and Toxicity (PPTOX) conferences: Organizer/Chair/ Co-chair, Torshavn (2007), Miami (2009), Paris (2012), Boston (2014), Kita-Kyushu (2016)

Society of Occupational and Environmental Health: Member, Governing Council (1990-1993)

Swedish Council for Work Life Research: Member, Priority Committee on Chemical Health Risks (1997-1998)

U.N. Environment Programme: Member, Global Mercury Assessment Working Group (2002)

U.S. Environmental Protection Agency: Member, SAB/SAP Endocrine Disruptor Screening Program Subcommittee (1998-1999); Member, Food Quality Protection Act (FQPA) Science Review Board (SRB)(1999-2003)

White House Office of Science and Technology Policy: Team leader and presenter, Workshop on Scientific Issues Relevant to Assessment of Health Effects from Exposure to Methylmercury (1998)

World Health Organization: Temporary Adviser or Consultant on several occasions, five times elected Rapporteur; Member, European Advisory Committee on Health Research (2011-)

# EXHIBIT C

## LIST OF GRANDJEAN PUBLICATIONS FROM RECENT 10 YEARS

Publications in international peer-reviewed journals

190. Coccini T, Manzo L, Debes F, Weihe P, Grandjean P. Application of lymphocyte muscarinic receptors and platelet monoamine oxidase-B as biomarkers of CNS function in a Faroese children cohort prenatally exposed to methylmercury and PCBs. Biomarkers 2009; 14: 67-76. PMCID: PMC4415987

191. Budtz-Jørgensen E, Debes F, Weihe P, Grandjean P. Structural equation models for meta-analysis in environmental risk assessment. Environmetrics 2010; 21: 510-27. PMCID: PMC2947033

192. Choi AL, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Salonen JT, Tuomainen T-P, Murata K, Nielsen HP, Petersen MS, Askham J, Grandjean P. Methylmercury exposure and adverse cardiovascular effects in Faroese whalingmen. Environ Health Perspect 2009; 117: 369-72. PMCID: PMC2661905

193. Bjørling-Poulsen M, Andersen HR, Grandjean P. Potential developmental neurotoxicity of pesticides used in Europe. Environ Health 2008; 7: 50. PMCID: PMC2577708

194. Chevrier C, Sullivan K, White RF, Comtois C, Cordier S, Grandjean P. Qualitative assessment of visuospatial errors in mercury-exposed Amazonian children. Neurotoxicology 2009; 30: 37–46. PMID: 18992767

195. Julvez J, Grandjean P. Neurodevelopmental toxicity risks due to occupational exposure to industrial chemicals during pregnancy. Industr Health 2009; 47: 459-68. PMID: 19834254

196. Grandjean P, Budtz-Jørgensen E. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 2010; 82: 383-91. PMCID: PMC2856963

197. Kirkegaard M, Sonne C, Dietz R, Letcher RJ, Jensen AL, Hansen SS, Jensen BM, Grandjean P. Alterations in thyroid hormone status in Greenland sledge dogs exposed to whale blubber contaminated with organohalogen compounds. Environ Qual Saf 2011; 74: 157-63. PMID: 20888641

198. Schlezinger JJ, Bernard PL, Haas A, Grandjean P, Weihe P, Sherr DH. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. Environ Health Perspect 2010; 118: 693-8. PMCID: PMC2866687

199. White RF, Palumbo CL, Yugelun-Todd DA, Heaton KJ, Weihe P, Debes F, Grandjean P. Functional MRI approach to developmental methylmercury and polychlorinated biphenyl neurotoxicity. Neurotoxicology 2011; 32: 975-80. PMCID: PMC4410805

200. Lincoln RA, Vorhees DJ, Chesney EJ, Shine JP, Grandjean P, Senn DB. Fish consumption and mercury exposure among Louisiana recreational anglers. Environ Health Perspect 2011; 119: 245-51. PMCID: PMC3040613

201. Yorifuji T, Tsuda T, Grandjean P. Unusual cancer excess after neonatal arsenic exposure from contaminated milk powder. J Natl Cancer Inst 2010; 102: 360-1. PMCID: PMC3611821

202. Harari R, Julvez J, Murata K, Barr D, Bellinger DC, Debes F, Grandjean P. Neurobehavioral deficits and increased blood pressure in school-age children prenatally exposed to pesticides. Environ Health Perspect 2010; 118: 890-6. PMCID: PMC2898869

203. Grandjean P, Satoh H, Murata K, Eto K. Adverse effects of methylmercury: Environmental health research implications. Environ Health Perspect 2010; 118: 1137-45. PMCID:

PMC2920086
204. Mahaffey KR, Sunderland EM, Chan HM, Choi AL, Grandjean P, Mariën K, Oken E, Sakamoto M, Schoeny R, Weihe P, Yan C-H, Yasutake A. Balancing the benefits of n-3 polyunsaturated fatty acids and the risks of methylmercury exposure from fish consumption. Nutrit Rev 2011; 69: 493-508. PMCID: PMC3219437
205. Julvez J, Debes F, Weihe P, Choi A, Grandjean P. Sensitivity of continuous performance test (CPT) to mercury exposure at age 14 years. Neurotoxicol Teratol 2010; 32: 627–32. PMCID: PMC2980868
206. Dalgård C, Petersen MS, Schmedes AV, Brandslund I, Weihe P, Grandjean P. High latitude and marine diet: Vitamin D status in elderly Faroese. Br J Nutr 2010; 104: 914-8. PMCID: PMC4413010
207. Heilmann C, Budtz-Jørgensen E, Nielsen F, Heinzow B, Weihe P, Grandjean P. Serum concentrations of antibodies against vaccine toxoids in children exposed perinatally to immunotoxicants. Environ Health Perspect 2010; 118: 1434-8. PMCID: PMC2957925
208. Grandjean P, Poulsen LK, Heilmann C, Steuerwald U, Weihe P. Allergy and sensitization during childhood associated with prenatal and lactational exposure to marine pollutants. Environ Health Perspect 2010; 118: 1429-33. PMCID: PMC2957924
209. Grandjean P, Henriksen JE, Choi AL, Petersen MS, Dalgård C, Nielsen F, Weihe P. Marine food pollutants as a risk factor for hypoinsulinemia and type 2 diabetes. Epidemiology 2011; 22: 410-7. PMCID: PMC3107006
210. Yorifuji T, Debes F, Weihe P, Grandjean P. Prenatal exposure to lead and cognitive deficit in 7- and 14-year-old children in the presence of concomitant exposure to similar molar concentration of methylmercury. Neurotoxicol Teratol 2011; 33: 205-11. PMCID: PMC3026894
211. Grandjean P. Even low-dose lead exposure is hazardous. The Lancet 2010; 375: 855-6. PMID: 20833288
212. Spulber S, Rantamäki T, Nikkilä O, Castrén E, Weihe P, Grandjean P, Ceccatelli S. Effects of maternal smoking and exposure to methylmercury on Brain-Derived Neurotrophic Factor (BDNF) concentrations in cord serum. Toxicol Sci 2010; 117: 263–9. PMCID: PMC2940410
213. Mozaffarian D, Shi P, Morris JS, Spiegelman D, Grandjean P, Siscovick, Willett WC, Rimm EB. Mercury exposure and risk of cardiovascular disease in two U.S. cohorts. N Engl J Med 2011; 364: 1116-25. PMCID: PMC3082949
214. Ozonoff DM, Grandjean P. Milestones and impact factors (editorial). Environ Health 2010; 9: 35. PMCID: PMC2909227
215. Needham LL, Grandjean P, Heinzow B, Jørgensen PJ, Nielsen F, Patterson DG Jr, Sjödin A, Turner WE, Weihe P. Partition of environmental chemicals between maternal and fetal blood and tissues. Environ Sci Technol 2011; 45: 1121-6. PMCID: PMC3031182
216. Yorifuji T, Grandjean P, Tsuda T, Kashima S, Doi H. Cancer excess after arsenic exposure from contaminated milk powder. Environ Health Prev Med 2011; 16: 164-70. PMCID: PMC3078290
217. Grandjean P, Herz K. Methylmercury and brain development: Imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 2011; 78: 107-18. PMCID: PMC3096460
218. Pichery C, Bellanger M, Zmirou-Navier D, Glorennec P, Hartemann P, Grandjean P. Childhood lead exposure in France: benefit estimation and partial cost-benefit analysis of lead hazard control. Environ Health 2011; 10: 44. PMCID: PMC3123267
219. Wohlfahrt-Veje C, Main KM, Schmidt IM, Boas M, Jensen TK, Grandjean P, Skakkebæk

NE, Andersen HR. Lower birth weight and increased body fat at school age in children prenatally exposed to modern pesticides: A prospective study. Environ Health 2011; 10: 79. PMCID: PMC3196902

220. Wohlfahrt-Veje C, Andersen HR, Schmidt IM, Aksglaede L, Sørensen K, Juul A, Jensen TK, Grandjean P, Skakkebæk NE, Main KM. Early Breast Development in Girls after Prenatal Exposure to Non-Persistent Pesticides. Int J Androl 2012; 35: 273-82.

221. Dalgård C, Petersen MS, Weihe P, Grandjean P. Vitamin D status in relation to type 2 diabetes development. Diabetes Care 2011; 34: 1284-8. PMCID: PMC3114341

222. Julvez J, Debes F, Weihe P, Choi AL, Grandjean P. Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. Environ Health Perspect 2011; 119:1429-35. PMCID: PMC3230434

223. Audouze K, Grandjean P. Application of computational systems biology to explore environmental toxicity hazards. Environ Health Perspect 2011; 119: 1754-9. PMCID: PMC3261980

224. Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. Decreased serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 2012; 307: 391-7. PMCID: PMC4402650

225. Grandjean P, Eriksen ML, Ellegaard O, Wallin JA. The Matthew effect in environmental science publication: A bibliometric analysis of chemical substances in journal articles. Environ Health 2011; 10: 96. PMCID: PMC3229577

226. Vestergaard S, Nielsen F, Andersson AM, Hjøllund NH, Grandjean P, Andersen HR, Jensen TK. Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive. Human Reproduct 2012; 27: 873-80. PMID: 22246448

227. Wohlfahrt-Veje C, Andersen HR, Jensen TK, Grandjean P, Skakkebaek NE, Main KM. Smaller genitals at school age in boys whose mothers were exposed to non-persistent pesticides in early pregnancy. Int J Androl 2012; 35: 265-72.

228. Grandjean P, Weihe P, Nielsen F, Heinzow B, Debes F, Budtz-Jørgensen E. Neurobehavioral deficits at age 7 years associated with prenatal exposure to toxicants from maternal seafood diet. Neurotoxicol Teratol 2012; 34: 466-72. PMCID: PMC3407364

229. Grandjean P, Grønlund C, Kjær IM, Jensen TK, Sørensen N, Andersson AM, Juul A, Skakkebæk NE, Budtz-Jørgensen E, Weihe P. Reproductive hormone profile and pubertal development in 14-year-old boys prenatally exposed to polychlorinated biphenyls. Reprod Toxicol 2012; 34: 498-503. PMCID: PMC3513575

230. Karagas MR, Choi AL, Oken E, Horvat M, Schoeny R, Kamai E, Grandjean P, Korrick S. Evidence on the human health effects of low level methylmercury exposure. Environ Health Perspect 2012; 120: 799-806. PMCID: PMC3385440

231. Grandjean P, Ozonoff D. Portrait of the journal as a young adult. Environ Health. 2012; 11: 30. PMCID: PMC3403879

232. Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 2013; 33: 450-61. PMID: 22924487

233. Færch K, Højlund K, Vind BF, Vaag A, Dalgård C, Nielsen F, Grandjean P. Increased serum concentrations of persistent organic pollutants among prediabetic individuals: potential role of altered substrate oxidation patterns. J Clin Endocrinol Metab 2012; 97: E1705-13. PMCID: PMC3431564

234. Yorifuji T, Murata K, Bjerve K, Choi AL, Weihe P, Grandjean P. Visual evoked potentials in children prenatally exposed to methylmercury. Neurotoxicology 2013; 37: 15-8. PMCID: PMC3696435

235. Pichery C, Bellanger M, Zmirou-Navier D, Fréry N, Cordier S, Roue-LeGall A, Hartemann P, Grandjean P. Economic evaluation of health consequences of prenatal methylmercury exposure in France. Environ Health 2012; 11: 53. PMCID: PMC3533723

236. Andersen HR, Wohlfahrt-Veje C, Dalgård C, Christiansen L, Main KM, Christine Nellemann C, Murata K, Jensen TK, Skakkebæk NE, Grandjean P. Paraoxonase 1 polymorphism and prenatal pesticide exposure associated with adverse cardiovascular risk profiles at school age. PLoS ONE 2012; 7(5): e36830. PMCID: PMC3352943

237. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 2012; 120: 1362-8. PMCID: PMC3491930

238. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick D, Spiegelman D, Willett W, Rimm E, Curhan G, Forman J. Mercury exposure and risk of hypertension in US men and women in two prospective cohorts. Hypertension 2012; 60: 645-52. PMCID: PMC3466587

239. Wu H, Bertrand KA, Choi AL, Hu FB, Laden F, Grandjean P, Sun Q. Plasma levels of persistent organic pollutants and risk of type 2 diabetes: a prospective analysis in the Nurses' Health Study and meta-analysis. Environ Health Perspect 2013; 121: 153-61. PMCID: PMC3569682

240. Barouki B, Gluckman PD, Grandjean P, Hanson M, Heindel JJ. Developmental origins of non-communicable diseases and dysfunctions: Implications for research and public health. Environmental Health 2012: 11: 42. PMCID: PMC3384466

241. Julvez J, Davey-Smith G, Golding J, Ring S, St. Pourcain B, Gonzalez JR, Grandjean P. Prenatal methylmercury exposure and genetic predisposition to cognitive deficit at age 8 years. Epidemiology 2013; 24: 643-50. PMID: 23903878

242. Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadán-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases (Comment). Lancet 2013; 381: 3-4. PMCID: PMC3849695

243. Dietz R, Sonne C, Basu N, Braune B, O'Hara T, Letcher RJ, Scheuhammer T, Andersen M, Andreasen C, Andriashek D, Asmund G, Aubail A, Baagøe H, Born EW, Chan HM, Derocher AE, Grandjean P, Knott K, Kirkegaard M, Krey A, Lunn N, Messier F, Obbard M, Olsen MT, Ostertag S, Peacock E, Renzoni A, Rigét FF, Skaare JU, Stern G, Stirling I, Taylor M, Wiig O, Wilson S, Aars J. What are the toxicological effects of mercury in Arctic biota? Sci Total Environ 2013; 443: 775-790. PMID: 23231888

244. Bellanger M, Pichery C, Aerts D, Berglund M, Castaño A, Čejchanová M, Crettaz P, Davidson F, Esteban M, Fischer ME, Gurzau AE, Halzlova K, Katsonouri A, Knudsen LE, Kolossa-Gehring M, Koppen G, Ligocka D, Miklavčič A, Reis MF, Rudnai P, Tratnik JS, Weihe P, Budtz-Jørgensen E, Grandjean P. Economic benefits of methylmercury exposure control in Europe: Monetary value of neurotoxicity prevention. Environ Health 2013; 12: 3. PMCID: PMC3599906

245. Halling J, Petersen MS, Jørgensen N, Jensen TK, Grandjean P, Weihe P. Semen quality and reproductive hormones in Faroese men – a cross-sectional population-based study of 481 men. BMJ Open 2013; 3: e001946. PMCID: PMC3612804

246. Grandjean P, Budtz-Jørgensen E. Immunotoxicity of perfluorinated alkylates: Calculation

of benchmark doses based on serum concentrations in children. Environ Health 2013; 12: 35. PMCID: PMC3643874

247. Choi AL, Mogensen UB, Bjerve K, Weihe P, Grandjean P, Budtz-Jørgensen E. Negative confounding by essential fatty acids in methylmercury neurotoxicity associations. Neurotoxicol Teratol 2014; 42: 85-92. PMCID: PMC4051703

248. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick DS, Spiegelman D, Hu FB. Methylmercury exposure and incident diabetes mellitus in US men and women in two prospective cohorts. Diabetes Care 2013; 36: 3578-84. PMCID: PMC3816920

249. Audouze K, Brunak S, Grandjean P. Computational approach to chemical etiologies of diabetes. Sci Comm 2013; 3: 2712. PMCID: PMC3965361

250. Fonseca MF, Hacon SS, Grandjean P, Choi AL, Bastos WR. Iron status as a covariate in methylmercury-associated neurotoxicity risk. Chemosphere 2014; 100: 89-96. PMID: 24411835

251. Grandjean P, Clapp R. Changing interpretation of human health risks from perfluorinated compounds. Publ Health Rep 2014:129; 482-5. PMCID: PMC4187289

252. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. Lancet Neurol 2014; 13: 330-8. PMCID: PMC4418502

253. Kim BM, Choi A, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Effect of hemoglobin and selenium on partition of mercury between maternal and cord blood. Environ Res 2014; 132: 407-12. PMCID: PMC4103659

254. Grandjean P, Ozonoff D. Transparency and translation of science in a modern world. Environ Health 2013; 12: 70. PMCID: PMC3765922

255. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK. Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. Am J Clin Nutrit 2014; 99: 5-13. PMCID: PMC3862459

256. Timmermann CAG, Rossing LI, Grøntved A, Ried-Larsen M, Dalgård C, Andersen LB, Grandjean P, Nielsen F, Svendsen KD, Scheike T, Jensen TK. Adiposity and glycemic control in children exposed to perfluorinated compounds. J Clin Endocrinol Metab 2014; 99: E608-14. PMID: 24606078

257. Julvez J, Grandjean P. Genetic susceptibility to methylmercury developmental neurotoxicity matters. Front Genet 2013; 4: 278. PMCID: 3861742.

258. Vesterholm Jensen D, Christensen JH, Virtanen HE, Skakkebæk NE, Main KM, Toppari J, Veje CV, Andersson AM, Nielsen F, Grandjean P, Jensen TK. No association between exposure to perfluorinated compounds and congenital cryptorchidism: a nested case-control study among 215 boys from Denmark and Finland. Reproduction 2014; 147: 411-7. PMID: 24218628

259. Li M, Sherman LS, Blum JD, Grandjean P, Mikkelsen B, Weihe P, Sunderland EM, Shine JP. Assessing sources of human methylmercury exposure using stable mercury isotopes. Environ Sci Technol 2014; 48: 8800-6. PMCID: PMC4123924

260. Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants. J Trace Elem Med Biol 2015; 31: 130-4. PMCID: PMC4321972

261. Grandjean P, Weihe P, Debes F, Choi AL, Budtz-Jørgensen E. Neurotoxicity from prenatal and postnatal exposure to methylmercury. Neurotoxicol Teratol 2014; 43: 39-44. PMCID: PMC4066386

262. Grandjean P, Clapp R. Perfluorinated alkyl substances: emergence of insights into health risks. New Solutions 2015; 25: 147-63.

263. Osuna CE, Grandjean P, Weihe P, El-Fawal HAN. Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children. Toxicol Sci 2014; 142: 158-66. PMCID: <u>PMC4334810</u>

264. Mogensen UB, Grandjean P, Heilmann C, Nielsen F, Weihe P, Budtz-Jørgensen E. Structural equation modeling of immunotoxicity associated with exposure to perfluorinated compounds. Environ Health 2015; 14: 47. PMCID: <u>PMC4488050</u>

265. Andersen HR, Debes F, Wohlfahrt-Veje C, Murata K, Grandjean P. Occupational pesticide exposure in early pregnancy and neurobehavioral function in children at school age. Neurotoxicol Teratol 2015; 47: 1-9.  PMID: 25450661

266. Kvist L, Giwercman A, Weihe P, Jensen TK, Grandjean P, Halling J, Petersen MS, Giwercman YL. Exposure to persistent organic pollutants and sperm sex chromosome ratio in men from the Faroe Islands. Environ Int 2014; 73: 359-64. PMCID: <u>PMC4413009</u>

267. Jensen TK, Timmermann AG, Rossing LI, Ried-Larsen M, Grøntved A, Andersen LB, Dalgaard C, Hansen OH, Scheike T, Nielsen F, Grandjean P. Polychlorinated biphenyl exposure and glucose metabolism in Danish children at age 9 years. J Clin Endocrinol Metab 2014; 99: E2643-51.

268. Choi AL, Zhang Y, Sun G, Bellinger D, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Association of cognitive deficits with prenatal exposure to fluoride in Chinese children: a pilot study. Neurotoxicol Teratol 2015; 47: 96-101. PMID: 25446012

269. Mørck TA, Nielsen F, Nielsen JKS, Siersma V, Grandjean P, Knudsen LE. PFAS concentrations in plasma samples from Danish school children and their mothers. Chemosphere 2015; 129: 203-9. PMID: 25147004

270. Kioumourtzoglou MA, Roberts AL, Nielsen F, Shelley Tworoger SS, Grandjean P, Weisskopf MG. Within-person reproducibility of red blood cell mercury over a 10- to 15-year period among women in the Nurses' Health Study II. J Exp Sci Environ Epidemiol 2016; 26: 219-23. PMCID: <u>PMC4465060</u>

271. Wu H, Grandjean P, Hu FB, Sun Q. Consumption of white rice and brown rice and urinary inorganic arsenic concentration. Epidemiology 2015: 26: e65-7. PMCID: <u>PMC5081491</u>

272. Jensen TK, Andersen LB, Kyhl HB, Nielsen F, Christensen HT, Grandjean P. Association between perfluorinated compounds and miscarriage in a case-control study of Danish pregnant women. PLoS One 2015; 10: e0123496. PMCID: <u>PMC4388566</u>

273. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J, Skakkebaek N, Heindel JJ. Estimating burden and disease costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1245-55. PMCID: <u>PMC4399291</u>

274. Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. Neurobehavioral deficits, diseases and associated costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1256-66. PMCID: <u>PMC4399309</u>

275. Tang-Péronard JL, Heitmann BL, Jensen TK, Vinggaard AM, Madsbad S, Steuerwald U, Grandjean P, Weihe P, Nielsen F, Andersen HR. Prenatal exposure to persistent organic pollutants is associated with increased insulin levels in 5-year-old girls. Environ Res 2015; 142: 407-13. PMCID: <u>PMC4609268</u>

276. Timmermann CAG, Osuna CE, Steuerwald U, Weihe P, Poulsen LK, Grandjean P. Asthma and allergy in children with and without prior measles mumps, and rubella vaccination. Pediatr Allergy Immunol 2015; 26: 742-9. PMID: 25845848

277. Tøttenborg SS, Choi AL, Bjerve KS, Weihe P, Grandjean P. Effect of seafood mediated

PCB on desaturase activity and PUFA profile in Faroese septuagenarians. Environ Res 2015; 140: 699-703. PMCID: PMC4528611

278. Petersen MS, Halling J, Weihe P, Jensen TK, Grandjean P, Nielsen F, Jørgensen N. Spermatogenic capacity in fertile men with elevated exposure to polychlorinated biphenyls. Environ Res 2015; 138: 345-51. PMCID: PMC4394374

279. Grandjean P. Toxicology research for precautionary decision-making and the role of Human & Experimental Toxicology. Hum Exp Toxicol 2015; 34: 1231-7. PMID: 26614810

280. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environ Health Perspect 2015; 123: 507-14. PMCID: PMC4455595

281. Zong G, Grandjean P, Wu H, Sun Q. Circulating persistent organic pollutants and body fat distribution, evidence from NHANES 1999-2004. Obesity 2015; 23: 1903-10. PMCID: PMC4551580

282. Debes F, Weihe P, Grandjean P. Cognitive deficits at age 22 years associated with prenatal exposure to methylmercury. Cortex 2016; 74: 358-69. PMCID: PMC4670285

283. Mogensen UB, Grandjean P, Nielsen F, Weihe P, Budtz-Jørgensen E. Breastfeeding as an exposure pathway for perfluorinated alkylates. Environ Sci Technol 2015; 49: 10466-73. PMID: 26291735

284. Kielsen K, Shamin Z, Ryder LP, Nielsen F, Grandjean P, Budtz-Jørgensen E, Heilmann C. Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates. J Immunotoxicol 2016; 13: 270-3. PMCID: PMC4739630

285. Grandjean P, Barouki R, Bellinger D, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C, Karagas M, Kawamoto T, Lawrence BP, Perera F, Prins G, Puga A, Rosenfeld CS, Sherr D, Sly P, Suk W, Sun Q, Toppari J, van den Hazel P, Walker CL, Heindel JJ. Life-long implications of developmental exposure to environmental stressors: New perspectives. Endocrinology 2015; 156: 3408-15. PMCID: PMC4588822

286. Heindel JJ, Balbus J, Birnbaum L, Brune-Drisse ML, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory-Slechta D, Thompson C, Hanson M. Developmental origins of health and disease: integrating environmental influences. Endocrinology 2015; 156: 3416-21. PMCID: PMC4588819

287. Egsmose EL, Bräuner EV, Frederiksen M, Mørck TA, Siersma VD, Hansen PW, Nielsen F,

Grandjean P, Knudsen LE. Associations between plasma concentrations of PCB 28 and possible indoor exposure sources in Danish school children and mothers. Environ Intern 2016; 87: 13-9. PMID: 26638015

288. Perry MJ, Young HA, Grandjean P, Halling J, Petersen MS, Sheena EM, Parisa K, Weihe P. Sperm aneuploidy in men with elevated lifetime exposure to dichlorodiphenyldichloroethylene (DDE) and polychlorinated biphenyl (PCB) pollutants. Environ Health Perspect 2016; 124: 951-6. PMCID: PMC4937854

289. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H, Pearce N, Ritz B, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology 2016; 46: 79-82. PMID: 26684467

290. Yorifuji T, Kato T, Ohta H, Bellinger DC, Matsuoka K, Grandjean P. Neurological and neuropsychological functions in adults with a history of developmental arsenic poisoning from contaminated milk powder. Neurotoxicol Teratol 2016; 53: 75-80. PMID: 26689609

291. Sunderland EM, Driscoll CT Jr, Hammitt JK, Grandjean P, Evans JS, Blum JD, Chen CY, Evers DC, Jaffe DA, Mason RP, Goho S, Jacobs W. Benefits of regulating hazardous air pollutants from coal and oil-fired utilities in the United States. Environ Sci Technol 2016; 50:2117-20. PMID: 26848613

292. Grandjean P. Learning from Bernardino Ramazzini, a tribute to the Magister from Carpi and to the Fellows of the Collegium Ramazzini. Eur J Oncol 2016: 21: 51-60.

293. Vandenberg LN, Ågerstrand M, Beronius A, Beausoleil C, Bergman Å, Bero LA, Bornehag CG, Boyer CS, Cooper GS, Cotgreave I, Gee D, Grandjean P, Guyton KZ, Hass U, Heindel JJ, Jobling S, Kidd KA, Kortenkamp A, Macleod MR, Martin OV, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff TJ, Rudén C. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environ Health 2016; 15: 74. PMCID: PMC4944316

294. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Hunt PM, Rudel R, Sathyanarayana S, Bellanger M, Hauser R, Legler J, Skakkebaek NE, Heindel JJ. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 2016; 4: 565-72. PMCID: PMC5244983

295. Dalgård C, Petersen MS, Steuerwald U, Weihe P, Grandjean P. Umbilical cord serum 25-hydroxyvitamin D concentrations and relation to birthweight, head circumference and infant length at age 14 days. Paediatr Perinat Epidemiol 2016; 30: 238-45. PMID: 27038010

296. Grandjean P. Paracelsus Revisited: The dose concept in a complex world. Basic Clin Pharmacol Toxicol 2016; 119: 126-32. PMCID: PMC4942381

297. Tinggaard J, Wohlfahrt-Veje C, Husby S, Christiansen L, Skakkebaek NE, Jensen TK, Grandjean P, Main KM, Andersen HR. Prenatal pesticide exposure and PON1 genotype associated with adolescent body fat distribution evaluated by dual X-ray absorptiometry (DXA). Andrology 2016; 4: 735-44. PMID: 27230552

298. Zong G, Grandjean P, Wang X, Sun Q. Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes. Environ Res 2016; 150: 282-8. PMCID: PMC5003647

299. Birnbaum LS, Grandjean P. Alternatives to PFASs: Perspectives on the science (editorial). Environ Health Perspect 2015; 123: A104-5. PMCID: PMC4421778

300. Hu XC, Andrews D, Lindstrom AB, Bruton TA, Schaider LA, Grandjean P, Lohmann R, Carignan CC, Blum A, Balan SA, Higgins CP, Sunderland EM. Detection of poly- and

perfluoroalkyl substances (PFASs) in U.S. drinking water linked to industrial sites, military fire training areas and wastewater treatment plants. Environ Sci Technol Lett 2016 3: 344-350. PMCID: PMC5062567

301. Timmermann CAG, Budtz-Jørgensen E, Petersen MS, Weihe P, Steuerwald U, Nielsen F, Jensen TK, Grandjean P. Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances. Reproduct Toxicol 2017; 68: 164–170. PMCID: PMC5233673

302. Lind DV, Priskorn L, Lassen TH, Nielsen F, Kyhl HB, Kristensen DM, Christesen HT, Jørgensen JS, Grandjean P, Jensen TK. Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3 months of age as marker of endocrine disruption. Reproduct Toxicol 2017; 68: 200-206. PMID: 27421581

303. Oulhote Y, Shamim Z, Kielsen K, Weihe P, Grandjean P, Ryder LP, Heilmann C. Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants. Reproduct Toxicol 2017; 68: 207-214. PMCID: PMC5292093

304. Karlsen M, Grandjean P, Weihe P, Steuerwald U, Oulhote Y, Valvi D. Early-life exposures to persistent organic pollutants in relation to overweight in preschool children. Reproduct Toxicol 2017; 68: 145-153. PMCID: PMC5290287

305. Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Høst A, Grandjean P, Jensen TK. Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort. Environ Int 2016; 96: 58-64. PMID: 27608427

306. Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. Behavioral difficulties in 7-year old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Int 2016; 97: 237-45. PMCID: PMC5154805

307. Weihe P, Debes F, Halling J, Petersen MS, Muckle G, Odland JØ, Dudarev A, Ayotte P, Dewailly É, Grandjean P, Bonefeld-Jørgensen E. Health effects associated with measured levels of contaminants in the Arctic. Int J Circumpolar Health 2016; 75: 33805. PMCID: PMC5156856

308. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Budtz-Jørgensen E. Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds. Environ Health Perspect 2017; 125: 077018. PMCID: PMC5744724

309. Oulhote Y, Debes F, Vestergaard S, Weihe P, Grandjean P. Aerobic fitness and neurocognitive function scores in young Faroese adults and potential modification by prenatal methylmercury exposure. Environ Health Perspect 2017; 125: 677-683. PMCID: PMC5381980

310. Kirk LE, Jørgensen JS, Nielsen F, Grandjean P. Role of hair-mercury analysis and dietary advice in lowering methylmercury exposure in pregnant women. Scand J Publ Health 2017; 45: 444-51. PMID: 28381203

311. Timmermann CAG, Budtz-Jørgensen E, Jensen TK, Osuna CE, Petersen MS, Steuerwald U, Nielsen F, Poulsen LK, Weihe P, Grandjean P. Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination. J Immunotoxicol 2017; 14: 39-49. PMID: 28091126

312. Yorifuji T, Matsuoka K, Grandjean P. Height and blood chemistry in adults with a history of developmental arsenic poisoning from contaminated milk powder. Environ Res 2017; 155: 86-91. PMID: 28199894

313. Valvi D, Oulhote Y, Weihe P, Dalgård C, Bjerve KS, Steuerwald U, Grandjean P. Gestational diabetes and offspring birth size at elevated environmental pollutant exposures. Environ Int 2017; 107: 205-215. PMCID: PMC5584560.

314. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Timmermann A, Budtz-

Jørgensen E. Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5 years. J Immunotoxicol 2017; 14: 188-195. PMCID: PMC6190594

315. Mie A, Andersen HR, Gunnarsson S, Kahl J, Kesse-Guyot E, Rembiałkowska E, Quaglio G, Grandjean P. Human health implications of organic food and organic agriculture: a comprehensive review. Environ Health 2017; 16: 111. PMCID: PMC5658984

316. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F, Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2017; 65: 34-41. PMID: 29198963

317. Grandjean P, Bellanger M. Calculation of the disease burden associated with environmental chemical exposures: application of toxicological information in health economic estimation. Environ Health 2017; 16: 123. PMCID: PMC5715994

318. Timmermann CAG, Choi AL, Petersen MS, Nielsen F, Budtz-Jørgensen E, Weihe P, Grandjean P. Secondary Sex Ratio in Relation to Exposures to Polychlorinated Biphenyls, Dichlorodiphenyl Dichloroethylene, and Methylmercury. Int J Circumpolar Health 2017; 76: 1406234. PMCID: PMC5717715

319. Sun Q, Zong G, Valvi D, Nielsen F, Coull B, Grandjean P. Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among US Women. Environ Health Perspect 2018; 126(3): 037001. PMCID: PMC6071816

320. Liu G, Dhana K, Furtado JD, Rood J, Zong G, Liang L, Qi L, Bray GA, Smith SR, DeJonge L, Coull B, Grandjean P, Sun Q. Perfluoroalkyl Substances and Changes in Body Weight and Resting Metabolic Rate in Response to Weight-Loss Diets: A Prospective Study. PLoS Medicine 2018; 15(2): e1002502. PMCID: PMC5810983

321. Zong G, Valvi D, Coull B, Göen T, Hu FB, Grandjean P, Sun Q. Persistent organic pollutants and risk of type 2 diabetes: A prospective investigation among middle-aged women in Nurses' Health Study II. Environ Int 2018; 114: 334-42. PMCID: PMC5899920

322. Barouki R, Melén E, Herceg Z, Beckers J, Chen J, Karagas M, Puga A, Xia Y, Chadwick L, Yan W, Audouze K, Slama R, Heindel J, Grandjean P, Kawamoto T, Nohara K. Epigenetics as a mechanism linking developmental exposures to long-term toxicity. Environ Int 2018; 114: 77-86. PMCID: PMC5899930

323. Leung YK, Ouyang B, Niu L, Xie C, Ying J, Medvedovic M, Chen A, Weihe P, Grandjean P, Shuk-Mei Ho SM. Identification of sex-specific-methylation changes driven by specific chemicals in cord blood DNA in Faroe Islands birth cohort. Epigenetics 2018. PMCID: PMC5997167

324. Dassuncao C, Hu XC, Nielsen F, Weihe P, Grandjean P, Sunderland EM. Shifting Global Exposures to Poly- and Perfluoroalkyl Substances (PFASs) Evident in Longitudinal Birth Cohorts from a Seafood Consuming Population. Environ Sci Technol 2018; 52(6): 3738-47. PMID: 29516726

325. Audouze K, Taboureau O, Grandjean P. A systems biology approach to predictive developmental neurotoxicity of a larvicide used in the prevention of Zika virus transmission. Toxicol Appl Pharmacol 2018; 354: 56-63. PMCID: PMC6087490

326. Jensen RC, Glintborg D, Timmermann CAG, Nielsen F, Kyhl HB, Andersen HR, Grandjean P, Jensen TK, Andersen M. Perfluoroalkyl Substances and Glycemic Status in Pregnant Danish Women: The Odense Child Cohort. Environ Int 2018; 116: 101-7. PMID: 29660612

327. Hu XC, Dassuncao C, Zhang X, Grandjean P, Weihe P, Webster GM, Nielsen F, Sunderland EM. Can profiles of poly-and Perfluoroalkyl substances (PFASs) in human serum provide information on major exposure sources? Environ Health 2018; 17(1): 11. PMCID: PMC5796515

328. Veyhe AS, Andreassen J, Halling J, Grandjean P, Petersen MS, Weihe P. Prevalence of type 2 diabetes and prediabetes in the Faroe Islands. Diabetes Res Clin Pract 2018; 140: 162-73. PMID: 29596941

329. Andersen HR, Tinggaard J, Grandjean P, Jensen TK, Dalgård C, Main KM. Prenatal pesticide exposure associated with glycated haemoglobin and markers of metabolic dysfunction in adolescents. Environ Res 2018; 166: 71-7.

330. Petersen MS, Debes F, Grandjean P, Weihe P. Gender differences in cognitive performance and health status in the Faroese Septuagenarians cohort. Eur J Public Health 2018.

331. Yorifuji T, Takaoka S, Grandjean P. Accelerated functional losses in ageing congenital Minamata disease patients. Neurotoxicol Teratol 2018, 69: 49-53.

332. Petersen M, Halling J, Jørgensen N, Nielsen F, Grandjean P, Jensen T, Weihe P. Reproductive Function in a Population of Young Faroese Men with Elevated Exposure to Polychlorinated Biphenyls (PCBs) and Perfluorinated Alkylate Substances (PFAS). Int J Environ Res Public Health 2018; 15(9): 1880. PMCID: PMC6165232

333. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PloS One 2018; 13(10): e0205388. PMCID: PMC6195268

334. Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS, Prins GS. Time scales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 2018. PMID: 30387920 DOI: 10.1111/bcpt.13162

335. Grandjean P. Delayed discovery, dissemination, and decisions on intervention in environmental health: a case study on immunotoxicity of perfluorinated alkylate substances. Environ Health 2018; 17: 62.

336. Mie A, Rudén C, Grandjean P. Safety of safety evaluation of pesticides: developmental neurotoxicity of chlorpyrifos and chlorpyrifos-methyl. Environ Health 2018; 17: 77.

337. Jensen TK, Mustieles V, Bleses D, Frederiksen H, Trecca F, Schoeters G, Andersen HR, Grandjean P, Kyhl HB, Juul A, Bilenberg N, Andersson AM. Prenatal bisphenol A exposure is associated with language development but not with ADHD-related behavior in toddlers from the Odense Child Cohort. Environ Res 2019; 170: 398-405.

338. Ammitzbøll C, Börnsen L, Petersen ER, Oturai AB, Søndergaard HB, Grandjean P, Sellebjerg F. Perfluorinated substances, risk factors for multiple sclerosis and cellular immune activation. J Neuroimmunol 2019; 330: 90-95.

339. Hu XC, Tokranov AK, Liddie J, Zhang X, Grandjean P, Hart JE, Laden F, Sun Q, Yeung LWY, Sunderland EM. Tap Water Contributions to Plasma Concentrations of Poly- and Perfluoroalkyl Substances (PFAS) in a Nationwide Prospective Cohort of U.S. Women. Environ Health Perspect 2019; 127: 67006.

340. Eryasa B, Grandjean P, Nielsen F, Valvi D, Zmirou-Navier D, Sunderland E, Weihe P, Oulhote Y. Physico-chemical properties and gestational diabetes predict transplacental transfer and partitioning of perfluoroalkyl substances. Environ Int 2019; 130: 104874.

Books

25. Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D, eds. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, 746 pp.
26. Grandjean P. Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press, 2013 (232 pp.).
27. Grandjean P, Hermann P. Kemi på hjernen – går ud over enhver forstand. København: Gyldendal, 2015 (334 sider).
28. Grandjean P. Cerveaux en danger (Brains in danger, in French). Translated by Odile Demange. Paris: Buchet Chastel, 2016 (336 pp.).

Book chapters and other publications

218. Budtz-Jørgensen E, Keiding N, Grandjean P. Approaches to handling uncertainty when setting environmental exposure standards. In: Baveye P, Mysiak J, Laba M, eds. Uncertainties in environmental modelling and consequences for policy making. Dordrecht, The Netherlands: Springer, 2009, pp. 267-80.
219. Grandjean P, Choi AL, Weihe P, Murata K. Methylmercury neurotoxicology: From rare poisonings to silent pandemic. In Wang C, Slikker W Jr, eds: Developmental Neurotoxicological Research: Principles, Models, Techniques, Strategies and Mechanisms. New York: Wiley, 2010, pp 335-56.
220. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009; 10: 453-4. PMID: 19418618
221. Grandjean P, Yorifuji T. Mercury (Chapter 8). In: Bingham E, Cohrssen B, eds. Patty's Toxicology, 6th ed. New York: Wiley 2012, Vol. 1, pp 213-27.
222. Takaro TK, Davis D, Van Rensburg S, Jroyo Aguilar RS, ... Grandjean P et al. (108 authors). Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health 2010 16: 242-9.
223. Darney S, Fowler B, Grandjean P, Heindel J, Mattison D, Slikker W Jr. Prenatal programming and toxicity II (PPTOX II): role of environmental stressors in the developmental origins of disease. Reprod Toxicol 2011; 31: 271. Also published in Journal of Developmental Origins of Health and Disease 2011; 2: 2.
224. Choi A, Grandjean P. Human health significance of dietary exposures to methylmercury. In: Liu G, Cai Y, O'Driscoll N, eds. Environmental Chemistry and Toxicology of Mercury. Chichester: Wiley, 2012, pp. 545-67.
225. Grandjean P. Exposure to environmental chemicals as a risk factor for diabetes development. In: Bourguignon J-P, Jégou B, Kerdelhué B, Toppari J, Christen Y, Eds. Multi-System Endocrine Disruption. Berlin: Springer 2011, pp. 91-9.
226. Julvez J, Yorifuji T, Choi AL, Grandjean P. Epidemiological evidence on methylmercury neurotoxicity. In: Aschner M, Ceccatelli S, eds. Methylmercury and Neurotoxicity. Berlin: Springer, 2012, pp. 13-35.
227. Grandjean P. Strengths and limitations of HBM – Imprecision matters. Int J Hyg Environ

Health 2012; 215: 94. PMID:22197511

228. Grandjean P. Larry Needham and the partition ratio. Chemosphere 2011; 85: 142. PMID: 22148142

229. Weihe P, Grandjean P. Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy. Acta Vet Scand 2012; 54(Suppl 1): S7.

230. Fox DA, Grandjean P, de Groot D, Paule M. Developmental origins of adult diseases and neurotoxicity: Epidemiological and experimental studies. Neurotoxicology 2012; 33: 810-6. PMID: 22245043

231. London L, Beseler C, Bouchard Mf, Bellinger DC, Colosio C, Grandjean P, Harari R, Kootbodien T, Kromhout H, Little F, Meijster T, Moretto A, Rohlman DS, Stallones L. Neurobehavioural and neurodevelopmental effects of pesticide exposures. Neurotoxicology 2012; 33: 887-96.

232. Bal-Price AK, Coecke S, Costa L, Crofton KM, Fritsche E, Goldberg A, Grandjean P, Lein PJ, Li A, Lucchini R, Mundy WR, Padilla S, Persico A, Seiler AEM, Kreysa J. Conference Report: Advancing the Science of Developmental Neurotoxicity (DNT) Testing for Better Safety Evaluation. Altex 2012: 29: 202-15.

233. Grandjean P, Heilmann C. Perfluorinated compounds and immunotoxicity in children – Reply (Letter). JAMA 2012; 307: 1910-1.

234. Schug TT, Barouki R, Gluckman P, Grandjean P, Hanson M, Heindel JJ. PPTOX III: Environmental Stressors in the Developmental Origins of Disease: Evidence and Mechanisms. Toxicol Sci 2013; 131: 343-50.

235. Andersen HR, Wohlfahrt-Veje C, Debes F, Nielsen F, Jensen TK, Grandjean P, Main KM. Langtidseffekter af prænatal pesticideksponering (Long-term effects of prenatal pesticide exposure, in Danish). Copenhagen: Miljøstyrelsen (Danish Environmental Protection Agency), 2012.

236. Grandjean P. Blyforgiftning i forebyggelse og forskning (Leder) [Lead poisoning in prevention and research (Editorial)]. Ugeskr Laeger 2012; 174: 2693.

237. Grandjean P, Pichery C, Bellanger M, Budtz-Jørgensen E. Calculation of mercury's effects on neurodevelopment (letter). Environ Health Perspect 2012; 120: a452.

238. Grandjean P, Keiding N. (2013) Precautionary Principle. In: El-Shaarawi AH, Piegorsch W(eds), Encyclopedia of Environmetrics. Chichester, UK: John Wiley, 2013. DOI: 10.1002/9780470057339.vnn011.

239. Grandjean P. Science for precautionary decision-making. In: Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, pp. 517-35.

240. Grandjean P. Opinion: Toxicants and the Brain. The Scientist 2013 (June 17): 36043.

241. Choi AL, Grandjean P, Sun G, Zhang Y. Developmental fluoride neurotoxicity: Choi et al. respond (Letter). Environ Health Perspect 2013; 121: A70.

242. Grandjean P. Opinion: Problems with Hidden COI. The Scientist 2013 (October 28): 37934.

243. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 13). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 4th ed. Amsterdam: Elsevier, 2014, pp. 265-79.

244. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic

effects from metals (Chapter 24). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 4th ed. Amsterdam: Elsevier, 2014, pp. 507-28.

245. Grandjean P. Developmental origins of diseases: challenge for risk assessment of chemicals (EUROTOX abstract). Toxicol Lett 2013; 221 Suppl: S15.

246. Grandjean P. Mercury (Chapter 29). In: Landrigan PJ, Etzel RA, eds. Children's Environmental Health. New York: Oxford University Press, 2014, pp. 273-80.

247. Heilmann C, Jensen L, Weihe P, Nielsen F, Knudsen LE, Budtz-Jørgensen E, Mølbak K, Grandjean P. Persistente fluorforbindelser reducerer immunfunktionen (Persistent perfluorinated compounds cause immunotoxic effects, in Danish). Ugeskr Laeg 2015; 177: 660-3. PMID: 25350410

248. Grandjean P. Chemical brain drain: insidious and pervasive. In: Breyer, H, ed. Giftfreies Europa. Brussels, 2014, pp. 133-40.

249. Grandjean P. Mercury (article 02853). In: Caplan M, ed. Reference Module in Biomedical Sciences. Elsevier, 2015.

250. Grandjean P, Landrigan PJ. Neurodevelopmental toxicity: still more questions than answers - Authors' response. Lancet Neurol 2014; 13: 648-9. PMID: 24943339

251. Grandjean P. Prenatal prevention (letter). Science 2014; 345: 1462. PMID : 25237095

252. Grandjean P, Choi AL. Community water fluoridation and intelligence (letter). Am J Public Health 2015; 105: e3. PMCID: PMC4358213

253. Kim BM, Choi AL, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz- Jørgensen E, Grandjean P. Corrigendum to 'Effect of hemoglobin adjustment on the precision of mercury concentrations in maternal and cord blood' [Environ. Res. 132 (2014) 407-412]. Environ Res. 2016; 147: 630. PMID: 27040412

254. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Comment on "Severe dental fluorosis and cognitive deficits". Neurotoxicol Teratol 2015; 50: 32. PMID: 25986437

255. Oulhote Y, Grandjean P. Association between child poverty and academic achievement (letter). JAMA Pediatr 2016; 170: 179-80. PMID: 26720161

256. Kielsen K, Shamim Z, Ryder LP, Grandjean P, Heilmann C. Vaccination efficacy and environmental pollution. In: Esser C (ed.). Environmental Influences on the Immune System. Vienna: Springer, 2016, pp. 181-203.

257. Trasande L, Attina T, Skakkebaek NE, Juul A, Porta M, Soto AM, Vandenberg L, Sathyanarayana S, Fletcher T, Demeneix B, Bergman A, Cohn BA, Bellanger M, Gore AC, Legler J, Bourguignon JP, Slama R, Toppari J, Blumberg B, Myers JP, Zoeller RT, Kortenkamp A, DiGangi J, Philippe Grandjean P, Russ Hauser R, Rudel R. Endocrine disruptors: Refereed science to guide action on EDCs (Correspondence). Nature 2016; 536: 30.

258. Mie A, Guyot EK, Kahl J, Rembiałkowska E, Andersen HR, Grandjean, P, Gunnarsson S. Health implications of organic food and organic agriculture. Science and Technology Options Assessment Panel, Directorate-General for Parliamentary Research Services (DG EPRS) of the European Parliament, 2016.

259. Grandjean P, Kishi R, Kogevinas M; International Society for Environmental Epidemiology (ISEE). Prevention of developmental neurotoxicity. Epidemiology 2017; 28: 157-158. PMID: 27922529.

260. Oulhote Y, Bind MA, Coull B, Patel CJ, Grandjean P. combining ensemble learning techniques and G-computation to investigate chemical mixtures in environmental epidemiology studies. bioRxiv 2017 doi.org/10.1101/147413.

261. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of two perfluoroalkylate substances associated with immunotoxicity. bioRxiv 2017 doi.org/10.1101/198564.

262. Fritsche E, Grandjean P, Crofton KM, Aschner M, Goldberg A, Heinonen T, Hessel EV, Hogberg H, Bennekou SH, Lein PJ, Leist M. Consensus statement on the need for innovation, transition and implementation of developmental neurotoxicity (DNT) testing for regulatory purposes. Toxicol Appl Pharmacol 2018; doi: 10.1016/j.taap.2018.02.004. Available at: https://www.sciencedirect.com/science/article/pii/S0041008X18300437?via%3Dihub

263. Grandjean P. Health status of workers exposed to perfluorinated alkylate substances (Letter). J Occup Environ Med 2018; 60(10): e562.

264. Grandjean P, Lederman SA, Silbergeld EK. Fish Consumption during Pregnancy. JAMA Pediatr 2019 (in press) doi: 10.1001/jamapediatrics.2018.4920

265. Grandjean P, Prins GS, Weihe P. Development Priority (Editorial). Basic Clin Pharmacol Toxicol 2019 (in press) doi: 10.1111/bcpt.13249

# EXHIBIT D

## CITED PUBLICATIONS

1.  National Research Council (NRC): Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, DC: The National Academies Press; 2006.
2.  Roholm K: Fluorine Intoxication. A Clinical-Hygienic Study, with a Review of the Literature and Some Experimental Investigations. Fluorine Intoxication. A Clinical-Hygienic Study, with a Review of the Literature and Some Experimental Investigations. London: H.K. Lewis; 1937.
3.  Grandjean P, Thomsen G: Reversibility of skeletal fluorosis. *Br J Ind Med* 1983, 40(4):456-461.
4.  Grandjean P, Juel K, Jensen OM: Mortality and cancer morbidity after heavy occupational fluoride exposure. *Am J Epidemiol* 1985, 121(1):57-64.
5.  Grandjean P, Horder M, Thomassen Y: Fluoride, aluminum, and phosphate kinetics in cryolite workers. *J Occup Med* 1990, 32(1):58-63.
6.  Grandjean P, Olsen JH, Jensen OM, Juel K: Cancer incidence and mortality in workers exposed to fluoride. *J Natl Cancer Inst* 1992, 84(24):1903-1909.
7.  Grandjean P, Olsen JH, Juel K: Excess cancer incidence among workers exposed to fluoride. *Scand J Work Environ Health* 1993, 19 Suppl 1:108-109.
8.  Grandjean P, Olsen JH: Extended follow-up of cancer incidence in fluoride-exposed workers. *J Natl Cancer Inst* 2004, 96(10):802-803.
9.  Choi AL, Sun G, Zhang Y, Grandjean P: Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect* 2012, 120(10):1362-1368.
10. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P: Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. *Neurotoxicol Teratol* 2015, 47:96-101.
11. EFSA Scientific Committee (EFSA): Guidance of the Scientific Committee on Use of the benchmark dose approach in risk assessment. *The EFSA Journal* 2009, 1150:1-72.
12. Duan Q, Jiao J, Chen X, Wang X: Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. *Public Health* 2018, 154:87-97.
13. National Toxicology Program (NTP): Systematic literature review on the effects of fluoride on learning and memory in animal studies. Research Report 1. Research Triangle Park, NC: National Institute of Environmental Health Sciences; 2016.
14. Boyle CA, Boulet S, Schieve LA, Cohen RA, Blumberg SJ, Yeargin-Allsopp M, Visser S, Kogan MD: Trends in the prevalence of developmental disabilities in US children, 1997-2008. *Pediatrics* 2011, 127(6):1034-1042.
15. Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R *et al*: Project TENDR: Targeting Environmental Neuro-Developmental Risks The TENDR Consensus Statement. *Environ Health Perspect* 2016, 124(7):A118-122.
16. Landrigan PJ, Whitworth RH, Baloh RW, Staehling NW, Barthel WF, Rosenblum BF: Neuropsychological dysfunction in children with chronic low-level lead absorption. *Lancet* 1975, 1(7909):708-712.
17. Needleman HL, Gunnoe C, Leviton A, Reed R, Peresie H, Maher C, Barrett P: Deficits in psychologic and classroom performance of children with elevated dentine lead levels. *N Engl J Med* 1979, 300(13):689-695.

18.    Baghurst PA, Robertson EF, McMichael AJ, Vimpani GV, Wigg NR, Roberts RR: The
       Port Pirie Cohort Study: lead effects on pregnancy outcome and early childhood
       development. *Neurotoxicology* 1987, 8(3):395-401.

19.    Dietrich KN, Krafft KM, Bornschein RL, Hammond PB, Berger O, Succop PA, Bier M:
       Low-level fetal lead exposure effect on neurobehavioral development in early infancy.
       *Pediatrics* 1987, 80(5):721-730.

20.    Dobbing J: Vulnerable periods in developing brain. In: *Applied Neurochemistry.*
       Davidson A, Dobbing J, eds. Philadelphia: Davis; 1968: 287-316.

21.    Rodier PM: Developing brain as a target of toxicity. *Environ Health Perspect* 1995, 103
       Suppl 6:73-76.

22.    Rice D, Barone S, Jr.: Critical periods of vulnerability for the developing nervous system:
       evidence from humans and animal models. *Environ Health Perspect* 2000, 108 Suppl
       3:511-533.

23.    Organisation for Economic Cooperation and Development (OECD): OECD Guideline for
       the Testing of Chemicals: Developmental Neurotoxicity Study. Paris: OECD; 2007.

24.    Bal-Price A, Hogberg HT, Crofton KM, Daneshian M, FitzGerald RE, Fritsche E,
       Heinonen T, Hougaard Bennekou S, Klima S, Piersma AH *et al*: Recommendation on test
       readiness criteria for new approach methods in toxicology: Exemplified for
       developmental neurotoxicity. *ALTEX* 2018, 35(3):306-352.

25.    Andersen HR, Nielsen JB, Grandjean P: Toxicologic evidence of developmental
       neurotoxicity of environmental chemicals. *Toxicology* 2000, 144(1-3):121-127.

26.    Sakamoto M, Kubota M, Liu XJ, Murata K, Nakai K, Satoh H: Maternal and fetal
       mercury and n-3 polyunsaturated fatty acids as a risk and benefit of fish consumption to
       fetus. *Environ Sci Technol* 2004, 38(14):3860-3863.

27.    Adinolfi M: The development of the human blood-CSF-brain barrier. *Dev Med Child
       Neurol* 1985, 27(4):532-537.

28.    National Research Council (NRC): Pesticides in the diets of infants and children.
       Washington, D.C.: National Academy Press; 1993.

29.    Ginsberg G, Hattis D, Sonawane B: Incorporating pharmacokinetic differences between
       children and adults in assessing children's risks to environmental toxicants. *Toxicol Appl
       Pharmacol* 2004, 198(2):164-183.

30.    Grandjean P, Landrigan PJ: Developmental neurotoxicity of industrial chemicals. *Lancet*
       2006, 368(9553):2167-2178.

31.    Grandjean P, Landrigan PJ: Neurobehavioural effects of developmental toxicity. *Lancet
       Neurol* 2014, 13(3):330-338.

32.    Choi AL, Grandjean P, Sun G, Zhang Y: Developmental fluoride neurotoxicity: Choi et
       al. Respond. *Environ Health Perspect* 2013, 121(3):A70.

33.    Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ,
       Hougaard KS, Hunt P, Nawrot TS *et al*: Timescales of developmental toxicity impacting
       on research and needs for intervention. *Basic Clin Pharmacol Toxicol* 2018.

34.    Grandjean P: Only one chance. How Environmental Pollution Impairs Brain
       Development – and How to Protect the Brains of the Next Generation. New York:
       Oxford University Press; 2013.

35.    Needleman HL: What can the study of lead teach us about other toxicants? *Environ
       Health Perspect* 1990, 86:183-189.

36.  Grandjean P, Barouki R, Bellinger DC, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C *et al*: Life-Long Implications of Developmental Exposure to Environmental Stressors: New Perspectives. *Endocrinology* 2015, 156(10):3408-3415.

37.  World Health Organization: Fluoride in drinking-water. In: Fawell J, Bailey K, Chilton E, Dahi E, Fewtrell L, Magara Y, eds. London, UK: IWA Publishing; 2006.

38.  USDA Nutrient Data Laboratory: National Fluoride Database of Selected Beverages and Foods, Release 2. Washington, D.C.: U.S. Department of Agriculture; 2005.

39.  Allukian M, Jr., Wong C: Fluoridation update 2014. *J Mass Dent Soc* 2014, 63(2):24-30.

40.  Centers for Disease Control and Prevention (CDC): Ten Great Public Health Achievements -- United States, 1900-1999. *Morb Mortal Wkly Rep* 1999, 48:241-243.

41.  Cheng KK, Chalmers I, Sheldon TA: Adding fluoride to water supplies. *BMJ* 2007, 335(7622):699-702.

42.  United States Environmental Protection Agency (U.S. EPA): Fluoride: Exposure and Relative Source Contribution Analysis. Washington, DC: Health and Ecological Criteria Division, Office of Water, U.S. EPA; 2010.

43.  Kakumanu N, Rao SD: Images in clinical medicine. Skeletal fluorosis due to excessive tea drinking. *N Engl J Med* 2013, 368(12):1140.

44.  Waugh DT, Godfrey M, Limeback H, Potter W: Black Tea Source, Production, and Consumption: Assessment of Health Risks of Fluoride Intake in New Zealand. *J Environ Public Health* 2017, 2017:5120504.

45.  O'Mullane DM, Baez RJ, Jones S, Lennon MA, Petersen PE, Rugg-Gunn AJ, Whelton H, Whitford GM: Fluoride and Oral Health. *Community Dent Health* 2016, 33(2):69-99.

46.  Luke J: Fluoride deposition in the aged human pineal gland. *Caries Res* 2001, 35(2):125-128.

47.  Ekstrand J, Boreus LO, de Chateau P: No evidence of transfer of fluoride from plasma to breast milk. *Br Med J (Clin Res Ed)* 1981, 283(6294):761-762.

48.  Bhatnagar M, Rao P, Sushma J, Bhatnagar R: Neurotoxicity of fluoride: neurodegeneration in hippocampus of female mice. *Indian J Exp Biol* 2002, 40(5):546-554.

49.  Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R: Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. *Neurotox Res* 2011, 19(1):55-62.

50.  He H, Cheng Z, Liu W: Effects of fluorine on the human fetus. *Fluoride* 2008, 41(4):321-326.

51.  Hu YH, Wu SS: Fluoride in cerebrospinal fluid of patients with fluorosis. *J Neurol Neurosurg Psychiatry* 1988, 51(12):1591-1593.

52.  Gori S, Inno A, Lunardi G, Gorgoni G, Malfatti V, Severi F, Alongi F, Carbognin G, Romano L, Pasetto S *et al*: 18F-Sodium Fluoride PET-CT for the Assessment of Brain Metastasis from Lung Adenocarcinoma. *J Thorac Oncol* 2015, 10(8):e67-68.

53.  Jones RP, Iagaru A: 18F NaF brain metastasis uptake in a patient with melanoma. *Clin Nucl Med* 2014, 39(10):e448-450.

54.  Salgarello M, Lunardi G, Inno A, Pasetto S, Severi F, Gorgoni G, Gori S: 18F-NaF PET/CT Imaging of Brain Metastases. *Clin Nucl Med* 2016, 41(7):564-565.

55.  Wu J, Zhu H, Ji H: Unexpected detection of brain metastases by 18F-NaF PET/CT in a patient with lung cancer. *Clin Nucl Med* 2013, 38(11):e429-432.

56.     Shen YW, Taves DR: Fluoride concentrations in the human placenta and maternal and cord blood. *Am J Obstet Gynecol* 1974, 119(2):205-207.

57.     Ron M, Singer L, Menczel J, Kidroni G: Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. *Eur J Obstet Gynecol Reprod Biol* 1986, 21(4):213-218.

58.     Opydo-Szymaczek J, Borysewicz-Lewicka M: Transplacental passage of fluoride in pregnant Polish women assessed on the basis of fluoride concentrations in maternal and cord blood plasma. *Fluoride* 2007, 40(1):46-50.

59.     Forestier F, Daffos F, Said R, Brunet CM, Guillaume PN: [The passage of fluoride across the placenta. An intra-uterine study]. *J Gynecol Obstet Biol Reprod (Paris)* 1990, 19(2):171-175.

60.     Du L, Wan C, Cao X, Liu J: The effect of fluorine on the developing human brain. *Fluoride* 2008, 41(4):327-330.

61.     Agency for Toxic Substances and Disease Registry (ATSDR): Toxicological profile for fluorides, hydrogen fluoride, and fluorine (update). Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2003.

62.     Ekstrand J, Ehrnebo M: The relationship between plasma fluoride, urinary excretion rate and urine fluoride concentration in man. *J Occup Med* 1983, 25(10):745-748.

63.     Villa A, Anabalon M, Cabezas L: The fractional urinary fluoride excretion in young children under stable fluoride intake conditions. *Community Dent Oral Epidemiol* 2000, 28(5):344-355.

64.     Opydo-Symaczek J, Borysewicz-Lewicka M: Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. *Fluoride* 2005, 38(4):312-317.

65.     Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B: Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. *Environ Health Perspect* 2018, 126(10):107001.

66.     Mansfield P: The distribution of urinary fluoride concentration in the UK. *Fluoride* 1999, 32(1):27-32.

67.     McLaren L: Fluoridation Exposure Status Based on Location of Data Collection in the Canadian Health Measures Survey: Is It Valid? *J Can Dent Assoc* 2016, 82:g17.

68.     Malin AJ, Riddell J, McCague H, Till C: Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status. *Environ Int* 2018, 121(Pt 1):667-674.

69.     McClure FJ, Kinser, C.A.: Fluoride domestic waters and systemic effects. *Public Health Reports* 1944, 59(49):1575-1591.

70.     Smith FA, Gardner DE, Hodge HC: Investigations on the metabolism of fluoride. II. Fluoride content of blood and urine as a function of the fluorine in drinking water. *J Dent Res* 1950, 29(5):596-600.

71.     Jain RB: Concentrations of fluoride in water and plasma for US children and adolescents: Data from NHANES 2013-2014. *Environ Toxicol Pharmacol* 2017, 50:20-31.

72.     Ekstrand J, Fomon SJ, Ziegler EE, Nelson SE: Fluoride pharmacokinetics in infancy. *Pediatr Res* 1994, 35(2):157-163.

73.     Fejerskov O, Manji F, Baelum V: The nature and mechanisms of dental fluorosis in man. *J Dent Res* 1990, 69 Spec Issue:692-700.

74.     National Research Council (NRC): Report of the Ad Hoc Committee on the Fluoridation of Water Supplies. Washington, DC: National Research Council; 1951.

75.    Beltran-Aguilar ED, Griffin SO, Lockwood SA: Prevalence and trends in enamel fluorosis in the United States from the 1930s to the 1980s. *J Am Dent Assoc* 2002, 133(2):157-165.

76.    Heller KE, Eklund SA, Burt BA: Dental caries and dental fluorosis at varying water fluoride concentrations. *J Public Health Dent* 1997, 57(3):136-143.

77.    U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation: U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. *Public Health Rep* 2015, 130(4): 318-331.

78.    Wiener RC, Shen C, Findley P, Tan X, Sambamoorthi U: Dental Fluorosis over Time: A comparison of National Health and Nutrition Examination Survey data from 2001-2002 and 2011-2012. *J Dent Hyg* 2018, 92(1):23-29.

79.    National Center for Health Statistics (U.S.): Data quality evaluation of the dental fluorosis clinical assessment data from the National Health and Nutrition Examination Survey, 1999-2004 and 2011-2016. Hyattsville, Maryland: National Center for Health Statistics; 2019.

80.    McDonagh MS, Whiting PF, Wilson PM, Sutton AJ, Chestnutt I, Cooper J, Misso K, Bradley M, Treasure E, Kleijnen J: Systematic review of water fluoridation. *BMJ* 2000, 321(7265):855-859.

81.    Levy SM: A review of fluoride intake from fluoride dentifrice. *ASDC J Dent Child* 1993, 60(2):115-124.

82.    United States Department of Health and Human Services (DHSS): Trends in Breast Feeding among American Mothers. Hyattsville, MD: National Center for Health Statistics, Division of Vital Statistics; 1979.

83.    IARC: Preamble: IARC monographs on the evaluation of carcinogenic risks to humans. http://monographs.iarc.fr/ENG/Preamble/CurrentPreamble.pdf. Lyon, France; 2006.

84.    Li X, Zhi J, Gao R: Effect of fluoride exposure on intelligence in children. *Fluoride* 1995, 28(4):189-192.

85.    Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS: Effect of high-fluoride water on intelligence of children. *Fluoride* 2000, 33(2):74-78.

86.    Xiang Q, Liang Y, Chen L, Wang C, Chen B, Chen X, Zhou M: Effect of fluoride in drinking water on children's intelligence. *Fluoride* 2003, 36(2):84-94.

87.    Zhao L, Liang G, Zhang D, Wu X: Effect of a High Fluoride Water Supply on Children's Intelligence. *Fluoride* 1996, 29(4):190-192.

88.    World Health Organization (International Programme on Chemical Safety): Fluorides. In: *Environmental Health Criteria.* vol. 227. Geneva: WHO; 2002.

89.    Ferry JL: Request for Animal Experimentation to Determine Central Nervous System Effects. In: Warren SL, ed. Memorandum edn. Rochester, NY; 1944.

90.    Mullenix PJ: Fluoride poisoning: a puzzle with hidden pieces. *Int J Occup Environ Health* 2005, 11(4):404-414.

91.    Duan J, Zhao M, Wang L, Fang D, Wang Y, Wang W: A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. *Guizhou Medical Journal* 1995, 18(3):179-180.

92.    Spittle B: Psychopharmacology of fluoride: a review. *Int Clin Psychopharmacol* 1994, 9(2):79-82.

93.    Yazdi SM, Sharifian A, Dehghani-Beshne M, Momeni VR, Aminian O: Effects of fluoride on psychomotor performance and memory of aluminum potroom workers. *Fluoride* 2011, 44(3):158-162.

94.    Guo Z, He Y, Zhu Q: Research on the neurobehavioral function of workers occupationally exposed to fluoride. *Fluoride* 2008, 41(2):152-155.

95.    Yu Y, Yang W, Dong Z, Wan C, Zhang J, Liu J, Xiao K, Huang Y, Lu B: Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. *Fluoride* 2008, 41(2):134-138.

96.    Dong Z, Wan C, Zhang X, Liu J: Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. *J Guiyang Med Coll* 1993, 18:241-245.

97.    Li J, Yao L, Shao QL, Wu CY: Effects of high fluoride level on neonatal neurobehavioral development. *Fluoride* 2008, 41(2):165-170.

98.    Chang A, Shi Y, Sun H, Zhang L: Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coal-burning fluorosis. *Chinese Journal of Control of Endemic Diseases* 2017, 32(8):872-873.

99.    Shao QL, Wang Y, Li L, Li J: Initial study of cognitive function impairment as caused by chronic fluorosis. *Chinese Journal of Endemiology* 2003, 22(4):336-338.

100.   Li M, Gao Y, Cui J, Li Y, Li B, Liu Y, Sun J, Liu X, Liu H, Zhao L *et al*: Cognitive Impairment and Risk Factors in Elderly People Living in Fluorosis Areas in China. *Biol Trace Elem Res* 2016, 172(1):53-60.

101.   Sharma JD, Sohu D, Jain P: Prevalence of neurological manifestations in a human population exposed to fluoride in drinking water. *Fluoride* 2009, 42(2):127-132.

102.   Tang Q, Du J, Ma H, Jiang S, Zhou X: Fluoride and children's intelligence: a meta-analysis. *Bio Trace Elem Res* 2008, 126:115-120.

103.   Scientific Committee on Health and Environmental Risks (SCHER): Critical review of any new evidence on the hazard profile, health effects, and human exposure to fluoride and the fluoridating agents of drinking water. Brussels, Belgium; 2010.

104.   Li FH, Chen X: Meta-analysis of the effect of endemic fluorosis on children's intelligence development. *Chinese General Practice* 2007, 10(8):618-619.

105.   Wang C, Gao Y, Wang W, Zhao L, Zhang W, Han H, Shi Y, Yu G, Sun D: A national cross-sectional study on effects of fluoride-safe water supply on the prevalence of fluorosis in China. *BMJ Open* 2012, 2(5).

106.   Poureslami H, Horri A, Atash R: High fluoride exposure in drinking water: effect on children's IQ, one new report. *Int J Pediatr Dent* 2011, 21(Suppl 1):47.

107.   Seraj B, Shahrabi M, Falahzade M, Falahzade F, Akhondi N: Effect of High Fluoride Concentration in Drinking Water on Children's Intelligence. *Journal of Dental Medicine* 2006, 19(2):80-86.

108.   Guo X, Wang R, Cheng C, Wei W, Tang L, Wang Q, Tang D, Liu G, He G, Li S: A preliminary exploration of IQ of 7-13 year old pupils in a fluorosis area with contamination from burning coal. *Chinese Journal of Endemiology* 1991, 10:98-100 (Also available: Fluoride 2008, 2041(2002):2125-2128).

109.   Li X, Hou G, Yu B, Yuan C, Liu Y, Zhang L, Chi C: Investigation and analysis of children's intelligence and dental fluorosis in high fluoride area (in Chinese). *J Med Pest Control* 2010, 26(3):230-231.

110. Egger M, Davey Smith G, Altman D: Systematic reviews in health care meta-analysis in context. London: BMJ Publishing; 2001.

111. Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, Poulton R: Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. *Am J Public Health* 2015, 105(1):72-76.

112. Allukian M, Jr., Carter-Pokras OD, Gooch BF, Horowitz AM, Iida H, Jacob M, Kleinman DV, Kumar J, Maas WR, Pollick H *et al*: Science, Politics, and Communication: The Case of Community Water Fluoridation in the US. *Ann Epidemiol* 2018, 28(6):401-410.

113. United States Environmental Protection Agency (U.S. EPA): Six-Year Review 3 - Health Effects Assessment for Existing Chemical and Radionuclide National Primary Drinking Water Regulations - Summary Report. Office of Science and Technology, Office of Water, U.S. EPA. Washington, DC; 2016.

114. United States Environmental Protection Agency (U.S. EPA): EPA and HHS Announce New Scientific Assessments and Actions on Fluoride / Agencies working together to maintain benefits of preventing tooth decay while preventing excessive exposure. 2011.

115. Ding Y, YanhuiGao, Sun H, Han H, Wang W, Ji X, Liu X, Sun D: The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. *J Hazard Mater* 2011, 186(2-3):1942-1946.

116. Zhang PH, Cheng L: Effect of coal-burning endemic fluorosis on children's physical development and intellectual level. *Chinese Journal of Control of Endemic Diseases* 2015, 30(6):458-460.

117. Cui Y, Zhang B, Ma J, Wang Y, Zhao L, Hou C, Yu J, Zhao Y, Zhang Z, Nie J *et al*: Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. *Ecotoxicol Environ Saf* 2018, 165:270-277.

118. Zhu L, Petersen PE, Wang HY, Bian JY, Zhang BX: Oral health knowledge, attitudes and behaviour of children and adolescents in China. *Int Dent J* 2003, 53(5):289-298.

119. Hong F, Cao Y, Yang D: A study of fluorine effects on children's intelligence development under different environments. *Chinese Primary Health Care* 2001, 15:56-57 (Also available: Fluoride 2008, 2041(2002):2156-2160).

120. Lin F, Ai H, Zhao H, Lin J, Jhiang J, Maimaiti., Aiken.: High fluoride and low iodine environment and subclinical cretinism in Xinjiang (in Chinese). *Endemic Dis Bull* 1991, 6(2):62-67.

121. Wang S, Wang L, Hu P, Guo S, Law S: Effects of high iodine and high fluorine on children's intelligence and thyroid function (in Chinese). *Chinese Journal of Endemiology* 2001, 20(4):288-290.

122. Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, Han LL, Qiao XY, Wu ZM, Wang ZQ: Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. *Environ Health Perspect* 2007, 115(4):643-647.

123. Xiang Q, Liang Y, Zhou M, Zang H: Blood lead of children in Wamiao-Xinhuai intelligence study (Letter to the Editor). *Fluoride* 2003, 36(3):198-199.

124. Xiang Q, wang Y, Yang M, Zhang M, Xu Y: Level of fluoride and arsenic in household shallow well water in Wamiao and Xinhuai villages in Jiangsu Province, China. *Fluoride* 2013, 46(4):192-197.

71

125.   Choi AL, Cordier S, Weihe P, Grandjean P: Negative confounding in the evaluation of toxicity: the case of methylmercury in fish and seafood. *Crit Rev Toxicol* 2008, 38(10):877-893.

126.   Dong L, Yao P, Chen W, Li P, Shi X: Investigation of Dental Fluorosis and Intelligence Levels of Children in Drinking Water-Related Endemic Fluorosis Area of Xi'an. *Chinese Journal of Epidemiology* 2018, 37(1):45-48.

127.   Bai Z, Li Y, Fan Z, Li X, Li P: Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. *Chinese Journal of Epidemiology* 2014, 33(2):160-163.

128.   Jin T, Wang Z, Wei Y, Wu Y, Han T, Zhang H: Investigation of Intelligence Levels of Children of 8 to 12 Years of Age in Coal Burning-Related Endemic Fluorosis Areas. *Journal of Environment and health* 2017, 34(3):229-231.

129.   Pang H, Yu L, Lai X, Chen Q: Relation Between Intelligence and COMT Gene Polymorphism in Children Aged 8-12 in the Endemic Fluorosis Area and Non-Endemic Fluorosis Area *Chinese Journal of Control of Endemic Diseases* 2018, 33(2):151-152.

130.   Wei N, Li Y, Deng J, Xu S, Guan Z: The Effects of Comprehensive Control Measures on Intelligence of School-Age Children in Coal-Burning-Borne Endemic Fluorosis Areas *Chinese Journal of Endemiology* 2014, 33(3):320-324.

131.   Zhang S, Zhang X, Liu H, Qu W, Guan Z, Zeng Q, Jiang C, Gao H, Zhang C, Lei R *et al*: Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. *Toxicol Sci* 2015, 144(2):238-245.

132.   Julvez J, Grandjean P: Genetic susceptibility to methylmercury developmental neurotoxicity matters. *Front Genet* 2013, 4:278.

133.   Newbrun E: What we know and do not know about fluoride. *J Public Health Dent* 2010, 70(3):227-233.

134.   Aoba T, Fejerskov O: Dental fluorosis: chemistry and biology. *Crit Rev Oral Biol Med* 2002, 13(2):155-170.

135.   Morgan L, Allred E, Tavares M, Bellinger D, Needleman H: Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. *Pediatr Dent* 1998, 20(4):244-252.

136.   Reuben A, Caspi A, Belsky DW, Broadbent J, Harrington H, Sugden K, Houts RM, Ramrakha S, Poulton R, Moffitt TE: Association of Childhood Blood Lead Levels With Cognitive Function and Socioeconomic Status at Age 38 Years and With IQ Change and Socioeconomic Mobility Between Childhood and Adulthood. *JAMA* 2017, 317(12):1244-1251.

137.   Broadbent JM, Thomson WM, Moffitt TE, Poulton R: Broadbent et al. Respond. *Am J Public Health* 2016, 106(2):213-214.

138.   Grigg D: The worlds of tea and coffee: Patterns of consumption. *GeoJournal* 2002, 57(4):283-294.

139.   Osmunson B, Limeback H, Neurath C: Study Incapable Of Detecting IQ Loss From Fluoride. *Am J Public Health* 2016, 106(2):212-213.

140.   Shannon FT, Fergusson DM, Horwood LJ: Exposure to fluoridated public water supplies and child health and behaviour. *N Z Med J* 1986, 99(803):416-418.

141.  Valdez Jimenez L, Lopez Guzman OD, Cervantes Flores M, Costilla-Salazar R, Calderon Hernandez J, Alcaraz Contreras Y, Rocha-Amador DO: In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology* 2017, 59:65-70.

142.  Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z *et al*: Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. *Environ Health Perspect* 2017, 125(9):097017.

143.  Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L *et al*: Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int* 2018, 121(Pt 1):658-666.

144.  Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Muckle G, Ayotte P, Till C: Fluoride exposure during fetal development and childhood IQ: The MIREC Study. In: *ISES-ISEE Joint Annual Meeting: 2018; Ottawa, Canada*; 2018.

145.  Hong L, Levy SM, Broffitt B, Warren JJ, Kanellis MJ, Wefel JS, Dawson DV: Timing of fluoride intake in relation to development of fluorosis on maxillary central incisors. *Community Dent Oral Epidemiol* 2006, 34(4):299-309.

146.  Aggeborn L, Ohman M: The Effects of Fluoride in Drinking Water. Institute for Evaluation of Labour Market and Education Policy. Uppsala, Sweden; 2017: 1-83.

147.  Malin AJ, Till C: Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. *Environ Health* 2015, 14:17.

148.  Barberio AM, Quinonez C, Hosein FS, McLaren L: Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. *Can J Public Health* 2017, 108(3):e229-e239.

149.  Gao Q, Liu YJ, Guan ZZ: Oxidative stress might be a mechanism connected with the decreased alpha 7 nicotinic receptor influenced by high-concentration of fluoride in SH-SY5Y neuroblastoma cells. *Toxicol In Vitro* 2008, 22(4):837-843.

150.  Goschorska M, Baranowska-Bosiacka I, Gutowska I, Tarnowski M, Piotrowska K, Metryka E, Safranow K, Chlubek D: Effect of acetylcholinesterase inhibitors donepezil and rivastigmine on the activity and expression of cyclooxygenases in a model of the inflammatory action of fluoride on macrophages obtained from THP-1 monocytes. *Toxicology* 2018, 406-407:9-20.

151.  Mullenix P, Denbesten P, Schunior A, Kernan W: Neurotoxicity of sodium fluoride in rats. *Neurotoxicol Teratol* 1995, 17:169-177.

152.  Varner J, Jensen K, Horvath W, Isaacson R: Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. *Brain Res* 1998, 784:284-298.

153.  Chen J, Niu Q, Xia T, Zhou G, Li P, Zhao Q, Xu C, Dong L, Zhang S, Wang A: ERK1/2-mediated disruption of BDNF-TrkB signaling causes synaptic impairment contributing to fluoride-induced developmental neurotoxicity. *Toxicology* 2018.

154.  Bartos M, Gumilar F, Gallegos CE, Bras C, Dominguez S, Monaco N, Esandi MDC, Bouzat C, Cancela LM, Minetti A: Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the alpha7 nicotinic receptor and oxidative stress. *Reprod Toxicol* 2018, 81:108-114.

155. McPherson CA, Zhang G, Gilliam R, Brar SS, Wilson R, Brix A, Picut C, Harry GJ: An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats. *Neurotox Res* 2018, 34: 781-798.

156. Sun Z, Zhang Y, Xue X, Niu R, Wang J: Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. *Human Exp Toxicol* 2018, 37(1):87-93.

157. Zhu YP, Xi SH, Li MY, Ding TT, Liu N, Cao FY, Zeng Y, Liu XJ, Tong JW, Jiang SF: Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. *Neurotoxicology* 2017, 59:56-64.

158. Ge Y, Chen L, Yin Z, Song X, Ruan T, Hua L, Liu J, Wang J, Ning H: Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. *Chemosphere* 2018, 201:874-883.

159. Wang J, Zhang Y, Guo Z, Li R, Xue X, Sun Z, Niu R: Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. *Chemosphere* 2018, 197:117-122.

160. Zhao Q, Niu Q, Chen J, Xia T, Zhou G, Li P, Dong L, Xu C, Tian Z, Luo C *et al*: Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: mechanisms of action in vitro and associations with cognition in rats and children. *Arch Toxicol* 2019, 93(3):709-726.

161. Zhou G, Tang S, Yang L, Niu Q, Chen J, Xia T, Wang S, Wang M, Zhao Q, Liu L *et al*: Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. *Toxicol Appl Pharmacol* 2019:114608.

162. Elliott L: Lack of effect of administration of fluoride on the central nervous system of rats. *Acta Pharmacol Toxicol (Copenh)* 1967, 25(3):323-328.

163. Dec K, Lukomska A, Maciejewska D, Jakubczyk K, Baranowska-Bosiacka I, Chlubek D, Wasik A, Gutowska I: The Influence of Fluorine on the Disturbances of Homeostasis in the Central Nervous System. *Biol Trace Elem Res* 2017, 177(2):224-234.

164. Grandjean P: Only One Chance: How Environmental Pollution Impairs Brain Development — and How to Protect the Brains of the Next Generation. New York: Oxford University Press; 2013.

165. Peckham S, Lowery D, Spencer S: Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. *J Epidemiol Community Health* 2015, 69(7):619-624.

166. Rovet JF: The role of thyroid hormones for brain development and cognitive function. *Endocr Dev* 2014, 26:26-43.

167. Grandjean P: Occupational fluorosis through 50 years: clinical and epidemiological experiences. *Am J Ind Med* 1982, 3(2):227-236.

168. Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P *et al*: The Faroes statement: human health effects of developmental exposure to chemicals in our environment. *Basic Clin Pharmacol Toxicol* 2008, 102(2):73-75.

169. National Research Council: Science and decisions: advancing risk assessment. Washington, D.C.: National Academy Press; 2009.

170. Grandjean P: Science for precautionary decision-making. In: *Late Lessons from Early Warnings*. Edited by Gee D, Grandjean, P., Hansen, S.F., van den Hove, S., MacGarvin, M., Martin, J., Nielsen, G., Quist, D., Stanners, D., vol. II. Copenhagen: European Environment Agency; 2013: 517-535.

171. Michaels D: Doubt is their product: how industry's assault on science threatens your health. New York: Oxford University Press; 2008.

172. Blum A, Balan SA, Scheringer M, Trier X, Goldenman G, Cousins IT, Diamond M, Fletcher T, Higgins C, Lindeman AE *et al*: The Madrid Statement on Poly- and Perfluoroalkyl Substances (PFASs). *Environ Health Perspect* 2015, 123(5):A107-111.

173. European Environment Agency: Late lessons from early warnings: the precautionary principle 1896-2000. In: *Environmental issue report No 22*. Copenhagen; 2001.

174. Diesendorf M, Diesendorf A: Suppression by medical journals of a warning about overdosing formula-fed infants with fluoride. *Account Res* 1997, 5(1-3):225-237.

175. Martin B, Groth E: Scientific knowledge in controversy: The social dynamics of the fluoridation debate. Albany, NY: SUNY Press; 1991.

176. Bazian: Independent critical appraisal of selected studies reporting an association between fluoride in drinking water and IQ. London: South Central Strategic Health Authority; 2009: 1-58.

177. Seymour B, Getman R, Saraf A, Zhang LH, Kalenderian E: When advocacy obscures accuracy online: digital pandemics of public health misinformation through an antifluoride case study. *Am J Public Health* 2015, 105(3):517-523.

178. Mertz A, Allukian M: Community water fluoridation on the Internet and social media. *J Mass Dent Soc* 2014, 63(2):32-36.

179. Grandjean P, Choi AL: Community water fluoridation and intelligence. *Am J Public Health* 2015, 105(4):e3.

180. National Research Council (NRC): Recommended Dietary Allowances, 10 edn. Washington, DC: National Academy Press; 1989.

181. United States Environmental Protection Agency (U.S. EPA): Fluoride: Dose-Response Analysis for Non-cancer Effects. InWashington, DC: Health and Ecological Criteria Division, Office of Water, U.S. EPA; 2010.

182. Petersen PE, Lennon MA: Effective use of fluorides for the prevention of dental caries in the 21st century: the WHO approach. *Community Dent Oral Epidemiol* 2004, 32(5):319-321.

183. Davis N: Is Fluoridated Drinking Water Safe? *Harvard Public Health.* Boston, MA: Harvard T.H. Chan School of Public Health; 2016.

184. Ross JF, Daston GP: To the editor. *Neurotox Teratol* 1995, 17:685-686.

185. Bryson C: The fluoride deception. New York: Seven Stories Press; 2004.

186. International Programme on Chemical Safety (IPCS): Environmental Health Criteria 36: Fluorine and Fluorides. Geneva, Switzerland: World Health Organization; 1984.

187. International Agency for Research on Cancer: Some Aromatic Amines, Anthraquinones and Nitroso Compounds, and Inorganic Fluorides Used in Drinking Water and Dental Preparations. *IARC Monographs On The Evaluation Of Carcinogenic Risks To Humans.* vol. 27. Lyon: International Agency for Research on Cancer; 1982.

188. Friedman L, Friedman M: Financial Conflicts of Interest and Study Results in Environmental and Occupational Health Research. *J Occup Environ Med* 2016, 58(3):238-247.

189. Needleman HL: Clair Patterson and Robert Kehoe: two views of lead toxicity. *Environ Res* 1998, 78(2):79-85.

190. Iheozor-Ejiofor Z, Worthington HV, Walsh T, O'Malley L, Clarkson JE, Macey R, Alam R, Tugwell P, Welch V, Glenny AM: Water fluoridation for the prevention of dental caries. *Cochrane Database Syst Rev* 2015(6):CD010856.

191. Gwinn MR, Axelrad DA, Bahadori T, Bussard D, Cascio WE, Deener K, Dix D, Thomas RS, Kavlock RJ, Burke TA: Chemical Risk Assessment: Traditional vs Public Health Perspectives. *Am J Public Health* 2017, 107(7):1032-1039.

192. United States Environmental Protection Agency (U.S. EPA): National Primary Drinking Water Regulations: Fluoride Final Rule and Proposed Rule. Pp. 47142-47155. Washington, DC; 1985.

193. United States Department of Health and Human Services (DHSS): Review of Fluoride: Benefits and Risks: Report of the Ad Hoc Committee on Fluoride, Committee to Coordinate Environmental Health and Related Programs. Washington, DC; 1991.

194. Agency for Toxic Substances and Disease Registry (ATSDR): Toxicological Profile for Hydrogen Fluoride, and Fluorine: Draft for Public Comment. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2001.

195. Li Y, Liang C, Slemenda CW, Ji R, Sun S, Cao J, Emsley CL, Ma F, Wu Y, Ying P *et al*: Effect of long-term exposure to fluoride in drinking water on risks of bone fractures. *J Bone Miner Res* 2001, 16(5):932-939.

196. U.S. Environmental Protection Agency (U.S. EPA): Benchmark dose technical guidance. Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency; 2012.

197. Budtz-Jorgensen E, Grandjean P, Keiding N, White RF, Weihe P: Benchmark dose calculations of methylmercury-associated neurobehavioural deficits. *Toxicol Lett* 2000, 112-113:193-199.

198. Budtz-Jorgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study I: An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. *Risk Anal* 2013, 33(3):450-461.

199. United States Environmental Protection Agency (U.S. EPA): Proposed Lead NAAQS Regulatory Impact Analysis. Washington, DC: U.S. EPA; 2008.

200. European Food Safety Authority (EFSA): EFSA Panel on Contaminants in the Food Chain (CONTAM); Scientific Opinion on Lead in Food. *EFSA Journal* 2010, 8(4):1570.

201. Gould E: Childhood lead poisoning: conservative estimates of the social and economic benefits of lead hazard control. *Environ Health Perspect* 2009, 117(7):1162-1167.

202. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK: Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. *Am J Clin Nutr* 2014, 99(1):5-13.

203. Murata K, Budtz-Jorgensen E, Grandjean P: Benchmark dose calculations for methylmercury-associated delays on evoked potential latencies in two cohorts of children. *Risk Anal* 2002, 22(3):465-474.

204. Bellinger DC: Interpretation of small effect sizes in occupational and environmental neurotoxicology: individual versus population risk. *Neurotoxicology* 2007, 28(2):245-251.

205.    Bellinger DC: A strategy for comparing the contributions of environmental chemicals
        and other risk factors to neurodevelopment of children. *Environ Health Perspect* 2012,
        120(4):501-507.
206.    Spadaro JV, Rabl A: Global health impacts and costs due to mercury emissions. *Risk
        Anal* 2008, 28(3):603-613.
207.    Grandjean P, Pichery C, Bellanger M, Budtz-Jorgensen E: Calculation of mercury's
        effects on neurodevelopment. *Environ Health Perspect* 2012, 120(12):A452.

U.S. FEDERAL COURT

ACTION NO. 17-CV-02162

FOOD AND WATER WATCH, *et al.* v. U.S. EPA

REBUTTAL AND SUPPLEMENTAL REPORT OF
PHILIPPE GRANDJEAN, MD, DMSc

PREPARED ON BEHALF OF
PLAINTIFFS

14 August 2019

TABLE OF CONTENTS

I.      INTRODUCTION..................................................................................................3

II.     REBUTTAL REPORT.........................................................................................3
        A.      Systematic review of the evidence ...........................................................3
        B.      Population studies of fluoride neurotoxicity.............................................5
        C.      Coherence between studies........................................................................6
        D.      Bias ...........................................................................................................7
        E.      Causality assessment ..............................................................................10

III.    SUPPLEMENTARY REPORT ........................................................................14
        A.      New data on infant fluoride exposure and IQ.........................................14
        B.      New data on fluoride and ADHD in Canada ..........................................14
        C.      New data on Western fluoride exposures ...............................................15
        D.      Benchmark dose calculations from the most recent human data............15

IV.     CITED PUBLICATIONS ..................................................................................17

## I.  INTRODUCTION

Subsequent to finalizing my report in this case, I have reviewed the reports by defense experts Drs. Tala Henry, Joyce Tsuji, and Ellen Chang. I have also reviewed documents that I did not have access to prior to completing my report in June. Based on my review of the additional materials, I intend to offer the rebuttal opinions expressed below. I also intend to rely upon the materials that are identified in the supplemental report as further support for my initial opinions, which remain unchanged.

## II.  REBUTTAL REPORT

The reports by Drs Tala Henry and Joyce Tsuji express opinions that my methodology is flawed, superficial, not systematic, and with pre-conceived conclusions. Neither expert provides justification for their unusually strong opinions. Both experts rely without reservations on the likewise highly critical report by Dr. Ellen Chang on the epidemiological evidence regarding the association between exposure to fluoride and human developmental neurotoxicity. I shall therefore focus on Dr. Chang's report.

### A.       Systematic review of the evidence

Dr. Chang states that her systematic review identified "numerous" studies that I did not address, with the implication that these studies are somehow at odds with my opinion (p. 8). What Dr. Chang failed to explain is that the vast majority of these studies reported significant associations between fluoride exposure and neurotoxic outcomes, which is in agreement with my own assessment. Of the 32 studies that Dr. Chang has identified and which I did not specifically address, 28 found associations of elevated fluoride exposure with adverse effects.[1] These studies, which provide further *support* for my opinions, were not cited in my report because most are repetitions of the cross-sectional study design in endemic fluorosis areas that I have already discussed at length;[2] some are only available in abstract form;[3] some are secondary analyses of primary studies that I already addressed;[4] and one was not available to me at the time of my report [1]. As explained in my report, I do not consider it necessary to address and discuss each and every paper that reports on fluoride effects, especially when peer-reviewed systematic reviews are available, including our own [2]. I consider it more informative to examine the various *types* of studies, also including pharmacokinetics (e.g., distribution of fluoride throughout the body, including transfer through the placenta and blood brain barrier, and the minimal transfer into breast milk); studies of neurochemical and functional effects in other

---

[1] Aravind (2016); Asawa (2014), Calderon (2000), Das (2015), Khan (2015), Kundu (2015), Lu (2019), Manju (2017), Mustafa (2018), Das (2016), Qin (1990), Razdan (2017), Rocha-Amador (2007), Rocha-Amador (2008), Rocha-Amador (2009), Saxena (2012), Shivaprakash (2011), Singh (2013), Sudhir (2009), Thomas (2018), Till (2019), Trivedi (2007), Wang (2012), Wang (2006), Xiang (2015), Yu (2018), Zhang & Cheng (2015).
[2] Aravind (2016); Asawa (2014), Calderon (2000), Das (2015), Khan (2015), Kundu (2015), Manju (2017), Mustafa (2018), Das (2016), Qin (1990), Razdan (2017), Rocha-Amador (2007), Rocha-Amador (2008), Rocha-Amador (2009), Saxena (2012), Shivaprakash (2011), Singh (2013), Sudhir (2009), Trivedi (2007), Wang (2012), Wang (2006), Xiang (2015), Yu (2018), Zhang & Cheng (2015).
[3] Calderon (2000); Thomas (2018).
[4] Xiang (2015); Wang (2012).

species (e.g., rodents); different study designs for investigating effects in human populations (e.g., cross-sectional and prospective), and different endpoints relevant to neurotoxicity (e.g., cognitive tests, thyroid function, histological assessments of fetal brain). Notably, many of the studies that I addressed in my report were not considered by Dr. Chang[5] for unexplained or spurious reasons, e.g., that evidence of neurotoxicity in adults is irrelevant to developmental effects in humans (p. 31).

Dr. Chang's search identified a couple of studies that reported no significant effects that I did not rely on, but they have no impact on the conclusions that can be drawn. One study highlighted by Dr. Chang is a publication by Spittle and colleagues [3] that Dr. Chang refers to more than 20 times. Although noted in the reference list, Dr. Chang fails to acknowledge in her analysis that this report is in the form of an abstract and relates to a previous (full) publication [4] that was cited and addressed in my report (as reference number 140). I did not cite the Spittle abstract in my report, just as I did not cite abstracts of studies reporting harm.[6] It is standard practice for systematic reviews to omit abstracts, including in the systematic reviews conducted by the authoritative Cochrane group [5]. Dr. Chang provides no justification for including abstracts in her review, such as the one by Spittle [3], which omit critical methodological details. Further, in a rather stunning example of poor judgment, Dr. Chang includes the Spittle abstract in her causal analysis despite the fact that the abstract does not describe any confounder adjustment,[7] and uses an ecological metric for exposure (group water F level) – features which Dr. Chang has used to dismiss many papers that support the notion of fluoride neurotoxicity. To me, this represents a clear example of unacceptable bias.

The other three "no effect" studies that Dr. Chang cites and that I did not address are similarly unavailing. Two are cross-sectional studies from China which fail to show statistically significant associations between fluoride exposure and IQ,[8] and one is an ecological analysis [6] of the Malin & Till study [7], which I addressed but placed little weight on. As I explained in my report, there are many reasons why an ecological/cross-sectional study can fail to detect an effect even when one is present. The failure of these three studies to find statistically significant effects thus does nothing to contradict the large literature that I rely upon, including the prospective birth cohort studies that I placed the greatest weight on. Even Dr. Chang appears to recognize this, as she does not include any of these three studies in her causal analysis, and correctly notes that the analysis by Perrott [6] is a "relatively low quality" ecological study (p. 66).

In summary, despite asserting that my review failed to consider "numerous" papers, Dr. Chang's own review confirms that I addressed and considered the most relevant epidemiological data on cognitive outcomes in regard to measures of fluoride exposure. Dr.

---

[5] E.g., Dong (1993); Duan (1995); Ekstrand (1981); Li (2016); Spittle (1994); Guo (2001); Malin (2018); Opydo-Szymaczek (2005, 2007); Peckham (2015); Ron (1986); Salgarello (2016); Shao (2003); Shen & Taves (1974); Yazdi (2011); Yu (2008).

[6] Calderon (2000); Thomas (2018).

[7] On p. 132 of her Table, Dr. Chang "assume[s]" that the Spittle analysis controlled for the same confounders as the Shannon analysis. I understand that neither Dr. Chang, nor anyone else in her office has contacted Dr. Spittle to confirm this statement (Personal email communication with Bruce Spittle, August 13, 2019). According to Dr. Spittle, the abstract provided all important methodological details (Id.).

[8] Kang (2011); He (2010).

4

Chang's literature search also confirms that the majority of studies that I did not specifically address are consistent with and further support the association between fluoride and cognitive impairment, in accordance with my conclusions.

Dr. Chang's review is not as systematic as she claims. In contrast to the Institute of Medicine recommendations on systematic reviews that she allegedly relies upon, Dr. Chang did not use any pre-defined protocol for how she would weigh the evidence (p. 30-33). Further, her inclusion/exclusion of some studies is poorly explained, if at all. Thus, the Spittle abstract [3] arguably should have been excluded from Dr. Chang's review based on her own search criteria that would exclude duplicate reports and abstracts.

As her Appendix D, Dr. Chang provides a 95-page list of references that she chose not to consider. However, the criteria for excluding these more than 1,000 publications are unclear. Some of the references on this list seem to be outside the searches that Dr. Chang has described in great detail, and some would be very hard to retrieve (e.g., "Mandatory Public Health Measures. London: unless otherwise stated; 2005."). One of the references not considered is my own critical comments [8] (cited as number 170 in my report) on the New Zealand study [9] that Dr. Chang highlights as evidence that water fluoridation is not associated with IQ deficits. Exclusion of comments that point to weaknesses of a favored study is yet another clear sign of bias. There are other mistakes in Dr. Chang's decisions on exclusion of references, one of which is serious enough for me to comment on further, see below.

## B.      Population studies of fluoride neurotoxicity

Based on my research on fluoride that has by now spanned almost four decades, I have visited study areas in India and China, and have communicated with many highly productive fluoride scientists from many countries. As described in my report, I have collaborated with Chinese experts, through whom I obtained an understanding of the study settings and the publication practices that would not be apparent from a superficial review of the published or translated evidence that Dr. Chang has conducted.

Dr. Chang believes that the dozens of cross-sectional studies, most of which report statistically significant associations between long-term fluoride exposure and neurocognitive deficits are "insufficient to establish causal effects of fluoride exposure" (p. 9). She also refers to "high potential for selection bias" without providing any supporting evidence.[9] Dr. Chang does not consider how unlikely it is that these dozens of studies should all suffer from some special exposure misclassification that would cause bias away from the null, selection bias that would result in participation of intellectually disabled children only in the high-fluoride group, and residual confounding resulting in bias only away from the null in the many different

---

[9] For example, Dr. Chang speculates that Chinese-language studies that did not find adverse effects may not have been translated into English (p. 37). Instead of speculating about this, Dr. Chang could have conducted a search of online databases of Chinese-language research (e.g., CNKI). For unexplained reasons, Dr. Chang chose not to do so. A search of PubMed for "CNKI database" shows that many systematic reviews include CNKI as one of the databases to retrieve studies, and the Institute of Medicine recommendations for systematic review (which Chang relies on) calls for searching for foreign language studies when appropriate (IOM 2011, p. 8). CNKI is publicly available online at: http://oversea.cnki.net/kns55/default.aspx.

5

study settings. Although I recognize the issues raised and have taken them into regard in my report, I find it extremely unlikely, if not impossible, that the overwhelming evidence of fluoride neurotoxicity should be a mirage caused by bias, such as Dr. Chang apparently believes.

In Dr. Chang's view, "nearly all of the studies in this meta-analysis were of very poor quality and provided no reliable scientific basis for drawing conclusions about causality" (p. 20). Thus, Dr. Chang assumes that brief reports in Chinese scientific journals or poor translations must be equated with poor quality of the research. Such superficial judgment seems subjective and counter to the alleged aim of providing a systematic review. The fact that she used her own poorly justified judgment to discount evidence of fluoride again indicates serious bias.

C.     **Coherence between studies**

According to Dr. Chang, a major issue is the lack of coherence between studies. Indeed, in our review and meta-analysis [2], we did identify heterogenicity between the reports that we reviewed. However, this is not unusual and does not necessarily indicate publication bias, of which we found no sign.

Dr. Chang made the following claim about our meta-analysis [2]: "The authors did not explore the reasons for the more than 10-fold difference in the magnitude of the standardized mean difference between their meta-analysis estimate (–0.45 IQ points between high-fluoride and low-fluoride areas) and that of Tang et al. (2008) (–5.03 IQ points)" (p. 22). This statement is erroneous and misleading, as Dr. Chang falsely invents the existence of a 10-fold difference in risk. In contrast to Dr. Chang's opinion, the two reviews are in excellent agreement. As we clearly stated in our 2012 article: "Our findings are consistent with an earlier review (Tang et al. 2008), although ours more systematically addressed study selection and exclusion information…" [2].

Dr. Chang further claims that our analysis showed a difference of –0.45 IQ points (p.22) – and this is a critical misunderstanding. Our paper did not draw that conclusion. Because different intelligence scales had been used in the studies considered, we expressed the outcome as a random-effect standardized weighted mean difference estimate, as we clearly explain [2]. In order to translate this measure to a difference on an IQ scale, the result must be multiplied by the standard deviation of the IQ scale, i.e., 15. This should be clear from the published paper and from my report, where I wrote: "Given that the standard deviation (SD) for the IQ scale is 15, an SMD of -0.45 corresponds to a loss of 6.75 IQ points" (p. 19 of my report). Dr. Chang obviously missed this explanation along with the description in the published article.

Still, I can understand that our review article describes fairly complex, systematic analyses that may not be clear to all readers. Thus, the journal did receive a letter from a reader who, like Dr. Chang, did not understand the results. We therefore submitted a clarification that was published as a letter in the journal [10]. This letter was cited as reference number 32 in my report but was not cited by Dr. Chang. Interestingly, Dr. Chang did identify this reference in her systematic search, but it is listed among the publications that she decided not to consider (p. 14 of the list). Accordingly, by her systematic search, Dr. Chang identified our letter with the extended explanation, but for unknown reasons, she excluded the reference that could have

6

helped correct her misunderstanding. This oversight of course emphasizes that her handling of the literature search was not systematic.

Dr. Chang otherwise does recognize that most reports are in overall agreement, but she also claims that "the similarity of their findings makes these papers even more anomalous" (p. 37). Thus, Dr. Chang tries to argue both ways: First that the reports are not in agreement, then that it is abnormal that they are. Both opinions are unconvincing.

D.      Bias

Dr. Chang claims: "Dr. Grandjean is incorrect in suggesting that imprecise measurement of exposures or outcomes leads predictably to bias toward the null" (p. 38). She then explains that *systematic* error can result in a bias away from the null, a well-known issue, although my concern was clearly related to *random or non-differential* misclassification. Dr. Chang then explains that random error can result in bias that "can be either toward or away from the null" (p. 38).

This critique is again biased, as Dr. Chang erroneously interprets my opinion and fails to acknowledge that random error is unlikely to cause a bias away from the null, as is well-known in epidemiology [11], as I have also discussed in past publications [12, 13]. Thus, when an exposure parameter is measured with imprecision, some truly highly exposed subjects are falsely considered to have a low exposure, and *vice versa*. In prospective epidemiological data where the exposure is often measured long before the outcome, a reasonable assumption is that the error is non-differential, i.e., independent of the outcome. An additional assumption is that the measurement error is correlated with the true exposure level, e.g., overestimated for truly highly exposed and underestimated for those with a true low exposure. Then the expected regression coefficient will generally be biased toward the null [14]. In addition, the probability of observing a bias *away* from the null decreases toward 0 as a function of the sample size. Thus, in large samples, a bias away from the null is unlikely (in contrast to what is indicated by Dr. Chang). Further, even when measurement error and true exposure level are correlated, the resulting bias will still be toward the null, except when this correlation is very strong. These results hold in linear regression models as well as in more general non-linear models [14].

Dr. Chang has included in her report a brief (6-page) Appendix C, which is meant to provide an introduction to epidemiology. However, the text is superficial, and it does not explain crucial issues, such as why measurement imprecision most likely will result in a bias toward the null (which is of course against her opinion), and why adjustment for covariates may result in additional bias toward the null when the exposure is measured with imprecision [15]. Appendix C is therefore not helpful.

Likewise, Dr. Chang describes cross-sectional studies as if they are all equal and as if the exposure parameter always represents a current and short-lasting exposure only. She fails to acknowledge in her causal analysis that exposure measures in many studies represent long-term conditions, in some studies also likely covering prenatal exposures, an essential detail.

Dr. Chang further claims that "Plaintiffs' experts do not critically examine the validity of potential biological markers, or biomarkers, of fluoride exposure and effects that have been used in epidemiological studies" (p. 47). On the contrary, my report contains a whole section on these issues (pp. 12-15). I also addressed the imprecision of the spot sample urinary fluoride method[10] used by Bashash [16] and explained how this imprecision would be expected to bias the results toward the null (p. 23), see above. Further, I discuss toxicokinetic data on the passage of fluoride across the placenta and blood-brain barrier (pp. 8, 11), which are issues of major importance to assessments of developmental neurotoxicity, but which Dr. Chang chooses to ignore.

Dr. Chang asserts that "None of the Plaintiffs' experts systematically evaluate the extent of confounder control in the available epidemiological literature" (p.59). While it is always possible to identify one or more parameters that would have been ideal to include, it is a matter of scientific judgment whether the absence of a particular covariate is problematic. Dr. Chang's systematic approach clearly aimed to identify alleged confounders in the studies that pointed toward adverse effects of fluoride exposure. In most cases, I deemed the absence of such information to be unfortunate, though not necessarily invalidating, e.g., if stratified analyses had been carried out, as we reported in our systematic review and meta-analysis [2]. I also note the statistical concern about adding adjustment for unjustified covariates, as this may exaggerate the bias toward the null when the exposure parameter is imprecise [15], an issue that Dr. Chang has not considered.

Of note, Dr. Chang made a systematic search for potential confounders only in the studies that pointed toward fluoride neurotoxicity. She did not provide similar scrutiny of studies that were unable to identify an adverse fluoride effect. Thus, in my report, I pointed out the potential of tea consumption to affect the individual fluoride exposure levels, particularly in the cohort studies from New Zealand, where frequent tea-drinking is a common habit (p. 22 in my report). Dr. Chang ignored this concern and only mentioned this in passing when reviewing the recent studies in Canada. Again, Dr. Chang's report is not systematic, or rather, it is systematic in its effort to disqualify any evidence that might link fluoride exposure to developmental neurotoxicity. For example, Dr. Chang relies on the Spittle abstract [3], although it does not provide any information on confounder control and other methodology concerns. Even the full study [4] is accepted by Dr. Chang at face value, and the critique offered in my report is ignored.

In regard to the most recent studies, Dr. Chang claims that "methodological uncertainties remain about the assessment of fluoride exposure and neurodevelopmental outcomes; and the reported findings are plausibly explained by confounding, bias, and chance" (p. 9). However, she does not provide any convincing evidence that such issues could have resulted in erroneous conclusions on fluoride neurotoxicity in the high-quality prospective studies.

Moreover, Dr. Chang refers to exaggerated associations that can result from lack of blinding (p. 59), but fails to acknowledge that at least 11 of the studies reporting adverse

---

[10] Dr. Chang makes contradictory statements about urinary fluoride measurements, noting on p. 47 that "no biomarker is currently considered to be a gold-standard," and then noting five pages later that 24-hour urine samples are the "gold standard measure" (p. 52).

8

neurocognitive effects have clearly been blinded, including the recent birth cohort studies, where the exposure was determined *after* the cognitive tests had been completed.[11] Despite producing a 56-page table to address "key characteristics" of the studies, Dr. Chang fails to mention this methodological strength in her summary of these studies (pp. 90-146).

Perhaps the most blatant example of bias in Dr. Chang's review is the double standard she applies to ecological studies. Dr. Chang correctly notes that "ecological studies are considered by epidemiologists to be especially weak" (p. 20), and she is dismissive of many studies on this ground. Despite this, Dr. Chang includes the three New Zealand papers that used ecologic measures of water fluoride exposure in her causal analysis [3, 4, 9] and unjustifiably treats these studies as being on equal footing with the recent prospective birth cohort studies which have individualized biomarker data [16, 17]. In an attempt to justify her conflation of these very distinct studies, Dr. Chang incorrectly claims that the New Zealand studies are not ecological because they had individual data on the "duration" of residence (p. 45). The fact that there was data on duration of residence does not transform a group-based level into an individualized one.

Further, Dr. Chang incorrectly claims the New Zealand studies provide information on the "timing" of exposure (p. 45). In fact, the Shannon [4] and Spittle [3] papers simply report total years of residence in fluoridated areas during the first seven years of life without specifying which years were spent in the fluoridated community. Accordingly, a child who lives her first year of life in a fluoridated area (a period of expected hypervulnerability) is treated the same as a child who lives her seventh year in a fluoridated area. The Broadbent study [9] provides little improvement over this crude assessment, as it simply distinguishes between children who had or had not lived in a fluoridated area during the first five years of life, without any apparent attempt to control for the duration or timing of exposures during these first five years. Dr. Chang fails to acknowledge any of these serious shortcomings, again a matter of serious bias.

Finally, Dr. Chang repeatedly highlights the risk of publication bias, e.g., in the *Fluoride* journal, which is not indexed by PubMed. However, she does not mention the bias against publication, i.e., in the opposite direction. The examples that I mentioned in my report (p. 34) illustrate that such bias exists, and the failure by Chang to mention both aspects again illustrates the bias and lack of balance of her report.

I am aware that Dr. Chang has written several reviews on other environmental chemicals, with conclusions that were favorable to the sponsor. One of them unreasonably criticized some of my publications in peer-reviewed journals [18], while another criticized the EPA's use of evidence on developmental neurotoxicity in children for standard setting purposes [19]. As Dr. Chang has apparently not conducted original research in these fields, my impression is that Dr. Chang allows her preconceived conclusions trump the actual findings of her "systematic review".

---

[11] Bashash (2017), Bashash (2018), Choi (2015), Das & Mondal (2016); Green (2019), Rocha-Amador (2007), Rocha-Amador (2009), Seraj (2012), Till (2019), Xiang (2003), Zhang (2015)

E.      **Causality assessment**

Another key point in Dr. Chang's report is that "most published scientific research findings are anticipated to be false (Ioannidis 2005)" (p. 38). Although the original report by John Ioannidis [20] did provide some stunning examples how clinical medicine could be misled by single reports, it would indeed be counterproductive if we were to ignore all published reports, as Dr. Chang seems to prefer. This nihilistic view was also not the intent of the author, but Dr. Chang seems to be unaware how Dr. Ioannidis in a more recent paper in the same journal highlighted the need for balanced review of scientific evidence in the interest of inspiring responsible policy decisions [21].

Nonetheless, Dr. Chang seems to favor studies carried out in North America, and she raises serious critique against studies carried out, e.g., by competent scientists in China and other countries. I of course agree that all research reports must be critically assessed, as I have done in my report. However, Dr. Chang's critique of publications from China is crushing and unbalanced. This prejudiced approach is in contrast to Dr. Chang's reliance on research from Bangladesh on highly elevated[12] arsenic exposures [22] in the above-mentioned review on arsenic [19] authored jointly with Dr. Tsuji, who also wrote an expert report for the defense in the present case. The arsenic report was supported by the Electric Power Research Institute and the Arsenic Science Task Force and criticized the EPA position on developmental neurotoxicity of this substance [19]. Dr. Chang used the Bangladeshi study of highly elevated exposures in an Asian country [22] to calculate a Reference Dose (RfD) for arsenic neurotoxicity at levels far higher than EPA's current standard. Notably, the methodology of the arsenic study is very similar to, and in some respects weaker than,[13] the methodology used in the ELEMENT and MIREC cohorts that provided evidence on fluoride neurotoxicity, yet Dr. Chang is largely dismissive of the latter Western studies that focused on exposures that overlap with current fluoride exposures in the U.S.[14] It therefore seems that Dr. Chang's criteria for judging causality depend on the conclusions desired.

Major misleading statements include the following: "he does not reach a conclusion of causality based on this body of literature" (p. 22) and "a conspicuous gap in the Plaintiffs' experts' reports in this matter is that none of them present a structured causal analysis of the relevant epidemiological studies of fluoride exposure and developmental neurotoxicity" (p. 62). It is not clear from her report how Dr. Chang could reach these stunning conclusions,

---

[12] The Bangladeshi study addressed a population with mean urinary arsenic levels ranging from 35 to 80 ug/L (Hamadani 2011), which is about 10 to 40 times the levels measured in the US population. This, however, did not stop Dr. Chang and her co-authors from calculating an RfD from these data (which resulted in an RfD above EPA's current value). By contrast, in her assessment of the fluoride literature, Dr. Chang gives little weight to the Valdez Jimenez prospective cohort data on the grounds that the mean urinary fluoride levels (1.9-2.7 mg/L) were higher than the levels seen in fluoridated areas (p. 66). However, based on the Canadian data from the Till study, the mean urinary F levels in the Valdez Jiminez study are only 2-to-4-fold higher than the mean level in fluoridated areas.

[13] Similar to the ELEMENT and MIREC studies, the Bangladeshi study is a prospective birth cohort study wherein maternal arsenic exposure was ascertained through two urinary samples during pregnancy. Unlike the ELEMENT and MIREC studies, the Bangladeshi study did not control for exposure to other neurotoxicants. Further, in contrast to the ELEMENT and MIREC studies, the study involved arsenic exposures that far exceed the exposures in the US (by a factor of 10 to 40).

[14] Uyghurturk DA et al. Fluoride Concentrations in Urine, Serum and Amniotic fluid in 2nd Trimester Pregnant Women in Northern California (manuscript, to be published).

although several errors and omissions mentioned above suggest that her review of my report was rather superficial.

As a conclusion, Dr. Chang claims: "I conducted a causal analysis of the overall weight of the relevant epidemiological and related scientific literature on fluoride exposure and developmental neurotoxicity, using the generally accepted Bradford Hill considerations and focusing on the higher-quality studies set in Western populations with lower levels of fluoride in drinking water" (p. 9). Again, this analysis is superficial and pays lip service only to Sir Austin's wise advice. The depth of Dr. Chang's analysis is problematic when considering the wealth of evidence and the risks of possible bias that are likely to occur toward the null. Dr. Chang cites Kenneth Rothman's textbook [23] in support for her causal analysis but fails to acknowledge Rothman's prudent criticism of the superficial type of checklist analysis that Dr. Chang relies on in her report. As Rothman has noted, "checklists lend a deceptive kind of mindless authority to an imperfect and creative process" (p.34). I also refer to an excellent review of the causality aspects published in a legal journal [24] that again argues against superficial assessments. As I shall now discuss, Dr. Chang's "causal analysis" is primitive and unbalanced, and her conclusions are biased.

*Strength*: Dr. Chang dismisses the strength of the association between fluoride and IQ on the grounds that a loss of 3 to 5 IQ points is "relatively small in comparison with normal, expected variation" (p. 69). Under this arbitrarily high standard, other well-known neurotoxicants (e.g., lead, methylmercury, arsenic) would fail Dr. Chang's strength criterion. In fact, a similar criticism that was once used to dismiss the epidemiological data on lead and IQ was appropriately rejected [25]. In the context of neurotoxicants, a population-wide loss of 3-to-5 IQ points is very large, and—as explained in my report (p. 38-39)—would produce enormous economic losses on a population level, as also recognized by the EPA. In accordance with the EPA view of preventable IQ deficits, I must disagree with Dr. Chang that the association is small and can be ignored.

*Consistency*: Dr. Chang highlights non-informative findings from studies that made no attempt to measure or investigate prenatal or early postnatal fluoride exposures [3, 4, 9, 26, 27] as contradicting the highly significant findings from the prospective ELEMENT [16] and MIREC [17] birth cohort studies (pp. 70-71). Dr. Chang fails to acknowledge the inappropriate apples-to-oranges nature of this comparison and cites the "mixed" nature of the findings as a basis to conclude that the consistency factor has not been met. Further, Dr. Chang fails to mention that every single prospective birth cohort study to date has found a significant adverse effect of prenatal fluoride exposure on neurodevelopment [16, 17, 28-30]. Moreover, Dr. Chang gives short shrift to the consistent association between fluoride exposure and reduced IQ reported in the cross-sectional studies [2, 31, 32]. I already mentioned how Dr. Chang's misunderstanding of our meta-analysis [2] resulted in an erroneous claim that the reviews did not result in consistent conclusions. Dr. Chang also entirely ignored the findings from occupational studies, as well as the neuropathology data from examinations of fetal brain abnormalities. As I explained in my report, each of these types of studies is consistent with, and provide support for, fluoride being a neurotoxic agent at current levels of exposures.

*Specificity*: As Rothman and others have explained, and as Dr. Chang recognizes, lack of specificity "does not weight against or in favor of a causal conclusion" (p. 74).

*Temporality*: Dr. Chang's assessment of temporality mirrors her assessment of consistency in that she cites the New Zealand studies as contradicting the findings from the ELEMENT and MIREC cohorts. Once again, Dr. Chang fails to acknowledge the absence of prenatal or early postnatal fluoride exposure assessments in the New Zealand studies, nor any of the other shortcomings. Instead, Dr. Chang focuses on non-differential measurement uncertainties of the urinary fluoride data in the ELEMENT and MIREC cohorts to cast doubt on the findings of these studies. As already discussed, however, the imprecision of the urinary fluoride parameters would likely bias the results toward the null, not the reverse. The temporality requirement is thus met with fluoride, as each of the prospective birth cohort studies has found a significant association between early-life exposure to fluoride and the offspring's subsequent performance on neurobehavioral testing. In short, the exposure preceded the effect in these studies, which is what the temporality factor is supposed to assess.

*Biological Gradient*: Dr. Chang dismisses the biological gradient of fluoride's neurotoxicity effects by showing scatterplots from the ELEMENT and MIREC cohorts without the trend lines (pp. 77-81). However, this approach proves little, other than the undisputed fact that there is substantial natural variation in IQ across the population and that an appropriate statistical analysis is needed to extract a reliable estimate of the effect of the toxicant exposure. I am aware that similar scatterplots have been published showing the effects, e.g., of lead and IQ [33], and I believe that such scattering of results would not convince the EPA that lead is not neurotoxic. Dr. Chang also argues that outliers may have distorted the effects seen in the ELEMENT and MIREC cohorts (p. 77-78), without acknowledging that statistical analyses on the impact of exposure outliers have been conducted and that "the results did not change in any meaningful way" [16].

*Plausibility*: Dr. Chang limits her assessment of biologic plausibility to NTP's assessment of learning and memory [34] in animal models, and Dr. Tsuji's expert report (p. 83). In so doing, Dr. Chang completely ignores the large body of animal literature showing adverse neuroanatomical and neurochemical effects from fluoride exposure, as reviewed by the National Research Council (NRC) [35] and by Dr. Thiessen in her report. The NRC concluded that the neuroanatomical and neurochemical effects are sufficient to determine that fluoride interferes with brain function. Since the NRC reached this conclusion in 2006, much additional mechanistic research has been published. Dr. Chang ignores these data in favor of the NTP's narrower assessment, which found a "moderate" level of evidence for adult neurotoxicity, but a "low" level of evidence for developmental effects due largely to fewer studies being available.

I note that Dr. Chang (p. 83) relies on Dr. Tsuji's opinion when reaching her conclusion that there is no convincing evidence of fluoride neurotoxicity from experimental toxicology studies. I would rather rely on the conclusions drawn by the EPA's own experts on developmental neurotoxicity, including internationally recognized scientists such as William R. Mundy and Kevin M. Crofton [36]. These experts recently considered fluoride to be a chemical with substantial evidence of developmental neurotoxicity. I thus stand by the conclusion in my report that the animal data provide biologic plausibility for fluoride being a developmental neurotoxicant in humans.

*Coherence*: Dr. Chang dismisses the coherence of fluoridated water reducing IQ on the grounds that IQ scores in US children steadily improved throughout the 20th century (the

12

so-called "Flynn Effect") (p. 83-84). Dr. Chang even goes so far as to suggest that fluoridation may be responsible for the increased scores, although noting that the "pattern cannot be attributed with *certainty* to a beneficial effect of artificial drinking water fluoridation" (p. 84). That Dr. Chang would make this suggestion (in the absence of any reliable epidemiologic data to support it) highlights the relaxed evidentiary standards that Dr. Chang uses for data that supports her sponsor's position. Under Dr. Chang's simplistic framework, leaded gasoline could not have reduced IQ, as it was introduced in the early part of the 20th century and IQ scores continued to increase during the entire duration of its use. It is well accepted, however, that low-level lead exposure reduces IQ, and thus the Flynn Effect argument—while perhaps superficially appealing—does not demonstrate "incoherence." Rather, Dr. Chang's argument is not coherent with the science.

Dr. Chang fails to consider other considerations relevant to coherence, including the association between neonatal fluoride exposure mediated by infant formula feeding and reduced IQ [1], as further discussed below. While the studies prior to the recent Canadian analysis did not consider the potential role of neonatal fluoride exposure, formula feeding is well established to increase a baby's fluoride exposure, even in areas without fluoridated water [37, 38]. Although other factors are of likely importance, the relationship between formula-feeding and reduced IQ is coherent with maternal fluoride exposure during pregnancy being associated with a lowered IQ in the child. In this perspective, Dr. Chang's highlight of the Flynn effect is arbitrary and constitutes cherry picking for the purpose of rejecting coherence.

*Experiment*: Dr. Chang ignores the NRC's observation [35] that case reports of fluoride toxicity constitute "experimental studies" of neurologic symptomatology following fluoride exposure (NRC report, p. 208). The case reports involve "one or more individuals who underwent withdrawal from their source of fluoride exposure and subsequent re-exposures under 'blind' conditions" [35]. In most cases, the symptoms (which included lethargy, weakness, and impaired ability to concentrate) "disappeared with the elimination of exposure to fluoride and returned when exposure was reinstated". Although experimental support is not a crucial criterion [24], the existence of such support should not be missed in a systematic assessment.

*Analogy*: I agree with Dr. Chang that "analogies can be drawn to other naturally occurring elements, especially certain metals" like lead. As discussed above, many of the exaggerated criteria that she uses to reject a causal relationship between fluoridated water and IQ could be equally used to erroneously dismiss the causal relationship between low-level lead exposure and IQ.

Overall, Dr. Chang's opinions and her review of the evidence is not at an appropriate academic level for me to consider revising my own opinions, as written in my report from June. As discussed above, an appropriate and systematic assessment of the Bradford Hill guidelines supports, rather than refutes, the causal relationship between elevated fluoride exposure and adverse effects on brain development.

13

### III. SUPPLEMENTARY REPORT

I shall now discuss recent evidence that has now become available.

#### A.    New data on infant fluoride exposure and IQ

In addition to the MIREC report that related childhood IQ to the maternal urine-fluoride excretion and the maternal fluoride intake during pregnancy [17], I have obtained access to an additional report that focuses on the infancy exposure to fluoride from formula prepared with community water [1]. This postnatal source is important, as very little fluoride passes into breast milk [39], thereby protecting breastfed infants from excess fluoride. Given that the brain remains highly vulnerable to neurotoxicants neonatally [40], as amply illustrated by lead [41], the MIREC study was utilized to extract data on infant exposures from formula. The families resided in both fluoridated or non-fluoridated cities in Canada, and data were obtained on 398 mother-child pairs. Again, IQ scores were obtained by the WISC at 3 to 4 years of age. Statistical models included fluoride exposure assessed in infancy with adjustment for major covariates, including child's sex and age, maternal education, maternal race, second-hand smoke in the home, and quality of the child's home (HOME scale); sensitivity analyses also included prenatal exposure. An increase in fluoride concentration in the community water by 0.5 mg/L was associated with significant decrements in full-scale IQ, as indicated by the regression coefficients (B) with 95% confidence intervals (CI) (B=-4.4, 95% CI: -8.34, -0.46) and in performance IQ (B=9.3, 95% CI: -13.77, -4.76) in formula-fed children. Among breastfed children, the fluoride exposure predicted a lower performance IQ only (B=-6.19, 95% CI:-10.45, -1.94). The associations with water fluoride concentration remained significant for the performance IQ after controlling for prenatal fluoride exposure among both formula-fed (B=-7.93, 95% CI:-12.84, -3.01) and breastfed children (B=-6.30, 95% CI: -10.92, -1.68). No tendencies were seen with verbal IQ.

This study extends the documentation on human developmental neurotoxicity at elevated fluoride exposure, as seen in communities with fluoridated drinking water, and it documents the risk within a narrow time window of the first six months postnatally. Thus, while there is ample support for developmental fluoride neurotoxicity in humans, the recent studies specifically point to exposures during early brain development being of the greatest concern, as would also be considered most plausible, as explained in my report (pp. 6-8) This new evidence therefore adds further support to my conclusions.

#### B.    New data on fluoride and ADHD in Canada

Although I didn't specifically focus on Attention Deficit Hyperactivity Disorder (ADHD) in my report, Dr. Chang criticizes the evidence on ADHD as an indicator of neurodevelopmental abnormalities (e.g., p. 56). An ecological study found a higher prevalence in areas with water fluoridation among youth in the United States [7], although this association was not robust (to altitude adjustment). Further support derives from the ELEMENT prospective study that focused on symptoms of inattention and total ADHD scores at ages 6 to 12 years [30]. However, when using data from the Canadian Health Measures Survey (CHMS), no association was found between urinary fluoride and learning disability in children at ages 3 to 12 years [26].

14

A more sophisticated study has now been completed.[15] The researchers used cross-sectional data at ages 6 to 17 years from the CHMS. Community water and spot urine samples were analyzed for fluoride concentrations and the latter was adjusted for specific gravity. Regression analyses were carried out to test the association with ADHD diagnosis and the hyperactivity/inattention score on the Strengths and Difficulties Questionnaire (SDQ). After adjustment for covariates, including lead exposure, fluoridation of the home water supply increased the risk of an ADHD diagnosis, and an increase in water-fluoride by 1 mg/L was associated with a (statistically significant) 6-fold higher odds of an ADHD diagnosis in the 710 children known to rely on community water, although this association was not replicated using urine concentrations. Similar tendencies were seen for the SDQ data, especially among the older youth (not covered by the previous study [26]). Relying on improved individual exposure data and more specific outcomes in adolescents, this new study provides more weight to the evidence of fluoride neurotoxicity assessed by other means than IQ testing.

### C.    New data on Western fluoride exposures

Subsequent to finishing my initial report, ELEMENT researchers have published a new study that provides data on the fluoride exposures from water and food products in Mexico City [42]. The study found that the average concentration of fluoride in tap water in Mexico City was 0.17 ppm, while the average concentration in bottled water was 0.14 ppm. The study thus confirmed that drinking water provides a negligible contribution to fluoride exposure in the Mexico City population. In her report, Dr. Chang notes that "The Mexico City studies did not measure fluoride concentrations in drinking water, but the authors stated that natural levels may range from 0.15 to 1.38 mg/L" (p. 50). While the new study found some higher fluoride concentrations in food than in the U.S., this finding is consistent with Mexico's use of fluoridated salt. Thus, this information supports the validity of the ELEMENT studies [16, 30] and rebuffs a critique that Dr. Chang has raised.

I am also aware of recent fluoride exposure assessments carried out in California.[16] In pregnant women, fluoride concentrations in urine and serum were significantly higher in pregnant women living in optimally fluoridated communities, as compared with communities with lower fluoride concentrations in their drinking water, and the same was true for amniotic fluoride concentrations, thus confirming the transplacental passage of fluoride. Overall the maternal urinary fluoride concentrations were similar to those reported from Canada [43].

### D.    Benchmark dose calculations from the most recent human data

Now that the MIREC cohort study in Canada has been accepted for publication, I have obtained a copy of the final manuscript, which was already referred to by Dr. Chang. Within the cohort, a subset of 601 of the children were examined at age 3-4 years by an IQ scale,

---

[15] Riddell JK et al. Association of water fluoride and urinary fluoride concentrations with Attention Deficit Hyperactivity Disorder in Canadian Youth (manuscript, to be published).
[16] Uyghurturk, op.cit.

slightly less than half of the children residing in fluoridated communities [17]. Maternal urine spot samples were obtained from each of the three semesters of pregnancy, and results were analyzed for those 526 mother-child pairs. Information was obtained on food and beverage intakes, including tea. Proper covariate adjustment was included. The regression analyses showed that an increase in maternal urine-fluoride (U-F) of 1 mg/L was associated with a statistically significant loss in IQ of 4.49 points in boys, though not in girls. An increase of 1 mg/L of fluoride in water and an increase of 1 mg/day of fluoride intake were associated with an IQ loss of 5.3 points and 3.66 points, respectively, for both boys and girls.

Under the assumption of a Gaussian distribution, the reported regression coefficients and their standard deviations can be applied to estimate approximate BMD values. In my report (p. 39), I already provided the results obtained on the basis of the ELEMENT study results [16]. I am now able to provide benchmark results for the additional North American prospective study using IQ as the outcome in regard to the major exposure parameters. As in my previous report (p. 38), I have chosen a loss of 1 IQ point as the benchmark response, in agreement with previous EPA decisions.

*Table. Benchmark dose results (mg/L urine adjusted for creatinine, or mg estimated daily intake) obtained from recent study results on IQ [16, 17].*

| Study | Reference | Exposure | Sex | BMD | BMDL |
|---|---|---|---|---|---|
| ELEMENT | [16] | Maternal U-F | Both sexes | 0.20 | 0.13 |
| MIREC | [17] | Maternal U-F | Both sexes | 0.51 | 0.21 |
| | | Maternal U-F | Boys | 0.22 | 0.13 |
| | | Maternal U-F | Girls | (–) | 0.58 |
| | | Maternal F intake | Both sexes | 0.27 | 0.15 |

As shown in the above *table*, the prenatal BMD for girls is not defined, but the BMDL is still meaningful and is, as expected, higher than the other estimates obtained. Overall, the results derived from the two studies and based on relevant exposure parameters are comparable. Of note, the below BMDL values are well below average exposure levels in North America, especially in communities with drinking water fluoridation [43].

Typically, the EPA uses the BMDL to calculate a Reference Dose (RfD) by dividing by an assessment (or uncertainty) factor, where the default value is 10. Assuming an average BMDL of about 0.2 mg/L, or 0.2 mg/day, the RfD would likely be 0.02, i.e., very much below current exposure levels, especially in fluoridated communities. As benchmark dose calculations constitute a routine approach applied by the EPA [44], these calculations provide a basis for comparing the dose-dependent risk of cognitive deficits with current exposure levels, whether due to artificial fluoridation or elevated fluoride release to the groundwater from minerals in the underground.

In her published arsenic review [19], Dr. Chang dismissed all cross-sectional studies on developmental arsenic exposure and neurobehavioral deficits in children, but accepted the prospective study carried out in Bangladesh [22]. In accepting this study for her purpose, Dr.

16

Chang required that the study was a prospective birth cohort study, that 1 to 3 measurements of the chemical were available to evaluate prenatal exposure, while complete adjustment for confounding was considered unnecessary (the arsenic study did not control, e.g., for fluoride). Although the Bangladeshi study was large, the fluoride evidence available includes results from separate cohorts in Mexico and Canada that satisfy the same criteria. However, the arsenic exposure in Bangladesh was substantially greater than exposures in the U.S., while that is not the case in regard to the recent prospective fluoride studies. My calculations of benchmark values for fluoride are therefore in accordance with the criteria that Dr. Chang has previously used when generating benchmark calculations for arsenic.

## IV. CITED PUBLICATIONS

1. Till C, Green R, Flora D, Hornung R, Martinez-Mier A, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B: Fluoride Exposure from Infant Formula and Child IQ in a Canadian Birth Cohort (manuscript). 2019 (in review).
2. Choi AL, Sun G, Zhang Y, Grandjean P: Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect* 2012, 120(10):1362-1368.
3. Spittle B, Ferguson, D., Bouwer, C.: Intelligence and fluoride exposure in New Zealand children (abstract). *Fluoride* 1998, 31(3):S13.
4. Shannon FT, Fergusson DM, Horwood LJ: Exposure to fluoridated public water supplies and child health and behaviour. *NZ Med J* 1986, 99(803):416-418.
5. Iheozor-Ejiofor Z, Worthington HV, Walsh T, O'Malley L, Clarkson JE, Macey R, Alam R, Tugwell P, Welch V, Glenny AM: Water fluoridation for the prevention of dental caries. *Cochrane Database Syst Rev* 2015(6):CD010856.
6. Perrott KW: Fluoridation and attention deficit hyperactivity disorder - a critique of Malin and Till (2015). *Br Dent J* 2018, 223(11):819-822.
7. Malin AJ, Till C: Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. *Environ Health* 2015, 14:17.
8. Grandjean P, Choi AL: Community water fluoridation and intelligence. *Am J Public Health* 2015, 105(4):e3.
9. Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, Poulton R: Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. *Am J Public Health* 2015, 105(1):72-76.
10. Choi AL, Grandjean P, Sun G, Zhang Y: Developmental fluoride neurotoxicity: Choi et al. Respond. *Environ Health Perspect* 2013, 121(3):A70.
11. Carroll RJ: Measurement error in epidemiologic studies. In: *Encyclopedia of biostatistics.* Edited by Armitage P, Colton T. Chichester: Wiley; 1998: 2491-2519.
12. Grandjean P, Budtz-Jorgensen E: Total imprecision of exposure biomarkers: implications for calculating exposure limits. *Am J Ind Med* 2007, 50(10):712-719.
13. Grandjean P, Budtz-Jorgensen E: An ignored risk factor in toxicology: The total imprecision of exposure assessment. *Pure Appl Chem* 2010, 82(2):383-391.
14. Carroll RJ: Measurement error in nonlinear models : a modern perspective, 2nd edn. Boca Raton, FL: Chapman & Hall/CRC; 2006.

15. Budtz-Jorgensen E, Keiding N, Grandjean P, Weihe P, White RF: Consequences of exposure measurement error for confounder identification in environmental epidemiology. *Stat Med* 2003, 22(19):3089-3100.

16. Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z *et al*: Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. *Environ Health Perspect* 2017, 125(9):097017.

17. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Neufeld R, Ayotte P, Muckle G, Till C: Fluoride exposure during fetal development and intellectual abilities in a Canadian birth cohort. *JAMA Pediatrcs* 2019 (in press).

18. Chang ET, Adami HO, Boffetta P, Wedner HJ, Mandel JS: A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. *Crit Rev Toxicol* 2016, 46(4):279-331.

19. Tsuji JS, Garry MR, Perez V, Chang ET: Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. *Toxicology* 2015, 337:91-107.

20. Ioannidis JP: Why most published research findings are false. *PLoS Med* 2005, 2(8):e124.

21. Ioannidis JPA: All science should inform policy and regulation. *PLoS Med* 2018, 15(5):e1002576.

22. Hamadani JD, Tofail F, Nermell B, Gardner R, Shiraji S, Bottai M, Arifeen SE, Huda SN, Vahter M: Critical windows of exposure for arsenic-associated impairment of cognitive function in pre-school girls and boys: a population-based cohort study. *Int J Epidemiol* 2011, 40(6):1593-1604.

23. Rothman KJ, Greenland S, Lash TL: Modern epidemiology, 3rd edn. Philadelphia: Lippincott-Raven; 2012.

24. Neutra RR, Cranor, C. F., Gee, D.: The Use and Misuse of Bradford Hill in U.S. Tort Law. *Jurimetrics* 2018, 58(2):127-162.

25. Needleman HL, Bellinger D: Studies of lead exposure and the developing central nervous system: a reply to Kaufman. *Arch Clin Neuropsychol* 2001, 16(4):359-374.

26. Barberio AM, Quinonez C, Hosein FS, McLaren L: Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. *Can J Public Health* 2017, 108(3):e229-e239.

27. Morgan L, Allred E, Tavares M, Bellinger D, Needleman H: Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. *Pediatr Dent* 1998, 20(4):244-252.

28. Chang A, Shi Y, Sun H, Zhang L: Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coal-burning fluorosis. *Chinese Journal of Control of Endemic Diseases* 2017, 32(8):872-873.

29. Valdez Jimenez L, Lopez Guzman OD, Cervantes Flores M, Costilla-Salazar R, Calderon Hernandez J, Alcaraz Contreras Y, Rocha-Amador DO: In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology* 2017, 59:65-70.

30. Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L *et al*: Prenatal fluoride exposure and attention deficit

hyperactivity disorder (ADHD) symptoms in children at 6-12years of age in Mexico City. *Environ Int* 2018, 121(Pt 1):658-666.

31. Duan Q, Jiao J, Chen X, Wang X: Association between water fluoride and the level of children's intelligence: a dose-response meta-analysis. *Public Health* 2018, 154:87-97.

32. Tang Q, Du J, Ma H, Jiang S, Zhou X: Fluoride and children's intelligence: a meta-analysis. *Bio Trace Elem Res* 2008, 126:115-120.

33. Rothenberg SJ, Rothenberg JC: Testing the dose-response specification in epidemiology: public health and policy consequences for lead. *Environ Health Perspect* 2005, 113(9):1190-1195.

34. National Toxicology Program (NTP): Systematic literature review on the effects of fluoride on learning and memory in animal studies. Research Triangle Park, NC: National Institute of Environmental Health Sciences; 2016.

35. National Research Council: Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, D.C.: National Academy Press; 2006.

36. Mundy WR, Padilla S, Breier JM, Crofton KM, Gilbert ME, Herr DW, Jensen KF, Radio NM, Raffaele KC, Schumacher K *et al*: Expanding the test set: Chemicals with potential to disrupt mammalian brain development. *Neurotoxicol Teratol* 2015, 52(Pt A):25-35.

37. Harriehausen CX, Dosani FZ, Chiquet BT, Barratt MS, Quock RL: Fluoride Intake of Infants from Formula. *J Clin Pediatr Dent* 2019, 43(1):34-41.

38. Zohoori FV, Omid N, Sanderson RA, Valentine RA, Maguire A: Fluoride retention in infants living in fluoridated and non-fluoridated areas: effects of weaning. *Br J Nutr* 2019, 121(1):74-81.

39. Ekstrand J, Boreus LO, de Chateau P: No evidence of transfer of fluoride from plasma to breast milk. *Br Med J (Clin Res Ed)* 1981, 283(6294):761-762.

40. Grandjean P: Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press; 2013.

41. Needleman HL: What can the study of lead teach us about other toxicants? *Environ Health Perspect* 1990, 86:183-189.

42. Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Tellez-Rojo MM, Martinez-Mier EA: Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. *Food Nutr Bull* 2019:379572119858486.

43. Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B: Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. *Environ Health Perspect* 2018, 126(10):107001.

44. U.S. Environmental Protection Agency (U.S. EPA): Benchmark dose technical guidance. Washington, DC: Risk Assessment Forum, U.S. Environmental Protection Agency; 2012.

**FLUORIDE & IQ -- FINDINGS FROM THE ELEMENT COHORT**
**Expert Report of Howard Hu, MD, MPH, ScD**
June 25, 2019

I am a physician-scientist trained in internal medicine, occupational/environmental medicine, epidemiology and general public health who has held leadership positions in science and academia for over 2 decades. A summary of my qualifications and publications can be found in my Curriculum Vitae, which is attached in **Appendix A.** I am also the Principal Investigator of ongoing research that is examining the impact of early-life exposures to fluoride on neurobehavioral development in the offspring participating in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project.

ELEMENT is a pregnancy and birth cohort that I co-founded in 1993 in partnership with the Instituto Nacional de Salud Publica (INSP—the National Institute of Public Health in Mexico) and that has been continuously funded since 1993 by grants from the U.S. National Institute for Environmental Health Sciences (NIEHS). It has had the general aim of understanding the impact of early life environmental exposures on developmental outcomes. Since its inception, ELEMENT has evolved into a highly successful, award-winning project involving collaborators at INSP, the University of Michigan[1], and other academic institutions in the U.S. and Mexico. It has generated over 70 high-impact publications and provided evidence contributing towards environmental health policies around the world.

Our project on fluoride and neurobehavioral development began in 2012, leveraging the unique ELEMENT resources of archived biological samples and data to measure the prenatal and postnatal exposures of ELEMENT offspring to fluoride and relate those measurements to rigorously measured neurobehavioral outcomes taken at multiple points of time.

In response to a request from counsel representing Plaintiffs, I have agreed to provide expert testimony in this matter, but only in the capacity as a non-retained expert. I am not retained and have not been provided any compensation nor employed in any capacity by any party.

If permitted to testify, I intend to discuss, for the Court, the design, conduct, and findings of our ELEMENT research on fluoride as they pertain to the three studies we have published in the peer-reviewed scientific literature so far, i.e., Thomas et al., 2016, Bashash et al. 2017, and Bashash et al. 2018. Copies of these publications are provided in **Appendix B.**

A complete list of cases in which I have provided testimony in the previous 4 years is attached as **Appendix C**.

Howard Hu
June 25, 2019

**References:**

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-Avila M.

---

[1] See: https://sph.umich.edu/cehc/element/element.html

Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9). doi: 10.1289/EHP655. PubMed PMID: 28937959.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10. PubMed PMID: 30316181.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

# Appendix A

1

CURRICULUM VITAE            Date Prepared: May, 2019

NAME:                    Howard Hu
HOME ADDRESS:            12544  42nd Avenue NE, Seattle, WA; 98125, USA
DATE OF BIRTH:           June 12, 1956

PRIMARY AFFILIATION:     School of Public Health, University of Washington
SECONDARY AFFILIATION:   School of Public Health, University of Michigan

CONTACT:                 Howard Hu, M.D, M.P.H., Sc.D.
                         Email: hhu5@uw.edu
LINKS:           https://deohs.washington.edu/faculty/hu_howard
                 https://www.linkedin.com/in/howard-hu-059703a/?trk=public-profile-join-page

TABLE OF CONTENTS

| SUBJECT | PAGE |
| --- | --- |
| EDUCATION | 2 |
| POSTDOCTORAL TRAINING | 2 |
| CERTIFICATION AND LICENSURE | 2 |
| ACADEMIC APPOINTMENTS | 2 |
| ADMINISTRATIVE APPOINTMENTS | 3 |
| CLINICAL APPOINTMENTS | 4 |
| OTHER ACADEMIC POSITION/VISITING APPOINTMENTS | 4 |
| MAJOR RESEARCH INTERESTS | 5 |
| GRANTS | 5 |
| HONORS AND AWARDS | 9 |
| MEMBERSHIPS | 10 |
| EDITORIAL POSITIONS AND BOARDS | 10 |
| PEER REVIEW SERVICE | 11 |
| TEACHING | 11 |
| COMMITEE, ORGANIZATIONAL, VOLUNTEER SERVICE | 17 |
| OTHER PUBLIC SERVICE | 22 |
| CONSULTING POSITIONS | 22 |
| VISITING PROFESSORSHIPS | 23 |
| SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS | 23 |
| BIBLIOGRAPHY | 31 |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2

EDUCATION:

| | | | |
|---|---|---|---|
| 9/1973-6/1976 | Biology | B.Sc. | Brown University |
| 9/1977-6/1982 | Medicine | M.D. | Albert Einstein College of Medicine |
| 9/1979-6/1980 (degree in 6/1982*) | | M.P.H. (Occ Hlth) | Harvard School of Public Health |
| 9/1985-6/1986 | Epidemiology | M.S. | Harvard School of Public Health |
| 7/1986-6/1990 | Epidemiology | Sc.D. | Harvard School of Public Health |

* Awarding of the Harvard M.P.H. to medical students is delayed until the M.D. degree is conferred

POSTDOCTORAL TRAINING:

Research Fellowships

7/1987-6/1988 Occupational Health Research Fellow, Dept. of Environmental Health
Harvard School of Public Health

Internship and Residencies

| | | |
|---|---|---|
| 7/1982-6/1983 | Intern in Medicine | Boston City Hospital |
| 7/1983-6/1984 | Junior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1984-6/1985 | Senior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1985-6/1987 | Resident, Occupational Medicine | Harvard School of Public Health |

CERTIFICATION AND LICENSURE:

| | |
|---|---|
| 1984 | Massachusetts Medical License Registration |
| 1985 | American Board of Internal Medicine, Diplomate |
| 1987 | American Board of Preventive Medicine, Diplomate (Occupational Medicine) |
| 2006 | Michigan Medical License Registration |
| 2013 | College of Physicians & Surgeons of Ontario |
| 2018 | Washington State Medical License Registration |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 9/1988-6/1992 | Instructor in Medicine<br>Department of Medicine, Harvard Medical School |
| 9/1988-6/2006 | Associate Physician (Clinical and Research), Channing Laboratory,<br>Department of Medicine, Brigham & Women's Hospital |
| 9/1990-6/1994 | Assistant Professor of Occupational Medicine<br>Department of Environmental Health, Harvard School of Public Health |

CV: Howard Hu, M.D., M.P.H., Sc.D.

3

| | |
|---|---|
| 7/1992-6/1997 | Assistant Professor of Medicine |
| | Department of Medicine, Harvard Medical School |
| 7/1994-6/2002 | Associate Professor of Occupational Medicine |
| | Department of Environmental Health, Harvard School of Public Health |
| 7/1997-8/2006 | Associate Professor of Medicine |
| | Department of Medicine, Harvard Medical School |
| 7/2002-8/2006 | Professor of Occupational and Environmental Medicine (tenured) |
| | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Chair and Professor of Environmental Health Sciences (tenured), Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 9/2006-8/2009 | Adjunct Professor of Occupational and Environmental Medicine |
| | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Research Associate Physician, Channing Laboratory, Department of Medicine, Brigham & Women's Hospital |
| 5/2007-2012 | Professor of Epidemiology, University of Michigan School of Public Health |
| 5/2007-2012 | Professor of Internal Medicine, University of Michigan Medical School |
| 1/2009-2012 | NSF International Endowed Department Chair, University of Michigan School of Public Health, Department of Environmental Health Sciences |
| 7/2012-2018 | Professor of Environmental Health, Epidemiology and Global Health (tenured) Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada (on sabbatical/administrative leave, 2017-2018) |
| 7/2012-2018 | Professor, School of Medicine, University of Toronto, Toronto, Ontario, Canada |
| 7/2012- | Adjunct Professor, Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 7/2012-2013 | Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada |
| 7/2013-6/2017 | Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada |
| 7/2017- | Affiliate Professor (started as Visiting Scholar until December, 2017), Department of Occupational and Environmental Health Sciences, University of Washington School of Public Health, Seattle, WA |

ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 7/1991-6/2006 | (Founding) Director, Metals Epidemiology Research Group, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Environmental Health, Harvard School of Public Health |
| 7/1992-6/1995 | Director, Commission to Investigate the Health and Environmental Effects of Nuclear Weapons Production, International Physicians for the Prevention of Nuclear War |
| 7/1996-6/2006 | Director, Residency Program in Occupational and Environmental Medicine, Harvard School of Public Health |
| 7/1996-8/2006 | Director, Occupational and Environmental Medicine Core, National Institute for Occupational Safety and Health Educational Resource Center at the Harvard School of |

CV: Howard Hu, M.D., M.P.H., Sc.D.

4

Public Health

7/1998-6/2004 (Founding) Medical Editor, Environmental Health Perspectives (official journal of NIEHS)

7/2000-8/2006 Associate Director, the Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health

7/2004-6/2009 (Founding) Principal Investigator and Director, Harvard Center for Children's Environmental Health and Disease Prevention Research (co-PI and co-Director after 9/1/08)

9/2006-6/2012 Chair, Department of Environmental Health Sciences, University of Michigan School of Public Health

9/2006-2012   Director, Occupational Epidemiology Core, NIOSH Education and Research Center, University of Michigan

9/2006-2012   Co-Director, Michigan-Harvard/Harvard-Michigan Metals Epidemiology Research Group

7/2009-2011 Director, NIA T32 Training Grant in Aging and Public Health, University of Michigan School of Public Health

1/2010-2012 Chair, Faculty Steering Committee on Global Health, University of Michigan School of Public Health

4/2011-2012 (Founding PI) and Director, University of Michigan NIEHS P30 Core Center.

7/2012-2013 Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada

7/2013-6/2017 Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada

CLINICAL APPOINTMENTS:

7/1985-6/1987 Attending Physician, Emergency Department, Whidden Memorial Hospital

7/1985-6/1988 Assistant Visiting Physician, Department of Medicine, Boston City Hospital

1/1985-6/2006 Consultant in Occupational and Environmental Medicine, Center for Occupational and Environmental Medicine, Northeast Specialty Hospital (formerly known as the Olympus Specialty Hospital, the Massachusetts Respiratory Hospital, and Norfolk County Hospital).

3/1987-9/1987 Attending Physician, Occupational Health Program, University Hospital/Boston University Medical Center

7/1988-9/2006 Associate Physician, Brigham and Women's Hospital

7/1990-6/1995 Occupational/Environmental Medicine Consultant, Brigham and Women's Hospital Employee Health Services

7/2007-2012 Associate Physician, Division of General Medicine, Department of Medicine, University of Michigan Health System

1/2019-present Staff Physician, RotaClinic-Lake City, Seattle, WA

OTHER ACADEMIC POSITIONS and MAJOR VISITING APPOINTMENTS:

CV: Howard Hu, M.D., M.P.H., Sc.D.

5

| | |
|---|---|
| 7/1987-6/1990 | Visiting Physician, South Cove Health Center, Boston (Chinatown) |
| 7/1996-8/2006 | Associate, Center for Health and the Global Environment, Harvard Medical School |
| 2/1997 | Alice Hamilton Visiting Professor, Division of Occupational and Environmental Medicine, Department of Medicine, University of California at San Francisco |
| 11/2000- | Visiting Scientist, Sri Ramachandra Medical College and Research Institute |
| 7/2010- | Senior Consultant, Tianjin Centers for Disease Control and Prevention, Tianjin, China |
| 10/2012- | Visiting Professor, Shanghai Key Laboratory of Children's Environmental Health, Xinhua Hospital, Shanghai Jiao-Tung University, China |
| 7/2013-6/2016 | Visiting Professor, Shanghai Jiao Tong School of Medicine, China |
| 5/2015- | Affiliate Scientist to the Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, Canada |

MAJOR RESEARCH INTERESTS:

1. Environmental and molecular epidemiologic research related to heavy metals, potential endocrine disruptors, other neurotoxicants, carcinogens, etc.
2. Gene-environment interactions; epigenetic dysregulation
3. Fetal/early life exposures and long-term effects
4. Aging-environment interactions
5. Environmental health, health inequities and health disparities, human rights
6. Health and the global environment
7. "Big Data" for population health
8. Environmental sensitivities/Multiple chemical sensitivities

GRANTS (as PI, Co-PI, or primary mentor only):

Past Funding:

| | |
|---|---|
| 1980 (summer) | Montefiore Hospital, Bronx NY,PI; $2,000 (approx) |
| | A study of rural and occupational health in Tulua, Colombia, South America |
| 1982 (summer) | Albert Einstein College of Medicine, PI; $3,000 (approx) |
| | A study of occupational/environmental health in Shanghai, China |
| 7/1987-6/1989 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 |
| | The Long-term Renal and Neurologic Effects of Childhood Plumbism |
| 7/1989-6/1990 | NIEHS subcontract 7083-1, PI; $50,000 (approx) |
| | The Use of X-Ray Fluorescence to Measure Lead Burden and Childhood Lead Exposure |
| 7/1990-6/1992 | Agency for Toxic Substances and Disease Registry, PI; $150,000 (approx) |
| | "Clinical Environmental/ Occupational Medicine Research Fellowship Award", |
| 7/1990-6/1991 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 |
| | The Metabolic Effects of Pregnancy and Lactation on Lead Burden |

CV: Howard Hu, M.D., M.P.H., Sc.D.

6

7/1990-6/1991 Harvard School of Public Health Basic, PI
Research Support Grant; $10,000
K-X-Ray Fluorescence Measured Lead Burden

10/1991-11/1991 NIOSH Special Grants, PI; $50,000 (approx)
The Carpenters Lead Project

4/1991-3/1996 NIEHS/R01, PI; $2,200,000 (approx)
The Epidemiology of Lead, Diet and Blood Pressure

7/1991-6/1996 NIEHS/R01 supplement, PI; $240,000 (approx)
The Epidemiology of Lead, Diet and Blood
Pressure--Research Supplement for Minority Investigator

7/1992-6/1995 NIEHS/R01 (Office of Research on Women), PI; $200,000 (approx)
Lead and Hypertension in Women

7/1993-6/1996 NIEHS/subcontract, PI; $150,000 (approx)
Exposure to Neurotoxins as Risk Factors for Amyotrophic Lateral Sclerosis

7/1995-6/1998 State of Washington, Department of Labor, PI; $350,000 (approx)
SPECT Imaging of the Brain in Patients with Multiple Chemical Sensitivity
Syndrome and Controls

7/1996-6/1997 NIEHS Center Grant ES00002 Pilot Project, PI; $15,000
Electrocardiographic abnormalities in association with low-level lead exposure
among middle-aged to elderly men: the Normative Aging Study

4/1995-3/2000 NIEHS Project PI (Program Project PI: Richard Monson); $1,800,000 (approx)
Lead Exposure, Accumulation in Bone, and Reproductive Toxicity Among Men and
Women In Mexico

4/1995-3/2000 NIEHS Project PI (Program Project PI: Richard Monson); $1,900,000 (approx)
Lead Exposure, Accumulation in Bone, and Cognitive Toxicity Among Elderly Men
and Women

6/1997-5/2002 NIEHS/R01 ES05257 PI; $2,312,274
Lead Biomarkers, Aging, and Chronic Disease

7/1997-6/1999 NIEHS Center Grant ES00002 Pilot Project, PI; $10,000
The effect of genetic polymorphisms of metallothionein-IIA on mRNA levels in
middle-aged to elderly men: the Normative Aging Study

7/1998-6/2003 NIEHS/R01 PI (with no-cost extension; 5R01ES007821); $2,291,833
Lead Dose Biomarkers, Reproduction, and Infant Outcomes

7/1999-6/2000 NIEHS Center Grant ES00002 Pilot Project, co-PI; $14,000
Magnetic Resonance Spectroscopy in the Evaluation of Lead Neurotoxicity: the
Normative Aging Study

7/2000-6/2001 MAVERIC (Massachusetts Area Veterans Epidemiology Resource and Institute
Center) Pilot Project PI (with Dr. Robert Wright, co-PI); $10,000
The Use of Magnetic Resonance Spectroscopy in Lead Poisoning

7/2000-6/2001 NIOSH Center Grant Pilot Project, PI (with Dr. Robert Wright, co-PI); $12,000
Interaction between ApoE Genotype and Lead Exposure in the Development of
Cognitive Impairment

7/2002-6/2004 The Rasmussen Foundation/Health Care Without Harm; $50,000

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    7

|  | Medical Use of Phthalate Containing Products in the Neonatal Intensive Care Unit and Biomarkers of Neonatal Phthalate Metabolites |
|---|---|
| 7/2002-6/2003 | NIEHS Center Grant Pilot Project, PI; $8,000 |
|  | Vitamin D Receptor Gene and Bone Lead in Reproduction |
| 3/2004-2/2005 | The Critelli Family Foundation; $10,000 |
|  | Review of Environmental Cadmium Exposure and Toxicity |
| 4/2000-3/2007 | NIEHS Project Leader (Program Project PI: Richard Monson; 5P01ES05947); $2,472,677; Controlled Trial in Pregnancy of Dietary Supplements for the Suppression of Bone Resorption and Mobilization of Lead into Plasma (no cost extension) |
| 4/2000-3/2007 | NIEHS Project co-Leader (Program Project PI: Richard Monson; 5P01ES05947); $1,210,000 (approx); A Community-Based Study of Lead Exposure Pathways, Biomarkers of Dose, Health Effects, and Phytoremediation Strategies at the Tar Creek Superfund Site (no cst extension) |
| 4/2002-9/2007 | NIEHS/R01 PI (5R01ES010798); $3,011,295 |
|  | Gene-Metal Interactions and Parkinson's Disease |
| 10/2003-9/2007 | NCMHI/P20 Project Leader (MD000501-01; Hughes Harris, PI); $828,781(Project) "FAMU and Harvard Center for Health and Health Care Disparities" |
| 8/2003-7/2008 | NIEHS/R01 PI (2R01ES05257-11A2); $3,357,424 (bécame co-PI in 2007 after move to University of Michigan) |
|  | Lead-Gene Interactions and Cognition |
| 6/2004-3/2009 | NIEHS/P01 PI (5 P01ES012874-01); $6,662,670 (became co-PI in 2006 after move to University of Michigan) |
|  | Metals Mixtures and Children's Health (Center for Children's Environmental Health and Disease Prevention Research) |
| 7/2002-12/2009 | NIH/R03 PI  (1R03TW005914; no cost ext through 2008); $192,000 (approx) |
|  | Lead, Genes, and Cognition in Children in Chennai, India |
| 9/2006-7/2011 | NIEHS/R01 PI (R01ES0007821); $3,116,831 |
|  | Fetal Origins of Neurobehavior: Lead and Cholesterol Metabolism Interactions |
| 7/2006-6/2011 | NIEHS/R01 co-PI (R01ES013744; PI Wright), $3,200,000 |
|  | Stress, Lead, Iron Deficiency and Neurodevelopment |
| 7/2006-6/2011 | NIEHS/R01 co-PI (RO1ES014930; PI Wright), $2,800,000 |
|  | Metal Mixtures and Neurodevelopment |
| 2/2008-2/2010 | Michigan Institute for Clinical and Health Research (MICHR; home of the UM CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension) |
|  | Epigenetics of Early Life Events and Environmental Toxicants |
| 4/2009-4/2010 | Michigan Alzheimer's Disease Research Center Pilot Project PI, $25,000 |
|  | Environment, Epigenetics and Alzheimer's Disease (no cost extension) |
| 12/2009-12/2010 | University of Michigan Center for Global Health Pilot Project PI, $25,000 |
|  | Climate Variability and Impacts on Mortality and Morbidity in Chennai, India: A Pilot Project Stemming from the 2009 U.S.-India Workshop on Climate Change and Public Health, Goa India (no cost extension) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          8

9/2009-9/2010 Michigan Institute for Clinical and Health Research (MICHR; home of the UM
              CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension)
              Epigenetics and Epigenomics in the Etiology of Alzheimer Disease
     7/2008-6/2011 NIA/T32  PI (T32AG027708); $450,000
              Interdisciplinary Training Program in Aging and Public Health
4/2010-3/2015 NIEHS P42 Superfund Co-Inv, Project 2, Co-investigator (P42ES017198; PI:
              Alshawabkeh, Project 2 Leader: Meeker) Puerto Rico Testsite For Exploring
              Contaminant Threats, $12,000,000
4/1/2011-6/2015 NIEHS Core Environmental Health Sciences Center, Founding PI and Director
              (until 2012; now consultant; P30 ES017885), $ 4,620,100;
              "Lifestage Exposures and Adult Disease"
4/2010-3/2014 NIEHS/EPA P20 Co-PI and Clin Health Specialist (P20 ES018171; PI Peterson)
              Formative Children's Environmental Health and Disease Prevention Center,
              $1,959,960; "Perinatal Exposures, Epigenetics, Child Obesity & Sexual Maturation"
7/1/2013-6/30/2014  CIHR, Canadian Institute for Health Services and Policy Research; Planning
              Grants-Priority Announcement:Partnerships for Health System Improvement; PI, $24,992
              "The Surviving Opioid Overdose with Naloxone (SOON) Project and Roundtable"
07/1/11-06/30/16  NIEHS K01 ES019909  (co-mentor; PI: Somers)
              "Immune dysfunction associated with early life heavy metal exposure"
4/1/12-3/30/17      NIEHS R01ES013744 (consultant; PI: Wright; Mt Sinai School of Medicine)
              "Stress-Lead Interactions and Child Development"
7/1/2012-7/1/2017 European Commission (EC), Funded under FP7-Health, Project 304925, co-
              Investigator; PI, epidemiologic studies, $6,000,000 E
              "A novel micronutrient-based strategy to prevent hearing impairments: test and road to
              market for age-related hearing loss and preservation of residual hearing"


Current Funding

6/1/2012-7/1/2019 1R01ES021446-01, PI, $4,140,000 (parent + supplement awards);
              "Prenatal and Childhood Exposure to Fluoride and Neurodevelopment"
5/15/2015-5/15/2019  Health Canada; PI, $200,000 (Phase 1); $1,400,000 (proposed Phase 2)
              "A Community-based First Nation Study of Cancer and the Environment in Northern
              Ontario"
4/1/13-3/31/23 NIEHS/EPA P01ES022844 (co-inv; PI: Peterson at the University of Michigan)
              "Lifecourse Exposures & Diet: Epigenetics, Maturation & Metabolic Syndrome."
7/1/16-6/30/21      CIHR (co-PI; Director; PI: Jeffrey Brook at the Dalla Lana School of Public
              Health) $4,700,000 CNDN
              "CANadian Urban Environmental (CANUE) Health Research Consortium"
9/1/16-8/31/21 NIH 5R01ES026033-02, (consultant; PI: Arora at Mt. Sinai School of Medicine)
              $648,000  "Novel Biomarker to Identify Critical Windows of Susceptibility to Metal
              Mixture"


CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                      9

Applications Under Review

Wellcome Trust, co-investigator (PI: P Landrigan)
         "Quantifying the Cognitive and Economic Benefits of Reducing Air Pollution to Achieve
         Climate Change Mitigation"

Competitive Renewal Application In Progress

R01ES021446-01, PI, $4,140,000
         A Prospective Study of Early Life Exposure to Fluoride, Thyroid Function, and
         Neurobehavioral Outcomes

Amended Application In Progress

R01ES007821-11, PI, $4,800,000;
         Early Life Toxicants and Cardiovascular Outcomes" (priority score 27 by CASE
         Study section; 25th percentile)

New Application in Progress

Wellcome Trust, xxx, multiple-PI
         Addressing Two Critical Gaps in Understanding the Impacts of Lead Exposure on the
         Global Burden of Disease: (a) Impacts on Cardiovascular Disease; (b) Exposures and
         Sources in Low and Middle-Income Countries


HONORS AND AWARDS:

    1978-1982 National Health Service Corps Scholarship
    1985-1988 National Research Service Award
    1990-1992 Agency for Toxic Substances and Disease Registry Clinical Environmental Medicine
              Award
    1994      Will Solimene Award of Excellence, American Medical Writers Association, for:
              Chivian E, McCally M, Hu H, Haines H, eds. *Critical Condition: Human Health and the
              Environment*. Cambridge: The MIT Press, 1993.
    1997      Alice Hamilton Lecturer, University of California at San Francisco
    1998      First Prize for Best Infant Nutrition Research, Instituto Danone, Mexico (for González-
              Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M,
              Hu H. "Decrease in birth weight in relation to maternal bone lead burden." Published in
              *Pediatrics*)
    1999      National Institute for Environmental Health Sciences "Progress and Achievement of the

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                   10

|      |                                                                                                    |
|------|----------------------------------------------------------------------------------------------------|
|      | Year Award", 1998-1999                                                                             |
| 1999 | True Memorial Lecturer, Maine Medical Center, Portland ME.                                          |
| 2000-2001 | Faculty Sabbatical Award, Harvard School of Public Health                                      |
| 2000-2001 | Senior Fulbright Scholar in India                                                              |
| 2001 | Hoopes Prize, Faculty Mentorship (for Senior Thesis of Charles Lin, "More than Black and White: Lead Poisoning as an Environmental Justice Issue in Boston") |
| 2003 | Best Paper in Preventive Medicine by a Medical Student (for Senior Thesis of Vanitha Janakiraman; Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M.  A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy.  Am J Prev Med 2003;24:260-4.). American College of Preventive Medicine, Ulrich and Ruth Frank Foundation for International Health. |
| 2004 | Das Travel Grant Award, The South Asia Initiative, Harvard University (for Travel in India) |
| 2005 | Adolph G. Kammer Merit in Authorship Award, the American College of Occupational and Environmental Medicine (for Rhodes D, Spiro A, Aro A, Hu H "Relationship of Bone and Blood Lead Levels to Psychiatric Symptoms: The Normative Aging Study", Published in the *Journal of Occupational and Environmental Medicine*) |
| 2006 | Teacher of the Year Award, Occupational/Environmental Medicine Residents, Harvard School of Public Health |
| 2006 | Harriett Hardy Award, the New England College of Occupational and Environmental Medicine |
| 2009 | Linus Pauling Award for Lifetime Achievements, American College for the Advancement of Medicine |
| 2011 | Award for Excellence, American Public Health Association                                            |
| 2015 | John R. Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology |
| 2016 | Election to Fellowship, Canadian Academy of Health Sciences                                        |

MEMBERSHIPS IN PROFESSIONAL SOCIETIES

Memberships

|      |                                                                          |
|------|--------------------------------------------------------------------------|
| 1981- | American Public Health Association (APHA)                               |
| 1982-2006 | Massachusetts Coalition for Occupational Safety and Health         |
| 1983-1989 | American College of Physicians                                     |
| 1985- | Physicians for Social Responsibility                                   |
| 1987- | Physicians for Human Rights                                            |
| 1990- | International Society for Environmental Epidemiology (ISEE)             |
| 1990-2000 | American Association for the Advancement of Science                |
| 1990-2006 | Association of Occupational and Environmental Clinics (AOEC)        |
| 1991- | International Physicians for the Prevention of Nuclear War (IPPNW)      |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                    11

    1994-1996 Society for Occupational and Environmental Health (SOEH)
    2000-2012 American College of Occupational and Environmental Medicine (ACOEM)
    2009-2012 Society of Toxicology
    2012-      Canadian Public Health Association (CPHA)

  Committee Assignments

    1981-1982 Program Committee, Occupational Safety and Health Section, APHA
    1987-1988 Program Committee, Asian-American Caucus, APHA
    1992-1998 Membership Committee, ISEE
    1995-1998 Quality Assurance Committee, AOEC
    1997-1998 Program Committee, 1998 Superfund Basic Research Program, Annual National Meeting
    2001-2006 Program Committee, New England College of Occupational and Environmental Medicine
              Annual Meetings


EDITORIAL POSITIONS AND BOARDS:

    1977-1982 Einstein Community Health Newsletter
    1988-1992 Bookreview Co-Editor, Section on Occupational Safety and Health, Am Public Health
              Assoc.
    1993-      Journal of Health and Human Rights
    1998-      Environmental Health Perspectives (Founding Medical Editor, 1998-2004; Associated
              Editor, 2004- )
    2004-      American Journal of Industrial Medicine
    2007-2009 Faculty of 1000 Medicine
    2017-      Current Environmental Health Reports
    2017-      Faculty of 1000 Medicine


PEER REVIEW SERVICE

    American Journal of Epidemiology
    American Journal of Industrial Medicine
    Archives of Environmental and Occupational Health
    Biomed Central
    Circulation
    Environmental Health
    Environmental Health Perspectives
    Environment International
    Environmental Research
    Epidemiology

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    12

    Indian Journal of Medical Research
    Journal of Health and Human Rights
    Journal of the American Medical Association
    Kidney International
    Lancet
    New England Journal of Medicine
    Pediatrics
    PLOS One
    Science of the Total Environment

**TEACHING:**

1. LOCAL CONTRIBUTIONS (at the Harvard School of Public Health, 1985-2006)

| | |
|---|---|
| 1985- | "Toxicology of the Kidney and Urinary Tract" |
| | Guest Lecturer for TOX204a,b |
| 1988- | "Occupational Health" |
| | Guest Lecturer for EH201a,b |
| 1989-1992 | "Lead Toxicology" |
| | Guest Lecturer for TOX204a,b |
| 1990- | <u>Grand Rounds in Occupational/Environmental Medicine</u> |
| | Director |
| 1990-2000 | <u>Introduction to Occupational and Environmental Medicine (EH232c,d)</u> |
| | Course director, lecturer |
| 1990- | "The Epidemiology of Lead Exposure, Dose, and Toxicity" |
| | Guest Lecturer for EPE215c,d and EPE215t |
| 1990- | "Solvent toxicity" |
| | Fundamentals of Industrial Hygiene, Continuing Education Department |
| 1992 | "Current Research on Lead", Metals Epidemiology Research Group Seminar |
| | Presenter |
| 1992 | "Lead Poisoning Without a Known Source in a Hyperthyroid Patient" |
| | Case discussant, Grand Rounds in Occupational and Environmental Medicine |
| 1992- | "Biological Markers of Lead Dose" |
| | Guest Lecturer, EHE280c,d |
| 1994- | "Screening for Lead Toxicity" |
| | Guest lecturer, EPI227d |
| 1994- | "Lead Exposure and Biological Monitoring" |
| | Guest Lecturer, ID263b |
| 1994- | "Case Study: Lead" |
| | Guest Lecturer and Case Discussant, EH202d |
| 1996- | <u>Introduction to Environmental Health (EH201b)</u> |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    13

<table>
<tr><td></td><td>Course director and lecturer</td></tr>
<tr><td>1997-</td><td><u>Human Health and Global Environment Change (EH278a,b)</u><br>Course Co-developer, Co-director, and lecturer</td></tr>
</table>

<u>Hospital courses and Invited Teaching Presentations (Harvard-affiliated Hospitals)</u>

| | |
|---|---|
| 1990 | Guest Lecturer on Occupational Medicine<br>Residency Program, Department of Medicine, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"<br>Department of Obstetrics and Gynecology, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"<br>Department of Medicine, Brockton V.A. Hospital |
| 1994 | Speaker, Symposium on Preventive Medicine and Clinical Epidemiology,; "Is Lead a Ticking Time Bomb"; Brigham and Women's Hospital |
| 1995 | Discussant, "Multiple Chemical Sensitivity", Occupational/Environmental Medicine Grand Rounds, Occupational Health Program, Harvard School of Public Health |
| 1996 | Guest lecturer, "Lead Toxicity as a Paradigm for a Regional and Global Health Hazard", Environmental Health Student Group, Holmes Society, Harvard Medical School |
| 1997 | Speaker, "Mobilization of maternal bone lead as a hazard to the fetus", Grand Rounds, Dept. of Neonatology, Beth Israel Hospital, Boston, MA |
| 2000 | Guest lecturer, "Update on Lead Toxicity Research", Program in Pediatric Toxicology, Children's Hospital |
| 2000 | Discussant, "Adult Lead Toxicity", Weekly Case Round, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2000 | Lecturer, "Update on Lead Toxicity, Hypertension, and Chronic Renal Failure", Renal Rounds, Division of Nephrology, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2002 | Lecturer, "Maternal Bone Lead as a Threat to Fetal Development", Program in Neonatology, Beth Israel-Deaconness Hospital, Boston, MA |

<u>Doctoral student committees</u>
<u>Chair and member:</u>

| | |
|---|---|
| Dr. Rokho Kim | Dr.P.H. Occupational Health and Epidemiology, '96 |
| Dr. Yawen Cheng | Sc.D. Epidemiology, '98 |
| Dr. Sharon Tsaih | Sc.D. Epidemiology, '99 |
| Dr. Hung Yi Chuang | Sc.D. Occupational Health, '99 |
| Dr. Adrienne Ettinger | Sc.D. Environmental Health, '03 |
| Dr. Florence Wang | Sc.D. Environmental Health, '05 |
| Dr. Sung K. Park | Sc.D. Environmental Health, '05 |
| Dr. Pradeep Rajan, | Sc.D. Occupational Health, '06 |

<u>Member/Advisor:</u>

CV: Howard Hu, M.D., M.P.H., Sc.D.

| Dr. How Ran Guo | Sc.D. Occupational Health, '94 |
| Dr. Joshua Cohen | Sc.D. Health Policy and Management, '94 |
| Dr. Jane Hoppin | Sc.D. Environmental Health, '95 |
| Dr. Salma Elreedy | Sc.D. Environmental Health, '97 |
| Dr. Mary Jean Brown | Sc.D. Maternal and Child Health, '00 |
| Dr. Brisa Sanchez | Sc.D. Biostatistics, '06 |
| Dr. Ami Zota | Sc.D. Environmental Health, '07 |
| Dr. Ananya Roy | Sc.D. Environmental Health, '08 |
| Dr. Elissa Wilker | Sc.D. Environmental Health, '09 |

Post-doctoral fellow mentor:
Dr. Marinelle Payton (Channing Lab), Dr. Susan Korrick (Channing Lab), Dr. Rokho Kim (Channing Lab), Dr. Viji Potula (HSPH Research Fellow), Dr. Barbara Nowak (Visiting Scientist from Silesian University School of Medicine, Poland), Dr. Robert Wright (Channing Lab), Dr. Ming Tsuang Wu (HSPH Research Fellow), Dr. Yawen Cheng (Channing Lab), Dr. Geeta Mathur (neonatology fellow at the Brigham and Women's Hospital), Dr. Sri Hari Bojja (HSPH Research Fellow), Dr. Hae-Kwan Cheong (Visiting Scientist from Dongguk University School of Medicine, S. Korea), Dr. Sahar Elmarsafawy (HSPH Research Fellow), Dr. Jing Lu (Visiting Scientist from the Chinese Academy of Preventive Medicine), Dr. Dieter Affeln (Occ/Env Med Fellow), Dr. Ahmed Gomaa (Occ/Env Med Fellow), Dr. Chris Leffler (Occ/Env Med Fellow), Dr. Ronald Dykeman (Occ/Env Med Fellow), Dr. Uma Dhanabalan (Occ/Env Med Fellow), Dr. Hsien-Wen Hsu (Occ/Env Med Fellow), Dr. Betty Ann Cohen (Occ/Env Med Fellow), Dr. Arvin Chin (Occ/Env Med Fellow), Dr. Daniel Rhodes (Occ/Env Med Fellow), Dr. Richard Wittman (Occ/Env Med Fellow), Dr. Sun-Dong Lee (Visiting Scientist from Sangji University, Korea), Dr. Ronald Green (Occ/Env Med Fellow), Dr. Erma Lawson (Environmental Health Fellow), Dr. Marc Weisskopf (Environmental Health Fellow), Dr. Bridget Bagert (Occ/Env Med Fellow), Dr. John Jarrell (Visiting Scientist from University of Calgary), Dr. Jennifer Weuve (Environmental Health Fellow), Dr. Karen Chou (Visiting Scientist from Michigan State), Dr. Nitin Jain (Channing Laboratory Fellow), Dr. Adrienne Ettinger (Children's Center Scientist), Dr. Sam Myers (Fellow in Alternative and Complementary Medicine), Dr. Marcelo Targino (Occ/Env Med Fellow), Dr. Manish Arora (Post-doctoral fellow from University of Sydney), Dr. Huiling Nie (Post-doctoral fellow from McMaster University).

Other faculty mentorship:
Elizabeth Rubinstein (HMS Summer research), Alicia Marier (HMS Summer research), Vanitha Janakiraman (HMS Summer research), Young-Sook Lim (Harvard College Summer research), Charles Lin (Harvard College Senior thesis research), Ed Hsieh (Harvard College Summer research), Naveen Thomas (Emory University Medical School Senior thesis research). Shreekrishna Akilesh (Harvard Dental School summer research), Christine Pace (HMS Summer research)

Advisory and supervisory responsibilities
1985-1987     Attending Physician, outpatient general medicine clinic, Boston City Hospital; weekly
              precepting for housestaff and medical students

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          15

| 1990-2006 | Preceptor, Residency in Occupational and Environmental Medicine, Harvard School of Public Health at the Mass Respiratory Hospital |
| 1990-2006 | Advisor to general M.P.H. students, Harvard School of Public Health. |

2. LOCAL CONTRIBUTIONS (at the University of Michigan, 2006-2012)

| 2006- | <u>Principles of Environmental Health (EHS-500)</u> |
| | Course director and lecturer |
| 2006- | Environmental Epidemiology (EHS-608) |
| | Guest lecturer on birth cohorts and environmental epidemiology |
| 2006- | Occupational and Environmental Disease (EHS-501) |
| | Guest lecturer on metals exposure and health effects; Course Director (2009-) |
| 2007- | <u>Metals Exposure, Biomarkers and Toxicity: A Multi-disciplinary Environmental Epidemiology Approach (EHS-698 reading course)</u> |
| | Course director and lecturer |
| 2008-2009, | <u>Topics in Environmental Health Sciences (EHS-688)</u> |
| 2010-2011 | Course director and lecturer |
| 2009 | <u>Occupational and Environmental Disease (EHS-501)</u> |
| | Course director and lecturer |
| 2009- | <u>On-line (Long-distance Foundations in Public Health Certificate Program): Principles of Environmental Health (EHS-500-801)</u> |
| | Course director and lecturer |
| 2009 | Introduction to Public Health (HMP-200) |
| | Guest lecturer on environmental health |
| 2009- | <u>Seminars in Aging and Public Health (EPID 813)</u> |
| | Course director and lecturer |
| 2011 | Seminar on Public Health in China (HMP-xxx) |
| | Guest lecturer on "Environmental Health in China" |

<u>Post-doctoral fellow mentor:</u>
Dr. Sung Kyun Park (Environmental Health Sciences Fellow, now Research Assistant Professor), Dr. Brisa Sanchez (Biostats Research Assistant Professor, now Assistant Professor), Dr. Richard Pilsner (Robert Wood Johnson Health & Society Fellow), Dr. Aimin Zhang (Environmental Health Sciences Fellow, Toxicology Training Grant), Dr. Ananya Roy (Environmental Health Sciences Fellow), Dr. David Cantonwine (Reproductive Sciences Fellow).

<u>Doctoral Student Advisor (principal)</u>
| David Cantonwine | Ph.D. | Environmental Health Sciences (2009) |
| Myriam Afeiche | Ph.D. | Environmental Health Sciences (co-mentor with Karen Peterson; 2010) |
| Yoon-Hyeong Choi | Ph.D. | Environmental Health Sciences (co-mentor with Sung Kyun Park; 2011) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          16

| Katie F. Bush | Ph.D. | Environmental Health Sciences (co-mentor with Marie O'Neill; 2011) |
| Kelly Bakulski | Ph.D. | Environmental Health Sciences (2012) |
| Gamola Fortenberry | Ph.D. | Environmental Health Sciences (co-mentor with John Meeker; 2013) |
| Siying Huang | Ph.D. | Environmental Health Sciences (2013) |
| Deena Thomas | Ph.D. | Environmental Health Sciences (2014) |
| Rebecca Tutino | Ph.D. | Environmental Health Sciences (2015) |
| Zishaan Farooqui | Ph.D. | MD-PhD Medical Scientist Training Program (2015) |

Masters Student Thesis Advisor
Bradley Lampe (OEE), Troy Meissner (OEE), Pheba Alexander (OEE), Brian Davis (OEE & HBHE), Aaron Leftwich (OJOC program), Suengwon Lee (Nutrition), Allen Zhong (OEE), Graham Newman (OEE), Jacqueline Barkoski (OEE)

Undergraduate Thesis Advisor
Lauren Schwartz (Neuroscience, LSA)

3. LOCAL CONTRIBUTIONS (at the University of Toronto, 2012-present)

2012        Determinants of Community Health (Faculty of Medicine)
            Guest lecturer on 'The Future of Medicine & Public Health in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World".
2012-       CHL5004H Introduction to Public Health
            Guest lecturer on "The Future of Public Health (and Your Role !) in a Hot, Flat, Crowded…and Diverse, Aging, Stratified, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World". "What is Public Health?", "Climate Change and Health"
2012-       CHL 5912F Industrial Toxicology.
            Guest lecturer on the "Toxicology of Metals".
2013-2014   Department of Family & Community Medicine "Building Blocks" (short course for International post-graduate primary care trainees); Guest lecturer on "Public Health & Primary Care"
2013-       CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health
            Guest lecturer on "The Challenges of Environmental Health in a Rapidly-Changing World, from the Molecular to the Global".
2014        JCR1000 "Interdisciplinary Approach to Global Challenges"
            Guest lecturer on "Global Environmental Health"
2014-       PHS100H1 "Grand Opportunities in Global Health"; Guest lecturer on "Urban Environments"
2015        Public Health & Preventive Medicine Residency Rounds "Physicians, Climate, and other Global Environmental Changes: Our Role"
2016        CHL5004H Introduction to Public Health, Course Co-Director (with Professor Erica

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                              17

|      | DiRuggierro) |
|------|------|

2016    CHL 7001H F6 Environmental-Molecular Epidemiology, Course Co-Moderator (with Professor Morteza Bashash)

2016    CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health, Course Co-Director (with Professors Erica DiRuggierro and Abdallah Daar)

2016    Joint Seminar, "The Impact on Intelligence, Behaviour, and Society of Lead Exposure: A Case Study of a Global Pollutant and On-going Research"; Collaborative Program in Neurosciences and Collaborative Global Health Doctoral Program, University of Toronto

2016    CHL5420H "Global Health Research Methods"
        Guest lecturer on "The Early Life Exposures in Mexico to Environmental Toxicants Project (ELEMENT): A Global Health Collaboration Case Study"

Masters student research advisor
Maelle Marchand

Doctoral student advisor
Adele Carty

Doctoral student thesis committee member
Laura Bogaert

Doctoral student thesis examination committee member
Claudie CY Wong (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)
Zilong Zhang (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)

Post-doctoral fellow mentor:
Siying Huang, Ph.D.; Morteza Bashash, Ph.D.; Roman Pabayo, Sc.D. (Harvard School of Public Health); Tripler Pell, M.D., M.P.H.

4. LOCAL CONTRIBUTIONS (at the University of Washington, 2017-present)

Doctoral student thesis research mentor
Megan Suter

Doctoral student special projects advisor
Rachel Shaffer
Joey Frostad
Rebecca De Buen

5. NIH K-grant mentorship:

CV: Howard Hu, M.D., M.P.H., Sc.D.

Robert Wright, M.D., M.P.H. (K-23 ES000381, "*Neurochemical and Genetic Markers of Lead Toxicity*"), 2000-2005; Dr. Wright is now Prof of Pediatrics, Mt. Sinai School of Medicine

Marc Weisskopf, Ph.D. (K-01 ES012653, "*New Biomarkers of Neurotoxicity*"), 2004-2009; Dr. Weisskopf is now Associate Prof of Occup Health, Harvard Sch Public Health

Sung Kyun Park, Sc.D. (K-01 ES016587; "*Environment, Novel Aging Outcomes, and Genetics*"), 2009-2014;  Dr. Park is now Assistant Prof, Department of Epidemiology, University of Michigan Sch Public Health

Emily Somers, Ph.D. (K-01 ES019909; "*Immune Dysfunction Associated with Early Life Heavy Metals Exposure*"), 2011-2016; Dr. Somers is now Associate Prof, Division of Rheumatology, Department of Internal Medicine, University of Michigan Medical School


COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

National/International

| | |
|---|---|
| 1978-1982 | Taskforce on Occupational and Environmental Health, Co-coordinator, Am Med Stu Assoc |
| 1989 | Ad Hoc Study Committee, National Institute for Environmental Health Sciences Council |
| 1989-2006 | Association of Occupational and Environmental Medicine Clinics (AOEC)-- (through the Northeast Specialty Hospital Center for Occupational and Environmental Medicine) |
| 1989-1990 | Member, Relative Risk Reduction Strategies Committee, Science Advisory Board, U.S. Environmental Protection Agency |
| 1989-1992 | Member, Board of Directors, Physicians for Human Rights, Boston, MA |
| 1991 | National Institutes of Health, General Clinical Research Center Program, Site Visit Team |
| 1992- | Member, National Advisory Committee, Physicians for Human Rights, Boston, MA |
| 1992 | Special Study Section member (R3/S1/B3), National Institutes of Health |
| 1994 | Ad Hoc Reviewer, National Institutes of Health, General Dental Research Center Program |
| 1994- | Advisory Board, Institute for Energy and Environmental Research |
| 1994-1996 | Associate, Project on Global Environmental Change and Health, Physicians for Social Responsibility |
| 1995 | Ad Hoc Reviewer, National Institutes of Health, Diagnostic Radiology Study Section |
| 1996- | Membor, Editorial Board, Health and Human Rights—an International Journal |
| 1995-1998 | Advisory Committee, Consortium for Environmental Education in Medicine, Cambridge, MA. |
| 1996-1997 | Reviewer, Agency for Toxic Substances and Disease Registry |
| 1997-1998 | Program Committee, Annual Mtg, NIEHS Superfund Basic Research Group Centers |
| 1998-2013 | (Founding) Medical Editor (1998-2004); Associated Medical Editor (2004- ), Environmental Health Perspectives (official journal of NIEHS) |
| 2001 | Ad Hoc Reviewer, National Institutes of Health, R-13 applications |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                      19

2002-2006 External Advisory Committee, Program Project on Lead and Osteoporosis,
             University of Rochester
2003-2005 Member, Ad-Hoc Expert Panel to Form Medical Management Guidelines for
             Lead-Exposed Adults, (supported by NIOSH and AOEC)
2003-2009 Member, Working Group on Lead and Pregnancy, Advisory Committee on Childhood
             Lead Poisoning Prevention, U.S. Centers for Disease Control and Prevention
2004        Ad Hoc Reviewer, National Institutes of Health, K-23 applications
2004        Ad Hoc Reviewer, Draft of "Immunization Safety Review: Vaccines and Autism"
             Immunization Safety Review Committee, Institute of Medicine, National Academies of
             Science
2004        Finalist (one of 8), Search for Director, National Institute for Environmental Health
             Sciences, U.S. National Institutes of Health
2005        Member, Strategic Planning Conference, National Institute for Environmental Health
             Sciences, Research Triangle Park, NC
2006        Ad Hoc Reviewer, Draft of "Preterm Birth: Causes, Consequence, and Prevention"
             Committee on Understanding Premature Birth and Assuring Health Outcomes, Institute
             of Medicine, National Academies of Science
2006        Member, External Advisory Committee, NIEHS Center, University of Rochester
2007        Member, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group
             2007/05 ZES1 JAB-C (DI) (NIEHS Discover Centers)
2007-2010 Member, Board on Population Health and Public Health Practice, Institute of Medicine,
             National Academies, Washington DC.
2007        Member, Ad Hoc Review Panel, Centers of Excellence Program, Swedish Council for
             Working Life and Social Research.
2007-2008 Member, Search Committee for Director of Extramural Research, NIEHS
2007        Special Consultant, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review
             Group 2008/01 ZAR1 CHW-G (NIAMS Arthritis Centers)
2008        Report Reviewer, Draft National Research Council Report, "The National Children's
             Study Research Plan: A Review", National Academies
2008        Report Reviewer, Draft National Research Council Report, "Gulf War and Health:
             Updated Literature Review of Depleted Uranium", Institute of Medicine, National
             Academies
2008-2009 Data Safety Monitoring Board, "d-Penicillamine Chelation in lead-poisoned Children—A
             Phase II/III Trial" (R01FD003361; PI: Michael Shannon)
2008        Subcommittee to review Draft Report on Bisphenol A, Science Board, Food and Drug
             Administration
2008        Planning Committee, International Symposium on the Environmental and Health
             Consequences of Metal Mining and Smelting
2008-2009 Co-Chair, Planning Committee, "Climate Change Impacts on Public Health in India",
             Workshop that took place in Goa, India in Aug-Sept 2009 co-sponsored by UM Center
             for Global Health, the US Centers for Disease Control and Prevention and the Indian
             Council for Medical Research

CV: Howard Hu, M.D., M.P.H., Sc.D.

| 2008 | Finalist (one of 2), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health |
| 2009-2012 | Member, Board on Environmental Studies and Toxicology, National Research Council |
| 2009 | Reviewer, NIH Challenge Grants, Special Emphasis Panel/Scientific Review Group 2009/10 ZRG1 GGG-F |
| 2009-2010 | External Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupational Health Sciences, University of Washington School of Public Health |
| 2010-2012 | Member, External Advisory Committee, University of Rochester NIEHS P30 Core Center |
| 2010 | Member, Ad-hoc review committee, National Health Research Institutes of Taiwan, Special Emphasis Panel—NHRI-Kaoshiung Medical College Program Project on ": "Gene Environment Interaction in the Genesis of Asthma and Allergic Diseases" |
| 2010-2012 | Member, Advisory Board, Institute of Public Health, Florida Agricultural & Mechanical University, Tallahassee, FL |
| 2011 | Reviewer, NIEHS Career Development Awards, Special Emphasis Panel/Scientific Review Group 2011/05 ZES1 LKB-J (K9) |
| 2011-2016 | Member, NIEHS National Advisory Environmental Health Sciences Council |
| 2012 | Member, Editorial Board, Journal of Alzheimer's Disease |
| 2015 | Member and External Reviewer, School of Population and Public Health Review Committee, University of British Columbia, Vancouver, B.C. |
| 2016- | Chair, Board of Directors, Canadian Urban Environmental Health Research Consortium, (National Consortium based out of the Dalla Lana School of Public Health) |
| 2017- | Member, Energy Research Committee, Health Effects Institute, Boston, MA |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative, March 1-2, 2018, Institute for Health Metrics and Evaluation, Seattle, WA |
| 2017- | Executive Co-Leader, Global Burden of Disease-Pollution and Health Initiative |
| 2019- | Member, Research Advisory Committee, Centre of Environmental Health, The Public Health Foundation of India and the Tata Institute of Social Sciences, New Delhi, India |
| 2019- | Reviewer, draft report on trace metals levels in pregnancy women, Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta |

Regional

| 1988-1990 | Health Facilities Appeals Board, Member, Dept. Public Health, Comm. Of Mass. |
| 1988-2006 | Advisory Board, Massachusetts Department of Public Health, Sentinel Event Notification System for Occupational Risks (SENSOR) Project |
| 1989-1995 | Advisory Board, Massachusetts Division of Occupational Hygiene, Lead Registry Project |
| 1990-1992 | Board of Directors, Member, Health Care for All, Boston, Massachussetts |
| 1993-1995 | Faculty Council, Member, Harvard School of Public Health |
| 1995-2006 | Faculty Advisory Committee, Public Health Practice Program, Harvard School of Public Health |

CV: Howard Hu, M.D., M.P.H., Sc.D.

1996-2006 Advisory Board, Boston VA Environmental Hazards Center, Boston

1997-2001 Faculty Steering Committee, Center for Children's Health, Harvard School of Public Health

1996-2006 Senior Epidemiology Consultant, Massachusetts Veterans Epidemiology Research and Information Center, Boston.

1996-2006 Associate, Center for Health and the Global Environment, Harvard Medical School

1997-2002 Faculty Advisory Committee on Continuing Professional Education, Harvard School of Public Health

1998-2006 Faculty Steering Committee, Masters of Public Health program, Harvard School of Public Health

2001-2003 Board of Directors, New England College of Occupational and Environmental Medicine

2001-2006 Associate Director, Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health

2001-2006 Senior Advisory Council Member, Lowell Center for Sustainable Production, University of Massachusetts, Lowell, MA

2003-2006 Member, Human Subjects Committee, Harvard School of Public Health

2003-2006 Advisory Committee, Occupational Health Services Research Program, Harvard School of Public Health

2006        Study Section Review Committee, Pilot Project Program, Graham Environmental Sustainability Institute, School of Natural Resources and Environment, University of Michigan

2006-2007 Chair, Planning Committee, Health Sector, May 8-10, 2007 National Summit on Coping with Climate Change, University of Michigan

2007-2009 Member, Advisory Committee, SPH Practice Committee, University of Michigan School of Public Health

2007-2012 Member, Residency Advisory Committee, General Preventive Medicine Residency, University of Michigan School of Public Health

2008-2009 Member, Steering Committee, NIA T32 Training Grant on Aging Research (PI: Mary Haan), University of Michigan School of Public Health

2008-2013 Member, Advisory Committee, Outstanding New Environmental Scientist Awardee (Marie O'Neill), NIEHS

2008-2009 Member, Search Committee for Director of the Risk Science Center, University of Michigan School of Public Health

2009        Co-Chair, Planning Committee, Workshop on Predicting and Preventing Climate Change Impacts on Public Health, Goa, India (Collaboration with the UM Center for Global Health, the US Centers for Disease Control and Prevention, and the Indian Council for Medical Research)

2009-2011 Director and PI, NIA T32 Training Grant on Aging Research, University of Michigan School of Public Health

2009-2010 Member, Planning Committee, University Research Corridor (U of M, Michigan State, Wayne State) symposium on environmental health sciences in January 2010

CV: Howard Hu                                                                                    22

2009-2012 Faculty Associate, Center for Global Health, University of Michigan
2009-2012 Member, Internal Advisory Board, Cancer Epidemiology Education in Special
          Populations Program, University of Michigan School of Public Health
2009-2011 Chair, Steering Committee on Global Health, University of Michigan School of Public
          Health
2010-2012 Member, Executive Committee, Graham Environmental Sustainability Institute,
          University Of Michigan
2010-2012 Member, Committee on Diversity, University of Michigan School of Public Health
2012-2017 Chair, Executive Committee, Dalla Lana School of Public Health, University of Toronto
2012-2017 Chair, Tenure Committee, Dalla Lana School of Public Health, University of Toronto
2012-2017 Chair, Decanal Promotions Committee, Dalla Lana School of Public Health, University
          of Toronto
2012-2017 Chair, Executive Advisory Committee, Institute for Global Health Equity & Innovation,
          Dalla Lana School of Public Health, University of Toronto
2013-2015 Interim Director, Institute for Global Health Equity & Innovation, Dalla Lana School of
          Public Health, University of Toronto
2013-2014 Co-Chair, Research Committee, Dalla Lana School of Public Health, University of
          Toronto
2014-2017 Chair, Executive Advisory Committee, Institute for Health Policy Management and
          Evaluation, University of Toronto
2014      Chair, Ad-hoc Committee to create an Institute for Indigenous Health (based on a
          $10 million endowment gift made to DLSPH), Dalla Lana School of Public Health,
          University of Toronto; Chair, Executive Advisory Committee beginning 2015
2015-2017 Chair, Executive Advisory Committee, Joint Centre for Bioethics, University of Toronto
2015-     Chair (2015-2017); Member (2017-present), Taskforce on Environmental Health,
          Ministry of Health and Longterm Care, Province of Ontario
2016-2017 Chair, Executive Advisory Committee, Centre for Critical Qualitative Health Research,
          University of Toronto
2017-2018 Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health
          Initiative (a collaboration between the Global Alliance on Health and Pollution and the
          Institute for Health Metrics), Seattle, WA


 Hospital

1982-1985 Occupational Safety and Health Committee, Member, Boston City Hospital, Boston
1983-1984 House Officers Association, Treasurer, Boston City Hospital
1984-1985 House Officers Association, Co-President, Boston City Hospital


OTHER PUBLIC SERVICE

1987      Member, Fact-finding tour on "The Health Effects of Massive Exposure to Tear Gas",

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                       23

| | Seoul, South Korea, July 11-18 (Sponsored by Physicians for Human Rights, American College of Physicians) |
|---|---|
| 1988 | Member, Fact-finding tour on "Chemical Weapons and the Iraqi Kurdish refugees", Turkey Oct 6-16 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 1990 | Leader, Fact-finding tour on "Health and Human Rights in Burma (Myanmar)", Thailand-Burma Dec. 26-Jan 6 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 2009 | Consultant and senior advisor, Fact-finding tour on "Mining and Potential Exposures and Health Effects in Guatemala", August 2009 (Sponsored by Physicians for Human Rights) |

CONSULTING POSITIONS

| 1987-1989 | Consultant, "In-Vivo Total Body Lead Analysis by X-Ray Fluorescence", NIH/SBIR Grant 2R44ES03918-02 |
|---|---|
| 1988-1989 | Consultant, "Boston Area Health Coalition Demonstration Project", DHHS/MP000003-A1 |
| 1993-1995 | Consultant, Employee Health Services, Brigham and Women's Hospital |
| 1994 | Consultant, Public Welfare Foundation, Washington, DC (review of Environmental Programs) |
| 1997-2006 | Consultant, Pediatric Environmental Health Center, Children's Hospital, Boston, MA |
| 2000 | Consultant, Doris Duke Foundation, New York, NY (review of potential Environment and Medicine programs) |
| 2009-2010 | Consultant and Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupationa Health Sciences, University of Washington School of Public Health, Seattle, WA |
| 2011 | Consultant, JPB Foundation, New York, NY (review of Environmental Health programs) |
| 2014- | Advisor, Hearing Health Sciences, Ann Arbor MI and Amsterdam, Netherlands |

VISITING PROFESSORSHIPS

| 1997 | Alice Hamilton Visiting Professor, University of California at San Francisco |
|---|---|
| 2000-2001 | Visiting Professor, Sri Ramachandra Medical College & Research Institute, Chennai, India |
| 2004 | Visiting Professor, Department of Environmental Medicine, University of Rochester |
| 2013 | Visiting Professor, Shanghai Key Laboratory, Shanghai Jiao-Tung University |

SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS (last 15 years, since 2003; prior presentations upon request)

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                   24

2003      Guest lecturer, "Lead as a trans-generational toxin", Seminar series, Department of
          OB/GYN, Brigham and Women's Hospital
2003      Plenary speaker, "Clinical opportunities in environmental health", Annual Leadership
          Retreat, National Institute for Environmental Health Sciences, Greensboro, NC.
2003      Discussant, "Uncontrolled Hypertension in a Painter", Grand Rounds in
          Occupational/Environmental Medicine, Harvard School of Public Health
2003      Discussant, "A 53-Year Old Teacher with Chemical Sensitivities", Grand Rounds in
          Occupational/Environmental Medicine, Harvard School of Public Health
2003      Lecturer, "Pestilence and Progress: The Future of Public Health through the Lens of Blood",
          Center for Blood Research Symposium, Museum of Science, Boston, MA.
2003      Speaker, "Bones, Genes, Plasma, and Lead: New Frontiers in Understanding the Toxicity of
          an Old Hazard", Distinguished Lecture Series.  National Center for Environmental
          Health/Agency for Toxic Substances and Disease Registry, Centers for Disease Control and
          Prevention, Atlanta GA.
2003      Plenary speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on
          an Old Hazard", Superfund Basic Research Program Annual Meeting, Dartmouth University,
          Hanover, NH.
2003      Special Lecturer, "Lead Exposure and Chronic Disease: Recent Research on Susceptible
          Sub-populations", Florida Agricultural and Mechanical University, Tallahassee, FL.
2004      Speaker, "New Frontiers in Understanding the Toxicity of Lead", Department of
          Environmental Medicine, University of Rochester, Rochester, NY.
2004      Presenter, "Lead Exposure During Pregnancy: Mobilization of Maternal Bone Lead Stores
          and Their Threat to the Fetus", Semi-annual meeting of the Childhood Lead Poisoning
          Prevention Branch, Centers for Disease Control and Prevention, Baltimore, MD
2004      Presenter, "Environmental Medicine", Annual meeting of the Editorial Board, *Environmental
          Health Perspectives*, Baltimore MD
2004      Plenary speaker, "Metals, Genes, and Neurodegeneration: the Approach of the Metals
          Epidemiology Research Group at the Harvard School of Public Health", National Institute for
          Environmental Health Sciences Conference on Neurodegeneration.
2004      Discussant, "Suspected Lead Toxicity" Grand Rounds in Occupational/Environmental
          Medicine, Harvard School of Public Health
2004      Discussant, "Mercury Exposure in a Metal Worker", Grand Rounds in
          Occupational/Environmental Medicine, Harvard School of Public Health
2004      Presenter, "Effects of Our Environment on Intellect, Behavior, Life and Death," Leadership
          Council meeting, Harvard School of Public Health
2004      Guest Speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on
          an Old Hazard", Department of Environmental Health, University of Michigan School of
          Public Health
2004      Guest Speaker, "Medicine, Public Health, and the Great American Melting Pot:
          A Second-Generation Chinese-American Reflects on His Personal Odyssey", Sponsored by
          the Asian Student Association, Harvard School of Public Health
2004      Speaker, "Aging, the Environment and Genetics: Recent Insights from

CV: Howard Hu, M.D., M.P.H., Sc.D.

Epidemiologic Studies of Environmental Lead Exposure", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Pinehurst, NC.

2004    Plenary Speaker, "Guidelines for the Management of Lead-Exposed Adults: Recommendations by a National Expert Panel Based on Recent Research", New England College of Occupational and Environmental Medicine Annual Meeting

2005    Lecturer, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Sri Ramachandra Medical College and Research Institute, Chennai, Tamil Nadu, India

2005    Lecturer, "Your Child's IQ, Behavior and Neuropathology: Genes or Environment?", the Harvard Club of Boston, Boston, MA

2005    Guest Speaker, "Metals, Neurodevelopment, and Neurodegeneration: The Work of the Metals Epidemiology Research Group at HSPH", Neurostatistics Working Group, Harvard School of Public Health, Boston, MA.

2005    Plenary Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Cohort Studies of Environmental Lead Exposure", NIEHS Symposium on Aging and the Environment, Duke University, Durham, NC.

2005    Plenary Speaker, "SPECT Imaging and Chemical Intolerance", NIEHS/NIAA symposium on "Chemical Intolerance and Addiction: a Shared Etiology?", Research Triangle Park, NC

2005    Workshop Presenter, "Social and Environmental Threats: the Unnecessary Epidemics", Harvard School of Public Health Leadership Council Annual Conference, Boston, MA

2005    Keynote Speaker, "Our Food, Our Water, Our Homes: Toxic Metals", The Boston Foundation, Boston, MA.

2006    Invited Speaker (invited by David Schwartz, NIEHS Director), "Goal IV: Improve and Expand Community-Linked Research", Roundtable on Environmental Health Sciences, Research, and Medicine; Institute of Medicine, National Academy of Sciences, Wash DC.

2006    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Dean's Advisory Board, University of Michigan School of Public Health, Ann Arbor, MI

2006    Keynote Speaker and Harriett Hardy Annual Lecturer, "The 'E' in Occupational/ Environmental Medicine: the Present and the Future", New England College of Occupational Medicine Annual Meeting, New Bedford, MA

2007    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Meetings of the UMSPH Alumni Council and the EHS Emeritus Faculty, Ann Arbor, MI

2007    Moderator and Speaker, "The Normative Aging Study: Health Effects of Lead", Symposium on the Health Effects of Lead, 2007 Annual Meeting of the International Society for Environmental Epidemiology, Mexico City, Sept 8, 2007

2007    Guest Lecture, "Uncovering the Impact of the Environment on Disease: Big Opportunities for Physician-Scientists", Medical Scientist Training Program, University of Michigan Medical School

2007    Guest Lecture, "Industrialization, Pollution and Public Health in India: Can India Survive Modernization?", Osher Institute, Ann Arbor, MI

2007    Plenary Speaker, "Environmental Equity: Local and Global Challenges and the Balance Between Research and Advocacy", Michigan's Premier Public Health Conference,

|      | October 16, 2007, Dearborn, MI |
|------|--------------------------------|
| 2007 | Board Member Lecture, "Metals, Genes, Health and Human Rights: from the Molecular to the Global", Fall Meeting of the Board of Population Health and Public Health Practice, Institute of Medicine, National Academies of Science, Washington DC, Dec 13, 2007. |
| 2008 | Speaker, "MDs as Leaders for Change in Environmentalism", 2008 Annual Regional Political Leadership Institute, American Medical Student Association, University of Michigan Medical School, February 16, 2008 |
| 2008 | Speaker, Grand Rounds, "The Impact of Environmental Pollutants on Disease: New Insights and Implications for Research and Medical Practice" Department of Medicine, University of Michigan Health System. |
| 2008 | Guest Lecture, "Emerging Insights into the Pervasive Influence of Environment Toxicants on Reproductive Outcomes and Offspring Development: Lead as a Case Study", Reproductive Sciences Program, University of Michigan |
| 2008 | Panelist, "Environmental Health in China", Public Health Grand Rounds, Division of Health Practice, University of Michigan School of Public Health |
| 2008 | Keynote Speaker, "Human Health and the Role of Water", Symposium on Water, Health & The Environment, Graham Environmental Sustainability Institute, University of Michigan |
| 2008 | Guest Speaker, "Lead Exposure and Toxicity: New Insights Using Molecular Epidemiology" Wadswoth Laboratories and SUNY-Albany |
| 2008 | Speaker: "Impact of Climate Change on Human Health: Vulnerability"  5th AKKA World Kannada Conference, Chicago IL |
| 2008 | Speaker, "The 'E' in Occupational/Environmental Medicine: the Present and the Future", Michigan Occupational/Environmental Medicine Annual Meeting, Mackinac Island, MI |
| 2008 | Speaker, "Impact of Climate Change on Human Health", University of Michigan Chapter of the American Medical Student Association, Ann Arbor, MI |
| 2008 | Speaker, "Early Life Origins of Adult Chronic Disease: Environmental Health and Toxicology at a Crossroads" Michigan Chapter fo the Society for Toxicology, Ann Arbor, MI |
| 2009 | Speaker, "Evidence for Lead as an Environmental Stressor of Alzheimer's Disease and the Role of Epigenetics", Symposium Panel, Annual Meeting of the Society for Toxicology, Baltimore, MD |
| 2009 | Keynote Speaker, "Lead, Late-Life and Early Life Effects, and the Emerging Field of Environmental Epigenetics: Looking Ahead", Annual Meeting of the American College for the Advancement of Medicine, San Diego, CA |
| 2009 | Speaker, "Lead Toxicity and Mechanistically-Oriented Molecular Epidemiology: Targeting the Epigenetics of Alzheimer's Disease", Seminar Series, Institute for Environmental Health Sciences, Wayne State University, Detroit, MI |
| 2009 | Speaker, "Climate Change Impacts on Health in the Developing World", Research Discussion Series, University of Michigan Center for Global Health |
| 2009 | Speaker, "Autism, Aggressive Behavior, Anxiety, and Alzheimer's: are Environmental Toxicants Playing a Major Etiologic Role?", Department of Psychology, University of Michigan |
| 2009 | Speaker, "Early Life Exposures and Endocrine Disruption: Evidence from Molecular |

CV: Howard Hu, M.D., M.P.H., Sc.D.

Epidemiology", Pediatric Endocrine Seminar, University of Michigan Medical School

2009   Distinguished Speaker, "Lead Toxicity: Twenty Years of Research On The Poison That Keeps on Poisoning" 10th Anniversary of the Department of Microbiology and Environmental Toxicology, University of California at Santa Cruz

2010   Speaker, "The Centers for Disease Control and Prevention & the Environmental Protection Agency: Potential Funding Opportunities for Regional Collaboration in Michigan", University Research Corridor Symposium on Environmental Health, Detroit, MI.

2010   Speaker, "The Future of Public Health", University of Washington School of Public Health

2010   Speaker, "The Environment Meets the Epigenome: Is This Where Autoimmunity Begins?" Symposium on Autoimmunity and Epigenetics, University of Michigan

2010   Keynote Speaker, "A New Twist to an Old Story: The Evidence for Early Life Lead Exposure as a Risk Factor for Alzheimer's Disease through Epigenetic Programming", NIEHS Environmental Health Sciences Center and Toxicology Training Program Retreat, University of Rochester, NY

2010   Speaker, "Lead Toxicity: Twenty Years of Research on The Poison That Keeps on Poisoning" and "Environmental Health Sciences at the University of Michigan", Tianjin Centers for Disease Control, Tianjin, China

2010   Speaker, "Pediatric Lead Toxicity", Xinhua Hospital and the Shanghai Jiao-Tung Medical University Department of Pediatrics, Shanghai, China

2010   Speaker, "Environmental Health Sciences at the University of Michigan", Fudan University, Shanghai, China

2010   Speaker, "Alzheimer's Disease, Epigenetics and the Environment", Symposium Update, Alzheimer's Disease Association, Ann Arbor, MI

2010   Speaker, "Environmental Justice, Progress (and the Lack Thereof) and the Role of Research", Roundtable on Environmental Health Sciences, Research and Medicine, Institute of Medicine, National Academies, Washington DC.

2010   Speaker, "White Coats, Population Science and Poison Gas: A Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Robert Wood Johnson Clinical Fellows Program, University of Michigan Medical School, Ann Arbor, MI

2011   Speaker, "The Three Most Difficult Challenges to Molecular Epidemiologic Research on Gene-Environment Interactions: Lead Toxicity as a Case Study." Department of Human Genetics, University of Michigan Medical School, Ann Arbor, MI

2011   Speaker, "The Integration of Data on Environmental Carcinogens with Population and Genetic Resources", "Opportunities & Challenges for Translational Research on Cancer Prevention", Translational Cancer Prevention & Biomarkers Workshop, Mazamdur-Shaw Cancer Center, Bangalore, India.

2011   Speaker, "Success in the Academy", Faculty Panel, Students of Color of Rackham, Rackham Graduate School, University of Michigan

2011   Speaker, "White Coats, Population Science and Poison Gas: Fact-Finding Missions by Health Professionals for Human Rights", Sujal Parikh Memorial Symposium, University of Michigan Medical School.

2011   Speaker, "The Analysis of Biomarker Data to Ascertain the Contribution of Environmental

CV: Howard Hu, M.D., M.P.H., Sc.D.

Exposures to the Etiology of Disease: Lead Exposure and Toxicity as a Case Study", Department of Computational Medicine and Bioinformatics, University of Michigan Medical School.

2012    Speaker, "Research and Analysis Linking Upstream and Downstream Disparities Work", Webinar hosted by the Health & Environmental Funders Network, Bethesda, MD, with 52 Foundations related Health.

2012    Keynote Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World". E.J. Van Liere Memorial Convocation and Health Sciences Center Research Day, West Virginia University, Morgantown, West Virginia

2012    Plenary Speaker, "Transgenerational Impacts of Pollutants on Offspring: Recent Insights and Case Studies", Connaught Global Challenge International Symposium, University of Toronto.

2012    Speaker, "Environmental Impacts on Aging (+ an update on the Dalla Lana School of Public Health)", Community Medicine Rounds, University of Toronto

2012    Speaker, "The Environment & Public Health in a Research-Intensive University: Opportunities for Scholarship in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World", School for the Environment, University of Toronto

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", External Advisory Meeting, Public Health Ontario, Toronto

2012    Speaker, "Canadian Public Health Schools (in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World): The View from Toronto, External Advisory Board Meeting, Institute for Population and Public Health, Canadian Institutes for Health Research, Toronto

2012    Speaker, "Sustainable Development and Health: The Global Mining Industry", Canadian Society for International Health Annual Meeting, Ottawa

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Xinhua Hospital/Shanghai Jiao-Tung University, Shanghai, China.

2012    Speaker, "The Impact of Population-Wide Lead Exposure and Gene-Lead Interactions on Chronic Disease", Genetic Grand Rounds, Sick Kids Hospital, Toronto.

2012    Speaker, "Looking behind the curtain: Lead Toxicity as a Case Study of Methodologic Challenges in Gene-Environment Interactions Research", Strategic Training in Advanced Genetic Epidemiology (STAGE), Dalla Lana School of Public Health, University of Toronto.

2012    Keynote speaker: "Public Health—the Next Frontier in Health Professions Education". Council of Health Sciences annual retreat, University of Toronto.

2013    Speaker, "White Coats, Population Science and Poison Gas: Lessons from a Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Joint Center for Bioethics, University of Toronto

2013    Speaker, "Gauging environmental impact on the development of chronic inflammation",

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                            29

Connaught Global Challenge Workshop, University of Toronto.

2013    Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Grand Rounds, Department of Medicine, University of Toronto.

2013    Speaker, "Metals, Mega-trends, and Me: Reflections on Research and the Vision for the Dalla Lana SPH", Occupational and Environmental Medicine Grand Rounds, St. Michael's Hospital, Toronto, ON.

2013    Speaker, "Air pollution and Cardiovascular Disease: Health Impacts, Mechanisms, and Research Opportunities", UniversityofToronto & FMUSP-InCor SymposiumonCardiology, Sao Paolo, Brazil.

2013    Speaker: "Lead Exposure's Impact on Health and Policy: A History of Neglect and Missed Opportunities", Public Health Policy Rounds, CIHR Strategic Training Program in Public Health Policy, University of Toronto.

2013    Speaker: "Lead Toxicity: The Long Tail of Health Impacts (and On-going Research Opportunities!) From an Historical Environmental Air Pollutant", Southern Ontario Centre for Air Pollution and Aerosol Research, University of Toronto.

2013    Speaker: "Water and Sanitation", Water, Sanitation and Hygiene (WASH) Canada, Toronto, Ontario, Canada

2014    Speaker: "Conflict and Public Health", Ontario Medical Association, Toronto, Canada

2014    Panelist: "Judging Evidence: Finding a Place for Variation in an Evidence-Based World", Health Quality Ontario, Toronto, Canada

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Special meeting of the Canadian Chamber of Commerce in Shanghai

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Jockey School of Public Health and Primary Care, Chinese University of Hong Kong, Hong Kong, China

2015    Speaker: "The Grand Convergence: Creating Health in a Globalized World", School of Public Health and the ASEAN Institute, Mahidol University, Bangkok, Thailand

2015    Speaker: "Gene-environment Interactions and the Role of Big Data in Environmental Health" Seminar series, School of the Environment, University of Toronto, Toronto, Canada

2015    Speaker: "Global Health Security", Ill with Illness—Economic, Social & Security Barriers to the Provision of Global Health, Munk School of Global Affairs, University of Toronto, Toronto, Canada

2015    Speaker: "The Dalla Lana School of Public Health: Big Ideas and Initiatives for Creating Health in a Globalized World", Speaker Series, University of Toronto Alumni of Toronto.

2015    Speaker: "Unique Scientific Opportunities for the Precision Medicine Initiative National Research Cohort: Exposomics, Data Linkage, and Global Collaborations". Working group on President Obama's Precision Medicine Initiative (Chaired by Francis Collins, Director, NIH)

2015    Speaker: "What is the Role of Schools of Public Health in the 21st Century?" 50th Anniversary Celebration of the Department of Epidemiology, Biostatistics and Occupational Health, McGill University, Montreal, Quebec.

2015    Welcoming Address: "Global Public Health and Mental Health", Going Glo-cal for Mental Health conference, Centre for Addictions and Mental Health/Department of Psychiatry/Dalla

CV: Howard Hu, M.D., M.P.H., Sc.D.

Lana School of Public Health, Toronto, ON

2015     John Goldsmith Memorial Lecture: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Opening Plenary Session, International Society for Environmental Epidemiology Annual Meeting, Sao Paulo, Brazil

2015     Inaugural Speaker: "The Future of Public Health and Medicine in a Crowded and Complex World", Global Health Leadership Series, PSG Medical School & the Shanti Ashram Foundation, Coimbature, Tamil Nadu, India

2016     Speaker "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Indian Institutes of Public Health—Hyderabad, Hyderabad, India

2016     Speaker: "Integration of Public Health & Health Care: The Unmet Agenda for a Truly Sustainable Health System", Board of Directors Retreat, Toronto East General Hospital, Toronto

2016     Plenary speaker: "Health Promotion, Prevention and Health Protection: Innovative Initiatives", 6th Asia-Pacific Conference on Public Health | 1st ASEAN Health Promotion Conference Bangkok, August

2016     Speaker: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Mount Sinai School of Medicine, New York, NY

2016     Plenary Speaker: "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", International College of Integrative Medicine Annual Meeting, Toronto, ON

2016     Plenary Speaker: "Big Data and Implications for Environmental Health", 15th Anniversary Conference, Jockey Club School of Public Health & Primary Care, Chinese University of Hong Kong, Hong Kong

2016     Plenary Speaker: "Innovations in Assessing Lead Poisoning and Child Health: Policy & Clinical Implications", Chinese University of Hong Kong-Fudan-Oxford International Symposium on Health Impacts of Environmental Exposures", Hong Kong

2016     Speaker: "Addressing a Changing Environment (and Impacts on Health, AKA Can India Survive Modernization?", Indian Institutes of Technology Alumni, Canada, International Conference 2016, Toronto.

2016     Plenary Speaker, "Hidradenitis Suppurativa: Research Directions from a Population Health Perspective", Symposium on Hidradenitis Suppurativa Advances, Toronto.

2016     Plenary Speaker, "Children's Environmental Health", The 2016 Annual National Conference on Children's Healthcare, Shanghai, China

2016     Special Guest Speaker, "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Shanghai Municipal Center for Disease Control, Shanghai, China

2016     Lecturer, "Lead and Human Health: Recent Research and Associated Lessons for Science & Policy", Fudan University School of Public Health, Shanghai, China

2017     Lecturer, "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017     Lecturer, "The Future of Academic Public Health", Saw Swee Hock School of Public Health,

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    31

National University of Singapore, Singapore

2017    Lecturer, "Recent Advances in Understanding, Preventing, and Reversing the Impact of Environmental Factors on Health", Society of Chinese Bioscientists in America, Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, ON

2017    Lecturer, "Environmental Epidemiology in the Era of Exposomics, Lifecourse Epidemiology, Big Data and Big Science", Department of Environmental Health, Harvard School of Public Health, Boston, MA

2017    Speaker, "The Role of a Re-emergent Canadian School of Public Health in a Hot, Hungry, Polluted, Aging, Polarized World Prone to Pandemics, Chronic Disease, and Unsustainable Health Systems", Royal Canadian Institute for Science, Toronto, ON

2017    Speaker, "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Seminar Series in Environmental Epidemiology, University of Washington School of Public Health, Seattle, WA

2017    Plenary Speaker: "New realities arising from the extractive industries and agri-business: the Pollution and health perspective," Hong Kong Summit of Global Health Leaders.  University of Hong Kong, Hong Kong

2018    Plenary Speaker: "The GBD-Pollution and Health Initiative: Challenges & Opportunities", Workshop on the Global Burden of Disease-Pollution and Health Initiative, Institute for Health Metrics, University of Washington, Seattle, WA

2018    Guest Lecturer: "Partnerships, Local Responsiveness, National and Global Impacts", University of Iowa College of Public Health, Iowa City, IA

2018    Plenary Speaker: "Current Research on Fluoride and Neurodevelopment: The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study", Annual meeting of the International Academy of Oral Medicine and Toxicology, Denver, CO

2018    Speaker, "Recent Epidemiologic Research on Lead Toxicity: New Surprises regarding an Old Global Pollutant", Department of Environmental and Occupational Health Sciences Seminar Series, University of Washington School of Public Health, Seattle, WA

2018    Speaker: "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Symposium on Fluoride research, Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Panelist, "The Fluoridation Decision: Considering the Evidence for Benefits, Possible Risks as well as Ethical World Views", Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Speaker: "Grand Opportunities", The UC-Irvine School of Population Health and the Samueli College of Health Sciences, Irvine, CA

2018    Speaker, "The Global Burden of Disease-Pollution and Health Initiative", Office of the Director and the Global Environmental Health Program, U.S. National Institute for Environmental Health Sciences, Research Triangle Park, NC

2019    Speaker, "Evaluating, treating and managing disabilities of patients with chemical intolerance", Symposium on Chemical Intolerance—A Way Forward, Marilyn Brachman

CV: Howard Hu, M.D., M.P.H., Sc.D.

Hoffman Foundation and the Hoffman Program on Chemicals and Health at the Harvard T.H. Chan School of Public Health, Dallas, TX

2019    Guest Lecturer: "The Global Burden of Disease-Pollution and Health Initiative", Center for Population Health Sciences, Stanford University, Palo Alto, CA

INVENTIONS/PATENTS: n/a

BIBLIOGRAPHY: (H-index, as of April, 2019, Google Scholar: 83)

<u>Peer-reviewed journals</u>

1. Hu H, Markowitz SB. A case-study of industrial bladder cancer. Einstein Quarterly Review of Biology and Medicine 1982;1:29-35.

2. Hu H. Benzene and myelofibrosis. Annals of Internal Medicine 1987;106:171-172

3. Hu H, Milder FL, Burger DE. X-Ray Fluorescence: Issues surrounding the application of a new tool for measuring burden of lead. Environmental Research 1989;49:295-317.

4. Hu H, Fine J, Epstein P, Kelsey K, Reynolds P, Walker B. Tear Gas: Harrassing agent or toxic chemical weapon? JAMA 1989;262:660-663.

5. Hu H, Cook-Deegan R, Shukri A. The use of chemical weapons: Conducting an investigation using survey epidemiology. JAMA 1989;262:640-643.

6. Hu H, Tosteson T, Aufderheide AC, Wittmers L, Burger DE, Milder FL, Schidlovsky G, Jones KW. Distribution of lead in human bone: I. Atomic absorption measurements. Basic Life Sci 1990;55:267-274.

7. Burger DE, Milder FL, Morsillo PR, Adams BB, Hu H. Automated bone lead analysis by k-x-ray fluorescence for the clinical environment. Basic Life Sci 1990;55:287-292.

8. Schidlovsky G, Jones KW, Burger DE, Milder FL, Hu H. Distribution of lead in human bone: II. Proton microprobe measurements. Basic Life Sci 1990;55:275-280.

9. Jones KW, Schidlovsky G, Burger DE, Milder FL, Hu H. Distribution of lead in human bone: III. Synchrotron x-ray microscope measurements. Basic Life Sci 1990;55:281-286.

10. Hu H, Milder FL, Burger DE. X-ray fluorescence measurements of lead burden in subjects with low-level community lead exposure. Arch Environ Health 1990;45:335-341.

CV: Howard Hu, M.D., M.P.H., Sc.D.

11.  Hu H, Win KU, W, Arnison ND.  Burma: Health and human rights. Lancet 1991;337:1335.

12.  Hu H.  A 50-year follow-up of childhood plumbism: hypertension, renal function, and hemoglobin levels among survivors. Am J Dis Child 1991;145:681-687.

13.  Hu H.  Knowledge of diagnosis and reproductive history among survivors of childhood plumbism. Am J Publ Health 1991;81:1070-1072.

14.  Hu H, Milder FL, Burger DE.  The use of K-X-Ray Fluorescence for measuring lead burden in epidemiological studies: high and low lead burdens and measurement uncertainty.  Environ Health Perspect 1991;94:107-110.

15.  Hu H, Pepper L, Goldman R.  Effect of repeated occupational exposure to lead, cessation of exposure, and chelation on levels of lead in bone.  Am J Ind Med 1991;20:723-735.

16.  Hu H.  Toxic weapons, epidemiology, and human rights.  Polit Politics and Life Sci 1992;February:3-4.

17.  Hu H, Sparrow D, Weiss S.  Association of serum albumin with blood pressure in the Normative Aging Study. Am J Epidemiol 1992;136:1465-1473.

18.  Hu H, Christiani D.  Reactive airways dysfunction after exposure to tear gas.  Lancet 1992;339:1535.

19.  Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly 1993;3:79-87.

20.  White RF, Diamond R, Proctor S, Morey C, Hu H.  Residual cognitive deficits 50 years after lead poisoning during childhood.  Br J Industr Med 1993;50:613-622.

21.  Hu H, Beckett L, Kelsey K, Christiani D.  The left-sided predominance of asbestos-related pleural disease.  Am Rev Resp Dis 1993;148:981-984.

22.  Payton M, Hu H, Sparrow D, Young JB, Landsberg L, Weiss ST.  Relation between blood lead and urinary biogenic amines in community-exposed men.  Am J Epidemiol 1993;138:815-825.

23.  Hu H, Kotha S.  Ethics and epidemiology: International Guidelines.  Polit Life Sci 1993;February:29-30.

24.  Goldman RH, White R, Kales SN, Hu H.  Lead poisoning from mobilization of bone stores during thyrotoxicosis.  Am J Industr Med 1994;25:417-424.

CV: Howard Hu, M.D., M.P.H., Sc.D.

25. Bellinger D, Hu H, Titlebaum L, Needleman HL.  Attentional correlates of dentin and bone lead levels in adolescents.  Arch Environ Health 1994;49:98-105.

26. Watanabe H, Hu H, Rotnitzky A.  Correlates of bone and blood lead levels in carpenters.  Am J Industr Med 1994;26:255-264.

27. Hu, H.  Decision-making in human health impact assessments: a clinician's perspective.  Environ Impact Assess Rev 1994;14:439-450.

28. Hu H, Watanabe H, Payton M, Korrick S, Rotnitzky A.  The relationship between bone lead and hemoglobin.  JAMA 1994;272:1512-1517.

29. Payton M, Hu H, Sparrow D, Weiss ST.  Low-level lead exposure and renal function in the Normative Aging Study.  Am J Epidemiol 1994;140:821-829.

30. Aro ACA, Todd AC, Amarasiriwardena C, Hu H.  Improvements in the calibration of $^{109}$Cd K x-ray fluorescence systems for measuring bone lead *in vivo*.  Phys Med Biol 1994;39:2263-2271.

31. Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and urinary cancers: a preliminary report. Environ Geochem Health 1994;s16:119-128.

32. Hoppin JA, Aro ACA, Williams PL, Hu H, Ryan PB.  Validation of K-xrf bone lead measurements in young adults.  Environ Health Perspect 1995;103:78-83.

33. Smith CM, Wang X, Hu H, Kelsey KT.  A polymorphism in the δ-Aminolevulinic acid dehydratase gene may modify the pharmacokinetics and toxicity of lead.  Environ Health Perspect 1995;103:248-253.

34. Hu H, Aro A, Rotnitzky A.  Bone lead measured by X-ray fluorescence: Epidemiological methods. Environ Health Perspect 1995;103(Suppl 1):105-110.

35. Kim R, Aro A, Rotnitzky A, Amarasiriwadena C, Hu H.  K x-ray fluorescence measurements of bone lead concentration: the analysis of low-level data.  Phys Med Biol 1995;40:1475-1485.

36. Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  A longitudinal study of chronic lead exposure and physical growth in Boston children.  Environ Health Perspect 1995;103:952-957.

37. Hu H, Kotha S, Brennan T.  The role of nutrition in mitigating environmental insults: policy and ethical issues.  Environ Health Perspect 1995;103(Suppl 6):185-190.

38. Smith CM, Hu H, Wang X, Kelsey K.  Delta-aminolevulinic acid dehydratase genotype is not associated with hematocrit or hemoglobin levels among construction trade workers exposed to low

CV: Howard Hu, M.D., M.P.H., Sc.D.

levels of lead.  Medicine Lavoro 1995;86:229-235.

39.  Makhijani A, Hu H, Yih K.  Nuclear wastelands: Nuclear weapons production worldwide and its environmental and health effects.  Med Global Surv 1995;2:26-34.

40.  Potula V, Hu H.  Occupational and lifestyle determinants of blood lead levels among men in Madras, India.  Int J Occup Environ Health 1996;2:1-4.

41.  Hu H, Hashimoto D, Besser M.  Levels of lead in blood and bone of women giving birth in a Boston hospital.  Arch Environ Health 1996;51:52-58.

42.  Hu H, Aro A, Payton M, Korrick S, Sparrow D, Weiss ST, Rotnitzky A.  The relationship of bone and blood lead to hypertension: The Normative Aging Study. JAMA 1996;275:1171-1176.

43.  Kim R, Rotnitzky A, Sparrow D, Weiss ST, Wager C, Hu H.  A longitudinal study of low-level lead exposure and impairment of renal function: The Normative Aging Study.  JAMA 1996;275:1177-1181.

44.  Proctor SP, Rotnitzky A, Sparrow D, Weiss ST, Hu H.  The relationship of blood lead and dietary calcium to blood pressure in the Normative Aging Study.  International Journal of Epidemiology 1996;25:528-536.

45.  Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  Longitudinal relationship between dentin lead levels in childhood and bone lead levels in young adulthood.  Arch Environ Health 1996;51:375-382.

46.  Hu H, Payton M, Korrick S, Aro A, Sparrow D, Weiss ST, Rotnitzky A.  Determinants of bone and blood lead levels among community-exposed middle-aged to elderly men: the Normative Aging Study. Am J Epidemiol  1996;144:749-759.

47.  Hernandez-Avila M, Gonzalez-Cossio T, Palazuelos E, Romieu I, Aro A, Fishbein E, Peterson K, Hu H.  Dietary and environmental determinants of blood and bone lead levels in lactating postpartum women living in Mexico City.  Environ Health Perspect 1996;104:1076-1082.

48.  Potula V, Hu H.  Relationship of hemoglobin to occupational exposure to motor vehicle exhaust. Tox Industr Health 1996;12:629-637.

49.  Kim R, Hu H, Sparrow D, Weiss S.  The relationship between low-level lead exposure and uric acid concentration in the serum: the Normative Aging Study.  Korean J Occup Med 1996;8:490-498.

50.  Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and incidence of urinary cancers.  Epidemiology 1997;8:545-550.

CV: Howard Hu, M.D., M.P.H., Sc.D.

51.  Kim R, Landrigan C, Mossman P, Sparrow D, Hu H.  Age and secular trends in bone lead levels in middle-aged and elderly men: three-year longitudinal follow-up in the Normative Aging Study.  Am J Epidem 1997;146:586-591.

52.  Hoppin JA, Aro A, Hu H, Ryan PB.  In vivo bone lead measurement in suburban teenagers.  Pediatrics 1997;100:365-370.

53.  González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H.  Decrease in birth weight in relation to maternal bone lead burden.  Pediatrics 1997;100:856-862.

54.  Hu H, Rabinowitz M, Smith D.  Bone lead as a biological marker in epidemiologic studies of chronic toxicity: Conceptual paradigms.  Environ Health Persp 1998;106:1-8.

55.  Payton M, Riggs KM, Spiro A, Weiss ST, Hu H.  Relations of bone and blood lead to cognitive function: The VA Normative Aging Study.  Neurotox Teratol 1998;20:19-27.

56.  Amarasiriwardena C, Lupoli N, Potula V, Korrick S, Hu H.  Determination of total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods.  Analyst 1998;123:441-445.

57.  Gassert TH, Hu H, Kelsey KT, Christiani DC.  Long-term health and employment outcomes of occupational asthma and their determinants.  J Occup Environ Med 1998;40:481-491.

58.  Hu H.  Grand rounds in environmental and occupational medicine.  Environ Health Persp 1998;106:A262.

59.  Cheng Y, Willett W, Schwartz J, Sparrow D, Weiss ST, Hu H.  The relation of nutrition to bone lead levels in middle-aged to elderly men: The Normative Aging Study.  Am J Epidemiol 1998;147:1162-1174.

60.  Wright RO, Hu H, Maher TJ, Amarasiriwardena C, Chaiyakul P, Woolf AD, Shannon MW.  Effect of iron deficiency anemia on lead distribution after intravenous dosing in rats.  Tox Industr Health 1998;14:547-551.

61.  Cheng Y, Schwartz J, Vokonas P, Weiss ST, Aro A, Hu H.  Electrocardiographic conduction disturbances in association with low level lead exposure: the Normative Aging Study.  Am J Cardiol 1998;82:594-599.

62. González-Cossío T, Sanín LH, Hernández-Avila M, Rivera J, Hu H.  Longitud y peso al nacer:  El papel de la nutrición materna.  [Length and weight at birth: The role of maternal nutritional status.]

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    37

Salud Pública Mex [Public Health in Mexico] 40:119-126, 1998.

63. Hernandez-Avila M, Smith D, Meneses F, Sanin LH, Hu H.  The influence of bone and blood lead on plasma lead levels in environmentally exposed adults.  Environ Health Perspect1998;106:473-477.

64. Hu H. Bone lead as a new biologic marker of lead dose: Recent findings and implications for public health.  Environ Health Perspect 1998;106(Suppl 4):961-967.

65. Farias P, Hu H, Rubenstein E, Meneses-Gonzalez F, Fishbein E, Palazuelos E, Aro A, Hernadez-Avila M.  Determinants of bone and blood lead levels among teenagers living in urban areas with high lead exposure.  Environ Health Perspect 1998;106:733-737.

66. Kales SN, Aldrich JM, Polyhronopoulos GN, Artzeronian D, Gassert T, Hu H, Kelsey K, Sweet C, Christiani DC.  Fitness for duty evaluations in hazardous material firefighters.  J Occup Environ Med 1998;40:925-931.

67. Guo HR, Lipsitz S, Hu H, Monson R.  Using ecological data to estimate a regression model for individual data: the association between arsenic in drinking water and incidence of skin cancer.  Environ Res 1998;79:82-93.

68. Amarasiriwardena CJ, Lupoli N, Potula V, Korrick S, Hu H.  Determination of the total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods. Analyst. 1998;123:441-5.

69. Korrick SA, Hunter DJ, Rotnitzky A, Hu H, Speizer FE.  Lead and hypertension in a sample of middle-aged women.  Am J Public Health 1999;89:330-335.

70. Wright RO, Shannon MW, Wright RJ, Hu H.  Association between iron deficiency and Low-level lead poisoning in an urban primary care clinic.  Am J Public Health 1999;89:1049-1053.

71. Potula V, Serrano J, Sparrow D, Hu H.  Relationship of lead in drinking water to bone lead levels twenty years later in Boston men: the Normative Aging Study.  J Occup Environ Med 1999;41:349-355.

72. Elreedy S, Krieger N, Ryan PB, Sparrow D, Weiss ST, Hu H.  Individual and census measures of socioeconomic position as determinants of bone lead concentrations among community-exposed men: the Normative Aging Study. Am J Epidem 1999;150:129-141.

73. Aguilar-Madrid G, Piacitelli G, Juarez-Perez CA, Vazquez-Grameix JH, Hu H, Hernadez-Avila M. Chronic occupational exposure to inorganic lead at a printing press in Mexico City.  Salud Publica 1999;41:42-54.

CV: Howard Hu, M.D., M.P.H., Sc.D.

74. Moy E, Hu H, Christiani DC.  A retired shipyard worker with rapidly progressive pulmonary interstitial fibrosis.  Environ Health Perspect 1999;107:321-327.

75. Chuang HY, Lee, M-L T, Chao KY, Wang JD, Hu H.  The relationship of personal hygience habits to blood lead levels in a longitudinal study of battery workers in Taiwan: 1991-1997.  Am J Industr Med 1999;35:595-603.

76. Tsaih SW, Schwartz J, Lee ML, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The interrelationships of lead in bone and blood to lead in urine among middle-aged to elderly men: the Normative Aging Study.  Environ Health Persp 1999;107:391-396.

77. Hu H, Stern A, Rotnitzky A, Schlesinger L, Proctor S, Wolfe J.  Development of a brief questionnaire for screening for multiple chemical sensitivity syndrome.  Tox Industr Health 1999;15:582-588.

78. Kales SN, Aldrich JM, Polyhronopoulos GN, Leitao EO, Artzerounian D, Gassert G, Hu H, Kelsey KT, Sweet C, Christiani DC.  Correlates of fitness for duty in hazardous materials firefighters.  Am J Industr Med 1999;36:618-629.

79. Guang L, Wang X, Hu H, Xu X.  A comparitive study on the lead levels in capillary and venous blood.  J Environ Health (China) 1999;16:103-105.

80. Aro A, Amarasiriwardena C, Lee M-L, Kim R, Hu H.  Validation of K x-ray fluorescence bone lead measurements by inductively coupled plasma mass spectrometry in cadaver legs.  Med Phys 2000;27:119-123.

81. Hoppin JA, Aro A, Hu H, Ryan PB.  Measurement variability associated with KXRF bone lead measurement in young adults.  Environ Health Persp 2000;108:239-242.

82. Hernandez-Avila H, Villalpando CG, Palazuelos E, Hu H, Villalpando ME, Martinez R.  Determinants of blood lead levels across the menopause transition.  Arch Environ Health 2000;55:355-360.

83. Shadick NA, Kim R, Weiss S, Liang MH, Sparrow D, Hu H. Effect of low level lead exposure on hyperuricemia and gout among middle aged and elderly men: the normative aging study. J Rheumatol. 2000 Jul;27(7):1708-12. PubMed PMID: 10914856.

84. Counter SA, Buchanan LH, Ortega F, Amarasiriwardena C, Rifai N, Hu H.  Environmental lead contamination and pediatric lead intoxication in an Ecuadoran village.  Int J Occup Environ Health 2000;6:169-176.

CV: Howard Hu, M.D., M.P.H., Sc.D.

85. Brown MJ, Hu H, González-Cossío T, Peterson KE, Sanín LH, Kageyama, ML, Palazuelos E, Aro A, Schnaas L, Hernández-Avila M.  Determinants of bone and blood lead concentrations in the early postpartum period.  Occup Environ Med 57:535-541, 2000.

86. Chuang HY, Schwartz J, Tsai S-Y, Lee M-L T, Wang J-D, Hu H.  Vibration perception thresholds in workers with long-term lead exposure.  Occup Environ Med 2000;57:588-594.

87. Wu M-T, Demple B, Bennett RAO, Christiani DC, Fan R, Hu H.  Individual variability in the zinc inducibility of metallothionein-IIA mRNA in human lymphocytes.  Toxicol Environ Health 2000; 61A:553-567.

88. Vig EK, Hu H.  Lead toxicity in older adults.  J Am Geriatrics Soc. 2000;48:1501-1506.

89. Cheng Y, Schwartz J, Sparrow D, Aro A, Weiss ST, Hu H.  A prospective study of bone lead level and hypertension: the Normative Aging Study.  Am J Epidem 2001;153:164-171.

90. Hu H.  Poorly-controlled hypertension in a painter with chronic lead toxicity.  Environ Health Perspec 2001;109:95-99.

91. Brown MJ, Gardner J, Sargent JD, Swartz K, Hu H, Timeri R.  Prevention effectiveness of housing policies to reduce lead exposure: risk factors associated with recurrent pediatric lead poisoning in addresses with lead poisoned children in the past.  Am J Public Health 2001;91:621-624.

92. Chuang HY, Hu H, Schwartz J, Palazuelos E, Aro A, Amarasiriwardena C, Hernandez-Avila M.  The inter-relationships between lead levels in maternal venous blood, maternal bone, and umbilical cord blood: implications for plasma lead.  Environ Health Perspec 2001;109:527-532.

93. Potula V, Hegarty-Steck M, Hu H.  A pilot study of blood lead levels in relation to paint and dust lead levels: the Lead-Safe Cambridge Program.  Am J Public Health 2001;91:1973-1975.

94. Sanín LH, González-Cossío T, Romieu I, Peterson KE, Ruíz S, Palazuelos E, Hernández-Avila M, Hu H.  Effect of maternal lead burden on infant weight and weight gain at one-month of age among breastfed infants. Pediatrics 107:1016-1023, 2001.

95. Hu H, Aro A, Sparrow D, Kelsey K.  The relationship of bone and blood lead levels to polymorphisms of amino-levulinic acid dehydratase among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:827-832.

96. Tsaih SW, Korrick S, Lee M-L T, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The influence of bone resorption on the mobilization of lead from bone among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:995-999.

CV: Howard Hu, M.D., M.P.H., Sc.D.

97. Hu H. Progress in research on lead toxicity research: Peeling the onion. Biomedicine 2001;21(2&3): 1-17.

98. Guo H-R, Yu H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and skin cancers: cell-type specificity. Cancer Causes and Controls 2001;12:909-16.

99. Téllez-Rojo MM, Hernández-Avila M, González-Cossío T, Romieu I, Aro A, Palazuelos E, Schwartz J, Hu H. Impact of breastfeeding on the mobilization of lead from bone. Am J Epidemiol 2002;155:420-428.

100. Dykeman R, Aguilar-Madrid G, Smith T, Juarez-Perez A, Piacitelli G, Hu H, Hernandez-Avila M. Lead exposure in Mexican radiator repair workers. Am J Industrial Med 2002;41:179-187.

101. Smith D, Hernandez-Avila M, Tellez-Rojo MM, Mercado A, Hu H. The relationship between lead in plasma and whole blood in women. Environ Health Persp 2002;110:263-268.

102. Hernandez-Avila M, Peterson KE, Gonzalez-Cossio T, Sanin LH, Aro A, Schnaas L, Hu H. Effect of maternal bone lead on length and head circumference of newborns and 1-month-old infants. Arch Environ Health 2002;57:482-8.

103. Wolfe J, Erickson DJ, Proctor SP, Hu H. Risk factors for the development of multisymptom illness in U.S. veterans of the Gulf War: the Ft. Devens Cohort study. J Occup Environ Med 2002;44:271-281.

104. Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih S-W, González-Cossío T, Schnaas L, Peterson K, Aro A, Hernández-Avila M. Maternal bone lead as an independent risk factor for fetal neurotoxicity: A prospective study. 2002;Pediatrics 110:110-118.

105. Kamel F, Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP. Lead exposure and amyotrophic lateral sclerosis (ALS). Epidemiology 2002;13:311-319.

106. Elmarsafawy SF, Tsaih SW, Korrick S, Dickey JH, Sparrow D, Hu H. Occupational determinants of bone and blood lead levels in middle aged and elderly men from the general community: the Normative Aging Study. Am J Industrial Med 2002;42:38-49.

107. Korrick SA, Schwartz J, Tsaih SW, Hunter DJ, Aro A, Rosner B, Speizer FE, Hu H. Correlates of bone and blood lead levels among middle-aged and elderly women. Am J Epidemiol. 2002 Aug 15;156(4):335-43. PubMed PMID: 12181103.

108. Wittman R, Hu H. Cadmium exposure and nephropathy in a 28-year old female metals worker. Env Health Persp 2002;110:1261-6.

CV: Howard Hu, M.D., M.P.H., Sc.D.

109.    Hu H, Hernandez-Avila M.  Lead, bones, and pregnancy: the poison within?  Am J Epidem (Commentary) 2002;156:1088-91.

110.    Oliveira S, Aro A, Sparrow D, Hu H.  Seasonality as a modifier of the relationship between bone lead levels and blood lead levels: the Normative Aging Study.  Arch Env Health 2002;57:466-72.

111.    Wright RO, Tsaih S-W, Schwartz J, Wright R, Hu H.  Association between iron deficiency and blood lead level in a longitudinal analysis of children followed in an urban primary care clinic.  J Peds 2003;142:9-14.

112.    Wu MT, Kelsey K, Schwartz J, Sparrow D, Weiss S, Hu H.   A δ-aminolevulinic acid dehydratase (ALAD) polymorphism may modify the relationship of low-level lead exposure to uricemia and renal function: the Normative Aging Study.  Env Health Persp 2003;111:335-41.

113.    Hernandez-Avila M, Gonzalez-Cossio T, Hernandez-Avila JE, Romier I, Peterson KE, Aro A, Palazuelos E, Kageyama Escobar ML, Hu H.  Dietary calcium supplements to lower blood lead levels in lactating women: a randomized placebo-controlled trial.  Epidemiology 2003;14:206-12.

114.    Hu H, Brown MJ.  Effectiveness of environmental health policies: a new frontier for epidemiologists.  (Commentary).  Epidemiology 2003;14:257-258.

115.    Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M.  A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy.  Am J Prev Med 2003;24:260-4.

116.    Latorre FG, Hernandez-Avila M, Orozco JT, Medina AA, Aro A, Palazuelos E, Hu H.  The relationship of blood and bone lead to menopause and bone mineral density among middle-aged women in Mexico City.  Environ Health Persp 2003;111:631-6.

117.    Wright RO, Tsaih SW, Schwartz J, Spiro A 3rd, McDonald K, Weiss ST, Hu H. Lead exposure biomarkers and mini-mental status exam scores in older men. Epidemiology. 2003 Nov;14(6):713-8. PubMed PMID: 14569188.

118.    Kamel F, Umbach DM, Lehman TA, Park LP, Munsat TL, Shefner JM, Sandler DP, Hu H, Taylor JA.   Amyotrophic lateral sclerosis, lead, and genetic susceptibility: polymorphisms in the delta-aminolevulinic acid dehydratase and vitamin D receptor genes. Environ Health Perspect. 2003;111:1335-9.

119.    Rhodes D, Spiro A 3rd, Aro A, Hu H. Relationship of bone and blood lead levels to psychiatric symptoms: the normative aging study. J Occup Environ Med. 2003 Nov;45(11):1144-51. PubMed PMID: 14610395.

CV: Howard Hu                                                                              42

120.    Wright RO, Hu H, Silverman EK, Tsaih SW, Schwartz J, Bellinger D, Weiss ST, Palazuelos E, Hernandez-Avila M. Apolipoprotein E genotype predicts 24-month infant Bayley Scale score Pediatric Research 2003; 54(6):819-25.

121.    Guerra-Tamayo JL, Hernandez-Cadena L, Tellez-Rojo MM, Mercado-Garcia Adel S, Solano-Gonzalez M, Hernandez-Avila M, Hu H.  Time to pregnancy and lead exposure. Salud Publica Mex. 2003;45 Suppl 2:S189-95.

122.    Guo H-R, Wang N-S, Hu H, Monson RR.  Cell-type specificity of lung cancer associated with arsenic ingestion.  Cancer Epidemiology, Biomarkers, and Prevention 2004 Apr;13(4):638-43.

123.    Weisskopf MG, Hu H, Mulkern RV, White R, Aro A, Oliveira S, Wright RO.  Cognitive deficits and magnetic resonance spectroscopy in adult monozygotic twins with lead poisoning.  Environ Health Perspect 2004; 112:620-625.

124.    Wright RO, Silverman EK, Schwartz J, Tsaih ST, Senter J, Sparrow D, Weiss ST,  Aro A, Hu H.  Association between hemochromatosis genotype and lead exposure among elderly men: the Normative Aging Study.  Environ Health Perspect 2004;112:746-750.

125.    Juarez-Perez CA, Aguilar-Madrid G, Smith DR, Lacasana-Navarro M, Tellez-Rojo MM, Piacittelle G, Hu H, Hernandez-Avila M.  Predictors of plasma lead levels in printing press workers.  Am J Industr Med 2004;46:245-52.

126.    Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A, Hu H, Hernandez-Avila M.  Levels of lead in breast milk and their relation to maternal blood and bone lead levels at one-month postpartum.  Environ Health Perspec 2004;112:926-931.

127.    Lin C, Tsaih S, Kim R, Sparrow D, Hu H.  Bone and blood lead levels and their determinants amongst minority subjects living in the Boston area.  Environ Health Perspec 2004;112:1147-1151.

128.    Tellez-Rojo MM, Hernandez-Avila M, Lamadrid-Figueroa H, Smith D, Hernandez-Cadena L, Mercado A, Aro A, Schwartz J, Hu H.  Impact of bone lead on plasma lead levels during pregnancy.  Am J Epidem 2004;160:668-78.

129.    Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A, Hu H, Hernandez-Avila M.  Effect of breast milk lead on infant blood lead levels at 1 month of age.  Environ Health Perspec 2004;112:1381-185.

130.    Tsaih SW, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. Lead, diabetes, hypertension, and renal function: the normative aging study. Environ Health Perspect.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                             43

2004 Aug;112(11):1178-82. PubMed PMID: 15289163; PubMed Central PMCID: PMC1247478.

131.   Weisskopf MG, Wright RO, Schwartz J, Spiro III A, Sparrow D, Aro A, Hu H.   Cumulative lead exposure and prospective change in cognition among elderly men: the VA Normative Aging Study.   Am J Epidem 2004;160:1184-1193.

132.   Schaumberg DA, Mendes F, Balaram M, Dana MR, Sparrow D, Hu H.   Accumulated lead exposure and risk of age-related cataract extraction in men: the Normative Aging Study.   JAMA 2004;292:2750-2754.

133.   Terry P,  Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP, Kamel F.  VEGF promoter haplotype and amyotrophic lateral sclerosis (ALS).  J Neurogenetics 2004;18:1-6.

134.   Thurston SW, Williams PL, Hauser R, Hu H, Spiegelman D.  A comparison of regression calibration approaches for main study/internal validation study designs.  J Stat Plan Inference 2005;131:175-190.

135.   Farias P, Echavarria M, Hernandez-Avila M, Villanueva C, Amarasiriwardena C, Hernandez L, Aro A, Hu H. Bone, blood and semen lead in environmentally exposed Mexican men. Int  J Environ Health Res 2005;15:21-31.

136.   Bellinger D, Hu H, Kartigeyan V, Thomas N, Rajan P, Sankar S, Ramaswamy P, Balakrishnan K. A pilot study of blood lead levels and neurobehavioral function in children living in Chennai, India.  Int J Occ Environ Health 2005;11:138-143.

137.   Jarrell J, Chan S, Hauser R, Hu H.  Longitudinal Assessment of PCBs and Pesticides in Pregnant Women from Western Canada.  Environ Health 2005;4:10 (1-8).

138.   Hu H, Balakrishnan K.  The Environment and Health: an Emerging Area of Research in India.  Indian J Med Res.  2005;121:711-715.

139.   Sanchez BN, Budtz-Jorgensen E, Ryan LM, Hu H.  Structural equation models.  A review with applications to environmental epidemiology.  J Am Stat Assoc  2005;100:1443-1455.

140.   Green R, Hauser R, Calafat AM, Weuve J, Schettler T, Ringer S, Huttner K, Hu H.  Use of di(2-ethylhexyl) phthalate-containing medical products and urinary levels of mono(2-ethylhexyl) phthalate in neonatal intensive care unit infants. Environ Health Perspect. 2005;113:1222-5.

141.   Oken E, Wright RO, Kleinman KP, Bellinger D, Amarasiriwardena C, Hu H,  Gillman MW.  Fish as brain food:  maternal fish consumption, hair mercury, and infant cognition in a US cohort.  Environ Health Perspec 2005;113:1376-80.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                              44

142.   Kamel F, Umbach DM, Hu H, Munsat TL, Shefner JM, Taylor JA, Sandler DP.  Lead exposure as a risk factor for Amyotrophic Lateral Sclerosis (ALS).  Neurodegen Dis  2005;2:195-201.

143.   Ettinger AS, Téllez-Rojo MM, Amarasiriwardena C, Schwartz J, Peterson KE, Aro A, Hu H, Hernández-Avila M.  Influence of maternal bone lead burden, breastfeeding practices, and calcium intake on levels of lead in breast milk over the course of lactation.  Am J Epidem 2005;163:48-56.

144.   Schwartz BS, Rischitelli G, Hu H.  The Future of Environmental Medicine in *Environmental Health Perspectives*: Where Should We Be Headed?  Environ Health Persp 2005;113:A574-6.

145    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Cadena L, Mercado-García A, Smith D, Solano-González M, Hernández-Avila M, Hu H. Biological markers of fetal lead exposure at each stage of pregnancy. J Toxicol Environ Health A. 2006 Oct;69(19):1781-96. PubMed PMID: 16905508.

146.   Jain NB, Hu H.  Childhood correlates of blood lead levels in Mumbai and Delhi.  Environ Health Persp 2006;114:466-70.

147.   Jarrell J,  Weisskopf M ,Weuve J, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal lead exposure and the sex ratio of offspring.  Human Reproduction 2006;21:1901-6.

148.   Tellez-Rojo MM, Bellinger DC, Lamadrid-Figueroa H, Schaas-Arrieta L, Arroyo-Quiroz C, Mercado-Garcia A, Wright RO, Hernandez-Avila M, Hu H.  Longitudinal associations between blood lead concentration <10 µg/dL and neurobehavioral development in environmentally-exposed children in Mexico City.  Pediatrics 2006 Aug;118:e323-30. .

149.   Elmarsafawy SF, Jain N, Schwartz J, Sparrow D, Aro A, Hu H.  Dietary calcium as a potential modifier of the relationship of lead burden to blood pressure: the Normative Aging Study. Epidemiology 2006;17:531-537.

150.   Weuve J, Sanchez BN, Calafat AM, Schettler T, Green R, Hu H, Hauser R.  Exposure to phthalates in neonatal intensive care unit infants.  Environ Health Perspec 2006; 114:1424–1431.

151.   Weuve, J; Kelsey KT; Schwartz J, Bellinger D, Rajan P, Spiro A, Sparrow D, Aro A, Hu H. Delta-aminolevulinic acid dehydratase (ALAD) polymorphism and the relation between low-level lead exposure and cognitive function in older men:  the Normative Aging Study.  Occup Environ Med 2006;63:746-53.

152.   Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J, Schnaas L, Mercado-García A, Hernández-Avila M.  Fetal lead exposure at each stage of pregnancy as a

CV: Howard Hu, M.D., M.P.H., Sc.D.

predictor of infant mental development.  Environ Health Perspec 2006;114:1730-1735.

153.    Park SK, Schwartz J, Weisskopf M, Wright RO, Coull B, Sparrow D, Vokonas P, Nie H, Hu H. Low-level lead exposure, metabolic syndrome and heart rate variability: the VA Normative Aging Study.  Environ Health Perspec 2006;114:1718-1724

154.    Schwartz BS, Parker C, Glass TA, Hu H.  Global Environmental Change: What Should Clinicians and the Environmental Health Community Do?  Environ Health Perspec 2006;114:1807-1812.

155.    Park SK, O'Neill MS, Wright RO, Hu H, Vokonas PS, Sparrow D, Suh, H, Schwartz, J. HFE Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment Interaction. Circulation 2006;114:2798-2805.

156.    Hu H, Wright RO, Shine J.  The challenge posed to children's health by mixtures of toxic waste: the Tar Creek Superfund Site as a case-study.  Ped Clin North America  2007;54:155-175. PMID: 17306689

157.    Schwartz BS, Hu H.  Adult Lead Exposure: Time for Change – Introduction to the Mini-monograph.  Environ Health Perspec 2007;115:451-454.. PMID: 17431498

158.    Hu H, Shih R, Rothenberg S, Schwartz BS.  The Epidemiology of Lead Toxicity in Adults: Measuring Dose and Consideration of Other Methodological Issues.  Environ Health Perspec 2007;115:455-462. PMID: 17431499

159.    Shih R, Hu H, Weisskopf MG, Schwartz BS.  Cumulative Lead Dose and Cognitive Function in Adults: a Review of Studies that Measured Both Blood Lead and Bone Lead.  Environ Health Perspec 2007;115:483-492. PMID: 17431502

160.    Kosnett MJ, Wedeen RP, Rothenberg SJ, Hipkins KL, Materna BL, Schwartz BS, Hu H, Woolf A.  Recommendations for medical management of adult lead exposure.  Environ Health Perspec 2007;115:463-471. PMID: 17431500

161.    Weisskopf MG, Proctor SP, Wright RO, Schwartz J, Spiro A 3rd, Sparrow D, Nie H, Hu H. Cumulative lead exposure and cognitive performance among elderly men.  Epidemiology.  2007;18:59-66. PMID: 17130688

162.    Ettinger AS, Hu H, Hernandez-Avila M.  Dietary calcium supplementation to lower blood lead levels in pregnancy and lactation.  J Nutr Biochem 2007;18:172-178. PMID: 17296490

163.    Zhou H, Chen J, Rissanen TH, Korrick SA, Hu H, Salonen JT, Longnecker MP.  Outcome-dependent sampling: an efficient sampling and inference procedure for studies with a continuous

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    46

outcome.  Epidemiology. 2007;18:461-468. PMID: 17568219

164.    Weisskopf MG, Hu H, Sparrow D, Lenkinski R, Wright RO.  [1]H magnetic resonance
spectroscopic evidence of glial effects of cumulative lead exposure in the adult human hippocampus.
Environ Health Perspec 2007;115(4):519-23. PMID: 17450218

165.    Jain NB, Potula V, Schwartz J, Vokonas PS, Sparrow D, Wright RO, Nie H, Hu H.  Lead levels
and ischemic heart disease in a prospective study of middle-aged and elderly men: the Normative Aging
Study.  Environ Health Perspec 2007;115:871-875. PMID: 17589593

166.    Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee
D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, Hertz-Picciotto I, Hu H, Huang TT,
Jensen TK, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebaek NE, Skerfving S,
Weihe P. The faroes statement: human health effects of developmental exposure to chemicals in our
environment. Basic Clin Pharmacol Toxicol. 2008 Feb;102(2):73-5. PubMed PMID: 18226057.

167.    Peters JL, Kubzansky L, McNeely E, Schwartz J, Wright RO, Spiro A, Sparrow D, Nie H, Hu H.
Stress as a potential modifier of the impact of lead exposure on blood pressure: the Normative Aging
Study.  Environ Health Perspec 2007 Aug;115(8):1154-9.  PMID: 17687441.

168.    Wang FT, Hu H, Schwartz J, Weuve J, Spiro A, Sparrow D, Silverman EK, Weiss ST, Wright
RO.  Modifying effects of hemochromatosis polymorphisms on the association between lead burden and
cognitive decline.  Environ Health Perspec 2007 Aug;115(8):1210-5. PMID: 17687449.

169.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Sparrow D, Spiro A, Smith RJ, Nie H, Hu H,
Wright RO.  Prospective Study of Lead and Psychiatric Symptoms and the Modifying Influence of the
Delta-Aminolevulinic Acid Dehydratase (ALAD) Polymorphism:  the Normative Aging Study.  Am J
Epidem  2007 Dec 15;166(12):1400-8. Epub 2007 Sep 6.  PMID: 17823382

170.    Perlstein T, Weuve J, Schwartz J, Sparrow D, Wright R, Litonjua A, Nie H, Hu H.  Bone and
blood lead levels in relation to pulse pressure in community-exposed men: the Normative Aging Study.
Environ Health Perspec 2007 Dec;115(12):1696-700.  PMID: 18087585.

171.    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Ávila M, Solano-González M, Smith D, Hu
H, Wright RO. Association between the plasma fraction of circulating lead and history of abortion in
Mexican pregnant women  Biomed Central Pregnancy and Childbirth 2007 Sep 27;7:22.  PMID:
17900368

_____

2008 and after (must comply with NIH Public Access Policy, applied to any paper accepted for
publication in a journal on or after April 7, 2008; must supply PubMed Central ID number, PMCID for
any article resulting from research sponsored by NIH; see: http://publicaccess.nih.gov/index.htm)

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    47

* journal that automatically submits *All* NIH-Funded *Final Published Articles* to PubMed Central, as of 8/27/08 (http://publicaccess.nih.gov/submit_process_journals.htm)

172.     Surkan PJ, Schnaas L, Wright RJ, Tellez-Rojo MM, LaMadrid H, Hu H, Hernandez-Avila M, Bellinger DC, Schwartz J, Perroni E, Wright RO.  Coopersmith self-esteem, lead and neurodevelopment. Neurotoxicology 2008;Mar;29(2):278-85. PMID: 18261800; PMCID: PMC2495770

173.     Arora M, Ettinger AS, Peterson KE, Schwartz J, Hu H, Hernandez-Avila M, Wright RO. Maternal dietary intake of saturated and polyunsaturated fatty acids modifies the relationship between lead levels in bone and breast milk.  J Nutrition 2008 Jan;138(1):73-9. PMID: 18156407; PMCID: PMC2628754.

174.     Park SK, O'Neill MS, Vokonas PS, Sparrow D, Wright RO, Coull B, Nie H, Hu H, Schwartz J. Air pollution and heart rate variability: effect modification by chronic lead exposure. Epidemiology. 2008 Jan;19(1):111-20. PMID: 18091001; PMCID: PMC2671065.

175.     Navas-Acien A, Schwartz BS, Rothenberg SJ, Hu H, Silbergeld EK, Guallar E.  Bone lead levels and blood pressure endpoints – a meta-analysis. Epidemiology 2008 May;19(3):496-504. PMID: 18414090; PMCID: pending

176.     Nie H, Hu H, Chettle D.  Application and Methodology of *in vivo* K X-ray Fluorescence of Pb in Bone.  X Ray Spectrometry 2008;37:69-75.  PMID: n/a; PMCID: pending

177.     Oken E, Radesky JS, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW.  Maternal fish intake during pregnancy, blood mercury, and child cognition at age 3 years in a US cohort.  Amer J Epid 2008 May 15;167(10):1171-81.  PMID: 18353804; PMCID: pending

178.     Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Weuve J, Spiro A, Sparrow D, Smith TJ, Nieh H, Hu H, Wright RO.  Interaction of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism and lead exposure on cognitive function:  the Normative Aging Study.  J Occup Environ Med 2008; 50(9):1053-61. PMID: 18784554; PMCID: pending

179.     Park SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker K, Suh H, Hu H, Schwartz J. Traffic-related particles are associated with elevated homocysteine: the VA Normative Aging Study. *Am J Resp Crit Care Med  2008 Aug 1;178(3):283-9. PMID: 18467508; PMCID: PMC2542426.

180.     Kamel F, Umbach DM, Stallone L, Richards M, Hu H, Sandler DP.  Association of Lead Exposure with Survival in Amyotrophic Lateral Sclerosis (ALS). *Environ Health Perspec 2008; 2008 Jul;116(7):943-7.  PMID: 18629318; PMCID: PMC2453164.

181.     Hopkins M, Ettinger AS, Hernandez-Avila M, Schwartz J, Tellez-Rojo MM, Bellinger D, Hu H, Wright RO. Variants in iron metabolism genes predict blood and bone lead levels among postpartum

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                          48

women and their children.  *Environ Health Perspec 2008 Sep;116(9):1261-6.PMID: 18795173.
PMCID: PMC2535632.

182.  Lampe BJ, Park SK, Robins T, Mukherjee B, Litonjua AA, Amarasiriwardena C, Weisskopf M,
      Sparrow D, Hu H.  Association between 24-Hour Urinary Cadmium and Pulmonary Function
      Among Community-Exposed Men: The VA Normative Aging Study.  *Environ Health Perspec
      2008 Sep;116(9):1226-30.PMID: 18795167.  PMCID: PMC2535626.

183.  Rahman S, Hu H, McNeely E, Rahman SMM, Krieger N, Waterman P, Peters J, Harris C, Harris
      CH, Prothrow-Stith D, Gibbs B, Brown PC, Johnson G, Burgess A, Gragg RD.  Social and
      environmental risk factors for hypertension in minorities.  Fl Publ Health Rev 2008;5:64-72.
      PMID: 19966946;  PMCID: PMC2788965

184.  Zota AR, Ettinger AS, Bouchard M, Amarasiriwardena CJ, Schwartz J, Hu H, Wright RO.
      Association of maternal blood manganese levels with infant birth weight.  Epidemiology
      2009;20(3):367-73.  PMID: 19289966.  PMCID: pending.

185.  Park SK, Hu H, Wright RO, Schwartz J, Cheng Y, Sparrow D, Vokonas PS, Weisskopf M.
      Iron Metabolism Genes, Low-Level Lead Exposure and QT Interval.  *Environ Health Perspec
      2009 Jan;117(1):80-5.  PMID: 19165391; PMCID: PMC2627870.

185.  Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson K, Schwartz
      J, Hu H, Hernández-Avila M.  Effect of Calcium Supplementation on Blood Lead Levels in
      Pregnancy: A Randomized Control Trial.  *Environ Health Perspec 2009 Jan;117(1):26-31. Epub
      2008 Sep 2.PMID: 19165383; PMCID: PMC2627861.

186.  Eamranond PP, Hu H.  Environmental and occupational exposures in immigrant health.  Environ
      Health Insights (in press; available at http://www.la-press.com).  PMIC: pending; PMCID:
      pending.

187   Park SK, Tucker KL, O'Neill MS, Sparrow D, Vokonas PS, Hu H, Schwartz J.  Fruit, vegetable,
      and fish consumption and heart rate variability: the Veterans Administration Normative Aging
      Study. Am J Clin Nutr. 2009 Mar;89(3):778-86. PMID: 19158214; PMCID: PMC2714396.

188.  Weuve J, Korrick SA, Weisskopf MA, Ryan L, Schwartz J, Nie H, Grodstein F, Hu H.
      Cumulative exposure to lead in relation to cognitive function in older women,  *Environ Health
      Perspec 2009 Apr;117(4):574-80. Epub 2008 Dec 11.  PMID: 19440496. PMCID: PMC2679601

189.  Calafat AM, Weuve J, Ye X, Jia T, Hu H, Ringer S, Hauser R.  Exposure to Bisphenol A and
      other Phenols in Neonatal Intensive Care Unit Infants.  *Environ Health Perspec 2009
      Apr;117(4):639-44. Epub 2008 Dec 10.PMID: 19440505.  PMCID: PMC2679610.


CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    49

190.   Avendano-Badillo D, Hernandez-vaila M, Koplan K, Hernandez-Cadena L, Rueda-Hernandez G, Solano-Gonzalez M, Ibarra LG, Hu H, Tellez-Rojo MM.  High dietary calcium intake decreases bone mobilization during pregnancy in human.  Salud Publica 2009;51 Suppl 1:S100-7.  PMID: 19287883; PMCID: pending.

191.   Kordas K, Ettinger S, Lamadrid-Figueroa H, Tellez-RojoM, Hernandez-Avila M, Hu H, Wright RO.  MTHFR C677T, A1298C, and G1793A genotypes, and the relationship between maternal folate intake, tibia lead and infant size at birth.  Br J Nutr. 2009 Sep;102(6):907-14. Epub 2009 Apr 2.PMID: 19338708; PMCID: pending.

192.   Pilsner JR, Hu H, Ettinger A, Sanchez BN, Wright RO, Cantonwine D, Lazarus A, Lamadrid-Figueroa H, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M.  Influence of Prenatal Lead Exposure on Genomic DNA Methylation of Umbilical Cord Blood.   *Environ Health Perspec Environ Health Perspect. 2009 Sep;117(9):1466-71. Epub 2009 Mar 25.PMID: 19750115.  PMCID: PMC2737027.

193.   Nie H, Sanchez BN, Wilker E, Weisskopf M, Schwartz J, Sparrow D, Hu H.  Bone lead and endogenous exposure in an environmentally exposed elderly population: the Normative Aging Study.  J Occup Environ Med 2009 Jul;51(7):848-57.PMID: 1952882.  PMCID: pending.

194.   Ettinger AE, Zota AR, Amarasiriwardena CJ, Hopkins MR, Schwartz J, Hu H, Wright RO.  Maternal Arsenic Exposure and Impaired Glucose Tolerance during Pregnancy.  *Environ Health Perspec 2009 Jul;117(7):1059-64. Epub 2009 Mar 11.PMID: 19654913.  PMCID: PMC2717130.

195.   Weisskopf MG, Jain N, Nie H, Sparrow D, Vokonas P, Schwartz J, Hu H.  A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the VA Normative Aging Study.  Circulation 2009;120:1056-64.  PMID: 19738141.  PMCID: PMC2760410

196.   Arora M, Weuve J, Weisskopf MG, Sparrow D, Nie H, Garcia RI, Hu H.  Cumulative Lead Exposure and Tooth Loss in Men: The Normative Aging Study.  *Environ Health Perspec 2009 Oct;117(10):1531-4. Epub 2009 Jun 15.PMID: 20019902; PMCID: PMC2790506

197.   Meeker JD, Hu H, Cantonwine DE, LaMadrid-Figueroa H, Calafat AM, Ettinger A, Hernandez-Avila M, Loch-Caruso R, Tellez-Rojo M.  Pilot study of urinary phthalate metabolites in relation to preterm birth in Mexico City.  *Environ Health Perspec 2009 Oct;117(10):1587-92. Epub 2009 Jun 16.PMID: 20019910.  PMCID: PMC2790514

198.   Roy A, Bellinger D, Hu H, Schwartz J, Ettinger AS, Wright R, Bouchard M, Palaniappan K, Balakrishnan K.  Lead exposure and behavior among young children in Chennai, India.  *Environ Health Perspec 2009 Oct;117(10):1607-11. Epub 2009 Jun 26.PMID: 20019913;

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                           50

PMCID: PMC2790517

199.   Roy A, Hu H, Bellinger DC, Wright RO, Schwartz J, Mukherjee B, Pallaniappan K, Balakrishnan K.  Predictors of blood lead among 3-7 year old children in Chennai, India. Internat J Occup and Environ Health 2009 Oct-Dec;15(4):351-9.  PMID: 19886345.  PMCID: pending.

200.   Park SK, Mukherjee B, Xia X, Sparrow D, Weisskopf MG, Nie H, Hu H.  Bone Lead Level Prediction Models and Their Application to Examining the Relationship of Lead Exposure and Hypertension in the Third National Health and Nutrition Examination Survey (NHANES-III) J Occup and Environ Medicine 2009 Dec;51(12):1422-36.  PMID: 19952788.  PMCID: pending.

201.   Meeker JD, Hu H, Cantonwine DE, Lamadrid-Figueroa H, Calafat AM, Ettinger AS, Hernandez-Avila M, Loch-Caruso R, Téllez-Rojo MM. Urinary phthalate metabolites in relation to preterm birth in Mexico city. Environ Health Perspect. 2009 Oct;117(10):1587-92. Epub 2009 Jun 16. PubMed PMID: 20019910; PubMed Central PMCID: PMC2790514.

202.   Leiba A, Hu H, Zheng A, Kales SN. A safe strategy to decrease fetal lead exposure in a woman with chronic intoxication. J Matern Fetal Neonatal Med. 2010 Aug;23(8):932-4. PubMed PMID: 20459344.

203.   Peters JL, Weisskopf MG, Spiro A 3rd, Schwartz J, Sparrow D, Nie H, Hu H, Wright RO, Wright RJ. Interaction of stress, lead burden, and age on cognition in older men: the VA Normative Aging Study. Environ Health Perspect. 2010 Apr;118(4):505-10. Epub 2009 Nov 6. PubMed PMID: 20064786; PubMed Central PMCID: PMC2854727.

204.   Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO. Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology. 2010 Jul;21(4):433-9. PubMed PMID: 20549838.

205.   Wright RO, Schwartz J, Wright RJ, Bollati V, Tarantini L, Park SK, Hu H, Sparrow D, Vokonas P, Baccarelli A. Biomarkers of lead exposure and DNA methylation within retrotransposons. Environ Health Perspect. 2010 Jun;118(6):790-5. Epub 2010 Jan 11. PubMed PMID: 20064768; PubMed Central PMCID:  PMC2898855.

206.   Zhang A, Park SK, Wright RO, Weisskopf MG, Mukherjee B, Nie H, Sparrow D, Hu H. HFE H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure: the Normative Aging Study. Environ Health Perspect. 2010 Sep;118(9):1261-6. Epub 2010 May 14. PubMed PMID: 20478760; PubMed Central PMCID: PMC2944087.

207.   Roy A, Hu H, Bellinger DC, Mukherjee B, Modali R, Nasaruddin K, Schwartz J, Wright RO,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Ettinger AS, Palaniapan K, Balakrishnan K. Hemoglobin, Lead Exposure, and Intelligence Quotient: Effect Modification by the DRD2 Taq IA Polymorphism. Environ Health Perspect. 2011 Jan;119(1):144-9. PubMed PMID: 21205584.

208.    Cantonwine D, Meeker JD, Hu H, Sanchez BN, Lamadrid-Figueroa H, Mercado-Garcia A, Fortenberry GZ, Calafat AM, Tellez-Rojo MM. Bisphenol A exposure in Mexico City and risk of prematurity: a pilot nested case control study. Environ Health.  2010 Oct 18;9(1):62. [Epub ahead of print] PubMed PMID: 20955576.

209.    Cantonwine D, Hu H, Téllez-Rojo MM, Sánchez BN, Lamadrid-Figueroa H, Ettinger AS, Mercado-García A, Hernández-Avila M, Wright RO. HFE gene variants modify the association between maternal lead burden and infant birthweight: a prospective birth cohort study in Mexico City, Mexico. Environ Health. 2010 Jul 26;9:43. PubMed PMID: 20659343; PubMed Central PMCID: PMC2916893.

210.    Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, Lazarus AL, Cantoral A, Schnaas L, Téllez-Rojo MM, Hernández-Avila M. Maternal MTHFR genotype and haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in Mexico City. Am J Clin Nutr. 2010 Jul;92(1):226-34. Epub 2010 May 26. PubMed PMID: 20504979; PubMed Central PMCID: PMC2884326.

211.    Weisskopf MG, Weuve J, Nie H, Saint-Hilaire M-H, Sudarsky L, Simon DK, Hersh B, Schwartz J, Wright RO, Hu H.  Association of Cumulative Lead Exposure with Parkinson's Disease. *Environ Health Perspec 2010; 118:1609–1613, PMID: 20807691; PMCID: PMC2974701

212.    Basu N, Abare M, Buchanan S, Cryderman D, Nam D-H, Sirkin S, Schmitt S, Hu H.  A combined ecological and epidemiologic investigation of metals exposure amongst indigenous peoples near the Marlin Mine in Western Guatemala.  Sci Total Environ 2010 Dec 1;409(1):70-7. Epub 2010 Oct 16. PubMed PMID: 20952048.

213.    Lee MS, Park SK, Hu H, Lee S. Cadmium exposure and cardiovascular disease in the 2005 Korea National Health and Nutrition Examination Survey. Environ Res. 2011 Jan;111(1):171-6. Epub 2010 Nov 5. PubMed PMID: 21055738.

214.    Cantonwine D, Hu H, Sanchez BN, Lamadrid-Figueroa H, Smith D, Ettinger AS, Mercado-Garcia A, Hernandez-Avila M, Wright RO, Tellez-Rojo MM.  Critical Windows of Fetal Lead Exposure: Adverse Impacts on Length of Gestation and Risk of Premature Delivery.  J Occup Environ Med. 2010 Nov;52(11):1106-11. PubMed PMID: 21063188; PubMed Central PMCID: PMC3003442.

215.    Lamadrid-Figueroa H, Téllez-Rojo MM, Angeles G, Hernández-Ávila M, Hu H. Bias correction by use of errors-in-variables regression models in studies with K-X-ray fluorescence

bone lead measurements. Environ Res. 2011 Jan;111(1):17-20.  Epub 2010 Nov 18. PubMed PMID: 21092947; PubMed Central PMCID: PMC3026095.

216.    Pan CH, Shih TS, Chen CJ, Hsu JH, Wang SC, Huang CP, Kuo CT, Wu KY, Hu H, Chan CC. Reduction of cooking oil fume exposure following an engineering intervention in Chinese restaurants. Occup Environ Med. 2011 Jan;68(1):10-5. Epub 2010 Sep 30. PubMed PMID: 20884797.

217.    Sánchez BN, Hu H, Litman HJ, Téllez-Rojo MM. Statistical Methods to Study Timing of Vulnerability with Sparsely Sampled Data on Environmental Toxicants.  *Environ Health Perspec Environ Health Perspect. 2011 Mar;119(3):409-15. PubMed PMID: 21362588.

218.    Park SK, Elmarsafawy S, Mukherjee B, Spiro A 3rd, Vokonas PS, Nie H, Weisskopf MG, Schwartz J, Hu H. Cumulative lead exposure and age-related hearing loss: the VA Normative Aging Study.  Hear Res. 2010 Oct 1;269(1-2):48-55. Epub 2010 Jul 16. PubMed PMID: 20638461; PubMed Central PMCID: PMC2934752.

219.    Lee SD, Shin HT, Park HM, Ko SG, Kook YB, Ryu JY, Kim H, Hu H, Park SK.  Metal concentrations of Chinese herbal medicine products in the United States.  Oriental Pharm Exp Med 2010; 10(4):294-303.

220.    Weuve J, Glymour MM, Hu H, Sparrow D, Spiro A 3rd, Vokonas PS, Litonjua AA. Forced expiratory volume in 1 second and cognitive aging in men. J Am Geriatr Soc. 2011 Jul;59(7):1283-92. doi: 10.1111/j.1532-5415.2011.03487.x. Epub 2011 Jun 30. PubMed PMID: 21718272.

221.    Bush KF, Luber G, Kotha SR, Dhaliwal RS, Kapil V, Pascual M, Brown DG, Frumkin H, Dhiman RC, Hess J, Wilson ML, Balakrishnan K, Eisenberg J, Kaur T, Rood R, Batterman S, Joseph A, Gronlund CJ, Agrawal A, Hu H. Impacts of climate change on public health in India: future research directions.  *Environ Health Perspect. 2011 Jun;119(6):765-70. Epub 2011 Jan 27. PubMed PMID: 21273162; PubMed Central PMCID: PMC3114809.

222.    Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, Hu H, Wright RO. A Dopamine Receptor (DRD2) but Not Dopamine Transporter (DAT1) Gene Polymorphism is Associated with Neurocognitive Development of Mexican Preschool Children with Lead Exposure. J Pediatr. 2011 Oct;159(4):638-43. Epub 2011 May 17. PubMed PMID: 21592505; PubMed Central PMCID: PMC3158955.

223.    Eum KD, Nie LH, Schwartz J, Vokonas PS, Sparrow D, Hu H, Weisskopf MG. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study.  *Environ Health Perspect. 2011 Jul;119(7):940-4. Epub 2011 Mar 16. PubMed PMID: 21414889.

CV: Howard Hu, M.D., M.P.H., Sc.D.

224.   Wilker E, Korrick S, Nie LH, Sparrow D, Vokonas P, Coull B, Wright RO, Schwartz J, Hu H. Longitudinal Changes in Bone Lead Levels: The VA Normative Aging Study. J Occup Environ Med. 2011 Aug;53(8):850-855. PubMed PMID: 21788910; PubMed Central PMCID: PMC3159960.

225.   Palaniappan K, Roy A, Balakrishnan K, Gopalakrishnan L, Mukherjee B, Hu H, Bellinger DC. Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology. 2011 Aug;32(4):465-70. Epub 2011 Apr 8. PubMed PMID: 21510976; PubMed Central PMCID: PMC3115626.

226.   Choi YH, Hu H, Tak S, Mukherjee B, Park SK. Occupational noise exposure assessment using O*NET and its application to a study of hearing loss in the US general population. Occup Environ Med. 2012 Mar;69(3):176-83. doi: 10.1136/oem.2011.064758. Epub 2011 Jul 1. PubMed PMID: 21725070; PubMed Central PMCID: PMC3277688..

227.   Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, Ettinger AS, Hernández-Avila M, Hu H, Téllez-Rojo MM. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico city. Environ Health Perspect. 2011 Oct;119(10):1436-41. Epub 2011 Jun 29. PubMed PMID: 21715242; PubMed Central PMCID: PMC3230436.

228.   Claus Henn B, Schnaas L, Ettinger AS, Schwartz J, Lamadrid-Figueroa H, Hernández-Avila M, Amarasiriwardena C, Hu H, Bellinger DC, Wright RO, Téllez-Rojo MM. Associations of Early Childhood Manganese and Lead Co-exposure with Neurodevelopment. Environ Health Perspect. 2012 Jan;120(1):126-31. doi: 10.1289/ehp.1003300. Epub 2011 Sep 1. PubMed PMID: 21885384; PubMed Central PMCID: PMC3261931.

229.   Peters JL, Kubzansky LD, Ikeda A, Spiro A 3rd, Wright RO, Weisskopf MG, Kim D, Sparrow D, Nie LH, Hu H, Schwartz J. Childhood and adult socioeconomic position, cumulative lead levels, and pessimism in later life: the VA Normative Aging Study. Am J Epidemiol. 2011 Dec 15;174(12):1345-53. Epub 2011 Nov 9. PubMed PMID:22071587; PubMed Central PMCID: PMC3276297.

230.   Hicken M, Gragg R, Hu H. How cumulative risks warrant a shift in our approach to racial health disparities: the case of lead, stress, and hypertension.  Health Aff (Millwood). 2011 Oct;30(10):1895-901. PubMed PMID: 21976332.

231.   Zhang A, Hu H, Sánchez BN, Ettinger AS, Park SK, Cantonwine D, Schnaas L, Wright RO, Lamadrid-Figueroa H, Tellez-Rojo MM. Association between Prenatal Lead Exposure and Blood Pressure in Female Offspring. Environ Health Perspect. 2012 Mar;120(3):445-50. doi: 10.1289/ehp.1103736. Epub 2011 Sep 21. PubMed PMID: 21947582; PubMed Central PMCID: PMC3295346.

CV: Howard Hu, M.D., M.P.H., Sc.D.

232.   Bakulski KM, Rozek LS, Dolinoy DC, Paulson HL, Hu H. Alzheimer's disease and
       environmental exposure to lead: the epidemiologic evidence and potential role of epigenetics.
       Curr Alzheimer Res. 2012 Jun;9(5):563-73. PubMed PMID: 22272628.

233.   Mordukhovich I, Wright RO, Hu H, Amarasiriwardena C, Baccarelli A, Litonjua A, Sparrow D,
       Vokonas P, Schwartz J. Associations of Toenail Arsenic, Cadmium, Mercury, Manganese and
       Lead with Blood Pressure in the Normative Aging Study. Environ Health Perspect. 2012
       Jan;120(1):98-104. doi: 10.1289/ehp.1002805. Epub 2011 Aug 30. PubMed PMID: 21878420;
       PubMed Central PMCID: PMC3261928.

234.   Afeiche M, Peterson KE, Sánchez BN, Schnaas L, Cantonwine D, Ettinger AS, Solano-González
       M, Hernández-Avila M, Hu H, Téllez-Rojo MM. Windows of lead exposure sensitivity, attained
       height, and body mass index at 48 months. J Pediatr. 2012 Jun;160(6):1044-9. Epub 2012 Jan 28.
       PubMed PMID: 22284921; PubMed Central PMCID: PMC3360798.

235.   Peters JL, Kubzansky LD, Ikeda A, Fang SC, Sparrow D, Weisskopf MG, Wright RO, Vokonas
       P, Hu H, Schwartz J. Lead Concentrations in Relation to Multiple Biomarkers of Cardiovascular
       Disease: the Normative Aging Study. Environ Health Perspect. Mar;120(3):361-6. doi:
       10.1289/ehp.1103467. Epub 2011 Dec 5. PubMed PMID: 22142875; PubMed Central PMCID:
       PMC3295335.

236.   Bakulski KM, Dolinoy DC, Sartor MA, Paulson HL, Konen JR, Lieberman AP, Albin RL, Hu H,
       Rozek LS. Genome-wide DNA methylation differences between late-onset Alzheimer's disease
       and cognitively normal controls in human frontal cortex. J Alzheimers Dis. 2012;29(3):571-88.
       PubMed PMID: 22451312.

237.   Claus Henn B, Kim J, Wessling-Resnick M, Tellez-Rojo MM, Jayawardene I, Ettinger AS,
       Hernandez-Avila M, Schwartz J, Christiani DC, Hu H, Wright RO. Associations of iron
       metabolism genes with blood manganese levels: a population-based study with validation data
       from animal models. Environ Health. 2011 Nov 10;10(1):97-107. [Epub ahead of print] PubMed
       PMID: 22074419.

238.   Fortenberry GZ, Hu H, Turyk M, Barr DB, Meeker JD. Association between urinary 3, 5, 6-
       trichloro-2-pyridinol, a metabolite of chlorpyrifos and chlorpyrifos-methyl, and serum T4 and
       TSH in NHANES 1999–2002, Science of The Total Environment, 2012; 424:351-355.   doi:
       10.1016/j.scitotenv.2012.02.039. Epub 2012 Mar 17. PubMed PMID: 22425279; PubMed
       Central PMCID: PMC3327766.

239.   Eum KD, Korrick SA, Weuve J, Okereke O, Kubzansky LD, Hu H, Weisskopf MG. Relation of
       cumulative low-level lead exposure to depressive and phobic anxiety symptom scores in middle-
       age and elderly women. Environ Health Perspect. 2012 Jun;120(6):817-23. doi:

CV: Howard Hu                                                                                                       55

10.1289/ehp.1104395. Epub 2012 Feb 29. PubMed PMID: 22538241; PubMed Central PMCID: PMC3385437.

240.    Hicken MT, Gee GC, Morenoff J, Connell CM, Snow RC, Hu H. A novel look at racial health disparities: the interaction between social disadvantage and environmental health. Am J Public Health. 2012 Dec;102(12):2344-51. doi: 10.2105/AJPH.2012.300774. Epub 2012 Oct 18. PubMed PMID: 23078461.

241.    Choi YH, Hu H, Mukherjee B, Miller J, Park SK. Environmental cadmium and lead exposures and hearing loss in U.S. adults: the National Health and Nutrition Examination Survey, 1999 to 2004. Environ Health Perspect. 2012 Nov;120(11):1544-50. doi: 10.1289/ehp.1104863. Epub 2012 Jul 31. PubMed PMID: 22851306; PubMed Central PMCID: PMC3556613.

242.    Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive  deficits in Mexican children. Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PubMed PMID: 22579785.

243.    Weuve J, Press DZ, Grodstein F, Wright RO, Hu H, Weisskopf MG. Cumulative exposure to lead and cognition in persons with Parkinson's disease. Mov Disord. 2013 Feb;28(2):176-82. doi: 10.1002/mds.25247. Epub 2012 Nov 9. PubMed PMID: 23143985; PubMed Central PMCID: PMC3581753.

245.    Hicken MT, Gee GC, Connell C, Snow RC, Morenoff J, Hu H. Black-white blood pressure disparities: depressive symptoms and differential vulnerability to blood lead. Environ Health Perspect. 2013 Feb;121(2):205-9. doi: 10.1289/ehp.1104517. Epub 2012 Oct 25. PubMed PMID: 23127977; PubMed Central PMCID: PMC3569674.

246.    Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Zhang LN, Liao XP, Zhang J, Ouyang FX, Zhang JS, Shen XM. Personal characteristics related to the risk of adolescent internet addiction: a survey in Shanghai, China. BMC Public Health. 2012 Dec 22;12:1106. doi: 10.1186/1471-2458-12-1106. PubMed PMID: 23259906; PubMed Central PMCID: PMC3563549.

247.    Lim SS, Vos T, Flaxman AD, Danaei G, Shibuya K, Adair-Rohani H, Amann M, Anderson HR, Andrews KG, Aryee M, Atkinson C, Bacchus LJ, Bahalim AN, Balakrishnan K, Balmes J, Barker-Collo S, Baxter A, Bell ML, Blore JD, Blyth F, Bonner C, Borges G, Bourne R, Boussinesq M, Brauer M, Brooks P, Bruce NG, Brunekreef B, Bryan-Hancock C, Bucello C, Buchbinder R, Bull F, Burnett RT, Byers TE, Calabria B, Carapetis J, Carnahan E, Chafe Z, Charlson F, Chen H, Chen JS, Cheng AT, Child JC, Cohen A, Colson KE, Cowie BC, Darby S, Darling S, Davis A, Degenhardt L, Dentener F, Des Jarlais DC, Devries K, Dherani M, Ding EL,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Dorsey ER, Driscoll T, Edmond K, Ali SE, Engell RE, Erwin PJ, Fahimi S, Falder G, Farzadfar F, Ferrari A, Finucane MM, Flaxman S, Fowkes FG, Freedman G, Freeman MK, Gakidou E, Ghosh S, Giovannucci E, Gmel G, Graham K, Grainger R, Grant B, Gunnell D, Gutierrez HR, Hall W, Hoek HW, Hogan A, Hosgood HD 3rd, Hoy D, Hu H, Hubbell BJ, Hutchings SJ, Ibeanusi SE, Jacklyn GL, Jasrasaria R, Jonas JB, Kan H, Kanis JA, Kassebaum N, Kawakami N, Khang YH, Khatibzadeh S, Khoo JP, Kok C, Laden F, Lalloo R, Lan Q, Lathlean T, Leasher JL, Leigh J, Li Y, Lin JK, Lipshultz SE, London S, Lozano R, Lu Y, Mak J, Malekzadeh R, Mallinger L, Marcenes W, March L, Marks R, Martin R, McGale P, McGrath J, Mehta S, Mensah GA, Merriman TR, Micha R, Michaud C, Mishra V, Hanafiah KM, Mokdad AA, Morawska L, Mozaffarian D, Murphy T, Naghavi M, Neal B, Nelson PK, Nolla JM, Norman R, Olives C, Omer SB, Orchard J, Osborne R, Ostro B, Page A, Pandey KD, Parry CD, Passmore E, Patra J, Pearce N, Pelizzari PM, Petzold M, Phillips MR, Pope D, Pope CA 3rd, Powles J, Rao M, Razavi H, Rehfuess EA, Rehm JT, Ritz B, Rivara FP, Roberts T, Robinson C, Rodriguez-Portales JA, Romieu I, Room R, Rosenfeld LC, Roy A, Rushton L, Salomon JA, Sampson U, Sanchez-Riera L, Sanman E, Sapkota A, Seedat S, Shi P, Shield K, Shivakoti R, Singh GM, Sleet DA, Smith E, Smith KR, Stapelberg NJ, Steenland K, Stöckl H, Stovner LJ, Straif K, Straney L, Thurston GD, Tran JH, Van Dingenen R, van Donkelaar A, Veerman JL, Vijayakumar L, Weintraub R, Weissman MM, White RA, Whiteford H, Wiersma ST, Wilkinson JD, Williams HC, Williams W, Wilson N, Woolf AD, Yip P, Zielinski JM, Lopez AD, Murray CJ, Ezzati M. A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. doi: 10.1016/S0140-6736(12)61766-8. PubMed PMID: 23245609.

248.   Grashow R, Spiro A, Taylor KM, Newton K, Shrairman R, Landau A, Sparrow D, Hu H, Weisskopf M. Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. Neurotoxicology. 2013 Mar;35:154-61. doi: 10.1016/j.neuro.2013.01.005. Epub 2013 Jan 28. PubMed PMID: 23370289; PubMed Central PMCID: PMC3602137.

249.   Amarasiriwardena CJ, Jayawardene I, Lupoli N, Barnes RM, Hernandez-Avila M, Hu H, Ettinger AS. Comparison of digestion procedures and methods for quantification of trace lead in breast milk by isotope dilution inductively coupled plasma mass spectrometry. Anal Methods. 2013;5(7):1676-1681. PubMed PMID: 24808927; PubMed Central PMCID: PMC4010228.

250.   Grashow R, Miller MW, McKinney A, Nie LH, Sparrow D, Hu H, Weisskopf MG. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: a pilot study of a novel physiological approach to investigating neurotoxicant effects. Neurotoxicol Teratol. 2013 Jul-Aug;38:21-8. doi: 10.1016/j.ntt.2013.04.003. Epub 2013 Apr 17. PubMed PMID: 23603705; PubMed Central PMCID: PMC3774537.

251.   Roy A, Ettinger AS, Hu H, Bellinger D, Schwartz J, Modali R, Wright RO, Palaniappan K,

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                             57

Balakrishnan K. Effect modification by transferrin C2 polymorphism on lead exposure, hemoglobin levels, and IQ. Neurotoxicology. 2013 Sep;38:17-22. doi: 10.1016/j.neuro.2013.05.005. Epub 2013 May 31. PubMed PMID: 23732512; PubMed Central PMCID: PMC3770761.

252.   Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. PubMed PMID: 23732085; PubMed Central PMCID: PMC3672933.

253.   Téllez-Rojo MM, Cantoral A, Cantonwine DE, Schnaas L, Peterson K, Hu H, Meeker JD. Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Sci Total Environ. 2013 Sep 1;461-462:386-90. doi: 10.1016/j.scitotenv.2013.05.021. Epub 2013 Jun 5. PubMed PMID: 23747553; PubMed Central PMCID: PMC3735862.

254.   Fortenberry GZ, Meeker JD, Sánchez BN, Barr DB, Panuwet P, Bellinger D, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Tellez-Rojo MM. Urinary 3,5,6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: distribution, temporal variability, and relationship with child attention and hyperactivity. Int J Hyg Environ Health. 2014 Mar;217(2-3):405-12. doi: 10.1016/j.ijheh.2013.07.018. Epub 2013 Aug 13. PubMed PMID: 24001412; PubMed Central PMCID: PMC3946926.

255.   Eum KD, Wang FT, Schwartz J, Hersh CP, Kelsey K, Wright RO, Spiro A, Sparrow D, Hu H, Weisskopf MG. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology. 2013 Dec;39:65-71. doi: 10.1016/j.neuro.2013.08.002. Epub 2013 Aug 16. PubMed PMID: 23958642; PubMed Central PMCID: PMC3844089.

256.   Choi YH, Miller JM, Tucker KL, Hu H, Park SK. Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population. Am J Clin Nutr. 2014 Jan;99(1):148-55. doi: 10.3945/ajcn.113.068437. Epub 2013 Nov 6. PubMed PMID: 24196403.

257.   Power MC, Korrick S, Tchetgen Tchetgen EJ, Nie LH, Grodstein F, Hu H, Weuve J, Schwartz J, Weisskopf MG. Lead exposure and rate of change in cognitive function in older women. Environ Res. 2014 Feb;129:69-75. doi: 10.1016/j.envres.2013.12.010. Epub 2014 Jan 29. PubMed PMID: 24529005; PubMed Central PMCID: PMC3951744.

258.   Ettinger AS, Roy A, Amarasiriwardena CJ, Smith D, Lupoli N, Mercado Garcia A, Lamadrid-Figueroa H, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure.  Environ Health Perspec 2014

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                      58

Jan;122(1):87-92. doi: 10.1289/ehp.1307187. Epub 2013 Oct 30. PubMed PMID: 24184948; PubMed Central PMCID: PMC3888576.

259.    Chatwood S, Bytautas J, Darychuk A, Bjerregaard P, Brown A, Cole D, Hu H, Jong M, King M, Kvernmo S, Veillard J. Approaching a collaborative research agenda for health systems performance in circumpolar regions. Int J Circumpolar Health. 2013 Aug 14;72. doi: 10.3402/ijch.v72i0.21474. eCollection 2013. PubMed PMID: 23961514; PubMed Central PMCID: PMC3745603.

260.    Bush KF, O'Neill MS, Li S, Mukherjee B, Hu H, Ghosh S, Balakrishnan K. Associations between extreme precipitation and gastrointestinal-related hospital admissions in Chennai, India. Environ Health Perspect. 2014 Mar;122(3):249-54. doi: 10.1289/ehp.1306807. Epub 2013 Dec 16. PubMed PMID: 24345350; PubMed Central PMCID: PMC3948034.

261.    Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Ouyang F, Zhang LN, Liao XP, Zhang J, Zhang JS, Shen XM. Parent-adolescent interaction and risk of adolescent internet addiction: a population-based study in Shanghai. BMC Psychiatry. 2014 Apr 15;14:112. doi: 10.1186/1471-244X-14-112. PubMed PMID: 24731648; PubMed Central PMCID: PMC3999889.

262.    Fortenberry GZ, Meeker JD, Sánchez BN, Bellinger D, Peterson K, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Maria Tellez-Rojo M. Paraoxonase I polymorphisms and attention/hyperactivity in school-age children from Mexico City, Mexico. Environ Res. 2014 Jul;132:342-9. doi: 10.1016/j.envres.2014.04.010. Epub 2014 May 14. PubMed PMID: 24834831.

263.    Arora M, Austin C, Sarrafpour B, Hernández-Ávila M, Hu H, Wright RO, Tellez-Rojo MM. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS One. 2014 May 19;9(5):e97805. doi: 10.1371/journal.pone.0097805. eCollection 2014. PubMed PMID: 24841926; PubMed Central PMCID: PMC4026445.

264.    Braun JM, Wright RJ, Just AC, Power MC, Tamayo Y Ortiz M, Schnaas L, Hu H, Wright RO, Tellez-Rojo MM. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: a cross-sectional study. Environ Health. 2014 Jun 10;13(1):50. doi: 10.1186/1476-069X-13-50. PubMed PMID: 24916609; PubMed Central PMCID: PMC4068833.

265.    Bakulski KM, Park SK, Weisskopf MG, Tucker KL, Sparrow D, Spiro A, Vokonas PS, Nie LH, Hu H, Weuve J. Lead Exposure, B Vitamins, and Plasma Homocysteine in Men 55 Years of Age and Older: The VA Normative Aging Study. Environ Health Perspect. 2014 Oct;122(10):1066-74. doi: 10.1289/ehp.1306931. Epub 2014 Jun 4. PubMed PMID: 24905780; PubMed Central

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                     59

PMCID: PMC4181916.

266.    Ji JS, Schwartz J, Sparrow D, Hu H, Weisskopf MG. Occupational determinants of cumulative lead exposure: analysis of bone lead among men in the VA normative aging study. J Occup Environ Med. 2014 Apr;56(4):435-40. doi: 10.1097/JOM.0000000000000127. PubMed PMID: 24709766; PubMed Central PMCID: PMC3982188.

267.    Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, Schnaas L, Solano M, Mercado A, Peterson K, Sánchez BN, Hernández-Avila M, Hu H,  Maria Téllez-Rojo M. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res. 2014 Sep 25;135C:63-69. doi: 10.1016/j.envres.2014.08.029. [Epub ahead of print] PubMed PMID: 25262076.

268.    Eum KD, Seals RM, Taylor KM, Grespin M, Umbach DM, Hu H, Sandler DP, Kamel F, Weisskopf MG. Modification of the association between lead exposure and amyotrophic lateral sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler Frontotemporal Degener. 2014 Oct 8:1-8. [Epub ahead of print] PubMed PMID: 25293352.

269.    Karwowski MP, Just AC, Bellinger DC, Jim R, Hatley EL, Ettinger AS, Hu H, Wright RO. Maternal iron metabolism gene variants modify umbilical cord blood lead levels by gene-environment interaction: a birth cohort study. Environ Health. 2014 Oct 6;13:77. doi: 10.1186/1476-069X-13-77. PubMed PMID: 25287020.

270.    Eum K-D, Weisskopf MG, Nie LH, Hu H, Korrick SA. Cumulative Lead Exposure and Age at Menopause in the Nurses' Health Study Cohort. Environmental Health Perspectives. 2014;122(3):229-234. doi:10.1289/ehp.1206399.

271.    Goodrich JM, Sánchez BN, Dolinoy DC, Zhang Z, Hernández-Ávila M, Hu H, Peterson KE, Téllez-Rojo MM. Quality control and statistical modeling for environmental epigenetics: A study on in utero lead exposure and DNA methylation  at birth.  Epigenetics. 2015 Jan 2;10(1):19-30. doi: 10.4161/15592294.2014.989077. Epub 2015 Jan 27. PubMed PMID: 25580720.

272.    Ji JS, Power MC, Sparrow D, Spiro III A, Hu H, Louis ED, Weisskopf MG.  Lead Exposure and Tremor among Older Men: The VANormative Aging Study.  Environ Health Perspectives 2015 May;123(5):445-50. doi: 10.1289/ehp.1408535. Epub 2015 Jan 23.  PubMed PMID: 25633720; PubMed Central PMCID: PMC4421770.

273.    Ettinger AS, Lamadrid-Figueroa H, Mercado-Garcia A, Kordas K, Wood RJ, Peterson KE, Hu H, Hernandez-Avila M, Tellez-Rojo MM.  Effect of Calcium Supplementation on Bone Resorption in Pregnancy and the Early Postpartum: A Randomized Controlled Trial in Mexican Women.  Nutrition Journal Nutr J. 2014 Dec 16;13(1):116. doi: 10.1186/1475-2891-13-116. PubMed PMID: 25511814; PubMed Central PMCID: PMC4289552.

CV: Howard Hu, M.D., M.P.H., Sc.D.

274. Jhun MA, Hu H, Schwartz J, Weisskopf MG, Nie LH, Sparrow D, Vokonas PS, Park SK.  Effect modification by Vitamin D receptor genetic polymorphisms in the association between cumulative lead exposure and pulse pressure: a longitudinal study.  Environ Health 2015 Jan 13;14:5. doi: 10.1186/1476-069X-14-5. PubMed PMID: 25582168; PubMed Central PMCID: PMC4417283.

275. Cantoral A, Tellez-Rojo MM, Ettinger AS, Hu H, Hernandez-Avila M, Peterson K.  Early introduction and cumulative consumption of sugar-sweetened beverages during the pre-school period and risk of obesity at 8–14 years of age.  Pediatr Obesity 2015 Apr 17. doi: 10.1111/ijpo.12023. [Epub ahead of print] PubMed PMID: 25891908.

276. Orkin AM, Bingham K, Klaiman M, Leece P, Buick JE, et al. (2015) An Agenda for Naloxone Distribution Research and Practice: Meeting Report of the Surviving Opioid Overdose with Naloxone (SOON) International Working Group. J Addict Res Ther 6:212. doi:10.4172/2155-6105.1000212

277. Xu J, Hu H, Wright R, Sánchez BN, Schnaas L, Bellinger DC, Park SK, Martínez  S, Hernández-Avila M, Téllez-Rojo MM, Wright RO. Prenatal Lead Exposure Modifies the Impact of Maternal Self-Esteem on Children's Inattention Behavior. J Pediatr. 2015 Aug;167(2):435-41. doi: 10.1016/j.jpeds.2015.04.057. Epub 2015 Jun 3. PubMed PMID: 26047683.

278. Kotha SR, Jadad AR, Hu H.  Creating a Pandemic of Health: Opportunities and Lessons for a University Initiative at the Intersection of Health, Equity, and Innovation.  Harvard Publ Hlth Review 2015;5:1-8.  (available at http://harvardpublichealthreview.org/wp-content/uploads/2015/04/HPHRv5-Kotha-Jadad-Hu-Creating-a-Pandemic.pdf).

279. Weisskopf MG, Sparrow D, Hu H, Power MC. Biased Exposure-Health Effect Estimates from Selection in Cohort Studies: Are Environmental Studies at Particular Risk? Environ Health Perspect. 2015 Nov;123(11):1113-22. doi: 10.1289/ehp.1408888. Epub 2015 May 8. PubMed PMID: 25956004; PubMed Central PMCID: PMC4629739.

280. Grashow R, Kim J, Sparrow D, Hu H, Wessling-Resnick M, Weisskopf MG.  Cumulative lead exposure is associated with reduced olfactory function in elderly men: the Normative Aging Study.  Neurotoxicology 2015 Jul;49:158-64. doi: 10.1016/j.neuro.2015.06.006. Epub 2015 Jun 26. PubMed PMID: 26121922; PubMed Central PMCID: PMC4523435.

281. Kim WB, Sibbald RG, Hu H, Bashash M, Anooshirvani N, Coutts P, Alavi A. Clinical Features and Patient Outcomes of Hidradenitis Suppurativa: A Cross-Sectional Retrospective Study. J Cutan Med Surg. 2016 Jan;20(1):52-7. doi:  10.1177/1203475415602840. Epub 2015 Aug 28. PubMed PMID: 26318545.

CV: Howard Hu, M.D., M.P.H., Sc.D.

282.   Global Burden of Disease Study 2013 Collaborators, Vos T, Barber RM, Bell B…Hu H…Zunt
       JR, Salomon JA, Murray CJ. Global, regional, and national incidence, prevalence, and years
       lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013:
       a systematic analysis  for the Global Burden of Disease Study 2013. Lancet. 2015 Aug
       22;386(9995):743-800. doi: 10.1016/S0140-6736(15)60692-4. Epub 2015 Jun 7.  Review.
       PubMed PMID: 26063472; PubMed Central PMCID: PMC4561509.

283.   GBD 2013 Risk Factors Collaborators, Forouzanfar MH, Alexander L, Anderson HR…Hu H…
       Lopez AD, Vos T, Murray CJ. Global, regional, and national comparative risk assessment of 79
       behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188
       countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013.
       Lancet. 2015 Dec 5;386(10010):2287-323. doi: 10.1016/S0140-6736(15)00128-2. Epub 2015
       Sep 11. PubMed PMID: 26364544; PubMed Central PMCID: PMC4685753.

284.   Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L,
       Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM.
       Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder
       (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016
       Jun;124(6):868-74. doi: 10.1289/ehp.1510067. PubMed PMID: 26645203; PubMed Central
       PMCID: PMC4892926.

285.   Taylor KM, Saint-Hilaire MH, Sudarsky L, Simon DK, Hersh B, Sparrow D, Hu H, Weisskopf
       MG. Head injury at early ages is associated with risk of Parkinson's disease. Parkinsonism Relat
       Disord. 2016 Feb;23:57-61. doi: 10.1016/j.parkreldis.2015.12.005. PubMed PMID: 26725141;
       PubMed Central PMCID: PMC4787263.

286.   Cantoral A, Téllez-Rojo MM, Levy TS, Hernández-Ávila M, Schnaas L, Hu H, Peterson KE,
       Ettinger AS. Differential association of lead on length by zinc status in two-year old Mexican
       children. Environ Health. 2015 Dec 30;14:95. doi: 10.1186/s12940-015-0086-8. PubMed PMID:
       26715556; PubMed Central PMCID: PMC4696318.

287.   Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E,
       Solano-González M, Ettinger AS, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Meeker JD.
       Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City:
       Distribution and relationships with child neurodevelopment. Environ Res. 2016 May;147:307-
       13. doi: 10.1016/j.envres.2016.02.025. PubMed PMID: 26922411; PubMed Central PMCID:
       PMC4821665.

288.   Specht AJ, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a
       biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning.
       Biomarkers. 2016 Jun;21(4):347-52. doi: 10.3109/1354750X.2016.1139183. Epub 2016 Feb 9.
       PubMed PMID: 26856822.

CV: Howard Hu, M.D., M.P.H., Sc.D.

289.  Tamayo Y Ortiz M, Téllez-Rojo MM, Hu H, Hernández-Ávila M, Wright R, Amarasiriwardena C, Lupoli N, Mercado-García A, Pantic I, Lamadrid-Figueroa H.  Lead in candy consumed and blood lead levels of children living in Mexico City. Environ Res. 2016 May;147:497-502. doi: 10.1016/j.envres.2016.03.007. Epub 2016 Mar 11. PubMed PMID: 26974363.

290.  Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

291.  Ding N, Wang X, Weisskopf MG, Sparrow D, Schwartz J, Hu H, Park SK. Lead-Related Genetic Loci, Cumulative Lead Exposure and Incident Coronary Heart Disease: The Normative Aging Study. PLoS One. 2016 Sep 1;11(9):e0161472. doi: 10.1371/journal.pone.0161472. PubMed PMID: 27584680; PubMed Central PMCID: PMC5008632.

292.  Goodrich JM, Dolinoy DC, Sanchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-Gonzalez M, Hu H, Tellez-Rojo MM, Peterson KE.  Adolescent epigenetic profiles and environmental exposures from early life through peri-adolescence.  Environmental Epigenetics, 2016; 2(3)1–11, doi: 10.1093/eep/dvw018

293.  Xu J, Yan CH, Hu H, Wu MQ, Shen XM. Prenatal Maternal Occupational Exposure and Postnatal Child Exposure to Elemental Mercury. Pediatr Emerg Care. 2016 Mar;32(3):175-9. doi: 10.1097/PEC.0000000000000305. PubMed PMID: 25415760.

294.  Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brenan K, Herrera LA, Schwartz J, Wright RO, Hu H, Baccarelli AA. APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals. Environ Res. 2016 Nov;151:101-105. doi: 10.1016/j.envres.2016.07.034. Epub 2016 Jul 27. Erratum in: Environ Res. 2017 Nov 25;:. PubMed PMID: 27474937; PubMed Central PMCID: PMC5071136.

295.  Farooqui Z, Bakulski KM, Power MC, Weisskopf MG, Sparrow D, Spiro A 3rd, Vokonas PS, Nie LH, Hu H, Park SK. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res. 2017 Jan;152:102-108. doi: 10.1016/j.envres.2016.10.007. PubMed PMID: 27770710; PubMed Central PMCID: PMC5135609.

296.  Somers EC, Monrad SU, Warren JS, Solano M, Schnaas L, Hernandez-Avila M, Tellez-Rojo M, Hu H. Antinuclear antibody prevalence in a general pediatric cohort from Mexico City: discordance between immunofluorescence and multiplex assays. Clin Epidemiol. 2016 Dec 20;9:1-8. doi: 10.2147/CLEP.S121632. eCollection 2017. PubMed PMID: 28053555; PubMed

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                          63

Central PMCID: PMC5192054.

297.   Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, Slack GW, Berry
       R, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ. Genetic polymorphism at BCL2 as a
       predictor for rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone efficacy in
       patients with diffuse large B-cell lymphoma. Haematologica. 2017 May;102(5):e199-e202. doi:
       10.3324/haematol.2016.159087. Epub 2017 Feb 2. PubMed PMID: 28154089; PubMed Central
       PMCID: PMC5477624.

298.   Hu H, Galea S, Rosella L, Henry D. Big Data and Population Health: Focusing on the Health
       Impacts of the Social, Physical, and Economic Environment.  Epidemiology. 2017
       Nov;28(6):759-762. doi: 10.1097/EDE.0000000000000711. PubMed PMID: 28682850.

299.   Wang X, Ding N, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. A Western Diet
       Pattern Is Associated with Higher Concentrations of Blood and Bone Lead among Middle-Aged
       and Elderly Men. J Nutr. 2017 Jul;147(7):1374-1383. doi: 10.3945/jn.117.249060. Epub 2017
       Jun 7. PubMed PMID: 28592514; PubMed Central PMCID: PMC5483966.

300.   Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger
       AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-
       Avila M.  Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years
       of Age in Mexico.  Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9).
       doi: 10.1289/EHP655. PubMed PMID: 28937959.

301.   Ge E, Fan M, Qiu H, Hu H, Tian L, Wang X, Xu G, Wei X. Ambient sulfur dioxide levels
        associated with reduced risk of initial outpatient visits for tuberculosis: A population based time
       series analysis. Environ Pollut. 2017 Sep;228:408-415. doi: 10.1016/j.envpol.2017.05.051. Epub
       2017 May 26. PubMed PMID: 28554030.

302.   Tse LA, Lee PMY, Ho WM, Lam AT, Lee MK, Ng SSM, He Y, Leung KS, Hartle JC, Hu H,
       Kan H, Wang F, Ng CF. Bisphenol A and other environmental risk factors for prostate cancer in
       Hong Kong. Environ Int. 2017 Oct;107:1-7. doi: 10.1016/j.envint.2017.06.012. Epub 2017 Jun
       20. PubMed PMID: 28644961.

303.   Liu SH, Bobb JF, Lee KH, Gennings C, Claus Henn B, Bellinger D, Austin C, Schnaas L,
       Tellez-Rojo MM, Hu H, Wright RO, Arora M, Coull BA. Lagged kernel machine regression for
       identifying time windows of susceptibility to exposures of complex mixtures. Biostatistics. 2018
       Jul 1;19(3):325-341. doi: 10.1093/biostatistics/kxx036. PubMed PMID: 28968676; PubMed
       Central PMCID: PMC5991212.

304.   Mehdizadeh A, Alavi A, Alhusayen R, Bauer B, Bechara FG, Bourcier M, Brassard A, Djamei
       V, Dutz J, George R, Ghias M, Gooderham M, Hamzavi I, Hoffman LK, Hou A, Hu H, Kimball

CV: Howard Hu, M.D., M.P.H., Sc.D.

AB, Kirchhof M, Kryzskaya D, Liy Wong MDC, Lowes MA, Lynde CW, McLellen C, Prens E, Prens L, Rogalska T, Sibbald RG, Sisic M, Tan MG, Wong DD. Proceeding report of the Symposium on Hidradenitis Suppurativa Advances (SHSA). Exp Dermatol. 2018 Jan;27(1):104-112. doi: 10.1111/exd.13445. Epub 2017 Nov 15. PubMed PMID: 28898476.

305. Claus Henn B, Austin C, Coull BA, Schnaas L, Gennings C, Horton MK, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Wright RO, Arora M. Uncovering neurodevelopmental windows of susceptibility to manganese exposure using dentine microspatial analyses. Environ Res. 2018 Feb;161:588-598. doi: 10.1016/j.envres.2017.12.003. PubMed PMID: 29247915; PubMed Central PMCID: PMC5965684.

306. Mehdizadeh A, Rosella L, Alavi A, Sibbald G, Farzanfar D, Hazrati A, Vernich L, Laporte A, Hu H, Bashash M. A Canadian Population-Based Cohort to the Study Cost and Burden of Surgically Resected Hidradenitis Suppurativa. J Cutan Med Surg. 2018 May/Jun;22(3):312-317. doi: 10.1177/1203475418763536. Epub 2018 Mar 11. PubMed PMID: 29528753.

307. Jansen EC, Zhou L, Song PXK, Sánchez BN, Mercado A, Hu H, Solano M, Peterson KE, Tellez-Rojo MM. Prenatal lead exposure in relation to age at menarche: results from a longitudinal study in Mexico City. J Dev Orig Health Dis. 2018 Apr 30:1-6. doi: 10.1017/S2040174418000223. [Epub ahead of print] PubMed PMID: 29706142. 308.

308. Brook JR, Setton EM, Seed E, Shooshtari M, Doiron D; CANUE – The Canadian Urban Environmental Health Research Consortium. The Canadian Urban Environmental Health Research Consortium - a protocol for building a national environmental exposure data platform for integrated analyses of urban form and health. BMC Public Health. 2018 Jan 8;18(1):114. doi: 10.1186/s12889-017-5001-5. PubMed PMID: 29310629; PubMed Central PMCID: PMC5759244.

309. Hu H, Baines C.  Recent Insights and Opportunities for Three Under-recognized Conditions: Myalgic Encephalomyelitis/ Chronic Fatigue Syndrome, Fibromyalgia and Environmental Sensitivities/ Multiple Chemical Sensitivity.  Can Fam Physician. 2018 Jun;64(6):413-415. PubMed PMID: 29898928; PubMed Central PMCID: PMC5999262.

310. Landrigan PJ, Fuller R, Hu H, Caravanos J, Cropper ML, Hanrahan D, Sandilya K, Chiles TC, Kumar P, Suk WA. Pollution and Global Health – An Agenda for Prevention. Environ Health Perspect. 2018 Aug 6;126(8):084501. doi: 10.1289/EHP3141. eCollection 2018 Aug. PubMed PMID: 30118434; PubMed Central PMCID: PMC6108842.

311. Hu H, Landrigan PJ, Fuller R, Lim SS, Murray CJL. New Initiative aims at expanding Global Burden of Disease estimates for pollution and climate. Lancet Planet Health. 2018 Oct;2(10):e415-e416. doi: 10.1016/S2542-5196(18)30189-X. PubMed PMID: 30318094.

CV: Howard Hu, M.D., M.P.H., Sc.D.

312.   Wang W, Moroi S, Bakulski K, Mukherjee B, Weisskopf MG, Schaumberg D, Sparrow D, Vokonas PS, Hu H, Park SK. Bone Lead Levels and Risk of Incident Primary Open-Angle Glaucoma: The VA Normative Aging Study. Environ Health Perspect. 2018  Aug 8;126(8):087002. doi: 10.1289/EHP3442. eCollection 2018 Aug. PubMed PMID: 30102601; PubMed Central PMCID: PMC6108844.

313.   Xu J, Hu H, Wright R, Schnaas L, Bellinger DC, Park SK, Wright RO, Téllez-Rojo MM. Prenatal lead exposure modifies the association of maternal self-esteem with child adaptive ability. Int J Hyg Environ Health. 2019 Jan;222(1):68-75. doi: 10.1016/j.ijheh.2018.08.005. Epub 2018 Aug 23. PubMed PMID: 30146178.

314.   Horton MK, Hsu L, Claus Henn B, Margolis A, Austin C, Svensson K, Schnaas L, Gennings C, Hu H, Wright R, Rojo MMT, Arora M. Dentine biomarkers of prenatal and early childhood exposure to manganese, zinc and lead and childhood behavior. Environ Int. 2018 Dec;121(Pt 1):148-158. doi: 10.1016/j.envint.2018.08.045. Epub  2018 Sep 8. PubMed PMID: 30205321.

315.   Zhang Z, Braun TM, Peterson KE, Hu H, Téllez-Rojo MM, Sánchez BN. Extending Tests of Random Effects to Assess for Measurement Invariance in Factor Models.  Stat Biosci. 2018 Dec;10(3):634-650. doi: 10.1007/s12561-018-9222-7. Epub 2018 Sep 29. PubMed PMID: 30805035; PubMed Central PMCID: PMC6385881.

316.   Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10.  PubMed PMID: 30316181.

317.   GBD 2017 Risk Factor Collaborators. Global, regional, and national comparative risk assessment of 84 behavioural, environmental and occupational, and metabolic risks or clusters of risks for 195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):1923-1994. doi: 10.1016/S0140-6736(18)32225-6. Epub 2018 Nov 8.  PubMed PMID: 30496105; PubMed Central PMCID: PMC6227755.

318.   Zheutlin AR, Hu H, Weisskopf MG, Sparrow D, Vokonas PS, Park SK. Low-Level Cumulative Lead and Resistant Hypertension: A Prospective Study of Men Participating in the Veterans Affairs Normative Aging Study. J Am Heart Assoc. 2018 Nov 6;7(21):e010014. doi: 0.1161/JAHA.118.010014. PubMed PMID: 30608198.

319.   Green R, Till C, Al-Hakeem H, Cribbie R, Téllez-Rojo MM, Osorio E, Hu H, Schnaas L. Assessment of neuropsychological performance in Mexico City youth using the Cambridge Neuropsychological Test Automated Battery (CANTAB). J Clin Exp Neuropsychol. 2018 Oct 18:1-11. doi: 10.1080/13803395.2018.1529229. [Epub ahead of print] PubMed PMID:

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                66

30336715.

320.    Pantic I, Tamayo-Ortiz M, Rosa-Parra A, Bautista-Arredondo L, Wright RO, Peterson KE, Schnaas L, Rothenberg SJ, Hu H, Téllez-Rojo MM. Children's Blood Lead Concentrations from 1988 to 2015 in Mexico City: The Contribution of Lead in Air and Traditional Lead-Glazed Ceramics. Int J Environ Res Public Health. 2018 Sep 30;15(10). pii: E2153. doi: 10.3390/ijerph15102153. PubMed PMID: 30274368; PubMed Central PMCID: PMC6210390.

321.    Ding N, Wang X, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Dietary patterns, bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res. 2018 Sep 27;168:222-229. doi: 10.1016/j.envres.2018.09.035. [Epub ahead of print] PubMed PMID: 30317107.

322.    Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2018 Aug;165:504. doi: 0.1016/j.envres.2017.11.022. Epub 2017 Nov 26. PubMed PMID: 29183624.  (*correct citation [first in this CV] for earlier publication that was missing co-authors*).

323.    Wu Y, Jansen EC, Peterson KE, Foxman B, Goodrich JM, Hu H, Solano-González M, Cantoral A, Téllez-Rojo MM, Martinez-Mier EA. The associations between lead exposure at multiple sensitive life periods and dental caries risks in permanent teeth. Sci Total Environ. 2019 Mar 1;654:1048-1055. doi:10.1016/j.scitotenv.2018.11.190. Epub 2018 Nov 14. PubMed PMID: 30841379; PubMed Central PMCID: PMC6407640.

324.    Lin Y, Huang L, Xu J, Specht AJ, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead and child attention-deficit-hyperactivity-disorder-like behavior.  Sci Total Environ. 2019 Apr 1;659:161-167. doi: 10.1016/j.scitotenv.2018.12.219. Epub 2018 Dec 15. PubMed PMID: 30597466.

325.    Liu Y, Téllez-Rojo M, Hu H, Sánchez BN, Martinez-Mier EA, Basu N, Mercado-García A, Solano-González M, Peterson KE. Fluoride exposure and pubertal development in children living in Mexico City. Environ Health. 2019 Mar 29;18(1):26. doi: 10.1186/s12940-019-0465-7. PubMed PMID: 30922319; PubMed Central PMCID: PMC6439980.

326.    Cantoral A, Luna-Villa L, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA.  Fluoride content in foods and beverages from Mexico City markets & supermarkets.  Food Nutr Bull (in press).

CV: Howard Hu, M.D., M.P.H., Sc.D.

Other Peer-reviewed Publication

1.     Hu H .  Investigating allegations using survey epidemiology.  Proceedings of the International
       Conference on Combatting the Use of Chemical and Biological Weapons. Geneva May 24-27,
       1989. International Commission of Health Professionals: Geneva.

2.     Kim R, Hu H.  New biomarkers of lead dose and  toxicity.  Proceedings of the Pacific Basin
       Conference on Hazardous Waste, Edmonton, Alberta, May 7-12, 1995.  East-West Center:
       Honolulu.

3.     Hu H, Kim R, Payton M, Korrick S, Sparrow D, Weiss ST.  The relationship of bone and blood
       lead to hypertension: further analyses of the normative aging study data.  Proceedings of the 1996
       Pacific Basin Conference on Hazardous Waste, Nov 4-8, 1996.  East-West Center: Honolulu.

4.     Hu H, Kim R, Fleischaker G, Aro A.  K-X-ray fluorescence: measuring bone lead as a biomarker
       of cumulative lead dose.   Proceeding of "Biomarkers, the Genome, and the Individual:
       Workplace and Medical Implications of a Rapidly Evolving Technology".  May, 1997,
       Charleston, SC.

5.     Hu H, Johnson K, Heldman R, Jones K, Komaroff AL, Schacterle R, Barsky A, Becker A,
       Holman L.  A comparison of single photon emission computed tomography in normal controls,
       in subjects with multiple chemical sensitivity syndrome and in subjects with chronic fatigue
       syndrome.  Department of Labor and Industries, State of Washington.  1999 (peer-reviewed
       technical report).

6.     Wright R, Mulkern R, White R, Aro A, Hu H.  Magnetic resonance spectroscopy in the
       neurologic assessment of adult lead poisoning.  Proceeding of the Silver Anniversary
       International Conference on Heavy Metals in the Environment.  August, 2000, Ann Arbor, MI.

7.     Tsaih S-W, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  Influence of
       dietary ascorbic acid intake on lead mobilized from bone among middle-aged and elderly men:
       the Normative Aging Study.    Proceeding of the Silver Anniversary International Conference on
       Heavy Metals in the Environment.  August, 2000, Ann Arbor, MI.

8.     Hu H, O'Neill M, Ebi K, Kotha R, Patz J, Keeler J, Erdmann C, Xi C, Ebi K.  Coping with
       Climate Change: Public Health Sector Synthesis.  Proceedings of the National Summit on
       Coping with Climate Change, University of Michigan, Ann Arbor, 8-10 May 2007


       Non-peer reviewed publications


CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                        68

1.    Hu H.  Occupational health: on the job training for medical students.  The New Physician, May
      1979:24-25.

2.    Hu H, Shaffer N. Trade unionism for doctors.  (Letter to the Editor).  N Engl J Med
      1985;323:926.

3.    Kern D, Christiani DC, Kelsey KT, Hu H, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J,
      Garabrant D.  Asbestos related diseases.  (Letter to the Editor).  N Engl J Med 1991;324:195-
      196.

3.    Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly  1993;3:141-142 (reply to
      letter).

4.    Hoppin JA, Ryan PB, Hu H, Aro ACA.  Bone lead levels and delinquent behavior (letter to the
      editor).  J Am Med Assoc 1996;275:1727.

5.    Hu H, Aro A, Payton M, Korrick S, Weiss S, Sparrow D.  Lead and hypertension (reply to
      Letters to the Editor).  J Am Med Assoc 1996;276:1038.

6.    Hu H.  Inorganic lead exposure: Metabolism and intoxication.  (book review).  Am J Epi
      1997;145:382-383.

7.    Hu H. The exportation of hazardous industries, products, and wastes: globally-distributed
      chemicals and associated toxins.  Our Planet.  United Nations Environmental Program North
      America (Suppl) 1997;8:3-4.

8.    Sumner D, Hu H, Woodward A.  Health risks of ionizing radiation.  Science for Democratic
      Action  2000;8:1-4.

9.    Schwartz BS, Stewart W, Hu H.  Critique of Goodman et al.: Lead and neurobehavioral test
      scores in adults.  OEM Online - Occupational and Environmental Medicine, May 8, 2002
      (http://oem.bmjjournals.com/cgi/eletters/59/4/217).

10.   Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, Carson AI, Cosby O, Darcey D,
      Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann
      KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ,
      Sprince NL, Taiwo O, Upfal M.   In response to the 2002, vol. 22, no. 4 article entitled "The rise
      and fall of occupational medicine in the United States". Am J Prev Med. 2002;23:307-9.

11.   Ettinger AS, Hu H.  Lead and its impact on children—the Environmental Health dimension.
      Contact  2005;179:13-15.

CV: Howard Hu, M.D., M.P.H., Sc.D.

12.     Hu H, Tellez-Rojo M, LaMadrid-Figueroa H, Mercado-Garcia A, Herandez-Avila M, Bellinger D, Smith D, Ettinger AS, Schnaas L.  Response to Letter to the Editor by Ronchetti.  Environ Health Perpec 2007;115:A186-187.

13.     Weisskopf MG, Weuve J, Jarrell J, Hu H, Tellez-Rojo MM, Hernandez-Avila M.  Reply to Letter to the Editor by Jongbloet.  Hum Reprod. 2007 Oct;22(10):2792-3. Epub 2007 Jun 28.

14.     Aguilar Madrid G, Beaudry M, Bell W, Bowes D, Brophy J, Burdorf A, Carlsten C, Castleman B, Chaturvedi S, Conti ME, Corra L, Corrêa Filho HR, Cranor CF, Cullen E, Dalvie A, Dickson RC, Digon A, Egilman D, Eisner Falvo C, Fischer E, Frank AL, Frank E, Gee D, Giannasi F, Goldberg BD, Greenberg M, Guidotti TL, Harris WA, Hindry M, Houlson A, Hu H, Huff J, Infante PF, Thambyappa J, Juarez Perez CA, Jeebhay MF, Joshi TK, Keith M, Keyserlingk JR, Khatter K, King D, Kodeih N, Kristensen J, Kulsomboon V, Landrigan PJ, Lee CW, Leigh J, Lemen RA, Lippman A, London L, Matzopoulos R, McCulloch J, McDiarmid MA, Mehrdad R, Mirabelli D, Moshammer H, Notebaert É, Nycz Z, Oberta AF, O'Connor J, O'Neill R, Orris P, Ozonoff D, Paek D, Rickard C, Rodriguez EJ, Sass J, Sentes KE, Simpson IM, Soffritti M, Soskolne CL, Sparling SP, Spiegel J, Takahashi K, Takaro TK, Terracini B, Thébaud-Mony A, Trosic I, Turcotte F, Vakil C, Van Der Walt A, Waterman YR, Watterson A, Wegman DH, Welch LS, Weiss SH, Winston R, Yassi A. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9. doi: 10.1080/19338244.2013.780807. PubMed PMID: 23697697.

15.     Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA.  Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2017 Nov 25. pii: S0013-9351(17)31700-0. doi:10.1016/j.envres.2017.11.022. [Epub ahead of print] PubMed PMID: 29183624.

Book Chapters (peer-reviewed)

1.     Hu H.  Renal and urinary tract disorder.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

2.     Hu H.  Other physical hazards.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

3.     Frumkin H, Hu H.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          70

4.      Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*. 2nd edition. Boston: Little, Brown, 1988:263-279.

5.      Frumkin H, Hu H, Travers P.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1988.

6.      Hu H.  The effects of ultraviolet radiation. In: Upton R, Positano R, eds. Med Clin N Amer: Environmental Medicine. March 1990;74:509-514.

7.      Hu H.  Non-ionizing radiation. In: Levy B, Weeks J, eds., *Control of Occupational Diseases; Center for Disease Control.*  Washington, D.C.: American Public Health Association:1991:508-515.

8.      Hu H.  Toxicodynamics of riot control agents (lacrimators).  In:  Somani SM, ed.  *Chemical Warfare Agents*. New York: Academic Press, 1992;271-288.

9.      Hu H, Besser M.  Other physical hazards. In: Paul M, ed. *Occupational and Environmental Reproductive Hazards: A Guide for Clinicians*.  Philadelphia: Williams & Wilkins, 1992:218-232.

10.     Hu H.  Ultraviolet radiation.  *The Encyclopedia of the Environment*.  Boston: Houghton Mifflin Co.  1993:750.

11.     Hu H, Kim N.  Drinking water pollution and human health.  In: Chivian E, McCally M, Hu H, Haines H, eds.  Human Health and the Environment--A Doctor's Report.  Cambridge: The MIT Press, 1993:31-48.

12.     Bowen E, Hu H.  Food Contamination Due to Environmental Pollution.  In: Chivian E, McCally M, Hu H, Haines H, eds. *Human Health and the Environment--A Doctor's Report*.  Cambridge: The MIT Press 1993:49-69.

13.     Kales S, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  3rd edition. Boston: Little, Brown, 1994:337-354.

14.     Hu H, Speizer F.  Physicians and Environmental/Occupational Hazards.  In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper D, eds. *Harrison's Principles of Internal Medicine*, (13th edition). New York: McGraw-Hill, Inc., 1994:2439-2441.

15.     Frumkin H, Hu H, Travers PH.  Training and Career Opportunities.  In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  Boston:Little, Brown,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Co. 1994:16-24.

16.    Hu H. Health Effects from Lead Exposure: A Review.   In: Hernandez-Avila M, Palazuelos
       Rendon E, ed. *Lead Pollution in Mexico: Prevention and Control*.  Cuernavaca: National
       Institute of Public Health.  1995.

17.    Hu H, Kim R, Fleischaker G, Aro A.  Measuring bone lead as a biomarker of cumulative lead
       dose using K X-ray fluorescence.  In: *Biomarkers: Medical and Workplace Applications*.  ML
       Mendelsohn, LC Mohr, JP Peeters, Ed.  Washington DC: Joseph Henry Press.  1998.  pp. 71-86.

18.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Fauci
       AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.
       *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:18-21.

19.    Hu H, Speizer F.  Specific Environmental and Occupational Hazards.  In:Fauci AS, Braunwald
       E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.  *Harrison's
       Principles of Internal Medicine,* (14th edition). New York: McGraw-Hill 1998:2521-2523.

20.    Hu H.  Heavy Metals.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper
       D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New
       York: McGraw-Hill 1998:2564-2569.

21.    Leffler C, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health:
       Recognizing and Preventing Work-Related Disease and Injury*. 4th edition.  Philadelphia:
       Lippincott Williams & Wilkins.  2000.

22.    Hu H.  Exposure to Metals.  In: LaDou J, ed.  Occupational Medicine.  *Primary Care: Clinics in
       Office Practice*. 2000 Dec;27(4):983-96.

23.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:
       Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's
       Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

24.    Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In: Braunwald E, Fauci
       AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal
       Medicine*, (15th edition). New York: McGraw-Hill 2001.

25.    Hu H.  Heavy Metals.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson
       JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill
       2001.

26.    Goldman RH, Hu H. Overview of Adult Lead Poisoning. *UpToDate in Medicine*. Primary Care

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                        72

Section. (CD-ROM/Internet publication).  Begun in 2000, updated annually.

27.    Hu H.  Human Health and Toxic Metals.  Chapter in: *Life Support: the Environment and Human Health.*  M McCally, Editor.  MIT Press, 2002.

28.    Chivian E, Epstein PR, Ford TE, Goodenough DA, Hu H.  Bringing global issues to medical training.  (Letter to Editor).  Lancet 2002;359:714.

29.    Hu H, Woolf A.  Introduction: Environmental Medicine as an emerging discipline.  In: *Grand Rounds in Environmental Medicine*.  Hu, H (Editor).  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

30.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:  Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

31.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

32.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2005.

33.    Fischbein A, Hu H.  Occupational and environmental exposure to lead.  In *Environmental and Occupational Medicine, Fourth Edition,* edited by William N. Rom. Lippincott–Raven Publishers, Philadelphia 2006.

34.    Weisskopf MG, Wright RO, Hu H.  Early life environmental exposure and neurologic outcomes in adults.  In: DB Bellinger, Ed.  *Human Developmental Neurotoxicology.*  The Taylor and Francis Publishing Group 2006.

35.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (17th edition). New York: McGraw-Hill 2008.

36.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2nd Edition, 2009

37.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (18th edition). New York: McGraw-Hill 2011.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                           73

38.     Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson
        JL, eds. *Harrison's Principles of Internal Medicine*, (19th edition). New York: McGraw-Hill
        2014.

39.     Bush KF, Balakrishnan K, Hu H.  Global Climate Change: Case Study of India.  In *Climate
        Change and Health.*  London: Oxford University Press.  (in press)

40.     (Hu H et al. ).  Epilogue: 'Global Health, Governance and Education'.  In *Global Population
        Health and Well-Being in the 21st Century: Toward NewParadigms, Policy and Practice.*
        George Lueddeke, Editor.  Springer, 2015.

41.     Anderson G, Buckle R, Favrin G, Friend S, Geschwind D, Hu H, Oliver S, Peterson R, Rossor
        M, St. George-Hyslop P, Zhang B.  Big Data Approaches to Dementia: Opportunities and
        Challenges.  In *Dementia Research and Care: Can Big Data Help?*  G Anderson, J Oderkirk, Ed.
        OECD Publishing, Paris. 2015.  http://dx.doi.org/10.1787/9789264228429-en

42.     Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL,
        Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (20th edition). New York: McGraw-
        Hill 2018.

43.     Hu H.  Childhood Lead Toxicity.  In: Levy, B, ed.  *Social Injustice and Public Health,* (3rd
        edition).  Oxford University Press (in progress).

44.     Bakulski K, Hu H, Park SK.  Lead, Cadmium, and Alzheimer's Disease.  In: *The Neuroscience
        of Dementia: Genetics, Neurology, Behavior and Diet.*  VR Preedy, CR Martin, Ed.  Elsevier (in
        progress).


        Books, Monographs, Reports

1.      Frumkin H, Hu H, eds. *Occupational and Environmental Health: A Resource Guide for Health
        Science Students* (National Institute of Occupational Safety and Health), March 1980; Publication
        # 90-118.

2.      Physicians for Human Rights.  *The Use of Tear Gas in the Republic of Korea: A Report by
        Health Professionals.*  Somerville: Physicians for Human Rights.  July 27, 1987.  Available at:
        https://s3.amazonaws.com/PHR_Reports/korea-1987-use-of-tear-gas-in-republic-of-korea.pdf

3.      Hu H, Cook-Deegan R, Shukri A.  *Winds of Death: Iraq's Use of Poison Gas Against its Kurdish
        Population*. Somerville, Massachusetts: Physicians for Human Rights, February 1989.  Available
        at: https://s3.amazonaws.com/PHR_Reports/winds-of-death-iraq-kurds-1989.pdf

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                     74

4.      Korman P, Hu H, Planatamura D.  *Lead Abatement Manual: A Union Training Course for Workers and Supervisors*.  Commonwealth of Massachusetts, Department of Industrial Accidents, 1991.

5.      Hu H, Win UK, Arnison A.  *Health and Human Rights in Burma (Myanmar): 1988 to the present.*  Somerville, Massachusetts: Physicians for Human Rights, 1991.

6.      Hu H, Makhijani A, Yih K.  *Plutonium: Deadly Gold of the Nuclear Age*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production.  Cambridge: the International Physicians for the Prevention of Nuclear Weapons, 1992.

7.      Chivian E, McCally M, Hu H, Haines H, eds.  *Critical Condition: Human Health and the Environment*.  Cambridge: The MIT Press, 1993.

8.      Makhijani A, Hu H, Yih K.  *Nuclear Wastelands.  A Global Guide to Nuclear Weapons Production and Its Health and Environmental Effects*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production. Cambridge: The MIT Press, 1995.

9.      Hu, H.  (Editor).  *Grand Rounds in Environmental Medicine*.  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

10.     Basu N, Hu H. *Toxic Metals and Indigenous Peoples Near the Marlin Mine in Western Guatemala: Potential Exposures and Impacts on Health*.  A report for Physicians for Human Rights.  March, 2010  (http://physiciansforhumanrights.org/library/report-2010-05-18.html).

11.     Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy. Ettinger AS and Wengrowitz AG, Editors.  *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women.*  Atlanta: Centers for Disease Control. November, 2010.

12.     Taskforce on Environmental Health (Hu: Taskforce Chair).  *Time for Leadership: Recognizing and Improving Care for those with ME/CFS, FM and ES/MCS*.  Interim Report.  Ministry of Health and Longterm Care, Province of Ontario.  July, 2017

Abstracts of Work (Upon request)

CV: Howard Hu, M.D., M.P.H., Sc.D.

# Appendix B

Environmental Research 150 (2016) 489–495



Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres



# Urinary and plasma fluoride levels in pregnant women from Mexico City



Deena B. Thomas [a], Niladri Basu [a,b], E. Angeles Martinez-Mier [c], Brisa N. Sánchez [d], Zhenzhen Zhang [d], Yun Liu [a], Rajendra Prasad Parajuli [b], Karen Peterson [e], Adriana Mercado-Garcia [f], Morteza Bashash [g], Mauricio Hernández-Avila [f], Howard Hu [g,*], Martha Maria Téllez-Rojo [f]

[a] Department of Environmental Health Sciences, University of Michigan School of Public Health, Ann Arbor, MI, USA
[b] Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, Quebec, Canada
[c] Department of Cariology, Operative Dentistry and Dental Public Health, Indiana University School of Dentistry, Indianapolis, Indiana, USA
[d] Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan, USA
[e] Department of Human Nutrition, University of Michigan School of Public Health, Ann Arbor, Michigan, USA
[f] Center for Nutrition and Health Research, National Institute of Public Health, Cuernavaca, Morelos, México
[g] Occupational and Environmental Health, Dalla Lana School of Public Health, University of Toronto, Toronto, Canada

## ARTICLE INFO

Article history:
Received 5 May 2016
Received in revised form
16 June 2016
Accepted 28 June 2016
Available online 14 July 2016

Keywords:
Exposure assessment
Biomarkers
Prenatal exposures
Pregnancy
Fluoride
Public health

## ABSTRACT

Background: There is need to assess the developmental neurotoxicity of fluoride. Our knowledge of prenatal fluoride exposure is challenged as few population-based studies have been conducted and these generally date back several decades, provide incomplete data on sociodemographic variables, and have methodological limitations.

Objective: To measure urinary and plasma fluoride levels across three time points in pregnant mothers who were enrolled in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) birth cohort study.

Methods: Fluoride levels were characterized in archived urine and plasma from 872 pregnant mothers sampled from the ELEMENT cohort. Various statistical methods were used to analyze the fluoride data with particular consideration for changes across three stages of pregnancy and against sociodemographic variables.

Results: All samples had detectable levels of fluoride. The mean urinary and plasma fluoride levels were 0.91 and 0.0221 mg/L respectively, and these were not statistically different across three stages of pregnancy. Fluoride levels correlated across the stages of pregnancy studied, with stronger correlations between neighboring stages. Urinary fluoride changed as pregnancy progressed with levels increasing until ~23 weeks and then decreasing until the end of pregnancy. For plasma fluoride, there was a decreasing trend but this was not of statistical significance. Creatinine-adjusted urinary fluoride levels did not associate consistently with any of the sociodemographic variables studied.

Conclusions: This study provides the most extensive characterization to date of fluoride exposure throughout pregnancy. These results provide the foundation to explore exposure-related health outcomes in the ELEMENT cohort and other studies.

© 2016 Published by Elsevier Inc.

## 1. Introduction

Community water fluoridation has been used for nearly 60 years to reduce the prevalence of dental caries. An estimated 210 million people in the United States (CDC, 2013) and millions more

across 30+ countries drink water with fluoride levels currently considered optimal for caries prevention (Fawell et al., 2006). In addition to water, population-level exposures in some areas are achieved via the fluoridation of salt (e.g., certain regions of Mexico; Martinez-Mier et al. (2009) and Jimenez-Farfan et al. (2011)) or milk (Petersen et al., 2015; Weitz et al., 2015). Despite clear benefits in relation to dental caries, there remains an intense debate over the safety of fluoridation because of evidence demonstrating that excessive fluoride intake is associated with adverse effects on teeth (DenBesten and Li, 2011), bones (Chachra et al.,

* Correspondence to: Occupational and Environmental Health, Dalla Lana School of Public Health, University of Toronto, Health Sciences Building, 155 College Street, 6th Floor, Toronto, Ontario, Canada M5T 3M7.
E-mail address: Howard.Hu@utoronto.ca (H. Hu).

http://dx.doi.org/10.1016/j.envres.2016.06.046
0013-9351/© 2016 Published by Elsevier Inc.

D.B. Thomas et al. / Environmental Research 150 (2016) 489–495

2008), and childhood cognition (Tang et al., 2008). This controversy, in part, spurred a review of the health literature by the U.S. National Research Council (NRC, 2006). The resulting NRC report called for more research to address the potential impacts of population level fluoride exposure, particularly among vulnerable populations including pregnant women and children.

Based on epidemiological and animal evidence, there is growing concern that fluoride is a developmental neurotoxicant. For example, a systematic review by Choi et al. (2012) that included 27 epidemiological studies found reduced children's intelligence associated with high fluoride exposures. Reports of developmental impacts are plausible given that maternally ingested fluoride has been shown to reach the fetus through the umbilical cord or placenta. Maternal blood fluoride, for example, is moderately correlated with cord blood, indicating that at least some fluoride moves from the maternal compartment to the fetus (Gedalia et al., 1961; Shimonovitz et al., 1995). Fluoride levels in the fetal brain (Du et al., 2008; Narayanaswamy and Piler, 2010) and teeth (Parker and Bawden, 1986) have been shown to increase in parallel with maternal exposures. Taken together, these findings suggest that the fetus is exposed to fluoride, and that maternal fluoride levels can be used as a proxy for fetal exposure. However, very few studies have characterized prenatal exposures to fluoride.

Fluoride exposure in pregnant women, to our knowledge, has been reported in very few population-based studies (Caldera et al., 1988; Gardner et al., 1952; Gedalia et al., 1959; Malhotra et al., 1993). These studies are limited in that, for example, they generally date back several decades, provide incomplete data on socioeconomic or demographic variables that could help interpret exposures, and have methodological limitations (e.g., they lack robust sample sizes, multiple biomarkers, and repeated measures). Given the limitations of the aforementioned studies and a need to better resolve prenatal exposures, the current study aimed to increase our understanding of developmental fluoride exposures by measuring maternal levels of fluoride over the course of pregnancy. To achieve this, we measured urinary and plasma fluoride levels across three time points in pregnant mothers who were enrolled in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) birth cohort study.

## 2. Methods

### 2.1. Study population

The institutional review boards of the National Institute of Public Health of Mexico, University of Michigan, Indiana University, the University of Toronto, and participating clinics approved the study procedures. Study participants were recruited between 1997 and 2006 from three clinics of the Mexican Institute of Social Security in Mexico City (Mexico) as part of the ELEMENT study. Pertinent details of the three cohorts that make up the ELEMENT study, including for example recruitment, collection of demographic information such as maternal age, education, marital status and smoking status during pregnancy, and collection and archival of pregnancy urine and plasma can be found elsewhere (Hu et al., 2006; Afeiche et al., 2011). Of particular note is that all urine samples consisted of early morning 2nd voided specimens collected at our study clinic; and all plasma samples were collected using special methods to prevent contamination and hemolysis (Smith et al., 2002).

The ELEMENT population consists of 2161 mothers (Fig. 1). Here, the study population was drawn from women who had prenatal visits associated with archived prenatal urine or plasma sample with adequate volume for additional analyses (i.e., they were drawn from two of the three ELEMENT cohorts). Of the 997



**Fig. 1.** Flow chart of study population drawn from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort.

women in the source population, 872 contributed at least one urine or plasma sample during the early, mid, and late stages of pregnancy; 825 women contributed a total of 1520 urine samples, and 330 women contributed a total of 627 plasma fluoride samples. The gestational week (i.e., self-reported date of last menstrual period) the samples were donated and the child's sex were recorded.

### 2.2. Fluoride in urine samples

The free ionic form of fluoride was measured using a micro diffusion method (Martínez-Mier et al., 2011) at the University of Michigan School of Public Health (UMSPH). Briefly, urine was diluted with equal parts Milli-Q water in a petri dish, and allowed to react for 20–24 h with 3 M sulfuric acid saturated with hexamethyldisiloxane (HMDS). The diffused fluoride was collected in 0.05 M of sodium hydroxide that was spotted on the interior of the petri dish cover. Following neutralization with 0.25 M of acetic acid, the concentration of fluoride in this solution was determined using an ion-selective electrode (Orion Fluoride Combination Electrode).

Urinary reference materials obtained from the Institut National de Santé Publique du Québec (INSPQ) were used to gauge analytical accuracy and precision. In addition, each batch run contained procedural blanks and replicate runs. The average recovery rate (analytical accuracy) for the reference materials was 100%. The mean relative standard deviation (analytical precision) for all samples was below 20% for samples containing less than or equal to 0.2 mg/L of fluoride and below 10% for samples with a fluoride concentration above 0.2 mg/L. Note, samples that had a coefficient of variation > 20% were re-analyzed if there was urine remaining. The analytical detection limit (mean: 0.00656 mg/L) was calculated as the mean blank value plus two times the standard deviation.

An additional 390 urine samples were measured for fluoride content at the Indiana University Oral Health Research Institute (OHRI) using a similar procedure detailed in Martínez-Mier et al. (2011) with similar outcomes. Further, a validation study was conducted to determine the degree of similarity between samples measured at UMSPH versus at OHRI. Forty-eight samples were

D.B. Thomas et al. / Environmental Research 150 (2016) 489–495

measured in both labs. A careful statistical assessment of the resulting urinary fluoride levels revealed a correlation coefficient of 0.92 between measures taken by both labs.

### 2.3. Creatinine in urine samples

Urinary creatinine was measured using a MicroLab AT Plus (Hamilton Co., Reno, NV, USA) and Microplate Spectrophotometer (SpectraMax 340, Molecular Devices, Sunnyvale, CA, USA) at the University of Michigan. To account for variations in urine dilution at the time of measurement, urinary fluoride concentrations were adjusted for creatinine (Petersen et al., 2014). This was done by dividing the concentration of fluoride in the maternally-derived sample (MUF) by the sample's creatinine concentration (MUC), and multiplying by the average creatinine concentration of samples available at each trimester (MUCaverage) using the formula: $(MUF/MUC) \times MUCaverage$. The values (mg/L) for MUCaverage at each trimester were 100.8, 81.6, and 72.4.

### 2.4. Fluoride in plasma samples

Plasma samples were measured for fluoride at the Indiana University Oral Health Research Institute (OHRI) using the hexamethyldisiloxane (HMDS) microdiffusion method of Taves (1968) as modified by Martínez-Mier et al. (2011). Briefly, plasma sample diluted 2:1 with diH$_2$O was pipetted into a plastic Petri dish, with a trap solution of 0.075 N sodium hydroxide (NaOH) placed on each dish lid. Each dish was immediately sealed. Next, HMDS-saturated 3 N SO$_4$ was introduced into each sample via a small hole burned into each lid. The hole was sealed immediately with petroleum jelly. During overnight diffusion, fluoride was released and trapped in the NaOH. The trap was recovered and buffered to pH 5.2 with acetic acid (CH$_3$COOH). The recovered solution was adjusted to a final volume of 20 ml with diH$_2$O. A standard fluoride curve was prepared from similarly diffused fluoride standard solutions and used to determine fluoride content of each plasma sample. Millivolt readings were measured using a fluoride microelectrode (Microelectrodes, Inc MI-SO) and pH/ISE meter (Orion Dual Star or equivalent). Duplicate analyses were done in sets of approximately 30–40 samples, and analytical precision of these measurements was less than 10%.

### 2.5. Data analysis

Summary measures (e.g., mean, median, standard deviation, minimum, maximum, and 10th, 25th, 75th and 90th percentiles) were calculated for urinary fluoride and plasma fluoride samples. Spearman correlation coefficients were generated to show the relationship between the biomarkers of exposure and other demographic variables. To assess the stability of the two biomarkers throughout pregnancy, intra-class correlation coefficients (ICC) were calculated. The ICC calculations excluded the top and bottom 1% of the observations and were calculated using log-transformed concentrations to stabilize the variance components. Bivariate analyses examining the crude associations between fluoride measures at each trimester and covariates were conducted using simple linear regression. Generalized additive mixed models, adjusted for maternal education, age, marital status, smoking status (never smokers, history of smoking but not smoking during pregnancy, or smoking during pregnancy), and child's sex were run to assess their effect on maternal urine and plasma levels during pregnancy, as well as to examine the time trend of the fluoride concentrations during gestation. The selection of model variables was guided through a combination of our review of the literature, an understanding of fluoride's toxicokinetics, and exploration of variables through correlative analyses. Data were analyzed using R 3.0.0 (RStudio, Inc.) and SAS 9.3 (SAS Institute Inc. Cary, NC). Results are shown as means $\pm$ standard deviation unless otherwise indicated.

## 3. Results

Fluoride measurements were made in urine and/or plasma from ELEMENT mothers (N=872) for whom we had at least one prenatal biomarker (Fig. 1). Characteristics of these mothers (age: 26.6 $\pm$ 5.4 years; maternal education: 10.7 $\pm$ 3 years; 89.4% married or cohabitating) were not statistically different from mothers (N=125) excluded due to not having any prenatal biomarkers measured. Pregnant mothers were sampled at 13.5 ($\pm$ 2.3; range 0–26), 25.3 ($\pm$ 2.4; range 15–37), and 34.5 ($\pm$ 2.1; range 22–43) weeks of pregnancy. We acknowledge that some women were sampled at zero weeks of pregnancy as certain women who wanted to get pregnant were enrolled into ELEMENT Cohort 2.

The number of mothers for whom we have prenatal fluoride biomarker measurements from early, mid and late pregnancy (N$_{urine}$=505, 454, 335; N$_{urine\ creatinine-adjusted}$=414, 186, 231; N$_{plasma}$=220, 255, 152, respectively), and those for whom we have one, two, or all three of the measurements (N$_{urine}$=314, 327, 184; N$_{urine\ creatinine-adjusted}$=220, 224, 71; N$_{plasma}$=113, 137, 80 respectively) varied.

Every urine and plasma sample investigated had detectable levels of fluoride (Table 1). The overall mean urinary fluoride level was 0.91 mg/L, and the mean values across the three stages of pregnancy that were studied here did not differ (Fig. 2a). The creatinine adjusted urinary fluoride results are not different from

**Table 1**

Fluoride concentrations (mg/L) in urine and plasma of pregnant women from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort. The "Average" represents data drawn from individuals who provided at least one sample.

| | Stage of Pregnancy | N | Mean | SD | Min | 10% | 25% | 50% | 75% | 90% | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Creatinine-adjusted urinary fluoride | Early | 436 | 0.92 | 0.46 | 0.15 | 0.47 | 0.63 | 0.82 | 1.14 | 1.40 | 4.43 |
| | Mid | 199 | 0.95 | 0.47 | 0.25 | 0.49 | 0.65 | 0.88 | 1.13 | 1.55 | 3.50 |
| | Late | 246 | 0.87 | 0.48 | 0.00 | 0.40 | 0.57 | 0.78 | 1.02 | 1.45 | 3.67 |
| | Average | 515 | 0.91 | 0.40 | 0.02 | 0.51 | 0.65 | 0.83 | 1.09 | 1.37 | 3.67 |
| Urinary fluoride | Early | 637 | 0.83 | 0.50 | 0.07 | 0.28 | 0.44 | 0.74 | 1.10 | 1.55 | 3.22 |
| | Mid | 514 | 0.83 | 0.55 | 0.02 | 0.28 | 0.42 | 0.72 | 1.08 | 1.55 | 3.44 |
| | Late | 369 | 0.78 | 0.52 | 0.01 | 0.23 | 0.40 | 0.69 | 1.05 | 1.44 | 2.87 |
| | Average | 825 | 0.83 | 0.45 | 0.01 | 0.33 | 0.51 | 0.76 | 1.06 | 1.41 | 3.22 |
| Plasma fluoride | Early | 220 | 0.0228 | 0.0222 | 0.0021 | 0.0045 | 0.0071 | 0.0145 | 0.0310 | 0.0558 | 0.1052 |
| | Mid | 255 | 0.0194 | 0.0166 | 0.0022 | 0.0052 | 0.0077 | 0.0140 | 0.0240 | 0.0422 | 0.0777 |
| | Late | 152 | 0.0184 | 0.0171 | 0.0028 | 0.0047 | 0.0067 | 0.0121 | 0.0242 | 0.0462 | 0.0819 |
| | Average | 330 | 0.0221 | 0.0164 | 0.0035 | 0.0066 | 0.0091 | 0.0172 | 0.0299 | 0.0456 | 0.0786 |

*D.B. Thomas et al. / Environmental Research 150 (2016) 489–495*





**Fig. 2.** Box and whisker plots of creatinine-adjusted urinary (plot 2A) and plasma (plot 2B) fluoride levels in pregnant women from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort. Values are shown across three stages of pregnancy corresponding to approximately 13.5, 25.3, and 34 weeks of pregnancy.

the unadjusted values (matched results are summarized in Supplemental Table 1). Plasma fluoride levels were ~40-times lower than urinary fluoride levels. The overall mean plasma fluoride value was 0.0221 mg/L. Like in the urine, the mean plasma fluoride level did not differ across the three stages of pregnancy that were studied (Fig. 2b).

The consistency of urinary and plasma fluoride concentrations across the three stages of pregnancy was studied (Table 2). In urine, fluoride levels were correlated across the three stages of pregnancy with Spearman coefficients ranging from 0.21 to 0.39. For plasma, fluoride levels correlated between neighboring time periods (i.e., between early and mid stages, and mid and late stages) but were not correlated between early and late stages of pregnancy. Analyses of the correlation between urinary and plasma fluoride levels was explored but were limited during certain stages of pregnancy owing to low sample sizes. In general there was a lack of correlation between these two biomarkers, though a significant correlation was found in fluoride levels between urine

**Table 2**
Spearman correlation coefficients relating fluoride levels in urine (creatinine-adjusted) and plasma at three different stages of pregnancy among participating mothers in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort. In each cell, the first line is the correlation coefficient, followed by the p-value (line 2) and the sample size (line 3).

| | Stage of pregnancy | Urine | | | Plasma | | |
|---|---|---|---|---|---|---|---|
| | | Early | Mid | Late | Early | Mid | Late |
| **Urine** | Early | 1.00 – 436 | 0.39 < 0.001 145 | 0.21 < 0.001 202 | 0.29 0.004 97 | 0.03 0.72 136 | 0.09 0.42 90 |
| | Mid | | 1.00 – 199 | 0.29 0.01 90 | Only N=1 subject had both plasma and urine from mid pregnancy | | |
| | Late | | | 1.00 – 246 | 0.11 0.40 59 | -0.1 0.39 76 | -0.24 0.07 56 |
| **Plasma** | Early | | | | 1.00 – 220 | 0.14 < 0.001 162 | 0.21 82 |
| | Mid | | | | | 1.00 – 255 | 0.38 < 0.001 133 |
| | Late | | | | | | 1.00 – 152 |

and plasma of mothers sampled during early stages of pregnancy. Across the three stages of pregnancy, maternal urinary fluoride and plasma values (Fig. 2) were not different and remained fairly stable as pregnancy progressed. As a summary measure of consistency in fluoride concentrations across the three stages of pregnancy from which we sampled biomarkers, the ICC for urine was 0.25 and for plasma was 0.39.

To increase understanding of the fluoride biomarkers, biomarker values were stratified according to key sociodemographic variables (Table 3). For simplicity here we present fluoride biomarker values that have been averaged across the three sampling periods. The analyses shows that urinary fluoride was associated with the cohort from which the mothers were drawn and their level of education, but these differences did not remain once the urinary fluoride was adjusted for creatinine.

Two linear mixed effects models, with repeated measures of either creatinine-adjusted urine fluoride or plasma fluoride as the outcome, were run after adjusting for maternal education, age, marital status, smoking status (never, during pregnancy or smoking history but no during pregnancy), and child's sex. Urinary fluoride changed as pregnancy progressed with levels increasing until 22–23 weeks and then decreasing until the end of pregnancy (Fig. 3a and b). For plasma fluoride (Fig. 3c and d), there was a decreasing trend but this was not of statistical significance. In another analysis, plasma fluoride was included as a dependent variable in the urinary fluoride model, and urinary fluoride as a dependent variable in the plasma model, but no significant associations were detected between the two biomarkers.

## 4. Discussion

To our understanding, this is the first large exposure assessment of fluoride during multiple time points of pregnancy using two different biomarkers (urine, plasma). Where other studies have provided exposure data for the last trimester and delivery, our work examined exposure trends from the first month of pregnancy through delivery and found that levels in urine and plasma are relatively stable. Specifically, the population-average pattern of fluoride levels over time were fairly stable (see Fig. 3)

D.B. Thomas et al. / Environmental Research 150 (2016) 489–495

**Table 3**
Fluoride levels in urine (creatinine-adjusted) and plasma (values averaged across three different stages of pregnancy) among participating mothers in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort according to key sociodemographic variables. Further details on the cohorts can be found in Hu et al. (2006) and Afeiche et al. (2011).

| | | Urinary fluoride, mg/L | | | Urinary fluoride (creatinine-adjusted), mg/L | | | Plasma fluoride, mg/L | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N (%) | Mean (SE) | p-value | N (%) | Mean (SE) | p-value | N (%) | Mean (SE) | p-value |
| Married | No | 241(29.2) | 0.79(0.03) | 0.50 | 155(30.1) | 0.88(0.03) | 0.84 | 96(29.1) | 0.024(0.002) | 0.07 |
| | Yes | 584(70.8) | 0.82(0.02) | | 360(69.9) | 0.88(0.02) | | 234(70.9) | 0.020(0.001) | |
| Maternal age | 18–23 years | 261(31.6) | 0.80(0.03) | 0.47 | 169(32.8) | 0.86(0.03) | 0.31 | 98(29.7) | 0.021(0.002) | 0.67 |
| | 24–28 years | 285(34.5) | 0.79(0.03) | | 172(33.4) | 0.87(0.03) | | 116(35.2) | 0.020(0.002) | |
| | 29–44 years | 279(33.8) | 0.84(0.03) | | 174(33.8) | 0.91(0.03) | | 116(35.2) | 0.022(0.002) | |
| Cohort | PL | 232(28.1) | 0.93(0.03) | < 0.0001 | 150(29.1) | 0.90(0.03) | 0.42 | 53(16.1) | 0.024(0.004) | 0.35 |
| | SF | 593(71.9) | 0.77(0.02) | | 365(70.9) | 0.87(0.02) | | 277(83.9) | 0.021(0.001) | |
| Education | 0–9 years | 371(45.0) | 0.75(0.02) | 0.0007 | 227(44.1) | 0.86(0.02) | 0.29 | 139(42.1) | 0.021(0.001) | 0.15 |
| | 10–12 years | 336(40.7) | 0.87(0.02) | | 217(42.1) | 0.91(0.02) | | 138(41.8) | 0.022(0.001) | |
| | > 12 years | 118(14.3) | 0.85(0.04) | | 71(13.8) | 0.86(0.04) | | 53(16.1) | 0.017(0.002) | |
| Child sex | Male | 342(49.6) | 0.83(0.02) | 0.32 | 239(48.0) | 0.90(0.02) | 0.18 | 123(49.2) | 0.022(0.001) | 0.15 |
| | Female | 347(50.4) | 0.79(0.02) | | 259(52.0) | 0.86(0.02) | | 127(50.8) | 0.020(0.001) | |
| Firstborn | No | 551(66.8) | 0.82(0.02) | 0.22 | 340(66.0) | 0.88(0.02) | 0.83 | 232(70.3) | 0.022(0.001) | 0.25 |
| | Yes | 274(33.2) | 0.78(0.03) | | 175(34.0) | 0.88(0.03) | | 98(29.7) | 0.019(0.002) | |
| Smoking status | Never | 407(49.9) | 0.83(0.02) | 0.10 | 257(50.3) | 0.87(0.02) | 0.73 | 163(50.5) | 0.021(0.001) | 0.84 |
| | History of smoking | 390(47.9) | 0.78(0.02) | | 243(47.6) | 0.89(0.02) | | 149(46.1) | 0.021(0.001) | |
| | Smoked during pregnancy | 18(2.2) | 0.95(0.10) | | 11(2.2) | 0.91(0.10) | | 11(3.4) | 0.018(0.005) | |

though within women there was less consistency of the measurements throughout pregnancy (e.g., ICC of 0.25 for urine). The work also shows that key sociodemographic variables are not associated with fluoride biomarkers in this population. In addition, our study extends upon previous fluoride biomarker ones in that we extensively document analytical quality control parameters (e.g., accuracy and precision), have measures of both plasma and urine, provide relatively larger sample sizes that are drawn from across multiple time points of pregnancy.

In the current study, maternal urinary fluoride levels in spot urine ranged upwards of ~3 mg/L with an overall mean value of 0.8 mg/L, and plasma fluoride ranged upwards of ~0.1 mg/L with an overall mean value of 0.02 mg/L. In general, these values were not associated with any of the sociodemographic variables that we investigated. Here we compare these fluoride levels to values reported elsewhere, albeit the number of studies from which we could draw comparisons was quite limited. In a study of 117 healthy pregnant women living in Jerusalem, fluoride levels in spot urine samples from ranged from detection limits to 0.8 mg/L, with mean values that ranged from 0.22 to 0.53 (Gedalia et al., 1959). Interestingly, Gedalia et al. (1959) measured urinary fluoride in these pregnant women monthly between months 4 and 9 of pregnancy and found the mean value to decline (i.e., 0.53, 0.43, 0.34, 0.28, 0.22, and 0.29). In a study of 31 pregnant women living in Poland, fluoride levels in spot urine samples from ranged from 0.15 to 1.69 mg/l, with mean value in women sampled in the 28th and 33rd week of pregnancy being 0.65 and 0.84 mg/L respectively (Opydo-Szymaczek and Borysewicz-Lewicka, 2005). This study from Poland also documented that the urinary fluoride levels in the pregnant participants were lower than measured in a control group of non-pregnant, healthy women (1.3 mg/L), and showed there to be no difference in fluoride measurements between a fasting morning urine sample and a 24-h collected urine sample. For plasma, others have reported similar findings to ours. For example, a study of 50 pregnant women sampled from Jerusalem found a mean plasma fluoride level of 0.03 mg/L (Ron et al., 1986), and a study from Poland involving 35 women sampled during the third trimester of pregnancy measured 0.033–0.037 mg/L of plasma fluoride (Opydo-Szymaczek and Borysewicz-Lewicka, 2006).

Given concerns about the potential neurodevelopmental effects of fluoride exposure (Choi et al., 2012), there is a need to better understand exposures during pregnancy. Further, an issue of increasing importance is determining whether there are time-related exposure windows of susceptibility to toxicant exposures especially during the prenatal period. Many lines of evidence now indicate such, including previous work by us concerning lead exposure in the ELEMENT cohort (Cantonwine et al., 2010; Hu et al., 2006). Here we were able to study fluoride levels in urine and plasma as pregnancy progressed. While no statistically significant changes were observed, creatinine-adjusted urinary fluoride levels increased until 22–23 weeks and then decreased until the end of pregnancy. These trends somewhat matched observations in older studies by Gedalia et al. (1959) and Hanhijarvi (1981) in which they also found non-significant reductions in the mean urinary fluoride in the final trimester. Examination of the un-adjusted urinary fluoride levels revealed no significant changes, with the levels trending downward in a linear manner over the course of pregnancy. The lack of significant changes in urinary or plasma fluoride during pregnancy was somewhat surprising given the number of physiological and metabolic changes occur during pregnancy, such as plasma volume expansion, mineral homeostasis and bone turnover, that could potentially affect fluoride pharmacokinetics and biomarker concentration levels.

An important feature of our study was the ability to relate the fluoride biomarkers with a range of sociodemographic measures. In general there were no consistent associations though we note that statistically significant changes in urinary fluoride were found in relation to cohort (mothers from cohort #3-SF had ~17% lower mean levels than those sampled from cohort #2-PL) and education (mothers with less than 10 years of education had ~13% lower mean levels than those with more education) but these did not remain when the urinary fluoride values were adjusted for creatinine.

Despite a number of strengths (e.g., large sample size, multiple biomarkers, demographic factors, longitudinal design with repeated measures in the same individuals), there are potential limitations of our study that need mention. Upon enrollment women were not screened for renal problems that could potentially affect the urinary fluoride levels. The early morning 2nd voided urine samples and plasma samples we measured were not taken with the requirement that each subject be in the fasting state, which may have introduced variability. However, the early morning 2nd void nature of the urine specimens would have reduced time-of-day variations driven by diurnal metabolic changes,

*D.B. Thomas et al. / Environmental Research 150 (2016) 489–495*



**Fig. 3.** Creatinine-adjusted urinary (plots 3A and 3B) and plasma (plots 3C and 3D) fluoride levels in pregnant women from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) cohort according to sampling time expressed as gestational weeks. Measured values are shown (plots 3A and 3C) as are the trend lines (plots 3B and 3D).

and the adjustment by creatinine corrected for urinary dilution. Nonetheless, future studies should either provide 24-hour measures or measure samples that have been collected after fasting. This study was also not initially designed to address fluoride exposure, but we had archived urinary and plasma samples that served well to retrospectively investigate fluoride and in doing so, the fluoride levels we measured here were similar to previous reports. In addition, the study was not designed to ascertain specific sources of fluoride exposure. The population from which our study was drawn (i.e., pregnant women residing in Mexico City) is mainly exposed to fluoride through ingestion of salt which is fluoridated to 250 ppm, though here we were not in a position to better characterize this exposure by collecting, for example, food items. Regardless of such limitations, our work provides the largest characterization to date of urinary and plasma fluoride throughout pregnancy. These results can be used in future studies to explore exposure-related health outcomes in the ELEMENT cohort.

## Competing financial interests declaration

The authors have no competing financial interests to declare.

## Acknowledgments

The authors thank Nicole Kruise, Christine Buckley, and Prithvi Chandrappa for their work in the Michigan and Indiana fluoride labs. The authors also thank the mothers and children who participated in the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) study and the American British Cowdray Hospital for the use of its research facilities. This study was supported by U.S. National Institute of Health (NIH) grants R01 ES021446, R01 ES007821, R01 ES014930, R01 ES013744, P30 ES00002, P42 ES05947, K01 ES014907, K01ES019909, K23 ES000381, T32 ES007062, T42 008455, and UL1RR024986. Additional funding was provided by Consejo Nacional de Ciencia y Tecnología (CONACyT) Grant 4150M9405 and by the Rackham

School of Graduate Studies at the University of Michigan. Additional support for the interpretation of results and authorship of this publication was made possible by NIEHS P01 ES012874 and a STAR Research Assistance Agreement No. RD-83172501 awarded by the U.S. Environmental Protection Agency (EPA). This study was supported and partially funded by the National Institute of Public Health/Ministry of Health of Mexico.

## Appendix A. Supplementary material

Supplementary data associated with this article can be found in the online version at http://dx.doi.org/10.1016/j.envres.2016.06.046.

## References

Afeiche, M., Peterson, K.E., Sánchez, B.N., Cantonwine, D., Lamadrid-Figueroa, H., Schnaas, L., Ettinger, A.S., Hernández-Avila, M., Hu, H., Téllez-Rojo, M.M., 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ. Health Perspect. 119, 1436–1441.

Caldera, R., Chavinie, J., Fermanian, J., Tortrat, D., Laurent, A.M., 1988. Maternal-fetal transfer of fluoride in pregnant women. Biol. Neonate 54, 263–269.

Cantonwine, D., Hu, H., Sánchez, B.N., Lamadrid-Figueroa, H., Smith, D., Ettinger, A. S., Mercado-García, A., Hernández-Avila, M., Wright, R.O., Téllez-Rojo, M.M., 2010. Critical windows of fetal lead exposure: adverse impacts on length of gestation and risk of premature delivery. J. Occup. Environ. Med. 52 (11), 1106–1111.

CDC, 2013. Water Fluoridation Data and Statistics. Community Water Fluoridation. Centers for Disease Control and Prevention, Nov. Web. 23 Dec. 2013. ⟨http://www.cdc.gov/fluoridation/statistics/index.htm⟩.

Chachra, D., Vieira, A.P., Grynpas, M.D., 2008. Fluoride and mineralized tissues. Crit. Rev. Biomed. Eng. 36 (2–3), 183–223.

Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ. Health Perspect. 120 (10), 1362–1368.

DenBesten, P., Li, W., 2011. Chronic fluoride toxicity: dental fluorosis. Monogr. Oral Sci. 22, 81–96.

Du, L., Wan, C., Cao, X., Liu, J., 2008. The effect of fluorine on the developing human brain. Fluoride 41 (4), 327–330.

Fawell, J., Bailey, K., Chilton, J., Dahi, E., Fewtrell, L., Magara, Y., 2006. Fluoride in Drinking Water. IWA Publishing, London.

Gardner, D.E., Smith, F.A., Hodge, H.C., Overton, D.E., Feltman, R., 1952. The fluoride content of placental tissue as related to the fluoride content of drinking water. Science 115 (2982), 208–209.

Gedalia, I., Brzezinski, A., Bercovici, B., 1959. Urinary fluoride levels in women during pregnancy and after delivery. J. Dent. Res. 38, 548–551.

Gedalia, I., Brzezinski, A., Bercovici, B., Lazarov, E., 1961. Placental transfer of fluoride in the human fetus. Proc. Soc. Exp. Biol. Med. 106, 147–149.

Hanhijarvi, H., 1981. Maternal ionic plasma fluoride concentrations during pregnancy and after delivery. Fluoride 14 (1), 4–9.

Hu, H., Téllez-Rojo, M.M., Bellinger, D., Smith, D., Ettinger, A.S., Lamadrid-Figueroa, H., Schwartz, J., Schnaas, L., Mercado-García, A., Hernández-Avila, M., 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ. Health Perspect. 114 (11), 1730–1735.

Jimenez-Farfan, M.D., Hernandez-Guerrero, J.C., Juarez-Lopez, L.A., Jacinto-Aleman, L.F., Fuente-Hernandez, J., 2011. Fluoride consumption and its impact on oral health. Int. J. Environ. Res. Public Health 8, 148–160.

Malhotra, A., Tewari, A., Chawla, H.S., Gauba, K., Dhall, K., 1993. Placental transfer of fluoride in pregnant women consuming optimum fluoride in drinking water. J. Indian Soc. Pedod. Prev. Dent. 11, 1–3.

Martinez-Mier, E.A., Soto-Rojas, A.E., Buckley, C.M., Margineda, J., Zero, D.T., 2009. Evaluation of the direct and diffusion methods for the determination of fluoride content in table SALT. Community Dent. Health 26, 204–210.

Martínez-Mier, E.A., Cury, J.A., Heilman, J.R., Katz, B.P., Levy, S.M., Li, Y., Maguire, A., Margineda, J., O'Mullane, D., Phantumvanit, P., Soto-Rojas, A.E., Stookey, G.K., Villa, A., Wefel, J.S., Whelton, H., Whitford, G.M., Zero, D.T., Zhang, W., Zohouri, V., 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res. 45 (1), 3–12.

Narayanaswamy, M., Piler, M.B., 2010. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol. Trace Elem. Res. 133 (1), 71–82.

NRC, 2006. Fluoride in Drinking Water. A Scientific Review of EPA's Standards. National Research Council, Committee on Fluoride in Drinking Water. Measures of Exposure to Fluoride in the United States (2006). The National Academies Press, Washington, DC.

Opydo-Szymaczek, J., Borysewicz-Lewicka, M., 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38, 312–317.

Opydo-Szymaczek, J., Borysewicz-Lewicka, M., 2006. Variations in concentration of fluoride in blood plasma of pregnant women and their possible consequences for amelogenesis in a fetus. HOMO 57 (4), 295–307.

Parker, P., Bawden, J., 1986. Prenatal fluoride exposure: measurement of plasma levels and enamel uptake in guinea pig. J. Dent. Res. 65 (11), 1341–1345.

Petersen, P.E., Baez, R., Marthaler, T., 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. World Health Organization.

Petersen, P.E., Kwan, S., Ogawa, H., 2015. Long-term evaluation of the clinical effectiveness of community milk fluoridation in Bulgaria. Community Dent. Health 32, 199–203.

Ron, M., Singer, L., Menczel, J., Kidroni, G., 1986. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. Eur. J. Obstet. Gynecol. Reprod. Biol. 21 (4), 213–218.

Shimonovitz, S., Patz, D., Ever-Hadani, P., Singer, L., Zacut, D., Kidroni, G., Ron, M., 1995. Umbilical cord fluoride serum levels may not reflect fetal fluoride status. J. Perinat. Med. 23 (4), 279–282.

Smith, D., Hernandez-Avila, M., Tellez-Rojo, M.M., Mercado, A., Hu, H., 2002. The relationship between lead in plasma and whole blood in women. Environ. Health Perspect. 110, 263–268.

Tang, Q.Q., Du, J., Ma, H.H., Jiang, S.J., Zhou, X.J., 2008. Fluoride and children's intelligence: a meta-analysis. Biol. Trace Elem. Res. 126 (1–3), 115–120.

Taves, D.R., 1968. Separation of fluoride by rapid diffusion using hexamethyldisiloxane. Talanta 15 (9), 969–974.

Weitz, A., Mariñanco, M.I., Villa, A., 2015. Reduction of caries in rural school-children exposed to fluoride through a milk-fluoridation programme in Araucania, Chile. Community Dent. Health 24, 186–191.

# Research

A Section 508–conformant HTML version of this article is available at https://doi.org/10.1289/EHP655.

# Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico

Morteza Bashash,[1] Deena Thomas,[2] Howard Hu,[1] E. Angeles Martinez-Mier,[3] Brisa N. Sanchez,[2] Niladri Basu,[4] Karen E. Peterson,[2,5,6] Adrienne S. Ettinger,[2] Robert Wright,[7] Zhenzhen Zhang,[2] Yun Liu,[2] Lourdes Schnaas,[8] Adriana Mercado-García,[9] Martha María Téllez-Rojo,[9] and Mauricio Hernández-Avila[9]

[1]Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada
[2]University of Michigan School of Public Health, Ann Arbor, Michigan, USA
[3]Indiana University School of Dentistry, Indiana University-Purdue University Indianapolis, Indianapolis, Indiana, USA
[4]Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, Quebec, Canada
[5]Center for Human Growth and Development, University of Michigan, Ann Arbor, Michigan, USA
[6]Harvard T.H. Chan School of Public Health, Boston, Massachusetts, USA
[7]Icahn School of Medicine at Mount Sinai, New York, New York, USA
[8]Instituto Nacional de Perinatología, Mexico City, Mexico
[9]Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

**BACKGROUND:** Some evidence suggests that fluoride may be neurotoxic to children. Few of the epidemiologic studies have been longitudinal, had individual measures of fluoride exposure, addressed the impact of prenatal exposures or involved more than 100 participants.

**OBJECTIVE:** Our aim was to estimate the association of prenatal exposure to fluoride with offspring neurocognitive development.

**METHODS:** We studied participants from the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. An ion-selective electrode technique was used to measure fluoride in archived urine samples taken from mothers during pregnancy and from their children when 6–12 y old, adjusted for urinary creatinine and specific gravity, respectively. Child intelligence was measured by the General Cognitive Index (GCI) of the McCarthy Scales of Children's Abilities at age 4 and full scale intelligence quotient (IQ) from the Wechsler Abbreviated Scale of Intelligence (WASI) at age 6–12.

**RESULTS:** We had complete data on 299 mother–child pairs, of whom 287 and 211 had data for the GCI and IQ analyses, respectively. Mean (SD) values for urinary fluoride in all of the mothers ($n = 299$) and children with available urine samples ($n = 211$) were 0.90 (0.35) mg/L and 0.82 (0.38) mg/L, respectively. In multivariate models we found that an increase in maternal urine fluoride of 0.5 mg/L (approximately the IQR) predicted 3.15 (95% CI: −5.42, −0.87) and 2.50 (95% CI −4.12, −0.59) lower offspring GCI and IQ scores, respectively.

**CONCLUSIONS:** In this study, higher prenatal fluoride exposure, in the general range of exposures reported for other general population samples of pregnant women and nonpregnant adults, was associated with lower scores on tests of cognitive function in the offspring at age 4 and 6–12 y. https://doi.org/10.1289/EHP655

## Introduction

Community water, salt, milk, and dental products have been fluoridated in varying degrees for more than 60 y to prevent dental caries, while fluoride supplementation has been recommended to prevent bone fractures (Jones et al. 2005). In addition, people may be exposed to fluoride through the consumption of naturally contaminated drinking water, dietary sources, dental products, and other sources (Doull et al. 2006). Whereas fluoride is added to drinking water [in the United States at levels of 0.7–1.2 mg/L (Doull et al. 2006)] to promote health, populations with exceptionally high exposures, often from naturally contaminated drinking water, are at risk of adverse health effects, including fluorosis.

In the United States, the U.S. Environmental Protection Agency (EPA) is responsible for establishing maximum permissible concentrations of contaminants, including fluoride, in public drinking-water systems. These standards are guidelines for restricting the amount of fluoride contamination in drinking water, not

standards for intentional drinking-water fluoridation. In 2006 the U.S. EPA asked the U.S. National Research Council (NRC) to reevaluate the existing EPA standards for fluoride contamination, including the maximum contaminant level goal (MCLG, a concentration at which no adverse health effects are expected) of 4 mg/L, to determine if the standards were adequate to protect public health (Doull et al. 2006). The committee concluded that the MCLG of 4 mg/L should be lowered because it puts children at risk of developing severe enamel fluorosis, and may be too high to prevent bone fractures caused by fluorosis (Doull et al. 2006). The Committee also noted some experimental and epidemiologic evidence suggesting that fluoride may be neurotoxic (Doull et al. 2006).

The National Toxicology Program (NTP) recently reviewed animal studies on the effects of fluoride on neurobehavioral outcomes and concluded that there was a moderate level of evidence for adverse effects of exposures during adulthood, a low level of evidence for effects of developmental exposures on learning and memory, and a need for additional research, particularly on the developmental effects of exposures consistent with those resulting from water fluoridation in the United States (Doull et al. 2006; NTP 2016). Human studies have shown a direct relationship between the serum fluoride concentrations of maternal venous blood and cord blood, indicating that the placenta is not a barrier to the passage of fluoride to the fetus (Shen and Taves, 1974). Fluoride was shown to accumulate in rat brain tissues after chronic exposures to high levels, and investigators have speculated that accumulation in the hippocampus might explain effects on learning and memory (Mullenix et al. 1995). An experimental study on mice has shown that fluoride exposure may have adverse effects on neurodevelopment, manifesting as both cognitive and behavioral abnormalities later in life (Liu et al. 2014).

Please send correspondence to M. Bashash, Dalla Lana School of Public Health, 6th floor, 155 College St., Toronto, Ontario M5R3M7 Canada. Telephone: +1-416-978-6512. Email: m.bashash@utoronto.ca

Supplemental Material is available online (https://doi.org/10.1289/EHP655).

The authors declare they have no actual or potential competing interests.

Received 14 June 2016; Revised 8 May 2017; Accepted 9 May 2017; Published 19 September 2017.

Note to readers with disabilities: *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* articles may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehponline@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

Most epidemiologic studies demonstrating associations between fluoride exposure and lower neuropsychological indicators have been conducted in populations living in regions with endemic fluorosis that are exposed to high levels of fluoride in contaminated drinking water. The epidemiologic evidence is limited, however, with most studies using an ecologic design to estimate childhood exposures based on neighborhood measurements of fluoride (e.g., drinking water levels) rather than personal exposure measures. Moreover, almost all existing studies of childhood outcomes are cross-sectional in nature, rendering them weak contributors towards causal inference.

The main objective of this study was to assess the potential impact of prenatal exposures to fluoride on cognitive function and test hypotheses related to impacts on overall cognitive function. We hypothesized that fluoride concentrations in maternal urine samples collected during pregnancy, a proxy measure of prenatal fluoride exposure, would be inversely associated with cognitive performance in the offspring children. Overall, to our knowledge, this is one of the first and largest longitudinal epidemiologic studies to exist that either address the association of early life exposure to fluoride to childhood intelligence or study the association of fluoride and cognition using individual biomarker of fluoride exposure.

## Methods

This is a longitudinal birth cohort study of measurements of fluoride in the urine of pregnant mothers and their offspring (as indicators of individual prenatal and postnatal exposures to fluoride, respectively) and their association with measures of offspring cognitive performance at 4 and 6–12 y old. The institutional review boards of the National Institute of Public Health of Mexico, University of Toronto, University of Michigan, Indiana University, and Harvard T.H. Chan School of Public Health and participating clinics approved the study procedures. Participants were informed of study procedures prior to signing an informed consent required for participation in the study.

### Participants

Mother–child pairs in this study were participants from the successively enrolled longitudinal birth cohort studies in Mexico City that comprise the Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) project. Of the four ELEMENT cohorts [that have been described elsewhere (Afeiche et al. 2011)], Cohort 1 and Cohort 2B recruited participants at birth and did not have archived maternal-pregnancy urine samples required for this analysis; they were thus excluded. Mothers for Cohort 2A ($n = 327$) and 3 ($n = 670$) were all recruited from the same three hospitals in Mexico City that serve low-to-moderate income populations. Cohort 2A was an observational study of prenatal lead exposure and neurodevelopmental outcomes in children (Hu et al. 2006). Women who were planning to become pregnant or were pregnant were recruited during May 1997–July 1999 and were considered eligible if they consented to participate; were ≤14 wk of gestation at the time of recruitment; planned to stay in the Mexico City study area for at least 5 y; did not report a history of psychiatric disorders, high-risk pregnancies, gestational diabetes; did not report current use of daily alcohol, illegal drugs, and continuous prescription drugs; and were not diagnosed with preeclampsia, renal disease, circulatory diseases, hypertension, and seizures during the index pregnancy.

Cohort 3 mothers were pregnant women (≤14 wk of gestation) recruited from 2001 to 2003 for a randomized trial of the effect of calcium supplementation during pregnancy on maternal blood lead levels (Ettinger et al. 2009). Eligibility criteria were the same as for Cohort 2A, and 670 agreed to participate.

### Exposure Assessment

By virtue of living in Mexico, individuals participating in the study have been exposed to fluoridated salt (at 250 ppm) (Secretaría-de-Salud 1995, 1996) and to varying degrees of naturally occurring fluoride in drinking water. Previous reports, based on samples taken from different urban and rural areas, indicate that natural water fluoride levels in Mexico City may range from 0.15 to 1.38 mg/L (Juárez-López et al. 2007; Martínez-Mier et al. 2005). Mean fluoride content for Mexico City's water supply is not available because fluoride is not reported as part of water quality control programs in Mexico.

Mother–child pairs with at least one archived urine sample from pregnancy and measures of neurocognitive function in the offspring were included in this study. In terms of when the archived samples were collected, the pregnant mothers were invited for assessments with the collection of samples during trimester 1 ($13.6 \pm 2.1$ wk for Cohort 3 and $13.7 \pm 3.5$ wk for Cohort 2A), trimester 2 ($25.1 \pm 2.3$ wk for Cohort 3 and $24.4 \pm 2.9$ wk for Cohort 2A), and trimester 3 ($33.9 \pm 2.2$ wk for Cohort 3 and $35.0 \pm 1.8$ wk for Cohort 2A).

A spot (second morning void) urine sample was targeted for collection during each trimester of pregnancy of ELEMENT mothers as well as the offspring children at the time of their measurements of intelligence at 6–12 y old. The samples were collected into fluoride-free containers and immediately frozen at the field site and shipped and stored at $-20°C$ at the Harvard T. H. Chan School of Public Health (HSPH), and then at $-80°C$ at the University of Michigan School of Public Health (UMSPH).

A procedure for urine analysis of fluoride described elsewhere (Martínez-Mier et al. 2011) was adapted and modified for this study. The fluoride content of the urine samples was measured using ion-selective electrode-based assays. First, 3 M sulfuric acid saturated with hexamethyldisiloxane (HMDS) was added to the sample to allow fluoride to diffuse from the urine for 20–24 hr. The diffused fluoride was allowed to collect in 0.05 M of sodium hydroxide on the interior of the petri dish cover. Once the diffusion was complete, 0.25 M of acetic acid was added to the sodium hydroxide to neutralize the solution and then analyzed directly using a fluoride ion-selective electrode (Thermo Scientific Orion, Cat#13-642-265) and pH/ISE meter (Thermo Scientific Orion, Cat#21-15-001). All electrode readings (in millivolts) were calculated from a standard curve. Analyses were performed in a Class 100/1,000 clean room. Quality control measures included daily instrument calibration, procedural blanks, replicate runs, and the use of certified reference materials (Institut National de Santé Publique du Québec, Cat #s 0910 and 1007; NIST3183, Fluoride Anion Standard). Urinary fluoride concentrations were measured at the UMSPH and the Indiana University Oral Health Research Institute (OHRI) as previously described (Thomas et al. 2016). A validation study comparing measures taken by the two labs in the same samples revealed a between-lab correlation of 0.92 (Thomas et al. 2016).

There were a total of 1,484 prenatal samples measured at the UMSPH lab. All of these samples were measured in duplicate. Of these, 305 (20%) of them did not meet the quality control criteria for ion-selective electrode-based methods (i.e., RSD <20% for samples with F level <0.2 ppm or RSD <10% when F level >0.2 ppm) (Martinez-Mier et al. 2011). Of these 305, 108 had a second aliquot available and were successfully measured at the OHRI lab in Indiana (sufficient urine volume was not available for the remaining 197 samples). The OHRI lab in Indiana also measured an additional 289 samples. Of the 397

total samples measured at the OHRI lab in Indiana, 139 (35%) were measured in duplicate, for which >95% complied with the quality control criteria above; thus, all 139 values were retained. The remaining 258 (65%) were not measured in duplicate because of limitations in available urine volume, but were included in the study given the excellent quality control at the OHRI lab. In total, we ended up with 1,576 prenatal urine samples with acceptable measures of fluoride.

Of these 1,576 urine samples, 887 also had data on urinary creatinine and were associated with mother–offspring pairs who had data on the covariates of interest and GCI or IQ in the offspring. The urinary creatinine data were used to correct for variations in urine dilution at the time of measurement (Baez et al. 2014). Creatinine-adjusted urinary fluoride concentrations were obtained for each maternally derived sample by dividing the fluoride concentration (MUF) in the sample by the sample's creatinine concentration (MUC), and multiplying by the average creatinine concentration of samples available at each trimester ($MUC_{average}$) using the formula: $(MUF/MUC) \times MUC_{average}$. The values of average creatinine concentration used for the $MUC_{average}$ at each trimester were derived from the larger pool of trimester-1, -2, and -3 samples from Cohorts 2A and 3 examined in our previous report on maternal fluoride biomarker levels (Thomas et al. 2016): 100.81, 81.60, and 72.41 (mg/L), respectively. For each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure ($MUF_{cr}$). For children, as creatinine measurements were not available, urinary fluoride values (CUF) were corrected for specific gravity (SG) using the formula $CUF_{sg} = CUF(1.02 - 1)/(SG - 1)$ (Usuda et al. 2007).

After calculating $MUF_{cr}$ for the 887 urine samples noted above, 10 values of $MUF_{cr}$ were identified as extreme outliers (>3.5 SDs) and were dropped, leaving 877 measures of $MUF_{cr}$. These 877 measures of $MUF_{cr}$ stemmed from 512 unique mothers. Of these 512, 71 participants had measurements from each of the three trimesters; 224 had measurements from two of the three trimesters (74, T1 and T2; 131, T1 and T3; and 19, T2 and T3); and 217 had measurements from only one of the trimesters (159, T1; 34, T2; and 24, T3).

### Measurement of Outcomes

At age 4 y, neurocognitive outcomes were measured using a standardized version of the McCarthy Scales of Children's Abilities (MSCA) translated into Spanish (McCarthy 1991). MSCA evaluates verbal, perceptual-performance, quantitative, memory, and motor abilities of preschool-aged children, and it has previously been successfully used in translated versions (Braun et al. 2012; Julvez et al. 2007; Kordas et al. 2011; Puertas et al. 2010). For this analysis, we focused on the General Cognitive Index (GCI), which is the standardized composite score produced by the MSCA (McCarthy 1991). For children 6–12 y old a Spanish-version of the Wechsler Abbreviated Scale of Intelligence (WASI) (Wechsler 1999) was administered. WASI includes four subtests (Vocabulary, Similarities, Block Design, and Matrix Reasoning), which provide estimates of Verbal, Performance, and Full-Scale IQ (Wechsler 1999). Both tests were administered by a team of three psychologists who were trained and supervised by an experienced developmental psychologist (L.S.). This team of three psychologists applied all of the McCarthy tests as well as the WASI-FSIQ tests. At the time of follow-up visits (age 4 and 6–12 y), each child was evaluated by one of the psychologists who was blind to the children's fluoride exposure. The inter-examiner reliability of the psychologists was

evaluated by having all three psychologists participate in assessments on a set of 30 individuals. For these 30, the inter-examiner reliability of the psychologists was evaluated by calculating the correlation in GCI scores by two of the psychologists with the scores of a third psychologist whom they observed applying the test in all three possible combinations with 10 participants for each observers–examiner pair (i.e., psychologist A (applicant) was observed by psychologist B and psychologist C; psychologist B (applicant) was observed by psychologist A and psychologist C; and psychologist C (applicant) was observed by psychologist A and psychologist B). The mean observer–examiner correlation was 0.99. All raw scores were standardized for age and sex (McCarthy 1991). Inter-examiner reliability was not examined on the WASI test.

### Measurement of Covariates

Data were collected from each subject by questionnaire on maternal age (and date of birth), education, and marital status at the first pregnancy visit; on birth order, birth weight, and gestational age at delivery; and on maternal smoking at every prenatal and postnatal visit. Gestational age was estimated by registered nurses. Maternal IQ was estimated using selected subtests of the Wechsler Adult Intelligence Scale (WAIS)-Spanish (Information, Comprehension, Similarities, and Block Design), which was standardized for Mexican adults (Renteria et al. 2008; Wechsler et al. 1981). Maternal IQ was measured at the study visit 6 mo after birth or at the 12-mo visit if the earlier visit was not completed.

The quality of the children's individual home environments was assessed using an age-appropriate version of the HOME score. However, the measure was not available for all observations because it was only added to on-going cohort evaluation protocols beginning in April 2003, when a version of the HOME score instrument that is age-appropriate for children 0–5 y old was adopted, following which a version of the HOME score instrument that is age-appropriate for children ≥6 y old was adopted in September 2009 (Caldwell and Bradley 2003). Thus, we adjusted for HOME score using the measures for 0- to 5-y-old children in the subset of children who had this data in our analyses of GCI, and we adjusted for HOME score using the measures for >6-y-old children in the subset of children who had this data in our analyses of IQ.

### Statistical Analyses

Univariate distributions and descriptive statistics were obtained for all exposure variables, outcome variables, and model covariates. For each variable, observations were classified as outliers if they were outside the bounds of the mean ± 3.5 SDs. Primary analyses were conducted with exposure and outcome outliers excluded. Statistical tests of bivariate associations were conducted using chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the means of the outcomes or exposure within groups defined according to the distribution of each covariate. Spearman correlation coefficients were used to measure the correlation between $MUF_{cr}$ and $CUF_{sg}$. Regression models were used to assess the adjusted associations between prenatal fluoride and each neurocognitive outcome separately. Generalized additive models (GAMs) were used to visualize the adjusted association between fluoride exposure and measures of intelligence [SAS statistical software (version 9.4; SAS Institute Inc.)]. Because the pattern appeared curvilinear, and because GAMs do not yield exact $p$-values for deviations from linearity, we used a Wald $p$-value of a quadratic term of fluoride exposure to test the null hypothesis that a quadratic model fit the data better

**STUDY SUBJECT INCLUSION FLOWCHART**



**Figure 1.** Flowchart describing source of mother–offspring subject pairs, fluoride and cognition study. Cohort 2A was designed as an observational birth cohort of lead toxicodynamics during pregnancy, with mothers recruited early during pregnancy from 1997 to 2001. Cohort 3 was designed as a randomized double-blind placebo-controlled trial of calcium supplements, with mothers recruited early during pregnancy from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. GCI is the McCarthy Scales General Cognitive Index (administered at age 4 y). IQ is the Wechsler Abbreviated Intelligence Scales Intelligence Quotient (administered at age 6–12 y and age-adjusted).

than the model assuming a linear relationship, and thus obtained a *p*-value for deviation from linearity of the fluoride–outcome associations. Residual diagnostics were used to examine other model assumptions and identify any additional potentially influential observations. Visual inspection of default studentized residual versus leverage plot from SAS PROC REG did not identify potential influential observations. Visual inspection of the histogram of the residuals did not indicate lack of normality; however, a fanning pattern in the residual versus predicted value plot indicated lack of constant variance (data not shown). Hence, robust standard errors were obtained using the "empirical" option in SAS PROC GENMOD.

Our overall strategy for selecting covariates for adjustment was to identify those that are well known to have potential associations with either fluoride exposure or cognitive outcomes and/or are typically adjusted for as potential confounders in analyses of environmental toxicants and cognition. All models were adjusted for gestational age at birth (in weeks), birthweight (kilograms), birth order (first born yes vs. no), sex, and child's age at the time of the neurocognitive test (in years). All models were also adjusted for maternal characteristics including marital status (married vs. others), smoking history (ever-smoker vs. never-

smoker), age at delivery, IQ, and education (itself also a proxy for socioeconomic status). Finally, all models adjusted for potential cohort effects by including indicator variables denoting from which cohort (Cohort 2A, Cohort 3 + Ca supplement, and Cohort 3 -placebo) the participants came. We used 0.5 mg/L, which was close to the interquartile range of $MUF_{cr}$ for the analyses of both GCI (IQR = 0.45) and IQ (IQR = 0.48), as a standard measure of incremental exposure. SAS statistical software (version 9.4; SAS Institute Inc.) was used for all data analyses described.

*Sensitivity Analyses*

Models were further adjusted for variables that relate to relatively well-known potential confounders (but for which we were missing a significant amount of data) and variables that were less-well known but possible confounders. The HOME scores were subject to sensitivity analyses because, as noted in the "Methods" section, they were not added to the subject evaluation protocols until 2003, resulting in a significantly smaller subsample of participants with this data. Models of the association between prenatal fluoride exposure ($MUF_{cr}$) and IQ at 6–12 y old were also adjusted for the child's urine fluoride concentration at 6–12 y of

**Table 1.** Comparisons across cohorts with respect to the distributions of biomarkers of exposure to prenatal fluoride ($MUF_{cr}$), prenatal lead (maternal bone Pb), prenatal mercury (maternal blood Hg), and contemporaneous childhood fluoride ($CUF_{sg}$); and cognitive outcomes (GCI and IQ).

| Analysis | Measurement | Cohort | N | Mean | SD | Min | 25 | 50 | 75 | Max | p-Value[a] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Percentiles | | | | |
| GCI Analysis | GCI | Cohort 3-Ca | 84 | 96.88 | 14.07 | 50 | 88 | 96 | 107 | 124 | 0.997 |
| | | Cohort 3-placebo | 93 | 96.80 | 13.14 | 50 | 89 | 96 | 105 | 125 | |
| | | Cohort 2A | 110 | 96.95 | 15.46 | 56 | 88 | 98 | 110 | 125 | |
| | | Total[b] | 287 | 96.88 | 14.28 | 50 | 88 | 96 | 107 | 125 | |
| | $MUF_{cr}$ (mg/L) | Cohort 3-Ca | 84 | 0.92 | 0.41 | 0.28 | 0.60 | 0.84 | 1.14 | 2.36 | 0.57 |
| | | Cohort 3-placebo | 93 | 0.87 | 0.34 | 0.23 | 0.62 | 0.82 | 1.10 | 2.01 | |
| | | Cohort 2A | 110 | 0.92 | 0.33 | 0.23 | 0.68 | 0.86 | 1.11 | 2.14 | |
| | | Total[b] | 287 | 0.90 | 0.36 | 0.23 | 0.65 | 0.84 | 1.11 | 2.36 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 62 | 7.30 | 7.37 | 0.05 | 0.75 | 4.40 | 12.93 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 43 | 9.21 | 7.31 | 0.11 | 1.50 | 8.60 | 13.97 | 27.37 | |
| | | Cohort 2A | 62 | 13.60 | 11.36 | 0.15 | 5.35 | 10.52 | 19.46 | 47.07 | |
| | | Total[c] | 167 | 10.13 | 9.41 | 0.05 | 2.37 | 8.22 | 15.37 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 38 | 3.32 | 1.40 | 0.73 | 2.40 | 3.00 | 4.15 | 7.06 | 0.12 |
| | | Cohort 3-placebo | 28 | 2.80 | 1.33 | 1.27 | 1.89 | 2.53 | 3.40 | 7.22 | |
| | | Cohort 2A | 75 | 4.53 | 5.61 | 0.77 | 2.30 | 3.24 | 4.37 | 35.91 | |
| | | Total[c] | 141 | 3.86 | 4.25 | 0.73 | 2.20 | 3.08 | 4.15 | 35.91 | |
| IQ Analysis | IQ | Cohort 3-Ca | 58 | 94.91 | 9.86 | 76 | 87 | 96 | 100 | 120 | 0.69 |
| | | Cohort 3-placebo | 75 | 96.29 | 9.63 | 75 | 89 | 97 | 102 | 124 | |
| | | Cohort 2A | 78 | 96.47 | 13.20 | 67 | 87 | 96 | 107 | 131 | |
| | | Total[d] | 211 | 95.98 | 11.11 | 67 | 88 | 96 | 107 | 131 | |
| | $MUF_{cr}$ (mg/L) | Cohort 3-Ca | 58 | 0.89 | 0.38 | 0.29 | 0.57 | 0.84 | 1.10 | 1.85 | 0.86 |
| | | Cohort 3-placebo | 75 | 0.87 | 0.35 | 0.23 | 0.61 | 0.82 | 1.11 | 2.01 | |
| | | Cohort 2A | 78 | 0.90 | 0.34 | 0.23 | 0.67 | 0.85 | 1.09 | 2.14 | |
| | | Total[d] | 211 | 0.89 | 0.36 | 0.23 | 0.64 | 0.82 | 1.07 | 2.14 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 67 | 6.97 | 7.20 | 0.05 | 0.76 | 4.36 | 11.73 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 48 | 9.07 | 7.42 | 0.11 | 1.00 | 8.49 | 14.41 | 27.37 | |
| | | Cohort 2A | 62 | 13.60 | 11.36 | 0.15 | 5.35 | 10.52 | 19.46 | 47.07 | |
| | | Total[e] | 177 | 9.86 | 9.33 | 0.05 | 2.29 | 7.95 | 15.22 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 43 | 3.25 | 1.41 | 0.51 | 2.43 | 2.87 | 4.02 | 7.06 | 0.067 |
| | | Cohort 3-placebo | 31 | 2.66 | 1.36 | 0.78 | 1.81 | 2.40 | 3.26 | 7.22 | |
| | | Cohort 2A | 75 | 4.53 | 5.61 | 0.77 | 2.30 | 3.24 | 4.37 | 35.91 | |
| | | Total[e] | 149 | 3.77 | 4.16 | 0.51 | 2.19 | 2.90 | 4.11 | 35.91 | |
| | $CUF_{sg}$ (mg/L) | Cohort 3-Ca | 71 | 0.84 | 0.4 | 0.31 | 0.53 | 0.78 | 1.12 | 2.8 | 0.29 |
| | | Cohort 3-placebo | 53 | 0.85 | 0.38 | 0.35 | 0.57 | 0.75 | 1.14 | 1.85 | |
| | | Cohort 2A | 65 | 0.76 | 0.34 | 0.18 | 0.51 | 0.7 | 0.89 | 1.76 | |
| | | Total[e] | 189 | 0.82 | 0.38 | 0.18 | 0.54 | 0.73 | 1.01 | 2.8 | |
| All available measurements | GCI | Cohort 3-Ca | 133 | 97.32 | 13.67 | 50 | 88 | 96 | 107 | 124 | 0.57 |
| | | Cohort 3-placebo | 149 | 95.99 | 13.07 | 50 | 88 | 96 | 106 | 125 | |
| | | Cohort 2A | 150 | 97.57 | 14.63 | 56 | 88 | 99 | 109 | 131 | |
| | | Total[f] | 432 | 96.95 | 13.80 | 50 | 88 | 96 | 107 | 131 | |
| | IQ | Cohort 3-Ca | 91 | 95.92 | 10.15 | 76 | 88 | 95 | 103 | 120 | 0.92 |
| | | Cohort 3-placebo | 114 | 96.56 | 9.84 | 75 | 89 | 96 | 102 | 124 | |
| | | Cohort 2A | 111 | 96.25 | 12.67 | 67 | 87 | 95 | 105 | 131 | |
| | | Total[f] | 316 | 96.27 | 10.97 | 67 | 88 | 96 | 103 | 131 | |
| | $MUF_{cr}$ (mg/L) | Cohort 3-Ca | 181 | 0.89 | 0.36 | 0.28 | 0.64 | 0.83 | 1.09 | 2.36 | 0.11 |
| | | Cohort 3-placebo | 183 | 0.84 | 0.31 | 0.02 | 0.61 | 0.81 | 1.02 | 2.01 | |
| | | Cohort 2A | 148 | 0.91 | 0.35 | 0.23 | 0.67 | 0.86 | 1.10 | 2.15 | |
| | | Total[f] | 512 | 0.88 | 0.34 | 0.02 | 0.64 | 0.82 | 1.07 | 2.36 | |
| | Maternal bone Pb (μg/g) | Cohort 3-Ca | 97 | 7.07 | 7.26 | 0.01 | 0.83 | 4.36 | 11.78 | 26.22 | <0.01 |
| | | Cohort 3-placebo | 74 | 9.35 | 8.38 | 0.11 | 0.85 | 8.62 | 13.41 | 40.8 | |
| | | Cohort 2A | 86 | 13.77 | 11.30 | 0.15 | 5.49 | 10.52 | 20.58 | 47.07 | |
| | | Total[f] | 257 | 9.91 | 9.51 | 0.01 | 2.01 | 7.64 | 15.31 | 47.07 | |
| | Maternal blood Hg (μg/L) | Cohort 3-Ca | 55 | 3.03 | 1.41 | 0.51 | 2.12 | 2.77 | 3.62 | 7.06 | 0.09 |
| | | Cohort 3-placebo | 48 | 2.87 | 2.09 | 0.34 | 1.82 | 2.37 | 3.34 | 13.47 | |
| | | Cohort 2A | 104 | 4.06 | 4.88 | 0.77 | 2.14 | 3.10 | 4.16 | 35.91 | |
| | | Total[f] | 207 | 3.51 | 3.70 | 0.34 | 2.07 | 2.80 | 3.79 | 35.91 | |
| | $CUF_{sg}$ (mg/L) | Cohort 3-Ca | 104 | 0.84 | 0.39 | 0.31 | 0.56 | 0.75 | 1.07 | 2.80 | 0.227 |
| | | Cohort 3-placebo | 84 | 0.90 | 0.46 | 0.35 | 0.58 | 0.75 | 1.09 | 2.89 | |
| | | Cohort 2A | 96 | 0.79 | 0.34 | 0.18 | 0.53 | 0.73 | 0.92 | 2.11 | |
| | | Total[f] | 284 | 0.84 | 0.40 | 0.18 | 0.57 | 0.74 | 1.00 | 2.89 | |

[a]Analysis of variance across cohorts.
[b]Total number of subjects included in GCI main analysis.
[c]Total number of subjects included in GCI sensitivity analysis.
[d]Total number of subjects included in IQ main analysis.
[e]Total number of subjects included in IQ sensitivity analysis.
[f]Total number of subjects with available measurements, combining Cohort 2A and Cohort 3.

**Table 2.** Analysis comparing subjects with and without data of interest [$n$ (%) or mean ± SD] with respect to characteristics of mothers and children and sensitivity analysis covariates.

| | GCI analysis | | IQ analysis | |
|---|---|---|---|---|
| Characteristic | Included | Excluded | Included | Excluded |
| Total number[a] | 287 | 710 | 211 | 786 |
| Sex | | | | |
| Female | 160 (56%) | 244 (47%) | 116 (55%) | 288 (48%) |
| Male | 127 (44%) | 275 (53%) | 95 (45%) | 307 (52%) |
| Birth order | | | | |
| First child | 96 (33%) | 184 (35%) | 93 (32%) | 279 (36%) |
| ≥2nd child | 191 (67%) | 335 (65%) | 118 (68%) | 507 (65%) |
| Birth weight (kg) | 3.11 ± 0.45 | 3.11 ± 0.44 | 3.11 ± 0.46 | 3.11 ± 0.43 |
| Gestational age (wk) | 38.66 ± 1.84 | 38.58 ± 1.68 | 38.56 ± 1.80 | 38.63 ± 1.72 |
| Age at outcome assessment (y) | 4.04 ± 0.05 | 4.05 ± 0.05 | 8.50 ± 1.31 | 8.83 ± 1.64 |
| Maternal age at delivery (y) | 26.78 ± 5.53 | 26.49 ± 5.37 | 27.16 ± 5.61 | 26.41 ± 5.36 |
| Maternal education (y)[b] | 10.63 ± 2.76 | 10.75 ± 3.08 | 10.80 ± 2.85 | 10.69 ± 3.03 |
| Maternal IQ[c] | 88.63 ± 12.17 | 89.27 ± 14.6 | 89.01 ± 12.45 | 88.27 ± 13.00 |
| Marital status[d] | 3.11 ± 0.45 | 3.11 ± 0.44 | 3.11 ± 0.46 | 3.11 ± 0.43 |
| Married | 201 (70%) | 493 (70%) | 149 (71%) | 544 (69%) |
| Other | 86 (30%) | 216 (30%) | 62 (29%) | 240 (31%) |
| Maternal smoking[e] | | | | |
| Ever | 141 (49%) | 335 (51%) | 102 (48%) | 374 (51%) |
| Never | 146 (51%) | 325 (49%) | 109 (52%) | 362 (49%) |
| Cohort | | | | |
| Cohort 3-Ca | 93 (32%) | 241 (34%) | 76 (36%) | 259 (33%) |
| Cohort 3-placebo | 84 (29%) | 252 (36%) | 59 (28%) | 278 (35%) |
| Cohort 2A | 110 (38%) | 217 (31%) | 78 (37%) | 249 (32%) |
| Sensitivity Analyses | | | | |
| HOME score[f] | $N^\dagger = 138$ | $N^\ddagger = 87$ | $N^\dagger = 124$ | $N^\ddagger = 55$ |
| | 35.24 ± 6.31 | 33.23 ± 6.55 | 35.54 ± 7.46 | 35.8 ± 7.44 |
| SES[g] | $N^\dagger = 188$ | $N^\ddagger = 110$ | $N^\dagger = 199$ | $N^\ddagger = 98$ |
| | 6.35 ± 2.43 | 6.94 ± 2.72 | 6.36 ± 2.41 | 6.98 ± 2.79 |
| Maternal Bone Pb (µg/g)[h] | $N^\dagger = 167$ | $N^\ddagger = 91$ | $N^\dagger = 177$ | $N^\ddagger = 80$ |
| | 9.26 ± 10.55 | 8.97 ± 10.32 | 9.02 ± 10.43 | 9.48 ± 10.55 |
| Maternal Blood Hg (µg/L)[i] | $N^\dagger = 141$ | $N^\ddagger = 67$ | $N^\dagger = 149$ | $N^\ddagger = 58$ |
| | 3.86 ± 4.25 | 2.76 ± 1.95 | 3.77 ± 4.16 | 2.83 ± 2.01 |
| CUF$_{sg}$[j] (mg/L) | | | $N^\dagger = 124$ | $N^\ddagger = 55$ |
| | | | 35.54 ± 7.46 | 35.8 ± 7.44 |

[a]The total number of subjects ($n = 997$) are all mother–offspring pairs who participated in the original Cohort 2A and Cohort 3 studies.
[b]Maternal education at the time of the child's birth.
[c]Maternal IQ measured at 6 mo after child's birth.
[d]Mother's marital status at the time of the child's birth.
[e]History of any maternal smoking.
[f]HOME score measured using the separate age-appropriate instruments pertaining to children of ≤5 y old; and children >5 y old.
[g]Family socioeconomic status (SES) measured by questionnaire of family possessions at follow-up.
[h]Maternal patella bone lead measured by KXRF after birth.
[i]Maternal average blood mercury during pregnancy.
[j]Children's specific gravity–corrected urinary fluoride measured at the time of each child's IQ test (6–12 y old).
$N^\dagger$ Number of subjects with measurements of MUF$_{cr}$, cognitive outcome, main covariates, and sensitivity covariates (they are included in the sensitivity model).
$N^\ddagger$ Number of subjects with measurements of sensitivity covariates, but missing data on exposure, outcomes, or main covariates (they are excluded from the sensitivity model).

age (CUF$_{sg}$), a measure that was collected in a significantly smaller subset of individuals, to evaluate the potential role of contemporaneous exposure. Associations between prenatal fluoride exposure (MUF$_{cr}$) and GCI at 4 y old could not be adjusted for contemporaneous fluoride exposure because urine samples were not collected from children when the MSCA (from which the GCI is derived) was administered. Maternal bone lead measured by a 109-Cd K-X-ray fluorescence (KXRF) instrument at 1 mo postpartum, a proxy for lead exposure from mobilized maternal bone lead stores during pregnancy (Hu et al. 2006), was included in the model to test for the possible confounding effect of lead exposure during pregnancy. We focused on the subset of women who had patella bone lead values because these were found to be most influential on our previous prospective study of offspring cognition (Gomaa et al. 2002). Average maternal mercury level during pregnancy was also tested for being a potential confounder (Grandjean and Herz 2011). Mercury was measured as total mercury content in the subsample of women who had samples of archived whole blood samples taken during pregnancy

with sufficient volume to be analyzed using a Direct Mercury Analyzer 80 (DMA-80, Milestone Inc., Shelton, CT, USA) as previously described (Basu et al. 2014).

To address the potential confounding effect of socioeconomic status (SES) we conducted sensitivity analyses that adjusted our model for SES (family possession score). The socioeconomic questionnaire asked about the availability of certain items and assets in the home. Point values were assigned to each item, and SES was calculated based on the sum of the points across all items (Huang et al. 2016). Given that the calcium intervention theoretically could have modified the impact of fluoride, in examining our results, we repeated the analyses with and without the Cohort 3 participants who were randomized to the calcium intervention to omit any potential confounding effect of this intervention. Another sensitivity test was performed to examine the potential effect of the psychologist who performed the WASI test by including tester in the regression model. The information about psychologists who performed the WASI was available for 75% of participants, as recording this data was

**Table 3.** Distributions of maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$) and offspring cognitive scores across categories of main covariates.

| Covariate | GCI Analysis | | | | | IQ Analysis | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $n$ | $MUF_{cr}{}^a$ | $p$-Value | GCI (Age 4) | $p$-Value | $n$ | $MUF_{cr}{}^a$ | $p$-Value | IQ (Age 6–12) | $p$-Value |
| **Mothers** | | | | | | | | | | |
| **Age** | | | | | | | | | | |
| ≥25 y | 123 | 0.88 ± 0.36 | 0.45 | 96.22 ± 14.12 | 0.50 | 88 | 0.89 ± 0.37 | 0.98 | 95.75 ± 11.64 | 0.80 |
| <25 y | 164 | 0.92 ± 0.36 | | 97.37 ± 14.43 | | 123 | 0.89 ± 0.35 | | 96.15 ± 10.76 | |
| **Education** | | | | | | | | | | |
| <12 y | 153 | 0.91 ± 0.4 | 0.92 | 94.22 ± 14.23 | 0.001 | 111 | 0.87 ± 0.37 | 0.53 | 93.09 ± 10.54 | <0.001 |
| 12 y | 97 | 0.89 ± 0.34 | | 98.56 ± 14.46 | | 70 | 0.93 ± 0.35 | | 98.29 ± 10.72 | |
| >12 y | 37 | 0.89 ± 0.42 | | 103.49 ± 11.21 | | 30 | 0.85 ± 0.31 | | 101.3 ± 11.16 | |
| **Marital status** | | | | | | | | | | |
| Married | 201 | 0.90 ± 0.37 | 0.81 | 96.40 ± 14.46 | 0.39 | 62 | 0.90 ± 0.35 | 0.79 | 96.55 ± 11.06 | 0.63 |
| Other | 86 | 0.91 ± 0.33 | | 98.00 ± 13.88 | | 149 | 0.88 ± 0.36 | | 95.74 ± 11.16 | |
| **Smoking** | | | | | | | | | | |
| Ever smoker | 141 | 0.90 ± 0.36 | 0.80 | 97.77 ± 13.9 | 0.30 | 102 | 0.90 ± 0.36 | 0.56 | 97.21 ± 10.7 | 0.12 |
| Nonsmoker | 146 | 0.91 ± 0.35 | | 96.01 ± 14.63 | | 109 | 0.87 ± 0.35 | | 94.83 ± 11.41 | |
| **HOME score** [b] | | | | | | | | | | |
| Mid-low ≤30 | 49 | 0.88 ± 0.37 | 0.47 | 90.73 ± 13.36 | <0.001 | 32 | 0.87 ± 0.36 | 0.85 | 89.88 ± 8.45 | 0.011 |
| High >30 | 137 | 0.92 ± 0.38 | | 99.29 ± 14.61 | | 92 | 0.88 ± 0.38 | | 99.05 ± 11.65 | |
| **Maternal IQ** | | | | | | | | | | |
| Mid-low ≤85 | 116 | 0.95 ± 0.35 | 0.09 | 93.16 ± 15.04 | <0.001 | 86 | 0.92 ± 0.36 | 0.23 | 91.26 ± 9.72 | <0.001 |
| High >85 | 171 | 0.87 ± 0.36 | | 99.4 ± 13.21 | | 125 | 0.86 ± 0.35 | | 99.23 ± 10.87 | |
| **Children** | | | | | | | | | | |
| **Sex** | | | | | | | | | | |
| Boy | 127 | 0.94 ± 0.36 | 0.09 | 93.93 ± 13.98 | 0.002 | 95 | 0.96 ± 0.38 | 0.008 | 96.82 ± 12.02 | 0.32 |
| Girl | 160 | 0.87 ± 0.36 | | 99.22 ± 14.12 | | 116 | 0.83 ± 0.32 | | 95.29 ± 10.31 | |
| **Birthweight** | | | | | | | | | | |
| ≥3.5 kg | 241 | 0.91 ± 0.36 | 0.57 | 96.52 ± 14.36 | 0.33 | 201 | 0.89 ± 0.36 | 0.88 | 95.66 ± 11.29 | 0.58 |
| <3.5 kg | 46 | 0.87 ± 0.35 | | 98.76 ± 13.88 | | 10 | 0.88 ± 0.34 | | 97.38 ± 9.42 | |
| **Gestational age** | | | | | | | | | | |
| ≤39 wk | 192 | 0.90 ± 0.35 | 0.90 | 96.66 ± 14.23 | 716 | 146 | 0.89 ± 0.36 | 0.712 | 95.71 ± 11.62 | 0.65 |
| >39 wk | 95 | 0.90 ± 0.37 | | 97.32 ± 14.46 | | 65 | 0.88 ± 0.34 | | 96.58 ± 9.91 | |
| **First child** | | | | | | | | | | |
| Yes | 96 | 0.91 ± 0.38 | 0.75 | 99.97 ± 12.87 | 0.009 | 68 | 0.88 ± 0.36 | 0.91 | 97.00 ± 11.00 | 0.36 |
| No | 191 | 0.90 ± 0.35 | | 95.32 ± 14.73 | | 143 | 0.89 ± 0.36 | | 95.50 ± 11.17 | |
| **$CUF_{sg}$** [c] | | | | | | | | | | |
| ≥0.80 mg/L | | | | | | 112 | 0.86 ± 0.32 | 0.49 | 96.80 ± 11.16 | 0.37 |
| <0.80 mg/L | | | | | | 77 | 0.90 ± 0.38 | | 95.37 ± 10.31 | |

[a]Maternal creatinine-adjusted urinary fluoride (mg/L).
[b]Home Observation for the Measurement of the Environment (HOME) score, measured using the separate age-appropriate instruments pertaining to children of ≤5 y old; and children >5 y old.
[c]Child contemporaneous specific gravity–adjusted urinary fluoride (available at the time of each child's IQ test).

added later to the study protocol. We also re-ran models with exposure outliers included as a sensitivity step. Finally, we ran models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by $CUF_{sg}$) and IQ score, unadjusted; adjusting for the main covariates of interest; and adjusting for prenatal exposure ($MUF_{cr}$) as well as the covariates of interest.

## Results

### Flow of Participants

Of the 997 total mothers from two cohorts evaluated, 971 were eligible after removing mothers <18 y old. Of these 971, 825 had enough urine sample volume to measure fluoride in at least one trimester urine sample, and of these 825 participants, 515 participants had urine samples with previously measured creatinine values, enabling calculation of creatinine-adjusted urinary fluoride ($MUF_{cr}$) concentrations. Of these 515, 3 participants were excluded based on the 10 extreme outlier values identified for $MUF_{cr}$ (see the "Methods" section, "Exposure Assessment" subsection) and not having any other $MUF_{cr}$ values to remain in the analysis. Thus, we had a total of 512 participants (mothers) with at least one value of $MUF_{cr}$ for our analyses (Figure 1).

Of these 512 mothers, 312 had offspring with outcome data at age 4 (i.e., GCI), and 234 had offspring with outcome data at age 6–12 (i.e., IQ). Of these, complete data on all the covariates of main interest (as specified in the "Methods" section) were available on 287 mother–child pairs for the GCI analysis and 211 mother–child pairs for the IQ analysis. A total of 299 mother–child pairs had data on either GCI or IQ, and 199 mother–child pairs had data on both GCI and IQ (Figure 1).

### Number of Exposure Measures per Subject

In terms of repeated measures of $MUF_{cr}$ across trimesters, of the 287 participants with data on GCI outcomes; 25 participants had $MUF_{cr}$ data for all three trimesters (11 from Cohort 2A and 14 from Cohort 3), 121 participants had $MUF_{cr}$ data from two trimesters (48 from Cohort 2A and 73 from Cohort 3), and 141 participants had $MUF_{cr}$ data from one trimester (51 from Cohort 2A and 90 from Cohort 3). Of the 211 participants with data on IQ outcomes, 10 participants had $MUF_{cr}$ data for all three trimesters (6 from Cohort 2A and 4 from Cohort 3), 82 participants had data from two trimesters (32 from Cohort 2A and 50 from Cohort 3), and 119 participants had data from one trimester (40 from Cohort 2A and 79 from Cohort 3).

### Comparisons across the Cohorts

In terms of the mother–child pairs who had data on all covariates as well as data on either GCI or IQ ($n = 299$), the mean (SD)

**Table 4.** Multivariate regression models: unadjusted and adjusted differences in GCI and IQ per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$).

| Estimate | GCI | | | IQ | | |
|---|---|---|---|---|---|---|
| | $n$ | $\beta$ (95%CI) | $p$-Value | $n$ | $\beta \pm$ S.E (95%CI) | $p$-Value |
| Unadjusted | 287 | $-3.76$ ($-6.32$, $-1.19$) | <0.01 | 211 | $-2.37$ ($-4.45$, $-0.29$) | 0.03 |
| model A[a] | 287 | $-3.15$ ($-5.42$, $-0.87$) | 0.01 | 211 | $-2.50$ ($-4.12$, $-0.59$) | 0.01 |
| Model A $-$ HOME | 138 | $-3.63$ ($-6.48$, $-0.78$) | <0.01 | 124 | $-2.36$ ($-4.48$, $-0.24$) | 0.03 |
| Model A $+$ HOME | 138 | $-3.76$ ($-7.08$, $-0.45$) | 0.03 | 124 | $-2.49$ ($-4.65$, $-0.33$) | 0.02 |
| Model A $-CUF_{sg}$ | | | | 189 | $-1.79$ ($-3.80$, 0.22) | 0.08 |
| Model A $+CUF_{sg}$ | | | | 189 | $-1.73$ ($-3.75$, 0.29) | 0.09 |
| Model A $-$ SES | 188 | $-4.55$ ($-7.23$, $-1.88$) | 0.01 | 199 | $-2.10$ ($-4.02$, $-0.18$) | 0.03 |
| Model A $+$ SES | 188 | $-4.45$ ($-7.08$, $-1.81$) | 0.01 | 199 | $-2.10$ ($-4.06$, $-0.15$) | 0.04 |
| Model A $-$ Pb | 167 | $-5.57$ ($-8.48$, $-2.66$) | <0.01 | 177 | $-3.21$ ($-5.17$, $-1.24$) | <0.01 |
| Model A $+$ Pb | 167 | $-5.63$ ($-8.53$, $-2.72$) | <0.01 | 177 | $-3.22$ ($-5.18$, $-1.25$) | <0.01 |
| Model A $-$ Hg | 141 | $-7.13$ ($-10.26$, $-4.01$) | <0.01 | 149 | $-4.59$ ($-7.00$, $-2.17$) | <0.01 |
| Model A $+$ Hg | 141 | $-7.03$ ($-10.19$, $-3.88$) | <0.01 | 149 | $-4.58$ ($-6.99$, $-2.16$) | <0.01 |
| Model A $-$ Ca | 194 | $-3.67$ ($-6.57$, $-0.77$) | 0.01 | 136 | $-3.23$ ($-5.88$, $-0.57$) | 0.02 |

[a]Coefficients from linear regression models adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked during the pregnancy vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Model A$-$HOME, model A for subset of cases who have data on Home Observation for the Measurement of the Environment (HOME) scores (but the model did not include HOME score). Model A $+$ HOME, model A for subset of cases with HOME score, adjusted for HOME score. Model A $-CUF_{sg}$, model A for subset of cases who have data on child contemporaneous specific gravity–adjusted urinary fluoride $CUF_{sg}$ (but the model did not include $CUF_{sg}$). Model A $+ CUF_{sg}$, model A for subset of cases with $CUF_{sg}$, adjusted for $CUF_{sg}$. Model A$-$SES, model A for subset of cases who have data on socioeconomic status (family possession measured by questionnaire of family possessions) (but the model did not include SES). Model A $+$ SES, model A for subset of cases with SES data, adjusted for SES. Model A$-$Pb, model A for subset of cases who have data on maternal bone lead (but the model did not include maternal bone lead). Model A $+$ Pb, model A for subset of cases with data on maternal bone lead, adjusted for maternal bone lead. Model A$-$Hg, model A for subset of cases who have data on maternal blood mercury (but the model did not include maternal blood mercury). Model A $+$ Hg, model A for subset of cases who have data on maternal blood mercury, adjusted for maternal blood mercury. Model A $-$ Ca, model A for subset of cases who did not receive the Ca supplement (they received the placebo).

values of creatinine–corrected urinary fluoride for the mothers was 0.90 (0.36) mg/L. The distributions of the urinary fluoride, outcomes (GCI and IQ), and additional exposure measures examined in our sensitivity analyses (maternal bone lead, maternal blood mercury, and children's contemporaneous urinary fluoride) across the three cohort strata (Cohort 3-Calcium, Cohort 3-placebo, and Cohort 2A) and all strata combined are shown in Table 1 for the mother–child pairs who had data for the GCI outcome ($n = 287$) and the IQ outcome ($n = 211$). The distributions showed little variation across the cohort strata except for bone lead and possibly blood mercury, for which, in comparison with Cohort 3, Cohort 2A clearly had higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). The mean (SD) values of specific gravity–corrected urinary fluoride for the children who had these measures (only available for those children who had IQ; $n = 189$) were 0.82 (0.38) mg/L.

In terms of the comparability of the participants across Cohort 2A and Cohort 3 with respect to our covariates, the distribution of the covariates was very similar with the exception of age of the offspring when IQ was measured, for which the mean ages were 7.6 and 10.0 y, respectively; and birth weight in the GCI analysis, for which Cohort 3 participants were slightly heavier than Cohort 2 participants (see Table S1).

### GCI versus IQ Scores

There was a significant correlation between GCI at 4 y and IQ at 6–12 y old (Spearman $r = 0.55$; $p < 0.01$). There was no significant correlation between prenatal $MUF_{cr}$ and offspring $CUF_{sg}$ (Spearman $r = 0.54$, $p = 0.44$).

### Comparisons of Participants in Relation to Missing Data

In comparing the participants who were included for the GCI and IQ analyses with the participants who were not included (based on data missing on GCI, IQ or other covariates), the distribution of covariates were similar except for sex, for which the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses (Table 2).

In terms of the sensitivity analyses, for each sensitivity variable of interest, we compared participants who had data on our exposures, outcomes, covariates, and the sensitivity variable of interest (and were thus included in the sensitivity analysis) versus participants who had data on the sensitivity variable of interest but were missing data on the exposure, outcomes, and/or covariates of interest (and were thus excluded from the sensitivity analysis; Table 2). It can be seen that for each sensitivity analysis, most of the participants with data on the sensitivity variable of interest also had data on the exposures, outcomes, and covariates and were therefore included in the sensitivity analysis. In addition, the distributions appeared to be similar comparing those included with those excluded in each sensitivity analysis (means were within 10% of each other), with the exception of maternal blood Hg, for which the mean levels for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively.

### Comparisons of GCI and IQ across Covariates

Table 3 shows mean and SD values for $MUF_{cr}$ and offspring cognitive scores across categories of the covariates. In the participants with GCI data, the offspring cognitive scores were higher among mothers with higher levels of education, measured IQ, and HOME scores for both analyses; and scores were higher among first children and girls. In the IQ analysis a statistically significant difference was observed in $MUF_{cr}$ as a function of child sex. No significant differences in $MUF_{cr}$ values across levels of other covariates were observed. A modest difference (not statistically significant), was observed in $MUF_{cr}$ as a function of maternal IQ ($p = 0.09$), and $MUF_{cr}$ as a function of child sex ($p = 0.09$). Among other co-variates there were significant differences in age ($p < 0.01$) in both analyses.

### Regression Models of GCI

Before adjustment, a 0.5 mg/L increase in $MUF_{cr}$ was negatively associated with GCI at 4 y old [mean score $-3.76$; 95% confidence interval (CI): $-6.32$, $-1.19$] (Table 4). The association was somewhat attenuated after adjusting for the main covariates





**Figure 2.** Adjusted association of maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$) and General Cognitive Index (GCI) scores in children at age 4 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observations, $n = 287$.

(model A, −3.15; 95% CI: −5.42, −0.87). The smooth plot of the association between GCI and maternal prenatal urinary fluoride from an adjusted GAM model suggested a linear relation over the exposure distribution (Figure 2).

### Regression Models of IQ

A 0.5 mg/L increase in prenatal fluoride was also negatively associated with IQ at age 6–12 y based on both unadjusted (−2.37; 95% CI: −4.45, −0.29) and adjusted models (−2.50; 95% CI: −4.12, −0.59) (Table 4). However, estimates from the adjusted GAM model suggest a nonlinear relation, with no clear association between IQ scores and values below approximately 0.8 mg/L, and a negative association above this value (Figure 3A). There was a nonsignificant improvement in the fit of the model when a quadratic term was added to the linear model ($p = 0.10$).

### Sensitivity Analyses

In sensitivity analyses, adjustment for HOME score increased the magnitude of the association between $MUF_{cr}$ and GCI, though the difference was less pronounced when associations with and without adjustment for HOME score were both estimated after restricting the model to the subset of 138 children with HOME score data (Table 4). The association of IQ scores with $MUF_{cr}$ did not substantially change after adding HOME score to the model (Table 4).

The association between $MUF_{cr}$ and IQ was attenuated slightly after adjusting for contemporaneous children's urinary fluoride ($CUF_{sg}$) and comparing estimates with [−1.73 (95% CI: −3.75, 0.29)] and without [−1.94 (95% CI: −4.15, 0.26)] adjustment for $CUF_{sg}$ among the 189 children with this data (Table 4). In addition, the evidence of nonlinearity was more pronounced, with no clear evidence of an association for $MUF_{cr} < 1.0$ mg/L



**Figure 3.** (A) Adjusted association of maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$) and children's IQ at age 6–12 y. Adjusted for gestational age, weight at birth, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, $n = 211$. (B) Association of maternal creatinine-adjusted urinary fluoride ($MUFU_{cr}$) and children's IQ at age 6–12 y, adjusted for specific gravity–adjusted child urinary fluoride ($CUF_{sg}$). Adjusted for gestational age, weight at birth, sex, parity (being the first child), age and $CUF_{sg}$ at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. nonsmoker), marital status (married vs. others), age at delivery, IQ, education, and cohort (Cohort 3-Ca, Cohort 3-placebo and Cohort 2A). Shaded area is 95% confidence interval. Short vertical bars on the x-axis reflect the density of the urinary fluoride measures. Individual data points are individual observation, $n = 189$.

based on the GAM model (Figure 3B), and a significant improvement in model fit when a quadratic term was added to the linear regression model ($p = 0.01$).

When we restricted models to subsets of children with available data for each additional covariate, there was little difference

between adjusted and unadjusted associations between $MUF_{cr}$ and GCI or IQ when socioeconomic status (family possession), maternal bone lead, and blood mercury, were added to models (Table 4). However, the effect estimates associated with $MUF_{cr}$ for these analyses appear to be higher in the subsets with available data for these variables.

Adding tester (psychologist who performed WASI) in the model did not substantially change the results (data not shown). In the sensitivity analyses in which we excluded Cohort 3 participants who received the calcium supplement, we continued to observe a negative association between $MUF_{cr}$ and GCI [0.5 mg/L increase in $MUF_{cr}$ associated with 3.67 lower GCI (95% CI: −6.57, −0.77), $n = 194$]; and between $MUF_{cr}$ and IQ [0.5 mg/L increase in $MUF_{cr}$ associated with 3.23-lower IQ (95% CI: −5.88, −0.57), $n = 136$].

In sensitivity analyses in which we re-ran models that included the 10 outliers with respect to fluoride exposure (for each of seven participants already in our models, an additional value of $MUF_{cr}$ [from a different trimester]; for three participants, a value of $MUF_{cr}$ that then allowed the participants to be added to our models), the results did not change in any meaningful way (data not shown). There were no outliers with respect to cognitive outcomes.

### Independent Influence of Child Fluoride Exposure

Finally, in models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by their specific gravity–adjusted urinary fluoride levels) and IQ score and that contained the main covariates of interest, there was not a clear, statistically significant association between contemporaneous children's urinary fluoride ($CUF_{sg}$) and IQ either unadjusted or adjusting for $MUF_{cr}$. A 0.5 mg/L increase in $CUF_{sg}$ was associated with a 0.89 lower IQ (95% CI: −2.63, 0.85) when not adjusting for $MUF_{cr}$; and 0.77-lower IQ (95% CI: −2.53, 0.99), adjusting for $MUF_{cr}$ ($n = 189$).

## Discussion

In our study population of Mexican women and children, which accounted for two of the three cohorts included in the ELEMENT study, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 y old, and with lower Full-Scale IQ scores at 6–12 y old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

Overall, our results are somewhat consistent with the ecological studies suggesting children who live in areas with high fluoride exposure (ranging from 0.88 to 11.0 mg/L fluoride in water, when reported) have lower IQ scores than those who live in low-exposure or control areas (ranging from 0.20 to 1.0 mg/L fluoride in water) (Choi et al. 2012) and with results of a pilot study of 51 children (mean age 7 y) from southern Sichuan, China, that reported that children with moderate or severe dental fluorosis (60% of the study population) had lower WISC-IV digit span scores than other children (Choi et al. 2015). A distinction is that

our study, which was longitudinal with repeated measures of exposure beginning in the prenatal period, found associations with respect to prenatal fluoride exposures.

To our knowledge, the only other study that is similar to ours was only recently published. Valdez Jiménez et al. (2017) studied the association of prenatal maternal urinary fluoride levels (not corrected for dilution) and scores on the Bayley Scales of Infant Development II among 65 children evaluated at age 3–15 mo (average of 8 mo). The mothers in their study had urinary fluoride levels of which the means at each of the three trimesters of pregnancy (1.9, 2.0, 2.7 mg/L) were higher than the mean $MUF_{cr}$ in our participants (0.88 mg/L) (Valdez Jiménez et al. 2017). These levels of exposure were found to be associated with statistically significantly lower scores on the Bayley Scales' Mental Development Index (MDI) score after adjusting for gestational age, age of child, a marginality index, and type of drinking water (Valdez Jiménez et al. 2017). By comparison, our study had much longer periods of follow-up and larger sample sizes, controlled for a much larger set of covariates and sensitivity variables, and used creatinine–corrected urinary fluoride measures (which, by adjusting for urinary dilution effects, provides a more reliable measure of internal fluoride exposure).

With respect to understanding the generalizability of our findings to other populations, there are very few studies that measured prenatal fluoride levels among women derived from population-based samples. Gedalia et al. (1959) measured urinary fluoride in multiple samples collected from each of 117 healthy pregnant women living in Jerusalem, where fluoride in the water was approximate 0.50 mg/L, and reported mean levels per person that ranged from 0.29 to 0.53 mg/L. However, these analysis were not conducted utilizing modern analytical techniques. In a study of 31 pregnant women living in Poland, Opydo-Szymaczek and Borysewicz-Lewicka (2005) measured urinary fluoride in healthy pregnant women patients of a maternity hospital in Poland, where fluoride in the water ranged from 0.4 to 0.8 mg/L, and found a mean level of 0.65 mg/L for women in their 28th week of pregnancy, 0.84 mg/L in their 33rd week, and 1.30 mg/L in healthy non-pregnant women of similar age. This would suggest that the mothers in our study, who had a mean $MUF_{cr}$ value of 0.90 mg/L, had fluoride exposures slightly higher than prior-mentioned populations.

In terms of comparing our findings with other studies of fluoride (using urinary fluoride as a biomarkers of exposure) and intelligence (i.e., those not involving prenatal exposures), of the 27 epidemiological studies on fluoride and IQ reviewed by Choi et al. in their 2012 meta-analysis, only 2 had measures of urinary fluoride. Both were of urinary fluoride measures in children (not pregnant mothers), and neither corrected for dilution (either by correcting for urinary creatinine or specific gravity). Of these two, in comparison with the urinary fluoride levels of both our mothers (0.88 mg/L) and our children (0.82 mg/L), the mean levels of children's urinary fluoride were higher in the non-fluorosis (1.02 mg/L) and high-fluorosis (2.69 mg/L) groups found by Li et al. (1995) as well as the control (1.5 mg/L) and high-fluorosis (5.1 mg/L) groups described by Wang et al. (2007).

Among the limitations of our study are that we measured fluoride in spot (second morning void) urine samples instead of 24-hr urine collections. However, others have noted a close relationship between the fluoride concentrations of early morning samples and 24-hr specimens (Watanabe et al. 1994; Zohouri et al. 2006). Another limitation relates to the potential differences in the distribution of covariates over our study cohorts, raising the issue of potential bias. In the analyses we conducted across cohorts, we saw that, in comparison with Cohort 3, Cohort 2A clearly had

higher mean bone lead levels ($p < 0.001$) and possibly higher blood mercury levels ($p = 0.067$). However, we saw no other differences and the differences in these measures have a clear likely explanation: Cohort 2A had bone lead levels measured in 1997–2001 and Cohort 3 had bone lead levels measured in 2001–2005. Given that environmental lead and mercury exposures were steadily decreasing during this time interval (due to the phase-out of lead from gasoline), this difference likely relates to an exposure–time–cohort effect. We do not anticipate that this phenomenon would have introduced a bias in our analyses of fluoride and cognition controlling for bone lead.

Another limitation relates to the missing data that pertain to our covariate and sensitivity variables. In the comparisons of participants in relation to missing data (Table 2A,B), the proportion of females was somewhat higher in the included versus excluded group for both the GCI and IQ analyses, and the mean levels of maternal blood Hg for those included were 28.5% and 24.9% higher than the mean levels for those excluded in the GCI and IQ analyses, respectively. We also note that the coefficients for the associations between fluoride on cognition varied substantially in some of the sensitivity analyses, particularly with respect to the subgroups of participants who have data on SES, lead exposure, and mercury exposure (of which, for the latter, the effect estimates almost doubled). We do not have a ready explanation for this phenomenon, given that there is no obvious way that each of the selection factors governing which mothers had these measurements (discussed above) could have influenced the fluoride–cognition relationship. Nevertheless, it is not possible to entirely rule out residual confounding or in the population as a whole (that might have been detected had we had full data on larger sample sizes) or bias (should the subpopulations that had the data for analysis have a different fluoride–cognition relationship than those participants who were excluded from the analyses).

Other limitations include the lack of information about iodine in salt, which could modify associations between fluoride and cognition; the lack of data on fluoride content in water given that determination of fluoride content is not reported as part of the water quality monitoring programs in Mexico; and the lack of information on other environmental neurotoxicants such as arsenic. We are not aware of evidence suggesting our populations are exposed to significant levels of arsenic or other known neurotoxicants; nevertheless, we cannot rule out the potential for uncontrolled confounding due to other factors, including diet, that may affect urinary fluoride excretion and that may be related to cognition.

Another potential limitation is that we adjusted maternal urinary fluoride levels based on urinary creatinine, whereas we adjusted children's urinary fluoride levels based on urinary specific gravity; however, these two methods are almost equivalent in their ability to account for urinary dilution. We also had no data to assess the inter-examiner reliability of the testers administering the WASI test; however, the excellent reliability of these same testers in administering the McCarthy tests provides some reassurance that the WASI tests were conducted in a consistent manner.

Finally, our ability to extrapolate our results to how exposures may impact on the general population is limited given the lack of data on fluoride pharmacokinetics during pregnancy. There are no reference values for urinary fluoride in pregnant women in the United States. The Centers for Disease Control and Prevention has not included fluoride as one of the population exposures measured in urine or blood samples in its nationally representative sampling. The WHO suggests a reference value of 1 mg/L for healthy adults when monitoring renal fluoride excretion in community preventive programs (Marthaler 1999). As part of the NRC's review of the fluoride drinking-water standard, it was noted that healthy adults exposed to optimally fluoridated water had urinary fluoride concentrations ranging from 0.62 to 1.5 mg/L.

## Conclusion

In this study, higher levels of maternal urinary fluoride during pregnancy (a proxy for prenatal fluoride exposure) that are in the range of levels of exposure in other general population samples of pregnant women as well as nonpregnant adults were associated with lower scores on tests of cognitive function in the offspring at 4 and 6–12 y old.

Community water and salt fluoridation, and fluoride toothpaste use, substantially reduces the prevalence and incidence of dental caries (Jones et al. 2005) and is acknowledged as a public health success story (Easley 1995). Our findings must be confirmed in other study populations, and additional research is needed to determine how the urine fluoride concentrations measured in our study population are related to fluoride exposures resulting from both intentional supplementation and environmental contamination. However, our findings, combined with evidence from existing animal and human studies, reinforce the need for additional research on potential adverse effects of fluoride, particularly in pregnant women and children, and to ensure that the benefits of population-level fluoride supplementation outweigh any potential risks.

## Acknowledgments

This study was supported by the U.S. National Institutes of Health (NIH; grants R01ES021446 and R01-ES007821); the National Institute of Environmental Health Sciences/the U.S. Environmental Protection Agency (NIEHS/EPA; grant P01ES022844), the NIEHS (grant P42-ES05947 and NIEHS Center Grant P30ES017885), and by the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA. David Bellinger collaborated on the design and execution of this study's cognitive testing.

## References

Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, et al. 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ Health Perspect 119(10):1436–1441, PMID: 21715242, https://doi.org/10.1289/ehp.1003184.

Baez R, Petersen PE, Marthaler T. 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. Geneva, Switzerland:World Health Organization.

Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, et al. 2014. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res 135:63–69, PMID: 25262076, https://doi.org/10.1016/j.envres.2014.08.029.

Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, et al. 2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology 33(5):1040–1047, PMID: 22579785, https://doi.org/10.1016/j.neuro.2012.04.022.

Caldwell BM, Bradley RH. 2003. Administration Manual: HOME Observation for Measurement of the Environment. Little Rock, AK:University of Arkansas at Little Rock.

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 120(10):1362–1368, PMID: 22820538, https://doi.org/10.1289/ehp.1104912.

Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, et al. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot

study. Neurotoxicol Teratol 47:96–101, PMID: 25446012, https://doi.org/10.1016/j.ntt.2014.11.001.

Doull J, Boekelheide K, Farishian B, Isaacson R, Klotz J, Kumar J, et al. 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. Committee on Fluoride in Drinking Water, Board on Environmental Studies and Toxicology, Division on Earth and Life Studies, National Research Council of the National Academies. Washington, DC:National Academies Press.

Easley MW. 1995. Celebrating 50 years of fluoridation: a public health success story. Br Dent J 178(2):72–75, PMID: 7848761, https://doi.org/10.1038/sj.bdj.4808658.

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, et al. 2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ Health Perspect 117(1):26–31, PMID: 19165383, https://doi.org/10.1289/ehp.11868.

Gedalia I, Brzezinski A, Bercovici B. 1959. Urinary fluorine levels in women during pregnancy and after delivery. J Dent Res 38(3):548–551, PMID: 13654605, https://doi.org/10.1177/00220345590380031701.

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics 110(1):110–118, PMID: 12093955.

Grandjean P, Herz KT. 2011. Methylmercury and brain development: imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 78(1):107–118, PMID: 21259267, https://doi.org/10.1002/msj.20228.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, et al. 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730–1735, PMID: 17107860, https://doi.org/10.1289/ehp.9067.

Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, et al. 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect 124(6):868–874, PMID: 26645203, https://doi.org/10.1289/ehp.1510067.

Jones S, Burt BA, Petersen PE, Lennon MA. 2005. The effective use of fluorides in public health. Bull World Health Organ 83:670–676.

Juárez-López M, Hernández-Guerrero JC, Jiménez-Farfán D, Molina-Frechero N, Murrieta-Pruneda F, Lopez-Jimenez G. 2007. Fluoride Urinary Excretion in Mexico City's Preschool Children [in Spanish]. Revista de investigacion clinica; organo del Hospital de Enfermedades de la Nutricion 60:241–247.

Julvez J, Ribas-Fito N, Torrent M, Forns M, Garcia-Esteban R, Sunyer J. 2007. Maternal smoking habits and cognitive development of children at age 4 years in a population-based birth cohort. Int J Epidemiol 36(4):825–832, PMID: 17550944, https://doi.org/10.1093/ije/dym107.

Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, et al. 2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638–643, PMID: 21592505, https://doi.org/10.1016/j.jpeds.2011.03.043.

Li XS, Zhi JL, Gao RO. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28(4):189–192.

Liu F, Ma J, Zhang H, Liu P, Liu YP, Xing B, et al. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 124:1–7, PMID: 24184405, https://doi.org/10.1016/j.physbeh.2013.10.027.

Marthaler T. 1999. *Monitoring of Renal Fluoride Excretion in Community Preventive Programmes on Oral Health*. Geneva, Switzerland:World Health Organization.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int Dent J 55(2):93–99, PMID: 15880964.

McCarthy D. 1991. *Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide [in Spanish]*. Madrid, Spain:TEA Ediciones.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17(2):169–177, PMID: 7760776.

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC:NTP.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38:312–317.

Puertas R, Lopez-Espinosa MJ, Cruz F, Ramos R, Freire C, Pérez-García M, et al. 2010. Prenatal exposure to mirex impairs neurodevelopment at age of 4 years. Neurotoxicology 31(1):154–160, PMID: 19818364, https://doi.org/10.1016/j.neuro.2009.09.009.

Renteria L, Li ST, Pliskin NH. 2008. Reliability and validity of the Spanish language Wechsler Adult Intelligence Scale (3rd Edition) in a sample of American, urban, Spanish-speaking Hispanics. Clin Neuropsychol 22(3):455–470, PMID: 17853132, https://doi.org/10.1080/13854040701336428.

Secretaría-de-Salud. 1995. Norma oficial Mexicana nom-040-ssa-1-1993. *Sal yodatada y sal fluorada* [in Spanish]. México:Diario Oficial de la Federación, 12–27.

Secretaría-de-Salud. 1996. Norma oficial Mexicana nom-127-ssa1-1994. Salud ambiental. Agua para uso y consumo humano. *Límites permisibles de calidad y tratamientos a que debe someterse el agua para su potabilización* [in Spanish]. México:Diario Oficial de la Federación, 41–46.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstet Gynecol 119(2):205–207, PMID: 4823388.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 150:489–495, PMID: 27423051, https://doi.org/10.1016/j.envres.2016.06.046.

Usuda K, Kono K, Shimbo Y, Fujihara M, Fujimoto K, Kawano A, et al. 2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol Trace Elem Res 119(1):27–34, PMID: 17914216, https://doi.org/10.1007/s12011-007-0044-6.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride and cognitive development in infants. Neurotoxicology 59:65–70, PMID: 28077305, https://doi.org/10.1016/j.neuro.2016.12.011.

Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 115(4):643–647, PMID: 17450237, PubMed Central PMCID: PMC1852689. https://doi.org/10.1289/ehp.9270.

Watanabe M, Kono K, Orita Y, Ydote T, Usuda K, Takahashi Y, et al. 1994. *Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine*. In: *Proceedings of the XXth Conference of the International Society for Fluoride Research, Beijing, China*. Beijing, China: Ministry of Public Health of People's Republic of China, 246–247.

Wechsler D. 1999. *Wechsler Abbreviated Scale of Intelligence*. San Antonio, TX: Psychological Corporation.

Wechsler D, Jorge M, Velaco A. 1981. *WAIS-Español: Escala de Inteligencia para Adultos: El Manual Moderno [in Spanish]*. México, DF:El Manual Moderno, S.A.

Zohouri F, Swinbank C, Maguire A, Moynihan P. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, https://doi.org/10.1111/j.1600-0528.2006.00269.x.

Environment International 121 (2018) 658–666

Contents lists available at ScienceDirect

# Environment International

journal homepage: www.elsevier.com/locate/envint



# Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City



Morteza Bashash[a,*], Maelle Marchand[a], Howard Hu[a,1], Christine Till[b], E. Angeles Martinez-Mier[c], Brisa N. Sanchez[d], Niladri Basu[e], Karen E. Peterson[d,f,g], Rivka Green[b], Lourdes Schnaas[h], Adriana Mercado-García[i], Mauricio Hernández-Avila[i], Martha María Téllez-Rojo[i]

[a] Dalla Lana School of Public Health, University of Toronto, Toronto, ON, Canada
[b] Faculty of Health - Department of Psychology, York University, ON, Canada
[c] Indiana University School of Dentistry, Indianapolis, IN, United States of America
[d] University of Michigan School of Public Health, Ann Arbor, MI, United States of America
[e] Faculty of Agricultural and Environmental Sciences, McGill University, Montreal, QC, Canada
[f] Center for Human Growth and Development, University of Michigan, Ann Arbor, MI, United States of America
[g] Harvard W.T. Chan School of Public Health, Boston, MA, United States of America
[h] Instituto Nacional de Perinatología, Mexico City, Mexico
[i] Instituto Nacional de Salud Pública, Cuernavaca, Morelos, Mexico

| ARTICLE INFO | ABSTRACT |
|---|---|
| Handling Editor: Yong Guan Zhu<br><br>Keywords:<br>Fluoride<br>Pregnancy<br>Neurobehavioral<br>ADHD | *Background:* Epidemiologic and animal-based studies have raised concern over the potential impact of fluoride exposure on neurobehavioral development as manifested by lower IQ and deficits in attention. To date, no prospective epidemiologic studies have examined the effects of prenatal fluoride exposure on behavioral outcomes using fluoride biomarkers and sensitive measures of attention.<br>*Objective:* We aimed to examine the association between prenatal fluoride exposure and symptoms associated with attention-deficit/hyperactivity disorder (ADHD).<br>*Method:* 213 Mexican mother-children pairs of the Early Life Exposures to Environmental Toxicants (ELEMENT) birth cohort study had available maternal urinary samples during pregnancy and child assessments of ADHD-like behaviors at age 6–12. We measured urinary fluoride levels adjusted for creatinine ($MUF_{cr}$) in spot urine samples collected during pregnancy. The Conners' Rating Scales-Revised (CRS-R) was completed by mothers, and the Conners' Continuous Performance Test (CPT-II) was administered to the children.<br>*Results:* Mean $MUF_{cr}$ was 0.85 mg/L (SD = 0.33) and the Interquartile Range (IQR) was 0.46 mg/L. In multi-variable adjusted models using gamma regression, a 0.5 mg/L higher $MUF_{cr}$ (approximately one IQR higher) corresponded with significantly higher scores on the CRS-R for DSM-IV Inattention (2.84 points, 95% CI: 0.84, 4.84) and DSM-IV ADHD Total Index (2.38 points, 95% CI: 0.42, 4.34), as well as the following symptom scales: Cognitive Problems and Inattention (2.54 points, 95% CI: 0.44, 4.63) and ADHD Index (2.47 points; 95% CI: 0.43, 4.50). The shape of the associations suggested a possible celling effect of the exposure. No significant associations were found with outcomes on the CPT-II or on symptom scales assessing hyperactivity.<br>*Conclusion:* Higher levels of fluoride exposure during pregnancy were associated with global measures of ADHD and more symptoms of inattention as measured by the CRS-R in the offspring. |

*Abbreviations:* ADHD, attention-deficit hyperactivity disorder; cm³, cubic centimeters; CNS, Central Nervous System; CPT-II, Conners' Continuous Performance Test – Second Edition; CRS-R, Conners' Rating Scale – Revised; CUF$_{sg}$, specific gravity adjusted child urinary fluoride; DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; ELEMENT, Early Life Exposures in Mexico to Environmental Toxicants; EPA, U.S. Environmental Protection Agency; HOME, Home Observation for Measurement of the Environment; L, liter; mg, milligram; MUF$_{cr}$, creatinine adjusted maternal urinary fluoride; SD, Standard Deviation; SE, Standard Error
   * Corresponding author at: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.
   *E-mail addresses:* m.bashash@utoronto.ca (M. Bashash), howard.hu@utoronto.ca (H. Hu).
   [1] Reprint requests: Dalla Lana School of Public Health, 6th floor, 155 College Street, Toronto, ON M5R3M7, Canada.

https://doi.org/10.1016/j.envint.2018.09.017
Received 4 June 2018; Received in revised form 20 August 2018; Accepted 8 September 2018
Available online 10 October 2018
0160-4120/ © 2018 Elsevier Ltd.

M. Bashash et al.

Environment International 121 (2018) 658–666

# 1. Introduction

Fluoride, the ionized form of the halogen element fluorine, exists widely in the environment and is the most electronegative and reactive among all elements (ATSDR, 2010). Its well-known cariostatic effect led to the addition of fluoride to water, salt, and milk in some countries. Other sources of fluoride include dental products, such as toothpastes, mouth rinses, and varnishes, supplements, processed foods made with fluoridated water, fluoride-containing pesticides, teas, and fluorinated pharmaceuticals. Systemic ingestion of fluoride through water and water-based beverages is the main source of fluoride intake, accounting for approximately 75% of dietary fluoride intake among adults living in communities that fluoridate their water supply in the United States (U.S. Environmental Protection Agency, 2010; USDA (U.S. Department of Agriculture), 2005). However, in Mexico City, individuals are primarily exposed to fluoride through fluoridated salt (mean concentration of fluoride in salt is 250 ± 50 ppm), and to varying degrees of naturally-occurring fluoride in water, which have been reported to range from 0.15 to 1.38 mg/L (Juárez-López et al., 2007; Martinez-Mier et al., 2005). Public water supplies are not fluoridated in Mexico and the mean fluoride content of the water supply is not publicly available.

Long-term exposure to fluoride is regarded by the World Health Organization as being beneficial, including both prevention of dental caries and treating osteoporosis, though excess intake can also cause potential health hazards, including dental and skeletal fluorosis. Fluoride is also shown to readily cross the placenta (Shen and Taves, 1974) and accumulate in fetal brain tissues (Narayanaswamy and Piler, 2009), thereby inducing toxicity (Dong et al., 1993; Jiang et al., 2014). Several animal (Chen et al., 2003; Mcpherson et al., 2018; Mullenix et al., 1995) and human studies (Bashash et al., 2017; Choi et al., 2012) have explored associations between early-life exposure to fluoride and decrements in cognitive function and attention-related behaviors. An ecologic study reported an association between state level prevalence of community water fluoridation and prevalence of ADHD among youth living in the United States (Malin and Till, 2015). Given the increased vulnerability of the developing fetus to environmental exposures (Lanphear, 2015), as well as the widespread distribution of fluoride in society, the potential impact of prenatal exposure to fluoride warrants further study.

Attention-deficit hyperactivity disorder (ADHD) is the most common neurodevelopmental disorder in school-aged children and adolescents, with a worldwide prevalence estimated at about 5% (Polanczyk et al., 2007). Symptoms of ADHD include difficulties with attention, impulsivity, and/or hyperactivity at a level that is severe enough to be associated with impairments in academic and social functioning (American Psychiatric et al., 2013). Although genetics have been shown to play an important role in an individual's susceptibility to ADHD, with estimates of heritability from twin studies in the range of 60–70% (Posthuma and Polderman, 2013), several environmental factors have also been implicated. Environmental risk factors for ADHD include prenatal tobacco and alcohol exposure, heavy metal and chemical exposures, including lead (Huang et al., 2016), mercury, organochlorines, air pollution (Fuertes et al., 2016; Perera et al., 2018; Sentís et al., 2017) and nutritional factors (Polańska et al., 2012).

The purpose of the current study was to prospectively assess the relationship between prenatal exposure to fluoride and parent-reported behaviors associated with ADHD among 6–12 year old children born to mothers living in Mexico City. We tested whether fluoride exposure associated with inattentive and/or hyperactive behaviors.

# 2. Methods

## 2.1. Study population

Participants included a subset of mother-child dyads enrolled in various longitudinal birth cohort studies of the Early Life Exposure in Mexico to Environmental Toxicants (ELEMENT) project (Aafeiche et al., 2011; Bashash et al., 2017). We included mother-child pairs from two of the four ELEMENT cohorts (cohorts 2A and 3) for which maternal urinary samples during trimesters of pregnancy were available. Participants in cohort 2A (Bashash et al., 2017) were recruited between 1997 and 1999 whereas participants in cohort 3 were recruited between 2001 and 2003. We included participants if they had at least one archived urine sample from pregnancy, were ≤14 weeks of gestation at the time of recruitment, and their children underwent behavioral testing between the ages of 6 and 12, as described elsewhere (Bashash et al., 2017). Participants were excluded if they reported a history of psychiatric disorder(s), if there were medical complications (i.e. high-risk pregnancy, gestational diabetes, pre-eclampsia, renal disease, circulatory diseases, hypertension, continuous use of prescription drugs, or seizures during the index pregnancy), or if there was known maternal alcohol or illegal drug use during pregnancy. The study procedures were approved by the Institutional Review Boards of the National Institute of Public Health of Mexico, University of Michigan, Indiana University, University of Toronto, and Harvard School of Public Health, as well as participating clinics. Written informed consent was obtained from all participating families prior to study evaluation.

## 2.2. Fluoride measurements

Concentration of fluoride measured in maternal urinary samples was used as biomarker of prenatal fluoride exposure. Urine has been described as a suitable biomarker for fluoride since it serves as the main pathway through which fluoride is eliminated from the body and excretion is proportional to the total fluoride intake, but modified by factors like diet and various systemic conditions, such as recent fluoride exposure and urinary pH, as well as variation in creatinine excretion by muscle mass, age, sex, and other factors (Barr et al., 2005; Aylward et al., 2015). Ideally, overnight fasting or 24-hour urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure in order to limit diurnal variations and the influence of diet associated with spot samples (Petersen et al., 2014). Because 24-hour urinary samples were not available in our sample, we used spot samples that were corrected for urinary dilution using urinary creatinine, as described elsewhere (Petersen et al., 2014). Each woman in the current sample provided at least one spot (second morning void) urine sample (Thomas et al., 2016) during pregnancy (range: 10 to 38 weeks). We then calculated the average of all available creatinine-adjusted maternal urinary fluoride (MUF) concentrations (Bashash et al., 2017). Further information regarding participant recruitment, data collection methods, as well as methods for fluoride sample shipping, storage, and analysis can be found elsewhere (Bashash et al., 2017).

## 2.3. Attention outcomes

Behaviors associated with ADHD were assessed using the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD (Ortiz-Luna and Acle-Tomasini, 2006). The CRS-R contains three ADHD scales that correspond with the Diagnostic and Statistical Manual of Mental Disorders – 4th edition (DSM-IV) criteria for ADHD: 1) DSM-IV Inattention Index, 2) DSM-IV Hyperactive-Impulsive Index, and 3) DSM-IV Total Index (inattentive and hyperactive-impulsive behaviors combined). It also examines seven types of behavior problems that were derived through factor analysis, including: Oppositional, Anxious-Shy, Cognitive Problem/Inattention, Hyperactivity, Perfectionism, Psychosomatic, and Social Problems. In addition, the CRS-R contains four index scores that were derived based on theory and prior research: Conners' ADHD Index; Conners' Global Index (CGI): Restless-Impulsive; CGI: Emotional Lability, and CGI. For the purpose of the current study, we examined the three DSM-IV ADHD scales as our primary outcomes because these scales are intended to screen for ADHD, and are commonly used to

M. Bashash et al.

Environment International 121 (2018) 658–666

study the association between diverse environmental contaminants and ADHD-behavior problems (Huang et al., 2016; Perera et al., 2018). We also examined outcomes from two behavior scales (Cognitive Problem/Inattention and Hyperactivity) and two index scores (Conners' ADHD Index and CGI: Restless-Impulsive), as done in our prior work with lead (Huang et al., 2016). The Conners' ADHD Index, in particular, has been shown to exhibit favorable specificity and sensitivity in ADHD assessment (Chang et al., 2016). In addition, we assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition), a computer-administered signal detection paradigm (Conners, 2000). Using the CPT-II, we measured errors of omission and commission, and hit reaction time (response latency). Mothers completed the CRS-R at the same follow-up visits that the child completed the CPT-II. All measures were standardized for age- and sex. Higher T-scores (mean of 50, SD of 10) indicate poorer performance. All psychometric tests were applied under the supervision of an experienced psychologist (LS).

### 2.4. Measurement of covariates

Covariate data were individually obtained throughout the duration of the study. During the first pregnancy visit, questionnaires were used to collect information concerning maternal age, maternal education, history of smoking, and marital status. At delivery, information regarding birth weight, child sex, birth order, and gestational age (calculated by nurses) was obtained. Mothers also responded to a socioeconomic status questionnaire (Bashash et al., 2017) during the visit when the psychometric tests were administered. Individual items on this questionnaire assess the ability of households to meet the needs of its members in terms of housing, health, energy, technology, prevention and intellectual development; an overall score was derived by summing across each item. The Home Observation for Measurement of the Environment (HOME) Inventory, a semi-structured interview that measures quality and quantity of the caregiving environment, was administered in a subset of participants at approximately the same time as the visits for the neurobehavioral tests.

### 2.5. Data analysis

Univariate statistics, appropriate transformations, and graphical displays were obtained for all variables before bivariate analyses. Bivariate analysis of the data included Chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the continuous outcomes or exposure within groups defined according to the distribution of each covariate. In initial fully adjusted linear regression models, the outcomes demonstrated highly skewed residuals (with the exception of CPT-II commission score and hit reaction time). Thus, to address the skewness of the residuals, gamma regression was used to examine the adjusted association between prenatal fluoride and each neurobehavioral outcome instead of log transformation, which may obscure model interpretation. In the gamma regression, we selected an identity link, so that the interpretation for the regression coefficients is the same as the linear regression (i.e., absolute difference in the mean of the outcome per unit change in predictor). All statistical analyses were performed in SAS software version 9.4. Covariates were selected a priori based on their theoretical relevance or observed associations with fluoride exposure, and/or the analyzed neurobehavioral outcomes. As such, models were adjusted for the following maternal characteristics: age at delivery (continuous, in years), years of education (continuous, in years), marital status (married vs. others), and smoking history (eversmoker vs. non-smoker). Models were further adjusted for the following child characteristics: gestational age at birth (continuous, in weeks), age at neurobehavioral measurement (continuous, in years), sex (female vs. male), and birth order (first born vs. others), and socioeconomic status through a continuous measure based on reported possessions and household assets (Thomas et al., 2016). Lastly, models

adjusted for potential cohort and Ca intervention effects through inclusion of a variable denoting from which study the participants originated (cohort 2 - A, an observational cohort); cohort 3 subjects who were randomized to the calcium supplement (cohort 3 - Ca[+]), and cohort 3 subjects who were randomized to the placebo (cohort 3 - Placebo) (Bashash et al., 2017).

Other potential confounders that were examined in sensitivity analyses involving subsets of participants included the home environment (i.e. HOME score) (Thomas et al., 2016) assessed at the time of outcome measurement, child contemporaneous fluoride exposure measured by child urinary fluoride adjusted for specific gravity (CUF$_{sg}$) (Bashash et al., 2017), as well as maternal blood mercury and maternal bone lead levels (a proxy for prenatal lead exposure to the fetus) given that both are established neurodevelopmental toxicants (Bashash et al., 2017). This was done through identifying and including the subset of cases with data on each respective variable. In each subset, results were then compared between the model adjusting for that variable and the model not adjusting for that variable.

Model diagnostics were used to assess for violations of the model assumptions and for identification of remaining influential observations. Cook's D identified three exposure observations as potentially influential to the model results, and models were run with and without these observations (Supplementary Fig. S1). Generalized additive models (GAMs), estimated via cross validation in the R software, were used to visualize the adjusted association between fluoride exposure and measures of attention to examine potential non-linearity. Non-linearity of the fluoride-outcome association was tested through the inclusion of a quadratic term in the model, and found to be significant in four out of ten of the models (see Fig. 2 and Supplementary Fig. 1). We applied the Benjamini–Hochberg false discovery rate (FDR) procedure to address multiple testing corrections, using a false discovery rate of Q = 0.05 and m = 10 tests to determine significance (Benjamini and Hochberg, 1995).

## 3. Results

### 3.1. Population characteristics

Overall, 231 mothers with a minimum of one MUF$_{cr}$ and a matching outcome (CRS-R or CPT-II) were identified for this project. However, complete demographic and outcome information were missing among 17 mother-child pairs, leaving 214 participants for our analyses, of whom 210 mother-child pairs had data for the CRS-R and CPT-II analyses (206 had data for both) (Fig. 1). Demographic information on participants including data on exposure, outcomes, and key covariates is shown by cohort in Table 1. Of the mothers included in our analysis, 154 (72%) were married at the time of recruitment, and 103 (48%) had reported a history of ever smoking. Among the children, 147 (69%) were not of firstborn status and 116 (54%) were female. Besides for younger age of participants in cohorts 3 relative to cohort 2-, there were no significant differences of maternal and children characteristics across cohorts.

### 3.2. Exposure and outcome assessment

Of the 214 participants included in the study, 175 participants had measurements of MUF$_{cr}$ from trimester 1, 80 from trimester 2, and 62 from trimester 3; 14 (6.5%) participants had all three measures, 78 (36.4%) had two measures, and 122 (57.0%) had one. The overall mean level of MUF$_{cr}$ averaged across all the trimesters was 0.85 mg/L, with an Interquartile Range (IQR) of 0.46 mg/L. There was no significant difference of MUF$_{cr}$ across cohorts (Table 1A).

Overall, Mean ± SD scores across all of the CRS-R scales fell within the average range (i.e. mean T = 50 ± 10) (Table 1B). Around 10% of participants fell in the clinically significant range (i.e. T-score ≥ 70 on the Index scores); specifically, clinically elevated scores were found

*M. Bashash et al.*            *Environment International 121 (2018) 658–666*



**Fig. 1.** Flowchart describing source of mother–offspring subject pairs, fluoride and cognition study. Cohort 2A was designed as an observational birth cohort from 1997 to 2001. Cohort 3 was designed as a randomized double-blind placebo-controlled trial of calcium supplements, with mothers recruited early during pregnancy from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. CRS-R denotes Conners' Rating Scale – Revised and CPTII is Conners' Continuous Performance Test.

among 22 (10.5%) children on the DSM-IV Hyperactivity-Impulsivity scale, 18 (8.6%) children on the DSM-IV ADHD Total scale, and 17 (8.1%) children on the DSM-IV Inattention scale.

Mean ± SD for CPT-II scores for Omission Errors (55.53 ± 13.67), Commission Errors (49.93 ± 9.22), and Hit Reaction Time (52.51 ± 10.53) also fell within the average range (Table 1B).

### 3.3. Models of neurobehavioral outcomes

$MUF_{cr}$ was significantly associated with measures of the CRS-R in the adjusted model (Table 2). Higher concentrations of $MUF_{cr}$ were associated with a higher likelihood of parent-endorsed symptoms on the following scales: DSM-IV Inattention, DSM-IV Total ADHD, Cognitive Problem/Inattention, and the ADHD Index. On average, a 0.5 mg/L higher $MUF_{cr}$ corresponded with a 2.84 (p < 0.01) higher score on the DSM-IV Inattention Index; 2.38 (p = 0.02) higher score on the DSM-IV Total ADHD Index; a 2.54 (p = 0.02) higher score on the Cognitive Problem/Inattention Index; and 2.47 (p = 0.02) higher score on the ADHD index. The associations between $MUF_{cr}$ and CRS-R scales remained significant after correction for the multiple testing. As shown in Fig. 2, a subset of the CRS-R outcomes exhibit a non-linear association with the relationship between $MUF_{cr}$ and behavioral outcomes increasing at first, followed by a plateau. There were no significant associations between $MUF_{cr}$ and any of the outcomes on the CPT-II (Table 2; and Supplementary Fig. S2).

### 3.4. Sensitivity analyses

Sensitivity analyses on adjusted models for the study population

subset that also had HOME scores, $CUF_{sg}$ (there was no correlation between $MUF_{cr}$ and $CUF_{sg}$), maternal lead and mercury exposures did not appreciably change the results for the CRS-R scores (Supplementary Table 1). There was no significant interaction between sex and $MUF_{cr}$ when we added an interaction term to the models.

### 4. Discussion

The current study aimed to characterize the longitudinal association between prenatal fluoride exposure and symptoms of ADHD in offspring as measured by parent-ratings on the CRS-R and a computerized test of sustained attention and inhibitory control (CPT-II). In our cohort, higher prenatal fluoride exposure, as measured by $MUF_{cr}$, corresponded to more ADHD-like symptoms on the CRS-R, particularly related to inattention as indicated by the strong association with the following two scales: Cognitive Problem/Inattention, and DSM-IV Inattention. In contrast, $MUF_{cr}$ during pregnancy did not predict child performance on any of the hyperactivity measures (i.e. Restless-Impulsive; Hyperactivity; DSM-IV Hyperactivity-Impulsivity) nor the CPT-II outcomes.

In general, a 0.5 mg/L higher $MUF_{cr}$ (approximately the IQR) corresponded to higher scores on the CRS-R for DSM-IV Inattention (2.84 points) and Cognitive Problems and Inattention (2.54 points). Consistency in these results across both of these outcome measures strengthens the conclusion that inattention appears to be associated with prenatal exposure to fluoride. These two scales contribute to the global ADHD Index and the DSM-IV Total scores, which were also associated with higher levels of prenatal fluoride exposure; a 0.5 mg/L increase in $MUF_{cr}$ corresponded to a 2.38 higher point score on the DSM-IV ADHD Total Index and a 2.47 higher point score on the ADHD

*M. Bashash et al.*

*Environment International 121 (2018) 658–666*

**Table 1**
Cohort characteristics including key covariates, urinary fluoride levels, and outcome measurements. Statistical differences across the cohorts are reported upon in the final column.

| | Cohort * | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **A) PARTICIPANTS** | | | | |
| **Child Sex (Girl)** | 2 A | 37 | 52.90% | .831 |
| | 3 Ca | 43 | 53.10% | |
| | 3 Placebo | 36 | 57.10% | |
| | Total | 116 | 54.00% | |
| **First Child** | 2 A | 24 | 34.30% | .839 |
| | 3 Ca | 25 | 30.90% | |
| | 3 Placebo | 18 | 28.60% | |
| | Total | 67 | 31.00% | |
| **Birth Weight (Kg)** | 2 A | 70 | 3.05 (2.94, 3.16) | .103 |
| | 3 Ca | 81 | 3.20 (3.10, 3.30) | |
| | 3 Placebo | 63 | 3.11 (3.01, 3.21) | |
| | Total | 214 | 3.13 (3.07, 3.18) | |
| **Gestational Age (Weeks)** | 2 A | 70 | 38.60 (38.21, 38.99) | .647 |
| | 3 Ca | 81 | 38.74 (38.46, 39.02) | |
| | 3 Placebo | 63 | 38.49 (38.01, 38.97) | |
| | Total | 214 | 38.62 (38.41, 38.84) | |
| **Age At Outcome Assessment (Year)** | 2 A | 70 | 10.04 (9.89, 10.21) | < .01 |
| | 3 Ca | 81 | 7.63 (7.52, 7.75) | |
| | 3 Placebo | 63 | 7.57 (7.44, 7.69) | |
| | Total | 214 | 8.40 (8.23, 8.57) | |
| **Marital Status (Married)** | 2 A | 46 | 65.70% | .428 |
| | 3 Ca | 60 | 74.10% | |
| | 3 Placebo | 48 | 76.20% | |
| | Total | 154 | 72.00% | |
| **Maternal Smoking (Ever Smoked)** | 2 A | 32 | 46.40% | .726 |
| | 3 Ca | 42 | 51.90% | |
| | 3 Placebo | 29 | 45.70% | |
| | Total | 103 | 48.10% | |
| **Maternal Education (Years)** | 2 A | 70 | 10.73 (10.08, 11.37) | .580 |
| | 3 Ca | 81 | 11.11 (10.47, 11.75) | |
| | 3 Placebo | 63 | 10.68 (10.03, 11.34) | |
| | Total | 214 | 10.86 (10.49, 11.23) | |
| **SES[1]** | 2 A | 70 | 6.69 (6.10, 7.27) | .604 |
| | 3 Ca | 81 | 6.32 (5.82, 6.82) | |
| | 3 Placebo | 63 | 6.33 (5.64, 7.02) | |
| | Total | 214 | 6.44 (6.11, 6.78) | |
| **B) EXPOSURE AND OUTCOMES** | | | | |
| **$MUF_{cr}$ [2]** | 2 A | 70 | 0.87 (0.80, 0.95) | 0.889 |
| | 3 Ca | 81 | 0.85 (0.78, 0.92) | |
| | 3 Placebo | 63 | 0.85 (0.76, 0.95) | |
| | Total | 214 | 0.85 (0.81, 0.90) | |
| **CRS-R [3]** | | | | |
| **Cognitive Problems + Inattention** | 2 A | 68 | 55.16 (52.45, 57.87) | .884 |
| | 3 Ca | 79 | 54.32 (51.85, 56.78) | |
| | 3 Placebo | 63 | 54.43 (51.78, 57.08) | |
| | Total | 210 | 54.62 (53.14, 56.10) | |
| **Restless-Impulsive** | 2 A | 68 | 55.43 (52.56,58.30) | .490 |
| | 3 Ca | 79 | 55.19 (52.32, 58.07) | |
| | 3 Placebo | 63 | 54.28 (52.11, 56.45) | |
| | Total | 210 | 54.35 (52.94, 55.75) | |
| **Hyperactivity** | 2 A | 68 | 56.67 (53.62, 56.35) | .217 |
| | 3 Ca | 79 | 54.52 (52.42, 56.62) | |
| | 3 Placebo | 63 | 53.70 (51.74, 55.66) | |
| | Total | 210 | 54.97 (53.59, 56.35) | |
| **ADHD [4] Index** | 2 A | 68 | 54.53 (51.77, 56.29) | .865 |
| | 3 Ca | 79 | 54.56 (52.29, 56.82) | |
| | 3 Placebo | 63 | 53.70 (51.25, 56.14) | |
| | Total | 210 | 54.30 (52.88, 55.71) | |
| **DSM-IV [5] Inattention** | 2 A | 68 | 54.42 (51.60, 57.23) | .825 |
| | 3 Ca | 79 | 53.92 (51.65, 56.22) | |
| | 3 Placebo | 63 | 53.29 (50.98, 55.60) | |
| | Total | 210 | 53.89 (52.48, 55.30) | |
| **DSM-IV Hyperactivity-Impulsivity** | 2 A | 68 | 57.54 (54.77, 60.32) | .685 |
| | 3 Ca | 79 | 56.80 (54.59, 59.01) | |
| | 3 Placebo | 63 | 56.00 (53.76, 58.24) | |
| | Total | 210 | 56.80 (55.42, 58.18) | |
| **DSM-IV ADHD Total** | 2 A | 68 | 56.35 (53.72, 58.99) | .670 |
| | 3 Ca | 79 | 55.63 (53.46, 57.81) | |
| | 3 Placebo | 63 | 54.79 (52.47, 57.12) | |
| | Total | 210 | 55.61 (54.26, 56.97) | |
| **CPT-II [6]** | | | | |

*(continued on next page)*

M. Bashash et al.                                                                                                              Environment International 121 (2018) 658–666

**Table 1** (*continued*)

|  | Cohort [*] | N | Mean (95% CI) % | p |
|---|---|---|---|---|
| **Omission Errors** | 2 A | 67 | 51.76 (48.49, 55.03) | *.024* |
|  | 3 Ca | 80 | 57.56 (54.25, 60.87) | |
|  | 3 Placebo | 63 | 56.80 (53.89, 59.70) | |
|  | Total | 210 | 55. 48 (53.62, 57.34) | |
| **Commission Errors** | 2 A | 67 | 46.99 (44.43, 49.55) | *.007* |
|  | 3 Ca | 80 | 51.18 (49.17, 53.20) | |
|  | 3 Placebo | 63 | 51.37 (49.59, 53.16) | |
|  | Total | 210 | 49.90 (48.65, 51.15) | |
| **Hit Reaction Time** | 2 A | 67 | 49.43 (47.00, 51.86) | *.016* |
|  | 3 Ca | 80 | 53.77 (51.35, 56.18) | |
|  | 3 Placebo | 63 | 54.05 (51.49, 56.60) | |
|  | Total | 210 | 52.46 (51.03, 53.90) | |

*Cohort: 2 A; ELEMENT Cohort 2A, an observational birth cohort from 1997 to 2001. 3 Ca and 3 Placebo, ELEMENT Cohort 3, a randomized double-blind placebo-controlled trial of calcium supplements from 2001 to 2006. "Ca" denotes subjects who were randomized to the calcium supplement; "placebo" denotes subjects who were randomized to the placebo. 1) SES, socioeconomic status; 2) MUFcr, Creatinine adjusted maternal urinary fluoride; 3) CRS-R, Conners' Rating Scale – Revised; CPT-II; 4) ADHD, Attention Deficit Hyperactivity Disorder; 5) DSM-IV, Diagnostic and Statistical Manual of Mental Disorders – Fourth Edition; 6) CPT-II, Conners' Continuous Performance Test – Second Edition.

**Table 2**

Multivariate[a] gamma regression models of differences across CRS-R and CPT-II scores per 0.5 mg/L higher maternal creatinine-adjusted urinary fluoride (MUF$_{cr}$).

|  | β | 95% CI | | p |
|---|---|---|---|---|
| *CRS-R scores (N = 210)* | | | | |
| Cognitive Problems + Inattention | 2.54 | 0.44 | 4.63 | *.0178* |
| Restless-Impulsive | 1.92 | −0.07 | 3.91 | 0.0586 |
| Hyperactivity | 1.05 | −0.91 | 3.00 | 0.2953 |
| ADHD Index | 2.47 | 0.43 | 4.50 | *0.0175* |
| DSM-IV Inattention | 2.84 | 0.84 | 4.84 | *0.0054* |
| DSM-IV Hyperactivity-Impulsivity | 1.69 | −0.33 | 3.70 | 0.1016 |
| DSM-IV ADHD Total | 2.38 | 0.42 | 4.34 | *0.0176* |
| *CPT-II scores (N = 210)* | | | | |
| Omission Errors | 0.22 | −2.30 | 2.74 | 0.8643 |
| Commission Errors | −0.43 | −2.38 | 1.51 | 0.6641 |
| Hit Reaction Time | 1.07 | −1.19 | 3.32 | 0.3546 |

[a] Adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 - Ca, Cohort 3 - placebo and Cohort 2A).

Index. Our observed association of MUF$_{cr}$ and CRS-R seems to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

Overall, our results are consistent with the ecological study by Malin and Till (2015). Their cross-sectional study used national health surveys conducted by the Centers for Disease Control and Prevention to estimate the prevalence of ADHD and water fluoridation for each state. Their findings showed that, after controlling for household income, states in which a greater proportion of people received community water fluoridation in 1992 tended to have a greater proportion of children and adolescents who received an ADHD diagnosis in 2003, 2007, and 2011. The prevalence of ADHD increased from 7.8% in 2003 to 11% in 2011. A distinction between this U.S. study and the current study is that our study was a longitudinal birth cohort with individual biomarkers of fluoride exposure obtained during pregnancy when the developing brain is thought to be at the highest risk for fluoride neurotoxicity (Bashash et al., 2017). Moreover, the current study controlled for relevant confounders that may be associated with ADHD, including smoking, maternal education, child sex, HOME score, and exposure to other contaminants. Further, our measure for ADHD was not physician-diagnosed but rather approximated through validated questionnaires and performance-based tests. Both studies examined populations that are exposed to "optimal" levels of fluoride either through water or salt fluoridation schemes. The exposure level in the Mexico City cohort is generally lower than the populations living in endemic fluorosis areas studied in China (Choi et al., 2012) where natural levels of fluoride are often higher (> 2 mg/L) than recommended for North American (0.7 mg/L). The mean concentration of MUF in our study is in the range of the Canadian cohort (in review), and a New Zealand cohort of 59 pregnant women (median MUF = 0.82 mg/L) (Skeaff and Te Morenga, 2017).

Our finding of an association between MUF$_{cr}$ and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012). A possible explanation for the specific effect on inattention (Dugbartey, 1998) is that fluoride exposure is contributing to thyroid hormone insufficiency. Recent studies demonstrate that even relatively subtle changes in circulating levels of TH in pregnancy (i.e. subclinical hypothyroidism) can have adverse outcomes, including preterm birth, lowered IQ (Hollowell et al., 1999; Murphy et al., 2015; Stagnaro-Green and Rovet, 2016; Thompson et al., 2018; Yang et al., 2008) and increased risk for attention disorders (Modesto et al., 2015; Pakkila et al., 2014) (Rovet and Hepworth, 2001). Some (Swarup et al., 1998) (Swarup et al., 1998), but not all (Mcpherson et al., 2018), animal studies showed reductions in T3 and T4 levels from fluoride exposure, even at low doses. Several human studies have shown that elevated levels of fluoride in drinking water predict higher TSH and lower T3 levels (Bachinskii et al., 1985; Kheradpisheh et al., 2018; Singh et al., 2014), especially among children (Yasmin et al., 2013), as well as an increased likelihood for a diagnosis of hypothyroidism. However, further research is needed to examine how exposure to fluoride may affect thyroid function in pregnancy. Another potential mechanism through which fluoride may contribute to ADHD relates to the dopamine system. Animal studies have shown that fluoride exposure can alter the levels of dopamine (Pal and Sarkar, 2014). Dopamine is an important modulatory

Environment International 121 (2018) 658–666



**Fig. 2.** Association of maternal creatinine-adjusted urinary fluoride ($MUF_{cr}$) and Conners' Parent Rating Scales-Revised (CRS-R) measures in children at age 6 to 12 years.

Outcome data are adjusted for gestational age, birth weight, sex, parity (being the first child), age at outcome measurement, and maternal characteristics including smoking history (ever smoked vs. non-smoker), marital status (married vs. others), education, socioeconomic status and cohort (Cohort 3 Ca, Cohort 3 placebo and Cohort 2A). Shaded area is the 95% confidence interval. The short vertical bars on the x-axis reflect the density of urinary fluoride measures. Individual data points are individual observations, n = 210.

neurotransmitter in planning and initiation of motor responses, activation, switching, reaction to novelty and processing of reward (Faraone et al., 2015).

The stronger association between prenatal fluoride exposure and parent-reports of attention problems may be explained by the CRS-R measuring distinct and more extensive constructs that rely on attention (e.g. new learning, ability to hold information and complete tasks, organizational skills, etc.) than those assessed by the CPT-II. Additionally, it has been shown that CPT-II performance and parent rating scales are moderately correlated at best (Gualtieri and Johnson, 2005), suggesting that these measures are assessing different constructs. Other studies examining prenatal Polychlorinated Biphenyls (PCBs) exposure and sustained attention (Vreugdenhil et al., 2004) that report using the computerized continuous performance test with children aged 4 and 11 years also fail to show an association with this measure, but do find an association using other psychometric tests of attention (e.g. digit cancellation task). Further investigation of cognitive performance on other domains, such as learning and memory, is warranted in our study cohort.

Key strengths of this study include the relatively large pregnancy cohort that has a biorepository with a capacity to capture high quality individual biomarker exposure across multiple developmental time points, longitudinal follow-up, detailed assessment of ADHD-like behaviors using both rating scales and performance based measures, as well as measurement of additional health outcomes and potential covariates using validated techniques (Thomas et al., 2016). Assessment of attention, hyperactivity, and impulsivity using multiple measures allowed us to examine different types of ADHD-like behaviors using continuous scales that are sensitive to both clinical and subclinical symptoms of ADHD. This approach minimizes the limitations of viewing ADHD as a categorical and conceptually distinct disorder.

Our study also has some limitations. The cohort was not initially designed to study fluoride exposure and so we are missing some aspects of fluoride exposure assessments (e.g., detailed assessments of diet, water, etc.) that are now underway. The urinary samples were not available for all trimesters of pregnancy for majority of the participants; in particular, for those with only one sample, we cannot rule out the possibility that some samples may reflect acute exposure. Differences in the proportion of fluoride that is excreted in the urine have been described for different age groups as well as for pregnant women. Data on the percentage of fluoride excreted for children and adults are available, which makes estimation of intake feasible. On the other hand, data for pregnant women are sparse, making estimates of intake from urinary concentration not feasible. Therefore, while urinary fluoride is a valid biomarker to identify differences in exposure levels in pregnant women, it is not possible, with the currently available data, to estimate how concentration levels relate to intake. With regards to our outcome measure, we did not have information on family history or genetic markers associated with ADHD, nor were children assessed clinically for a diagnosis of ADHD. Only parent reports were used for the CRS-R, and not teacher reports. This is a limitation to our study as previous studies have shown that there can be considerable variation between the two sources in terms of identifying ADHD-associated behaviors (Lavigne et al., 2012). Nevertheless, parents were unaware of their offspring's fluoride exposure status, removing reporting bias as a limitation. Although elevated scores on behavioral checklists like the CRS-R may be associated with a diagnosis of ADHD, the functional consequences of the symptoms must also be characterized for clinically diagnosing the disorder.

*M. Bashash et al.*                                                                                     *Environment International 121 (2018) 658–666*

## 5. Conclusion

In summary, we observed a positive association between higher prenatal fluoride exposure and more behavioral symptoms of inattention, but not hyperactivity or impulse control, in a large Mexican cohort of children aged 6 to 12 years. The current findings provide further evidence suggesting neurotoxicity of early-life exposure to fluoride. Replication of these findings is warranted in other population-based studies employing biomarkers of prenatal and postnatal exposure to fluoride.

### Acknowledgements

This study was supported by U.S. NIH R01ES021446, NIH R01-ES007821, NIEHS/EPA P01ES022844, NIEHS P42-ES05947, NIEHS Center Grant P30ES017885 and the National Institute of Public Health/Ministry of Health of Mexico. The American British Cowdray Hospital provided facilities used for this research. Dr. David Bellinger collaborated on the design and execution of this study's neurobehavioral testing. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the NIEHS, NIH, or the U.S. EPA.Author responsibilities

All authors contributed to the final interpretation of the results and final manuscript.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.envint.2018.09.017.

## References

Aafeiche, M., Peterson, K.E., Sanchez, B.N., Cantonwine, D., Lamadrid-Figueroa, H., Schnaas, L., et al., 2011. Prenatal lead exposure and weight of 0- to 5-year-old children in México City. Environ. Health Perspect. 119, 1436–1441.

American Psychiatric Association, Force DSMT, 2013. Diagnostic and Statistical Manual of Mental Disorders: DSM-5.

ATSDR, 2010. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. (Atlanta, Georgia).

Aylward, L.L., Hays, S.M., Vezina, A., Deveau, M., St-Amand, A., Nong, A., 2015. Biomonitoring equivalents for interpretation of urinary fluoride. Regul. Toxicol. Pharmacol. 72, 158–167.

Bachinskii, P.P., Gutsalenko, O.A., Naryzhniuk, N.D., Sidora, V.D., Shliakhta, A.I., 1985. Action of the body fluorine of healthy persons and thyroidopathy patients on the function of hypophyseal-thyroid the system. Probl. Endokrinol. 31, 25–29.

Barr, D.B., Wilder, L.C., Caudill, S.P., Gonzalez, A.J., Needham, L.L., Pirkle, JL., 2005. Urinary creatinine concentrations in the us population: implications for urinary biologic monitoring measurements. Environ. Health Perspect. 113, 192–200.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., et al., 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ. Health Perspect. 125, 097017.

Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. R. Stat. Soc. Ser. B Methodol. 57, 289–300.

Chang, L.-Y., Wang, M.-Y., Tsai, P.-S., 2016. Diagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis. Pediatrics 137.

Chen, J., Shan, K.R., Long, Y.G., Wang, Y.N., Nordberg, A., Guan, Z.Z., 2003. Selective decreases of nicotinic acetylcholine receptors in Pc12 cells exposed to fluoride. Toxicology 183, 235–242.

Choi, A.L., Sun, G., Zhang, Y., Grandjean, P., 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ. Health Perspect. 120, 1362–1368.

Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., et al., 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. Neurotoxicol. Teratol. 47, 96–101.

Conners, C., 1997. The Revised Conners' Rating Scales (Crs-R) Are the Standard Instruments for the Assessment of Attention Deficit/Hyperactivity Disorder (ADHD) in Children and Adolescents-Spanish.

Conners, C., 2000. Conners' Continuous Performance Test II: Computer Program for Windows Technical Guide and Software Manual. Mutli-Health Systems, North Tonwanda, NY.

Dong, Z., Wan, C., Zhang, X., Liu, J., 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. J. Guiyang Med. Coll. 18.

Dugbartey, A.T., 1998. Neurocognitive aspects of hypothyroidism. Arch. Intern. Med. 158, 1413–1418.

Faraone, S.V., Asherson, P., Banaschewski, T., Biederman, J., Buitelaar, J.K., Ramos-Quiroga, J.A., et al., 2015. Attention-deficit/hyperactivity disorder. Nat. Rev. Dis.

Prim. 1, 15020.

Fuertes, E., Standl, M., Forns, J., Berdel, D., Garcia-Aymerich, J., Markevych, I., et al., 2016. Traffic-related air pollution and hyperactivity/inattention, dyslexia and dyscalculia in adolescents of the German Giniplus and Lisaplus birth cohorts. Environ. Int. 97, 85–92.

Gualtieri, C.T., Johnson, L.G., 2005. ADHD: is objective diagnosis possible? Psychiatry (Edgmont) 2, 44–53.

Hollowell Jr., J.G., Garbe, P.L., Miller, D.T., 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. N. Engl. J. Med. 341, 2016–2017.

Huang, S., Hu, H., Sanchez, B.N., Peterson, K.E., Ettinger, A.S., Lamadrid-Figueroa, H., et al., 2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ. Health Perspect. 124, 868–874.

Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., et al., 2014. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. NeuroMolecular Med. 16, 94–105.

Juárez-López, M., Hernández-Guerrero, J.C., Jiménez-Farfán, D., Molina-Frechero, N., Murrieta-Pruneda, F., Lopez-Jimenez, G., 2007. Fluoride urinary excretion in Mexico City's preschool children. Revista De Investigacion Clinica; Organo Del Hospital De Enfermedades De La Nutricion 60, 241–247.

Kasper, L.J., Alderson, R.M., Hudec, K.L., 2012. Moderators of working memory deficits in children with attention-deficit/hyperactivity disorder (ADHD): a meta-analytic review. Clin. Psychol. Rev. 32, 605–617.

Kheradpisheh, Z., Mirzaei, M., Mahvi, A.H., Mokhtari, M., Azizi, R., Fallahzadeh, H., et al., 2018. Impact of drinking water fluoride on human thyroid hormones: a case-control study. Sci. Rep. 8, 2674.

Lanphear, B.P., 2015. The impact of toxins on the developing brain. Annu. Rev. Public Health 36, 211–230.

Lavigne, J.V., Dulcan, M.K., Lebailly, S.A., Binns, H.J., 2012. Can parent reports serve as a proxy for teacher ratings in medication management of attention-deficit/hyperactivity disorder? J. Dev. Behav. Pediatr. 33, 336–342.

Malin, A.J., Till, C., 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. Environ. Health 14, 17.

Martinez-Mier, E.A., Soto-Rojas, A.E., Buckley, C.M., Zero, D.T., Margineda, J., 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int. Dent. J. 55, 93–99.

Mcpherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., et al., 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. Neurotox. Res (Epub ahead of print).

Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W., Hofman, A., Verhulst, F.C., et al., 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatr. 169, 838–845.

Mullenix, P.J., Denbesten, P.K., Schunior, A., Kernan, W.J., 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol. Teratol. 17, 169–177.

Murphy, N.C., Diviney, M.M., Donnelly, J.C., Cooley, S.M., Kirkham, C.H., Foran, A.M., et al., 2015. The effect of maternal subclinical hypothyroidism on Iq in 7- to 8-year-old children: a case-control study. Aust. N. Z. J. Obstet. Gynaecol. 55, 459–463.

Narayanaswamy, M., Piler, M.B., 2009. Effect of maternal exposure of fluoride on biometals and oxidative stress parameters in developing CNS of rat. Biol. Trace Elem. Res. 133, 71.

Ortiz-Luna, J.A., Acle-Tomasini, G., 2006. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol. 42, 17–21.

Pakkila, F., Mannisto, T., Pouta, A., Hartikainen, A.L., Ruokonen, A., Surcel, H.M., et al., 2014. The impact of gestational thyroid hormone concentrations on ADHD symptoms of the child. J. Clin. Endocrinol. Metab. 99, E1–E8.

Pal, S., Sarkar, C., 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Environ. Toxicol. Pharmacol. 38, 684–699.

Perera, F.P., Wheelock, K., Wang, Y., Tang, D., Margolis, A.E., Badia, G., et al., 2018. Combined effects of prenatal exposure to polycyclic aromatic hydrocarbons and material hardship on child ADHD behavior problems. Environ. Res. 160, 506–513.

Petersen, P.E., Baez, R., Marthaler, T., 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. World Health Organization.

Polanczyk, G., De Lima, M.S., Horta, B.L., Biederman, J., Rohde, L.A., 2007. The worldwide prevalence of ADHD: a systematic review and metaregression analysis. Am. J. Psychiatr. 164, 942–948.

Polańska, K., Jurewicz, J., Hanke, W., 2012. Exposure to environmental and lifestyle factors and attention-deficit/hyperactivity disorder in children—a review of epidemiological studies. Int. J. Occup. Med. Environ. Health 25, 330–355.

Posthuma, D., Polderman, T.J.C., 2013. What have we learned from recent twin studies about the etiology of neurodevelopmental disorders? Curr. Opin. Neurol. 26, 111–121.

Rovet, J.F., Hepworth, S.L., 2001. Dissociating attention deficits in children with ADHD and congenital hypothyroidism using multiple CPTS. J. Child Psychol. Psychiatry 42, 1049–1056.

Sentís, A., Sunyer, J., Dalmau-Bueno, A., Andiarena, A., Ballester, F., Cirach, M., et al., 2017. Prenatal and postnatal exposure to No2 and child attentional function at 4–5 years of age. Environ. Int. 106, 170–177.

Shen, Y.-W., Taves, D.R., 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am. J. Obstet. Gynecol. 119, 205–207.

Singh, N., Verma, K.G., Verma, P., Sidhu, G.S., Sachdeva, S., 2014. A comparative study of fluoride ingestion levels, serum thyroid hormone & TSH level derangements,

dental fluorosis status among school children from endemic and non-endemic fluorosis areas. Springerplus 3, 7.

Skeaff, S., Te Morenga, L., 2017. Nutrition Society of New Zealand Annual Conference held in Wellington, New Zealand, 1–4 December 2015. Nutrients 9, 239.

Stagnaro-Green, A., Rovet, J., 2016. Pregnancy: maternal thyroid function in pregnancy - a tale of two tails. Nat. Rev. Endocrinol. 12, 10–11.

Swarup, D., Dwivedi, S., Dey, S., Ray, S., 1998. Fluoride intoxication in bovines due to industrial pollution. Indian J. Anim. Sci. 68, 605–608.

Thomas, D.B., Basu, N., Martinez-Mier, E.A., Sanchez, B.N., Zhang, Z., Liu, Y., et al., 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ. Res. 150, 489–495.

Thompson, W., Russell, G., Baragwanath, G., Matthews, J., Vaidya, B., Thompson-Coon, J., 2018. Maternal thyroid hormone insufficiency during pregnancy and risk of neurodevelopmental disorders in offspring: a systematic review and meta-analysis. Clin. Endocrinol. 88, 575–584.

USDA (U.S. Department of Agriculture), 2005. USDA National Fluoride Database of Selected Beverages and Foods - Release 2. Nutrient Data Laboratory, Beltsville Human Nutrition Research Center, Agricultural Research Service, U.S. Department of Agriculture [online] Available: https://data.nal.usda.gov/dataset/usda-national-fluoride-database-selected-beverages-and-foods-release-2-2005.

U.S. Environmental Protection Agency, 2010. Fluoride: exposure and relative source contribution analysis. In: Office of Water, 820-R-10-015, pp. 210. http://water.epa.gov/action/advisories/drinking/fluoride_index.cfm.

Vreugdenhil, H.J.I., Mulder, P.G.H., Emmen, H.H., Weisglas-Kuperus, N., 2004. Effects of perinatal exposure to PCBs on neuropsychological functions in the Rotterdam cohort at 9 years of age. Neuropsychology 18, 185–193.

Yang, Y., Wang, X., Guo, X., Hu, P., 2008. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. Fluoride 41, 336–339.

Yasmin, S., Ranjan, S., Hilaluddin, D'Souza, D., 2013. Effect of excess fluoride ingestion on human thyroid function in Gaya region, Bihar, India. Toxicol. Environ. Chem. 95, 1235–1243.

# Appendix C

Howard Hu, M.D., M.P.H., Sc.D.
Consultant in Occupational and Environmental Medicine & Epidemiology[1]
Depositions, Trials, in US federal or state court cases, the last 5 years (2014-present, as of June, 2019)

DESCRIPTION: In each of these cases, Dr. Hu served as either a consultant in occupational and environmental medicine & epidemiology who evaluated a particular patient and rendered an expert opinion, and/or as a consultant in occupational and environmental medicine & epidemiology who reviewed the literature on a particular issue with respect to causality and rendered a scientific opinion.

| DATE | TYPE | CASE | CLIENT |
|------|------|------|--------|
| 9/12/14 | Deposition | Deborah Oates (Workers Comp) | Timothy J. MacDonald, Flint, MI |
| 8/17/17 | Deposition | Buckler v. JCI | Burg, Simpson, Eldredge, Hersh, Jardine PC, Attorneys at Law, Englewood, CO |
| 5/16/19 | Deposition | A.O.A., et al. v. Doe Run Resources Corporation, et al., Case No. 4:11-CV-00044-CDP | Schlichter, Bogard & Denton, LLP, St. Louis, MO |

---

[1] Current academic position, as of July 1, 2018 Affiliate Professor, University of Washington School of Public Health, Seattle, WA; Adjunct Professor, University of Michigan School of Public Health, Ann Arbor, MI; hhu5@uw.edu ; consultant email address: howardhu2225@gmail.com

## SUMMARY OF THE FACTS AND OPINIONS TO WHICH DR. HOWARD HU IS EXPECTED TO TESTIFY

**(1) The ELEMENT prospective cohort studies of fluoride's neurodevelopmental effects are methodologically rigorous studies that provide scientifically reliable and robust results.**

ELEMENT (Early Life Exposures in Mexico to Environmental Toxicants) is a pregnancy and birth cohort that Dr. Hu co-founded in 1993 in partnership with the Instituto Nacional de Salud Publica (INSP—the National Institute of Public Health in Mexico) and that has been continuously funded since 1993 by grants from the U.S. National Institute for Environmental Health Sciences (NIEHS). It has had the general aim of understanding the impact of early life environmental exposures on developmental outcomes. Since its inception, ELEMENT has evolved into a highly successful, award-winning project involving collaborators at INSP, the University of Michigan, and other academic institutions in the U.S. and Mexico. It has generated over 70 high-impact publications and provided evidence contributing towards environmental health policies around the world. For example, as noted in a joint publication by NIEHS and EPA, "evidence from ELEMENT has informed U.S. and Mexican lead exposure guidelines, including the 2010 CDC "Guidelines for the identification and Management of Lead Exposure in Pregnant and Lactating Women," among others. (NIEHS/EPA 2017).

Dr. Hu's project on fluoride and neurobehavioral development began in 2012, leveraging the unique ELEMENT resources of archived biological samples and data to measure the prenatal and postnatal exposures of ELEMENT offspring to fluoride and relate those measurements to rigorously measured neurobehavioral outcomes taken at multiple points of time. As NIEHS and EPA have recognized, "archives of biological samples from birth cohort studies . . . provide critical information on the prenatal and childhood determinants of adult disease." (NIEHS/EPA 2017).

The ELEMENT cohort consists of mother-child pairs in which the mothers were enrolled before or during early pregnancy.  All were attending several maternity hospitals in Mexico City. Samples of maternal urine taken during pregnancy which had been archived were analyzed for fluoride content.  Urine fluoride is a biomarker of total fluoride exposure from all sources.  Socio-demographic and health information had also been collected from the women.  Other factors that could be associated with neurodevelopmental outcomes were also measured, including maternal age, maternal education, maternal IQ, birth order, birth weight, gestational age at delivery, maternal smoking, quality of the children's home environment (HOME score), and maternal exposure to known neurotoxins such as lead and mercury.

All urine analyses were conducted rigorously, with documented QC/QA procedures described in the published papers, as discussed further below.  The neurocognitive (IQ) tests and measures of ADHD were conducted blind to the fluoride exposure level of the mother and child, and used widely accepted assessment methods for measuring neurocognitive and neurobehavioral function.  Other covariates, such as Pb and Hg were measured using similarly rigorous and widely accepted methods.

1

Thus far, Dr. Hu's team have published two studies on fluoride's neurodevelopmental effects, both of which were peer-reviewed in leading scientific journals.  Extensive details of methods and analyses were included in both papers, as discussed herein.

Methods of 2017 Study on IQ (Bashash, et al 2017)

### Participants

Of the four ELEMENT cohorts that have been described elsewhere (Afeiche et al. 2011), Cohort 1 and Cohort 2B recruited participants at birth and did not have archived maternal-pregnancy urine samples required for this analysis; they were thus excluded. Mothers for Cohort 2A ($n$ = 327) and 3 ($n$ = 670) were all recruited from the same three hospitals in Mexico City that serve low-to- moderate income populations. Cohort 2A was an observational study of prenatal lead exposure and neurodevelopmental outcomes in children (Hu et al. 2006). Women who were planning to become pregnant or were pregnant were recruited during May 1997-July 1999 and were considered eligible if they consented to participate; were < 14 wk of gestation at the time of recruitment; planned to stay in the Mexico City study area for at least 5 y; did not report a history of psychiatric disorders, high- risk pregnancies, gestational diabetes; did not report current use of daily alcohol, illegal drugs, and continuous prescription drugs; and were not diagnosed with preeclampsia, renal disease, circulatory diseases, hypertension, and seizures during the index pregnancy.

Cohort 3 mothers were pregnant women (<14wk of gestation) recruited from 2001 to 2003 for a randomized trial of the effect of calcium supplementation during pregnancy on maternal blood lead levels (Ettinger et al. 2009). Eligibility criteria were the same as for Cohort 2A, and 670 agreed to participate.

### Exposure Assessment

By virtue of living in Mexico, individuals participating in the study have been exposed to fluoridated salt (at 250 ppm). A study by Martinez-Mier (2005) analyzed 48 samples of the most popular brands of salt, obtained from supermarkets in Mexico City.  The samples had a mean fluoride content of 232 ppm, which is within the range recommended for fluoridated salt in Mexico.

Exposure to fluoride in drinking water was likely minimal, as a recent study by Dr. Hu's team found that the average concentration of fluoride in tap water and bottled water in Mexico City is 0.14 ppm and 0.16 ppm, respectively. (Cantoral, et al. 2019). Salt fluoridation programs are designed to produce "optimal" daily fluoride exposures that approximate the exposures that are found in areas with artificially fluoridated drinking water.

Mother-child pairs with at least one archived urine sample from pregnancy and measures of neurocognitive function in the offspring were included in this study. In terms of when the archived samples were collected, the pregnant mothers were invited for assessments with the collection of samples during trimester 1 (13.6 ±2.1 wk for Cohort 3 and 13.7 ± 3.5 wk for Cohort 2A), trimester 2 (25.1 ± 2.3 wk for Cohort 3 and 24.4 ± 2.9 wk for Cohort 2A), and trimester 3 (33.9 ± 2.2 wk for Cohort 3 and 35.0 ± 1.8 wk for Cohort 2A).

2

A spot (second morning void) urine sample was targeted for collection during each trimester of pregnancy of ELEMENT mothers as well as the offspring children at the time of their measurements of intelligence at 6-12 y old. The samples were collected into fluoride-free containers and immediately frozen at the field site and shipped and stored at -20°C at the Harvard T. H. Chan School of Public Health (HSPH), and then at -80°C at the University of Michigan School of Public Health (UMSPH).

A procedure for urine analysis of fluoride described elsewhere (Martinez-Mier et al. 2011) was adapted and modified for this study. The fluoride content of the urine samples was measured using ion-selective electrode-based assays. Quality control measures included daily instrument calibration, procedural blanks, replicate runs, and the use of certified reference materials (Institut National de Sante Publique du Quebec, Cat #s 0910 and 1007; NIST3183, Fluoride Anion Standard). Urinary fluoride concentrations were measured at the UMSPH and the Indiana University Oral Health Research Institute (OHRI) as previously described (Thomas et al. 2016). A validation study comparing measures taken by the two labs in the same samples revealed a between-lab correlation of 0.92 (Thomas et al. 2016).

There were a total of 1,484 prenatal samples measured at the UMSPH lab. All of these samples were measured in duplicate. Of these, 305 (20%) of them did not meet the quality control criteria for ion-selective electrode-based methods (i.e., RSD<20% for samples with F level <0.2 ppm or RSD<10% when F level >0.2 ppm) (Martinez-Mier et al. 2011). Of these 305, 108 had a second aliquot available and were successfully measured at the OHRI lab in Indiana (sufficient urine volume was not available for the remaining 197 samples). The OHRI lab in Indiana also measured an additional 289 samples. Of the 397 total samples measured at the OHRI lab in Indiana, 139 (35%) were measured in duplicate, for which >95% complied with the quality control criteria above; thus, all 139 values were retained. The remaining 258 (65%) were not measured in duplicate because of limitations in available urine volume, but were included in the study given the excellent quality control at the OHRI lab. In total, there were 1,576 prenatal urine samples with acceptable measures of fluoride.

Of these 1,576 urine samples, 887 also had data on urinary creatinine and were associated with mother-offspring pairs who had data on the covariates of interest and GCI or IQ in the offspring. The urinary creatinine data were used to correct for variations in urine dilution at the time of measurement (Baez et al. 2014). Creatinine-adjusted urinary fluoride concentrations were obtained for each maternally derived sample by dividing the fluoride concentration (MUF) in the sample by the sample's creatinine concentration (MUC), and multiplying by the average creatinine concentration of samples available at each trimester (MUCaverage). The values of average creatinine concentration used for the MUCaverage at each trimester were derived from the larger pool of trimester-1, -2, and -3 samples from Cohorts 2A and 3 examined in a previous report on maternal fluoride biomarker levels (Thomas et al. 2016): 100.81, 81.60, and 72.41 (mg/L), respectively. For each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure (MUFcr). For children, as creatinine measurements were not available, urinary fluoride values (CUF) were corrected for specific gravity (SG) using the formula $CUF_{sg} = CUF (1.02 - 1)/(SG-1)$ (Usuda et al. 2007).

3

After calculating MUFcr for the 887 urine samples noted above, 10 values of MUFcr were identified as extreme outliers (>3.5SDs) and were dropped, leaving 877 measures of MUFcr. These 877 measures of MUFC1 stemmed from 512 unique mothers. Of these 512, 71 participants had measurements from each of the three trimesters; 224 had measurements from two of the three trimesters (74, T1 and T2; 131, T1 and T3; and 19, T2 and T3); and 217 had measurements from only one of the trimesters (159, Tl; 34, T2; and 24, T3).

### Measurement of Outcomes

At age 4 years, neurocognitive outcomes were measured using a standardized version of McCarthy Scales of Children's Abilities (MSCA) translated into Spanish (McCarthy 1991). MSCA evaluates verbal, perceptual-performance, quantitative, memory, and motor abilities of preschool-aged children, and it has previously been successfully used in translated versions (Braun et al. 2012; Julvez et al. 2007; Kordas et al. 2011; Puertas et al. 2010). For this analysis, Dr. Hu's team focused on the General Cognitive Index (GCI), which is the standardized composite score produced by the MSCA (McCarthy 1991). For children 6-12 y old a Spanish-version of the Wechsler Abbreviated Scale of Intelligence (WASI) (Wechsler 1999) was administered. WASI includes four subtests (Vocabulary, Similarities, Block Design, and Matrix Reasoning), which provide estimates of Verbal, Performance, and Full-Scale IQ (Wechsler 1999). Both tests were administered by a team of three psychologists who were trained and supervised by an experienced developmental psychologist (L.S.). This team of three psychologists applied all of the McCarthy tests as well as the WASI-FSIQ tests. At the time of follow-up visits (age 4 and 6-12 y), each child was evaluated by one of the psychologists who was blind to the children's fluoride exposure. The inter-examiner reliability of the psychologists was evaluated by having all three psychologists participate in assessments on a set of 30 individuals. For these 30, the inter-examiner reliability of the psychologists was evaluated by calculating the correlation in GCI scores by two of the psychologists with the scores of a third psychologist whom they observed applying the test in all three possible combinations with 10 participants for each observers-examiner pair (i.e., psychologist A (applicant) was observed by psychologist B and psychologist C; psychologist B (applicant) was observed by psychologist A and psychologist C; and psychologist C (applicant) was observed by psychologist A and psychologist B). The mean observer-examiner correlation was 0.99. All raw scores were standardized for age and sex (McCarthy 1991). Inter-examiner reliability was not examined on the WASI test.

### Measurement of Covariates

Data were collected from each subject by questionnaire on maternal age (and date of birth), education, and marital status at the first pregnancy visit; on birth order, birth weight, and gestational age at delivery; and on maternal smoking at every prenatal and postnatal visit. Gestational age was estimated by registered nurses. Maternal IQ was estimated using selected subtests of the Wechsler Adult Intelligence Scale (WAIS)-Spanish (Information, Comprehension, Similarities, and Block Design), which was standardized for Mexican adults (Renteria et al. 2008; Wechsler et al. 1981). Maternal IQ was measured at the study visit 6 mo after birth or at the 12-mo visit if the earlier visit was not completed.

4

The quality of the children's individual home environments was assessed using an age-appropriate version of the HOME score. However, the measure was not available for all observations because it was only added to on-going cohort evaluation protocols beginning in April 2003, when a version of the HOME score instrument that is age-appropriate for children 0-5 y old was adopted, following which a version of the HOME score instrument that is age-appropriate for children >6y old was adopted in September 2009 (Caldwell and Bradley 2003). Thus, the study adjusted for HOME score using the measures for 0- to 5-y-old children in the subset of children who had this data in analyses of GCI, and adjusted for HOME score using the measures for >6-y-old children in the subset of children who had this data in analyses of IQ.

### *Statistical Analyses*

Univariate distributions and descriptive statistics were obtained for all exposure variables, outcome variables, and model covariates. For each variable, observations were classified as outliers if they were outside the bounds of the mean±3.5 SDs. Primary analyses were conducted with exposure and outcome outliers excluded. Statistical tests of bivariate associations were conducted using chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the means of the outcomes or exposure within groups defined according to the distribution of each covariate. Spearman correlation coefficients were used to measure the correlation between MUFcr and CUFsg. Regression models were used to assess the adjusted associations between prenatal fluoride and each neurocognitive outcome separately. Generalized additive models (GAMs) were used to visualize the adjusted association between fluoride exposure and measures of intelligence [SAS statistical software (version 9.4; SAS Institute Inc.)]. Because the pattern appeared curvilinear, and because GAMs do not yield exact p-values for deviations from linearity, a Wald *p*-value of a quadratic term of fluoride exposure was used to test the null hypothesis that a quadratic model fit the data better than the model assuming a linear relationship, and thus obtained a p-value for deviation from linearity of the fluoride-outcome associations. Residual diagnostics were used to examine other model assumptions and identify any additional potentially influential observations. Visual inspection of default studentized residual versus leverage plot from SAS PROC REG did not identify potential influential observations. Visual inspection of the histogram of the residuals did not indicate lack of normality; however, a fanning pattern in the residual versus predicted value plot indicated lack of constant variance (data not shown). Hence, robust standard errors were obtained using the "empirical" option in SAS PROC GENMOD.

The overall strategy for selecting covariates for adjustment was to identify those that are well known to have potential associations with either fluoride exposure or cognitive outcomes and/or are typically adjusted for as potential confounders in analyses of environmental toxicants and cognition. All models were adjusted for gestational age at birth (in weeks), birthweight (kilograms), birth order (first born yes vs. no), sex, and child's age at the time of the neurocognitive test (in years). All models were also adjusted for maternal characteristics including marital status (married vs. others), smoking history (ever-smoker vs. never-smoker), age at delivery, IQ, and education (itself also a proxy for socioeconomic status). Finally, all models adjusted for potential cohort effects by including indicator variables denoting from which cohort (Cohort 2A, Cohort 3 + Ca supplement, and Cohort 3 -placebo) the participants came. Dr. Hu's team used 0.5 mg/L, which was close to the interquartile range of MUFcr for the analyses of both GCI (IQR = 0.45)

5

and IQ (IQR = 0.48), as a standard measure of incremental exposure. SAS statistical software (version 9.4; SAS Institute Inc.) was used for all data analyses described.

*Sensitivity Analyses*

Models were further adjusted for variables that relate to relatively well-known potential confounders (but for which a significant amount of data was missing) and variables that were less-well known but possible confounders. The HOME scores were subject to sensitivity analyses because, as noted in the "Methods" section, they were not added to the subject evaluation protocols until 2003, resulting in a significantly smaller subsample of participants with this data. Models of the association between prenatal fluoride exposure (MUFcr) and IQ at 6-12 y old were also adjusted for the child's urine fluoride concentration at 6-12 y of age (CUFsg), a measure that was collected in a significantly smaller subset of individuals, to evaluate the potential role of contemporaneous exposure. Associations between prenatal fluoride exposure (MUFcr) and GCI at 4 y old could not be adjusted for contemporaneous fluoride exposure because urine samples were not collected from children when the MSCA (from which the GCI is derived) was administered. Maternal bone lead measured by a 109-Cd K-X-ray fluorescence (KXRF) instrument at 1 month postpartum, a proxy for lead exposure from mobilized maternal bone lead stores during pregnancy (Hu et al. 2006), was included in the model to test for the possible confounding effect of lead exposure during pregnancy. Dr. Hu's team focused on the subset of women who had patella bone lead values because these were found to be most influential in a previous prospective study of offspring cognition (Gomaa et al. 2002). Average maternal mercury level during pregnancy was also tested for being a potential confounder (Grandjean and Herz 2011). Mercury was measured as total mercury content in the subsample of women who had samples of archived whole blood samples taken during pregnancy with sufficient volume to be analyzed using a Direct Mercury Analyzer 80 (DMA-80, Milestone Inc., Shelton, CT, USA) as previously described (Basu et al. 2014).

To address the potential confounding effect of socioeconomic status (SES), Dr. Hu's team conducted sensitivity analyses that adjusted their model for SES (family possession score). The socioeconomic questionnaire asked about the availability of certain items and assets in the home. Point values were assigned to each item, and SES was calculated based on the sum of the points across all items (Huang et al. 2016). Given that the calcium intervention theoretically could have modified the impact of fluoride, in examining their results, Dr. Hu's team repeated the analyses with and without the Cohort 3 participants who were randomized to the calcium intervention to omit any potential confounding effect of this intervention. Another sensitivity test was performed to examine the potential effect of the psychologist who performed the WASI test by including tester in the regression model. The information about psychologists who performed the WASI was available for 75% of participants, as recording this data was added later to the study protocol. Dr. Hu's team also re-ran models with exposure outliers included as a sensitivity step. Finally, Dr. Hu's team ran models that focused on the cross-sectional relationship between children's exposure to fluoride (reflected by CUFsg) and IQ score, unadjusted; adjusting for the main covariates of interest; and adjusting for prenatal exposure (MUFcr) as well as the covariates of interest.

6

Methods of 2017 Study on Fluoride & ADHD Symptoms (Bashash, et al 2018)

### Study population

In this study, Dr. Hu's team included mother-child pairs from two of the four ELEMENT cohorts (cohorts 2A and 3) for which maternal urinary samples during trimesters of pregnancy were available. Participants in cohort 2A were recruited between 1997 and 1999 whereas participants in cohort 3 were recruited between 2001 and 2003. Dr. Hu's team included participants if they had at least one archived urine sample from pregnancy, were <14 weeks of gestation at the time of recruitment, and their children underwent behavioral testing between the ages of 6 and 12, as described in Dr. Hu's 2017 study. Participants were excluded if they reported a history of psychiatric disorder(s), if there were medical complications (i.e. high- risk pregnancy, gestational diabetes, pre-eclampsia, renal disease, circulatory diseases, hypertension, continuous use of prescription drugs, or seizures during the index pregnancy), or if there was known maternal alcohol or illegal drug use during pregnancy. The study procedures were approved by the Institutional Review Boards of the National Institute of Public Health of Mexico, University of Michigan, Indiana University, University of Toronto, and Harvard School of Public Health, as well as participating clinics. Written informed consent was obtained from all participating families prior to study evaluation.

### Fluoride measurements

Concentration of fluoride measured in maternal urinary samples was used as biomarker of prenatal fluoride exposure. Urine has been described as a suitable biomarker for fluoride since it serves as the main pathway through which fluoride is eliminated from the body and excretion is proportional to the total fluoride intake, but modified by factors like diet and various systemic conditions, such as recent fluoride exposure and urinary pH, as well as variation in creatinine excretion by muscle mass, age, sex, and other factors (Barr et al., 2005; Aylward et al., 2015). Ideally, overnight fasting or 24-hour urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure in order to limit diurnal variations and the influence of diet associated with spot samples (Petersen et al., 2014). Because 24-hour urinary samples were not available in the sample, Dr. Hu's team used spot samples that were corrected for urinary dilution using urinary creatinine, as described elsewhere (Petersen et al., 2014). Each woman in the study provided at least one spot (second morning void) urine sample (Thomas et al., 2016) during pregnancy (range: 10 to 38 weeks). Dr. Hu's team then calculated the average of all available creatinine-adjusted maternal urinary fluoride (MUF) concentrations, using the same method described in Dr. Hu's 2017 study.

Further information regarding participant recruitment, data collection methods, as well as methods for fluoride sample shipping, storage, and analysis are described in Dr. Hu's 2017 study.

### Attention outcomes

Behaviors associated with ADHD were assessed using the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD (Ortiz-Luna and Acle-Tomasini, 2006). The CRS-R contains three ADHD scales that correspond with the Diagnostic and Statistical Manual of Mental Disorders - 4th edition (DSM-

7

IV) criteria for ADHD: 1) DSM-IV Inattention Index, 2) DSM-IV Hyperactive-Impulsive Index, and 3) DSM-IV Total Index (inattentive and hyperactive-impulsive behaviors combined). It also examines seven types of behavior problems that were derived through factor analysis, including: Oppositional, Anxious-Shy, Cognitive Problem/Inattention, Hyperactivity, Perfectionism, Psychosomatic, and Social Problems. In addition, the CRS-R contains four index scores that were derived based on theory and prior research: Conners' ADHD Index; Conners' Global Index (CGI): Restless-Impulsive; CGI: Emotional Lability, and CGI. For the purpose of the study, Dr. Hu's team examined the three DSM-IV ADHD scales as the primary outcomes because these scales are intended to screen for ADHD, and are commonly used to study the association between diverse environmental contaminants and ADHD-behavior problems (Huang et al., 2016; Perera et al., 2018). Dr. Hu's team also examined outcomes from two behavior scales (Cognitive Problem/ Inattention and Hyperactivity) and two index scores (Conners' ADHD Index and CGI: Restless-Impulsive), as done in Dr. Hu's prior work with lead (Huang et al., 2016). The Conners' ADHD Index, in particular, has been shown to exhibit favorable specificity and sensitivity in ADHD assessment (Chang et al., 2016). In addition, Dr. Hu's team assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition), a computer-administered signal detection paradigm (Conners, 2000). Using the CPT-II, Dr. Hu's team measured errors of omission and commission, and hit reaction time (response latency). Mothers completed the CRS-R at the same follow-up visits that the child completed the CPT-II. All measures were standardized for age- and sex. Higher T-scores (mean of 50, SD of 10) indicate poorer performance. All psychometric tests were applied under the supervision of an experienced psychologist (LS).

### *Measurement of covariates*

Covariate data were individually obtained throughout the duration of the study. During the first pregnancy visit, questionnaires were used to collect information concerning maternal age, maternal education, history of smoking, and marital status. At delivery, information regarding birth weight, child sex, birth order, and gestational age (calculated by nurses) was obtained. Mothers also responded to a socioeconomic status questionnaire (Bashash et al., 2017) during the visit when the psychometric tests were administered. Individual items on this questionnaire assess the ability of households to meet the needs of its members in terms of housing, health, energy, technology, prevention and intellectual development; an overall score was derived by summing across each item. The Home Observation for Measurement of the Environment (HOME) Inventory, a semi-structured interview that measures quality and quantity of the caregiving environment, was administered in a subset of participants at approximately the same time as the visits for the neurobehavioral tests.

### *Data analysis*

Univariate statistics, appropriate transformations, and graphical displays were obtained for all variables before bivariate analyses. Bivariate analysis of the data included Chi-square tests for categorical variables and analysis of variance (ANOVA) to compare the continuous outcomes or exposure within groups defined according to the distribution of each covariate. In initial fully adjusted linear regression models, the outcomes demonstrated highly skewed residuals (with the exception of CPT-II commission score and hit reaction time). Thus, to address the skewness of the

8

residuals, gamma regression was used to examine the adjusted association between prenatal fluoride and each neurobehavioral outcome instead of log transformation, which may obscure model interpretation. In the gamma regression, Dr. Hu's team selected an identity link, so that the interpretation for the regression coefficients is the same as the linear regression (i.e., absolute difference in the mean of the outcome per unit change in predictor). All statistical analyses were performed in SAS software version 9.4.

Covariates were selected a priori based on their theoretical relevance or observed associations with fluoride exposure, and/or the analyzed neurobehavioral outcomes. As such, models were adjusted for the following maternal characteristics: age at delivery (continuous, in years), years of education (continuous, in years), marital status (married vs. others), and smoking history (ever- smoker vs. non-smoker). Models were further adjusted for the following child characteristics: gestational age at birth (continuous, in weeks), age at neurobehavioral measurement (continuous, in years), sex (female vs. male), and birth order (first born vs. others), and socioeconomic status through a continuous measure based on reported possessions and household assets (Thomas et al., 2016). Lastly, models adjusted for potential cohort and Ca intervention effects through inclusion of a variable denoting from which study the participants originated (cohort 2 - A, an observational cohort), cohort 3 subjects who were randomized to the calcium supplement (cohort 3 - Ca+), and cohort 3 subjects who were randomized to the placebo (cohort 3 - Placebo) (Bashash et al., 2017).

Other potential confounders that were examined in sensitivity analyses involving subsets of participants included the home environment (i.e. HOME score) assessed at the time of outcome measurement, child contemporaneous fluoride exposure measured by child urinary fluoride adjusted for specific gravity (CUFsg), as well as maternal blood mercury and maternal bone lead levels (a proxy for prenatal lead exposure to the fetus) given that both are established neurodevelopmental toxicants. This was done through identifying and including the subset of cases with data on each respective variable. In each subset, results were then compared between the model adjusting for that variable and the model not adjusting for that variable.

Model diagnostics were used to assess for violations of the model assumptions and for identification of remaining influential observations. Cook's D identified three exposure observations as potentially influential to the model results, and models were run with and without these observations (Supplementary Fig. SI). Generalized additive models (GAMs), estimated via cross validation in the R software, were used to visualize the adjusted association between fluoride exposure and measures of attention to examine potential non-linearity. Non-linearity of the fluoride-outcome association was tested through the inclusion of a quadratic term in the model, and found to be significant in four out of ten of the models (see Fig. 2 and Supplementary Fig. 1). Dr. Hu's team applied the Benjamini-Hochberg false discovery rate (FDR) procedure to address multiple testing corrections, using a false discovery rate of $Q = 0.05$ and $m = 10$ tests to determine significance (Benjamini and Hochberg, 1995).

9

General Considerations for Both Studies Regarding Arsenic and Iodine

Two factors that were not adjusted for in Dr. Hu's two studies on fluoride and neurodevelopment were arsenic and iodine. However, since fluoridated salt rather than naturally elevated fluoride in drinking water was the main source of fluoride exposure in the ELEMENT cohort, it is unlikely that arsenic could have confounded the relationships that were found between fluoride and neurological outcomes. Fluoridated salt is unlikely to contain appreciable arsenic, so the main source of fluoride is unlikely to have any association with arsenic. Further, arsenic contamination of water has not been reported in Mexico City, nor is there evidence that arsenic in Mexico City is correlated with the (relatively minimal) levels of fluoride.

In Mexico, a major source of iodine for many women is iodized salt and studies have found it provides adequate iodine to pregnant women [Garcia-Solis et al 2011]. Iodized salt is usually fluoridated as well, and fluoridated salt was the main source of fluoride in the ELEMENT cohort. Therefore, women with higher fluoride intake would also likely have higher iodine intake. Since iodine is considered protective against loss of IQ, lack of adjustment for iodine intake would have been more likely to attenuate the loss of IQ from fluoride, rather than spuriously inflate it.

Summary of Methodological Strengths

Both of Dr. Hu's published ELEMENT cohort studies on fluoride and neurodevelopment are methodologically rigorous epidemiological studies. Specifically:

- The studies use a longitudinal cohort design, with all exposure, outcome, and covariate data measured at the individual level. This is the strongest study design for investigating health effects from environmental chemicals.
- Exposures were measured and expressed on a continuous or ratio scale allowing dose-response relationships to be derived.
- Detailed explanation of the statistical methods used were provided, sufficient to allow replication of the analyses. The validity of the statistical methods was carefully vetted during and extensive peer review.
- Participant inclusion criteria are thoroughly described so that the risk of selection bias can be evaluated. Participants were selected before fluoride exposures or outcomes could be known and it is unlikely that fluoride exposure could have influenced drop-out rates since the mothers would have been unaware of their level of fluoride exposure. Furthermore, the mothers' fluoride exposures would presumably not have any direct effects on the mothers' health or behavior that could influence drop-out rates of the mothers. As for drop out of their children, if prenatal fluoride has a true effect on neurobehavioral outcomes, that might affect their drop out rates but the result would be a bias toward the null for the final results, not bias to create a spurious effect. That is because the drop outs were caused by F exposure rather than an extraneous third factor. Therefore, no confounding would occur. Based on these considerations, there is very low risk of upwardly biased results due to selection bias or participant drop out.

10

- The neurobehavioral outcome measures used in Bashash 2017 have been extensively validated, and are standard measures used in the field, commonly known as IQ tests. Outcome measures were the General Cognitive Index (GCI) from the McCarthy Scales of Children's Abilities (MSCA, Spanish language edition) and Wechsler Abbreviated Scale of Intelligence, Full Scale Intelligence Quotient (WASI-FSIQ, Spanish language edition). All tests were administered by trained psychologists who were blind to the F exposure of the children. An assessment of inter-examiner reliability found 99% correlation.
- For Bashash 2018, the neurobehavioral outcome measures were components of the Spanish version of the Conners' Rating Scales-Revised (CRS-R) (Conners, 1997), which has been validated for the evaluation of ADHD. Dr. Hu's team separately assessed sustained attention and inhibitory control using the Conners' Continuous Performance Test (CPT-II, 2nd Edition). An experienced psychologist supervised both tests.
- All outcome measures were validated.
- A large number of potential confounders were considered in the study, and where deemed appropriate, controlled for. Potential confounders were considered based on prior epidemiological evidence with fluoride neurotoxicity and neurotoxicity from other agents.
- Loss to follow-up. Loss to follow-up is also called drop-out. As described above, there is little chance that drop-outs from the ELEMENT study design could cause bias so that the results are overestimates of effect or a spurious effect when no true effect exists.
- Minimum follow-up time. There may be some delays in the ability to measure neurotoxic harm. However, since these studies found statistically significant effects, they can be considered to have had a sufficient follow-up time. Only if they had not detected a significant effect could they be downgraded for possible insufficient follow-up time.
- Quality of the exposure measurement methods. These studies used maternal urine as the fluoride exposure measure. They corrected for dilution using creatine adjustment or specific gravity. Although slightly more accurate measures have been suggested, the only study which has used potentially more accurate measures is the Green 2019 study. The Green study was restricted to women who had urine F measures for each of the three trimesters, and averaged those 3 values. In the ELEMENT cohort, for each woman, an average of all her available creatinine-adjusted urinary fluoride concentrations during pregnancy (maximum three samples and minimum one sample) was computed and used as the exposure measure (MUFcr). While this exposure metric inevitably introduces imprecision into the exposure estimate, this imprecision will be random and thus bias the results toward the null.
- Detailed information on exposure variability was reported.
- Individual-level continuous exposure information for every subject.

11

- Specificity of the exposure indicator: Urine F is highly specific to internal exposure and is likely the most specific for fetal exposure too because blood F is difficult to measure accurately and varies rapidly over a matter of minutes.
- Blinded exposure assessment: All exposure assessments were completely blinded to outcomes or any other subject characteristics.
- Blinded health outcome assessment: Testing was done blinded to fluoride exposure.
- Sensitivity analyses and comparisons of unadjusted and adjusted models provide insight into the potential for systematic error.  Based on extensive consideration and control of potential confounders, the risk of systematic error is low in both studies.

**(2) The results of the ELEMENT prospective cohort studies are consistent with and support the conclusion that fluoride is a developmental neurotoxicant at levels of exposure seen in the general population of the USA.**

Neurodevelopmental Findings – Intelligence

In the ELEMENT cohort, higher prenatal exposure to fluoride (as indicated by average creatinine-adjusted maternal urinary fluoride concentrations during pregnancy) was associated with lower GCI scores in children at approximately 4 years old, and with lower Full-Scale IQ scores at 6-12 years old. Estimates from adjusted linear regression models suggest that mean GCI and IQ scores were about 3 and 2.5 points lower in association with a 0.5 mg/L increase in prenatal exposure, respectively. This is a notably large effect size, particularly when considering that more than 25% of pregnant women in artificially fluoridated areas have urinary fluoride levels exceeding 1.0 mg/L, with approximately 5% having in excess of 2 mg/L. (Till, et al. 2018, Table S4).

The associations with GCI appeared to be linear across the range of prenatal exposures, but there was some evidence that associations with IQ may have been limited to exposures above 0.8 mg/L. In general, the negative associations persisted in sensitivity analyses with further adjustment for other potential confounders, though the results of sensitivity analyses were based on subsets of the population with available data.

As Dr. Hu's team explained in their 2017 paper, the IQ results are generally consistent with the findings of cross-sectional studies from endemic fluorosis areas (Choi, et al. 2012; Choi, et al. 2015), as well as a previous prospective birth cohort study from Mexico (Valdez-Jiminez, et al. 2017).

Neurodevelopmental Findings – Symptoms of ADHD

In Dr. Hu's 2018 study, higher prenatal fluoride exposure, as measured by MUFcr, corresponded to more ADHD-like symptoms on the CRS-R, particularly related to inattention as indicated by the strong association with the following two scales: Cognitive Problem/Inattention, and DSM-IV Inattention. In contrast, MUFcr during pregnancy did not predict child performance on any of the hyperactivity measures (i.e. Restless-Impulsive; Hyperactivity; DSM-IV Hyperactivity-Impulsivity) nor the CPT-II outcomes.

12

In general, a 0.5 mg/L higher MUFcr (approximately the IQR) corresponded to higher scores on the CRS-R for DSM-IV Inattention (2.84 points) and Cognitive Problems and Inattention (2.54 points). Consistency in these results across both of these outcome measures strengthens the conclusion that inattention appears to be associated with prenatal exposure to fluoride. These two scales contribute to the global ADHD Index and the DSM-IV Total scores, which were also associated with higher levels of prenatal fluoride exposure; a 0.5 mg/L increase in MUFcr corresponded to a 2.38 higher point score on the DSM-IV ADHD Total Index and a 2.47 higher point score on the ADHD Index. The observed association of MUFcr and CRS-R seemed to demonstrate a ceiling effect, suggesting that higher levels of urinary fluoride concentration did not substantially increase risk of ADHD-like symptoms.

As Dr. Hu's team discussed in their paper, the association between MUFcr and symptoms of inattention are consistent with the growing body of evidence showing dose-response relationships between early-life exposure to fluoride and attention outcomes. Animal studies (Mullenix et al., 1995) reported fewer behavioral initiations and less time exhibiting exploration behaviors among male and female rats exposed to 100 or 125 ppm fluoride as weanlings (21 days postnatal) and among male rats whose mothers were injected with 0.13 mg/L of sodium fluoride on gestational days 17–19. These particular behavioral effects are suggestive of hypoactivity. In human studies, high exposure to fluoride, as reflected by the presence of moderate to severe dental fluorosis in primary teeth of children living in southern Sichuan, China, was associated with poor working memory, but not with other cognitive domains that were assessed (Choi et al., 2015). Working memory is linked with the ability to control attention and it is common for youth with ADHD to have weaknesses in working memory (Kasper et al., 2012).

Taken together, Dr. Hu's studies on the effects of prenatal fluoride exposure on childhood intelligence and symptoms of ADHD are consistent with, and support, the conclusion that fluoride is a developmental neurotoxicant.

Applicability of Findings to Communities with Artificial Water Fluoridation

As discussed in Dr. Hu's 2018 study, the maternal urine fluoride levels in the ELEMENT cohort covered a range that overlaps the range of maternal urine fluoride content found in Canada in the MIREC cohort (Thomas et al 2016, Till et al 2018). The MIREC cohort included pregnant women from across Canada of which about 40% lived in communities with fluoridated water at a concentration of about 0.6 mg/L, slightly less than the concentration currently used in most fluoridated communities in the USA, which is 0.7 mg/L. The dose-response relationship found in 4-year olds of the ELEMENT cohort, demonstrates a mean loss of about 3 IQ points in children whose mothers were in the upper 25% of exposure compared to those in the lowest 25% of exposure. This is a range that is encompassed by the range of maternal urinary fluoride content in areas with artificially fluoridated water.

The main source of fluoride in the Mexico City ELEMENT cohort was fluoridated salt rather than fluoridated water or water with a naturally elevated fluoride level. This was confirmed in a recent paper by Dr. Hu's group (Cantoral et al 2019). The Cantoral 2019 study found that the average tap water and bottled water fluoride concentration in Mexico City was less than 0.17 mg/L,

13

demonstrating the relatively low contribution from fluoride in water to total fluoride intake. An earlier study of Mexico City tap water fluoride took 172 samples from throughout the city, from locations representative of the population, and found a mean concentration of 0.22 mg/L fluoride [Martinez-Mier et al 2005].

In Mexico City, the level of fluoride added to salt is intended to produce a similar total intake as people would get if their fluoride intake came mainly from fluoridated water. Consistent with this, the mean maternal urine F concentration of 0.9 mg/L in the ELEMENT cohort was only slightly higher than that of Canadian women of the MIREC cohort (0.87 mg/L urine F) who lived in areas with artificial water fluoridation (Thomas et al 2016, Bashash et al 2017, Till et al 2018). Thus, despite different sources of fluoride, the Mexico City women had similar total fluoride intake as the Canadian women in fluoridated areas, as assessed by urine F concentration.

There is no identified reason to believe that the neurotoxic effects of fluoride would differ by the source of exposure, be it fluoridated salt or fluoridated water. Once inside the body the source of the fluoride is immaterial. The levels of F exposure found in the ELEMENT cohort are thus presumptively applicable to the levels likely to be found in communities with artificial water fluoridation.

**References:**

Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, et al.2011. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico City. Environ Health Perspect119(10):1436–1441, PMID: 21715242, doi:10.1289/ehp.1003184.

Baez R, Petersen PE, Marthaler T. 2014. Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health. Geneva, Switzerland:World Health Organization.

Bashash M, Thomas D, Hu H, Angeles Martinez-Mier E, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environmental health perspectives. 2017 Sep 19;125(9):097017.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City. Environment international. 2018 Dec 1;121:658-66.

Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, et al.2014. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res135:63–69, PMID: 25262076, doi:10.1016/j.envres.2014.08.029.

Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. R. Stat. Soc. Ser. B Methodol. 57, 289–300.

14

Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, et al.2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology33(5):1040–1047, PMID: 22579785, doi:10.1016/j.neuro.2012.04.022.

Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA. Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. Food and nutrition bulletin. 2019 Jul 25:0379572119858486.

Chang L.-Y. , M.-Y. Wang, P.-S. TsaiDiagnostic accuracy of rating scales for attention-deficit/hyperactivity disorder: a meta-analysis Pediatrics, 137 (2016)

Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson KE, Schwartz J, et al.2009. Effect of calcium supplementation on blood lead levels in pregnancy: a randomized placebo-controlled trial. Environ Health Perspect117(1):26–31, PMID: 19165383, doi:10.1289/ehp.11868.

García-Solís P, Solís-S JC, García-Gaytán AC, Reyes-Mendoza VA, Robles-Osorio L, Villarreal-Ríos E, Leal-García L, Hernández-Montiel HL. Iodine nutrition in elementary state schools of Queretaro, Mexico: correlations between urinary iodine concentration with global nutrition status and social gap index. Arquivos Brasileiros de Endocrinologia & Metabologia. 2013 Aug;57(6):473-82.

Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih SW, Gonzalez-Cossio T, et al.2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: a prospective study. Pediatrics110(1):110–118, PMID: 12093955.

Grandjean P, Herz KT. 2011. Methylmercury and brain development: imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med78(1):107–118, PMID: 21259267, doi:10.1002/msj.20228.

Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, et al.2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730–1735, PMID: 17107860, doi:10.1289/ehp.9067.

Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, et al.2016. Childhood blood lead levels and symptoms of attention deficit hyperactivity disorder (ADHD): a cross-sectional study of Mexican children. Environ Health Perspect124(6):868–874, PMID: 26645203, doi:10.1289/ehp.1510067.

Julvez J, Ribas-Fito N, Torrent M, Forns M, Garcia-Esteban R, Sunyer J. 2007. Maternal smoking habits and cognitive development of children at age 4 years in a population-based birth cohort. Int J Epidemiol 36(4):825–832, PMID: 17550944, doi:10.1093/ije/dym107.

Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, et al.2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism

is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638–643, PMID: 21592505, doi:10.1016/j.jpeds.2011.03.043.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al.2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res45(1):3–12, PMID: 21160184, doi:10.1159/000321657.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. Int Dent J55(2):93–99, PMID: 15880964.

McCarthy D. 1991. Manual for the McCarthy Scales of Children's Abilities. Spanish, User's Guide [in Spanish]. Madrid, Spain:TEA Ediciones.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol17(2):169–177, PMID: 7760776.

J.A. Ortiz-Luna, G. Acle-Tomasini. Differences in the way parents and teachers identify the symptoms of attention deficit hyperactivity disorder in Mexican children. Rev. Neurol., 42 (2006), pp. 17-21

Puertas R, Lopez-Espinosa MJ, Cruz F, Ramos R, Freire C, Pérez-García M, et al.2010. Prenatal exposure to mirex impairs neurodevelopment at age of 4 years. Neurotoxicology31(1):154–160, PMID: 19818364, doi:10.1016/j.neuro.2009.09.009.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al.2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res150:489–495, PMID: 27423051, doi:10.1016/j.envres.2016.06.046.

Usuda K, Kono K, Shimbo Y, Fujihara M, Fujimoto K, Kawano A, et al.2007. Urinary fluoride reference values determined by a fluoride ion selective electrode. Biol Trace Elem Res119(1):27–34, PMID: 17914216, doi:10.1007/s12011-007-0044-6.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, et al.2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology59:65–70, PMID: 28077305, doi:10.1016/j.neuro.2016.12.011.

Watanabe M, Kono K, Orita Y, Ydote T, Usuda K, Takahashi Y, et al.1994. Influence of dietary fluoride intake on urinary fluoride concentration and evaluation of corrected levels in spot urine. In: Proceedings of the XXth Conference of the International Society for Fluoride Research, Beijing, China. Beijing, China:Ministry of Public Health of People's Republic of China, 246–247.

Wechsler D. 1999. Wechsler Abbreviated Scale of Intelligence. San Antonio, TX:Psychological Corporation.

Wechsler D, Jorge M, Velaco A. 1981. WAIS-Español: Escala de Inteligencia para Adultos: El Manual Moderno [in Spanish]. México, DF:El Manual Moderno, S.A.

Zohouri F, Swinbank C, Maguire A, Moynihan P. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, doi:10.1111/j.1600-0528.2006.00269.x.

**FLUORIDE & IQ -- FINDINGS FROM THE MIREC COHORT**
**Expert Report of Bruce Lanphear, MD, MPH**
June 27, 2019

Along with my colleague Dr. Christine Till, I am the Co-Principal Investigator of an ongoing study that is examining the impact of early-life fluoride exposures on intellectual abilities in a cohort of mothers and offspring from Canada known as the MIREC[1] cohort. Our study of fluoride and IQ in the MIREC cohort has been funded, in part, by grants from the National Institute of Environmental Health Sciences (NIEHS). A summary of my qualifications and a list of my publications are attached as **Appendix A**.

In response to a request from counsel representing Plaintiffs, I have agreed to provide expert testimony in this matter, but only in the capacity as a non-retained expert. I am not retained and have not been provided any compensation nor employed in any capacity by any party.

If permitted to testify, I intend to offer opinions for the Court regarding the methods and findings of our MIREC study. The opinions I intend to offer are as follows:

(1) Pregnant women living in fluoridated regions in Canada have almost two times the amount of fluoride in their urine as women living in non-fluoridated regions (Till et al. 2018).

(2) The average urinary fluoride concentration for the MIREC pregnant women living in Canadian communities with fluoridated drinking was almost the same as those of the ELEMENT pregnant women living in Mexico City where fluoride is added to salt (Till et al. 2018; Bashash et al. 2017).

(3) Our MIREC study (Green et al., in press) significantly enhances the quality of data related to the neurotoxicity of fluoride because it employs a prospective design that includes multiple measures of fluoride exposure during pregnancy (including biomonitoring data) and IQ outcomes that have been evaluated in one of the world's most comprehensively characterized and geographically diverse birth cohorts.

(4) As with the ELEMENT study (Bashash et al. 2017), we found that prenatal fluoride exposure was significantly associated with lower intellectual abilities in 3-4 year old children. These associations remain large and significant when controlling for relevant covariates.

(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period appears to be a susceptible period of life vis-à-vis fluoride toxicity. In light of these findings, I believe it is advisable and prudent for pregnant women to begin taking steps to reduce their fluoride intake, including but not limited to reducing their consumption of fluoridated water.

(6) In the MIREC cohort, exposure to fluoridated water in infancy, particularly among formula-fed infants, was associated with diminished intellectual abilities in young children (Till et al., in review). This association remained significant after controlling for fetal fluoride exposure and other relevant covariates, suggesting that the susceptibility to fluoride's adverse neurological effects may extend into infancy.

My opinions, which I hold to a reasonable degree of scientific certainty, are based on (1) my own experience, education, and training, including my prior research on the impact of environmental chemicals on the developing brain (Lanphear 2015); as well as (2) my team's analyses of the MIREC cohort, including one paper that has been published (Till, et al. 2018, attached as **Appendix B**), one paper

---

[1] MIREC stands for Maternal-Infant Research on Environmental Chemicals. Information about MIREC can be found online at http://www.mirec-canada.ca/en/

that has been accepted for publication (Green et al. in press, attached as **Appendix C**), and one paper that is currently in review (Till et al, in review, attached as **Appendix D**). Please note that Appendix C and D are both confidential documents, and should not be publicly distributed or used for any purpose beyond this litigation.

A complete list of cases in which I have provided testimony in the previous 4 years is attached as **Appendix E**.

Bruce Lanphear
June 27, 2019

**References:**

Bashash M, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 Years of age in Mexico. Environ Health Perspect 2017; 125(9):097017.

Lanphear B. The impact of toxins on the developing brain. Annu. Rev. Public Health 2015; 36:211-30.

Green R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. Accepted (10 April 2019).

Till C, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ Health Perspect 2018; 126(10):107001.

Till C, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. In review (submitted 10 May 2019).

# APPENDIX A:
## Curriculum Vitae of Bruce Lanphear, MD, MPH

## CURRICULUM VITAE

### Bruce Perrin Lanphear, MD, MPH

**Office Address**
Blusson Hall
8888 University Drive
Burnaby, BC V5A 1S6
Canada
e-mail:  blanphear@sfu.ca

**Home and Mailing Address**
3415 Ash Street
Vancouver, BC, V5Z 3E5
TEL:   (778) 387-3939

**Date of Birth:**   January 12th, 1963

**Marital status:**   Married to Nancy Ebbesmeyer Lanphear, M.D., a developmental pediatrician

**Citizenship:**   United States of America and Canada (dual citizenship)

**Specialty:**   Board Certified in General Preventive Medicine & Public Health

## Employment

| | |
|---|---|
| 1984-1986 | Paramedic, Jackson County Jail, Kansas City, Missouri |
| 1988-1989 | Physician, International Travel Clinic, University of Cincinnati, Cincinnati, Ohio |
| 1988-1989 | Staff Physician, Sexually Transmitted Disease Clinic, Cincinnati Public Health Department, Cincinnati, Ohio |
| 1989-1992 | Assistant Professor of Environmental Health, Associate Director, Medical Center Health Services, University of Cincinnati |
| 1992-1997 | Senior Instructor, Departments of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1992-1994 | National Research Scholar Award in General Pediatric Research, University of Rochester School of Medicine and Dentistry. |
| 1992-1997 | Assistant Professor, Department of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1997-2002 | Associate Professor, Department of Pediatrics, Children's Hospital Medical Center and the University of Cincinnati, Cincinnati, Ohio. |
| 1997-2008 | Director, General Pediatric Research Fellowship Training Program, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2008 | Director, Children's Environmental Health Center, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2006 | Associate Professor (Adjunct), Departments of Pediatrics and of Environmental Medicine, University of Rochester School of Medicine & Dentistry, Rochester, NY. |
| 1998-2003 | Associate Director for Research, Division of General & Community Pediatrics, Children's Hospital Medical Center. |
| 2001-2002 | Associate Professor (tenured), Department of Pediatrics, University of Cincinnati, Cincinnati, Ohio. |
| 2001-2004 | Associate Professor (Adjunct), Department of Environmental Health Sciences, University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 2002-2008 | Sloan Professor of Children's Environmental Health, Departments of Pediatrics and Environmental Health, University of Cincinnati, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio. |

| 2008-2012 | Adjunct Professor of Pediatrics, Department of Pediatrics, Cincinnati Children's Hospital Medical Center and the University of Cincinnati. |
| 2008- | Professor of Children's Environmental Health, Faculty of Health Sciences, Simon Fraser University |
| 2008- | Clinician Scientist, Child & Family Research Institute, BC Children's Hospital, University of British Columbia |

## Education

| 1980-1985 | Bachelor of Arts in Biology |
| 1980-1986 | University of Missouri at Kansas City, Medical Degree (1986) |
| 1986-1987 | Internship, University of Arkansas for Medical Sciences, Little Rock, Arkansas |
| 1987-1988 | Tulane School of Public Health & Tropical Medicine Masters in Public Health & Tropical Medicine |
| 1987-1989 | General Preventive Medicine and Public Health Residency Tulane School of Public Health & Tropical Medicine |
| 1992-1995 | Postdoctoral Fellowship in General Academic Pediatric Research University of Rochester School of Medicine, Rochester, NY |

## Awards and Honors

| 2011 | Sterling Prize in Controversy, Simon Fraser University |
| 2012 | Research Integrity Award, International Society for Environmental Epidemiology |
| 2013 | Public Policy and Advocacy Award, Academic Pediatric Association |
| 2015 | Research Award, Academic Pediatric Association |
| 2015 | Confederation of Union Faculty Associations of British Columbia (CUFA-BC) Academic of the Year Award |
| 2018 | Lumina Award from the Women for Healthy Environmental Health, Pittsburgh, PA |

## Teaching Experience

| 1992-1997 | Course Instructor, "Public Health & the Environment", Department of Community & Preventive Medicine, The University of Rochester School of Medicine and Dentistry. A required course for MPH students taught annually. |
| 1997-2008 | Founding Director, NIH-funded, General Academic and Community Pediatric Research Fellowship Training Program, Cincinnati Children's Hospital Medical Center. This interdisciplinary, research training program, which included pediatricians, psychologists and epidemiologists, was the first training program in Children's Environmental Health. |
| 1998-2008 | Course Co-Instructor, "Children's Health & the Environment", Department of Environmental Health, The University of Cincinnati School of Medicine. A course taught every other year to MPH, PhD and postdoctoral trainees in medical subspecialties. |
| 2008- | Course Instructor, "Children's Health and the Environment". A 2-week intensive course taught annually to 4th year undergraduate students at Simon Fraser University. |
| 2011- | Course Instructor, "Plagues, Pollutants and Poverty: The Origins and Evolution of Public Health". An undergraduate course at Simon Fraser University. |

**Committee and Community Involvement**

| | |
|---|---|
| 1993-1997 | Lead Poisoning Prevention Task Force, Monroe County Health Department. |
| 1994-1997 | Investigational Review Board, Rochester General Hospital |
| 1995- | Scientific Consultant, National Center for Healthy Housing, Columbia, Maryland. |
| 1996-1997 | Member, New York State Task Force on Environmental Neurotoxins, University of Rochester School of Medicine |
| 1996-2001 | Member, National Institute for Environmental Health Sciences Grant Review Committee for Community-Based Interventions (FG) |
| 1996-1998 | Chairman, U.S. Department of Housing and Urban Development Committee on Lead-Contaminated House Dust |
| 1998 | Member, Review Group for National Research Service Awards, Health Resources and Services Administration |
| 1998-2000 | Member, Cincinnati Board of Health, Cincinnati, Ohio. |
| 1998-2001 | Member, Science and Research Work Group, Office of Children's Health Protection Advisory Committee, U.S. EPA |
| 1998-2000 | Member, Cincinnati Lead Poisoning Prevention Advisory Task Force, Cincinnati, Ohio. |
| 1999 | Member, K23 Grant Review Committee, National Institute for Environmental Health Sciences, August 1999 |
| 1999 | Member, Expert Panel on Soil Pica Behavior, Agency for Toxic Substance Disease Registry, June 7th-8th, Atlanta, Georgia |
| 2000 | Member, Panel on Health Disparities: Linking Biological and Behavioral Mechanisms with Social and Physical Environments, National Institute for Environmental Health Sciences, July 14-15th |
| 2000-2002 | Member, Workshop on Assessing Environmental Exposures to Children, U.S. Environmental Protection Agency, July 26-27th |
| 2000-2004 | Member, Children's Environmental Health Project, AAP's Child Health Research Center, Rochester, NY. |
| 2001 | Senate Testimony, "Ensuring that Children with Dangerous Levels of Lead in their Blood Receive Care as Early as Possible". Subcommittee on Housing and Transportation of the Committee on Banking, Housing and Urban Affairs, 107th U.S. Congress, November 13th, 2001. |
| 2001 | Reviewer, National Research Council, National Academy of Science Update of the 1999 Arsenic in Drinking Water Report |
| 2001-2003 | Member, Expert Panel on Children's Health and the Environment, North American Commission for Environmental Cooperation |
| 2002- | Member, Scientific Advisory Board, Scientist Communication Network. |
| 2003 | Member, "Herculaneum Health Study Workshop" Agency for Toxic Substance Diseases Registry, May 22nd to 23rd, 2003 |
| 2003-2004 | Panel Member, "Lead Poisoning in Pregnant Women", Mt. Sinai for Children's Health and the Environment, New York, NY |
| 2003 | Member, "Invitational Workshop on a proposed American Family Study" National Human Genome Research Institute, December 1st to 3rd, 2003. |

| | |
|---|---|
| 2004-2006 | Member, Committee on "Ethical Consideration for Research on Housing-Related Health-Hazards involving Children", National Research Council and the Institute of Medicine, The National Academies |
| 2004 | Congressional Testimony, "Tapped Out? Lead in the District of Columbia and the Providing of Safe Drinking Water", Subcommittee on Environment and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives, 108th Congress, July 22nd, 2004 |
| 2005 | Reviewer, "Superfund and Mining Megasites – Lessons from the Couer d" Alene River Basin", National Research Council, The National Academies. |
| 2005 | Ad Hoc Member, NIEHS Board of Scientific Counselors Review of the Epidemiology Branch, April 3rd to April 5th, 2005 |
| 2005 | Senate Briefing, "The Connection of Environmental Chemicals and Learning Disabilities", U.S. Senate, May 10th, 2005 |
| 2006 | Invited Participant, NIEHS Strategic Planning Forum, National Institute for Environmental Health Sciences, Chapel Hill, North Carolina, October 17-18th, 2006. |
| 2006-2008 | Member, U.S. EPA's Clean Air Scientific Advisory Committee Lead Review Panel. |
| 2006-2008 | Member, National Children's Study Steering Committee, NICHD |
| 2006 | Invited Participant, "How Does Housing Affect Health Outcomes of Children?", MacArthur Foundation, Chicago, Illinois, June 21st-22nd, 2006. |
| 2006- 2010 | Member, External Scientific Advisory Committee, Richmond Center for Excellence in Tobacco Research, American Academy of Pediatrics. |
| 2007 | Testimony, Vermont State Legislature, "The Lingering Legacy of Lead Toxicity", Montpelier, Vermont, February 1st, 2007 |
| 2007 | Testimony, Connecticut State Legislature, "The Legacy of Lead Toxicity", Hartford, Connecticut, March 14th, 2007. (PG) |
| 2007 | Invited Testimony, United States Senate Hearing, "Lead and Children's Health". Committee on Environmental and Public Works, October 18th, 2007 |
| 2007-2008 | Member, Committee on "Committee on Contaminated Drinking Water at Camp Lejeune", National Research Council, The National Academies. |
| 2008 | Member, Expert Panel on Health and the Environment, Statistics Canada, Ottawa, |
| 2008- | Member, Alliance for the Global Elimination of Lead Paint, Intergovernmental Forum on Chemical Safety (IFCS), World Health Organization |
| 2008-2009 | Reviewer, Toxicological Review and Recommended Toxicological Reference Values for Environmental Lead Exposure in Canada, Health Canada |
| 2009-2013 | Scientific Advisor, Canada Lead Study funded by Health Canada (Patrick Levallois, Principal Investigator). |
| 2009-2014 | Board Member, Barro Sin Plomo |
| 2009-2010 | Member, Health and Environment Experts Advisory Group of the Canadian Longitudinal Study on Aging, Canadian Institutes of Health Research |
| 2010-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Dust Lead Standards |
| 2010-2013 | Advisor, Canada Environmental Health Law and Canadian Partnership for Children's Health and Environment Retrofit Project |
| 2010-2012 | Member, Physicians Advisory Panel, Canada Health Measures Survey |
| 2010 | Invited Testimony, United States Senate Hearing, "Research on Environmental Health Factors with Autism and Neurodevelopmental Disorders", August 3rd, 2010 |
| 2010 | Member, Joint FAO/WHO Expert Panel for Toxicological and Health Review of Bisphenol A |
| 2010-2015 | Board Member, Global Community Monitoring, Oakland, California |
| 2010- | Chairman, Scientific Advisory Committee for Dartmouth University's Program in Children's Health and the Environment |

4

| | |
|---|---|
| 2011-2016 | Member, American Academy of Pediatrics Executive Council on Environmental Health |
| 2011-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Hazards of Partial Water Line Replacement |
| 2011 | Invited Testimony, Special Committee on Cosmetic Pesticides, Legislative Assembly, Province of British Columbia, October 7th, 2011 |
| 2011-2012 | Member, Panel on Health Effects of Low-level Lead, Office of Health Effects, National Toxicology Program of the National Institutes of Environmental Health Sciences, |
| 2012- | Member, Expert Advisory Committee, Canada Health Measures Survey |
| 2012- | Member, Environmental Defence Fund Science Advisory Committee on Toxics |
| 2015 | Reviewer, Review of Clinical Guidance for the Care of Health Conditions Identified by the Camp Lejune Legislation, Institute of Medicine, The National Academies |
| 2016- | Member, The Lancet Commission on Pollution, Health & Development |
| 2016- | Member, Targeting Environmental Neuro-Developmental Risks (TENDR) |
| 2016 | Member, Steering Committee, The National Lead Summit, United States |
| 2017 | Rockefeller Foundation Academic Writing Retreat, Bellagio, Italy |
| 2017- | Member, Advisory Committee for the Flint (MI) Cohort Study |
| 2017- | Pure Earth Leadership Council |
| 2018- | Member Project TENDR Advisory Board |
| 2018- | Member, Mercury Disability Board Committee, Health Canada |

## Editorial Boards

| | |
|---|---|
| 2000-2015 | Assistant Editor, *Environmental Research* |
| 2000-2008 | Deputy Editor, *Public Health Reports* |
| 2004 | Associate Editor, *Pediatrics* supplement on Children's Environmental Health |
| 2004-2017 | Editorial Board Member, *PLoS Medicine* |
| 2005-2014 | Editorial Board Member, *Breastfeeding Medicine* |
| 2007- | Editorial Board Member, *Environmental Health* |
| 2008-2012 | Editorial Review Board Member, *Environmental Health Perspectives* |
| 2012-2015 | Associate Editor, *Environmental Health Perspectives* |
| 2016- | Advisor, *Environmental Health Perspectives* News Section |

## Societies and Organizations

| | |
|---|---|
| 1989-2008 | American Public Health Association |
| 1996-2015 | Academic Pediatric Association |
| 1997-2012 | American Association for the Advancement of Science |
| 2000-2008 | Society for Pediatric Research |
| 2001-2008 | American Pediatric Society |
| 2001-2016 | Specialty Fellow, American Academy of Pediatrics |
| 2006- | Fellow, Collegium Ramazzini |
| 2006- | Member, International Society for Environmental Epidemiology |
| 2008- | Founding Member, International Society for Children's Health & the Environment |
| 2011-2017 | Secretary and Treasurer, International Society for Children's Health & the Environment |
| 2012- | Member, International Society for Exposure Science |
| 2017-2018 | Vice-President, International Society for Children's Health & the Environment |
| 2019-2020 | President, International Society for Children's Health & the Environment |

**Video and Website Production – www.littlethingsmatter.ca**

1. Canadian Environmental Health Atlas: A Portal to Discover the Promise of Environmental Health.
2. Shifting the Curve: The Impact of Toxins on ADHD in U.S. Children (video)
3. Little Things Matter: The Impact of Toxins on the Developing Brain (video)
4. Little Things Matter: The Impact of Toxins on Preterm Birth (video)
5. Prevention Paradox: Why We are Failing to Prevent Disease (video)
6. Little Things Matter: The Deadly Impact of Airborne Particles (video)
7. Cause or Cure: A Plea for Prevention (video)
8. Crime of the Century: The Failure to Prevent the Lead Pandemic (video)


**Original Research**

1. Lanphear BP. Deaths in Custody. American Journal Forensic Medicine & Pathology 1987;8:299-301.

2. Lanphear BP, Snider DE. Myths of Tuberculosis. J Occ Med 1991;33:501-504.

3. Linnemann CC Jr, Cannon C, DeRonde M, Lanphear BP. Effect of educational programs, rigid sharps containers, and universal precautions on reported needle-stick injuries in healthcare workers. Infection Control Hospital Epidemiology 1991;12:214-20.

4. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. Journal Occupational Med 1992;34:718-721.

5. Lanphear BP, Linnemann CC Jr, Cannon CG, DeRonde MM. Decline of clinical hepatitis B in workers at a general hospital. Clinical Infectious Disease 1993:11:10-14.

6. Lanphear BP, Linnemann CC Jr, Cannon C, DeRonde MM, Pendy L, Kerly L. Hepatitis C virus infection in health care workers. Infection Control Hospital Epidemiology 1994;15:745-750.

7. Lanphear BP, Emond M, Jacobs DE, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S. A side-by-side comparison of dust collection methods for sampling lead-contaminated house-dust. Environmental Research 1995;68:114-123.

8. Lanphear BP, Winter NL, Apetz L, Eberly S, Weitzman M. A randomized trial of the effect of dust control on children's blood lead levels. Pediatrics 1996;98:35-40.

9. Christy C, Pulcino M, Lanphear BP, McConnochie K. Screening for tuberculosis infection in urban children. Arch Pediatrics Adolescent Med 1996;150:722-726.

10. Lanphear BP, Weitzman M, Eberly S. Racial differences in environmental exposures to lead. American Journal of Public Health 1996;86:1460-1463.

11. Lanphear BP, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S, Emond M, Matte TD. Lead-contaminated house dust and urban children's blood lead levels. American Journal of Public Health 1996;86:1416-1421.

12.     Lanphear BP, Byrd RS, Auinger P, Hall CB. Increasing prevalence of recurrent otitis media among children in the United States. Pediatrics 1997. http//www.pediatrics.org/cgi/contents/full99/3/e1.

13.     Emond MJ, Lanphear BP, Watts A, Eberly S for the Rochester Lead-in-Dust Study Group. Measurement error and its impact on the estimated relationship between dust lead and children's blood lead. Environmental Research 1997;72:82-92.

14.     Lanphear BP, le Cessie S, Atkinson WL, Watelet L. Association of live births and the resurgence of measles. International Journal Epidemiology 1997;26:204-211.

15.     Rust SW, Burgoon DA, Lanphear BP, Eberly S. Log-additive versus log-linear analysis of lead-contaminated house dust and children's blood lead levels:  Implications for residential dust-lead standard. Environmental Research 1997;72:173-184.

16.     Lanphear BP, Roghmann KJ. Pathways of lead exposure in urban children.  Environmental Research 1997;74:67-73.

17.     Lanphear BP, Byrd RS, Auinger P, Schaffer S. Community characteristics associated with elevated blood lead levels in children. Pediatrics 1998;101:264-271.

18.     Lanphear BP, Rust SW, Burgoon DA, Eberly S, Galke W. Environmental exposures to lead and urban children's blood lead levels. Environmental Research 1998;76:120-130.

19.     Lanphear BP. The paradox of lead poisoning prevention. Science 1998;281:1617-1618.

20.     Lanphear BP, Hall CB, Black J, Auinger P. Risk factors for the early acquisition of HHV-6 and HHV-7 infection in children. Pediatric Infectious Disease Journal 1998;17:792-795.

21.     Lanphear BP, Matte TD, Rogers J, Clickner R, Dietz B, Bornschein RL, Succop P, Mahaffey KR, Dixon S, Galke W, Rabinowitz M, Farfel M, Rohde C, Schwartz J, Ashley P and Jacobs DE.  The contribution of lead-contaminated house dust and residential soil to children's blood lead levels: A pooled analysis of 12 epidemiologic studies. Environmental Research 1998;79:51-68.

22.     Marron R, Lanphear BP, Kouides R, Dudman L, Manchester R, Christy C. Efficacy of informational letters on Hepatitis B immunization rates in university students.  J Am College Health 1998;47:123-127.

23.     Howard CR, Howard FM, Lanphear BP, deBlieck EA, Eberly S, Lawrence RA. Effect of early pacifier use on breastfeeding duration.  Pediatrics 1999;103. http//www.pediatrics.org/cgi/contents/full103/3/e33.

24.     Lanphear BP, Howard CR, Eberly S, Auinger P, Kolassa J, Weitzman M, Alexander K, Schaffer S. Primary prevention of childhood lead exposure: A randomized trial of dust control. Pediatrics 1999;103:772-777.

25.    Moss ME, Lanphear BP, Auinger P. Association of dental caries and blood lead levels among the U.S. population. JAMA 1999;281:2294-2298.

26.    Howard CR, de Blieck EA, ten Hoopen C, Howard F, Lanphear BP, Lawrence RA. Physiologic stability of newborns during cup and bottle-feeding. Pediatrics 1999;104:1204-1207.

27.    Steiner JF, Curtis P, Lanphear BP, Vu KO, Reid A. Federally-funded fellowship training in primary care research: perspectives of program directors.  Academic Medicine 2000;75:74-80.

28.    Stone KE, Lanphear BP, Pomerantz WJ, Khoury J. Injuries and deaths in children due to window-falls. Journal of Urban Health 2000;77:26-33.

29.    Mansour M, Lanphear BP, DeWitt TG. Barriers to asthma care among underserved, urban children. Pediatrics 2000;106:512-519.

30.    Lanphear BP, Eberly S, Howard CR. Long-term effect of dust control on children's blood lead levels. Pediatrics 2000 http//www.pediatrics.org/cgi/contents/full106/4/e48.

31.    Lanphear BP, Dietrich KN, Auinger P, Cox C. Cognitive deficits associated with blood lead levels <10 $\mu$g/dl in U.S. children and adolescents. Public Health Reports 2000;115:521-529.

32.    Lanphear BP, Aligne C, Auinger P, Byrd R, Weitzman M. Residential exposures associated with asthma in U.S. children. Pediatrics 2001;107:505-511.

33.    Lanphear BP, Kahn RS, Berger O, Auinger P, Bortnick S, Naahas R.  Contribution of residential exposures to asthma in US children and adolescents.  Pediatrics 2001. http://www.pediatrics.org/cgi/content/full/107/6/e98.

34.    Phelan KJ, Kalkwarf H, Khoury J, Lanphear BP.  Trends and patterns of playground injuries in U.S. children and adolescents. Ambulatory Pediatrics 2001;1:227-233.

35.    Mansour M, Lanphear BP, Hornung R, Khoury J, Bernstein DI, Menrath W, Decolongon J.  A side-by-side comparison of sampling methods for settled indoor allergens. Environ Res 2001;87:37-46.

36.    Haynes E, Lanphear BP, Tohn E, Farr N, Rhoads GG. The effect of dust control on children's blood lead concentrations: A systematic review. Env Health Perspect 2002;110:103-107.

37.    Lanphear BP, Hornung R, Ho M, Howard CR, Eberly S, Knauf K.  Environmental lead exposure during early childhood. Journal of Pediatrics 2002;140:40-47.

38.    Steiner JF, Lanphear BP, Curtis P, Vu KO.  The training and career paths of fellows in the National Research Service Award (NRSA) program for research in primary medical care. Acad Med 2002;77:712-718.

39.    Steiner JF, Lanphear BP, Curtis P, Vu KO.  Indicators of early research productivity among primary care fellows.  J Gen Intern Med 2002;17:845-851.

40.   Kalkwarf HJ, Khoury JC, Lanphear BP.  Milk intake in childhood and adolescence, adult bone density and osteoporotic fractures in U.S. women. Am J Clin Nut 2003;77:257-265.

41.   Howard CR, Howard FM, Lanphear BP, Eberly S, deBlieck EA, Oakes D, Lawrence RA.  A randomized trial of pacifier use and bottle-feeding and their effect on breastfeeding. Pediatrics 2003;111:511-518.

42.   Curtis P, Dickinson P, Steiner J, Lanphear BP, Vu K.  Building capacity for research in family medicine: Is the blueprint faulty? Family Medicine 2003;35:124-130.

43.   Lanphear BP, Succop P, Roda S, Henningsen G.  The effect of soil abatement on blood lead levels in children living near a former smelting and milling operation. Public Health Reports 2003;118:83-90.

44.   Canfield RL, Henderson CR, Cory-Slechta DA, Cox C, Jusko TA, Lanphear BP. Intellectual impairment in children with blood lead concentrations below 10 micrograms per deciliter. N Engl J Med 2003;348:1517-1526.

45.   Kahn RS, Khoury JC, Nichols WC, Lanphear BP. Role of dopamine transporter genotype and maternal prenatal smoking in childhood hyperactivity-impulsivity, inattentive and oppositional behaviors. Journal of Pediatrics 2003:143: 104-110.

46.   Auinger P, Kalkwarf HJ, Mansour M, Lanphear BP.  Trends in otitis media in US children. Pediatrics 2003:112:514-520.

47.   Haynes E, Kalkwarf H, Hornung R, Wenstrup R, Dietrich K, Lanphear B. Vitamin D Fok1 polymorphism and blood lead levels in children. Environ Health Persp 2003;111:1665-1669.

48.   Steiner JF, Curtis P, Lanphear BP, Vu KO, Main DS. Assessing the role of influential mentors in the research development of primary care fellows. Academic Medicine 2004:79:865-872.

49.   Yolton K, Auinger P, Dietrich KN, Lanphear BP, Hornung R.  Exposure to environmental tobacco smoke and cognitive abilities among US children and adolescents. Environ Health Persp 2005:113:98-103.

50.   Phelan KJ, Khoury J, Kalkwarf H, Lanphear BP. Residential injuries in US children and adolescents. Public Health Reports 2005;120:63-70.

51.   Wilson SE, Kahn RS, Khoury J, Lanphear BP. Racial differences in exposure to environmental tobacco smoke among children. Environ Health Perspect 2005;113:362-367.

52.   Lanphear BP, Hornung R, Ho M. Screening housing to prevent lead toxicity in children. Pub Health Rep 2005;120:305-310.

53.   Rosner D, Markowitz G, Lanphear BP. J. Lockhart Gibson and the discovery of the impact of lead pigments on children's health:  A review of a century of knowledge. Pub Health Rep 2005;120:296-300.

54.    Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich
       KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G,
       Graziano J.  Low-level environmental lead exposure and children's intellectual function: An
       international pooled analysis.  Environ Health Perspect 2005;113:894-899.

55.    Nagaraja J, Menkedick J, Phelan KJ, Ashley PJ, Zhang J, Lanphear BP. Deaths from
       residential injuries in US children and adolescents, 1985 to 1997.  Pediatrics 2005;116:454-61.

56.    Eskenazi B, Gladstone EA, Berkowitz GS, Drew CH, Faustman EM, Holland NT, Lanphear BP,
       Meisel SJ, Perera FP, Rauh VA, Sweeney A, Whyatt RM, Yolton K.  Methodologic and logistic
       issues in conducting longitudinal birth cohort studies: Lessons learned from the Centers for
       Children's Environmental Health and Disease Prevention Research. Environ Health Persp
       2005;113:1419-1429.

57.    Eggleston PA, Diette G, Lipsett M, Lewis T, Tager I, McConnell R, Chrischilles E, Lanphear
       BP, Miller R, Krishnan J.  Lessons learned for the study of childhood asthma from the Centers
       for Children's Environmental Health and Disease Prevention Research. Environ Health Persp
       2005;113:1430-1436.

58.    Spanier AJ, Hornung R, Lierl M, Lanphear BP.  Environmental exposures and exhaled nitric
       oxide in children with asthma. J Pediatrics 2006;149:220-226.

59.    Yuan W, Holland S, Cecil K, Dietrich K, Wessel SD, Altaye M, Hornung R, Ris M, Egelhoff J,
       Lanphear B.  The impact of early childhood lead exposure on brain organization: A functional
       magnetic resonance imaging study of language function. Pediatrics 2006;118:971-977.

60.    Howard CR, Lanphear N, Lanphear BP, Eberly S, Lawrence RA.  Parental responses to infant
       crying and colic: the effect on breastfeeding duration.  Breastfeeding Med 2006;1:146-155.

61.    Brinkman W, Geraghty S, Lanphear B, Khoury J, Gonzalez-Del-Rey J, DeWitt T, Britto M.
       Evaluation of resident communication skills and professionalism: A matter of perspective?
       Pediatrics 2006;118:1371-1379.

62.    Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Exposures to environmental
       toxicants and attention deficit hyperactivity disorder in U.S. children.  Environ Health Perspect
       2006;114:1904-1909.

63.    Brinkman WB, Geraghty SR, Lanphear BP, Khoury JC, Gonzalez-Del-Rey JA, DeWitt TG,
       Britto MT.  Effect of multisource feedback on resident communication skills and
       professionalism: a randomized controlled trial. Arch Pediatr Adolesc Med 2007;161:44-49.

64.    Wilson SE, Kahn RS, Khoury J, Lanphear BP.  The role of air nicotine in explaining racial
       differences in cotinine among tobacco-exposed children.  Chest 2007;131:856-862.

65.   Froehlich T, Lanphear BP, Dietrich KN, Cory-Slechta D, Wang N, Kahn RS.  Interactive effects of a DRD4 polymorphism, lead, and sex on executive functions in children.  Biol Psychiatry 2007:62:243-249.

66.   Froehlich TE, Lanphear BP, Epstein JN, Barbaresi WJ, Katusic SK, Kahn RS. Prevalence, recognition and treatment of attention-deficit/hyperactivity disorder in a national sample of US children.  Arch Pediatr Adolesc Med 2007;161:857-864.

67.   Landrigan PJ, Woolf AD, Gitterman B, Lanphear B, Forman J, Karr C, Moshier EL, Godbold J, Crain E. The Ambulatory Pediatric Association Fellowship in Pediatric Environmental Health: A five-year assessment. EHP 2007;115:1383-1387.

68.   Jusko TA, Henderson CR, Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL. Blood lead concentrations < 10 µg/dL and child intelligence at 6 years of age.  Environ Health Perspect 2008;116:243-248.

69.   Cecil KM, Brubaker CJ, Adler CM, Dietrich KN, Altaye M, Egelhoff JC, Wessel S, Elangovan I, Hornung R, Jarvis K, Lanphear BP.  Decreased brain volume in adults with childhood lead exposure.  PLoS Med 2008;5:e112.

70.   Wright JP, Dietrich KN, Ris MD, Hornung RW, Wessel SD, Lanphear BP, Ho M, Rae MN. Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood.  PLoS Med 2008;5:e101.

71.   Spanier AJ, Hornung RW, Kahn RS, Lierl MB, Lanphear BP.  Seasonal variation and environmental predictors of exhaled nitric oxide in children with asthma.  Pediatr Pulmonol 2008;43:576-583.

72.   Braun JM, Froehlich TE, Daniels JL, Dietrich KN, Hornung R, Auinger P, Lanphear BP. Association of environmental toxicants and conduct disorder in U.S. children:  NHANES 2001-2004. Environ Health Perspect 2008;116:956-962.

73.   Yolton K, Khoury J, Hornung R, Dietrich KN, Succop P, Lanphear BP.  Environmental tobacco smoke exposure and child behaviors. J Dev Behav Pediatr 2008;29:456-463.

74.   Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2008;2:CD006047.

75.   Geraghty SR, Khoury JC, Morrow AL, Lanphear BP. Reporting individual test results of environmental chemicals in breastmilk: potential for premature weaning. Breastfeed Med. 2008;3:207-213.

76.   Spanier AJ, Kahn RS, Hornung RW, Wang N, Sun G, Lierl MB, Lanphear BP. Environmental exposures, nitric oxide synthase genes, and exhaled nitric oxide in asthmatic children. Pediatr Pulmonol. 2009;44:812-819.

77.   Hornung RW, Lanphear BP, Dietrich KN. Age of greatest susceptibility to childhood lead exposure: A new statistical approach. Environ Health Persp 2009;117:1309-1312.

78.   Phelan KJ, Khoury J, Xu Y, Lanphear BP. Validation of a HOME Injury Survey. Injury Prevention 2009:15:300-306.

79.   Braun J, Yolton K, Dietrich K, Hornung R, Ye X, Calafat AM, Lanphear BP. Prenatal Bisphenol A exposure and early childhood behavior. Environ Health Persp 2009;117:1945-1952.

80.   Yolton K, Khoury J, Xu Y, Succop P, Lanphear B, Bernert JT, Lester B.  Low-level prenatal exposure to nicotine and infant neurobehavior. Neurotoxicol Teratol. 2009;31:356-363.

81.   Froehlich T, Lanphear BP, Auinger P, Hornung R, Epstein JN, Braun J, Kahn RS. The association of tobacco and lead exposure with attention-deficit/hyperactivity disorder in a national sample of US children. Pediatrics 2009;124:e1054-1063.

82.   Brubaker CJ, Schmithorst VJ, Haynes EN, Dietrich KN, Egelhoff JC, Lindquist DM, Lanphear BP, Cecil KM. Altered myelination and axonal integrity in adults with childhood lead exposure: A diffusion tensor imaging study. Neurotoxicology 2009;30:867-875.

83.   Yolton K, Xu Y, Khoury J, Succop P, Lanphear B, Beebe DW, Owens J. Associations between secondhand smoke exposure and sleep patterns in children. Pediatrics. 2010;125:e261-268.

84.   Brubaker CJ, Dietrich KN, Lanphear BP, Cecil KM. The influence of age of lead exposure on adult gray matter volume. Neurotoxicology 2010;31:259-266.

85.   Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. Prenatal environmental tobacco smoke exposure and early childhood body mass index. Paediatr Perinat Epidemiol 2010;24:524-534.

86.   Kalkbrenner AE, Hornung RW, Bernert JT, Hammond SK, Braun JM, Lanphear BP. Determinants of serum cotinine and hair cotinine as biomarkers of childhood secondhand smoke exposure. J Expo Sci Environ Epidemiol 2010;20:615-624.

87.   Wilson SE, Baker ER, Leonard AC, Eckman M, Lanphear BP. Understanding preferences for disclosure of individual biomarker results among participants in a longitudinal birth cohort. J Med Ethics 2010;doi:10.1136/jme.2010.036517.

88.   Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. A prospective cohort study of biomarkers of prenatal tobacco smoke exposure: The correlation between serum and meconium and their association with infant birth weight. Environmental Health 2010;9:53 (doi: 10.1186/1476-069X-9-53).

12

89.   Braun JM, Kalkbrenner AE, Calafat AM, Bernert JT, Ye X, Barr DB, Sathyanarayana S, Lanphear BP. Variability and predictors of urinary Bisphenol A concentrations during pregnancy. Environ Health Perspect 2011;119:131-137.

90.   Wilson SE, Talaska G, Kahn RS, Schumann B, Khoury J, Leonard AC, Lanphear BP. White blood cell DNA adducts in a cohort of asthmatic children exposed to environmental tobacco smoke. Int Arch Occup Environ Health 2011;84:19-27.

91.   Lanphear BP, Hornung RW, Khoury J, Yolton K, Lierl M, Kalkbrenner AE. Effects of HEPA air cleaners on unscheduled asthma visits and asthma symptoms in children exposed to second hand tobacco smoke. Pediatrics 2011;127:93-101.

92.   Phelan KJ, Khoury J, Xu Y, Liddy S, Hornung R, Lanphear BP. A randomized, controlled trial of home injury hazard reduction: The HOME Study. Arch Pediatrics Adolesc Medicine 2011;165:339-345.

93.   Cecil KM, Dietrich KN, Altaye M, Egelhoff JC, Lindquist DM, Brubaker CJ, Lanphear BP. Proton magnetic resonance spectroscopy in adults with childhood lead exposure. Environ Health Perspect 2011;119:403-408.

94.   Spanier AJ, Kahn RS, Xu Y, Hornung R, Lanphear BP. A comparison of biomarkers and parent report of tobacco exposure to predict wheeze. J Pediatrics 2011;159:776-782.

95.   Braun J, Kalkbrenner A, Calafat A, Yolton K, Xiaoyun Y, Dietrich KN, Lanphear BP. Impact of early life bisphenol A exposure on behavior and executive function in children. Pediatrics 2011;128:873-882.

96.   Sathyanarayana S, Braun JM, Yolton K, Liddy S, Lanphear BP. Case Report: High prenatal Bisphenol A exposure and infant behavior. Environ Health Perspect 2011;119:1170-1175.

97.   Spanier AJ, Kahn RS, Hornung R, Lierl M, Lanphear BP. Associations of fraction of exhaled nitric oxide with beta agonist use in children with asthma. Pediatr Allergy Immunol Pulmonol. 2011 Mar;24(1):45-50.

98.   Byars KC, Yolton K, Rausch J, Lanphear BP, Beebe DW. Prevalence, patterns and persistence of sleep problems in the first 3 years of life. Pediatrics 2012;129:276-284.

99.   Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2012;2:CD006047.

100.  Ciesielski T, Weuve J, Bellinger DC, Schwartz J, Lanphear B, Wright RO. Cadmium exposure and neurodevelopmental outcomes in U.S. children. Environ Health Persp 2012;120:758-763.

101.  Beebe DW, Rausch J, Byars K, Lanphear B, Yolton K. Persistent snoring in preschool children: predictors and behavioral and developmental correlates. Pediatrics 2012;130:382-389.

102.  Spanier AJ, Kahn RS, Kunselman AR, Hornung R, Xu Y, Calafat A, Lanphear BP. Prenatal exposure to Bisphenol A and childhood wheeze from birth to 3 years of age. Environ Health Perspect 2012;120:916-920. http://dxdoi.org/10.1289/ehp.1104175. (Recipient of the Michael Shannon Young Investigator Award, Denver, Colorado, April 30th, 2011.)

103.  Rauch S, Braun J, Barr DB, Calafat A, Montesanto A, Yolton K, Khoury J, Lanphear BP. Associations of prenatal exposure to organophosphate pesticides with gestational age and birth weight Env Health Perspect 2012;120:1055-1060. http://dx.doi.org/10.1289/ehp.1104615.

104.  Hayward I, Malcoe LH, Cleathero LA, Janssen PA, Lanphear BP, Hayes MV, Mattman A, Pampalon R, Venners SA. Investigating maternal risk factors as potential targets of intervention to reduce socioeconomic inequality in small for gestational age: a population-based study. BMC Public Health. 2012;13;12:333.

105.  Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology. 2012;33:1040-1047.

106.  Budtz-Jorgenson E, Bellinger D, Lanphear BP, Grandjean P on behalf of the International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Analysis 2013;33:450-461.

107.  Oulhote Y, Le Tertre A, Etchevers A, Le Bot B, Lucas J-P, Mandin C, Le Strat Y, Lanphear B, Gleorennec P. Implications of different residential lead standards on children's blood lead levels in France: Predictions based on a national cross-sectional survey. Int J Hygiene Health. 2013;216:743-750.

108.  Sathyanarayana S, Alcedo G, Saelens BE, Zhou C, Dills RL, Lanphear B. Unexpected results in a randomized dietary trial to reduce phthalate and bisphenol A exposures. J Exp Science Environ Epidemiol 2013. doi.10.1038/jes.2013.9

109.  Spanier A, Wilson S, Ho M, Hornung R, Lanphear BP. The contribution of housing renovation to children's blood lead levels: a cohort study. Environmental Health 2013;12:72.

110.  Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, Fredette P, Smith G, Walker M, Shear R, Dodds L, Ettinger AS, Weber JP, D'Amour M, Legrand M, Kumarathasan P, Vincent R, Luo ZC, Platt RW, Mitchell G, Hidiroglou N, Cockell K, Villeneuve M, Rawn DF, Dabeka R, Cao XL, Becalski A, Ratnayake N, Bondy G, Jin X, Wang Z, Tittlemier S, Julien P, Avard D, Weiler H, Leblanc A, Muckle G, Boivin M, Dionne G, Ayotte P, Lanphear B, Séguin JR, Saint-Amour D, Dewailly E, Monnier P, Koren G, Ouellet E.

Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol. 2013 Jul;27(4):415-25. doi: 10.1111/ppe.12061.

111.   Braun JM, Kalkbrenner A, Just AC, Yolton K, Sjodin A, Hauser R, Webster GM, Chen A, Lanphear BP. Gestational exposure to endocrine disrupting chemicals and reciprocal social, repetitive and stereotypic behaviors in 4 and 5 year old children. Environ Health Perspect 2014;122:513-520. (CEHN Article of the Month August, 2014.)

112.   Phelan KJ, Morrongiello B, Khoury J, Xu Y, Liddy S, Lanphear BP. Maternal supervision of children during their first 3 years of life: the influence of maternal depression and child gender. J Pediatr Psychol 2014;39:349-357.

113.   Chen A, Yolton K, Rauch S, Webster GM, Hornung R, Sjodin A, Dietrich KN, Lanphear BP. Cognitive deficits and behavior problems in children with prenatal PBDE Exposure. Environ Health Perspect 2014;122:856-862. (CEHN Article of the Month, September, 2014.)

114.   Kato K, Wong L-Y, Chen A, Dunbar C, Webster G, Lanphear B, Calafat, A. Changes in serum concentrations of maternal poly- and perfluoroalkyl substances over the course of pregnancy and predictors of exposure in a multiethnic cohort of Cincinnati, Ohio pregnant women during 2003–2006. Environmental Science & Technology 2014;48:9600-9608.

115.   Watkins DJ, Eliot M, Sathyanarayana S, Calafat AM, Yolton K, Lanphear BP, Braun JM. Variability and Predictors of Urinary Concentrations of Phthalate Metabolites during Early Childhood. Environ Sci Technol. 2014;48:9600-9608.

116.   Braun JM, Lanphear BP, Calafat AM, Deria S, Khoury J, Howe CJ, Venners SA. Early-life Bisphenol A exposure and child body mass index: A prospective cohort study. Environ Health Perpect 2014;122:1239-1245.

117.   Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM. Serum cotinine and whole blood folate concentrations in pregnancy. Ann Epidemiol. 2014;24:498-503.e1. doi: 10.1016/j.annepidem.2014.04.004.

118.   Spanier AJ, Kahn RS, Kunselman AR, Schaefer EW, Hornung RW, Xu Y, Calafat AM, Lanphear BP. Bisphenol A exposure and the development of wheeze and lung function in children through age 5 years. JAMA Pediatrics 2014;168:1131-1137.

119.   Evens A, Hryhorczuk D, Lanphear BP, Rankin KM, Lewis DA, Forst L, Rosenberg D. The impact of low-level lead toxicity on school performance among children in the Chicago Public Schools: a population-based retrospective cohort study. Environ Health 2015;14:21 DOI 10.1186/s12940-015-0008-9.

120.   Romano ME, Webster GM, Vuong AM, Zoeller RT, Chen A, Hoofnagle AN, Calafat AM, Karagas MR, Kimberly Yolton K, Lanphear BP, Braun JM. Gestational urinary bisphenol A and

maternal and newborn thyroid hormone concentrations: the HOME Study. Environmental Research 2015;138:453-460.

121.   Barnard H, Rao R, Xu Y, Froehlich T, Epstein J, Lanphear BP, Yolton K. Association of the Conners' Kiddie J Continuous Performance Test (K-CPT) and Parent-Report Measures of Behaviors and Executive Functioning. Atten Disord. 2015 pii:1087054715578271. PMID: 25846228

122.   Vuong AM, Webster GM, Romano ME, Braun JM, Zoeller RT, Hoofnagle AN, Sjödin A, Yolton K, Lanphear BP, Chen. Maternal polybrominated diphenyl ether (PBDE) exposure and thyroid hormones in maternal and cord sera: the HOME Study, Cincinnati, USA. Environ Health 2015;123:1079-1085. PMID: 25893858.

123.   Werner EF, Braun JM, Yolton K, Khoury JC, Lanphear BP. The association between maternal urinary phthalate concentrations and blood pressure in pregnancy: the HOME Study. Environ Health 2015;14:75 doi:10.1186/s12940-015-0062-3.

124.   Melissa Wagner-Schuman, Jason Richardson, Peggy Auinger, Joseph Braun, Bruce Lanphear, Jeffrey N. Epstein, Kimberly Yolton and Tanya E Froehlich. Association of Pyrethroid Pesticide Exposure with Attention-Deficit/Hyperactivity Disorder in a Nationally Representative Sample of U.S. Children. Environmental Health 2015;28:14:44 DOI 10.1186/s12940-015-0030-y.

125.   Buckley JP, Engel SM, Braun JM, Whyatt RM, Daniels JL, Mendez MA, Richardson DB, Xu Calafat AM, Lanphear BP, Wolff MS, Herring AH, Rundle AG. Prenatal phthalate exposures and body mass index among 4 to 7 year old children: A pooled analysis. Epidemiology 2016;27:449-58. doi: 10.1097/EDE.0000000000000436.

126.   Engel SM, Bradman A, Wolff MS, Rauh VA, Harley KG, Yang JH, Hoepner L, Barr DB, Yolton K, Vedar MG, Xu Y, Hornung RW, Wetmur JG, Chen J, Holland N, Perera FP, Whyatt RM, Lanphear BP, Eskenazi B. Prenatal organophosphorous pesticide exposure and child neurodevelopment at 24 months: an analysis of four birth cohorts. EHP 2016;124:822-830.

127.   Braun JM, Chen A, Romano ME, Calafat AM, Webster GM, Yolton K, Lanphear BP. Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME Study. Obesity 2016;24:231-237.

128.   Webster GM, Rauch SA, Ste Marie N, Mattman A, Lanphear BP, Venners SA. Cross-sectional associations of serum perfluoroalkyl acids and thyroid hormones in U.S. adults: variation according to TPOAb and Iodine status. Environ Health Persp 2016124935-942. doi: 10.1289/ehp.1409589.

129. Braun JM, Kalloo G, Chen A, Dietrich KN, Liddy-Hicks S, Morgan S, Xu Y, Yolton K, Lanphear BP. Cohort Profile: The Health Outcomes and Measures of the Environment (HOME) Study. Int J Epidemiol 2017;46:24 doi: 10.1093/ije/dyw006.

130. Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. The relationship between atmospheric lead pollution and aggressive crime: An ecologic study. Environ Health 2016;15:23. doi: 10.1186/s12940-016-0122-3.

131. Harley KG, Engel SM, Vedar MG, Eskenazi B, Whyatt RM, Lanphear BP, Bradman A, Rauh VA, Yolton K, Hornung RW, Wetmur JG, Chen J, Holland NT, Barr DB, Perera FP, Wolff MS. Prenatal exposure to organophosphorous pesticides and fetal growth: pooled results from four longitudinal birth cohort studies. Env Health Perspect 2016;124:1084-1092.

132. Vuong AM, Yolton K, Webster GM, Sjodin A, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children. Env Res 2016;147:556-564.

133. Stacy SL, Eliot M, Calafat AM, Chen A, Lanphear BP, Hauser R, Papandonatos GD, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary Bisphenol A concentrations during childhood. Environ Sci Tech 2016;50:5981-5990.

134. Romano ME, Xu Y, Calafat AM, Yolton K, Chen A, Webster GM, Eliot MN, Howard CR, Lanphear BP, Braun JM. Maternal serum perfluoralkyl substances during pregnancy and duration of breastfeeding. Env Res 2016;149:239-246.

135. Shoaff JR, Romano ME, Yolton K, Lanphear BP, Calafat AM, Braun JM. Prenatal phthalate exposure and infant size at birth and gestational duration. Env Res 20161;50:52-58.

136. Tewar S, Auinger P, Braun JM, Lanphear B, Yolton K, Epstein JN, Froehlich TE.  Association of bisphenol A exposure and attention-deficit/hyperactivity disorder in a national sample of U.S. children. Environ Res 2016;150:112-118.

137. Vuong AM, Braun JM, Sjodin A, Webster GM, Yolton K, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether exposure and body mass index in children up to 8 years of age. Environ Health Perspect 2016;124:1891-1897.

138. Donauer S, Altaye M, Xu Y, Sucharew H, Succop P, Calafat AM, Khoury JC, Lanphear B, Yolton K. An observational study to evaluate associations between low-level gestational exposure to organophosphate pesticides and cognition during early childhood. Am J Epidemiol 2016;184:410-418.

139. Percy Z, Xu Y, Sucharew H, Khoury JC, Calafat AM, Braun JM, Lanphear BP, Chen A, Yolton K. Gestational exposure to phthalates and gender-related play behaviors in 8-year old children: an observational study. Environ Health 2016;15:doi: 10.1186?s12940-016-0171-7.

140.  Blackowicz MJ, Hryhorczuk DO, Rankin KM, Lewis DA, Haider D, Lanphear BP, Evens A. The impact of low-level lead toxicity on school performance among Hispanic subgroups in the Chicago Public Schools. Int J Environ Res Public Health 2016 doi: 10.3390/ijerph13080774.

141.  Ernhardt J, Xu Y, Khoury J, Yolton, Lanphear B, Phelan K. Cognitive and motor abilities of young children and risk of injuries in the home. Inj Prev 2016 doi: 10.1136/injuryprev-2016-042031.

142.  Zhang H, Yolton K, Webster GM, Sjodin A, Calafat AM, Dietrich KN, Xu Y, Xie C, Braun JM, Lanphear BP, Chen A. Prenatal PBDE and PCB exposures and reading, cognition and externalizing behaviours in children. Environ Health Perspect 2017;125:746-752.

143.  Braun JM, Bellinger DC, Hauser R, Wright RO, Chen A, Calafaat AM, Yolton K, Lanphear BP. Prenatal phthalate, triclosan and bisphenol A exposures and child visual-spatial abilities. Neurotoxicology 2017;58:75-83.

144.  Vuong AM, Braun JM, Yolton K, Xie C, Webster GM, Sjodin A, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether exposure and visual spatial abilities in children. Env Res 2017;153:83-92.

145.  Etzel TM, Calafat AM, Ye X, Chen A, Lanphear BP, Savitz DA, Yolton K, Braun JM. Urinary triclosan concentrations during pregnancy and birth outcomes. Environ Res 2017;156:505-511.

146.  Pell T, Eliot M, Chen A, Lanphear BP, Yolton K, Sathyanarayana S, Braun JM. Parental concern about environmental chemical exposures and children's urinary concentrations of phthalates and phenols. J Pediatr 2017;186:138-144.e3.

147.  Millenson ME, Braun JM, Calafat AM, Barr DB, Huang YT, Chen A, Lanphear BP, Yolton K. Urinary organophosphate insecticide metabolite concentrations during pregnancy and children's interpersonal, communication, repetitive, and stereotypic behaviors at 8 years of age: The HOME Study. Environ Res 2017;157:9-16.

148.  Stacy SL, Eliot M, Etzel T, Papandonatos GD, Calafat AM, Chen A, Hauser R, Lanphear BP, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary triclosan concentrations during pregnancy and childhood. Environ Sci Technol 2017 (in press).

149.  Stacy SL, Papandonatos GD, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life bisphenol A exposure and neurobehavior at 8 years: identifying windows of heightened vulnerability. Environ Int 2017107:258-265.

150.  Lam J, Lanphear BP, Bellinger D, Axelrad DA, McPartland J, Sutton P, Davidson L, Daniels N, Sen S, Woodruff TJ. Developmental PBDE exposure and IQ/ADHD in childhood: A systematic review and meta-analysis. Environ Health Persp 2017;125:086001. doi: 1289/EHP1632.

151.   Braun JM, Yolton K, Stacy SL, Erar B, Papandonatas GD, Bellinger DC, Lanphear BP, Chen A. Prenatal environmental chemical exposures and longitudinal patterns of child neurobehavior. Neurotoxicology 2017;62:192-199.

152.   Rosen-Carole CB, Auinger P, Howard CR, Brownell EA, Lanphear BP. Low-level prenatal toxin exposure and breastfeeding duration. A prospective cohort study. Matern Child Health J. 2017;doi: 10.1016/j.neuro.2017.07.027.

153.   Vuong AM, Yolton K, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) exposure and neurobehavior in children at 8 years. Env Res 2017;158:8677-684.

154.   Braun JM, Muckle G, Arbuckle T, Bouchard MF, Fraser WD, Ouellet E, Seguin JR, Oulhote Y, Webster GM, Lanphear BP. Associations of prenatal urinary bisphenol A concentrations with child behaviors and cognitive abilities. Environ Health Perspect 2017;125(6):067008. doi: 10.1289EHP984.

155.   Kingsley SL, Kelsey KY, Butler R, Chen A, Eliot MN, Romano ME, Houseman A, Koestler DC, Lanphear BP, Yolton K, Braun JM. Maternal serum PFOA concentration and DNA methylation in cord blood: A pilot study. Environ Res 2017;158:174-178.

156.   Poropat AE, Laidlaw MAS, Lanphear B, Ball A, Mielke HW. Blood lead and preeclampsia: A meta-analysis and review of implications. Environ Res 2017;160:12-19.

157.   Shoaff J, Papandonatos GD, Calafat AM, Xe X, Chen A, Lanphear BP, Yolton K, Braun JM. Early-life phthalate exposure and adiposity at 8 Years of Age. Environ Health Persp 2017;125:097008. doi: 10.1289/EHP1022.

158.   Vuong AM, Yolton K, Poston KL, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether (PBDE) exposure and measures of inattention and impulsivity in children. Neurotoxicol Teratol 2017;64:20-28.

159.   Zhang H, Yolton K, Webster GM, Ye X, Xie C, Calafat AM, Dietrich KN, Braun JM, Lanphear BP, Chen A. Prenatal and childhood perfluoroalkyl substance exposures and children's reading skills at ages 5 and 8 years. Environ Int 2017;111:224-231. doi: 1016/j.envint.2017.11.031. PMID: 29241079

160.   Woods MM, Lanphear BP, Braun JM, McCandless LC. Gestational exposure to endocrine disrupting chemicals in relation to infant birth weight: A Bayesian analysis of the HOME Study. Environ Health 2017;16:115. doi: 10.1186/s12940-017-0332-3.

161.   Vuong AM, Yolton K, Dietrich KN, Braun JM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) and child behavior: Current findings and future directions. Horm Behav 2017 doi: 10.1016/j.yhbeh.2017.11.008.

162.   Landrigan PJ, Fuller R, Acosta NJR, Adeyi O, Arnold R, Basu NN, Baldé AB, Bertollini R, Bose-O'Reilly S, Boufford JI, Breysse PN, Chiles T, Mahidol C, Coll-Seck AM, Cropper ML, Fobil J, Fuster V, Greenstone M, Haines A, Hanrahan D, Hunter D, Khare M, Krupnick A, Lanphear B, Lohani B, Martin K, Mathiasen KV, McTeer MA, Murray CJL, Ndahimananjara JD, Perera F, Potočnik J, Preker AS, Ramesh J, Rockström J, Salinas C, Samson LD, Sandilya K, Sly PD, Smith KR, Steiner A, Stewart RB, Suk WA, van Schayck OCP, Yadama GN, Yumkella K, Zhong M. The Lancet Commission on Pollution and Health. Lancet 2017 pii: SO140-6736(17)32345-0. doi: 10.1016/S0140-6736(17)32345-0. PMID: 29056410.

163.   Lanphear BP, Rauch S, Auinger P, Allen R, Hornung RW. Low-level lead exposure and mortality in US adults: a population-based cohort study. Lancet Public Health 2018; https://doi.org/10.1016/S2468-2667(18)30025-2

164.   Kalloo G, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life triclosan exposure and child adiposity at 8 years of age: a prospective cohort study. Environ Health 2018;17:24. doi: 10.1186/s12940-018-0366-1.

165.   Braun JM, Chen A, Hoofnagle A, Papandonatos GD, Jackson-Browne M, Hauser R, Romano ME, Karagas MR, Yolton K, Zoeller TR, Lanphear BP. Associations of early-life urinary triclosan concentrations with maternal, neonatal, and child thyroid hormone levels. Horm Behav 2018;101:77-84.

166.   Taylor MP, Forbes MK, Opeskin B, Parr, N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: An ecological study. Environ Health 2018;17:10. Doi: 10.1186/s12940-018-0354-5.

167.   Etzel T, Muckle G, Arbuckle TE, Fraser WD, Ouellet E, Seguin JR, Lanphear B, Braun JM. Prenatal urinary triclosan concentrations and child neurobehavior. Env Int 2018;114:152-159. doi: 10.1016/j.envint.2018.02.032.

168.   Romano ME, Eliot MN, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM. Maternal urinary phthalate metabolites during pregnancy and thyroid hormone concentrations in maternal and cord sera: The HOME Study. Int J Hyg Environ Health 2018;221:623-631. doi: 10.1016/j.ijheh.2018.03.010.

169.   Jackson-Brown MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Identifying vulnerable periods of neurotoxicity to triclosan exposure in children. Environ Health Perspect 2018;126:057001. doi:  10.1289/EHP2777.

170.  Kingsley SL, Eliot MN, Kelsey KT, Calafat AM, Ehrlich S, Lanphear BP, Chen A, Braun JM. Variability and predictors of serum perfluoralkyl substance concentrations during pregnancy and early childhood. Environ Res 2018;165:247-257. PMID: 29734025

171.  Barn P, Gombojav E, Ochir C, Laagan B, Beejin B, Naidan G, Boldbaatar B, Galsuren J, Byambaa T, Janes C, Janssen PA, Lanphear BP, Takaro TK, Venners SA, Webster GM, Yuchi W, Palmer CD, Parsons PJ, Roh YM, Allen RW. The effect of portable HEPA filter air cleaners on indoor PM2.5 concentrations and second-hand tobacco smoke exposure among pregnant women in Ulaanbaatar, Mongolia: The UGGAR randomized controlled trial. Sci Total Environ 2018;615:1379-1389.

172.  Braun JM, Kalkwarf HJ, Papandonatos GD, Chen A, Lanphear BP. Patterns of early life body mass index and childhood overweight and obesity status at 8 years of age. BMC Pediatrics 2018;11:161. doi: 10.1186/s12887-018-1124-9.

173.  Vuong AM, Braun JM, Webster GM, Zoeller TR, Hoofnagel AN, Sjodin A, Yolton K, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) exposures and thyroid hormones in children at 3 years. Environ Int 2018;117:339-347.

174.  Li N, Yolton K, Lanphear BP, Chen A, Kalkwarf HJ, Braun JM. Impact of early-life weight status on cognitive abilities in children. Obesity 2018;26:1088-1095.

175.  Oulhote Y, Tremblay E, Arbuckle TE, Fraser WD, Lemelin JP, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Dionne G, Lanphear BP, Muckle G. Prenatal exposure to polybrominated diphenyl ethers and predisposition to frustration at 7 months. Env Int 2018;119:79-88.

176.  Vuong AM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood perfluororalkyl substance exposure and executive function in children at 8 years. Env Int 2018;119:212-219.

177.  Vuong AM, Braun JM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Dietrich KN, Lanphear BP, Chen A. Prenatal and childhood exposure to perfluoroalkyl substances and measures of attention, impulse control and visual spatial abilities. Env Int 2018;119:413-420.

178.  Braun JM, Hornung R, Chen A, Dietrich KN, Jacobs DE, Jones R, Khoury JC, Liddy-Hicks S, Morgan S, Baez Vanderbeek S,  Xu Yingying, Yolton K, Lanphear BP. Effect of residential lead-hazard interventions on childhood blood lead concentrations and neurobehavioral outcomes. JAMA Pediatrics 2018:doi:10.1001/jamapediatrics.2018.3282.

179.  Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Profiles and predictors of environmental chemical mixture exposure

among pregnant women: The Health Outcomes and Measures of the Environment Study. Environ Sci Technol 2018;52:10104-10113.

180.   Barn P, Gombojav E, Ochir C, Boldbaatar B, Laagan B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. The effect of portable HEPA filter air cleaner use during pregnancy on fetal growth: The UGAAR randomized controlled trial pregnant Environ Int 2018;121:981-989.

181.   Buck CO, Eliot MN, Kelsey KT, Calafat AM, Chen A, Ehrlich S, Lanphear BP, Braun JM. Prenatal exposure to perfluoralkyl substances and adipocytokines: the HOME Study. Pediatr Res 2018;doi: 10.1038/s41390-018-0170-1.

182.   Shoaff J, Papandonatos GD, Calafat AM, Chen A, Lanphear BP, Ehrlich S, Kelsey KT, Braun JM. Prenatal exposure to perfluoralkyl substances: infant birth weight and early life growth. Environ Epidemiol 2018;doi:10.1097/EE9.0000000000000010.

183.   Sears CG, Braun JM, Ryan PH, Xu Y, Werner EF, Lanphear BP, Wellenius GA. The association of traffic-related air and noise pollution with maternal blood pressure and hypertensive disorders of pregnancy in the HOME Study cohort. Env Int 2018;121:574-581.

184.   Li N, Arbuckle TE, Muckle G, Lanphear BP, Boivin M, Chen A, Dodds L, Fraser WD, Ouellet E, Seguin JR, Velez MP, Yolton K, Braun JM. Associations of cord blood leptin and adiponectin with children's cognitive abilities. Psychoneuroendocrinology 2019;99:257-264.

185.   Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier A, Ayotte P, Muckle G, Lanphear B. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives 2018;126:107001.

186.   Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. Environ Int 2018;121:1235-1242.

187.   Goetz AR, Beebe DW, Peugh JL, Mara CA, Lanphear BP,  Braun JM, Yolton K, Stark LJ. Sleep 2018;doi:1093/sleep/zsy214.

188.   Pagalan L, Bickford C, Weikum W, Lanphear BP, Brauer M, Lanphear N, Hanley GE, Oberlander TF, Winters M. Association of prenatal exposure to air pollution with autism spectrum disorder. JAMA Pediatrics 2018;doi:10.1001/jamapediatrics.2018.3101.

189.   Yuchi W, Gombojav E, Boldbaatar B, Galsuren J, Enkhmaa S, Beejin B, Naidan G, Ochir C, Legtseg B, Byambaa T, Henderson SB, Janes CR, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. Evaluation of random forest regression and multiple linear regression for predicting indoor fine particulate matter concentrations in a highly polluted city. Environ Pollut 2018;16;746-753.

190.  Liang H, Vuong AM, Xie C, Webster GM, Sjodin A, Yuan W, Miao M, Braun JM, Dietrich KN, Yolton K, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) serum concentrations and reading ability at ages 5 and 8 years: The HOME Study. Environ Int 2018;doi:10.1016/j.envint.2018.11.026.

191.  Vuong AM, Braun JM, Wang Z, Yolton K, Xie C, Sjodin A, Webster GM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) during childhood and adiposity measures at age 8 years. Environ Int 2019;123:148-155.

192.  Patel NB, McCandless LC, Chen A, Yolton K, Braun J, Jones RL, Dietrich KN, Lanphear BP. Very-low-level prenatal mercury exposure and behaviors in children: The HOME Study. Environ Health 2019;18:4 doi: 10.1186/s12940-018-0443-5.

193.  Landrigan PJ, Braun JM, Crain EF, Forman J, Galvez M, Gitterman BA, Halevi G, Karr C, Mall JK, Paulson JA, Woolf AD, Lanphear BP, Wright RO. Acad Pediatr 2019 doi: 10.1016/j.acap.2019.01.001

194.  Jackson-Browne MS, Papandonatos GD, Chen A, Yolton K, Lanphear BP, Braun JM. Early-life triclosan exposure and parent-reported behavior problems in 8-year-old children. Environ Int 2019. doi: 10.1016/j.envint.201901.021

195.  Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Prenatal and childhood exposure to poly- and perfluoroalkyl substances (PFAS) and cognitive development in children at 8 years. Environ Res 2019;172:242-248.

196.  Bernardo BA, Lanphear BP, Venners SA, Arbuckle TE, Braun JM, Muckle G, Fraser WD, McCandless LC. Assessing the relation between plasma PCB concentrations and elevated autistic behaviours using Bayesian predictive odds ratios. Int J Environ Res Public Health 2019;16:pii: E457. Doi: 10.3390/ijerph16030457.

197.  Braun JM, Li N, Arbuckle TE, Dodds L, Massarelli I, Fraser WD, Lanphear BP, Muckle G. Association between gestational urinary bisphenol A concentrations and adiposity in young children: The MIREC Study. Environ Res 2019;172:454-461.

198.  Li N, Papandonatos GD, Calafat AM, Yolton K, Lanphear BP, Chen A, Braun JM. Identifying periods of susceptibility to the impact of phthalates on children's cognitive abilities. Environ Res 2019;172:604-614.

**Editorials and Commentaries**

1.  Lanphear BP, Gergen PJ.  Measuring asthma trends in US children (invited commentary). Am J Epidemiol 2003;158:105-107.

2.      Lanphear BP. Origins and evolution of children's environmental health. Essays on the future of environmental health research: A tribute to Dr. Kenneth Olden.  Environ Health Perspect 2005;24-32.

3.      Lanphear BP, Vorhees CV, Bellinger DC.  Protecting children from environmental toxins. PLoS Med. 2005;2(3):e61.

4.      Lanphear BP. Lead Poisoning Prevention – Too Little, Too Late. JAMA 2005;293:2274-2276.

5.      Wigle DT, Lanphear BP. Human health risks from low-level environmental exposures: No apparent safety thresholds. PLoS Med 2005;2(12)e350.

6.      Lanphear BP, Paulson J, Beirne S. Trials and tribulations of protecting children from environmental hazards.  Environ Health Perspect 2006;114:1609-1612.

7.      Swanson, JM, Kinsbourne M, Nigg J, Lanphear B, Stefanatos GA, Volkow G, Taylor E, Casey BJ, Castellanos FX, Wadhwa PD. Etiologic subtypes of attention-deficit/hyperactivity disorder: brain imaging, molecular genetic and environmental factors and the dopamine hypothesis. Neuropsychol Rev 2007;17:39–59.

8.      Lanphear, BP.  The conquest of lead poisoning: A Pyrrhic victory.  Environ Health Perspect 2007;115:A484-A485.

9.      Lanphear BP, Hornung RW, Khoury J, Dietrich KN, Cory-Slechta DA, Canfield RL.  The conundrum of unmeasured confounding:  Comment on "Can some of the detrimental neurodevelopmental effects attributed to lead be due to pesticides?  by Brian Gulson." Sci Total Environ 2008;396:196-200.

10.     Taylor MP, Schniering CA, Lanphear BP, Jones AL. Lessons learned on lead poisoning prevention: One-hundred years on from Turner's declaration. J Paediatr Child Health 2011;47:849-856.

11.     Bellinger DC, Goldman LR, Lanphear BP, Eskenazi B, Jacobs DE, Miller M. The launch of the International Society for Children's Health and the Environment (ISCHE). Environ Health Perspectives 2011;119:a420-a421.

12.     Rauch S, Lanphear BP. Prevention of Disabilities: Elevating the Role of Environment. Future of Children. 2012;22:193-217.

13.     Taylor MP, Winder C, Lanphear BP. Eliminating childhood lead toxicity in Australia: A call to lower the intervention level. Med J Aust 2012;197:493.

14.     Lanphear BP. ADHD: A preventable epidemic? Archives of Pediatrics and Adolescent Medicine 2012;166:1182-1184. doi: 10.001/archpediatrics.2012.1900

15.     Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health

risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. No abstract available.

16. Hornung R, Lanphear BP. The supralinear dose-response for environmental toxicants: a statistical artifact? Clinical Toxicology 2014;52:88-90.

17. Taylor MP, Winder C, Lanphear BP. Australia's leading public health body delays action on the revision of the public health goal for blood lead exposures. Environ Int. 2014 Sep;70:113-7. doi: 10.1016/j.envint.2014.04.023.

18. Allen RW, Barn P, Lanphear B. Randomized controlled trials in environmental health research: unethical or underutilized? PLoS Med 2015;12:e1001775. doi:10.1371/journal.pmed.1001775.

19. Lanphear BP. The impact of toxins on the developing brain. Annual Review in Public Health 2015;36:211-230.

20. Bakan J, Lanphear BP, Sargent JD. Medical journals and free speech. Pediatrics 2015;135:403-405.

21. Calafat AM, Longnecker MP, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Rudel RA, Engel SM, Teitelbaum SL, Whyatt RM, Wolff MS. Optimal exposure biomarkers for nonpersistent chemicals in environmental epidemiology. Environ Health Perspect 2015;123:A-166-A168.

22. Myers JP, Antoniou MN, Blumberg B, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vandenberg LN, Vom Saal FS, Welshons WV, Benbrook CM. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Environ Health 2016;15(1):19. doi: 10.1186/s12940-016-0117-0.

23. Crighton E, Abelsohn A, Blake J, Enders J, Kilroy K, Lanphear B, Marshall L, Phipps E, Smith G. Beyond alcohol and tobacco smoke: Are we doing enough to reduce fetal toxicant exposure? J Obstet Gynaecol Can 2016;38:56-59.

24. Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB, Perera FP, Ritz B, Sass J, Schantz SL, Webster TF, Whyatt RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. 2016. Project TENDR: Targeting Environmental Neuro-Developmental Risks. The TENDR Consensus Statement. Environ Health Perspect 2016;124:A118–A122; http://dx.doi.org/10.1289/EHP358.

25. Hirtz D, Campbell C, Lanphear B. Targeting environmental neurodevelopmental risks to protect children. Pediatrics 2017 139;pii:e20162245.

26. Vandenberg LN, Blumberg B, Antoniou MN, Benbrook CM, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vom Saal FS, Welshons WV, Myers JP. Is it time to reassess current safety standards for glyphosate-based herbicides? J Epidemiol Community Health 2017;71:613-618.

27. Bellinger DC, Chen A, Lanphear BP. Establishing and achieving national goals for preventing lead toxicity and exposure in children. JAMA Pediatrics 2017;171:616-618.

28. Lanphear BP. Still treating lead poisoning after all these years. Pediatrics 2017;140(2):e20171400.

29. Lanphear BP. Low-level toxicity of chemicals: No acceptable levels? PLoS Biology 2017;15:e2003066. https://doi.org/10.1371/journal.pbio.2003066

30. Hanna-Attisha M, Lanphear BP, Landrigan P. Lead poisoning in the 21st Century: The silent epidemic continues. Am J Public Health 2018;108:1430.

31. Hertz-Picciotto I, Sass JB, Engel S, Bennett DH, Bradman A, Eskenazi B, Lanphear BP, Whyatt R. Organophosphate pesticide exposure during pregnancy and child neurodevelopment: Recommendations for essential policy reforms. PLoS Med 2018;15:e1002671.

32. Basu N, Lanphear BP. The challenge of pollution and health in Canada. Can J Public Health 2019;110:159-164.

**Chapters and Reviews**

1. Lanphear BP. Hepatitis B immunoprophylaxis: Development of a cost-effective program in the hospital setting. Infect Control Hospital Epidemiol 1990;11:47-50.

2. Lanphear BP. Trends and patterns in the transmission of bloodborne pathogens to health care workers. Epidemiologic Reviews 1994;16:437-450.

3. Kapil V, Lanphear BP. Tuberculosis - surveillance, prevention, and control.  Occupational Environmental Medicine Report 1994;8:35-38.

4. Myers G, Davidson P, Weitzman M, Lanphear B. Contribution of heavy metals to developmental disabilities in children. Mental Retard Dev Dis 1997;3:239-245.

5. Lanphear BP. Transmission and control of blood-borne viral hepatitis in health care workers, in Occupational Medicine: State of the Art Reviews.  McDiarmid MA, Kessler E, (eds), Hanley & Belfus, Inc. Philadelphia, PA, 1997;12:717-730.

6.   Lanphear BP.  Indoor Pollutants and Toxins, in *Ambulatory Pediatrics*, Green, Haggerty and Weitzman (eds.) 5th edition, 1999, W.B. Saunders Company, Philadelphia, PA.

7.   Lanphear BP, Dietrich KN, Berger O.  Prevention of lead toxicity in US children.  Ambulatory Pediatrics 2003;3:27-36.

8.   Sandel M, Phelan KJ, Wright R, Hynes HP, Lanphear BP.  The effects of housing interventions on child health.  Pediatr Ann 2004;33:474-481.

9.   Breysse P, Farr N, Galke W, Morley R, Lanphear BP, Bergofsky L. The relationship between housing and health: children at risk.  Environ Health Persp 2004;112:1583-1588.

10.  Lanphear BP, Wright RO, Dietrich KN. Environmental toxins. Pediatrics in Review 2005;26:191-197.

11.  Lanphear BP, Bearer CF. Biomarkers in paediatric research and clinical practice. Arch Dis Child. 2005;90:594-600.

12.  Lanphear BP. Lead. In Children's Health and the Environment. Philip Landrigan and Ruth Etzel (eds). Oxford University Press. 2013.

13.  Foreman J, Silverstein J, Committee on Nutrition; Council on Environmental Health; American Academy of Pediatrics. Organic foods: health and environmental advantages and disadvantages. Pediatrics 2012;130:e1406-1415.doi:10.152/peds.2012-2579.

14.  Iodine deficiency, pollutant chemicals, and the thyroid: new information on an old problem. Council on Environmental Health, Rogan WJ, Paulson JA, Baum C, Brock-Utne AC, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Osterhoudt KC, Sandel MT, Spanier A, Trasande L. Pediatrics. 2014;133:1163-6. doi: 10.1542/peds.2014-0900.

15.  Rosenthal FS, Lanphear BP, Gottesfeld P, Krzyzanowski M and others. ISEE Call for action for global control of lead exposure to eliminate lead poisoning. Epidemiology 2015;26:774-777.

16.  Ahdoot S, Paulson JA, Baum C, Bole A, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Pacheco SE, Spanier AJ, Trasande L. Global climate change and children's health. Pediatrics 2015;136:5:992-997.

17.  Ahdoot S, Pacheco SE for The Council on Environmental Health. Global climate change and children's health – Technical Report. Pediatrics 2015;136:5:992-997.

18.  Paulson JA, Zaoutis TE, for the Council on Environmental Health and the Committee on Infectious Disease. Nontherapeutic use of antimicrobial agents in animal agriculture: implications for pediatrics. Pediatrics 2015;136:6:e1670-e1677.

19.  Lanphear BP for the American Academy of Pediatrics Council on Environmental Health. Prevention of Lead Toxicity. Pediatrics 2016;138(1):e20161493.

20.     England LJ, Aagaard K, Bloch M, Conway K, Cosgrove K, Grana R, Gould TJ, Hatsukami D, Jensen F, Kandel D, Lanphear B, Leslie F, Pauly JR, Neiderhiser J, Rubinstein M, Slotkin TA, Spindel E, Stroud L, Wakschlag L. Developmental toxicity of nicotine: A transdisciplinary synthesis and implications for emerging tobacco products. Neurosci Biobehav Res 2017;72:176-189.

21.     Matsui EC, Abramson SL, Sandel MT and AAP Council on Environmental Health. Pediatrics 2016;138:pii: e20162589.


**Blogs**

1.      Trasande L, Lanphear BP. Preventing A Thousand Flints: Getting Reform of Chemical Regulation Right. Health Affairs Blog. May 23, 2016.
        http://healthaffairs.org/blog/2016/05/23/preventing-a-thousand-flints-getting-reform-of-chemical-regulation-right/


**Letters**

1.      Menkhaus NA, Lanphear BP, Linnemann CC. Airborne transmission of varicella-zoster virus in hospitals. Lancet 1990;2:1315.  May 23, 2016.

2.      Lanphear BP. The resurgence of measles and herd immunity. JAMA 1992;268:789.

3.      Lanphear BP, Linnemann CC, Cannon C. A high false positive rate of tuberculosis associated with Aplisol. J Infect Dis 1994;169:703-704.

4.      Lanphear BP. Potential consequences of using Aplisol tuberculin tests in prior epidemic investigations. Infection Control Hospital Epidemiology 1995;16:255.

5.      Canfield R, Henderson C, Lanphear BP. Intellectual impairment and blood lead levels. N Engl J Med. 2003;349:500-502.

6.      Juskow T, Canfield RC, Henderson C, Lanphear BP. Comments on "Recent development in low level lead exposure and children's intellectual abilities". Environ Health Perspect 2005;113:A16.

7.      Lanphear BP, Hornung R, Khoury J, Yolton K, Dietrich KN.  Lead and IQ in Children.  Environ Health Persp 2006;114:A86-A87.

8.      Hornung R, Lanphear B, Dietrich K. Response to: "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ?" Neurotoxicology. 2006;27:635.

9.   Braun J, Lanphear BP. Comments on "Lead neurotoxicity in children: is prenatal exposure more important than postnatal exposure?" Acta Paediatr. 2007;96:473; author reply 474-475.

10.  Braun J, Kahn RS, Froehlich T, Auinger P, Lanphear BP.  Comments on "Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children." Environ Health Perspect. 2007;115:A399.

11.  Geraghty SR, Morrow AL, Lanphear B. The heart of the matter on breastmilk and environmental chemicals: essential points for healthcare providers and new parents. Breastfeed Med. 2009;4:125-126.

12.  Joshi TK, Bailar JC 3rd, Craner J, Davis D, Ehrlich R, Franco G, Frank AL, Huff J, LaDou J, Lanphear B, London L, Melnick RL, O'Neill R, Osaro E, Rosenman KD, Sass J, Smith AH, Soskolne CL, Stephens C, Stuckey R, Takaro TK, Teiteibaum D, Watterson A, Yassi A. Physician expelled from Indian Association of Occupational Health after critique. Int J Occup Environ Health. 2009 Oct-Dec;15(4):419-420.

13.  Calafat AM, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Longnecker MP, Rudel RA, Teitelbaum SL, Whyatt RM, Wolff MS. Misuse of blood serum to assess exposure to bisphenol A and phthalates. Breast Cancer Res. 2013;15:403.

14.  Soskone CL, Al-Delaimy WK, Burns K, Finch MR, Gaudino JA, Jr, Lanphear B, Oremus M, Phillips L, Ruff K, Weiss SH, Wing S. Competing interests in epidemiology. BMJ 2015;350.PMID: 25569167.

15.  Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: an ecological study. Environ Health 2018;17:doi: 10.1186/s12940-018-0354-5.

16.  Lanphear BP, Hornung RW, Auinger P, Allen R. Environmental exposure to lead: old myths never die. Lancet Public Health 2018;e363 doi: 10.1016/S2468-2667(18)30128-2.

**Presentations**

1.   "Biologic Hazards to Health Care Personnel in the Workplace". University of Cincinnati, Cincinnati, Ohio, September 26, 1990.

2.   "Common Misconceptions about Tuberculosis". American Lung Association, St. Elizabeth's Hospital, Belleville, IL, March 19, 1991.

3.   "Prevention and Control of Infectious Disease in Health Care Workers". Miami Valley Hospital, Dayton, OH, September 5, 1991.

4.    "Transmission of Hepatitis B Virus Infection in Health Care Workers". Ohio University, Athens, Ohio, March 21, 1992.

5.    "Universal Immunization Against Hepatitis B Virus". Grand Rounds, Dayton Children's Hospital, May 1992, Dayton, Ohio.

6.    "Correlation of Blood Lead Levels and Dust Lead Levels Using Three Dust Collection Methods. Environmental Protection Agency, Research Triangle, N.C., January 20,1994.

7.    "Relation of Lead-Contaminated House Dust and Blood Lead Levels in Urban Children" Environmental Protection Agency, Washington, D.C., February, 1994.

8.    "Lead-Contaminated House Dust and Blood Lead Concentrations in Children", Society for Pediatric Research, Seattle, Washington May 5, 1994.

9.    "EPA Health-Based Standards for Soil and Dust". Alliance to End Childhood Lead Poisoning, Washington, D.C., May 17, 1994.

10.   "Epidemiology of Tuberculosis in Health Care Settings". University of Cincinnati, Cincinnati, OH, August 19, 1994.

11.   "A Side-by-Side Comparison of Sampling Methods for Lead-Contaminated House Dust". American Public Health Association, Washington, D.C., November 1, 1994.

12.   "Trends in Childhood Exposure to Lead:  Implications for Prevention". University of Rochester, Pediatric Grand Rounds, February 15, 1995.

13.   "Childhood Exposure to Lead". Visiting Professor, Nazareth College, Rochester, New York, March 24, 1995.

14.   "Transmission and Control of Infections in Health Care Workers". (Moderator & Speaker) American College of Occupational Environmental Medicine, Las Vegas, Nevada, May 4, 1995.

15.   "Lead Exposure Prevention Research at the University of Rochester". New England Lead Conference, Kennebunkport, Maine, August 3, 1995.

16.   "Prevention of Childhood Lead Exposure". 1st Annual Midwest Conference on Childhood Lead Poisoning Prevention, Kansas City, MO, September 10-11, 1995.

17.   "Childhood Lead Exposure: Implications for Occupational Health". National Institute for Occupational Safety and Health, Cincinnati, OH, May 10, 1996.

18.   "Community Characteristics and Children's Blood Lead Concentrations". American Public Health Association, New York City, NY, November 19, 1996.

19.   "Evolution of a Disease: The Science of Childhood Lead Exposure Prevention." American Public Health Association, New York City, NY, November 18, 1996.

20.   "Childhood Lead Exposure: A Local and National Perspective." Occupational Medicine Grand Rounds, University of Rochester, January 2, 1997.

21.   "Prevention of Childhood Lead Exposure: The U.S. Experience". (Keynote) University of the West Indies and Pan American Health Organization, Kingston, Jamaica, January 23, 1997

22.   "Lead-Contaminated House Dust and Children's Blood Lead Levels". (Keynote Presentation) Look Out for Lead Conference, Madison, WI, May 22, 1997.

23.   "Primary Prevention of Childhood Lead Exposure: A Randomized Trial of Dust Control". American Public Health Association, Indianapolis, November 13, 1997.

24.   "Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Medical University of South Carolina, Charleston, SC, March 20, 1998.

25.   "The Science of Childhood Lead Exposure Prevention." Tulane/Xavier Center for Bioenvironmental Research, New Orleans, May 4-5[th], 1998.

26.   "Lead Hazard Control Research" Conference on Linking Health, Housing & Environment, Centers for Disease Control, Department of Housing and Urban Development, National Institutes of Health, Phoenix, Arizona, June 21-24, 1998.

27.   "A Randomized Trial of Dust Control to Prevent Childhood Lead Exposure." Presenter and Co-chairman, Section on Heavy Metals, 1st International Conference on Children's Environmental Health, Amsterdam, The Netherlands, August 11-13[th], 1998.

28.   "Prevention of Childhood Lead Exposure: A Critique of the EPA's Proposed Residential Lead Standard". Office of Children's Health Protection, U.S. Environmental Protection Agency, Washington, D.C., November 5, 1998.

29.   "Science and Policy of Lead Poisoning Prevention in the United States". Nicholas School of the Environment, Duke University, Durham, North Carolina, February 22, 1999.

30.   "Behaviors in Early Childhood and Exposure to Environmental Toxins". (invited) Pediatric Environmental Health Conference, San Francisco, CA May 4, 1999.

31.   "Patterns of Lead Exposure in Early Childhood". International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy, May 7, 1999.

32.   "Adverse Effects of Blood Lead Concentrations <10 $\mu$g/dL" (Invited), 17th International Conference Neurotoxicology Conference, Little Rock, Arkansas, October 17-20, 1999.

33.   "Emerging Research and Implications for Prevention of Childhood Lead Exposure" (Invited), 2nd Annual Syracuse Lead Conference, Syracuse, New York October 27th, 1999.

34.   "Prevention of Lead Poisoning in Children" Sierra Club, Omaha, NE, November 16th, 1999.

35.   "Children's Environmental Health: A Focus on Residential Hazards" Department of Pediatrics, University of Nebraska Hospital, November 17th, 1999.

36.   "Effectiveness of Lead Hazard Controls", New England Lead Conference, New Hampshire, Tufts University School of Medicine, April 25, 2000.

37.　　"Subclinical Lead Toxicity in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 15, 2000.

38.　　"Contribution of Residential Exposures to Asthma in U.S. Children and Adolescents", Pediatric Academic Societies, Boston, MA, May 16, 2000.

39.　　"The Effect of Soil Abatement on Blood Lead Concentration in Children living near a former Smelter and Milling Operation" (invited). Coeur d'Alene, Idaho, May 24, 2000.

40.　　"The Paradox of Lead Poisoning Prevention" (invited). National Institute of Justice, Washington, D.C., July 18th, 2000.

41.　　"Evolution of a Disease: Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Children's Hospital Medical Center, Cincinnati, Ohio, August 22, 2000.

42.　　"Children's Environmental Health: A Focus on Residential Hazards"  Pediatric Grand Rounds, Department of Pediatrics, University of Rochester School of Medicine, Rochester, NY, September 20th, 2000.

43.　　"Prevention of Lead Poisoning in Childhood" 7th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, NY, September 29, 2000.

44.　　"Excavating the Enigmas of Childhood Lead Exposure". Department of Environmental and Occupational Medicine, Harvard University School of Public Health, Boston, MA, October 16th, 2000.

45.　　"Contribution of Residential Exposures to Asthma". Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 11th, 2000.

46.　　"Setting Research Priorities for the Decade". (Moderator & Speaker) Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 13th, 2000.

47.　　"Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation) Look Out for Lead Conference, Madison, WI, April 12, 2001.

48.　　"Environmental Lead Exposure and Children's Intelligence at Blood Lead Concentrations below 10 $\mu$g/dl." APA Presidential Plenary Session, Pediatric Academic Society Meeting, Baltimore, MD, April 30, 2001.

49.　　"Elimination of Childhood Lead Exposure: Obstacles & Opportunities" (Plenary).  National Housing Conference and Exposition, New Orleans, LA, May 16th, 2001.

50.　　"Prevention of Childhood Lead Exposure: A Public Health Perspective" (Keynote Presentation). Philadelphia Health Department, Philadelphia, PA, May 23rd, 2001.

51.　"Evolution of a Disease: Prevention of Childhood Lead Exposure." (Keynote Presentation), Charles Drew University, Los Angeles, California, October 22nd, 2001.

52.　"Primary Prevention of Childhood Lead Exposure" (Keynote Presentation), Midwest Regional Lead Conference, Pittsburgh PA, October 29th, 2001.

53.　"Prevention of Childhood Lead Exposure: Shifting to Primary Prevention" (Keynote Presentation), Indiana Department of Health, Lead-Safe Conference, November 7th, 2001.

54.　"A Strategy for Primary Prevention of Childhood Lead Exposure" A testimony to Housing and Transportation Subcommittee, U.S. Senate, Washington, D.C., November 13, 2001.

55.　"Ethical issues of Environmental Research involving Children" (moderator and speaker). Panelists were Jeffrey Kahn, Ph.D., and Leonard Glantz, J.D., Raleigh-Durham, North Carolina, NIEHS Conference of Children's Environmental Health Centers, January 23, 2001.

56.　"Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Omaha Children's Hospital, Omaha, Nebraska, March 1, 2002.

57.　"Racial Disparities in Children due to Environmental Hazards" Ohio Commission on Minority Health, Columbus, Ohio March 27, 2002.

58.　"Prevention of Childhood Lead Exposure in a Former Mining Community" Tar Creek, Oklahoma, April 4, 2002.

59.　"Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Hasbro Children's Hospital, Brown University, Providence Rhode Island, May 17, 2002.

60.　"Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." Grand Rounds, Dayton Children's Hospital, Wright University, Dayton, Ohio May 22, 2002.

61.　"Evolution of a Disease: Science and Prevention of Childhood Lead Exposure." International Lead Congress, Washington, DC, June 3rd, 2002.

62.　"Residential Hazards: A Neglected Health Problem" Agency for Toxic Substances Disease Registry, Centers for Disease Control and Prevention, Atlanta, Georgia, August 19th, 2002.

63.　"Control of Residential Exposures to Environmental Neurotoxins" National Center for Healthy Homes (Moderator and Speaker), Annapolis, VA, November 7th, 2003.

64.　"The Promises and Potential Pitfalls of Primary Lead Poisoning Prevention" Purchase College, 9th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, New York,, October 4th, 2002.

65.　"Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." Pediatric Grand Rounds, Syracuse, NY, October 9th, 2002.

66.　"Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure." University of Texas at El Paso, El Paso, Texas January 29th, 2003.

67.  "Childhood Lead Poisoning" Introduction to Children's Environmental Health, Seattle, Washington, Pediatric Academic Society, May 3rd, 2003.

68.  "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Chicago Lead Summit, Chicago, Illinois, May 28th, 2003.

69.  "The Legacy of Lead:  Childhood Lead Poisoning in the 21st Century".  Case Western Reserve University, Cleveland, Ohio, June 3rd, 2003.

70.  "Housing and Children's Health", Sprawl: The impact on vulnerable populations, University of Cincinnati College of Medicine, Cincinnati, Ohio, July 8th, 2003.

71.  "Trials and Tribulations of Protecting Children from Environmental Toxins". Duke University, Nicholas School of the Environment, Durham, NC, November 6th, 2003.

72.  "Adverse Effects of Fetal and Childhood Exposures to Prevalent Toxins" Midwest Critical Regional Neonatology Conference, Covington, KY, November 14th, 2003.

73.  "Control of Residential Hazards in Children" American Public Health Association, San Francisco, CA, November 18th, 2003.

74.  "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". 21st International Neurotoxicology Conference, Honolulu, Hawaii, February 11th, 2004.

75.  "Trials and Tribulations of Protecting Children from Environmental Hazards" Workshop on Ethical Issues on Children's Environmental Health, Children's Environmental Health Network, Washington, D.C. March 5, 2004.

76.  "Low-Level Exposure to Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis", Pediatric Academic Societies Annual Meeting. Pediatric Research 2004;55:163A.

77.  "The Impact of the Environment on Children's Health" Bob Smith Endowed Lecture, Department of Pediatrics, First Gulf Coast Children's Environmental Health Symposium, Baylor University, Houston, Texas.

78.  "The Search for Environmental Causes of Learning Disabilities, Learning Disabilities Initiative, Baltimore, MD, May 18th, 2004.

79.  "Residential Hazards in Children: A Neglected Public Health Problem", Pediatric Grand Rounds, Boston Medical Center, Department of Pediatrics, Boston University Medical Center, Boston, MA, May 20th, 2004.

80.  "Residential Hazards in Children" "Healthier Homes, Stronger Families: Public Policy Approaches to Healthy Housing", National Center for Healthy Housing, Washington, D.C., June 2nd, 2004.

81. "Fetal and Early Childhood Exposures to Prevalent Toxins" Pediatric Grand Rounds, Ste. Justine Children's Hospital, University of Montréal, Montreal, Canada, June 16th, 2004.

82. "Childhood Exposure to Lead-Contaminated Soil: A Problem of the Past or a Problem from the Past?" National Academy of Science Committee on Superfund Site Assessment and Remediation in Coeur d'Alene River Basin", June 17th, 2004, Coeur d'Alene, Idaho.

83. "The Legacy of Lead" (Keynote Speaker). Chicago Lead Summit, Region V EPA Headquarters, September 15th, 2004.

84. "A Tale of Two Toxins: Children's Exposure to Tobacco and Lead" (with Michael Weitzman), The American Academy of Pediatrics, San Francisco, CA, October 10th, 2004.

85. "A Legacy of Childhood Lead Poisoning" University of Washington, Seattle, Washington, October 30, 2004.

86. "Protecting Children from Environmental Toxins", Pediatric Grand Rounds, Seattle Children's Hospital, Seattle Washington, March 10th, 2005.

87. "The Science and Politics of Childhood Lead Poisoning", Northwest Pediatric Environmental Health Conference, University of Washington, Seattle, Washington, March 11th, 2005.

88. "The Effects of Low-level Exposure to Environmental Toxins during Fetal Development and Early Childhood", Children's' Hospital of Fudan University, Shanghai International Pediatric Forum, Shanghai, China, June 16th to 18th, 2005.

89. "The Role of Biomarkers in Revealing Genetic and Environmental Influences of Disease and Disability" Psychiatry Grand Rounds, University of Cincinnati, February 8th, 2006.

90. "Trials and Tribulations of Protecting Children from Environmental Hazards: Ethical Issues", Johns Hopkins University of Medicine, March 17th, 2006.

91. "Key Elements of a Primary Prevention Strategy for Lead Poisoning", Albany Law School, Union University, Albany, New York, March 16th, 2006.

92. "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", Case Western Reserve University, City Club of Cleveland, Cleveland, OH March 4th, 2006.

93. Integrating Genetic and Environmental Influences in Pediatric Research" (Moderator and Speaker), Pediatric Academic Societies, San Francisco, CA, April 30th 2006.

94.     "Ethical Issues in Housing Health Hazard Research Involving Children" (Topic Symposia) Pediatric Academic Societies, San Francisco, CA, May 2nd 2006.

95.     "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", International Workshop on Neurotoxic metals: from Research to Prevention, University of Brescia, Italy, June 17th, 2006.

96.     "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", International Society for Environmental Epidemiology, Paris France, September 6th, 2006.

97.     "Protecting Children from Environmental Toxins", Region VIII Children's Environmental Health Summit, Vail, Colorado September 20th, 2006.

98.     "Integrating Genetic and Environmental Biomarkers in Pediatric Epidemiology", Visiting Professor, Simon Fraser University and University of British Columbia, Vancouver, British Columbia, October 19th-20[th], 2006.

99.     "The Legacy of Lead", Indiana Lead Conference, Indianapolis, Indiana, October 24, 2006.

100.    "Ethical dilemmas in Children's Environmental Health", Seminar Series in Ethics of Toxicology, University of Champagne-Urbana, Champagne, Illinois, November 19th, 2006.

101.    "Low-Level Lead Toxicity: Implications for Prevention"", WHO Informal Workshop on Lead, University of Munich, Germany, November 30th, 2006.

102.    "Low-Level Lead Toxicity: The Ongoing Search for a Threshold"", National Environmental Public Health Conference, National Centers for Disease Control, Atlanta, Georgia, December 4th, 2006.

103.    "The Epidemiologic Conquest of Childhood Lead Toxicity: A Pyrrhic Victory". NIEHS Workshop on Children's Environmental Health Research: Past, Present and Future.  January 22nd, 2007.

104.     "Linking Low-level Exposures to Environmental Toxicants with ADHD".  Duke Integrated Toxicology and Environmental Health Program Symposium on Developmental Neurobehavioral Disabilities and Toxic Exposures, March 23, 2007, Durham, North Carolina.

105.    "Using Biomarkers to Link Environmental Influences with Disease and Disability", The Channing Laboratory, Harvard University, Boston, Massachusetts, April 4th, 2007.

106.    "The Lingering Legacy of Lead Toxicity". Grand Rounds, Department of Pediatrics, St. Louis Children's Hospital, St. Louis University, St. Louis, Missouri, April 11th, 2007.

107.    "Protecting Children from Environmental Toxicants", United States Council of Catholic Bishops, Washington, D.C., April 30th, 2007.

108.    "Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms", Pediatric Academic Societies, APA Presidential Platform Plenary Session, Toronto, Canada, May 7th, 2007.

109.    "The Lingering Legacy of Lead Toxicity" Grand Rounds, Department of Pediatrics, Omaha Children's Hospital, University of Nebraska, Omaha, Nebraska, April 11th, 2007.

110.    "Linking Low-level Neurotoxicant Exposures of the Developing Brain to Learning and Behavioral Problems."  International Conference on Developmental Programming and Effects of Environmental Toxicants in Human Health and Disease, Faroe Islands, May 20th, 2007.

111.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson", National Policy Consultation Series on Children's Health and Environment, Moncton, New Brunswick, Canada, May 31, 2007.

112.    "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  Occupational and Environmental Health Seminar Series, Health Canada, Ottawa, Canada, June 6th, 2007.

113.    "Linking Low-Level Lead Exposure with Child and Adolescent Psychopathology", 13th Annual International Society for Research in Child and Adolescent Psychopathology, London, England, June 19th, 2007.

114.    "The Legacy of Lead Toxicity". Pediatric Grand Rounds, New York Presbyterian Hospital-Weill Cornell Medical Center, September 18th, 2007.

115.    "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Pediatric Grand Rounds, Children's Hospital at Dartmouth, Dartmouth Medical School, September 19th, 2007.

116.    "The Legacy of Lead Toxicity: Effects of Childhood Lead Exposure in Children, Adolescents and Adults". Mid-America Conference, Philadelphia, Pennsylvania, October 4th, 2007.

117.    "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?"  International Society for Exposure Analysis (invited plenary session), Raleigh-Durham, North Carolina, October 17th, 2007.

118.    The Global Elimination of Lead Toxicity: A Focus on Housing."  National Institute of Public Health, Rennes, France, October 22nd, 2007.

119.    Linkage of Environmental Lead Exposure with Psychopathology in Children and Adolescents" Ramazzini Collegium, Carpi, Italy, October 25th, 2007.

120.    "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology", Symposium on Environmental Toxicity and the Brain, University of Toronto, Toronto, Canada, December 7th, 2007.

121.    "Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology." Pediatric Grand Rounds, Rochester General Hospital and Strong Memorial Hospital, Rochester, New York, April 1&2, 2008.

122.   "Rochester's Role in the Ongoing Elimination of Childhood Lead Toxicity."  Beaven Lecture, Rochester Academy of Medicine, Rochester, New York, April 1, 2008.

123.   "The Lingering Legacy of Lead Toxicity: Lansing Legacy."  Michigan's Conference for Lead Safe & Healthy Homes, East Lansing, MI, April 22, 2008.

124.   First Annual Controversies in Pediatric Environmental Health, "Should the Centers for Disease Control Lower the Blood Lead Level of Concern". A debate by Bruce Lanphear and George G. Rhoads (James Sargent, Moderator). Pediatric Academic Societies Meeting, Honolulu, Hawaii, May 2nd, 2008.

125.   "Linking Exposure to Environmental Toxicants with Psychopathology in Children and Youth". Visiting Professor, Alberta Child and Youth Network, Calgary Children's Hospital, Calgary, Alberta. May 13th-15th, 2008.

126.   Lead Toxicity and the Teenage Brain", Youth Exploring Science Program, St. Louis Science Center, St. Louis, Missouri, June 30th, 2008.

127.   "The Legacy of Childhood Lead Toxicity".  Health Canada, Ottawa, Canada, October 6th, 2008.

128.   "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". The 2008 Rachel Carson Legacy Conference: Green Chemistry – Solutions for a Healthy Economy, Duquesne University, Pittsburgh, Pennsylvania, September 20th, 2008.

129.   "Trials and Tribulations of Protecting Children from Environmental Hazards", Ethics in Toxicology Seminar Series, University of Champagne-Urbana, Champagne, Illinois, September 22nd, 2008.

130.   "Industry's Influence on the Prevention of Childhood Lead Poisoning." In: Symposia on Insulating Environmental Health Research from Conflicting Interests.  International Society for Environmental Epidemiology Annual Meeting, Pasadena, California, October 14th, 2008.

131.   "The Lingering Legacy of Lead Toxicity: Implications for Research and Policy on Other Environmental Toxicants". (Keynote Presentation) BC Environmental and Occupational Health Research Network, Vancouver, BC, November 7th, 2008.

132.   "Effects of Environmental Toxicants on Children's Development". DB-PREP Course, American Academy of Pediatrics, Atlanta, Georgia, December 5th, 2008.

133.   "Linking Low-level Environmental Toxicants with New Morbidities of Childhood". BC Children's Grand Rounds, British Columbia, Vancouver, February 6th, 2009.

134.   "Using Biomarkers to Link Exposures with Disease and Disability in Children". Workshop on Physical and Chemical Exposures in Canadian Cohort Studies, Canadian Institute of Health Research and Health Canada, February 8th-9th, 2009.

135.   "How Dangerous Is Lead In Drinking Water?" An interview on "Around The Water Cooler" with Werner Troesken and Bruce Lanphear. February 18th, 2009.

136.   "Linking Environmental Toxicants with ADHD in Children" (invited), Learning Disabilities Association Annual Meeting, February 25th, Salt Lake City, Utah.

137.   "The Lingering Legacy of Lead Toxicity", Norfolk Children's Hospital, April 30th, 2009, Norfolk Virginia.

138.   Second Annual Controversies in Pediatric Environmental Health Debate, "Should Pediatricians Advise Parents to Feed their Children Organic Foods?" A debate by Joel Forman and Janet Silverstein (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Baltimore, MD, May 4th, 2009.

139.   "A Pattern of Pathology: The Population Impact of Environmental Toxicants on Health". Workshop on Endocrine Disruptors, Endocrine Society, Washington, DC, June 9th, 2009.

140.   "The Quandary of Environmental Contaminants in Human Milk", 25th Anniversary of US Surgeon General's Report on Breastfeeding, Washington, DC, June 13th, 2009.

141.   "Linking Exposures to Environmental Toxicants with Learning Problems and Psychopathology in Children." Northwest Conference on Children's Health and Environment, Tukwila, Washington, October 1st, 2009.

142.   "The Second Coming of the Sanitarians", Pediatric Grand Rounds, University of California at Davis Children's Hospital, Sacramento, California, October 9th, 2009.

143.   "The Second Coming of the Sanitarians", National Institute of Public Health, Rennes, France, November 4th, 2009.

144.   "Linking Exposure to Environmental Toxicants with ADHD in Children." Symposium on ADHD. Riyadh, Saudi Arabia, November 7th, 2009.

145.    "The Interplay of Genetic and Environmental Influences in Common Conditions of Children." Macquarie University, Department of Geology, Sydney, Australia, November 18th, 2009.

146.   "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure." Pacific Basin Consortium Symposium on Environment and Health, Perth, Australia, November 13th, 2009.

147.   "The Second Coming of the Sanitarians", SFU President's Lecture, Simon Fraser University, Burnaby, BC, March 4th, 2010.

148.   Third Annual Controversies in Pediatric Environmental Health Debate, "Should the American Academy of Pediatrics Sponsor a Ratings Board to Provide Evidence-based Ratings for Media?" A debate by James Sargent and Donald Shifrin (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Vancouver, BC, May 2nd, 2010.

149.  "Efficacy of Reducing Lead Hazards in Housing on Lead-Contaminated House Dust, Blood Lead Concentration and Intellectual Abilities in Children." Pediatric Academic Societies Meeting, Vancouver, BC May 1st, 2010.

150.  "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Pediatric Grand Rounds, Cornell Weill Medical College, New York, New York. May 25th, 2010.

151.  "Excavating the Enigmas of Childhood Lead Toxicity", Guest Lecturer, "Introduction to Toxicology, Harvard School of Public Health, Boston, Massachusetts, October 27th, 2010.

152.  "The Conquest of Lead Poisoning: A Pyrrhic Victory", Lead Action Collaborative, New England Carpenters Center, Boston, Massachusetts, October 28th, 2010.

153.  "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson." Academy of Breastfeeding Medicine, San Francisco, California, October 29th, 2010.

154.  "Bisphenol A and Behavior Problems in Children". Eastern Perinatal Conference, Kingston, Ontario, November 10th, 2010.

155.  "Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?" UBC Statistics Department Seminar, November 18th, 2010.

156.  "Protecting Children from Environmental Toxicants." Children's Hospital of Quebec, University of Laval, Quebec City, Quebec, December 17th, 2010.

157.  "Low-level Toxicity: Implications for Research and Policy", Joint Talks by C. Arden Pope and Bruce Lanphear, SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 7th, 2011.

158.  "Crime of the Century: Lead Toxicity in the 20th Century", Panel Presentation and Discussion, UC Davis, Sacramento, California April 7th, 2011.

159.  Fourth Annual Controversies in Pediatric Environmental Health Debate, "Should Parent Slather their Children with Sunscreen?" A debate with Russell Chesney, MD and Sophie Balk, MD, (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Denver, Colorado, May 1st, 2011.

160.  The Conquest of Lead Toxicity: A Pyrrhic Victory", Canadian Water Network, Ecole Polytechnique de Montreal, Montreal, Canada, June 9th, 2011.

161.  The Contribution of Environmental Influences on Chronic Disease, Canadian Partnership for Health and Environment, Toronto, Canada, June 16th, 2011.

162.  "The Second Coming of the Sanitarians", Environmental and Occupational Health Seminar, University of Washington School of Public Health, Seattle, WA, May 12th, 2011.

163.  "Crime of the Century: The Failure to Prevent the Lead Pandemic". Sterling Prize in Controversy, Wosk Centre, Simon Fraser University, Vancouver, BC, October 19th, 2011.

164. "Measuring Exposure: The Benefits and Limits of Biomarkers". Canadian Institute for Human Development, Child and Youth Research, Montreal, Canada, December 6th, 2011.

165. "Rachel Carson: Clarity of Vision". SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA, January 6th, 2012.

166. "The Truth About Toxins: What Parents and Health Professionals Should Know". Environmental Influences on Neurodevelopment: Translating the Emerging Science into Public Health Policy". UCLA School of Public Health, Los Angeles, California, January 12th, 2012.

167. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Mattel Children's Hospital, Los Angeles, California, January 13th, 2012.

168. "Why Should We Share Data?", Data Sharing Strategies for Environmental Health Workshop, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina, February 6th and 7th, 2012.

169. "The Science and Prevention of Lead Toxicity" (Keynote Presentation), Forum on Lead Toxicity: A Little is Still Too Much", Macquarie University, Sydney, Australia, June 5th, 2012

170. "Canada Environmental Health Atlas Knowledge Translation Workshop", Canadian Public Health Association, Edmonton, Alberta, June 13th, 2012.

171. "First Annual Controversies in Pediatric Environmental Health Debate: Should organophosphate pesticides be reduced or banned?" A debate with Brenda Eskenazi and Bruce Lanphear (Rob McConnell, Moderator). International Society for Environmental Epidemiology, Columbia, SC, August 28th, 2012.

172. "Supralinear Dose-Response Relationship of Environmental Toxicants: Research and Policy Implications." Moderator and Speaker, with Arden Pope, Roel Vermeulen and Bruce Lanphear. International Society for Environmental Epidemiology, Columbia, SC, August 29th, 2012.

173. Tanya Froehlich and Bruce Lanphear, "ADHD and Environmental Toxicants: Time for Prevention?", Society for Development and Behavioral Pediatrics, Phoenix, AZ, September 9th, 2012.

174. "The Epidemic of Childhood Disabilities: A Failure to Regulate". Workshop on Children's Rights and Corporate Responsibility, Green College, University of British Columbia, Vancouver, BC, October 19th, 2012.

175. "Low-level Toxicity: Much Ado About Nothing?", Department of Preventive Medicine Seminar, University of Southern , California, Los Angeles, California, October 23rd, 2012.

176. "Reflections on Silent Spring". (Invited Keynote). International Society for Exposure Sciences, Seattle, Washington, October 28th, 2012.

177.    "Randomized Controlled Trials in Children's Environmental Health: Underutilized or Unethical?" The University of Washington Northwest Pediatric Environmental Health Specialty Unit and Center for Child Environmental Health, Seattle, Washington, February 26th, 2013.

178.    "Crime of the Century: Our Failure to Prevent the Lead Pandemic". Dali Lana School of Public Health and of School Environment, University of Toronto, Toronto, Ontario, March 26th, 2013.

179.    "The Ongoing Search for a Threshold". International Conference of Toxicology, Seoul, Korea, July 1, 2013.

180.    "Blood Lead Concentrations and Cardiovascular Mortality in the United States: The NHANES Mortality Follow-up Cohort Study". International Society for Environmental Epidemiology, Basel, Switzerland, August 2, 2013.

181.    "The Conquest of Lead Poisoning: A Pyrrhic Victory". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

182.    "Striking at the Root: Changing the Narrative on the Causes of Disease". Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.

183.    "Crime of the Century: The Failure to Prevent the Lead Pandemic". Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 26, 2013.

184.    "Low-level Toxicity: Policy Implications for the 21st Century". Symposium on Policy Implications of Environmental Exposures in the 21st Century. Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 27, 2013.

185.    "Excavating the Enigmas of Childhood Lead Toxicity". Network for Soil Contamination Research (INSCR), Delhi University, New Delhi, India. October 22nd, 2013.

186.    "The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure", World Health Organization, New Delhi, India. October 24th, 2013. "The Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." National Institute of Environmental Health Sciences, Raleigh-Durham, NC, November 10th, 2013.

187.    "Protecting Children from Environmental Toxins". Japan Dioxin and Endocrine Disruptors Preventive Action, Tokyo, Japan, November 24th, 2013.

188.    "ADHD: A Preventable Epidemic?" Alberta Children's Hospital, Calgary, Alberta, December 16th, 2013.

189.    "Little Things Matter: The Impact of Toxins on the Developing Brain". Early Years Conference, Vancouver, British Columbia, January 30th, 2014.

190.    "Little Things Matter: The Impact of Toxins on the Developing Brain". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

191.   "Low-level Toxicity of Environmental Toxins: Much Ado About Nothing?". Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

192.   "The Canadian Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health." School of Occupational and Environmental Health, University of British Columbia, March 28th, 2014.

193.   "Little Things Matter: The Impact of Toxins on the Developing Brain". British Columbia Healthy Child Alliance, Vancouver, British Columbia, April 2nd, 2014.

194.   "Sixth Annual Controversies in Pediatric Environmental Health Debate, E-Cigarettes: A weapon in the war against tobacco or a threat to tobacco control. (Moderator). Featuring Greg Connelly and James Sargent. Pediatric Academic Societies, Vancouver, May 4th, 2014.

195.   "Striking at the Root Causes of Chronic Disease in Children" (Moderator). James Sargent, Joel Bakan and David Kessler, May 5th, 2014.

196.   "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). OHKA Healthy Homes Alliance, Omaha, Nebraska, May 15th, 2014.

197.   "Excavating environmental risk factors for autism: Suspects and strategies". A workshop on examining a multi-systems approach to autism and the environment: challenges and opportunities for research". Toronto, Ontario, June 23rd-24th, 2014.

198.   "Lead Poisoning: Tackling a Global Problem" (Co-Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

199.   "Interventions to Reduce Exposures to Environmental Hazards in Pregnant Women and Children", (Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

200.   3rd Annual ISCHE-Sponsored Debate: Should there be any restrictions on universities or academicians receiving payment from industry or other sources? (Moderator). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.

201.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Tulane University School of Public Health and Tropical Medicine, New Orleans, Louisiana, September 5th, 2014.

202.   "Environment Matters", Children's Environmental Health Panel. Society for Environmental Journalists, New Orleans, Louisiana, September 6th, 2014.

203.   "Insidious Influence of Industry on Science: How Corporations Undermine Science", 5th Annual C. Everett Koop Distinguished Lecture, "Corporate Threats to Children's Health", with Joel Bakan and James Sargent, Dartmouth University, New Hampshire, October 6th, 2014.

204.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, Montefiore Medical Center, New York, New York, October 8th, 2014.

205.   "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). Prenatal Environmental Health Education (PEHE) Conference, University of Ottawa. Ottawa, Ontario, November 21st, 2014.

206.   "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). ISEE Asian Regional Meeting, Shanghai, China, November 30th, 2014.

207.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, ISEE Asian Regional Meeting, Shanghai, China, November 31st, 2014.

208.   "Data Visualization", with Joe Braun and Allan Just, Pediatric Environmental Health Scholars Retreat, Reston, VA, December 6th, 2014.

209.   "Victories in Public Health: Progress or Adaptation?" SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 8th, 2015.

210.   "Food in the Industrial Era: Is Backward the Way Forward?" Children's Environmental Health Network, Austin, Texas, February 4th, 2015.

211.   "Excavating the enigmas of childhood lead toxicity". Broken Hill City Council and Lead Reference Group, Broken Hill, New South Wales, Australia, March 3rd, 2015.

212.   "Prevention Paradox: Why a Little Lead is Too Much". Unequal Exposure Symposium, Climate Change Research Center, University of New South Wales, March 5th, 2015, Sydney, Australia.

213.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 23rd, 2015.

214.   "The Staggering Cost of Lead Toxicity and the Unbelievable Benefit of Preventing It". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 24th, 2015.

215.   Seventh Annual Controversies in Pediatric Environmental Health Debate, "GMOs: A Hazard or Harvest of Health?" A debate with Joel Forman, MD and Daniel Goldstein, MD,  (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, San Diego, California, April 27th, 2015.

216.   "Impact of Dwellings on Child Health", Canadian Green Building Council Conference, Vancouver Convention Center, Vancouver, BC, April 28. 2015.

217.   "Impact of Tobacco on the Developing Brain", Developmental Effects of Nicotine and Implications for Emerging Tobacco Products, Rockville, Maryland, May 5th, 2015.

218.   "Impact of Toxins on the Developing Brain" India Tour (Bengaluru, Trivandrum, Kolkata, and Chandigarh) Sponsored by PAN-India, September 4th-11th, 2015.

219.   "Impact of Dwellings on Child Health", Green School Summit, Calgary, Alberta, September 25th. 2015.

220.   "Prevention Paradox: Why a Little Lead is Too Much", A debate with George Rhoads, Montefiore Medical Center, Tarrytown, October 2nd, 2015.

221.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic" (Keynote Presentation), University of Cincinnati Department of Environmental Health 50th Anniversary Gala, Cincinnati, Ohio, October 9th, 2015.

222.   "Impact of Toxins on the Developing Brain" (Keynote Presentation) Children's Environmental Health Centers Annual Meeting, Washington, DC, October 31, 2015.

223.   "The Impact of Toxins on the Developing Brain: Our Failure to Prevent Brain-based Disorders in Children", National Core for Neuroethics, UBC November 12th, 2015.

224.   "Impact of Dwellings on Child Health", Canada Green Building Council, Toronto, ON Green, December 1st, 2015.

225.   "The Tortuous Road to Prevention: Are We There Yet", Air Quality and Impacts on Health: Beyond the Heart and the Lungs, The Lung Association of BC, February 28th, 2016.

226.   "Lead's Long Shadow: What the Story of Flint, Michigan Means for All of Us", with Bruce Lanphear, Mona Hanna-Attisha and Marc Edwards. Collaborative on Health and the Environment Webinar, March 8th, 2016.

227.   "Little Things Matter: The Impact of Toxins on the Developing Brain", Collaborative on Health and Environmental Alaska Working Group Webinar, March 9th, 2016.

228.   "Victories in Public Health: Progress or Adaptation?", Symposium Against Indifference, Ashland University, Ashland, Ohio, April 5th, 2016.

229.   "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote), Children's Environmental Health: New Findings from California Research, Sacramento, California, April 7th, 2016.

230.   "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Distinguished Visiting Professor in Health Law, Loyola University, Chicago, Illinois April 21st, 2016.

231.   "The Population Impact of Toxins on Intellectual Abilities: Implications for Policy and Prevention", in Symposia on Environmental Toxins and the Brain: Growing Evidence of Risk, Pediatric Academic Societies, Baltimore, MD, May 2nd, 2016.

232.   "Data Visualization and Video Production for Public Consumption", in Symposia on Innovative Tools to Enhance Knowledge Translation of Environmental Health: Data Visualization, Videos and Message Mapping, (co-Moderated by Mark Miller and Bruce Lanphear), Pediatric Academic Societies, Baltimore, MD, April 30th, 2016.

233.   "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Michigan State University, Flint, MI, May 7th, 2016.

234.   "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Johns Hopkins University School of Public Health, Baltimore, MD, May 7th, 2016.

235.   "Little Things Matter: The Impact of Toxins on the Developing Brain", Baltimore, MD, International Medical Federation Autism Research (IMFAR), May 8th, 2016.

236.   "Public Health Matters: Videos on Toxic Chemicals, Air Pollutants and the Prevention Paradox", Mongolian National University of Medical Sciences, June 23, 2016.

237.   "Little Things Matter: The Impact of Toxins on the Developing Brain", USC Annenberg Center for Health Journalism, July 18th, 2016.

238.   "Preventing Lead Toxicity", California Environmental Protection Agency, Occupational Environmental Health Hazard Assessment, September 23rd, 2016.

239.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease," World Issues Forum, Fairhaven College, University of Western Washington, (with Bob Lanphear), November 2, 2016.

240.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, Maimonides Hospital, November 15th, 2016.

241.   "Little Things Matter: The Impact of Toxic Chemicals on the Child Health" (Keynote), Hudson Valley Perinatal Conference, November 16th, 2016.

242.   "Little Things Matter: The Impact of Toxins on the Developing Brain", IPEN, San Francisco, CA, November 18th, 2016.

243.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", SFU, UBC and UW Annual Occupational and Environmental Health Conference Semiahmoo, WA, January 5th, 2017.

244.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", University of New Brunswick, January 25th, 2017.

245.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", New Brunswick Children's Environmental Health Collaborative, January 26th, 2017.

246.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Rockefeller Center, Bellagio, Italy, February 22nd, 2017.

247.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", The Science in Society Speaker Series, Okanagan College, Vernon, BC, April 6th, 2017.

248.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain" (invited plenary), Vancouver, British Columbia, Canadian Pediatric Society, June 3rd, 2017.

249.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Macquarie University, Sydney, Australia, September 29th, 2017.

250.   "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Brown University, Providence, Rhode Island, October 13th, 2017.

251.   Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Health? University of Alaska, Alaska Tribal Health Consortium, Anchorage, Alaska, November 2nd, 2017.

252.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain"  (Keynote), All Alaska Pediatric Conference, Anchorage, Alaska, November 3rd, 2017.

253.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", CINBIOSE 30th Anniversary, University of Quebec at Montreal, Montreal, November 9th, -10th, 2017.

254.   "The Legacy of Lead Poisoning: Moving towards Prevention". East Chicago Community Meeting, Illinois, November 26th, 2017.

255.   "Cause or Cure", NIEHS Environmental Health Seminar, University of Southern California, Los Angeles, California, December 1st, 2017.

256.   "Little Things Matter: The Impact of Lead on Brain Development" (Keynote Presentation), Workshop on Lead-Free Schools, Pew Trust, Washington, DC, December 6th-7th, 2017.

257.   "Low-level Toxicity of Chemicals: No Acceptable Threshold?" Risk Modeling, Mitigation and Modeling in Health Sciences, Centre de Recherches Mathematiques, Montreal, QC, December 11th, 2017.

258.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Department of Psychology and Neuroscience, York University, Toronto, ON, December 13th, 2017.

259.   "The impact of Pollutants on Human Health: No Safe Levels?", Center for Energy and Environmental Contaminants, Macquarie University, Sydney, Australia, February 13th, 2018.

260.   "Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Children's Health?", Department of Pediatrics, University of Wisconsin at Madison School of Medicine, Madison, Wisconsin, March 1st, 2018.

261.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Wisconsin Environmental Health Network, Madison, Wisconsin, March 2nd, 2018.

262.   "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Biennial Atlantic Symposium on Learning Disabilities Association, Fredericton, NB.

263.   "Crime of the Century: The Failure to Prevent the Lead Pandemic" (Keynote). 11th UK and Ireland Environmental and Occupational Epidemiology, John Snow Lecture Hall, London School of Hygiene and Tropical Medicine, April 27th, 2018.

264.   "The Impact of Pollutants on Human Health: No Safe Levels?" From Toxicology to Planetary Health, London School of Hygiene and Tropical Medicine, April 27th, 2018.

265.     Topic Symposium: "Toxic Chemicals and the Rise of Chronic Disease in Childhood: A Preventable Epidemic?" (chair and speaker), Pediatric Academic Societies, May 7th, 2018.

266.     "Prevention Paradox; Why a Little Lead is Too Much", Ontario Water Advisory, Toronto, CA, May 7th, 2018.

267.     "How the Secrets of Body Care and Cleaning Products Impact your Health", Panel with Bruce Lanphear, Muhannad Malas and Janie McConnell, Centre for Free Expression, Ryerson University, Toronto, ON, May 7th, 2018.

268.     "Prevention Paradox; Why a Little Lead is Too Much" (Keynote), Pittsburgh, PA, Get the Lead Out Conference, May 9th, 2018.

269.     "Low-level Lead Exposure and Mortality", Global Health Forum, Miami, Fl, May 23rd, 2018.

270.     "Unleashing the Power of Prevention: Targeting Toxic Chemicals and Pollutants", Canadian Public Health Association, Montreal, QC, May 28th, 2018.

271.     "The Impact of Pollutants on Human Health: No Safe Levels?" Chemicals Management Plan Stakeholder Advisory Council, Health Canada, May 30th, 2018.

272.     "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, University of California – Davis, Sacramento, CA, June 8th, 2018.

273.     "Why a Little Lead is Too Much", Health Canada, Ottawa, ON, August 29th, 2018.

274.     "Unleashing the Power of Prevention: Mobilizing Science to Prevent Disease", ISEE-ISES Workshop, Ottawa, ON, August 30th, 2018.

275.     "The Lingering Legacy of Lead: Why a Little Lead is Too Much", LA Lead Summit: A Strategy for Prevention, University of Southern California, September 14th, Los Angeles, CA.

276.     "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Children's Hospital of Orange County, Orange County, CA, September 19th, 2018.

277.     "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Hurley Medical Center, Flint, Michigan, October 3rd, 2018.

278.     "Lead and The Mysterious Decline in Coronary Heart Disease", National Institute of Occupational Safety and Health, Cincinnati, OH, October 11, 2018.

279.     "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Grand Rounds, Oregon State Health University, Portland, OR, October 23, 2018.

280.     "The Impact of Pollutants on Human Health: No Safe Levels?" Oregon Environmental Council, Portland, OR, October 23, 2018.

281.     "Little Things Matter: The Impact of Toxic Chemicals and Organic Food on Children's Health", HIPP Scientific Symposium on Organic Food, Kranzberg, Germany, October 30, 2018.

48

282. "The Mysterious Decline in Coronary Heart Disease", Harvard University Lead Summit, Cambridge, MA, November 15th, 2018.

283. "The Impact of Pollutants on Human Health: No Safe Levels?" Department of Epidemiology, UMass, Amherst, MA, November 16th, 2018.

284. "Little Things Matter: The Impact of Toxic Chemicals on Human Health", School of Public Health, Oregon State University, Corvallis, Oregon, April 12th, 2019.

285. Why A Little Lead is Too Much: An Intimate History", "The Impact of Pollutants on Human Health: No Safe Levels?", Graduate Course in Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

286. "The Impact of Pollutants on Human Health: No Safe Levels?", Department of Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.

**Grants**

<u>Active Grant Awards</u>

1. Consultant (Joseph Braun, PI). Early Life Perfluoroalkyl Substance Exposure and Obesity: Mechanisms and Phenotyping. 02/01/2016-01/31/2021. National Institutes of Health, $523,725 (5% effort). The purpose of this award is to study the impact of exposure to perfluoroalkyl chemicals on the development of child obesity, adverse cardiometabolic markers and gene regulation. (2.5% effort)

2. Co-Applicant (Linda Booij, Maryse Bouchard PI). In utero exposure to Bisphenol-A and the developing brain in humans: A longitudinal study of epigenetic mechanisms. 03/01-2016 – 03/31/2019. Canadian Institutes of Health Research (CIHR), $344,025. (2.5% effort).

3. Principal Investigator (Multiple PI Award with Christine Till). "Impact of early life fluoride exposure on cognitive and behavioural outcomes in children". NIEHS, 09/30/16 – 05/01/19, $296,683 (10% effort).

4. Consultant (Aimin Chen, Principal Investigator). Developmental neurotoxicity of organophosphate and novel brominated flame retardants in children. National Institute for Environmental Health Sciences. 1RO1ES028277. 09/30/2017-06/30/22 (10% effort).

5. Mentor (Cynthia Curl, Principal Investigator). Measurement of Agricultural and Dietary Glyphosate Exposure among Pregnant Women. National Institutes of Environmental Health Sciences. 1KO1ES028745-01A1. 09/01/2018-08/31/2022 (5% effort).

49

Past Grant Awards

1.   Principal Investigator, "Dust-Lead and Blood Lead Levels among Urban Children". The National Center for Lead-Safe Housing, $561,619, 06/15/93 to 08/31/94. Department of Housing and Urban Development Contract MDLPT0001-93. (25% effort).

2.   Principal Investigator, "Determinants of Lead Exposure among Children in Monroe County, NY", NIEHS Pilot Grant, University of Rochester School of Medicine and Dentistry, Department of Environmental Medicine.  $7,600, 06/15/93 to 12/31/95.  (0% effort)

3.   Principal Investigator, "The Effectiveness of Dust Control in Reducing Children's Blood Lead Levels" U.S. Department of Housing and Urban Development, $128,394, 04/01/94 to 05/30/95. (25% effort).

4.   Principal Investigator, "Primary Prevention of Exposure to Lead".  Centers for Disease Control and Prevention, $832,228, 09/30/94 to 10/01/98. (25% effort)

5.   Principal Investigator, "Lead-Contaminated House Dust and Children's Blood Lead Levels". National Center for Lead-Safe Housing, $43,260, 10/01/96 to 03/30/96. (25% effort).

6.   Co-investigator (Christy, PI), "Tuberculosis Screening in Children". New York Department of Health, $15,000, 01/01/95 to 12/31/96. (0% effort)

7.   Co-investigator (Weitzman, PI), "Fellowship Training in General Pediatrics" (Grant # D28PE50008).  Bureau of Health Professions, HRSA, U.S. Public Health Service, $1,752,816, 06/01/96 to 05/30/97. (10% effort).

8.   Principal Investigator, "Neurobehavioral Effects of Low-Level Childhood Lead Exposure". University of Rochester School of Medicine & Dentistry, $8,560, 06/01/96 to 05/30/97. (0% effort)

9.   Principal Investigator, "Neurobehavioral Effects of low-level Lead Exposure in Children". NIEHS Pilot Grant, University of Rochester Department of Environmental Medicine, $20,035, 09/01/97 to 08/30/97.  (0% effort).

10.  Co-investigator (Howard, PI), "Effect on Breastfeeding of Pacifiers and Bottle Feeding". Bureau of Maternal and Child Health, $420,333, 10/01/96 to 09/30/00. (2.5% effort)

11.  Co-investigator (Canfield, PI) "Lead and Children's Cognitive Functioning", Research Grants Program, Cornell University.  $17,000, 10/01/96 to 09/31/97 (0% effort).

12.   Principal Investigator, "Neurobehavioral Effects of Low-Level Lead Exposure in Children" (RO1-ES 08338). National Institute of Environmental Health Sciences, 12/01/96 to 11/31/01, $1,946,848. (25% effort).

13.   Co-investigator, (Aligne, PI).  "Reduction in Passive Smoking among Children with Asthma:  A Randomized Trial of HEPA Air Filtration."  10/01/96 to 09/31/97, $6,000.  KIDD Grant, Rochester General Hospital (0% effort).

14.   Co-investigator, (DeWitt, PI). "Faculty Development in General Pediatrics". Bureau of Health Professions, Health, Department of Health and Human Services 07/01/97 to 06/30/00, $338,000. (15% effort).

15.   Principal Investigator, "A Side-by-Side Comparison of Allergen Sampling Methods", U.S. Department of Housing and Urban Development, 01/02/98 to 12/31/98, $163,065. (15% effort).

16.   Principal Investigator, "National Research Service Award - Fellowship Training in General Pediatrics and Adolescent Medicine" (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/03. $634,408. (0% effort).

17.   Co-investigator, (Steiner, PI) "Survey of Directors and Graduates of NRSA Fellowship Training Programs", Health Resources and Services Administration, Department of Health and Human Services.  06/01/98 to 06/30/99.

18.   Principal Investigator, "Effect of Soil Remediation on Children's Blood Lead Levels in Midvale, Utah".  U.S. Environmental Protection Agency, 08/01/98 to 07/30/99.  $62,550. (15% effort).

19.   Co-investigator, (Phelan, PI) Trends and Patterns in Playground Injuries among U.S. Children." Ambulatory Pediatric Association, 05/05/99 to 05/04/00.  $9,000 (0% effort).

20.   Principal Investigator, "Risk Assessment for Residential Lead Hazards". U.S. Department of Housing and Urban Development, 09/01/99 to 08/30/00. $102,435. (25% effort).

21.   Principal Investigator, "Residential Exposures associated with Asthma in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 07/16/99 to 03/15/00. $30,400. (20% effort).

22.   Principal Investigator, "Effectiveness of Lead Hazard Control Interventions – A Systematic Review" National Center for Lead-Safe Housing, 10/01/99 to 06/01/00. $22,500 (10% effort).

23.   Principal Investigator, "Racial Disparity in Blood Lead Levels due to Genetic Variation in Calcium Absorption". NIEHS Pilot Grant, Center for Environmental Genetics, University of Cincinnati, 04/01/00 to 03/31/01. $28,130 (0% effort).

24.   Principal Investigator, "International Pooled Analysis of Prospective, Lead-Exposed Cohorts". National Institute of Environmental Health Sciences, National Institutes of Health, 08/15/00 to 09/14/01, $16,000. (2.5% effort).

25.   Principal Investigator, "A Randomized Trial to Reduce ETS in Children with Asthma" (RO1-HL/ES65731). National Heart, Lung and Blood Institute, National Institutes of Health, 09/29/00 to 09/28/04, $1,546,848. (25% effort).

26.   Co-investigator, (Geraghty, PI) "Breastfeeding Practices of Mothers of Multiples". Ambulatory Pediatric Association, 05/01/01 to 04/30/02.  $5,000 (0% effort).

27.   Principal Investigator (Subcontract), "A Longitudinal Study of Lead Exposure and Dental Caries".  National Institute of Dental and Craniofacial Research, National Institutes of Health, 08/01/01 to 07/30/04. $300,000 (10% effort).

28.   Co-investigator (Phelan, PI), "Fatal and Non-Fatal Residential Injuries in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 03/01/01 to 11/31/01. $40,700. (5% effort).

29.   Principal Investigator, "Prevalent Neurotoxicants in Children" (PO1-ES11261). National Institute for Environmental Health Sciences and U.S. Environmental Protection Agency, 09/01/01 to 09/31/06, $5,000,000. (30% effort).

30.   Principal Investigator, "International Pooled Analysis of Lead-Exposed Cohorts". Centers for Disease Control (RO1/CCR 521049). Centers for Disease Control, 09/15/01 to 09/14/02, $28,473. (3% effort).

31.   Principal Investigator, supplement to "Prevalent Neurotoxicants in Children" (PO1-ES11261). NIEHS, 09/01/02 to 09/31/07, $1,800,000. (10% effort).

32.   Co-Investigator, "ADHD Phenotype Network: Animal Model to Clinical Trial".  National Institute of Neurologic Diseases, 09/15/02 to 06/30/05 (15% effort).

33.   Principal Investigator, "Linkage of ADHD and Lead Exposure", Springfield, Ohio Department of Health, 02/01/03 to 06/01/04, $25,000. (0% effort).

34.   Co-investigator (Yolton, PI) "Explorations of ETS Exposure on Child Behavior and Sleep" NIEHS, 04/01/04 to 03/30/06, $300,000. (5% effort).

35.   Co-investigator (Haynes, PI) "MRI as a Biomarker of Manganese Exposure".  NIEHS, 09/01/04 to 08/30/06, $300,000. (5% effort).

36.   Co-investigator (National Center for Healthy Housing, PI) "Development of a Standardized Housing Assessment for Asthma", U.S. Department of Housing and Urban Development, 11/01/05 to10/31/07, $50,000. (5% effort).

37.   Co-Investigator (Hershey, PI) "Epithelial Genes in Allergic Inflammation" National Institutes of Allergy and Infectious Diseases", 07/01/06 to 06/30/07, $4,787.541. (3% effort).

38.     Co-Investigator and Mentor (Wilson, PI), "Racial Difference in DNA Adducts in Tobacco-Exposed Children". Dean's Scholar Award, University of Cincinnati, 02/22/06 to 01/21/09, $150,000 (5% effort).

39.     Principal Investigator, "National Research Service Award - Fellowship Training in Primary Care Research," (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/08. $1,600,000. (0% effort).

40.     Co-Investigator and Mentor (Kahn, PI). "Childhood Asthma in an Era of Genomics: Will the Generalist's Role be Recast?"  Robert Wood Johnson Generalist Physician Faculty Scholars Program" 06/01/04 to 05/30/08, $300,000.

41.     Co-Investigator and Mentor (Spanier, PI), "Exhaled Nitric Oxide to Manage Childhood Asthma". National Heart, Lung and Blood Institute, 07/01/06 to 06/31/08, $200,000 (10% effort).

42.     Co-investigator (Sub-Contract PI), BYPL Vanguard Center (Specker, Principal Investigator), "National Children's Study", National Institute for Child Health and Development, 11/01/05 to 10/31/10, $500,000. (20% effort).  [Relinquished with relocation to SFU].

43.     Associate Director and Co-Investigator, (Ho, PI).  "Center for Environmental Genetics," NIEHS, 04/01/08 to 3/31/13, $1,000,000 (10% effort).  [Relinquished with relocation to SFU.]

44.     Co-Investigator (Yolton, PI). "Tobacco Smoke and Early Human Behavior".  Clinical Innovator Award, Flight Attendant Medical Research Institute", 07/01/07 to 06/30/10, $300,000. (3% effort).

45.     Co-Investigator (Spanier, PI). "Low Level Prenatal Tobacco Exposure and Infant Wheeze." Young Clinical Scientist Award, Flight Attendant Medical Research Institute, 07/01/07 to 06/30/12, $300,000. (5% effort).

46.     Co-Investigator and Mentor (Spanier, PI).  K23, "Prenatal Low Level Tobacco & Phthalate Exposure and Childhood Respiratory Health".  National Institute for Environmental Health Sciences, 12/1/07 to 11/30/12, $623,679 (0% funded effort).

47.     Co-investigator (Yolton, PI). "Neurobehavioral effects of insecticide exposure in pregnancy and early childhood." NIEHS, 09/01/09 to 08/31/12.

48.     Principal Investigator (Bruce Lanphear, PI), "A Community-Based Trial to Prevent Lead Poisoning and Injuries," National Institute for Environmental Health Sciences, 04/01/07 to 03/30/13, $2,000,000. (25% effort).

49.     Co-Investigator (Kim N. Dietrich, PI).  "Early Lead Exposure, ADHD & Persistent Criminality: Role of Genes & Environment," National Institute for Environmental Health Sciences, 04/01/07 to 3/31/2013, $1,250,000. (2.5% funded effort).

50.   Co-Investigator and Sub-Contract PI (Brenda Eskenazi, PI). This supplemental award was to conduct a pooled analysis of prenatal organophophate pesticide exposures with birth outcomes and neurodevelopment in children using 4 US birth cohorts. NIEHS, 09/01/2009 to 08/31/2013, $96,000 (0% effort).

51.   Mentor and Supervisor (Glenys Webster, PI). Michael Smith Foundation for Health Research Postdoctoral Training Award, 03/01/12 to 02/28/15, $134,500 (5% effort).

52.   Co-Principal Investigator (Tye Arbuckle, PI). Maternal-Infant Research on Environmental Chemicals: Effects on Child Development (MIREC-CD). 06/26/11 to /5/25/14, Health Canada Chemical Management Program, $283,000 (10% effort).

53.   Co-Investigator (Patti Dods and Amanda Wheeler, co-PIs). Phthalate Exposure and the development of asthma in the CHILD Study.  06/01/11 to 05/30/14, Health Canada Chemical Management Program, $204,000 (5% effort). Consultant (Stephanie Engel, PI). A pooled investigation of prenatal phthalate exposure and childhood obesity. 11/01/2012 – 10/31/15, NIEHS. $275,000. (5% effort).

54.   Co-Investigator (Ryan Allen, PI). A randomized air filter intervention study of air pollution and fetal growth in a highly polluted community. 06/08/2012 – 05/30/15, CIHR $348,000 (10% effort).

55.   Co-Investigator (William Fraser and Tye Arbuckle, co-PIs). MIREC-CD Biomonitoring Study in Vancouver. 09/01/2013 – 08/30/2014. Health Canada, $120,138 (10% effort).

56.   Principal Investigator. Knowledge translation tools for capacity building for an online Canadian Environmental Health Atlas. 03/01/12 – 02/28/13, Canadian Institutes of Health Research, $98,974 (10% effort).

57.   Principal Investigator (with Lawrence McCandless). Prenatal exposure to environmental contaminants and fetal growth: How to account for multiplicity when testing multiple statistical hypotheses?. 07/01/2015-06/30/2016. Canadian Institutes of Health Research (CIHR), $12,000 (5% effort).

58.   Principal Investigator, Canadian Environmental Health Atlas Knowledge Translation to produce videos and interactive tools. 06/01/2015-07/30/2016. Canadian Internet Registration Authority, $50,000 (10% effort).

59.   Co-Investigator (Kieran Phelan, PI). "Injury Prevention in a Home Visitation Population". NICHD, 09/28/10 to 07/31/16, $2,000,000 (total direct costs over 5 years) (10% effort).

60.   Co-applicant (Timothy F. Oberlander, PI). Developmental origins of autism: A population level linked data study of prenatal antidepressant medication exposure. 09/01/2013 – 09/31/2016, Canadian Institutes of Health Research (CIHR), $285,768.

54

61.  Principal Investigator (Multiple PI Award with Aimin Chen and Kimberly Yolton). "Longitudinal study of exposures to PBDEs and PFCs and child behavior". NIEHS, 04/30/11 – 05/01/17, $2,150,000 (total direct costs over 5 years) (20% effort).

62.  Principal Applicants (McCandless and Lanphear). Biostatistical methods for estimating the cumulative impact of environmental contaminant exposures on preterm birth. Canadian Institute for Human Development, Child and Youth Health. 12/06/16-12/05/18, $200,000 (10% effort).

63.  Co-investigator (Ryan Allen, PI). Randomized Interventions to Evaluate the Effects of Air Pollution Exposure on Children's Health and Development. 03/01/2015 – 03/31/2019, Canadian Institutes of Health Research (CIHR), $720,535. (10% effort)

64.  Co-investigator (Joseph Braun, PI). Endocrine Disrupting Chemicals, Thyroid Hormones and Child Neurobehavior. 06/01/2015-03/31/2019. National Institutes of Health, $471,241 (5% effort). The purpose of this study is test if and when early life exposures to phthalates, triclosan, or bisphenol A adversely impacts children's cognition and behavior.

65.


**Ethics Training for Research**

CITI (Collaborative Institutional Training Initiative) (Reference# 7159023). Academic and Regional Health Centers Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 7160515), Canada GCP Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 8316270), Human Subjects Core Curriculum, completed on August 17th, 2012.

CITI (Collaborative Institutional Training Initiative) (Reference# 13561457), Academic and Regional Health Centers Core Curriculum, completed on September 1st, 2014.

CITI (Collaborative Institutional Training Initiative) (Reference# 16954900), Human Subjects Research Core Curriculum, completed on October 31st, 2015.

# APPENDIX B:

**Till C, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environ Health Perspect* 2018; 126(10):107001.**

# Research

A Section 508–conformant HTML version of this article
is available at https://doi.org/10.1289/EHP3546.

# Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada

Christine Till,[1] Rivka Green,[1] John G. Grundy,[1] Richard Hornung,[2] Raichel Neufeld,[1] E. Angeles Martinez-Mier,[3] Pierre Ayotte,[4,5] Gina Muckle,[5,6] and Bruce Lanphear[7,8]

[1]Faculty of Health, York University, Toronto, Ontario, Canada
[2]Pediatrics and Environmental Medicine, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, USA
[3]School of Dentistry, Indiana University, Indianapolis, Indiana, USA
[4]Department of Social and Preventive Medicine, Laval University, Quebec, Quebec, Canada
[5]Centre de Recherche du CHU de Québec, Université Laval, Quebec, Quebec, Canada
[6]School of Psychology, Laval University, Quebec, Quebec, Canada
[7]Faculty of Health Sciences, Simon Fraser University, Vancouver, British Columbia, Canada
[8]Child & Family Research Institute, BC Children's Hospital, University of British Columbia, Vancouver, British Columbia, Canada

**BACKGROUND:** Fluoride exposures have not been established for pregnant women who live in regions with and without community water fluoridation.

**OBJECTIVE:** Our aim was to measure urinary fluoride levels during pregnancy. We also assessed the contribution of drinking-water and tea consumption habits to maternal urinary fluoride (MUF) concentrations and evaluated the impact of various dilution correction standards, including adjustment for urinary creatinine and specific gravity (SG).

**METHODS:** We measured MUF concentrations in spot samples collected in each trimester of pregnancy from 1,566 pregnant women in the Maternal–Infant Research on Environmental Chemicals cohort. We calculated intraclass correlation coefficients (ICCs) to assess variability in MUF concentrations across pregnancy. We used regression analyses to estimate associations between MUF levels, tea consumption, and water fluoride concentrations as measured by water treatment plants.

**RESULTS:** Creatinine-adjusted MUF values (mean ± SD; milligrams per liter) were almost two times higher for pregnant women living in fluoridated regions ($0.87 ± 0.50$) compared with nonfluoridated regions ($0.46 ± 0.34$; $p < 0.001$). MUF values tended to increase over the course of pregnancy using both unadjusted values and adjusted values. Reproducibility of the unadjusted and adjusted MUF values was modest (ICC range = 0.37–0.40). The municipal water fluoride level was positively associated with creatinine-adjusted MUF (B = 0.52, 95% CI: 0.46, 0.57), accounting for 24% of the variance after controlling for covariates. Higher MUF concentrations correlated with numbers of cups of black ($r = 0.31$–$0.32$) but not green tea ($r = 0.04$–$0.06$). Urinary creatinine and SG correction methods were highly correlated ($r = 0.91$) and were interchangeable in models examining predictors of MUF.

**CONCLUSION:** Community water fluoridation is a major source of fluoride exposure for pregnant women living in Canada. Urinary dilution correction with creatinine and SG were shown to be interchangeable for our sample of pregnant women. https://doi.org/10.1289/EHP3546

## Introduction

The public health benefits associated with fluoridated dental products and optimally fluoridated drinking water are cited widely (Brunelle and Carlos 1990; CDC 2014; Featherstone 1999; Newbrun 1989; O'Mullane et al. 2016). Fluoride exposure can also cause potential adverse effects, such as dental fluorosis and skeletal fluorosis, both of which are observed at elevated fluoride exposure levels over a long period of time (Health Canada 2010). Fluoride exposure may also be neurotoxic, especially for the developing fetus (Grandjean and Landrigan 2014). Still, few developmental neurotoxicology studies have measured biomarkers of gestational fluoride exposure (Bashash et al. 2017; Valdez Jiménez et al. 2017). Instead, most studies use water fluoride concentrations (An et al. 1992; Broadbent et al. 2015; Eswar et al. 2011; Karimzade et al. 2014; Khan et al. 2015; Kundu et al. 2015; Liu et al. 2014; Trivedi et al. 2007; Xiang et al. 2003) or children's

Address correspondence to C. Till, Department of Psychology, York University, 4700 Keele St., M3J 1P3 Toronto, ON, Canada. Telephone: (416) 736-2100, ext. 20776. Email: ctill@yorku.ca

Supplemental Material is available online (https://doi.org/10.1289/EHP3546). The authors declare they have no actual or potential competing financial interests.

Received 22 February 2018; Revised 7 September 2018; Accepted 8 September 2018; Published 10 October 2018.

**Note to readers with disabilities:** *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* articles may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehponline@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

urinary fluoride level (Das and Mondal 2016; Fan et al. 2007; Trivedi et al. 2007) as measures of contemporaneous exposure.

Fluoride exposure is widespread in North America. Water and water-based beverages are the main sources of systemic ingestion, accounting for approximately 75% of dietary fluoride intake among adults living in communities that fluoridate their water supply in the United States (U.S. EPA 2010). Community water fluoridation (CWF) is the process of adjusting the amount of fluoride found in public drinking water to a level that provides optimal dental benefits. Nearly three-fourths of the U.S. population on community water systems receive fluoridated water (https://www.cdc.gov/fluoridation/statistics/index.htm) compared with approximately one-third of Canadians and only 3% of Europeans. In Canada and the United States, the optimal concentration of fluoride in drinking water is set at 0.7 mg/L to protect against tooth decay (DHHS 2015; Health Canada 2017). Other sources of fluoride include foods, dental products (e.g., toothpastes, mouth rinses), supplements, industrial emissions, and fluoride-containing pharmaceuticals. Certain dietary products, like tea, have been identified as having high concentrations of natural fluoride (Fung et al. 1999; Malinowska et al. 2008; Waugh et al. 2016; USDA 2005).

The National Toxicology Program (NTP) at the National Institutes of Health (NRC 2006) and others (Grandjean and Landrigan 2014) have concluded that prenatal exposure to high levels of fluoride can alter neurodevelopment. Fluoride readily crosses the placenta (Forestier et al. 1990) and, in animal studies, accumulates in critical brain regions involved in learning and memory (Bhatnagar et al. 2002; Dong et al. 1997; Pereira et al. 2011). Results of a meta-analysis (Choi et al. 2012) of 27 epidemiologic studies showed that children who lived in areas

with high-fluoride exposure had lower intelligence quotient (IQ) scores than those who lived in low-exposure areas. However, these findings are controversial because most of the studies were conducted in China where fluoride exists as a natural contaminant and exposure levels are often higher than the 0.70 mg/L "optimal" level for water fluoridation in North America. Notably, 13 of the 18 waterborne fluoride studies included in the 2012 meta-analysis consisted of fluoride concentrations of less than the maximum contaminant level goal of 4 ppm (mean water fluoride level of 2.3 mg/L). A more recent study (Bashash et al. 2017) conducted in a non-endemic fluorosis area in Mexico City of nearly 300 mother-child pairs demonstrated an inverse association between maternal urinary fluoride (MUF) concentration during pregnancy and child IQ.

Biomarkers of fluoride (e.g., urinary fluoride, serum fluoride) are directly correlated with fluoride exposure levels (e.g., water fluoride concentration, fluoride supplement exposures) in children (dela Cruz et al. 2008; Kumar et al. 2016; LeGeros et al. 1985; Singh et al. 2007; Zipkin et al. 1956), adults (Ahmed et al. 2012; Mansfield 1999; McClure and Likins 1951; Yadav et al. 2007; Zipkin et al. 1956), and pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2007; Gardner et al. 1952). To our knowledge, however, no studies have directly compared urinary or serum fluoride concentrations with water fluoride concentration in pregnant women living in North America. Moreover, the impact of using urinary creatinine and urinary SG as correction standards for measuring urinary fluoride concentrations during pregnancy remains unclear.

We measured urinary fluoride concentrations during pregnancy from 1,566 women living in 10 cities across Canada and tested whether MUF concentrations were associated with sociodemographic factors, tea consumption habits, and water fluoride concentrations in public drinking water. We also examined how various methods of adjusting for urinary dilution affected the within-person reliability of MUF concentrations and the relationship of MUF concentrations to water fluoride concentration.

## Methods

### Study Sample

Between 2008 and 2011, Maternal–Infant Research on Environmental Chemicals (MIREC) Study staff recruited a population-based sample of 2001 pregnant women from 10 cities across different geographical regions of Canada, 7 of which have CWF (Toronto, Hamilton, Ottawa, Sudbury, Halifax, Edmonton, Winnipeg; n = 1,259) and 3 of which do not (Vancouver, Montreal, Kingston; n = 742). To enhance the accuracy of fluoride exposure, we included only women who provided spot samples across all three trimesters. Women were recruited from prenatal clinics during their first trimester to participate in a longitudinal birth cohort study and provided written informed consent after the study was described to them. Participants were included if they could provide consent, communicate in English or French, were older than 18 y of age, and were at <14 wk of gestation. Participants were excluded if there was a known fetal abnormality, if they had any medical complications (i.e., cancer, renal disease, heart disease), or if there was known maternal alcohol or drug abuse during pregnancy. Participant recruitment and further demographic details and birth outcomes on the cohort can be found elsewhere (Arbuckle et al. 2013). Health Canada's Research Ethics Board and all participating recruitment sites approved the MIREC Study. The present study also received ethics approval from the York University Research Ethics Board in Toronto.

### Measure of Fluoride

Fluoride concentrations were assessed in archived spot urine samples obtained from Trimester 1 at $11.57 \pm 1.57$ [mean $\pm$ standard deviation(SD)] wk (n = 1,885), Trimester 2 at $19.11 \pm 2.39$ wk (n = 1,738), and Trimester 3 at $33.11 \pm 1.50$ wk (n = 1,660) of gestation. Urine was collected in Nalgene® containers that were lot tested for phthalates and bisphenol A. Samples were labeled with a unique identification and barcode and then aliquoted into smaller Cryovials® and stored at appropriate temperatures until they were shipped to the Indiana University School of Dentistry for analysis.

Fluoride concentration was analyzed using a modification of the hexamethyldisiloxane (HMDS; Sigma Chemical Co.) microdiffusion procedure of Taves (1968), as modified by Martínez-Mier et al. (2011). A measured and recorded volume of each sample (0.850 mL) was dispensed into 15-cm plastic Petri dishes (Falcon; Fisher Scientific Co.); a sodium hydroxide (NaOH, anhydrous; Sigma Chemical Co.) trap solution was loaded onto the Petri dish lid and after adding sulfuric acid ($H_2SO_4$; Sigma Chemical Co.) saturated with HMDS, each dish was tightly sealed. Fluoride was released by acid hydrolysis and trapped in the NaOH trap. The fluoride-containing trap was then removed and buffered to pH 5.2 with perchloric acid ($HClO_4$; Sigma Chemical Co.). The resulting solution was adjusted to a final volume of 100 μL with total ionic strength buffer (TISAB II; Fisher Scientific Co.). Sets of approximately 30 samples were analyzed at any one time. Fluoride levels were determined by comparing the millivolt reading of each sample to standard curves, covering the range of the samples' values, prepared from the data for standard solutions of diffused fluoride determined at the time the samples were analyzed. Reference standard solutions were monitored by a quality assurance (QA) officer for stability; technicians reanalyzed, on a rotating basis, one of three standards daily. In addition, urine-based certified reference materials [PC-U-F1305; Institut National de Santé Publique Québec, (INSPQ)/ Laboratoire de Toxicologie] were analyzed every 200–300 samples. Finally, the QA officer checked for errors in the sample numbers, recorded results and cell formula errors, and checked results in millivolt readings on source documents versus Microsoft Excel spreadsheets. In neutral solutions, fluoride concentrations can be measured down to 0.02 mg/L fluoride. This method has been shown to yield the highest recoveries of fluoride for undiluted samples. The precision and validity of this analysis technique has been reported elsewhere (Martínez-Mier et al. 2011). Compared with the total sample of spot urines that were available for fluoride analysis, only 0.002% (two samples) of readings was removed at the first trimester due to readings being higher than that of the highest concentration standard. No observations were removed in subsequent trimesters.

### Measure of Urinary Creatinine

Urinary creatinine [CRE; in grams (g creatinine)] was measured using colorimetric end-point (Jaffe) tests on an Indiko instrument (Indiko Plus; ThermoFisher Scientific). An alkaline solution of sodium picrate was used to react with creatinine in urine to form a red Janovski complex using the Mircogenics DRI® Creatinine-Detect® Test. The absorbance was read at 510 nm on an Indiko chemistry autoanalyzer (Indiko Plus, ThermoFisher Scientific) with a detection limit of 0.069 mmol/L, reporting limit of 0.23 mmol/L, and reproducibility of 2.2%. Analyses of creatinine levels for Trimester 1 and 2 urines were conducted at an internationally recognized toxicology lab (Institut National de Santé Publique du Québec), which is accredited by the Standards Council of Canada under ISO 17025. Analyses of creatinine levels for Trimester 3 urines were conducted by another lab overseen by

a Health Canada scientist. Both labs completed CRE analyses for Trimester 1, and there was a very high level of agreement between the values from each lab ($r = 0.95$, $p < 0.01$, $n = 1,477$); because of the consistency of CRE levels across the two labs, we chose to use the available Trimester 3 CRE results analyzed by this separate lab.

### Correction for Variations in Urine Dilution

To account for variations in urine dilution at the time of measurement, MUF concentrations were adjusted for either CRE or specific gravity (SG). We used different methods to correct for hydration status because there is no established standard for estimating fluoride exposure among pregnant women. We used the average MUF concentration taken over all three trimesters for all adjustment methods. The three primary correction methods included adjustment for specific gravity ($MUF_{SG}$) and two methods of adjustment for creatinine ($MUF_{CRE\_1}$ and $MUF_{CRE\_2}$).

### $MUF_{SG}$

The Indiana University laboratory measured SG for all urine samples. Urine samples ($\sim 2.0$ mL) were transferred to a $36 \times 36$ mm weighing dish (catalog no. 08-732-112; Fisher Scientific). After performing zero setting per the instrument instruction manual, the prism head of a pen refractometer (ATAGO Co., Ltd.) was submerged into the sample and a reading was obtained and recorded. Following the SG measurements, a 0.850-mL aliquot of each sample was then removed for fluoride analysis. All readings were conducted in a darkened room and the refractometer prism head was rinsed in deionized water after each reading. Less than 0.02% of SG values fell below the limit of detection; these values were replaced by 1.001 so that we did not lose these data points when we computed the averaged MUF concentration adjusted for SG. Ad hoc analyses were also conducted to show that the use of the imputed SG values of 1.001 did not alter the mean values for MUF adjusted for SG. MUF values were corrected for SG using Equation 1:

$$MUF_{SG(mg/L)} = \frac{MUF_i \times (SG_M - 1)}{(SG_i - 1)} \quad (1)$$

where $MUF_{SG}$ is the SG-adjusted chemical concentration (in milligrams per liter), $MUF_i$ is the observed chemical (fluoride) concentration, $SG_i$ is the specific gravity of the urine sample, and $SG_M$ is the median SG for the cohort (Hauser et al. 2004).

### $MUF_{CRE\_1}$

The first method of creatinine adjustment used Equation 2:

$$MUF_{CRE\_1(mg/g)} = MUF_i / CRE_i \quad (2)$$

where $MUF_i$ concentration (in milligrams fluoride per gram creatinine) is the observed fluoride concentration and $CRE_i$ is the observed creatinine concentration for that individual. The second method of CRE adjustment that was adopted by the Early Life Exposures in Mexico to ENvironmental Toxicants (ELEMENT) study (Bashash et al. 2017; Thomas et al. 2016) was based on the following equation:

$$MUF_{CRE\_2(mg/L)} = (MUF_i / CRE_i) \times CRE_{avg} \quad (3)$$

where $MUF_{CRE\_2}$ is the creatinine-adjusted fluoride concentration (in milligrams fluoride per liter), $MUF_i$ is the observed fluoride concentration, $CRE_i$ is the observed CRE concentration for that individual, and $CRE_{avg}$ is the average CRE concentration of the samples available at each trimester. This method was included in

order to permit comparison with a prior study examining urinary fluoride levels in a large sample of pregnant women (Bashash et al. 2017; Thomas et al. 2016).

In addition to the three methods indicated above, we also adjusted for creatinine ($MUF_{CRE\_cov}$) and SG ($MUF_{SG\_cov}$) as covariates in regression models. This approach was recommended by Barr et al. (2005) as a method to control for confounding between factors—such as age, race, sex, and body mass index (BMI)—that may affect both exposure-related outcomes (e.g., disease risk) and variations in urine dilution.

### Measurement of Municipal Drinking-water Fluoride

Municipal drinking-water reports were solicited from each city that was included in the MIREC Study. For each city included in the study, we determined water treatment plant (WTP) boundary regions and then linked the first three letters of the postal code for each participant [as reported in Trimester 3 (note that postal codes were identical between Trimester 1 and 3 for 89% of the participants)]. In some cases, participants were linked with multiple WTPs because water distribution boundaries may overlap. Water fluoride data were obtained for 1,359 of the 1,566 women (86.8%); of these, 813 participants lived in cities with CWF and 546 lived in cities without. The primary source of drinking water (i.e., public water system or private well) was assessed by questionnaires completed by the participants during pregnancy. Of the 1,566 women with MUF and SG analyses, 1,451 who reported drinking tap water from a public source were included in the study, whereas 110 (7%) who reported drinking well water, 4 (0.2%) who reported other, and 1 (<0.06%) with missing data were excluded (see Figure S1). Women who reported a drinking-water source other than a public water supply were more likely to be white and born in Canada relative to the sample of women who reported a public drinking-water source; all other demographic characteristics were similar between the groups (see Table S1). Of the 1,451 women who reported drinking water from the tap, 1,147 (79%) lived within the WTP distribution areas for each city sampled.

Fluoridation was defined according to current national drinking-water guidelines (Health Canada 2010), which are implemented by drinking-water authorities in the affected jurisdiction. A range of 0.6–0.8 mg/L fluoride in water is recommended by the Ministry of Health and Long-Term Care in Ontario (consistent with Health Canada's recommendation of 0.7 mg/L; https://www.hc-sc.gc.ca/hl-vs/iyh-vsv/environ/fluor-eng.php). In practice, fluoridated water levels may correspond to a wider range, with a maximum acceptable concentration of 1.5 mg/L (Health Canada 2010). The present study defined a nonfluoridated site as having water fluoride levels (both adjusted and natural fluoride levels) of <0.3 mg/L.

We calculated each participant's average fluoridated drinking-water value for the duration of their pregnancy by taking the average of three quarterly means. For example, births in Quarter 1 (January, February, March) were calculated by computing the average of Quarters 3 and 4 of the year before birth and Quarter 1 of the birth year. We calculated geometric means (GMs) given the large range of water fluoride values. For participants who received water from more than one WTP, the fluoridated drinking-water value was calculated by computing the average of the three quarterly GMs from each relevant WTP (see Table S2). Some cities (e.g., Montreal) had both fluoridated and nonfluoridated zones (see sample map showing distributions for each WTP in Figure S2). Participants living in each region were coded accordingly. For cities that reported fluoride concentrations that were equivalent to the limit of detection (LOD), we used an imputed value of the LOD divided by the square root of 2 (Hornung and Reed 1990) to

calculate the water fluoride level. Average water fluoride levels reported by the municipal WTPs during the years that the participants were in the study are provided in Table S3.

### Fluoride Intake

We estimated fluoride intake via drinking-water habits and consumption of beverages that are known to be high in fluoride content by asking participants about daily water and tea (black or green) consumption. Black and green tea leaves have both been identified as natural sources of fluoride via absorption through the soil (Fung et al. 1999; Malinowska et al. 2008). Participants were asked at the first and third trimester the following question: "Since the beginning of your pregnancy, how much did you drink the following: water (number of glasses; 1 glass = 8 oz); regular tea (cups); green tea (number of cups; 1 cup = 6 oz)?" Participants could answer "none" or insert a number of glasses/cups and select a frequency (day/week/month).

### Statistical Analyses

We performed statistical analyses for women who had all three urine samples corresponding to each trimester using RStudio (version 1.1.383) and SAS (version 9.3; SAS Institute Inc.). We used a two-sided $\alpha = 0.05$ for hypothesis testing. Because the distributions of the MUF levels were right-skewed, values were $log_{10}$-transformed to obtain a more normal distribution.

We first calculated crude descriptive statistics for each trimester, averaged over the entire pregnancy (ignoring dilution effects) and using each of the three urinary dilution correction methods. Possible differences between the MUF levels for the different trimesters were evaluated with an analysis of variance (ANOVA) test. To assess the reliability of MUF levels over the course of pregnancy, we calculated partial correlation coefficients (adjusted for covariates) between each trimester and for each MUF measurement ($MUF_{SG}$, $MUF_{CRE-1}$, $MUF_{CRE-2}$) to examine whether the method of accounting for urine dilution influenced the results. In addition, we calculated intraclass correlation coefficients (ICCs), and their 95% confidence intervals (CIs). The ICC can be interpreted as a measure of test–retest reliability and uses a pooled mean and standard deviation to center and scale each variable. Values can range from 0 (no reproducibility) to 1 (perfect reproducibility). As a final step, we computed Pearson correlation coefficients to examine the relationship between each of the methods for adjusting for $log_{10}$-transformed MUF concentration, averaged over the pregnancy.

Covariates of interest were based on literature review (Buzalaf and Whitford 2011; Buzalaf et al. 2015) and consultation with fluoride experts on factors that may influence fluoride metabolism and intake or creatinine (Gerchman et al. 2009). These variables included prepregnancy BMI, maternal age, mother's smoking status (current smoker vs. former or never smoked), alcohol consumption (no alcohol, <1 alcoholic beverage per month, ≥1 alcoholic beverage per month), caffeine consumption (≥1 caffeinated beverage per day vs. did not drink caffeinated beverage), time of urine sample and time since last void (data only available for Trimesters 1 and 3), maternal education (high school or less, some college, college university degree), annual household income (less than vs. more than $70,000 Canadian), and race (white vs. other). Covariates were chosen based on inclusion criteria where $p$ values fell below 0.2 or changed the regression coefficient by more than 10% for the association between the covariate and MUF. Covariates that reached these criteria were prepregnancy BMI (available for 99% of the total sample), maternal age, and mother's smoking status. We used Pearson correlations to examine the associations between average

$log_{10}$-transformed MUF concentration and these three covariates. We also used Pearson correlations to examine the associations between numbers of glasses of water and cups of green and black tea consumed (using averaged data collected at Trimesters 1 and 3) with average $log_{10}$-transformed MUF concentration. We included these variables in the final models because they are sources of fluoride. We also used Pearson correlations to examine the relationship between MUF $log_{10}$-transformed values (both averaged and trimester-specific) and time-dependent spot sampling variables (i.e., time since last void and time at void). Next, we used one-way analysis of covariance (ANCOVA) to test differences in average $log_{10}$-transformed MUF by residential CWF status, adjusted for covariates. To ensure that multivariate interactions between covariates were not contributing to our findings, we then examined a propensity score matching algorithm in a supplemental analysis (Rosenbaum and Rubin 1983) to match the two groups on the covariates and any multivariate interactions that may exist. This approach used logistic regression to first predict the probability of all people belonging to one group. Then, a second step matched individuals from one group to those in the other based on the probability scores. Thus, individuals that contribute to an unequal match between groups were removed and the $n$ between groups was equated. Given our large sample size, the reduction in $n$ between groups was not a concern. It was more important to show that this procedure and the analyses including everyone provided converging evidence for our conclusions.

Finally, we used linear regression analyses to examine the association between the average $log_{10}$-transformed MUF concentrations and sources of fluoride-related variables (e.g., WTP fluoride levels, number of cups of tea drunk), with and without covariates. Hierarchical regression was first used to assess the relative contribution of WTP fluoride concentrations on MUF concentration after controlling for all covariates and the other sources of fluoride. Next, we conducted forward regression to examine whether any variables other than water fluoride concentrations were contributing significantly to the model. Separate regression models were run for each method of accounting for urinary dilution of MUF concentration. We also conducted secondary analyses adjusted for urinary dilution by modeling urinary creatinine and SG at each trimester as a time-dependent covariate. The best dilution standard was deemed to be the one that had the highest partial $R^2$ value and beta coefficient for WTP fluoride levels regressed on the MUF level.

## Results

Of the women who had at least one valid measure of MUF level, 1,566 (81.6%) women had a urinary spot sample for all three trimesters, whereas 418 women were excluded because they had <3 samples (including 215, 137, and 66 women with 2, 1, and 0 urine samples, respectively) (Table 1). Of the women who had samples for all three trimesters, the mean age was 32.3 y (SD = 4.94, range 28–48 y). Eighty-six percent of the sample identified as white, and 81% of the women were born in Canada. Almost 96% were married or common-law, and almost 85% had a college diploma or university degree. At the time of pregnancy, 86% of the women were employed either full or part time. Specific gravity was measured in all 1,566 urine samples, whereas urine creatinine was available for 1,236 of the 1,566 (78.9%) urine samples (Table 1). Women who were excluded from the analyses of $MUF_{SG}$ because they had <3 samples ($n = 418$) tended to have a lower level of education and household income, a slightly higher BMI, and were more likely to be younger, unmarried, and to smoke as compared with the women who were included in the analysis (Table 1). Women who were

**Table 1.** Characteristics of women with data from three trimesters that were included in the analyses of MUF$_{SG}$ ($n = 1,566$) and MUF$_{CRE\_1}$ ($n = 1,236$) and women who were excluded because they had data from two or fewer trimesters. Values are mean ± SD or $n$ (%) unless otherwise indicated.

| Variables | MUF$_{SG}$ | | | MUF$_{CRE\_1}$ | | |
|---|---|---|---|---|---|---|
| | Included[a] | Excluded | $p$-Value[b] | Included | Excluded | $p$-Value[b] |
| $n$ | 1,566[c] | 418[c] | — | 1,236[c] | 748[c] | — |
| Age of mother at enrollment (y) | 32.3 ± 4.9 | 31.7 ± 5.5 | 0.03 | 32.3 ± 4.9 | 32.0 ± 5.3 | 0.20 |
| Race | | | | | | |
| White | 1,347 (86.0) | 304 (80.3) | 0.32 | 1,074 (86.9) | 577 (83.4) | 0.03 |
| Other | 219 (14.0) | 58 (16.0) | | 162 (13.1) | 115 (16.6) | |
| Marital Status | | | | | | |
| Married or common law | 1,501 (95.9) | 335 (92.5) | 0.008 | 1,182 (95.6) | 654 (94.5) | 0.27 |
| Not married | 65 (4.1) | 27 (7.5) | | 54 (4.4) | 38 (5.5) | |
| Country of birth | | | | | | |
| Born in Canada | 1,269 (81.0) | 300 (82.9) | 0.42 | 1,011 (81.8) | 558 (80.6) | 0.53 |
| Born outside of Canada | 297 (19.0) | 62 (17.1) | | 225 (18.2) | 134 (19.4) | |
| Maternal Education | | | | | | |
| High school or less | 124 (7.9) | 44 (12.2) | 0.005 | 95 (7.7) | 73 (10.6) | 0.007 |
| Some college | 78 (5.0) | 22 (6.1) | | 59 (4.8) | 41 (5.9) | |
| College diploma | 356 (22.7) | 97 (26.8) | | 274 (22.2) | 179 (25.9) | |
| University degree | 1,007 (64.3) | 199 (55.0) | | 807 (65.3) | 398 (57.6) | |
| Prepregnancy BMI | 24.8 ± 5.4 | 25.5 ± 5.7 | 0.02 | 24.7 (5.34) | 25.4 (5.7) | 0.006 |
| Employment status at time of pregnancy | | | | | | |
| Employed | 1,349 (86.0) | 298 (82.3) | 0.06 | 1,064 (86.1) | 583 (84.2) | 0.27 |
| Unemployed | 217 (14.0) | 64 (17.7) | | 172 (13.9) | 109 (15.8) | |
| Net household income | | | | | | |
| Net household income >$70,000 CDN | 1,067 (70.8) | 217 (64.2) | 0.02 | 839 (70.4) | 445 (68.1) | 0.06 |
| Net <$70,000 CDN | 440 (29.2) | 121 (35.8) | | 353 (29.6) | 208 (31.9) | |
| Smoking during pregnancy | | | | | | |
| Trimester 1 | 77 (5.0) | 35 (8.4) | 0.007 | 49 (4.0) | 63 (8.9) | <0.001 |
| Trimester 3 | 69 (4.4) | 11 (2.6) | 0.10 | 46 (3.7) | 34 (4.8) | 0.37 |

Note: BMI, body mass index; CRE, creatinine; MUF, maternal urinary fluoride; SD, standard deviation; SG, specific gravity.
[a]The total sample of women who had a valid value for unadjusted MUF at each trimester included two additional participants ($n = 1,568$). These two additional participants would have a negligible impact on the means shown for MUF$_{SG}$, and hence data are not shown for the unadjusted MUF.
[b]Comparisons of percentages/count data were done using the chi-square test; comparisons of means were done using Student's $t$-test. The total sample of women who had a valid value for unadjusted MUF at each trimester included two additional participants ($n = 1,568$), which had a negligible impact on the means (data not shown).
[c]Sample size may be lower for some of the characteristics listed in each group because of missing data.

excluded from the analyses of MUF$_{CRE}$ because they had <3 samples ($n = 748$) tended to be of nonwhite race, smoking at Trimester 1 (but not Trimester 3), and to have a slightly lower level of education and a higher prepregnancy BMI.

Of the sample of women who provided three urine samples, 114 (7.3%) participants reported a primary drinking-water source other than the public water supply (i.e., reverse osmosis system, well water, or bottled water) in their first trimester visit; these women were excluded from the analysis, as was one participant who did not report what type of water source she used (see Table S1).

## Consistency of MUF Levels over Pregnancy and across Dilution Correction Methods

MUF values increased from Trimester 1 to Trimester 3 across all methods used to correct urinary dilution (Figure 1; see also Table S4). Linear contrast tests were all highly significant ($p < 0.0001$) for all of the MUF values, suggesting a linear increase over time. MUF concentrations across each trimester of pregnancy were weakly to moderately correlated, with the correlation coefficients ranging from 0.31 to 0.52 (all $p < 0.0001$) (Figure 2). We observed stronger correlations between measurements closer in time (e.g., T1 and T2 or T2 and T3). Correlations with T1 were lower for all of the urinary dilution adjusted methods. Overall, serial MUF measurements indicated modest reproducibility across all methods of adjustment (ICC range: 0.37–0.40). The highest ICC was observed using the MUF$_{CRE\_2}$ measurement (ICC = 0.40; 95% CI: 0.36, 0.43). A slightly lower ICC value was observed for the unadjusted MUF value (ICC = 0.37; 95% CI: 0.34, 0.40).

Averaging over the course of pregnancy, log$_{10}$-transformed unadjusted MUF values were moderately correlated with SG-

($r = 0.68$, $p < 0.001$) and CRE-adjusted MUF values ($r = 0.56$, $p < 0.001$), whereas SG- and CRE-adjusted values were strongly correlated ($r = 0.91$, $p < 0.001$). The CRE-adjustment methods were perfectly correlated ($r = 1.00$) given that MUF$_{CRE\_2}$ was derived by multiplying MUF$_{CRE\_1}$ by a constant.

**MUF levels as a function of fluoridated versus nonfluoridated status.** Mean MUF levels were almost two times higher among women living in fluoridated than nonfluoridated communities (Figure 3; see also Table S4), even after controlling for covariates (Table 2) or using propensity score matching on the covariates (see Table S5). The pattern was consistent across all three methods used to adjust for dilution status, but the mean values were highest using the creatinine correction adjustment methods, particularly MUF$_{CRE\_1}$. As expected, water fluoride levels were also significantly higher among fluoridated sites than nonfluoridated sites (Table 2). Specific gravity measurements and creatinine values were also higher among pregnant women living in fluoridated as compared with nonfluoridated areas (Table 2).

## Correlations between MUF and Covariates

Correlations between mean log$_{10}$-transformed MUF concentrations for both SG- and creatinine-adjusted values and covariates are shown in Table 3. MUF$_{SG}$ and MUF$_{CRE}$ levels were not correlated or were very weakly associated ($r$ values <0.10) with BMI, smoking status during pregnancy, parity, level of education, and income level. Weak positive correlations were found between both MUF$_{SG}$ and MUF$_{CRE}$ concentrations and maternal age ($r = 0.12$ to 0.17). Moderate correlations were found between MUF$_{SG}$ and MUF$_{CRE}$ concentrations and water fluoride level as reported by the WTP ($r = 0.50$ to 0.52); these moderate correlations remained after we multiplied the number of glasses of water



**Figure 1.** Fluoride concentrations by trimester in the urine of pregnant women from the MIREC cohort living in fluoridated versus nonfluoridated communities. MUF (maternal urinary fluoride) levels are shown unadjusted and adjusted for specific gravity (MUF$_{SG}$; Equation 1) and creatinine using two different methods (MUF$_{CRE\_1}$ and MUF$_{CRE\_2}$; Equations 2 and 3, respectively). Box plots display the upper and lower quartiles of the data; the median is marked by the vertical line inside the box. The whiskers show the 5th and 95th percentile, whereas the individual data points represent values that exceed the 95th percentile. Box plots were produced after removing outliers defined as a MUF concentration ≥5.

consumed by the estimated amount of fluoride that would be found in a 200-mL cup of tap water ($r = 0.47–0.48$). Finally, higher MUF$_{SG}$ and MUF$_{CRE}$ concentrations correlated with number of cups of black ($r = 0.31$ to $0.32$) but not green tea ($r = 0.04–0.06$); the estimated amount of fluoride intake from tea consumption (factoring in fluoride from an average cup of black tea as well as from a 200-mL cup of tap water) was also correlated with both MUF$_{SG}$ and MUF$_{CRE}$ concentrations ($r = 0.16–0.18$).

### Linear Regression Using Water Fluoridation Levels

To determine whether the relationship between WTP fluoride level and MUF concentration differed as a function of the different urinary dilution correction methods that were used, we fit separate regression models using unadjusted MUF, MUF$_{SG}$, and MUF$_{CRE1/2}$ concentration. WTP fluoride level significantly predicted log$_{10}$-transformed MUF$_{SG}$ concentrations and accounted for approximately 24% of the variance, Model 1: $R^2 = 0.24$, $F(1,1134) = 361.9$, $p < 0.0001$ (Table 4). After controlling for covariates, WTP fluoride level remained a significant predictor of log$_{10}$-transformed MUF$_{SG}$ (B = 0.48, 95% CI: 0.43, 0.53), accounting for approximately 22% of the variance. Model 2 was slightly stronger (B = 0.52, 95% CI: 0.46, 0.57) than Model 1, accounting for 24% of the variance in predicting log$_{10}$-transformed MUF$_{CRE}$ concentration after adjusting for covariates (Table 4). These findings show that a 0.5-mg/L increase in water fluoride, which is roughly the difference in water fluoride level among cities that are fluoridated versus nonfluoridated in our study, would result

in an increase of 73.8% and 82.0% in MUF$_{SG}$ and MUF$_{CRE}$ concentrations, respectively.

We examined models predicting log-transformed MUF (unadjusted) levels at each trimester by WTP fluoride levels before and after controlling for covariates, including the addition of urinary CRE and urinary SG (i.e., MUF$_{CRE\_cov}$, MUF$_{SG\_cov}$). Partial $R^2$ values for WTP fluoride levels ranged from 0.10 to 0.16 when creatinine was used a covariate versus 0.09 to 0.14 when SG was used a covariate (Table 5). These values were lower than the partial $R^2$ in Models 1 and 2 (0.22 and 0.24, respectively), although this difference can be explained by the high correlation between CRE and SG with MUF concentration. The associations were somewhat stronger between WTP fluoride and MUF concentration for CRE than for SG as a covariate.

### Discussion

We measured fluoride levels in urine samples collected during each trimester from 1,566 pregnant women living in fluoridated and nonfluoridated communities in a Canadian pregnancy cohort. We found that mean urinary fluoride values were almost two times higher for pregnant women living in fluoridated regions than for those in nonfluoridated regions (Table 2). The differences in MUF concentration remained significant after adjustment for relevant covariates. Urinary fluoride levels were significantly lower among women living in nonfluoridated regions, despite the so-called diffusion or halo effect (Griffin et al. 2001; Ripa 1993), which refers to the extension of fluoridation to residents of nonfluoridated communities as a result of foods and beverages that



**Figure 2.** Pearson *r* correlations between pairs of trimesters (T1, T2, T3) and intraclass correlation coefficients (ICCs) across trimesters [with 95% confidence interval (CI)] for $\log_{10}$-transformed maternal urinary fluoride (MUF) levels without adjustment, with adjustment for specific gravity (MUF$_{SG}$), and with adjustment for creatinine using two methods of adjustment (MUF$_{CRE\_1}$ and MUF$_{CRE\_2}$). Individual data points represent individual observations, solid lines represent regression lines.

are commercially processed in fluoridated areas and consumed in nonfluoridated communities. Measuring fluoride exposure as a function of CWF status is therefore essential, especially given

that the prevalence and severity of dental fluorosis (evidence for excessive ingestion of fluoride) is higher among youth living in fluoridated regions (Beltrán-Aguilar et al. 2010; Warren



**Figure 3.** Log$_{10}$-transformed maternal urinary fluoride (MUF) exposure levels as a function of water treatment plant fluoride levels. MUF levels are shown unadjusted and adjusted for specific gravity (MUF$_{SG}$) and creatinine using two different methods (MUF$_{CRE\_1}$ and MUF$_{CRE\_2}$). Individual data points represent individual observations. Solid lines represent regression lines.

et al. 1999), reflecting the widespread availability of fluoride. Differences in urinary fluoride level as a function of CWF status are consistent with those reported in another Canadian sample of respondents, 3 to 79 y of age, who participated in Cycle 2 (2009–2011) of the Chemical Health Measures Survey (CHMS) (McLaren 2016).

MUF levels increased from Trimesters 1 to 3 for all of the methods used to correct for urinary dilution, consistent with prior studies conducted in pregnant women in urine (Opydo-Szymaczek and Borysewicz-Lewicka 2005; Valdez Jiménez et al. 2017) and blood plasma (Opydo-Szymaczek and Borysewicz-

Lewicka 2006). This linear increase may reflect a number of potential mechanisms that change over the course of fetal development and pregnancy, such as the higher uptake of fluoride into fetal bone in the first trimester compared with the third trimester when fetal bone tissues are mineralized. In contrast with our study, some other studies have reported decreasing levels of MUF over the course of pregnancy (Gedalia et al. 1959; Thomas et al. 2016). In the ELEMENT cohort, MUF concentrations were measured (Thomas et al. 2016) in over 500 women living in Mexico City. However, the time points included broad and overlapping intervals that were defined as early (0–26 wk), mid (15–

**Table 2.** Comparison of maternal urinary fluoride adjusted for covariates (BMI, maternal age, smoking status, glasses of water, as well as black and green tea consumption) as a function of residential fluoridation status. Values reported represent data from individuals who had valid urinary fluoride measurements at all three time points.

| Fluoride measures | Fluoridated | | | | | Non-fluoridated | | | | | F-Value | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | n | Mean | Median | SD | Range | n | Mean | Median | SD | Range | | |
| MUF_Unadjusted (mg/L) | 672 | 0.70 | 0.61 | 0.40 | 0.10–3.61 | 464 | 0.34 | 0.28 | 0.24 | 0.06–2.17 | 465.8 | <0.0001 |
| MUF$_{SG}$ (mg/L) | 672 | 0.71 | 0.62 | 0.38 | 0.10–3.12 | 463 | 0.41 | 0.34 | 0.28 | 0.08–2.78 | 347.1 | <0.0001 |
| MUF$_{CRE\_1}$ (mg/g) | 528 | 1.15 | 0.99 | 0.65 | 0.19–4.18 | 369 | 0.60 | 0.50 | 0.40 | 0.14–3.56 | 309.7 | <0.0001 |
| MUF$_{CRE\_2}$ (mg/L) | 530 | 0.87 | 0.74 | 0.50 | 0.14–3.80 | 370 | 0.46 | 0.38 | 0.34 | 0.11–3.62 | 305.4 | <0.0001 |
| WTP fluoride level (mg/L) | 813 | 0.61 | 0.56 | 0.11 | 0.41–0.87 | 546 | 0.12 | 0.13 | 0.06 | 0.04–0.20 | 8562.6 | <0.0001 |
| SG | 729 | 1.014 | 1.013 | 0.005 | 1.002–1.030 | 476 | 1.012 | 1.012 | 0.005 | 1.002–1.028 | 31.29 | <0.0001 |
| Creatinine (grams) | 536 | 6.66 | 6.17 | 3.61 | 0.93–23.84 | 374 | 6.03 | 5.51 | 3.50 | 1.07–32.67 | 6.75 | 0.01 |

Note: BMI, body mass index; CRE, creatinine; MUF, maternal urinary fluoride; SD, standard deviation; SG, specific gravity; WTP, water treatment plant.

**Table 3.** Pearson correlations between different derivations of $\log_{10}$-transformed MUF averaged across three trimesters.

| Covariates | Log $MUF_{SG}$ | $p$-Value | Log $MUF_{CRE\_1}$[a] | $p$-Value |
|---|---|---|---|---|
| Prepregnancy BMI | 0.03 | 0.33 | −0.10 | 0.001 |
| Maternal age at delivery | 0.12 | <0.0001 | 0.17 | <0.0001 |
| Smoking during pregnancy (yes/no) | 0.05 | 0.03 | 0.02 | 0.61 |
| Level of maternal education[d] | 0.05 | 0.03 | 0.09 | 0.001 |
| Income level[e] | −0.02 | 0.36 | −0.03 | 0.31 |
| Water fluoride level (reported by WTP) | 0.50 | <0.0001 | 0.52 | <0.0001 |
| No. glasses of water | 0.14 | <0.0001 | 0.15 | <0.0001 |
| Estimated amount of fluoride in a 200-mL cup of tap water multiplied by no. of glasses of water reported to be consumed per day | 0.47 | <0.0001 | 0.48 | <0.0001 |
| No. cups of black tea | 0.32 | <0.0001 | 0.31 | <0.0001 |
| Estimated amount of fluoride in a 200-mL cup of black tea multiplied by no. of cups of tea reported to be consumed per day[b] | 0.18 | <0.0001 | 0.16 | <0.0001 |
| No. cups of green tea | 0.06 | 0.01 | 0.04 | 0.13 |
| Time since last void[c] | | | | |
| Trimester 1 | −0.08 | 0.004 | −0.12 | <0.0001 |
| Trimester 3 | −0.12 | <0.0001 | −0.16 | <0.0001 |
| Time at void[c] | | | | |
| Trimester 1 | 0.07 | 0.002 | 0.09 | 0.0002 |
| Trimester 3 | 0.07 | 0.005 | 0.09 | 0.01 |

Note: BMI, body mass index; CRE, creatinine; MUF, maternal urinary fluoride; SD, standard deviation; SG, specific gravity; WTP, water treatment plant.
[a]Data not shown for $MUF_{CRE\_2}$ because the results were identical to $MUF_{CRE\_1}$.
[b]Mean fluoride concentration of tea is based on the average fluoride content in tea when made with deionized water (i.e., 2.6 mg/L; Waugh et al. 2016); thus the fluoride intake from one cup of tea (assuming 200 mL) would be 0.52 mg. We then added the amount of fluoride that would be found if tap water was used to make the tea (i.e., if water is fluoridated at 0.7 mg F/L, then an additional 0.14 mg F would be added to the tea for a total of 0.66 mg F per 200-mL cup of tea).
[c]Urine collection time variables were not collected at Trimester 2.
[d]Education categories were based on the following seven classifications: 0, ≤Grade 8; 1, some high school; 2, high school diploma; 3, some college; 4, college diploma; 5, trade school diploma; 6, undergraduate degree; 7, graduate degree.
[e]Income categories were based on the following nine classifications: 0, ≤$10,000; 1, $10,001–20,000; 2, $20,001–30,000; 3, $30,001–40,000; 4, $40,001–50,000; 5, $50,001–60,000; 6, $60,001–70,000; 7, $70,001–80,000; 8, $80,001–100,000; 9, ≥$100,000.

37 wk), and late (22–43 wk), which may have diluted trimester-specific effects. Moreover, only 71 of the women provided samples at all three time points and some of the women were sampled at zero weeks of pregnancy (i.e., not yet pregnant), which would inflate measurements in the early stage of pregnancy given that nonpregnant women have higher levels of urinary fluoride compared with pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2005).

We found that pregnant women who lived in fluoridated communities in Canada had mean $MUF\_2$ creatinine-adjusted concentrations (0.87 mg/L; range: 0.14–3.80) that fall within a similar range as the creatinine-adjusted levels reported among pregnant women living in nonendemic fluorosis areas in Mexico City (0.91 mg/L; range: 0.02–3.67) (Thomas et al. 2016). The similarity in MUF concentrations between the Canadian and Mexican pregnancy cohorts is of scientific and public health relevance given recent findings showing an inverse association between prenatal fluoride exposure and child IQ at 4 y of age and between 6 and 12 y of age in nearly 300 mother–child pairs (Bashash et al. 2017). At the time of the publication of the paper by Bashash

et al., there were no available data on urinary fluoride exposure of pregnant women exposed to fluoridated water to assess the applicability of their findings. Our results therefore provide an important comparison point. However, the Mexican population was mainly exposed to fluoride through ingestion of salt (fluoridated to 230 ppm), not artificially fluoridated water. This difference in fluoride source does not permit direct comparison of fluoride exposure among the two populations because we were unable to determine whether people in communities with fluoridated water had the same level of fluoride ingestion as those who consumed fluoridated salt in Mexico.

We also examined factors that could contribute to fluoride exposure or metabolism, including women's age, prepregnancy BMI, education, income level, water and tea consumption, and fluoride level of the woman's drinking-water supply. Older age was associated with higher urinary fluoride concentration, consistent with prior findings showing higher fluoride content in bone with increasing age in women (Mostafaei et al. 2015). Higher education was weakly and positively associated with urinary fluoride concentration ($r < 0.10$), whereas income level and

**Table 4.** Comparison of beta coefficients for dilution-adjusted MUF linear regression models. Models 1 and 2 predict $MUF_{SG}$ and $MUF_{CRE\_2}$ concentrations by water treatment plant fluoridation levels before and after controlling for covariates.

| Covariates | Model 1 Log $MUF_{SG}$ ($n=1,136$) | | | Model 2[a] Log $MUF_{CRE\_2}$ ($n=900$) | | |
|---|---|---|---|---|---|---|
| | $R^2$ | B coefficient | 95% CI | $R^2$ | B coefficient | 95% CI |
| Unadjusted Model | | | | | | |
| WTP fluoride level | 0.24 | 0.49 | 0.44, 0.54 | 0.26 | 0.53 | 0.47, 0.59 |
| Adjusted Model | 0.33 | | | 0.35 | | |
| WTP fluoride level | 0.22 | 0.48 | 0.43, 0.53 | 0.24 | 0.52 | 0.46, 0.57 |
| Prepregnancy BMI | 0.00 | 0.00 | −0.00, 0.00 | 0.01 | −0.01 | −0.01, 0.00 |
| Maternal age at delivery | 0.02 | 0.01 | 0.00, 0.01 | 0.02 | 0.01 | 0.00, 0.01 |
| Smoking during pregnancy | 0.00 | 0.01 | −0.01, 0.03 | 0.00 | −0.00 | −0.03, 0.02 |
| No. glasses of water | 0.02 | 0.02 | 0.01, 0.03 | 0.03 | 0.02 | 0.01, 0.02 |
| No. cups of black tea | 0.07 | 0.12 | 0.10, 0.14 | 0.05 | 0.10 | 0.08, 0.13 |
| No. cups of green tea | 0.00 | 0.08 | 0.01, 0.15 | 0.00 | 0.06 | −0.02, 0.13 |

Note: BMI, body mass index; CI, confidence interval; CRE, creatinine; MUF, maternal urinary fluoride; SG, specific gravity; WTP, water treatment plant.
[a]Data not shown for $MUF_{CRE\_1}$ because the results were identical to $MUF_{CRE\_2}$.

**Table 5.** Beta coefficients and $R^2$ for linear regression models predicting log-transformed MUF (unadjusted) levels by water fluoride levels before and after controlling for covariates. Model 3 includes creatinine level at each trimester (i.e., $MUF_{CRE\_cov}$) and Model 4 includes specific gravity level ($MUF_{SG\_cov}$) at each trimester.

| Covariates | Log $MUF_{trimester1}$ ($n=1,317$) | | | Log $MUF_{trimester2}$ ($n=1,251$) | | | Log $MUF_{trimester3}$ ($n=1,203$) | | |
|---|---|---|---|---|---|---|---|---|---|
| | $R^2$ | B coefficient | 95% CI | $R^2$ | B coefficient | 95% CI | $R^2$ | B coefficient | 95% CI |
| Unadjusted WTP fluoride level | 0.17 | 0.75 | 0.66, 0.84 | 0.23 | 0.70 | 0.63, 0.77 | 0.13 | 0.47 | 0.40, 0.54 |
| Model 3: After covariate adjustment | 0.33 | | | 0.45 | | | 0.48 | | |
| Creatinine | 0.21 | 0.04 | 0.04, 0.04 | 0.25 | 0.04 | 0.04, 0.04 | 0.29 | 0.04 | 0.04, 0.05 |
| WTP fluoride level | 0.10 | 0.58 | 0.50, 0.66 | 0.16 | 0.59 | 0.53, 0.65 | 0.16 | 0.50 | 0.44, 0.56 |
| Prepregnancy BMI | 0.00 | −0.00 | −0.01, 0.00 | 0.00 | −0.00 | −0.01, 0.00 | 0.00 | −0.00 | −0.00, 0.00 |
| Maternal age at delivery | 0.01 | 0.01 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.08 |
| Smoking during pregnancy | 0.00 | 0.02 | −0.00, 0.05 | 0.00 | 0.01 | −0.01, 0.03 | 0.00 | 0.02 | −0.00, 0.04 |
| No. glasses of water | 0.00 | 0.01 | 0.00, 0.02 | 0.00 | 0.01 | 0.00, 0.01 | 0.00 | 0.01 | 0.00, 0.01 |
| No. cups of black tea | 0.01 | 0.10 | 0.06, 0.14 | 0.03 | 0.11 | 0.08, 0.14 | 0.02 | 0.08 | 0.06, 0.11 |
| No. cups of green tea | 0.00 | 0.07 | −0.03, 0.16 | 0.00 | 0.02 | 0.04, 0.04 | 0.00 | −0.02 | −0.09, 0.05 |
| Model 4: After covariate adjustment | 0.31 | | | 0.48 | | | 0.50 | | |
| SG | 0.21 | 29.35 | 26.58, 32.12 | 0.30 | 30.15 | 28.03, 32.30 | 0.32 | 29.00 | 26.83, 31.16 |
| WTP fluoride level | 0.09 | 0.57 | 0.49, 0.65 | 0.14 | 0.57 | 0.51, 0.62 | 0.13 | 0.47 | 0.42, 0.53 |
| Prepregnancy BMI | 0.00 | 0.00 | −0.01, 0.00 | 0.00 | −0.00 | −0.00, 0.00 | 0.00 | −0.00 | −0.00, 0.00 |
| Maternal age at delivery | 0.00 | 0.01 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.01 | 0.01 | 0.01 | 0.00, 0.01 |
| Smoking during pregnancy | 0.00 | 0.02 | −0.00, 0.05 | 0.00 | 0.01 | −0.01, 0.03 | 0.00 | 0.02 | 0.00, 0.04 |
| No. glasses of water | 0.00 | 0.01 | 0.00, 0.02 | 0.00 | 0.01 | 0.00, 0.02 | 0.01 | 0.01 | 0.01, 0.02 |
| No. black cups of tea | 0.01 | 0.10 | 0.07, 0.14 | 0.03 | 0.11 | 0.09, 0.14 | 0.03 | 0.11 | 0.08, 0.13 |
| No. cups of green tea | 0.00 | 0.07 | −0.03, 0.16 | 0.00 | 0.04 | −0.04, 0.12 | 0.00 | 0.01 | −0.05, 0.08 |

Note: BMI, body mass index; CI, confidence interval; COV, covariance; CRE, creatinine; MUF, maternal urinary fluoride; SG, specific gravity; WTP, water treatment plant.
*$p < 0.01$.

prepregnancy BMI were not associated. The strongest correlate of $MUF_{SG}$ and $MUF_{CRE}$ concentration was water fluoride level, indicating that artificially fluoridated drinking water is a major source of fluoride intake. Specifically, for every 0.5-mg/L increase in water fluoride level, we would expect to see a 74–82% increase in urinary fluoride concentration. These findings are consistent with prior studies showing that fluoride levels in drinking water are closely related to those in urine in children (Paez and Dapas 1983), children and adults (Zipkin et al. 1956), and pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2005).

Black tea consumption was also a significant predictor of MUF levels, accounting for approximately 5% of the variance. Black teas have high concentrations of natural fluoride due to the accumulation of fluoride in tea leaves from the soil (Fung et al. 1999), and the bioavailability of fluoride in tea is close to that of sodium fluoride (U.S. EPA 2010; Waugh et al. 2016). In the Republic of Ireland, where consumption of black tea is among the highest in the world per capita, the total dietary intake of fluoride from tea can exceed the upper tolerable intake limit for both adults and children (Waugh et al. 2016). In our sample, however, the contribution of tea consumption to MUF was minor compared with fluoride intake from public drinking water.

Comparison across the different methods of controlling for urinary dilution revealed several important observations. First, the unadjusted MUF concentration (fluoridated: 0.70 mg/L) was similar with the SG-adjusted MUF concentration (fluoridated: 0.71 mg/L) whereas both creatinine-adjustment methods produced the highest MUF concentrations (i.e., $MUF_{CRE1} = 1.16$ mg/g and $MUF_{CRE2} = 0.87$ mg/L). Second, ICC values for consistency across trimesters were slightly higher when correction methods were used (either SG- or CRE-adjustment ratios) relative to no adjustment for variations in urine dilution. The ICC values between SG and creatinine were about the same (0.39 vs. 0.40), suggesting that the two urinary dilution correction factors are interchangeable. Notably, the ICC in the present study was considerably higher than that reported in a Mexican study of pregnant women (i.e., ICC = 0.25) (Thomas et al. 2016), which is likely related to the tight control of sampling at each time point in the present study and our larger sample size. Moreover, the correlation between $MUF_{SG}$ and $MUF_{CRE1/2}$ concentration was high ($r = 0.91$), suggesting minimal variability between these two correction factors. Third, WTP fluoride level regressed on MUF concentration revealed only a slight advantage for the model, adjusting for urinary creatinine, as compared with SG ($R^2$: 0.35 vs. 0.33). These findings suggest that both correction standards are appropriate methods, with MUF concentration adjusted for creatinine being slightly stronger in terms of predicting water fluoride level. The same pattern was revealed when creatinine was added as a covariate to the model as compared with SG as a covariate.

Our ability to compare the urinary fluoride data with an external source of fluoride (public drinking water) is an important strength of the study. It is notable that minimum and maximum concentrations of fluoride in public drinking-water supplies differed substantially across cities and from year to year (see Table S3). Water fluoride concentrations were lower in 2011–2012 than in 2008–2010. To reduce time-varying changes in water fluoride data, our methods carefully matched water fluoride data with the 9-month period that overlapped with each woman's pregnancy. Our ability to take the average of repeated (in most cases daily) fluoride measurements from each WTP outweighs individual measurement of fluoride from the water tap in the home. WTPs that did not add fluoridation chemicals to public drinking-water supplies did not measure fluoride levels as frequently as the sites that added fluoridation chemicals. However, it is unlikely that the reduced frequency of testing fluoride levels affected our results given that the range of exposure levels was much lower in non-fluoridated areas.

There are several limitations of this study. First, overnight fasting or 24-h urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure (WHO 2014). In contrast, the present study measured the concentration of fluoride in a spot urine sample that did not control for recent fluoride ingestion. Urinary fluoride concentration does not measure total exposure (intake) nor did we estimate the 24-h daily urinary fluoride excretion level, which would require multiplying our fluoride:creatinine ratio by a standard creatinine value (not established to our

knowledge for each trimester of pregnancy). A spot urine sample is limited due to diurnal variations and the influence of diet (e.g., high vegetable intake associated with higher fluoride excretion) or intake of high-fluoride foods or beverages immediately before sample collection. In general, the measurement of urinary fluoride concentration may be influenced by the rapid elimination of fluoride from the body (biologic half life of $\sim 6$ h) (Whitford 1994), urinary pH levels (Buzalaf et al. 2015), as well as variation in creatinine excretion by muscle mass, age, sex, and other factors (Barr et al. 2005; Aylward et al. 2015). Assessment of fluoride during pregnancy introduces additional challenges because many physiological changes (e.g., maternal bone metabolism) are occurring that can affect the interpretation of urinary fluoride analyses (Andra et al. 2015). To enhance our measurement, we therefore measured urinary fluoride at three time points, providing a more sensitive measurement of MUF concentration than if only one measurement were used. We only included participants who had valid fluoride measurements at each trimester in the analysis in order to control for trimester-related differences in urinary fluoride level. The modest ICC for MUF concentration in the present study suggests that exposure to fluoride (through typical water/beverage consumption habits and dental product use) occurred throughout the day in our sample, which in turn, minimized the degree of within- and between-subject variation. This notion is further supported by the relatively weak correlations between both time since last void and time at void and MUF concentration. Indeed, strong correlations ($r = 0.87$–$0.94$) have been reported between the fluoride:creatinine ratio on a morning spot urine sample and fluoride excretion in a 24-h urine sample for preschool children (Villa et al. 2010; Zohouri et al. 2006), indicating that adjustment for urinary dilution approximates a 24-h biomarker. A second limitation is that the MIREC Study is not a nationally representative sample of the Canadian population of pregnant women. Nonetheless, the MIREC Study, which involves women from 10 major cities across Canada, is the largest study to date assessing fluoride exposures in pregnant women. Third, water fluoride concentrations were assigned to each woman based on the aggregation of quarterly GMs and matched to the woman's postal codes at the third trimester. This method may have introduced some variability if the pregnancy period did not align exactly with each quarter or if the woman moved her residence to a new WTP zone during the pregnancy. We noted that 11% of women had different postal codes between trimesters, although we presume some of these women moved within the same WTP zone. It should also be noted that variability in our water fluoride measurement may have been introduced by combining water fluoride data across multiple municipal drinking-water systems when there was overlap in the distribution systems, as found in Toronto. However, the mean water fluoride values were similar across these overlapping WTPs (i.e., mean water fluoride values ranging within $\pm 0.10$ mg/L of each other). Finally, information about oral hygiene product use, topical fluoride procedures, or consumption of certain foods (e.g., shellfish) and other beverages (e.g., coffee, juices) may represent other important sources of fluoride but were not measured in the present study.

In summary, the modest ICC across serial time points and the strong relationship between MUF concentration and WTP fluoride levels supports the biomarker potential of urinary fluoride concentration in pregnant women, using either SG or CRE to account for urine dilution. Given the widespread exposure to fluoride and recent findings (Bashash et al. 2017) showing reductions in child IQ with gestational exposure to fluoride, the present study is an important step in quantifying fluoride exposure, patterns of exposure, and major sources of fluoride exposure in pregnant women. Research is urgently needed to determine whether prenatal exposure to fluoride contributes to neurodevelopmental outcomes in the offspring of these women.

## Acknowledgments

The authors gratefully acknowledge N. Lupien, S. Bastien, and R.-L. McMaster and the MIREC Study Coordinating Staff for their administrative support; T. Arbuckle for her review of our manuscript as the Knowledge Translation representative for the Maternal–Infant Research on Environmental Chemicals (MIREC) study; A. Leblanc from the Institut National de Santé Publique Québec (INSPQ) for measuring the urinary creatinine; C. Buckley, F. Lippert, and P. Chandrappa for their analysis of urinary fluoride at the Indiana University School of Dentistry; and J. Minnery from Public Health Ontario for his valuable engineering advice regarding water fluoridation. The authors are also grateful to the staff affiliated with the community water treatment plants who helped to provide water fluoride data for this study.

This study was funded by a grant from the National Institutes of Health/National Institute of Environmental Health Science (NIH/NIEHS) (grant R21ES027044). The MIREC Study was supported by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institutes for Health Research (grant MOP-81285).

## References

Ahmed I, Rafique T, Hasan SK, Khan N, Khan MH, Usmani TH. 2012. Correlation of fluoride in drinking water with urine, blood plasma, and serum fluoride levels of people consuming high and low fluoride drinking water in Pakistan. Fluoride 45(4):336–340.

An J, Mei S, Liu A, Fu Y, Wang Q, Hu LLZ, et al. 1992. The effects of high fluoride on the intelligence level of primary and secondary students. Chin J Control Endemic Dis 7(2):93–94.

Andra SS, Austin C, Wright RO, Arora MM. 2015. Reconstructing pre-natal and early childhood exposure to multi-class organic chemicals using teeth: towards a retrospective temporal exposome. Environ Int 83:137–145, PMID: 26134987, https://doi.org/10.1016/j.envint.2015.05.010.

Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, et al. 2013. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol 27(4):415–425, PMID: 23772943, https://doi.org/10.1111/ppe.12061.

Aylward LL, Hays SM, Vezina A, Deveau M, St-Amand A, Nong A. 2015. Biomonitoring Equivalents for interpretation of urinary fluoride. Regul Toxicol Pharmacol 72(1):158–167, PMID: 25863192, https://doi.org/10.1016/j.yrtph.2015.04.005.

Barr DB, Wilder LC, Caudill SP, Gonzalez AJ, Needham LL, Pirkle JL. 2005. Urinary creatinine concentrations in the U.S. population: implications for urinary biologic monitoring measurements. Environ Health Perspect 113(2):192–200, PMID: 15687057, https://doi.org/10.1289/ehp.7337.

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, et al. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ Health Perspect 125(9):097017, PMID: 28937959, https://doi.org/10.1289/EHP655.

Beltrán-Aguilar ED, Barker L, Dye B. 2010. Prevalence and severity of dental fluorosis in the United States, 1999–2004. NCHS Data Brief 53:1–8, PMID: 21211168.

Bhatnagar M, Rao P, Jain S, Bhatnagar R. 2002. Neurotoxicity of fluoride: neurodegeneration in hippocampus of female mice. Indian J Exp Biol 40(5):546–554, PMID: 12622200.

Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, et al. 2015. Community water fluoridation and intelligence: prospective study in New Zealand. Am J Public Health 105(1):72–76, PMID: 24832191, https://doi.org/10.2105/AJPH.2013.301857.

Brunelle JA, Carlos JP. 1990. Recent trends in dental caries in U.S. children and the effect of water fluoridation. J Dent Res 69(2_suppl):723–727, https://doi.org/10.1177/00220345900690S141.

Buzalaf CP, Leite ADL, Buzalaf MAR. 2015. Fluoride Metabolism. In Fluoride: Chemistry, Analysis, Function and Effects. Preedy VR, ed. Cambridge, UK:Royal Society of Chemistry, 54–72.

Buzalaf, MAR, Whitford GM. 2011. Fluoride intake, metabolism and toxicity. In: Fluoride and the Oral Environment. Vol. 22. Buzalaf MAR, ed. Basel, Switzerland:Karger, 20–36.

CDC (Centers for Disease Control and Prevention). 2014. Water fluoridation data & statistics. Monitoring fluoridation in the United States. https://www.cdc.gov/fluoridation/statistics/ [accessed 15 November 2017].

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect 120(10):1362–1368, PMID: 22820538, https://doi.org/10.1289/ehp.1104912.

Das K, Mondal NK. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environ Monit Assess 188(4):218–232, PMID: 26960765, https://doi.org/10.1007/s10661-016-5219-1.

dela Cruz GG, Rozier RG, Bawden JW. 2008. Fluoride concentration in dentin of exfoliated primary teeth as a biomarker for cumulative fluoride exposure. Caries Res 42(6):419–428, PMID: 18832828, https://doi.org/10.1159/000159605.

DHHS (U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation). 2015. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. Public Health Rep 130(4):318–314, PMID: 26346489, https://doi.org/10.1177/003335491513000408.

Dong Z, Wan C, Zhang X, Liu J. 1997. Determination of the contents of amino acid and monoamine neurotransmitters in fetal brains from a fluorosis endemic area. J Guiyang Med Coll 18(4):241–245.

Eswar P, Nagesh L, Devaraj CG. 2011. Intelligence quotients of 12–14 year old school children in a high and a low fluoride village in India. Fluoride 14(3):168–172.

Fan Z, Dai H, Bai A, Li P, Ro L, Li G, et al. 2007. The effect of high fluoride exposure on the level of intelligence in children. Environ Health J 28(10):802–803.

Featherstone JDB. 1999. Prevention and reversal of dental caries: role of low level fluoride. Community Dent Oral Epidemiol 27(1):31–40, PMID: 10086924, https://doi.org/10.1111/j.1600-0528.1999.tb01989.x.

Forestier F, Daffos F, Said R, Brunet CM, Guillaume PN. 1990. The passage of fluoride across the placenta. An intra-uterine study [in French]. J Gynecol Obstet Biol Reprod (Paris) 19(2):171–175, PMID: 2182701.

Fung KF, Zhang ZQ, Wong JWC, Wong MH. 1999. Fluoride contents in tea and soil from tea plantations and the release of fluoride into tea liquor during infusion. Environ Pollut 104(2):197–205, https://doi.org/10.1016/S0269-7491(98)00187-0.

Gardner DW, Smith FA, Hodge HC, Overton DE, Feltman R. 1952. The fluoride content of placental tissue as related to the fluoride content of drinking water. Science 115(2982):208–209, PMID: 14913209, https://doi.org/10.1126/science.115.2982.208.

Gedalia I, Brzezinski A, Bercovici B. 1959. Urinary fluoride levels in women during pregnancy and after delivery. J Dent Res 38(3):548–551, PMID: 13654605, https://doi.org/10.1177/00220345590380031701.

Gerchman F, Tong J, Utzschneider KM, Zraika S, Udayasankar J, McNeely MJ, et al. 2009. Body mass index is associated with increased creatinine clearance by a mechanism independent of body fat distribution. J Clin Endocrinol Metab 94(10):3781–3788, PMID: 19584179, https://doi.org/10.1210/jc.2008-2508.

Grandjean P, Landrigan PJ. 2014. Neurobehavioural effects of developmental toxicity. Lancet Neurol 13(3):330–338, PMID: 24556010, https://doi.org/10.1016/S1474-4422(13)70278-3.

Griffin SO, Gooch BF, Lockwood SA, Tomar SL. 2001. Quantifying the diffused benefit from water fluoridation in the United States. Community Dent Oral Epidemiol 29(2):120–129, PMID: 11300171, https://doi.org/10.1111/j.1600-0528.2001.290206.x.

Hauser R, Meeker JD, Park S, Silva MJ, Calafat AM. 2004. Temporal variability of urinary phthalate metabolite levels in men of reproductive age. Environ Health Perspect 112(17):1734–1740, PMID: 15579421, https://doi.org/10.1289/ehp.7212.

Health Canada. 2010. "Guidelines for Canadian Drinking Water Quality: Guideline Technical Document —Fluoride." Catalogue No. H128-1/11-647E-PDF. Ottawa, ON, Canada:Her Majesty the Queen in Right of Canada.

Health Canada. 2017. "The State of Community Water Fluoridation across Canada." Prepared by the Public Health Capacity and Knowledge Management Unity, Quebec Region for the Office of the Chief Dental Officer of Canada, Public Health Agency of Canada. https://www.canada.ca/content/dam/hc-sc/documents/services/publications/healthy-living/community-water-fluoridation-across-canada-2017/community-water-fluoridation-across-canada-2017-eng.pdf [accessed 11 June 2018].

Hornung RW, Reed LD. 1990. Estimation of average concentration in the presence of nondetectable values. Appl Occup Environ Hyg 5(1):46–51, https://doi.org/10.1080/1047322X.1990.10389587.

Karimzade S, Aghaei M, Mahvi AH. 2014. Investigation of intelligence quotient in 9–12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan Province, Iran. Fluoride 47(1):9–14.

Khan SA, Singh RK, Navit S, Chadha D, Johri N, Navit P, et al. 2015. Relationship between dental fluorosis and intelligence quotient of school going children in

and around Lucknow District: a cross-sectional study. J Clin Diagn Res 9(11): ZC10-5., PMID: 26673535, https://doi.org/10.7860/JCDR/2015/15518.6726.

Kumar S, Lata S, Yadav JP, Yadav JP. 2016. Relationship between water, urine and serum fluoride and fluorosis in school children of Jhajjar District, Haryana, India. Appl Water Sci 7(6):3377–3384, https://doi.org/10.1007/s13201-016-0492-2.

Kundu H, Basavaraj P, Singla A, Gupta R, Singh K, Jain S. 2015. Effect of fluoride in drinking water on children's intelligence in high and low fluoride areas of Delhi. J Indian Assoc Public Health Dent 13(2):116–121, https://doi.org/10.4103/2319-5932.159043.

LeGeros RZ, Glenn FB, Lee DD, Glenn WD. 1985. Some physico-chemical properties of deciduous enamel of children with and without pre-natal fluoride supplementation (PNF). J Dent Res 64(3):465–469, PMID: 3855900, https://doi.org/10.1177/00220345850640031601.

Liu F, Ma J, Zhang H, Liu P, Liu YP, Xing B, et al. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiol Behav 124:1–7, PMID: 24184405, https://doi.org/10.1016/j.physbeh.2013.10.027.

Malinowska E, Inkielewicz I, Czarnowski W, Szefer P. 2008. Assessment of fluoride concentration and daily intake by human from tea and herbal infusions. Food Chem Toxicol 46(3):1055–1061, PMID: 18078704, https://doi.org/10.1016/j.fct.2007.10.039.

Mansfield P. 1999. The distribution of urinary fluoride concentration in the UK. Fluoride 32(1):27–32.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Res 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

McClure FJ, Likins RC. 1951. Fluorine in human teeth studied in relation to fluorine in the drinking water. J Dent Res 30(2):172–176, PMID: 14824344, https://doi.org/10.1177/00220345510300020401.

McLaren L. 2016. Fluoridation exposure status based on location of data collection in the Canadian Health Measures Survey: is it valid? J Can Dent Assoc 82:g17, PMID: 27548663.

Mostafaei F, McNeill FE, Chettle DR, Wainman BC, Pidruczny AE, Prestwich WV. 2015. Measurements of fluorine in contemporary urban Canadians: a comparison of the levels found in human bone using in vivo and ex vivo neutron activation analysis. Physiol Meas 36(3):465–487, PMID: 25669130, https://doi.org/10.1088/0967-3334/36/3/465.

Newbrun E. 1989. Effectiveness of water fluoridation. J Public Health Dent 49(5):279–289, https://doi.org/10.1111/j.1752-7325.1989.tb02086.x.

NRC (National Research Council). 2006. Fluoride in Drinking Water: a Scientific Review of EPA's Standards. Washington, DC:National Academies Press.

O'Mullane DM, Baez RJ, Jones S, Lennon MA, Petersen PE, Rugg-Gunn AJ, et al. 2016. Fluoride and oral health. Community Dent Health 33(2):69–99, PMID: 27352462, https://doi.org/10.1922/CDH_3707O'Mullane31.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38(4):312–317.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2006. Variations in concentration of fluoride in blood plasma of pregnant women and their possible consequences for amelogenesis in a fetus. Homo 57(4):295–307, PMID: 16843463, https://doi.org/10.1016/j.jchb.2006.02.002.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2007. Transplacental passage of fluoride in pregnant Polish women assessed on the basis of fluoride concentrations in maternal and cord blood plasma. Fluoride 40(1):46–50.

Paez D, Dapas O. 1983. Biochemistry of fluorosis X—comparative study of the fluoride levels in biological fluids. Fluoride 15(2):88–96.

Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R. 2011. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. Neurotox Res 19(1):55–62, PMID: 19957215, https://doi.org/10.1007/s12640-009-9139-5.

Ripa LW. 1993. A half-century of community water fluoridation in the United States: review and commentary. J Public Health Dent 53(1):17–44, PMID: 8474047, https://doi.org/10.1111/j.1752-7325.1993.tb02666.x.

Rosenbaum PR, Rubin DB. 1983. The central role of the propensity score in observational studies for causal effects. Biometrika 70(1):41–55, https://doi.org/10.1093/biomet/70.1.41.

Singh B, Gaur S, Garg VK. 2007. Fluoride in drinking water and human urine in Southern Haryana, India. J Hazard Mater 144(1–2):147–151, PMID: 17118549, https://doi.org/10.1016/j.jhazmat.2006.10.010.

Taves DR. 1968. Separation of fluoride by rapid diffusion using hexamethyldisiloxane. Talanta 15(9):969–974, PMID: 18960390, https://doi.org/10.1016/0039-9140(68)80097-9.

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, et al. 2016. Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res 150:489–495, PMID: 27423051, https://doi.org/10.1016/j.envres.2016.04.046.

Trivedi MH, Verma RJ, Chinoy NJ, Patel RS, Sathawara NG. 2007. Effect of high fluoride water on intelligence of school children in India. Fluoride 40(3):178–183.

U.S. EPA (U.S. Environmental Protection Agency). 2010. "Fluoride: relative source contribution analysis." EPA 820-R-10-0. Washington, DC:U.S. EPA, Health and Ecological Criteria Division, Office of Water.

USDA (U.S. Department of Agriculture). 2005. USDA National Fluoride Database of Selected Beverages and Foods, Release 2. Beltsville, MD:USDA, Agricultural Research Service, Beltsville Human Nutrition Research Center Nutrient Data Laboratory. https://data.nal.usda.gov/dataset/usda-national-fluoride-database-selected-beverages-and-foods-release-2-2005 [accessed 12 June 2018].

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Henández J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride through drinking water and cognitive development delay in children. Neurotoxicology 59:65–70, PMID: 28077305, https://doi.org/10.1016/j.neuro.2016.12.011.

Villa A, Anabalon M, Zohouri V, Maguire A, Franco AM, Rugg-Gunn A. 2010. Relationships between fluoride intake, urinary fluoride excretion and fluoride retention in children and adults: an analysis of available data. Caries Res 44(1):60–68, PMID: 20130402, https://doi.org/10.1159/000279325.

Warren JJ, Kanellis MJ, Levy SM. 1999. Fluorosis of the primary dentition: what does it mean for permanent teeth? J Am Dent Assoc 130(3):347–356, PMID: 10085657, https://doi.org/10.14219/jada.archive.1999.0204.

Waugh D, Potter W, Limeback H, Godfrey M. 2016. Risk assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. Int J Environ Res Public Health 13(3):259, PMID: 26927146, https://doi.org/10.3390/ijerph13030259.

Whitford GM. 1994. Intake and metabolism of fluoride. Adv Dent Res 8(1):5–14, PMID: 7993560, https://doi.org/10.1177/08959374940080011001.

WHO (World Health Organization). 2014. *Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health.* Geneva, Switzerland:WHO.

Xiang Q, Liang Y, Chen L, Wang C, Chen B, Chen X, et al. 2003. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84–94.

Yadav AK, Kaushik CP, Haritash AK, Singh B, Raghuvanshi SP, Kansal A. 2007. Determination of exposure and probable ingestion of fluoride through tea, toothpaste, tobacco and pan masala. J Hazard Mater 142(1–2):77–80, PMID: 16979289, https://doi.org/10.1016/j.jhazmat.2006.07.051.

Zipkin I, Likins RC, McClure FJ, Steere AC. 1956. Urinary fluoride levels associated with use of fluoridated waters. Public Health Rep 71(8):767–772, PMID: 13350471, https://doi.org/10.2307/4589515.

Zohouri FV, Swinbank CM, Maguire A, Moynihan PJ. 2006. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? Community Dent Oral Epidemiol 34(2):130–138, PMID: 16515677, https://doi.org/10.1111/j.1600-0528.2006.00269.x.

*Environ Health Perspect*

DOI: 10.1289/EHP3546

**Note to readers with disabilities:** *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* articles may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehp508@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

## Supplemental Material

**Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada**

Christine Till, Rivka Green, John G. Grundy, Richard Hornung, Raichel Neufeld,
E. Angeles Martinez-Mier, Pierre Ayotte, Gina Muckle, and Bruce Lanphear

### Table of Contents

**Table S1.** Characteristics of participants who drank tap water from a public water source and were included in the study and participants who were excluded because they reported a non-public drinking water source (well water or other). Data shown only for participants who provided three urine samples. Values are means ± SD or n (%) unless otherwise indicated.

**Table S2.** Water treatment plant (WTP) reports of fluoride treatment by city. Lab analysis data reported for all sites.

**Table S3.** Geometric means (GM) (geometric standard deviation; GSD) by city and by year. Bolded N value refers to total number of participants in each city matched with WTP fluoride data. Non-bolded N refers to the number of participants receiving water from the specific WTP site.

**Table S4.** Fluoride concentrations in the urine of pregnant women from the MIREC cohort living in fluoridated versus non-fluoridated communities.

**Table S5.** Comparison of maternal urinary fluoride using propensity-score matching (Rosenbaum and Rubin 1983) as a function of residential fluoridation status matching on the covariates (BMI, maternal age, smoking status, of glasses of water, as well as amount of green and regular tea consumption).

**Figure S1.** Sample flow chart accounting for participants that were excluded from the regression analyses predicting maternal urinary fluoride adjusted for specific gravity (SG) or creatinine (CRE).

**Figure S2.** Sample map showing regions serviced by each WTP in Montreal
http://ville.montreal.qc.ca/pls/portal/docs/PAGE/EAU_FR/MEDIA/DOCUMENTS/USINE-MOD-18-SEPT.PDF

**References**

**Table S1.** Characteristics of participants who drank tap water from a public water source and were included in the study and participants who were excluded because they reported a non-public drinking water source (well water or other). Data shown only for participants who provided three urine samples. Values are means ± SD or n (%) unless otherwise indicated.

| Variable | Women reporting a public water drinking source | Women reporting a drinking water source other than public water source |
|---|---|---|
| N* | 1451 | 114 |
| Age (yrs) of mother at enrollment | 32.26 ± 4.98 | 32.82 ± 4.4 |
| Race | | |
| Caucasian | 1234 (85.0) | 112 (98.2) |
| Other | 217 (15.0) | 2 (1.8) |
| Marital Status | | |
| Married or Common law | 1389 (95.7) | 111 (97.4) |
| Widowed | 0 (0.0) | 0 (0.0) |
| Divorced | 4 (0.3) | 1 (0.9) |
| Separated | 3 (0.2) | 0 (0.0) |
| Single | 54 (3.7) | 2 (1.8) |
| Other | 1 (0.07) | 0 (0.0) |
| Birth Country | | |
| Born in Canada | 1160 (79.9) | 108 (94.7) |
| Born outside of Canada | 291 (20.1) | 6 (5.3) |
| Maternal Education | | |
| High school or less | 116 (8.0) | 8 (7.1) |
| Some college | 74 (5.1) | 4 (3.5) |
| College diploma | 322 (22.2) | 34 (30.1) |
| University degree | 938 (64.7) | 67 (59.3) |
| Missing | 1 | 1 |
| Pre-pregnancy BMI, mean ± SD | 24.76 ± 5.41 | 25.24 ± 5.58 |

| | | |
|---|---|---|
| Employed at time of pregnancy | 1248 (86.0) | 100 (87.7) |
| Net income household | | |
| >$70,000 | 983 (67.7) | 83 (72.8) |
| <$70,000 | 410 (28.3) | 30 (26.3) |
| Refuse to answer or don't know | 58 (4.0) | 1 (0.9) |
| Smoking during trimester 1 | | |
| Current | 70 (4.8) | 7 (6.1) |
| Former or never smoked | 1381 (95.2) | 107 (93.9) |
| Smoking during trimester 3 | | |
| Current | 64 (4.4) | 5 (4.4) |
| Former or never smoked | 1387 (95.6) | 109 (95.6) |
| Gestational diabetes | 16 (1.1) | 1 (0.9) |
| Caffeine consumption (per day) | 0.69 (0.87) | 0.71 (0.75) |
| 1 or more caffeinated beverage | 1202 (83.0) | 99 ( |
| Did not drink caffeinated beverage | 246 (17.0) | 15 (13.1) |
| Alcohol consumption (beer, wine, liquor) | | |
| No alcohol | 1188 (82.0) | 96 (84.2) |
| <1 alcoholic drink per month | 169 (11.7) | 12 (10.5) |
| ≥1 alcoholic beverage per month | 91 (6.3) | 6 (5.3) |

Abbreviations: BMI = body mass index; SD = standard deviation; yrs = years

**\*** One participant did not report type of water they drank; this person was omitted from this table because it was not known which category they belonged to. Data not available for some covariates.

**Table S2.**  Water treatment plant (WTP) reports of fluoride treatment by city. Lab analysis data reported for all sites.

| City | Notes about data collection |
|---|---|
| Vancouver | Fluoride levels for each WTP was documented at <0.05 mg/L for every time point measured between 2008 to 2011. The limit of detection (LoD) for fluoride at the WTPs was 0.05 mg/L.  We used a correction factor, LoD/√2 (L.D. 1990), to calculate the water fluoride level for the Vancouver sites. |
| Edmonton | The geomean (GM) was calculated for each WTP in quarters. Because the distribution zones are only general estimates that fluctuate over time and because distribution zones often overlap, mean fluoride measurements were calculated using an average of the GMs from the 2 WTPs. Raw data used to calculate the GM were daily fluoride measurements. |
| Winnipeg | The GM was calculated for each pumping station in quarters. Fluoridated drinking water values for participants that live in zones that receive water from more than one pumping station were calculated by averaging the GMs from the relevant stations. Raw data used to calculate the GM were daily fluoride measurements. |
| Toronto | The GM was calculated for each WTP in quarters. Because the distribution zones are only general estimates that fluctuate over time and because distribution zones often overlap, fluoride measurements were calculated using an average of the GMs from the four WTPs. Raw data used to calculate the GM were daily fluoride measurements. |
| Sudbury | The GM was calculated for each WTP in quarters. Water distributed is a combination of water from two WTPs; therefore, fluoride measurements were calculated using an average of the GMs from both WTPs. Raw data used to calculate the GM were daily fluoride measurements |
| Kingston | The GM was calculated for each WTP in quarters. Fluoridated drinking water values for participants that live in zones that receive water from more than one WTP were calculated by averaging the GMs from the relevant plants. Raw data used to calculate the GM from King St WTP were fluoride measurements taken approximately five times per month in 2009 and less frequently, four times per year in the following years. Raw data used to calculate the GM from Point Pleasant WTP were fluoride measurements taken four times per year. |
| Montreal[a] | The GM was calculated for each WTP in quarters. Fluoridated drinking water values for participants that live in zones that receive water from more than one WTP were calculated by averaging the GMs from the relevant plants. Data used to calculate the GM from Atwater and Charles J Des Baillets WTPs were yearly average fluoride measurements provided by the city. Raw data used to calculate the GM for Dorval and Pointe-Claire WTPs were taken randomly, approximately every five days. |
| Halifax | The GM was calculated for each WTP in quarters. Fluoridated drinking water values |

| | |
|---|---|
| | for participants that live in zones that receive water from more than one WTP were calculated by averaging the GMs from the relevant plants. Raw data used to calculate the GM were daily fluoride measurements. |
| Hamilton | The GM was calculated for each WTP in quarters. Raw data used to calculate the GM were fluoride measurements taken twice daily. |
| Ottawa | The GM was calculated for each WTP in quarters.  Water distributed is a combination of water from two WTPs, therefore fluoride measurements were calculated using an average of the GMs from the two WTPs. Raw data used to calculate the GM from Lemieux WTP were daily fluoride measurements. Raw data used to calculate the GM from the East End WTP were fluoride measurements taken approximately twice per month in 2008 and less frequently, approximately once a month in the following years. |

[a] Two out of four of the WTPs in Montreal reported large gaps of time in which no fluoride measurements were taken. However, these two plants only supply water to three participants in our sample.

Abbreviations: GM = geometric mean; LoD = limit of detection; WTP = water treatment plant

**Table S3.** Geometric means (GM) (geometric standard deviation; GSD) by city and by year. Bolded N value refers to total number of participants in each city matched with WTP fluoride data. Non-bolded N refers to the number of participants receiving water from the specific WTP site.

| Water Treatment Plant | Year | GM (GSD) | Range | N |
|---|---|---|---|---|
| *Fluoridated* | | | | |
| **Edmonton** | | | | — [a] |
| E.L. Smith | 2010 | 0.71 (1.03) | 0.65-0.75 | |
| E.L. Smith | 2011 | 0.55 (1.82) | 0.09-0.78 | |
| Rossdale | 2010 | 0.71 (1.03) | 0.62-0.77 | |
| Rossdale | 2011 | 0.70 (1.03) | 0.63-0.76 | |
| **Hamilton** | | | | **184** |
| Highlift | 2008 | 0.68 (1.10) | 0.37-0.96 | |
| Highlift | 2009 | 0.56 (1.07) | 0.46-0.69 | |
| Highlift | 2010 | 0.56 (1.05) | 0.46-0.64 | |
| Highlift | 2011 | 0.56 (1.05) | 0.38-0.66 | |
| Highlift | 2012 | 0.57 (1.10) | 0.36-0.81 | |
| **Halifax** | | | | **138** |
| J.D Kline | 2008 | 0.82 (1.17) | 0.26-1.32 | 93 [b] |
| J.D Kline | 2009 | 0.77 (1.16) | 0.33-1.10 | |
| J.D Kline | 2010 | 0.71 (1.19) | 0.27-1.04 | |
| J.D Kline | 2011 | 0.75 (1.18) | 0.28-1.00 | |
| Lake Major | 2008 | 0.76 (1.12) | 0.33-0.93 | 46 [b] |
| Lake Major | 2009 | 0.69 (1.30) | 0.05-1.03 | |
| Lake Major | 2010 | 0.62 (1.17) | 0.25-0.93 | |
| Lake Major | 2011 | 0.65(1.20) | 0.11-1.18 | |

| | | | | — [a] |
|---|---|---|---|---|
| **Montreal** | | | | |
| Pointe-Claire | 2009 | 0.67 (1.10) | 0.47-0.75 | |
| Pointe-Claire | 2010 | 0.69 (1.08) | 0.53-0.79 | |
| Dorval | 2009 | 0.62 (1.25) | 0.21-0.82 | |
| Dorval | 2010 | 0.61 (1.10) | 0.44-0.77 | |
| **Ottawa** | | | | **71** |
| Lemieux | 2008 | 0.73 (1.04) | 0.60-0.85 | |
| Lemieux | 2009 | 0.73 (1.05) | 0.61-0.83 | |
| Lemieux | 2010 | 0.68 (1.04) | 0.58-0.80 | |
| Lemieux | 2011 | 0.67 (1.04) | 0.54-0.76 | |
| East End | 2008 | 0.69 (1.46) | 0.07-0.81 | |
| East End | 2009 | 0.74 (1.07) | 0.69-0.84 | |
| East End | 2010 | 0.71 (1.03) | 0.67-0.74 | |
| East End | 2011 | 0.71 (1.04) | 0.65-0.74 | |
| **Sudbury** | | | | **44** |
| Wanapitei | 2008 | 0.61 (1.56) | 0.08-1.15 | |
| Wanapitei | 2009 | 0.67 (1.26) | 0.26-0.97 | |
| Wanapitei | 2010 | 0.59 (1.20) | 0.37-0.91 | |
| Wanapitei | 2011 | 0.56 (1.40) | 0.21-0.91 | |
| David Street | 2008 | 0.61 (1.56) | 0.08-1.15 | |
| David Street | 2009 | 0.67 (1.26) | 0.26-0.97 | |
| David Street | 2010 | 0.59 (1.20) | 0.37-0.91 | |
| David Street | 2011 | 0.57 (1.40) | 0.21-0.91 | |
| **Toronto** | | | | **283** |
| R.L. Clark | 2008 | 0.41 (1.57) | 0.10-0.59 | |
| R.L. Clark | 2009 | 0.40 (1.74) | 0.12-0.62 | |

| | | | | |
|---|---|---|---|---|
| R.L. Clark | 2010 | 0.51 (1.52) | 0.10-0.73 | |
| R.L. Clark | 2011 | 0.50 (1.51) | 0.12-0.70 | |
| R.L. Clark | 2012 | 0.56 (1.21) | 0.17-0.69 | |
| Island | 2008 | 0.53 (1.31) | 0.13-2.0 | |
| Island | 2009 | 0.46 (1.78) | 0.11-0.68 | |
| Island | 2010 | 0.57 (1.40) | 0.12-0.78 | |
| Island | 2011 | 0.61 (1.10) | 0.21-0.70 | |
| Island | 2012 | 0.58 (1.27) | 0.15-0.70 | |
| F.J. Horgan | 2008 | 0.48 (1.25) | 0.13-1.51 | |
| F.J. Horgan | 2009 | 0.41 (1.64) | 0.12-1.93 | |
| F.J. Horgan | 2010 | 0.46 (1.51) | 0.13-0.68 | |
| F.J. Horgan | 2011 | 0.36 (1.77) | 0.13-0.68 | |
| F.J. Horgan | 2012 | 0.40 (1.64) | 0.14-0.63 | |
| R.C. Harris | 2008 | 0.48 (1.29) | 0.10-0.60 | |
| R.C. Harris | 2009 | 0.38 (1.94) | 0.11-0.63 | |
| R.C. Harris | 2010 | 0.60 (1.13) | 0.18-0.73 | |
| R.C. Harris | 2011 | 0.56 (1.32) | 0.14-0.68 | |
| R.C. Harris | 2012 | 0.47 (1.75) | 0.12-0.70 | |
| **Winnipeg** | | | | **72** |
| Maclean | 2009 | 0.83 (1.05) | 0.59-0.92 | 38[b] |
| Maclean | 2010 | 0.84 (1.03) | 0.79-0.88 | |
| Maclean | 2011 | 0.72 (1.08) | 0.63-0.86 | |
| Maclean | 2012 | 0.70 (1.03) | 0.66-0.75 | |
| McPhillips | 2009 | 0.84 (1.05) | 0.73-0.94 | 25[b] |
| McPhillips | 2010 | 0.83 (1.03) | 0.78-0.88 | |
| McPhillips | 2011 | 0.72 (1.07) | 0.59-0.86 | |
| McPhillips | 2012 | 0.70 (1.03) | 0.66-0.74 | |

| | | | | |
|---|---|---|---|---|
| Hurst | 2009 | 0.83 (1.05) | 0.74-0.93 | 46[b] |
| Hurst | 2010 | 0.86 (1.04) | 0.78-1.01 | |
| Hurst | 2011 | 0.71 (1.10) | 0.57-0.90 | |
| Hurst | 2012 | 0.7 (1.03) | 0.64-0.76 | |
| | | | | |
| ***Non-fluoridated*** | | | | |
| **Vancouver** | | | | **154** |
| Seymour | 2008-11 | 0.035[c] | n/a | |
| Capilano | 2008-11 | 0.035[c] | n/a | |
| Coquitlam | 2008-11 | 0.035[c] | n/a | |
| **Kingston** | | | | **184** |
| King Street | 2009 | 0.16 (2.04) | 0.02-0.43 | 143[b] |
| King Street | 2010 | 0.20 (1.00) | 0.20-0.20 | |
| King Street | 2011 | 0.17 (1.41) | 0.10-0.20 | |
| King Street | 2012 | 0.20 (1.00) | 0.20-0.20 | |
| Point Pleasant | 2009 | 0.20 (1.00) | 0.20-0.20 | 113[b] |
| Point Pleasant | 2010 | 0.20 (1.00) | 0.20-0.20 | |
| Point Pleasant | 2011 | 0.19 (1.58) | 0.10-0.30 | |
| Point Pleasant | 2012 | 0.20 (1.22) | 0.20-0.30 | |
| **Montreal** | | | | **208** |
| Atwater & Charles-J Des Baillets[d] | 2008 | 0.13 | 0.11-0.15 | |
| Atwater & Charles-J Des Baillets[d] | 2009 | 0.13 | 0.13-0.13 | |
| Atwater & Charles-J Des Baillets[d] | 2010 | 0.13 | 0.13-0.13 | |
| Atwater & Charles-J Des Baillet[d] | 2011 | 0.11 | 0.11-0.11 | |

| Total WTP fluoride values | | | | **1359** |
|---|---|---|---|---|

[a] MIREC minimum sample size requirements precluded reporting of small sample sizes for these sites.

[b] Refers to number of participants receiving water from the WTP. Participants can receive water from more than one WTP because some water distribution zones overlap.

[c] Limit of detection (LoD) is 0.05 mg/L for Vancouver sites. Values reported in the table for measurements below the LoD used an imputed value of (LoD/$\sqrt{2}$) (Hornung and Reed 1990)  to calculate the water fluoride level. No variation reported because only LoD was provided for this site.

[d] Annual average reported by this WTP site

**Table S4.** Fluoride concentrations in the urine of pregnant women from the MIREC cohort living in fluoridated versus non-fluoridated communities.

| | Trimester | N | Arith Mean | Arith SD | Geo Mean | Geo SD | Min | 5% | 25% | 50% | 75% | 95% | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NON-FLUORIDATED** | | | | | | | | | | | | | |
| MUF_Unadjusted | 1 | 541 | 0.24 | 0.29 | 0.15 | 2.65 | 0.01 | 0.03 | 0.08 | 0.15 | 0.30 | 0.69 | 3.56 |
| | 2 | 509 | 0.32 | 0.33 | 0.23 | 2.22 | 0.03 | 0.06 | 0.13 | 0.22 | 0.38 | 0.90 | 3.54 |
| | 3 | 476 | 0.47 | 0.39 | 0.36 | 2.05 | 0.04 | 0.11 | 0.22 | 0.36 | 0.60 | 1.23 | 3.77 |
| MUF$_{SG}$ | 1 | 541 | 0.31 | 0.39 | 0.20 | 2.56 | 0.01 | 0.04 | 0.12 | 0.20 | 0.35 | 0.84 | 4.67 |
| | 2 | 507 | 0.39 | 0.32 | 0.31 | 1.89 | 0.04 | 0.12 | 0.21 | 0.29 | 0.46 | 0.96 | 2.44 |
| | 3 | 475 | 0.48 | 0.32 | 0.40 | 1.78 | 0.08 | 0.17 | 0.28 | 0.38 | 0.56 | 1.09 | 2.71 |
| MUF$_{CRE\_1}$ | 1 | 533 | 0.50 | 0.50 | 0.35 | 2.40 | 0.01 | 0.08 | 0.22 | 0.37 | 0.60 | 1.41 | 4.5 |
| | 2 | 502 | 0.58 | 0.44 | 0.48 | 1.85 | 0.06 | 0.19 | 0.31 | 0.46 | 0.69 | 1.47 | 3.31 |
| | 3[a] | 386 | 0.67 | 0.47 | 0.56 | 1.75 | 0.12 | 0.24 | 0.40 | 0.54 | 0.79 | 1.45 | 4.61 |
| MUF$_{CRE\_2}$ | 1 | 534 | 0.41 | 0.45 | 0.29 | 2.42 | 0.01 | 0.06 | 0.18 | 0.30 | 0.49 | 1.15 | 4.81 |
| | 2 | 502 | 0.43 | 0.32 | 0.35 | 1.85 | 0.04 | 0.14 | 0.23 | 0.34 | 0.51 | 1.08 | 2.43 |
| | 3[a] | 386 | 0.48 | 0.33 | 0.40 | 1.75 | 0.08 | 0.17 | 0.29 | 0.39 | 0.56 | 1.04 | 3.29 |
| **FLUORIDATED** | | | | | | | | | | | | | |
| MUF_Unadjusted | 1 | 762 | 0.57 | 0.49 | 0.40 | 2.57 | 0.02 | 0.06 | 0.23 | 0.43 | 0.79 | 1.48 | 3.98 |
| | 2 | 728 | 0.71 | 0.53 | 0.56 | 2.03 | 0.04 | 0.17 | 0.35 | 0.56 | 0.89 | 1.68 | 3.77 |
| | 3 | 712 | 0.82 | 0.60 | 0.63 | 2.04 | 0.11 | 0.19 | 0.39 | 0.64 | 1.06 | 1.99 | 4.36 |
| MUF$_{SG}$ | 1 | 762 | 0.52 | 0.46 | 0.37 | 2.44 | 0.01 | 0.07 | 0.25 | 0.4 | 0.64 | 1.30 | 3.84 |
| | 2 | 728 | 0.71 | 0.47 | 0.59 | 1.84 | 0.03 | 0.23 | 0.40 | 0.58 | 0.87 | 1.63 | 3.78 |
| | 3 | 711 | 0.88 | 0.55 | 0.74 | 1.81 | 0.08 | 0.27 | 0.51 | 0.77 | 1.08 | 1.89 | 3.97 |
| MUF$_{CRE\_1}$ | 1 | 757 | 0.83 | 0.68 | 0.60 | 2.44 | 0.01 | 0.12 | 0.39 | 0.65 | 1.09 | 2.19 | 4.89 |
| | 2 | 723 | 1.13 | 0.77 | 0.93 | 1.91 | 0.05 | 0.32 | 0.61 | 0.91 | 1.42 | 2.63 | 4.89 |
| | 3[a] | 546 | 1.30 | 0.82 | 1.10 | 1.86 | 0.12 | 0.41 | 0.72 | 1.08 | 1.63 | 3.10 | 4.63 |
| MUF$_{CRE\_2}$ | 1 | 759 | 0.68 | 0.58 | 0.49 | 2.46 | 0.01 | 0.09 | 0.31 | 0.53 | 0.88 | 1.80 | 4.61 |
| | 2 | 727 | 0.85 | 0.60 | 0.69 | 1.92 | 0.04 | 0.24 | 0.45 | 0.67 | 1.05 | 2.00 | 4.66 |
| | 3[a] | 553 | 0.97 | 0.68 | 0.80 | 1.90 | 0.09 | 0.29 | 0.52 | 0.78 | 1.18 | 2.41 | 4.78 |

[a] Trimester 3 creatinine was analyzed at a separate lab, which reflects the lower sample size relative to trimesters 1 and 2

Abbreviations:  $MUF_{SG}$: maternal urinary fluoride adjusted for specific gravity;  $MUF_{CRE\_1}$: maternal urinary fluoride adjusted for creatinine using the Hauser et al. (2004) method; $MUF_{CRE\_2}$: maternal urinary fluoride adjusted for creatinine using the WHO (2014) method

Note: Means were calculated after removing outliers defined as a MUF concentration ≥5. The calculation of $MUF_{CRE\_1}$ was more prone to outliers relative to $MUF_{CRE\_2}$ which explains the slight differences in sample size between the two methods.

**Table S5.** Comparison of maternal urinary fluoride using propensity-score matching (Rosenbaum and Rubin 1983) as a function of residential fluoridation status matching on the covariates (BMI, maternal age, smoking status, of glasses of water, as well as amount of green and regular tea consumption).

| Fluoride measure | Fluoridated | | | | Non-fluoridated | | | | $F$ | $p$ |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | Mean | Median | SD | N | Mean | Median | SD | | |
| MUF_Unadjusted | 426 | 0.68 | 0.58 | 0.41 | 426 | 0.35 | 0.28 | 0.24 | 340.7 | < 0.0001 |
| $MUF_{SG}$ | 339 | 0.73 | 0.63 | 0.41 | 339 | 0.42 | 0.34 | 0.38 | 279.6 | < 0.0001 |
| $MUF_{CRE\_1}$ | 339 | 1.22 | 1.03 | 0.69 | 339 | 0.63 | 0.51 | 0.48 | 277.0 | < 0.0001 |
| $MUF_{CRE\_2}$ | 339 | 0.91 | 0.77 | 0.52 | 339 | 0.47 | 0.39 | 0.35 | 273.6 | < 0.0001 |

*Units: MUF_Unadjusted =mg/L; $MUF_{SG}$ = mg/L; $MUF_{CRE\_1}$ = mg/g; $MUF_{CRE\_2}$ = mg/L



1

**Figure S1.**   Sample flow chart accounting for participants that were excluded from the regression analyses predicting maternal urinary fluoride adjusted for specific gravity (SG) or creatinine (CRE).



**Figure S2**.  Sample map showing regions serviced by each WTP in Montreal

http://ville.montreal.qc.ca/pls/portal/docs/PAGE/EAU_FR/MEDIA/DOCUMENTS/USINE-MOD-18-SEPT.PDF

References

Hauser R, Meeker JD, Park S, Silva MJ, Calafat AM. 2004. Temporal variability of urinary phthalate metabolite levels in men of reproductive age. Environ Health Perspect 112:1734–1740.

Hornung RW, Reed LD. 1990. Estimation of Average Concentration in the Presence of Nondetectable Values. Appl. Occup Environ Hyg 5:46–51.

Rosenbaum PR, Rubin DB. 1983. The central role of the propensity score in observational studies for causal effects. Biometrika 70:41–55.

World Health Organization (WHO). 2014. Basic methods for assessment of renal fluoride excretion in community prevention programmes for oral health. WHO Press, Switzerland. www.who.int/about/licensing/copyright_form/en/index.html

# APPENDIX C:

**Green R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. Accepted (10 April 2019).**

# Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada

Rivka Green, MA[1]

Bruce Lanphear, MD[2,3]

Richard Hornung, PhD[4]

David Flora, PhD[1]

E. Angeles Martinez-Mier, DDS[5]

Raichel Neufeld, BA[1]

Pierre Ayotte, PhD[6,7]

Gina Muckle, PhD[7,8]

Christine Till, PhD[1]

[1]Faculty of Health, York University, Canada, Toronto, Ontario, Canada

[2]Faculty of Health Sciences, Simon Fraser University, Burnaby, British Columbia, Canada

[3]Child & Family Research Institute, BC Children's Hospital, University of British Columbia, Vancouver, British Columbia, Canada

[4]Pediatrics and Environmental Health, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio

[5]School of Dentistry, Indiana University, Indianapolis, Indiana

[6]Department of Social and Preventive Medicine, Laval University, Québec, Québec, Canada.

[7]Centre de Recherche du CHU de Québec, Université Laval, Québec, Québec, Canada

[8]School of Psychology, Laval University, Québec, Québec, Canada

**Question:** Is maternal fluoride exposure during pregnancy associated with childhood IQ in a Canadian cohort receiving optimally fluoridated water?

**Findings:** In this prospective birth cohort study, fluoride exposure during pregnancy was  associated with lower IQ scores in 3 to 4-year old children.

**Meaning:** Fluoride exposure during pregnancy may be associated with adverse effects on child intellectual development, suggesting the possible need to reduce fluoride intake during pregnancy.

**Importance:** The potential neurotoxicity associated with exposure to fluoride, which has generated controversy about community water fluoridation, remains unclear.

**Objective:** To examine the association between fluoride exposure during pregnancy and IQ scores in a prospective birth cohort.

**Design and Setting:** This prospective, multicenter birth cohort study used information from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. Children were born between 2008 and 2012; 41% lived in communities supplied with fluoridated municipal water.

**Participants:** The study sample included mother-child pairs recruited from six major cities in Canada; children were between 3 to 4 years of age at testing.

**Exposures:** Maternal urinary fluoride ($MUF_{SG}$), adjusted for specific gravity, and averaged across 3 trimesters available for 512 pregnant women, as well as self-reported maternal daily fluoride intake from water and beverage consumption available for 400 pregnant women.

**Main Outcomes and Measures:** Children's IQ was assessed at ages 3 to 4 years using the Wechsler Primary and Preschool Scale of Intelligence-III. Multiple linear regression analyses were used to examine covariate-adjusted associations between each fluoride exposure measure and IQ score.

**Results:** Data on $MUF_{SG}$ concentrations, IQ scores, and complete covariates were available for 512 mother-child pairs; data on maternal fluoride intake and children's IQ were available for 400 of 512 mother-child pairs. Women living in areas with fluoridated tap water (n=141) compared with non-fluoridated water (n=228) had significantly higher mean (SD) $MUF_{SG}$ concentrations; 0.69 (0.42) vs 0.40 (0.27) mg/L, $P = .001$, and fluoride intake levels; 0.93 (0.43) vs 0.30 (0.26) mg F/d, $P = .001$. There was a significant interaction ($P = .02$) between child sex and $MUF_{SG}$ (6.89, 95% CI: 0.96, 12.82), indicating a differential association between boys and girls. Children had mean (SD) Full Scale IQ scores of 107.16 (13.26), range 52-143, with girls showing significantly higher scores than boys: 109.56 (11.96) vs 104.61 (14.09), $P = .001$. A 1 mg/L increase in $MUF_{SG}$ was associated with a 4.49-point lower IQ score (95% CI: -8.38, -0.60) in boys, but there was no statistically significant association with IQ scores in girls ($B = 2.40$, 95% CI: -2.53, 7.33). A 1 mg higher daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score (95% CI: -7.16, -0.14) in boys and girls.

**Conclusions and Relevance:** In this study, maternal exposure to higher levels of fluoride during pregnancy was associated with lower IQ scores in 3 to 4-year-old children. These findings suggest the possible need to reduce fluoride intake during pregnancy.

## Introduction

For decades, community water fluoridation has been used to prevent tooth decay. Water fluoridation is supplied to about 66% of US residents, 38% of Canadians, and 3% of Europeans.[1] In fluoridated communities, fluoride from water and beverages made with tap water comprises 60 to 80% of daily fluoride intake in adolescents and adults.[2]

Fluoride crosses the placenta[3] and laboratory studies show that it accumulates in brain regions involved in learning and memory,[4] and alters proteins and neurotransmitters in the CNS.[5] Higher fluoride exposure from drinking water has been associated with lower children's intelligence in a meta-analysis of 27 epidemiological studies[6] and in studies including biomarkers of fluoride exposure.[7,8] However, most prior studies were cross-sectional and conducted in regions with higher water fluoride concentrations (0.88-31.6 mg/L) than levels considered optimal (ie, 0.7 mg/L) in North America.[9] Further, most studies did not measure exposure during fetal brain development. In a longitudinal birth cohort study involving 299 mother-child pairs in Mexico City, a 1 mg/L increase in maternal urinary fluoride (MUF) concentration was associated with a six-point (CI:-10.84,-1.74) lower IQ score among school-aged children.[10] In this same cohort, MUF was also associated with more ADHD-like symptoms.[11] Urinary fluoride concentrations among pregnant women living in fluoridated communities in Canada are similar to concentrations among pregnant women living in Mexico City.[12] It is unclear, however, whether fluoride exposure during pregnancy is associated with cognitive deficits in a population receiving optimally fluoridated water.

This study examined whether exposure to fluoride during pregnancy was associated with IQ scores in children in a Canadian birth cohort in which 40% of the sample was supplied with fluoridated municipal water.

## Methods

### Study Cohort

Between 2008 and 2011, the Maternal-Infant Research on Environmental Chemicals (MIREC) program recruited 2001 pregnant women from ten cities across Canada. Women who could communicate in English or French, were older than 18 years, and were within the first 14 weeks of pregnancy were recruited from prenatal clinics. Participants were not recruited if there was a known fetal abnormality, if they had any medical complications, or if there was illicit drug use during pregnancy. Additional details are in the cohort profile description.[13]

A subset of 610 children in the MIREC Study was evaluated for the developmental phase of the study at 3 to 4-years-old; these children were recruited from 6 of the 10 cities included in the original cohort: Vancouver, Montreal, Kingston, Toronto, Hamilton, and Halifax. Due to budgetary restraints, recruitment was restricted to the 6 cities with the most participants who fell into the age range required for the testing during the data collection period. Of the 610 children, 601 (98.5%) completed neurodevelopmental testing; 254 (42.3%) of these children lived in non-fluoridated regions and 180 (30%) lived in fluoridated regions; for 167 (27.7%) fluoridation status was unknown due to missing water data or reported not drinking tap water (Figure 1)

This study was approved by the Research Ethics Boards at Health Canada, York University, and Indiana University. All women signed informed consent forms.

### Maternal Urinary Fluoride Concentration

We used the mean concentrations of maternal urinary fluoride (MUF) measured in urine spot samples collected across each trimester of pregnancy at mean (SD) 11.57 (1.57), 19.11 (2.39), and 33.11 (1.50) weeks of gestation. Due to the variability of urinary fluoride measurement and fluoride absorption during pregnancy,[14] we only included women who had all three urine samples. In our

previous work, these samples were moderately correlated; intra-class correlation coefficient (ICC) ranged from .37 to .40.[12]

Urinary fluoride concentration was analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane (Sigma Chemical Co, MO, USA) micro-diffusion procedure[15] and described in our previous work.[12] Fluoride concentration could be measured to 0.02 mg/L. We excluded two samples (0.002%) because the readings exceeded the highest concentration standard (5 mg/L) and there was less certainty of these being representative exposure values.

To account for variations in urine dilution at the time of measurement, we adjusted MUF concentrations for specific gravity (SG) using the following equation: $MUF_{SG} = MUF_i*(SG_M-1)/(SG_i-1)$, where $MUF_{SG}$ is the SG-adjusted fluoride concentration (mg F/L), $MUF_i$ is the observed fluoride concentration, $SG_i$ is the SG of the individual urine sample, and $SG_M$ is the median SG for the cohort. For comparison, we also adjusted MUF using the same creatinine adjustment method that was used in the recently published Mexican cohort.[10]

### Water Fluoride Concentration

Water treatment plants measured fluoride levels daily if fluoride was added to municipal drinking water and weekly or monthly if fluoride was not added to water ([12]). We matched participants' postal codes with water treatment plant zones, allowing an estimation of water fluoride concentration for each woman by averaging water fluoride concentrations (mg F/L) over the duration of pregnancy. We only included women who reported drinking tap water during pregnancy.

### Daily Fluoride Intake in Mothers

We obtained information on consumption of tap water and other water-based beverages (tea, coffee) from a self-report questionnaire completed by mothers during the first and third trimesters. This questionnaire was developed for this study and has not been validated. Also, for this study, we developed methods

to estimate and calculate fluoride intake that have not yet been validated. To estimate fluoride intake from tap water consumed per day (mg F/d), we multiplied each woman's consumption of water and beverages by her water fluoride concentration (averaged across pregnancy) and multiplied by 0.2 (fluoride content for a 200 mL cup). Since black tea contains a high fluoride content (2.6 mg F/L),[16,17] we also estimated the amount of fluoride consumed from black tea by multiplying each cup of black tea by 0.52 mg F (average fluoride content in a 200 mL cup of black tea made with deionized water) and added this to the fluoride intake variable. Green tea also contains varying levels of fluoride; therefore, we used the average for the green teas listed by the USDA (1.935mg/L).[17] We multiplied each cup of green tea by 0.387 mg F (fluoride content in a 200 mL cup of green tea made with deionized water) and added this to the fluoride intake variable.

## Primary Outcomes

We assessed children's intellectual abilities with the Wechsler Preschool and Primary Scale of Intelligence, Third Edition (WPPSI-III). Full Scale IQ (FSIQ), a measure of global intellectual functioning, was the primary outcome. We also assessed Verbal IQ (VIQ), representing verbal reasoning and comprehension, and Performance IQ (PIQ), representing nonverbal-reasoning, spatial-processing, and visual-motor skills.

## Covariates

We selected covariates from a set of established factors associated with fluoride metabolism (eg, time of void, time since last void) and children's intellectual abilities (eg, child sex, maternal age, gestational age, parity) (see Table 1 footnote). Mother's race was coded as "white" or "other", and maternal education was coded as either (i) bachelor's degree or higher or (ii) trade school diploma or lower. The quality of child's home environment was measured by the Home Observation for Measurement of the Environment (HOME)-Revised

Edition[18] on a continuous scale. We also controlled for city and, in some models, included self-reported exposure to second-hand smoke (yes/no) as a covariate.

## Statistical Analyses

In our primary analysis, we used linear regression analyses to estimate the associations between our two measures of fluoride exposure ($MUF_{SG}$ and fluoride intake) and children's FSIQ scores. In addition to providing the coefficient corresponding to a 1 mg difference in fluoride exposure, we also estimated coefficients corresponding to a fluoride exposure difference spanning the 25th to 75th percentile range (which corresponds to a 0.33 mg/L and 0.62 mg F/d difference in $MUF_{SG}$ and fluoride intake, respectively) as well as the 10th to 90th percentile range (which corresponds to a 0.70 mg/L and 1.04 mg F/d difference in $MUF_{SG}$ and fluoride intake, respectively).

We retained a covariate in the model if its *P* value <.2 or its inclusion changed the regression coefficient of the variable  by more than 10% in any of the IQ models. Regression diagnostics confirmed that there were no collinearity issues in any of the IQ models with $MUF_{SG}$ or fluoride intake [*Variance Inflation Factor*<2 for all covariates]. Residuals from each model had approximately normal distributions and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations as measured by Cook's distance. Including quadratic or natural-log effects of $MUF_{SG}$ or fluoride intake did not significantly improve the regression models. Thus, we present the more easily interpreted  estimates from linear regression models. Additionally, we examined separate models with 2 linear splines to test whether the $MUF_{SG}$ association significantly differed between lower and higher levels of $MUF_{SG}$ based on 3 knots, which were set at 0.5 mg/L (mean $MUF_{SG}$), 0.8 mg/L (threshold seen in the Mexican birth cohort),[10] and 1 mg/L (optimal concentration in the USA until

2015).[19] For fluoride intake, knots were set at 0.4 mg (mean fluoride intake), 0.8 mg, and 1 mg (in accordance with $MUF_{SG}$). We also examined sex-specific associations in all models by testing the interactions between child sex and each fluoride measure.

In sensitivity analyses, we tested whether the associations between $MUF_{SG}$ and IQ were confounded by maternal blood concentrations of lead,[20] mercury,[20] manganese,[20,21] perfluoro-octanoic acid,[22] or urinary arsenic.[23] We also conducted sensitivity analyses by removing IQ scores that were greater than or less than 2.5 standard deviations from the sample mean. Additionally, we examined whether using MUF adjusted for creatinine instead of SG affected the results.

In additional analyses, we examined the association between our 2 measures of fluoride exposure ($MUF_{SG}$ and fluoride intake) with Verbal-IQ (VIQ) and Performance-IQ (PIQ). Additionally, we examined whether water fluoride concentration was associated with FSIQ, VIQ, and PIQ scores.

For all analyses, statistical significance tests with a Type I error rate of 5% were used to test sex interactions, while 95% confidence intervals were used to estimate uncertainty. Analyses were conducted using R software.[24]

## Results

For the first measure of fluoride exposure, $MUF_{SG}$, 512 (85.2%) of the 601 mother-child pairs who completed the neurodevelopmental visit had urinary fluoride levels measured at each trimester of the mother's pregnancy and complete covariate data; 89 (14.8%) were excluded for missing $MUF_{SG}$ at one or more trimesters (n = 75) or missing one or more covariates included in the regression (n = 14) (Figure 1). Of the 512 mother-child pairs with $MUF_{SG}$ data (and all covariates), 264 (52%) were female.

For the second measure of fluoride exposure, fluoride intake from maternal questionnaire, data were available for 400 (66.6%) of the original 601 mother-

child pairs: 201 (33.4%) women were excluded for reporting not drinking tap water (n = 59), living outside of the pre-defined water treatment plant zone (n = 108), missing beverage consumption data (n = 20) or missing covariate data ( = 14) (Figure 1).

Children had FSIQ scores in the average range (population normed) [mean (SD), 107.16 (13.26), range = 52-143], with girls [109.56 (11.96)] showing significantly higher scores than boys [104.61(14.09)], $P < .001$ (Table 1). The demographic characteristics of the 512 mother-child pairs included in the primary analysis were not substantially different from the original MIREC cohort or subset of mother-child pairs without three urine samples (eTable 1 in the Supplement). Of the 400 mother-child pairs with fluoride intake data (and all covariates), 118 of 238 (50%) in the group living in a non-fluoridated region were female and 83 of 162 (51%) in the group living in a fluoridated region were female.

### Fluoride Measurements

The median MUF$_{SG}$ concentration was 0.41 mg/L (range = 0.06-2.44 mg/L). Mean MUF$_{SG}$ concentration was significantly higher among women (n=141) who lived in communities with fluoridated drinking water [0.69 mg/L (0.42)] compared to women (n=228) who lived in communities without fluoridated drinking water [0.40 mg/L (0.27)], $P < .001$ (Table 1, Figure 2).

The median estimated fluoride intake was 0.39 mg F per day (range = 0.01-2.65 mg F). As expected, fluoride intake was significantly higher for women (n=162; 40.5%) who lived in communities with fluoridated drinking water [0.93 mg F (0.43)] than women (n=238; 59.5%) who lived in communities without fluoridated drinking water [0.30 mg F (0.26)], $P < .001$ (Table 1, Figure 2). MUF$_{SG}$ was moderately correlated with fluoride intake ($r = 0.49$, $P < .001$) and water fluoride concentration ($r = 0.37$, $P < .001$).

### MUF Concentrations and IQ

Before covariate adjustment, a significant interaction ($P$ for interaction = .03) between $MUF_{SG}$ and child sex ($B$ = 7.24, 95% CI: 0.81, 13.67) indicated that $MUF_{SG}$ was associated with FSIQ in boys; an increase of 1 mg/L $MUF_{SG}$ was associated with a 5.01 (95% CI: -9.06, -0.97, $P$ = .02) lower FSIQ score in boys. In contrast, $MUF_{SG}$ was not significantly associated with higher FSIQ score in girls ($B$ = 2.23 95% CI: -2.77, 7.23; $P$ = .38) (Table 2).

Adjusting for covariates, a significant interaction ($P$ for interaction = .02) between child sex and $MUF_{SG}$ ($B$ = 6.89, 95% CI: 0.96, 12.82) indicated that an increase of 1 mg/L of $MUF_{SG}$ was associated with a 4.49 (95% CI: -8.38, -0.60, $P$ = .02) lower FSIQ score for boys. An increase from the 10th to 90th percentile of $MUF_{SG}$ was associated with a 3.14 IQ decrement among boys (Table 2, Figure 3). In contrast, $MUF_{SG}$ was not significantly associated with FSIQ score in girls ($B$ = 2.43 95% CI: -2.51, 7.36; $P$ = .33).

### Estimated Fluoride Intake and IQ

A 1 mg increase in fluoride intake was associated with a 3.66 (95% CI: -7.16, -0.15, $P$ = .04) lower FSIQ score among boys and girls (Table 2, Figure 3). The interaction between child sex and fluoride intake was not statistically significant $(B$ = 1.17, 95% CI: -4.08, 6.41, $P$ for interaction = .66).

### Sensitivity Analyses

Adjusting for lead, mercury, manganese, perfluorooctanoic acid, or arsenic concentrations did not substantially change the overall estimates of $MUF_{SG}$ for boys or girls (eTable 2 in the Supplement). Use of MUF adjusted for creatinine did not substantially alter the associations with FSIQ (eTable 2 in the Supplement). Including time of void and time since last void did not substantially change the regression coefficient of $MUF_{SG}$ among boys or girls.

Estimates for the association between $MUF_{SG}$ and PIQ showed a similar pattern with a statistically significant interaction between $MUF_{SG}$ and child sex ($P$

for interaction = .007). An increase of 1 mg/L $MUF_{SG}$ was associated with a 4.63 (95% CI: -9.01, -0.25, $P$ = .04) lower PIQ score in boys, but the association was not statistically significant in girls ($B$ = 4.51 95% CI: -1.02, 10.05; $P$ = .11). An increase of 1 mg/L $MUF_{SG}$ was not significantly associated with VIQ in boys ($B$ = -2.85, 95% CI: -6.65, 0.95, $P$ = .14) or girls ($B$ = 0.55, 95% CI: -4.28, 5.37, $P$ = .82); the interaction between $MUF_{SG}$ and child sex was not statistically significant ($P$ for interaction = .25) (eTable 3 in the Supplement).

Consistent with the findings on estimated maternal fluoride intake, increased water fluoride concentration (per 1 mg F/L) was associated with a 5.29 (95% CI: -10.39, -0.19) lower FSIQ score among boys and girls and a 13.79 (95% CI: -18.82, -7.28) lower PIQ score (eTable 4 in the Supplement).

## Discussion

Using a prospective Canadian birth cohort, we found that estimated maternal exposure to higher fluoride levels during pregnancy was associated with lower IQ scores in children. This association was supported by converging findings from 2 measures of fluoride exposure during pregnancy. A difference in $MUF_{SG}$ spanning the interquartile range for the entire sample (ie, 0.33 mg/L) was associated with a 1.5-point IQ decrement among boys, which is roughly the difference in $MUF_{SG}$ concentration for pregnant women living in a fluoridated versus a non-fluoridated community. An increment of 0.70 mg/L in $MUF_{SG}$ concentration was associated with a 3-point IQ decrement in boys; about half of the women living in a fluoridated community have a $MUF_{SG}$ equal to or greater than 0.70 mg/L. These results did not change appreciably after controlling for other key exposures, such as lead, arsenic, and mercury.

To our knowledge, this study is the first to estimate fluoride exposure in a large birth cohort receiving optimally fluoridated water. These findings are consistent with that of a Mexican birth cohort study, which reported a 6.3 decrement in IQ in preschool aged children compared with a 4.5 decrement for

boys in the current study for every 1 mg/L of MUF.[10] The findings of the current study are also concordant with ecologic studies, which have shown an association between higher levels of fluoride exposure and lower intellectual abilities in children.[7,8,25] Collectively, these findings support that fluoride exposure during pregnancy may be associated with neurocognitive effects.

In contrast with the Mexican study, the association between higher MUF$_{SG}$ concentrations and lower IQ scores was observed only in boys, but not in girls. Studies of fetal and early childhood fluoride exposure and IQ have rarely examined differences by sex; of those that did, some reported no differences by sex.[10,26-28] The majority of rat studies have focused on fluoride exposure in male rats,[29] although one study showed that male rats were more sensitive to neurocognitive effects of fetal exposure to fluoride.[30] Testing whether boys are potentially more vulnerable to neurocognitive effects associated with fluoride exposure requires further investigation, especially considering that boys have a higher prevalence of neurodevelopmental disorders, such as ADHD, learning disabilities, and intellectual disabilities.[31] Adverse effects of early exposure to fluoride may manifest differently for girls and boys, as shown with other neurotoxicants.[32-35]

The estimate of maternal fluoride intake during pregnancy in this study showed that an increase of 1 mg of fluoride was associated with a decrease of 3.7 IQ points across boys and girls. The finding observed for fluoride intake in both boys and girls may reflect postnatal exposure to fluoride, whereas MUF primarily captures prenatal exposure. Importantly, we excluded women who reported that they did not drink tap water and matched water fluoride measurements to time of pregnancy when estimating maternal fluoride intake. None of the fluoride concentrations measured in municipal drinking water were above the Maximum Acceptable Concentration of 1.5 mg/L set by Health Canada; most (94.3%) were lower than the 0.7 mg/L level considered optimal.[36]

Water fluoridation was introduced in the 1950s to prevent dental caries before the widespread use of fluoridated dental products. Originally, the US Public Health Service (PHS) set the optimal fluoride concentrations in water from 0.7 to 1.2 mg/L to achieve the maximum reduction in tooth decay and minimize the risk of enamel fluorosis.[37] Fluorosis, or mottling, is a symptom of excess fluoride intake from any source occurring during the period of tooth development. In 2012, about 30% of adolescents had mild to severe enamel fluorosis.[38] The higher prevalence of enamel fluorosis, especially in fluoridated areas,[39] triggered renewed concern about excessive ingestion of fluoride. In 2015, in response to fluoride overexposure and rising rates of enamel fluorosis,[38,40,41] the PHS recommended an optimal fluoride concentration of 0.7 mg/L, in line with the recommended level of fluoride added to drinking water in Canada to prevent caries. However, the beneficial effects of fluoride predominantly occur at the tooth surface, after the teeth have erupted.[42] Therefore, there is no benefit of systemic exposure to fluoride during pregnancy for the prevention of caries in offspring.[43] The evidence showing an association between fluoride exposure and lower IQ scores raises a possible new concern about cumulative exposures to fluoride during pregnancy, even among pregnant women exposed to optimally fluoridated water.

Our study has several limitations. First, urinary fluoride has a short half-life (~ 5 hours) and depends on behaviors that were not controlled in our study, such as consumption of fluoride-free bottled water, or swallowing toothpaste prior to urine sampling. We minimized this limitation by using three serial urine samples and tested for time of urine sample collection and time since last void, but these variables did not alter our results. Second, although higher maternal ingestion of fluoride corresponds to higher fetal plasma fluoride levels,[44] even serial maternal urinary spot samples may not precisely represent fetal exposure throughout pregnancy. Third, while our analyses controlled for a comprehensive set of covariates, we did not have maternal IQ data. However, there is no evidence

suggesting that fluoride exposure differs as a function of maternal IQ; our prior study did not observe a significant association between MUF levels and maternal education level.[12] Moreover, a greater proportion of women living in fluoridated communities (76%) had a university-level degree compared to women living in non-fluoridated communities (66%). Nonetheless, despite our comprehensive array of covariates included, this observational study design could not address the possibility of other unmeasured residual confounding. Fourth, fluoride intake did not measure actual fluoride concentration in tap water in the participant's home; Toronto, for example, has overlapping water treatment plants servicing the same household. Similarly, our fluoride intake estimate only considered fluoride from beverages; it did not include fluoride from other sources, such as dental products or food. Furthermore, fluoride intake data were limited by self-report of mothers' recall of beverage consumption per day, which was sampled at 2 time points of pregnancy, and we lacked information regarding specific tea brand.[16,17] In addition, our methods of estimating maternal fluoride intake have not been validated. Fifth, this study did not include assessment of postnatal fluoride exposure or consumption. These limitations, however, were minimized by the concordance of results with objective measures of MUF.

## Conclusions

In this prospective birth cohort study from 6 cities in Canada, higher levels of fluoride exposure during pregnancy were associated with lower IQ scores in children measured at 3 to 4 years of age. These findings were observed at fluoride levels typically found in North American women, and suggest the possible need to reduce fluoride intake during pregnancy.

## Article Information

**Corresponding Author:** Christine Till, PhD, Department of Psychology, York University, 4700 Keele St, Toronto, Ontario M3J 1P3, Canada (ctill@yorku.ca).

**Author Contributions:** Authors Green and Till had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design: Green, Lanphear, Martinez-Mier, Ayotte, Muckle, Till.*
*Acquisition, analysis, or interpretation of data: All authors.*
*Drafting of the manuscript: Green, Flora, Martinez-Mier, Muckle, Till.*
*Critical revision of the manuscript for important intellectual content: All authors.*
*Statistical analysis: Green, Hornung, Flora, Till.*
*Obtained funding: Lanphear, Muckle, Till.*
*Administrative, technical, or material support: Green, Lanphear, Martinez-Mier, Ayotte, Till.*
*Supervision: Flora, Till.*
**Conflict of Interest Disclosures:** Ms Green, Dr Till, Dr Flora, Dr Muckle, Dr Ayotte, Dr Martinez-Mier, Dr Hornung and Ms Neufeld have nothing to disclose. Dr Lanphear reports serving as an expert witness in an upcoming case involving the US EPA and water fluoridation, but will not receive any payment.

**Funding/Support:** This MIREC Biobank study was funded by a grant from the National Institute of Environmental Health Science (NIEHS) (grant #R21ES027044). The MIREC Study was supported by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institutes for Health Research (grant # MOP-81285).

**Additional Contributions:** The authors gratefully acknowledge: Nicole Lupien, Stéphanie Bastien, and Romy-Leigh McMaster and the MIREC Study Coordinating Staff for their administrative support, as well as the MIREC study group of investigators and site investigators; Alain Leblanc from the INSPQ for measuring the urinary creatinine; Christine Buckley, Dr Frank Lippert and Prithvi Chandrappa for their analysis of urinary fluoride at the Indiana University School of Dentistry; Maddy Blazer from York University for assisting with preparation of the manuscript; Linda Farmus for statistical consulting; and Dr John Minnery for his valuable engineering advice regarding water fluoridation. The authors are also grateful to the staff affiliated with community water treatment plants who helped to provide water fluoride data for this study.

## References

<unknown>1. Public Health Agency of Canada. The State of Community Water Fluoridation (CWF) across Canada; 2017.</unknown>
<bok>2. United States Environmental Protection Agency. Fluoride: Relative Source Contribution Analysis. Vol 820-R-10-0; 2010.</bok>

&lt;jrn&gt;3. Ron M, Singer L, Menczel J, Kidroni G. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. *Eur J Obstet Gynecol Reprod Biol*. 1986;21(4):213-218. Medline:3709921 doi:10.1016/0028-2243(86)90018-3&lt;/jrn&gt;

&lt;jrn&gt;4. Pereira M, Dombrowski PA, Losso EM, Chioca LR, Da Cunha C, Andreatini R. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. *Neurotox Res*. 2011;19(1):55-62. Medline:19957215 doi:10.1007/s12640-009-9139-5&lt;/jrn&gt;

&lt;jrn&gt;5. Jiang C, Zhang S, Liu H, et al. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. *Neuromolecular Med*. 2014;16(1):94-105. Medline:23982469 doi:10.1007/s12017-013-8260-z&lt;/jrn&gt;

&lt;jrn&gt;6. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect*. 2012;120(10):1362-1368. Medline:22820538 doi:10.1289/ehp.1104912&lt;/jrn&gt;

&lt;jrn&gt;7. Das K, Mondal NK. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. *Environ Monit Assess*. 2016;188(4):218. Medline:26960765 doi:10.1007/s10661-016-5219-1&lt;/jrn&gt;

&lt;jrn&gt;8. Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology*. 2017;59:65-70. Medline:28077305 doi:10.1016/j.neuro.2016.12.011&lt;/jrn&gt;

&lt;jrn&gt;9. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. *Public Health Rep*. 2015;130(1):1-14. Medline:25552748 doi:10.1177/003335491513000408&lt;/jrn&gt;

&lt;jrn&gt;10. Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6 – 12 years of age in Mexico. *Environ Health Perspect*. 2017;125(9):097017. Medline:28937959 doi:10.1289/EHP655&lt;/jrn&gt;

<jrn>11. Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. *Environ Int*. 2018;121(Pt 1):658-666. Medline:30316181 doi:10.1016/j.envint.2018.09.017</jrn>

<jrn>12. Till C, Green R, Grundy JG, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environ Health Perspect*. 2018;126(10):107001. Medline:30392399 doi:10.1289/EHP3546</jrn>

<jrn>13. Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: the maternal-infant research on environmental chemicals research platform. *Paediatr Perinat Epidemiol*. 2013;27(4):415-425. Medline:23772943 doi:10.1111/ppe.12061</jrn>

<jrn>14. Opydo-Szymaczek J, Borysewicz-Lewicka M. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. *Fluoride*. 2005;38(4):312-317.</jrn>

<jrn>15. Martínez-Mier EA, Cury JA, Heilman JR, et al. Development of gold standard ion-selective electrode-based methods for fluoride analysis. *Caries Res*. 2011;45(1):3-12. Medline:21160184 doi:10.1159/000321657</jrn>

<jrn>16. Waugh DT, Potter W, Limeback H, Godfrey M. Risk Assessment of assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. *Int J Environ Res Public Health*. 2016;13(3):259. Medline:26927146 doi:10.3390/ijerph13030259</jrn>

<eref>17. USDA Nutrient Data Laboratory Beltsville Human Nutrition Research Center Agricultural Research Service. USDA National Fluoride Database of Selected Beverages and Foods. USDA Natl Fluoride Database Sel Beverages Foods. 2005:26. http://www.ars.usda.gov/SP2UserFiles/Place/80400525/Data/Fluoride/F02.pdf.</eref>

<bok>18. Caldwell B, Bradley R. Home Observation for Measurement of the Environment (HOME) - Revised Edition. University of Arkansas, Little Rock., Little Rock.; 1984.</bok>

<jrn>19. Rabb-waytowich D. Professional water fluoridation in Canada. *Past Present*. 2009;75(6):451-454.</jrn>

<jrn>20. Arbuckle TE, Liang CL, Morisset A-S, et al; MIREC Study Group. Maternal and fetal exposure to cadmium, lead, manganese and mercury: The MIREC study. *Chemosphere*. 2016;163:270-282. Medline:27540762 doi:10.1016/j.chemosphere.2016.08.023</jrn>

<jrn>21. Dion L-A, Saint-Amour D, Sauvé S, Barbeau B, Mergler D, Bouchard MF. Changes in water manganese levels and longitudinal assessment of intellectual function in children exposed through drinking water. *Neurotoxicology*. 2018;64:118-125. Medline:28870865 doi:10.1016/j.neuro.2017.08.015</jrn>

<jrn>22. Vélez MP, Arbuckle TE, Fraser WD. Maternal exposure to perfluorinated chemicals and reduced fecundity: the MIREC study. *Hum Reprod*. 2015;30(3):701-709. Medline:25567616 doi:10.1093/humrep/deu350</jrn>

<jrn>23. Ettinger AS, Arbuckle TE, Fisher M, et al; MIREC Study Group. Arsenic levels among pregnant women and newborns in Canada: Results from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort. *Environ Res*. 2017;153:8-16. Medline:27880879 doi:10.1016/j.envres.2016.11.008</jrn>

<bok>24. Team RCR. *A Language and Environment for Statistical Computing*. Vienna, Austria: R Foundati; 2013.</bok>

<jrn>25. Choi AL, Zhang Y, Sun G, et al. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: a pilot study. *Neurotoxicol Teratol*. 2015;47:96-101. Medline:25446012 doi:10.1016/j.ntt.2014.11.001</jrn>

<jrn>26. Lu Y, Sun ZR, Wu LN, Wang X, Lu W, Liu SS. Effect of high-fluoride water on intelligence in children. *Fluoride*. 2000;33(2):74-78.</jrn>

<jrn>27. Zhao LB, Liang GH, Zhang DN, Wu XR. Effect of high fluoride water supply on children's intelligence. *Fluoride*. 1996;29(4):190-192.</jrn>

<jrn>28. Xiang Q, Liang Y, Chen L, et al. Effect of fluoride in drinking water on children's intelligence. *Fluoride*. 2003;36(2):84-94.</jrn>

<jrn>29. McPherson CA, Zhang G, Gilliam R, et al. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans hooded rats. *Neurotox Res*. 2018;34(4):781-798. Medline:29404855 doi:10.1007/s12640-018-9870-x</jrn>

<jrn>30. Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. Neurotoxicity of sodium fluoride in rats. *Neurotoxicol Teratol*. 1995;17(2):169-177. Medline:7760776 doi:10.1016/0892-0362(94)00070-T</jrn>

<eref>31. Boyle CA, Boulet S, Schieve LA, et al. Trends in the Prevalence of Developmental Disabilities in US Children, 1997–2008. Pediatrics. May 2011. http://pediatrics.aappublications.org/content/early/2011/05/19/peds.2010-2989.abstract.</eref>

<jrn>32. Gochfeld M. Sex differences in human and animal toxicology. *Toxicol Pathol*. 2017;45(1):172-189. Medline:27895264 doi:10.1177/0192623316677327</jrn>

<jrn>33. Arbuckle TE. Are there sex and gender differences in acute exposure to chemicals in the same setting? *Environ Res*. 2006;101(2):195-204. Medline:16233896 doi:10.1016/j.envres.2005.08.015</jrn>

<jrn>34. Desrochers-Couture M, Oulhote Y, Arbuckle TE, et al. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. *Environ Int*. 2018;121(Pt 2):1235-1242. Medline:30392942 doi:10.1016/j.envint.2018.10.043</jrn>

<jrn>35. Evans SF, Kobrosly RW, Barrett ES, et al. Prenatal bisphenol A exposure and maternally reported behavior in boys and girls. *Neurotoxicology*. 2014;45:91-99. Medline:25307304 doi:10.1016/j.neuro.2014.10.003</jrn>

<bok>36. Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document —Fluoride. Ottawa, Ontario, Air and Climate Change Bureau, Healthy Environments and Consumer Safety Branch, Health Canada, Ottawa, Ontario.; 2010. doi:Catalogue No. H128-1/11-647E-PDF.</bok>

<jrn>37. Martinez-Mier EA, Shone DB, Buckley CM, Ando M, Lippert F, Soto-Rojas AE. Relationship between enamel fluorosis severity and fluoride content. *J Dent*. 2016;46:42-46. Medline:26808157 doi:10.1016/j.jdent.2016.01.007</jrn>

38. Wiener R, Shen C, Findley P, Tan X, Sambamoorthi U. Dental Fluorosis over Time: A Comparison of National Health and Nutrition Examination Survey Data from 2001-2002 and 2011-2012. Vol 92.; 2018.

39. National Research Council (NRC). Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, DC: National Academies Press; 2006. doi:http://www.nap.edu.

40. Beltrán-Aguilar ED, Barker L, Dye BA. Prevalence and severity of dental fluorosis in the United States, 1999-2004. *NCHS Data Brief*. 2010;(53):1-8. http://www.ncbi.nlm.nih.gov/pubmed/21211168. Medline:21211168

41. Warren JJ, Kanellis MJ, Levy SM. Fluorosis of the primary dentition: what does it mean for permanent teeth? *J Am Dent Assoc*. 1999;130(3):347-356. Medline:10085657 doi:10.14219/jada.archive.1999.0204

42. Limeback H. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? *Community Dent Oral Epidemiol*. 1999;27(1):62-71. Medline:10086928 doi:10.1111/j.1600-0528.1999.tb01993.x

43. Takahashi R, Ota E, Hoshi K, et al. Fluoride supplementation (with tablets, drops, lozenges or chewing gum) in pregnant women for preventing dental caries in the primary teeth of their children. *Cochrane Database Syst Rev*. 2017;10(10):CD011850. Medline:29059464 doi:10.1002/14651858.CD011850.pub2

44. Gedalia I, Zukerman H, Leventhal H. Fluoride content of teeth and bones of human fetuses: in areas with about 1 ppm of fluoride in drinking water. *J Am Dent Assoc*. 1965;71(5):1121-1123. Medline:5213647 doi:10.14219/jada.archive.1965.0051

Figure Headings

1.  Flowchart of inclusion criteria.



2.   Distribution of fluoride levels in maternal urine and for estimated fluoride intake by
     fluoridation status.





3.  In A, blue dots represent boys and red dots represent girls. In B,
    community fluoridation status (CWF) is shown for each woman;
    black dots represent women living in non-fluoridated (non-Fl)
    communities and blue dots represent women living in fluoridated (Fl)
    communities.



Tables

Table 1. Demographic Characteristics and Exposure Outcomes for Mother-Child Pairs With MUF$_{SG}$ (n = 512) and Fluoride Intake Data (n = 400) by Fluoridated and Non-fluoridated Status[a,b]

| Variable | No. (%) | | |
|---|---|---|---|
| | MUF$_{SG}$ Sample (N = 512)[a] | Maternal-Child Pairs With Fluoride Intake, IQ, and Complete Covariate Data (N = 400) | |
| | | Non-fluoridated (N = 238) | Fluoridated (N = 162) |
| Mothers | | | |
| Age of mother at enrollment, mean (SD), y | 32.33 (5.07) | 32.61 (4.90) | 32.52 (4.03) |
| Pre-pregnancy BMI, mean (SD) | 25.19 (6.02) | 25.19 (6.35) | 24.33 (5.10) |
| Married or common law | 497 (97) | 225 (95) | 159 (98) |
| Born in Canada | 426 (83) | 187 (79) | 131 (81) |
| White | 463 (90) | 209 (88) | 146 (90) |
| Maternal education | | | |
| Trade school diploma/high school | 162 (32) | 80 (34) | 38 (24) |
| Bachelor's degree or higher | 350 (68) | 158 (66) | 124 (76) |
| Employed at time of pregnancy | 452 (88) | 205 (86) | 149 (92) |
| Net income household>$70 000 | 364 (71) | 162 (68) | 115 (71) |
| HOME total score, mean (SD) | 47.32 (4.32) | 47.28 (4.48) | 48.14 (3.90) |
| Smoked in trimester 1 | 12 (2) | 7 (3) | 2 (1) |
| Second hand smoke in the home | 18 (4) | 9 (4) | 2 (1) |
| Alcohol consumption, alcoholic drink/mo | | | |
| No alcohol | 425 (83) | 192 (81) | 136 (84) |
| <1 | 41 (8) | 23 (10) | 11 (7) |
| ≥1 | 46 (9) | 23 (10) | 15 (9) |
| Parity (first birth) | 233 (46) | 119 (50) | 71 (44) |
| Children | | | |
| Female sex | 264 (52) | 118 (50) | 83 (51) |

| | | | |
|---|---|---|---|
| Age at testing, mean (SD), y | 3.42 (0.32) | 3.36 (0.31) | 3.49 (0.29) |
| Gestation, mean (SD), wk | 39.12 (1.57) | 39.19 (1.47) | 39.17 (1.81) |
| Birth weight, mean (SD), kg | 3.47 (0.49) | 3.48 (0.48) | 3.47 (0.53) |
| Full scale IQ | 107.16 (13.26) | 108.07 (13.31) | 108.21 (13.72) |
| Boys[c] | 104.61 (14.09) | 106.31 (13.60) | 104.78 (14.71) |
| Girls[c] | 109.56 (11.96) | 109.86 (12.83) | 111.47 (11.89) |
| **Exposure Variables** | | | |
| $MUF_{SG}$ concentration, mg/L | | | |
| No. | 512 | 228 | 141 |
| Mean (SD) | 0.51 (0.36) | 0.40 (0.27) | 0.69 (0.42) |
| Fluoride intake level per day, mg F | | | |
| No. | 369[d] | 238 | 162 |
| Mean (SD) | 0.54 (0.44) | 0.30 (0.26) | 0.93 (0.43) |
| Water fluoride concentration, mg/L | | | |
| No. | 369[d] | 238 | 162 |
| Mean (SD) | 0.31 (0.23) | 0.13 (0.06) | 0.59 (0.08) |

Due to missing water treatment plant data and/or MUF data, the samples are distinct with some overlapping participants in both groups (n = 369).

All of the listed variables were tested as potential covariates, as well as the following: paternal variables (age, education, employment status, smoking status & race); marital status; maternal chronic condition during pregnancy and birth country; breastfeeding duration; time of void & time since last void.

Abbreviations: BMI, body mass index; FSIQ, Full Scale IQ; HOME, Home Observation for Measurement of the Environment; MUF, maternal urinary fluoride; $MUF_{SG}$, maternal urinary fluoride adjusted for specific gravity; SD, standard deviation.

[a]Maternal urinary fluoride (averaged across all 3 trimesters) and corrected for specific gravity.

[b]Due to missing water treatment plant data, the sample in the fluoridated and non-fluoridated regions do not add up to the MUF sample size.

[c]369 women with water fluoride data also had all 3 MUF.

[d]FSIQ score has a mean (SD) of 100 (15); United States population norms used.

Table 2. Unadjusted and Adjusted Associations  Estimated From Linear Regression Models of Fluoride Exposure Variables and  FSIQ Scores

| Variable | Difference (95% CI) | | | |
|---|---|---|---|---|
| | **Unadjusted** | **Adjusted Estimates, Regression Coefficients Indicate Change in Outcome per** | | |
| | | **1 mg** | **25th to 75th Percentiles** | **10th to 90th Percentiles** |
| MUF$_{SG}$[a] | −2.60 (−5.80 to 0.60) | −1.95 (−5.19 to 1.28)[b] | −0.64 (−1.69 to 0.42)[b] | −1.36 (−3.58 to 0.90)[b] |
| Boys | −5.01 (−9.06 to −0.97) | −4.49 (−8.38 to −0.60)[c] | −1.48 (−2.76 to −0.19)[c] | −3.14 (−5.86 to −0.42)[c] |
| Girls | 2.23 (−2.77 to 7.23) | 2.40 (−2.53 to 7.33)[c] | 0.79 (−0.83 to 2.42)[c] | 1.68 (−1.77 to 5.13)[c] |
| Fluoride intake[d] | −3.19 (−5.94 to −0.44) | −3.66 (−7.16 to −0.15)[e] | −2.26 (−4.45 to −0.09)[e] | −3.80 (−7.46 to −0.16)[e] |

Adjusted estimates pertain to predicted FSIQ difference for a value spanning the IQR (25th to 75th percentiles), and 80th central range (10th to 90th percentiles): (i) MUF$_{SG}$: 0.33 mg/L, 0.70 mg/L, respectively; (ii) Fluoride intake: 0.62 mg, 1.04 mg, respectively.
Effect estimates shown for increases equivalent to one-unit, interquartile range (IQR; 25th to 75th percentiles), and 80th central range (10th to 90th percentiles).
Abbreviations: FSIQ, full scale IQ; MUF$_{SG}$, maternal urinary fluoride adjusted for specific gravity; SD, standard deviation.
[a]N = 512.
[b]Adjusted for sex, city, HOME score, maternal education, and race (no interaction).
[c]Adjusted for city, HOME score, maternal education, race and including child sex interaction; Adjusted model for boys.
[d](N = 400); Missing data due to incomplete questionnaire responses to beverage consumption.
[e]Adjusted for HOME score, maternal education, race, child sex, prenatal second-hand smoke exposure, and city.

**Supplementary Online Content**

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. Fluoride exposure during fetal development and intellectual abilities in a Canadian birth cohort. *JAMA Pediatr.* Published online DATE, 2019. Doi: XXX

**eTable 1**. Comparison of current sample to other MIREC samples
**eTable 2**. Sensitivity analyses predicting Full Scale IQ (FSIQ)
**eTable 3.** Unadjusted and adjusted effect estimates from linear regression models of fluoride exposure variables predicting Verbal IQ and Performance IQ scores
**eTable 4.** Unadjusted and adjusted effect estimates from linear regression models of water fluoride concentration (mg/L) predicting FSIQ scores

Their supplementary material has been provided by the authors to give the readers additional information about their work.

eTable 1: Comparison of current sample to other MIREC samples

| Variable | Participants in the MIREC cohort with: | | |
|---|---|---|---|
| | Live births[a] | Women with 3 urine samples and child IQ scores | Women with <3 urine samples and child IQ scores |
| n | 1983 | 512 | 70 |
| Mean (SD) age of mother at enrollment (years) | 32.2 (5.1) | 32.51 (4.46) | 32.43 (5.29) |
| Caucasian, No. (%) | 1651 (85) | 463 (90) | 56 (80) |
| Married or Common-law, No. (%) | 1890 (95.3) | 497 (97) | 63 (90) |
| Born in Canada, No. (%) | 1569 (79) | 426 (83) | 53 (76) |
| Maternal Education, No. (%) | | | |
|   High school or less | 158 (9) | 24 (5) | 4 (6) |
|   Some college | 100 (5) | 17 (3) | 5 (7) |
|   College diploma | 412 (24) | 121 (24) | 20 (29) |
|   University degree | 1246 (62) | 348 (68) | 40 (57) |
| Employed at time of pregnancy, No. (%) | 1647 (83) | 452 (88) | 87.0 |
| Net household income >$70,000, No. (%) | 1269 (64) | 364 (71) | 65.2 |

Abbreviations: SD = standard deviation
[a]from a total of 2001 women who were recruited
Note: Differences between the analytic sample (n=512), live births sample (n=1983), and excluded participants (n=70) were all considered small (i.e. Cohen's effect size $h$ of ≤0.30).

**eTable 2: Sensitivity analyses predicting Full Scale IQ (FSIQ).**

| MLR Models | N | B (SE) of predictor | p | 95% CI |
|---|---|---|---|---|
| Model $_A$ | 512 | -4.49 (1.98) | .02 | -8.38, -0.60 |
| Model $_{A+lead}$ | 504 | -4.61 (1.98) | .02 | -8.50, -0.71 |
| Model $_{A+mercury}$ | 456 | -5.13 (2.05) | .01 | -9.16, -1.10 |
| Model $_{A+PFOA}$ | 503 | -4.57 (1.97) | .02 | -8.21, -0.50 |
| Model $_{A+arsenic}$ | 512 | -4.44 (1.99) | .03 | -8.35, -0.54 |
| Model $_{A+manganese}$ | 502 | -4.55 (1.97) | .02 | -8.42, -0.69 |
| Model $_{A+second hand smoke exposure}$ | 512 | -4.18 (1.98) | .03 | -8.06, -0.30 |
| Model $_B$ | 510 | -4.11 (1.92) | .03 | -7.89, -0.33 |
| Model $_C$ | 407 | -4.96 (1.83) | .007 | -8.56, -1.36 |
| Model $_D$ | 369 | -6.25 (2.70) | .02 | -11.56, -0.94 |

Abbreviations: HOME = Home Observation for Measurement of the Environment; PFOA = perfluorooctanoic acid; MLR = multiple linear regression; MUF = maternal urinary fluoride

Model $_A$ – MUF$_{SG}$ coefficient for boys controlling for city, HOME total score, race and maternal level of education with baby sex as an interaction term

Model $_B$ – Model $_A$ without two boys with FSIQ lower than 60

Model $_C$ – MUF coefficient for boys adjusted for creatinine with same covariates as Model $_A$

Model $_D$ – using water fluoride concentration as a predictor for those women who have MUF values only

**Table S3. Unadjusted and adjusted effect estimates from linear regression models of fluoride exposure variables predicting Verbal IQ and Performance IQ scores.**

| Predictor | Performance IQ | | Verbal IQ | |
|---|---|---|---|---|
| | Unadjusted | Adjusted | Unadjusted | Adjusted |
| | *B* (95% CI) | *B* (95% CI) | *B* (95% CI) | *B* (95% CI) |
| MUF$_{SG}$[a] | -5.81* (-9.31, -2.30) | -1.24 (-4.88, 2.40) | 1.28 (-1.87, 4.43) | -1.60 (-4.74, 1.55) |
| Boys | -8.81* (-13.29, -4.32) | -4.63* (-9.01, -0.25)[d] | -0.21 (-4.19, 3.77) | -2.82 (-6.62, 0.98)[c] |
| Girls[b] | -0.56 (-6.09, 4.97) | 4.51 (-1.02, 10.05)[d] | 4.78 (-0.14, 9.70) | 0.50 (-4.32, 5.33)[c] |
| Fluoride intake[c] | -5.75* (-8.74, -2.76) | -2.74 (-6.82, 1.34)[e] | -0.03 (-2.71, 2.64) | -3.08 (-6.40, 0.25)[d] |

Abbreviations: MUF$_{SG}$ = maternal urinary fluoride adjusted for specific gravity; HOME = Home Observation for Measurement of the Environment

[a] N=507 for PIQ; N=509 for VIQ

[b] Girls had significantly higher scores on VIQ ($p < .001$) and PIQ ($p = .03$) compared with boys

[c] N=395 for PIQ; N=399 for VIQ; Missing data due to incomplete questionnaire responses to beverage consumption

[d] adjusted for city, HOME score, maternal education, race and including child sex interaction

[e] adjusted for HOME score, maternal education, race, child sex, prenatal second-hand smoke exposure, and city

*$p < .05$

**eTable 4: Unadjusted and adjusted effect estimates from linear regression models of water fluoride concentration (mg/L) predicting FSIQ scores.**

| | | Adjusted estimates[b] | | |
| | Unadjusted (FSIQ) | Full Scale IQ | Performance IQ | Verbal IQ |
| Predictor | *B* (95% CI) | *B* (95% CI) | *B* (95% CI) | *B* (95% CI) |
| Water fluoride concentration[a] | 3.49 (-9.04, 2.06) | -5.29* (-10.39, -0.19)[b] | -13.79* (-18.82, -7.28) | 3.37 (-1.50, 8.24) |

[a] N=420

[b] adjusted for HOME score, maternal education, race, child sex, and prenatal second-hand smoke exposure; because city was strongly multi-collinear with water fluoride concentration (VIF >20), it was excluded from the model

*$p < .05$

# APPENDIX D:

**Till C, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. In review (submitted 10 May 2019).**

# Fluoride Exposure from Infant Formula and Child IQ in a Canadian Birth Cohort

Christine Till[1], PhD, Rivka Green[1], MA, David Flora[1], PhD, Richard Hornung[2], PhD, E. Angeles Martinez-Mier[3], DDS, PhD, Maddy Blazer[1], BA, Linda Farmus[1], MA, Pierre Ayotte[4,5], PhD, Gina Muckle[4,6], PhD, Bruce Lanphear[7,8], MD

**Affiliations:** [1] Faculty of Health, York University, Ontario, Canada

[2] Pediatrics and Environmental Health, Cincinnati Children's Hospital Medical Center, Ohio, USA

[3] School of Dentistry, Indiana University, Indiana, USA

[4] Centre de Recherche du CHU de Québec, Université Laval, Québec, Canada

[5] Department of Social and Preventive Medicine, Laval University, Quebec, Canada.

[6] School of Psychology, Laval University, Quebec, Canada

[7] Faculty of Health Sciences, Simon Fraser University, British Columbia, Canada

[8] Child & Family Research Institute, BC Children's Hospital, University of British Columbia

**Address correspondence to:**  Christine Till, Department of Psychology, York University

4700 Keele Street, M3J 1P3 Toronto, ON Canada , ctill@yorku.ca   Tel: 416-736-2100 x 20776

**Short title:** Fluoride exposure from infant formula and child IQ

**Funding Source:** This study was funded by a grant from the National Institute of Environmental Health Science (NIEHS) (grant #R21ES027044). The MIREC Study was supported by the Chemicals Management Plan at Health Canada, the Ontario Ministry of the Environment, and the Canadian Institutes for Health Research (grant # MOP-81285).

**Financial Disclosure:** The authors have no financial disclosures.

**Conflict of Interest:** The authors have no conflicts of interest relevant to this article to disclose.

**Abbreviations:**  BF = breastfed; FF = formula fed; CI = confidence intervals; HOME = Home Observation for Measurement of the Environment; FSIQ = Full Scale IQ; PIQ= Performance IQ; VIQ = Performance IQ; IFI = infant fluoride intake; MIREC = Maternal-Infant Research on Environmental Chemicals; MUF = maternal urinary fluoride; SD = standard deviation.

**Table of Contents Summary** (25 words max):

We investigated the association between water fluoride concentration and intellectual abilities of young children who were formula fed versus breastfed during infancy.

**What's Known on This Subject:** (40 words max)

Consumption of infant formula reconstituted with fluoridated water can lead to excessive intake of fluoride. The beneficial effects of fluoride predominantly occur at the tooth surface, after teeth have erupted. Breastfed infants receive very low intake of fluoride.

**What This Study Adds:** (40 words max)

The use of optimally fluoridated water to reconstitute infant formula may diminish intellectual abilities in young children, especially nonverbal reasoning and visual-motor coordination skills.

**Contributors Statement**

Dr Till conceptualized and designed the study, drafted the initial manuscript, and reviewed and revised the manuscript. Ms Green designed the study, curated the data, carried out the initial data analysis, and reviewed and revised the manuscript. Drs Flora and Hornung supervised data analysis, and reviewed and revised the manuscript. Ms. Farmus assisted with data analysis, and reviewed and revised the manuscript. Dr Martinez-Mier reviewed and revised the manuscript and supervised the analysis of maternal urinary fluoride. Mr Blazer collected the water fluoride data from water treatment plants and reviewed the manuscript. Drs Ayotte and Muckle assisted with initial data collection, and critically reviewed and revised the manuscript. Dr Lanphear conceptualized the study, and critically reviewed and revised the manuscript. All authors approved the final manuscript as submitted and agree to be accountable for all aspects of the work.

**Word Count: 3000**

**Key Words:**  infant formula; breastfeeding; child; fluoride exposure; neurodevelopment; fluoridation, drinking water

Confidential - Not for Circulation

3

# Abstract

**Background:** Consumption of formula reconstituted with fluoridated water can lead to excessive fluoride intake. We examined the association between fluoride exposure in infancy and intellectual ability (IQ) in children who lived in fluoridated or non-fluoridated cities in Canada and were either formula-fed or breastfed during the first six months of infancy.

**Methods**: We examined 398 mother-child dyads enrolled in the Maternal-Infant Research on Environmental Chemicals cohort who reported drinking tap water. We measured water fluoride concentration using municipal water reports. We used linear regression to analyze how the association between fluoride exposure and IQ scores, measured by the Wechsler Primary and Preschool Scale of Intelligence-III at 3 to 4 years, differs according to feeding status. Models were fitted first with fluoride exposure measured in infancy and then included fetal exposure.

**Results**: Thirty-eight percent of mother-child dyads lived in fluoridated communities. Among formula-fed children, an increase of 0.5 mg/L water fluoride concentration (difference between fluoridated and non-fluoridated regions) corresponded to a 4.4- and 9.3-point decrement in Full-Scale IQ (95% CI: -8.34, -0.46) and Performance-IQ (95% CI: -13.77, -4.76), respectively. In contrast, water fluoride concentration was not significantly associated with Full-Scale IQ among breastfed children, but it did predict Performance-IQ ($B$=-6.19, 95% CI:-10.45, -1.94). The association between water fluoride concentration and Performance-IQ remained significant after controlling for fetal fluoride exposure among formula-fed ($B$=-7.93, 95%CI:-12.84, -3.01) and breastfed children ($B$=-6.30, 95% CI:-10.92, -1.68).

**Conclusions**: Exposure to fluoride in infancy was associated with diminished intellectual abilities; the effect was more pronounced among formula-fed children.

Fluoride can occur naturally in water and, in some communities, is added to water supplies to reach an optimal concentration of 0.7 mg/L for the prevention of tooth decay[1]. About 74% of Americans and 38% of Canadians on municipal water are supplied with fluoridated drinking water. Water fluoridation has been reported to reduce the prevalence of tooth decay by 26% to 44%[2,3] in youth and by 26%[2] to 27%[3] in adults. Infants who are fed formula reconstituted with fluoridated water have approximately three to four times greater exposure to fluoride than adults[4] and ten times greater than breastfed infants[5,6] on a per body-weight basis.

The prevalence of enamel fluorosis, which is a discoloration of enamel resulting from chronic, excessive ingestion of fluoride during tooth development[7–9], is higher among formula-fed infants than breastfed infants[7,8,10–13]. The risk for enamel fluorosis is greatest with overexposure to fluoride during the first four years of life;[14] the first 12 months are the most vulnerable period[8,13]. The risk of fluorosis increases with higher levels of fluoride in the water supply for formula-fed infants[15].

Breastmilk contains extremely low concentrations of fluoride (0.005-0.01 mg/L) due to the limited transfer of fluoride in plasma into breastmilk[6,16–18].  Exclusive breastfeeding for six months, which is recommended by current practice guidelines[19,20], is reported by 25% of mothers in the United States[21] and Canada[22]. Ninety percent of bottle-fed infants are fed powdered formula[23] and 75% of mothers report using tap water to reconstitute formula[8]. Thus, formula is a major source of nutrition for many infants in the United States and Canada.

Despite growing concerns about excessive exposure to fluoride during infancy and the vulnerability of the developing brain[24], no studies have tested the neurotoxicity of using optimally

Confidential - Not for Circulation

5

fluoridated drinking water to reconstitute formulas during infancy [25]. Fluoride exposure has been associated with diminished IQ scores in birth cohort studies[26–28] and a meta-analysis of 27 epidemiologic studies[29]. Increased fluoride exposure has also been linked with ADHD-related behaviors in children[30,31].

We investigated the association between water fluoride concentration and intellectual abilities of children who were formula-fed or breastfed. In addition, we tested whether postnatal effects of fluoride exposure on child IQ remained after controlling for fetal exposure.

Methods

Between 2008 and 2011, the Maternal-Infant Research on Environmental Chemicals (MIREC) program recruited 2,001 pregnant women from ten Canadian cities to participate in a longitudinal pregnancy cohort study. Women who could communicate in English or French, were >17 years, and were <14 weeks gestation were recruited from prenatal clinics. Participants were excluded if there was a known fetal abnormality, if they had any medical complications, or if there was known illicit drug use during pregnancy. Additional details are in the cohort profile description[32].

Of the 610 children who were recruited to participate in the developmental follow-up phase of the study (MIREC-Child Development Plus), 601 completed all testing. Children were recruited from six of the cities in the original cohort (Vancouver, Toronto, Hamilton, Halifax, Kingston, Montreal); approximately half of the children lived in non-fluoridated areas and half lived in fluoridated cities.

This study received ethics approval from Health Canada, York University, and Indiana University.

*Infant Feeding Assessment*

When children were between 30 and 48 months of age, mothers completed a questionnaire asking, "How old was your baby when you ceased breastfeeding exclusively?" Women who breastfed exclusively for six months or longer were included in the breastfeeding (BF) group; those who reported introducing formula within the first six months (never breastfed or partial breastfeeding) were included in the formula-feeding (FF) group.

We dichotomized feeding status at six months because the Canadian Pediatric Society and American Academy of Pediatrics both recommend exclusive breastfeeding for six months[19,20]. Moreover, formula-fed infants who are younger than six-months derive most of their nutrition from formula, placing this group at highest risk of exceeding the upper limit (0.7 mg/d) for fluoride[4,25,33]. Finally, fluoride intake differences become less evident when other dietary sources of fluoride are introduced at around six months[6].

*Infant Fluoride Exposure*

We measured fluoride concentrations in drinking water by accessing daily or monthly reports provided by water treatment plants. Water reports were first linked with mothers' postal codes and then averaged over the first six-months of the child's life. We only included participants whose postal codes could be linked to a water treatment plant that provided water fluoride measurements. We also excluded participants who reported that their primary drinking source was from a well or 'other' (e.g. bottled water) (Table S1). Further details are in our previous report[34].

7

To obtain a continuous fluoride exposure measure collapsed across the BF and FF groups, we

estimated infant fluoride intake (IFI in mg F/day) by multiplying water fluoride concentration by

the amount of time that the infant was not exclusively breastfed in the first year using the

following equation:

$$IFI=(water\_F\ mg/L)*(1-\#mo\_excl\_BF/11.99)*0.80L/day$$

where *water_F mg/L* refers to the average water fluoride concentration and *1–*

*#mo_excl_BF/11.99* represents the proportion over the 12-month period the infant was not

exclusively breastfed. A value near one indicates that an infant was primarily formula-fed over

the 12 months whereas a value near zero indicates an infant primarily breastfed. We estimated

IFI based on a daily consumption of 0.80 L of water used to reconstitute powdered formula as

suggested by an infant food diary completed for infants in a prior study[35]. Because we did not

know the type of formula used (i.e. soy- or milk-based), we did not add fluoride from formula to

our IFI estimate.

*Fetal Fluoride Exposure*

We used maternal urinary fluoride (MUF) adjusted for specific gravity as a proxy of fetal

fluoride exposure. MUF, which was derived by averaging three spot samples collected across all

three trimesters of pregnancy, was considered our most reliable measure of exposure[34]. Urinary

fluoride concentrations were analyzed at the Indiana University School of Dentistry using a

modification[36] of the hexamethyldisiloxane (Sigma Chemical Co., USA) micro-diffusion

procedure previously described[27].

*Intelligence Assessment*

8

We assessed children's intellectual abilities between ages 2.5 and 4.0 years with the Wechsler Preschool and Primary Scale of Intelligence-III[37] using United States population-based normative data (*mean*=100, *SD*=15). Outcomes included Full-Scale IQ (FSIQ), a measure of global intellectual functioning, Verbal-IQ (VIQ), a measure of verbal reasoning, and Performance-IQ (PIQ), a measure of non-verbal reasoning and visual-motor coordination skills.

*Covariates*

We adjusted for potential confounding by selecting covariates *a priori* that have been associated with fluoride, breastfeeding, and children's intellectual abilities. Final covariates included child's sex and age, maternal education (dichotomized as either a bachelor's degree or higher versus trade school diploma or lower), maternal race (white or not), second-hand smoke in the home (yes, no), and quality of the child's home environment (measured at time of testing using the Home Observation for Measurement of the Environment (HOME)-Revised Edition[38]). For each analysis, a covariate was retained in the final model if its *p*-value was <.20 and its inclusion changed the regression coefficient of water fluoride concentration or IFI by more than 10%[39].

*Statistical analyses*

We used linear regression to model differences in child IQ by water fluoride concentration while controlling for covariates. In our first model, we examined whether feeding status (BF or FF) modified the detrimental impact of water fluoride. In our second model, we estimated the association between IFI and child IQ. We controlled for potential confounders by including them simultaneously with predictors.

9

In secondary analyses, we controlled for MUF during pregnancy in both models to account for fetal exposure. We also tested sex-specific effects because we previously found that MUF concentration diminished FSIQ in males[27].

Regression diagnostics indicated no assumption violations pertaining to linearity, normality, or homogeneity of variance. Specifically, QQ-plots of residuals were consistent with a normal distribution and revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations (i.e., Cook's distance). Finally, variance inflation factors indicated no concerns with excessive multicollinearity.

To aid interpretation, we divided all regression coefficients by two so that they represent the predicted IQ difference per 0.5 mg/L of fluoride in tap water; 0.5 mg/L corresponds to the approximate difference between mean water fluoride level in fluoridated versus non-fluoridated regions. For consistency, we divided the IFI regression coefficients by two to represent the predicted difference in IQ per 0.5 mg of fluoride intake per day.

## Results

Of the 601 children who completed neurodevelopmental testing, 591 (99%) mother-child pairs completed the infant feeding questionnaire and IQ testing (BF: $n$=296; FF: $n$=295). Of these, 398 (67.3%) pairs reported drinking tap water, had water fluoride data and complete covariate data (BF: $n$=200; FF: $n$=198). The demographic characteristics of women included in the current analyses ($n$=398) were not substantially different from the original MIREC cohort ($N$=1945) or the subset without complete water fluoride and covariate data ($n$=203) (Table S2).

10

Among the BF group, more women who lived in a fluoridated region had a bachelor's degree or higher compared with those in a non-fluoridated region (86 vs. 74%, *p*=.001) (Table 1). Compared with the FF group, women in the BF group were more educated, more likely to be married or common law, and had higher HOME scores (all *p*s<.05). The BF group had significantly higher FSIQ and VIQ scores relative to the FF group (Table 1; Figure S1). Children living in a fluoridated region had a significantly lower PIQ score, but higher VIQ score, relative to children living in a non-fluoridated region (Table 1; Figure S1).

Water fluoride concentration was correlated with MUF (r=.37, *p*<.001) and IFI (r=.79, *p*<.001); MUF was correlated with IFI (r=.55, *p*<.001).

*Feeding status*

The mean duration of exclusive breastfeeding was 4.98 months (*SD*=3.48); 54 (13.6%) women reported never breastfeeding, 32 (8%) reported discontinuing breastfeeding after the first three months, and 200 (50.2%) reported continuing to breastfeed at six months or longer. Water fluoride concentration did not significantly differ between the BF (*M*=0.32 mg/L) and FF groups (*M*=0.29 mg/L; *p*=.18).

*Model 1: IQ scores and water fluoride concentration by feeding status*

A 0.5 mg/L increase in water fluoride concentration was associated with a decrement of 4.4 FSIQ points (95%CI: -8.34, -0.46, *p*=.03) in the FF group, but it was not significantly associated with FSIQ in the BF group (*B*=-1.34, 95%CI: -5.04, 2.38, *p*=.48) (Table 2; Figure 1A); the interaction between water fluoride and feeding status was not statistically significant (*p*=.26). Controlling for fetal exposure by adding MUF to the model resulted in non-significant

Confidential - Not for Circulation

associations between water fluoride concentration and FSIQ in both the FF ($B$=-3.58, 95%CI: -7.83,0.66, $p$=.098) and BF groups ($B$=-1.69, 95%CI: -5.66, 2.27, $p$=.40).

Water fluoride concentration was significantly associated with lower PIQ in the FF ($B$=-9.26, 95%CI: -13.77, -4.76, $p$<.001) and the BF groups ($B$=-6.19, 95%CI: -10.45, -1.94, $p$=.004) (Table 2); the interaction was not significant ($p$=.26). When we controlled for MUF, water fluoride concentration remained significantly associated with PIQ in the FF ($B$=-7.93 95%CI: -12.84, -3.01, $p$=.002) and BF groups ($B$=-6.30, 95%CI: -10.92,-1.68, $p$=.008).

In contrast, water fluoride concentration was not associated with VIQ in the FF ($B$=0.89, 95%CI: -2.87, 4.65, $p$=.64) or BF group ($B$=3.06, 95%CI: -0.49,6.61, $p$=.09); these associations remained non-significant after controlling for MUF (Table 2).

*Model 2: IQ scores and infant fluoride intake*

IFI was not significantly associated with FSIQ ($B$=-2.69, 95%CI: -7.38, 2.01, $p$=.26) or VIQ ($B$=3.08, 95%CI: -1.40, 7.55, $p$=.18) (Table 2). In contrast, a 0.5 mg increase in IFI predicted an 8.76-point decrement in PIQ score (95%CI: -14.18, -3.34, $p$=.002; Figure 1B). Adding MUF to the PIQ model attenuated the association between IFI and PIQ ($B$=-7.62, 95%CI: -13.64, -1.60, $p$=.01) (Table 2).

## Discussion

We found a decrement of 4.4 FSIQ points among preschool children who were formula-fed in the first six months of life for each 0.5 mg/L increase in water fluoride concentration, which is similar to the difference in mean water fluoride level between fluoridated (0.59 mg/L) and non-fluoridated (0.13 mg/L) regions. Conversely, we did not find a significant association between water fluoride

12

concentration and FSIQ among exclusively breastfed children. We observed an even stronger association between water fluoride and PIQ (non-verbal intelligence). A 0.5 mg/L increase in water fluoride level predicted a decrement in PIQ in both the formula-fed (9.3-points) and the breastfed groups (6.2-points). Adjusting for fetal exposure did not appreciably alter these results. These findings suggest that using optimally fluoridated water (0.7 mg/L) to reconstitute infant formula may diminish the development of intellectual abilities in young children, particularly for non-verbal abilities.

We observed converging results using infant fluoride intake (IFI), which is a continuous, time-weighted exposure estimate. For each 0.5 mg/day of fluoride intake, we found an 8.8-point decrement in PIQ; adjusting for fetal exposure using MUF attenuated the association between IFI and PIQ only slightly (7.6-point decrement). MUF was also inversely associated with PIQ (2.4-point decrement for each 0.5 mg/L increase in MUF). The IFI estimate may reflect a more refined measure of exposure in infancy because it captures differences in both water fluoride level and the proportion of time each child was given formula over the first year of life. Yet, our binary classification of whether a child was exclusively breastfed for 6 months may better capture children who are more vulnerable to neurotoxic effects of fluoride because critical brain development processes, especially myelination, synaptogenesis, and the formation of dendrites and dendritic spines, continue to occur in the neonatal and early postnatal period[40,41]. Taken together, our findings suggest that both prenatal and postnatal fluoride exposure affect the development of non-verbal intelligence to a greater extent than verbal intelligence. Prior studies examining prenatal exposure to fluoride and IQ showed a similar pattern[26,27].

Most studies of fluoride exposure from infant formula consumption have focused on risk for later development of dental enamel fluorosis[9,13,42]. Beyond fluorosis, the safety of fluoride exposure from infant formula has not been rigorously tested. A recent study showed that up to 59% of infants younger than four months exceed the upper limit (0.1 mg/kg/day)[33] when optimally fluoridated water is used to reconstitute infant formula[25]; 33% and 14.3% of six- and nine-month old infants exceeded the upper limit threshold, respectively. Conversely, breastfed infants receive very low fluoride intake, even in communities with fluoridated water[17].

Our results, which showed that higher fluoride exposure in infancy was associated with diminished IQ scores in young children, are consistent with two longitudinal birth cohort studies. In one study involving 299 mother-child pairs living in Mexico City, there was a decrement of 3.2 IQ points in preschool aged children for every 0.5 mg/L of MUF level during pregnancy[26]. In the other study, which we conducted using the same Canadian cohort, we reported a decrement of 2.2 IQ points among preschool aged boys for every 0.5 mg/L of MUF level during pregnancy[27].

The beneficial effects of fluoride predominantly occur at the tooth surface, after teeth have erupted[43]. Fluoride contributes to the prevention of dental caries primarily when it is topically applied to teeth, such as with brushing with fluoridated toothpaste[4,43–46]. Because fluoride is not essential for growth and development[47], there is no recommended adequate intake level of fluoride during fetal development or in the first six months of life. Accordingly, the Canadian Pediatric Society recommends administering supplemental fluoride (i.e. systemic exposure) only when primary teeth begin to erupt[48] (at approximately 6 months) and only if the child is susceptible to high caries activity and is not exposed to other fluoride-based interventions, such as toothbrushing or water fluoridation[49].

The American Dental Association[42,50] advises parents to use optimally fluoridated drinking water to reconstitute concentrate infant formulas, while being cognizant of the potential risk of mild enamel fluorosis development. This recommendation is echoed by the Centers for Disease Control and Prevention[51] as well as the U.S. Department of Health and Human Services[52]. The Canadian Dental Association[53] recommends using water with low fluoride concentration (or ready-to-feed formula) when the fluoride level in drinking water is above the optimal level. In addition to tap water, which is reportedly used by 93% of caregivers who feed formula to infants[9], "nursery" water (which may contain up to 0.7 mg F/L) is marketed for reconstituting formula and sold in Canada and the United States. The availability of fluoridated nursery water gives the false impression that fluoride exposure is beneficial during early infancy.

Formula-fed infants who reside in fluoridated areas have a 10-fold higher intake of fluoride than exclusively breastfed infants; formula-fed infants also retain more fluoride than breastfed infants[6,16] because infants have a limited capacity to excrete fluoride before renal function reaches its full capacity at about two years of age[4,6]. Fluoride absorption also depends on the presence of other nutrients[1]. Finally, when fluoride intake is exclusively from reconstituted formula, the bioavailability of fluoride is 65%, whereas a varied diet reduces fluoride absorption in tissues and bone to about 47%[54]. These factors place formula-fed infants at an even higher risk of neurotoxic effects from fluoride.

Our study has some limitations. First, infant formulas vary in fluoride content. Ready-to-use formulas typically have less fluoride than powdered formula[55]; only 100 (25.1%) participants reported formula type; of those, 75% reported using powdered formula. Additionally, soy-based formula reconstituted with distilled water has more fluoride (0.24-0.30 mg/L depending on whether it is ready-to-feed or concentrated) than milk-based powdered formulas (0.12-0.17 mg/L)[25,56,57].

Although we lacked data on brand of formula, our effects were primarily based on water fluoride content, which is the major source of fluoride. Second, we did not have specific information on the type of water (bottled versus tap) used to reconstitute formula. However, mothers typically report using tap water for reconstituting formula[8] and we only included children of women who reported drinking tap water in our analyses.

In summary, fluoride intake among infants younger than 6 months may exceed the tolerable upper limits if they are fed exclusively with formula reconstitued with fluoridated tap water. After adjusting for fetal exposure, we found that fluoride exposure during infancy predicts diminished non-verbal intelligence in children. In the absence of any benefit from fluoride consumption in the first six months, it is prudent to limit fluoride exposure by using non-fluoridated water or water with lower fluoride content as a formula diluent.

Table 1. *Demographic characteristics and exposure outcomes for mother-child pairs by infant feeding status.*

| Characteristic | Breastfed ≥6 mo. (n = 200) | | Formula-fed (n = 198) | | *p* value comparing BF and FF groups |
| | Fluoridated (n = 83) | Non-fluoridated (n = 117) | Fluoridated (n = 68) | Non-fluoridated (n = 130) | |
| | Mean (SD) / % | Mean (SD) / % | Mean (SD) / % | Mean (SD) / % | |
| **Maternal Characteristics** | | | | | |
| Age at delivery (yr) | 32.54 (3.64) | 32.86 (4.79) | 32.91 (4.42) | 32.39 (5.11) | .73 |
| Net household income >$70K | 70.3 | 72.9 | 79.7 | 68 | .88 |
| Caucasian | 88 | 93 | 88 | 84 | .11 |
| Maternal education | | | | | |
| Trade school diploma/high school | 14 | 26* | 28 | 42* | <.001 |
| Bachelor's degree or higher | 86 | 74* | 72 | 58* | <.001 |
| Employed at time of pregnancy | 92 | 90 | 94 | 84* | .40 |
| Married/common-law (at time of testing) | 100 | 99 | 96 | 92 | .001 |
| Smoked in trimester 1 | 0 | 1.7 | 2.9 | 3.8 | .17 |
| Parity (first birth) | 45 | 51 | 43 | 47 | .61 |
| Length of exclusive breastfeeding (mo) | 7.54 (2.95) | 7.45 (2.46) | 2.63 (2.08) | 2.37 (2.13) | < .001 |

**Child characteristics**

| | | | | | |
|---|---|---|---|---|---|
| Age at IQ testing (yr) | 3.48 (0.29) | 3.34 (0.31)* | 3.53 (0.28) | 3.37 (0.3)* | .32 |
| Female sex | 51 | 53 | 54 | 47 | .32 |
| HOME total score | 48.71 (3.42) | 48.09 (3.86) | 47.59 (4.33) | 46.55 (4.76) | < .001 |
| Second hand smoke in home | 2.5 | 3.4 | 4.4 | 5.4 | .43 |
| Gestational age (wk) | 39.22 (1.55) | 39.17 (1.52) | 38.68 (2.48) | 39.15 (1.53) | .24 |
| Birth weight (kg) | 3.42 (0.50) | 3.49 (0.46) | 3.43 (0.62) | 3.46 (0.52) | .75 |
| Full Scale IQ | 109.9 (12.4) | 108.9 (13.6) | 106.1 (15.8) | 106.8 (13.5) | .03[a] |
| Verbal IQ [b] | 115.1 (11.3) | 110.4 (12.4)* | 110.9 (14.9) | 107.1 (13.3) | .00[a] |
| Performance IQ [b] | 102.0 (15.2) | 105.6 (15.8) | 99.7 (15.1) | 105.6 (13.4)* | .69 |

**Exposure Variables**

| | | | | | |
|---|---|---|---|---|---|
| Water fluoride concentration (mg/L) | 0.58 (0.08) | 0.13 (0.06)* | 0.59 (0.07) | 0.13 (0.05)* | .18 |
| % living in fluoridated region | 41.5 | | 34.3 | | .14 |
| Infant fluoride intake (mg F/day) | 0.12 (0.07) | 0.02 (0.02)* | 0.34 (0.12) | 0.08 (0.04)* | < .001 |
| MUF concentration (mg/L) | 0.70 (0.39) | 0.42 (0.28)* | 0.64 (0.37) | 0.38 (0.27)* | .07 |

Abbreviations: HOME = Home Observation for Measurement of the Environment; MUF = Maternal urinary fluoride, adjusted for specific gravity; SD = standard deviation; mo = month; wk = week; yr = year.

* $p <.05$ for comparing participants in the breastfed or formula-fed group living in a fluoridated versus non-fluoridated region.

[a] P-value reported for main effect of feeding status from 2x2 ANCOVA, adjusting for maternal education (binary), maternal race (binary), child's age at IQ testing (continuous), child's sex, HOME total score (continuous), second-hand smoke status in the child's house (yes, no), and water fluoridation status (fluoridated versus non-fluoridated).

[b] P-value <.005 for main effect of fluoridation status, adjusting for maternal education (binary), maternal race (binary), child's age at IQ testing (continuous), child's sex, HOME total score (continuous), second-hand smoke status in the child's house (yes, no), and feeding status (BF vs. FF).

Confidential - Not for Circulation

18

Table 2.

Adjusted difference in IQ scores at 3-4 years of age per 0.5 mg/L water fluoride concentration and 0.5 mg infant fluoride intake (IFI) per day, with and without adjusting for maternal urinary fluoride (MUF).

| Exposure variable | N | FSIQ | N | PIQ | N | VIQ |
|---|---|---|---|---|---|---|
| | | B (95% CI) | | B (95% CI) | | B (95% CI) |
| *Model 1* | | | | | | |
|   Water Fl (mg/L) | 398 | | 393 | | 397 | |
|     Formula-fed | | -4.40 (-8.34, -0.46)* | | -9.26 (-13.77, -4.76)* | | 0.89 (-2.87, 4.65) |
|     Breastfed | | -1.34 (-5.04, 2.38) | | -6.19 (-10.45, -1.94)* | | 3.06 (-0.49, 6.61) |
|   Water Fl (mg/L) adjusted for MUF[a] | 350 | | 345 | | 349 | |
|     Formula-fed | | -3.58 (-7.83, 0.66) | | -7.93 (-12.84, -3.01)* | | 2.60 (-1.98, 7.16) |
|     Breastfed | | -1.69 (-5.66, 2.27) | | -6.30 (-10.92, -1.68)* | | 4.20 (-0.06, 8.45) |
| *Model 2* | | | | | | |
|   Infant fluoride intake (IFI) | 398 | -2.69 (-7.38, 2.01) | 393 | -8.76 (-14.18, -3.34)* | 397 | 3.08 (-1.40, 7.55) |
|   IFI adjusted for MUF[b] | 350 | -1.94 (-7.09, 3.21) | 345 | -7.62 (-13.64, -1.60)* | 349 | 3.05 (-1.89, 7.98) |

*$p <.05$

Abbreviations: Fl = fluoride; IFI = infant fluoride intake; MUF = maternal urinary fluoride; Regression model adjusted for maternal education (binary), maternal race (binary), child's age at IQ testing (continuous), child's sex, HOME total score (continuous), and second-hand smoke status in the child's house (yes, no)

[a] MUF was not significantly associated with FSIQ score ($B$=-1.08, 95%CI: -1.54, 0.47, $p$=.29), PIQ score ($B$=-1.31, 95%CI: -3.63, 1.03, $p$=.27), or VIQ score ($B$=-0.34, 95%CI: -2.21, 1.59, $p$=.73). Note: regression coefficients represent the predicted IQ difference per 0.5 mg/L MUF.

[b] MUF is significantly associated with PIQ score ($B$=-2.38, 95%CI: -4.62, -0.27, $p$=.04), but not FSIQ score ($B$=-1.50, 95%CI: -3.41, 0.43, $p$=.13) or VIQ score ($B$=-0.11, 95%CI: -1.94, 1.74, $p$=.91); Note: regression coefficients represent the predicted IQ difference per 0.5 mg/L MUF.

**Acknowledgements**

The authors gratefully acknowledge: Nicole Lupien, Stéphanie Bastien, and Romy-Leigh McMaster and the MIREC Study Coordinating Staff for their administrative support, as well as the MIREC study group of investigators and site investigators; the INSPQ for measuring the urinary creatinine; Christine Buckley, Dr. Frank Lippert and Prithvi Chandrappa for their analysis of urinary fluoride at the Indiana University School of Dentistry; and Dr. John Minnery for his valuable engineering advice regarding water fluoridation. The authors are also grateful to the staff affiliated with community water treatment plants who helped to provide water fluoride data for this study.



## References

1.   Health Canada. *Guidelines for Canadian Drinking Water Quality: Guideline Technical Document —Fluoride.* Ottawa, Ontario, Air and Climate Change Bureau, Healthy Environments and Consumer Safety Branch, Health Canada, Ottawa, Ontario; 2010.

2.   Iheozor-Ejiofor Z, Worthington HV, Walsh T, O'Malley L, Clarkson JE, Macey R, Alam R, Tugwell P, Welch V G, AM. Water fluoridation for the prevention of dental caries. *Cochrane Database Syst Rev*. 2015;(6):CD010856.

3.   National Health and Medical Research Council (NHMRC) Public Statement 2017. *Water Fluoridation and Human Health in Australia*; 2017.

4.   National Research Council (NRC). *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. Washington, DC: National Academies Press; 2006.

5.   United States Environmental Protection Agency. *Fluoride: Relative Source Contribution Analysis.* Vol 820-R-10-0.; 2010.

6.   Zohoori F V, Omid N, Sanderson RA, Valentine RA, Maguire A. Fluoride retention in infants living in fluoridated and non- fluoridated areas: effects of weaning. 2018:1-8.

7.   Buzalaf MAR., Granjeiro JM., Damante CA. Fluoride content of infant formulas prepared with deionized, bottled mineral and fluoridated drinking water. *ASDC J Dent Child*. 2001;68(1):10-37.

8.   Van Winkle S, Levy SM, Kiritsy MC, Heilman JR, Wefel JS, Marshall T. Water and formula fluoride concentrations: significance for infants fed formula. *Pediatr Dent*. 1995;17(4):305-310.

9.   Brothwell D, Limeback H. Breastfeeding is protective against dental fluorosis in a nonfluoridated rural area of Ontario, Canada. *J Hum Lact*. 2003;19(4):386-390.

10.  Polliack ML, Barak Y, Achiron A. Late-onset multiple sclerosis. *J Am Geriatr Soc*. 2001;49(2):168-171.

11.  Fv Z, Pj M, Omid N, Abuhaloob L, Impact MA. Impact of water fluoride concentration on the fluoride content of infant foods and drinks requiring preparation with liquids before feeding. 2012;(1):432-440.

12.  Do LG, Levy SM, Spencer AJ. Association between infant formula feeding and dental fluorosis and caries in Australian children. *J Public Health Dent*. 2012;72(2):112-121.

13.  Hong L, Sm L, Broffitt B, et al. Timing of fluoride intake in relation to development of fluorosis on maxillary central incisors. *Community Dent Oral Epidemiol*. 2006:299-309.

14.  Levy SM, Broffitt B, Marshall TA, Eichenberger-Gilmore JM, Warren JJ. Associations between fluorosis of permanent incisors and fluoride intake from infant formula, other dietary sources and dentifrice during early childhood. *J Am Dent Assoc*. 2010;141(10):1190-1201.

15.  Hujoel P, Zina L, Moimaz S, Cunha-cruz J. Infant formula and enamel fluorosis: A systematic review. *JADA*. 2009;140(7):841-854.

16.  Ekstrand J, Hardell LI SC. Fluoride balance studies on infants in a 1-ppm-water-fluoride area. *Caries Res*. 1984;18:87-92.

17.  Dabeka RW, Karpinski KF, McKenzie AD, Bajdik CD. Survey of lead, cadmium and fluoride in human milk and correlation of levels with environmental and food factors. *Food Chem Toxicol*. 1986;24(9):913-921.

18.  Esala S; Vuori E; Helle A. Effect of maternal fluorine intake on breast milk fluorine content. *Br J Nutr*. 1982;48(2):201-204.

19.  Critch JCPS. Nutrition for healthy term infants, birth to six months: An overview. *Paediatr*

*Child Heal*. 2013;18(4):206-207.

20.   Eidelman AI SR. Breastfeeding and the use of human milk. *Pediatrics*. 2012;129:e827-e841.

21.   Breastfeeding Report Card. United States, 2018. Centers for Disease Control and Prevention. https://www.cdc.gov/breastfeeding/data/reportcard.htm. Published 2018.

22.   Health Canada. Trends in Breastfeeding Practices in Canada (2001 to 2009-2010). http://www.hc-sc.gc.ca/fn-an/surveill/nutrition/commun/prenatal/trends-tendances-eng.php#a2. Accessed February 21, 2016.

23.   Infant Feeding Practices Survey II. Web Table 3.16. Percent of babies who were fed each type of formula in the past 7 days by infant age among formula fed babies. Centers for Disease Control and Prevention. www.cdc.gov/ifps/res. Accessed March 4, 2019.

24.   Rice D, Barone Jr. S. Critical periods of vulnerability for the developing nervous system: evidence from humans and animal models. *Env Heal Perspect*. 2000;108 Suppl:511-533.

25.   Harriehausen CX, Dosani FZ, Chiquet BT, Barratt MS, Quock RL. Fluoride intake of infants from formula. 2019;43(1):8-11.

26.   Bashash M, Thomas D, Hu H, et al. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6 – 12 Years of age in Mexico. *Enviromental Heal Perspect*. 2017;125(9):097017.

27.   Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. Fluoride Exposure during fetal development and intellectual abilities in a Canadian birth cohort. *accepted*. 2019.

28.   Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, et al. In utero exposure to fluoride and cognitive development delay in infants. *Neurotoxicology*. 2017;59:65-70.

29.   Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. *Environ Health Perspect*. 2012;120(10):1362-1368.

30.   Malin AJ, Till C. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the United States: an ecological association. *Environ Heal*. 2015;14(1):1-10.

31.   Bashash M, Marchand M, Hu H, et al. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6–12 years of age in Mexico City. *Environ Int*. 2018;121:658-666.

32.   Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: The maternal-infant research on environmental chemicals research platform. *Paediatr Perinat Epidemiol*. 2013;27(4):415-425.

33.   Institute of Medicine (IOM). 1997. *Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride*. National Academies Press. http://www.nap.edu/catalog/5776.html.

34.   Till C, Green R, Grundy J, Hornung R, Neufeld R, Martinez-Mier A, Ayotte P, Muckle G, Lanphear B. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Enviromental Heal Perspect*. 2018;126(10).

35.   Carignan CC, Cottingham KL, Jackson BP, Farzan SF, Gandolfi AJ. Estimated exposure to arsenic in breastfed and formula-fediInfants in a United States cohort. *Environ Health Perspect*. 2015;500(5):500-507.

36.   Martínez-Mier EA, Cury JA, Heilman JR, et al. Development of gold standard ion-selective electrode-based methods for fluoride analysis. *Caries Res*. 2011;45(1):3-12.

37.   Wechsler D. *Wechsler Preschool and Primary Scale of Intelligence – Third Edition:*

22

*Canadian.* Toronto, ON, Canada, ON, Canada: Pearson Clinical Assessment. 2002.

38.  Caldwell B, Bradley R. *Home Observation for Measurement of the Environment (HOME) - Revised Edition.* University of Arkansas, Little Rock, Little Rock; 1984.

39.  Kleinbaum DG, Kupper LL, Morgenstern H. *Epidemiologic Research: Principles and Quantitative Methods.* Lifetime Learning Publications; 1982.

40.  Huttenlocher PR, Dabholkar AS. Regional differences in synaptogenesis in human cerebral cortex. *J Comp Neurol.* 1997;178:167-178.

41.  Kostovic I, Jovanov-Milosevic N. The development of cerebral connections during the first 20- 45 weeks' gestation. *Semin Fetal Neonatal Med.* 2006;11(6):415-422.

42.  Berg J, Gerweck C, Hujoel PP, et al. Evidence-based clinical recommendations regarding fluoride intake from reconstituted infant formula and enamel fluorosis. *J Am Dent Assoc.* 2011;142(1):79-87.

43.  Limeback H. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? *Community Dent Oral Epidemiol.* 1999;27:62-71.

44.  Pizzo G, Piscopo MR, Pizzo I. Community water fluoridation and caries prevention : a critical review. 2007;(January 2001):189-193.

45.  Warren, J.J.; Levy SM. Current and future role of fluoride in nutrition. *Dent Clin North Am.* 2003;47(2):225-243.

46.  Featherstone J. The science and practice of caries prevention. *J Am Dent Assoc.* 2001;131(7):887-899.

47.  European Commission. Scientific Committee on Health and Environmental Risks (SCHER). *Critical Review of Any New Evidence on the Hazard Profile, Health Effects, and Human Exposure to Fluoride and the Fluoridating Agents of Drinking Water*; 2011.

48.  American Dental Association. Eruption Charts. https://www.mouthhealthy.org/en/az-topics/e/eruption-charts.

49.  Canadian Pediatric Society. The use of fluoride in infants and children. www.cps.ca/en/documents/position/fluoride-use.

50.  American Dental Association. *Fluoridation Facts*; 2018.

51.  Centers for Disease Control and Prevention (CDC). Division of Oral Health. Community Water Fluoridation. Infant Formula. https://www.cdc.gov/fluoridation/faqs/infant-formula.html.

52.  U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. public health service recommendation for fluoride concentration in drinking water for the prevention of dental caries. *Public Health Rep.* 2015;130(1):1-14.

53.  Canadian Dental Association. Use of Fluorides in Caries Prevention. www.cda-adc.ca/_files/position_statements/fluoride.pdf. Accessed March 4, 2019.

54.  Ekstrand J, Ehrnebo M. Influence of milk products on fluoride bioavailability in man. *Eur J Clin Pharmacol.* 1979;16:211-215.

55.  Dabeka RW, McKenzie AD. Lead, cadmium, and fluoride levels in market milk and infant formulas in Canada. *J Assoc Off Anal Chem.* 1987;70(4):754-757.

56.  Van Winkle S, Levy SM, Kiritsy MC, Heilman JR, Wefel JS, Marshall T. Water and formula fluoride concentrations: significance for infants fed formula. *Pediatr Dent.* 1995;17(4):305-310.

57.  Mcknight-hanes MC, Leverett DH, Adair SM, Shields MSCP. Fluoride content of infant formulas : soy-based formulas as a potential factor in dental fluorosis. 1988;10(3):189-194.

Confidential - Not for Circulation

A.



B.



Table S1. *Number of study participants and exclusions*

| Characteristic | N | Feeding Status | |
| | | Breastfed ≥6 mo. | Formula-fed |
| --- | --- | --- | --- |
| All mother-child pairs with infant feeding and IQ data | 591 | 296 | 295 |
|     Excluded: subjects with no water fluoride data or reported drinking well water or other | | 81 | 82 |
| Subjects with water fluoride data available and reported drinking tap water | 413 | 207 | 206 |
|     Excluded: subjects with missing covariate data | | 7 | 8 |
| Analytic sample: water fluoride and covariate data | 398 | 200 | 198 |
|     Excluded: subjects without maternal fluoride intake values | | 27 | 23 |
| Secondary analysis (with maternal fluoride intake) using analytic sample | 378 | 188 | 190 |

Case 3:17-cv-02162-EMC Confidential - Not for Circulation Document 151-2 Filed 12/19/19 Page 442 of 952

Table S2. *Comparison of analytic sample to other MIREC samples*

|  | Original MIREC cohort | Analytic sample | Participants excluded due to missing water fluoride and/or covariate data |
|---|---|---|---|
| *n* | 1945 | 398 | 203 |
| Mean (SD) age (years) of mother at enrollment | 32.18 (5.06) | 32.65 (4.61) | 32.21 (4.62) |
| Caucasian (%) | 85.63 | 88.2 | 91.4 |
| Married or Common law (%) | 95.2 | 96.2 | 95.3 |
| Married to biological father (%) | 75.9 | 73.9 | 73.7 |
| Born in Canada (%) | 81.38 | 79.4 | 87.8 |
| Maternal Education (%) |  |  |  |
|     High school or less | 8.7 | 4.8 | 5.6 |
|     Some college | 5.2 | 3.8 | 4.1 |
|     College diploma | 23.5 | 20.6 | 31.8 |
|     University degree | 62.6 | 70.9 | 58.5 |
| Employed at time of pregnancy (%) | 85.4 | 88.9 | 86.3 |
| Net income household > $70,000 (%) | 69.6 | 72.1 | 72.3 |

Abbreviations: SD = standard deviation

Note: Differences between the analytic sample, original MIREC cohort, and excluded participants were all considered small (i.e. Cohen's effect size *h* of ≤0.20).

Confidential - Not for Circulation

Supplemental Figure 1.

IQ scores shown as a function of feeding status (BF vs. FF) and fluoridation status (fluoridated vs. non-fluoridated). In the bean plot, long black lines represent the mean value and the short black lines represent individual data points.

  

Abbreviations:  FSIQ = Full Scale IQ score; PIQ = Performance IQ; VIQ = Verbal IQ; BF-F = Breastfed and fluoridated region (purple); BF-NFL = Breastfed and non-fluoridated region (blue); FF-F = Formula fed and fluoridated region (turquoise); FF-NFL = Formula fed and non-fluoridated region (green)

# APPENDIX E:
## Prior Expert Testimony

Bruce Lanphear, MD, MPH
**Expert Testimony in Previous 4 Years**

Burton, et al. v. American Cyanamid Co., et al., United States District Court for the Eastern District of Wisconsin, Case Nos. 07-cv-0303, 10-cv-0441, 10-cv-0075.

Concerned Pastors for Social Action, et al. v. Khouri, et al., United States District Court for the Eastern District of Michigan, Case No. 16-10277.

Newark Education Workers Caucus, et al. v. City of Newark, et al., United States District Court for the District of New Jersey, Case No. 18-cv-11025.

Pennsylvania Public Utility Commission, et al. v. Pittsburgh Water & Sewer Authority, et al., Before the Pennsylvania Public Utility Commission, Case No. R-2018-3002645, C-2018-3003388, R-2018-3002647, C-2018-3003384.

## Summary of the facts and opinions to which Dr. Bruce Lanphear is expected to testify

Introduction

As discussed by Dr. Lanphear in his 2015 review *The Impact of Toxins on the Developing Brain*:

> The causes of death and disability in children have shifted over the past century (Lanphear 2015). Concerted public health efforts to control tuberculosis, cholera, typhoid, and other infectious agents in the early twentieth century led to a dramatic reduction in child mortality, followed by a rise in life expectancy. By the end of the twentieth century, the 'new morbidities of childhood'—attention deficit hyperactivity disorder (ADHD), autism, asthma, obesity, and preterm birth—had emerged. Learning disabilities and mental disorders are now two of the most prevalent morbidities in children. About 7.6% of US children are estimated to have a parent-reported learning disability, and 13% are estimated to have a mental disorder, including anxiety, autism, conduct disorder, depression, or ADHD. . . . These data indicate that we are in the midst of an epidemic of brain-based disorders (Lanphear 2015).

The high reported prevalence of learning disabilities and mental disorders has fueled research to better understand the role of environmental chemicals, including through use of prospective cohort studies that collect individualized biomarkers of exposure to environmental toxins. As Dr. Lanphear noted in his 2015 review, "Biologic markers, or biomarkers, of exposure, which can enhance our ability to quantify an individual's internal dose of a contaminant, are revolutionizing the study of environmental toxins in the same way genetic tests are revolutionizing the study of heritability" (Lanphear 2015).

One prospective cohort that has been developed for this purpose is the Maternal-Infant Research on Environmental Chemicals (MIREC) in Canada. Background information about MIREC was summarized by Arbuckle, et al. (2013):

> The Maternal-Infant Research on Environmental Chemicals (MIREC) Study was established to obtain Canadian biomonitoring data for pregnant women and their infants, and to examine potential adverse health effects of prenatal exposure to priority environmental chemicals on pregnancy and infant health.

> Women were recruited during the first trimester from 10 sites across Canada and were followed through delivery. Questionnaires were administered during pregnancy and post-delivery to collect information on demographics, occupation, life style, medical history, environmental exposures and diet. Information on the pregnancy and the infant was abstracted from medical charts. Maternal blood, urine, hair and breast milk, as well as cord blood and infant meconium, were collected and analysed for an extensive list of environmental biomarkers and nutrients. Additional biospecimens were stored in the study's Biobank. . . .

1

The MIREC Study is an interdisciplinary collaboration between Health Canada scientists and clinical and academic researchers, and was funded by Health Canada, the Ontario Ministry of the Environment, and a grant from the Canadian Institutes of Health Research.

A major aim of the MIREC Research Platform is to study the potential role of environmental chemicals on the health of pregnant women and their children.

The U.S. EPA and National Institute of Environmental Health Sciences (NIEHS) have recognized that "archives of biological samples from birth cohort studies . . . provide critical information on the prenatal and childhood determinants of adult disease" (NIEHS/EPA 2017).

In light of the consistent association between elevated fluoride and IQ reported in cross-sectional studies (Choi, et al. 2012), Dr. Lanphear's team received a grant from the NIEHS to study the association between prenatal/early-life measures of fluoride and IQ in children in the MIREC cohort. This has thus far resulted in three papers, one of which was published in *Environmental Health Perspectives* in 2018 (Till, et al. 2018), one of which was published in *JAMA Pediatrics* on August 19, 2019 (Green, et al. 2019), and one which is still in review (Till et al. in review).

**(1) Pregnant women living in fluoridated regions in Canada have almost two times the amount of fluoride in their urine as women living in non-fluoridated regions.**

In the 2018 study, Dr. Lanphear's team reported maternal urinary fluoride levels among pregnant women in the MIREC cohort (Till et al 2018). The study included only women who provided spot samples across all three trimesters. Women were recruited from prenatal clinics during their first trimester to participate in a longitudinal birth cohort study and provided written informed consent after the study was described to them. Participants were included if they could provide consent, communicate in English or French, were older than 18 y of age, and were at <14wk of gestation. Participants were excluded if there was a known fetal abnormality, if they had any medical complications (i.e., cancer, renal disease, heart disease), or if there was known maternal alcohol or drug abuse during pregnancy. Participant recruitment and further demographic details and birth outcomes on the cohort are provided by Arbuckle et al. 2013. Health Canada's Research Ethics Board and all participating recruitment sites approved the MIREC Study. Dr. Lanphear's study also received ethics approval from the York University Research Ethics Board in Toronto.

*Measure of Fluoride*

Fluoride concentrations were assessed in archived spot urine samples obtained from Trimester 1 at 11.57±1.57 [mean±standard deviation(SD)] wk (n=1,885), Trimester 2 at 19.11±2.39 wk (n=1,738), and Trimester 3 at 33.11±1.50 wk (n=1,660) of gestation. Fluoride concentration was analyzed using a modification of the hexamethyldisiloxane (HMDS) micro-diffusion procedure of Taves (1968), as modified by Martínez-Mier et al. (2011). Reference standard solutions were monitored daily by a quality assurance (QA) officer for stability; technicians reanalyzed, on a rotating basis, one of three standards daily. In addition, urine-based certified reference materials were analyzed every 200–300 samples. Finally, the QA officer checked for errors in the sample numbers, recorded results and cell formula errors, and checked

2

results in millivolt readings on source documents versus Microsoft Excel spreadsheets. In neutral solutions, fluoride concentrations can be measured down to 0.02mg/L fluoride. This method has been shown to yield the highest recoveries of fluoride for undiluted samples. The precision and validity of this analysis technique has been reported elsewhere (Martínez-Mier et al. 2011). Compared with the total sample of spot urines that were available for fluoride analysis, only 0.002% (two samples) of readings was removed at the first trimester due to readings being higher than that of the highest concentration standard. No observations were removed in subsequent trimesters.

*Measure of Urinary Creatinine*

Urinary creatinine [CRE; in grams (g creatinine)] was measured using colorimetric end-point tests. Analyses of creatinine levels for Trimester 1 and 2 urines were conducted at an internationally recognized toxicology lab (Institut National de Santé Publique du Québec), which is accredited by the Standards Council of Canada under ISO 17025. Analyses of creatinine levels for Trimester 3 urines were conducted by another lab overseen by a Health Canada scientist. Both labs completed CRE analyses for Trimester 1, and there was a very high level of agreement between the values from each lab ($r=0.95$, $p<0.01$, $n=1,477$); because of the consistency of CRE levels across the two labs, Dr. Lanphear's team chose to use the available Trimester 3 CRE results analyzed by this separate lab.

*Correction for Variations in Urine Dilution*

To account for variations in urine dilution at the time of measurement, MUF concentrations were adjusted for either CRE or specific gravity (SG). Different methods were used to correct for hydration status because there is no established standard for estimating fluoride exposure among pregnant women. The study used the average MUF concentration taken over all three trimesters for all adjustment methods. The three primary correction methods included adjustment for specific gravity ($MUF_{SG}$) and two methods of adjustment for creatinine ($MUF_{CRE\_1}$ and $MUF_{CRE\_2}$).

*Measurement of Municipal Drinking-water Fluoride*

Municipal drinking-water reports were solicited from each city that was included in the MIREC Study. For each city included in the study, water treatment plant (WTP) boundary regions were determined and then linked the first three letters of the postal code for each participant [as reported in Trimester 3 (note that postal codes were identical between Trimester 1 and 3 for 89% of the participants)]. In some cases, participants were linked with multiple WTPs because water distribution boundaries may overlap.

Fluoridation was defined according to current national drinking-water guidelines (Health Canada 2010), which are implemented by drinking-water authorities in the affected jurisdiction. A range of 0.6–0.8mg/L fluoride in water is recommended by the Ministry of Health and Long-Term Care in Ontario (consistent with Health Canada's recommendation of 0.7mg/L). In practice, fluoridated water levels may correspond to a wider range, with a maximum acceptable concentration of 1.5mg/L (Health Canada 2010). The present study defined a nonfluoridated site as having water fluoride levels (both adjusted and natural fluoride levels) of <0.3mg/L.

3

Dr. Lanphear's team calculated each participant's average fluoridated drinking-water value for the duration of their pregnancy by taking the average of three quarterly means. For example, births in Quarter 1 (January, February, March) were calculated by computing the average of Quarters 3 and 4 of the year before birth and Quarter 1 of the birth year. Geometric means (GMs) were calculated given the large range of water fluoride values. For participants who received water from more than one WTP, the fluoridated drinking-water value was calculated by computing the average of the three quarterly GMs from each relevant WTP (Till, et. al. 2018, Table S2). Some cities (e.g., Montreal) had both fluoridated and nonfluoridated zones (see sample map showing distributions for each WTP in Figure S2). Participants living in each region were coded accordingly. Finally, for cities that reported fluoride concentrations that were equivalent to the limit of detection (LOD), an imputed value of the LOD divided by the square root of 2 (Hornung and Reed 1990) was used to calculate the water fluoride level. Average water fluoride levels reported by the municipal WTPs during the years that the participants were in the study are provided in Table S3.

*Fluoride Intake*

Dr. Lanphear's team estimated fluoride intake via drinking-water habits and consumption of beverages that are known to be high in fluoride content by assessing MIREC data on daily water and tea (black or green) consumption. Black and green tea leaves have both been identified as natural sources of fluoride via absorption through the soil (Fung et al. 1999; Malinowska et al. 2008). Participants were asked at the first and third trimester the following question: "Since the beginning of your pregnancy, how much did you drink the following: water (number of glasses; 1 glass=8 oz); regular tea (cups); green tea (number of cups; 1 cup=6 oz)?" Participants could answer "none" or insert a number of glasses/cups and select a frequency (day/week/month).

*Statistical Analyses*

Dr. Lanphear's team performed statistical analyses for women who had all three urine samples corresponding to each trimester using RStudio (version 1.1.383) and SAS (version 9.3; SAS Institute Inc.). A two-sided $\alpha=0.05$ was used for hypothesis testing. Because the distributions of the MUF levels were right-skewed, values were log10-transformed to obtain a more normal distribution.

Covariates of interest were based on literature review (Buzalaf and Whitford 2011; Buzalaf et al. 2015) and consultation with fluoride experts on factors that may influence fluoride metabolism and intake or creatinine (Gerchman et al. 2009). These variables included prepregnancy BMI, maternal age, mother's smoking status (current smoker vs. former or never smoked), alcohol consumption (no alcohol, <1 alcoholic beverage per month, $\geq1$ alcoholic beverage per month), caffeine consumption ($\geq1$ caffeinated beverage per day vs. did not drink caffeinated beverage), time of urine sample and time since last void (data only available for Trimesters 1 and 3), maternal education (high school or less, some college, college university degree), annual household income (less than vs. more than $70,000 Canadian), and race (white vs. other). Covariates were chosen based on inclusion criteria where p values fell below 0.2 or changed the regression coefficient by more than 10% for the association between the covariate and MUF.

4

Covariates that reached these criteria were prepregnancy BMI (available for 99% of the total sample), maternal age, and mother's smoking status. Pearson correlations were used to examine the associations between average $\log_{10}$-transformed MUF concentration and these three covariates. Pearson correlations were also used to examine the associations between numbers of glasses of water and cups of green and black tea consumed (using averaged data collected at Trimesters 1 and 3) with average $\log_{10}$-transformed MUF concentration. These variables were included in the final models because they are sources of fluoride. Pearson correlations were used to examine the relationship between MUF $\log_{10}$-transformed values (both averaged and trimester-specific) and time-dependent spot sampling variables (i.e., time since last void and time at void). Next, one-way analysis of covariance (ANCOVA) was used to test differences in average log10-transformed MUF by residential CWF status, adjusted for covariates. To ensure that multivariate interactions between covariates were not contributing to the findings, a propensity score matching algorithm was used in a supplemental analysis (Rosenbaum and Rubin 1983) to match the two groups on the covariates and any multivariate interactions that may exist. This approach used logistic regression to first predict the probability of all people belonging to one group. Then, a second step matched individuals from one group to those in the other based on the probability scores. Thus, individuals that contribute to an unequal match between groups were removed and the n between groups was equated. Given the large sample size, the reduction in n between groups was not a concern. It was more important to show that this procedure and the analyses including everyone provided converging evidence for the conclusions.

Finally, linear regression analyses were used to examine the association between the average $\log_{10}$-transformed MUF concentrations and sources of fluoride-related variables (e.g., WTP fluoride levels, number of cups of tea drunk), with and without covariates. Hierarchical regression was first used to assess the relative contribution of WTP fluoride concentrations on MUF concentration after controlling for all covariates and the other sources of fluoride. Next, forward regression was conducted to examine whether any variables other than water fluoride concentrations were contributing significantly to the model. Separate regression models were run for each method of accounting for urinary dilution of MUF concentration. Secondary analyses adjusted for urinary dilution were also conducted by modeling urinary creatinine and SG at each trimester as a time-dependent covariate. The best dilution standard was deemed to be the one that had the highest partial $R^2$ value and beta coefficient for WTP fluoride levels regressed on the MUF level.

*MUF levels as a function of fluoridated versus nonfluoridated status.*

Mean MUF levels were almost two times higher among women living in fluoridated than nonfluoridated communities (Till, et al. 2018, Figure 3; see also Table S4), even after controlling for covariates (Table 2) or using propensity score matching on the covariates (Till, et al. 2018, Table S5). The pattern was consistent across all three methods used to adjust for dilution status, but the mean values were highest using the creatinine correction adjustment methods, particularly $MUF_{CRE\_1}$.

Factors that could contribute to fluoride exposure or metabolism were examined, including women's age, prepregnancy BMI, education, income level, water and tea consumption, and

fluoride level of the woman's drinking-water supply. Older age was associated with higher urinary fluoride concentration, consistent with prior findings showing higher fluoride content in bone with increasing age in women (Mostafaei et al. 2015). Higher education was weakly and positively associated with urinary fluoride concentration (r<0.10), whereas income level and prepregnancy BMI were not associated. The strongest correlate of $MUF_{SG}$ and $MUF_{CRE}$ concentration was water fluoride level, indicating that artificially fluoridated drinking water is a major source of fluoride intake. Specifically, for every 0.5−mg/L increase in water fluoride level, urinary fluoride concentration was estimated to increase by 74–82%. These findings are consistent with prior studies showing that fluoride levels in drinking water are closely related to those in urine in adults (Paez and Dapas 1983), children and adults (Zipkin et al. 1956), and pregnant women (Opydo-Szymaczek and Borysewicz-Lewicka 2005).

**(2) The average urinary fluoride concentration for pregnant women living in Canadian communities with fluoridated drinking water is almost the same as those of the ELEMENT cohort being studied by Dr. Hu.**

In their 2018 study (Till et al. 2018), Dr. Lanphear's team found that pregnant women who lived in fluoridated communities in Canada had creatinine-adjusted urinary fluoride concentrations that fall within the same range as the creatinine-adjusted levels reported among pregnant women from the ELEMENT cohort in Mexico City (Thomas et al. 2016). When measured using the same dilution adjustment method (MUF_2), the MIREC cohort women had a mean urine fluoride level of 0.87 mg/L with a Standard Deviation of 0.50 and a range of 0.14 – 3.38 mg/L (Till et al 2018, Table 2). The ELEMENT cohort's mean maternal urine fluoride level was 0.88 mg/L with a Standard Deviation of 0.34 and a range of 0.02 – 2.36 mg/L (Bashash et al 2017, Table 1).

The similarity in MUF concentrations between the Canadian and Mexican pregnancy cohorts is of scientific and public health relevance given the findings from the ELEMENT cohort showing an inverse association between prenatal fluoride exposure and child IQ at 4 years of age and between 6 and 12 years of age in nearly 300 mother–child pairs (Bashash et al. 2017), and a significant association with increased symptoms of ADHD (Bashash, et al. 2018). At the time of the publication of the first paper by Bashash et al., there were no available data on urinary fluoride exposure of pregnant women exposed to fluoridated water to assess the applicability of their findings. The results of Dr. Lanphear's study in 2018 therefore provided a comparison point to assess the public health relevance of the ELEMENT cohort findings.

**(3) The study of fluoride and IQ in the MIREC cohort significantly enhances the quality of data related to fluoride's neurotoxicity because the study employs a prospective design that includes multiple measures of fluoride exposure during pregnancy (including biomonitoring data) and IQ outcomes that have been evaluated in one of the world's most comprehensively characterized and geographically diverse birth cohorts.**

The longitudinal design of the MIREC cohort study, which follows pregnant women over their pregnancy through to the birth of their baby and then follows the children up through age 4 years and beyond, is considered the strongest type of observational epidemiological study design. This study design can provide strong evidence of cause and effect because the exposure clearly

6

precedes the outcome. The comprehensive characterization of the participants in the cohort allows for detailed control of potentially confounding factors. Fluoride exposures, neurocognitive outcomes, and all covariates were measured at the individual level, further strengthening the study. As described above, fluoride exposure was measured at all three trimesters of pregnancy using dilution-adjusted urine fluoride concentration, an individualized biomarker that reflects total fluoride exposure from all sources. The MIREC cohort subset that Dr. Lanphear's team studied came from 6 Canadian cities, including Toronto, Hamilton, Halifax, Montreal, Vancouver, and Kingston. About 40% of the MIREC women lived in fluoridated areas and 60% in nonfluoridated areas (Green et al 2019, Table 1).

While spot samples of maternal urinary fluoride data offers a less precise measurement of fluoride exposure than might have been possible with 24-hour urine samples, this random (i.e., non-differential) imprecision would be expected to bias any association with neurocognitive outcomes towards the null, rather than cause a spurious result. Dr. Lanphear's team took steps to minimize the random error that is introduced by use of spot samples by (1) controlling for creatinine/specific gravity; (2) using the average of three spot samples for each participant; and (3) controlling for time since last void in the IQ analyses to account for possible short term increases in urine fluoride caused by recent fluoride intake.

A limitation with using a three-trimester average for the maternal urinary content is that, if there is an age-specific timeframe during pregnancy when fluoride causes neurocognitive harm, this age-specific window would tend to be obscured by use of a three-trimester average. Again, however, this would increase random error in the fluoride measurement, and thereby be expected to bias the results towards the null.

Importantly, Dr. Lanphear's team controlled for a large number of potential confounders, including: maternal education, maternal age, quality of the child's home environment (HOME), child sex, gestational age, parity, mother's race, city, and, in some models, self-reported exposure to secondhand smoke. The study also controlled for a wide range of other known developmental neurotoxins, including lead, mercury, manganese, perfluoro-octanoic acid, and arsenic. Short of intentionally dosing pregnant mothers with fluoride, Dr. Lanphear's team maximized the power of environmental epidemiology to investigate whether early-life fluoride exposure has a causal relationship to neurocognitive harm.

As noted in the commentary by Bellinger that accompanied Dr. Lanphear's study in JAMA Pediatrics (Bellinger 2019):

> No doubt aware of the close scrutiny their study will receive, Green et al[.] considered numerous potential threats to the validity of the findings. Analyses were adjusted for important covariates (eg, maternal education, race, quality of the home environment), including other chemicals (lead, mercury, manganese, perfluorooctanoic acid, or arsenic). Fluoride concentrations in the spot maternal urine samples were adjusted for dilution using both specific gravity (primary analyses) and creatinine levels, with similar results. Regression models were evaluated for collinearity, influential observations, and outliers.

7

The distributions of residuals and plots of residuals vs fitted values were examined to confirm that model assumptions were met. Spline regression was used to assess whether the association between the dose and effect was nonlinear. The results appear to be robust. (Bellinger 2019).

Dr. Lanphear's team assessed children's intellectual abilities with the Wechsler Preschool and Primary Scale of Intelligence, Third Edition. Full Scale IQ (FSIQ), a measure of global intellectual functioning, was the primary outcome. Verbal IQ (VIQ)—representing verbal reasoning and comprehension—and performance IQ (PIQ)—representing nonverbal reasoning, spatial processing, and visual-motor skills—were also assessed.

Three metrics of fluoride exposure were analyzed.

*Maternal Urinary Fluoride*: Maternal fluoride urine was analyzed using the same methods described above for the 2018 study.

*Water Fluoride*: Average water fluoride level was calculated for each person using the methods described above for the 2018 study.

*Daily Maternal Fluoride Intake from Beverages*: Information on consumption of tap water and other water-based beverages (tea and coffee) was available from a self- report questionnaire completed by mothers during the first and third trimesters. This questionnaire was used in the original MREC cohort, and Dr. Lanphear's team developed a method to calculate fluoride intake. One limitation with this analysis is that neither the MIREC questionnaire nor the fluoride intake method have yet been validated. To estimate fluoride intake from tap water consumed per day (milligrams per day), each woman's consumption of water and beverages was multiplied by her water fluoride concentration (averaged across pregnancy). Because black tea contains a high fluoride content (2.6 mg/L; USDA 2005; Waugh 2017), the amount of fluoride consumed from black tea was estimated by multiplying each cup of black tea by 0.52 mg (mean fluoride content in a 200-mL cup of black tea made with deionized water) and added this to the fluoride intake variable. Green tea also contains varying levels of fluoride; therefore, the study used the mean for green teas listed by the US Department of Agriculture (1.935 mg/L, USDA 2005). Each cup of green tea was multiplied by 0.387 mg (fluoride content in a 200-mL cup of green tea made with deionized water) and added this to the fluoride intake variable.

**(4) Consistent with Dr. Hu's study of the ELEMENT cohort, Dr. Lanphear has found that prenatal fluoride exposure is significantly associated with lower intellectual abilities in 3-4 year old children, and these associations remain large and significant when controlling for relevant covariates.**

Dr. Lanphear's study of prenatal fluoride exposure and IQ (Green, et al. 2019) was published in *JAMA Pediatrics* on August 19, 2019, along with important editorials from an external expert and the editor of the journal (highly regarded JAMA Pediatrics). The study found large, statistically significant decreases in IQ in children of mothers with higher fluoride exposures during pregnancy for all three measures of exposure (maternal urinary fluoride; total fluoride intake from beverages; water fluoride concentration) (Green, et al. 2019, Table 2, Figure 3, eTable

8

4). Overall, there was relatively high consistency between fluoride exposure and FSIQ overall, and PIQ specifically, across all of the exposure measures, showing good convergent validity.

After controlling for covariates, a 1-mg/L increase in MUFSG was associated with a 4.49-point lower IQ score (95%CI, −8.38 to −0.60) in boys, but there was no statistically significant association with IQ scores in girls (B = 2.40; 95%CI, −2.53 to 7.33); a 1-mg higher daily intake of fluoride among pregnant women was associated with a 3.66 lower IQ score (95%CI, −7.16 to −0.14) in boys and girls; and a 1 mg/L higher water fluoride concentration was associated with a 5.29 lower IQ score (95%CI, −10.39 to−0.19). To put these findings in perspective, a pooled analysis of 7 cohorts involving over 1,300 children found that an increase in low-level, concurrent blood lead concentrations, from <1 to 10 µg/dL (<10 ppb to 100 ppb), was associated with a 6.9 IQ point decrement (Lanphear 2015, p. 814).

Dr. Lanphear's study discusses reasons for the possible sex-specific effect that was found with maternal urinary fluoride. As the study notes, "boys have a higher prevalence of neurodevelopmental disorders such as ADHD, learning disabilities, and intellectual disabilities. Adverse effects of early exposure to fluoride may manifest differently for girls and boys, as shown with other neurotoxicants." (Green, et al. 2019). In addition, the other two exposure measures (where no sex-specific difference was found) may better correlate with postnatal exposure and thereby reflect distinct risks. Sex differences by timing of exposure have been found in at least one animal study, in which males had greater deficits from prenatal exposure and females greater deficits from postnatal exposure (Mullenix et al 1995).

Dr. Lanphear's team examined the data for possible collinearity, outliers, and influential points and none were found. To quote:

Regression diagnostics confirmed that there were no collinearity issues in any of the IQ models with MUF$_{SG}$ or fluoride intake (variance inflation factor <2 for all covariates). Residuals from each model had approximately normal distributions, and their Q-Q plots revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations as measured by Cook distance (Green, et al. 2019).

Dr. Lanphear's team also addressed the possibility of non-linear dose-response relationships by conducting sensitivity analyses using quadratic and natural log effects models. As noted in the paper, these did not significantly improve the regression models so linear regression was used because it was considered easier to interpret.  Similarly, models with 2 linear splines were tested to check for non-linearity and threshold effects, but none were found. To quote:

we examined separate models with 2 linear splines to test whether the MUFSG association significantly differed between lower and higher levels of MUFSG based on 3 knots,  which were set at 0.5mg/L (mean MUFSG), 0.8mg/L (threshold seen in the Mexican birth cohort), and 1 mg/L (optimal  concentration in the United States until 2015). For fluoride intake,

9

knots were set at 0.4 mg (mean fluoride intake), 0.8mg, and 1mg (in accordance with MUFSG) (Green, et al. 2019).

As would be expected, Figure 3 in Dr. Lanphear's study shows a large degree of scatter in the plotted IQ points across the cohort. These are the "raw data" (i.e., unadjusted observed values) and do not take into account the multivariable regression model analyses which simultaneously adjust for all the factors entered in the models and give a more valid picture of the true relationship between F exposure and IQ.  The dose-response regression line is also plotted in these graphs, along with its 95% confidence interval.  These lines and shaded areas depict the regression model results and indicate relatively narrow confidence intervals and relatively large effects. Additional perspective can be obtained for the degree of scatter and degree of variance explained by fluoride in these graphs by comparing them to similar published results for studies of lead and IQ.

**(5) Based on the convergent results from the MIREC and ELEMENT cohorts, the *in utero* period is likely a susceptible period of life vis-à-vis fluoride toxicity.**

The significant association between prenatal fluoride and IQ in the MIREC cohort (Green, et al., 2019) is convergent with the findings from the ELEMENT cohort (Bashash, et al. 2017, 2018). In Dr. Lanphear's MIREC study, an analysis was done using the same urinary dilution method as used in the ELEMENT study (Green, et al. 2019, eTable 2). Model C in eTable 2 shows a loss of 4.96 IQ points in 3-4 year old boys in the MIREC cohort for every 1 mg/L increase in maternal urine F exposure.  In the ELEMENT cohort, each 1 mg/L increase in maternal urine was associated with a statistically significant loss of 6.3 IQ points (measured as GCI points) (Bashash et al 2017, Table 4). Thus, the magnitude of the effect in the ELEMENT cohort and the MIREC cohort are similar and consistent with each other. By contrast, childhood measures of urinary fluoride (at ages 6-12) in the ELEMENT cohort did not significantly correlate with IQ (Bashash, et al. 2017).

As noted by Bellinger (2019): "The effect size seen in boys [in the MIREC analysis] . . . is generally consistent with the effect sizes reported in the Mexico City study . . . and in a 2018 Chinese study (5.3 points per 1-mg/L increase in children's urinary fluoride concentration)."

The comparability of the MIREC and ELEMENT findings is enhanced by the fact that urinary fluoride content exposure was analyzed at the same fluoride lab and was adjusted identically for urinary dilution in both cohorts. Moreover, maternal urinary fluoride levels in Mexico City and Canadian women living in a fluoridated region were essentially the same, and IQ scores were measured at approximately the same age (3 to 4 years).

The consistency of findings between two prospective cohort studies, in two different populations, provides good evidence that prenatal fluoride exposure is a risk factor for neurocognitive harm, particularly when considered in the context of the previous cross-sectional studies of fluoride and IQ, and general knowledge about the vulnerability of the developing brain. As Dr. Lanphear explained in his 2015 review in the *American Journal of Public Health*, "The developing brain is particularly vulnerable to environmental toxins. The blood–brain barrier of the

10

developing brain is not fully formed, and it is more permeable to toxins than is the mature brain" (Lanphear 2015).

**(6) It is advisable and prudent for pregnant women to begin taking steps to reduce their fluoride intake, including but not limited to reducing their consumption of fluoridated water.**

As Dr. Lanphear noted in his 2015 review, "Once a toxin is disseminated in the environment, it requires a Herculean effort to disentangle its effects from other prevalent and modifiable risk factors for brain-based disorders. There are likely to be many risk factors because brain-based disorders represent an array of behaviors or deficits that exist on a continuum." (Lanphear 2015). As a result, "there is an endless litany of potential confounders to consider, a limitation of observational studies that is often used to thwart efforts to regulate environmental toxins despite compelling evidence from human and laboratory studies" (Lanphear 2015).

Based on the convergent findings of the MIREC and ELEMENT studies of prenatal fluoride/IQ (Bashash, et al. 2017, 2018; Green, et al. 2019), coupled with general knowledge about the vulnerability of the fetal brain to environmental toxins (Lanphear 2015) and absence of caries preventive benefits from prenatal fluoride exposure (Green, et al. 2019, citing Limeback 1999; Takahasi, et al. 2017), it is Dr. Lanphear's professional medical opinion that pregnant women should take steps to reduce their fluoride intake, including minimizing their exposure to fluoridated water. In a *JAMA Pediatrics* podcast accompanying the publication of Dr. Lanphear's study, a *JAMA Pediatrics* editor (Christakis) expressed his agreement with this recommendation.

**(7) Exposure to fluoridated water in infancy, particularly among formula fed infants, is associated with diminished intellectual abilities in the MIREC cohort.**

An extension of the MIREC cohort study which is currently in review, has focused on postnatal fluoride exposure in infants (Till et al in review).  In particular, this study compares the effect on IQ in infants fed formula made up with fluoridated water compared to infants fed formula made up with nonfluoridated water. An additional comparison is made with infants predominantly breastfed, who either live in areas with fluoridated or nonfluoridated water.  Breastmilk contains very low levels of fluoride, regardless of how much fluoride exposure the mother receives.

*Methods*

Of the 610 children in the MIREC cohort who were recruited to participate in the developmental follow-up phase of the study (MIREC-Child Development Plus), 601 completed all testing. Children were recruited from six of the cities in the original cohort (Vancouver, Toronto, Hamilton, Halifax, Kingston, Montreal); approximately half of the children lived in non-fluoridated areas and half lived in fluoridated cities. This study received ethics approval from Health Canada, York University, and Indiana University.

*Infant Feeding Assessment*

When children were between 30 and 48 months of age, mothers completed a questionnaire asking, "How old was your baby when you ceased breastfeeding exclusively?" Women who breastfed exclusively for six months or longer were included in the breastfeeding (BF) group; those who reported introducing formula within the first six months (never breastfed or partial

11

breastfeeding) were included in the formula-feeding (FF) group.

Dr. Lanphear's team dichotomized feeding status at six months because the Canadian Pediatric Society and American Academy of Pediatrics both recommend exclusive breastfeeding for six months[19][20]. Moreover, formula-fed infants who are younger than six-months derive most of their nutrition from formula, placing this group at highest risk of exceeding the upper limit (0.7 mg/d) for fluoride. Finally, fluoride intake differences become less evident when other dietary sources of fluoride are introduced at around six months.

*Infant Fluoride Exposure*

Fluoride concentrations in drinking water were measured used the same method described above. The study excluded participants who reported that their primary drinking source was from a well or 'other' (e.g. bottled water) (Till, et al in review, Table SI).

To obtain a continuous fluoride exposure measure collapsed across the BF and FF groups, infant fluoride intake (IFI in mg F/day) was estimated by multiplying water fluoride concentration by the amount of time that the infant was not exclusively breastfed in the first year using the following equation:

$$IFI = (water\_F \, mg/L) * (l\text{-}\#mo\_excl\_BF/ll. \, 99) * 0.80L/day$$

where *water_F mg/L* refers to the average water fluoride concentration and *1- #mo_excl_BF/11.99* represents the proportion over the 12-month period the infant was not exclusively breastfed. A value near one indicates that an infant was primarily formula-fed over the 12 months whereas a value near zero indicates an infant primarily breastfed. IFI was estimated based on a daily consumption of 0.80 L of water used to reconstitute powdered formula as suggested by an infant food diary completed for infants in a prior study. Because the type of formula used (i.e. soy- or milk-based) was not known, Dr. Lanphear's team did not add fluoride from formula to its IFI estimate.

*Fetal Fluoride Exposure*

Maternal urinary fluoride (MUF) adjusted for specific gravity was used as a proxy of fetal fluoride exposure. MUF, which was derived by averaging three spot samples collected across all three trimesters of pregnancy, was considered the most reliable measure of exposure. Urinary fluoride concentrations were analyzed at the Indiana University School of Dentistry using a modification of the hexamethyldisiloxane described above.

*Intelligence Assessment*

Children's intellectual abilities were assessed between ages 2.5 and 4.0 years with the Wechsler Preschool and Primary Scale of Intelligence-III using United States population-based normative data *(mean=* 100, SD=15). Outcomes included Full-Scale IQ (FSIQ), a measure of global intellectual functioning, Verbal-IQ (VIQ), a measure of verbal reasoning, and Performance-IQ (PIQ), a measure of non-verbal reasoning and visual-motor coordination skills.

*Covariates*

Dr. Lanphear's team adjusted for potential confounding by selecting covariates *a priori* that have been associated with fluoride, breastfeeding, and children's intellectual abilities. Final

12

covariates included child's sex and age, maternal education (dichotomized as either a bachelor's degree or higher versus trade school diploma or lower), maternal race (white or not), second-hand smoke in the home (yes, no), and quality of the child's home environment (measured at time of testing using the Home Observation for Measurement of the Environment (HOME)-Revised Edition38). For each analysis, a covariate was retained in the final model if its $p$-\alue was <.20 and its inclusion changed the regression coefficient of water fluoride concentration or IFI by more than 10%39.

*Statistical analyses*

Linear regression was used to model differences in child IQ by water fluoride concentration while controlling for covariates. In one model, feeding status (BF or FF) was examined to see if it modified the detrimental impact of water fluoride. In a second model, the association between IFI and child IQ was estimated. Potential confounders were controlled for by including them simultaneously with predictors.

In secondary analyses, MUF during pregnancy was controlled for in both models to account for fetal exposure. Sex-specific effects were also tested for because of the previous findings that MUF concentration is associated with diminished FSIQ in males (Green, et al. 2019).

Regression diagnostics indicated no assumption violations pertaining to linearity, normality, or homogeneity of variance. Specifically, QQ-plots of residuals were consistent with a normal distribution and revealed no extreme outliers. Plots of residuals against fitted values did not suggest any assumption violations and there were no substantial influential observations (i.e., Cook's distance). Finally, variance inflation factors indicated no concerns with excessive multicollinearity.

To aid interpretation, all regression coefficients were divided by two so that they represent the predicted IQ difference per 0.5 mg/L of fluoride in tap water; 0.5 mg/L corresponds to the approximate difference between mean water fluoride level in fluoridated versus non-fluoridated regions. For consistency, the IFI regression coefficients were also divided by two to represent the predicted difference in IQ per 0.5 mg of fluoride intake per day.

The main measure of F exposure was the tap water F concentration in units of mg/L. Mothers who did not report drinking tap water were excluded from analyses.

The results for infants categorized as at least partly formula fed in the first 6 months of life (rather than exclusively breast-fed), was a statistically significant 4.40 point drop in IQ for every 0.5 mg/L increase in the water F concentration. This translates to an 8.80 point drop in IQ for every 1.0 mg/L increase in water F concentration. This effect was found in both boys and girls and was after controlling for a variety of covariates. For exclusively breast-fed infants the drop in IQ was only 1.34 IQ points for every 0.5 mg/L increase in water F concentration (or 2.68 IQ points for every 1.0 mg/L increase in water F), but this effect was not statistically significant.

13

**(8) The association between infant exposure to fluoridated water and reduced IQ in the MIREC cohort remains significant after controlling for fetal fluoride exposure and other relevant covariates, suggesting that the susceptibility to fluoride's adverse neurological effects extends into infancy.**

When adjustment was made for prenatal fluoride exposure by including MUF during pregnancy as a covariate, the loss of IQ in formula-fed infants was slightly less than without this adjustment, but still very large (7.16 IQ points lost per 1.0 mg/L increase in water F). The effect, however, was no longer statistically significant. This result was for Full Scale IQ (FSIQ). FSIQ is derived from two separate components known as Performance IQ (PIQ) and Verbal IQ (VIQ). Analyses of the effect of F on PIQ found more than twice the loss of points compared to FSIQ, and results for all subanalyses, including those adjusted for prenatal maternal urine F were statistically significant. The loss of PIQ in formula-fed infants was 9.26 points for every 0.5 mg/L increase in water F; a very large drop. About 50% of infants in the MIREC study were formula-fed for at least part of the first 6 months rather than exclusively breast-fed.

The mean VIQ scores increased with increasing water fluoride, but none of the increases were statistically significant, and none of the increases were large enough to counteract the much larger PIQ deficits associated with water fluoride in all models.

Based on these results, Dr. Lanphear and his team recommended that steps be taken to limit exposure to fluoride during the first six months of life, particularly in light of evidence indicating no benefit to teeth during this lifestage. The study concludes:

> In summary, fluoride intake among infants younger than 6 months may exceed the tolerable upper limits if they are fed exclusively with formula reconstituted with fluoridated tap water. After adjusting for fetal exposure, we found that fluoride exposure during infancy predicts diminished non-verbal intelligence in children. In the absence of any benefit from fluoride consumption in the first six months, it is prudent to limit fluoride exposure by using non-fluoridated water or water with lower fluoride content as a formula diluent (Till, et al., in review).

**References:**

Arbuckle TE. Are there sex and gender differences in acute exposure to chemicals in the same setting? 2006. Environmental Research 101(2):195-204.

Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, et al. 2013. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatric and Perinatal Epidemiology 27(4):415-425.doi:10.1111/ppe.1206114.

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-García A, Téllez-Rojo MM, Hernández-Avila M. 2017. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environmental Heath Perspectives 125(9):097017.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environment International 121(Pt 1):658-666.

Bellinger DC. 2019. Is Fluoride Potentially Neurotoxic? JAMA Pediatrics Published online August 19, 2019 doi:10.1001/jamapediatrics.2019.1728

Boyle CA, Boulet S, Schieve LA, Cohen RA, Blumberg SJ, Yeargin-Allsopp M, Visser S, Kogan MD. 2011. Trends in the prevalence of developmental disabilities in US Children, 1997–2008. Pediatrics 127(6):1034-42.

Buzalaf MAR, Whitford GM. 2011. Fluoride intake, metabolism and toxicity. In: Fluoride and the Oral Environment. Vol.22. Buzalaf MAR, ed.Basel, Switzerland: Karger, 20–36.

Buzalaf CP, Leite ADL, Buzalaf MAR. 2015. Fluoride Metabolism. In Fluoride: Chemistry, Analysis, Function and Effects. Preedy VR, ed. Cambridge, UK: Royal Society of Chemistry, 54–72.

Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA. 2019. Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. Food and Nutrition Bulletin [Epub ahead of print].

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environmental Health Perspectives 120(10):1362-1368. doi:10.1289/ehp.11049127.

Christakis DA. 2019. Decision to Publish Study on Maternal Fluoride Exposure During Pregnancy. JAMA Pediatrics Published online August 19, 2019. doi:10.1001/jamapediatrics.2019.3120

Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Séguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. 2018. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. Environment International 121(Pt 2):1235-1242.

Evans SF, Kobrosly RW, Barrett ES, Thurston SW, Calafat AM, Weiss B, Stahlhut R, Yolton K, Swan SH. 2014. Prenatal bisphenol A exposure and maternally reported behavior in boys and girls. Neurotoxicology 45:91-99.

Fung KF, Zhang ZQ, Wong JWC, Wong MH. 1999. Fluoride contents in tea and soil from tea plantations and the release of fluoride into tea liquor during infusion. Environmental Polluttion 104(2):197–205, https://doi.org/10.1016/S0269-7491(98)00187-0.

Gerchman F, Tong J, Utzschneider KM, Zraika S, Udayasankar J, McNeely MJ, et al. 2009. Body mass index is associated with increased creatinine clearance by a mechanism independent of body fat distribution. The Journal of clinical endocrinology and metabolism 94(10):3781–3788,PMID: 19584179, https://doi.org/10.1210/jc.2008- 2508.

Gochfeld M. 2017. Sex differences in human and animal toxicology. Toxicologic Pathology. 45(1):172-189.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. 2019. Association Between Maternal Fluoride Exposure During Pregnancy and IQ Scores in Offspring in Canada. JAMA Pediatrics Published online August 19, 2019 doi:10.1001/jamapediatrics.2019.1729 [Epub ahead of print]

Health Canada. 2010. "Guidelines for Canadian Drinking Water Quality: Guideline Technical Document —Fluoride." Catalogue No. H128-1/11-647E-PDF. Ottawa, ON, Canada: Her Majesty the Queen in Right of Canada.

Lamphear BH. 2015. The Impact of Toxins on the Developing Brain. Annual Review of Public Health 36:211-30.

Limeback H. A re-examination of the pre-eruptive and post-eruptive mechanism of the anti-caries effects of fluoride: is there any anti-caries benefit from swallowing fluoride? Community Dent Oral Epidemiol. 1999;27(1):62-71. doi:10.1111/j.1600-0528.1999.tb01993.x

Malinowska E, Inkielewicz I, Czarnowski W, Szefer P. 2008. Assessment of fluoride concentration and daily intake by human from tea and herbal infusions. Food and Chemical Toxicology 46(3):1055–1061,PMID: 18078704, https://doi.org/10.1016/j.fct.2007.10.039.

Martínez-Mier EA, Soto-Rojas AE, Buckley CM, Zero DT, Margineda J. 2005. Fluoride concentration of bottled water, tap water, and fluoridated salt from two communities in Mexico. International dental journal 55(2):93-9.

Martínez-Mier EA, Cury JA, Heilman JR, Katz BP, Levy SM, Li Y, Maguire A, Margineda J, O'Mullane D, et al. 2011. Development of gold standard ion-selective electrode-based methods for fluoride analysis. Caries Research 45(1):3–12, PMID: 21160184, https://doi.org/10.1159/000321657.

Mostafaei F, McNeill FE, Chettle DR, Wainman BC, Pidruczny AE,Prestwich WV. 2015. Measurements of fluorine in contemporary urban Canadians: a comparison of the levels found in human bone using in vivo and ex vivo neutron activation analysis. Physiological Measurement 36(3):465–487, PMID: 25669130, https://doi.org/10. 1088/0967-3334/36/3/465.

Mullenix PJ, Denbesten PK, Schunior A, Kernan WJ. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicology and Teratology 17(2):169-77.

NIEHS/EPA. 2017. NIEHS/EPA Children's Environmental Health and Disease Prevention Centers – Impact Report. EPA/600/R-17/407.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluorideexposure of pregnant women in Poznan, Poland. Fluoride. 38(4):312-317.15.

Paez D, Dapas O. 1983. Biochemistry of fluorosis X—comparative study of the fluoride levels in biological fluids. Fluoride 15(2):88–96.

Rosenbaum PR, Rubin DB. 1983. The central role of the propensity score in observational studies for causal effects. Biometrika 70(1):41–55, https://doi.org/10. 1093/biomet/70.1.41.

Takahashi R, Ota E, Hoshi K, et al. Fluoride supplementation (with tablets, drops, lozenges or chewing gum) in pregnant women for preventing dental caries in the primary teeth of their children. Cochrane Database Syst Rev. 2017;10(10):CD011850. doi:10.1002/14651858.CD011850.pub2

Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM. 2016. Environmental Research 150:489-495.

Thomas D, Sanchez B, Peterson K, Basu N, Martinez-Mier EA, Mercado-Garcia A, Hernandez-Avila M, Till C, Bashash M, Hu H, Tellez-Rojo MM. 2018. OP V – 2 Prenatal fluoride exposure and neurobehavior among children 1–3 years of age in Mexico. Occupational & Environmental Medicine 5:A10 (Abstract).

Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, Ayotte P, Muckle G, Lanphear B. 2018. Community Water Fluoridation and Urinary Fluoride Concentrations in a National Sample of Pregnant Women in Canada. Environmental Health Perspectives 126(10):107001.

USDA Nutrient Data Laboratory Beltsville Human Nutrition Research Center Agricultural Research Service. USDA National Fluoride Database of Selected Beverages and Foods. http://www.ars.usda.gov/SP2UserFiles/Place/80400525/Data/Fluoride/F02.pdf. Published 2005. Accessed May 18, 2017.

Valdez Jiménez L, López Guzmán OD, Cervantes Flores M, Costilla-Salazar R, Calderón Hernández J, Alcaraz Contreras Y, Rocha-Amador DO. 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59:65-70.

Waugh DT, Potter W, Limeback H, Godfrey M. Risk Assessment of fluoride intake from tea in the Republic of Ireland and its implications for public health and water fluoridation. Int J Environ Res Public Health. 2016;13(3):259. doi:10.3390/ijerph13030259

Zipkin I, Likins RC, McClure FJ, Steere AC. 1956. Urinary fluoride levels associated with use of fluoridated waters. Public Health Reports 71(8):767–772,PMID: 13350471, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2031051/pdf/pubhealthreporig00152-0045.pdf

# Assessment of the Neurotoxicity of Fluoride

Kathleen M. Thiessen, Ph.D.
June 27, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



*Food and Water Watch v. EPA*                                     *Thiessen Report*

# TABLE OF CONTENTS

I.    Introduction ...................................................................................................3

    A.   Assignment ......................................................................................3

    B.   Qualifications ..................................................................................3

    C.   Summary of Opinions .....................................................................4

    D.   Updates and Reservation .................................................................4

    E.   Compensation and Prior Litigation Work ......................................4

II.   Opinions .......................................................................................................5

    A.   Neurotoxicity is a hazard of fluoride exposure ..............................5

    B.   Neurotoxicity is a more sensitive effect of fluoride exposure
          than severe dental fluorosis ..........................................................28

    C.   Identifiable subsets of the population have heightened susceptibility
          to the risk of harm from fluoridation chemicals ...........................33

    D.   The current EPA reference dose for fluoride is not
          protective against neurotoxicity ...................................................51

    E.   Fluoridation chemicals present an "unreasonable risk" of neurotoxicity,
          as defined by EPA ........................................................................63

III.  Conclusions ................................................................................................69

IV.  References ..................................................................................................70

Appendix A:  Recent animal studies of fluoride neurotoxicity (Tables A-1 and A-2) .................99

Appendix B:  Studies associating fluoride exposure with cognitive deficits in humans ............112

Appendix C:  Figures ...........................................................................................119

Appendix D:  Adequacy of EPA's 2010 RfD with respect to the knowledge then
               available to EPA ............................................................................123

Appendix E:  Lack of effectiveness of community water fluoridation in improving
              dental health .................................................................................137

Appendix F:  Resume of Kathleen M. Thiessen, Ph.D. .......................................144



## I.       INTRODUCTION

### A.       Assignment

I was asked to apply risk assessment frameworks used by the Environmental Protection Agency (EPA) to the current scientific literature on fluoride neurotoxicity to determine whether neurotoxicity is a hazard of fluoride exposure, and whether this hazard is a risk at the levels of fluoride added to drinking water for fluoridation (0.7 mg/L).

### B.       Qualifications

I am a risk assessment scientist at Oak Ridge Center for Risk Analysis in Oak Ridge, Tennessee. For more than 30 years, I have been involved in the evaluation of exposures, doses, and risks to human health from trace levels of contaminants in the environment, including fluoride, and in the use of uncertainty analysis for environmental and health risk assessment.  In the course of my work as a risk assessment scientist, I have done work for the U.S. Environmental Protection Agency (EPA), the U.S. Department of Energy, the Centers for Disease Control and Prevention, the U.S. Nuclear Regulatory Commission, the National Cancer Institute, and the National Institute for Occupational Safety and Health, as well as a number of other government and private clients.

I have authored several reports for the EPA on the health effects of specific environmental contaminants, including Health Issue Assessments of fluorides (hydrogen fluoride and related compounds) and mercuric chloride.  More recently, I served on two subcommittees of the National Research Council's (NRC) Committee on Toxicology, one which was asked by EPA to review the toxicologic literature on fluoride (which resulted in the 2006 publication *Fluoride in Drinking Water:  A Scientific Review of EPA's Standards*), and one dealing with guidance levels for air contaminants (including hydrogen fluoride) in submarines.

As part of my work, I contributed to the development of a risk-based screening approach to prioritize further investigation of chemical and radioactive contaminants and exposure situations in various assessment contexts.  I led in the application of risk-based screening techniques for the reconstruction of doses and health risks associated with releases of chemicals and radionuclides from the U.S. Department of Energy's Oak Ridge (Tennessee) facilities.  I also led in the analysis of human exposures, doses, and health risks to off-site individuals associated with historic releases of radionuclides to the Clinch River from the Oak Ridge facilities.

Currently, I lead the Working Group on Assessment of Exposures and Countermeasures in Urban Environments for the International Atomic Energy Agency's (IAEA's) program on Development, Testing and Harmonization of Models and Data for Radiological Impact Assessment (MODARIA II).  In addition, I currently serve on a committee for the revision of the IAEA's Safety Report Series No. 19, "Generic Models for Use in Assessing the Impact of Discharges of Radioactive Substances to the Environment," and have been involved in the preparation of an IAEA guidance document on implementation of remediation strategies following accidental releases of radioactivity.

Throughout my career, I have authored or contributed to a number of open literature publications in peer-reviewed journals such as *Health Physics*, *Environmental Science and Technology*, *Environmental Pollution*, *Atmospheric Environment*, *Journal of Environmental Radioactivity*, and the *International Journal of Occupational and Environmental Health*.  I have also served as a peer reviewer for journals such as *American Journal of Preventive Medicine*, *Environment International*, *Environmental Pollution*, *Risk Analysis*, *Science of the Total Environment*, *Environmental Health Perspectives*, and *Journal of*



*Environmental Radioactivity*, among others. My formal education is in biomedical sciences, with a concentration in the field of genetics, and I remain interested in the effect of genetic background on individual response to chemical or radiation exposures. A list of my publications and technical reports is included in my resume, which is included herein as Appendix F.

## C.     Summary of Opinions

For the reasons described herein, I have reached the following conclusions to a reasonable degree of scientific certainty:

1. Based on the hazard identification principles set forth in EPA's *Guidelines for Neurotoxicity Risk Assessment*, there is sufficient evidence to conclude that neurotoxicity is a hazard of fluoride exposure.
2. Convergent data from experimental animal studies and epidemiological studies of human populations, alongside considerations of pharmacokinetics and biological plausibility, strongly indicate that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.
3. Identifiable subsets of the population have heightened susceptibility to the risk of harm from fluoridation chemicals. These populations include the fetus; bottle-fed infants; the elderly; individuals with nutrient deficiencies, kidney disease, and/or high-water intake; and populations with specific genotypes.
4. The current EPA reference dose (RfD) for fluoride (0.08 mg/kg/day) is not protective against neurotoxicity, including loss of cognitive function.
5. Fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss, if assessed under the same analytical framework that EPA uses in its risk evaluations of other chemicals under the Toxic Substance Control Act (TSCA).

## D.     Updates and Reservation

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report.

## E.     Compensation and Prior Litigation Work

The hourly rate for my work in this case has been $225 to $300. I have not been deposed in the last four years. My hourly rate for depositions is $300.



## II.    OPINIONS

### A.    Neurotoxicity Is a Hazard of Fluoride Exposure

1.  Historic Background

The early epidemiological studies in the U.S. that claimed to establish the safety of waterborne fluoride[1] (fluoride concentrations ranging from 1 to 8 mg/L in drinking water) did not address the potential for fluoride to cause neurological effects, including IQ loss.[2]  The primary focus of these early studies was, instead, on skeletal health.  Although largely overlooked, some of the early studies of occupationally exposed workers,[3] as well as some of the early studies of fluoride-exposed animals,[4] reported central nervous system effects from fluoride exposure.  In a 1953 study of monkeys, Wadhwani and Ramasway reported that monkeys with chronic fluorosis "did not conduct themselves with intelligence and agility of mind normally associated with them.  There was a significant lack of co-ordination in their behaviour."[5] These early observations, some of which remained unpublished,[6] were largely ignored.  In 1985, when EPA proposed a Maximum Contaminant Level Goal (MCLG) for fluoride of 4 mg/L for fluoride, the Agency did not consider this early literature on neurotoxicity and did not consider neurotoxicity to be a potential hazard of fluoride exposure.[7]

The first known study of fluoride and intelligence in humans was published in 1989 by Ren and colleagues in China.[8]  A flurry of similar studies were published in China in the 1990s.[9]  Most of these studies were published in Chinese, and they remained largely unknown outside of China until English translations started to become available after 2000.

2.  NRC Report

In 2006, the NRC concluded that "fluorides have the ability to interfere with the functions of the brain and the body by direct and indirect means."[10]  The NRC reached this conclusion based on the

---

[1] This report deals with "fluoride" generally.  For some epidemiological studies, this means naturally occurring fluoride in drinking water, usually without discussion of other mineral content in the water.  For laboratory studies in rodents, this usually means NaF.  For epidemiological studies in artificially fluoridated areas, this means "fluoridation chemicals," which usually include NaF, $Na_2SiF_6$, and $H_2SiF_6$ (NRC 2006, pp. 52-53; the latter two chemicals are known as silicofluorides).  Exposure to aluminum fluorides is also common (NRC 2006, pp. 51-52).  For any epidemiological studies, total fluoride exposure (which might or might not be addressed) includes exposure to fluoride from drinking water, beverages or foods prepared with tap water, tea, toothpaste and other dentifrices, and other sources.  See Chapter 2 of NRC (2006) for more information on fluoride exposure.  This report assumes that any effect attributable to NaF (e.g., in animal studies) will also be a risk for exposure to "fluoridation chemicals" (including silicofluorides) and aluminum fluorides; in addition, both silicofluorides and aluminum fluorides may pose risks beyond those associated with NaF (NRC 2006, pp. 51-53).
[2] Call et al. (1965); Leone et al. (1954; 1955a; 1955b); McCauley and McClure (1954); McClure (1944); Schlesinger et al. (1956a; 1956b); Stevenson and Watson (1957).
[3] Roholm (1937); Popov et al. (1974).
[4] Wadhwani and Ramasway (1953); Lu et al. (1961); Rice and Lu (1963); Sadilova et al. (1968).
[5] Wadhwani and Ramasway (1953).
[6] See, for example, a Manhattan Project memo by Ferry (1944).
[7] Neurotoxicity was not included in a 1985 draft Criteria Document prepared for the EPA (ICAIR 1985) or in the proposed and final versions of EPA's National Primary Drinking Water Regulations for fluoride (Federal Register 1985a; 1985b).
[8] Ren et al. (1989).
[9] Qin et al. (1990); Chen et al. (1991); Guo et al. (1991); Lin et al. (1991); Sun et al. (1991); An et al. (1992); Li et al. (1994); Xu et al. (1994); Yang et al. (1994); Duan et al. (1995); Li et al. (1995); Wang et al. (1996); Yao et al. (1996; 1997); Zhao et al. (1996).
[10] NRC (2006), p. 222.



histological, biochemical, and molecular findings from animal studies published in the 1990s and early 2000s. These findings included reduced protein and phospholipid content in the brains of fluoride-treated animals; inhibition of acetylcholinesterase; interference with neurotransmitters; increased production of free radicals in the brain (i.e., oxidative stress); neuronal deformations; increased uptake of aluminum; and enhancement of reactive microglia.[11]

As part of its report, the NRC also reviewed the few studies on fluoride and intelligence that were then available in English.[12]  Various methodological limitations were identified with these studies, but the NRC concluded that the consistency of the results (i.e., reduced intelligence among children exposed to elevated fluoride) warranted further epidemiological research into the potential of fluoride to lower IQ.  The NRC also reviewed several behavioral studies in animals, including two that examined the impact of fluoride on learning and memory, but the data were not yet sufficient to draw conclusions.[13]  The NRC did, however, recommend that additional animal studies be conducted to evaluate cognitive effects of fluoride exposures.[14]

Of additional relevance to the neurotoxic potential of fluoride exposures, the NRC reviewed the toxicologic literature on fluoride's effects on the endocrine system, including the thyroid gland. The NRC concluded that fluoride is an endocrine disrupting chemical which can alter thyroid function at estimated average intakes as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency.[15] The NRC recognized the potential relevance of fluoride's endocrine effects to neurotoxicity, noting that depressed thyroid function during pregnancy can lower the IQ of the offspring.[16]

The NRC's findings on the neurotoxic potential of fluoride have been accepted as an accurate summary of the hazard by the EPA and other federal agencies, including the CDC.[17]  It is important to recognize, however, that much additional research on fluoride's neurotoxicity has been published since the NRC's report. As discussed below, the evidence of fluoride neurotoxicity is much stronger today than when the NRC conducted its review.

### 3.  Application of EPA's Guidelines for Neurotoxicity Risk Assessment

The EPA has established guidelines for neurotoxicity risk assessment ("Guidelines") which the Agency has stated it "will follow in evaluating data on potential neurotoxicity associated with exposure to environmental toxicants."[18]  Under the Guidelines, the risk assessor must make a qualitative determination as to whether a hazard for neurotoxicity "could exist."[19]  "A single adverse endpoint from a well-conducted study" is "sufficient evidence" under the Guidelines to establish that "a hazard for neurotoxicity could exist."[20]  If no individual study is sufficient to establish a hazard, "the total available data may support such a conclusion."[21]

---

[11] NRC (2006), pp. 221-222.
[12] Li et al. (1995); Zhao et al. (1996); Lu et al. (2000); Xiang et al. (2003a; 2003b).
[13] NRC (2006), pp. 215-216, 221.
[14] NRC (2006), p. 223.
[15] NRC (2006), pp. 262-263, 266.
[16] NRC (2006), p. 263.
[17] EPA (2010b), p. i; Federal Register (2015), p. 24940; USDHHS Panel (2015), p. 322; Deposition of Casey Hannan at 115:4-125:3 & 136:21-140:1.
[18] EPA (1998a), p. 1; Federal Register (1998), p. 26927.
[19] EPA (1998a), pp. 53, 55-56; Federal Register (1998), pp. 26945-26946.
[20] EPA (1998a), p. 55; Federal Register (1998), p. 26946.
[21] EPA (1998a), p. 56; Federal Register (1998), p. 26946.



*Animal Studies – General Considerations*

Under the Guidelines, the hazard determination "can be based on either human or animal data."[22] EPA has a preference for using human data if suitable data exist;[23] in practice, however, animal data are almost always used.[24]  EPA has expressly applied the Guidelines in 10 risk assessments.[25]  Based on these assessments, EPA established reference doses (RfDs; summarized in Table 1) and/or reference concentrations (RfCs) to protect against neurotoxicity for 9 chemicals or groups of chemicals.[26]  In each of these assessments, EPA relied on animal data to establish the RfD or RfC.  One reason that EPA uses animal studies is that they "provide more precise exposure information, and control environmental factors better."[27]  Another reason is that human data are rarely available:  for 6 of the 9 chemicals for which EPA established RfDs or RfCs based on neurotoxicity endpoints, there were *no* human data on neurotoxicity (Table 1).

Neurotoxic endpoints in animal studies fall into several categories, including neuroanatomical (e.g., neuropathological), neurochemical, neurophysiological, behavioral and neurological, and developmental.[28] Neuroanatomical endpoints include gross changes to the brain, such as reduced brain weight, as well as changes to brain cells that are detectable under a microscope (i.e., "histological").[29]  Neurochemical effects include alterations in synthesis, release, uptake, or degradation of neurotransmitters; alterations in second-messenger activities; and alterations or inhibition of enzymes or proteins.[30]  Neurophysiological effects include alterations in nerve conduction or electroencephalographic patterns.[31]  Behavioral and neurological changes include alterations to motor activity, changes in sensory abilities or motor coordination, seizures, and impairments in learning, memory, and attention.[32]  Developmental endpoints include both changes in timing of the appearance of behaviors during development and changes in growth or organization of the nervous system.[33]  In its risk assessments to date, EPA has established reference doses based on both neuroanatomical and behavioral effects, including axonal swelling in peripheral nerves (2-Hexanone),[34] reduced brain weight (Methanol),[35] reduced pain sensitivity (Trimethylbenzenes),[36] and impairment in

---

[22] EPA (1998a), p. 11; Federal Register (1998), p, 26931.
[23] EPA (2018a), p. 2-1.
[24] EPA (1998a), p. 20; Federal Register (1998), p. 26934.
[25] See EPA (2018b), pp. 4-5.  These 10 risk assessments were performed for BDE-47 (EPA 2008a), BDE-99 (EPA 2008b), BDE-153 (EPA 2008c), BDE-209 (EPA 2008d), Chlorine Dioxide and Chlorite (EPA 2000b), 2-Hexanone (EPA 2009c), Methanol (EPA 2013a), RDX (EPA 2018a), Trimethylbenzenes (EPA 2016), and Hydrogen Sulfide (EPA 2003).
[26] Reference doses or reference concentrations were based on neurological endpoints for BDE-47 (EPA 2008a), BDE-99 (EPA 2008b), BDE-153 (EPA 2008c), BDE-209 (EPA 2008d), Chlorine Dioxide and Chlorite (EPA 2000b), 2-Hexanone (EPA 2009c), Methanol (EPA 2013a), RDX (EPA 2018a), and Trimethylbenzenes (EPA 2016).  For Hydrogen Sulfide, the risk assessment was based on a non-neurologic endpoint but was specifically expected to be protective for the neurological endpoints (EPA 2003, pp. 45-46).
[27] EPA (1998a), p. 20; Federal Register (1998), p. 26934.
[28] EPA (1988a), pp. 20-21; Federal Register (1998), pp. 26934-26935.
[29] EPA (1998a), p. 21; Federal Register (1998), p. 26934.
[30] EPA (1998a), pp. 21, 30-32; Federal Register (1998), pp. 26934, 26938-26939.
[31] EPA (1998a), p. 21; Federal Register (1998), pp. 26934-26935.
[32] EPA (1998a), p. 21; Federal Register (1998), p. 26935.
[33] EPA (1998a), p. 21; Federal Register (1998), p. 26935.
[34] EPA (2009c), p. 60.
[35] EPA (2013a), pp. 5-6, 5-16, 5-17.  The inhalation RfC for methanol was derived from a neurological endpoint.  An oral RfD for methanol was derived from the same inhalation studies, but was based on a non-neurological endpoint (p. 5-28); therefore methanol is not included in Table 1.
[36] EPA (2016), pp. xxv, xxvi, 2-22, 2-23, 2-35.



spontaneous motor activity, learning, memory, and habituation (BDE-47, BDE-99, BDE-153, and BDE-209).[37]

In considering the relevance of these endpoints to humans, the Guidelines provide four default assumptions. First, EPA assumes that "an agent that produces detectable adverse neurotoxic effects in experimental animal studies will pose a potential hazard to humans."[38] Second, EPA assumes that neuroanatomical, neurochemical, neurophysiological, and behavioral changes "are of concern."[39] Third, EPA assumes that "the neurotoxic effects seen in animal studies may not always be the same as those produced in humans" due to "species-specific differences in maturation of the nervous system, differences in timing of exposure, metabolism, or mechanisms of action."[40] Fourth, EPA assumes that "humans are as sensitive as the most sensitive animal species tested."[41] Each of these four assumptions is "plausibly conservative," meaning that "they are protective of public health and are also well founded in scientific knowledge about the effects of concern."[42]

Finally, the principal studies which EPA has used to establish RfDs or RfCs have not been "perfect" studies. In fact, in most of the neurotoxicity risk assessments, EPA has identified a number of methodological limitations with the studies. Some of the principal studies did not conform to EPA's testing guidelines for animal studies, some used relatively small numbers of animals (e.g., 10 per group), and the principal studies that investigated effects from prenatal exposures did not control for litter effects. As a result, EPA had "low" confidence in the principal study it used to set the RfD for BDE-209,[43] "low-to-medium" confidence in the principal study for Trimethylbenzenes,[44] and "medium" confidence in the principal studies for Chlorine Dioxide/Chlorite[45] and 2-Hexanone[46] (Table 1). This did not stop EPA from establishing RfDs for these chemicals.

In 2011 and 2014, the National Academy of Sciences (NAS) recommended that EPA implement certain changes with respect to how its Integrated Risk Information System (IRIS) conducts risk assessments—not with respect to neurotoxicity specifically, but risk assessments in general. The thrust of the NAS recommendations was that EPA should implement more transparent and systematic procedures for determining which studies and endpoints to consider.[47] The NAS also encouraged EPA to move away from selection of a single principal study upon which to derive RfDs,[48] and to make greater use of physiologically based pharmacokinetic (PBPK) modelling data when extrapolating animal findings to humans.[49]

---

[37] EPA (2008a), p. 43; EPA (2008b), pp. 57-58; EPA (2008c), p. 32; EPA (2008d), pp. 51, 55.
[38] EPA (1998a), p. 6; Federal Register (1998), p. 26929.
[39] EPA (1998a), p. 6; Federal Register (1998), p. 26929.
[40] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[41] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[42] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[43] EPA (2008d), p. 66.
[44] EPA (2016), pp. 2-26, 2-36.
[45] EPA (2000b), p. 40.
[46] EPA (2009c), p. 79.
[47] NAS (2011), pp. 4, 164; NAS (2014), pp. 137-138.
[48] NAS (2014), p. 118.
[49] NAS (2014), p. 33.



*Food and Water Watch v. EPA*                                                                 *Thiessen Report*

Table 1.  Chemicals with oral RfDs based on neurological endpoints, assessed according to EPA's Guidelines for Neurotoxicity Risk Assessment.[a]

| Name of Chemical | Human Neurotoxicity Data?[b] | Principal Study | Confidence in Principal Study | Known Mode of Action? | Effect | Reference |
|---|---|---|---|---|---|---|
| BDE-47 | No | Animal | Not given[c] | Inadequate data | Changes in spontaneous motor activity and habituation | EPA (2008a) |
| BDE-99 | No | Animal | Not given[d] | Inadequate data | Neurobehavioral developmental effects; changes in motor activity | EPA (2008b) |
| BDE-153 | No | Animal | Not given[e] | Inadequate data | Spontaneous behavior, learning and memory | EPA (2008c) |
| BDE-209 | No | Animal | Low | Inadequate data | Changes in spontaneous behavior and habituation | EPA (2008d) |
| Chlorine Dioxide and Chlorite | No | Animal | Medium | No | Neurodevelopmental delay; lowered auditory startle amplitude | EPA (2000b) |
| 2-Hexanone | No | Animal | Medium | Yes | Axonal swelling in peripheral nerves | EPA (2009c) |
| RDX | One cross-sectional study, 16 case reports | Animal | High | Yes | Convulsions | EPA (2018a) |
| Trimethylbenzenes | Occupational studies of solvent mixtures, controlled experiments with healthy adults | Animal | Low to Medium | Tentative, based on structurally similar compounds | Decreased pain sensitivity | EPA (2016) |

[a] EPA (1998a); Federal Register (1998).

[b] Human studies of neurotoxicity endpoints, based on oral exposure.

[c] Confidence in the principal study was not stated, but the "overall confidence in the RfD assessment of BDE-47 is low" (EPA 2008a, p. 48).

[d] Confidence in the principal study was not stated, but the "overall confidence in the RfD [for BDE-99] is low" (EPA 2008b, p. 67).

[e] Confidence in the principal study was not stated, but the "overall confidence in the RfD assessment for BDE-153 is low" (EPA 2008c, p. 37).



Subsequent to the NAS's recommendations, EPA has issued two neurotoxicity risk assessments, for trimethylbenzenes (2016)[50] and RDX (2018).[51]  As with the prior risk assessments, both of these new risk assessments utilized animal data as the basis for the respective RfDs, as there were few human data available for either chemical.  For trimethylbenzenes, EPA identified a small number of occupational studies involving mixtures of solvents, as well as some controlled exposures of healthy adult volunteers (which generally showed little or no nervous system effects); these human data were considered inadequate for establishing an RfD.[52]  Similarly, with RDX, EPA identified three small-scale occupational studies and sixteen case reports of neurological effects associated with acute RDX exposures.  The human data on RDX were also considered inadequate to establish an RfD.[53]

For several of EPA's neurotoxicity risk assessments, including the 2018 risk assessment for RDX, EPA established an RfD despite a relatively small number of animal studies.  In the RDX risk assessment, EPA identified 16 (repeated dose) animal studies, only two of which had been published.  EPA characterized the animal studies as showing "consistent evidence" of neurotoxicity on the grounds that 11 of the 16 studies reported neurological effects,[54] and the effects were generally dose-related (although inconsistencies existed across the studies in terms of the doses that produced the effects).[55]  EPA's risk assessment of RDX highlights that "consistency" of the evidence is not synonymous with unanimity.

*Animal Studies on Fluoride Neurotoxicity*

The animal research on fluoride neurotoxicity was sufficient to permit the NRC to conclude, in 2006, that fluoride interferes with the functions of the brain.[56]  Many animal studies have been published since the NRC review, and the database is now stronger than it was when NRC issued its report.

A search of the National Library of Medicine's online database PubMed was conducted to identify studies published since the NRC's 2006 review.  The following search terms were used:  "fluoride and brain," "fluoride and learning," and "fluoride and memory."[57]  The titles of all studies published since 2006 were reviewed to identify potentially relevant studies, and, among potentially relevant primary studies, abstracts were reviewed to verify relevance.  Reviews, studies in Chinese for which translations were not available, and *in vitro* studies were excluded.  Full-text copies of all relevant studies were obtained.

In total, the search identified 110 papers.[58]  Papers that appeared to be reporting effects from the same underlying rodent experiment were treated as one study,[59] leaving 105 distinct studies.  This is not an exhaustive list of the studies published since 2006, as it does not reflect studies that were not indexed in PubMed (e.g., studies published in the journal *Fluoride* or in certain Chinese-language journals such as the *Chinese Journal of Endemiology*).  In addition, the search terms probably did not identify all relevant studies available on PubMed.  Nevertheless, this list should provide a reasonably representative sample of the

---

[50] EPA (2016).

[51] EPA (2018a).

[52] EPA (2016), pp. xxiii-xxiv, 1-5 to 1-7, 1-66.

[53] EPA (2018a), pp. xxxix-xl, 1-13, 1-80.

[54] EPA (2018a), p. 1-23.

[55] EPA (2018a), pp. 1-12, 1-18.

[56] NRC (2006), p. 222.

[57] These search terms are expected to identify many neurotoxicity studies, but not necessarily all studies that examined neurotoxic effects.  For example, studies of neuroanatomical or neurochemical effects might not be identified with these search terms.

[58] Summarized in Appendix A, with the exception of papers excluded for the reasons discussed below.

[59] Adedara et al. (2017a; 2017b); Akinrinade et al. (2015a; 2015b); Basha et al. (2011a; 2011b); Basha and Sujitha (2012a; 2012b); and Zhu et al. (2011) and Zhang et al. (2011).



recent literature, and there is no apparent reason to believe that studies listed on PubMed would be skewed towards finding adverse effects.  According to the NAS, "PubMed searches are critical for identifying the literature on risks to health."[60]

Of the recent studies identified, all but 4 reported associations between fluoride exposure and neurotoxic outcomes.[61]  Table A-1 in Appendix A provides data from the 89 animal studies which investigated "structural" (e.g., neuroanatomical and neurochemical) endpoints, and Table A-2 provides data from the 37 animal studies which investigated the "functional" effects of learning and memory.  Thirty studies investigated both types of effects and are in both lists.  To facilitate comparisons across these studies, Tables A-1 and A-2 exclude 2 studies of non-rodents[62] as well as four studies in which the fluoride exposure was part of a mixture involving other potentially neurotoxic chemicals,[63] one study involving exposure by a route other than ordinary ingestion,[64] and two behavioral studies with endpoints that did not specifically involve learning and memory.[65]

As can be seen in Table A-1, rodent studies published since the NRC review have continued to document structural (e.g., neuroanatomical and neurochemical) changes in the brains of fluoride-treated rodents.  These changes include oxidative stress, neuronal degeneration, mitochondrial disturbances, reductions in nicotinic receptors, impaired synaptic plasticity, and neuroinflammation.

Among the recent studies that have investigated both structural and functional effects of fluoride, the former have sometimes (but not always) occurred at lower exposures, suggesting that fluoride can cause cellular and biochemical changes in the brain prior to the manifestation of outwardly demonstrable deficits.[66]  Put another way, deficits in learning and memory likely represent a relatively advanced stage of fluoride neurotoxicity.  Nevertheless, both structural and functional harms have repeatedly been observed in rodents at water fluoride concentrations between 5 mg/L and 23 mg/L (corresponding to 10 to 50 mg/L NaF).  As with the RDX literature,[67] there are some inconsistencies across the studies in the reported doses that can cause certain types of harm; these differences likely result, at least in part, from differences in study design, including differences in timing of exposure, duration of exposure, and strain and sex of animal.

Finally, it bears considering that most of the animal studies to date have used subchronic exposure scenarios, which would tend to understate the effect from lifetime exposure.  EPA's testing guidelines define a chronic exposure study in rodents as one that lasts at least 12 months.[68]  None of the recent learning studies have lasted 12 months, and only 1 of the recent structural studies has lasted 12 months or more.[69]

---

[60] NAS (2011), p. 26.

[61] Negative results were reported by Whitford et al. (2009), Pulangan et al. (2018), McPherson et al. (2018), and Jia et al. (2019).  These studies are discussed later in this report.

[62] Khatun et al. (2018) used fruit flies (*Drosophila melanogaster*), and Mukhopadhyay et al. (2015) used zebrafish (*Danio rerio*).

[63] Gui et al. (2010) used fluoride-polluted corn that had been dried by burning high-fluoride coal.  Ranpariya et al. (2011) used aluminum fluoride ($AlF_4^-$).  Nalagoni and Karnati (2016) used a mixture of $AlCl_3$ and NaF.  Hussien et al. (2018) used a mixture of aluminum, cadmium, and fluoride.

[64] Cao et al. (2019) used daily intragastric administration.

[65] Bartos et al. (2015) examined the effect of fluoride on the functional outcomes of anxiety and depression, but not learning and memory.  Kinawy and Al-Eidan (2018) used $AlCl_3$, NaF, and a mixture of the two; disturbed locomotor behavior and alterations in some hormone levels were observed in rats treated with fluoride alone or in combination with aluminum.

[66] See, for example, Agustina et al. (2018); Ma et al. (2015); Niu et al. (2018a); Sun et al. (2018); Wang et al. (2018a); Zhang et al. (2019); Zhao et al. (2019).

[67] EPA (2018a).

[68] EPA (1998b), p. 1.

[69] Teng et al. (2018).



This takes on added interest when considering that, among studies that have tested animals at multiple points in time, the effects have tended to worsen with time, with some effects not appearing at all until 3 to 6 months of chronic exposure.[70] Most of the studies on fluoride neurotoxicity have lasted no longer than 3 months (See Tables A-1 and A-2).

*NTP Reviews*

In 2015, the National Toxicology Program (NTP) completed a systematic review of the animal literature on fluoride neurotoxicity and submitted a report to the Australian government.[71] The NTP limited its review of the literature to the minority of studies that have measured learning, memory, and other behavioral effects.[72] The NTP identified the studies through searches of PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several other specialized databases.[73] In total, the NTP identified 44 studies of learning and memory, 14 of which were excluded due to risk of bias from lack of randomization, lack of blinding at outcome assessment, or other design deficiencies.[74] From the remaining 30 studies, NTP concluded that there was "a moderate level-of-evidence for a pattern of findings suggestive of an effect on learning and memory in rats treated during development or adulthood."[75] Moderate level of evidence is the second highest level of evidence under NTP's 5-grade classification criteria.[76]

In 2016, the NTP published an updated version of its systematic review.[77] In the updated review, NTP identified an additional four studies on learning and memory, two of which were excluded for bias, resulting in a total of 32 studies for its analysis.[78] NTP maintained its conclusion that a "moderate" level of evidence exists for learning and memory deficits in fluoride-treated adult animals, but downgraded its conclusion for developmental exposures to "low."[79] NTP had less confidence in the developmental studies due to their general failure to control for litter effects, as well as the relatively few developmental studies that used fluoride concentrations lower than 25 mg/L in drinking water.[80] Further, in contrast to NTP's 2015 report, the 2016 updated report considered the absence of animal studies using 0.7 mg/L (the current recommended fluoride concentration for human drinking water[81]) to be an important limitation in the research in terms of its relevance to human exposure levels.[82]

The NTP identified several common methodological limitations with the learning and memory studies, including failure to rule out fluoride-induced motor effects as the cause of the apparent cognitive deficits; failure to control for "litter effects" in the developmental studies; and lack of reported information on the study conditions, including the purity of the fluoride added to the water and the concentrations of

---

[70] For example, Güner et al. (2016); Liu et al. (2011); Yang et al. (2018a); Zhang et al. (2015a).

[71] NTP (2015a).

[72] NTP (2015a), pp. 1, 28. "Studies assessing thyroid function or brain-related cellular, morphometric or histological endoints were considered beyond the scope of this analysis" (p. 1). By limiting its review to studies investigating learning and memory, the NTP did not consider the much larger number of studies that have investigated neuroanatomical and neurochemical effects.

[73] NTP (2015a), pp. 1, 4.

[74] NTP (2015a), p. 1.

[75] NTP (2015a), p. 1.

[76] NTP (2015a), p. 11. Under NTP's Hazard Identification Scheme, a chemical that has a moderate level of evidence of neurotoxicity in animals and a moderate level of evidence of neurotoxicity in humans is a "presumed" neurotoxicant (NTP 2015b, p. 67, Figure 8).

[77] NTP (2016).

[78] NTP (2016), p. vi.

[79] NTP (2016), p. 55.

[80] NTP (2016), p. 57.

[81] USDHHS (2015); Federal Register (2015).

[82] NTP (2016), pp. 55, 58.



fluoride in the rodent chow.  Many of the limitations identified by the NTP (e.g., lack of information on the purity of the fluoride compounds) would not be expected to skew the results in a consistent direction across laboratories. Similarly, litter effects can produce false negatives as well as false positives,[83] and thus it is questionable whether they would skew the results of multiple studies in a consistent direction.  Moreover, some of the limitations that NTP identified (e.g., lack of statistical power due to a small number of animals), as well as limitations that NTP did not identify (e.g., in develomental studies, the absence of neonatal exposures that are comparable to those experienced by formula-fed infants[84]), would actually tend to bias the results toward the null.  Finally, the suggestion by NTP that rodent studies should use fluoride concentrations of 0.7 mg/L in order to be relevant to human exposures is at odds with longstanding tenets of risk assessment,[85] as explained later in this report; humans are considered much more sensitive to fluoride (and other chemicals) than are rats and mice.[86]

NTP also expressed concern that effects on learning and memory could not be definitively distinguished from effects on motor or sensory function that could have affected an animal's ability to perform adequately on the learning and memory tests.[87]  NTP did not mention that both kinds of effects are adverse effects, even if the precise nature of the effect is not clear.  In addition, as mentioned above, by limiting its review to studies investigating learning and memory, the NTP did not consider the much larger number of studies that have investigated neuroanatomical and neurochemical effects, endpoints that are more sensitive and also potentially less susceptible to bias associated with outcome assessment.

Subsequent to the NTP's review, 11 additional developmental studies have reported learning and memory outcomes.[88]  Ten of these studies found deficits in the fluoride-treated groups.  Notably, the Bartos et al. studies, which controlled for litter effects, found impairments in learning and memory at a fluoride concentration of just 5 mg/L.  While the other studies (with the exception of McPherson et al.) did not control for litter effects, this limitation does not preclude use of the research for setting an RfD.  As noted above, EPA has previously selected developmental studies that did not control for litter effects as principal studies for establishing neurotoxicity-based RfDs for other chemicals.

---

[83] Zorrilla (1997), p. 144; Lazic and Essioux (2013), p. 3.

[84] Fluoride concentrations in mammalian milk are very low in comparison to the mother's fluoride intake, even when the mother's fluoride intake is quite high (NRC 2006, pp. 33, 36; Drinkard et al. 1985).  In the animal studies described in this report that included maternal exposure to fluoride during lactation, the fluoride intake of the offspring during that period would have been low or negligible.  In contrast (as described later in this report), formula feeding of infants produces some of the highest fluoride exposures experienced by humans.  NTP (2016, p. 122) alludes to the difference in fluoride intakes between formula-fed and breastfed infants, but is not up to date on the minimal effect of maternal fluoride intake on the fluoride concentration in milk and does not discuss the reduced relevance of animal studies of maternal fluoride exposure during lactation with respect to formula-fed human infants.

[85] The principal author of the NTP study, Kristina Thayer, testified at her deposition that she is no longer comfortable with the assumption of a 1-to-1 equivalence between fluoride exposures in animals and humans; Thayer testified that she would approach the issue differently today, with greater attention to the principles of toxicokinetics and toxicodynamics. (Thayer Deposition at 151:9-152:3, 302:21-303:23).

[86] NTP (2016) discusses the differences in chronic fluoride exposure needed to reach similar fluoride concentrations in bone or plasma (pp. 122-123), and they provide an estimate of the water fluoride concentrations (7-9 mg/L, p. 56, footnote 14) needed to reach intakes in rats comparable to those in humans from 0.7 mg/L, allowing for allometric scaling between humans and rats.  Thus NTP should be aware that insisting on animal studies of exposures to 0.7 mg/L is inappropriate.

[87] NTP (2016), p. 55.

[88] Bartos et al. (2018; 2019); Chen et al. (2018a); Cui et al. (2017); Ge et al. (2018); McPherson et al. (2018); Sun et al. (2018); Wang et al. (2018a); Zhao et al. (2019); Zhu et al. (2017); Zhou et al.(2019).



*No-effect Studies in Animals*

McPherson et al. (2018) is the one developmental study that did not find adverse effects on learning and memory subsequent to NTP's review. Several features of the study may help to explain this result.[89] For example, McPherson et al. used Long Evans Hooded rats. Elliott suggested as far back as 1967 that the Long Evans Hooded rat may have lower sensitivity to fluoride than other strains,[90] and McPherson's study is consistent with this finding. In total, three studies have examined the effect of fluoride on learning in Long Evans rats, and all three have failed to find an effect.[91] Other research has found that Long Evans Hooded rats have different sensitivities to teratogenic substances *in utero* than Sprague-Dawley rats,[92] which adds plausibility to possible strain-specific differences between Long Evans Hooded rats and the rats more commonly studied in fluoride studies to date. Secondly, in contrast to most of the other developmental studies, McPherson et al. did not start the exposure until the 6th day of gestation.[93] As pregnancy in rats lasts approximately 21 days, any effects due to exposures during the first trimester are unlikely to have been detected by McPherson's study design. Finally, as discussed above, although the mother rats were exposed through the lactation period, and the offspring rats continued at the same level of exposure after weaning, exposure of the offspring during most of the pre-weaning period would have been minimal, as the fluoride content of rat milk (as with milk of other mammals) is very low in comparison to the mother's fluoride intake. Thus the major exposure of the offspring rats was limited to the later gestational period and the post-weaning period, and important periods of potential susceptibility (early gestation and the neonatal period) were missed. As with most other developmental studies in rodents, exposures comparable to those received by formula-fed human infants in fluoridated areas have been completely neglected.

Three additional studies listed in Tables A-1 and A-2 also reported no neurotoxic effects from fluoride exposure.[94] The studies by Whitford et al. study and Pulungan et al. started with adult animals, and the study by Jia et al. started at gestational day 9; thus part or all of the gestational period was missed in these studies. Jia et al. looked for an effect of fluoride in conjunction with intrauterine inflammation; comparison of fluoride-treated vs. control groups without intrauterine inflammation was not provided for most endpoints.[95] Pulungan et al. found non-significant effects on the prefrontal cortex, a part of the brain not examined in very many other studies.[96] Whitford et al. did not specifically mention whether the outcome assessment was blinded, although both the treatment allocation and the selection of animals for tissue sampling were randomized.[97] As described in the Guidelines, four studies with apparent no effect, for a small set of endpoints, cannot be expected to disprove a much larger number of studies and endpoints that have shown a neurotoxic hazard from fluoride ingestion. "To judge that an agent is unlikely to pose a hazard for neurotoxicity, the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects."[98]

*Human Studies*

---

[89] See also comments by Spencer and Limeback (2018).
[90] Elliott (1967).
[91] Elliott (1967); Varner et al. (1994); McPherson et al. (2018).
[92] Kang et al. (1986).
[93] McPherson et al. (2018).
[94] Whitford et al. (2009); Pulungan et al. (2018); Jia et al. (2019).
[95] Jia et al. (2019).
[96] Pulungan et al. (2018).
[97] Whitford et al. (2009).
[98] EPA (1998a), pp. 55-56; Federal Register (1998), p. 26946.



The Guidelines recognize several types of human studies that can inform the hazard identification analysis, including case reports and epidemiological studies.[99]  In contrast to the 9 chemicals for which EPA has established RfDs or RfCs pursuant to the Guidelines (most of which did not have *any* human studies available), both categories of human studies are available for fluoride, including the most reliable kind of epidemiological study, prospective cohort studies.

I have become familiar with the human epidemiological data on fluoride neurotoxicity, both through my work for the National Research Council, and through my ongoing review of the literature.  A systematic review of the human literature was not considered necessary nor particularly helpful, since systematic reviews have already been conducted,[100] and those few studies reporting no effects are well known to people familiar with fluoride research.[101]  As those familiar with the literature know, there are many more studies reporting associations of fluoride exposure with neurotoxic outcomes than the reverse. The number of studies reporting no association between fluoride and neurotoxic outcomes is quite small, and, as such, a systematic review was not considered necessary to identify and address them.  Each of these "no effect" studies is addressed below.  To ensure that there are no additional no-effect studies, I reviewed the results of my PubMed searches for "fluoride and brain," "fluoride and learning," and "fluoride and memory," and conducted additional PubMed searches for "fluoride and intelligence" and "fluoride and IQ." These searches did not retrieve any additional no-effect studies, although they did retrieve additional studies reporting adverse effects.  Due to the sheer magnitude of studies reporting associations with neurotoxic outcomes, I have not sought to review each of them.  For purposes of completeness, however, I have attached a reference list of all epidemiological studies of which I am aware that have reported associations between fluoride exposure and cognitive deficits.[102]

*Case Reports:*  As noted in the Guidelines, "the first type of human data available is often the case report or case series," including clinician observations of occupationally exposed workers.[103]  This statement holds true for fluoride.  Decades before the first study of fluoride and IQ was published, case reports and clinician surveys of occupationally exposed workers identified neurological symptoms among fluoride-exposed individuals, including general malaise, fatigue, headaches, and difficulties with concentration and memory.[104]  As the NRC noted, "[t]here are numerous reports of mental and physiological changes after exposure to fluoride from various routes (air, food, and water) and for various time periods."[105]

While case reports are generally not sufficient, by themselves, to establish a hazard, the Guidelines consider them "useful when corroborating epidemiological data are available."[106]  Moreover, several of the case reports could be characterized as "experimental studies," since they involved "individuals who underwent withdrawal from their source of fluoride exposure and subsequent re-exposures under 'blind' conditions.  In most cases, the symptoms disappeared with the elimination of exposure to fluoride and

---

[99] EPA (1998a), p. 15; Federal Register (1998), p. 26932.
[100] See for example Tang et al. (2008); Choi et al. (2012); Duan et al. (2018).
[101] Aggeborn and Öhman (2017); Barberio et al. (2017); Broadbent et al. (2015); Morgan et al. (1998); Shannon et al. (1986).
[102] Appendix B contains a list of 67 studies associating fluoride exposures with cognitive deficits in humans.
[103] EPA (1998a), p. 15; Federal Register (1998), p. 26932.
[104] Roholm (1937), pp. 138-140, 178; Spittle (1994).
[105] NRC (2006), p. 208.
[106] EPA (1998a), p. 15; Federal Register (1998), p. 26932.



returned when exposure was reinstated."[107]   The NRC recommended that further research be conducted to follow up on these findings from the case study literature.[108]

*Cross Sectional Studies*:  In cross-sectional studies, "both the disease and suspected risk factors are ascertained at the same time, and the findings are useful in generating hypotheses."[109]   In the case of fluoride, there are a large number of cross-sectional studies reporting neurotoxic outcomes, including impaired performance on the neurobehavioral core test battery,[110] impaired performance in the Rey-Osterreith Complex Figure Test,[111] and effects on infant neurodevelopment as measured by the Neonatal Behavioral Neurological Assessment.[112]   IQ is the primary neurological endpoint that has been studied,[113] but it bears considering that IQ is actually a relatively insensitive measurement of neurotoxicity, meaning that other neurological effects can occur prior to a measurable reduction in IQ.[114]

While cross sectional studies do not "allow the investigator to determine whether the disease or the exposure came first,"[115] this limitation is lessened when there is "a stable population where water supplies and fluoride concentrations have remained unchanged for many years."[116]   Many of the cross-sectional studies on fluoride and IQ have limited the study population to children who have lived in the same area since birth.[117]   In this context of stable populations and stable water fluoride levels, measurement of exposure at the time of the study can be a reasonable, albeit imperfect, proxy for exposure from the prenatal period onward.

The NRC report discussed the first several English-language IQ papers to become available.[118] Each of the studies that NRC reviewed found significant associations between fluoride exposure and reduced IQ.  While the studies lacked sufficient detail for the NRC to draw conclusions, the NRC found that "the consistency of the collective results warrant[s] additional research on the effects of fluoride on intelligence."[119]

In 2012, Choi et al. conducted a meta review of 27 studies, and found that "children in high fluoride areas had significantly lower IQ scores than those who lived in low-fluoride areas."[120]   Children in the high-fluoride areas had lower IQs by a standardized weighted mean difference of 7 IQ points (-0.45 SD).[121] Many of the studies included in the Choi review found reduced IQ at water fluoride levels between 2 and 4 mg/L, with one study reporting effects at 0.9 ppm among children with iodine deficiency.   While recognizing that some of the studies suffered from various deficiencies, including failure to report key information and failure to control for potential confounders, Choi concluded that "our results support the

---

[107] NRC (2006), pp. 208-209.
[108] NRC (2006), p. 221.
[109] EPA (1998a), p. 16; Federal Register (1998), p. 26932.
[110] Guo et al. (2001); Yazdi et al. (2011).
[111] Rocha Amador et al. (2009).
[112] Li et al. (2004).
[113] NRC (2006); Choi et al. (2012).
[114] Rocha Amador et al. (2009), p. 1150.
[115] EPA (1998a), p. 16; Federal Register (1998), p. 26932.
[116] Choi et al. (2012), p. 1367.
[117] Chen et al. (1991); Choi et al. (2015); Ding et al. (2011), Karimzade et al. (2014a; 2014b); Khan et al. (2015); Lu et al. (2000); Nagarajappa et al. (2013); Rocha Amador et al. (2007); Seraj et al. (2012); Sudhir et al. (2009); Wang et al. (2007); Yao et al. (1996; 1997); Zhang et al. (2015b).
[118] Lin et al. (1991); Li et al. (1995); Zhao et al. (1996); Lu et al. (2000); Xiang et al. (2003a; 2003b).  See NRC (2006), pp. 205-208, 231.
[119] NRC (2006), p. 221.
[120] Choi et al. (2012), p. 1362.
[121] Choi et al. (2012; 2013).



possibility of an adverse effect of fluoride exposures on children's neurodevelopment."[122]   Choi et al. recommended that future research "formally evaluate dose-response relationships based on individual level measures of exposure over time, including more precise prenatal exposure assessment."[123]   As discussed below, several such studies have now been conducted, and these studies add substantial confidence to the hazard assessment.

A more recent meta-analysis by Duan et al. has also reported a significant association between higher fluoride concentrations in water and lower intelligence in children, even allowing for country, sex, age, fluoride concentration, and type of intelligence assessment used.[124]   Duan et al. focused on studies published through November 2016 that examined the effects of waterborne fluoride exposures and which provided data on the water fluoride levels.  Each of the 26 studies that met Duan's inclusion criteria found lower IQs in the high-fluoride community when compared against the control.[125]   In a majority of these studies, the high-fluoride community had less than 4 mg/L in the water, including three studies which found significant effects at concentrations between 1 and 2 mg/L.[126]   The authors concluded that "Greater exposure to high levels of fluoride in water was significantly associated with reduced levels of intelligence in children."[127]   Analysis of dose-response trends in the data suggested the possibility of a ceiling effect in which effect sizes appeared to flatten at exposures above 4 mg/L.  If this effect is real, the dose-response curve for fluoride may be steeper at the lower end of the dose range, a possibility that gains further support from the recent findings of Bashash et al.,[128] discussed below.

*Recent Prospective Cohort Studies*:  EPA's Guidelines recognize that prospective cohort studies are "invaluable for determining the time course for development of dysfunction."[129]   In a prospective cohort, "a healthy group of people is assembled and followed forward in time and observed for the development of dysfunction."[130]   This study design "allows the direct estimate of risks attributed to a particular exposure, since toxic incidence rates in the cohort can be determined."[131]   A "major strength" of the prospective cohort design "is that it allows the calculation of rates to determine the excess risk associated with an exposure."[132]   Further, "biases are reduced by obtaining information before the disease develops."[133]   While bias can be introduced into the design if either the subject or examiner is aware of the exposure status, this bias can be eliminated through double-blinding.[134]   In short, EPA's Guidelines recognize that prospective cohort studies are the strongest type of epidemiological study for identifying neurotoxicity hazards in humans.  The Director of EPA's IRIS Division concurred with this assessment, explaining that prospective cohort studies are the "ideal study design" for investigating the impact of environmental chemicals on human health.[135]

---

[122] Choi et al. (2012), p. 1367.
[123] Choi et al. (2012), p. 1367.
[124] Duan et al. (2018).
[125] Duan et al. (2018), Figure 2.
[126] Duan et al. (2018), Figure 2.
[127] Duan et al. (2018).
[128] Bashash et al. (2018).
[129] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[130] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[131] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[132] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[133] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[134] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[135] Thayer Deposition at 162:19-163:7.



Unfortunately, because prospective cohort studies "can be very time-consuming and costly," they are rarely available for neurotoxicity risk assessments.[136]  At the times of their respective assessments, none of the 10 chemicals that EPA has assessed under the Guidelines had been studied using a prospective cohort. In the case of fluoride, however, there are five prospective cohort studies, including four with individualized measurements of fluoride exposure.[137]  Notably, each of the prospective studies that collected individual measurements of fluoride exposure found that fluoride exposure predicted significant IQ loss.  By contrast, the one study that did not have individual measurements (Broadbent et al.), did not detect a measurable effect on IQ.[138]

Several differences in study design may help to explain why the study by Broadbent et al. did not detect an effect.[139]  First and foremost, in the Bashash and Green studies, fluoride exposure was measured by testing the pregnant mother's urine;[140] their analyses were thus focused on the impact of a likely vulnerable age-specific window, the prenatal period.  By contrast, Broadbent did not collect information on prenatal exposures, focusing instead on exposures after birth.  This is an important limitation, particularly in a country like New Zealand, where adults consume large quantities of fluoride-containing tea.[141] Substantial overlap in the prenatal exposures in Broadbent's fluoridated and "non-fluoridated" cohorts is thus likely.

Second, most of the children in the non-fluoridated area in Broadbent's study used fluoride supplements and fluoride toothpaste, and, as such, were not a true "control" population.  In a follow-up letter, Broadbent et al. estimated that the difference in average exposure between the fluoridated and "non-fluoridated" population was just 0.3 mg/day.[142]  Given this likely substantial overlap in childhood exposures, the power of Broadbent's study to detect statistically significant differences in outcome is thus questionable, particularly given the relatively low number of children in the "non-fluoridated" group (n = 93).

Finally, as EPA's Guidelines recognize, bias may be introduced into prospective cohort studies if the examiner is aware of the subject's exposure status.[143]  Because of this, the Guidelines provide that "more credence should be given to those studies in which both observer and subject bias are carefully controlled (e.g., double-blind studies)."[144]  The Bashash and Green studies were both double-blinded studies,[145] but the only blinding mentioned in the Broadbent paper is that the examiner at the age 38 exam was blind to the subjects' previous IQ scores.  The lack of blinding in the Broadbent study is a potential source of bias, because the principal measure of fluoride exposure in the study (community water fluoride concentration) may have been available to the examiner.

---

[136] EPA (1998a), p. 17; Federal Register (1998), p. 26933.

[137] Bashash et al. (2017; 2018); Broadbent et al. (2015); Green (2018); Valdez Jiménez et al. (2017).

[138] Broadbent et al. (2015).

[139] See also Menkes et al. (2014).

[140] Bashash et al. (2017; 2018) and Green (2018) utilized spot urine samples, rather than first morning or 24 hour collection.  Spot samples are an imprecise metric of chronic exposure, and thus would have introduced some exposure error into the study.  This imprecision, however, would bias the results to the null.

[141] Waugh et al. (2017).

[142] Broadbent et al. (2016).

[143] EPA (1998a), pp. 17, 19; Federal Register (1998), pp. 26933-26934.

[144] EPA (1998a), pp. 17, 19; Federal Register (1998), pp. 26933-26934.

[145] In the Bashash et al. (2017; 2018) and Green (2018) studies, the cognitive tests were performed before the archived urine samples had been tested for fluoride, and thus neither the examiner nor the subject could have known the fluoride status.



*No-Effect Retrospective Studies:*  Two early and two recent retrospective studies have failed to identify significant effects of fluoridated water on neurological parameters, including lost IQ, learning disorders, and behavior problmes.[146]

The first epidemiological study to examine the effect of fluoridated water on behavior was published by Shannon et al. in 1986.[147]  The study used data from 1,028 children in the Christchurch Child Development Study in New Zealand to investigate the relationship between residence in fluoridated communities during the first 7 years of life and maternal and teacher ratings of childhood behavior.  The authors found that duration of residence in fluoridated areas had no effect on behavioral outcomes.  Severe shortcomings in the exposure assessment, however, limit the weight that can be given to this finding.  The authors had no individualized data on exposure, including no data on urinary or plasma fluoride levels, no data on water intake patterns (including during gestation and infancy), and no data on non-water sources of fluoride exposure, including toothpaste and supplements.  The only metric of exposure that the authors had was residence in a community with fluoridated water, which will result in substantial exposure misclassification and thereby bias the results to the null.  Timing of exposure to fluoridated water was not examined, only the number of years resident in a fluoridated area.  Prenatal exposures (e.g., residence of the mother during pregnancy) and neonatal exposures (e.g., breastfeeding vs. formula feeding) were not examined.

Morgan et al. studied dental fluorosis and behavioral scores (from parent information) for a sample of 197 children (ages 7-11) recruited in a suburb of Boston.[148]  They reported no significant associations between behavioral scores and fluorosis or fluoride exposure, except for an assocation of behavior problems with both the use of topical fluoride betwen ages 3 and 6 years and the use of fluoride toothpaste between ages 1 and 2 years.  They also reported that an association between fluoride exposure and behavior problems could not be definitively excluded by their study.  The study sample had a high prevalence of fluorosis (69%), and it seems likely that the children varied more in timing of fluoride exposure (e.g., timing of use of fluoride toothpaste or other topical fluorides) than in total exposure.  This could have produced differences in fluorosis without producing differences in other endpoints, especially if the behavioral endpoints might have been affected by prenatal or early postnatal fluoride exposures, which were not addressed in this study.  In particular, no information on breastfeeding vs. formula feeding was mentioned, nor were differences in prenatal fluoride exposure addressed.

In the study by Aggeborn and Öhman, the authors analyzed mental health data (both cognitive and non-cognitive) from the military enlistment tests of a large number of Swedish military recruits (n = 80,000).[149]  No consistent relationship was found between the results of the recruitment tests and the recruits' prior exposure to fluoride in drinking water.  A strength of the study is that the authors had complete residential history for each recruit.  A major weakness, however, is that the authors had no individualized data on actual exposure.  The authors did not have data on the actual fluoride levels in the recruits' water, nor did they have any individual data on water intake patterns, biomonitoring data (e.g., urinary fluoride, serum fluoride), or exposures to non-water sources of fluoride at any time point in life.  To estimate exposure, the authors used available data on water fluoride distribution in Sweden[150] to retrospectively estimate the water fluoride level for each subject.  This analysis involved several

---

[146] Shannon et al. (1986); Morgan et al. (1998); Aggeborn and Öhman (2017); Barberio et al. (2017).
[147] Shannon et al. (1986).
[148] Morgan et al. (1998).
[149] Aggeborn and Öhman (2017).
[150] Water fluoride in Sweden is entirely natural (Aggeborn and Öhman, 2017); no information was provided on other mineral content in the water that might have varied with the fluoride content.



*Food and Water Watch v. EPA*                                                   *Thiessen Report*

assumptions which could have introduced some degree of exposure misclassification as to water fluoride level, especially given a fairly narrow total range of fluoride concentrations in drinking water.  The study had no data on individual exposure patterns during the *in utero* and infancy periods, and thus it provides no information on the impact of fluoride exposures during the prenatal and early life period.

A 2017 study by Barberio et al. analyzed the relationship between urinary fluoride levels and reported learning disabilities among 3- to 12-year-old children from two cycles of the Canadian Health Measures Survey (CHMS).[151]  Unadjusted urinary fluoride was significantly correlated with an increased incidence of learning disabilities, but the relationship was no longer significant after adjusting for creatinine and specific gravity.  The authors conclude:  "Overall, there did not appear to be a robust association between fluoride exposure and parental or self-reported diagnosis of a learning disability among Canadian children."  As with Aggeborn, the Barberio study did not have data on the exposures during the *in utero* or early infancy periods; the study thus provides no information about the impact of such exposures.  The authors themselves point out that "reported learning disability diagnosis could have preceded measured fluoride exposure." [152]   An effect of prenatal or neonatal exposure to fluoride could have been missed given a fluoride exposure based on a urine sample obtained between ages 3 and 12.

*Neuroendocrine Effects*

EPA's Guidelines recognize the relevance of a chemical's ability to alter the function of the thyroid gland.[153]  According to the Guidelines, "the development of the nervous system is intimately associated with the presence of circulating hormones such as thyroid hormone."[154]  A thyroid disturbance during a specific developmental period may cause a "nervous system deficit, which could include cognitive dysfunction, altered neurological development, or visual deficits, [depending] on the severity of the thyroid disturbance and the specific developmental period when exposure to the chemical occurred."[155]  Elsewhere, EPA has recognized that "thyroid hormones are essential for normal brain development in humans and that hypothyroidism during fetal and early neonatal life may have profound adverse effects on the developing brain."[156]  The NRC made a similar observation.[157]  This admonition is significant in the context of fluoride, as the NRC concluded that fluoride is an "endocrine disrupter" which may lower thyroid function.[158]  The NRC reported that fluoride can lower thyroid function at estimated average intakes of 0.05-0.13 mg/kg/day in humans with adequate iodine intake, and at estimated average intakes as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency.[159]  Put differently, fluoride affects thyroid function at lower doses in people with iodine deficiency than in those with optimal intake of iodine. Consistent with this, Malin et al. reported a relationship between urinary fluoride and elevated TSH (thyroid stimulating hormone) among iodine-deficient adults in Canada, but not in the general population as a whole (excluding those with known

---

[151] Barberio et al. (2017).

[152] Barberio et al. (2017).

[153] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[154] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[155] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[156] EPA (2008a), p. 40, citing Morreale de Escobar et al. (2000) and Haddow et al (1999).  See also EPA (2008b), p. 54, citing Morreale de Escobar et al. (2000).  EPA's Science Advisory Board in 2013 found that "the most sensitive life stages are the fetus, neonates and infants because these are the stages when thyroid-dependent brain development occurs" (EPA 2013b, cover letter, p. 2).

[157] NRC (2006), p. 263.

[158] NRC (2006), pp. 262-263.  Fluoride has actually been used as a therapeutic agent for lowering thyroid activity in cases of hyperthyroidism (Galletti and Joyet 1958), and fluoride exposure has been associated with hypothyroidism in both animal and human studies (Hillman et al. 1979; Peckham et al. 2015; Yang et al. 2019).

[159] NRC (2006), pp. 262-263.



thyroid disease and excluding pregnant individuals).[160]  Elevated TSH is indicative of a decrease in thyroid function.  Malin's findings are of particular concern when considering that more than 10% of women of child-bearing age in the US are iodine deficient.[161]

*Mode of Action*

EPA's Guidelines recognize that hazard identification is strengthened by, but not dependent upon, an identifiable mechanism by which the chemical can exert neurotoxic effects.[162]  For most of the chemicals for which EPA has established RfDs pursuant to the Guidelines, the mode of action has not been known (see Table 1).  As noted recently by the NAS, "solid conclusions about causality can be drawn without mechanistic information, for example, when there is strong and consistent evidence from animal or epidemiology studies."[163]  The NAS added that "mechanistic frameworks today could probably be completed for only a few chemicals."[164]

Several plausible mechanisms—both indirect and direct—have been identified that could help explain the neurotoxicity of fluoride.  Thyroid depression is likely a principal indirect mechanism and could account for some of the neurotoxic effects reported in the literature.  A thyroid mechanism is particularly plausible as a cause of IQ loss among offspring born to women with suboptimal iodine intakes.  Another plausible indirect mechanism of fluoride neurotoxicity is the association of fluoride exposure with increased exposure to lead (Pb), a known neurotoxic agent.  Water fluoridation, and especially the use of silicofluorides as the fluoridation chemical, is associated both with higher concentrations of lead in the drinking water (due to increased leaching of lead from pipes and plumbing fixtures) and with higher blood lead in children.[165]  Rat studies have shown increased lead in blood and calcified tissues from coexposures to lead and fluoride, as well as increased dental fluorosis due to combined exposure.[166]

In terms of direct mechanisms of fluoride neurotoxicity, a recent study by Zhao et al. provides *in vitro*, *in vivo*, and epidemiological data that, together, suggest that disturbances in hippocampal mitochondrial dynamics (marked by fission inhibition and fusion promotion) play an important role in fluoride-induced cognitive loss.[167]  The hippocampus is an important region in the brain for learning and memory, and many of the studies investigating the neuroanatomical and neurochemical effects of fluoride exposure have identified adverse effects in this region (see Table A-1).  Other potential modes of action have also been identified, including signaling disruption, oxidative stress, and selective reductions in nicotinic receptors.[168]

*Dose response*

The Guidelines recognize that "determining a hazard often depends on whether a dose-response relationship is present,"[169] and thus "dose-response evaluation is a critical part of the qualitative characterization of a chemical's potential to produce neurotoxicity."[170]  Because "human studies covering

[160] Malin et al. (2018).
[161] CDC (2008), Chapter 4a, pp. 91-100; see also Pearce (2015); Caldwell et al. (2011).
[162] EPA (1998a), pp. 10, 53; Federal Register (1998), pp. 26930, 26945.
[163] NAS (2018), p. 9.
[164] NAS (2018), p. 9.
[165] Maas et al. (2007); Coplan et al. (2007).
[166] Sawan et al. (2010); Leite et al. (2011).
[167] Zhao et al. 2019.
[168] Bartos et al. (2018); Chen et al. (2003; 2018a); Gao et al. (2008); Liu et al. (2010); Long et al. (2002); Shan et al. (2004); Zhang (2017b); Zhu et al. (2017).
[169] EPA (1998a), p. 2; Federal Register (1998), p. 26927.
[170] EPA (1998a), p. 50; Federal Register (1998), p. 26944.



*Food and Water Watch v. EPA*                                                              *Thiessen Report*

a range of exposures are rarely available," the Guidelines state that the dose-response evaluation will typically be limited to animal data.[171]

Unlike the case for numerous other chemicals, there is an abundant supply of dose-response data for fluoride, from *both* animal *and* human data. While there are some inconsistencies, and while there is some indication of a ceiling effect or nonlinearities,[172] and potentially a non-linear threshold effect for some endpoints,[173] the data generally show that the incidence and/or severity of nervous system deficits increase as fluoride exposure increases.

In animal studies, a prerequisite for dose-response analysis is that there be multiple treatment groups with different exposures to the test substance. Many of the animal studies on fluoride have used multiple treatment doses, and thus permit evaluation of dose response. Of the studies published since the NRC review (summarized in Table A-1), 1 used four treatment doses, 19 used three treatment doses, and 20 used two treatment doses. The vast majority of these studies show visually apparent dose-response trends for at least one of the effects being investigated.

In the human studies, dose-response trends have been observed in both the cross-sectional and prospective cohort studies. In the cross-sectional studies, dose response trends have been reported for analyses of IQ as a function of childhood urine and serum fluoride levels.[174] An important limitation with the urine and serum data from the cross-sectional studies is that the levels are measured after the effect (reduction in IQ) has occurred. The data, however, are not without value, as current exposures can be reflective of developmental exposures in areas with stable populations and stable water fluoride concentrations. While the Cui and Ding studies do not provide information on the residential history of the subjects, most of the children in the Zhang study had been living in the same household and drinking from the same wells since birth.[175] Similarly, in the studies by Xiang, children who had lived in another village for more than 2 years of their lives were specifically excluded from the study.[176] In the Xiang and Zhang studies, therefore, the dose response relationships found between current water/urine/blood levels and reduced IQ could be seen as a rough but reasonable proxy of developmental exposures.

More significant than the cross-sectional studies, however, are the dose-response trends observed in the prospective cohort studies, because, for the reasons discussed above, prospective cohort studies provide greater confidence in ascribing a causal relationship between the exposure and effect. As can be readily seen in the published figures, significant linear relationships were found for maternal fluoride and IQ at ages 3-4 in both the Bashash and Green studies,[177] while an apparent non-linear effect for IQ was observed by Bashash et al. for the 6-12 year olds: i.e., a possible threshold of 0.8 ppm fluoride in the maternal urine, followed by a significant linear reduction in IQ at maternal urinary fluoride concentrations above 0.8 ppm.[178] In Bashash's analysis of ADHD outcomes, a significant linear increase was found (with no apparent threshold), although a possible ceiling effect was suggested at the higher concentrations.[179]

---

[171] EPA (1998a), p. 50; Federal Register (1998), p. 26945.
[172] Bashash et al. (2018); Duan et al. (2018). See also Chen et al. (2018a), Figure 1d; Chouhan et al. (2008), Figure 3a; Wang et al. (2018a), Figure 4b,c; Yuan et al. (2019), Figure 3.
[173] Bashash et al. (2017).
[174] Cui et al. (2018); Ding et al. (2011); Xiang et al. (2011); Zhang et al. (2015b).
[175] Zhang et al. (2015b), p. 4.
[176] Xiang et al. (2003a), p. 85.
[177] Bashash et al. (2017), Figure 2; Green (2018), Figures 5-6.
[178] Bashash et al. (2017), Figure 3.
[179] Bashash et al. (2018), Figure 2.



*Pharmacokinetics*

Under the Guidelines, consideration should be given to the pharmacokinetics of the compound with "particular importance" given to the pharmacokinetics of the blood-brain barrier.[180]  Studies of human cadavers have found markedly elevated concentrations of fluoride in the pineal gland (a gland located between the two hemispheres of the brain which is not protected by the blood-brain barrier).[181]  Further, recent radioactive tracer studies in humans, using radioactive sodium fluoride to identify metastatic growths, have confirmed that fluoride can get past the blood-brain barrier and into the brain,[182] as been reported for several animal studies.[183]

The extent of fluoride uptake into brain remains unclear and likely depends on the route and timing (acute or chronic) of administration; the timing of the measurements is probably important as well. Whitford has postulated that the concentration of fluoride in brain tissue fluid will be approximately 20% of the concentration in plasma,[184] but several studies, including one by Whitford himself, have found substantially higher ratios.[185]  Whitford's early estimate was derived from short-term term exposures in healthy animals;[186] his later data from a chronic study show brain-to-plasma ratios for fluoride of about 0.2 to 0.3.[187]  In contrast, chronic exposure data from McPherson et al. would give brain-to-plasma ratios for fluoride of about 10 to 200.[188]  Data are lacking for uptake of fluoride into brain during life stages when the blood-brain barrier has limited effectiveness (i.e., the prenatal period, infancy, and old age).[189]

Both the early and late stages of human life are characterized by an inadequate blood-brain barrier. From EPA's risk assessment for 2-hexanone:  "The developing brain is distinguished by the absence of a blood-brain barrier.  The development of this barrier is a gradual process, beginning in utero and complete at approximately 6 months of age.  Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain."[190]  Increased permeability of the blood-brain barrier is associated with ordinary aging, as well as with diseases such as Alzheimer's and Parkinson's, both of which are common among elderly people.[191]  Passage of fluoride into the brain can be expected to be higher when the blood-brain barrier is underdeveloped or impaired.  There is also some indication in the literature that different portions of the brain may retain different concentrations of fluoride.[192]  For example, a recent rodent study with radioactive fluoride ion found higher radioactivity in the ventral hippocampus than in the whole brain, although the radioactivity was (predictably) much higher in the skull than in the brain.[193]

[180] EPA (1998a), p. 47; Federal Register (1998), p. 26943.
[181] Luke (2001).
[182] Gori et al. (2015); Jones and Iagaru (2014); Li et al. (2011); Salgarello et al. (2016); Sheth and Colletti (2012); Thenkondar et al. (2017); Wu et al. (2013).
[183] For example, Whitford and Pashley (1979); Geeraerts et al. (1986); Mullenix et al. (1995); Zhang et al. (2013c); Niu et al. (2015b).
[184] NRC (2006), p. 91.
[185] NRC (2006), p. 91; Whitford and Pashley (1979), pp. 203, 205-206.
[186] Carlson et al. (1960); Whitford and Pashley (1974).
[187] Whitford et al. (2009).
[188] McPherson et al. (2018).
[189] NRC (2006), p. 91; Rodier (1995); Zeevi et al. (2010).
[190] EPA (2009c), p. 58.
[191] For example, see Mooradian (1994); Zeevi et al. (2010); Rosenberg (2014); and Pan and Nicolazzo (2018).
[192] Mullenix et al. (1995).
[193] Tipre et al. (2006).



A second important consideration with respect to the pharmacokinetics of fluoride is that the placenta is not an effective barrier to fluoride transfer. A number of studies in humans have demonstrated that fluoride crosses the placenta and reaches the fetus.[194] In general, measured concentrations of fluoride in umbilical cord blood and in blood of neonates are similar to concentrations in maternal blood.[195] However, with higher maternal intakes of fluoride, the placenta may act as a partial barrier, with a maximum observed reduction of about 40%.[196] Fluoride is taken up by the bones of the developing fetus, with some being excreted by the fetal kidney into the amniotic fluid. After birth, maternal fluoride intake no longer contributes to exposure of the infant, apart from very small amounts in the milk. However, fluoride in the infant's bones can act as a continuing source of fluoride to the infant's blood and organs when intake of fluoride from breast milk or formula is low. For example, a recent pharmacokinetics study by Zohoori et al. found that breastfed infants had a negative fluoride balance, meaning that they were excreting more fluoride (presumably of prenatal origin) than they were ingesting.[197]

Overall, there appears to be little question that fluoride gets through both the blood-brain barrier and the placenta, and, while questions remain about the extent of the uptake, the greatest rates of accumulation likely occur during the prenatal and early infancy stages of life, while the greatest net accumulations (especially in bone) probably exist during old age.

*In Vitro Studies*

EPA's Guidelines also provide guidance on how to consider *in vitro* data. While positive *in vitro* data are not sufficient, by themselves, to demonstrate a neurotoxic hazard in humans, the existence of such data helps enhance the reliability of *in vivo* data.[198] Fluoride's ability to damage brain cells has been documented in *in vitro* experiments. While most of these studies have used high concentrations that are unlikely to be present in the human brain, several studies have examined environmentally realistic fluoride concentrations. Gao et al. found increased lipid peroxidation and reduced α7 nicotinic acetylcholine receptors in SY-SY57Y cells at fluoride concentrations from 0.5 μmol/L (9.5 μg/L) to 5 μmol/L [95 μg/L]),[199] and others have reported increases in inflammatory markers.[200] Under the Guidelines, these data do not necessarily demonstrate a hazard in humans, but they do enhance the reliability of the animal studies, as similar effects have been reported in fluoride-treated rodents.[201]

*Validity of the Database*

Under the Guidelines, the validity of the database should be evaluated by assessing the content validity, construct validity, concurrent validity, and predictive validity of the data.[202]

---

[194] See for example, Feltman and Kosel (1961); Gedalia et al. (1964); Blayney and Hill (1964); Armstrong et al. (1970); Hanhijärvi et al. (1974); Forsman (1974); Shen and Taves (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Brambilla et al. (1994); Shimonovitz et al. (1995).

[195] Feltman and Kosel (1961); Gedalia et al. (1964); Hudson et al. (1967); Armstrong et al. (1970); Hanhijärvi et al. (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Shimonovitz et al. (1995).

[196] Gupta et al. (1993); Gedalia et al. (1964).

[197] Zohoori et al. (2019). Zohoori et al. also state that renal function in humans does not reach its full capacity until about age 2 years, indicating that excretion of fluoride is likely less during infancy and early childhood, compared with older ages.

[198] EPA (1998a), p. 49; Federal Register (1998), p. 26944.

[199] Gao et al. (2008), Figures 1A, 3A.

[200] Goschorska et al. (2018).

[201] Bartos et al. (2018); Dong et al. (2015); Yang et al. (2018a); Yan et al. (2016); Zhao et al. (2019).

[202] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.



*Content validity* addresses "whether the effects result from exposure."[203] This factor weighs decisively in favor of a neurotoxicity hazard determination for fluoride. As explained by the Director of EPA's IRIS Division, "experimental animal studies are designed to let you draw causal inferences."[204] The large number of animal studies reporting neurotoxic effects (both structural and functional) following fluoride exposure thus gives confidence in the content validity of the data. Based on the structural effects, NRC concluded that fluoride interferes with the brain.[205] Similarly, Dr. Thayer, who served as the principal author of the NTP systematic review on fluoride's learning effects, agreed that the animal studies show that "at some level of exposure fluoride can damage the brain."[206] In addition to the animal studies, four prospective birth cohort studies have associated prenatal fluoride exposure in humans with adverse effects.[207] Prospective studies are the optimal form of epidemiological study for ascribing causality between chemical and disease.[208]

*Construct validity* addresses whether the neurologic effects that have been observed "are adverse or toxicologically significant."[209] This factor is satisfied in the fluoride database. Among other things, the animal studies have linked fluoride to learning and memory deficits, which EPA has used as the adverse effect upon which to establish reference doses for other chemicals (e.g., BDE-153).[210] Further, the human epidemiological data have linked fluoride with IQ detriments, including an approximate 5 to 6 point drop in IQ as maternal urinary fluoride increased from 0 to 1 mg/L.[211] EPA has recognized that a loss of a single IQ point is associated with loss in lifetime earnings in the range of at least $8,760 to $12,512,[212] and has stated that "an IQ loss on the order of one to two IQ points [should] be prevented in all but a small percentile of the population."[213]

*Concurrent Validity* addresses "whether there are correlative measures among behavioral, physiological, neurochemical, and morphological endpoints.[214] Studies have correlated fluoride's cognitive effects in animals with various neurochemical and neuroanatomical changes,[215] and a few studies have correlated fluoride-associated cognitive loss in humans with increased TSH and alterations in mitochondrial dynamics.[216] For example, Zhao et al.[217] reported lower circulating levels of a mitochondrial protein (fission-related protein-1, Fis1) in children from high fluoride areas (compared with children in low fluoride areas), and higher circulating levels of a second mitochondrial protein (mitofusin-2, Mfn2) in the same

---

[203] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.

[204] Thayer Deposition at 270:23-25.

[205] NRC (2006), p. 222.

[206] Thayer Deposition at 225:8-15, 226:13-16.

[207] Bashash et al. (2017; 2018); Green (2018); Valdez Jiménez et al. (2017).

[208] While the prospective study from New Zealand (Broadbent et al. 2015) failed to detect an association between fluoride and IQ, this can be explained by certain limitations with the study design, including the absence of individualized exposure data and the failure to consider exposures during the prenatal period.

[209] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.

[210] EPA (2008c), p. 36. Effects on memory were also noted in the RfD determination for BDE-99 (EPA 2008b, p. 27).

[211] Bashash et al. (2017); Green (2018).

[212] EPA (2008e), p. 5-28.

[213] Cited by a member of the CASAC Lead Review Panel in its peer review of the EPA's Policy Assessment for the Review of the Lead National Ambient Air Quality Standards (External Review Draft – January 2013), p. A-15. [https://yosemite.epa.gov/sab/sabproduct.nsf/E2554E264EEF8CCB85257B80006B3014/$File/EPA-CASAC-13-005+unsigned.pdf]

[214] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.

[215] For example, see Bartos et al. (2018); Zhao et al. (2019); Zhou et al. (2019).

[216] For example, Zhang et al. (2015b); Zhao et al. (2019).

[217] Zhao et al. (2019).



children.  The levels of circulating Fis1 were positively associated with children's IQ scores, while the levels of circulating Mfn2 were negatively associated with the IQ scores.

*Predictive validity* addresses "whether the effects are predictive of what will happen under various conditions."[218]   The condition of perhaps greatest interest with respect to prediction of fluoride neurotoxicity is exposure during the prenatal period.  Studies in both animals and humans have, with one exception,[219] reported neurologic effects following prenatal exposure.  The database, therefore, does have some degree of predictive validity, although further research remains necessary to determine to what extent other conditions (e.g., nutrition, genetics, neonatal exposure, and kidney function) may modify or predict outcomes.  Exposure during the early postnatal period also requires further research.

### Sufficiency of the Evidence

Under the Guidelines, the purpose of the hazard identification analysis is to determine from the collective data whether a neurotoxicity hazard "could exist" for the chemical.[220]  The Guidelines provide that "the minimum evidence sufficient would be data on a single adverse endpoint from a well-conducted study."[221]  In the case of fluoride, the toxicological evidence was sufficient as of 2006 to permit the NRC to conclude that fluoride interferes with the brain.[222]  Since that time many additional animal and epidemiological studies have been published, including four prospective cohort studies correlating prenatal fluoride exposure with adverse neurological outcomes in offspring.[223]  Prospective cohort studies are considered the ideal study design for determining the impact of environmental chemicals on human health, and thus the four prospective cohort studies are arguably sufficient by themselves to reach the hazard determination.  The prospective studies are most compelling, however, when viewed in the context of the animal data, the cross-sectional studies, the neuoroendocrine literature showing depression in thyroid function, and the pharmacokinetic data showing placental transfer to the fetus.  Taken together, these data provide more than sufficient evidence of a neurotoxic hazard under EPA's Guidelines, with a high degree of confidence.

The Guidelines go on to point out that, in contrast, to conclude that a chemical is unlikely to pose a neurotoxic hazard, "the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects,"[224] in particular, "human data from appropriate studies that could support a conclusion of no evidence of a neurotoxic effect."[225]  As discussed elsewhere in this report, very few neurotoxicologic studies of fluoride exposures in humans have reported no evidence of effects, while the vast majority report a neurotoxic hazard to humans from exposure to fluoride.

### Data Gaps

EPA's Guidelines point to the need to address "significant data gaps."[226]  Although there are enough data available to conclude that neurotoxicity is a hazard of fluoride exposure, certain data gaps do remain.  One of the major data gaps is the lack of research on the impact of fluoride during the neonatal and early infancy period.  EPA has recognized that the neonatal period represents a critical window of

---

[218] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.
[219] McPherson et al. (2018).
[220] EPA (1998a), pp. 53, 55; Federal Register (1998), pp. 26945-26946.
[221] EPA (1998a), p. 55; Federal Register (1998), p. 26946.
[222] NRC (2006), p. 222.
[223] Bashash et al. (2017; 2018); Green (2018); Valdez Jiménez et al. (2017).
[224] EPA (1998a), p. 56; Federal Register (1998), p. 26946.
[225] EPA (1998a), p. 56; Federal Register (1998), p. 26946.
[226] EPA (1998a), p. 12; Federal Register (1998), p. 26931.



vulnerability to neurotoxicants,[227] yet most developmental rodent studies do not address neonatal exposures to fluoride (due to exclusive breastfeeding of the rat or mouse pups and absence of gavage exposures), and no epidemiological study has yet investigated the impact of fluoridated water in infant formula on neurologic outcomes.  Other data gaps include the absence of long-term animal studies, and the scarcity of epidemiological research into fluoride's neurologic effects in the elderly.  Data gaps also remain with respect to how the dose which causes neurologic effects varies across susceptible subsets of the population, including those with nutrient deficiencies, genetic polymorphisms, kidney disease, and the elderly. These data gaps, and resulting uncertainties, are discussed further in later parts of this report.

*Summary*

As described above, the overwhelming body of evidence, from both animal studies and human studies, supports the existence of neurotoxic effects from exposure to fluoride.  This is especially important for exposures during development, i.e., during gestation and the neonatal period.  Of particular significance is the lack of animal studies that include neonatal exposures comparable to those received by human infants who are fed formula prepared with fluoridated water.

---

[227] See for example, EPA (2008a), p. 42.



**B.      Neurotoxicity Is a More Sensitive Effect of Fluoride than Severe Dental Fluorosis**

According to the Guidelines, "if data are considered sufficient for risk assessment, and if neurotoxicity is the effect occurring at the lowest dose level (i.e., the critical effect), an oral or dermal RfD, or an inhalation RfC, based on neurotoxic effects, is then derived."[228]  At present, EPA assumes severe dental fluorosis to be the critical effect of fluoride exposure.[229]  This assumption, however, has no identifiable biological or empirical justification, and it is at odds with substantial animal and epidemiological evidence.

A)      Background

The EPA, in its 2010 report, established a Reference Dose (RfD)[230] of 0.08 mg/kg/day, based on keeping the percentage of children with severe dental fluorosis below 0.5%.[231]  EPA considered this RfD to also be protective against a fluoride-related increase in bone fractures in adults[232] and presumably also of Stage II skeletal fluorosis.  EPA stated that the "Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride."[233]  However, the EPA ignored or failed to consider any adverse health effects other than severe dental fluorosis, stage II skeletal fluorosis, or bone fractures, even though the NRC (2006) discussed a number of additional adverse health effects due to fluoride exposure.[234]  As discussed earlier, the NRC concluded that fluoride is an endocrine disruptor,[235] and it can interfere with the brain by both direct and indirect means.[236]  EPA's representative in this litigation (Edward Ohanian) recognized that NRC's concerns about potential neurotoxicity in humans justified application of an uncertainty factor to account for a "database deficiency."[237]  However, EPA did not apply any uncertainty factors, due to concerns about interfering with caries-prevention programs.[238]

B)      Biological Considerations

In its risk assessment, EPA did not address the biological or empirical justification for assuming that severe dental fluorosis is a more sensitive effect of fluoride exposure than neurotoxicity.  Instead, EPA treated the scarcity of quantitative dose response data on neurotoxicity as evidence that neurotoxicity is a less sensitive effect.  EPA's assumption ignores the different windows of susceptibility for fluoride-induced neurotoxicity and fluorosis.  As discussed earlier, there are distinct pharmacokinetics (e.g., known placental transfer, lack of an effective blood-brain barrier) during the *in utero* period that will render the organism more vulnerable to fluoride's neurological effects than during the childhood years.  Consistent with this, recent prospective cohort studies, as well many animal studies, have identified the prenatal period as a

---

[228] EPA (1998a), p. 2; Federal Register (1998), p. 26928.

[229] EPA (2010b), pp. i, 87, 94.

[230] Reference Dose (RfD): An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments. EPA (2009a).

[231] EPA (2010b), pp. xiv, 103.

[232] EPA (2010b), pp. xv, 105.

[233] EPA (2010b), p. i.

[234] NRC (2006), pp. 8, 12, 222-223, 266-267.

[235] NRC (2006), p. 266.

[236] NRC (2006), p. 222.

[237] Ohanian Deposition at pp. 200:4-202:2, 206:9-19.

[238] Ohanian Deposition at pp. 205:6-16, 206:14-19, 329:3-7.  See also EPA (2010b), pp. 105-106:  "the total uncertainty factor applied was 1" (p. 105) and "1 is the chosen value for each of the following uncertainty factors used in this estimate of the fluoride oral RfD:  $UF_H$, $UF_A$, $UF_S$, $UF_L$.  The composite UF is also equal to 1" (p. 106).



window of vulnerability for fluoride neurotoxicity.  By contrast, prenatal fluoride exposure is *not* considered a risk factor for dental fluorosis.[239]  In its risk assessment, EPA considered the window of vulnerability for severe dental fluorosis to be the period between 6 months and 14 years of age.[240]  Severe dental fluorosis thus has a later window of vulnerability than fluoride neurotoxicity, and EPA's representative has admitted that one cannot rely on the current reference dose for severe dental fluorosis "to protect against potential effects that could occur in *in utero*."[241]

C)  Evidence from Animal Studies

Animal studies provide some guidance as to the respective sensitivity of neurotoxicity and severe dental fluorosis following fluoride exposure.  Several of the studies that have investigated the neurological effects of fluoride in rodents have examined the teeth for signs of fluorosis.[242]  In these studies, measurable nervous system deficits were identified in animals with only mild forms of fluorosis.  Based on these findings, Niu et al. concluded that fluoride "can influence spontaneous behaviors and lower the learning ability of rats before the appearance of dental lesions."[243]  The applicability of these animal findings to humans is complicated by the fact that, unlike in humans, rat incisors never stop growing. Nevertheless, the results are consistent with what has been observed in human populations.

D)  Evidence from Prospective Cohort Studies

A prospective cohort study by Green reported significant reductions in IQ among children born to women living in fluoridated areas of Canada.[244]  In this study, each 1 mg/L of fluoride in the pregnant mother's water significantly correlated with a loss of 6.25 IQ points in young children.  Notably, this would include exposure levels below the concentration that can cause severe dental fluorosis, according to EPA. In its 2010 risk assessment, EPA selected a threshold for severe dental fluorosis of approximately 1.87 mg/L.[245]  The Green study thus indicates that fluoride exposure reduces IQ at levels that are lower than those which can cause severe fluorosis.  Bashash et al. reported similar findings for IQ[246] and for ADHD.[247]

E)  Evidence from Cross Sectional Studies

Consistent with the recent prospective cohort studies, many of the cross sectional studies have reported fluoride-related IQ reductions among children *without* severe dental fluorosis.  Some studies have reported clear dose responses between fluoride exposure or dental fluorosis and IQ.

---

[239] Ohanian Deposition at pp. 339:2-340:11.  EPA (2010b; p. 96) indicates that "the period of greatest sensitivity to severe enamel fluorosis [is] the time from six months through 14 years of age" for their assessment.

[240] EPA (2010b), p. 96.  EPA itself (EPA 2010b, p. 96) also states that mineralization of the permanent incisors begins at about $6 \pm 2$ months, which means that their analysis of fluoride exposure should start no later than 4 months of age.  Dental fluorosis is, in fact, associated with fluoride exposures during the first 6 months of life as well as later periods (Hong et al. 2006a; 2006b).  Both Forsman (1977) and Walton and Messer (1981) report more fluorosis in children who were bottle-fed rather than breastfed (with consequent higher fluoride ingestion) during their first few months of postnatal life.

[241] Ohanian Deposition at p. 340:12-341:3.

[242] For example, Chioca et al. (2008); Liu et al. (2011); Niu et al. (2008); Pereira et al. (2011).

[243] Niu et al. (2008).

[244] Green (2018), p. 40.

[245] EPA (2010b), p. 90.  A water fluoride concentration of 1.87 mg/L is the lower bound of the benchmark dose (BMDL) predicted to correspond to a response of 0.5% severe dental fluorosis.

[246] Bashash et al. (2017).

[247] Bashash et al. (2018).



A 1995 paper by Li et al.[248] reported significantly lower mean IQ in children (ages 8-13 years) in areas with medium or severe dental fluorosis (dental fluorosis index = 2.5 and 3.2, respectively; see Figure 1 in Appendix C). In addition, the distributions of IQ were also different between areas with no or slight dental fluorosis and areas with medium or severe dental fluorosis (Figure 2 in Appendix C): in areas with either medium or severe dental fluorosis, significantly more children had low IQs (< 70 and 70-79) and significantly fewer children had mid-range IQs (90-109). Thus, even from this early study, it was apparent that protecting against severe dental fluorosis is inadequate to protect against neurotoxic effects.

Khan et al.[249] have shown a clear dose response (a significant negative correlation) between dental fluorosis category (normal to severe) in children ages 6-11 and both mean IQ score (Figure 3 in Appendix C) and percentage of poor IQ grades (Figures 4-5 in Appendix C). As dental fluorosis increases in severity, the IQ measure becomes significantly worse (lower mean IQ and higher IQ grade, where a higher IQ grade corresponds to lower IQ). Children with normal teeth had a mean IQ score of 110.1; mean IQ decreased consistently with increasing severity of dental fluorosis (Figure 3 in Appendix C), even for very mild dental fluorosis. The shift in the distribution of IQ grade from mostly high IQ (IQ grades 1-2) with normal teeth, to mostly average IQ (IQ grade 3) with very mild and mild fluorosis, to mostly low IQ (IQ grades 3-5 for moderate fluorosis and grade 5 for severe fluorosis) is readily apparent (Figures 4-5 in Appendix C).

Das and Mondal[250] reported significant negative correlations between IQ and both dental fluorosis and urinary fluoride in children (ages 6-18). While children with normal teeth, questionable fluorosis, and very mild fluorosis had mean IQ scores of 108.3, 103.2, and 107.7, respectively, children with mild, moderate, and severe fluorosis had mean IQ scores of 92.83, 84.51, and 85.91, respectively.

Ding et al.[251] reported a much higher percentage of children (ages 7-14) with IQ < 89 among children with moderate fluorosis than among children with normal teeth, questionable fluorosis, very mild fluorosis, or mild fluorosis (21.4% among children with moderate fluorosis vs. 5-16% in other groups).[252] Ding et al. also reported an inverse association of IQ with urinary fluoride (decreased IQ with increased urinary fluoride) *in a population with no severe dental fluorosis.* Thus, even in the absence of severe dental fluorosis, there was still a dose-dependent decrease in IQ with increased urinary fluoride concentration, and moderate fluorosis was associated with a higher fraction of children with low IQ.

Dong et al.[253] reported decreased IQ with increasing prevalence of dental fluorosis and with increasing severity of dental fluorosis in children ages 8-12 years. Children in a non-endemic fluorosis village (2% with dental fluorosis) had a mean IQ of 108.7, while children in endemic fluorosis villages (prevalence 16.3%, 29.8%, and 61.0%) had mean IQs of 102.5, 101.7, and 93.5, respectively. Of the children in the endemic fluorosis villages, children with normal teeth had a mean IQ of 105.9, while children with suspected, slight, mild, moderate, and severe dental fluorosis had mean IQs of 102.9, 98.8, 93.3, 91.9, and 90.5, respectively. In addition, the percentage of children with IQ < 89 increased from 2.3% (normal teeth) to 21.4% (slight fluorosis), 30% (mild fluorosis), and 50-60% (moderate and severe fluorosis). Deficits in IQ were apparent with even mild and moderate dental fluorosis.

Shivaprakash et al.[254] reported a significantly lower IQ among children (ages 7-11) with dental fluorosis (mild, moderate, or severe; considered separately and together) than among children with no

---

[248] Li et al. (1995).
[249] Khan et al. (2015).
[250] Das and Mondal (2016).
[251] Ding et al. (2011).
[252] Ding et al. (2011), Table 4.
[253] Dong et al. (2018), especially Tables 2 and 3.
[254] Shivaprakash et al. 2011.



fluorosis.  For even mild fluorosis, the mean IQ of the children was significantly lower than that of children with no fluorosis.  Among children with fluorosis, 72.5% had borderline or extremely low IQ (IQ = 70-79 or IQ < 70, respectively), only 1.25% had high average IQ (110-119), and none had superior IQ (IQ = 120-129).  Among children with no fluorosis, 47.5% had borderline or extremely low IQ, and 5% had high average or superior IQ.  Thus, the distribution of IQ scores was shifted toward the lower scores for children with dental fluorosis, in comparison with children with no fluorosis (Figure 6 in Appendix C).

Sudhir et al.[255] reported significantly more intellectually impaired children (ages 13-15) with increased fluoride concentration in the drinking water used during ages 0-10.  The distribution of IQ grades (where grade 1 corresponds to the highest intelligence and grade 5 to the lowest intelligence; no children in this study were in grade 1, and only 4 of 1000 were in grade 2) clearly shifted toward worse IQ (more intellectual impairment) with increasing dental fluorosis index (increasing severity of dental fluorosis) (Figures 7-8 (in Appendix C).

Pang et al.[256] reported significantly lower IQ in children (ages 8-12 years) in an endemic fluorosis area (dental fluorosis prevalence > 30%) than in a non-endemic fluorosis area (dental fluorosis prevalence < 30%).  In the non-endemic fluorosis area, mean IQs were 98.85 in males and 94.67 in females; in the endemic fluorosis area, mean IQs were 93.24 in males and 91.75 in females.  The overall distribution of IQs was shifted to the left (more individuals with lower IQs) in the endemic fluorosis area, and the rate of mental retardation (IQ < 69) was greater in the endemic fluorosis area.

Yu et al.[257] reported that moderate levels of fluoride exposure were associated with increased likelihood of dental fluorosis and negatively associated with intelligence scores.  In particular, excellent intelligence was less likely with increased fluoride exposure and with increased severity of dental fluorosis; the odds ratio for developing excellent intelligence (IQ ≥ 130) decreased by 30% with each level of increased severity of dental fluorosis.

As part of a larger study of fluoride effects on mitochondrial function, Zhao et al.[258] compared children in areas with "normal" and "high" fluoride concentrations[259] and found lower IQ scores in the children from areas with high fluoride.  In addition, Zhao et al. found lower circulating levels of a mitochondrial protein (fission-related protein-1, Fis1) in the children from the high fluoride areas, and higher circulating levels of a second mitochondrial protein (mitofusin-2, Mfn2) in the same children.  The levels of circulating Fis1 were positively associated with children's IQ scores, while the levels of circulating Mfn2 were negatively associated with the IQ scores.  The authors concluded that impairments of mitochondrial fission and fusion were "associated with intellectual decline of children with long-term fluoride exposure."

<u>Evidence from Case Reports and Occupational Surveys</u>

Spittle reviewed case reports and occupational surveys of fluoride-exposed individuals, dating back to Roholm's seminal treatise on fluoride intoxication.[260]  Many of the case reports and occupational surveys

---

[255] Sudhir et al. (2009), especially Tables 2 and 3.

[256] Pang et al. (2018).

[257] Yu et al. (2018).

[258] Zhao et al. (2019).  This study included experiments with human neuroblastoma cells and with rats, as well as observations in children with different fluoride exposures.

[259] Mean (standard deviation) fluoride concentrations were 0.50 (0.27) mg/L in areas with "normal" fluoride concentrations and 2.00 (0.75) mg/L in areas with "high" fluoride concentrations, as summarized by Yu et al. (2018), Table 1.  (Personal communication from S. Zhang, June 11, 2019.)

[260] Spittle (1994).



identified mental problems, including "difficulties with concentration and memory." The exposures in the reports occurred during adulthood, and, as such, the neurological effects would have occurred in the absence of dental fluorosis.

<u>Summary</u>

In summary, adverse effects of fluoride exposure on children's intelligence and other neurological parameters are observed in the absence of severe dental fluorosis. In other words, protection against severe dental fluorosis does not indicate protection against loss of IQ points or other neurological effects. The collective data thus strongly support the conclusion that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.



**C.      Identifiable Subsets of the Population Have Heightened Susceptibility to the Risk of Harm from Fluoridation Chemicals**

The EPA, in its Guidelines, says that an "important part of this [risk assessment] effort is a description of the nature of the exposed population and the potential for sensitive, highly susceptible, or highly exposed populations."[261]  EPA identifies pregnant or lactating women, infants, and children as important subpopulations in terms of critical periods of exposure[262] (i.e., during development of the infants and children), and the elderly as a population "at particular risk  because of the limited ability of the nervous system to regenerate or compensate to neurotoxic insult."[263] The Guidelines also recognize that factors such as nutrition, pre-existing disease (e.g., diabetes), and genetic polymorphisms "may predispose some individuals to be more sensitive to the neurotoxic effects of specific agents."[264]

Consistent with the general principles discussed in the Guidelines, there are identifiable subsets of the population that will be more susceptible to the neurotoxic effects of fluoride than the general population. The NRC identified several population subgroups that are generally at increased risk from the adverse effects of fluoride.[265]  These high-risk groups include people with higher than average exposures (e.g., bottle-fed infants, athletes, outdoor workers, people with high occupational or industrial exposures), people with higher than average retention of fluoride (e.g., people with renal impairment), and people in vulnerable stages of life (e.g., infants and children during the developmental period, elderly persons with long-term accumulation of fluoride).  Research published subsequent to the NRC report further supports the NRC's conclusions and confirms that the increased susceptibility to fluoride exposure extends to neurological hazards.

The data set that EPA used in deriving its RfD included only white children;[266] as I commented to EPA in 2011,[267] the Centers for Disease Control and Prevention (CDC) reports higher rates of dental fluorosis in the black population than the white population.[268]  EPA itself described at least two studies that reported higher rates of dental fluorosis among blacks than whites.[269]  People with renal impairment and consequent reduced clearance of fluoride from the body could be sensitive to adverse health effects at lower levels of intake than typical,[270] and these people are not known to have been included in the study population.

A)  <u>Developmental Period – General Considerations</u>

The developmental period (the period between conception and sexual maturity[271]) is reasonably expected to be a vulnerable stage for neurotoxicity in humans.[272]  A variety of animal studies have shown "functional deficits" at "dose levels below those at which other indicators of developmental toxicity are evident" or that would be minimally toxic in adults,[273] and therefore EPA requires testing for developmental

---

[261] EPA (1998a), p. 63; Federal Register (1998), p. 26948.
[262] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[263] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[264] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[265] NRC (2006), pp. 350-351.  See also pp. 30-33.
[266] Dean (1942), pp. 28, 29, 31.
[267] Thiessen (2011).
[268] CDC (2005), Table 23.
[269] EPA (2010b), pp. 33-34.
[270] NRC (2006), p. 351.
[271] EPA (1998a), p. 44; Federal Register (1998), p. 26942.
[272] EPA (1998a), p. 44, 65; Federal Register (1998), pp. 26942, 26949; Grandjean and Landrigan (2014).
[273] EPA (1998a), p. 44; Federal Register (1998), p. 26942.



neurotoxicity when available information indicates that potential.[274]   From EPA's Guidelines for Neurotoxicity Risk Assessment:  "It is a well-established principle that there are critical developmental periods for the disruption of functional competence, which include both the prenatal and postnatal periods to the time of sexual maturation, and the effect of a toxicant is likely to vary depending on the time and degree of exposure."[275]   In its risk assessment for BDE-153, EPA based its Reference Dose (RfD) on a neurotoxicity endpoint in neonates, stating that "there are a wide variety of brain structures that have very limited critical windows during development.  These short critical windows translate to susceptible periods of exposure that can be very short."[276]   EPA considered it a demonstrated concept that exposure to a neurotoxic chemical during critical periods of development "can induce functional neurological effects later in development."[277]   In its risk assessment for BDE-47, EPA states that a "population subgroup is susceptible if exposure occurs during a period of sensitivity"[278] and then describes the neonatal stage as "a period of rapid development of the nervous system and . . . a critical window of development."[279] In its noncancer risk assessment for methanol, EPA stated that brain effects from postnatal exposure are relevant to humans "given that, in humans, gross measures of brain growth increase for at least 2-3 years after birth, with the growth rate peaking approximately 4 months after birth."[280]

B) Fetus

Evidence from both animal and human populations indicates that the fetal period is a critical period of susceptibility to fluoride's neurotoxic effects.  First, it should be recognized that fluoride's capacity to harm the developing brain in utero is biologically plausible, and as described below, adverse effects have been reported in both human and animal fetuses.  As discussed earlier, fluoride crosses the placenta and reaches the fetus.[281]  Further, the fluoride that reaches the fetus will have ready access to the brain.  As noted by EPA, "The development of [the blood-brain barrier] is a gradual process, beginning in utero and complete at approximately 6 months of age.  Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain."[282]  Fluoride is known to cross the blood-brain barrier,[283] especially when concentrations of fluoride in blood are transiently high,[284] and passage of fluoride into the brain can be expected to be higher when the blood-brain barrier is underdeveloped or impaired.  Thus, some of the fluoride ingested by the mother will make its way into the brain of the fetus.  Additionally, fluoride has the capacity to lower thyroid function, particularly among individuals with low iodine intakes, and EPA has recognized that alterations to thyroid function (e.g., reductions in thyroid hormone concentrations) during pregnancy can cause cognitive

---

[274] EPA (1998a), p. 45; Federal Register (1998), p. 26942.

[275] EPA (1998a), p. 46; Federal Register (1998), p. 26943.

[276] EPA (2008c), p. 33.

[277] EPA (2008c), p. 33.

[278] EPA (2008a), p. 42.

[279] EPA (2008a), p. 42.

[280] EPA (2013a), p. 5-4.

[281] See for example, Feltman and Kosel (1961); Gedalia et al. (1964); Blayney and Hill (1964); Hudson et al. (1967); Armstrong et al. (1970); Hanhijärvi et al. (1974); Forsman (1974); Shen and Taves (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Brambilla et al. (1994); Shimonovitz et al. (1995).

[282] EPA (2009c), p. 58; Rodier (1995).

[283] Niu et al. (2015b); Geeraerts et al. (1986).  See also Gori et al. (2015); Jones and Iagaru (2014); Li et al. (2011); Salgarello et al. (2016); Sheth and Colletti (2012); Thenkondar et al. (2017); Wu et al. (2013).

[284] Mullenix et al. (1995).



disorders and other neurological harm to the child.[285]   Of paramount concern are the many women of childbearing age in the United States who have insufficient iodine intakes, as discussed further below.

### Prospective Cohort studies

Four recent prospective cohort studies have found that prenatal fluoride exposure correlates with adverse neurological effects in the offspring.[286]  As part of a large study of maternal fluoride exposure and child outcomes in Canada (assessed between ages 3 and 4 years), Green reported that higher maternal urinary fluoride concentrations (average for all three trimesters) were significantly associated with lower IQ scores in male children.[287]   An increase in maternal urinary fluoride concentration by 1.0 mg/L corresponded to a decrease in Full-Scale IQ (FSIQ) of 4 1/2 points.[288]  Mean maternal urinary fluoride concentrations were significantly higher in fluoridated areas than non-fluoridated areas.[289]  For the mother-child pairs for which drinking water information was available, higher fluoride concentration in drinking water was associated with lower IQ scores in children of both sexes.[290]  An increase in water fluoride concentration of 1 mg/L corresponded to a decrease of 6.25 IQ points in the children.[291]  Higher estimated maternal fluoride intake was also associated with lower IQ in children of both sexes.[292]  An increase in maternal fluoride exposure of 1 mg/L corresponded to a decrease of about 4 IQ points in their children.[293]  The study controlled for a number of covariates,[294] including various maternal and paternal characteristics, sex of the child, and prenatal exposures to lead, mercury, and arsenic (assessed from maternal blood and urine samples[295]).

Bashash et al., in a study in Mexico City, reported findings similar to those of Green in Canada:  an increase in maternal urinary fluoride of 0.5 mg/L corresponded to a decrease in the General Cognitive Index (GCI) of 3.15 in 4-year-old children (with no threshold) and a decrease of 2.50 in Full-Scale IQ in 6- to 12-year-old children (with a possible threshold of approximately 0.8 mg/L).[296]  The mean maternal urinary fluoride concentration was 0.90 mg/L.[297]  In the same cohort, higher maternal urinary fluoride also corresponded to significantly higher scores for inattention and attention deficit hyperactivity disorder (ADHD) for 6- to 12-year-old children.[298]  Thus, in this cohort in Mexico City, fluoride exposures during the prenatal period are associated with both lower cognitive function and increased ADHD scores in children some years later.  The studies by Bashash et al. controlled for a large number of covariates,

---

[285] EPA (1998a), p. 50; ; Federal Register (1998), p. 26944; EPA (2008a), p. 40; EPA (2008b), p. 54; EPA (2013b), cover letter, p. 2.  See also Rodier (1995); Zoeller and Rovet (2004); Patel et al. (2011); Suárez-Rodríguez et al. (2012); Modesto et al. (2015); Bellinger (2018).

[286] Green (2018), Bashash et al. (2017; 2018); Valdez Jiménez et al. (2017).  The two papers by Bashash et al. (2017; 2018) describe separate neurodevelopmental endpoints measured in subsets of the same cohort.

[287] Green (2018), p. 29, Full-Scale IQ (FSIQ); p. 31, Performance IQ (PIQ); n = 512.

[288] Green (2018), p. 35.

[289] Green (2018), p. 27 (0.69 mg/L vs. 0.40 mg/L for n = 512); p. 32 (0.92 mg/L vs. 0.30 mg/L for n = 369).  Fluoridated drinking water was defined as 0.6-0.8 mg/L (p. 20).

[290] Green (2018), p. 33 (FSIQ); p. 34 (PIQ); n = 369.

[291] Green (2018), p. 40.

[292] Green (2018), p. 34 (FSIQ, PIQ); n = 369.

[293] Green (2018), p. 40.

[294] Green (2018), pp. 22-24.

[295] Green (2018), p. 28.

[296] Bashash et al. (2017).

[297] Bashash et al. (2017).

[298] Bashash et al. (2018).



including maternal characteristics, possible prenatal exposure to mercury and lead, and the possible modification of fluoride effects by calcium supplementation.[299]

In a separate birth cohort in a different part of Mexico, Valdez Jiménez et al. evaluated the neurodevelopment of 65 infants ages 3-15 months (average, 8 months).[300] Mothers were recruited early in pregnancy, and maternal urinary fluoride measurements were made during each trimester (all 65 mothers provided 1st trimester samples; 46 and 29 provided samples during the 2nd and 3rd trimesters, respectively). Fluoride was also measured in samples of drinking water (bottled or tap water). An increase of 1 mg/L fluoride in maternal urine corresponded to a decrease in Mental Development Index (MDI) of 19.5 points. The average MDI in the cohort was 91.6 (range, 60-135), with 38.5% scoring less than 85, indicating possible developmental delay. Corresponding testing for the Psychomotor Development Index found an average of 90.9 (range, 54-131), with 20.9% of infants below a score of 85 (indicating possible developmental delay); a correlation with maternal urine fluoride was not found. This study was carried out in an area with relatively high water fluoride concentrations (at least 80% of tap water samples with fluoride concentrations in excess of 1.5 mg/L); however, measured fluoride concentrations ranged as low as 0.5 mg/L for tap water and 0.01 mg/L for bottled water. Valdez Jiménez et al. also reported a significantly higher rate of prematurity (births between 28 and 36 weeks gestation, with a birth weight < 2.5 kg) of 33.8%, compared with 7.3% for Mexico generally.[301]

*Fetal Brain Studies*

Several Chinese studies of human fetuses exposed to fluoride via maternal intake of contaminated food[302] have reported a variety of structural changes in fetal brains as well as alterations in neurotransmitters and their receptors. Reported effects include significant alterations in subcellular structure in the cerebral cortexes (e.g., swollen mitochondria, reduced synapses containing fewer mitochondria and microtubules, and dilated rough endoplasmic reticulum),[303] changes that are consistent with retarded growth and cell division in the cerebral cortex. Additional reported effects include changes in neuronal densities and abnormal disorganization of Purkinje cells,[304] significant alterations in several neurotransmitters,[305] and significant reduction in a neurotransmitter receptor (the $\alpha_1$-receptor) and alterations in that receptor's affinity with its ligand.[306]

While the potential confounding of other chemicals in polluted air limits the conclusions that can be drawn from the human fetal brain studies, prenatal studies of fluoride-treated rats have found similar effects.[307] Table 2 summarizes several studies retrieved from PubMed that have investigated the neuroanatomical and neurochemical effects of prenatal fluoride exposures. The vast majority of these studies found changes in the brain of the treated animals.

---

[299] Bashash et al. (2017; 2018). Part of the cohort participated in a randomized study of the effect on blood lead levels of calcium supplementation during pregnancy.
[300] Valdez Jiménez et al. (2017).
[301] Valdez Jiménez et al. (2017).
[302] Household use of coal in parts of China results in fluoride contamination of air and food, including corn roasted in smoke from coal burning (Dong et al. 1997; He et al. 1989).
[303] He et al. (1989).
[304] Du et al. (1992).
[305] Yu et al. (1996); Dong et al. (1997).
[306] Yu et al. (1996).
[307] Basha et al. (2011a; 2011b); Jiang et al. (2014b); Dong et al. (2015); Zhang et al. (2017b); Bartos et al. (2018); Ge et al. (2018); Zhao et al. (2019).



Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies.

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Rats (Wistar albino) | Drinking water | Group I (control), < 1 ppm F; Group II, 100 ppm F; Group III, 200 ppm F | Gestation of 1st generation through 3rd generation; apparently healthy animals used to produce succeeding generations; measurements made at 21 days old. | Overt toxicity (decreased feed and water consumption; decreased litter size, decreased birth weight and brain somatic index, increased mortality of pups) with increased dose and with each generation.  Increased levels of malondialdehyde; decreased activities of catalase, superoxide dismutase, glutathione peroxidase, and glutathione S-transferase; and decreased levels of glutathione in brain regions, with increased dose and with each generation. | Basha et al. (2011a) |
| Rats (Wistar albino) | Drinking water | Group I (control), < 1 ppm F; Group II, 100 ppm F; Group III, 200 ppm F | Gestation of 1st generation through 3rd generation; measurements made at 1 month old.  Possibly the same breeding animals and litters as in Basha et al. (2011a), but not stated. | Increased fluoride concentrations in brain regions with increased dose and with each generation; decreased thyroid hormones with fluoride exposure; decreased acetylcholinesterase activity with increased dose and with each generation; histopathological changes (necrosis, hyperchromasia, disintegrated cytoplasm, vacuoles, eosinophilia, decreased number of granular cells, degenerating neurons) with increased dose and generation; poorer performance in memory and learning test. | Basha et al. (2011b) |
| Rats (Sprague-Dawley) | Drinking water | Control, 0.34 mg/L F; 25, 50, and 100 mg/L NaF (11.3, 22.6, and 45.2 mg/L F) | Gestation to 2 months old. | PET/CT and MRI done only in females.  Reduced body weights and brain weights with increased dose.  Poorer performance on water maze test (damaged learning and memory abilities).  For MRI, differences in ventricles of rats in 100 mg/L group (probably due to neurodegenerative changes or brain atrophy).  Acute degeneration of neurons in 50 and 100 mg/L groups, with apparent interstitial edema and (in 100 mg/L group) partial demyelination.  Decreased glucose utilization and increased brain-derived neutrophic factor (PET/CT). | Jiang et al. (2014b) |

*Table continued next page*



*Food and Water Watch v. EPA*                                                    *Thiessen Report*

Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies - *Continued*

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Rats (Sprague-Dawley) | Drinking water | Control (< 0.5 ppm F); 50 ppm F | 10 months for initial generation, plus time for gestation and lactation; up to 28 days for offspring (postnatal days 1, 7, 14, 21, 28). | All treated rats showed dental fluorosis, but no controls did.  For initial generation and offspring, decreases in M1 and M3 muscarinic acetylcholinesterase receptors (mAChRs) and in M1 and M3 mAChR mRNAs in brains.  Increased reactive oxygen species (ROS), decreased superoxide dismutase and glutathione peroxidase in adult brains.  Correlations of decreased M1 and M3 mAChR and increased ROS with worse performance on learning and memory tests (adults and 28-d offspring). | Dong et al. (2015) |
| Rats (Sprague-Dawley) | Drinking water | Females:  Control (< 0.2 ppm F; 0.79% Ca in feed); F (45 ppm F; 0.79% Ca in feed); LCa (< 0.2 ppm F; 0.063% Ca in feed); F + LCa (45 ppm F; 0.063% Ca in feed); F + HCa (45 ppm F; 7% Ca in feed).  Males: < 0.2 ppm F; 0.79% Ca in feed. | Diets started at weaning; mated 3 months later; study involved offspring at birth, 14 d, 28 d. | Synaptic density significantly decreased for F group at 14 d (females) and 28 d (males and females) and for F + low Ca (F + LCa) group at birth, 14 d, and 28 d.  Structural differences (decreased synaptic active zone, increased synaptic gap width, decreased thickness of postsynaptic density) for F group (significant in most cases) and F + LCa group (significant in all cases), at birth, 14 d, and 28 d.  Changes prevented or lessened in F + high Ca (F + HCa) group. | Zhang et al. (2017b) |
| Rats (Wistar) | Drinking water | Control (filtered tap water); 5 and 10 mg/L F. | Gestational day 0 to postnatal day 21.  Female offspring studied at postnatal day 90. | Significant difference in 24-hour memory test for 5 mg/L group; significant difference in 90-minute and 24-hour memory tests for 10 mg/L group.  Significant decrease in $\alpha$7 nicotinic acetylcholinesterase receptor (nAChR) mRNA in 10 mg/L group.  Significant decrease in catalase activity in both 5 mg/L and 10 mg/L groups. | Bartos et al. (2018) |

*Table continued next page*



Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies - *Continued*

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Mice (ICR) | Drinking water | Control (distilled water); 50 and 100 mg/L F. | 1 month before pregnancy, through gestation, to 90 days after birth; offspring fed same concentration of fluoride in water as their parents | Decreased spatial learning and memory capabilities of offspring at 60 d in treated groups (Morris water maze test).  Reduced body weights in treated groups. Histopathological changes in brain (cerebral cortex) at 60 d and 90 d in treated groups (reduced number and size of pyramidal cells, karyorrhexis).  Reduced expression (mRNA and protein) of microtubule-associated protein 2 (MAP2), synaptophysin (SYP), developmentally regulated brain protein (Dbn), and glutamate receptor (N-methyl-D-aspartate receptor, NMDAR). | Ge et al. (2018) |
| Rats (Sprague-Dawley | Drinking water | Control; 4.52, 22.6, and 45.2 mg/L fluoride (10, 50, and 100 mg/L NaF). | 2 months before pregnancy, through gestation, to 2 months after birth (postnatal day 60) | Impaired learning and memory in offspring (Morris water maze test).  Mitochondrial abnormalities in hippocampal neurons of offspring.  Decreased levels of mitochondrial fission-regulating molecules, increased levels of mitochondrial fusion-regulating molecules, in hippocampus of offspring, leading to disruption of mitochondrial fission and fusion, defective autophagy, and excessive apoptosis in the hippocampus.  (Similar effects on two mitochondrial regulating molecules with respect to fluoride exposure were reported in children, correlated with decreased IQ in fluoride exposed children.) | Zhao et al. (2019) |
| Rats (Wistar) | Drinking water | Control (filtered tap water); 5 and 10 mg/L F. | Gestational day 0 to postnatal day 21. Offspring studied at postnatal day 45. | Impaired short-term and long-term memory in female offspring (both treatment groups) and in male offspring (lower treatment group), in a step-down inhibitory avoidance test.  Altered biochemical markers of oxidative damage in brain sections (prefrontal cortex, striatum, hippocampus), including reduced catalase, glutamate oxaloacetate transaminase, and glutamate pyruvate transaminase, in both females and males. | Bartos et al. (2019) |
| Rats (Sprague-Dawley) | Drinking water | Control (< 0.5 mg/L F); 10, 50, and 100 mg/L NaF) | 2 months before pregnancy, through gestation, to 6 months after birth. | Impaired learning and memory of offspring, decreased neuronal number, suppressed autophagy and enhanced apoptosis in hippocampus. | Zhou et al. (2019) |



Most of the prenatal studies in rats involved fluoride exposures to the mothers during both gestation and lactation (Table 2). However, since the fluoride concentrations in rat milk are substantially below the concentrations in the mother's drinking water,[308] early postnatal fluoride exposure via the milk is unlikely to have been important in comparison with prenatal exposure. In contrast, bottle-fed human infants, if their formula is prepared with fluoridated water, are likely to have higher postnatal fluoride exposures than prenatal exposures, and typical postnatal fluoride exposures from formula-feeding are among the highest typical human exposures for a given water fluoride concentration (discussed below). I am not aware of any studies of neurotoxicity in rats or mice that have attempted to reproduce the postnatal fluoride exposures experienced by human infants through feeding of formula prepared with fluoridated water.

Thus, both animal and human research on prenatal fluoride exposure supports the conclusion that fluoride poses a significant neurological hazard during the *in utero* period.

C)  Bottle-fed infants

EPA recognizes that susceptibility to a chemical may be "intrinsic" (biological, e.g., life stage) or "extrinsic" (acquired, e.g., lifestyle).[309] A bottle-fed infant has *both* intrinsic *and* extrinsic susceptibility to fluoridated water. The intrinsic factor is an early "life stage" of development which, as discussed above, renders the infant more vulnerable to neurotoxic insults;[310] the extrinsic factor is a "lifestyle" (receiving formula instead of breastmilk) that dramatically increases the infant's exposure to fluoridated water. The combination of these two factors makes bottle-fed infants a clearly identifiable, highly susceptible subset of the population.

Infants have the highest intake of fluid per unit body weight of any age group among humans, given their mostly liquid diet at that age. According to EPA's survey on water intakes, approximately 5% of individuals less than 6 months old have a daily intake of water from community sources of at least 189 mL per kg body weight, and approximately 5% of infants between 6 and 12 months old and of children < 2 years old have a daily intake of water from community sources of at least 126 mL per kg body weight.[311] The EPA did not distinguish between nursing (breastfed) infants, who typically have a low intake of water, and non-nursing (bottle-fed) infants, who probably constitute the high end of EPA's distribution of water intake. Consistent with the high fluoride intakes of many bottle-fed infants, development of dental fluorosis in permanent teeth is associated with fluoride exposures before age 6 months as well as with exposure during later periods of infancy and childhood.[312] For example, Forsman found that infants fed water-diluted formula from an early age had more fluorosis than those who were breastfed at least their first few months.[313] Walter and Messer reported that children who were formula-fed from birth or breastfed less than 3 months had more fluorosis than children who were breastfed at least their first 3 months.[314]

According to the CDC, for U.S. children born in 2015, about 83% were ever breastfed, 58% were still breastfed at 6 months old, and 25% were exclusively breastfed through the first 6 months.[315] Data vary by ethnicity, with Hispanics, whites and Asians having breastfeeding rates similar to or greater than the national averages and blacks having substantially lower rates. Breastfeeding rates in the U.S. tend to be

---

[308] Drinkard et al. (1985). Fluoride concentrations in rat milk were 0.044, 0.349, and 0.401 mg/L, compared with fluoride concentrations in the mother's drinking water of 0, 50, and 100 mg/L, respectively.
[309] EPA (2017b).
[310] EPA (2008a), p. 42; EPA (2013a), p. 5-4.
[311] EPA (2004b), p. E-55; see also EPA (2000a) and NRC (2006), p. 426, Table B-8.
[312] Hong et al. (2006a; 2006b); Forsman (1977); Walton and Messer (1981); Fomon and Ekstrand (1999); Fomon et al. (2000).
[313] Forsman (1977).
[314] Walton and Messer (1981).
[315] CDC (2018; n.d.).



highest for higher family income and maternal education levels. Looked at from the opposite perspective, close to 17% of U.S. infants in 2015 were never breastfed, 42% were not breastfed for their entire first 6 months, and 75% did not have exclusive breastfeeding for their entire first 6 months. Breastfeeding rates in the U.S. have increased substantially in recent years from a low point in the early 1970s (less than 30% of babies ever breastfed, and less than 10% breastfed for more than 3 months).[316] While increased breastfeeding rates are to be encouraged for a number of reasons, it is important to remember that for many infants in the U.S., breastfeeding is not an option; these include cases of infant adoption or fostering, as well as cases of death or illness of the mother.

Fluoride concentrations in human milk, as with the milk of other mammals, are very low, regardless of the fluoride intake of the mother.[317] Thus fluoride intakes by infants fed primarily breast milk are very low, as are fluoride intakes by infants fed primarily cow's milk.[318] However, fluoride intakes by infants fed commercially prepared formula reflect the fluoride concentrations in the water used to prepare the formula, either at the manufacturing plant, in the home, or both, and fluoride intakes can be in excess of 0.1 mg/kg/day.[319] Since 1979, commercial producers of infant formula have used low fluoride water in the manufacture of infant formula, even when this means removing fluoride from the local municipal water before using it to make the formula.[320] The result is that ready-to-feed formula (no water added in the home) is now much lower in fluoride content, but still higher than breast milk or cow's milk.[321] Other commercial formulas, either in powder form or concentrated liquid form, still require addition of water before they can be fed to infants, and therefore the fluoride concentration in the formula depends primarily on the fluoride concentration of the water used to prepare the formula.[322] For infants fed formula prepared with fluoridated tap water, the fluoride intake can be quite high, even for infants fed formula only as a supplement to breastfeeding.[323] Fomon et al. recommended the use of low-fluoride water (< 0.3 mg/L) for home-preparation of infant formula, as well as no fluoride supplementation for infants.[324]

Most commercial infant formula, historically and currently, has been in powder form, for which the cost is approximately half that of ready-to-feed formula, per unit volume of formula as fed.[325] Fomon (2000), based on industry data, indicated that approximately 80% of formula sales in 1998 were for powder form, and 10% or less for ready-to-feed form.[326] Based on national data collected during 2005-2007, the CDC reported that approximately 26% of neonates and 10-15% of infants ages 2-12 months are fed at least some ready-to-feed formula, 7-12% of infants are fed formula prepared from liquid concentrate, 3-6% are fed formula prepared from single serving packages of powder, and 83-93% are fed formula prepared from powder from cans.[327] For approximately 70-78% of infants in the same national survey, formula is reconstituted with tap water at least some of the time; for 46-52% of infants, formula is reconstituted with

---

[316] DHEW (1979), pp. 2-6, especially Tables A and B. See also Fomon and Ekstrand (1999), Figure 1.

[317] Reviewed by NRC (2006), pp. 33, 36. See also Fomon and Ekstrand (1999) and Fomon et al. (2000).

[318] Fomon et al. (2000), Table 2.

[319] Fomon et al. (2000).

[320] Fomon and Ekstrand (1999); Fomon et al. (2000).

[321] Fomon et al. (2000).

[322] Fomon and Ekstrand (1999); Fomon et al. (2000).

[323] Fomon et al. (2000).

[324] Fomon et al. (2000).

[325] O'Connor (2009).

[326] Fomon (2001), Figure 4.

[327] CDC (2017), Table 3.16. (Infants could be fed more than one type of formula, so the sum of the raw percentages exceeds 100%.). Survey dates (May 2005-June 2007) are from Fein et al. (2008). Harriehausen et al. (2019) reported use of powdered infant formula for 92.1% of formula-fed infants, based on a survey in Houston. (The date of the Houston survey is not given, but appears to have been approximately 2015.)



bottled water at least some of the time.[328]  The CDC data are not considered representative of the U.S. population; in particular, participation was likely biased toward women and infants with higher socioeconomic status (who tend to have higher breastfeeding rates, as described above), and minority groups were underrepresented.[329]  Thus, the actual rates of formula feeding and use of tap water for formula preparation may be higher than observed in the survey.

Based on the available information, it can reasonably be assumed that the majority of formula-fed infants in the U.S. are fed powdered formula reconstituted with water, often or usually tap water.  Especially for low-income homes (where breastfeeding is less likely), it is reasonable to assume that many or most infants are fed formula prepared from powder using tap water, which in much of the country is fluoridated.  In addition, for approximately 20% of infants, tap water is boiled before it is used to prepare formula;[330] if this tap water is fluoridated, the resulting fluoride concentration in the formula will be higher than if the water had not been boiled.[331]

Fomon et al. estimated that infants consuming powdered formula prepared with fluoridated water (1 mg/L) will ingest between 0.116 and 0.164 mg/kg/day.[332]  If Fomon's estimate is adjusted to account for the lower concentration of fluoride now added to water (0.7 mg/L), the result is a daily intake of 0.08 to 0.115 mg/kg/day, which is 80 to 115 times higher than the amount that Fomon et al. estimated for breast-fed infants (0.001 mg/kg/day).[333]  Thus by Fomon's estimates, essentially all formula-fed infants will exceed EPA's RfD for fluoride (0.08 mg/kg/day), if their formula is prepared with fluoridated tap water.

Fomon's estimates agree well with recent data from Harriehausen et al., who surveyed 114 parents in Houston to determine brand and type of formula, total volume of formula consumed over 24 hours, and infant weight.[334]  Most of the parents in the study (corresponding to 92.1% of the infants) reported using powdered formula, which is consistent with the literature described above.  Fluoride content in various brands of formula ranged from 0.035 to 0.175 mg/L when reconstituted with deionized water.[335]  Harriehausen et al. estimated the total amount of fluoride that the infants would consume if fluoridated water (0.7 mg/L) were to be used to reconstitute the formula (Table 3).  Estimated average fluoride intakes from formula would exceed 0.1 mg/kg/day during the first 4 months of life (0.110 mg/kg/day at 2 months; 0.112 mg/kg/day at 4 months), with more than 50% of infants estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).  At 6 months, the estimated average fluoride intake from formula would be 0.09 mg/kg/day, still above EPA's RfD (0.08 mg/kg/day), with one-third of infants estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).  At 9 and 12 months, 14% and 9% of infants, respectively, would be estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).

---

[328] CDC (2017), Table 3.97.  (Formula for a given infant could be prepared with more than one water source, so the sum of the raw percentages exceeds 100%.)  Harriehausen et al. (2019) indicate 70-75% of parents reconstituting infant formula with tap water, based on the same CDC survey; their own survey in Houston reported only 3.5% of infants fed formula reconstituted with tap water, suggesting that there may be regional or temporal variations in use of tap water for reconstituting infant formula.

[329] Fein et al. (2008); Grummer-Strawn et al. (2008).

[330] CDC (2017), Table 3.98.

[331] For example, see Juárez-López et al. (2011).

[332] Fomon et al. (2000), Table 2.  These estimates are based on intake volumes (amount of formula consumed) from 0.12 to 0.17 L/kg/day.

[333] Fomon et al. (2000), Table 2.

[334] Harriehausen et al. (2019).  These estimates are based on intake volumes (amount of formula consumed) from 0.07 L/kg/day at 12 months to 0.154 L/kg/day at 2 months, with an overall average of 0.12 L/kg/day (calculated from data in Table 1 of Harriehausen et al. 2019).

[335] Harriehausen et al. (2019), Table 2.



The estimates from both Harriehausen and Fomon are consistent with the findings from the Iowa Fluoride Study (IFS).[336]  Estimates of fluoride intake (from all sources) were determined for more than 600 infants at 1.5, 3, 6, 9, and 12 months of age, based on parental questionnaires.  The IFS did not report fluoride intake data separately for formula-fed infants, and so does not represent the exposure distribution among formula-fed infants.  Twenty-five per cent of the infants in the study ingested at most 0.002 to 0.007 mg/kg/day at ages 1.5 and 3 months, respectively,[337] an exposure consistent with exclusively breastfed babies.  However, the IFS data also confirm that many infants consume large amounts of fluoride.  Approximately 25% of infants in the study consumed $\geq$ 0.093 mg/kg/day at age 6 months of life, with 10% consuming $\geq$ 0.127 mg/kg/day and 5% consuming $\geq$ 0.147 mg/kg/day.[338]  At age 1.5 months, 25% of infants in the study consumed at least 0.095 mg/kg/day, 10% at least 0.159 mg/kg/day, and 5% at least 0.188 mg/kg/day; at age 3 months, 25% of infants consumed at least 0.099 mg/kg/day, 10% at least 0.142 mg/kg/day, and 5% at least 0.166 mg/kg/day.[339]  These intake estimates were obtained prior to the reduction in recommended fluoridation levels to the current 0.7 mg/L; however, even if these estimates are adjusted downward by approximately 30% to account for the change in fluoridation levels, many infants would still exceed the current RfD of 0.08 mg/kg/day.

Table 3.  Estimated fluoride ingestion from infant formula, assuming fluoridated water at 0.7 mg/L.[a]

| Category | Age | | | | |
|---|---|---|---|---|---|
| | 2 months | 4 months | 6 months | 9 months | 12 months |
| Number of infants | 32 | 23 | 27 | 21 | 11 |
| Predicted fluoride intake | | | | | |
| Mean (mg/kg/day) | 0.110 | 0.112 | 0.090 | 0.066 | 0.053 |
| Variance | 0.0033 | 0.0016 | 0.0018 | 0.0012 | 0.0009 |
| Standard deviation[b] | 0.057 | 0.040 | 0.042 | 0.035 | 0.03 |
| Distribution of fluoride intake | | | | | |
| > 0.1 mg/kg/day (%) | 59.4 | 56.5 | 33.3 | 14.3 | 9.1 |
| < 0.1 mg/kg/day (%) | 40.6 | 43.5 | 66.7 | 85.7 | 90.9 |

[a] Data from Harriehausen et al. (2019), Table 3.
[b] Calculated from the variance reported by Harriehausen et al. (2019), Table 3.

---

[336] Appendix 2 of Levy et al. (2003).
[337] Appendix 2 of Levy et al. (2003).
[338] Appendix 2 of Levy et al. (2003).
[339] Levy et al. (2003), Appendix 2.  Maximum reported fluoride intakes were 0.401 mg/kg/day at age 1.5 months, 0.346 mg/kg/day at age 3 months, and 0.343 mg/kg/day at age 6 months.  For ages 9-72 months (9 months to 6 years), maximum intakes ranged from 0.136 to 0.307 mg/kg/day.



*Impacts of formula feeding on IQ*

While studies have not yet specifically addressed the impact on IQ of feeding formula prepared with fluoridated water, reported associations of cognitive impairment or lower IQ with formula feeding during infancy[340] are consistent with the high exposures of these infants to fluoride in the water used to prepare the formula and consequent susceptibility of the formula-fed infants to neurotoxic effects of fluoride. Specific differences in brain activation and regional volumes of gray matter have even been reported, indicating developmental changes in formula-fed children in comparison with breastfed children.[341] Such effects (and other adverse effects of formula-feeding compared with breastfeeding, especially compared with exclusive breastfeeding for at least the first several months) could, in principle, be due to loss of the enhanced mother-child bonding associated with breast-feeding,[342] to deficiency of an essential nutrient (e.g., long-chain saturated fatty acids) in the formula,[343] to the presence of a toxic contaminant (e.g., fluoride, lead) in the water used to prepare the infant formula,[344] or to some combination of these factors.

In its Guidelines, EPA considers it important to include postnatal exposure that might involve an interaction of a toxic agent with milk composition.[345] EPA's context is animal studies, but the principle would apply to human studies: Replacement of the mother's milk with a substitute that contains a toxic agent would be an extremely important source of postnatal exposure of infants and children to the toxic agent. Few, if any, animal studies reproduce the effect of formula-feeding of human infants, in terms of a water-based formula, together with any contaminants in the water, being substituted for the mother's milk; thus this very important developmental period is routinely missed in most animal studies.

D) <u>Elderly</u>

The elderly have also been identified as an at-risk group for fluoride toxicity by both the NRC and the EPA.[346] There are at least six factors which support an increased vulnerability to fluoride's neurological effects among the elderly. First, as would be expected, studies have found that water fluoridation significantly increases the level of fluoride in bone, and these levels increase with age.[347] Second, the fluoride that is taken into bone is not stored there forever; as bones begin to break down in the postmenopausal and elderly years, some of the fluoride stored in the tissue is released back into the bloodstream.[348] Third, renal function declines with age, and thus the elderly kidney can be expected to be less efficient in clearing fluoride from the bloodstream. Fourth, the increased circulating fluoride will have proportionally greater access to the brain due to age-related increases in the permeability of the blood-brain barrier.[349] Fifth, the EPA has recognized that the elderly brain is at "particular risk" to neurotoxicants "because of the limited ability of the nervous system to regenerate or compensate to neurotoxic insult."[350]

---

[340] For example, see Fomon (2001); Wolf 2003; Belfort et al. (2013); Horta et al. (2015; 2018); Victora et al. (2015; 2016); Kanazawa (2015); Boutwell et al. (2018). Many studies have controlled for possible confounders such as maternal IQ, maternal education, and family income.

[341] Ou et al. (2016).

[342] Horta et al. (2018).

[343] Horta et al. (2018).

[344] Goyer (1995).

[345] EPA (1998a), p. 46; Federal Register (1998), p. 26943.

[346] NRC (2006), p. 351; EPA (1998a), p. 65; Federal Register (1998), p. 26949.

[347] Alhava et al. (1980); Arnala et al. (1985); Eble et al. (1992); Chachra et al. (2010).

[348] Itai et al. (2010).

[349] For example, see Mooradian (1994); Zeevi et al. (2010); Rosenberg (2014); and Pan and Nicolazzo (2018).

[350] EPA (1998a), p. 65; Federal Register (1998), p. 26943.



*Food and Water Watch v. EPA*                                                    *Thiessen Report*

Sixth, the elderly have increased likelihood of co-morbidities and nutritional deficits, which can further increase susceptibility to harm.

While epidemiological data on fluoride and cognition in the elderly remains relatively sparse, Li reported a very high rate of cognitive impairment (81.1%) in an endemic fluorosis area.[351]  Li did not find a linear relationship between urinary fluoride and the severity of cognitive impairment in the endemic fluorosis area, but urinary fluoride levels among those with any form of cognitive impairment were significantly higher than those with normal cognition.[352]  Russ et al. described a longitudinal study involving nearly all people born in Scotland in 1921, who were passively followed for diagnoses of dementia after 2004.[353]  Residential locations after age 60 (or at death or at time of diagnosis of dementia) were used to estimate exposure to aluminum and fluoride (separately) in drinking water.  The authors concluded that "even these relatively low levels of aluminium and fluoride are associated with deleterious effects on dementia risk" and suggested further research.[354]

The NRC has described the possible relationship of fluoride exposure, especially exposure to aluminum fluoride complexes, to the development of Alzheimer's disease.[355]  Goschorska et al. have reviewed the likely role of fluoride in the initiation and progression of Alzheimer's disease.[356]  Consistent with other findings, Cao et al., in a study of mice genetically prone to degenerative brain changes including amyloid pathology, found that exposure of adult mice to fluoride for 3 months produced more severe changes and earlier changes, including enhanced deficits in learning and memory.[357]  "The result suggests that prolonged exposure to fluoride may accelerate the neuropathological lesions that occur in such APP mice."[358]

E)  Nutritional Deficiencies

Nutritional deficiencies can contribute to increased susceptibility to fluoride toxicity.[359]  Calcium deficiency and iodine deficiency are expected to be particularly important in terms of vulnerability to neurotoxic effects of fluoride, but deficiencies of magnesium, vitamin C, protein, and other nutrients have also been associated with increased susceptibility to effects of fluoride exposure.

Dairy product consumption and corresponding calcium intakes have decreased markedly in the last several decades in the U.S.[360]  Therefore, bioavailability of fluoride to infants and children is probably higher now.[361]  As discussed later in this section, lactose intolerance (real or perceived) in some minority populations is associated with significantly lower calcium intake.[362]  Substitution of tap water or tap water-based beverages for milk in the diet may result in both decreased calcium intake and increased fluoride intake.[363]  Fluoride exposure also tends to exacerbate calcium deficiencies,[364] which can lead to various

---

[351] Li et al. (2016), p. 59.
[352] Li et al. (2016), Figure 2, Table 3.
[353] Russ et al. (2019).
[354] Russ et al. (2019).
[355] NRC (2006), pp. 210-212.
[356] Goschorska et al. (2018).
[357] Cao et al. (2019).
[358] Cao et al. (2019).
[359] See for example, NRC (2006). p. 265; Pandit et al. (1940); Marier (1977).
[360] Fomon et al. (2000); Bayless et al. (2017).
[361] Fomon et al. (2000).
[362] Jackson and Savaiano (2001); Jarvis and Miller (2002); Byers and Savaiano (2005); Fulgoni et al. (2007); Nicklas et al. (2009; 2011); Brown-Riggs (2016); Bayless et al. (2017).
[363] NRC (2006), p. 52.
[364] NRC (2006), pp. 250-251.



adverse health effects, including increased susceptibility to lead toxicity.[365]  Zhang et al. reported that effects of fluoride on synapse development in the hippocampus of rat pups were exacerbated by calcium deficiency and reversed by high calcium intake.[366]

The NRC reported that high fluoride intake appears to exacerbate the effects on thyroid function of low iodine intake in both animals and humans.[367]  Stated differently, reduced thyroid function in humans occurs at lower fluoride intakes in the presence of iodine deficiency.  Malin et al. reported that among iodine-deficient adults in Canada, an increase in urinary fluoride was associated with an increase in thyroid stimulating hormone (TSH), indicating a decrease in thyroid function.[368]  Of particular concern is that impaired thyroid function (including hypothyroxinemia and subclinical hypothyroidism) in pregnant women is associated with reduced IQ and other neurological effects in the offspring.[369]  Lavado-Autric et al. demonstrated in rats that proper migration of neurons does not occur in the developing offspring of hypothyroid or hypothyroxinemic mothers, leading to permanent alterations of brain architecture.[370]  Similarly, Auso et al. reported that "moderate and transient maternal hypothyroxinemia" during early gestation causes "irreversible alterations of brain development" in the offspring.[371]  The CDC considers the average iodine status (median urinary iodine concentration) of women of childbearing age (12-19 years and 20-39 years) in the U.S. to be in the "adequate intake" range, but the 10th percentiles by ethnicity and for the total population are in the "insufficient intake" range, indicating that more than 10% of women of childbearing age in the U.S. are deficient in iodine.[372]  Caldwell et al. report that 35% of pregnant women and 38% of nonpregnant women in the U.S. have urinary iodine concentrations below the level considered adequate.[373]  In addition, the CDC notes that even higher intakes of iodine are required for pregnant and lactating women; thus an even greater percentage of American women are likely to be deficient in iodine with respect to the demands of pregnancy and lactation.[374]  Pearce suggests that iodine deficiency in the U.S. may be becoming more prevalent, especially among pregnant women.[375]

F) <u>Kidney disease</u>

It is well recognized that people with renal impairment (kidney disease) are less able to excrete fluoride, resulting in higher concentrations of fluoride in the body and greater susceptibility to adverse health effects from fluoride exposure.[376]  The World Health Organization states that it "is known that persons suffering from certain forms of renal impairment have a lower margin of safety for the effects of fluoride than the average person."[377]  In addition, a number of papers report an association between renal

---

[365] NRC (2006), pp. 250-251; Goyer (1995); Bruening et al. (1999).

[366] Zhang et al. (2017b).

[367] NRC (2006), pp. 227, 234, 262.

[368] Malin et al. (2018).

[369] For example, see Haddow et al. (1999); Pop et al. (1999; 2003); Morreale de Escobar et al. (2000; 2004); Klein et al. (2001); Vermiglio et al. (2004); LaFranci et al. (2005); Kooistra et al. (2006); Roman (2007); Zoeller and Rovet (2004); Patel et al. (2011); Suárez-Rodríguez et al. (2012); Modesto et al. (2015); Moleti et al. (2016).

[370] Lavado-Autric et al. (2003); Zoeller (2003).

[371] Ausó et al. (2004).

[372] CDC (2008), Chapter 4a, pp. 90-100.

[373] Caldwell et al. (2011).

[374] CDC (2008), Chapter 4a, pp. 90-100.

[375] Pearce (2015).

[376] For example, see Marumo and Iwanami (2001); NRC (2006), pp. 30, 292, 351; Ibarra-Santana (2007); Schiffl (2008).

[377] WHO (2004), p. 6.



impairment and reduced IQ or other cognitive impairment,[378] which is consistent with higher fluoride retention (and often higher water intake and consequent higher fluoride intake).

### G) Populations with High Water Intake

The NRC identified population subgroups whose water intake "is likely to be substantially above the national average for the corresponding sex and age group" as susceptible subpopulations with respect to fluoride exposure.[379]  According to the NRC, "these subgroups include people with high activity levels (e.g., athletes, workers with physically demanding duties, military personnel); people living in very hot or dry climates, especially outdoor workers; pregnant or lactating women; and people with health conditions that affect water intake."[380]  Health conditions that affect water intake include "diabetes mellitus, especially if untreated or poorly controlled; disorders of water and sodium metabolism, such as diabetes insipidus; [and] renal problems resulting in reduced clearance of fluoride."[381]  The NRC estimated that athletes and others with high physical activity and consequent high (but not upper bound) water consumption would ingest 0.05 mg/kg/day of fluoride from drinking water with 0.7 mg/L fluoride.[382]  Adults with diabetes mellitus could have similar fluoride intakes (0.05 mg/kg/day, while children with diabetes mellitus could have fluoride intakes of 0.07 mg/kg/day.[383]  For children and adults with nephrogenic diabetes insipidus, NRC estimated waterborne fluoride intakes of 0.11 mg/kg/day from water containing 0.7 mg/L.[384]  Consistent with this, case reports have documented moderate to severe dental fluorosis among children with diabetes insipidus who drank water with 0.5 to 1 mg/L.[385]  Based on EPA's estimates of water consumption by individuals who actually consume water from community sources and a water fluoride concentration of 0.7 mg/L, 10% of infants < 6 months old would be expected to have a fluoride intake of at least 0.12 mg/kg/day, 5% would have an intake of at least 0.14 mg/kg/day, and 1% would have a fluoride intake of at least 0.17 mg/kg/day.[386]

### H) Genetic susceptibility

A number of studies have shown associations between specific genetic arrangements and a greater susceptibility to effects of fluoride exposure,[387] including dental fluorosis, occupational fluorosis,[388] and alterations to reproductive hormones.[389]  Additional studies have identified differences in dental fluorosis rates among ethnic subpopulations with similar fluoride exposures, consistent with genetic differences among the subpopulations.[390]  Genes for which associations with differing susceptibility to fluoride

---

[378] For example, see Madero et al. (2008); Mendley et al. (2015); Chen et al. (2018b).

[379] NRC (2006), p. 30.

[380] NRC (2006), p. 30.

[381] NRC (2006), p. 30.

[382] NRC (2006), p. 35, Table 2-4.

[383] NRC (2006), p. 35, Table 2-4.

[384] NRC (2006), p. 35, Table 2-4.

[385] NRC (2006), p. 33.

[386] NRC (2006), pp. 431-433, Tables B-12, B-12, and B-14, based on EPA (2000a).

[387] Reviewed by Pramanik and Saha (2017).  See also Lavryashina et al. (2003); Tu et al. (2011); Liu et al. (2006); Huang et al. (2008); Ba et al. (2011); Zhao et al. (2015); Zhou et al. (2016); Zhang et al. (2013b); Pei et al. (2017); Jiang et al. (2015); Zhang et al. (2015b); Cui et al. (2018); Küchler et al. (2018); Bhagavatula Naga (2009).

[388] Tu et al. (2011) list clinical symptoms of occupational fluorosis as back and limb pain, neurasthenia syndrome, gastrointestinal symptoms, joint movement limitation, bone deformities, and nerve compression symptoms.

[389] Zhao et al. (2015); Zhou et al. (2016); Ma et al. (2017); An et al. (2019).

[390] Wu et al. (2015); Yang et al. (2016); Pei et al. (2017); Li et al. (2017); Yang et al. (2018b).



exposure have been identified include various blood groups and leukocyte genes, group-specific complement (Gc), calcitonin receptor (CTR), insulin-related growth factor 1 (IGF1), collagen type 1 alpha 2 (COL1A2), estrogen receptor (ESR or ERα), follicle stimulating hormone receptor (FSHR), myeloperoxidase (MPO), vitamin D receptor (VDR), matrix metallopeptidase-2 (MMP-2), and various genes involved in enamel formation.  Most studies have examined particular genes considered to be candidates with respect to differences in development of dental fluorosis or other possible fluoride effects, while a few studies addressed larger panels of genes.  In addition to different effects of fluoride on different genetic variants, effects of fluoride on gene regulation or epigenetic mechanisms have also been reported.[391] While a complete picture of the relationship between genes, gene regulation, and adverse effects of fluoride exposure remains to be developed, it is already quite clear that some people or groups of people are inherently more vulnerable than others to adverse effects of fluoride exposure and require a greater level of protection from fluoride exposures.  Two specific studies addressing genetics, fluoride exposure, and impaired intelligence are discussed in more detail below.

Zhang et al., in a study of 180 Chinese children ages 10-12 years, reported decreasing IQ scores with increasing serum or urinary fluoride.[392]  For each 1 mg/L increase in urinary fluoride, the IQ score decreased by 2.42 points.  As a group, the children with higher water fluoride concentrations had higher levels of thyroid stimulating hormone (TSH, statistically significant) and lower levels of thyroxine (T4, not quite statistically significant) than the children with lower water fluoride concentrations;[393] these are indicators of impaired thyroid function, which, while probably subclinical, is nevertheless associated with impaired neurodevelopmental outcomes.[394]

The study by Zhang et al. also examined the association of IQ scores with the genotype of catechol-O-methyltransferase (COMT), a gene whose product controls degradation of dopamine.[395]  Two functional alleles are commonly found (rs4680 polymorphism), with either a valine (Val) or a methionine (Met) at codon 158.  The Met form of the gene product has lower enzymatic activity than the Val form, resulting in slower degradation and corresponding higher availability of dopamine.  Zhang et al. found that for children with the Val/Val form of the enzyme (faster degradation and lower availability of dopamine), each 1 mg/L increase in urinary fluoride was associated with a decrease of 9.67 IQ points, a statistically significant finding after covariates were controlled for.[396]  Thus, the genotype corresponding to the Val/Val form of the COMT enzyme demonstrated a substantially higher susceptibility to fluoride with respect to decreased IQ in children.  Frequencies of this genotype range from 18% (Finland) to 58% (Africa); reported frequencies of this genotype in U.S. populations include 46.6% for African Americans, 22.8% for European Americans, 34.4% for people of Mexican ancestry living in Los Angeles, 35.6% for Puerto Ricans in Puerto Rico, 30.3% for Utah residents with northern and western European ancestry, and 35.0% for Gujarati Indians living in Houston.[397]

---

[391] For example, Zhang et al. (2017a) report that gene methylation was inversely associated with fluoride exposure (urinary fluoride concentration).  Bone changes in the study group were associated with methylation status rather than genotype, for the specific gene investigated.
[392] Zhang et al. (2015b).  See Figure 1 and corresponding text.
[393] Zhang et al. (2015b).  Given reduced T4 concentrations in the children, one suspects that maternal T4 was likely to have been low as well.  Reduced maternal T4 (thyroxine) is associated with impaired neurodevelopment in the children (see discussion elsewhere in this report).
[394] Discussed elsewhere in this report.
[395] Zhang et al. (2015b).
[396] Zhang et al. (2015b).
[397] rs4680 (SNP) Population Genetics, Ensembl release 95 (January 2019).  The genotype of rs4680 coding for the Val/Val form of COMT is referred to as GG in this summary of gene and genotype frequencies.



Cui et al., in a school-based study of Chinese children ages 7-12 years, reported a small but significant decrease in IQ with an increase in urinary fluoride concentration.[398] This relationship held when the results were adjusted for up to 30 covariates (e.g., age of the child, mother's education, mother's age at delivery). For children with the TT genotype (homozygous for the variant allele) of the dopamine receptor gene DRD2 Taq 1A polymorphism (rs1800497),[399] a strongly significant inverse relationship was seen, while for the other genotypes (CC and CT, considered together), the relationship was still negative (decreasing IQ with increasing urinary fluoride) but non-significant. Among the TT genotype subgroup, individuals with urinary fluoride concentrations less than 1.1 mg/L had IQs 6 or 7 points (medians of the 1st and 2nd quintiles, approximately 1/2 the standard deviation) above the average of the whole subgroup (mean IQ = 113.9; standard deviation = 12.4), while individuals with urinary fluoride concentrations above 1.5 mg/L had IQs 3 or 7 points (medians of the 4th and 5th quintiles, up to approximately half the standard deviation) below the average of the whole subgroup.

The fraction of the study group with the TT genotype was 13.6%.[400] Frequencies of the TT genotype in various populations range from about 3% to about 24%; reported frequencies relevant to U.S. populations include 11.1% for African Americans, 3.8% for European Americans, 15.6% for people of Mexican ancestry living in Los Angeles, 5.8% for Puerto Ricans in Puerto Rico, 5.1% for Utah residents with northern and western European ancestry, and 8.7% for Gujarati Indians living in Houston.[401]

The findings of Zhang et al. and Cui et al., together with the available information on genotype frequencies, thus indicate that a substantial number of Americans, especially Americans belonging to some minority populations, are expected to have a genotype shown to have a strong association between urinary fluoride concentration and decreased IQ.


I)   <u>Minority populations in the United States</u>

Various studies have documented an increased prevalence and severity of dental fluorosis among African Americans, which is consistent with an increased extrinsic or intrinsic susceptibility to fluoride during the developmental years.[402] As described above, several minority populations in the U.S. can be expected to include a number of individuals with genotypes associated with decreased IQ in connection with fluoride exposure. Many minority populations are also characterized by socioeconomic disparities, which can often mean a higher likelihood of nutritional deficiencies as well as higher rates of formula use for feeding infants. As described earlier, use of infant formula prepared with tap water, a common practice in lower economic groups, can result in extremely high fluoride intakes by the infants if fluoridated tap water is used to prepare the formula. Some minority populations also have elevated rates of kidney disease and diabetes, which can also contribute to higher fluoride exposure or increased vulnerability to fluoride exposure.[403]

---

[398] Cui et al. (2018).

[399] Other sources indicate that the rs1800497 polymorphism is actually downstream of the DRD2 gene, in the ANKK1 (ankyrin repeat- and kinase domain-containing protein 1) gene, but very closely linked to the DRD2 gene. See Neville et al. (2004) and OMIM (2018). However, the main finding remains, that an identifiable genetic subgroup shows a very strong decrease in IQ with an increase in urinary fluoride concentration.

[400] Cui et al. (2018).

[401] rs1800497 (SNP) Population Genetics, Ensembl release 94 (October 2018). The TT genotype of rs1800497 in Cui et al.'s paper is referred to as AA in this summary of gene and genotype frequencies.

[402] EPA (2010b), pp. 33-34; Exhibit 34 to Casey Hannan Deposition; CDC (2005), Table 23.

[403] NRC (2006), pp. 30-35, 292, 350-351.



Some minority populations also have lower intakes of milk by children and adults (due in part to higher rates of real or perceived lactose intolerance), with consequent lower calcium intake.[404] Substitution of tap water or tap water-based beverages for milk in the diet may result in both decreased calcium intake and increased fluoride intake.[405] Fluoride exposure tends to exacerbate calcium deficiencies,[406] which can lead to various adverse health effects, including increased susceptibility to lead toxicity.[407] An estimated 12% of the U.S. population self-report lactose intolerance, including about 8% of European Americans, 20% of African Americans, and 9-10% of Hispanic Americans.[408] Jackson and Savaiano estimated 29% lactose maldigesters in the U.S. population (based on 1990 census data), including 100% of Asian Americans and Native Americans, 75% of African Americans, 60 % of Hispanic Americans, and 20% of the U.S. white population.[409] Storhaug et al., in a review of reported prevalence data throughout the world, estimated the prevalence of lactose malabsorption in the U.S. to be 33-39% of the population of adults and children aged 10 years or older.[410] The review by Storhaug et al. included studies of lactose malabsorption or lactase persistence identified by various objective tests and excluded studies of self-reported lactose intolerance.[411]

J)   <u>Summary</u>

As described above, there are a number of identifiable subsets of the population that are expected to be at higher risk of harm from fluoridation chemicals. This may be due to higher sensitivity due to life stage, nutritional deficiency, or genetic factors. This may also be due to higher intake of water and consequent higher intake of fluoride. High-risk population subgroups include unborn and newborn children, especially infants fed formula prepared with fluoridated water; the elderly; people with nutritional deficiencies; people with kidney disease; people with high water intake; people with genetic susceptibilities; and members of minority populations.

---

[404] Jackson and Savaiano (2001); Jarvis and Miller (2002); Byers and Savaiano (2005); Fulgoni et al. (2007); Nicklas et al. (2009; 2011); Brown-Riggs (2016); Bayless et al. (2017).
[405] NRC (2006), p. 52.
[406] NRC (2006), pp. 250-251.
[407] NRC (2006), pp. 250-251; Goyer (1995); Bruening et al. (1999).
[408] Nicklas et al. (2009; 2011).
[409] Jackson and Savaiano (2001).
[410] Storhaug et al. (2017).
[411] Storhaug et al. (2017).



### D.     The Current EPA Reference Dose for Fluoride Is Not Protective Against Neurotoxicity

A) <u>Background</u>

If a chemical is identified as posing a neurotoxic hazard, EPA's Guidelines call for a quantitative dose-response analysis to determine the reference dose (RfD). The RfD is "an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime."[412]  The Guidelines provide that the RfD can be determined by either a LOAEL/NOAEL or BMD analysis.  While the Guidelines favor a BMD analysis, EPA used the NOAEL analysis for 3 of the oral RfDs that the Agency established pursuant to the Guidelines (Chlorine Dioxide/Chlorite, BMD-153, and BMD-209).[413]

Consistent with EPA's general risk assessment procedures as described in its "Preamble to IRIS Toxicological Reviews,"[414] the Guidelines indicate that "uncertainty factors" (UFs) should be applied to the point of departure (POD) to ensure that the resulting RfD is protective of health.[415]  Uncertainty factors are applied to account for differences in susceptibility between animals and humans ($UF_A$, interspecies variability), variations in susceptibility among humans ($UF_H$, intraspecies variability), and, where applicable, differences in the length of exposure between the study and human conditions ($UF_S$, subchronic to chronic), research gaps in the overall database ($UF_D$, database deficiency), and converting from a LOAEL to a NOAEL.[416]  These uncertainty factors are "typically multiples of 10," although they can be reduced to factors of 3 or 1 if warranted by the available information.[417, 418]

*Intraspecies Variability ($UF_H$)*:  EPA recognizes that susceptibility to toxic substances is not uniform across the human population, and that because of differences in *toxicokinetics* and/or *toxicodynamics*, some subsets of the population will be more vulnerable to harm than others.[419]  *Toxicokinetics* refers to the "processes which determine the extent and duration of exposure of the target organ or site of toxicity to the active chemical species," while *toxicodynamics* refers to the "processes involved in the translation of such exposure of the target organ or site of action into the generation of a toxic effect."[420]  Put more simply, toxicokinetics governs how much of the chemical gets to the target site (i.e., access), while toxicodynamics governs how much of the chemical is necessary at the target site to cause the adverse effect (i.e., sensitivity).  If there are no chemical-specific data on toxicokinetics and toxicodynamics, EPA uses a default $UF_H$ of 10.[421]  This default factor of 10 is "considered to be appropriate in the absence of convincing data to the contrary"[422] and is comprised of two co-equal factors of 3.16, one

---

[412] EPA (1998a), p. 57; Federal Register (1998), p. 26946.  See also EPA (2009a).

[413] EPA (2000b; 2008c; 2008d).

[414] For the "Preamble to IRIS Toxicological Reviews," see EPA (2018a), pp. xvii-xxiv; EPA (2016), pp. xv-xxi. See especially Section 7, "Deriving Toxicity Values" (EPA 2018a, pp. xxi-xxii; EPA 2016, pp. xviii-xx).

[415] EPA (1998a), pp. 58-59; Federal Register (1998), p. 26947.

[416] EPA (1998a), p. 59; Federal Register (1998), p. 26947; EPA (2018a), p. xxii; EPA (2016), pp. xix-xx.

[417] EPA (1998a), p. 59; Federal Register (1998), p. 26947; EPA (2018a), p. xxii; EPA (2016), p. xix.

[418] Lehman and Fitzhugh (1954) proposed a factor of 100 (a 100-fold margin of safety) between the highest "safe dose" of a chemical in animals and the maximum amount permitted for human exposure.  This safety factor was intended to allow for both higher sensitivity of humans than animals and also variation within the human population. Martin et al. (2013) describe the history of uncertainty factors since the time of Lehman and Fitzhugh, pointing out that the default factors do not represent worst-case situations; they cannot be safely assumed to be adequately protective of the most exposed individuals or the most susceptible individuals, nor can they be safely assumed to be protective for effects of mixtures of chemicals.

[419] EPA (2011b), p. 14; EPA (2016), p. 2-15; EPA (2018a), p. 2-12.

[420] Renwick (1993), p. 276.

[421] EPA (2018a), pp. 2-12, 2-13.

[422] EPA (2013a), p. 5-17.



for toxicokinetics and one for toxicodynamics.[423]  Consistent with this, EPA has used a $UF_H$ of 10 in each of the nine risk assessments where it has established an RfD or RfC pursuant to the Guidelines (Table 4).

*Interspecies Variability (UF$_A$)*:  EPA recognizes that susceptibility to toxic substances can differ across species.  As with intraspecies variability, interspecies variability is rooted in principles of both toxicokinetics and toxicodynamics.  With respect to the kinetics component, EPA has developed a hierarchical framework of approaches that are geared towards ascertaining the "human equivalent dose" (HED).[424]  EPA's "optimal" approach for determining the HED is to use a physiologically based toxicokinetic model (PBTK).[425]  Where a PBTK model is not available, the "intermediate" approach is to use chemical-specific information that, while falling short of a full PBTK model, provides some reliable guidance.[426]  Where there is no reliable chemical-specific information on kinetics, EPA uses a default allometric scaling method.[427]

Allometric scaling is "scaling of physiological rates or quantities to relative growth and size (mass or volume) of one animal species relative to another species."[428]  Body weight scaling to the 3/4 power is EPA's default method for allometric scaling (hereafter referred to as the BW¾ Method).[429]  As shown in Table 5, the HED of a 10 mg/kg dose given to mice is 1.4 mg/kg, while the HED of the same dose given to rats is 2.4 mg/kg.[430]  Put another way, mice and rats need to be given 10 mg/kg of a chemical to achieve the human equivalent of 1.4 and 2.4 mg/kg, respectively.  The HED is thus 14% of the dose given to mice, and 24% of the dose given to rats.

The BW¾ Method "predominantly addresses factors involved in estimating toxicokinetics, as well as some toxicodynamic factors."[431]  EPA thus maintains a residual default UF of 3 (3.16 rounded down to 3) to allow for residual uncertainty from either toxicokinetics or toxicodynamics, unless there is chemical-specific information available.[432]  Under EPA's default approach to interspecies variability, therefore, a dose of 10 mg/kg/day in mice is treated as the equivalent of 0.47 mg/kg/day in humans, while a dose of 10 mg/kg/d in rats is treated as the equivalent of 0.8 mg/kg/day.

*Subchronic-to-Chronic (UF$_S$)*:  Where EPA bases an RfD on a study that does not investigate the effect of long-term (chronic) exposure, EPA will use an uncertainty factor of 3 to 10. EPA defines a chronic study in rodents as one which lasts "at least 12 months."[433]  If the study lasts less than 12 months, therefore, an uncertainty factor is applied.  In the derivation of the RfC for 2-Hexanone, for example, EPA applied an uncertainty factor of 10 because the principal study lasted only six months.[434]

---

[423] EPA (2016), p. 2-15.
[424] EPA (2011b), pp. 18-21; EPA (2018a), p. 2-10.
[425] EPA (2011b), p. 19.
[426] EPA (2011b), p. 19.
[427] EPA (2011b), p. 19.
[428] EPA (2011b), p. 1.
[429] EPA (2011b).
[430] EPA (2011b), p. 29, Table A-1; EPA (2018a), p. 2-12.
[431] EPA (2011b), p. 17.
[432] EPA (2011b), p. 21; EPA (2016), p. 2-15;  EPA (2018a), pp. 2-12, 2-13.
[433] EPA (1998b), p. 1.
[434] EPA (2009c), p. 74.



Table 4.  Summary of RfDs or RfCs developed in compliance with EPA's Guidelines for Neurotoxicity Risk Assessment.

| Chemical | LOAEL | NOAEL | $UF_H$ | $UF_A$ | $UF_S$ | $UF_D$ | Composite | RfD or RfC[a] | Reference |
|---|---|---|---|---|---|---|---|---|---|
| | | | \multicolumn Uncertainty Factors | | | | | | |
| BDE-47 | 10.5 mg/kg | 0.7 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.1 µg/kg/day | EPA (2008a) |
| BDE-99 | 0.8 mg/kg | 0.4 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.1 µg/kg/day | EPA (2008b) |
| BDE-153 | 0.9 mg/kg | 0.45 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.2 µg/kg/day | EPA (2008c) |
| BDE-209 | 20.1 mg/kg | 2.22 mg/kg | 10 | 10 | 3 | 1 | 300 | 7 µg/kg/day | EPA (2008d) |
| Chlorine Dioxide and Chlorite | 6 mg/kg/day | 3 mg/kg/day | 10 | 10 | 1 | 1 | 100 | 0.03 mg/kg/day | EPA (2000b) |
| 2-Hexanone | 143 mg/kg/day | Not observed | 10 | 10 | 1 | 10 | 1000 | 0.005 mg/kg/day | EPA (2009c) |
| Methanol | 1000 ppm (1310 mg/m³) | 500 ppm (655 mg/m³) | 10 | 3 | 1 | 3 | 100 | 20 mg/m³ | EPA (2013) |
| RDX | 8 mg/kg/day | 4 mg/kg/day | 10 | 3 | 1 | 10 | 300 | 0.004 mg/kg/day | EPA (2018a; 2018j) |
| Trimethylbenzenes | 492 mg/m³ | 123 mg/m³ | 10 | 3 | 3 | 3 | 300 | 0.01 mg/kg/day | EPA (2016) |

[a] Where EPA established both an RfD (mg/kg/day) and an RfC (mg/m³) for a chemical, the RfD is presented.

Table 5.  Comparison of $BW^{1/1}$ and $BW^{3/4}$ in estimating oral exposure in humans from a 10 mg/kg exposure to rats, mice, and a dog.[a]

| Absolute animal intake or administered dose | Species | BW(h)/BW(a) | Scaling = $BW^{1/1}$ | | Scaling = $BW^{3/4}$ | |
|---|---|---|---|---|---|---|
| | | | BW scaling factor | BW scaled human intake or oral dose (mg/kg) | BW scaling factor | BW scaled human intake or oral dose (mg/kg) |
| 0.25 mg / 0.025 kg | mouse | 70 / 0.025 = 2800 | $2800^{1/1}$ = 2800 | (2800 × 0.25 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | $2800^{3/4}$ = 385 | (385 × 0.25 mg = 96 mg) 96 mg / 70 kg = 1.4 mg/kg |
| 2.5 mg / 0.25 kg | rat | 70 / 0.25 = 280 | $280^{1/1}$ = 280 | (280 × 2.5 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | $280^{3/4}$ = 68 | (68 × 2.5 mg = 170 mg) 170 mg / 70 kg = 2.4 mg/kg |
| 120 mg / 12 kg | dog | 70 / 12 = 5.8 | $5.8^{1/1}$ = 5.8 | (5.8 × 120 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | $5.8^{3/4}$ = 3.7 | (3.7 × 120 mg = 444 mg) 444 mg / 70 kg = 6.4 mg/kg |

[a] Taken from Table A-1 in EPA (2011b), p. 29.



*Database Deficiency ($UF_D$)*: EPA regularly applies an uncertainty factor of 3 to 10 to account for important research gaps in the literature, or when there are indications of other toxic effects that have not been adequately studied. According to EPA, "If there is concern that future studies may identify a more sensitive effect, target organ, population, or life stage, a database uncertainty factor reflects the nature of the database deficiency."[435] In the 2-Hexanone risk assessment, for example, EPA applied a $UF_D$ of 10 because of both (a) the absence of multigenerational and developmental studies, and (b) the existence of studies which "suggest the possibility" of reproductive and immunological toxicity.[436]

*Composite uncertainty factors:* As summarized in Table 4, the composite uncertainty factors that EPA has applied in its 9 neurotoxicity risk assessments under the Guidelines range from 100 to 3,000. Three of these risk assessments (those for Methanol, RDX, and Trimethylbenzenes[437]), were published after EPA's adoption (in 2011) of its current hierarchical framework for determining HEDs from animal data.[438] Prior to adoption of this method, $UF_A$ for interspecies variability had a value of 10 for each of the risk assessments; thereafter it has had a value of 3. As a practical matter, however, the adjustment is similar across the two periods of time, because the point of departure now starts at a lower dose under EPA's current approach, due to derivation of the HED prior to application of uncertainty factors.

B) Identifying LOAEL/NOAELs for Fluoride Neurotoxicity from Animal Studies

EPA prefers to use human data for identifying a POD in the rare instances where such data are available.[439] The recent prospective cohort studies[440] with individual-level biomonitoring data provide sufficient human data to establish a POD for fluoride neurotoxicity. I understand that Dr. Philippe Grandjean has conducted an analysis of human data to establish a POD for fluoride neurotoxicity, and that he has calculated a BMDL of 0.1 mg/L (maternal urinary fluoride during pregnancy) based on a Benchmark Response (BMR) of 1 lost IQ point from prospective cohort data reported by Bashash et al.[441] I understand that Dr. Grandjean has not attempted to establish an RfD, but a BMDL of 0.1 mg/L in maternal urine would result in an RfD well below the intake levels in fluoridated communities, particularly after the application of appropriate uncertainty factors.

To avoid duplication of Dr. Grandjean's analysis, and to determine whether his BMDL is consistent with potential RfDs derived from animal data, I sought to determine the range of RfDs that are supported by the current animal experimental data. My purpose was not to derive a single value for the RfD, but to assess the approximate range of RfD values that would be obtained if EPA's ordinary risk assessment procedures are applied to examples selected from the fluoride database. Of primary interest to this analysis is whether RfDs derived from neurotoxicity data would be greater than, equal to, or less than the current RfD of 0.08 mg/kg/day.

In light of the human data now available, animal data would no longer be the preferred source of the POD for fluoride neurotoxicity.[442] However, several considerations could justify use of animal data to establish an RfD for fluoride. First, EPA has used animal research as the principal study for each of the

[435] EPA (2018a), p. xxii.
[436] EPA (2009c), pp. 74-75.
[437] EPA (2013a; 2016; 2018a).
[438] EPA (2011b).
[439] EPA (2018a), p. 2-1.
[440] Bashash et al. (2017; 2018); Valdez-Jiménez et al. (2017); Green (2018).
[441] Bashash et al. (2017).
[442] EPA (2018a), p. 2-1.

neurotoxicity risk assessments that it has thus far conducted under the Guidelines. <u>Second</u>, EPA has used impairment in learning and memory in rodents as the adverse effect upon which to base the RfD for other chemicals,[443] thus this is an accepted endpoint to use in deriving an RfD. <u>Third</u>, a substantial number of animal studies of fluoride neurotoxicity have used 2 or 3 treatment groups, and EPA has found this to be sufficient for establishing the POD in most of its Guideline-compliant risk assessments (BDE-47, BDE-153, BDE-209, Chlorine Dioxide/Chlorite, and 2-Hexanone),[444] including animal studies with as few as 10 rats per group (2-Hexanone).[445]

For purposes of simplicity and clarity, I have selected the NOAEL/LOAEL method for example RfD calculations. Although EPA now prefers using the BMD method, in this case either method will serve because, as shown below, whatever point one chooses in the range of observations in the identified studies, the resulting RfDs are each well below 0.08 mg/kg/d.

C) <u>Candidate PODs from the Animal Data on Fluoride Neurotoxicity</u>

In the literature review discussed earlier, 37 rodent studies were identified that have investigated fluoride's impact on learning and memory since the NRC report (Table A-2). All but 3 of these studies found adverse effects in the fluoride-treated rodents, including 16 of the 17 studies that investigated prenatal fluoride exposures. Since the prenatal period represents a point of heightened vulnerability to neurotoxicants, the prenatal studies are a logical candidate for the point of departure.

To avoid studies at high risk of bias, the three studies that did not specifically mention using a randomization procedure were excluded from further consideration.[446] Further, in order to focus the analysis on those studies best suited for a NOAEL/LOAEL analysis, four studies that only used one treatment dose were excluded.[447]

Table 6 summarizes the 10 prenatal studies that remained for LOAEL/NOAEL consideration. Most of the studies used a similar dosing regimen with 2 or 3 treatment groups, and at least 10 rodents per group, which is consistent with several of the principal studies that EPA has previously used to establish an RfD. Notably, 9 of the 10 studies found dose response trends for one or more effects, thus adding confidence to a causative role of the fluoride treatment.[448] Additional confidence comes from the fact that the vast majority of other rodent studies have found demonstrable affects on learning as well.

---

[443] For example, BDE-153 (EPA 2008c, p. 36).
[444] EPA (2000b; 2008a; 2008c; 2008d; 2009c).
[445] EPA (2009c).
[446] Bera et al. (2007); Basha et al. (2011b); Ge et al. (2018).
[447] Niu et al. (2014); Banala and Karnati (2015); Dong et al. (2015); Zhu et al. (2017).
[448] See for example, Jiang et al. (2014b), Table 3; Cui et al. (2017), Table 3; Chen et al. (2018a), Figure 1d,e; Sun et al. (2018), Tables 2 and 3; Wang et al. (2018a), Figure 4b,c; Zhao et al. (2019), Figure 5e.



Table 6.  Examples of rodent studies of prenatal exposure to fluoride that could provide LOAELs or NOAELs for neurotoxicity.

| Study | Animal | Exposure period | [F⁻] in drinking water[a] (mg/L) | Number of animals per group (n) | Learning and memory | | Neuroanatomical or neurochemical effects | |
|---|---|---|---|---|---|---|---|---|
| | | | | | LOAEL (mg/L) | NOAEL (mg/L) | LOAEL (mg/L) | NOAEL (mg/L) |
| Zhou et al. (2019) | Rats, Sprague-Dawley | Prenatal[b] + 6 months | 4.5, 23, 45 | 6 | 23 | 4.5 | 23 | 4.5 |
| Zhao et al. (2019) | Rats, Sprague-Dawley | Prenatal[b] + 60 days | 4.5, 23, 45 | 5 | 23 | 4.5 | 4.5 | None |
| Bartos et al. (2019) | Rats, Wistar (female) | Prenatal + 21 days | 5, 10 | 9-10 | 5 | None | 5 | None |
| Wang et al. (2018a) | Mice, ICR (female) | Prenatal (from day 7) + 21 days | 11, 23, 45 | 15 | 23 | 11 | 11 | None |
| Sun et al. (2018) | Mice, Kunming | Prenatal + 21 days | 11, 23, 45 | 6 | 23 | 11 | 11 | None |
| McPherson et al. (2018) | Rats, Long Evans Hooded (male) | Prenatal (from day 6) + 90 days | 10, 20[c] | 11-23 | None | 20 | None | 20 |
| Chen et al. (2018a) | Rats, Sprague-Dawley | Prenatal[b] + 6 months | 4.5, 23, 45 | 6 | 23 | 4.5 | 4.5 | None |
| Bartos et al. (2018) | Rats, Wistar (female) | Prenatal + 21 days | 5, 10 | 9-10 | 5 | None | 5 | None |
| Cui et al. (2017) | Rats, Sprague-Dawley | Prenatal[b] + 60 days | 4.5, 23, 45 | 12 | 4.5 | None | N/A | N/A |
| Jiang et al. (2014b) | Rats, Sprague-Dawley | Prenatal[b] + 2 months | 11, 23, 45 | 12 | 11 | None | 11 | None |

[a] Treatment groups in addition to the control group.
[b] Exposure of the mother began before pregnancy.
[c] Animals were given 0, 10, or 20 mg/L fluoride in drinking water, plus 3.24 ppm fluoride in feed.  An additional control group had 0 mg/L fluoride in drinking water plus 20.5 ppm fluoride in feed (McPherson et al. 2018).



*Food and Water Watch v. EPA*                                        *Thiessen Report*

While only three of the studies specifically mention controlling for litter effects,[449] the failure to control for litter effects does not bias the results in any consistent direction and can lead to either a false positive or a false negative in an individual study.[450] Thus it is questionable whether this would lead to a consistent bias across several studies. Further, several of the principal studies that EPA has used to establish an RfD in the past did not control for litter effects,[451] and thus this factor does not preclude selection of a study as the principal study.

**LOAEL of 5 mg/L**:  The lowest observed adverse effect levels in the studies were fluoride concentrations of 4.5 and 5 mg/L. Of the six studies that used this concentration, three found adverse effects on learning at this concentration,[452] and two of the other three studies, which did not find statistically significant effects on learning at this level, *did find alterations in the brain.*[453]  Other studies have also found alterations in the brain at $\leq$ 5 mg/L.[454]  Further, since Bartos et al. specifically controlled for litter effects, the failure to do so in other studies is unlikely to explain the findings of adverse effects at this level. A reasonable case can be made, therefore, for selecting a 5 mg/L LOAEL as the Point of Departure (POD) for learning impairment from prenatal fluoride exposure.

**LOAEL of 23 mg/L**:  Seven of the 10 studies used 23 mg/L as one of the treatment doses, and six of these studies found *both* an adverse impact on learning *and* changes in the brain, either at this dose or a lower dose. It is hard, therefore, to reach any other conclusion than that 23 mg/L is an "Observed Adverse Effect Level," particularly in light of the five studies discussed above, which found adverse effects at $\leq$ 5 mg/L. While the McPherson study did not find an effect at 20 mg/L, McPherson et al. used Long Evans Hooded Rats, and there is some indication in the earlier literature that this strain may be less sensitive to behavioral effects from fluoride exposure.[455]  Further, McPherson only tested males, and did not begin exposure until the 6th day of gestation, thus limiting exposure to the rats during the first trimester. The McPherson study is unlikely, therefore, to have captured the full potential sensitivity to prenatal fluoride exposure and therefore does not provide a basis for negating a LOAEL of 23 mg/L as the POD.

**LOAEL of 45 mg/L**:  In this group of studies, 45 mg/L is unquestionably an "observed adverse effect level," as it has been in many other animal studies on fluoride neurotoxicity. However, it would not be justified to use 45 mg/L from these data for derivation of an RfD, as it is the *highest* observed adverse effect level, not the lowest. Nevertheless, for purposes of illustration, the RfD calculation below will include an assumed LOAEL of 45 mg/L as one of the PODs.

**NOAEL of 11 mg/L**:  Four of the prenatal studies used 10 or 11 mg/L for the low-dose group.[456] The two studies of mice failed to find a significant effect on learning at this level,[457] and thus 11 mg/L could conceivably be selected as a NOAEL. The fact that the two studies that did not find effects at 11 mg/L found them at higher concentrations (23 and 45 mg/L) would be a factor weighing in favor of this choice, as the animal models were sensitive enough to find an effect. However, the two studies finding no effects

[449] Bartos et al. (2018; 2019); McPherson et al. (2018).

[450] Zorrilla (1997), p. 144; Lazic and Essioux (2013), p. 3.

[451] See for example EPA (2008a), pp. 44, A-4; EPA (2008b), pp. 59, A-3; EPA (2008c), pp. 32, A-3.

[452] Cui et al. (2017); Bartos et al. (2018; 2019).  In the Chen study (which had only six rats per group), there is some indication of an effect on learning in the 4.5 mg/L group, albeit not statistically significant (Chen et al. 2018a, Figure 1).

[453] Chen et al. (2018a); Zhao et al. (2019).

[454] Liu et al. (2010; 2011); Zhang et al. (2015a); Niu et al. (2018a); Yu et al. (2019).

[455] Elliott (1967); Varner et al. (1994).

[456] Wang et al. (2018a); Sun et al. (2018); McPherson et al. (2018); Jiang et al. (2014b).

[457] Sun et al. (2018); Wang et al. (2018a).



on learning at 11 mg/L did find changes in the brain at this level,[458] consistent with 11 mg/L being a LOAEL, rather than a NOAEL. But, for purposes of illustration, the RfD calculation below will include an assumed NOAEL of 11 mg/L as one of the PODs.

**NOAEL of 20 mg/L**: The highest possible NOAEL that could be selected from these prenatal studies is the 20 mg/L no-effect finding from McPherson et al.[459] While it is difficult to justify reliance on McPherson et al.'s study for the RfD analysis (due to strain of rat used, single sex, and lack of first-trimester exposure[460]), an RfD calculation will be done below using 20 mg/L as an assumed NOAEL, in order to highlight the upper bound RfD that would be permitted by the current animal data.

*Conversion of fluoride concentration to intake per unit body weight*

Before RfDs can be calculated for the selected LOAELs or NOAELs, the unit of measurement has to be converted from a water fluoride concentration (mg/L) to an intake rate or dose (mg/kg/day). The 2016 NTP review provides data that facilitate this analysis.[461] In its review, the NTP estimated the doses for dozens of rodent studies by using EPA's default water consumption rates and body weight data for the species, strain, and sex of the animals studied.[462] A review of NTP's data in Appendix 20 shows that the average ratio of fluoride concentration (mg/L) to intake rate or dose (mg/kg/day) is 6.8, while a review of NTP's data in Appendix 19 shows that the range of this ratio is generally higher for rats (typically 6 to 10) than for mice (typically 3.8 to 5). For purposes of this analysis, I chose the low end of this range for each species (6 for rats, 3.8 for mice); this results in probable overestimates of the actual intake rates of fluoride by the animals, thereby overestimating the resulting PODs and inflating the RfDs derived from them.[463]

### D)   Selection of Uncertainty Factors

The next step in deriving an RfD from animal data is to decide which uncertainty factors are applicable and to determine what the value of each uncertainty factor should be.

*Intraspecies Variability (UF_H)*: As noted earlier, EPA applies a $UF_H$ of 10 to account for variability among humans unless there is "convincing data to the contrary."[464] In the case of fluoride, the available evidence (summarized in Section 2 above) confirms that susceptibility varies greatly across the population. While the magnitude of the variability is difficult to quantify, the available evidence does not provide any justification for using a lower value than the default of 10. Therefore, $UF_H$ was assigned a value of 10.

*Interspecies Variability (UF_A)*: A full PBTK model has not yet been developed for fluoride that would allow for the calculation of HEDs from doses given to animals. As such, EPA's preferred approach for controlling for interspecies toxicokinetics is not available. There is, however, some chemical-specific information for fluoride that could support application of EPA's intermediate approach. As discussed by the NRC, rats require higher levels of fluoride in their water to achieve the same level of fluoride in their

---

[458] Sun et al. (2018); Wang et al. (2018a).

[459] McPherson et al. (2018).

[460] See also the review of McPherson et al. (2018) by Spencer and Limeback (2018).

[461] NTP (2016), Appendix 19.

[462] NTP (2016), p. 118.

[463] Using this method gives an intake rate of 0.83 mg/kg/day for rats for the 5 mg/L fluoride concentration (Table 7). However, Bartos et al. (2018; 2019) give an estimate of 0.6 mg/kg/day for their rats and this fluoride concentration. Using the same approach described below with Table 7 for a LOAEL of 5 mg/L, equivalent to an intake rate of 0.6 mg/kg/day, gives an RfD of 0.00005 (all four UFs) or 0.0005 (only $UF_H$ and $UF_A$), compared with 0.00007 and 0.0007 in Table 7.

[464] EPA (2013a), pp. 5-17.



*Food and Water Watch v. EPA*                                                      *Thiessen Report*

blood.[465]  Dunipace estimated that rats require about 5 times more fluoride in water than humans to reach the same plasma concentration of fluoride,[466] while Den Besten's team has reported a larger margin for mice, with a difference of about a factor of 10.[467]  The data from Dunipace and Den Besten would thus support a toxicokinetics adjustment of 5 for rats and 10 for mice.  These adjustments are slightly higher, but roughly consistent with, the adjustments under the default BW¾ Method (4.16 for rats, 7.14 for mice). For purposes of this analysis, I have used the BW¾ Method.

With respect to toxicodynamics, it has long been recognized that rodents are less susceptible (more resistant) to toxic effects from fluoride ingestion than are humans.[468]  Rats, for example, have been reported to require 10 to 25 times more fluoride than humans to develop dental fluorosis.[469]  Differences in kinetics undoubtedly contribute to rodents being less sensitive to fluorosis, but the differences appear larger than would be expected if they were due solely to kinetics.  The fluorosis data thus support the existence of differential toxicodynamics between rodents and humans.  It is unclear, however, if this difference would apply to neurotoxicity.  Accordingly, I have used EPA's default uncertainty factor of 3 for the toxicodynamic component of UF$_A$.

*Subchronic-to-Chronic (UF$_S$)*:  One of the limitations of the prenatal fluoride studies is that they have relatively short postnatal exposures.  The longest of the studies treated the rats for 6 months after birth; the remainder lasted 21 days to 3 months.  None of the studies, therefore, addresses the potential additive impact of chronic exposure.  (EPA defines a chronic exposure in rodents as one lasting at least 12 months.)[470]  Studies that have tested animals at multiple points in time have found that the effects of fluoride on the brain tend to worsen with time, with some effects not appearing at all until 3 to 6 months of exposure.[471]  By failing to reflect the real world "cradle-to-grave" exposure that humans living in fluoridated areas experience, the prenatal studies likely do not account for the full potential risk.  A subchronic-to-chronic uncertainty factor would thus be justified.  A non-conservative value of 3 was therefore selected for UF$_S$ for the RfD calculations below.

*Database Deficiency (UF$_D$)*:  There are several significant research gaps in the current database. First, none of the animal studies on fluoride and learning have attempted to reproduce the effect of formula-feeding of human infants during what is likely a critical period of vulnerability and is definitely a period of high fluoride intake for many infants.  Specifically, in the fluoride and learning studies that have involved the pre-weaning period, the rats or mice receive their caloric intake entirely from their mother's milk, which will have substantially lower fluoride concentrations than the mother's drinking water.[472]  The rodent studies on learning thus do not provide any information on the potential impact of formula feeding.  Second, there is a dearth of chronic studies, with only one study on fluoride/learning lasting more than 12 months.[473] The available studies thus do not reflect the risk to the elderly brain of lifetime fluoride intake and accumulation.  Taken together, these research gaps create uncertainty as to the applicability of current animal data to two potentially critical life periods of vulnerability, neonates and the elderly.  As such, it

---

[465] NRC (2006), pp. 98-99; pp. 442-446, Appendix D; NRC (2009), pp. 88-89.
[466] NRC (2006), pp. 98, 442.
[467] Zhang et al. (2014).
[468] Roholm (1937), pp. 265, 318; Lehman and Fitzhugh (1954), p. 33; Angmar-Mansson and Whitford (1982), p. 339.
[469] Roholm (1937), pp. 265, 318; Angmar-Mansson and Whitford (1982), p. 339.
[470] EPA (1998b), p. 1.
[471] For example, see Güner et al. (2016); Liu et al. (2011); Yang et al. (2018a); Zhang et al. (2015a).
[472] See Drinkard et al. (1985).  Measured fluoride concentrations in rat milk were 0.044, 0.349, and 0.401 mg/L, compared with fluoride concentrations in the mother's drinking water of 0, 50, and 100 mg/L, respectively.
[473] Teng et al. (2018).



*Food and Water Watch v. EPA*                                    *Thiessen Report*

would be justified to add an uncertainty factor to account for deficiencies in the database. A non-conservative $UF_D$ of 3 was chosen for the RfD calculations below.

## E)   RfD Calculations from Animal Data

Table 7 summarizes the RfD calculations for each of the five Points of Departure (POD) listed above. Using all four uncertainty factors as described above (composite UF = 300) with the most sensitive POD (LOAEL = 5 mg/L) gives a calculated RfD value (Column J of Table 7) of 0.00007 mg/kg/day, 3 orders of magnitude less than EPA's current RfD of 0.08 mg/kg/day for severe dental fluorosis. As can be seen, even if the least conservative LOAEL (45 mg/L) or least conservative NOAEL (20 mg/L) is used as the POD, the resulting RfDs (0.0007 and 0.003 mg/kg/day; Column J in Table 7) are still well below EPA's current RfD (0.08 mg/kg/day). Further, even if no uncertainty factors are used for $UF_S$ and $UF_D$ (composite UF = 30 from $UF_H$ and $UF_A$), the resulting RfDs (0.0007 to 0.03 mg/kg/day; Column I of Table 7) are all still below the current RfD, even when using the least conservative POD. Thus, while reasonable debate can be had as to which of these PODs would be most appropriate to use, the essential point is that, *whatever POD is used, the respective RfDs fall well below EPA's current RfD*. Accordingly, the animal data are consistent with the human data (as analyzed by Grandjean) in showing that EPA's current RfD is not protective against fluoride neurotoxicity. This in turn provides further evidence that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.

## F)   Additional Considerations Regarding EPA's Current Reference Dose

As described above, EPA's current RfD is above (less protective than) the level that would be necessary to protect against fluoride neurotoxicity. One of the reasons that the current RfD is so high is that EPA made a policy decision to keep the RfD above the purported "adequate" (i.e., "optimal") intake of fluoride (0.05 mg/kg/day) for caries prevention.[474] There are two fundamental problems with this policy decision: first, it improperly conflated risk assessment with risk management, and second, it relied upon an outdated understanding of fluoride's mechanism of action in preventing caries.

*Risk assessment vs. risk management*

In its risk assessment, EPA stated that "Any drinking water intakes (mean or percentile) that resulted in doses that were less than or equal to the 0.05 mg/kg/day IOM AI value associated with optimal, anticaries protection were eliminated from consideration as doses causing severe dental fluorosis."[475] Moreover, EPA's representative in this litigation, Edward Ohanian, testified that EPA did not apply any uncertainty factors in its RfD calculations because doing so would have caused the RfD to be lower than the purported optimal dose.[476]

By letting considerations of a perceived benefit shape its assessment of the risk, EPA inappropriately inserted a risk management decision into a risk assessment—a violation of more than 25 years (at that time) of risk assessment guidance and practice. The National Research Council's 1983 risk assessment report states that "Even the perception that risk management considerations are influencing the conduct of risk assessment in an important way will cause the assessment and regulatory decisions based on them to lack credibility."[477] Later in the same report: "If risk management considerations (for example,

---

[474] Ohanian Deposition at pp. 203:19-205:16, 206:13-19, 329:3-7. See also EPA (2010b), pp. xv, 98, 101, 103.

[475] EPA (2010b), p. 98. See also p. 101, where an intake of 0.06 mg/kg/day was excluded from consideration. See also p. 103, in reference to a "beneficial dose of 0.05 mg/kg/day." See also p. xv in the Executive Summary: "Any doses that were less than or equal to the 0.05 mg/kg/day were eliminated from consideration as the threshold dose for severe dental fluorosis."

[476] Ohanian Deposition at pp. 203:19-205:16, 206:13-19, 329:3-7.

[477] NRC (1983), p. 49. See pp. 18-19, 48-49, 151-153.



the economic or political effects of a particular control action for a particular chemical) are seen to affect either the scientific interpretations or the choice of inference options in a risk assessment, the credibility of the assessment inside and outside the agency can be compromised, and the risk management decision itself may lose legitimacy."[478]  EPA's 1998 Guidelines, citing NRC (1983), recommend that Federal regulatory agencies establish guidelines "to promote consistency and technical quality in risk assessment, and to ensure that the risk assessment process is maintained as a scientific effort separate from risk management."[479]  One of the reviewers of EPA's 2010 dose-response (RfD) report[480] specifically pointed out this shortcoming: "the assumption that 0.05 mg/kg/day is a required amount of fluoride and that dose estimates must be above this level could be considered a weakness because the purpose of U.S. EPA's analysis was to determine risk, not to conduct risk benefit analyses."[481]

*Fluoride's Mechanism of Action for Caries Prevention*

A second fundamental problem with EPA's analysis is that it accepts the outdated premise that fluoride needs to be ingested to prevent caries.  CDC's representative in this litigation, Casey Hannan, agreed that "there is now overwhelming evidence that the primary caries-preventive mechanisms of action of fluoride are <u>post eruptive</u> through <u>topical</u> effects for both children and adults."[482]  EPA actually acknowledges this in its risk assessment, noting that fluoride's "primary" benefit comes from topical contact with the teeth.[483]  Despite this, EPA made no attempt to address research showing that the *ingestion* of fluoride has no meaningful effect on caries prevention.  Although EPA relied extensively on the Iowa Fluoride Study (IFS) to understand the relationship between fluoride ingestion and dental fluorosis,[484] EPA failed to consider IFS data showing that fluoride ingestion has no significant relationship to tooth decay.[485]

Ultimately, the most obvious problem with EPA's assumption of a benefit is that it assumes that all age groups in the population, including *infants* and *adults*, need to ingest fluoride to get the benefit. This is at odds with current scientific understanding.  As CDC's Casey Hannan noted at his deposition, the CDC is unaware of any evidence to indicate that fluoride ingestion provides any benefit to teeth during the first 6 months of life.[486]  Hannon further testified that CDC is unaware of any benefit from prenatal fluoride exposure.[487]  Further, *any* benefit from ingesting fluoride would be limited to the period of time when the teeth are actually developing.[488]  Despite this, EPA's RfD operates on the premise that both adults and children need to ingest 0.05 mg/kg/day for caries prevention.  No biological justification is provided for this premise of a systemic benefit in adults.

---

[478] NRC (1983), p. 152.
[479] EPA (1998a), p. v; Federal Register (1998), p. 26926.
[480] EPA (2010b).
[481] EPA (2010c), p. 20.  This reviewer also pointed out that EPA's method assumed that severe dental fluorosis occurred in children with excess exposure to fluoride, rather than possibly in children who were more susceptible to adverse effects from fluoride intake.  Also see pp. 11, A-13, A-14, and B-13 of the April 2009 Peer Review Report that is included in the 2010 report (EPA 2010c).
[482] Hannan Deposition at p. 198:21-25.
[483] EPA (2010b), p. 3.
[484] EPA (2010b), pp. 21, 33, 102-103.
[485] For example, Warren et al. (2009).  See also Appendix E of this report.
[486] Hannan Deposition at pp. 224:8-11, 233:12-17.
[487] Hannan Deposition at pp. 213:19-214:3, 217:3-19.
[488] Hannan Deposition at pp. 207:10-24, 209:5-22.



*Food and Water Watch v. EPA*                                                                                                *Thiessen Report*

Table 7.  Calculation of the RfD from the selected Points of Departure (POD), based on the studies summarized in Table 6.

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Observation | Intake rate | POD$_{HED}$ | NOAEL | UF$_H$ = 10 | UF$_A$ = 3 | UF$_S$ = 3 | UF$_D$ = 3 | RfD(1) | RfD(2) |
| LOAEL or NOAEL from Table 6 | Column A / 6 (rats) or 3.8 (mice) | Column B × 0.24 (rats) or 0.14 (mice) | Column C / 10 (LOAEL) or 1 (NOAEL) | Column D / 10 | Column E / 3 | Column F / 3 | Column G / 3 | Column F | Column H |
| mg/L | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day |
| 5 mg/L, LOAEL (rats) | 0.83 | 0.20 | 0.020 | 0.0020 | 0.00067 | 0.00022 | 0.000073 | 0.0007 | 0.00007 |
| 23 mg/L, LOAEL (rats) | 3.8 | 0.91 | 0.091 | 0.0091 | 0.0030 | 0.0010 | 0.00033 | 0.003 | 0.0003 |
| 45 mg/L, LOAEL (rats) | 7.5 | 1.8 | 0.18 | 0.018 | 0.0060 | 0.0020 | 0.00067 | 0.006 | 0.0007 |
| 11 mg/L, NOAEL (mice) | 2.9 | 0.41 | 0.41 | 0.041 | 0.014 | 0.0047 | 0.0016 | 0.01 | 0.002 |
| 20 mg/L, NOAEL (rats) | 3.3 | 0.79 | 0.79 | 0.079 | 0.026 | 0.0087 | 0.0029 | 0.03 | 0.003 |

Column A:  The observed LOAEL or NOAEL from Table 6.

Column B:  The observed LOAEL or NOAEL converted from mg/L to an intake rate (dose) in mg/kg/day.  For rats, the LOAEL or NOAEL is divided by 6; for mice, the NOAEL is divided by 3.8 (see explanation in text).

Column C:  The intake rate for rats or mice converted to a human equivalent dose (HED) using the BW$^{3/4}$ method (see explanation in text).  The HED = 24% of the intake rate for rats or 14% of the intake rate for mice.

Column D:  NOAEL as already obtained (NOAEL / 1) or as estimated from a LOAEL (LOAEL / 10).

Column E:  The estimated NOAEL after application of an intraspecies uncertainty factor (UF$_H$), where UF$_H$ = 10.  The NOAEL from Column D is divided by UF$_H$ (i.e., NOAEL / 10).

Column F:  The estimated NOAEL after application of an additional uncertainty factor for interspecies variability (UF$_A$), where UF$_A$ = 10.  The adjusted NOAEL from Column E is divided by UF$_A$ (i.e., NOAEL / 3).

Column G:  The estimated NOAEL after application of an additional uncertainty factor for use of a subchronic study (UF$_S$), where UF$_S$ = 3.  The adjusted NOAEL from Column F is divided by UF$_S$ (i.e., NOAEL / 3).

Column H:  The estimated NOAEL after application of an additional uncertainty factor for database deficiencies (UF$_D$), where UF$_D$ = 3.  The adjusted NOAEL from Column G is divided by UF$_D$ (i.e., NOAEL / 3).

Column I:  The value of the Reference Dose (RfD) obtained with only UF$_H$ and UF$_A$.  RfD(1) = the NOAEL value in Column F, rounded to 1 significant digit.

Column J:  The value of the Reference Dose (RfD) obtained with UF$_H$, UF$_A$, UF$_S$, and UF$_D$.  RfD(2) = the NOAEL value in Column H, rounded to 1 significant digit.



### E.  Fluoridation Chemicals Present an "Unreasonable Risk" of Neurotoxicity, as Defined by EPA

In determining whether a chemical presents an "unreasonable risk" to human health[489] under the Toxic Substances Control Act (TSCA), EPA considers (1) the human health hazard of the chemical, (2) the extent of human exposure to the chemical, and (3) the estimated margin between the toxic effect level and human exposure.[490]   As discussed below, each of these three factors supports the conclusion that fluoridation chemicals pose an unreasonable risk to human health.  Some of the following discussion is based on EPA's P2 Framework Manual,[491] which is intended to expedite the review of new industrial chemicals proposed for manufacture or import.[492]   The general approach is based on NRC's 1983 risk assessment report[493] and is intended to identify chemicals not requiring regulation (e.g., they do not present an unreasonable risk to human health or the environment) and chemicals that do require regulation (e.g., they may present an unreasonable risk to human health or the environment, or there may be substantial human exposure).[494]   "Low hazard chemicals are dropped from further review because by their nature they will not result in risk,"[495] but a "complete risk assessment is necessary if the hazard concern is identified as high or moderate."[496]

A)  <u>Human Health Hazard of Fluoride</u>

According to EPA, "Human health hazard is relevant to whether a new chemical substance is likely to present an unreasonable risk because the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[497]   EPA has established a framework for determining whether a chemical substance has a "low," "moderate," or "high" human health hazard.[498]

Under the EPA framework, a chemical "is considered to have low human health hazard if effects are observed in animal studies with a No Observed Adverse Effect Level (NOAEL) equal to or greater than 1,000 mg/kg/day." [499]

A chemical "is considered to have moderate human health hazard if effects are observed in animal studies with a NOAEL less than 1,000 mg/kg/day." [500]

Lastly, a chemical is "considered to have high human health hazard if there is evidence of adverse effects in humans or conclusive evidence of severe effects in animal studies with a NOAEL of less than or equal to 10 mg/kg/day." [501]

Under this framework, fluoride has a "high human health hazard."   <u>First</u>, as discussed earlier, adverse effects on IQ have been repeatedly observed in humans, including results from high-quality prospective cohort studies.  This is sufficient, by itself, to establish fluoride as a high human health hazard

---

[489] TSCA requires that EPA protect against unreasonable risks to "human health and the environment."  Since the focus here is on human health, risk to the environment will not be addressed.
[490] EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[491] EPA (2012b).
[492] EPA (2012b), p. 1-1.
[493] NRC (1983); see EPA (2012b), p. 2-2.
[494] EPA (2012b), pp. 1-6 to 1-7.
[495] EPA (2012b), p. 8-8.
[496] EPA (2012b), p. 8-8.
[497] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[498] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[499] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[500] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[501] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).



under EPA's criteria.  <u>Second</u>, there is clear evidence of adverse neurotoxic effects in animals, with *LOAELs*, not just NOAELs, below 10 mg/kg/day.  As discussed above, the LOAELs for impairment in learning and memory in rodents, and concurrent changes to the brain, range from 0.75 mg/kg/day to 6.1 mg/kg/day,[502] while the NOAELs range from 0.75 to 3.3 mg/kg/day.[503]  Fluoride thus readily qualifies as a "high human health hazard" by EPA's criteria.

### B) Human Exposure to Fluoridation Chemicals

In its TSCA risk evaluations, EPA has recognized that "the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[504] This second criterion weighs strongly in favor of an unreasonable risk finding for fluoridation chemicals, as the extent of human exposure is nothing short of massive.  Approximately 210 million Americans, or nearly 3/4 of the population, have municipal water to which fluoridation chemicals have been added.[505] Further, most of the 73 million people living in "non-fluoridated" areas will routinely consume fluoridation chemicals in processed beverages and foods, as many beverages and foods are produced in fluoridated areas.[506]

Because of the massive reach of water fluoridation, millions of highly susceptible individuals are being exposed.  By way of example, there were approximately 3.9 million children born in the U.S. in 2017.[507]  Of these children, approximately 2.9 million will have been exposed to fluoridation chemicals in the womb.  Further, since 42% of infants in the U.S. are exclusively formula-fed during the first 6 months of life,[508] approximately 1.2 million infants each year will consume fluoridation chemicals every day for their first six months.  With such widespread exposure, even small risks can amount to widespread harm.

### C) Margin of Exposure (MOE)

Finally, in assessing whether a chemical poses an unreasonable risk under TSCA (as well as under the Guidelines[509]), EPA uses the "margin of exposure" (MOE) method.[510]  The MOE "is a ratio of the toxicity effect level to the estimated exposure dose."[511]  "The lower the MOE (margin between the toxicity effect level and the exposure dose), the more likely a chemical is to pose an unreasonable risk."[512]

---

[502] From Table 6, LOAELs for fluoride range from 4.5 to 23 mg/L in rat studies and from 11 to 23 mg/L in mouse studies.  As discussed in the previous section, these values correspond to ranges of 0.75 to 3.8 mg/kg/day in rats and 2.9 to 6.1 mg/kg/day in mice, with these values representing probable overestimates.

[503] From Table 6, NOAELs for fluoride range from 4.5 to 20 mg/L in rat studies and 11 mg/L in mouse studies, with several studies having no NOAEL (effects were found at the lowest doses used).  As discussed in the previous section, these values correspond to a range of 0.75 to 3.3 mg/kg/day in rats and a value of 2.9 mg/kg/day in mice, with these values representing probable overestimates.

[504] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).  See also EPA (2012b), p. 8-8.

[505] CDC (2016).

[506] See, for example, Kiritsy et al. (1996); Turner et al. (1998); Heilman et al. (1999).

[507] Centers for Disease Control. Births and Natality.  [Available at: https://www.cdc.gov/nchs/fastats/births.htm].

[508] CDC (2018; n.d.).

[509] EPA (1998a), pp. 65-66; Federal Register (1998), pp. 26949-26950.

[510] Although EPA has described the MOE method as "just one of several approaches to risk characterization" that may be used under TSCA (Federal Register 2017, p. 33735), a review of its risk evaluations shows that, *in practice*, the Agency almost always uses this method.

[511] EPA (2012b), p. 13-8.

[512] EPA (2012b), p. 13-8.



An acceptable margin between toxicity and human exposure is called an "acceptable MOE"[513] or a "benchmark MOE."[514]  If the calculated MOE "is equal to or exceeds the benchmark MOE, the new chemical substance is not likely to present an unreasonable risk."[515]

*Benchmark MOE*

The benchmark (or acceptable) MOE is generally 100 for a risk assessment based on a NOAEL from animal data and 1000 for a risk assessment based on a LOAEL from animal data.[516]  The benchmark MOE accounts for the variation in sensitivity among the human population (UF$_H$ = 10), extrapolation between animals and humans (UF$_A$ = 10), and (for use of a LOAEL) the LOAEL-to-NOAEL extrapolation (UF$_L$ = 10).[517]  In other words, EPA will conclude that no risk exists if human exposure to the chemical is at least 100 times lower than the NOAEL or at least 1000 times lower than the LOAEL.  Where allometric scaling is used to derive the effect level, UFH is reduced to 3, for a benchmark MOE of 30 or 300 (for assessments based on a NOAEL or LOAEL, respectively).[518]

*Exposure Assessment*

In estimating human exposure to a chemical, EPA's Guidelines state that the assessment should consider "highly exposed individuals or highly sensitive or susceptible individuals."[519]  Consistent with this, EPA's MOE analyses under TSCA generally consider the highest-exposed group in the population (usually occupationally-exposed workers).[520]  In addition, when dealing with chemicals that may be present in drinking water, EPA's MOE analyses under TSCA separately consider the exposure of members of the public, both adults and infants.[521]  The separate treatment of infants in the MOE analysis is supported by the fact that infants have the highest intake of water, by body weight, of any age group in the population.[522]  Finally, "EPA considers consumers of specific products to be a potentially exposed or susceptible subpopulation on the basis of greater exposure potential compared to the general population who do not use specific products."[523]

*Human Exposure to Fluoride*

Consistent with EPA's risk evaluations under TSCA, the example exposure estimates described here (summarized in Table 8) consider a range of exposures, representing the general adult population along with highly exposed population subgroups, including bottle-fed infants and individuals with high water intakes (for example, due to medical conditions or to physical exertion).  All estimates are based on a water fluoride concentration of 0.7 mg/L.  For the general adult population, I have combined NRC's estimates for adult consumers of municipal water, ages 20-24 and 25-54 years (0.011 mg/kg/day).[524]  As an example of elderly adults (ages 65+), I have included the 90th percentile of adult consumers of municipal water (0.022

---

[513] EPA (2012b), p. 13-8.
[514] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[515] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[516] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019); EPA (2012b), p. 13-8.
[517] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).  The benchmark MOE does not include the other two uncertainty factors that are typically used (UF$_S$ for subchronic-to-chronic studies and UF$_D$ for database adequacy).
[518] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[519] EPA (1998a), p. 3; Federal Register (1998), p. 26928.
[520] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[521] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[522] See for example EPA (2000a; 2004b).
[523] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[524] NRC (2006), p. 430, Table B-11.



mg/kg/day).[525]  To account for individuals with high water intakes, I have used the NRC's waterborne fluoride intake estimates (at 0.7 mg/L) for adult athletes and physical laborers (0.05 mg/kg/day), children with diabetes mellitus (0.07 mg/kg/day), and individuals with nephrogenic diabetes insipidus (0.1 mg/kg/day).[526]  For bottle-fed infants with high exposure, I have used the 95th percentile of infant consumers of municipal water, ages < 6 months (0.14 mg/kg/day).[527]  Note that none of these exposure estimates, even those labeled "high," can be considered an upper bound or maximum exposure.

For infants, an estimate of typical exposure can be derived from Fomon et al.[528] and Harriehausen et al.[529]  As discussed above, based on estimates by Fomon et al., infants consuming powdered formula prepared with fluoridated water (0.7 mg/L) will typically ingest between 0.08 to 0.115 mg/kg/day.[530]  Consistent with this, Harriehausen et al. estimated that infants consuming formula reconstituted with fluoridated water will ingest an average of 0.11 mg/kg/day at ages 2 and 4 months and 0.09 mg/kg/day at age 6 months.[531]  For purposes of this analysis, therefore, infant exposure to fluoridation chemicals is non-conservatively placed at 0.1 mg/kg/day, the same value as used for children and adults with nephrogenic diabetes insipidus.  It is important to stress that this represents a *typical* exposure among bottle-fed infants, it does *not* represent the upper bound.

Table 8 provides the MOEs for the above-mentioned populations, for each of the LOAELs and NOAELs previously considered (Tables 6 and 7).  As can be seen, the observed MOEs are below the benchmark MOE (300 for LOAELs and 30 for NOAELs) for each group and every POD, with the exception of adults when using the NOAEL-based PODs (for which the benchmark MOE = 30).  Under EPA's own criteria, therefore, a risk of fluoride neurotoxicity could exist for each and every one of these populations, particularly infants.  By way of comparison, Table 9 provides examples of recent EPA risk evaluations that separately considered adults and infants in the MOE analysis.  For these chemicals, the MOEs greatly exceeded the benchmark MOEs in nearly all cases.

D)  Summary of Unreasonable Risk Analysis

As demonstrated above, fluoridation chemicals qualify as an unreasonable risk under the criteria that EPA has used in its TSCA risk evaluations.  First, fluoride is a "high human health hazard" under EPA's framework for hazard classification, given both that observed LOAELs and NOAELs are very low and that high-quality studies in humans have repeatedly shown neurotoxic effects.  Second, there is unquestionably widespread human exposure to fluoridation chemicals among both the general population and susceptible subsets of the population.  Third, the margins of exposure between the toxicity levels in animals and the exposure levels in humans are far below the benchmark MOEs.

Consistent with this analysis, recent prospective birth cohort studies have found significant reductions in IQ at maternal urinary fluoride levels that are widely exceeded by pregnant women living in fluoridated areas.[532]  Thus, the animal and human data are consistent in demonstrating a risk of neurotoxic harm from current exposure levels to fluoridation chemicals.

---

[525] NRC (2006), p. 431, Table B-12.
[526] NRC (2006), p. 35, Table 2-4.
[527] NRC (2006), p. 432, Table B-13.
[528] Fomon et al. (2000).
[529] Harriehausen et al. (2019).
[530] Fomon et al. (2000), Table 2.
[531] Harriehausen et al. (2019).
[532] Bashash et al. (2017); Till et al. (2018); Green (2018).



Table 8.  Calculated Margins of Exposure (MOEs)[a] for selected human population subgroups for the NOAELs and LOAELs for fluoride in Section 4.

| Observation[b] | Intake rate[c] | Human Equivalent Dose (HED)[d] | Estimated human exposures[e] | | | | | |
|---|---|---|---|---|---|---|---|---|
| LOAEL or NOAEL | LOAEL or NOAEL | LOAEL or NOAEL | Adults (average) | Elderly adults (90th percentile) | Athletes and laborers (high) | DM patients (high) | Bottle-fed infants (typical) NDI patients (high) | Bottle-fed infants (high) |
| mg/L | mg/kg/day | mg/kg/day | 0.011 mg/kg/day | 0.022 mg/kg/day | 0.05 mg/kg/day | 0.07 mg/kg/day | 0.1 mg/kg/day | 0.14 mg/kg/day |
| 5 mg/L, LOAEL (rats) | 0.83 | 0.20 | 18 | 9.1 | 4.0 | 2.9 | 2.0 | 1.4 |
| 23 mg/L, LOAEL (rats) | 3.8 | 0.91 | 83 | 41 | 18 | 13 | 9.1 | 6.5 |
| 45 mg/L, LOAEL (rats) | 7.5 | 1.8 | 163 | 82 | 36 | 26 | 18 | 13 |
| 11 mg/L, NOAEL (mice) | 2.9 | 0.41 | 37 | 19 | 8.2 | 5.9 | 4.1 | 2.9 |
| 20 mg/L, NOAEL (rats) | 3.3 | 0.79 | 72 | 36 | 16 | 11 | 7.9 | 5.6 |

[a] A Margin of Exposure (MOE) is equal to the LOAEL or NOAEL (mg/kg/day) divided by an estimated human exposure (mg/kg/day).  Usually, the benchmark MOE = 1000 for assessments based on a LOAEL and 100 for assessments based on an NOAEL.  Since allometric scaling between animals and humans has been used to obtain the Human Equivalent Dose, the benchmark MOE is 300 for LOAELs and 30 for NOAELs.  An MOE greater than the benchmark MOE indicates a significant chance that an exposure will reach the level associated with a toxic effect.

[b] These LOAEL and NOAEL values (mg/L) for fluoride are described in Section 4 (summarized in Table 6).

[c] The intake rates (mg/kg/day) in this column correspond to the LOAELs and NOAELs in the first column (mg/L), converted to intake rates (mg/kg/day) as described in Section 4 (summarized in Table 7).  For rats, the intake rate equals the LOAEL or NOAEL divided by 6.  For mice, the intake rate equals the NOAEL divided by 3.8.

[d] The Human Equivalent Dose (HED) is calculated from the intake rate for rats or mice as described in Section 4 (summarized in Table 7).  The HED = the intake rate for rats × 0.24 or the intake rate for mice × 0.14.

[e] The estimated human exposures are for fluoride exposures from drinking water alone, assuming a fluoride concentration of 0.7 mg/L in the drinking water.  Sources are as follows:
   Adults (average), NRC (2006), p. 430, Table B-11, average consumers ages 20-54;
   Elderly adults (90th percentile), NRC (2006), p. 431, Table B-12, 90th percentile consumers ages 65+;
   Athletes and laborers (high), NRC (2006), p. 35, Table 2-4, high consumers (but not upper bound);
   DM patients (high), NRC (2006), p. 35, Table 2-4, patients with diabetes mellitus, high consumers (but not upper bound);
   Bottle-fed infants (typical), based on Fomon et al. (2000) and Harriehausen et al. (2019); see details in the text.
   NDI patients (high), NRC (2006), p. 35, Table 2-4, patients with nephrogenic diabetes insipidus, high consumers (but not upper bound);
   Bottle-fed infants (high), NRC (2006), p. 432, Table B-13, infants < 0.5 years old, 95th percentile consumers (but not upper bound).



Table 9.  Examples of MOE analyses from recent TSCA risk evaluations (Premanufacture Notices) for exposures of the general public from drinking water.

| Chemical | MOE Benchmark | MOE Adults | MOE Infants | Effect | Reference |
|---|---|---|---|---|---|
| Alkylsilsesquioxane, ethoxy-terminated | 100 | 155,280 | 37,237 | Developmental | EPA (2018c) |
| Substituted carbomonocycle, polymer with alkyl alkenoate, alkenyl substituted carbomonocycle, substituted alkanediol, heteropolycycle, alkylene glycol and alkenoic acid, compd. with alkylamino alkanol | 1,000 | 9,764,671 | 2,324,921 | Reproductive/ Developmental | EPA (2018d) |
| Polysiloxane-polyester polyol carboxylate | 100 | 8,772 | 2,104 | Developmental | EPA (2018e) |
| Glycerides, soya mono- and di-, epoxidized, acetates (CASRN: 2097734-14-8) | 100 | 65,400 | 15,600 | Kidney/Liver | EPA (2018f) |
| Glycerides, C16-18 and C18-unsatd. mono- and di-, epoxidized, acetates (CASRN: 2097734-15-9) | 100 | 65,400 | 15,600 | Kidney/Liver | EPA (2018f) |
| Diisocyanate polymer blocked with alkoxyamine. | 100 | 355,000 | 84,600 | Kidney/Adrenal | EPA (2018g) |
| Polyglycerol reaction product with acid anhydride, etherified | 1,000 | 170,000 | 42,000 | Systemic toxicity | EPA (2018h) |
| Butanedioic acid, polymer with 2-ethyl-2-(hydroxymethyl)-1,3-propanediol, 2,5-furandione and 1,3-propanediol, 3a,4,5,6,7,7a-hexahydro-4,7-methano-1H-inden-5(or 6)-yl ester | 100 | 2,198 | 523 | Reproductive/ Developmental | EPA (2019) |



*Food and Water Watch v. EPA*                                               *Thiessen Report*

---

## III.    CONCLUSIONS

As described above, the evidence that fluoride presents a hazard of neurotoxicity to humans is sufficient according to EPA's risk assessment principles and practices, in keeping with EPA's *Guidelines for Neurotoxicity Risk Assessment* and other EPA reports.  This evidence comes from controlled animal studies and from epidemiological studies in human populations.  Both kinds of evidence demonstrate that neurotoxicity is a more sensitive endpoint of fluoride exposure than is severe dental fluorosis, and there are identifiable windows of susceptibility, in terms of life stages that are more vulnerable to fluoride effects, especially the fetus and infants.  Certain identifiable subsets of the human population have increased susceptibility to harm from fluoridation chemicals, with respect to elevated exposures, higher sensitivities, or both.  These populations include the fetus, bottle-fed infants whose formula is prepared with fluoridated water, the elderly, individuals with nutrient deficiencies or kidney disease, individuals with high water intake, and populations with specific genotypes.  The current EPA reference dose (RfD) for fluoride (0.08 mg/kg/day) is not protective against neurotoxicity, and it is routinely exceeded by many individuals in fluoridated communities, especially bottle-fed infants whose formula is prepared with fluoridated water.  Finally, if the same procedures and standards used by EPA in its risk evaluations of other chemicals under TSCA are employed for fluoride, it is readily apparent that fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss.

*Kathleen M. Thiessen*

Kathleen M. Thiessen

June 27, 2019



## IV.    REFERENCES

ADA (American Dental Association). 2005. Fluoridation facts. Chicago, IL: American Dental Association. [Available: http://www.ada.org/sections/professionalResources/pdfs/fluoridation_facts.pdf]

Adair, S.M., C.M. Hanes, C.M. Russell, and G.M. Whitford.  1999.  Dental caries and fluorosis among children in a rural Georgia area.  Pediatr. Dent. 21(2):81-85.

Adebayo, O.L., Shallie, P.D., Salau, B.A., Ajani, E.O., and Adenuga, G.A. 2013. Comparative study on the influence of fluoride on lipid peroxidation and antioxidants levels in the different brain regions of well-fed and protein undernourished rats. Journal of Trace Elements in Medicine and Biology 27(4):370-4.

Adedara, I.A., Abolaji, A.O., Idris, U.F., Olabiyi, B.F., Onibiyo, E.M., Ojuade, T.D., and Farombi, E.O. 2017a. Neuroprotective influence of taurine on fluoride-induced biochemical and behavioral deficits in rats. Chemico-Biological Interactions 261:1-10.

Adedara, I.A., Olabiyi, B.F., Ojuade, T.D., Idris, U.F., Onibiyo, E.M., and Farombi, E.O. 2017b. Taurine reverses sodium fluoride-mediated increase in inflammation, caspase-3 activity, and oxidative damage along the brain–pituitary–gonadal axis in male rats. Canadian Journal of Physiology and Pharmacology 95(9):1019-1029.

Aggeborn, L., and Öhman, M. 2017. The Effects of Fluoride in the Drinking Water. Institute for Evaluation of Labour Market and Education Policy, Uppsala, Sweden (Working Paper 2017:20, ISSN 1651-1166).

Agustina, F., Sofro, Z.M., and Partadiredja, G. 2018. Subchronic administration of high-dose sodium fluoride causes deficits in cerebellar Purkinje cells but not motor coordination of rats. Biological Trace Element Research [Epub ahead of print].

Akinrinade, I.D., Memudu, A.E., Ogundele, O.M., and Ajetunmobi, O.I. 2015a. Interplay of glia activation and oxidative stress formation in fluoride and aluminium exposure. Pathophysiology 22(1):39-48.

Akinrinade, I.D., Memudu, A.E., and Ogundele, O.M. 2015b. Fluoride and aluminium disturb neuronal morphology, transport functions, cholinesterase, lysosomal and cell cycle activities. Pathophysiology 22(2):05-15.

Alarcón-Herrera, M.T., Martín-Domínguez, I.R., Trejo-Vázquez, R., and Rodriguez-Dozal, S. 2001. Well water fluoride, dental fluorosis, and bone fractures in the Guadiana Valley of Mexico. Fluoride 34:139-149.

Alhava, E.M., Olkkonen, H., Kauranen, P., and Kari, T. 1980. The effect of drinking water fluoridation on the fluoride content, strength and mineral density of human bone. Acta Orthopaedica Scandinavica 51(3):413-20.

Alvarez, J.O. 1995. Nutrition, tooth development, and dental caries.  Am. J. Clin. Nutr. 61S:410S-416S.

Alvarez, J.O., and Navia, J.M.  1989.  Nutritional status, tooth eruption, and dental caries:  a review.  Am. J. Clin. Nutr. 49:417-426.

Ameeramja, J., Raghunath, A., and Perumal, E. 2018. Tamarind seed coat extract restores fluoride-induced hematological and biochemical alterations in rats. Environmental Science and Pollution Research International 25(26):26157-26166.

An, J., Mei, S., Liu, A., Fu, Y., Wang, Q., Hu, L., and Ma, L. 1992. The effects of high fluoride on the level of intelligence of primary and secondary students. Chinese Journal of Control of Endemic Diseases 7(2):93-94.

An, N., Zhu, J., Ren, L., Liu, X. Zhou, T., Huang, H., Sun, L., Ding, Z., Li, Z., Cheng, X., and Ba, Y. 2019. Trends of SHBG and ABP levels in male farmers: Influences of environmental fluoride exposure and ESR alpha gene polymorphisms. Ecotoxicology and Environmental Safety 172:40-44.



Angmar-Mansson, B., and Whitford, G.M. 1982. Plasma fluoride levels and enamel fluorosis in the rat. Caries Research 16:334-339.

Armstrong, W.D., Singer, L., and Makowski, E.L. 1970. Placental transfer of fluoride and calcium. Am. J. Obstet. Gynecol. 107(3):432-434.

Arnala, I., Alhava, E.M., and Kauranen, P. 1985. Effects of fluoride on bone in Finland. Histomorphometry of cadaver bone from low and high fluoride areas. Acta Orthopaedica Scandinavica 56(2):161-6.

Atmaca, N., Atmaca, H.T., Kanici, A., and Anteplioglu, T. 2014. Protective effect of resveratrol on sodium fluoride-induced oxidative stress, hepatotoxicity and neurotoxicity in rats. Food and Chemical Toxicology 70:191-97.

ATSDR (Agency for Toxic Substances and Disease Registry). 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry, Atlanta, GA, September 2003.

ATSDR (Agency for Toxic Substances and Disease Registry). 2018. Minimal Risk Levels (MRLs) for Professionals (June 21, 2018). (https://www.atsdr.cdc.gov/mrls/index.asp; accessed November 29, 2018).

Ausó, E., Lavado-Autric, R., Cuevas, E., Escobar del Rey, F., Morreale de Escobar, G., and Berbel, P. 2004. A moderate and transient deficiency of maternal thyroid function at the beginning of fetal neocorticogenesis alters neuronal migration. Endocrinology 145(9):4037-4047.

Ba, Y., Zhang, H., Wang, G., Wen, S., Yang, Y., Zhu, J., Ren, L., Yang, R., Zhu, C., Li, H., Cheng, X., and Cui, L. 2011. Association of dental fluorosis with polymorphisms of estrogen receptor gene in Chinese children. Biol. Trace Elem. Res. 143:87-96.

Balaji, B., Kumar, E.P., and Kumar, A. 2015. Evaluation of standardized Bacopa monniera extract in sodium fluoride induced behavioural, biochemical, and histopathological alterations in mice. Toxicology and Industrial Health 31(1):18-30.

Banala, R.R., and Karnati, P.R. 2015. Vitamin A deficiency: an oxidative stress marker in sodium fluoride (NaF) induced oxidative damage in developing rat brain. International Journal of Developmental Neuroscience 47(Pt B):298-303.

Banji, D., Banji, O.J., Pratusha, N.G., and Annamalai, A.R. 2013. Investigation on the role of *Spirulina platensis* in ameliorating behavioural changes, thyroid dysfunction and oxidative stress in offspring of pregnant rats exposed to fluoride. Food Chemistry 140(1-2):321-31.

Barberio, A., Quiñonez, C., Hosein, F.S., and McLaren, L. 2017. Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. Can. J. Public Health 108(3):e229-e239.

Barnes, D.G., and Dourson, M. 1988. Reference Dose (RfD): Description and use in health risk assessments. Regulatory Toxicology and Pharmacology 8:471-486.

Bartos, M., Gumilar, F., Bras, C., Gallegos, C.E., Giannuzzi, L., Cancela, L.M., and Minetti, A. 2015. Neurobehavioural effects of exposure to fluoride in the earliest stages of rat development. Physiol. Behav. 147:205-212.



Bartos, M., Gumilar, F., Gallegos, C.E., Bras, C, Dominguez, S., Mónaco, N., Esandi, M.D.C., Bouzat, C., Cancela, L.M., and Minetti, A. 2018. Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the α7 nicotinic receptor and oxidative stress. Reproductive Toxicology 81:108-114.

Bartos, M., Gumilar, F., Gallegos, C.E., Bras, C., Dominguez, S., Cancela, L.M., and Minetti, A. 2019. Effects of perinatal fluoride exposure on short- and long-term memory, brain antioxidant status, and glutamate metabolism of young rat pups. International Journal of Toxicology (doi: 10.1177/1091581819857558. [Epub ahead of print].

Basha, P.M., and Madhusudhan, N. 2010. Pre and post natal exposure of fluoride induced oxidative macromolecular alterations in developing central nervous system of rat and amelioration by antioxidants. Neurochemical Research 35(7):1017-28.

Basha, P.M., Rai, P., and Begum, S. 2011a. Evaluation of fluoride-induced oxidative stress in rat brain: a multigeneration study. Biological Trace Element Research 142(3):623-37.

Basha, P.M., Rai, P., and Begum, S. 2011b. Fluoride toxicity and status of serum thyroid hormones, brain histopathology, and learning memory in rats: a multigenerational assessment. Biological Trace Element Research 144(1-3):1083-94.

Basha, P.M., and Sujitha N.S. 2012a. Combined influence of intermittent exercise and temperature stress on the modulation of fluoride toxicity. Biological Trace Element Research 148(1):69-75.

Basha, P.M., and Sujitha, N.S. 2012b. Combined impact of exercise and temperature in learning and memory performance of fluoride toxicated rats. Biological Trace Element Research 150(1-3):306-13.

Basha, P.M., and Saumya, S.M. 2013. Suppression of mitochondrial oxidative phosphorylation and TCA enzymes in discrete brain regions of mice exposed to high fluoride: amelioration by *Panax ginseng* (Ginseng) and *Lagerstroemia speciosa* (Banaba) extracts. Cellular and Molecular Neurobiology 33(3):453-64.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., Peterson, K.E., Ettinger, A.S., Wright, R., Zhang, Z., Liu, Y., Schnaas, L., Mercado-García, A., Téllez-Rojo, M.M., and Hernández-Avila, M. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environmental Health Perspectives (https://doi.org/10.1289/EHP655).

Bashash, M., Marchand, M., Hu, H., Till, C., Martinez-Mier, E.G., Sanchez, B.N., Basu, N., Peterson, K.E., Green, R., Schnaas, L., Mercado-García, A., Hernández-Avila, MN., and Téllez-Rojo, M.M. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environment International 121:658-666.

Bassin, E.B., Wypij, D., Davis, R.B., and Mittleman, M.A. 2006. Age-specific fluoride exposure in drinking water and osteosarcoma (United States). Cancer Causes Control. 17(4):421-428.

Bayless, T.M., Brown, E., and Paige, D.M. 2017. Lactase non-persistence and lactose intolerance. Curr. Gastroenterol. Rep. 19:23.

Belfort, M.B., Rifas-Shiman, S.L., Kleinman, K.P., Guthrie, L.B., Bellinger, D.C., Taveras, E.M., Gillman, M.W., and Oken, E. 2013. Infant feeding and childhood cognition at ages 3 and 7 years: Effects of breastfeeding duration and exclusivity. JAMA Pediatr. 167(9):836-844.

Bellinger, D.C. 2018. Environmental chemical exposures and neurodevelopmental impairments in children. Pediatric Medicine (http://dx.doi.org/10.21037/pm.2018.11.03).



Bera, I., Sabatini, R., Auteri, P., Flace, P., Sisto, G., Montagnani, M., Potenza, M.A., Marasciulo, F.L., Carratu, M.R., Coluccia, A., Borracci, P., Tarullo, A., and Cagiano, R. 2007. Neurofunctional effects of developmental sodium fluoride exposure in rats. European Review for Medical and Pharmacological Sciences 11(4):211-24.

Bhagavatula Naga, P. 2009. Fluorosis in the early permanent dentition: Evaluating gene-environment interactions. Master of Science thesis, University of Iowa, Iowa City, Iowa.

Bharti, V.K., and Srivastava, R.S. 2009. Fluoride-induced oxidative stress in rat's brain and its amelioration by buffalo (Bubalus bubalis) pineal proteins and melatonin. Biological Trace Element Research 130(2):131-40.

Bharti, V.K., and Srivastava, R.S. 2011. Effect of pineal proteins at different dose level on fluoride-induced changes in plasma biochemicals and blood antioxidants enzymes in rats. Biological Trace Element Research 141(1-3):275-82.

Bharti, V.K., Srivastava, R.S., Anand, A.K., and Kusum, K. 2012. Buffalo (Bubalus bubalis) epiphyseal proteins give protection from arsenic and fluoride-induced adverse changes in acetylcholinesterase activity in rats. Journal of Biochemical and Molecular Toxicology 26(1):10-5.

Blayney, J.R., and Hill, I.N. 1964. Evanston Dental Caries Study. XXIV. Prenatal fluorides—value of waterborne fluorides during pregnancy. J. Am. Dental Association 69:291-294.

Boutwell, B.B., Young, J.T.N., and Meldrum, R.C. 2018. On the positive relationship between breastfeeding & intelligence. Developmental Psychology 54(8):1426-1433.

Brambilla, E., Belluomo, G., Malerba, A., Buscaglia, M., and Strohmenger, L. 1994. Oral administration of fluoride in pregnant women, and the relation between concentration in maternal plasma and in amniotic fluid. Archs. oral Biol. 39(11):991-994.

Broadbent, J.M., Thomson, W.M., Ramrakha, S., Moffitt, T.E., Zeng, J., Foster Page, L.A., and Poulton, R. 2015. Community water fluoridation and intelligence: Prospective study in New Zealand. American. Journal of Public Health 105(1):72-76.

Broadbent, J.M., Thomson, W.M., Moffitt, T.E., and Poulton R. 2016. Broadbent et al. Respond. American Journal of Public Health 106(2):213-4.

Brown-Riggs, C. 2016. Nutrition and health disparities: The role of dairy in improving minority health outcomes. International Journal of Environmental Research and Public Health 13:28.

Bruening, K., Kemp, F.W., Simone, N., Holding, Y., Louria, D.B., and Bogden, J.D. 1999. Dietary calcium intakes of urban children at risk of lead poisoning. Environmental Health Perspectives 107(6):431-435

Byers, K.G., and Savaiano, D.A. 2005. The myth of increased lactose intolerance in African-Americans. J. American College of Nutrition 24(6):569S-573S.

Caldwell, K.L., Makhmudov, A., Ely, E., Jones, R.L., and Wang, R.Y. 2011. Iodine status of the U.S. population, National Health and Nutrition Examination Survey, 2005-2006 and 2007-2008. Thyroid 21(4):419-427.

Call, R.A., Greenwood, D.A., LeCheminant, W.H., Shupe, J.L., Nielsen, H.M., Olson, L.E., Lamborn, R.E., Mangelson, F.L., and Davis, R.V. 1965. Histological and chemical studies in man on effects of fluoride. Public Health Reports 80(6):529-538.

Cao, K., Xiang, J., Dong, Y.T., Xu, Y., Song, H., Zeng, X.X., Ran, L.Y., Hong, W., and Guan, Z.Z. 2019. Exposure to fluoride aggravates the impairment in learning and memory and neuropathological lesions in mice carrying the APP/PS1 double-transgenic mutation. Alzheimer's Research & Therapy 11:35.



Carlson, C.H., Singer, L., and Armstrong, W.D. 1960. Radiofluoride distribution in tissues of normal and nephrectomized rats. Proceedings of the Society for Experimental Biology and Medicine 103:418-20.

CDC (Centers for Disease Control and Prevention). 1993. Fluoridation Census 1992. Atlanta, GA, U.S. Department of Health and Human Services.

CDC (Centers for Disease Control and Prevention). 2001. Recommendations for Using Fluoride to Prevent and Control Dental Caries in the United States. Morbidity and Mortality Weekly Report 50(RR-14). Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

CDC (Centers for Disease Control and Prevention). 2005. Surveillance for Dental Caries, Dental Sealants, Tooth Retention, Edentulism, and Enamel Fluorosis—United States, 1988-1994 and 1999-2002. Morbidity and Mortality Weekly Report 54(SS3):1-43. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

CDC (Centers for Disease Control and Prevention). 2008. Trace Elements: Iodine. In: National Report on Biochemical Indicators of Diet and Nutrition in the U.S. Population 1999-2002. National Center for Environmental Health, NCEH Pub. No. 08-2982c (July 2008).

CDC (Centers for Disease Control and Prevention). 2016. Water Fluoridation Data & Statistics. Division of Oral Health, September 7, 2016. (https://www.cdc.gov/fluoridation/statistics/index.htm; retrieved December 15, 2018).

CDC (Centers for Disease Control and Prevention). 2017. Results: Breastfeeding and Infant Feeding Practices: Infant Feeding Practices Study II and Its Year Six Follow-Up. Chapter 3. Infant Feeding. (https://www.cdc.gov/breastfeeding/data/ifps/results.htm#ch3; last reviewed December 5, 2017; retrieved February 11, 2019).

CDC (Centers for Disease Control and Prevention). 2018. Results: Breastfeeding Rates. Breastfeeding among U.S. Children born 2009-2015, CDC National Immunization Survey. (https://www.cdc.gov/breastfeeding/data/nis_data/results.html; last reviewed August 1, 2018; retrieved February 6, 2019).

CDC (Centers for Disease Control and Prevention). Not dated. Rates of Any and Exclusive Breastfeeding by Socio-demographics among Children Born in 2015. (https://www.cdc.gov/breastfeeding/data/nis_data/rates-any-exclusive-bf-socio-dem-2015.htm; retrieved February 6, 2019).

Chachra, D., Limeback, H., Willett, T.L., and Grynpas, M.D. 2010. The long-term effects of water fluoridation on the human skeleton. Journal of Dental Research 89(11):1219-23.

Chauhan, S.S., Ojha, S., and Mahmood, A. 2013. Effects of fluoride and ethanol administration on lipid peroxidation systems in rat brain. Indian Journal of Experimental Biology 51:249-55.

Chen, Y., Han, F., Zhou, Z., Zhang, H., Jiao, X., Zhang, S., Huang, M., Chang, T., and Dong, Y. 1991. Research on the intellectual development of children in high fluoride areas. Chinese Journal of Control of Endemic Diseases 6 Suppl. 99-100. (Republished in Fluoride 2008, 41(2):120-124.)

Chen, J., Shan, K.R., Long, Y.G., Wang, Y.N., Nordberg, A., and Guan, Z.Z. 2003. Selective decreases of nicotinic acetylcholine receptors in PC12 cells exposed to fluoride. Toxicology 183(1-3):235-42.

Chen, J., Niu, Q., Xia, T., Zhou, G., Li, P., Zhao, Q., Xu, C., Dong, L., Zhang, S., and Wang, A. 2018a. ERK1/2-mediated disruption of BDNF–TrkB signaling causes synaptic impairment contributing to fluoride–induced developmental neurotoxicity. Toxicology 410:222-230.



*Food and Water Watch v. EPA* *Thiessen Report*

Chen, K., Didsbury, M., van Zwieten, An., Howell, M., Kim, S., Tong, A., Howard, K., Nassar, N., Barton, B., Lah, S., Lorenzo,m J., Strippoli, G., Palmer, S., Teixeira-Pinto, A., Mackie, F., McTaggart, S., Walker, A., Kara, T., Craig, J.C., and Wong, G. 2018b. Neurocognitive and educational outcomes in children and adolescents with CKD: A systematic review and meta-analysis. Clin. J. Am. Soc. Nephrol. 13(3):387-397.

Cheng, K.K., Chalmers, I., and Sheldon, T.A. 2007.  Adding fluoride to water supplies.  BMJ 335:699-702.

Chioca, L.R., Raupp, I.M., Da Cunha, C., Losso, E.M., and Andreatini, R. 2008. Subchronic fluoride intake induces impairment in habituation and active avoidance tasks in rats. European Journal of Pharmacology 579(1-3):196-201.

Choi, A.L., Sun, G., Zhang, Y., and Grandjean, P. 2012. Developmental fluoride neurotoxicity: A systematic review. Environmental Health Perspectives 120(10):1362-1368.

Choi, A.L., Grandjean, P., Sun, G., and Zhang, Y. 2013. Developmental fluoride neurotoxicity: Choi et al. respond. Environmental Health Perspectives 121(3): A70.

Choi, A.L., Zhang, Y., Sun, G., Bellinger, D.C., Wang, K., Yang, X.J., Li, J.S., Zheng, Q., Fu, Y., and Grandjean, P. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: A pilot study. Neurotoxicology and Teratology 47:96-101.

Chouhan, A., and Flora, S.J.S. 2008. Effects of fluoride on the tissue oxidative stress and apoptosis in rats: biochemical assays supported by IR spectroscopy data. Toxicology 254(1-2):61-7.

Chouhan, S., Lomash, V., and Flora, S.J. 2010. Fluoride-induced changes in haem biosynthesis pathway, neurological variables and tissue histopathology of rats. Journal of Applied Toxicology 30(1):63-73.

Coplan, M.J., Patch, S.C., Masters, R.D., and Bachman, M.S. 2007. Confirmation of and explanations for elevated blood lead and other disorders in children exposed to water disinfection and fluoridation chemicals. NeuroToxicology 28:1032-1042.

Cote, S., P. Geltman, M. Nunn, K. Lituri, M. Henshaw, and R.I. Garcia. 2004. Dental caries of refugee children compared with US children. Pediatrics 114:e733–e740. [Available at www.pediatrics.org/cgi/doi/10.1542/peds.2004-049]

Cui, Y.S., Zhong, Q., Li, W.F., Liu, Z.H., Wang, Y, Hou CC. 2017. The influence of fluoride exposure on the changes of thyroid hormone levels and the intellectual impairment of offspring rats. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi (Chinese Journal of Industrial Hygiene and Occupational Diseases) 35(12):888-892.

Cui, Y., Zhang, B., Ma, J., Wang, Y., Zhao, L., Hou, C., Yu, J., Zhao, Y., Zhang, Z., Nie, J., Gao, T., Zhou, G., and Liu, H. 2018. Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. Ecotoxicology and Environmental Safety 165:270-277.

Das, K., and Mondal, N.K. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.G., India. Environ. Monit. Assess. 188:218.

Dean, H.T. (1942). The investigation of physiological effects by the epidemiological method. In: *Fluorine and Dental Health*, Publication of the American Association for the Advancement of Science, No. 19 (Moulton, F.R., editor), pp. 23-31.



Dec, K., Łukomska, A., Skonieczna-Żydecka, K., Kolasa-Wołosiuk, A., Tarnowski, M., Baranowska-Bosiacka, I., and Gutowska, I. 2019. Long-term exposure to fluoride as a factor promoting changes in the expression and activity of cyclooxygenases (COX1 and COX2) in various rat brain structures. Neurotoxicology 74:81-90.

Desai, V.K., Solanki, D.M., and Bansal, R.K. 1993. Epidemiological study on goitre in endemic fluorosis district of Gujarat. Fluoride 26:187-190.

DHEW (Department of Health, Education, and Welfare). 1979. Trends in Breast Feeding Among American Mothers. Data from the National Survey of Family Growth, Series 23, No. 3. Hyattsville, MD, DHEW Publication No. (PHS) 79-1979.

Ding, Y., Gao, Y., Sun, H., Han, H., Wang, W., Ji, X., Liu, X., and Sun, D. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. Journal of Hazardous Materials 186:1942-1946.

Dong, Z., Wan, C., Zhang, X., and Liu, J. 1997. Determination of the contents of amino acid and monoamine neurotransmitters in fetal brains from a fluorosis endemic area. Journal of Guiyang Medical College 18(4):241-245.

Dong, Y.-T., Wang, Y., Wei, N., Zhang, Q.-F., and Guan, Z.-Z. 2015. Deficit in learning and memory of rats with chronic fluorosis correlates with the decreased expressions of M1 and M3 muscarinic acetylcholine receptors. Archives of Toxicology 89(11):1981-1991.

Dong, L., Yao, P., Chen, W., Li, P., and Shi, X. 2018. Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of Xi'an. Chinese Journal of Endemiology 37(1):45-48.

Drinkard, C.R., Deaton, T.G., and Bawden, J.W. 1985. Enamel fluoride in nursing rats with mothers drinking water with high fluoride concentrations. J. Dent. Res. 64(6):877-880.

Du, L., Wan, C., Cao, X., and Liu, J. 1992. The effect of fluorine on the developing human brain. Chinese Journal of Pathology 21(4):218-220. English translation (2008) in Fluoride 41(4):327-330.

Duan, J., Zhao, M., Wang, L., Fang, D., Wang, Y., and Wang, W. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18(3):179-80.

Duan, Q., Jiao, J., Chen, X., and Wang, X. 2018. Association between water fluoride and the level of children's intelligence: A dose-response meta-analysis. Public Health 154:87-97.

Eble, D.M., Deaton, T.G., Wilson, F.C. Jr., and Bawden, J.W. 1992. Fluoride concentrations in human and rat bone. Journal of Public Health Dentistry 52(5):288-91.

Elliott, L. 1967. Lack of effect of administration of fluoride on the central nervous system of rats. Acta pharmacol. et toxicol. 25:323-328.

Ensembl release 94. 2018. rs1800497 (SNP) Population Genetics, October 2018. (http://www.ensembl.org; accessed December 27, 2018).

Ensembl release 95. 2018. rs4680 (SNP) Population Genetics, January 2019. (http://www.ensembl.org; accessed January 30, 2019).

EPA (Environmental Protection Agency). 1987. Fluorine (Soluble Fluoride) (CASRN 7782-41-4). Integrated Risk Information System, U.S. Environmental Protection Agency (last updated January 31, 1987). Retrieved May 26, 2009, from http://www.epa.gov/ncea/iris/subst/0053.htm. Retrieved November 20, 2018, from https://cfpub.epa.gov/ncea/iris2/chemicalLanding.cfm?&substance_nmbr=53.



EPA (Environmental Protection Agency). 1989. Risk Assessment Guidance for Superfund, Volume I, Human Health Evaluation Manual (Part A), EPA/540/1-89/002 (December 1989).

EPA (Environmental Protection Agency). 1998a. Guidelines for Neurotoxicity Risk Assessment, EPA/630/R-95/001F (April 1998). Also published as Federal Register (1998) 63(93):26926-26954.

EPA (Environmental Protection Agency). 1998b. Health Effects Tests Guidelines. OPPTS 870.4100 Chronic Toxicity, EPA 712-C-98-210 (August 1998).

EPA (Environmental Protection Agency). 2000a. Estimated Per Capita Water Ingestion and Body Weight in the United States, EPA-822-R-00-008 (April 2000).

EPA (Environmental Protection Agency). 2000b. Toxicological Review of Chlorine Dioxide and Chlorite (CAS Nos. 10049-04-4 and 7758-19-2), EPA/635/R-00/007 (September 2000).

EPA (Environmental Protection Agency). 2001a. Summary of Toxicity Information for Chemicals Listed in IRIS. Fluorine (soluble fluoride). Date of screening-level review: 05/01/2001. (Retrieved from EPA-IRIS website, July 24, 2003.)

EPA (Environmental Protection Agency). 2001b. Screening-level review of the IRIS Database Phase I. Evaluation of the Recent Literature and Determination of Currency for: Fluorine (CAS No. 7782-41-4). (Retrieved from EPA-IRIS website, July 24, 2003.)

EPA (Environmental Protection Agency). 2002. A Review of the Reference Dose and Reference Concentration Processes, EPA/630/P-02/002F (December 2002).

EPA (Environmental Protection Agency). 2003. Toxicological Review of Hydrogen Sulfide (CAS No. 7783-06-4), EPA/635/R-03/005 (June 2003).

EPA (Environmental Protection Agency). 2004a. 2004 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-04-005 (Winter 2004).

EPA (Environmental Protection Agency). 2004b. Estimated Per Capita Water Ingestion and Body Weight in the United States—An Update, EPA-822-R-00-001 (October 2004).

EPA (Environmental Protection Agency). 2005. Perchlorate (ClO$_4^-$) and Perchlorate Salts. Chemical Assessment Summary (February 18, 2005).

EPA (Environmental Protection Agency). 2006. 2006 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-06-013 (August 2006).

EPA (Environmental Protection Agency). 2008a. Toxicological Review of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47) (CAS No. 5436-43-1), EPA/635/R-07/005F (June 2008).

EPA (Environmental Protection Agency). 2008b. Toxicological Review of 2,2',4,4',5-Pentabromodiphenyl Ether (BDE-99) (CAS No. 60348-60-9), EPA/635/R-07/006F (June 2008).

EPA (Environmental Protection Agency). 2008c. Toxicological Review of 2,2',4,4',5,5'-Hexabromodiphenyl Ether (BDE-153) (CAS No. 68631-49-2), EPA/635/R-07/007F (June 2008).

EPA (Environmental Protection Agency). 2008d. Toxicological Review of Decabromodiphenyl Ether (BDE-209) (CAS No. 1163-19-5), EPA/635/R-07/008F (June 2008).

EPA (Environmental Protection Agency). 2008e. Proposed Lead NAAQS Regulatory Impact Analysis (June 2008). [https://www3.epa.gov/ttnecas1/docs/ria/naaqs-lead_ria_proposal_2008-06.pdf]

EPA (Environmental Protection Agency). 2009a. Integrated Risk Information System (IRIS), IRIS Glossary. (http://www.epa.gov/ncea/iris/help_gloss.htm, retrieved May 26, 2009).



EPA (Environmental Protection Agency). 2009b. 2009 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-09-011 (October 2009).

EPA (Environmental Protection Agency). 2009c. Toxicological Review of 2-Hexanone (CAS No. 591-78-6), EPA/635/R-09/008F (September 2009).

EPA (Environmental Protection Agency). 2010a. Fluoride: Exposure and Relative Source Contribution Analysis. EPA-820-R-10-015. Office of Water, U.S. Environmental Protection Agency. December 2010.

EPA (Environmental Protection Agency). 2010b. Fluoride: Dose-Response Analysis for Non-cancer Effects. EPA-820-R-10-019. Office of Water, U.S. Environmental Protection Agency. December 2010.

EPA (Environmental Protection Agency). 2010c. Comment-Response Summary Report for the Peer Review of the *Fluoride: Dose-Response Analysis for Non-cancer Effects* Document. EPA-820-R-10-016. Office of Water, U.S. Environmental Protection Agency. November 2010. [This document includes the April 2009 Peer Review Report.]

EPA (Environmental Protection Agency). 2011a. 2011 Edition of the Drinking Water Standards and Health Advisories, EPA 820-R-11-002 (January 2011).

EPA (Environmental Protection Agency). 2011b. Recommended Use of Body Weight[3/4] as the Default Method in Derivation of the Oral Reference Dose, EPA 100-R11-0001.

EPA (Environmental Protection Agency). 2011c. EPA to develop regulation for perchlorate and toxic chemicals in drinking water. News Release (February 2, 2011).

EPA (Environmental Protection Agency). 2012a. 2012 Edition of the Drinking Water Standards and Health Advisories, EPA 822-S-12-001 (April 2012).

EPA (Environmental Protection Agency). 2012b. Sustainable Futures/P2 Framework Manual, EPA-748-B12-001. [https://www.epa.gov/sustainable-futures/sustainable-futures-p2-framework-manual]

EPA (Environmental Protection Agency). 2013a. Toxicological Review of Methanol (Noncancer) (CAS No. 67-56-1), EPA/635/R-11/001Fa (September 2013).

EPA (Environmental Protection Agency). 2013b. SAB Advice on Approaches to Derive a Maximum Contaminant Level Goal for Perchlorate, EPA-SAB-13-004 (May 29, 2013).

EPA (Environmental Protection Agency). 2016. Toxicological Review of Trimethylbenzenes: Executive Summary (CASRNs 25551-13-7, 95-63-6, 526-73-8, and 108-67-8), EPA/635/R-16/161Fa (September 2016).

EPA (Environmental Protection Agency). 2017a. Technical Fact Sheet - Perchlorate, EPA 505F-17-003 (November 2017).

EPA (Environmental Protection Agency). 2017b. Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups (November 29, 2017). [https://www.epa.gov/expobox/exposure-assessment-tools-lifestages-and-populations-highly-exposed-or-other-susceptible]

EPA (Environmental Protection Agency). 2018a. Toxicological Review of Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) (CASRN 121-82-4), EPA/635/R-18/211Fa (August 2018).

EPA (Environmental Protection Agency). 2018b. Defendants' second supplemental response to plaintiffs' first set of interrogatories (October 9, 2018).

EPA (Environmental Protection Agency). 2018c. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0137 (October 15, 2018).



EPA (Environmental Protection Agency). 2018d. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0212 (November 30, 2018).

EPA (Environmental Protection Agency). 2018e. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-17-0281 (December 4, 2018).

EPA (Environmental Protection Agency). 2018f. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0007-0008 (December 11, 2018).

EPA (Environmental Protection Agency). 2018g. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-19-0006 (December 20, 2018).

EPA (Environmental Protection Agency). 2018h. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0221 (December 21, 2018).

EPA (Environmental Protection Agency). 2018i. Perchlorate in Drinking Water (https://www.epa.gov/dwstandardsregulations/perchlorate-drinking-water; retrieved November 2, 2018).

EPA (Environmental Protection Agency). 2018j. Toxicological Review of Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) (CASRN 121-82-4), Supplemental Information, EPA/635/R-18/211Fb (August 2018).

EPA (Environmental Protection Agency). 2019. TSCA Section 5(a)(3) Determination for Premanufacture Notice (PMN) P-18-0020 (February 25, 2019).

Featherstone, J.D.B. 2000. The science and practice of caries prevention. JADA 131:887-899.

Federal Register. 1985a. Environmental Protection Agency, 40 CFR Part 141, National Primary Drinking Water Regulations; Fluoride. [Proposed Rules.] Federal Register 50(93):20164-20175.

Federal Register. 1985b. Environmental Protection Agency, 40 CFR Part 141, National Primary Drinking Water Regulations; Fluoride. [Rules and Regulations.] Federal Register 50(220):47142-47155.

Federal Register. 1998. Environmental Protection Agency, Guidelines for Neurotoxicity Risk Assessment. Federal Register 63(93):26926-26954.

Federal Register. 2011. Proposed HHS Recommendation for Fluoride Concentration in Drinking Water for Prevention of Dental Caries. Federal Register 76(9):2383-2388, January 13, 2011.

Federal Register. 2015. Department of Health and Human Services, Public Health Recommendation for Fluoride Concentration in Drinking Water for Prevention of Dental Caries. Federal Register 80(84):24936-24947.

Federal Register. 2017. Environmental Protection Agency, Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act. Federal Register 82(138):33726-33753.

Fein, S.B., Labiner-Wolfe, J., Shealy, K.R., Li, R., Chen, J., and Grummer-Strawn, L.M. 2008. Infant Feeding Practices Study II: Study methods. Pediatrics 122:S28-S35.

Feltman, R., and Kosel, G. 1961. Prenatal and postnatal ingestion of fluorides—Fourteen years of investigation. Final report. J. Dent. Med. 16:190-198.

Ferry, J.L. 1944. Memo to Col. Stafford L. Warren, U.S. Engineer Office, Oak Ridge, Tennessee (April 29, 1944).

Finn, S.B. 1952. Prevalence of dental caries. In: A Survey of the Literature of Dental Caries. Washington, DC: National Academy of Sciences, Publication 225, pp. 117-173.

Finn, S.B., and R.C. Caldwell. 1963. Dental caries in twins. I. A comparison of the caries experience of monozygotic twins, dizygotic twins and unrelated children. Archives of Oral Biology 8:571-585.



Flora, S.J., Mittal, M., and Mishra, D. 2009. Co-exposure to arsenic and fluoride on oxidative stress, glutathione linked enzymes, biogenic amines and DNA damage in mouse brain. Journal of the Neurological Sciences 285(1-2):198-205.

Flora, S.J., Mittal, M., Pachauri, V., and Dwivedi, N. 2012. A possible mechanism for combined arsenic and fluoride induced cellular and DNA damage in mice. Metallomics 4(1):78-90.

Fomon, S.J. 2001. Infant feeding in the 20th century: Formula and beikost. J. Nutrition 131:409S-420S.

Fomon, S.J., and Ekstrand, J. 1999. Fluoride intake by infants. J. Public Health Dent. 59(4):229-234.

Fomon, S.J., Ekstrand, J., and Ziegler, E.E. 2000. Fluoride intake and prevalence of dental fluorosis: Trends in fluoride intake with special attention to infants. J. Public Health Dent. 60(3):131-139.

Forsman, B. 1974. Dental fluorosis and caries in high-fluoride districts in Sweden. Community Dent. Oral Epidemiol. 2:132-148.

Forsman, B. 1977. Early supply of fluoride and enamel fluorosis. Scand. J. Dent. Res. 85:22-30.

Fulgoni, V., III, Nicholls, J., Reed, A., Buckley, R., Kafer, K., Huth, P., DiRienzo, D., and Miller, G.D. 2007. Dairy consumption and related nutrient intake in African-American adults and children in the United States: Continuing Survey of Food Intakes by Individuals 1994-1996, 1998, and the National Health and Nutrition Examination Survey 1999-2000. J. American Dietetic Association 107:256-264.

Galetti, P.M., and Joyet, G. 1958. Effect of fluorine on thyroidal iodine metabolism in hyperthyroidism. The Journal of Clinical Endocrinology and Metabolism 18(10):1102-10.

Gao, Q., Liu, Y.J., and Guan Z.Z. 2008. Oxidative stress might be a mechanism connected with the decreased alpha 7 nicotinic receptor influenced by high-concentration of fluoride in SH-SY5Y neuroblastoma cells. Toxicology in Vitro 22(4):837-43. Erratum in: Toxicology in Vitro 22(7):1814.

Ge, Y., Niu, R., Zhang, J., and Wang, J. 2011. Proteomic analysis of brain proteins of rats exposed to high fluoride and low iodine. Archives of Toxicology 85(1):27-33.

Ge, Y., Chen, L., Yin, Z., Song, X., Ruan, T., Hua, L., Liu, J., Wang, J., and Ning, H. 2018. Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. Chemosphere 201:874-883.

Gedalia, I., Brzezinski, A., Zukerman, H., and Mayersdorf, A. 1964. Placental transfer of fluoride in the human fetus at low and high F-intake. J. Dent. Res. 43(5):669-671.

Geeraerts, F., Gijs, G., Finné, E., and Crokaert, R. 1986. Kinetics of fluoride penetration in liver and brain. Fluoride 19(3):108-112.

Gori, S., Inno, A., Lunardi, G., Gorgoni, G., Malfatti, V., Severi, F., Alongi, F., Carbognin, G., Romano, L., Pasetto, S., and Salgarello, M. 2015. 18F-Sodium fluoride PET-CT for the assessment of brain metastasis from lung adenocarcinoma. Journal of Thoracic Oncology 10(8):e67-e68.

Goschorska, M., Baranowska-Bosiacka, I., Gutowska, I., Metryka, E., Skórka-Majewicz, M., and Chlubek, D. 2018. Potential role of fluoride in the etiopathogenesis of Alzheimer's disease. Int. J. Molecular Sciences 19:3965.

Goyer, R.A. 1995. Nutrition and metal toxicity. Am. J. Clin. Nutr. 61(suppl):646S-650S.

Grandjean, P., and Landrigan, P.J. 2006. Developmental neurotoxicity of industrial chemicals. Lancet 368:2167-2178.

Grandjean, P., and Landrigan, P.J. 2014. Neurobehavioural effects of developmental toxicity. Lancet Neurology 13:330-338.



Green, R. 2018. Prenatal fluoride exposure and neurodevelopmental outcomes in a national birth cohort. Master of Arts thesis, York University, Toronto, Ontario.

Grummer-Strawn, L.M., Scanlon, K.S., and Fein, S.B. 2008. Infant feeding and feeding transitions during the first year of life. Pediatrics 122:S36-S42.

Gui, C.Z., Ran, L.Y., Li, J.P., and Guan Z.Z. 2010. Changes of learning and memory ability and brain nicotinic receptors of rat offspring with coal burning fluorosis. Neurotoxicology and Teratology 32(5):536-41.

Güner, S., Uyar-Bozkurt, S., Haznedaroglu, E., and Mentes, A. 2016. Dental fluorosis and catalase Immunoreactivity of the Brain Tissues in rats exposed to high fluoride pre-and postnatally. Biological Trace Element Research 174(1):150-157.

Guo, X., Wang, R., Cheng, C., Wei, W., Tang, L., Wang, Q., Tang, D., Liu, G., He, G., and Li, S. 1991. A preliminary investigation of the IQs of 7-13 year old children from an area with coal burning-related fluoride poisoning. Chinese Journal of Endemiology 10(2):98-100 (republished in Fluoride 2008; 41(2):125–28).

Guo, Z., He, Y., and Zhu, Q. 2001. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Industrial Health and Occupational Diseases 27(6):36-8. (English translation published in Fluoride 2008, 41(2):152-155.)

Gupta, S., Seth, A.K., Gupta, A., and Gavane, A.G. 1993. Transplacental passage of fluoride. The Journal of Pediatrics 123(1):139-141.

Haddow, J.E., Palomaki, G.E., Allan, W.C., Williams, J.R., Knight, G.J., Gagnon, J., O'Heir, C.E., Mitchell, M.L., Hermos, R.J., Waisbren, S.E., Faix, J.D., and Klein, R.Z. 1999. Maternal thyroid deficiency during pregnancy and subsequent neuropsychological development of the child. NEJM 341(8):549-555.

Hamasha, A.A., J.J. Warren, S.M. Levy, B. Broffitt, and M.J. Kanellis. 2006. Oral health behaviors of children in low and high socioeconomic status families. Pediatr. Dent. 28(4):310-315.

Hamza, R.Z., El-Shenawy, N.S. and Ismail, H.A. 2015. Protective effects of blackberry and quercetin on sodium fluoride-induced oxidative stress and histological changes in the hepatic, renal, testis and brain tissue of male rat. Journal of Basic and Clinical Physiology and Pharmacology 26(3):237-51.

Han, H., Du, W., Zhou, B., Zhang, W., Xu, G., Niu, R., and Sun, Z. 2014. Effects of chronic fluoride exposure on object recognition memory and mRNA expression of SNARE complex in hippocampus of male mice. Biological Trace Element Research 158:58–64.

Hanhijärvi, H., Kanto, J., and Ruponen, S. 1974. Human free ionized plasma fluoride concentrations during pregnancy, toxemia, and lactation. Fluoride 7(3):143-146.

Harriehausen, C.X., Dosani, F.,Z., Chiquet, B.T., Barratt, M.S., and Quock, R.L. 2019. Fluoride intake of infants from formula. J. Clinical Pediatric Dentistry. 43(1):34-41.

Hassan, H.A., and Abdel-Aziz, A.F. 2010. Evaluation of free radical-scavenging and anti-oxidant properties of black berry against fluoride toxicity in rats. Food and Chemical Toxicology 48(8-9):1999-2004.

He, H., Cheng, Z., and Liu, W.Q. 1989. Effects of fluorine on the human fetus. Chinese Journal of Control of Endemic Diseases 4(3):136-138. English translation (2008) in Fluoride (41(4):321-326.

Heilman, J.R., Kiritsy, M.C., Levy, S.M., and Wefel, J.S. 1999. Assessing fluoride levels of carbonated soft drinks. JADA 130:1593-1599.

Heller, K.E., Eklund, S.A., and Burt, B.A. 1997. Dental caries and dental fluorosis at varying water fluoride concentrations. J. Public Health Dentistry 57(3):136-143.



Hillman, D., Bolenbaugh, D.L., and Convey, E.M. 1979. Hypothyroidism and anemia related to fluoride in dairy cattle. Journal of Dairy Science 62(3):416-23.

Hirtz, D., Campbell, C., and Lanphear, B. 2017. Targeting environmental neurodevelopmental risks to protect children. Pediatrics Perspectives 139(2):e20162245.

Hodge, H.C. 1950. The concentration of fluorides in drinking water to give the point of minimum caries with maximum safety. J. Am. Dental Association 40(4):436-439.

Hong, L., Levy, S.M., Broffitt, B., Warren, J.J., Kanellis, M.J., Wefel, J.S., and Dawson, D.V. 2006a. Timing of fluoride intake in relation to development of fluorosis on maxillary central incisors. Community Dent. Oral Epidemiol. 34:299-309.

Hong, L., Levy, S.M., Warren, J.J., Broffitt, B., and Cavanaugh, J. 2006b. Fluoride intake levels in relation to fluorosis development in permanent maxillary central incisors and first molars. Caries Research 40:494-500.

Horta, B.L., de Mola, C.L., and Victora, C.G. 2015. Breastfeeding and intelligence: A systematic review and meta-analysis. Acta Paediatrica 104:14-19.

Horta, B.L., de Sousa, B.A., and de Mola, C.L. 2018. Breastfeeding and neurodevelopmental outcomes. Curr. Opin. Clin. Nutr. Metab. Care 21(3):174-178.

Huang, H., Ba, Y., Cui, L., Cheng, X., Zhu, J., Zhang, Y., Yan, P., Zhu, C., Kilfoy, B., and Zhang, Y. 2008. COL1A2 gene polymorphisms (*Pvu* II and *Rsa* I), serum calciotropic hormone levels, and dental fluorosis. Community Dentistry and Oral Epidemiology 36:517-522.

Hudson, J.T., Stookey, G.K., and Muhler, J.C. 1967. The placental transfer of fluoride in the guinea pig. Archives of Oral Biology 12(2):237-46.

Hussien, H.M., Abd-Elmegied, A., Ghareeb, D.A., Hafez, H.S., Ahmed, H.E.A., and El-Moneam, N.A. 2018. Neuroprotective effect of berberine against environmental heavy metals-induced neurotoxicity and Alzheimer's-like disease in rats. Food and Chemical Toxicology 111:432-444.

Ibarra-Santan, C., Ruiz-Rodríguez, M. del S., Fonseca-Leal, M. del P., Gutiérrez-Cantú, F.J., and Pozos-Guillén, A. de J. 2007. Enamel hypoplasia in children with renal disease in a fluoridated area. J. Pediatric Dentistry 31(4):274-278.

ICAIR. 1985. Drinking water criteria document on fluoride. Preliminary draft prepared for the U.S. Environmental Protection Agency, TR-832-5, October 21, 1985.

Iheozor-Ejiofor, Z., Worthington, H.V., Walsh, T., O'Malley, L., Clarkson, J.E., Macey, R., Alam, R., Tugwell, P., Welch, V., and Glenny, A.M. 2015. Water fluoridation for the prevention of dental caries. Cochrane Database of Systematic Reviews Issue 6, Article No. CD-01856.

Iida, H., and Kumar, J.V. 2009. The association between enamel fluorosis and dental caries in U.S. schoolchildren. JADA 140:855-862.

Inkielewicz-Stepniak, I., and Czarnowski, W. 2010. Oxidative stress parameters in rats exposed to fluoride and caffeine. Food and Chemical Toxicology 48(6):1607-11.

Itai, K., Onoda, T., Nohara, M., Ohsawa, M., Tanno, K., Sato, T., Kuribayashi, T., and Okayama, A. 2010. Serum ionic fluoride concentrations are related to renal function and menopause status but not to age in a Japanese general population. Clinica Chimica Acta 411(3-4):263-6.

Jackson, K.A., and Savaiano, D.A. 2001. Lactose maldigestion, calcium intake and osteoporosis in African-, Asian-, and Hispanic-Americans. J. American College of Nutrition 20(2):198S-2078S.



Jarvis, J.K., and Miller, G.D. 2002. Overcoming the barrier of lactose intolerance to reduce health disparities. J. National Medical Association 94(2):55-66.

Jetti, R., Raghuveer, C.V., and Mallikarjuna, R.C. 2016. Protective effect of ascorbic acid and Ginkgo biloba against learning and memory deficits caused by fluoride. Toxicology and Industrial Health 32(1):183-7.

Jia, B., Zong, L., Lee, J.Y., Lei, J., Zhu, Y., Xie, H., Clemens, J.L., Feller, M.C., Na, Q., Dong, J., McLane, M.W., Jones-Beatty, K., and Burd, I. 2019. Maternal supplementation of low dose fluoride alleviates adverse perinatal outcomes following exposure to intrauterine inflammation. Scientific Reports 9(1):2575.

Jiang, S., Su, J., Yao, S., Zhang, Y., Cao, F., Wang, F., Wang, H., Li, J., and Xi, S. 2014a. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats. PLoS One 23;9(4):e96041.

Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., Lei, R., Xia, T., Wang, Z., Yang, L., Chen, Y., Wu, X., Zhang, X., Cui, Y., Yu, L., and Wang, A. 2014b. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. Neuromolecular Med. 16(1):94-105.

Jiang, M., Mu, L., Wang, Y., Yan, W., Jiao, Y. 2015. The relationship between *Alu* I polymorphisms in the calcitonin receptor gene and fluorosis endemic to Chongqing, China. Medical Principles and Practice 24:80-83.

Jiang, P., Li, G., Zhou, X., Wang, C., Qiao, Y., Liao, D., and Shi, D. 2019. Chronic fluoride exposure induces neuronal apoptosis and impairs neurogenesis and synaptic plasticity: Role of GSK-3β/β-catenin pathway. Chemosphere 214:430-435.

Jones, R.P., and Iagaru, A. 2014. 18F NaF brain metastasis uptake in a patient with melanoma. Clinical Nuclear Medicine 39(10):e448-50.

Jooste, P.L., Weight, M.J., Kriek, J.A., and Louw, A.J. 1999. Endemic goitre in the absence of iodine deficiency in schoolchildren of the Northern Cape Province of South Africa. Eur. J. Clin. Nutr. 53:8-12.

Juárez-López, M.L.A., Huízar-Álvarez, R., Molina-Frechero, N., Murrieta-Pruneda, F., and Cortés-Aguilera, Y. 2011. Fluorine in water and dental fluorosis in a community of Queretaro State Mexico. J. Environ. Protection 2:744-749.

Kanazawa, S. 2015. Breastfeeding is positively associated with child intelligence even net of parental IQ. Developmental Psychology 51(12):1683-1689.

Kang, Y.J., Zolina L., and Manson, J.M. 1986. Strain differences in response of Sprague-Dawley and Long Evans Hooded rats to the teratogen Nitrofen. Teratology 34:213-23.

Karimzade, S., Aghaei, M., and Mahvi, A.H. 2014a. Investigation of intelligence quotient in 9-12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan province, Iran. Fluoride 47(1):9-14.

Karimzade, S., Aghaei, M., and Mahvi, A.H. 2014b. IQ of 9–12-year-old children in high- and low-drinking water F areas in West Azerbaijan province, Iran: further information on the two villages in the study and the confounding factors considered. Letter to the editor; Fluoride 47(3):266-271.

Kaur, T., Bijarnia, R.K., and Nehru, B. 2009. Effect of concurrent chronic exposure of fluoride and aluminum on rat brain. Drug and Chemical Toxicology 32(3):215-21.

Khan, S.A., Singh, R.K., Navit, S., Chadha, D., Johri, N., Navit, P., Sharma, A., Bahuguna, R. 2015. Relationship between dental fluorosis and Intelligence Quotient of school going children in and around Lucknow District: A cross-sectional study. J. Clinical and Diagnostic Research 9(11):ZC10-ZC15.



*Food and Water Watch v. EPA*                                                           *Thiessen Report*

Khan, A.M., Raina, R., Dubey, N., and Verma, P.K. 2018. Effect of deltamethrin and fluoride co-exposure on the brain antioxidant status and cholinesterase activity in Wistar rats. Drug and Chemical Toxicology 41(2):123-127.

Khatun, S., Mandi, M., Rajak, P., and Roy, S. 2018. Interplay of ROS and behavioral pattern in fluoride exposed *Drosophila melanogaster*. Chemosphere. 209:220-231.

Kim, F.M., Hayes, C., Williams, P.L., Whitford, G.M., Joshipura, K.J., Hoover, R.N., Douglass, C.W., and the National Osteosarcoma Etiology Group. 2011. An assessment of bone fluoride and osteosarcoma. J. Dent. Res. 90(10):1171-1176.

Kinawy, A.A. 2019. Synergistic oxidative impact of aluminum chloride and sodium fluoride exposure during early stages of brain development in the rat. Environmental Science and Pollution Research International [Epub ahead of print].

Kinawy, A.A., and Al-Eidan, A.A. 2018. Impact of prenatal and postnatal treatment of sodium fluoride and aluminum chloride on some hormonal and sensorimotor aspects in rats. Biological Trace Element Research 186(2):441-448.

Kiritsy, M.C., Levy, S.M., Warren, J.J., Guha-Chowdhury, N., Heilman, J.R., and Marshall, T. 1996. JADA 127:895-902.

Klein, R.Z., Sargent, J.D., Larsen, P.R.,, Waisbren, S.E., Haddow, J.E., and Mitchell, M.L. 2001. Relation of severity of maternal hypothyroidism to cognitive development of offspring. J. Med. Screen. 8:18-20.

Ko, L., and Thiessen, K.M.  2015.  A critique of recent economic evaluations of community water fluoridation.  International Journal of Occupational and Environmental Health 21(2):91-120.

Komárek, A., Lesaffre, E., Härkänen, T., Declerck, D., and Virtanen, J.I.  2005.  A Bayesian analysis of multivariate doubly-interval-censored dental data.  Biostatistics 6(1):145-155.

Kooistra, L., Crawford, S., van Baar, A.L., Brouwers, E.P., and Pop, V.J. 2006. Neonatal effects of maternal hypothytroxinemia during early pregnancy. Pediatrics 117(1):161-167.

Küchler, E.C., Bruzamolin, C.D., Omori, M.A., Costa, M.C., Antunes, L.S., Pecharki, G.D., Trevilatto, P.C., Vieira, A.R., and Brancher, J.A. 2018. Polymorphisms in nonamelogenin enamel matrix genes are associated with dental fluorosis. Caries Research 52:1-6.

LaFranchi, S.H., Haddow, J.E., and Hollowell, J.G. 2005. Is thyroid inadequacy during gestation a risk factor for adverse pregnancy and developmental outcomes? Thyroid 15(1):60-71.

Landrigan, P.J., Kimmel, C.A., Correa, A., and Eskenazi, B. 2004. Children's health and the environment: Public health issues and challenges for risk assessment. Environmental Health Perspectives 112(2):257-265.

Lanphear, B.P. 2015. The impact of toxins on the developing brain. Annu. Rev. Public Health 36:211-230.

Lanphear, B.P. 2017. Low-level toxicity of chemicals: No acceptable levels? PLoS Biol. 15(12):e2003066.

Lavado-Autric, R., Ausó, E., García-Velasco, J.V., Arufe, M.del C., Escobar del Rey, F., Berbel, P., and Morreale de Escobar, G. 2003. Early maternal hypothyroxiniemia alters histogenesis and cerebral cortex cytoarchitecture of the progeny. J. Clin. Invest. 111(7):1073-1082.

Lavryashina, M.B., Uljanova, M.V., Druzhinin, V.G., and Tolochko, T.A. 2003. A study of the genetic basis of susceptibility to occupational fluorosis in aluminum industry workers of Siberia. Russian Journal of Genetics 39(7):823-827.

Lazic, S.E., and Essioux, L. 2013. Improving basic and translational science by accounting for litter-to-litter variation in animal models. BMC Neuroscience 22;14:37.



Lehman, A.J., and Fitzhugh, O.G. 1954. 100-fold margin of safety. Association of Food & Drug Officials of the United States, Quarterly Bulletin XVIII(1):33-35.

Leite, G.A.S., Sawan, R.M.M., Teófilo, J.M., Porto, I.M., Sousa, F.B., and Gerlach, R.F. 2011. Exposure to lead exacerbates dental fluorosis. Archives of Oral Biology 56(7):695-702.

Leone, N.C., Shimkin, M.B., Arnold, F.A., Stevenson, C.A., Zimmermann, E.R., Geiser, P.B., and Lieberman, J.E. 1954. Medical aspects of excessive fluoride in a water supply. Public Health Reports 69(10):925-36.

Leone, N.C., Arnold, F.A. Jr.., Zimmermann E.R., Geiser P.B., and Lieberman, J.E. 1955a. Review of the Bartlett-Cameron survey: a ten year fluoride study. Journal of the American Dental Association 50(3):277-81.

Leone, N.C., Stevenson, C.A., Hilbish, T.F., and Sosman, M.C. 1955b. A roentgenologic study of a human population exposed to high-fluoride domestic water; a ten-year study. The American Journal of Roentgenology, Radium Therapy, and Nuclear Medicine 74(5):874-85.

Levy, S.M., Warren, J.J., and Broffitt, B. 2003. Patterns of fluoride intake from 36 to 72 months of age. Journal of Public Health Dentistry 63(4):211-20.

Li, Y., Li, X., and Wei, S. 1994. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. Journal of West China University of Medical Sciences 25(2):188-91 (English translation in Fluoride 2008; 41:331-35).

Li, X.S., Zhi, J.L., and Gao, R.O. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28:189-192.

Li, J., Yao, L., Shao, Q.L., and Wu, C.Y. 2004. Effects of high fluoride level on neonatal neurobehavioral development. Chinese Journal of Endemiology 23(5):463-5. English translation in Fluoride 41(2):165-170 (2008).

Li, Y., Tafti, B.A., Shaba, W., and Berenji, G.R. 2011. Extraosseus uptake of F-18 fluoride in the primary malignancy and cerebral metastasis in a case of non-small-cell lung cancer. Clinical Nuclear Medicine 36(7):609-11.

Li, M., Gao, Y., Cui, J., Li, Y., Li, B., Liu, Y., Sun, J., Liu, X., Liu, H., Zhao, L., and Sun, D. 2016. Cognitive impairment and risk factors in elderly people living in fluorosis areas in China. Biological Trace Element Research 172(1):53-60.

Li, B.-Y., Yang, Y.-M., Liu, Y., Sun, J., Ye, Y., Liu, X.-N., Liu, H.-X., Sun, Z.-Q., Li, M., Cui, J., Sun, D.-J., and Gao, Y.-H. 2017. Prolactin rs1341239 T allele may have protective role against the brick tea type skeletal fluorosis. PLoS One 12(2):e0171011.

Li, X., Zhang, J., Niu, R., Manthari, R.K., Yang, K., and Wang, J. 2019. Effect of fluoride exposure on anxiety- and depression-like behavior in mouse. Chemosphere 215:454-460.

Lin, F.F., Aihaiti, Zhao, H.X., Lin, J., Jiang, J.Y., Maimaiti, and Aiken. 1991. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. IDD Newsletter 7:24-25.

Liu, J., Xia, T., Zhang, M., He, W., He, P., Chen, X., Yang, K., and Wang, A. 2006. Screening of environmental response genes related to dental fluorosis. Fluoride 39(3):195-201.

Liu, Y.J., Gao, Q., Wu, C.X., and Guan, Z.Z. 2010. Alterations of nAChRs and ERK1/2 in the brains of rats with chronic fluorosis and their connections with the decreased capacity of learning and memory. Toxicology Letters (3):324-329.



Liu, Y.J., Guan, Z.Z., Gao, Q., and Pei, J.J. 2011. Increased level of apoptosis in rat brains and SH-SY5Y cells exposed to excessive fluoride–a mechanism connected with activating JNK phosphorylation. Toxicology Letters 204(2-3):183-189.

Liu, F., Ma, J., Zhang, H., Liu, P., Liu, Y.P., Xing, B., and Dang, Y.H. 2014. Fluoride exposure during development affects both cognition and emotion in mice. Physiology & Behavior 124:1-7.

Long, Y.-G., Wang, Y.-N., Chen, J., Jiang, S.-F., Nordberg, A., and Guan, Z.-Z. 2002. Chronic fluoride toxicity decreases the number of nicotinic acetylcholine receptors in rat brain. Neurotoxicology and Teratology 24:751-757.

Lou, D.D., Guan, Z.Z., Liu, Y.J., Liu, Y.F., Zhang, K.L., Pan, J.G., and Pei, J.J. 2013. The influence of chronic fluorosis on mitochondrial dynamics morphology and distribution in cortical neurons of the rat brain. Archives of Toxicology 87(3):449-57.

Lu, F.C., Mazurkiewicz, I.M., Grewal, R.S., Allmark, M.G., and Boivin, P. 1961. The effect of sodium fluoride on responses to various central nervous system agents in rats. Toxicology and Applied Pharmacology 3:31-8.

Lu, Y., Sun, Z.R., Wu, L.N., Wang, X., Lu, W., and Liu, S.S. 2000. Effect of high-fluoride water on intelligence of children. Fluoride 33:74-78.

Luke, J. 2001. Fluoride deposition in the aged human pineal gland. Caries Research 35:125-128.

Luo, G., Niu, R., Sun, Z., Zhang, J., Wang, J., Wang, C., and Wang, J. 2011. Reduction of CAMKII expression in the hippocampus of rats from ingestion of fluoride and/or lead. Fluoride 44(2):63–69.

Ma, J., Liu, F., Liu, P., Dong, Y.Y., Chu, Z., Hou, T.Z., and Dang, Y.H. 2015. Impact of early developmental fluoride exposure on the peripheral pain sensitivity in mice. International Journal of Developmental Neuroscience 47(Pt B):165-171.

Ma, Q., Huang, H., Sun, L., Zhou, T., Zhu, J., Cheng, X., Duan, L., Li, Z., Cui, L., and Ba, Y. 2017. Gene-environment interaction: Does fluoride influence the reproductive hormones in male farmers modified by ERa gene polymorphisms? Chemosphere 188:525-531.

Maas, R.P., Patch, S.C., Christian, A.-M., and Coplan, M.J. 2007. Effects of fluoridation and disinfection agent combinations on lead leaching from leaded-brass parts. NeuroToxicology 28:1023-1031.

Madero, M., Gul, A., and Sarnak, M.J. 2008. Cognitive function in chronic kidney disease. Seminars in Dialysis 21(1):29-37.

Malhotra, A., Tewari, A., Chawla, H.S., Gauba, K., and Dhall, K. 1993. Placental transfer of fluoride in pregnant women consuming optimum fluoride in drinking water. J. Indian Soc. Pedo. Prev. Dent. 11:1-3.

Malin, A.J., Riddell, J., McCague, H., and Till, C. 2018. Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status. Environment International 121:667-674.

Mansour, H.H., and Tawfik, S.S. 2012. Efficacy of lycopene against fluoride toxicity in rats. Pharmaceutical Biology 50(6):707-11.

Marier, J.R. 1977. Some current aspects of environmental fluoride. The Science of the Total Environment 8:253-265.

Martin, O.V., Martin, S., and Kortenkamp, A. 2013. Dispelling urban myths about default uncertainty factors in chemical risk assessment: Sufficient protection against mixture effects? Environmental Health 12:53.

Marumo, F., and Iwanami, S. 2001. High fluoride concentrations in the serum and bone of patients with chronic renal failure [conference abstract]. Fluoride 34(3):213.



McCauley, H.B., and McClure, F.J. 1954. Effect of fluoride in drinking water on the osseous development of the hand and wrist in children. Public Health Reports 69(7):671-83. EJ. 1944.

McClure, F.J. 1944. Fluoride domestic waters and systemic effects. 1. Relation to bone-fracture experience, height, and weight of high school boys and young selectees of the armed forces of the United States. Public Health Reports 59:1543-1558.

McDonagh, M., Whiting, P., Bradley, M., Cooper, J., Sutton, A., Chestnutt, I., Misso, K., Wilson, P., Treasure, E., and Kleijnen, J. 2000. A Systematic Review of Public Water Fluoridation. NHS Centre for Reviews and Dissemination, University of York, York, UK.

McPherson, C.A., Zhang, G., Gilliam, R., Brar, S.S., Wilson, R., Brix, A., Picut, C., and Harry, G.J. 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans Hooded Rats. Neurotoxicity Research 34(4):781-798.

Mendley, S.R., Matheson, M.B., Shinnar, S., Lande, M.B., Gerson, A.C., Butler, R.W., Warady, B.A., Furth, S.L., and Hooper, S.R. 2015. Duration of chronic kidney disease reduces attention and executive function in pediatric patients. Kidney International 87:800-806.

Menkes, D.B., Thiessen, K., and Williams, J. 2014. Health effects of water fluoridation: How "effectively settled" is the science? NZMJ 127:1407:84-86.

Modesto, T., Tiemeier, H., Peeters, R.P., Jaddoe, V.W.V., Hofman, A., Verhulst, F.C., and Ghassabian, A. 2015. Maternal mild thyroid hormone insufficiency in early pregnancy and attention-deficit/hyperactivity disorder symptoms in children. JAMA Pediatrics 169(9):838-845.

Moleti, M., Trimarchi, F., Tortorella, G., Longo, A.C., Giorgianni, G., Sturniolo, G., Alibrandi, A., and Vermiglio, F. 2016. Effects of maternal iodine nutrition and thyroid status on cognitive development in offspring: A pilot study. Thyroid 26(2):296-305.

Morgan, L., Allred, E., Tavares, M., Bellinger, D., and Needleman, H. 1998. Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. Pediatric Dentistry 20(4):244-252.

Mooradian, A.D. 1994. Potential mechanisms of the age-related changes in the blood-brain barrier. Neurobiology of Aging 15(6):751-755.

Morreale de Escobar, G., Obregón, M.J., and Escobar del Rey, F. 2000. Is neuropsychological development related to maternal hypothyroidism or to maternal hypothyroxinemia? J. Clinical Endocrinology & Metabolism 85(11):3975-3987.

Morreale de Escobar, G., Obregón, M.J., and Escobar del Rey, F. 2004. Maternal thyroid hormones early in pregnancy and fetal brain development. Best Practice & Research Clinical Endocrinology & Metabolism 18(2):225-248.

Mukhopadhyay, D., Priya, P., and Chattopadhyay, A. 2015. Sodium fluoride affects zebrafish behaviour and alters mRNA expressions of biomarker genes in the brain: Role of Nrf2/Keap1. Environmental Toxicology and Pharmacology 40(2):352-9.

Mullenix, P.J., DenBesten, P.K., Schunior, A., and Kernan, W.J. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicology and Teratology 17(2):169-177.

Nabavi, S.F., Eslami, Sh., Moghaddum, A.H., and Nabavi S.M. 2011. Protective effects of curcumin against fluoride-induced oxidative stress in the rat brain. Neurophysiology 43(4):287-91.

Nabavi, S.F., Nabavi, S.M., Latifi, A.M., Mirzaei, M., Habtemariam, S., and Moghaddam, A.H. 2012a. Mitigating role of quercetin against sodium fluoride-induced oxidative stress in the rat brain. Pharmaceutical Biology 50(11):1380-3.



Nabavi, S.F., Habtemariam, S., Jafari, M., Sureda, A., and Nabavi, S.M. 2012b. Protective role of gallic acid on sodium fluoride induced oxidative stress in rat brain. Bulletin of Environmental Contamination and Toxicology 89(1):73-7.

Nabavi SM, Sureda N, Nabavi SF, Latifi AM, Moghaddam AH, and Hellio C. 2012c. Neuroprotective effects of silymarin on sodium fluoride-induced oxidative stress. Journal of Fluorine Chemistry 142:79-82.

Nabavi, S.F., Nabavi, S.M., Habtemariam, S., Moghaddam, A.H., Sureda, A., and Mirzaei, M. 2013. Neuroprotective effects of methyl-3-*O*-methyl gallate against sodium fluoride-induced oxidative stress in the brain of rats. Cellular and Molecular Neurobiology 33(2):261-7.

Nagarajappa, R., Pujara, P., Sharda, A.J., Asawa, K., Tak, M., Aapaliya, P., and Bhanushali, N. 2013. Comparative assessment of intelligence quotient among children living in high and low fluoride areas of Kutch, India: a pilot study. Iranian Journal of Public Health 2(8): 813–818.

Nalagoni, C.S.R., and Karnati, P.R. 2016. Protective effect of resveratrol against neuronal damage through oxidative stress in cerebral hemisphere of aluminum and fluoride treated rats. Interdisciplinary Toxicology 9(2):78-82.

NAS (National Academies of Sciences, Engineering, and Medicine). 2011. Review of the Environmental Protection Agency's Draft IRIS Assessment of Formaldehyde. Washington, DC: The National Academies Press.

NAS (National Academies of Sciences, Engineering, and Medicine). 2014. Review of EPA's Integrated Risk Information System (IRIS) Process. Washington, DC: The National Academies Press.

NAS (National Academies of Sciences, Engineering, and Medicine). 2018. Progress Toward Transforming the Integrated Risk Information System (IRIS) Program: A 2018 Evaluation. Washington, DC: The National Academies Press.

Neurath, C. 2005.  Tooth decay trends for 12 year olds in nonfluoridated and fluoridated countries.  Fluoride 38:324-325.

Neville, M.J., Johnstone, E.C., and Walton, R.T. 2004. Identification and characterization of ANKK1: A novel kinase gene closely linked to DRD2 on chromosome band 11q23.1. Human Mutation 23:540-545.

Nicklas, T.A., Qu, H., Hughes, S.O., Wagner, S.E., Foushee, H.R., and Shewchuk, R.M. 2009. Prevalence of self-reported lactose intolerance in a multiethnic sample of adults. Nutrition Today 44(5):222-227.

Nicklas, T.A., Qu, H., Hughes, S.O., He, M., Wagner, S.E., Foushee, H.R., and Shewchuk, R.M. 2011. Self-perceived lactose intolerance results in lower intakes of calcium and dairy foods and is associated with hypertesnion and diabetes in adults. Am. J. Clin. Nutr. 94:191-198.

Niu, R., Sun, Z., Wang, J., Cheng, Z., and Wang, J. 2008. Effects of fluoride and lead on locomotor behavior and expression of Nissl body in brain of adult rats. Fluoride 4194):276-282.

Niu, R., Sun, Z., Cheng, Z., Li, Z., and Wang, J. 2009. Decreased learning ability and low hippocampus glutamate in offspring rats exposed to fluoride and lead. Environmental Toxicology and Pharmacology 28(2):254-258.

Niu, R., Liu, S., Wang, J., Zhang, J., Sun, Z., and Wang, J. 2014. Proteomic analysis of hippocampus in offspring male mice exposed to fluoride and lead. Biological Trace Element Research 162(1-3):227-33.

Niu, R., Xue, X., Zhao, Y., Sun, Z., Yan, X., Li, X., Feng, C., and Wang, J. 2015a. Effects of fluoride on microtubule ultrastructure and expression of Tubα1a and Tubβ2a in mouse hippocampus. Chemosphere 133(1):71-82.

Niu, R., Zhang, Y., Liu, S., Liu, F., Sun, Z., and Wang, J. 2015b. Proteome alterations in cortex of mice exposed to fluoride and lead. Biological Trace Element Research 164(1):99-105.



Niu, Q., Chen, J., Xia, T., Li, P., Zhou, G., Xu, C., Zhao, Q., Dong, L., Zhang, S., and Wang. A. 2018a. Excessive ER stress and the resulting autophagic flux dysfunction contribute to fluoride-induced neurotoxicity. Environmental Pollution 233:889-899.

Niu, R., Chen, H., Manthari, R.K., Sun, Z., Wang, J., Zhang, J., and Wang, J. 2018b. Effects of fluoride on synapse morphology and myelin damage in mouse hippocampus. Chemosphere 194:628-633.

NRC (National Research Council). 1983. Risk Assessment in the Federal Government: Managing the Process. Washington, National Academy Press.

NRC (National Research Council). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, National Academy Press. [Available: http://www.nap.edu/catalog/11571.html]

NRC (National Research Council). 2009. Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants: Volume 3. Washington, National Academy Press. [Available: http://www.nap.edu/catalog.php?record_id=12741]

NTP (National Toxicology Program). 2015a. Systematic Review on the Neurobehavioral Toxicity of Fluoride in Animal Studies. National Institute of Environmental Health Sciences, National Toxicology Program Office of Health Assessment and Translation (June 2015).

NTP (National Toxicology Program). 2015b. Handbook for Conducting a LIterature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. National Institute of Environmental Health Sciences, National Toxicology Program, Office of Health Assessment and Translation (January 2015).

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC: National Toxicology Program (July 2016).

O'Connor, N.R. 2009. Infant formula. American Family Physician 79(7):565-570.

OMIM (Online Mendelian Inheritance in Man). 2018. 608774, Ankyrin Repeat- and Kinase Domain-Containing Protein 1; ANKK1 (https://www.omim.org/entry/608774; last updated May 24, 2018; accessed December 27, 2018).

Ou, X., Andres, A., Pivik, R.T., Cleves, M.A., Snow, J.H., Ding, Z., and Badger, T.M. 2016. Voxel-based morphometry and fMRI revealed differences in brain gray matter in breastfed and milk formula-fed children. Am. J. Neuroradiol. 37:713-719.

Pal, S., and Sarkar, C. 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Environmental Toxicology and Pharmacology 38(2):684-699.

Pan, Y. and Nicolazzo, J.A. 2018. Impact of aging, Alzheimer's disease and Parkinson's disease on the blood-brain barrier transport of therapeutics. Advanced Drug Delivery Reviews 135:62-74.

Pan, Y., Lü, P., Yin, L., Chen, K., and He, Y. 2015. Effect of fluoride on the proteomic profile of the hippocampus in rats. Zeitschrift für Naturforschung C. 70(5-6):151-7.

Pandit, C.G., Raghavachari, T.N.S., Rao, D.S., and Krishnamurti, V. 1940. A study of the factors involved in the production of mottled enamel in children and severe bone manifestations in adults. Ind. J. Med. Res. 28(2):533-558.

Pang, H., Yu, L., Lai, X., and Chen, Q. 2018. Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese Journal of Control of Endemic Diseases 33(2):151-152.



Patel, J., Landers, K., Li, H., Mortimer, R.H., and Richard, K. 2011. Thyroid hormones and fetal neurological development. Journal of Endocrinology 209:1-8.

Pearce, E.N. 2015. Is iodine deficiency reemerging in the United States? AACE Clinical Case Reports 1(1):e81-e82.

Peckham, S., Lowery, D., and Spencer S. 2015. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. Journal of Epidemiology and Community Health 69(7):619-24.

Pei, J., Li, B., Liu, Y., Liu, X., Li, M., Chu, Y., Yang, Q., Jiang, W., Chen, F., Darko, G.M., Yang, Y., and Gao, Y. 2017. Matrix metallopeptidase-2 gene rs2287074 polymorphism is associated with brick tea skeletal fluorosis in Tibetans and Kazaks, China. Scientific Reports 7:40086.

Pereira, M., Dombrowski, P.A., Losso, E.M., Chioca, L.R., Da Cunha, C., and Andreatini, R. 2011. Memory impairment induced by sodium fluoride is associated with changes in brain monoamine levels. Neurotoxicity Research 19(1):55-62.

Pop, V.J., Kuijjpens, J.L., van Baar, A.L., Verkerk, G., van Son, M.M., de Vijlder, J.J., Vulsma, T., Wiersinga, W.M., Drexhage, H.A., and Vader, H.L. 1999. Low maternal free thyroxine concentrations during early pregnancyt are associated with impaired psychomotor developpment in infancy. Clinical Endocrinology 50:149-155.

Pop, V.J., Brouwers, E.P., Vader, H.L., Vulsma, T., van Baar, A.L., and de Vijlder, J.J. 2003. Maternal hypothyroxinaemia during early pregnancy and subsequent child development: A 3-year follow-up study. Clinical Endocrinology 59:282-288.

Popov, L.I., Filatovas, R.I., and Shershever, A.S. 1974. Characterization of nervous system intoxication in occupational fluorosis. *Gigiena Truda i Professional'nye Zabolevaniia* (5):25-27.

Pramanik, S., and Saha, D. 2017. The genetic influence in fluorosis. Environmental Toxicology and Pharmacology 56:157-162.

Psoter, W.J., Reid, B.C., and Katz, R.V. 2005. Malnutrition and dental caries: A review of the literature. Caries Res. 39:441-447.

Pulungan, Z.S.A., Sofro, Z.M., and Partadiredja, G. 2018. Sodium fluoride does not affect the working memory and number of pyramidal cells in rat medial prefrontal cortex. Anatomical Science International 93(1):128-138.

Qian, W., Miao, K., Li, T., and Zhang, Z. 2013. Effect of selenium on fluoride-induced changes in synaptic plasticity in rat hippocampus. Biological Trace Element Research 155(2):253–260.

Qin, L., Huo, S., Chen, R., Chang, Y., and Zhao, M. 1990. Using the Raven's Standard Progressive Matrices to determine the effects of the level of fluoride in drinking water of the intellectual abilities of school-age children. Chinese Journal of Control of Endemic Deseases 5(4):203-204. English translation in Fluoride 41(2):115-119 (2008).

Raghu, J., Raghuveer, V.C., Rao, M.C., Somayaji, N.S., and Babu, P.B. 2013. The ameliorative effect of ascorbic acid and Ginkgo biloba on learning and memory deficits associated with fluoride exposure. Interdisciplinary Toxicology 6(4):217-21.

Ranpariya, V.L., Parmar, S.K., Sheth, N.R., and Chandrashekhar, V.M. 2011. Neuroprotective activity of Matricaria recutita against fluoride-induced stress in rats. Pharmaceutical Biology 49(7):696-701.

Rauh, V.A., and Margolis, A. 2016. Research Review: Environmental exposures, neurodevelopment and child mental health - new paradigms for the study of brain and behavioral effects. J. Child Psychol. Psychiatry 57(7):775-793.



Reddy, K.P., Sailaja, G., and Krishnaiah, C. 2009. Protective effects of selenium on fluoride induced alterations in certain enzymes in brain of mice. Journal of Environmental Biology 30(5 Suppl):859-64.

Reddy, Y.P., Tiwari, S.K., Shaik, A.P., Alsaeed, A., Sultana, A., and Reddy, P.K. 2014. Effect of sodium fluoride on neuroimmunological parameters, oxidative stress and antioxidative defenses. Toxicology Mechanisms and Methods 24(1):31-6.

Ren, D., Li, K., and Liu, D. 1989. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. Chinese Journal of Control of Endemic Diseases 4(4):251 (republished in Fluoride 2008; 41:319-20).

Renwick, A.G. (1993) Data-derived safety factors for the evaluation of food additives and environmental contaminants. Food Additives and Contaminants 10(3):275-305.

Rice, W.B., and Lu, F.C. 1963. The effect of sodium fluoride on the actions of succinylcholine, parathion and demeton in Rats. Acta Pharmacologica et Toxicologica (Copenh). 20:39-42.

Rocha-Amador, D., Navarro, M.E., Carrizales, L., Morales R., and Calderón, J. 2007. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cadernos de Saúde Pública 23 Suppl 4:S579-87.

Rocha-Amador, D., Navarro, M., Trejo-Acevedo, A., Carrizales, L., Pérez-Maldonado, I., Díaz-Barriga, F., and Calderón, J. 2009. Use of the Rey-Osterrieth Complex Figure Test for neurotoxicity evaluation of mixtures in children. Neurotoxicology 30(6):1149-54.

Rodier, P.M. 1995. Developing brain as a target of toxicity. Environmental Health Perspectives 103(Supplement 6):73-76.

Rogalska, A., Kuter, K., Żelazko, A., Głogowska-Gruszka, A., Świętochowska, E., and Nowak, P. 2017. Fluoride alteration of [$^3$H]glucose uptake in Wistar rat brain and peripheral tissues. Neurotoxicity Research 31(3):436-443.

Roholm, K. 1937. *Fluorine Intoxication. A Clinical-Hygienic Study*. Publishers: NYT Nordisk Forlag, Arnold Busck, Copenhagen and H.K. Lewis & Co. Ltd, 136, Gower Street, London.

Román, G.C. 2007. Autism: Transient in utero hypothyroxinemia related to maternal flavonoid ingestion during pregnancy and to other environmental antithyroid agents. J. Nuerological Sciences 262:15-26.

Ron, M., Singer, L., Menczel, J., and Kidroni, G. 1986. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. Eur. J. Obstet. Gynecol. Reprod. Biol. 21:213-218.

Rose, D., and Marier, J.R. 1977. Environmental Fluoride. National Research Council of Canada.

Rosenberg, G.A. 2014. Blood-brain barrier permeability in aging and Alzheimer's disease. J. Prev. Alzheimers Dis. 1(3):138-139 (doi:10.14283/jpad.2014.25).

Russ, T.C., Killin, L.O.J., Hannah, J., Batty, G.D., Deary, I.J., and Starr, J.M. 2019. Aluminium and fluoride in drinking water in relation to later dementia risk. British Journal of Psychiatry (doi: 10.1192/bjp.2018.287) [Epub ahead of print].

Sadilova, M.S., Plotko, E.G., and Yel'nichyykh, L.N.1968. New data for the validation of the mean daily maximum permissible concentration of hydrogen fluoride in atmospheric air. From: Akademiya Meditsinakikh Nauk SSSR. "Biologicheskoe deystvie I gigieniiicheskoe znachenie atmosfemykh zagryaznertiy" .. Red. V. A. Ryazanova. Vypusk 11, Izdatel'stvo "Meditsina'~ Moskva, p. 5-15.

Salgarello, M., Lunardi, G., Inno, A., Pasetto, S., Severi, F., Gorgoni, G., and Gori, S. 2016. 18F-NaF PET/CT Imaging of Brain Metastases. Clinical Nuclear Medicine 41(7):564-5.



Samanta, A., Chanda, S., Bandyopadhyay, B., and Das, N. 2016. Establishment of drug delivery system nanocapsulated with an antioxidant (+)-catechin hydrate and sodium meta borate chelator against sodium fluoride induced oxidative stress in rats. Journal of Trace Elements in Medicine and Biology 33:54-67.

Sarkar, C., Pal, S., Das, N., and Dinda, B. 2014. Ameliorative effects of oleanolic acid on fluoride induced metabolic and oxidative dysfunctions in rat brain: experimental and biochemical studies. Food and Chemical Toxicology 66:224–236.

Sawan, R.M.M., Leite, G.A.S., Saraiva, M.C.P., Barbosa, F. Jr., Tanus-Santos, J.E., and Gerlach, R.F. 2010. Fluoride increases lead concentrations in whole blood and in calcified tissues from lead-exposed rats. Toxicology 271:21-26.

Schiffl, H. 2008. Fluoridation of drinking water and chronic kidney disease: Absence of evidence is not evidence of absence [letter]. Nephrol. Dial. Transplant. 23:411.

Schlesinger, E.R., Overton, D.E., Chase, H.C., and Cantwell, K.T. 1956a. Newburgh-Kingston caries-fluorine study XIII. Pediatric findings after ten years. Journal of the American Dental Association 52(3):296-306.

Schlesinger, E.R., Overton, D.E., Chase, H.C., and Cantwell, K.T. 1956b. Study of children drinking fluoridated and nonfluoridated water. Journal of the American Medical Association 160(1):21-4.

Seraj, B., Shahrabi, M., Shadfar, M., Ahmadi, R., Fallahzadeh, M., Frrokh Eslamlu, H., and Kharazifard, M.J. 2012. Effect of high water fluoride concentration on the intellectual development of children in Makoo/Iran. J. Dentistry (Tehran) 9(3):221-229.

Shalini, B., and Sharma, J.D. 2015. Beneficial effects of *Emblica officinalis* on fluoride-induced toxicity on brain biochemical indexes and learning-memory in rats. Toxicology International 22(1):35-9.

Shan, K.R., Qi, X.L., Long, Y.G., Nordberg, A., and Guan, Z.Z. 2004. Decreased nicotinic receptors in PC12 cells and rat brains influenced by fluoride toxicity--a mechanism relating to a damage at the level in post-transcription of the receptor genes. Toxicology 200(2-3):169-77.

Shannon, F.T., Fergusson, D.M., and Horwood, L.J. 1986. Exposure to fluoridated public water supplies and child health and behaviour. New Zealand Medical Journal 99:416-418.

Sharma, C., Suhalka, P., Sukhwal, P., Jaiswal, N., and Bhatnagar, M. 2014. Curcumin attenuates neurotoxicity induced by fluoride: An in vivo evidence. Pharmacognosy Magazine 10(37):61-65.

Sharma, C., Suhalka, P., and Bhatnagar, M. 2018. Curcumin and resveratrol rescue cortical–hippocampal system from chronic fluoride-induced neurodegeneration and enhance memory retrieval. International Journal of Neuroscience 13:1-15.

Shen, Y.-W., and Taves, D.R. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am. J. Obstet. Gynecol. 119(2):205-207.

Shen, Q.F., Xia, Y.P., and Xu, T.T. 2019. Matrix metalloproteinase-9 and p53 involved in chronic fluorosis induced blood-brain barrier damage and neurocyte changes. Archives of Medical Science 2:457-66.

Sheth, S., and Colletti, P.M. 2012. Atlas of sodium fluoride PET bone scans: atlas of NaF PET bone scans. Clinical Nuclear Medicine 37(5):e110-e116.

Shiboski, C.H., Gansky, S.A., Ramos-Gomez, F., Ngo, L., Isman, R., Pollick, H.F. 2003. The association of early childhood caries and race/ethnicity among California preschool children. J. Public Health Dentistry 63:38-46.

Shimonovitz, S., Patz, D., Ever-Hadani, P., Singer, L., Zacut, D., Kidroni, G., and Ron, M. 1995. Umbilical cord fluoride serum levels may not reflect fetal fluoride status. J. Perinat. Med. 23:279-282.



Shivaprakash, P.K., Ohri, K., and Noorani, HJ. 2011. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot district. Journal of Indian Society of Pedodontics and Preventive Dentistry 29(2):117-120.

Short, E.M. 1944. Domestic water and dental caries: VI. The relation of fluoride domestic waters to permanent tooth eruption. J. Dent. Res. 23:247-255.

Spencer, K.F., and Limeback, H. 2018. Blood is thicker than water: Flaws in a National Toxicology Program study. Medical Hypotheses 121:160-163.

Spittle, B. 1994. Psychopharmacology of fluoride. a review. International Clinical Psychopharmacology. 9(2):79-82.

Stevenson, C.A., and Watson, A.R. 1957. Fluoride osteosclerosis. The American Journal of Roentgenology, Radium Therapy, and Nuclear Medicine 78(1):13-8.

Storhaug, C.L., Fosse, S.K., and Fadnes, L.T. 2017. Country, regional, and global estimates for lactose malabsorption in adults: A systematic review and meta-analysis. Lancet Gastroenterol. Hepatol. 2:738-746.

Suárez-Rodríguez, M., Azcona-San Julián, C., and Alzina de Aguilar, V. 2012. Hypothyroxinemia during pregnancy: The effect on neurodevelopment in the child. International Journal of Developmental Neuroscience 30:435-438.

Sudhir, K.M., Chandu, G.N., Prashant, G.M., Subba Reddy, V.V. 2009. Effect of fluoride exposure on Intelligence Quotient (IQ) among 13-15 year old school children of known endemic area of fluorosis, Nalgonda District, Andhra Pradesh. Journal of the Indian Association of Public Health Dentistry 1(13):88-94.

Sun, M., Li, S., Wang, Y., and Li, F. 1991. Using drawing tests to measure intelligence in children from areas impacted by combined Al-F endemic toxicosis (Shuicheng, Guizhou). Journal of Guiyang Medical College 16(3):204-06.

Sun, Y., Ke, L., Zheng, X., Li, T., Ouyang, W., and Zhang, Z. 2017. Effects of different levels of calcium intake on brain cell apoptosis in fluorosis rat offspring and its molecular mechanism. Biological Trace Element Research 176(2):355-366.

Sun, Z., Zhang, Y., Xue, X., Niu, R., and Wang, J. 2018. Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. Human & Experimental Toxicology 37(1):87-93.

Susheela, A.K., Bhatnagar, M., Vig, K., and Mondal, N.K. 2005. Excess fluoride ingestion and thyroid hormone derangements in children living in Delhi, India. Fluoride 38:98-108.

Tang, Q., Du, J., Ma, H., Jiang, S., and Zhou, X. 2008. Fluoride and children's intelligence: A meta-analysis. Biol. Trace Elem. Res. 126:115-120.

Teng, Y., Zhang, J., Zhang, Z., and Feng, J. 2018. The effect of chronic fluorosis on calcium ions and CaMKIIα, and c-fos expression in the rat hippocampus. Biological Trace Element Research 182(2):295-302.

Thenkondar, A., Jafari, L., Sooriash, R., Hajsadeghi, F., Berenji, G.R., and Li, Y. 2017. 18F-NaF PET Demonstrating Unusual Focal Tracer Activity in the Brain. Clinical Nuclear Medicine 42(2):127-128.

Thiessen, K.M. 2011. Comments on EPA's Fluoride Risk Assessment and Relative Source Contribution Documents. Submitted to EPA's Office of Water and to EPA's Office of Pesticide Programs (April 19, 2011).

Till, C., Green, R., Grundy, J.G., Hornung, R., Neufeld, R., Martinex-Mier, E.A., Ayotte, P., Muckle, G., and Lanphear, B. 2018. Environmental Health Perspectives 126(10):107001.



Tipre, D.N., Zoghbi, S.S., Liow, J.S., Green, M.V., Seidel, J., Ichise, M., Innis, R.B., and Pike, V.W. 2006. PET imaging of brain 5-HT1A receptors in rat in vivo with 18F-FCWAY and improvement by successful inhibition of radioligand defluorination with miconazole. Journal of Nuclear Medicine 47(2):345-53.

Trivedi, M.H., Verma, R.J., and Chinoy, N.J. 2007. Amelioration by black tea of sodium fluoride-induced changes in protein content of cerebral hemisphere, cerebellum and medulla oblongata in brain region of mice. Acta Poloniae Pharmaceutica 64(3):221-5.

Tu, J., Liu, K., Song, Y., Zhang, Y., Cui, C., and Lu, C. 2011. Interactive effect of fluoride burden with calcitonin receptor gene polymorphisms on the risk of F bone injury. Int. Arch. Occup. Environ. Health 84:533-538.

Turner, S.D., Chan, J.T., and Li, E. 1998. Impact of imported everages on fluoridated and nonfluoridated communities. General Dentistry 146(2):90-193.

Underwood, E.J. 1977. Fluorine, Chapter 13 in: *Trace Elements in Human and Animal Nutrition*, 4th Edition. New York Academic Press, pp. 347-369.

USDHHS Panel (U.S. Department of Health and Human Services Federal Panel on community Water Fluoridation). 2015. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Reports 130:318-331.

Valdez Jiménez, L., López Guzmán, O.D., Cervantes Flores, M., Costilla-Salazar, R., Calderón Hernández, J., Alcaraz Contreras, Y., and Rocha-Amador, D.O. 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59:65-70.

Varner, J.A., Horvath, W.J., Huie, C.W., Naslund, H.R., and Isaacson, R.L. 1994. Chronic aluminum fluoride administration. I. Behavioral observations. Behavioral and Neural Biology 61:233-241.

Varner, J.A., Jensen, K.F., Horvath, W., and Isaacson, R.L. 1998. Chronic administration of aluminum fluoride or sodium fluoride to rats in drinking water: Alterations in neuronal and cerebrovascular integrity. Brain Research 784(1-2):284-298.

Vermiglio, F., Lo Presti, V.P., Moleti, M., Sidoti, M., Tortorella, G., Scaffidi, G., Castagna, M.G., Mattina, F., Violi, M.A., Crisà, A., Artemisia, A., and Trimarchi, F. 2004. Attention deficit and hyperactivity disorders in the offspring of mothers exposed to mild-moderate iodine deficiency: A possible novel iodine deficiency disorder in developed countries. J. Clin. Endocrinol. Metab. 89:6054-6060.

Victora, C.G., Horta, B.L., Loret de Mola, C., Quevedo, L., Pinheiro, R.T., Gigante, D.P., Gonçalves, H., and Barros, F.C. 2015. Association between breastfeeding and intelligence, educational attainment, and income at 30 years of age: A prospective birth cohort study from Brazil. Lancet Global Health 3:e199-e205.

Victora, C.G., Bahl, R., Barros, A.J.D., França, G.V.A., Horton, S., Krasevec, J., Murch, S., Sankar, M.J., Walker, N., and Rollins, N.C., for The Lancet Breastfeeding Series Group. 2016. Breastfeeding in the 21st century: Epidemiology, mechanisms, and lifelong effect. Lancet 387:475-490.

Wadhwani, T.K., and Ramasway, A.S. 1953. Pathological changes in the tissues of rats (albino) and monkeys (*Macaca radiata*) in fluorine toxicosis. Journal of the Indian Institute of Science, Section A. 35:223-230.

Walton, J.L., and Messer, L.B. 1981. Dental caries and fluorosis in breast-fed and bottle-fed children. Caries Research 15:124-137.

Wang, G., Yang, D., Jia, F., and Wang, H. 1996. A study of the IQ levels of four- to seven-year-old children in high fluoride areas. *Endemic Diseases Bulletin* 11(1):60-6 (English translation published in *Fluoride* 2008; 41:340–43).



Wang, S.X., Wang, Z.H., Cheng, X.T., Li, J., Sang, Z.P., Zhang, X.D., Han, L.L., Qiao, X.Y., Wu, Z.M., and Wang, Z.Q. 2007. Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environmental Health Perspectives 115(4):643-7.

Wang, J., Zhang, Y., Guo, Z., Li, R., Xue, X., Sun, Z., and Niu, R. 2018a. Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. Chemosphere 197:117-122.

Wang, C., Liang, C., Ma, J., Manthari, R.K., Niu, R., Wang, J., Wang, J., and Zhang, J. 2018b. Co-exposure to fluoride and sulfur dioxide on histological alteration and DNA damage in rat brain. Journal of Biochemical and Molecular Toxicology 32(2).

Warren, J.J., Levy, S.M., Broffitt, B., Cavanaugh, J.E., Kanellis, M.J., and Weber-Gasparoni, K. 2009. Considerations on optimal fluoride intake using dental fluorosis and dental caries outcomes—A longitudinal study. J. Public Health Dentistry 69:111-115.

Waugh, D.T., Godfrey, M., Limeback, H., and Potter, W. 2017. Black tea source, production, and consumption: Assessment of health risks of fluoride intake in New Zealand. Journal of Environmental and Public Health 2017:5120504.

Wei, N., Dong, Y.T., Deng, J., Wang, Y., Qi, X.L., Yu, W.F., Xiao, Y., Zhou, J.J., and Guan, Z.Z. 2018. Changed expressions of N-methyl-D-aspartate receptors in the brains of rats and primary neurons exposed to high level of fluoride. Journal of Trace Elements in Medicine and Biology 45:31-40.

Whitford, G.M., and Pashley, D.H. 1974. Soft tissue distribution of fluoride. Journal of Dental Research 53: Special Issue, Abstract 705.

Whitford, G.M., and Pashley, D.H. 1979. The effect of body fluid pH on fluoride distribution, toxicity, and renal clearance. In: Continuing Evaluation of the Use of Fluorides, Edited by Erling Johansen, Donald R. Taves, and Thor O. Olson. Chapter 8. AAAS (American Association for the Advancement of Science) Selected Symposium.

Whitford, G.M., Whitford, J.L., and Hobbs, S.H. 2009. Appetitive-based learning in rats: lack of effect of chronic exposure to fluoride. Neurotoxicology and Teratology 31(4):210-15.

Wilson, P.M., and Sheldon, T.A. 2006. Muddy waters: evidence-based policy making, uncertainty and the "York review" on water fluoridation. Evidence & Policy 2(3):321-331.

WHO (World Health Organization). 2004. Fluoride in drinking-water. Background document for development of *WHO Guidelines for Drinking-Water Quality*. World Health Organization, WHO/SDE/WSH/03.04/96.

Wolf, J.H. 2003. Low breastfeeding rates and public health in the United States. American Journal of Public Health 93(12):2000-2010.

Wu, J., Zhu, H., and Ji, H. 2013. Unexpected detection of brain metastases by 18F-NaF PET/CT in a patient with lung cancer. Clinical Nuclear Medicine 38(11):e429-32.

Wu, J., Wang, W., Liu, Y., Sun, J., Ye, Y., Li, B., Liu, X., Liu, H., Sun, Z., Li, M., Cui, J., Sun, D., Yang, Y., and Gao, Y. 2015. Modifying role of GSTP1 polymorphism on the association between tea fluoride exposure and the brick-tea type fluorosis. PLoS One 10(6):e0128280.

Xiang, Q., Liang, Y., Chen, L., Wang, C., Chen, B., Chen, X., and Zhou, M. 2003a. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84-94.

Xiang, Q., Liang, Y., Zhou, M., and Zang, H. 2003b. Blood lead of children in Wamiao-Xinhuai intelligence study [letter]. Fluoride 36(3):198-199.



Xiang, Q., Liang, Y., Chen, B., and Chen, L. 2011. Analysis of children's serum fluoride levels in relation to intelligence scores in a high and low fluoride water village in China. Fluoride 44(4):191-194.

Xu, Y., Lu, C., and Zhang, X. 1994. The effect of fluorine on the level of intelligence in children. *Endemic Diseases Bulletin* 9(2):83-84.

Yan, N., Liu, Y., Liu, S., Cao, S., Wang, F., Wang, Z., and Xi, S. 2016. Fluoride-induced neuron apoptosis and expressions of inflammatory factors by activating microglia in rat brain. Molecular Neurobiology 53(7):4449–60.

Yang, Y., Wang, X., Guo, X., and Hu, P. 1994. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. Chinese Journal of Epidemiology 15(4):296-8. English translation in Fluoride 41(4):336-339 (2008).

Yang, D., Liu, Y., Chu, Y., Yang, Q., Jiang, W., Chen, F., Li, D., Qin, M., Sun, D., Yang, Y., Gao, Y. 2016. Association between vitamin D receptor gene FokI polymorphism and skeletal fluorosis of the brick-tea type fluorosis: A cross sectional, case control study. BMJ Open 6(11):e011980.

Yang, L., Jin, P., Wang, X., Zhou, Q., Lin, X., and Xi, S. 2018a. Fluoride activates microglia, secretes inflammatory factors and influences synaptic neuron plasticity in the hippocampus of rats. Neurotoxicology 69:108-120.

Yang, Y., Zhao, Q., Liu, Y., Liu, X., Chu, Y., Yan, H., Fan, Y., Huo, S., Wang, L., Lou, Q., Guo, N., Sun, D., and Gao, Y. 2018b. FRZB1 rs2242070 polymorphisms is associated with brick tea type skeletal fluorosis in Kazakhs, but not in Tibetans, China. Archives of Toxicology 92:2217-2225.

Yang, H., Xing, H., Liu, S., Yu, H., and Li, P. 2019. Analysis of the protective effects of c-aminobutyric acid during fluoride-induced hypothyroidism in male Kunming mice. Pharmaceutical Biology, 57(1): 29-37.

Yao, Y., Zhou, J., Wang, X., Cui, Q., and Lin, F. 1996. Analysis on TSH and intelligence level of children with dental Fluorosis in a high fluoride area. Literature and Information on Preventive Medicine 2(1):26-27.

Yao, Y., Deng, Y., Yang, S., Zhou, J., Wang, X., and Cui, Z. 1997. Comparative assessment of the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. Literature and Information on Preventive Medicine 3(1):42-43.

Yazdi, S.M., Sharifian, A., Dehghani-Beshne, M., Momeni, V.R., and Aminian, O. 2011. Effects of fluoride on psychomotor performance and memory of aluminum potroom workers. Fluoride 44(3):158-162.

Yu, Y., Yang, W., Dong, Z., Wan, C., Zhang, J., Liu, J., Xiao, K., Huang, Y., and Lu, B. 1996. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Chinese Journal of Endemiology 15(5):257-259. English translation (2008) in Fluoride 41(2):134-138.

Yu, X., Chen, J., Li, Y., Liu, H., Hou, C., Zeng, Q., Cui, Y., Zhao, L., Li, P., Zhou, Z., Pang, S., Tang, S., Tian, K., Zhao, Q., Dong, L., Xu, C., Zhang, X., Zhang, S., Liu, L., and Wang, A. 2018. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. Environment International 118:116-124.

Yu, Q., Shao, D., Zhang, R., Ouyang, W., and Zhang, Z. 2019. Effects of drinking water fluorosis on L-type calcium channel of hippocampal neurons in mice. Chemosphere 220:169-175.

Yuan, J., Li, Q., Niu, R., and Wang, J. 2019. Fluoride exposure decreased learning ability and the expressions of the insulin receptor in male mouse hippocampus and olfactory bulb. Chemosphere 224:71-76.



Zeevi, N., Pachter, J., McCullough, L.D., Wolfson, L., and Kuchel, G.A. 2010. The blood-brain barrier: Geriatric relevance of a critical brain-body interface. J. Am. Geriatr. Soc. 58(9):1749-1757.

Zhang, R., Niu, Y., Du, H., Cao, X., Shi, D., Hao, Q., and Zhou, Y. 2009. A stable and sensitive testing system for potential carcinogens based on DNA damage-induced gene expression in human HepG2 cell. Toxicology in Vitro 23:158-165.

Zhang, J., Zhu, W.J., Xu, X.H., and Zhang, Z.G. 2011. Effect of fluoride on calcium ion concentration and expression of nuclear transcription factor kappa-B p65 in rat hippocampus. Experimental and Toxicologic Pathology 63(5):407-11.

Zhang, J., and Zhang, Z. 2013. Effects of chronic fluorosis on CaMKIIα, c-fos, Bax, and Bcl-2 channel signalling in the hippocampus of rats. Fluoride 46(3):135-141.

Zhang, C., Ren, C., Chen, H., Geng, R., Fan, H., Zhao, H., Guo, K., and Geng, D. 2013a. The analog of *Ginkgo biloba* extract 761 is a protective factor of cognitive impairment induced by chronic fluorosis. Biological Trace Element Research 153:229-36.

Zhang, T., Shan, K.-R., Tu, X., He, Y., Pei, J.-J., and Guan, Z.-Z. 2013b. Myeloperoxidase activity and its corresponding mRNA expression as well as gene polymorphism in the population living in the coal-burning endemic fluorosis area in Guizhou of China. Biol. Trace Elem. Res. 152(3):379-386.

Zhang, L., Lu, X., Wang, Z., Qin, L., Yuan, L., and Yin, X. 2013c. Evaluation of the toxicity of fluorine in Antarctic krill on soft tisuues of Wistar rats. Advances in Polar Science 24(2):128-132.

Zhang, Y., Kim, J.-Y., Horst, O., Nakano, Y., Zhu, L., Radlanski, R., Ho, S., and Den Besten, P.K. 2014. fluorosed mouse ameloblasts have increased SATB1 retention and Gαq activity. PLOS One 9(8):e103994.

Zhang, K.L., Lou, D.D., and Guan, Z.Z. 2015a. Activation of the AGE/RAGE system in the brains of rats and in SH-SY5Y cells exposed to high level of fluoride might connect to oxidative stress. Neurotoxicology & Teratology 48:49-55.

Zhang, S., Zhang, X., Liu H., Qu, W., Guan, Z., Zeng, Q., Jiang, C., Gao, H., Zhang, C., Lei, R., Xia, T., Wang, Z., Yang, L., Chen, Y., Wu, X., Cui, Y., Yu, L., and Wang, A. 2015b. Modifying effect of COMT gene polymorphism and a predictive role for proteomics analysis in children's intelligence in endemic fluorosis area in Tianjin, China. Toxicological Sciences 144(2):238-245.

Zhang, Y., Huang, H., Gong, B., Duan, L., Sun, L., He, T., Cheng, X., Li, Z., Cui, L., and Ba, Y. 2017a. Do environmental fluoride exposure and *ESRα* genetic variation modulate methylation modification on bone changes in Chinese farmers? Chemical Research in Toxicology 30:1302-1308.

Zhang, Z., Wang, X., Nian, W., Liao, Q., Zhang, R., and Ouyang, W. 2017b. Effects of calcium on drinking fluorosis-induced hippocampal synaptic plasticity impairment in the offspring of rats. Translational Neuroscience 8:191-200.

Zhang, C., Huo, S., Fan, Y., Gao, Y., Yang, Y., and Sun, D. 2019. Autophagy may be involved in fluoride-induced learning impairment in rats. Biological Trace Element Research [Epub ahead of print].

Zhao, L.B., Liang, G.H., Zhang, D.N., and Wu, X.R. 1996. Effect of a high fluoride water supply on children's intelligence. Fluoride 29:190-192.

Zhao, M.X., Zhou, G.Y., Zhu, J.Y., Gong, B., Hou, J.X., Zhou, T., Duan, L.J., Ding, Z., Cui, L.X., and Ba, Y. 2015. Fluoride exposure, follicle stimulating hormone receptor gene polymorphism and hypothalamus-pituitary-ovarian axis hormones in Chinese women. Biomed. Environ. Sci. 28(9):696-700.

Zhao, Q., Niu, Q., Chen, J., Xia, T., Zhou, G., Li, P., Dong, L., Xu, C., Tian, Z., Luo, C., Liu, L., Zhang, S., and Wang, A. 2019. Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity:



Mechanisms of action in vitro and associations with cognition in rats and children. Archives of Toxicology 93(3):709-726.

Zheng, X., Sun, Y., Ke, L., Ouyang, W., and Zhang, Z. 2016. Molecular mechanism of brain impairment caused by drinking-acquired fluorosis and selenium intervention. Environmental Toxicology and Pharmacology 43:134-139.

Zhou, G.-Y., Ren, L.-J., Hou, J.-X., Cui, L.-X., Ding, Z., Cheng, X.-M., Zhu, J.-Y., Cui, R.-R., and Ba, Y. 2016. Endemic fluorosis in Henan province, China: ERα gene polymorphisms and reproductive hormones among women. Asia Pacific J. Clinical Nutrition 25(4):911-919.

Zhou, G., Tang, S., Yang, L., Niu, Q., Chen, J., Xia, T., Wang, S., Wang, M., Zhao, Q., Liu, L., Li, P., Dong, L., Yang, K., Zhang, S., and Wang, A. 2019. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicology and Applied Pharmacology [Epub ahead of print].

Zhu, W., Zhang, J., and Zhang, Z. 2011. Effects of fluoride on synaptic membrane fluidity and PSD-95 expression level in rat hippocampus. Biological Trace Element Research 139(2):197-203.

Zhu, Y.P., Xi, S.H., Li, M.Y., Ding, T.T., Liu, N., Cao, F.Y., Zeng, Y., Liu, X.J., Tong, J.W., and Jiang, S.F. 2017. Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. Neurotoxicology 59:56-64.

Zoeller, R.T. 2003. Transplacental thyroxine and fetal brain development. J. Clin. Invest. 111(7):954-957.

Zoeller, R.T., and Rovet, J. 2004. Timing of thyroid hormone action in the developing brain: Clinical observations and experimental findings. Journal of Neuroendocrinology 16:809-818.

Zohoori, F.V., Omid, N., Sanderson, R.A., Valentine, R.A., and Maguire, A. 2019. Fluoride retention in infants living in fluoridated and non-fluoridated areas: Effects of weaning. British Journal of Nutrition 121(1):74-81.

Zorrilla, E.P. 1997. Multiparous species present problems (and possibilities) to developmentalists. Dev. Psychobiol. 30:141-150.



**Appendix A:**

**Recent Animal Studies of Fluoride Neurotoxicity (Tables A-1 and A-2)**



*Food and Water Watch v. EPA*                                                      *Thiessen Report*

Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity.

| Paper | Animal | Sex | Maturity at Start of Exposure | Length of Exposure | Animals per group |
|---|---|---|---|---|---|
| Adebayo et al. 2013 | Albino Rats | Male | Post-Weaning[f] | 1 week | 6 |
| Adedara et al. 2017a & b | Wistar Rats | Male | 8 weeks old | 45 days | 12 |
| Agustina et al. 2018 | Wistar Rats | Male | Adults | 30 days | 8 |
| Akinrinade et al. 2015a & b | Wistar Rats | Male | Adults | 30 days | 5 |
| Ameeramja et al. 2018 | Wistar Albino Rats | Female | 2 to 3 months old | 30 days | 6 |
| Atmaca et al. 2014 | Wistar Rats | Male | Post-Weaning[f] | 21 days | 7 |
| Balaji et al. 2015 | Swiss Albino Mice | Female | Adults | 30 days | 6 (of 7) |
| Banala and Karnati 2015 | Wistar Rats | Both | Prenatal | Prenatal + 14, 21 & 30 days | 5 |
| Banji et al. 2013 | Wistar Rats | Both | Gestational day 6 | Prenatal + 15 days | 6 |
| Bartos et al. 2018 | Wistar Rats | Female | Prenatal | Prenatal + 21 days | 5 |
| Bartos et al 2019 | Wistar Rats | Both | Pre-Pregnancy | Prenatal + 21 days | 5 |
| Basha and Madhusudhan 2010 | Wistar Albino Rats | Both | Pre-Pregnancy | Prenatal + 21 days | 6 |
| Basha et al. 2011a & b | Wistar Albino Rats | Both | Multigenerational | Prenatal + 12 weeks (3rd generation) | 6 |
| Basha and Sujitha 2012a & b | Wistar Rats | Male | 3 months old | 1 month | 6 |
| Basha and Saumya 2013 | Albino Mice | Both | Adults | 45 days | 6 |
| Bharti and Srivastava 2009 | Wistar Rats | Female | Adults | 28 days | 6 |
| Bharti et al. 2012 | Wistar Rats | Female | Adults | 7 days | 6 |
| Chauhan et al. 2013 | Sprague-Dawley Rats | Female | 6 months old | 3 to 6 weeks | 4 (of 8) |
| Chen et al. 2018a | Sprague-Dawley Rats | Female | Pre-Pregnancy | Prenatal + 6 months | 6 |
| Chouhan and Flora 2008 | Albino Rats | Male | Adults | 10 weeks | 6 |
| Chouhan et al. 2010 | Wistar Albino Rats | Male | Adults | 12 weeks | 5-6 (of 6) |
| Dec et al. 2019 | Wistar Rats | Males | Pre-Pregnancy | Prenatal + 90 days | 6 (of 12) |
| Dong et al. 2015 | Sprague-Dawley Rats | Both | 1 month old | >10 months | 30 |
| Dong et al. 2015 | Sprague-Dawley Rats | Both | 10 months pre-birth | Prenatal + 1, 7, 14, 21, & 28 days | 10 |
| Flora et al. 2009 | Swiss Mice | Male | Adults | 10 weeks | 5 |
| Flora et al. 2012 | Swiss Mice | Male | Adults | 28 weeks | 5 (of 12) |
| Ge et al. 2011 | Wistar Albino Rats | Both | Pre-Pregnancy | Prenatal + 20 days | 8 |
| Ge et al. 2018 | ICR Mice | Both | Pre-Pregnancy | Prenatal + 90 days | 6 |
| Güner et al. 2016 | Wistar Albino Rats | Both | Adult | Prenatal + 1, 3, & 5 months | 5 |

*Table continued next page*



*Food and Water Watch v. EPA*                                                                  *Thiessen Report*

Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity - *Continued*

| Paper | Treatment groups | LOAEL[b] | Specific Effect | Hippocampus? |
|---|---|---|---|---|
| Adebayo et al. 2013 | 100 mg/L | 100 mg/L | Oxidative stress, reduced brain weight | No |
| Adedara et al. 2017a & b | 6.8 mg/L | 6.8 mg/L | Oxidative stress, reduced AChE activity, inflammation, Caspase-3 activity | No |
| Agustina et al. 2018 | 2.3, 4.5 & 9 mg/kg/day | 4.5 mg/kg/day | Reduced number of Purkinje cells | No |
| Akinrinade et al. 2015a & b | 1 & 5 mg/L | 1 mg/L | Oxidative stress, inflammation, neuronal damage | No |
| Ameeramja et al. 2018 | 136 mg/L | 136 mg/L | Oxidative stress | No |
| Atmaca et al. 2014 | 100 mg/L | 100 mg/L | Oxidative stress & neuronal degeneration | Yes |
| Balaji et al. 2015 | 45 & 90 mg/L | 45 mg/L | Inhibition of cholinesterase & increased oxidative stress | No |
| Banala and Karnati 2015 | 9 mg/L | 9 mg/L | Oxidative stress | No |
| Banji et al. 2013 | 9 mg/kg/day | 9 mg/kg/day | Oxidative stress | No |
| Bartos et al. 2018 | 5 & 10 mg/L (=0.6 & 1.2 mg/kg/d) | 5 mg/L | Decreased nicotinic receptors & oxidative stress | Yes |
| Bartos et al. 2019 | 5 & 10 mg/L (=0.6 & 1.2 mg/kg/d) | 5 mg/L | Increased oxidative stress as reflected by decreased CAT, GPT, and GOT | Yes |
| Basha and Madhusudhan 2010 | 50 & 150 mg/L | 50 mg/L | Oxidative stress & reduced brain protein content | No |
| Basha et al. 2011a & b | 100 & 200 mg/L | 100 mg/L | Oxidative stress, reduced brain weight, and histological changes | Yes |
| Basha and Sujitha 2012a & b | 270 mg/L | 270 mg/L | Oxidative stress & decreased acetylcholinesterase activity | No |
| Basha and Saumya 2013 | 270 mg/L | 270 mg/L | Mitochondrial disturbances & Oxidative stress | No |
| Bharti and Srivastava 2009 | 150 mg/L | 150 mg/L | Oxidative stress | No |
| Bharti et al. 2012 | 150 mg/L | 150 mg/L | Decreased acetylcholinesterase activity | No |
| Chauhan et al. 2013 | 11.3 mg/kg/day | 11.3 mg/kg/day | Oxidative stress | No |
| Chen et al. 2018a | 4.5, 23, 45 mg/L | 4.5 mg/L | Impaired synaptogenesis | Yes |
| Chouhan and Flora 2008 | 10, 50, & 100 mg/L | 100 mg/L[c] | Oxidative stress | No |
| Chouhan et al. 2010 | 1, 10, 50 & 100 mg/L | 1 mg/L | Oxidative stress, alterations in neurotransmitters, neuronal lesions, & increased AChE activity | No |
| Dec et al. 2019 | 23 mg/L | 23 mg/L | Evidence of inflammatory processes (reduced activity of cyclooxygenases (COX1 & COX2) and increase in prostaglandins) | Yes |
| Dong et al. 2015 | 50 mg/L (adults) | 50 mg/L | Decrease in muscarinic nicotinic receptors | No |
| Dong et al. 2015 | 50 mg/L (offspring) | 50 mg/L | Decrease in muscarinic nicotinic receptors | No |
| Flora et al. 2009 | 50 mg/L | 50 mg/L | Oxidative stress, alteration in neurotransmitters, DNA damage, increased AChE activity | No |
| Flora et al. 2012 | 50 mg/L | 50 mg/L | Oxidative stress, neuronal degeneration, DNA damage, Protein interaction | Yes |
| Ge et al. 2011 | 100 mg/L (+25 mg/kg in food) | 100 mg/L | Alteration in protein expression | No |
| Ge et al. 2018 | 50 & 100 mg/L | 50 mg/L | Alterations of synapse-related proteins | No |
| Güner et al. 2016 | 13.6 & 45 mg/L | 13.6 mg/L | Neurodegenerative changes & catalase immunoreactivity | Yes |

*Table continued next page*



Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity - *Continued*

| Paper | Animal | Sex | Maturity at Start of Exposure | Length of Exposure | Animals per group |
|---|---|---|---|---|---|
| Hamza et al. 2015 | Wistar Albino Rats | Male | Adults | 30 days | 10 |
| Han et al. 2014 | Kumming Mice | Male | Sexually matured mice | 180 days | 4 (of 15) |
| Hassan and Abdel-Aziz 2010 | Wistar Albino Rats | Male | Adults | 5 weeks | 6 |
| Inkielwicz-Stepniak and Czarnowski 2010 | Wistar Han Rats | Male | 6 weeks old | 4 weeks | 6 |
| Jia et al. 2019 | CD1 Mice | Both | Prenatal | Prenatal (day 9) + 19 days | 5 (of 20) |
| Jiang et al. 2014a | Sprague-Dawley Rats | Male | Weaned | 3 months | 8 |
| Jiang et al. 2014b | Sprague-Dawley Rats | Both | Pre-pregnancy | Prenatal + 2 months | 3-12 (of 12) |
| Jiang et al. 2019 | Sprague-Dawley Rats | Male | Post-weaning[f] | 10 weeks | 7 |
| Kaur et al. 2009 | Sprague-Dawley Rats | Female | Adults | 8 weeks | 6-7 (of 8) |
| Khan et al. 2018 | Wistar Rats | Both | Post-weaning[f] | 28 days | 6 |
| Kinawy 2019 | Rats | Male | Prenatal (6th day) | Prenatal + Weaning or 70 days | 8 |
| Li et al. 2019 | Kumming Mice | Both | Adults | 90, 120 & 150 days | 8 (of 30) |
| Liu et al. 2010 | Sprague-Dawley Rats | Both | Post-weaning[f] | 6 months | 10 (of 24) |
| Liu et al. 2011 | Sprague-Dawley Rats | Both | Post-weaning[f] | 3 & 6 months | 12 (of 24) |
| Lou et al. 2013 | Sprague-Dawley Rats | Both | Post-weaning[f] | 6 months | 20 |
| Ma et al. 2015 | C57/BL Mice | Male | 4 weeks old | 4 weeks | 8 |
| Mansour and Tawfik 2012 | Albino Rats | Male | Adults | 5 weeks | 6 |
| McPherson et al. 2018 | Long Evans Hooded Rats | Male | Prenatal | Prenatal (day 6) + 90 days | 6 (of ~23) |
| Nabavi et al. 2012a | Wistar Rats | Male | 8 to 12 weeks old | 1 week | 10 |
| Nabavi et al. 2012b | Wistar Rats | Male | Post-weaning[f] | 1 week | 10 |
| Nabavi et al. 2013 | Wistar Rats | Male | 7 days old | 7 days | 10 |
| Niu et al. 2009 | Wistar Albino Rats | Both | Day of birth | 6, 8, 10, & 12 weeks | 8 |
| Niu et al. 2014 | Kumming Mice | Male | Prenatal | Prenatal + 56 days | 15 |
| Niu et al. 2015a | Kumming Mice | ? | Adults | 60 days | 5 (of 15) |
| Niu et al. 2015b | Kumming Mice | Both | Prenatal | Prenatal + 56 days | 6 |
| Niu et al. 2018a | Sprague-Dawley Rats | Female | Post-weaning[f] | 60 days | 3 (of 10) |
| Niu et al. 2018b | Kumming Mice | Both | Adults | 60 days | 5 (of 12) |

*Table continued next page*



Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity – *Continued*

| Paper | Treatment groups | LOAEL | Specific Effect | Hippocampus? |
|---|---|---|---|---|
| Hamza et al. 2015 | 4.7 mg/kg/day | 4.7 mg/kg/day | Increased oxidative stress | No |
| Han et al. 2014 | 11, 23, and 45 | 23 mg/L[c] | Altered mRNA expression | Yes |
| Hassan and Abdel-Aziz 2010 | 4.7 mg/kg/day | 4.7 mg/kg/day | Oxidative stress | No |
| Inkielwicz-Stepniak and Czarnowski 2010 | 25 mg/L | 25 mg/L | Oxidative stress | No |
| Jia et al. 2019 | 6 & 113 mg/L | None | No reduction in neuronal density | No |
| Jiang et al. 2014a | 54 mg/L | 54 mg/L | Decreased glutamate levels | Yes |
| Jiang et al. 2014b | 11, 23, and 45 mg/L | 11 mg/L | Neuronal degeneration, decreased glucose utilization | Yes |
| Jiang et al. 2019 | 23 & 45 mg/L | 23 mg/L | Impaired neurogenesis & synaptic plasticity | Yes |
| Kaur et al. 2009 | 125 mg/L | 125 mg/L | Oxidative stress, alteration in neurotransmitters, & neuronal degeneration | No |
| Khan et al. 2018 | 20 mg/L | 20 mg/L | Inhibition of AChE and increase in oxidative stress | No |
| Kinawy 2019 | 678 mg/L | 678 mg/L | Oxidative stress | Yes |
| Li et al. 2019 | 68 mg/L | 68 mg/L | Altered mRNA expression of anxiety & depression-related genes | Yes |
| Liu et al. 2010 | 5 & 50 mg/L | 5 mg/L | Reductions in nicotinic receptors & activation of photoho-ERK1/2 | No |
| Liu et al. 2011 | 5 & 50 mg/L | 5 mg/L | Increased apoptosis & phosphorylation | No |
| Lou et al. 2013 | 10 & 50 mg/L | 10 mg/L | Mitochondrial disturbances in neurons, altered protein expression | No |
| Ma et al. 2015 | 23 & 45.6 mg/L | 23 mg/L | Increased BDNF expression | Yes |
| Mansour and Tawfik 2012 | 4.7 mg/kg/day | 4.7 mg/kg/day | Oxidative stress | No |
| McPherson et al. 2018 | 10 & 20 mg/L (+ food exposure group) | None | No neuronal damage or glia reactivity | Yes |
| Nabavi et al. 2012a | 270 mg/L | 270 mg/L | Oxidative stress | No |
| Nabavi et al. 2012b | 270 mg/L | 270 mg/L | Oxidative stress | No |
| Nabavi et al. 2013 | 270 mg/L | 270 mg/L | Oxidative stress | No |
| Niu et al. 2009 | 68 mg/L | 68 mg/L | Decreased glutamate levels & altered enzyme activity | Yes |
| Niu et al. 2014 | 68 mg/L | 68 mg/L | Altered protein expression | Yes |
| Niu et al. 2015a | 11, 23, and 45 mg/L | 23 mg/L | Microtubule lesions in neurons | Yes |
| Niu et al. 2015b | 68 mg/L | 68 mg/L | Alterations in protein expression | No |
| Niu et al. 2018a | 4.5, 23, and 45 mg/L | 4.5 mg/L | Endoplasmic reticulum stress | Yes |
| Niu et al. 2018b | 11, 23, and 45 mg/L | 11 mg/L | Myelin damage, and alteration to synaptic structure | Yes |

*Table continued next page*



Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity – *Continued*

| Paper | Animal | Sex | Maturity at Start of Exposure | Length of Exposure | Animals per group |
|---|---|---|---|---|---|
| Pal and Sarkar 2014 | Wistar Rats | Male | Post-weaning[f] | 30 days | 6 to 8 |
| Pan et al. 2015 | Sprague-Dawley Rats | Male | 3 weeks after weaning | 30 days | 15 |
| Pereira et al. 2011 | Wistar Rats | Male | 30 days old | 30 days | 4-10 (of 15) |
| Pulungan et al. 2018 | Wistar Rats | Male | 12-16 weeks old | 30 days | 8 |
| Qian et al. 2013 | Sprague-Dawley Rats | Male | Newly weaned | 6 months | 2-20 (of 20) |
| Reddy et al. 2009 | Swiss Albino Mice | Female | Adults | 14 days | 6 |
| Reddy et al. 2014 | Wistar Rats | Male | 4 months old | 90 days | 6 |
| Rogalska et al. 2017 | Wistar Rats | Both | 8 weeks old | 4 weeks | 6-8 |
| Samanta et al. 2016 | Sprague-Dawley Rats | Female | Post-weaning[f] | 16 weeks | 5 |
| Sarkar et al. 2014 | Wistar Rats | Male | Post-weaning[f] | 30 days | 6 |
| Shalini and Sharma 2015 | Wistar Albino Rats | Female | Adults | 60 days | 10 |
| Sharma et al. 2014 | Swiss Albino Mice | Male | 1.5 months old | 30 days | 7 |
| Sharma et al. 2018 | Swiss Albino Mice | Both | 1 month old | 30 days | 7 |
| Shen et al. 2019 | Wistar Rats | Both | 1 month old | 12 & 24 weeks | 30 |
| Sun et al. 2017 | Sprague-Dawley Rats | Both | Pre-Pregnancy | Prenatal + 14 or 28 days | 10 |
| Sun et al. 2018 | Kumming Mice | Female | Prenatal | Prenatal + 21 days | 6 (of 12) |
| Teng et al. 2018 | Sprague-Dawley Rats | Male | Recently weaned | 18 months | 6-7 (of 13) |
| Trivedi et al. 2007 | Swiss Albino Rats | Male | Young adults | 30 days | 10 |
| Wang et al. 2018a | ICR Mice | Female | Prenatal | Prenatal (7th day) + 21 days | 6 (of 15) |
| Wang et al. 2018b | Wistar Albino Rats | Male | 12-weeks old | 8 weeks | 10 (of 24) |
| Wei et al. 2018 | Sprague-Dawley Rats | Both | 1 month old | >6 months | 15 |
| Wei et al. 2018 | Sprague-Dawley Rats | Both | Pre-Pregnancy | Prenatal + 28 days | 6-10 (of 10) |
| Yan et al. 2016 | Wistar Rats | Both | 5 weeks old | 10 weeks | 20 |
| Yang et al. 2018a | Wistar Rats | Male | 6 weeks old | 4 & 12 weeks | 4-6 (of 10) |
| Yu et al. 2019 | ICR Mice | Male | Newly weaned | 3 & 6 months | 20 |
| Yuan et al. 2019 | Kumming Mice | Male | 7 weeks old | 90 days | 12 (of 24) |
| Zhang et al. 2013a | Wistar Rats | Male | 6 weeks old | 3 months | 3 (of 10) |
| Zhang et al. 2015a | Sprague-Dawley Rats | Both | 2 months old | 3 months & 6 months | 10 (of 20) |

*Table continued next page*



Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity – *Continued*

| Paper | Treatment groups | LOAEL | Specific Effect | Hippocampus? |
|---|---|---|---|---|
| Pal and Sarkar 2014 | 9 mg/kg/day | 9 mg/kg/day | Oxidative stress, inhibited enzymes, altered neurotransmitters, reduced protein content | No |
| Pan et al. 2015 | 9 mg/kg/day | N/A[d] | Altered protein expression | Yes |
| Pereira et al. 2011 | 45 mg/L | 45 mg/L | Alterations in neurotransmitters | Yes |
| Pulungan et al. 2018 | 2.3, 4.5 & 9 mg/kg/day | none | No reduction in number of pyramidal cells in medial prefrontal cortex | No |
| Qian et al. 2013 | 23 mg/L | 23 mg/L | Impaired synaptic plasticity, oxidative stress, altered protein expression | Yes |
| Reddy et al. 2009 | 9 mg/kg/day | 9 mg/kg/day | Oxidative stress & altered enzyme activity | No |
| Reddy et al. 2014 | 9, 27, & 45 mg/L | 9 mg/L | Oxidative stress, alterations in neurotransmitters, and immunosuppression | No |
| Rogalska et al. 2017 | 4.5 & 23 mg/L | 23 mg/L[c] | Increased glucose uptake | Yes |
| Samanta et al. 2016 | 5.9 mg/kg/day | 5.9 mg/kg/day | Oxidative stress, cellular degeneration, apoptosis | No |
| Sarkar et al. 2014 | 9 mg/kg/day | 9 mg/kg/day | Oxidative stress, inhibited enzymes, & reduced protein content | No |
| Shalini and Sharma 2015 | 10 mg/L | 10 mg/L | Oxidative stress, reduced protein content & AChE activity | No |
| Sharma et al. 2014 | 120 mg/L | 120 mg/L | Oxidative stress & cellular degeneration | Yes |
| Sharma et al. 2018 | 54 mg/L | 54 mg/L | Oxidative stress and neuronal damage | Yes |
| Shen et al. 2019 | 200 mg/L | 200 mg/L | Apoptosis and degeneration of nerve cells in spinal cord | No |
| Sun et al. 2017 | 45 mg/L | 45 mg/L | Altered gene expression & apoptosis | Yes |
| Sun et al. 2018 | 11, 23, and 45 mg/L | 11 mg/L (Fig 3b) | Altered mRNA expression | Yes |
| Teng et al. 2018 | 8.25, 16.5, & 33 mg/L | 16.5 mg/L[c] | Elevated calcium in hippocampus | Yes |
| Trivedi et al. 2007 | 2.7 & 5.4 mg/kg/day | 2.7 mg/kg/day | Reduced protein content | No |
| Wang et al. 2018a | 11, 23, and 45 mg/L | 11 mg/L (Fig 4b) | Altered expression of mi-RNAs | No |
| Wang et al. 2018b | 45 mg/L | 45 mg/L | Cellular degeneration, DNA damage | Yes |
| Wei et al. 2018 | 50 mg/L (adults) | 50 mg/L | Neuronal injury (as evident by damage to Nissl bodies) | No |
| Wei et al. 2018 | 50 mg/L (offspring) | 50 mg/L | Neuronal injury (as evident by damage to Nissl bodies) | No |
| Yan et al. 2016 | 60 & 120 mg/L | 60 mg/L | Increased apoptosis & inflammation | Yes |
| Yang et al. 2018a | 60 & 120 mg/L | 60 mg/L | Apoptosis, altered protein expression, increased inflammation | Yes |
| Yu et al. 2019 | 2.3 & 13.6 mg/L | 2.3 mg/L | Alterations of L-type calcium channels | Yes |
| Yuan et al. 2019 | 23, 45, 68 mg/L | 23 mg/L | Reduced brain protein content, impaired insulin signaling pathway, reduced brain organ coefficient | Yes |
| Zhang et al. 2013a | 45 mg/L | 45 mg/L | Oxidative stress, neuronal loss, altered protein expression | Yes |
| Zhang et al. 2015a | 5 & 50 mg/L | 5 mg/L | Increased oxidative stress & activation of AGE/RAGE Pathway | Yes |

*Table continued next page*



Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity – *Continued*

| Paper | Animal | Sex | Maturity at Start of Exposure | Length of Exposure | Animals per group |
|---|---|---|---|---|---|
| Zhang et al. 2017a | Sprague-Dawley Rats | Both | Pre-Pregnancy | Prenatal + 14 or 28 days | 15-20 (of 20) |
| Zhang et al. 2019 | Wistar Rats | Both | 4 weeks old | 3 months | 2-3 (of 20) |
| Zhao et al. 2019 | Sprague-Dawley Rats | Both | Pre-Pregnancy | Prenatal + 60 days | 2-5 (of 15) |
| Zheng et al. 2016 | Sprague-Dawley Rats | Male | Newly weaned | 3 months | 20 |
| Zhou et al. 2019 | Sprague-Dawley Rats | Female | Pre-Pregnancy | Prenatal + 6 months | 6 |
| Zhu et al. 2011 & Zhang et al. 2011 | Sprague-Dawley Rats | Male | Just weaned | 9 months | 6 (of 12) |
| Zhu et al. 2017 | Sprague-Dawley Rats | Both | Prenatal | Prenatal + 21 or 42 days | 6 (of 8) |

*Table continued next page*



*Food and Water Watch v. EPA*                                                                                        *Thiessen Report*

Table A-1.  Summary of animal studies that have investigated neuroanatomical and neurochemical endpoints of fluoride toxicity – *Continued*

| Paper | Treatment groups | LOAEL | Specific Effect | Hippocampus? |
|---|---|---|---|---|
| Zhang et al. 2017a | 45 mg/L | 45 mg/L | Impaired synaptic plasticity | No |
| Zhang et al. 2019 | 25, 50, 100 mg/L | 50 mg/L[e] | Autophagy in hippocampus | Yes |
| Zhao et al. 2019 | 4.5, 23, 45 mg/L | 4.5 mg/L [Fig 6e] | Mitochondrial disturbances | Yes |
| Zheng et al. 2016 | 45 mg/L | 45 mg/L | Increased apoptosis | Yes |
| Zhou et al. 2019 | 4.5, 23, 50 mg/L | 23 mg/L[c] | Decreased neurons, suppressed autophagy, and enhanced apoptosis in hippocampus | Yes |
| Zhu et al. 2011 & Zhang et al. 2011 | 7, 13.6, & 27 mg/L | 13.6 mg/L[c] | Decrease in synaptic membrane fluidity & increased calcium | Yes |
| Zhu et al. 2017 | 34 mg/L | 34 mg/L | Altered protein expression in ERK/CREB signaling pathway | Yes |

[a] Where the study does not identify the sex of the animals, it is assumed that both sexes were studied.

[b] A LOAEL refers to the lowest observed adverse effect level where a statistically significant result was observed.

[c] At least one effect was seen at lower treatment doses (as reflected by a visually apparent dose-related trend), but the effect(s) at the lower treatment levels did not reach statistical significance.

[d] The authors did not perform a statistical analysis to determine if the observed changes were statistically significant.

[e] Ultrastructural observations of the rat hippocampal CA1 cells identified changes in the 25 mg/L group (i.e., increased lipofuscin content), but a statistical analysis of these changes was not performed.

[f] Where the study does not identify the age of the animal at the start of the experiment, it is assumed that the animals had already completed weaning.



Table A-2.  Summary of animal studies that have investigated toxic effects of fluoride on learning and memory

| Paper | Strain | Sex[a] | Maturity at Start of Exposure | Length of Exposure | Animals per group |
|---|---|---|---|---|---|
| Banala and Karnati 2015 | Wistar Rats | Both | Prenatal | Prenatal + 30 days | 5 |
| Bartos et al. 2018 | Wistar Rats | Female | Prenatal (day 0) | Prenatal + 21 days | 9-10 |
| Bartos et al. 2019 | Wistar Rats | Both | Prenatal (day 0) | Prenatal + 21 days | 9-10 |
| Basha et al. 2011b | Wistar Albino Rats | Both | Prenatal/Multigenerational | Prenatal + 30 days | 6 |
| Basha & Sujitha 2012b | Wistar Rats | Male | 3 months old | 1 month | 6 |
| Bera et al. 2007 | Wistar Rats | Both | Prenatal (day 1) | Prenatal (day 1) + 9 days | 6-12 |
| Chen et al. 2018a | Sprague-Dawley Rats | Female | 2 months pre-gestation | Prenatal + 6 months | 6 |
| Chioca et al. 2008 | Wistar Rats | Male | Adult | 30 days | 15 (of 18) |
| Cui et al. 2017 | Sprague-Dawley Rats | Both | Pre-Pregnancy | Prenatal + 60 days | 12 |
| Dong et al. 2015 | Sprague-Dawley Rats | Both | One month old | 10 months | 30 |
| Dong et al. 2015 | Sprague-Dawley Rats | Both | 10 months pre-birth | Prenatal + 1 to 28 days | 10 |
| Ge et al. 2018 | ICR Mice | Both | Pre-Pregnancy | Prenatal + 60 days | 6 |
| Han et al. 2014 | Kunming Mice | Male | Sexually matured mice | 180 days | 15 |
| Jetti et al. 2016 | Wistar Rats | Male | Adult | 30 days | 6 |
| Jiang et al. 2014a | Sprague-Dawley Rats | Male | Weaned | 3 months | 8 |
| Jiang et al. 2014b | Sprague-Dawley Rats | Both | Pre-pregnancy | Prenatal + 2 months | 12 |
| Liu et al. 2010 | Sprague-Dawley Rats | Both | Adult | 6 months | 10 (of 24) |
| Liu et al. 2014 | BaB/C Mice | Male | 4 weeks old | 4 weeks | 11-12 (of 12) |

*Table continued next page*



*Food and Water Watch v. EPA*                                                                                    *Thiessen Report*

Table A-2.  Summary of animal studies that have investigated toxic effects of fluoride on learning and memory - *Continued*

| Paper | Strain | Sex[a] | Maturity at Start of Exposure | Length of Exposure | Animals per group |
|---|---|---|---|---|---|
| McPherson et al. 2018 | Long-Evans Hooded Rats | Male | Prenatal (day 6) | Prenatal (day 6) + 90 days | 11-23 (of ~23) |
| Niu et al. 2009 | Wistar Albino Rats | Both | Postnatal (day 0) | 6 to 12 weeks | 8 |
| Niu et al. 2014 | Kunming Mice | Male | Prenatal | Prenatal + 56 days | 15 |
| Niu et al. 2018a | Sprague Dawley Rats | Female | Post-weaning[g] | 2 months | 6 (of 10) |
| Pereira et al. 2011 | Wistar Rats | Male | 30 days old | 30 days | 14-15 |
| Pulungan et al. 2018 | Wistar Rats | Male | 12 to 16 weeks old | 30 days | 8 |
| Raghu et al. 2013 | Wistar Rats | Male | 1 month old | 30 days | 6 |
| Shalini and Sharma 2015 | Wistar Albino Rats | Female | Adults | 60 days | 10 |
| Sharma et al. 2018 | Swiss Albino Mice | Male | 1 month old | 30 days | 7 |
| Sun et al. 2018 | Kunming Mice | Both | Prenatal | Prenatal + 21 days | 6 (of 12) |
| Wang et al. 2018a | ICR Mice | Female | Prenatal | Prenatal (day 7) + 21 days | 15 |
| Whitford et al. 2009 | Sprague-Dawley Rats | Female | 8 days after weaning | 8 months | 8 |
| Yang et al. 2018a | Wistar Rats | Male | 6 weeks old | 4 to 12 weeks | 10 |
| Yuan et al. 2019 | Kunming Mice | Male | 7 weeks old | 12 weeks | 12 (of 24) |
| Zhang et al. 2013a | Wistar Rats | Male | 6 weeks old | 3 months | 3 (of 10) |
| Zhang et al. 2019 | Wistar Rats | Both | 4 weeks old | 3 months | 15 (of 20) |
| Zhao et al. 2019 | Sprague-Dawley Rats | Both | Pre-Pregnancy | Prenatal + 60 days | 5 (of 15) |
| Zheng et al. 2016 | Sprague-Dawley Rats | Male | Newly weaned | 3 months | 20 |
| Zhou et al. 2019 | Sprague-Dawley Rats | Female | Pre-Pregnancy | Prenatal + 6 months | 6 |
| Zhu et al. 2017 | Sprague-Dawley Rats | Both | Prenatal | Prenatal + 42 days | 8 |

*Table continued next page*



Table A-2.  Summary of animal studies that have investigated toxic effects of fluoride on learning and memory - *Continued*

| Paper | Treatment groups | Selected Tests | LOAEL[b] |
|---|---|---|---|
| Banala and Karnati 2015 | 20 mg/L | Maze Learning | 20 mg/L |
| Bartos et al. 2018 | 5 & 10 mg/L | Step Down Inhibitory Avoidance | 5 mg/L |
| Bartos et al. 2019 | 5 & 10 mg/L | Step Down Inhibitory Avoidance | 5 mg/L |
| Basha et al. 2011b | 100 & 200 mg/L | T Maze | 100 mg/L |
| Basha & Sujitha 2012b | 270 mg/L | T Maze | 270 mg/L |
| Bera et al. 2007 | 1.13 & 2.3 mg/kg/day | Active Avoidance / Novel Object Recognition | 2.3 mg/kg |
| Chen et al. 2018a | 4.5, 23, & 45 mg/L | Morris Water Maze | 23 mg/L[c] |
| Chioca et al. 2008 | 23 & 45 mg/L (5.15 & 10.77 mg/kg/day) | Open Field / Two-Way Active Avoidance | 23 mg/L |
| Cui et al. 2017 | 4.5, 23, & 45 mg/L | Morris Water Maze | 4.5 mg/L |
| Dong et al. 2015 | 50 mg/L | Morris Water Maze | 50 mg/L (adults) |
| Dong et al. 2015 | 50 mg/L | Morris Water Maze | 50 mg/L (pups) |
| Ge et al. 2018 | 50 & 100 mg/L | Morris Water Maze | 50 mg/L |
| Han et al. 2014 | 11, 23, and 45 mg/L | Novel Object Recognition / Open Field | 45 mg/L[d] |
| Jetti et al. 2016 | 100 mg/L | T Maze / Passive Avoidance | 100 mg/L |
| Jiang et al. 2014a | 55 mg/L | Morris Water Maze | 55 mg/L |
| Jiang et al. 2014b | 11, 23, & 45 mg/L | Morris Water Maze | 11 mg/L |
| Liu et al. 2010 | 2.3 & 23 mg/L | Morris Water Maze | 2.3 mg/L |
| Liu et al. 2014 | 0.9, 2.3, and 4.5 mg/L | Morris Water Maze / Novel Object Recognition / Elevated-Plus Maze | 2.3 mg/L[c] |

*Table continued next page*



*Food and Water Watch v. EPA*                                                                 *Thiessen Report*

Table A-2.  Summary of animal studies that have investigated toxic effects of fluoride on learning and memory - *Continued*

| Paper | Treatment groups | Selected Tests | LOAEL[b] |
|---|---|---|---|
| McPherson et al. 2018 | 10 & 20 mg/L (+food exposure group) | Open Field / Elevated Plus Maze / Passive Avoidance / Morris Water Maze / Y Maze | None |
| Niu et al. 2009 | 68 mg/L | Y Maze | 68 mg/L |
| Niu et al. 2014 | 68 mg/L | Novel Object Recognition | 68 mg/L[e] |
| Niu et al. 2018a | 4.5, 23, & 45 mg/L | Morris Water Maze | 23 mg/L[c] |
| Pereira et al. 2011 | 45 mg/L | Open Field | 45 mg/L |
| Pulungan et al. 2018 | 2.3, 4.5 & 9 mg/kg/day | Y Maze | None[f] |
| Raghu et al. 2013 | 100 mg/L | T Maze / Passive Avoidance | 100 mg/L |
| Shalini and Sharma 2015 | 10 mg/L | Maze Test | 10 mg/L |
| Sharma et al. 2018 | 68 mg/L | Morris Water Maze / Classic Maze | 68 mg/L |
| Sun et al. 2018 | 11, 23, & 45 mg/L | Radial Arm Maze / Open Field | 23 mg/L[c] |
| Wang et al. 2018a | 11, 23, & 45 mg/L | Open Field / Eight-Arm Maze | 23 mg/L[c] |
| Whitford et al. 2009 | 2.9, 5.7, & 11.5 mg/kg/day | Appetitive Based Learning | None |
| Yang et al. 2018a | 60 & 120 mg/L | Morris Water Maze / Open Field | 60 mg/L |
| Yuan et al. 2019 | 23, 45, & 68 mg/L | Y Maze | 23 mg/L |
| Zhang et al. 2013a | 45 mg/L | Y Maze | 45 mg/L |
| Zhang et al. 2019 | 25, 50, & 100 mg/L | Morris Water Maze | 100 mg/L[c] |
| Zhao et al. 2019 | 4.5, 23, & 45 mg/L | Morris Water Maze | 23 mg/L |
| Zheng et al. 2016 | 45 mg/L | Morris Water Maze / Open Field | 45 mg/L |
| Zhou et al. 2019 | 4.5, 23, & 45 mg/L | Morris Water Maze | 23 mg/L[c] |
| Zhu et al. 2017 | 45 mg/L (8 to 11 mg/kg/day) | Morris Water Maze | 45 mg/L |

[a] Where the study does not identify the sex of the animals, it is assumed that both sexes were studied.

[b] A LOAEL refers to the lowest observed adverse effect level where a statistically significant result was observed.

[c] At least one effect was seen at lower treatment doses (as reflected by a visually apparent dose-related trend), but the effect(s) at the lower treatment levels did not reach statistical significance.

[d] At least one statistically significant effect was seen at lower treatment doses but for a neurological endpoint that is not specific to learning or memory impairments.

[e] The effect in the fluoride + lead treatment group was statistically significant, but the effect in the fluoride-only treatment group did not reach statistical significance.

[f] A statistically significant effect was observed in the low treatment dose group (5 mg/kg/day) when compared to the control, but there were no significant differences between the control and mid/high dose treatment groups (10 mg/kg/day & 20 mg/kg/day).

[g] Where the study does not identify the age of the animal at the start of the experiment, it is assumed that the animals had already completed weaning



### Appendix B
### Studies Associating Fluoride Exposure with Cognitive Deficits in Humans

An, J., Mei, S., Liu, A., Fu, Y., Wang, Q., Hu, L.L.Z, and Ma, L. 1992. The effects of high fluoride on the level of intelligence of primary and secondary students. Chinese Journal of Control of Endemic Diseases *7(2):93*-94.

Bai, Z., Li, Y., Fan, Z., Li, X., and Li, P. 2014. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chinese Journal of Endemiology 33(2):160-163.

Bashash, M., Thomas, D., Hu, H., Martinez-Mier, E.A., Sanchez, B.N., Basu, N., Peterson, K.E., Ettinger, A.S., Wright, R., Zhang, Z., Liu, Y., Schnaas, L., Mercado-García, A., Téllez-Rojo, M.M., and Hernández-Avila, M. 2017. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6–12 Years of Age in Mexico. Environmental Health Perspectives 125(9):097017.

Bashash, M., Marchand, M., Hu, H., Till, C., Martinez-Mier, E.G., Sanchez, B.N., Basu, N., Peterson, K.E., Green, R., Schnaas, L., Mercado-García, A., Hernández-Avila, MN., and Téllez-Rojo, M.M. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environment International 121:658-666.

Chang, A., Shi, Y., Sun, H., and Zhang, L. 2017. Analysis on the Effect of Coal-Burning Fluorosis on the Physical Development and Intelligence Development of Newborns Delivered by Pregnant Women with Coal-Burning Fluorosis. Chinese Journal of Control of Endemic Diseases 32(8):872-873.

Chen, Y., Han, F., Zhou, Z., Zhang, H., Jiao, X., Zhang, S., Huang, M., Chang, T., and Dong, Y. 1991. Research on the intellectual development of children in high fluoride areas. Chinese Journal of Control of Endemic Diseases 6(Suppl):99-100 (republished in Fluoride 2008; 41:120–24).

Choi, A.L., Zhang, Y., Sun, G., Bellinger, D., Wang, K., Yang, X.J., Li, J.S., Zheng, Q., Fu, Y., and Grandjean, P. 2015. Association of lifetime exposure to fluoride and cognitive functions in Chinese children: A pilot study. Neurotoxicology & Teratology 47:96-101.

Cui, Y., Zhang, B., Ma, J., Wang, Y., Zhao, L., Hou, C., Yu, J., Zhao, Y., Zhang, Z., Nie, J., Gao, T., Zhou, G., and Liu, H. 2018. Dopamine receptor D2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. Ecotoxicology and Environmental Safety 165:270-277.

Das, K., and Mondal, N.K. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environmental Monitoring & Assessment 188(4):218.



Ding, Y., Yanhui, G., Sun, H., Han, H., Wang, W., Ji, X., Liu, X., and Sun, D. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. Journal of Hazardous Materials 186(2-3):1942-46.

Duan, J., Zhao, M., Wang, L., Fang, D., Wang, Y., and Wang, W. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18(3):179-180.

El Sehmawy, A.A.E.W., Hammouda, S.M., Ibrahim, G.E. Barghash, S.S., and Elamir R,Y. 2018. Relationship between Drinking Water Fluoride and Intelligence Quotient in Egyptian School Children. Occupational Medicine & Health Affairs 6:3.

Eswar, P., Nagesh, L., and Devaraj, C.G. 2011. Intelligent quotients of 12-14 year old school children in a high and low fluoride village in India. Fluoride 44:168-72.

Fan, Z., Dai, H., Bai, A., Li, P., Ro, L., Li, G., Zhang, C., and Li, X. 2007. The effect of high fluoride exposure on the level of intelligence in children. Journal of Environmental Health 24(10):802-03.

Green, R. 2018. Prenatal fluoride exposure and neurodevelopmental outcomes in a national birth cohort. Master of Arts thesis, York University, Toronto, Ontario.

Guo, X., Wang, R., Cheng, C., Wei, W., Tang, L., Wang, Q., Tang, D., Liu, G., He, G., and Li, S. 1991. A preliminary investigation of the IQs of 7-13 year old children from an area with coal burning-related fluoride poisoning. Chinese Journal of Endemiology 10(2):98-100 (republished in Fluoride 2008; 41(2):125–28).

Guo Z, He Y, Zhu Q. 2001. Research on the neurobehavioral function of workers occupationally exposed to fluoride. Industrial Health and Occupational Diseases 27(6):36-8. (English translation published in Fluoride 2008, 41(2):152-155.)

Hong, F., Cao, Y., Yang, D., and Wang, H. 2001. Research on the effects of fluoride on child intellectual development under different environmental conditions. Chinese Primary Health Care 15(3):56-57 (republished in Fluoride 2008; 41(2):156–60).

Induswe, B., Opinya, G., Khasakhala, L.I., and Owino, R. 2018. The Auditory Working Memory of 13-15-Year-Old Adolescents Using Water with Varying Fluoride Concentrations from Selected Public Primary Schools in North Kajiado Sub County. American Journal of Medicine and Medical Sciences 8(0):274-290.

Jin, T., Wang, Z., Wei, Y., Wu, Y., Han, T., and Zhang, H. 2017. Investigation of Intelligence Levels of Children of 8 to 12 Years of Age in Coal Burning-Related Endemic Fluorosis Areas. Journal of Environment and Health, March 34(3):229-231.



Karimzade, S., Aghaei, M., and Mahvi, A.H. 2014. Investigation of intelligence quotient in 9-12-year-old children exposed to high- and low-drinking water fluoride in West Azerbaijan province, Iran. Fluoride 47(1):9-14.

Khan, S.A., Singh, R.K., Navit, S., Chadha, D., Johri, N., Navit, P., Sharma, A., and Bahuguna, R. 2015. Relationship between dental fluorosis and intelligence quotient of school going children in and around Lucknow district: a cross-sectional study. Journal of Clinical & Diagnostic Research 9(11):ZC10-15.

Kundu, H., Basavaraj, P., Singla, A., Gupta, R., Singh, K., and Jain S. 2015. Effect of fluoride in drinking water on children's intelligence in high and low fluoride areas of Delhi. Journal of the Indian        Association        of        Public        Health        Dentistry        13(2):116-121.

Li, M., Gao, Y., Cui, J., Li, Y., Li, B., Liu, Y., Sun, J., Liu, X., Liu, H., Zhao, L., Sun, D. 2016. Cognitive impairment and risk factors in elderly people living in fluorosis areas in China. Biol Trace Elem Res. 172(1):53-60.

Li, F., Chen, X., Huang, R., and Xie, Y. 2009. The impact of endemic fluorosis caused by the burning of coal on the development of intelligence in children. Journal of Environmental Health 26(4):838-40.

Li, Y., Li, X., and Wei, S. 1994. Effects of high fluoride intake on child mental work capacity: Preliminary investigation into the mechanisms involved. Journal of West China University of Medical Sciences 25(2):188-91 (republished in Fluoride 2008; 41:331-35).

Li, Y., Jing, X., Chen, D., Lin, L., and Wang, Z. 2003. Effects of endemic fluoride poisoning on the intellectual development of children in Baotou. Chinese Journal of Public Health Management 19(4):337-338 (republished in Fluoride 2008; 41:161-64).

Li, X.S., Zhi, J.L., and Gao, R.O. 1995. Effect of fluoride exposure on intelligence in children. Fluoride 28:189-192.

Lin, F.F., Aihaiti, Zhao, H.X., Lin, J., Jiang, J.Y., Malmaiti, and Aiken. 1991. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. Endemic Disease Bulletin 6(2):62-67 (republished in Iodine Deficiency Disorder Newsletter 7(3):24-25).

Lu, Y., Sun, Z.R., Wu, L.N., Wang, X., Lu, W., and Liu, S.S. 2000. Effect of high-fluoride water on intelligence of children. Fluoride 33:74-78.

Mondal, D., Dutta, G., Gupta, S. 2016. Inferring the fluoride hydrogeochemistry and effect of consuming fluoride-contaminated drinking water on human health in some endemic areas of Birbhum district, West Bengal. Environmental Geochemistry & Health 38(2):557-76.

Mustafa, D.E., Younis, U.M., and Elhag, S.A.A. 2018. The relationship between the fluoride levels in drinking water and the schooling performance of children in rural areas of Khartoum State, Sudan. Fluoride 51(2):102–113.



Nagarajappa, R., Pujara, P., Sharda, A.J., Asawa, K., Tak, M., Aapaliya, P., and Bhanushali, N. 2013. Comparative assessment of intelligence quotient among children living in high and low fluoride areas of Kutch, India: a pilot study. Iranian Journal of Public Health 2(8): 813–818.

Pang, H., Yu, L., Lai, X., and Chen, Q. 2018. Relation Between Intelligence and COMT Gene Polymorphism in Children Aged 8-12 in the Endemic Fluorosis Area and Non-Endemic Fluorosis Area. Chinese Journal of Control of Endemic Diseases 32(2):151-152.

Poureslami, H.R., Horri, A., Khoramian, S., and Garrusi, B. 2011. Intelligence quotient of 7 to 9 year-old children from an area with high fluoride in drinking water. Journal of Dentistry and Oral Hygiene 3(4):61-64.

Qin, L., Huo, S., Chen, R., Chang, Y., and Zhao, M. 1990. Using the Raven's standard progressive matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of school-age children. Chinese Journal of the Control of Endemic Diseases 5(4):203-04 (republished in Fluoride 2008; 41:115–19).

Razdan, P., Patthi, B., Kumar, J.K., Agnihotri, N., Chaudhan, P., and Prasad, M. 2017. Effect of fluoride concentration in drinking water on intelligence quotient of 12–14-year-old children in Mathura District: A cross-sectional study. Journal of International Society of Preventive & Community Dentistry 7(5):252-258.

Ren, D., Li, K., and Liu, D. 1989. A study of the intellectual ability of 8-14 year-old children in high fluoride, low iodine areas. Chinese Journal of Control of Endemic Diseases 4(4):251 (republished in Fluoride 2008; 41:319-20).

Rocha-Amador, D., Navarro, M.E., Carrizales, L., Morales, R., and Calderón, J. 2007. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cadernos de Saude Publica 23(Suppl                                                                          4):S579-87.

Rocha-Amador, D., Navarro, M., Trejo-Acevedo, A., Carrizales, L., Pérez-Maldonado, I., Díaz-Barriga, F., and Calderón, J. 2009. Use of the Rey-Osterrieth Complex Figure Test for neurotoxicity evaluation of mixtures in children. NeuroToxicology 30:1149–1154.

Saxena, S., Sahay, A., and Goel, P. 2012. Effect of fluoride exposure on the intelligence of school children in Madhya Pradesh, India. Journal of Neurosciences in Rural Practice 3(2):144-49.

Sebastian, S.T., and Sunitha, S. 2015. A cross-sectional study to assess the intelligence quotient (IQ) of school going children aged 10-12 years in villages of Mysore district, India with different fluoride levels. Journal of the Indian Society of Pedodontics and Preventive Dentistry 33(4):307-11.

Seraj, B., Shahrabi, M., Falahzadeh, M., Falahzadeh, F., and Akhondi, N. 2006. [Effect of high fluoride concentration in drinking water on children's intelligence]. [Study in Persian] Journal of Dental Medicine 19(2):80-86.



Seraj, B., Shahrabi, M., Shadfar, M., Ahmadi, R., Fallahzadeh, M., Eslamlu, H.F., and Kharazifard, M.J. 2012. Effect of high water fluoride concentration on the intellectual development of children in Makoo/Iran. Journal of Dentistry, Tehran University of Medical Sciences 9(3): 221-29.

Shao, Q., Wang, Y., Li, L., and Li, J. 2003. Study of cognitive function impairment caused by chronic fluorosis. Chinese Journal of Endemiology 22(4):336-38.

Shivaprakash, P.K., Ohri, K., and Noorani, H. 2011. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot district. Journal of Indian Society of Pedodontics and Preventive Dentistry 29(2):117-20.

Singh, V.P., Chauhan, D.S., Tripathi, S., Kumar, S., Gaur, V., Tiwari, M., and Tomar, A. 2014. A correlation between serum vitamin, acetylcholinesterase activity and IQ in children with excessive endemic fluoride exposure in Rajasthan, India. European Academic Journal 2(4):5857-5869.

Sudhir, K.M., Chandu, G.N., Prashant, G.M., and Subba Reddy V.V. 2009. Effect of fluoride exposure on intelligence quotient (IQ) among 13-15 year old school children of known endemic area of fluorosis, Nalgonda District, Andhra Pradesh. Journal of the Indian Association of Public Health Dentistry 13:88-94.

Sun, M., Li, S., Wang, Y., and Li, F. 1991. Using drawing tests to measure intelligence in children from areas impacted by combined Al-F endemic toxicosis (Shuicheng, Guizhou). Journal of Guiyang Medical College 16(3):204-06.

Trivedi, M.H., Verma, R.J., Chinoy, N.J., Patel, R.S., and Sathawara, N.G. 2007. Effect of high fluoride water on intelligence of school children in India. Fluoride 40(3):178-183.

Trivedi, M.H., Sangai, N.P., Patel, R.S., Payak, M, and Vyas S.J. 2012. Assessment of groundwater quality with special reference to fluoride and its impact on IQ of schoolchildren in six villages of the Mundra Region, Kachchh, Gujarat, India. Fluoride 45(4):377-83.

Valdez Jiménez, L., López Guzmán, O.D., Cervantes Flores, M., Costilla-Salazar, R., Calderón Hernández, J., Alcaraz Contreras, Y., and Rocha-Amador, D.O. 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59:65-70.

Wang, G., Yang, D., Jia, F., and Wang, H. 1996. A study of the IQ levels of four- to seven-year-old children in high fluoride areas. Endemic Diseases Bulletin 11(1):60-6 (republished in Fluoride 2008; 41:340–43).

Wang, S., Zhang, H., Fan, W., Fang, S., and Kang, P. 2005. The effects of endemic fluoride poisoning caused by coal burning on the physical development and intelligence of children. Journal of Applied Clinical Pediatrics 20(9):897-898 (republished in Fluoride 2008; 41:344-348).



*Food and Water Watch v. EPA*                                              *Thiessen Report*

Wang, S.X., Wang, Z.H., Cheng, X.T., Li, J., Sang, Z.P., Zhang, X.D., Han, L.L., Qiao, X.Y., Wu, Z.M., and Wang, Z.Q. 200). Arsenic and fluoride exposure in drinking water: children's IQ and growth in Shanyin county, Shanxi province, China. Environmental Health Perspectives 115(4):643-7.

Wang, X., Wang, L., Hu, P., Guo, X., and Luo, X. 2001. Effects of high iodine and high fluorine on children's intelligence and thyroid function. Chinese Journal of Endemiology 20(4):288-90.

Wei, N., Li, Y., Deng, J., Xu, S., and Guan, Z. 2014. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-borne endemic fluorosis areas. Chinese Journal of Endemiology 33(3):320-22.

Xiang, Q., Liang, Y., Chen, L., Wang, C., Chen, B., Chen, X., and Zhou, M. 2003a. Effect of fluoride in drinking water on children's intelligence. Fluoride 36: 84-94; 198-199.

Xu, Y., Lu, C., and Zhang, X. 1994. The effect of fluorine on the level of intelligence in children. Endemic Diseases Bulletin 9(2):83-84.

Yang, Y., Wang, X., Guo, X., and Hu, P. 1994. The effects of high levels of fluoride and iodine on intellectual ability and the metabolism of fluoride and iodine. Chinese Journal of Epidemiology 15(4):296-98 (republished in Fluoride 2008; 41:336-339).

Yao, Y., Zhou, J., Wang, X., Cui, Q., and Lin, F. 1996. Analysis on TSH and intelligence level of children with dental Fluorosis in a high fluoride area. Literature and Information on Preventive Medicine 2(1):26-27.

Yao, Y., Deng, Y., Yang, S., Zhou, J., Wang, X., and Cui, Z. 1997. Comparative assessment of the physical and mental development of children in endemic fluorosis area with water improvement and without water improvement. Literature and Information on Preventive Medicine 3(1):42-43.

Yazdi, S., Sharifian, A., Dehghani-Beshne, M., Momeni, V., Aminian, O. 2011. Effects of fluoride on psychomotor performance and memory of aluminum potroom workers. Fluoride 44: 158-162.

Yu, X., Chen, J., Li, Y., Liu, H., Hou, C., Zeng, Q., Cui, Y., Zhao, L., Li, P., Zhou, Z., Pang, S., Tang, S., Tian, K., Zhao, Q., Dong, L., Xu, C., Zhang, X., Zhang, S., Liu, L., and Wang, A. 2018. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. Environment International, Jun 2; 118:116-124.

Zhang, J., Yao, H., and Chen, Y. 1998. The effect of high levels of arsenic and fluoride on the development of children's intelligence. Chinese Journal of Public Health 17(2):119.

Zhang, S., Zhang, X., Liu, H., Qu, W., Guan, Z., Zeng, Q., Jiang, C., Gao, H., Zhang, C., Lei, R., Xia, T., Wang, Z., Yang, L., Chen, Y., Wu, X., Cui, Y., Yu, L., and Wang, A. 2015. Modifying



Effect of COMT Gene Polymorphism and a Predictive Role for Proteomics Analysis in Children's Intelligence in Endemic Fluorosis Area in Tianjin, China. Toxicological Sciences 144(2):238-45.

Zhao, L.B., Liang, G.H., Zhang, D.N., and Wu, X.R. 1996. Effect of high-fluoride water supply on children's intelligence. Fluoride 29: 190-192.



## Appendix C

## Figures



Fig. 1.  Mean IQs of children (ages 8-13) by dental fluorosis index of the area in which they lived. The vertical lines indicate 1 standard deviation above and below the reported mean.  Each group included 224-230 children.  Data are from Li et al. (1995).



Fig. 2.  Distribution of IQs of children (ages 8-13) by dental fluorosis area.  No dental fluorosis corresponds to a dental fluorosis index (DFI) of < 0.4, slight to DFI = 0.8, medium to DFI = 2.5, and severe to DFI = 3.2.  Data are from Li et al. (1995).





Fig. 3. Mean IQs of children (ages 6-11) by dental fluorosis category. The vertical lines indicate 1 standard deviation above and below the reported mean; the minimum and maximum values for each category are indicated by small horizontal lines. The total study group included 429 children. Data are from Khan et al. (2015).



Fig. 4. Distribution of IQ grades of children (ages 6-11) by dental fluorosis category. An IQ grade of 1 is the highest ("intellectually superior"), and IQ grade 5 is the lowest ("intellectually impaired"). Data are from Khan et al. (2015).





Fig. 5.  Same data as in Figure 4, shown as the percentage of children (ages 6-11) in each IQ grade by dental fluorosis category.  An IQ grade of 1 is the highest ("intellectually superior"), and IQ grade 5 is the lowest ("intellectually impaired").  Data are from Khan et al. (2015).



Fig. 6.  Distribution of IQ grades of children (ages 7-11) by dental fluorosis status (with normal teeth or with dental fluorosis).  Data are from Shivaprakash et al. (2011).





Fig. 7.  Distribution of IQ grades of children (ages 13-15) by dental fluorosis index (Dean's Index), where a higher number corresponds to worse fluorosis.  An IQ grade of 1 is the highest ("intellectually superior"), and IQ grade 5 is the lowest ("intellectually impaired").  Data are from Sudhir et al. (2009).



Fig. 8.  Same data as in Figure 7, shown as the percentage of children (ages 13-15) in each IQ grade by dental fluorosis index (Dean's Index).  An IQ grade of 1 is the highest ("intellectually superior"), and IQ grade 5 is the lowest ("intellectually impaired").  Data are from Sudhir et al. (2009).



# Appendix D

## Adequacy of EPA's 2010 RfD with respect to the knowledge then available to EPA[533]

*Background*

EPA's Reference Dose (RfD) is defined in a number of EPA sources.  The following definition is from the online glossary for EPA's Integrated Risk Information System (IRIS) in 2009:

**Reference Dose (RfD):** An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments.[534]

The RfD is intended for use in assessment of adverse health effects for which a threshold is expected (e.g., many non-cancer effects); a threshold corresponds to a theoretical exposure level below which a given effect is unlikely to occur (the exposure is tolerated) and above which the effect could occur (the exposure is or could be toxic).  The RfD is considered to include uncertainty of an order of magnitude or more and "should not be viewed as a strict scientific demarcation between what level is toxic and nontoxic."[535]  Generally, RfDs are derived for oral exposure, while an analogous toxicity value, the Reference Concentration (RfC), is derived for inhalation exposure. The Agency for Toxic Substances and Disease Registry (ATSDR) has a toxicity value called the Minimal Risk Level (MRL), which corresponds in principle to the RfD.[536]

The process of deriving an RfD has been described in detail by EPA.[537]  "In the development of oral RfDs, all available studies examining the toxicity of a chemical following exposure by the oral route are gathered and judged for scientific merit."[538]  Human data are used when they are adequate, otherwise animal data are used, either for the clearly most biologically relevant (to humans) species or for the most sensitive animal species tested.  The most sensitive species is defined as "the species showing a toxic effect at the lowest administered dose,"[539] and the "critical study for the basis of the RfD" corresponds to the study showing a toxic effect at the lowest administered dose.[540]  "The [toxic] effect characterized by the 'lowest-observed-adverse effect level' (LOAEL). . . is referred to as the critical toxic effect."[541]  Based on the critical study and the critical effect, the "no-observed-adverse-effect level" (NOAEL) is identified as the "experimental exposure level representing the highest level tested at which no adverse effects (including the

---

[533] Parts of this material are drawn from previous comments prepared for various purposes.
[534] EPA (2009a).  See also EPA (1989), p. 7-6; EPA (1998a), p. 58; Federal Register (1998), p. 26947; EPA (2002), p. 4-4; EPA (2004a), p. v; EPA (2006), p. iii, EPA (2009b), p. iii; EPA (2011a), p. iii; EPA (2012a), p. vii.  This is not intended to be an exhaustive list.
[535] EPA (1989), p. 7-6.
[536] "An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified duration of exposure."  ATSDR (2018).
[537] EPA (1989), pp. 7-6 through 7-8.
[538] EPA (1989), p. 7-6.
[539] EPA (1989), p. 7-7.
[540] EPA (1989), p. 7-7.
[541] EPA (1989), p. 7-7.



critical toxic effect) were demonstrated."[542]   "The NOAEL is selected based in part on the assumption that if the critical toxic effect is prevented, then all toxic effects are prevented."[543]

A more recent approach uses a Benchmark Dose (BMD)[544] rather than LOAELs and NOAELs. The available information is used to estimate the dose at which a predetermined change in response rate occurs.  The lower confidence limit on the BMD (the BMDL),[545] rather than a NOAEL, is used as the Point of Departure[546] for estimating an RfD.

Several uncertainty factors (UFs) are typically applied to the Point of Departure to account for various sources of uncertainty in the available data and the extrapolation to an RfD.[547]  A UF of 10 is intended to account for variation in the human population, in order to protect sensitive subpopulations such as the elderly and children.  A second UF of 10 is used for extrapolation from animal data to humans.  A third UF of 10 is used to adjust from subchronic exposure to chronic exposure.  A fourth UF of 10 is used when only a LOAEL is available (no NOAEL can be identified).  A fifth UF ranging from > 0 to 10 may be used to reflect professional judgment about additional uncertainties in the critical study or the overall uncertainties in the data base for the chemical in question.[548]

*EPA's 2010 Reference Dose*

In 2010, EPA estimated an oral Reference Dose (RfD) for fluoride of 0.08 mg/kg/day, based on prevention of severe dental fluorosis.[549]  EPA identified a Point of Departure of 0.07 mg/kg/day from drinking water plus an intake of 0.01 mg/kg/day from food.[550]  The estimated dose of 0.07 mg/kg/day from drinking water was based on the lower bound confidence limit (lower 95% bound of the Benchmark Dose, BMDL) for the fluoride concentration associated with an 0.5% prevalence of severe dental fluorosis (Benchmark Dose, BMD),[551] and on average body weights and drinking water intakes.[552]  An total Uncertainty Factor (UF) of 1 was applied to the BMDL.[553]  Confidence in the BMDL was considered high,[554] and confidence in the RfD was considered medium.[555]

*Shortcomings of EPA's 2010 Reference Dose*

---

[542] EPA (1989), p. 7-7.
[543] EPA (1989), p. 7-7.
[544] The Benchmark Dose (BMD) is "A dose . . . that produces a predetermined change in response rate of an adverse effect . . . compared to background."  EPA (2009a).
[545] EPA (2009a).
[546] The Point of Departure is "The dose-response point that marks the beginning of a low-dose extrapolation.  This point can be the lower bound on dose for an estimated incidence or a change in response level from a dose-response model (BMD), or a NOAEL or LOAEL for an observed incidence, or change in level of response." EPA (2009a).
[547] EPA (1989), p. 7-7.  See also EPA (1998a), p. 59; Federal Register (1998), p. 26947; EPA (2009a).
[548] EPA (1989), p. 7-7; EPA (2018a), p. xxii.
[549] EPA (2010b), pp. ii, xv, 103-107.
[550] EPA (2010b), p. 103.
[551] EPA (2010b), p. 103.
[552] EPA (2010b), pp. 100-101, Tables 5-2 and 5-4.
[553] EPA (2010b), pp. 104-106.
[554] EPA (2010b), p. 106.
[555] EPA (2010b), p. 107.



EPA's 2010 Reference Dose (RfD) of 0.08 mg/kg/day is inadequate for protection of the public from adverse health effects, as I described in comments sent to the EPA in 2011.[556] As discussed below, EPA did not properly identify the critical effect, failed to adequately characterize the uncertainty in their RfD, and failed to adequately protect the most vulnerable populations. In addition, EPA inappropriately incorporated a risk management decision (protection of purported beneficial effects of fluoride) into their risk analysis (assessment of toxic effects of fluoride), thereby eliminating consideration of toxic effects at doses of fluoride at or below 0.06 mg/kg/day.[557]

*Identification of the critical effect*

EPA did not accurately identify the critical effect associated with exposure to fluoride. EPA defines the "critical toxic effect" as the "effect characterized by the 'lowest-observed-adverse effect level' (LOAEL)."[558] In its 2010 report, EPA identified "the critical effect associated with exposure to fluoride (i.e., the adverse effect most likely to occur at the lowest exposure level)"[559] as severe dental fluorosis. The EPA's 2010 RfD was intended to restrict the prevalence of severe dental fluorosis to 0.5%.[560] One of the outside peer reviewers of EPA's 2010 RfD report in fact suggested that a lower RfD be used, in order to eliminate severe fluorosis.[561] This reviewer also suggested that the data be analyzed without allowing for the IOM's recommended adequate intake.[562]

Although EPA stated that the "Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride,"[563] the EPA ignored or failed to consider any adverse health effects other than severe dental fluorosis, stage II skeletal fluorosis, or bone fractures. EPA stated that "Although NRC (2006) did identify research needs for the endocrine, neurological and other effects of fluoride, they generally concluded that available studies on other effects were not sufficient to assess public health relevance to the U.S. population. To date, the best documented and established public health consequences of fluoride exposure are severe dental fluorosis, skeletal fluorosis and increased risk of bone fractures."[564] However, the critical effect is defined as the "effect characterized by the 'lowest-observed-adverse effect level' (LOAEL),"[565] not the best documented effect or the effect with the best dose-response information.

In addition, this is a mischaracterization of the NRC report. The NRC did in fact identify a number of other adverse health effects associated with fluoride exposure, including carcinogenicity, genotoxicity, endocrine effects, neurotoxicity, and hypersensitivity.[566] Average fluoride intakes

---

[556] Thiessen (2011).
[557] EPA (2010b), p. 101.
[558] EPA (1989), p. 7-7.
[559] EPA (2010b), p. 87.
[560] EPA (2010b), p. 103.
[561] EPA (2010c), p. 28; p. B-14 in the April 2009 Peer Review Report included in the report.

[562] EPA (2010c), p. 28; p. B-14 in the April 2009 Peer Review Report included in the report.

[563] EPA (2010b), p. i.
[564] EPA (2010b), p. 106.
[565] EPA (1989), p. 7-7.
[566] NRC (2006), Chapters 7 (neurotoxicity), 8 (endocrine effects), 9 (hypersensitivity), and 10 (carcinogenicity and genotoxicity).



associated with some of these effects (i.e., LOAELs or even Frank Effect Levels, FELs[567]) are less than or equal to 0.05 mg/kg/day, the level of intake that EPA assumed as a beneficial dose[568] and below the level of intake (0.08 mg/kg/day) that EPA used as a Point of Departure for calculating the RfD. While adverse effects were relatively consistent across a number of studies,[569] there were very few, if any, studies that could be cited as clear evidence of no adverse effect. The fact that NRC identified a number of research needs supports the need for limiting exposure of the human population to fluoride, not an excuse to ignore those adverse health effects because the dose response is not well enough defined.

The NRC also attempted to point out the significance of some of these adverse health effects on the population. For example, the NRC pointed out that 4-5% of the U.S. population has impaired thyroid function, an additional fraction have subclinical thyroid disease (and consequent greater risk of developing overt thyroid disease), and a growing part of the population has inadequate iodine intake.[570] This alone ought to be justification for further examination of reported thyroid effects by a chemical to which a large fraction of the population is exposed. The NRC also pointed out that "the inverse correlation between asymptomatic hypothyroidism in pregnant mothers and the IQ of the offspring is a cause for concern."[571] The NRC concluded that fluoride is an endocrine disruptor,[572] even if the mechanistic details were not yet clear.

As another example, the NRC concluded that fluoride "appears to have the potential to initiate or promote cancers,"[573] even if the evidence at the time was uneven. The evidence available to the NRC ruled out the options of insufficient information to make a determination and clearly not carcinogenic, leaving the options of possible, probable, or known carcinogen. The NRC report discusses the use of an additional uncertainty factor of up to 10 on an RfD for a chemical that is a possible carcinogen.[574] (The RfD approach is not used for probable or known carcinogens, for which any intake is assumed to carry a risk.) Since the 2006 NRC report, the NRC has produced an additional summary of the genotoxicity of fluoride,[575] and fluoride has been shown to be genotoxic at even lower concentrations than those summarized by the NRC.[576] Soon after the 2006 NRC report, Bassin et al. (from Harvard) reported a significantly elevated risk of osteosarcoma in boys as a function of estimated age-specific fluoride intake.[577] This is still the only study that has looked at age-specific fluoride exposure with respect to cancer risk; animal studies have typically started after the corresponding age in the animals and therefore cannot be interpreted as showing no risk of pediatric osteosarcoma.[578] A later Harvard study by Kim et al.

---

[567] A Frank Effect Level (FEL) is "A level of exposure or dose that produces irreversible, adverse effects at a statistically or biologically significant increase in frequency or severity between those exposed and those not exposed." EPA (2009a).

[568] EPA (2010b), p. 101 ("recommended fluoride intake level"), p. 103 ("beneficial dose").

[569] For example, NRC (2006), p. 221, regarding consistency of results in human cognitive studies; p. 265, regarding consistency among studies regarding endocrine effects.

[570] NRC (2006), p. 225.

[571] NRC (2006), p. 263.

[572] NRC (2006), p. 266.

[573] NRC (2006), p. 336.

[574] NRC (2006), P. 335.

[575] NRC (2009), pp. 91-92.

[576] Zhang et al. (2009). See discussion by Thiessen (2011); the fluoride concentrations associated with genotoxicity can occur *in vivo*.

[577] Bassin et al. (2006).

[578] See discussion by Thiessen (2011).



reported no significant association between bone fluoride levels and osteosarcoma risk,[579] but did not address age-specific exposure[580] and thus cannot refute the work of Bassin et al.  In addition, Kim et al. had controls more than twice the age of the cases,[581] but with similar bone fluoride concentrations,[582] indicating a much higher fluoride exposure among cases than controls, in order to reach similar bone fluoride concentrations.

Based largely on the 2006 NRC report and material reviewed in that report, the NRC in 2009 reported that endocrine effects (e.g., thyroid effects), reduced testosterone concentrations in men, increased risk of bone fracture, and stage II skeletal fluorosis were all associated with typical fluoride intakes (estimated average intakes) of about 0.05 mg/kg/day.[583]  Altered thyroid function was associated with estimated average or typical fluoride intakes as low as 0.05-0.1 mg/kg/day if iodine intake was sufficient, and 0.01-0.03 mg/kg/day if iodine intake was inadequate.[584] Increased calcitonin concentrations and impaired glucose tolerance were associated with estimated average or typical fluoride intakes of 0.06 and 0.07 mg/kg/day, respectively.[585]  These intakes may represent FELs in some cases, rather than LOAELs.  The NRC's 2009 report considered only healthy adult males aged 18-48 years;[586] infants, children, pregnant women, and the elderly can reasonably be expected to be more sensitive for some adverse health effects.

The primary study used by EPA in development of its 2010 RfD defines "moderate" dental fluorosis as "All enamel surfaces of the teeth are affected, and surfaces subject to attrition show marked wear.  Brown stain is frequently a disfiguring feature."[587]  Especially given that all but a few of the study participants were age 14 or less, the observation of "marked wear" in the permanent teeth could reasonably be considered an adverse health effect.  The general consensus in the literature is that both moderate and severe dental fluorosis, sometimes considered together as "objectionable" dental fluorosis, should be avoided,[588] but at best, EPA's 2010 RfD is not protective, by definition, for disfigurement of the permanent teeth.

The EPA also did not consider the reported associations of dental fluorosis with increased risk of various adverse health effects, including thyroid disease, lowered IQ, and bone fracture.[589]  Dental fluorosis is an indicator of excess fluoride exposure during a particular developmental period in a child's life, and perhaps also of susceptibility to fluoride exposure.  The normal developmental process of the teeth is affected in a way that is visible; the logical next question should be what other developmental processes are being affected in ways that might not be as easy to observe? EPA has not considered that protection against all dental fluorosis might also be an important protection against more critical (more sensitive) adverse health effects.  In this context, it is worth noting that the 1942 paper used as the basis for EPA's 2010 RfD reports dental fluorosis (at least

---

[579] Kim et al. (2011).
[580] Kim et al. (2011).
[581] Kim et al. (2011).
[582] Kim et al. (2011).
[583] NRC (2009), p. 100, Table 4-8.
[584] NRC (2009), p. 81, Table 4-3.
[585] NRC (2009), p. 81, Table 4-3.
[586] NRC (2009), p. 9.
[587] Dean (1942), p. 26.
[588] NRC (2006), p. 128.  The National Drinking Water Advisory Council considered moderate and severe dental fluorosis to be adverse health effects (Federal Register 1985a, p. 20167).
[589] See for example, Alarcón-Herrera et al. (2001); Zhao et al. (1996); Li et al. (1995); Lin et al. (1991); Desai et al. (1993); Yang et al. (1994); Jooste et al. (1999); Susheela et al. (2005).



very mild) of at least 10%, starting at a water fluoride concentration of about 0.9 mg/L (corresponding to 0.03 mg/kg/day, using EPA's mean body weights and water intakes).[590]  This does not include "questionable" dental fluorosis, which, given that it is clearly distinguishable from "normal," probably should be included in statistics for total dental fluorosis.

In summary, by basing its assessment on severe dental fluorosis, EPA has in effect taken a Point of Departure (the BMDL) that exceeds LOAELs and possibly FELs reported in or estimated from the literature for a variety of other adverse health effects.  EPA has mischaracterized the NRC report and ignored many of the NRC's findings.  Severe dental fluorosis cannot responsibly be considered as the critical effect for establishment of an RfD.

### Characterization of uncertainty

EPA's selected Point of Departure of 0.07 mg/kg/day (for drinking water alone) corresponds to a difference of 0.02 mg/kg/day between the Point of Departure and the "beneficial dose" of 0.05 mg/kg/day.[591]  EPA stated a few pages earlier that adverse effects at doses of 0.06 mg/kg/day and lower were not even considered.[592]  EPA considered a difference of 0.02 mg/kg/day between the "recommended" intake and the Point of Departure to be "reasonable."[593]  The "margin of difference" between the final RfD (0.08 mg/kg/day from all sources of exposure) and the recommended intake is 0.03 mg/kg/day.[594]  At best, that small difference would allow no room for variability in individual intake or individual response; however, given that EPA ignored evidence for adverse health effects at low doses in order to protect the "recommended" intake of fluoride, there is no way that EPA's Point of Departure for fluoride can be considered "reasonable."

EPA then selected an Uncertainty Factor (UF) of 1.[595]  EPA's explanation was that "Conventional application of uncertainty factors is not always appropriate when carrying out a risk assessment for nutrients and other beneficial substances, especially when there is a relatively small difference between the levels that satisfy need and those that cause adverse effects."[596]  As described further below, this is properly a risk management decision and should not be part of the risk assessment. Fluoride is not a nutrient, and there is no "need" for fluoride to be satisfied.  Any benefit to humans from fluoride comes from topical use on the teeth, not from systemic ingestion.[597]  The reference to "a relatively small difference between the levels that satisfy need and those that cause adverse effects" is misleading, in that, by EPA's own reckoning, levels of fluoride intake that cause adverse effects can be less than the levels purported to be beneficial.[598]  When other adverse health effects (those ignored by EPA, as discussed above) are taken into account, it is quite clear that health risks to humans exist at levels of intake below those that EPA purports to be beneficial.  In addition,

---

[590] Dean (1942), p. 29, Table 1.
[591] EPA (2010b), p. 103.
[592] EPA (2010b), p. 101.  Doses of 0.04 and 0.05 mg/kg/day were considered "not appropriate as the point of departure for the RfD because they fall at or below the recommended fluoride intake level of 0.05 mg/kg/day."  "The same is true of the 0.04 and 0.06 mg/kg/day dose estimates."
[593] EPA (2010b), p. 101.
[594] EPA (2010b), p. 105.
[595] EPA (2010b), pp. 103, 105-106.
[596] EPA (2010b), p. 105.
[597] Featherstone (2000); CDC (2001).
[598] Federal Register (1985a), p. 20166:  "Fluoride is somewhat unique in this circumstance because there is some overlap of the doses at which beneficial and undesirable effects occur."



EPA's approach does not allow for the possibility that health risks and benefits (if real) might accrue to different individuals or population subgroups, in which case it is inappropriate to cause at-risk individuals or populations to incur an exposure that is unlikely to benefit them.

Since EPA's critical effect was based on a study in humans, there was no need for a UF > 1 for extrapolation from animal data to humans, and a UF > 1 for extrapolation from a subchronic exposure to a chronic exposure was also not necessary. However, EPA set UF = 1 for each of the three remaining Uncertainty Factors: intrahuman variability, use of a LOAEL rather than a NOAEL, and completeness of the database.[599] In each of these three cases, the choice of a value of 1 is inappropriate, as described below.

First, based on its Point of Departure, EPA set UF = 1 for use of a LOAEL rather than a NOAEL.[600] EPA stated that the "use of a BMDL for 0.5% severe fluorosis as the POD eliminated the need for a LOAEL to NOAEL extrapolation."[601] However, 0.5% prevalence of an adverse health effect is not the same thing as a NOAEL. One of EPA's outside peer reviewers suggested that the RfD be lowered to eliminate severe dental fluorosis, pointing out that a large number of people would still be affected.[602] It is inappropriate to describe even a small percentage of affected persons as being equivalent to a no-adverse-effect level.

Second, with respect to intrahuman variability, EPA's justification for UF = 1 was that the sample size was large, the participants were randomly selected, and the study population corresponded to the vulnerable group (described as children ages 6 months to 14 years).[603] However, known population subgroups that could have high fluoride exposures or could be more sensitive to adverse effects of fluoride were not included in the study population. The youngest age group (0-6 months) was not included in EPA's analysis,[604] although dental fluorosis is associated with fluoride exposures during the first 6 months of life[605] as well as later periods. Infants fed formula prepared with fluoridated tap water can have substantial fluoride exposures.[606]

Dean (1942) presented his data as a "specific example" of the use of epidemiological principles to study endemic dental fluorosis,[607] but the paper itself is not strictly an epidemiological paper. It leaves out essential information such as the dates of the surveys, the years in which the subjects were born, breastfeeding practices during the relevant years, how the subjects were selected (e.g., random selection, all children in each town), and whether the examiners had knowledge of the fluoride concentrations in local water supplies at the time of the examinations. The paper does list

---

[599] EPA (2010b), p. 106.

[600] EPA (2010b), p. 106.

[601] EPA (2010b), p. 106.

[602] EPA (2010c), p. A-14 (peer review report).

[603] EPA (2010b), pp. 105-106.

[604] EPA (2010a); EPA (2010b), pp. 100-101, Tables 5-2, 5-3, and 5-4.

[605] Hong et al. (2006a; 2006b).

[606] For example, more than 25% of infants less than 6 months old (including both breastfed and formula-fed) will have fluoride exposures in excess of EPA's 2010 RfD of 0.08 mg/kg/day. EPA (2004b, p. E-100) indicates a 75th percentile value for water intake (community tap water) of 0.814 L/day for infants less than 6 months old; assuming a mean weight of 6 kg (EPA 2004b, p. 7-10, Table 7.3) and a fluoride concentration in drinking water of 0.7 mg/L (the 2015 recommendation from HHS) gives a fluoride intake just from tap water of 0.095 mg/kg/day; by definition, 25% of infants have intakes at or above this level. For infants fed formula prepared with tap water (excluding breastfed infants and infants fed ready-to-feed formula), the proportion of infants with fluoride intakes greater than 0.08 mg/kg/day will be high.

[607] Dean (1942), p. 31.



several relevant variables that were not addressed,[608] such as the amount of water consumed by individuals, dietary and culinary habits that could have affected fluoride intake, and "probable climatological influences" which could have affected the amount of water consumed. Drinking water intake can vary by more than a factor of 10 (more than an order of magnitude) among individuals, depending on age, activity level, climate, and presence of health conditions such as diabetes mellitus or diabetes insipidus.[609] Dean admits that several variables (e.g., addition or abandonment of wells, changes in water treatment) could have made it "impossible to draw reliable conclusions from the chemical findings disclosed at the time of the clinical examination,[610] referring to the fluoride concentrations in drinking water measured at the time of the examinations for dental fluorosis, not during the years when the examined children were at risk for development of dental fluorosis.

In making use of Dean's data, the EPA has not allowed for uncertainty in the applicability of recent measurements of fluoride concentrations in tap water as a proxy for concentrations several years before. Nor has EPA discussed possible differences in breastfeeding practices between Dean's subjects and children in the U.S. today, which could have corresponded to differences in intake of water among the youngest children. The data set included only white children;[611] as I commented to EPA in 2011,[612] the Centers for Disease Control and Prevention (CDC) reports higher rates of dental fluorosis in the black population than the white population.[613] EPA itself described at least two studies that reported higher rates of dental fluorosis among blacks than whites.[614] People with renal impairment and consequent reduced clearance of fluoride from the body could be sensitive to adverse health effects at lower levels of intake than typical,[615] and these people are not known to have been included in the study population.

Third, EPA claimed that the toxicity database for fluoride is complete and that a database uncertainty factor was not needed.[616] EPA itself lists a number of weaknesses in the primary study used to derive the RfD[617] and in some of the other studies summarized in their report. The NRC listed a number of recommendations for further research.[618] Thus, it is not reasonable to claim that the toxicity database for fluoride is complete. In addition, a number of adverse health effects considered plausible by the NRC were not considered at all by EPA, even though some could occur at lower exposure levels than those associated with severe dental fluorosis; EPA claimed that the database was complete but did not make proper use even of the available information.

The same problem of an inadequate UF (UF = 1) is found with the earlier (1985)[619] RfD for fluoride (this value of 0.06 mg/kg/day remains in the IRIS database).[620] "Uncertainty factors were

---

[608] Dean (1942), p. 29.
[609] NRC (2006), pp. 30-33; EPA (2004b).
[610] Dean (1942), p. 25.
[611] Dean (1942), pp. 28, 29, 31.
[612] Thiessen (2011).
[613] CDC (2005).
[614] EPA (2010b), pp. 33-34.
[615] NRC (2006), p. 351.
[616] EPA (2010b), p. 106.
[617] EPA (2010b), pp. 12-13, 87.
[618] NRC (2006), pp. 87-88, 101-102, 130, 180, 204, 222-223, 266-267, 302-303, 338-339.
[619] Both EPA (2001a) and EPA (2001b) indicate a 1985 date for the RfD for fluoride that was then and is still in IRIS as of November 2018.
[620] EPA (1987).



not deemed necessary since the NOAEL is that of the critical effect (i.e., dental fluorosis) in a sensitive population of humans (i.e., children) for a length of exposure that encompasses both the critical effect and the sensitive population."[621]   In the earlier case, the critical effect was objectionable dental fluorosis, considered by EPA (but not by others[622]) to be a cosmetic effect rather than an adverse effect.  Barnes and Dourson, writing on behalf of the USEPA Reference Dose (RfD) Work Group in 1988, actually refer to fluoride as an exception in the selection of Safety Factors (SF, the earlier term for the UF):  "For certain other chemicals, based on well-characterized responses in sensitive humans (as in the effect of fluoride on human teeth), an SF as small as 1 might be selected"[623] and "In some cases, a well-designed and well-conducted epidemiologic study that shows no association between known exposures and toxicity can be used to directly project an RfD (as has been done in the case of fluoride)."[624]   However, Barnes and Dourson do not provide justification or even a reference for their remarks about fluoride.

The 1985 RfD was based on a secondary publication by Hodge[625] as cited by an Australian agriculture professor in a 1977 textbook on nutrition.[626,627]  Hodge's 1950 paper seems to have been written to instruct dentists, rather than to provide a thorough analysis of fluoride effects.  It is not an epidemiological study and should not have been accepted by EPA as a "critical study" on which to base an RfD.  Hodge provides two graphs, based on two papers by Dean (the 1942 paper on dental fluorosis used by EPA as the basis for the 2010 RfD and a 1946 paper on caries), but Hodge does not provide any details about the data or any real analysis of the data and their uncertainties.  At the very least, Hodge fails to note that association and causation are not necessarily the same.

While slightly more protective than the 2010 RfD, the 1985 RfD was not based on the most sensitive endpoints.  Dean's 1942 paper, whether as used by Hodge in 1950 or by the EPA in 2010, described a set of subjects that did not necessarily include the most sensitive humans (as discussed above).  Definitely there were not then, and are not now, well-designed and well-conducted epidemiologic studies clearly showing no association between well-characterized exposures and any of several "known or anticipated"[628] toxicological endpoints for fluoride exposure.  Use of a UF (or SF) of 1 was inappropriate in both 1985 and 2010 and does not adequately account for

---

[621] EPA (1987).

[622] For example, the National Drinking Water Advisory Council considered moderate and severe dental fluorosis to be adverse health effects (Federal Register 1985a, p. 20167).

[623] Barnes and Dourson (1988), p. 474.

[624] Barnes and Dourson (1988), p. 480.

[625] Hodge (1950).

[626] Underwood (1977), pp. 347-369.  This text cites both Hodge (1950) and Dean (1942), but also points out the very wide range of water intake (and corresponding fluoride intake) among individuals and the importance of fluoride intake from other sources such as tea.

[627] EPA (2001b) says that the (1985) "IRIS RfD for fluorine was derived based on two epidemiologic studies in children (1950, 1977)."  Presumably this refers to Hodge (1950) and Underwood (1977), as cited in later IRIS documentation for fluoride.  Underwood (1977) cites Hodge (1950), who cites Dean (1942), who, while using his data as an example of epidemiological information and its uses, has not, strictly speaking, provided a lot of the basic information that should be expected in an actual epidemiological study.  Thus, at best, EPA's 1985 IRIS RfD for fluorine (fluoride) was based only indirectly on limited epidemiological information.

[628] The EPA defines its non-enforceable drinking water standard (Maximum Contaminant Level Goal, or MCLG), as a "non-enforceable health goal which is set at a level at which no known or anticipated adverse effect on the health of persons occurs and which allows an adequate margin of safety" (EPA 2009b).  The NRC (2006) concluded that EPA's MCLG for fluoride was not sufficiently protective.



selection of the critical effect, intrahuman variability, or adequacy of the database for fluoride toxicity.

*Protection of the most vulnerable populations*

As described above, an RfD, by definition, is supposed to protect sensitive subgroups of the human population. This is addressed in part by appropriate selection of the critical effect, the lowest of the available LOAELs. This is further addressed by use of a UF intended specifically to account for variation within the human population, including sensitive subgroups. The NRC specifically addressed sensitive subpopulations by EPA's definition, both in terms of exposure (higher than typical) and response (more severe response or a response to a lower dose).[629] Population subgroups with potentially high exposure to fluoride include people with high water intake[630] (e.g., infants fed formula prepared with tap water, athletes, outdoor workers, outdoor workers and military personnel, people in hot climates with no access to air conditioning, lactating women, and people with medical conditions such as diabetes mellitus or diabetes insipidus), people with occupational exposure to fluoride or living in the vicinity of industrial releases of fluoride, and people with high intakes of fluoride from tea or from pharmaceuticals. Population subgroups with potentially greater responses (greater sensitivity) to fluoride exposures include people with impaired renal function (and consequent lower clearance of fluoride), people with low calcium intake,[631] people with low iodine intake,[632] as well as the youngest and oldest members of the population. The growing evidence about fluoride effects on neurological development and on thyroid function (including the effects of impaired thyroid function on neurological health) should lead to specific efforts to be sure that pregnant women, fetuses, neonates, and infants are adequately protected.

Dean's 1942 paper, which EPA used as the basis for its 2010 RfD, addressed only one toxicological endpoint (dental fluorosis), and EPA used only the category of severe fluorosis. As described above, severe dental fluorosis cannot reasonably be considered the critical effect, or the most sensitive effect. In addition, Dean's study population is known not to have included minority groups who might have differed in activity levels, nutrition, or other ways that could have affected either their water intake or their response to fluoride exposure. It is unlikely that Dean's subjects included people with renal impairment, diabetes insipidus, or significant exposures to industrial releases of fluoride. By using a UF of 1, the EPA ignored its mandate to protect sensitive subpopulations. In addition, one of its outside reviewers pointed out that EPA was not protecting all of the population even from severe dental fluorosis.[633]

*Risk assessment vs. risk management*

EPA stated that "Any drinking water intakes (mean or percentile) that resulted in doses that were less than or equal to the 0.05 mg/kg/day IOM AI value associated with optimal, anticaries

---

[629] NRC (2006), p. 30.
[630] NRC (2006), pp. 30-33.
[631] NRC (2006), pp. 250-251.
[632] NRC (2006), pp. 234, 263, 267.
[633] EPA (2010c), pp. A-14, B-13, B-14.



protection were eliminated from consideration as doses causing severe dental fluorosis."[634]   EPA has assumed a benefit from consumption of fluoride at the Institute of Medicine's "adequate intake" (AI) level of 0.05 mg/kg/day, and has excluded from consideration the possibility of adverse health effects occurring below an intake of 0.06 mg/kg/day.   Even if the assumption of benefit from systemic fluoride intake were defensible (it is not), this approach inappropriately inserts a risk management decision into a risk assessment, in violation of more than 25 years (in 2010) of risk assessment guidance and practice.   The National Research Council's 1983 risk assessment report states that "Even the perception that risk management considerations are influencing the conduct of risk assessment in an important way will cause the assessment and regulatory decisions based on them to lack credibility."[635]   Later in the same report:  "If risk management considerations (for example, the economic or political effects of a particular control action for a particular chemical) are seen to affect either the scientific interpretations or the choice of inference options in a risk assessment, the credibility of the assessment inside and outside the agency can be compromised, and the risk management decision itself may lose legitimacy."[636]   EPA's 1998 Guidelines for Neurotoxicity Risk Assessment, citing NRC (1983), recommends that Federal regulatory agencies establish guidelines "to promote consistency and technical quality in risk assessment, and to ensure that the risk assessment process is maintained as a scientific effort separate from risk management."[637]

One of the reviewers of EPA's 2010 RfD report specifically pointed out this shortcoming:  "the assumption that 0.05 mg/kg/day is a required amount of fluoride and that dose estimates must be above this level could be considered a weakness because the purpose of U.S. EPA's analysis was to determine risk,  not to conduct risk benefit analyses."[638]   This reviewer also suggested that a lower RfD be used, in order to eliminate severe fluorosis, and that the data be analyzed without allowing for the IOM's recommended adequate intake.[639]   This reviewer specifically stated that she did "not believe that the EPA should consider that there is a particular desired fluoride intake."[640]

*Comparison with other toxicity values for fluoride*

As described above, EPA's earlier (1987) RfD (and the value that is still in the IRIS database) is 0.06 mg/kg/day, based on prevention of "objectionable" dental fluorosis.[641]   As also described

[634] EPA (2010b), p. 98.  See also p. 101, where an intake of 0.06 mg/kg/day was excluded from consideration.  See also p. 103, in reference to a "beneficial dose of 0.05 mg/kg/day."  See also p. xv in the Executive Summary: "Any doses that were less than or equal to the 0.05 mg/kg/day were eliminated from consideration as the threshold dose for severe dental fluorosis."
[635] NRC (1983), p. 49.  See also pp. 18-19, 48-49, 151-153.
[636] NRC (1983), p. 152.
[637] EPA (1998a), p. v; Federal Register (1998), p. 26926.
[638] EPA (2010c), p. 20.  This reviewer also pointed out that EPA's method assumed that severe dental fluorosis occurred in children with excess exposure to fluoride, rather than possibly being more susceptible to fluoride intake. Also see pp. 11, A-13, A-14, and B-13 of the April 2009 Peer Review Report that is included in this report.
[639] EPA (2010c), p. 28; p. B-14 in the April 2009 Peer Review Report included in this report..
[640] EPA (2010c), p. A-13 in the April 2009 Peer Review Report included in this report.
[641] EPA (1987).



above, the 1987 RfD also used an inadequate uncertainty factor (UF = 1) and is not protective of other adverse health effects from fluoride.

The Agency for Toxic Substances and Disease Registry (ATSDR) derived an oral Minimal Risk Level[642] (MRL) for chronic exposure to fluoride of 0.05 mg/kg/day, based on a critical effect of increased bone fracture, a NOAEL of 0.15 mg/kg/day, and an uncertainty factor of 3 for human variability.[643]  While ATSDR's MRL is also not protective of the most critical effects or the most sensitive subpopulations, they did at least acknowledge the need to account for human variability. It is also worth noting that EPA considers its 2010 RfD of 0.08 mg/kg/day (5.6 mg/day for a 70-kg adult) to be protective of bone effects in adults,[644] although it exceeds ATSDR's MRL, which was based on bone effects.

More importantly, ATSDR, in discussing intermediate-duration studies in animals, reported the identification of "a number of potentially sensitive targets of fluoride toxicity."[645]  These included LOAELS of 0.5 mg/kg/day in a 1976 study of thyroid effects in rats and 0.80 mg/kg/day in a 1986 study of bone formation in mice.[646]  The ATSDR reported that neither study identified a NOAEL, and that derivation of an intermediate-duration MRL (comparable to a subchronic RfD) from either study would have resulted in an MRL that was lower (more protective) than the chronic-duration oral MRL of 0.05 mg/kg/day.[647]  Generally chronic toxicity values are expected to be lower (more protective) than shorter-term (e.g., subchronic or intermediate duration) toxicity values.  ATSDR does not report what the intermediate-duration MRLs derived from the animal studies would have been, but at the very least, this finding should have been a tip-off to ATSDR that the critical effect had not been adequately identified.  Application of EPA's typical Uncertainty Factors to ATSDR's LOAELs would have given chronic RfDs of (at most) 0.0005 and 0.0008 mg/kg/day (UF = 10 for use of a LOAEL instead of a NOAEL, UF = 10 for extrapolation from animal studies to humans, and UF = 10 for intrahuman variability).  These values are consistent with observations that laboratory animals require fluoride intakes at least 5-20 times higher than humans to produce similar *in vivo* concentrations (e.g., blood, urine) or health effects.[648]  In other words, humans are considerably more sensitive to fluoride than are rats and mice, and a UF of 10 for extrapolation from animals to humans might not be high enough.


*Comparison with EPA's approach for perchlorate*

Perchlorate is a common but not universal contaminant in drinking water, affecting at least 4% of public water systems and between 5 and 17 million people.[649]  EPA's RfD (and ATSDR's MRL) for perchlorate is 0.0007 mg/kg/day (0.7 µg/kg/day), set in 2005.[650]  This RfD is based on a No

---

[642] "An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified duration of exposure."  ATSDR (2018).
[643] ATSDR (2003), pp. A-3 to A-4.
[644] EPA (2010b), p. 1015.
[645] ATSDR (2003), p. 23.
[646] ATSDR (2003), p. 23.
[647] ATSDR (2003), p. 23.
[648] NRC (2009), pp. 88-89; NRC (2006), pp. 98-99.
[649] EPA (2011c).  EPA to develop regulation for perchlorate and toxic chemicals in drinking water.  News Release, February 2, 2011.
[650] EPA (2017a).



Observed Effect Level (NOEL, not a NOAEL) in humans of 0.007 mg/kg/day and a UF of 10 for intrahuman variability[651] ("to account for differences in sensitivity between the healthy adults in the study and the most sensitive population, namely 'fetuses of pregnant women who might have hypothyroidism or iodide deficiency'"[652]).   The observed effect is competitive inhibition by perchlorate of iodide uptake into the thyroid (iodide transport).  The NOEL corresponds to a non-statistically significant inhibition of iodide uptake of 1.8%.[653]  This is considered a "precursor non-adverse" effect.[654]

Use of "a nonadverse effect that is upstream of the adverse effect is a more conservative and health-protective approach to perchlorate hazard assessment."[655]   The concern, based on a National Research Council report, is that "perchlorate contamination could affect thyroid function by inhibiting the transport of iodide into the thyroid, which can lead to thyroid hormone deficiency. Decreased levels of thyroid hormone can have adverse effects in sensitive populations such as people with thyroid disorders, pregnant women, fetuses, and infants."[656]  The Science Advisory Board in 2013 found that "the most sensitive life stages are the fetus, neonates and infants because these are the stages when thyroid-dependent brain development occurs."[657]  "The SAB further finds that hypothyroxinemia (i.e., low levels of thyroid hormone) is a more appropriate indicator of the potential adverse health effects than the more pronounced decreases in thyroid hormone associated with hypothyroidism.   Thus, the sensitive populations EPA should consider for exposure to perchlorate are the fetuses of hypothyroxinemic pregnant women, and infants exposed to perchlorate through either water-based formula preparations or the breast milk of lactating women."[658]  "The SAB also notes that the specific adverse effects on brain development due to inadequate iodide uptake or low thyroid hormone levels vary at different life stages, but are especially critical during the early formative stages of brain development, when the human brain most needs thyroid hormone."[659]

According to the SAB, "critical evidence is lacking to directly link perchlorate to altered brain development in humans";[660] nevertheless, the SAB considers findings relating maternal clinical or subclinical hypothyroidism to reduced IQ, cognitive deficits, and behavioral abnormalities to "demonstrate the importance of preventing any degree of hypothyroidism, regardless of its cause, in pregnancy."[661]   EPA has continued to review available information on perchlorate and has developed a "two-stage approach," including both Biologically Based Dose Response (BBDR) Modeling and "quantitative information on neurodevelopmental outcomes from epidemiological studies," in order to develop appropriate drinking water standards for perchlorate.[662]

---

[651] EPA (2005), p. 2.
[652] EPA 2013b, cover letter, p. 1.
[653] EPA (2005), p. 3.
[654] EPA 2013b, cover letter, p. 1.
[655] EPA (2005), p. 3.
[656] EPA 2013b, cover letter, p. 1.
[657] EPA 2013b, cover letter, p. 2.
[658] EPA 2013b, cover letter, p. 2.
[659] EPA 2013b, cover letter, p. 3.
[660] EPA 2013b, p. 10.
[661] EPA 2013b, p. 10.
[662] EPA (2018i).



Fluoride also inhibits thyroid function, although the mechanisms are probably different from that of perchlorate.[663]   The 2006 NRC report, which EPA accepts as "the summary of hazard for inorganic fluoride"[664] made the same connection between impaired thyroid function in pregnant mothers and reduced IQ in their offspring as has been made for perchlorate, as well as describing other risks from impaired thyroid function.[665]   According to the CDC, more than 210 million people in the U.S. had fluoridated public water in 2014.[666]   If possible impairment of maternal thyroid function and consequent impact on unborn children were the only reported adverse effect of fluoride exposure, that alone would appear to justify a much more thorough and responsible risk assessment of fluoride, as has been the case for perchlorate.

---

[663] See discussion in NRC (2006), p. 235.
[664] EPA (2010b), p. i.
[665] NRC (2006), pp. 235-236.
[666] CDC (2016).



*Food and Water Watch v. EPA*                                                                      *Thiessen Report*

### Appendix E

### Lack of effectiveness of community water fluoridation in improving dental health[667]

The U.S. Department of Health and Human Services (HHS) considers community water fluoridation to be important in the prevention of dental caries,[668] as do governments and health agencies in a few other countries.  However, the question of whether water fluoridation actually produces a benefit requires further attention.

There have been two thorough reviews of human studies on effects of fluoridation, one by the University of York and a more recent Cochrane review.  The "York Report"[669] is often cited as showing the safety and efficacy of water fluoridation, but it actually does neither.[670]  The report mentions a surprising lack of high-quality studies demonstrating benefits, and also finds little evidence that water fluoridation reduces socioeconomic disparities:

> Given the level of interest surrounding the issue of public water fluoridation, it is surprising to find that little high-quality research has been undertaken.[671]

> Water fluoridation aims to reduce social inequalities in dental health, but few relevant studies exist.  The quality of research was even lower than that assessing overall effects of fluoridation.[672]

> Evidence relating to reducing inequalities in dental health was both scanty and unreliable.[673]

The Cochrane review[674] found "very little contemporary evidence" that met their inclusion criteria, with most data coming from studies carried out before 1975 that were considered to be at high risk of bias.  As with the York Report, the Cochrane review found inadequate evidence for an effect of fluoridation on reducing disparities in caries across different socioeconomic levels.  The Cochrane review also failed to find evidence on the effectiveness of fluoridation on prevention of caries in adults, even though some estimates of cost-effectiveness of fluoridation have been based on an assumption of caries prevention in adults.[675]

The apparent benefit is modest, about a 15% difference in the proportion of caries-free children.[676]  The American Dental Association states that "water fluoridation continues to be effective in reducing dental decay by 20-40%,"[677] which would translate to less than 1 decayed, missing, or filled permanent tooth (DMFT) in older children and adolescents (based on U.S. data from CDC[678]).

---

[667] This material is drawn from previous comments prepared for various purposes.
[668] Federal Register (2011).
[669] McDonagh et al. (2000).
[670] Wilson and Sheldon (2006); Cheng et al. (2007).
[671] McDonagh et al. (2000).
[672] Cheng et al. (2007).
[673] Wilson and Sheldon (2006).
[674] Iheozor-Ejiofor et al. (2015).
[675] Discussed by Ko and Thiessen (2015).
[676] McDonagh et al. (2000); Iheozor-Ejiofor et al. (2015).
[677] ADA (2005).
[678] CDC (2005).



*137*

Neither McDonagh et al.,[679] nor the ADA,[680] nor the Cochrane review[681] has considered alternative explanations for the apparent effectiveness that has been reported.  For example, fluoride exposure appears to delay the eruption of permanent teeth, something that has been known since the 1940s.[682]  A delay in tooth eruption alters the curve of caries rates with respect to age and complicates the analysis of age-specific caries rates.[683]  Specifically, "the longer the length of exposure to the oral environment the greater is the risk of the tooth becoming carious."[684] Komárek et al. have calculated that the delay in tooth eruption due to fluoride intake may explain the apparent reduction in caries rates observed when comparisons are made at a given age, as is usually done.[685]

Most studies of benefits of fluoride intake or fluoridation have failed to account for a number of important variables, including individual fluoride intakes (as opposed to fluoride concentrations in the local water supplies), sugar intake, socioeconomic variables, and the general decline in caries rates over the last several decades, independent of water fluoridation status.  When World Health Organization data on oral health of children in various countries are compared, similar declines in caries over time are seen in all developed countries, regardless of fluoridation status.[686]  The only peer-reviewed paper to be published from California's major oral health survey in the 1990s reported no association between fluoridation status and risk of early childhood caries.[687]  Several studies show differences in caries rates with socioeconomic status or dietary factors but not with fluoridation status.[688]

In general, the role of diet and nutrition in good dental health seems to be underappreciated.  For example, Cote et al. have documented a much lower rate of caries experience in refugee children from Africa than in U.S. children or refugee children from Eastern Europe, a situation that the authors attribute more to the amount of sugar in the diet than the presence of fluoride in the water.[689]  Finn provides an extensive review of dental caries in "modern primitive peoples," concluding that they "show less dental caries than do most civilized peoples. . . .  Evidence indicates, however, that primitive peoples have an increased caries attack rate when brought into contact with modern civilization and a civilized diet."[690]

A number of sources, including the Centers for Disease Control and Prevention,[691] indicate that any beneficial effect of fluoride on teeth is topical (e.g., from toothpaste), not from ingestion.[692] Featherstone describes mechanisms by which topical fluoride has an anti-caries effect and states

[679] McDonagh et al. (2000).
[680] ADA (2005).
[681] Iheozor-Ejiofor et al. (2015).
[682] Short (1944); NRC (2006).
[683] Psoter et al. (2005); Alvarez (1995); Alvarez and Navia (1989).
[684] Finn and Caldwell (1963); citing Finn (1952).
[685] Komárek et al. (2005).
[686] Cheng et al. (2007); Neurath (2005).
[687] Shiboski et al. (2003).
[688] For example, Adair et al. (1999); Hamasha et al. (2006).
[689] Cote et al. (2004).
[690] Finn (1952).
[691] CDC (2001).
[692] Reviewed by NRC (2006).



that "[f]luoride incorporated during tooth development [i.e., from ingested fluoride] is insufficient to play a significant role in caries protection."[693]  Also:

> The fluoride incorporated developmentally—that is, systemically into the normal tooth mineral—is insufficient to have a measurable effect on acid solubility.[694]

> The prevalence of dental caries in a population is not inversely related to the concentration of fluoride in enamel, and a higher concentration of enamel fluoride is not necessarily more efficacious in preventing dental caries.[695]

Fluoride concentrations in drinking water or saliva are too low to be contributing significantly to a topical anti-caries effect, especially since most drinking water is not "swished" around the teeth before being swallowed.  CDC states that "The concentration of fluoride in ductal saliva, as it is secreted from salivary glands, is low—approximately 0.016 parts per million (ppm) in areas where drinking water is fluoridated and 0.006 ppm in nonfluoridated areas. This concentration of fluoride is not likely to affect cariogenic activity."[696]

The single study that has examined caries experience in relation to individual fluoride intakes at various ages during childhood (the Iowa study) has found no association between fluoride intake and caries experience; caries rates (% of children with or without caries) at ages 5 and 9 were similar for all levels of fluoride intake.[697]  The authors state that "the benefits of fluoride are mostly topical" and that their "findings suggest that achieving a caries-free status may have relatively little to do with fluoride *intake*" (emphasis in the original).[698]  Most of the children with caries had "relatively few decayed or filled surfaces."[699]  The authors' main conclusion:

Given the overlap among caries/fluorosis groups in mean fluoride intake and extreme variability in individual fluoride intakes, firmly recommending an "optimal" fluoride intake is problematic.[700]

The national data set collected in the U.S. in 1986-1987 (more than 16,000 children, ages 7-17, with a history of a single continuous residence)[701] shows essentially no difference in caries rates in the permanent teeth of children with different water fluoride levels, although a strong dose response for dental fluorosis is quite obvious (Table 1; Fig. 1). Analysis in terms of mean DMFS (decayed, missing, or filled tooth surfaces) for the group (Fig. 2), as opposed to caries prevalence, shows an apparent 18% decrease between the low-fluoride (< 0.3 mg/L) and fluoridated (0.7-1.2 mg/L) groups.  In absolute terms, this is a decrease of about one-half (0.55) of one tooth surface per child.  One possible explanation is delayed tooth eruption, which was not considered in the study.  Note that the mean DMFS for the highest fluoride group is higher than for either of the two intermediate groups, also indicating that DMFS scores are not solely a function of water fluoride

---

[693] Featherstone (2000).
[694] Featherstone (2000).
[695] CDC (2001).
[696] CDC (2001).
[697] Warren et al. (2009).
[698] Warren et al. (2009).
[699] Warren et al. (2009).
[700] Warren et al. (2009).
[701] Heller et al. (1997); similar data can be obtained from Iida and Kumar (2009).  Note that the paper by Heller et al. was used by the Department of Health and Human Services in its justification for changing the recommended concentration of fluoride in drinking water (Federal Register 2015).



concentration.  When the data are examined by the distribution of DMFS scores (Fig. 3), no real difference in caries experience with respect to water fluoride concentration is observed.

The available data, responsibly interpreted, indicate little or no beneficial effect of water fluoridation on oral health.

Table 1.  Caries prevalence and fluorosis prevalence with water fluoride concentration.[a]

| Water fluoride concentration | Children with no caries | Mean DMFS score [b] | Children with fluorosis [c] | Mean severity of fluorosis [d] |
|---|---|---|---|---|
| mg/L | % | | % | |
| < 0.3 | 53.2 | 3.08 | 13.5 | 0.30 |
| 0.3 - < 0.7 | 57.1 | 2.71 | 21.7 | 0.43 |
| 0.7 - 1.2 | 55.2 | 2.53 | 29.9 | 0.58 |
| > 1.2 | 52.5 | 2.80 | 41.4 | 0.80 |

[a] Data for permanent teeth of children ages 5-17 (caries experience and DMFS score) or 7-17 (dental fluorosis), with a history of a single residence, from Tables 2 and 5 of Heller et al. (1997).
[b] Decayed, missing, or filled tooth surfaces (permanent teeth).
[c] Includes very mild, mild, moderate, and severe fluorosis, but not "questionable."
[d] Dean's Community Fluorosis Index.





Fig. 1.  Percent of children with no caries experience in the permanent teeth (DMFS = 0) and with fluorosis, with respect to water fluoride concentration.  Data are shown as % of total children having no caries experience (blue) or having fluorosis (very mild, mild, moderate, or severe, but not questionable; red).  Numerical values are provided in Table 1 of these comments and were obtained from Tables 2 and 5 of Heller et al. (1997).





Fig. 2.  Mean DMFS score (decayed, missing, or filled permanent tooth surfaces in permanent teeth), with respect to water fluoride concentration.  Numerical values are provided in Table 1 of these comments and were obtained from Table 2 of Heller et al. (1997).  The percent difference with respect to the lowest fluoride group is also provided.



*Food and Water Watch v. EPA*              *Thiessen Report*



Fig. 3.  Percent of children by DMFS score, with respect to water fluoride concentration.  Data are shown as % of total children in a given group according to the number of decayed, missing, or filled tooth surfaces in the permanent teeth (DMFS).  Data were obtained from Table 2 of Heller et al. (1997).



<div align="center">

**Appendix F**

**KATHLEEN M. THIESSEN, Ph.D.**
**Senior Scientist**
**Oak Ridge Center for Risk Analysis, Inc.**

</div>

## Education

Ph.D.   1986   Genetics, University of Tennessee-Oak Ridge, Graduate School of Biomedical Sciences, Oak Ridge, TN

B.A.   1981   Biology and Chemistry (*Summa cum laude*), Covenant College, GA

## Capabilities

Health Effects Assessment
Dose and Risk Assessment
Analysis of Environmental Transport and Exposure Pathways
Uncertainty and Sensitivity Analysis
Technical Writing/Editing, Technical and Public Presentations

## Experience Summary

Dr. Thiessen is experienced in the evaluation of exposures, doses, and risks to human health from trace levels of contaminants in the environment and in the use of uncertainty analysis for environmental and health risk assessment.  She has served on two National Research Council subcommittees, one charged with the review of fluoride exposure and toxicology, and one dealing with guidance levels for air contaminants (including hydrogen fluoride) in submarines.  Dr. Thiessen has also written two reports for the U.S. Environmental Protection Agency, one on the health effects of hydrogen fluoride and related compounds, and one on the health effects of mercuric chloride.  Dr. Thiessen has led several working groups on urban contamination and dose reconstruction for the International Atomic Energy Agency's programs on environmental transport modeling and has served on the coordinating committees of the programs; she currently leads a working group on assessment of exposures and countermeasures in urban environments.  She also serves on a committee for the preparation of a new International Atomic Energy Agency report on modeling the impacts of planned discharges or radioactivity, and she is involved in the preparation of an IAEA guidance document on implementation of remediation strategies following accidental releases of radioactivity.  Dr. Thiessen participated in two symposia on reconstruction of internal doses from Fukushima releases organized by Japan's National Institute of Radiological Sciences, and she has served as a consultant on environmental modeling issues to the Korea Atomic Energy Research Institute and on uncertainty analysis to the National Council on Radiation Protection and Measurements.  Dr. Thiessen contributed to the development of a risk-based screening approach to prioritize further investigation of contaminants and exposure situations in various assessment contexts, and she led in the application of risk-based screening techniques for the reconstruction of doses and health risks associated with releases of chemicals and radionuclides from the U.S. Department of Energy's Oak Ridge (Tennessee) facilities.  Dr. Thiessen also led an analysis of human exposures, doses, and health risks to off-site individuals associated with historic releases of radionuclides to the Clinch River from the Oak Ridge facilities.



**Experience**

1992-present    Senior Scientist and Director, Oak Ridge Center for Risk Analysis, Inc. (Formerly *SENES* Oak Ridge, Inc., Center for Risk Analysis), Oak Ridge, TN.
- Review of data on contaminant exposure and toxicology.
- Analysis of environmental transport and exposure pathways.
- Screening techniques for environmental assessment.
- Dose reconstruction.
- Uncertainty analysis for environmental assessment.
- International model validation using Chernobyl data sets.
- Working Group Leader for International Atomic Energy Agency research programs.
- Project coordination.
- Technical review.

1991-1992    Consultant and Technical Writer. Environmental Sciences Division, Oak Ridge National Laboratory, Oak Ridge, TN.

1987-1992    Lecturer in Genetics. University of Tennessee, Oak Ridge Graduate School of Biomedical Sciences.

1986-1989    Oak Ridge National Laboratory, Health and Safety Research Division, Chemical Hazard Evaluation Program.
- Assessment of health effects from chemicals.
- Risk assessment.
- Technical review.

**Publications and Technical Reports**

Periáñez, R., Thiessen, K.M., Chouhan, S.L., Mancini, F., Navarro, E., Sdouz, G., and Trifunović, D. 2016. Mid-range atmospheric dispersion modelling. Intercomparison of simple models in EMRAS-2 project. *Journal of Environmental Radioactivity* 162-163:225-234.

Thiessen, K.M., Charnock, T.W., Chouhan, S.L., Hwang, W.T., Kamboj, S., Tomás, J., and Yu, C. 2015. Modeling the effectiveness of remediation efforts in contaminated urban areas: An EMRAS II Urban Areas Working Group exercise. In: Proceedings of the WM2015 Conference, March 15-19, 2015, paper #15631.

Ko, L., and Thiessen, K.M. 2015. A critique of recent economic evaluations of community water fluoridation. *International Journal of Occupational and Environmental Health* 21(2):91-120.

Menkes, D.B., Thiessen, K., and Williams, J. 2014. Health effects of water fluoridation—how "effectively settled" is the science? [letter]. *New Zealand Medical Journal* 127(1407):84-86.

IAEA (International Atomic Energy Agency). 2014. Handbook of Parameter Values for the Prediction of Radionuclide Transfer to Wildlife. International Atomic Energy Agency, Vienna, Technical Reports Series No. 479.

Yankovich, T., Beresford, N.A., Fesenko, S., Fesenko, J., Phaneuf, M., Dagher, E., Outola, I., Andersson, P., Thiessen, K., Ryan, J., Wood, M.D., Bollhöfer, A., Barnett, C.L., and Copplestone, D. 2013. Establishing a database of radionuclide transfer parameters for freshwater wildlife. *Journal of Environmental Radioactivity* 126:299-313.



IAEA (International Atomic Energy Agency). 2012.  Environmental Modelling for Radiation Safety (EMRAS).  A Summary Report of the Results of the EMRAS programme (2003-2007). International Atomic Energy Agency, Vienna, IAEA-TECDOC-1678.

IAEA (International Atomic Energy Agency). 2012.  Environmental Modelling of Remediation of Urban Contaminated Areas.  Report of the Urban Remediation Working Group of the EMRAS (Environmental Modelling for Radiation Safety) programme.

Thiessen, K.M., Andersson, K.G., Berkovskyy, V., Charnock, T.W., Chouhan, S.L., de With, G., Ďúran, J., Fuka, V., Helebrant, J., Hůlka, J., Hwang, W.T., Kuča, P., Mancini, F., Navarro, E., Periáñez, R., Prouza, Z., Sdouz, G., Tomás, J., Trifunović, D., Urso, L.,  and Walter H.  2011. Assessing emergency situations and their aftermath in urban areas:  The EMRAS II Urban Areas Working Group.  *Radioprotection* 46(6):S601-S607.

NRC (National Research Council). 2009. *Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants*: Volume 3. Washington, DC: National Academies Press.

Thiessen, K.M., Andersson, K.G., Charnock, T.W., and Gallay, F. 2009.  Modelling remediation options for urban contamination situations.  *Journal of Environmental Radioactivity* 100:564-573.

Thiessen, K.M., Andersson, K.G., Batandjieva, B., Cheng, J.-J., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., and Yu, C.  2009.  Modelling the long-term consequences of a hypothetical dispersal of radioactivity in an urban area including remediation alternatives.  *Journal of Environmental Radioactivity* 100:445-455.

Thiessen, K.M., Arkhipov, A., Batandjieva, B., Charnock, T.W., Gaschak, S., Golikov, V., Hwang, W.T., Tomás, J., and Zlobenko, B.  2009. Modelling of a large-scale urban contamination situation and remediation alternatives.  *Journal of Environmental Radioactivity* 100:413-421.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B.  2008.  Improvement of modelling capabilities for assessing urban contamination:  The EMRAS Urban Remediation Working Group. *Applied Radiation and Isotopes* 66:1741-1744.

Thiessen, K.M., Batandjieva, B., Andersson, K.G., Arkhipov, A., Charnock, T.W., Gallay, F., Gaschak, S., Golikov, V., Hwang, W.T., Kaiser, J.C., Kamboj, S., Steiner, M., Tomás, J., Trifunovic, D., Yu, C., Zelmer, R., and Zlobenko, B.  2007.  Improvement of modeling capabilities for assessing urban contamination:  The EMRAS Urban Remediation Working Group.  In: Proceedings from the International Conference on Environmental Radioactivity:  From Measurements and Assessments to Regulation, Vienna, April 23-27, 2007, pp. 133-134 (IAEA-CN-145/070).



Köteles, G.J., Kanyár, B., and Thiessen, K.M. 2007. Radiation Biology and Radiation Protection. In: *Radiochemistry and Nuclear Chemistry* (S. Nagy, ed.). In: *Encyclopedia of Life Support Systems (EOLSS)*. Developed under the auspices of the UNESCO, Eolss Publishers, Oxford, UK [http://www.eolss.net].

NRC (National Research Council). 2006. *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*. Washington, DC: The National Academies Press.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C. 2005. Model testing using data on $^{131}$I released from Hanford. *Journal of Environmental Radioactivity* 84(2):211-224.

Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L. 2005. Model testing using data on $^{137}$Cs from Chernobyl fallout in the Iput River catchment area of Russia. *Journal of Environmental Radioactivity* 84(2):225-244.

Nedveckaite, T., Filistovic, V., Mastauskas, A., and Thiessen, K. 2004. Thyroid dosimetry in the western trace of the Chernobyl accident plume. *Radiation Protection Dosimetry* 108(2):133-141.

IAEA (International Atomic Energy Agency). 2003. Testing of environmental transfer models using data from the atmospheric release of Iodine-131 from the Hanford site, USA, in 1963. Report of the Dose Reconstruction Working Group of the Biosphere Modelling and Assessment (BIOMASS) Programme, Theme 2. Biosphere Modelling and Assessment Methods (BIOMASS) programme. International Atomic Energy Agency, Vienna, IAEA-BIOMASS-2.

IAEA (International Atomic Energy Agency). 2003. Testing of environmental transfer models using Chernobyl fallout data from the Iput River catchment area, Bryansk Region, Russian Federation. Report of the Dose Reconstruction Working Group of BIOMASS Theme 2. Biosphere Modelling and Assessment Methods (BIOMASS) programme. International Atomic Energy Agency, Vienna, IAEA-BIOMASS-4.

Reed, E.W., Thiessen, K.M., Hoffman, F.O., and Apostoaei, A.I. 2003. Comparison of doses and risks obtained from dose reconstructions for historical operations of federal facilities that supported the development, production, or testing of nuclear weapons. *Health Physics* 84(6):687-697.

Thiessen, K.M. 2002. Data sets available for testing environmental transport models. *Atmospheric Environment* 36:3057.

Thiessen, K.M., Napier, B.A., Filistovic, V., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Nedveckaite, T., Nényei, A., Sazykina, T.G., Tveten, U., Sjöblom, K.-L., and Robinson, C. 2002. Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs. 1: Model Testing Using Data on $^{131}$I Released from Hanford. In: Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 313-316.



Thiessen, K.M., Sazykina, T.G., Apostoaei, A.I., Balonov, M.I., Crawford, J., Domel, R., Fesenko, S.V., Filistovic, V., Galeriu, D., Homma, T., Kanyár, B., Krajewski, P., Kryshev, A.I., Kryshev, I.I., Nedveckaite, T., Ould-Dada, Z., Sanzharova, N.I., Robinson, C., and Sjöblom, K.-L. 2002. Model Testing Using Data from Accidental Releases of $^{131}$I and $^{137}$Cs. 2: Model Testing Using Data on $^{137}$Cs from Chernobyl Fallout in the Iput River Catchment Area of Russia. In: Proceedings from the International Conference on Radioactivity in the Environment, Monaco, Sept. 1-5, 2002, pp. 317-320.

Apostoaei, A.I., Nair, S.K., Thomas, B.A., Lewis, C.J., Hoffman, F.O., and Thiessen, K.M. 2000. External exposure to radionuclides accumulated in the shoreline sediments with an application to the lower Clinch River. *Health Physics* 78(6):700-710.

IAEA (International Atomic Energy Agency). 2001. Generic models for use in assessing the impact of discharges of radioactive substances to the environment. International Atomic Energy Agency, Vienna, Safety Report 19.

Apostoaei, A.I., Blaylock, B.G., Caldwell, B., Flack, S., Gouge, J.H., Hoffman, F.O., Lewis, C.J., Nair, S.K., Reed, E.W., Thiessen, K.M., Thomas, B.A., and Widner, T.E. 1999. Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation—An Assessment of Historical Quantities Released, Off-site Radiation Doses, and Health Risks. Reports of the Oak Ridge Dose Reconstruction, Vols. 4 and 4A. The Report of Project Task 4. Tennessee Department of Health, Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.

Thiessen, K.M., Thorne, M.C., Maul, P.R., Pröhl, G., and Wheater, H.S. 1999. Modelling radionuclide distribution and transport in the environment. *Environmental Pollution* 100:151-177.

Kryshev, I.I., Sazykina, T.G., Hoffman, F.O., Thiessen, K.M., Blaylock, B.G., Feng, Y., Galeriu, D., Heling, R., Kryshev, A.I., Kononovich, A.L., and Watkins, B. 1999. Assessment of the consequences of the radioactive contamination of aquatic media and biota for the Chernobyl NPP cooling pond: Model testing using Chernobyl data. *Journal of Environmental Radioactivity* 42:143-156.

Konoplev, A.V., Bulgakov, A.A., Hoffman, F.O., Kanyár, B., Lyashenko, G., Nair, S.K., Popov, A., Raskob, W., Thiessen, K.M., Watkins, B., and Zheleznyak, M. 1999. Validation of models of radionuclide wash-off from contaminated watersheds using Chernobyl data. *Journal of Environmental Radioactivity* 42:131-141.

Garger, E.K., Hoffman, F.O., Thiessen, K.M., Galeriu, D., Kryshev, A.I., Lev, T., Miller, C.W., Nair, S.K., Talerko, N., and Watkins, B. 1999. Test of existing mathematical models for atmospheric resuspension of radionuclides. *Journal of Environmental Radioactivity* 42:157-175.

Thiessen, K.M., Gouge, J.H., Hoffman, F.O., Apostoaei, A.I., Thomas, B.A., Lewis, C.J., Blaylock, B.G., Caldwell, B., Widner, T.E., Flack, S., Nair, S.K., and Reed, E.W. 1998. Radionuclides Released to the Clinch River from White Oak Creek on the Oak Ridge Reservation – An Assessment of Historical Quantities Released, Off-Site Radiation Doses, and Health Risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction.



Hoffman, F.O., Hammonds, J.S., Apostoaei, A.I., Blaylock, B.G., Thomas, B.A., Thiessen, K.M. 1998. Estimation of Health Risks Based on Revised Estimates of HEDR Doses for Maximum Representative Individuals Consuming Fish and Waterfowl from the Columbia River: An Evaluation of HEDR Reports on the Columbia River Pathways. Report prepared for the National Opinion Research Center. ATSDR, Atlanta, GA.

Hammonds, J.S., Hoffman, F.O., Apostoaei, A.I., Thiessen, K.M., Lewis, C.J., Blaylock, B.G., Caldwell, B., Flack, S., Nair, S.K., Reed, E.W., Thomas, B.A., and Widner, T.E. 1997. Radionuclides released from White Oak Creek on the Oak Ridge Reservation to the Clinch River: A reconstruction of historical quantities released, off-site doses, and health risks. Oak Ridge Health Studies, Oak Ridge Dose Reconstruction. Draft Report, November 1997.

Thiessen, K.M., Hoffman, F.O., Rantavaara, A., and Hossain, S. 1997. Environmental models undergo international test: The science and art of exposure assessment modeling were tested using real-world data from the Chernobyl accident. *Environmental Science & Technology* 31(8):358A-363A.

Garger, E.K., Hoffman, F.O., and Thiessen, K.M. 1997. Uncertainty of the long-term resuspension factor. *Atmospheric Environment* 31(11):1647-1656.

Nair, S.K., Miller, C.W., Thiessen, K.M., Garger, E.K., and Hoffman, F.O. 1997. Modeling the resuspension of radionuclides in Ukrainian regions impacted by Chernobyl fallout. *Health Physics* 72(1):77-85.

Hoffman, F.O., and Thiessen, K.M. 1996. The use of Chernobyl data to test model predictions for interindividual variability of [137]Cs concentrations in humans. *Reliability Engineering and System Safety* 54:197-202.

Hoffman, F.O., Simon, S.L., and Thiessen, K.M. 1996. The Role of Uncertainty Analysis in Dose Reconstruction and Risk Assessment. 31st Annual Meeting of the NCRP, pp. 107-134.

Nair, S.K., Hoffman, F.O., Thiessen, K.M., and Konoplev, A. 1996. Modeling the wash-off of [90]Sr and [137]Cs from an experimental plot established in the vicinity of the Chernobyl reactor. *Health Physics* 71(6):896-909.

IAEA (International Atomic Energy Agency). 1996. Validation of models using Chernobyl fallout data from southern Finland--Scenario S. Second Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-904.

IAEA (International Atomic Energy Agency). 1996. Modelling of radionuclide interception and loss processes in vegetation and of transfer in semi-natural ecosystems. Second Report of the VAMP Terrestrial Working Group. IAEA-TECDOC-857.

NCRP (National Council on Radiation Protection and Measurements). 1996. A Guide for Uncertainty Analysis in Dose and Risk Assessments Related to Environmental Contamination. (Consultant to Scientific Committee 64-17.) NCRP Commentary No. 14.

Hoffman, F.O., Thiessen, K.M., and Watkins, B. 1996. Opportunities for the testing of environmental transport models using data obtained following the Chernobyl accident. *Health Physics* 70 (1):5-7.



Thiessen, K.M., Hammonds, J.S., Lewis, C.J., Hoffman, F.O., and White, E.I. 1996. Screening Method for the Oak Ridge Dose Reconstruction. A Task 7 Report. ChemRisk, State of Tennessee. April 1996.

BIOMOVS II. 1996. Wash-off of Sr-90 and Cs-137 from Two Experimental Plots:  Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 9.

BIOMOVS II. 1996. Assessment of the Consequences of the Radioactive Contamination of Aquatic Media and Biota:  Model Testing Using Chernobyl Data. Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 10.

BIOMOVS II. 1996. Atmospheric Resuspension of Radionuclides:  Model Testing Using Chernobyl Data.  Stockholm, Swedish Radiation Protection Institute, BIOMOVS II Technical Report No. 11.

Thiessen, K.M., Hoffman, F.O., Hammonds, J.S., and White, E.I. 1995. A Review of the Preliminary Screening Analysis Carried Out during the Oak Ridge Dose Reconstruction Feasibility Study. ChemRisk, State of Tennessee, August, 1995.

Hoffman, F.O., and Thiessen, K.M. 1995. Use of Chernobyl data to test predictions and uncertainty estimates from exposure assessment models. In: Proceedings of a Symposium on Environmental Impact of Radioactive Releases. International Atomic Energy Agency, Vienna, Austria, 8-12 May 1995. IAEA-SM-339/20:325-336.

IAEA (International Atomic Energy Agency). 1995. Validation of models using Chernobyl fallout data from the Central Bohemia region of the Czech Republic--Scenario CB. First Report of the VAMP Multiple Pathways Assessment Working Group. IAEA-TECDOC-795.

Hoffman, F.O., Thiessen, K.M., and Rael, R.M. 1995. Comparison of interception and initial retention of wet-deposited contaminants on leaves of different vegetation types. *Atmos. Envir.* 29:1771-1775.

USEPA (US Environmental Protection Agency). 1994. Summary Review of Health Effects Associated with Mercuric Chloride: Health Issue Assessment.  Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/R-92/199.

Hoffman, F.O., Blaylock, B.G., Frank, M.L., and Thiessen, K.M. 1993. A risk-based screening approach for prioritizing contaminants and exposure pathways at Superfund sites.  *Environ. Monitoring and Assessment* 28:221-237.

Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Quantification of the interception and initial retention of radioactive contaminants deposited on pasture grass by simulated rain. *Atmospheric Environment* 26A:3313-3321.

Hoffman, F.O., Thiessen, K.M., Frank, M.L., and Blaylock, B.G. 1992. Determining the collection efficiency of gummed paper for the deposition of radioactive contaminants in simulated rain. *Health Physics* 62:439-442.

USEPA (US Environmental Protection Agency). 1988. Summary Review of Health Effects Associated with Hydrogen Fluoride and Related Compounds: Health Issue Assessment.  Research Triangle Park, NC: Office of Health and Environmental Assessment, Report No. EPA/600/8-89/002F.



USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Propargyl Bromide (106-96-7) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102. Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of the Potential Carcinogenicity of Ethanol, 1,2-Dichloro-, Acetate (10140-887-1) In Support of Reportable Quantity Adjustments Pursuant to CERCLA Section 102.  Washington, DC: Office of Health Effects Assessment [draft].

USEPA (US Environmental Protection Agency). 1988. Evaluation of Cancer Risk Assessment for Coke Oven Emissions (EPA-600/6-82-003F, EPA-450/3-85-028a). Washington, DC: Office of Policy, Planning and Evaluation [draft].

Thiessen, K.M., and Lalley, P.A. 1987. Gene assignments and syntenic groups in the sacred baboon (*Papio hamadryas*). *Cytogenet. Cell Genet.*  44:82-88.

Créau-Goldberg, N., Cochet, C., Turleau, C., de Grouchy, J., Thiessen, K.M., and Lalley, P.A. 1987. Primate genetic maps. Baboon, *Papio papio*, *hamadryas*, *cynocephalus*. In: S.J. O'Brien, ed., Genetic  Maps 1987. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York (1987). 511.

Thiessen, K.M., and Lalley, P.A. 1986. New gene assignments and syntenic groups in the baboon (*Papio papio*). *Cytogenet. Cell Genet*. 42:19-23.

Moore, K.L., and Lalley, P.A. 1985. New gene assignments and linkage groups in baboon (*Papio*) species [abstract]. Eighth International Workshop on Human Gene Mapping.  *Cytogenet. Cell Genet.* 40:702.

Roderick, T.H., Lalley, P.A., Davisson, M.T., O'Brien, S.J., Womack, J.E., Créau-Goldberg, N., Echard, G., and Moore, K.L. 1984. Report of the committee on comparative mapping.  Seventh International Workshop on Human Gene Mapping.  *Cytogenet. Cell Genet*. 37:312-339.

Moore, K.L., and Lalley, P.A. 1984. Comparative mapping in man and baboon (*Papio papio*) involving genes assigned to human chromosomes 4, 6, 14, 15, and 20 [abstract]. Seventh International Workshop on Human Gene Mapping. *Cytogenet. Cell Genet*. 37:542-543.

Moore, K.L., and Lane, E.T. 1981. An investigation of mathematical models for the addition reaction of chlorine to oleic acid [abstract]. *J. Tenn. Acad. Sci.* 56:54.



# Rebuttal and Supplemental Report on Fluoride in Drinking Water

Kathleen M. Thiessen, Ph.D.
August 1, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

## TABLE OF CONTENTS

**INTRODUCTION**................................................................................................................1

**REBUTTAL REPORT**........................................................................................................2

1.     Fluoride easily qualifies as a high priority chemical under EPA's own criteria...........................2

2.     The NRC's findings justified prioritization of fluoride ...........................................................9

3.     EPA fails to provide any empirical grounds to warrant prioritizing the 90 chemicals over fluoride................................................................................................................... 11

4.     EPA makes the unsupported assumption that water fluoridation provides a substantial benefit to health compared to reasonably available alternatives ...................................... 11

5.     Water fluoridation is neither necessary nor sufficient for caries prevention ................................. 13

**SUPPLEMENTAL REPORT** ...........................................................................................21

1.     Additional prospective cohort study .......................................................................................21

2.     Additional supporting information ..........................................................................................21

3.     Corrections to Thiessen report of June 27, 2019 .................................................................. 22

**REFERENCES**................................................................................................................24



**INTRODUCTION**

Subsequent to finalizing my report in this case, I have reviewed the expert reports of Drs. Tala Henry, Charlotte Lewis, and Gary Slade. I have also reviewed documents that I did not have access to prior to completing my report. Based on my review of these additional materials, I intend to offer the rebuttal opinions that are identified herein. I also intend to rely upon the materials that are identified in the supplemental report below as further support for my initial opinions.



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

## REBUTTAL OPINIONS

## (1) FLUORIDE EASILY QUALIFIES AS A HIGH PRIORITY CHEMICAL UNDER EPA'S OWN CRITERIA

According to EPA's summary of Dr. Henry's opinions, it appears Dr. Henry will testify that regulation of fluoride would be an unjustified and/or inefficient use of EPA's time because fluoride is not on EPA's list of 90 high-priority chemicals that the Agency identified in 2014. EPA has given no explanation for why fluoride was not included as a high priority chemical in the 2014 list,[1] let alone whether EPA even considered fluoride for placement on the list.

As detailed herein, fluoride readily meets EPA's definition of a High-Priority Substance as set out in EPA's July 20, 2017, Final Rule titled "Procedures for Prioritization of Chemicals for Risk Evaluation Under the Toxic Substances Control Act"[2] (hereafter "2017 criteria"). Fluoride also easily meets all of EPA's criteria for candidate chemicals as set out in EPA's 2012 TSCA Work Plan Chemicals: Methods Document[3] (hereafter "2012 criteria"), which is the criteria EPA used for selecting its list of 90 high-priority chemicals.

## (A)      Fluoride qualifies as a high priority chemical under EPA's 2017 criteria

First, fluoride meets EPA's recent definition of a High-Priority Substance as set out in its "Procedures for Prioritization of Chemicals for Risk Evaluation Under the Toxic Substances Control Act."[4] "High Priority Substance means a chemical substance that EPA determines, without consideration of costs or other non-risk factors, may present an unreasonable risk of injury to health or the environment because of a potential hazard and a potential route of exposure under the conditions of use, including an unreasonable risk to potentially exposed or susceptible subpopulations identified as relevant by EPA."[5] "A High Priority substance is one that presents '*a potential hazard and a potential route of exposure* under *the conditions* of use;*'* in other words, the statute directs that the *substance* is High Priority based on a potential risk from a single one of the chemical's various conditions of use."[6] "Potentially exposed or susceptible subpopulation means a group of individuals within the general population identified by the Administrator who, due to either greater susceptibility or greater exposure, may be at greater risk than the general population of adverse health effects from exposure to a chemical substance or mixture, such as infants, children, pregnant women, workers, or the elderly."[7] In the case of fluoride, the "conditions of use" by definition include "storage of the chemical substance near significant sources of drinking water," which is listed among the criteria and considerations for prioritization.[8]

As described in my earlier report in this case, numerous animal and human epidemiological studies—including high-quality prospective cohort studies—have identified a neurotoxic hazard from fluoride exposure. Even for those who would argue that further research is necessary before absolutely definitive conclusions can be reached, the *potential* for the hazard cannot be credibly denied. In terms of exposure, the conditions of use for water fluoridation are intended to cause exposure to the entire population; the route of exposure is actual and deliberate, not "potential." Exposed (actually exposed, not

---

[1] "Congress intended prioritization to be a public and transparent process of determining which chemicals on the TSCA Inventory deserve further evaluation. EPA does not believe TSCA allows EPA to simply exclude chemical substances from this process" (Federal Register 2017, p. 33756).
[2] Federal Register (2017).
[3] EPA (2012).
[4] Federal Register (2017).
[5] Federal Register (2017), p. 33757.
[6] Federal Register (2017), p. 33755 (italics in the original).
[7] Federal Register (2017), p. 33757.
[8] Federal Register (2017), p. 33759.



potentially exposed) subpopulations with particular susceptibility include infants (before and after birth), young children, pregnant women, and the elderly. Infants fed formula prepared with fluoridated water constitute a subpopulation with very high exposure and very high susceptibility.[9] A margin of exposure analysis between the levels found to be neurotoxic in animals and the levels that humans ingest from fluoridated drinking water shows that infants, as well as other susceptible subsets of the population, are receiving doses that create a risk of concern for neurotoxic effects.[10] Finally, EPA has characterized the prioritization determination as EPA "making a judgment as to whether or not a particular chemical substance warrants further assessment."[11] Dr. Joyce Donohue, EPA's main expert on the health effects of fluoride in drinking water,[12] has testified in this case that the recent epidemiologic data on fluoride neurotoxicity—which she considers to be well-conducted—warrants a reassessment of fluoride policies.[13] Fluoride thus meets the definition of a high priority chemical under EPA's 2017 criteria. Any consideration of benefit (e.g., alleged reductions in dental costs) would constitute a "non-risk factor" that is not to be considered at the prioritization stage.

**(B)     Fluoride qualifies as a high priority chemical under EPA's 2012 criteria**

Fluoride also meets all of EPA's criteria for candidate chemicals as set out in its 2012 TSCA Work Plan Chemicals: Methods Document[14] (see Table 1 of this report).

### *Hazard (Score:  3 = High)*

Under EPA's 2012 criteria, a chemical is given a "high" hazard rating if, *inter alia*, there is evidence of neurotoxicity from oral exposures in animals at doses < 10 mg/kg/day (13 weeks), < 20 mg/kg/day (40-50 days), or < 30 mg/kg/day (4 weeks).[15] As set forth in Table 2 below, fluoride has repeatedly caused neurotoxicity in animals at doses well below these thresholds, including in studies published prior to 2014.

The hazard assessment in the Methods Document also considers other endpoints of toxicity, including acute toxicity and reproductive toxicity. For acute toxicity, EPA considers a chemical to have a high hazard ranking if it has an Oral LD50 of < 50-300 mg/kg in mammals. Fluoride readily qualifies as a high hazard ranking under this criterion, as it has a "*Certainly* Lethal Dose" of 32-64 mg/kg in *humans*, and an oral LD50 dose of 31 to 126 mg/kg in animals. Similarly, for reproductive toxicity, a chemical has a high hazard ranking if it produces adverse reproductive effects at oral doses < 50 mg/kg/day. Again, fluoride qualifies as a high hazard under this criterion, as animal studies have documented adverse

---

[9] Water plant workers are an additional subpopulation whose exposure would not exist apart from the practice of water fluoridation. Further, the conditions of use in water fluoridation produce a substantial risk of high accidental exposures to members of the public via transportation accidents, spills, and overfeeds, examples of which are discussed by Ko and Thiessen (2015). A recent overfeed in Sandy, Utah, led to reported fluoride concentrations as high as 151.5 mg/L, a level that could have killed someone, especially since the public was not immediately warned to avoid the water (KSL.com 2019; Davidson 2019; O'Donoghue 2019). The high fluoride concentration also resulted in high concentrations of lead, arsenic, and copper (more than 20 times higher than regulatory limits for lead and copper). A similar accidental concentration of fluoride in drinking water killed a person in Alaska (Gessner et al. 1994). Accidental exposures to fluoridation chemicals are "potential exposures" which deserve adequate attention.

[10] Thiessen Report, p. 64-68. See also:  EPA (2016), p. 61: "If the MOE is lower than the benchmark MOE, then the risk is considered unacceptable." EPA (2007), p. 13: "Scenarios with an MOE less than the target MOE indicates [sic] a risk of concern . . . ." EPA (2000), p. C-12: "Thus, for developmental effects, an MOE greater than 100 would generally indicate a low level of concern, whereas a value less than 100 is judged to be of concern."

[11] Federal Register (2017), p. 33754.

[12] Deposition of Joyce Donohue at 35:20-36:1, 267:9-14.

[13] Deposition of Joyce Donohue at 243:8-244:10, 257:25-258:12, 271:24-272:19, 273:1-9.

[14] EPA (2012), pp. 9-15.

[15] EPA (2012), p. 8, Table 1.



reproductive effects—particularly in male animals—at doses less than 10 mg/kg/day.[16] Fluoride also qualifies as a high hazard for other individual endpoints that EPA considers, as detailed in Table 1.

Finally, under EPA's hazard assessment, the highest score from any individual endpoint is used as the "Total Hazard Score."[17] Thus, even if the hazard assessment for fluoride is limited to neurotoxicity, fluoride would receive a hazard ranking of 3 (High).

### *Exposure (Score: 3 = High)*

EPA's 2012 criteria considers three factors in its assessment of human exposure: (1) the extent of consumer and commercial use of the chemical, (2) general population and environmental exposure, and (3) industrial releases as documented in the Toxic Releases Inventory. Each of these factors is scored on a scale of 1-3 or 0-3, and the total sum of these scores is used to determine the "normalized overall exposure score." A chemical with a total exposure score of 7-9 is given a "high" ranking. As documented in Table 1, fluoride has a total exposure score of 9, which is the highest possible total exposure score a chemical can receive, producing a normalized overall exposure score of 3 (= High).

### *Persistence/Bioaccumulation (Score: ≥ 4 = Moderate/High)*

EPA's 2012 criteria call for consideration of a chemical's potential for persistence and bioaccumulation. For *persistence*, a chemical is given a high ranking if it has a half-life exceeding 6 months. Fluoride readily satisfies that criterion, as the estimated half-life of fluoride in bone is approximately 20 years.[18] Due to normal bone resorption mechanisms, fluoride in bone acts as a continuing source of fluoride to the body in the event that intake decreases or bone resorption increases. For *bioaccumulation*, the environmental hazards of fluoride are inadequately assessed,[19] but fluoride is persistent in the environment (i.e., nothing degrades or metabolizes fluoride), and there are published data demonstrating bioaccumulation in the ecosystem.[20] Whatever bioaccumulation score (1 to 3) is ultimately given to fluoride, its total persistence/bioaccumulation score will be at least 4, which results in a "Normalized P/B Score" of *at least* Moderate (score > 2). I have not attempted to further resolve the score for bioaccumulation, since, as a practical matter, it has no bearing on the Normalized Total Score, as discussed next.

### *Normalized Total Score (Score: ≥ 8 = High)*

Under EPA's 2012 criteria, the final determination of whether a chemical receives a "high priority" ranking is based on its "normalized total score." The normalized total score is derived by adding the scores for hazard, exposure, and persistence/bioaccumulation. A high priority chemical has a normalized total score of 7-9. In the case of fluoride, the total normalized score is ≥ 8, and thus fluoride is a high-priority chemical according to the method that EPA used to establish its 2014 list of 90 chemicals.

---

[16] For example, see Chinoy and Sharma (2000; adverse effects on sperm integrity in male mice from fluoride exposures of 4.5 mg/kg/day for 30 days); Ghosh et al. (2002; reduced sperm count and testosterone levels in male rats at a fluoride dose of 9.1 mg/kg/day for 29 days); Das et al. (2005; increased oxidative stress and decreased testosterone in male rats at a fluoride dose of 9.1 mg/kg/day for 30 days); Pushpalatha et al. (2005; decreases in sperm count, sperm motility, and sperm viability in male rats at water fluoride concentrations of 2 to 4 mg F/L for 75 days); Das et al. (2006; inhibition of testicular gametogenesis and steroidogenesis in male rats at a fluoride dose of 9.1 mg/kg/day for 28 days); Gupta et al. (2007; adverse effects on male reproductive system at water fluoride concentrations of 0.9 to 2.7 mg/L for 6 months); Reddy et al. (2007; decreased spermatogenesis and steroidogenesis in male rats at water fluoride concentrations of 2 to 4 mg/L for 90 days).

[17] EPA (2012), p. 9.

[18] NRC (2006), Chapter 3.

[19] For example, see Groth (1975b); NOAA (1993); Foulkes and Anderson (1994); Camargo (2003).

[20] For a summary, see Groth (1975a).



*Food and Water Watch v. EPA*                                                                 *Thiessen Rebuttal and Supplemental Report*

Table 1.  Summary of Hazard, Exposure, and Persistence and Bioaccumulation characteristics for fluoride (based on EPA's 2012 TSCA Work Plan Chemicals: Methods Document).

| Category | Basis | Score | References |
|----------|-------|-------|------------|
| **Hazard** | | | |
| Neurotoxicity (animal studies) | Observed effects (oral or prenatal exposure), at exposures as low as 0.75 mg/kg/day | 3 | See Table 2 of this report |
| Acute mammalian toxicity, oral | Certainly lethal dose ($LD_{100}$, humans), 32-64 mg/kg<br>Observed lethal doses (humans), 8-16 mg/kg<br>Oral $LD_{50}$ (animals), 31-126.3 mg/kg | 3 | ATSDR (2003), pp. 74-75; Whitford et al. 1990 |
| Chronic toxicity, oral | Intermediate exposure (animals), 0.5-67 mg/kg/day<br>Chronic exposure (humans), 0.01-0.87 mg/kg/day<br>Chronic exposure (animals), 2-10.5 mg/kg/day | 3 | ATSDR (2003), pp. 83-84; NRC (2006), pp. 261-262 |
| Reproductive toxicity, oral | Intermediate exposure (animals), < 2.3-19 mg/kg/day<br>Chronic exposure (animals), 4.5 mg/kg/day | 3 | ATSDR (2003), pp. 80-82, 85; Chinoy and Sharma (2000); Ghosh et al. (2002); Das et al. (2005; 2006); Pushpalatha et al. (2005); Gupta et al. (2007); Reddy et al. (2007) |
| Developmental toxicity, oral | Intermediate exposure (animals), 11.4 mg/kg/day | 3 | ATSDR (2003), p. 82 |
| Genotoxicity | Positive *in vivo* studies in humans (oral, inhalation); positive *in vitro* studies | 2 | NRC (2009), p. 92; Zhang et al. (2009) |
| | **Hazard Score** | **3** | **Ranking:  High** |



*Food and Water Watch v. EPA*                                              *Thiessen Rebuttal and Supplemental Report*

Table 1.  (continued)

| Category | Basis | Score | References |
|---|---|---|---|
| **Exposure** | | | |
| Use type | Fluoridation chemicals added to the drinking water of 210 million people in the United States (approximately 2/3 of the U.S. population) | 3 | CDC (2016; CDC 2019) |
| | Processed beverages (e.g., soda, juices) made with fluoridated drinking water | | Kiritsy et al. (1996); Heilman et al. (1999); Pang et al. (1992) |
| | Fluoride is the active ingredient in > 90% of toothpastes; also added to many other dental products (most of the U.S. population) | | USDHHS Panel (2015), pp. 320, 321 |
| | Fluoride is a metabolite of many anesthetics, including the anesthetics used for pediatric populations | | Neurath et al. (2019), p. 9 |
| | Fluoride is the active ingredient of a pesticide (cryolite) that is applied to various crops, including grapes, and has been detected at elevated levels (> 1 mg/L) in grape-based beverages, including juices and wine. | | Stannard et al. (1991); Burgstahler and Robinson (1997) |
| General population and environmental exposure | Measured in drinking water at levels of ~0.7 mg/L for 2/3 of the U.S. population; estimated exposures of formula-fed infants will typically reach or exceed 0.1 mg/kg/day; measurable in human urine and plasma; dental fluorosis, a marker of excessive childhood exposure to fluoride, is found in > 40% of U.S. children | 3 | Thiessen report in this case; NRC (2006), Chapter 2; CDC (2005), Table 23; Beltrán-Aguilar et al. (2010); Neurath et al. (2019); Jain (2017); Green (2018); Malin et al. (2018); Till et al. (2018) |
| Release score for TRI chemicals | > 17,000,000 pounds of HF in 2017 | 3 | EPA (2019) |



*Food and Water Watch v. EPA*                                           *Thiessen Rebuttal and Supplemental Report*

Table 1.  (continued)

| Category | Basis | Score | References |
|---|---|---|---|
| Release score for non-TRI chemicals | 40,000 to 76,000 tons of fluorosilicic acid produced per year (2009-2018) from phosphate rock processing; the primary use of fluorosilicic acid is for water fluoridation; some fraction of fluoridation chemicals is imported from China; most fluoridated water (>90%) is returned to the environment via storm and sanitary sewer systems and use on lawns and gardens | | USGS (2019); MarketWatch (2019) |
| | Production Volume | 3 | |
| | Number of Use Sites (municipal water systems) | 3 | |
| | Potential for release | 3 | |
| | **Normalized Exposure Score** | **3** | **Ranking:  High** |
| **Persistence/Bioaccumulation Potential** | | | |
| Persistence | Persistent in the environment; accumulates in calcified tissues of humans and animals; half-life in bone estimated at 20 years; remobilized from bone to blood if intake decreases | 3 | NRC (2006), Chapter 3 |
| Bioaccumulative Potential | Bioaccumulates in the ecosystem; accumulates in calcified tissues of humans and animals; over time, fluoride concentrations in bone may be thousands of times higher than fluoride concentrations in drinking water | $\geq 1$ | Groth 1975a; NRC (2006), Chapter 3 |
| | **Normalized Persistence/Bioaccumulation Score** | $\geq 2$ | **Ranking:  Moderate/High** |
| **Summary** | | | |
| | **Hazard Score** | **3** | |
| | **Normalized Exposure Score** | **3** | |
| | **Normalized Persistence/Bioaccumulation Score** | $\geq 2$ | |
| | **Normalized Total Score** | $\geq 8$ | **Ranking:  High** |



*Food and Water Watch v. EPA*                                                                 *Thiessen Rebuttal and Supplemental Report*

Table 2. Examples of orally administered fluoride intakes associated with neurotoxic effects in animal studies (for Table 1 above).

| Species | Endpoint | Fluoride intake (mg/kg/day)[a] | Duration of exposure | Reference |
|---|---|---|---|---|
| Rats, Sprague-Dawley | Mitochrondrial disturbances | 0.75 | Prenatal[b] + 60 days | Zhao et al. (2019) |
| Rats, Sprague-Dawley | Neurobehavioral tests | 3.8 | Prenatal[b] + 6 months | Zhou et al. (2019) |
| Rats, Wistar (female) | Neurobehavioral tests | 0.83 | Prenatal + 21 days | Bartos et al. (2019) |
| Mice, ICR (female) | Altered expression of mi-RNAs | 2.9 | Prenatal (from day 7) + 21 days | Wang et al. (2018) |
| Mice, Kunming | Altered mRNA expression | 2.9 | Prenatal + 21 days | Sun et al. (2018) |
| Rats, Sprague-Dawley | Impaired synaptogenesis | 0.75 | Prenatal[b] + 6 months | Chen et al. (2018) |
| Rats, Wistar (female) | Neurobehavioral tests | 0.83 | Prenatal + 21 days | Bartos et al. (2018) |
| Rats, Sprague-Dawley | Neurobehavioral tests | 0.75 | Prenatal[b] + 60 days | Cui et al. (2017) |
| Rats, Sprague-Dawley | Neurobehavioral tests | 1.8 | Prenatal[b] + 2 months | Jiang et al. (2014) |
| Rats, Wistar (male) | Oxidative brain damage | 9.0 | 30 days | Sarkar et al. (2014) |
| Rats, Wistar (male) | Oxidative brain damage | 9.0 | 30 days | Pal and Sarkar (2014) |
| Rats, Wistar | Neurobehavioral tests | 9.0 | Prenatal (from day 6) + 15 days | Banji et al. (2013) |
| Rats, Sprague-Dawley (female) | Oxidative brain damage | 11.3 | 3-6 weeks | Chauhan et al. (2013) |
| Rats, albino (male) | Oxidative brain damage | 4.7 | 5 weeks | Mansour and Tawfik (2012) |
| Rats, Wistar (male) | Oxidative brain damage | 4.7 | 5 weeks | Hassan and Abdel-Aziz (2010) |
| Mice, Swiss (male) | Oxidative brain damage | 2.7 | 30 days | Trivedi et al. (2007) |
| Rats, Wistar | Neurobehavioral tests | 2.3 | Prenatal + 9 days | Bera et al. (2007) |

[a] Intakes are the Lowest Observed Adverse Effect Level (LOAEL) in studies using multiple doses of fluoride or the treatment dose in studies using a single dose of fluoride. As needed, doses were calculated from the fluoride concentration in drinking water or from the administered dose of sodium fluoride (NaF).
[b] Exposure of the mother began before pregnancy.



*Food and Water Watch v. EPA*                     *Thiessen Rebuttal and Supplemental Report*

---

### (2) THE NRC'S FINDINGS JUSTIFIED PRIORITIZATION OF FLUORIDE

The finding that fluoride is a high-priority chemical under EPA's criteria should not come as a surprise to EPA. At the time that EPA created its list of 90 high-priority chemicals, there was already ample published toxicological data showing high (score = 3) hazards for acute toxicity, neurotoxicity, reproductive toxicity, and other individual endpoints identified in EPA's 2012 criteria. There is little excuse for EPA to have ignored fluoride in its prioritization assessment, particularly given the fact that EPA had received an extensive review of the toxicological literature from the NRC in 2006. Based on the findings and recommendations of the NRC report, EPA should have considered fluoride for prioritization.

EPA (and CDC) has already said that it accepts the 2006 NRC report on fluoride as a summary of the hazard.[21] The NRC concluded that EPA's health-based standard (MCLG) for fluoride was not protective against the best known and least sensitive adverse health effects associated with fluoride exposure. By definition, a protective MCLG would be expected to be at least a factor of 10 lower than a "not protective" value.

EPA lists several considerations for inclusion in its 2012 prioritization process:[22]

*Chemicals identified as potentially of concern for children's health (e.g., reproductive or developmental effects).* The NRC report identified fluoride as an endocrine disruptor,[23] and stated that a particular concern was inhibition of normal thyroid function in pregnant mothers, especially in cases of iodine deficiency,[24] a situation that is associated with cognitive deficits in the offspring. Dental fluorosis is a known developmental effect[25] that has been correlated with thyroid disease, lowered IQ, and increased risk of bone fracture, in the few studies that have addressed such correlations.[26] The studies available to the NRC at the time indicated that fluoride lowers intellectual abilities of children exposed during development,[27] and a considerable amount of research since then demonstrates that fluoride is neurotoxic to humans during key developmental stages.[28]

*Chemicals identified as persistent, bioaccumulative, and toxic (PBT).* The NRC identified fluoride's half-life in human bone as 20 years,[29] which is far in excess of the half-life of concern to EPA (> 6 months). As discussed earlier, due to normal bone resorption mechanisms, fluoride in bone acts as a continuing source of fluoride to the body in the event that intake decreases (e.g., during breastfeeding), and/or bone resorption increases.[30]

*Chemicals identified as probable or known carcinogens.* The NRC considered fluoride to be at least a possible carcinogen;[31] in particular, the NRC described an EPA approach to adjust an RfD (by applying an additional safety factor) in cases of possible carcinogenicity of a chemical. The NRC clearly could not rule out carcinogenicity of fluoride. Fluoride has also been shown to be genotoxic in a number

---

[21] EPA (2010), p. i; Federal Register (2015), p. 24940; USDHHS Panel (2015), p. 322; Deposition of Casey Hannan at 115:4-125:3 & 136:21-140:1.
[22] EPA (2012), pp. 2-3.
[23] NRC (2006), p. 266.
[24] NRC (2006), p. 263.
[25] NRC (2006), pp. 104-105.
[26] Li et al. (1995); Lin et al. (1991); Desai et al. (1993); Yang et al. (1994); Zhao et al. (1996); Jooste et al. (1999); Alarcón-Herrera et al. (2001); Susheela et al. (2005); Ding et al. (2011); Shivaprakash et al. (2011); Khan et al. (2015); Das and Mondal (2016); Dong et al. (2018); Yu et al. (2018).
[27] NRC (2006), pp. 220-221.
[28] See reports in this case by Grandjean and Thiessen.
[29] NRC (2006), p. 92.
[30] NRC (2006), p. 92.
[31] NRC (2006), pp. 334-335.



of studies.[32]  Soon after the 2006 NRC report, a study from Harvard reported a significantly elevated risk of osteosarcoma in boys as a function of estimated age-specific fluoride intake.[33]  This is still the only study that has looked at age-specific fluoride exposure with respect to cancer risk; animal studies have typically started after the corresponding age in the animals and therefore cannot be interpreted as showing no risk of pediatric osteosarcoma.[34]  A later Harvard study reported no significant association between bone fluoride levels and osteosarcoma risk,[35] but did not address age-specific exposure and thus cannot refute the earlier study.  However, the later study used controls that were more than twice the age of the cases, but with similar bone fluoride concentrations,[36] indicating much higher fluoride exposures among cases than controls, in order to reach similar bone fluoride concentrations.

*Chemicals used in children's products.*  As described by the NRC, infants and children receive some of the highest exposures to fluoride from municipal drinking water, especially when fluoridated tap water is used to prepare infant formula.[37]  Most infant formula also contains fluoride, apart from fluoride in the water used to prepare it.  In addition, some brands of nursery water and other bottled water specifically intended for children contain added fluoride.  Other products intended for or used by children also contain fluoride, especially toothpaste and prescription fluoride supplements (lozenges, tablets, drops).

*Chemicals used in consumer products.*  Municipal drinking water is, by any practical definition, a consumer product, and community water fluoridation is used in the drinking water for approximately 2/3 of the U.S. population.[38]  Much of the rest of the population receives at least some exposure to fluoride due to consumption of beverages and foods processed or produced in fluoridated areas.  The fluoride in drinking water is deliberately added for the specific purpose of being consumed by humans, even though the CDC and others acknowledge that the predominant benefit of fluoride is from topical use, not from ingestion.[39]  With respect to fluoride in drinking water, the EPA has referred to the "treated population,"[40] as opposed to treatment of water for the purpose of making it safe or clean.  Fluoride is also listed as the active ingredient in most toothpastes and some other consumer dental products, including prescription fluoride supplements (lozenges, tablets, drops).

*Chemicals detected in biomonitoring programs.*  Fluoride exposure, as reflected by dental fluorosis, has been monitored by CDC's NHANES surveys since 1999.[41]  The 1999-2004 NHANES surveys found that over 40% of U.S. children have dental fluorosis, a visible marker of fluoride exposure during the tooth-forming years.[42]  Further, based in part on concerns about fluoride's impact on the endocrine and neurological systems, the NRC recommended that fluoride should be included in nationwide biomonitoring surveys and nutritional studies,[43] which the CDC subsequently did in its NHANES surveys for both plasma and urinary fluoride.[44]

---

[32] NRC (2009), pp. 91-92; Zhang et al. (2009).  See discussion by Thiessen (2011); the fluoride concentrations associated with genotoxicity can occur *in vivo*.
[33] Bassin et al. (2006).
[34] See discussion by Thiessen (2011).
[35] Kim et al. (2011).
[36] Kim et al. (2011).
[37] NRC (2006), Chapter 2; also see Thiessen report in this case.
[38] CDC (2016).  The Office of Disease Prevention and Health Promotion (part of USDHHS), in its Healthy People 2020, lists increasing the percentage of the population served with fluoridated water as one of its oral health objectives. (https://www.healthypeople.gov/2020/topics-objectives/topic/oral-health/objectives)
[39] Hannan Deposition at p. 198:21-25; EPA (2010), p. 3; CDC (2001); Featherstone (2000).
[40] Federal Register (2010), p. 15544.
[41] See CDC (2005), Table 23; Beltrán-Aguilar et al. (2010); Neurath et al. (2019).
[42] See CDC (2005), Table 23; Beltrán-Aguilar et al. (2010); Neurath et al. (2019).
[43] NRC (2006), p. 87.
[44] Hannan Deposition at p. 102:9-19, 109:8-19.



*Chemicals identified as neurotoxic.* The studies available to the NRC at the time indicated that fluoride lowers intellectual abilities of children exposed during development[45] and that fluoride exposure may also be associated with dementia.[46] A considerable amount of research since then demonstrates that fluoride is neurotoxic to humans during key developmental stages and might also be important in later stages of life.[47]

## (3) EPA FAILS TO PROVIDE ANY EMPIRICAL GROUNDS TO WARRANT PRIORITIZING THE 90 CHEMICALS OVER FLUORIDE

An implicit premise in EPA's summary of Dr. Henry's opinions is that the 90 high-priority chemicals in its 2014 list warrant greater regulatory attention than fluoride. EPA's summary, however, fails to provide any empirical basis to support this premise. First, as noted earlier, EPA's summary of Dr. Henry's opinion does not mention whether EPA even considered fluoride as a candidate for prioritization. If fluoride was not considered, its absence from the list does not justify giving fluoride less regulatory scrutiny than the 90 chemicals in the list. Second, EPA's summary of Dr. Henry's opinion makes no attempt to compare the relative hazards of and exposures to fluoride with the 90 high-priority chemicals. A cursory review of the 90 high priority chemicals indicates that the extent of human exposure to most, if not all, of these chemicals will pale in comparison to fluoride.[48] Further, 61 of the 90 chemicals have a normalized total score that is actually lower ($\leq 7$) than the score for fluoride ($\geq 8$). Since overall population risk is a function of both hazard and exposure, the total number of Americans at risk of harmful effects from fluoride exposure is likely greater than for most of the chemicals on EPA's list— particularly in light of the recent prospective birth cohort studies which have reported large and significant associations between low-level prenatal fluoride exposure and IQ loss.[49] The key point here, however, is that Dr. Henry's testimony is devoid of a factual basis that would justify prioritizing the 90 chemicals on the 2014 list over and above fluoride.

## (4) EPA MAKES THE UNSUPPORTED ASSUMPTION THAT WATER FLUORIDATION PROVIDES A SUBSTANTIAL BENEFIT TO HEALTH COMPARED TO REASONABLY AVAILABLE ALTERNATIVES

The summary of Dr. Henry's opinions states that EPA may decide to exempt water fluoridation from regulation on the assumed grounds that it provides a substantial benefit to health compared to reasonably available alternatives. EPA provides no data to justify this assumption. As discussed in further detail in the response to Slade and Lewis below, the "substantial benefit to health" of water fluoridation is inadequately demonstrated and probably artifactual, and even if real, requires exposure of whole populations, including people who cannot benefit from it (e.g., infants and others with no teeth) and people who are demonstrably harmed by it. Given that approximately 1/3 of the U.S. population, and the populations of most other countries, manage without adding fluoride chemicals to their drinking water,[50] it cannot be argued that "technically and economically feasible alternatives" are necessary for addition to drinking water. Clarkson et al. (1996) "stress that fluoride toothpastes probably constitute the most rational and simple way of providing fluoride therapy to everybody, at least in the economically developed countries where such toothpaste is inexpensive and widely available."[51] Lewis has estimated that fluoride toothpaste in the U.S. costs less than 1 cent per person per day and thus can hardly be

---

[45] NRC (2006), pp. 220-221.
[46] NRC (2006), p. 223.
[47] See reports in this case by Grandjean and Thiessen.
[48] EPA (2014), pp. 1-26.
[49] This is highlighted by Dr. Grandjean's assessment of the economic impact of IQ losses caused by fluoride exposure vs. other major neurotoxicants (i.e., lead and mercury).
[50] SCHER (2011), pp. 29-30; Fejerskov (2019), pp. 20-21.
[51] Clarkson et al. (1996), p. 354.



considered a cost-prohibitive item.[52]  Use of fluoride toothpaste produces background salivary fluoride levels that equal those associated with fluoridated water,[53] and populations with ready access to fluoride toothpaste do not experience a reduction in plaque fluoride levels after the termination of water fluoridation programs.[54]  Since fluoride's predominant benefit to teeth is topical, populations with access to fluoride toothpaste would not be expected to experience a meaningful benefit from fluoridated water, which may help explain why caries rates have not increased subsequent to the termination of water fluoridation programs.[55]  As Slade notes in his report, however, the competing contribution of fluoride toothpaste to caries control in areas with water fluoridation "has not been tested in epidemiologic studies of dental caries," [56] which is a serious deficiency in the current literature.

Finally, Dr. Wells has addressed the relative effects of water fluoridation vs. toothpastes and other oral health interventions (i.e., sealants) in her two expert reports in this case.  First, Dr. Wells analyzed the prospective data from the Iowa Fluoride Study and found that toothbrushing has a far greater effect on caries than pre-eruptive fluoride ingestion (the latter of which had no measurable, let alone statistically significant, effect).  Second, Dr. Wells analyzed caries data from NHANES 2013-2014 and found that sealant use, and to a lesser extent toothpaste use, has a substantially greater effect on caries than water fluoride concentration.  EPA should thus not assume, in the absence of empirical data, that water fluoridation provides a health benefit that cannot be readily achieved by other measures that do not involve adding a known neurotoxicant into the drinking water.

---

[52] Lewis (2014), p. 8.
[53] Richards et al. (2013).
[54] Seppä et al. (1996).
[55] Burt et al. (2000); Künzel and Fischer (1997; 2000); Künzel et al. (2000); Maupomé et al. (2001); Neurath et al. (2017), Seppä et al. (2000a; 2000b).  One recent study concludes that the cessation of water fluoridation in Juneau, Alaska caused an increase in Medicaid dental claims (Meyer et al. 2018).  However, data from the Alaska Division of Health Care Services shows that Medicaid dental claims increased throughout Alaska during the same period of time (2003 to 2012) addressed in the Meyer study.  According to the Alaska Division of Health Care Services, "Dental reimbursement had largely been frozen in the 1999-2007 period—in 2008 and 2009 the Medicaid program received legislative authorization to increase Medicaid dental reimbursement."  As a result of the increased reimbursement, there was "increased dental participation in the program."  (See https://www.medicaid.gov/medicaid/benefits/downloads/sohap-alaska.pdf).  A separate report notes, "Over the 2008 to 2012 period, the total cost of the Alaska Medicaid program rose steadily from $1.0 billion in 2008 to more than $1.3 billion in 2012."  (See http://dhss.alaska.gov/Documents/Lewin_Final_Report.pdf).  Since Medicaid dental claims were increasing throughout Alaska, Meyer's conclusion that cessation of fluoridation caused the increase in Medicaid dental claims in Juneau is invalid.  More generally, usage of Medicaid dental services appears to reflect Medicaid reimbursement practices.  According to the American Dental Association, "A study by Decker (2011) . . . reported that changes in state Medicaid dental payment fees between 2000 and 2008 were positively associated with the use of dental care among children and adolescents covered by Medicaid."  (See https://www.aapd.org/assets/1/7/ADA-2012_Medicaid_Report.pdf, p. 5).
[56] Slade (2019), p. 11.



*Food and Water Watch v. EPA*                                 *Thiessen Rebuttal and Supplemental Report*

## (5) WATER FLUORIDATION IS NEITHER NECESSARY NOR SUFFICIENT FOR CARIES PREVENTION

Both Dr. Slade and Dr. Lewis describe the history of water fluoridation and assert its importance for caries prevention. This section briefly addresses several key issues in their reports.

I fully agree that the impact and burden of dental caries can be large, and that dental caries should be prevented, both in the population at large and in subpopulations. However, as pointed out recently in *Lancet*, sugar consumption (not lack of systemic fluoride intake) is "the primary causative factor in caries development,"[57] and efforts should be directed toward reduction of sugar consumption and improved availability of care for disadvantaged, marginalized, socially excluded, and lower socioeconomic groups and individuals.[58] With water fluoridation, resources that should go toward improved access to care and improved diet and nutrition are going toward a practice that is harmful to at least part of the population, especially to the lower socioeconomic persons that the practice is intended to help. The studies showing an apparent benefit from water fluoridation have some significant weaknesses and have not examined alternative explanations; the effect sizes are relatively small and likely due to bias in the studies. Further, estimates of the cost-effectiveness of fluoridation have failed to consider known and foreseeable costs of the policy, including treatment of dental fluorosis and reduced IQ. When these costs are included, the purported cost-effectiveness disappears.

### (A) Water fluoridation does not compensate for socioeconomic disparities

Slade and Lewis both refer to the 2007 death of a 12-year-old Maryland boy due to untreated caries and subsequent infection.[59] The death of any child from untreated caries is inexcusable. The boy, Deamonte Driver, lived in Prince George's County, Maryland,[60] which was fluoridated at approximately 0.9-1.0 mg/L in 2006 and 2007.[61] An estimated 93.8% of the Maryland population on public water supplies had fluoridated water in 2006.[62] A 2000-2001 survey in Maryland had already shown problems with access to care for children in that state,[63] and even after the public outcries about access to dental care following Deamonte Driver's death, Maryland in 2011-2012 still had 23% of its Medicaid-enrolled children receiving no dental services and 50% receiving only part of the required dental services.[64] It is thus inappropriate to use Deamonte Driver's story as a justification for continued implementation or expansion of water fluoridation. Rather, it is an example of how the practice of water fluoridation cannot make up for socioeconomic disparities and particularly not for a lack of access to proper dental care.

### (B) Declines in caries rates have been independent of water fluoridation

Water fluoridation is neither necessary nor sufficient to prevent or reduce caries. Similar declines in caries over time have been observed in all developed countries, with or without fluoridation.[65] In particular, available evidence shows little or no apparent effect of water fluoridation in prevention of early childhood caries (ECC), which is generally associated with lower socioeconomic status. Most studies of benefits of fluoride intake or fluoridation have failed to account for a number of important variables, including individual fluoride intakes (as opposed to fluoride concentrations in the local water supplies), sugar intake, socioeconomic variables, and the general decline in caries rates over the last several decades, independent of water fluoridation status. For example:

---

[57] Watt et al. (2019), p. 264.
[58] Kearns and Bero (2019); Peres et al. (2019); Watt et al. (2019).
[59] Slade (2019), p.3; Lewis (2019), p. 3.
[60] Otto (2007).
[61] WSSC Water Quality Reports for 2006 and 2007.
[62] CDC (2009).
[63] Vargas et al. (2005).
[64] DHHS (2016), p. 21. The three other states included in this report had similar statistics.
[65] For example, see Cheng et al. (2007); Pizzo et al. (2007); Neurath (2005); Diesendorf (1986).



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

- "What is clear, from this study, is that in Auckland, New Zealand, levels of child dental health are more related to socioeconomic factors than to water fluoridation."[66]

- "Water fluoridation status of the children's area of residence did not have a significant effect on ECC [early childhood caries] at the 0.1 level of significance in the unadjusted logistic regression analysis, nor was it found to be a confounder of the effect of race/ethnicity on ECC prevalence in the multi-variable model.  Thus we excluded this covariate from the final logistic regression model."[67]

- "Regardless of water fluoridation, the prevalence of BBTD [baby bottle tooth decay] remained high at all of the sites surveyed."[68]

- "[B]aseline fluoride variables (water fluoridation status, dentifrice use) were not associated with [early childhood caries]."[69]

- "[W]hile analysis of the total sample data indicated a significantly lower prevalence [of baby bottle tooth decay] among children drinking optimally fluoridated water, separate analyses for rural and nonrural residents revealed no significant differences in the rates [of baby bottle tooth decay] exhibited by optimally fluoridated water drinkers and their counterparts."[70]

- "Decades of programmatic efforts by Indian Health Service (IHS)—the federal agency whose mission is to provide preventive and curative health services to AI/AN people—and tribal health programs have resulted in little or no long-term improvement in ECC prevalence or severity in most AI/AN communities. **These interventions include community water system fluoridation**, attempts to improve children's diets and oral hygiene and, more recently, application of fluoride varnish and use of xylitol-containing products. Strategies found effective in preventing ECC in other populations have shown no demonstrable long-term or sustainable benefit in most AI/AN communities. In the words of a senior IHS dental officer, 'At best, we have had minor, transient victories from our efforts.'"[71]

- Lewis et al. did not identify a statistically significant effect on child caries of fluoridated water, fluoride supplements, toothpaste, or toothbrushing.[72]

- "The mean home water fluoride concentration (ppm) was generally slightly higher for the low-SES [socioeconomic status] group. . . .  Overall, the mean home water fluoride level was not significantly different."  Yet, "the mean number of decayed and filled surfaces was significantly higher in the low-SES group."[73]

- "Despite remarkable reduction in the prevalence of dental caries in the United States, dental caries is still a highly prevalent disease among children who are socially disadvantaged (racial/ethnic minority, poor, rural, immigrants)."[74]

The single study that has examined caries experience and individual fluoride intakes at various ages during childhood (the Iowa study) has demonstrated no relationship between fluoride intake and caries experience; caries rates (% of children with or without caries) at ages 5 and 9 were similar for all

---

[66] Colquhoun (1985).
[67] Shiboski et al. (2003).
[68] Kelly and Bruerd (1987).
[69] Warren et al. (2009a).
[70] Barnes et al. (1992).
[71] ADA (2011), p. 1 (emphasis added).
[72] Lewis et al. (2002).
[73] Hamasha et al. (2006).
[74] Vargas and Ronzio (2006).



levels of fluoride intake.[75]  The authors state that "the benefits of fluoride are mostly topical" and that their "findings suggest that achieving a caries-free status may have relatively little to do with fluoride *intake*" (emphasis in the original).  Most of the children with caries had "relatively few decayed or filled surfaces."[76]  The authors concluded that, "Given the overlap among caries/fluorosis groups in mean fluoride intake and extreme variability in individual fluoride intakes, firmly recommending an "optimal" fluoride intake is problematic."[77]  A recent analysis of the Iowa data for this case has reported "no reduction in caries from pre-eruptive exposure to fluoride in primary or permanent teeth, even when controlling for income.  By contrast, increased toothbrushing frequency was consistently associated with reduced caries.  Mother's education, gender, and age were also significantly associated with caries, albeit less consistently."[78]

Slade mentions the national data set collected in the U.S. in 1986-1987.[79]  Heller et al. analyzed more than 16,000 children, ages 7-17, with a history of a single continuous residence.[80]  These data show little difference in the caries rates in the permanent teeth of children with different water fluoride levels, although a clear dose response for dental fluorosis is readily visible.[81]  This study should have clearly shown any real benefit from water fluoridation, had there been one.  Similarly, a study of schoolchildren in Georgia reported no relationship between home water fluoride concentration and caries rates.[82]  Other studies in the U.S. have reported similar results.[83]

Very high levels of caries (adults and children) and tooth loss (adults) have been reported in an urban African-American population in Detroit,[84] in spite of the fact that Detroit has been fluoridated since 1967.[85]  For children, consumption of sugary drinks was associated with increased levels of decay.[86]  A study of African-American adults in New York City also reported high rates of caries, despite the city being fluoridated since 1965;[87] caries rates and missing teeth were associated with lower income and less education.[88]  In Cincinnati, the dental director described the city as suffering from an oral health crisis, despite the city being fluoridated since 1977, noting that "people would be shocked to learn how bad the problem has become."[89]

**(C) Diet and nutrition are more important to caries prevention than water fluoridation**

The roles of diet and nutrition in good dental health seem to be underappreciated.  For example, Cote et al. have documented a much lower rate of caries experience in refugee children from Africa than in U.S. children or refugee children from Eastern Europe, a situation that the authors attribute more to the

---

[75] Warren et al. (2009b).
[76] Warren et al. (2009b).
[77] Warren et al. (2009b).
[78] Wells (2019), p. 10.  "Pre-eruptive" exposure was defined as up to 6 months of age for primary teeth and up to 6 years of age for permanent teeth.
[79] Slade (2019), p. 16.
[80] Heller et al. (1997).
[81] See Appendix E of Thiessen's report in this case.  The paper by Heller et al. (1997) is cited as part of the basis for the DHHS recommendation of 0.7 mg/L (USDHHS Panel 2015), but the data from Heller et al. show little meaningful difference in percentage of children with caries experience, mean DMFS, or distribution of DMFS, with respect to water fluoride concentration.
[82] Adair et al. (1999).
[83] For example, Chankanka et al. (2011; 2015); Hildebolt et al. (1989).
[84] Ismail et al. (2008a; 2008b).
[85] CDC (1993), p. 443.
[86] Ismail et al. (2008b).
[87] CDC (1993), p. 634.
[88] Barrow et al. (2003).
[89] Solvig (2002).



amount of sugar in the diet than the presence of fluoride in the water.[90]  In an early National Research Council report, Finn provided an extensive review of dental caries in "modern primitive peoples," concluding that they "show less dental caries than do most civilized peoples. . . .  Evidence indicates, however, that primitive peoples have an increased caries attack rate when brought into contact with modern civilization and a civilized diet."[91]  As mentioned earlier, a recent set of articles in *Lancet* concluded that sugar consumption (not lack of systemic fluoride intake) is "the primary causative factor in caries development,"[92] and that efforts should be directed toward reduction of sugar consumption and improved availability of care for disadvantaged, marginalized, socially excluded, and lower socioeconomic groups and individuals.[93]

In my earlier report in this case, I referred to the higher likelihood of poor diet and nutrition in minority and lower socioeconomic population subgroups.[94]  For example, many children in these groups are likely to have lower milk consumption and corresponding lower calcium intake.  Increased fluoride exposure appears to increase the dietary requirement for calcium;[95] in addition, the substitution of tap-water based beverages (e.g., soft drinks or reconstituted juices) for dairy products results in both increased fluoride intake and decreased calcium intake,[96] as well as probable higher sugar intake.  Thus disadvantaged children are likely to have both higher sugar intake and higher fluoride intake than their higher socioeconomic counterparts, plus a greater susceptibility to harmful effects of fluoride due to their poorer nutrition.

**(D) Benefits from fluoride are predominantly from topical (post-eruptive) exposure**

Both Slade[97] and Lewis[98] describe the benefits of water fluoridation as being both pre-eruptive and post-eruptive.  However, a number of sources,[99] including the Centers for Disease Control and Prevention,[100] have concluded that the predominant beneficial effect of fluoride on teeth is topical, not from ingestion.[101]  Featherstone describes mechanisms by which topical fluoride has an anti-caries effect and states:  "Fluoride incorporated during tooth development [i.e., from ingested fluoride] is insufficient to play a significant role in caries protection."[102]  Also:  "The fluoride incorporated developmentally— that is, systemically into the normal tooth mineral—is insufficient to have a measurable effect on acid solubility." [103]  "The prevalence of dental caries in a population is not inversely related to the concentration of fluoride in enamel, and a higher concentration of enamel fluoride is not necessarily more efficacious in preventing dental caries."[104]  In addition, a recent analysis of the Iowa data carried out for

---

[90] Cote et al. (2004).
[91] Finn (1952).
[92] Watt et al. (2019), p. 264.
[93] Kearns and Bero (2019); Peres et al. (2019); Watt et al. (2019).
[94] Thiessen's report in this case, pp. 46-47, 50-51.
[95] NRC (2006), p. 250.
[96] NRC (2006), p. 52.
[97] Slade (2019), pp. 26-31.
[98] Lewis (2019), pp. 3-4.  Lewis provides no references for this description.
[99] Reviewed by NRC (2006).
[100] CDC (2001).
[101] CDC maintains that fluoridated water provides a topical anti-caries effect, but acknowledges that the background concentrations of fluoride in saliva associated with water fluoridation are too low to contribute significantly to a topical effect.  CDC states that "The concentration of fluoride in ductal saliva, as it is secreted from salivary glands, is low—approximately 0.016 parts per million (ppm) in areas where drinking water is fluoridated and 0.006 ppm in nonfluoridated areas.  This concentration of fluoride is not likely to affect cariogenic activity" (CDC 2001).
[102] Featherstone (2000).
[103] Featherstone (2000).
[104] CDC (2001).



this case has reported "no reduction in caries from pre-eruptive exposure to fluoride in primary or permanent teeth, even when controlling for income."[105]

In his report, Slade recognizes that a causal relationship should not be ascribed from epidemiological data where the relationship "violate[s] known scientific principles."[106] Despite this, Slade concludes from two cross-sectional epidemiological studies[107] that water fluoridation provides a pre-eruptive benefit without acknowledging, or making any attempt to reconcile this conclusion with, the findings of carefully controlled laboratory experiments which have shown that systemically incorporated fluoride confers no protective effect against decay.[108] Further, Slade implies that prenatal fluoride exposure provides a benefit to teeth without providing any data to support this conclusion,[109] and without acknowledging, or addressing, the contrary conclusions by CDC and Cochrane.[110]

**(E) Consistency of results does not mean that the mechanism has been correctly identified**

Slade mentions consistency of results as supporting an association between water fluoridation and lower levels of caries rates in children.[111] However, consistency of results does not necessarily mean that the correct mechanism or explanation for the results has been identified. For example, Komárek et al. have calculated that a delay in tooth eruption due to fluoride intake may explain the apparent reduction in caries rates observed when comparisons are made at a given age, as is usually done.[112] A delay in tooth eruption alters the curve of caries rates with respect to age and complicates the analysis of age-specific caries rates.[113] Specifically, "the longer the length of exposure to the oral environment the greater is the risk of the tooth becoming carious."[114] Studies of water fluoridation and caries routinely report caries experience in terms of an index of affected teeth or tooth surfaces, which Slade describes as "a simple count of affected teeth or tooth surfaces."[115] Provision of the number of teeth per child and of the index normalized for the number of teeth per child might give a different result, but these results are rarely included in reports of water fluoridation studies.

**(F) High-quality studies of water fluoridation are not available**

Both of the recent major meta-reviews of water fluoridation have failed to locate high-quality studies of the effects of water fluoridation on dental caries. The University of York's report in 2000[116] mentioned a surprising lack of high-quality studies demonstrating benefits and also reported little evidence that water fluoridation reduces socioeconomic disparities: "Given the level of interest surrounding the issue of public water fluoridation, it is surprising to find that little high-quality research

---

[105] Wells (2019), p. 10. "Pre-eruptive" exposure was defined as up to 6 months of age for primary teeth and up to 6 years of age for permanent teeth.
[106] Slade (2019), p. 26.
[107] Slade cites three papers analyzing the same study in Australia, and a study from Korea (Slade 2019, pp. 29-30).
[108] Reviewed by Featherstone (2000).
[109] Slade (2019), p. 26.
[110] In its 2001 review of fluoride modalities, CDC concluded that "Use of fluoride supplements by pregnant women does not benefit their offspring," and that there is "Good evidence to reject the use of this modality (CDC 2001, pp. 16, 24-25). CDC's representative in this litigation confirmed that CDC is unaware of any evidence that prenatal fluoride (from supplements or water) provides protection against caries (Hannan Deposition at 213:19-214:3, 217:3-19). A recent systematic review by the Cochrane Collaboration similarly concluded that "There is no evidence that fluoride supplements taken by women during pregnancy are effective in preventing dental caries in their offspring" (Takahashi et al. 2017).
[111] Slade (2019), pp. 1, 25.
[112] Komárek et al. (2005).
[113] Psoter et al. (2005); Alvarez (1995); Alvarez and Navia (1989).
[114] Finn and Caldwell (1963); citing Finn (1952).
[115] Slade (2019), p. 4.
[116] McDonagh et al. (2000a; 2000b).



Case 3:17-cv-02162-EMC   Document 151-2   Filed 12/19/19   Page 633 of 952

*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

has been undertaken."[117]  "Water fluoridation aims to reduce social inequalities in dental health, but few relevant studies exist.  The quality of research was even lower than that assessing overall effects of fluoridation."[118]  "Evidence relating to reducing inequalities in dental health was both scanty and unreliable."[119]

The Cochrane review[120] found "very little contemporary evidence" that met their inclusion criteria, with most data coming from studies carried out before 1975 that were considered to be at high risk of bias.  As with the York Report, the Cochrane review found inadequate evidence for an effect of fluoridation on reducing disparities in caries across different socioeconomic levels.  The Cochrane review also failed to find evidence on the effectiveness of fluoridation on prevention of caries in adults, even though some estimates of cost-effectiveness of fluoridation have been based on an assumption of caries prevention in adults.[121]

Thus while neither the York review nor the Cochrane review addressed other possible explanations for the findings of the water fluoridation studies, both concluded that the evidence for the "substantial benefit to health" of water fluoridation is weak and has a high potential for bias.[122]  The Cochrane review considered all 20 studies of caries outcome to be at high risk of bias, particularly in terms of confounding (e.g., with respect to sugar consumption/dietary habits, socioeconomic status, ethnicity, and use of other fluorides) and lack of blinded outcome assessors.[123]

Slade faults both the York review and (especially) the Cochrane review for being too restrictive and excluding too many studies, perhaps resulting in a lower estimate of benefit.[124]  However, the Cochrane reviewers used similar inclusion criteria to those used by the York review[125] and had clearly expected to find a larger number of studies than in fact they did; for example, several statistical analyses could not be conducted due to too few studies.[126]  A later, more inclusive meta-review cited by Slade reported a reduction in tooth decay by water fluoridation of 26-44%, compared with the 26-35% reported for the Cochrane review.[127]

**(G) Apparent benefits of water fluoridation may reflect bias and lack of blinded outcome assessment in the studies**

The effect of bias and lack of blinded outcome assessment in studies of water fluoridation deserves additional discussion.  Holman et al. have described the potential for inflation of effect size in studies where the observer is not blind to the subject's identity or treatment and the endpoint (data being obtained) is subjective.[128]  "Nonblind data collectors reported a substantially more beneficial effect of the clinical intervention than did blind assessors."[129]  The authors reported difficulty in finding evolutionary biology studies that had been carried out blind, found that "a lack of blind data recording inflates the mean reported effect size by 27% on average," and noted that the increase in effect size attributed to a

---

[117] McDonagh et al. (2000a).
[118] Cheng et al. (2007).
[119] Wilson and Sheldon (2006).
[120] Iheozor-Ejiofor et al. (2015).
[121] Discussed by Ko and Thiessen (2015).
[122] McDonagh et al. (2000a), pp. xii, xiii, 1, 45, 69; McDonagh et al. (2000b); Iheozor-Ejiofor et al. (2015).  Also see Appendix E of Thiessen's report in this case.
[123] Iheozor-Ejiofor et al. (2015), pp. 17, 30.
[124] Slade (2019), pp. 17-18.
[125] Iheozor-Ejiofor et al. (2015), p. 8.
[126] Iheozor-Ejiofor et al. (2015), pp. 11-12.
[127] Slade (2019), p. 22.
[128] Holman et al. (2015).
[129] Holman et al. (2015), summarizing three meta-analyses of trials in which patients were assessed by both blind and nonblind researchers.



*18*

*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

lack of blinding approximated the effect sizes typically reported in such studies.[130]  The effect sizes reported for caries reduction attributed to water fluoridation are of similar size, which suggests that the probable bias in many fluoridation studies may be responsible for the observed effect sizes.

Saltaji et al. have analyzed a number of meta-analyses specifically in the field of oral health interventions and found "significant differences in treatment effect size estimates between oral health trials based on lack of patient and assessor blinding."[131]  Of the 64 meta-analyses included in their study, 7 (including 125 individual trials) involved "subjective"[132] endpoints of either DMFS or DMFT (decayed, missing, or filled surfaces or teeth, respectively, for the permanent dentition).  Of the 7 meta-analyses, 6 were Cochrane reviews, and all 7 involved topical fluorides.  Where possible, Saltaji et al. made comparisons of trials with and without a particular type of blinding, within a single meta-analysis.  While for some meta-analyses, presence or lack of blinding made little apparent difference in the effect size, for others, a lack of blinding was associated with larger effect sizes by up to 0.38 (95% CI = 0.21-0.56) for lack of patient blinding, 0.35 (95% CI = 0.01-0.69) and 0.24 (95% CI = 0.08-0.40) for lack of assessor blinding, and 0.46 (95% CI = 0.26-0.66) and 0.36 (95% CI = 0.12-0.60) for lack of double blinding (patient and assessor).[133]  The high risk of bias (lack of blinding) in most fluoridation studies with similar subjective endpoints (DMFS, DMFT) can be expected to have a similar potential for inflation of effect sizes.

The DMFS/DMFT endpoint (or dmfs/dmft for deciduous teeth) is generally driven by the F (or f) component, reflecting "filled" surfaces or teeth.  Even if a study of fluoridation is carried out using assessors or examiners who are blind to an individual's fluoridation status, the dentists who previously treated the individuals are generally not blind to the fluoridation status of their patients, and thus an assessment may reflect potential bias on the part of the dentists with respect to diagnosis and treatment.  Colquhoun mentions "operator judgement on number of fillings required (conceivably influenced by knowledge of fluoridation status)"[134] as one of the alternative explanations for reported differences in decay rates among New Zealand children, along with changes in diagnostic practices in fluoridated areas.[135]

### (H) Water fluoridation does not save treatment costs and does not provide a net societal benefit

Lewis states that every $1 invested in water fluoridation saves $38 in treatment costs, without referencing a source of this estimate.[136]  Ko and Thiessen have already addressed the shortcomings in CDC's estimate that $1 in fluoridation costs saves $38 in treatment costs.[137]  Among other details, that estimate is based on inadequate assumptions of benefit[138] and unrealistic estimates of costs.  There is a potential small savings for large water systems, if the assumed caries benefit is real and continues into old age; for small water systems there is no savings.  When the costs of treating dental fluorosis are

---

[130] Holman et al. (2015).

[131] Saltaji et al. (2018).

[132] The authors' term; see Saltaji et al. (2018), Appendix 1.

[133] Saltaji et al. (2018), Figures 1, 3, and 7a.

[134] Colquhoun (1984).

[135] Colquhoun and Mann (1986).

[136] Lewis (2019), p. 14.

[137] Ko and Thiessen (2015).  This paper also addresses at least two papers cited by Slade (2019), including Griffin et al. (2007) and Slade et al. (2013).

[138] An empirical assessment of dental treatment costs in the Northwest found inconsistent and "generally small" associations between water fluoridation and dental treatment costs (Maupomé et al. 2007).  In total, the dental treatment costs over a six-year period were $32 less (in 1995 dollars) in the fluoridated areas, for an average annual difference of just over $5.  The study did not assess the countervailing costs of fluoridation, including treatment for dental fluorosis.



included,[139] costs exceed benefits, especially for small systems.  Most cost-benefit analyses of water fluoridation have ignored the costs of treating dental fluorosis, as well as a number of other societal costs:[140] health risks from occupational exposures at water treatment plants; accidents and overfeeds at water treatment plants leading to acute fluoride poisoning of consumers;[141] a variety of adverse health effects resulting in medical expenses or lost productivity;[142] political and legal costs associated with promoting, defending, or opposing water fluoridation; and costs of avoiding fluoridated water (e.g., costs of fluoride removal or of alternative sources of drinking water).

---

[139] According to EPA, the minimum/optimum lifetime costs for treating dental fluorosis (in 1987 dollars) were as follows:  $568.98/$2,310.65 (mild fluorosis); $745.20/$2,581.31 (moderate fluorosis); and $1,372.80/$3,180.43 (severe fluorosis).  See EPA (1987), Table11.

[140] Ko and Thiessen (2015).

[141] A number of such incidents are summarized by Ko and Thiessen (2015).  A recent overfeed in Sandy, Utah, led to reported fluoride concentrations as high as 151.5 mg/L, a level that could have killed someone, especially since the public was not immediately warned to avoid the water (KSL.com 2019; Davidson 2019; O'Donoghue 2019).  The high fluoride concentration also resulted in high concentrations of lead, arsenic, and copper (more than 20 times higher than regulatory limits for lead and copper).  A similar accidental concentration of fluoride in drinking water killed a person in Alaska (Gessner et al. 1994).

[142] As discussed by Grandjean in his report for this case, the loss in lifetime earnings from fluoride-associated reductions in IQ are enormous, rivaling the costs associated with lead.



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

## SUPPLEMENTAL REPORT

### (1)  Additional prospective cohort study

An additional paper describing a prospective cohort study of fluoride exposure and intelligence has become available since my earlier report in this case was submitted. This paper has recently been submitted for publication.

Till et al. compared the intelligence (measured between ages 2.5 and 4.0 years) of children who were exclusively breastfed during their first 6 months with that of children who were never breastfed or were only partially breastfed during their first 6 months, for both fluoridated and nonfluoridated cities in Canada. Breastmilk contains very low fluoride concentrations even when the mother consumes fluoridated water. All mothers in the analysis consumed tap water. Prenatal exposure was estimated from measurements of maternal urinary fluoride during pregnancy. The analysis included 398 mother-child pairs enrolled in the Maternal-Infant Research on Environmental Chemicals (MIREC) study in Canada.

Water fluoride concentration was significantly associated with lower performance IQ (PIQ; nonverbal IQ) in both the formula-fed infants and the breastfed infants. A 0.5 mg/L increase in water fluoride concentration (the approximate difference between nonfluoridated and fluoridated water) was associated with a decrement of 9.3 PIQ points (95% CI = -13.8 to -4.8) in the formula-fed infants and a decrement of 6.2 PIQ points (95% CI = -10.5 to -1.9) in the breastfed infants; these associations remained significant when the results were controlled for maternal urinary fluoride. In addition, a 0.5 mg/L increase in water fluoride concentration was significantly associated with lower full-scale IQ (FSIQ) in the formula-fed infants. The authors concluded that higher fluoride exposure in infancy was associated with diminished nonverbal intelligence in young children, consistent with earlier longitudinal cohort studies, and that the effect was more pronounced among formula-fed children.

In my initial report, I discussed various intrinsic and extrinsic factors that render infants more vulnerable to fluoride's neurotoxic effects, and I conducted a margin of exposure (MOE) analysis which identified infants as the population at greatest risk of harm.[143] This new study of the MIREC cohort, which is the first to specifically examine the effect of infant fluoride exposure on IQ, supports and reinforces my opinions on the heightened vulnerability of this population to fluoride exposure. I agree with the authors that "in the absence of any benefit from fluoride consumption in the first six months, it is prudent to limit fluoride exposure by using non-fluoridated water or water with lower fluoride content as a formula diluent."

### Reference

Till, C., Green, R., Flora, D., Hornung, R., Martinez-Mier, A., Blazer, M., Farmus, L., Ayotte, P., Muckle, G., and Lanphear, B. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. (Submitted for publication)

### (2)  Additional supporting information

In my earlier report (p. 25), I cited a member of a CASAC Lead Review panel with respect to the importance of preventing loss of even one or two IQ points. It has since come to my attention that EPA's final report on lead (p. 5-28) took the following position: "The value of one IQ point was selected as consistent with CASAC recommendations as to the magnitude of IQ loss they considered to be significant from a public health perspective." Additionally, in my initial report I cited and discussed EPA documents regarding margin of exposure (MOE) as an analysis for characterizing risk. Subsequent to finishing my

---

[143] Thiessen report, pp. 20, 24, 27, 33, 40-44, 66-67.



*Food and Water Watch v. EPA*                              *Thiessen Rebuttal and Supplemental Report*

report, I have received and reviewed additional EPA documents where the Agency characterizes the risk of a calculated MOE that is lower than the benchmark MOE for non-cancer health endpoints. EPA has variously characterized this risk as "unacceptable,"[144] a "human health risk,"[145] and a "risk of concern."[146] These documents further support my opinion that water fluoridation presents a neurotoxic risk.

**Reference**

EPA (Environmental Protection Agency). 2007. Lead: Human Exposure and Health Risk Assessments for Selected Case Studies. Volume I. Human Exposure and Health Risk Assessments - Full-scale, EPA-452/R-07-014a, October 2007.

**(3)  Corrections to Thiessen report of June 27, 2019**

P. 9, Table 1, footnote b should read as follows:  "Human studies of neurotoxicity endpoints."

P. 36, first full paragraph, the third sentence should read as follows:  "A unit increase in maternal urine fluoride ($\log_{10}$) corresponds to a decrease in Mental Development Index (MDI) of 19.5 points."

*Corrections to the reference list*

Galletti, P.M., and Joyet, G. 1958. Effect of fluorine on thyroidal iodine metabolism in hyperthyroidism. The Journal of Clinical Endocrinology and Metabolism 18(10):1102-10.

Gupta, S., Seth, A.K., Gupta, A., and Gavane, A.G. 1993. Transplacental passage of fluorides. The Journal of Pediatrics 123(1):139-141.

Ibarra-Santana, C., Ruiz-Rodríguez, M. del S., Fonseca-Leal, M. del P., Gutiérrez-Cantú, F.J., and Pozos-Guillén, A. de J. 2007. Enamel hypoplasia in children with renal disease in a fluoridated area. J. Pediatric Dentistry 31(4):274-278.

Kiritsy, M.C., Levy, S.M., Warren, J.J., Guha-Chowdhury, N., Heilman, J.R., and Marshall, T. 1996. Assessing fluoride concentrations of juices and juice-flavored drinks. JADA 127:895-902.

Lu, Y., Sun, Z.R., Wu, L.N., Wang, X., Lu, W., and Liu, S.S. 2000. Effect of high-fluoride water on intelligence in children. Fluoride 33:74-78.

McCauley, H.B., and McClure, F.J. 1954. Effect of fluoride in drinking water on the osseous development of the hand and wrist in children. Public Health Reports 69(7):671-83.

Niu, R., Sun, Z., Wang, J., Cheng, Z., and Wang, J. 2008. Effects of fluoride and lead on locomotor behavior and expression of Nissl body in brain of adult rats. Fluoride 41(4):276-282.

Niu, R., Xue, X., Zhao, Y., Sun, Z., Yan, X., Li, X., Feng, C., and Wang, J. 2015a. Effects of fluoride on microtubule ultrastructure and expression of Tubα1a and Tubβ2a in mouse hippocampus. Chemosphere 139:422-427.

---

[144] EPA (2016), p. 61.
[145] EPA (2016), p. 60.
[146] EPA (2007), p. 13; EPA (2000), p. C-12.



Till, C., Green, R., Grundy, J.G., Hornung, R., Neufeld, R., Martinez-Mier, E.A., Ayotte, P., Muckle, G., and Lanphear, B. 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environmental Health Perspectives 126(10):107001.

Turner, S.D., Chan, J.T., and Li, E. 1998. Impact of imported beverages on fluoridated and nonfluoridated communities. General Dentistry 146(2):90-193.

Yang, H., Xing, H., Liu, S., Yu, H., and Li, P. 2019. Analysis of the protective effects of γ-aminobutyric acid during fluoride-induced hypothyroidism in male Kunming mice. Pharmaceutical Biology, 57(1): 29-37.

Yao, Y., Zhou, J., Wang, X., Cui, Q., and Lin, F. 1996. Analysis on the correlation between TSH and intelligence in children with dental fluorosis from endemic fluorosis regions. Literature and Information on Preventive Medicine 2(1):26-27.

Yao, Y., Deng, Y., Yang, S., Zhou, J., Wang, X., and Cui, Z. 1997. Comparative assessment of the physical and mental development of children in an endemic fluorosis area with and without water improvement programs. Literature and Information on Preventive Medicine 3(1):42-43.


*References listed but not cited in the report*

CDC (Centers for Disease Control and Prevention). 1993. Fluoridation Census 1992. Atlanta, GA, U.S. Department of Health and Human Services.

Rose, D., and Marier, J.R. 1977. Environmental Fluoride. National Research Council of Canada.

Kathleen M. Thiessen

Kathleen M. Thiessen
August 1, 2019



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

## REFERENCES

ADA (American Dental Association). 2011. 2010 Symposium on Early Childhood Caries in American Indian and Alaska Native Children. American Dental Association.

Adair, S.M., Hanes, C.M., Russell, C.M., and Whitford, G.M. 1999. Dental caries and fluorosis among children in a rural Georgia area. *American Academy of Pediatric Dentistry* 21(2):81-85.

Alarcón-Herrera, M.T., Martín-Domínguez, I.R., Trejo-Vázquez, R., and Rodriguez-Dozal, S. 2001. Well water fluoride, dental fluorosis, and bone fractures in the Guadiana Valley of Mexico. *Fluoride* 34:139-149.

Alvarez, J.O. 1995. Nutrition, tooth development, and dental caries. *Am. J. Clin. Nutr.* 61S:410S-416S.

Alvarez, J.O., and Navia, J.M. 1989. Nutritional status, tooth eruption, and dental caries: A review. *Am. J. Clin. Nutr.* 49:417-426.

ATSDR (Agency for Toxic Substances and Disease Registry). 2003. Toxicological Profile for Fluorides, Hydrogen Fluoride, and Fluorine. U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry, Atlanta, GA, September 2003.

Banji, D., Banji, O.J., Pratusha, N.G., and Annamalai, A.R. 2013. Investigation on the role of *Spirulina platensis* in ameliorating behavioural changes, thyroid dysfunction and oxidative stress in offspring of pregnant rats exposed to fluoride. *Food Chemistry* 140(1-2):321-31.

Barnes, G.P., Parker, W.A., Lyon, T.C., Jr., Drum, M.A., and Coleman, G.C. 1992. Ethnicity, location, age, and fluoridation factors in baby bottle tooth decay and caries prevalence of Head Start children. *Public Health Reports* 107(2):167-172.

Barrow, S.L., Xionan, X., LeGeros, A.R., Mijares, D.Q., LeGeros, R.Z., Galvis, D.L., Snead, M., Tavares, M., and Cruz, G.D. 2003. Dental caries prevalence among a sample of African American adults in New York City. *Dent. Clin. N. Am.* 47:57-65.

Bartos, M., Gumilar, F., Gallegos, C.E., Bras, C, Dominguez, S., Mónaco, N., Esandi, M.D.C., Bouzat, C., Cancela, L.M., and Minetti, A. 2018. Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the α7 nicotinic receptor and oxidative stress. *Reproductive Toxicology* 81:108-114.

Bartos, M., Gumilar, F., Gallegos, C.E., Bras, C., Dominguez, S., Cancela, L.M., and Minetti, A. 2019. Effects of perinatal fluoride exposure on short- and long-term memory, brain antioxidant status, and glutamate metabolism of young rat pups. *International Journal of Toxicology* (doi: 10.1177/1091581819857558. [Epub ahead of print].

Bassin, E.B., Wypij, D., Davis, R.B., and Mittleman, M.A. 2006. Age-specific fluoride exposure in drinking water and osteosarcoma (United States). *Cancer Causes Control.* 17(4):421-428.

Beltrán-Aguilar, E.D., Barker, L., and Dye, B.A. 2010. Prevalence and severity of dental fluorosis in the United States, 1999-2004. NCHS Data Brief No. 53. Hyattsville, MD: National Center for Health Statistics.

Bera, I., Sabatini, R., Auteri, P., Flace, P., Sisto, G., Montagnani, M., Potenza, M.A., Marasciulo, F.L., Carratu, M.R., Coluccia, A., Borracci, P., Tarullo, A., and Cagiano, R. 2007. Neurofunctional effects of developmental sodium fluoride exposure in rats. *European Review for Medical and Pharmacological Sciences* 11(4):211-24.

Burgstahler, A.W., and Robinson, M.A. 1997. Fluoride in California wines and raisins. *Fluoride* 30(3):142-146.



*Food and Water Watch v. EPA*                         *Thiessen Rebuttal and Supplemental Report*

Burt, B.A., Keels, M.A., and Heller, K.E. 2000. The effects of a break in water fluoridation on the development of dental caries and fluorosis. *Journal of Dental Research*. Feb;79(2):761-9.

Camargo, J.A. 2003. Fluoride toxicity to aquatic organisms: A review. Chemosphere 50:251-264.

CDC (Centers for Disease Control and Prevention). 1993. Fluoridation Census 1992. Atlanta, GA, U.S. Department of Health and Human Services.

CDC (Centers for Disease Control and Prevention). 2001. Recommendations for Using Fluoride to Prevent and Control Dental Caries in the United States. Morbidity and Mortality Weekly Report 50(RR-14). Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

CDC (Centers for Disease Control and Prevention). 2005. Surveillance for Dental Caries, Dental Sealants, Tooth Retention, Edentulism, and Enamel Fluorosis—United States, 1988-1994 and 1999-2002. Morbidity and Mortality Weekly Report 54(SS3):1-43. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

CDC (Centers for Disease Control and Prevention). 2009. Fluoridation Status. National Oral Health Surveillance System, February 4, 2009.

CDC (Centers for Disease Control and Prevention). 2016. Water Fluoridation Data & Statistics. Division of Oral Health, September 7, 2016. (https://www.cdc.gov/fluoridation/statistics/index.htm; retrieved December 15, 2018).

CDC (Centers for Disease Control and Prevention). 2019. Over 70 Years of Community Water Fluoridation. (https://www.cdc.gov/fluoridation/basics/70-years.htm; retrieved July 26, 2019).

Chankanka, O., Cavanaugh, J.E., Levy, S.M., Marshall, T.A., Warren, J.J., Broffitt, B., and Kolker, J.L. 2011. Longitudinal associations between children's dental caries and risk factors. *J Public Health Dentistry* 71(4):289-300.

Chankanka, O., Levy, S.M., Marshall, T.A., Cavanaugh, J.E., Warren, J.J., Broffitt, B., and Kolker, J.L. 2015. The associations between dietary intakes from 36 to 60 months of age and primary dentition non-cavitated caries and cavitated caries. *J Public Health Dentistry* 75(4):265-73.

Chauhan, S.S., Ojha, S., and Mahmood, A. 2013. Effects of fluoride and ethanol administration on lipid peroxidation systems in rat brain. *Indian Journal of Experimental Biology* 51:249-55.

Chen, J., Niu, Q., Xia, T., Zhou, G., Li, P., Zhao, Q., Xu, C., Dong, L., Zhang, S., and Wang, A. 2018. ERK1/2-mediated disruption of BDNF–TrkB signaling causes synaptic impairment contributing to fluoride–induced developmental neurotoxicity. *Toxicology* 410:222-230.

Cheng, K.K., Chalmers, I., and Sheldon, T.A. 2007. Adding fluoride to water supplies. *BMJ* 335:699-702.

Chinoy, N.J., and Sharma, A. 2000. Reversal of fluoride-induced alteration in cauda epididymal spermatozoa and fertility impairment in male mice. *Environmental Sciences* 7(1):29-38.

Clarkson, B.H., Fejerskov, O., Ekstrand, J., and Burt, B.A. 1996. Rational use of fluorides in caries control. Chapter 19 in: Fejerskov, O., Ekstrand, J., and Burt, B.A (eds.), *Fluorides in Dentistry*, 2nd Ed. Copenhagen, Munksgaard, pp. 347-357.

Colquhoun, J. 1984. New evidence on fluoridation. *Soc. Sci. Med.* 19(11):1239-1246.

Colquhoun, J. 1985. Influence of social class and fluoridation on child dental health. *Community Dent. Oral Epidemiol.* 13:37-41.



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

Colquhoun, J., and Mann, R. 1986. The Hastings fluoridation experiment: Science or swindle? *The Ecologist* 16(6):243-248.

Cote, S., P. Geltman, M. Nunn, K. Lituri, M. Henshaw, and R.I. Garcia. 2004. Dental caries of refugee children compared with US children. *Pediatrics* 114:e733–e740.

Cui, Y.S., Zhong, Q., Li, W.F., Liu, Z.H., Wang, Y, and Hou CC. 2017. The influence of fluoride exposure on the changes of thyroid hormone levels and the intellectual impairment of offspring rats. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi (*Chinese Journal of Industrial Hygiene and Occupational Diseases*) 35(12):888-892.

Das (Sarkar), S., Maiti, R., and Ghosh, D. 2005. Induction of oxidative stress on reproductive and metabolic organs in sodium fluoride-treated male albino rates: Protective effect of testosterone and vitamin E coadministration. *Toxicology Mechanisms and Methods* 15:271-277.

Das (Sarkar), S., Maiti, R., and Ghosh, D. 2006. Management of fluoride induced testicular disorders by calcium and vitamin-E co-administration in the albino rat. *Reproductive Toxicity* 22(4):606-612.

Das, K., and Mondal, N.K. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.G., India. *Environ. Monit. Assess*. 188:218.

Davidson, L. 2019. As Sandy City declares all water now safe to drink, many residents wonder why it took a week to hear about tainted supplies. The Salt Lake Tribune, February 17, 2019.

Desai, V.K., Solanki, D.M., and Bansal, R.K. 1993. Epidemiological study on goitre in endemic fluorosis district of Gujarat. *Fluoride* 26:187-190.

DHHS (Department of Health and Human Services). 2016. Most Children with Medicaid in Four States Are Not Receiving Required Dental Services. Department of Health and Human Services, Office of Inspector General, January 2016.

Diesendorf, M. 1986. The mystery of declining tooth decay. *Nature* 322:125-129.

Ding, Y., Gao, Y., Sun, H., Han, H., Wang, W., Ji, X., Liu, X., and Sun, D. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. *J Hazardous Materials* 186:1942-1946.

Dong, L., Yao, P., Chen, W., Li, P., and Shi, X. 2018. Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of Xi'an. *Chinese J Endemiology* 37(1):45-48.

EPA (Environmental Protection Agency). 1987. Technical Report: Analysis of Costs for the Treatment of Dental Fluorosis. (Collins E, Segreto V, Martin H, and Dickson H.) EPA/600/5-87/001.

EPA (Environmental Protection Agency). 2000. Science Policy Council Handbook. Risk Characterization. Office of Science Policy, U.S. Environmental Protection Agency, EPA 100-B-00-002.

EPA (Environmental Protection Agency). 2007. Mefluidide: Occupational and Residential Exposure and Risk Assessment for the Reregistration Eligibility Decision (RED). Office of Prevention, Pesticides, and Toxic Substances, U.S. Environmental Protection Agency, February 28, 2007.

EPA (Environmental Protection Agency). 2010. Fluoride: Dose-Response Analysis for Non-cancer Effects. EPA-820-R-10-019. Office of Water, U.S. Environmental Protection Agency. December 2010.



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

---

EPA (Environmental Protection Agency). 2012. TSCA Work Plan Chemicals: Methods Document. Office of Pollution Prevention and Toxics, U.S. Environmental Protection Agency. February 2012.

EPA (Environmental Protection Agency). 2014. TSCA Work Plan for Chemical Assessments: 2014 Update. Office of Pollution Prevention and Toxics, U.S. Environmental Protection Agency. October 2014.

EPA (Environmental Protection Agency). 2016. Chemical Safety Advisory Committee Minutes No. 2016-02. A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding The Draft Risk Assessment for TSCA Work Plan Chemical 1-Bromopropane (CASRN-106-954-5), May 24-25, 2016.

EPA (Environmental Protection Agency). 2019. TRI Explorer. Releases: Chemical Report. TRI on-site and off-site reported disposed of or otherwise released (in pounds), for all industries, for all chemicals, U.S., 2017. (https://iaspub.epa.gov/triexplorer/tri_release.chemical).

Featherstone, J.D.B. 2000. The science and practice of caries prevention. *JADA* 131:887-899.

Federal Register. 2010. Environmental Protection Agency, National Primary Drinking Water Regulations: Announcement of the Results of EPA's Review of Existing Drinking Water Standards and Request for Public Comment and/or Information on Related Issues. Federal Register 75(59):15500-15572.

Federal Register. 2015. Department of Health and Human Services, Public Health Recommendation for Fluoride Concentration in Drinking Water for Prevention of Dental Caries. Federal Register 80(84):24936-24947.

Federal Register. 2017. Environmental Protection Agency, Procedures for Prioritization of chemicals for Risk Evaluation Under the Toxic Substances Control Act. Federal Register 82(138):33753-33764.

Fejerskov, O. 2019. Rational Use of Fluorides in Modern Society. Expert report prepared for this case.

Finn, S.B. 1952. Prevalence of dental caries. In: A Survey of the Literature of Dental Caries. Washington, DC: National Academy of Sciences, Publication 225, pp. 117-173.

Finn, S.B., and R.C. Caldwell. 1963. Dental caries in twins. I. A comparison of the caries experience of monozygotic twins, dizygotic twins and unrelated children. *Archives of Oral Biology* 8:571-585.

Foulkes, R.G., and Anderson, A.C. 1994. Impact of artificial fluoridation on salmon species in the northwest USA and British Columbia, Canada. *Fluoride* 27(4):220-226.

Gessner, B.D., Beller, M., Middaugh, J.P., and Whitford, G.M. 1994. Acute fluoride poisoning from a public water system. *NEJM* 330(2):95-99.

Ghosh, D., Das (Sarkar), S., Maiti, R., Jana, D., and Das, U.B. 2002. Testicular toxicity in sodium fluoride treated rats: Association with oxidative stress. *Reproductive Toxicology* 16:385-390.

Green, R. 2018. Prenatal fluoride exposure and neurodevelopmental outcomes in a national birth cohort. Master of Arts thesis, York University, Toronto, Ontario.

Griffin, S.O., Regnier, E., Griffin, P.M., and Huntley, V. 2007. Effectiveness of fluoride in preventing caries in adults. *J. Dent. Res.* 86(5):410-415.

Groth, E., III. 1975a. An evaluation of the potential for ecological damage by chronic low-level environmental pollution by fluoride. *Fluoride* 8(4):224-240.

Groth, E., III. 1975b. Fluoride pollution. *Environment* 17(3):29-38.

Gupta, R.S., Khan, T.I., Agrawal, D., and Kachhawa, J.B.S. 2007. The toxic effects of sodium fluoride on the reproductive system of male rats. *Toxicology and Industrial Health* 23:507-513.



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

Hamasha, A.A.-H., Warren, J.J., Levy, S.M., Broffitt, B., and Kanellis, M.J. 2006. Oral health behaviors of children in low and high socioeconomic status families. *Pediatr. Dent.* 28:310-315.

Hassan, H.A., and Abdel-Aziz, A.F. 2010. Evaluation of free radical-scavenging and anti-oxidant properties of black berry against fluoride toxicity in rats. *Food and Chemical Toxicology* 48(8-9):1999-2004.

Heilman, J.R., Kiritsy, M.C., Levy, S.M., and Wefel, J.S. 1999. Assessing fluoride levels of carbonated soft drinks. *JADA* 130:1593-1599.

Heller, K.E., Eklund, S.A., and Burt, B.A. 1997. Dental caries and dental fluorosis at varying water fluoride concentrations. *J. Public Health Dentistry* 57(3):136-143.

Hildebolt, C.F., Elvin-Lewis, M., Molnar, S., McKee, J.K., Perkins, M.D., and Young, K.L. 1989. Caries prevalences among geochemical regions of Missouri. *Am J Physical Anthropology* 78(1):79-92.

Holman, L., Head, M.L., Lanfear, R., and Jennions, M.D. 2015. Evidence of experimental bias in the life sciences: Why we need blind data recording. *PLOS Biology* 13(7):e1002190.

Iheozor-Ejiofor, Z., Worthington, H.V., Walsh, T., O'Malley, L., Clarkson, J.E., Macey, R., Alam, R., Tugwell, P., Welch, V., and Glenny, A.M. 2015. Water fluoridation for the prevention of dental caries. Cochrane Database of Systematic Reviews Issue 6, Article No. CD-01856.

Ismail, A.I., Sohn, W., Tellez, M., Willem, J.M., Betz, J., and Lepkowski, J. 2008a. risk indicators for dental caries using the International Caries Detection and Assessment System (ICDAS). *Community Dentistry and Oral Epidemiology* 36:55-68.

Ismail, A.I., Lim, S., Sohn, W., and Willem, J. 2008b. Determinants of early childhood caries in low-income African American young children. *Pediatric Dentistry* 30(4):289-296.

Jain, R.B. 2017. Concentrations of fluoride in water and plasma for US children and adolescents: Data from NHANES 2013-2014. *Environ Toxicol Pharmacol* 50:20-31.

Jiang, C., Zhang, S., Liu, H., Guan, Z., Zeng, Q., Zhang, C., Lei, R., Xia, T., Wang, Z., Yang, L., Chen, Y., Wu, X., Zhang, X., Cui, Y., Yu, L., and Wang, A. 2014. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. *Neuromolecular Med.* 16(1):94-105.

Jooste, P.L., Weight, M.J., Kriek, J.A., and Louw, A.J. 1999. Endemic goitre in the absence of iodine deficiency in schoolchildren of the Northern Cape Province of South Africa. *Eur. J. Clin. Nutr.* 53:8-12.

Kearns, C.E., and Bero, L.A. 2019. Conflicts of interest between the sugary food and beverage industry and dental research organisations: Time for reform. *Lancet* 394:194-196.

Kelly, M., and Bruerd, B. 1987. The prevalence of baby bottle tooth decay among two Native American populations. *J Public Health Dentistry* 47(2):94-97.

Khan, S.A., Singh, R.K., Navit, S., Chadha, D., Johri, N., Navit, P., Sharma, A., Bahuguna, R. 2015. Relationship between dental fluorosis and Intelligence Quotient of school going children in and around Lucknow District: A cross-sectional study. *J. Clinical and Diagnostic Research* 9(11):ZC10-ZC15.

Kim, F.M., Hayes, C., Williams, P.L., Whitford, G.M., Joshipura, K.J., Hoover, R.N., Douglass, C.W., and the National Osteosarcoma Etiology Group. 2011. An assessment of bone fluoride and osteosarcoma. *J. Dent. Res.* 90(10):1171-1176.

Kiritsy, M.C., Levy, S.M., Warren, J.J., Guha-Chowdhury, N., Heilman, J.R., and Marshall, T. 1996. Assessing fluoride concentrations of juices and juice-flavored drinks. *JADA* 127:895-902.



*Food and Water Watch v. EPA*                    *Thiessen Rebuttal and Supplemental Report*

Ko, L., and Thiessen, K.M.  2015.  A critique of recent economic evaluations of community water fluoridation.  *Int J Occupat Environ Health* 21(2):91-120.

Komárek, A., Lesaffre, E., Härkänen, T., Declerck, D., and Virtanen, J.I.  2005.  A Bayesian analysis of multivariate doubly-interval-censored dental data.  *Biostatistics* 6(1):145-155.

KSL.com. 2019. Sandy hit with 3 drinking water violations. KSL.com, March 8, 2019. (https://www.ksl.com/article/46506619/sandy-hit-with-3-drinking-water-violations?print=1;    retrieved March 8, 2019).

Künzel, W., and Fischer, T. 1997. Rise and fall of caries prevalence in German towns with different F concentrations in drinking water. *Caries Research* 31(3):166-73.

Künzel, W., and Fischer, T. 2000. Caries prevalence after cessation of water fluoridation in La Salud, Cuba. *Caries Research* Jan-Feb; 34(1):20-5.

Künzel, W., Fischer, T., Lorenz, R., and Brühmann, S. 2000. Decline of caries prevalence after the cessation of water fluoridation in the former East Germany. *Community Dentistry and Oral Epidemiology* Oct; 28(5):382-9.

Lewis, C.W. 2014. Fluoride and dental caries prevention in children. *Pediatrics in Review* 35(1):3-15.

Lewis, C.W. 2019. Community Water Fluoridation. Expert report prepared for this case.

Lewis, C.W., Riedy, C.A., Grossman, D.C., Domoto, P.K., and Roberts, M.C. 2002. Oral health of young Alaska Native children and their caregivers in southwestern Alaska. *Alaska Medicine* 44(4):83-87.

Li, X.S., Zhi, J.L., and Gao, R.O. 1995. Effect of fluoride exposure on intelligence in children. *Fluoride* 28:189-192.

Lin, F.F., Aihaiti, Zhao, H.X., Lin, J., Jiang, J.Y., Maimaiti, and Aiken. 1991. The relationship of a low-iodine and high-fluoride environment to subclinical cretinism in Xinjiang. *IDD Newsletter* 7:24-25.

Malin, A.J., Riddell, J., McCague, H., and Till, C. 2018. Fluoride exposure and thyroid function among adults living in Canada: Effect modification by iodine status. *Environment International* 121:667-674.

Mansour, H.H., and Tawfik, S.S. 2012. Efficacy of lycopene against fluoride toxicity in rats. *Pharmaceutical Biology* 50(6):707-11.

MarketWatch. 2019. By 2025, fluorosilicic acid market to cross US$ 1 Bn. (https://www.marketwatch.com/press-release/by-2025-fluorosilicic-acid-market-to-cross-us-1-bn-2019-06-24).

Maupomé, G., Clark, D.C., Levy, S.M., and Berkowitz, J. 2001. Patterns of dental caries following the cessation of water fluoridation. *Comm Dent Oral Epidemiol*  Feb; 29(1):37-47.

Maupomé, G., Gullion, C.M., Peters, D., and Little, S.J. 2007. A comparison of dental treatment utilization and costs by HMO members living in fluoridated and nonfluoridated areas. *J Public Health Dentistry* 67(4):224-33.

McDonagh, M., Whiting, P., Bradley, M., Cooper, J., Sutton, A., Chestnutt, I., Misso, K., Wilson, P., Treasure, E., and Kleijnen, J. 2000a. A Systematic Review of Public Water Fluoridation.  NHS Centre for Reviews and Dissemination, University of York, York, UK.

McDonagh, M.S., Whiting, P.F., Wilson, P.M., Sutton, A.J., Chestnutt, I., Cooper, J., Misso, K., Bradley, M., Treasure, E., and Kleijnen, J. 2000b. Systematic review of water fluoridation. *British Medical Journal* 321:855-859.

Meyer, J., Margaritis, V., and Mendelsohn, A. 2018. Consequences of community water fluoridation cessation for Medicaid-eligible children and adolescents in Juneau, Alaska. *BMC Oral Health* 18:215.



Neurath, C. 2005. Tooth decay trends for 12 year olds in nonfluoridated and fluoridated countries. *Fluoride* 38:324-325.

Neurath, C., Beck, J.S., Limeback, H.,Sprules, W.G., Connett, M., Osmunson, B., and Davis, D.R. 2017. Limitations of fluoridation effectiveness studies: Lessons from Alberta, Canada. *Community Dentistry and Oral Epidemiology* Dec; 45(6):496-502.

Neurath, C., Limeback, H., Osmunson, B., Connett, M., Kanter, V., and Wells, C.R. 2019. Dental fluorosis trends in United States oral health surveys: 1986-2012. *JDR Clinical & Translational Research* (doi: 10.1177/2380084419830957).

NOAA (National Oceanic and Atmospheric Administration). 1993. Effects of fluoride on fish passage. NOAA Technical Memorandum NMFS-NWFSC-7, April 1993.

NRC (National Research Council). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, National Academy Press. [Available: http://www.nap.edu/catalog/11571.html]

NRC (National Research Council). 2009. Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants: Volume 3. Washington, National Academy Press. [Available: http://www.nap.edu/catalog.php?record_id=12741]

O'Donoghue, A.J. 2019. Sandy delayed notifying state, public of contaminated water. KSL.com (February 16, 2019). (https://www.ksl.com/article/46492528/sandy-city-delayed-notifying-state-public-of-contamination-water; retrieved February 18, 2019)

Otto, M. 2007. For want of a dentist Pr. George's boy dies after bacteria from tooth spread to brain. *The Washington Post*, February 28, 2007.

Pal, S., and Sarkar, C. 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. *Environmental Toxicology and Pharmacology* 38(2):684-699.

Pang, D.T., C.L. Phillips, and J.W. Bawden. 1992. Fluoride intake from beverage consumption in a sample of North Carolina children. *J. Dent. Res.* 71(7):1382-1388.

Peres, M.A., Macpherson, L.M.D., Weyant, R.J., Daly, B., Venturelli, R., Mathur, M.R., Listl, S., Celeste, R.K., Guarnizo-Herreño, C.C., Kearns, C., Benzian, H., Allison, P., and Watt, R.G. 2019. Oral diseases: A global public health challenge. *Lancet* 394:249-260.

Pizzo, G., Piscopo, M.R., Pizzo, I., and Giuliana, G. 2007. Community water fluoridation and caries prevention: A critical review. *Clin. Oral Investig.* 11(3):189-93.

Psoter, W.J., Reid, B.C., and Katz, R.V. 2005. Malnutrition and dental caries: A review of the literature. *Caries Res.* 39:441-447.

Pushpalatha, T., Srinivas, M., and Reddy, P.S. 2005. Exposure to high fluoride concentration in drinking water will affect spermatogenesis and steroidogenesis in male albino rats. *BioMetals* 18:207-212.

Reddy, P.S., Pushpalatha, T., and Reddy, P.S. 2007. Suppression of male reproduction in rats after exposure to sodium fluoride during early stages of development. *Naturwissenschaften* 94:607-611.

Richards, A., Machiulskiene, V., Nyvad, B., Baelum, V. 2013. Saliva fluoride before and during 3 years of supervised use of fluoride toothpaste. *Clin Oral Invest* 17: 2057-63.

Saltaji, H., Armijo-Olivo, S., Cummings, G.G., Amin, M., da Costa, B.R., and Flores-Mir, C. 2018. Influence of blinding on treatment effect size estimate in randomized controlled trials of oral health interventions. *BMC Medical Research Methodology* 18:42.



Sarkar, C., Pal, S., Das, N., and Dinda, B. 2014. Ameliorative effects of oleanolic acid on fluoride induced metabolic and oxidative dysfunctions in rat brain: experimental and biochemical studies. *Food and Chemical Toxicology* 66:224–236.

SCHER (Scientific Committee on Health and Environmental Risks. 2011. European Commission, Directorate-General for Health & Consumers, May 16, 2011.

Seppä, L., Hausen, H., and Kärkkäinen, S.1996. Plaque fluoride and mutans streptococci in plaque and saliva before and after discontinuation of water fluoridation. *Eur J Oral Sci* 104:353-358.

Seppä, L., Kärkkäinen, S., and Hausen, H. 2000a. Caries in the primary dentition, after discontinuation of water fluoridation, among children receiving comprehensive dental care. *Community Dentistry and Oral Epidemiology* Aug; 28(4):281-8.

Seppä, L., Kärkkäinen, S., and Hausen, H. 2000b. Caries trends 1992-1998 in two low-fluoride Finnish towns formerly with and without fluoridation. *Caries Research* Nov-Dec; 34(6):462-8.

Shiboski, C.H., Gansky, S.A., Ramos-Gomez, F., Ngo, L., Isman, R., and Pollick, H.F. 2003. The association of early childhood caries and race/ethnicity among California preschool children. *J Public Health Dentistry* 63(1):38-46. [Errata in *J Public Health Dentistry* 63(4):264 (2000)]

Shivaprakash, P.K., Ohri, K., and Noorani, HJ. 2011. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot district. *J Indian Soc Pedodont Prevent Dent* 29(2):117-120.

Slade, G. 2019. Dental health benefits of fluoride in drinking water. Expert report prepared for this case.

Slade, G.D., Sanders, A.E., Do, L., Roberts-Thomson, K., and Spencer, A.J. 2013. Effects of fluoridated drinking water on dental caries in Australian adults. *J. Dent. Res.* 92(4):376-382.

Solvig, E. 2002. Cincinnati's Dental Crisis. Cincinnati Enquirer, October 6, 2002.

Stannard, J.G., Shim, Y.S., Kritsineli, M., Labropoulou, P., and Tsamtsouris, A. 1991. Fluoride levels and fluoride contamination of fruit juices. *J. Clinical Pediatric Dentistry* 16(1):38-40.

Sun, Z., Zhang, Y., Xue, X., Niu, R., and Wang, J. 2018. Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. *Human & Experimental Toxicology* 37(1):87-93.

Susheela, A.K., Bhatnagar, M., Vig, K., and Mondal, N.K. 2005. Excess fluoride ingestion and thyroid hormone derangements in children living in Delhi, India. *Fluoride* 38:98-108.

Takahashi, R., Ota, E., Hoshi, K., Naito, T., Toyoshima, Y., Yuasa, H., Mori, R., and Nango, E. 2017. Fluoride supplementation (with tablets, drops, lozenges or chewing gum0 in pregnant women for preventing dental caries in the primary teeth of their children (Review). *Cochrane Database of Systematic Reviews* 2017, Issue 10. Art. No.: CD011850.

Thiessen, K.M. 2011. Comments on EPA's Fluoride Risk Assessment and Relative Source Contribution Documents. Submitted to EPA's Office of Water and to EPA's Office of Pesticide Programs (April 19, 2011).

Till, C., Green, R., Grundy, J.G., Hornung, R., Neufeld, R., Martinez-Mier, E.A., Ayotte, P., Muckle, G., and Lanphear, B. 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environmental Health Perspectives* 126(10):107001.

Trivedi, M.H., Verma, R.J., and Chinoy, N.J. 2007. Amelioration by black tea of sodium fluoride-induced changes in protein content of cerebral hemisphere, cerebellum and medulla oblongata in brain region of mice. *Acta Poloniae Pharmaceutica* 64(3):221-5.



USDHHS Panel (U.S. Department of Health and Human Services Federal Panel on community Water Fluoridation). 2015. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Reports 130:318-331.

USGS (U.S. Geological Survey). 2019. National Minerals Information Center. Fluorspar Statistics and Information. Mineral Commodity Summaries for 2010-2019. (https://www.usgs.gov/centers/nmic/fluorspar-statistics-and-information)

Vargas, C.M., and Ronzio, C.R. 2006. Disparities in Early childhood Caries. *BMC Oral Health* 6(Suppl. I): S3.

Vargas, C.M., Macek, M.D., Goodman, H.S., and Wagner, M.L. 2005. Dental pain in Maryland school children. *J. Public Health Dentistry* 65(1):3-6.

Wang, J., Zhang, Y., Guo, Z., Li, R., Xue, X., Sun, Z., and Niu, R. 2018. Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. *Chemosphere* 197:117-122.

Warren, J.J., Weber-Gasparoni, K., Marshall, T.A., Drake, D.R., Dehkordi-Vakil, F., Dawson, D.V., and Tharp, K.M. 2009a. A longitudinal study of dental caries risk among very young low SES children. *Community Dent Oral Epidemiol.* April; 37(2) 116-122.

Warren, J.J., Levy, S.M., Broffitt, B., Cavanaugh, J.E., Kanellis, M.J., and Weber-Gasparoni, K. 2009b. Considerations on optimal fluoride intake using dental fluorosis and dental caries outcomes—a longitudinal study. *J. Public Health Dentistry* 69:111-115.

Watt, R.G., Daly, B., Allison, P., Macpherson, L.M.D., Venturelli, R., Listl, S., Weyant, R.J., Mathur, M.R., Guarnizo-Herreño, C.C., Celeste, R.K., Peres, M.A., Kearns, C., and Benzian, H. 2019. Ending the neglect of global oral health: Time for radical action. *Lancet* 394:261-272.

Wells, C.R. 2019. Pre-Eruptive Fluoride Ingestion and Caries: An Analysis of Prospective Cohort Data from the Iowa Fluoride Study. Expert report prepared for this case.

Whitford, G.M., Birdsong-Whitford, N.L., and Finidori, C. 1990. Acute oral toxicity of sodium fluoride and monofluorosphosphate separately or in combination in rats. *Caries Res.* 24:121-126.

Wilson, P.M., and Sheldon, T.A. 2006. Muddy waters: evidence-based policy making, uncertainty and the "York review" on water fluoridation. *Evidence & Policy* 2(3):321-331.

WSSC (Washington Suburban Sanitary Commission). WSSC Water Quality Reports for 2006 and 2007. (https://www.wsscwater.com/waterquality)

Yang, Y., Wang, X., Guo, X., and Hu, P. 1994. The effects of high levels of fluoride and iodine on child intellectual ability and the metabolism of fluoride and iodine. *Chinese Journal of Epidemiology* 15(4):296-8. English translation in *Fluoride* 41(4):336-339 (2008).

Yu, X., Chen, J., Li, Y., Liu, H., Hou, C., Zeng, Q., Cui, Y., Zhao, L., Li, P., Zhou, Z., Pang, S., Tang, S., Tian, K., Zhao, Q., Dong, L., Xu, C., Zhang, X., Zhang, S., Liu, L., and Wang, A. 2018. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. *Environment International* 118:116-124.

Zhang, R., Niu, Y., Du, H., Cao, X., Shi, D., Hao, Q., and Zhou, Y. 2009. A stable and sensitive testing system for potential carcinogens based on DNA damage-induced gene expression in human HepG2 cell. *Toxicology in Vitro* 23:158-165.

Zhao, L.B., Liang, G.H., Zhang, D.N., and Wu, X.R. 1996. Effect of a high fluoride water supply on children's intelligence. *Fluoride* 29:190-192.



Zhao, Q., Niu, Q., Chen, J., Xia, T., Zhou, G., Li, P., Dong, L., Xu, C., Tian, Z., Luo, C., Liu, L., Zhang, S., and Wang, A. 2019. Roles of mitochondrial fission inhibition in developmental fluoride neurotoxicity: Mechanisms of action in vitro and associations with cognition in rats and children. *Archives of Toxicology* 93(3):709-726.

Zhou, G., Tang, S., Yang, L., Niu, Q., Chen, J., Xia, T., Wang, S., Wang, M., Zhao, Q., Liu, L., Li, P., Dong, L., Yang, K., Zhang, S., and Wang, A. 2019. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicology and Applied Pharmacology [Epub ahead of print].



**Pre-Eruptive Fluoride Ingestion and Caries:**
**An Analysis of Prospective Cohort Data from the Iowa Fluoride Study**

Expert Report of
Christine R. Wells, PhD
June 27, 2019

## I.  INTRODUCTION

### A.  Assignment

I was asked to analyze data from the Iowa Fluoride Study (IFS) to determine whether fluoride ingestion during the period before teeth erupt through the gums reduces the occurrence of caries. Specifically, I was asked to address the following three questions:

(1) Does the ingestion of fluoride during the first 6 months of life have any association with the presence/absence of caries in the primary teeth, as measured at age 5?
(2) Does the ingestion of fluoride during the first 6 months of life have any association with the number of caries in the permanent teeth at ages 9, 13, or 17?
(3) Does the ingestion of fluoride during the first 6 years of life have any association with the number of caries in the permanent teeth at ages 9, 13, or 17?

Data from the IFS was supplied directly to me by an attorney representing Dr. Levy, the Principal Investigator of the IFS.  All analyses were conducted using Stata 15.1.

### B.  Qualifications

I am the senior member of the UCLA Institute for Digital Research and Education (IDRE) Statistical Consulting Group.  I have worked as a statistical consultant for this group for 18 years.  I have assisted more than 1000 researchers who use a wide variety of data analysis techniques, including the types of analyses that I preformed to address the questions listed above.  I have taught numerous workshops, teaching the types of analyses that I used to address the research questions involved in this matter.  Additionally, I have co-authored 10 peer-reviewed papers, which are identified in my CV (attached as **Appendix A**).

### C.  Updates and reservation

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report.

### D.  Compensation & Prior Litigation Work

The hourly rate for my work in this case is $200. I have not previously served as an expert in litigation.

## II.  BACKGROUND

### A.  Fluoride's Mode of Action

By way of background to my analysis, I understand the following to be true:

Since the advent of water fluoridation more than 70 years ago, there has been considerable debate about the mechanism(s) by which fluoride in water may reduce the occurrence of caries.

The original theory, when water fluoridation programs were first introduced in the 1940s, was that ingested fluoride is incorporated into the enamel during the tooth-forming years (prior to eruption) and makes the enamel stronger for life (i.e., permanently more resistant to caries). This "systemic benefit" theory relies upon fluoride entering the developing enamel from the bloodstream after being absorbed from the stomach/intestines. Once the enamel has completed development there is no more systemic incorporation of fluoride into the enamel. Thus, the "systemic" mechanism is limited to the period of tooth formation.

The current theory of fluoride's mechanism of action is that the predominant benefit of fluoride comes from topical contact with the enamel after eruption into the mouth. [CDC 2001; Featherstone 2000; Fejerskov 2004]. Topical fluoride can only act on teeth that have erupted into the mouth, not when they are still under the gums.

According to the American Dental Association, primary teeth (also known as "deciduous" or "baby" teeth) first begin to erupt into the mouth at six months of age, while permanent teeth first begin to erupt at six years of age. [ADA 2005, 2006]. Prior to six months, therefore, the pre-eruptive effect is the exclusive mode of action for fluoride's influence on caries (for both primary and permanent teeth); for permanent teeth, the pre-eruptive effect is the exclusive mode of action up through age 6,

## B.  Iowa Fluoride Study

The Iowa Fluoride Study (IFS) has been funded by over $25 million in grants from the National Institutes of Health (NIH) over the past 28 years. It is the only prospective cohort study of fluoride and caries to measure fluoride from all sources at frequent age intervals from birth through the teenage years. The IFS has also measured other factors that might be associated with caries, including socio-economic status, parental education, tooth brushing frequency, sugary drink and milk consumption. Many of these factors were measured at the same frequent age intervals as fluoride exposure. Caries were assessed in dental exams of primary and permanent teeth at ages 5, 9, 13, and 17 years. As noted by the IFS authors, "As studies involving recruitment and successful retention of a cohort from birth are extremely rare, the Iowa Fluoride Study offers a unique opportunity to study these relationships in unprecedented detail, enhancing our ability to develop effective adolescent caries prevention programs." [Levy 2004]

By providing age-specific fluoride intake data during the first six months and first six years of life, the IFS permits analyses of the effectiveness of pre-eruptive fluoride exposure in preventing caries. No published analyses of IFS data appear, however, to have ever directly addressed the question of fluoride's pre-eruptive versus post-eruptive benefits. The published IFS analyses that address the effectiveness of water fluoride exposure, or total fluoride exposure, have mostly found weak or no evidence of statistically significant benefits, and in those analyses where significant benefits were found, they can be attributed to post-eruptive exposures. [Broffit, et al. 2007; Chankanka, et al. 2011a,b; Chankanka, et al. 2015; Choo-Wosoba et al. 2018; Curtis, et al. 2018; Kong, et al. 2015]

The IFS data that were provided to me was previously analyzed by Dr. Levy and his team in two published studies [Warren, et. al., 2009, Curtis, et. al., 2018]. The Curtis 2018 study examined a wide range of risk and protective factors measured in the IFS. The Curtis 2018 paper reported which factors showed a significant effect on adjusted decayed and filled surface increments (ADJCI) between age 9 to 17, while simultaneously controlling for other factors. It did not find (post-eruptive) fluoride exposure during these years to provide a statistically

significant benefit. It did not consider pre-eruptive exposures. The Warren 2009 study found that total fluoride intake was clearly associated with dental fluorosis, but had little relation to caries risk at age 5 or 9. However, Warren did not provide data on statistical significance, and no attempt was made to distinguish pre-eruptive from post-eruptive exposures.

## III.  METHODS

**The Pre-Eruptive Exposure Period.** The American Dental Association's data on the eruption timing of primary and permanent teeth were used to define the pre-eruptive exposure period in the IFS. [ADA 2005, 2006]. Based on these data, the pre-eruptive exposure period for primary teeth was identified as the first six months of age, while the pre-eruptive exposure period for the permanent teeth was identified as the first six years of life.

For permanent teeth, analyses were conducted not just for the 0-6 year full pre-eruptive period, but also for the early pre-eruptive period from 0-6 months, during infancy. This was done because this age period may have distinctly different exposure patterns than the first six years of life (due to infant formula use) and because, as I understand it, this is an age of particular interest to the question of developmental neurotoxicity.

Identifying a strict demarcation between pre-eruptive and post-eruptive exposures has some inherent limitations that should be recognized. While the first primary teeth begin erupting at six months of age and the first permanent teeth begin developing at age six, this is not universal; and many primary and permanent teeth begin developing a year or more after the first teeth erupts. Some pre-eruptive exposure will thus occur for some teeth after the demarcation points (six months and six years) used in this analysis. Using later points in time for the demarcation, however, will result in a mixture of pre-eruptive and post-eruptive exposures – since some teeth in the mouth will be exposed to topical fluoride. The demarcation of six months and six years was thus chosen because it best avoids confounding by post-eruptive exposures.

To assess whether pre-eruptive exposures occurring after age 6 would affect the results of the analysis, a sensitivity analysis was run where total fluoride ingestion up through age 13 was used as the predictor for caries at age 17. Age 13 was chosen as the demarcation for the sensitivity analysis as the ADA eruption charts indicate that all permanent teeth erupt by age 13, with the exception of the wisdom teeth. [ADA 2006].

**Measure of Fluoride Exposure.** Several different measures of fluoride exposure are available in the IFS data set (e.g., water fluoride concentration, quantity of fluoride ingested from fluoride in water, total ingested fluoride from all sources, and total ingested fluoride adjusted for bodyweight). Of these measures, total daily ingested fluoride adjusted for bodyweight (milligrams of fluoride per day divided by bodyweight or mg/kg$_{bodyweight}$/day or more compactly mg/kg/d) was selected because it is the most comprehensive measure of exposure. This measure accounts for the potential ingestion of fluoride from non-water sources, including fluoride toothpaste and supplements. It also adjusts for body weight, which is standard practice in pharmacological and toxicological analyses.

**Time-varying Covariates.** The IFS assessed several risk variables from questionnaires administered every six months or more frequently at young ages. For these time-varying covariates (toothbrushing frequency, sugary beverage consumption, and milk consumption), I focused on the post-eruptive exposure period (i.e., >6 months for primary teeth, >6 years for permanent teeth). This decision was made based on the assumption that these covariates affect caries post-eruptively rather than pre-eruptively. For example, teeth cannot be brushed before they have erupted. IFS studies have used a similar approach, choosing the time periods considered relevant to caries outcomes and omitting times considered unlikely to affect caries outcome [e.g., Curtis 2018, Choo-Wosoba 2018].

3

**Non-time-varying covariates.**  The IFS obtained information on non-time-varying risk factors (e.g. sex, family income, mother's and father's educational levels) at the first questionnaire at about age 1.5 months, and again in 2007 during the early adolescent years.  Consistent with the Curtis [2018] study, I used the values collected in 2007.

**Regression Analyses.**   To assess whether pre-eruptive exposure to fluoride reduced caries while controlling for the other caries risk factors, I used multivariate regression analyses, specifically logistic regression (for binary outcomes) and negative binomial regression (for count outcomes).  These statistical analyses are based on what is called a "model" with specified fluoride exposure variables, other risk factors or covariates, outcome variables, and specifies the types of relationships between the variables.  Multivariate regression analysis is a standard method that allows assessment of whether each variable in the model has a statistically significant effect on the outcome while controlling for all the other variables in the model which may also influence the outcome.

The regression models used to analyze the IFS data included a pre-eruptive fluoride exposure measure as the main exposure (predictor) variable of interest, along with other variables (covariates) that might affect caries or confound the relationship between fluoride and caries.  The outcomes considered were the presence of any caries (caries yes/no) or the count of caries at three different ages: 9, 13, and 17 years.  All models are single-level models; the time-varying covariates were averaged to create a single value for each participant.

The regression models included all the predictor variables that Curtis 2018 considered in their study. The Curtis 2018 study was intended to determine which of the variables measured in the IFS influenced caries so it selected variables previously shown to influence caries or reasonably expected to influence caries.

The IFS data that I received was presented as follows:

Gender (dichotomous: male or female)
Income (ordinal: $10,000 - $80,000 given in $20,000 increments)[1]
Mother's Education (dichotomous:  < 4y college or ≥4 y college)
Father's Education (dichotomous:  < 4y college or ≥4 y college)
Exact Age at dental exam (continuous: measured in years)

The models had three time-varying covariates (averaged across the ages shown in Table 4-1):

Tooth Brushing Frequency; brushing (times per day)
Sugary Beverage Consumption; sugar (ounces per day)
Milk Consumption; milk (ounces per day)

Along with the five non-time-varying predictor covariates and three time-varying covariates, every model has one fluoride exposure variable for a total of nine predictor variables.  Every model has one outcome variable (either a binary variable or a count) that is a measure of caries from a dental exam conducted at age 5, 9, 13, or 17 years on either primary or permanent teeth.

Finally, each of the 13 models was rerun with one interaction term included.  These interaction terms included fluoride squared, fluoride by gender, fluoride by brushing frequency, fluoride by milk consumption, fluoride by sugary beverage consumption, and fluoride by income.  Although this meant that an additional 78

---

[1] Due to the low number of subjects in the bottom two income brackets (<$40,000), these brackets were combined into a single category for my analyses to ensure a sufficient sample size in each income category.

models were run, no correction was made for multiple comparisons. At the p-value of 0.05, 4 statistically significant relationships would be expected by chance alone.

**Age at Exam**: The outcome measure ages are nominal and not exact.  The exact age at exam could differ by a year or more from the nominal age and that is why Exact Age is a separate covariate, because caries risk is known to increase with age so our model included the exact age to control for this caries risk factor.

The time-varying covariates in each model are the average over the age period that is considered post-eruptive.  It is unlikely that pre-eruptive exposure to these factors would affect caries outcomes, so only post-eruptive exposures were included in the models.  This is consistent with the Curtis [2018] study that only included post-eruptive time periods for time-varying covariates.

Table 1 provides a summary of the 13 regression models considered in our analyses.

**Table 1.   Table of analyses.**

| Model # | Model name: (Exposure age for F ; permanent or primary teeth ; age of caries assessment; caries Y/N or caries count) | Primary or Permanent Teeth | Pre-eruptive F exposure age period (age range, units) | F exposure measure (units) | Outcome measure: (caries Y/N or count) | Time-varying covariates; age range (years) |
|---|---|---|---|---|---|---|
| 1 | 0–6moF_prim5y_Y/N | Primary | 0-6 mo | Total F (mg/kg/d) | Caries Y/N 5y | 0.5 – 5 |
| 2 | 0–6moF_perm9y_Y/N | Permanent | 0-6 mo | Total F (mg/kg/d) | Caries Y/N 9y | 6 – 9 |
| 3 | 0–6moF_perm9y_count | Permanent | 0-6 mo | Total F (mg/kg/d) | DFS count 9y | 6 – 9 |
| 4 | 0–6moF_perm13y_ Y/N | Permanent | 0-6 mo | Total F (mg/kg/d) | Caries Y/N 13y | 6 – 13 |
| 5 | 0–6moF_perm13y_count | Permanent | 0-6 mo | Total F (mg/kg/d) | DFS count 13y | 6 – 13 |
| 6 | 0–6moF_perm17y_ Y/N | Permanent | 0-6 mo | Total F (mg/kg/d) | Caries Y/N 17y | 6 – 17 |
| 7 | 0–6moF_perm17y_count | Permanent | 0-6 mo | Total F (mg/kg/d) | DFS count 17y | 6 – 17 |
| 8 | 0–6yF_perm9y_Y/N | Permanent | 0-6 y | Total F (mg/kg/d) | Caries Y/N 9y | 6 – 9 |
| 9 | 0–6yF_perm9y_count | Permanent | 0-6 y | Total F (mg/kg/d) | DFS count 9y | 6 – 9 |
| 10 | 0–6yF_perm13y_ Y/N | Permanent | 0-6 y | Total F (mg/kg/d) | Caries Y/N 13y | 6 – 13 |
| 11 | 0–6yF_perm13y_count | Permanent | 0-6 y | Total F (mg/kg/d) | DFS count 13y | 6 – 13 |
| 12 | 0–6yF_perm17y_ Y/N | Permanent | 0-6 y | Total F (mg/kg/d) | Caries Y/N 17y | 6 – 17 |
| 13 | 0–6yF_perm17y_count | Permanent | 0-6 y | Total F (mg/kg/d) | DFS count 17y | 6 – 17 |

**Statistical Significance:** I chose the conventional criteria of an alpha level of 0.05 (also described as a p-value of less than 0.05) to judge whether there was a statistically significant association between fluoride exposure and caries.  If the p-value was greater than 0.05, then the conclusion is that there was no statistical evidence that fluoride conferred a benefit against caries.

# IV.   RESULTS

## A.  Descriptive Statistics

Figure 1 shows the percentage of distribution of children who did or did not have caries at ages 5, 9, 13 and 17. Figure 2 shows the distribution of caries scores at ages 13 and 17. As would be expected, the percentage of children without caries in the permanent teeth progressively declined with age, with a concomitant rise in the number of decayed or filled surfaces. Larger, higher resolution versions of these figures can be found in **Appendix B.**

**Figure 1: Histograms showing the number of children with and without caries**



**Figure 2: Histograms showing the distribution of DFS in 13 and 17 year olds**



Table 2 shows the coefficients, p-values (a measure of statistical significance), and lower and upper 95% confidence intervals for the fluoride exposure variable in each model. In none of the models does the fluoride exposure have a statistically significant association with the caries outcome (i.e., no p-value is less than 0.05). Coefficients from logistic regression models are in the metric of expected log odds. Coefficients from negative binomial regression models are in the metric of expected log count. The 95% confidence intervals provide a measure of uncertainty around the coefficient. The 95% confidence intervals all show the lower and upper bound for the coefficient if a sample of 392 (the same number of participants in the IFS) was collected and analyzed a

6

large number of times (e.g., 10,000 times). The wider the 95% confidence interval is, the less precise the estimate of the coefficient is. Conversely, the narrower the 95% confidence interval is, the more precise the estimate of the coefficient is. A 95% confidence interval that includes 0 indicates that the coefficient is not statistically significantly different from 0 (i.e., the coefficient might be 0 in the population; a coefficient of 0 means no effect). Additional details of these analyses are provided in **Appendix C.**

Assessment for two-way interactions failed to identify any interaction effects. No interaction effects were seen in any of the models for fluoride and income, fluoride and toothbrushing frequency, or fluoride and sugary beverage consumption. In total, 78 analyses were run: 3 results were significant at a p-value of <0.05,[2] and two results were borderline significant (p-values of 0.051 and 0.054),[3] which is approximately what would be expected by chance alone: i.e., at a p-value of <0.05, random chance would be expected to produce 4 statistically significant results in a series of 78 analyses, which is essentially what I observed. Further, of the 5 statistically significant and borderline significant interactions, the kind of consistency across models that would be expected if the interactions were real was almost entirely lacking. For more details, see **Appendix D.**

**Table 2. Pre-eruptive Total Fluoride Intake relationship with caries.**

| Model # | Model name | Parameter coefficient* | p-value^Ω | Lower 95% Confidence Interval of coefficient | Upper 95% Confidence Interval of coefficient |
|---|---|---|---|---|---|
| 1 | 0–6moF_prim5y_Y/N | -0.2622 | 0.394 | -0.8651 | 0.3407 |
| 2 | 0–6moF_perm9y_Y/N | 0.2894 | 0.341 | -0.3068 | 0.8856 |
| 3 | 0–6moF_perm9y_count | 0.1448 | 0.639 | -0.4595 | 0.7490 |
| 4 | 0–6moF_perm13y_Y/N | 0.3384 | 0.212 | -0.1931 | 0.8698 |
| 5 | 0–6moF_perm13y_count | 0.1930 | 0.376 | -0.2340 | 0.6200 |
| 6 | 0–6moF_perm17y_Y/N | 0.2538 | 0.360 | -0.2894 | 0.7970 |
| 7 | 0–6moF_perm17y_count | 0.2639 | 0.119 | -0.0681 | 0.5958 |
| 8 | 0–6yF_perm9y_Y/N | -0.4096 | 0.588 | -1.8911 | 1.0719 |
| 9 | 0–6yF_perm9y_count | -0.8036 | 0.319 | -2.3831 | 0.7758 |
| 10 | 0–6yF_perm13y_Y/N | 0.5271 | 0.418 | -0.7500 | 1.8039 |
| 11 | 0–6yF_perm13y_count | 0.0039 | 0.994 | -1.0326 | 1.0403 |
| 12 | 0–6yF_perm17y_Y/N | -0.7932 | 0.22 | -2.0601 | 0.4736 |
| 13 | 0–6yF_perm17y_count | 0.0784 | 0.835 | -0.6577 | 0.8145 |

* The parameter coefficient shows the size of the change in the expected value when increasing fluoride exposure by 0.1 mg/kg/d. A positive value means an increase in caries; a negative value means a decrease in caries.
^Ω p-values greater than 0.05 indicate non-significant relationship

The following figures show the relationship between pre-eruptive fluoride ingestion and caries at ages 9, 13, and 17. The figures on the left show the (raw or unadjusted) relationship between fluoride and observed caries, without adjustment for other factors; the figures on the left show the relationship between fluoride and predicted caries after model adjustment for other factors. A horizontal line indicates that there is no relationship between the variables in the graph. A line with an upward slope indicates a positive relationship between the variables (meaning that as one variable increases, so does the other). A line that slopes downward from left to right shows a negative relationship between the variables (meaning that as one variable goes up, the other variable goes down). In the graphs below, the lines are nearly horizontal, meaning that there is no relationship between caries and pre-eruptive fluoride intake in these data. Appendix B provides larger, higher resolution versions of these figures.

---

[2] As documented in Appendix D, the three interaction effects that reached statistical significance were: 6 years of fluoride exposure squared for the age 17 binary caries count (p = 0.039); 6 months of fluoride exposure and milk for the age 17 binary caries outcome (p = 0.032); and 6 years of fluoride exposure and milk at the age 17 binary caries outcome (p = 0.007).
[3] As documented in Appendix D, the two interaction effects that reached borderline statistical significance were 6 months of fluoride exposure squared for the age 13 binary caries outcome (p = 0.051) and 6 months of fluoride exposure and female gender for the age 17 count outcome (p = 0.054).

**Figure 3.  Unadjusted (left) and adjusted (right) association between pre-eruptive F intake (0 to 6 mos) and caries at age 9.**

 

**Figure 4.  Unadjusted (left) and adjusted (right) association between pre-eruptive F intake (0 to 6 mos) and caries at age 13.**

 

**Figure 5.  Unadjusted (left) and adjusted (right) association between pre-eruptive F intake (0 to 6 mos) and caries at age 17.**

 

Food & Water Watch, et al. v. Environmental Protection Agency
Case No. 17-cv-02162

8

**Figure 6.  Unadjusted (left) and adjusted (right) association between pre-eruptive F intake (0 to 6 yrs) and caries at age 9.**



**Figure 7.  Unadjusted (left) and adjusted (right) association between pre-eruptive F intake (0 to 6 yrs) and caries at age 13.**



**Figure 8.  Unadjusted (left) and adjusted (right) association between pre-eruptive F intake (0 to 6 yrs) and caries at age 17.**



The correlation coefficients, which are given in each graph on the left (the graphs of the unadjusted data), range from -0.04 to 0.12.  Each of these values is very close to 0 (and statistically non-significant at p = 0.05),

meaning that there is no relationship between the observed number of caries and total fluoride intake for that age. The coefficient for the fluoride exposure variable and the associated p-value is given under each graph on the right (the graphs of the adjusted effects). As with the correlations shown on the left, none of the coefficients for fluoride exposure are statistically significant. Taken together, these graphs show that, in the IFS data, there is no relationship between caries and fluoride in either the raw or adjusted data at ages 9, 13 or 17.

Taking the results of all the models into consideration, the IFS data were remarkably consistent in showing no reduction in caries from pre-eruptive exposure to fluoride in primary or permanent teeth, even when controlling for income. By contrast, increased toothbrushing frequency was consistently associated with reduced caries. Mother's education, gender, and age were also significantly associated with caries, albeit less consistently.

To illustrate the strength of the effect of tooth brushing frequency on caries, graphs of the relationships between these two factors are shown in Figure 9. These are similar to the previous graphs, except instead of showing the relationship between fluoride and caries, they show the relationship between tooth brushing frequency and caries. In contrast to fluoride, tooth brushing frequency does show a strong statistically significant beneficial relationship with caries. These figures show visually that increasing brushing frequency is associated with a large reduction in caries count. The greater the brushing frequency, the lower the caries count. The resulting regression line has a steep downward slope to the right and is statistically significant ($p<0.0001$). This is in contrast to all the graphs of fluoride and caries, where the relationship was essentially a flat line indicating no association, or no benefit from fluoride.

**Figure 9: Unadjusted (left) and adjusted association between toothbrushing (6 to 17 yrs) and caries at age 17**

 

In simple terms, the Iowa Fluoride Study data show no evidence that pre-eruptive fluoride reduces caries. Even when a sensitivity analysis was run that extended the pre-eruptive exposure period to age 13 (thus encompassing the entire eruption period for all permanent teeth except the wisdom teeth, along with topical exposures from age 6 to 13), a benefit was still not observed. Further details about the sensitivity analysis are provided in **Appendix E**.

## V.   ASSUMPTIONS

The results of these analyses, as with any set of analyses, rest on certain assumptions.

- **Representativeness of the sample:** To the extent the results of these analyses are generalized beyond the actual sample studied, one must assume that the participants whose data are contained in the IFS dataset

are representative of the population of interest. While there are no rules or guidelines that measure the degree of "representativeness" that is "sufficient," I understand there is a contention that the benefits of fluoridated drinking water may be greater in low-income populations with less access to dental care. To the extent this contention is true, the IFS data may not generalize well to low-income communities as the IFS cohort is skewed towards middle-income families.

- **Sufficient power:**  It is assumed that a large enough number of participants were included in the IFS to provide sufficient power to detect the effect of interest.  There is an inverse relationship between power and effect size:  The higher the power, the smaller the effect that can be detected.  However, in real-world applications, the assumption is that there was enough power to detect an effect that is important in the real world.  The determination of an effect size that is important in the real world, and hence the power analysis (determining the number of participants needed for the study), should have been done before the data were collected.

- **Independence:**  It is assumed that the observations (and, by extension, the errors [defined as the difference between the raw and predicted values] for each of the models) are independent.  This means that the data provided by one participant are not related to data provided by another participant.  This assumption may be violated if, for example, multiple participants lived in the same household and therefore had similar habits with respect to brushing frequency, milk or sugary beverage consumption, etc.

- **Handling of missing data:**  The data sets that I received contained no missing data; it is assumed that any missing data, including both unit and item non-response, were handled in an appropriate manner before I received the data sets.

- **Correctly specified model:**  It is assumed that all of the relevant variables were collected and included in the dataset.  One of the assumptions of all regression models (including logistic regression and negative binomial models) is that all relevant predictors are included in the model and no irrelevant predictors are included.  In other words, it is assumed that the model is properly specified.  Proper specification of the model is based on theory; only variables suggested by theory to have an impact on the outcome should be included in the model.  To my knowledge, each model that I ran met this criterion.

- **Predictors measured without error:**  It is assumed that all of the predictor variables were measured without error.  In the context of these data, it is assumed that all participants are accurate in each reporting of the number of times per day they brushed their teeth, the number of sugary beverages consumed and milk consumption at each data collection, as well as all of the other variables contained in the dataset. With respect to the fluoride exposure assessment, the validity of the data is supported by previous analyses that have confirmed statistically significant relationships between fluoride intake and dental fluorosis (a condition with a well-established dose-response relationship with fluoride intake). [Bhagavatula, et al. 2018; Hong, et al. 2006; Levy, et al. 2010; Marshall, et al. 2004].

- **Linear relationship between each predictor and the outcome:**  It is assumed that there is a linear relationship between each of the predictors and the outcome variable.  This assumption was checked for each model, and no gross violations were observed.

- **No outliers:**  It is assumed that there are no outliers, which are extreme data points that lie an abnormal distance from the rest of the data.  This assumption was checked for each model, and no gross violations were observed.

## VI.    CONCLUSION

The Iowa Fluoride Study (IFS) is a prospective cohort study of mostly middle-income families that investigated the relationship between total daily fluoride intake (from birth through adolescence) and caries. As a prospective study, the IFS is well suited to study the causal relationship (if any) between pre-eruptive fluoride ingestion and caries development. Based on my analysis, it is my opinion, to a reasonable degree of scientific certainty, that the IFS data shows no significant association between pre-eruptive fluoride exposure and caries. This result supports the view that pre-eruptive ingestion of fluoride is an ineffective means of preventing caries.

Christine Wells, Ph.D.
June 27, 2019

## VII.   BIBLIOGRAPHY

American Dental Association [ADA]. Tooth eruption: the primary teeth. *JADA* 2005; 136:1619.

American Dental Association [ADA]. Tooth eruption: the permanent teeth. *JADA* 2006; 137:127.

Bhagavatula P, et al. The relationships between fluoride intake levels and fluorosis of late-erupting permanent teeth. *J Public Health Dent.* 2018; 78(2):165-174.

Broffitt B, et al. An investigation of bottled water use and caries in the mixed dentition. *J Public Health Dent.* 2007; 67(3):151-8.

Broffitt B, et al. Factors associated with surface-level caries incidence in children aged 9 to 13: the Iowa Fluoride Study. *J Public Health Dent.* 2013; 73(4):304-10.

Centers for Disease Control and Prevention [CDC]. Recommendations for Using Fluoride to Prevent and Control Dental Caries in the United States. *MMWR* 2001; 50(RR14);1-42.

Chankanka O, et al. Mixed dentition cavitated caries incidence and dietary intake frequencies. *Pediatr Dent.* 2011; 33(3):233-40.

Chankanka O, et al. Longitudinal associations between children's dental caries and risk factors. *J Public Health Dent.* 2011; 71(4):289-300.

Chankanka O, et al. The associations between dietary intakes from 36 to 60 months of age and primary dentition non-cavitated caries and cavitated caries. *J Public Health Dent.* 2015; 75(4):265-73.

Choo-Wosoba H, et al. A Bayesian approach for analyzing zero-inflated clustered count data with dispersion. *Stat Med.* 2018; 37(5):801-812.

Curtis AM, et al. Longitudinal associations between dental caries increment and risk factors in late childhood and adolescence. *J Public Health Dent.* 2018; 78(4):321-328.

Featherstone JD. The science and practice of caries prevention. *JADA* 2000; 131(7):887-99.

Fejerskov O. Changing paradigms in concepts on dental caries: consequences for oral health care. *Caries Res.* 2004; 38:182-191.

Hong L, et al. Fluoride intake levels in relation to fluorosis development in permanent maxillary central incisors and first molars. *Caries Res.* 2006; 40(6):494-500.

Kong M, et al. GEE type inference for clustered zero-inflated negative binomial regression with application to dental caries. *Comput Stat Data Anal.* 2015; 85:54-66.

Levy S. 2004. Project Summary. Grant Application to National Institutes of Health.

Levy SM, et al. Associations between fluorosis of permanent incisors and fluoride intake from infant formula, other dietary sources and dentifrice during early childhood. *JADA* 2010; 141(10):1190-1201.

Marshall TA, et al. Associations between Intakes of fluoride from beverages during infancy and dental fluorosis of primary teeth. *J Am Coll Nutr.* 2004; 23(2):108-16.

Warren JJ, et al. Considerations on optimal fluoride intake using dental fluorosis and dental caries outcomes--a longitudinal study. *J Public Health Dent* 2009; 69(2):111-5.

**Appendix A**

# Christine R. Wells, Ph.D.

(805) 469-4726
crwells@ucla.edu
ORCID: 0000-0002-8921-0578

## Experience

**Statistical Consulting Group, IDRE, UCLA**               **December, 2000 through present**

Provide consulting for faculty, staff and graduate student researchers on issues including experimental design, item development, instrument development, data collection techniques, statistical analysis, graphing of data and results, interpretation of results and response to comments from reviewers.  Consulting is provided one-on-one in walk-in consulting or individual meetings, small groups, via email, or via video-conferencing.

Areas of specialization include analysis of complex survey data, meta-analysis, and accessing data in old formats.

Advanced knowledge of SAS, Stata, SPSS, Mplus, HLM, SUDAAN and Wesvar.  Working knowledge of R, MLwiN, Statistica, PASS, G*Power, Survey Monkey, and LaTeX.

Current with respect to the latest developments in theoretical statistics, the practice and reporting of statistics and statistical software.  Have a strong professional relationship with the developers at SPSS, Stata and SAS.

Train new consultants, both full-time consultants and part-time graduate students.  Topics of training include how to use various statistical software packages, how to run and interpret various types of statistical analyses, where to find information to assist consulting clients, and how to effectively work with consulting clients who have a variety of needs, levels of statistical knowledge and expectations regarding the level of service provided by the Statistical Consulting Group.

Statistical collaborator on multiple fee-for-service projects and co-author of peer-reviewed papers resulting from this work.

Author of web pages that explain how to use various statistical packages to accomplish specific tasks.  Help to maintain the Statistical Consulting Group's website (https://stats.idre.ucla.edu/), which is internationally recognized and gets approximately one million hits per month.

Give presentations at workshops and conferences.  Present an introduction to statistical consulting services at graduate student orientations.  Present to classes and lab groups upon request of faculty members.

**Appendix A**

**Center for Healthier Children, Families and Communities, Department of Pediatrics, School of Medicine, UCLA** October, 1998 through December, 2000

Coordinated surveys that were sent to Child Welfare, Child Health, Child Mental Health and Medicaid agencies around the United States. Provided telephone support for respondents who had questions. Completed statistical analyses of the collected data and helped write reports of the findings.

**DecisionQuest** December, 1997 through May, 1998

Conducted jury research, including trial simulation, theme development and solution generation. Responsibilities included editing proposals, designing questionnaires, supervising research, leading focus sessions with jurors, analyzing data, summarizing findings and writing reports. Other duties included supervising employees, coordinating team efforts to accomplish specific tasks, significant contact with clients and maintaining delivery schedules.

## Publications

Karimli, L., Ssewamala, F. M., Neilands, T.B., Wells, C.R., & Bermudez, L. (2019). Poverty, economic strengthening, and mental health among AIDS orphaned children in Uganda: mediation model in a randomized clinical trial. *Social Science & Medicine.* 228: 17-24. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6502261/

Neurath C, Limeback H, Osmunson B, Connett M, Kanter V, Wells C.R. (2019). Dental Fluorosis Trends in US Oral Health Surveys: 1986 to 2012. *Journal of Dental Research: Clinical and Translational Research*. https://www.ncbi.nlm.nih.gov/pubmed/30931722

Angela Corinne Incollingo Rodriguez, M. L. White, E. C. Standen, T. Mann, Christine R. Wells, and A. Janet Tomiyama. (2018). Body Mass Index and Educational Inequality: An Update of Crandall (1995). *Stigma and Health*. Advance online publication. http://dx.doi.org/10.1037/sah0000149

Maria-Elena De Trinidad Young, Gabriela León-Pérez, Christine R. Wells and Steven P. Wallace. (2018). More Inclusive States, Less Poverty Among Immigrants? An Examination of Poverty, Citizenship Stratification, and State Immigrant Policies. *Population Research and Policy Review, 37*(2), 205-228.

Maria-Elena De Trinidad Young, Gabriela Leon-Perez, Christine R. Wells and Steven P. Wallace. (2017). Inclusive state immigrant policies and health insurance among Latino, Asian/Pacific Islander, Black, and White noncitizens in the United States. *Ethnicity and Health*, 1-13.

**Appendix A**

A. Janet Tomiyama, Jeffrey Hunger, Jolene Nguyen-Cuu, and Christine R. Wells. (2016). Weight and Cardiometabolic Health: New Perspectives. *International Journal of Obesity, 40*(5), 883-886.

Jeffrey Hunger, A. Janet Tomiyama, Jolene Nguyen-Cuu, and Christine R. Wells.  (2016). Moving to a personalized medicine approach to promote health across the weight spectrum. *International Journal of Obesity, 40(8)*, 1334.

A. Janet Tomiyama, Jeffrey Hunger, Jolene Nguyen-Cuu, and Christine R. Wells (2016). Misclassification of Cardiometabolic Health when using Body Mass Index Categories in NHANES 2005-2012. *International Journal of Obesity. 40*(5), 883-886.

Karen J. Saywitz, Christine R. Wells, Rakel P. Larson and Sue D. Hobbs. (2016).  Effects of Interviewer Support on Children's Memory and Suggestibility: Systematic Review and Meta-Analyses of Experimental Research. *Trauma, Violence and Abuse*.  1-18.

Karen J. Saywitz, Rakel P. Larson, Sue D. Hobbs and Christine R. Wells. (2015).  Developing Rapport with Children in Forensic Interviews: Systematic Review of Experimental Research. *Behavioral Sciences and the Law, 33*(4), 372-389.

Karen Saywitz, Rakel Larson, Sue Hobbs, and Christine R. Wells.  (2015). Listening to Children in Foster Care:  Eliciting Reliable Reports from Children:  Review of Influential Factors. A report commissioned by and submitted to the Swedish Government.

## Selected Conference Presentations

Stata Conference 2018: Approaches to Imputing Missing Data in Complex Survey Data

Western Users of SAS Software 2017:  Analysis of Complex Survey Data with SAS

Los Angeles Basin SAS Users Group 2015: An Introduction to Survey Procedures

Stata Conference 2015: Meta-analysis on the Effects of Interviewer Supportiveness on the Accuracy of Children's Reports

Stata Conference 2008: It's a Little Different with Survey Data

Stata Conference 2007: Survey Data Analysis with Stata 10: Accessible and Comprehensive

**Appendix A**

# Other

Chair of the Replicate Weights and Variance Estimation session at the Joint Statistical Meetings in 2018

Volunteer as the lead statistician for a Statistics without Boarders project for the World Food Programme (2016-2017)

Member of the Publicity and Social Media team for the 2017 Western Users of SAS Software conference

Co-chair of the Statistics and Analytics section of the 2017 Western Users of SAS Software conference

Co-chair of the Statistics and Analytics section of the 2016 Western Users of SAS Software conference

Chair of the Innovative Statistical Methods for Complex Survey Data at the Joint Statistical Meetings in 2016

Mentor in the Joint Statistical Meetings 2016 Mentoring Program

Academic Coordinator for the 2015 meeting of the Los Angeles Basin SAS Users Group

Chair of the Sample Allocation session at the Joint Statistical Meetings in 2015

Mentor in the Joint Statistical Meetings 2015 Mentoring Program

Review and edit books for Stata Press and SAS Press (2004 through 2015)


# Organizations

Member of the American Statistical Association

Co-president of the Westwood SAS Users Group

Member of Statistics Without Boarders

**Appendix A**

# Education

Ph.D. in Psychology, University of California, San Diego, 1997

- Teaching Assistant Training and Development Award

Master of Arts in Psychology, University of California, San Diego, 1994

Bachelor of Arts, majors in Psychology and Sociology, minor in History, University of California, Riverside, 1992

- Summa Cum Laude
- Phi Beta Kappa
- Outstanding Female Student of the College of Humanities and Social Sciences
- Honors from the University Honors Program

**APPENDIX B: FIGURES**













Appendix B



Appendix B



correlation = 0.04; p = 0.42; r-squared = 0.0018



p-value of coefficient = 0.64





Appendix B



correlation =  0.12;  p =  0.42;  r-squared =  0.01



p-value of coefficient =  0.12

Appendix B









Appendix B





Appendix B





Appendix B



Appendix B

# APPENDIX C

The following are the original 13 analyses conducted for this report.  After each analysis, there is a –contrast- command that gives the multi-degree-of-freedom test of the variable "incomen.  The –margins- command gives the predicted probabilities (for logit models) or predicted counts (for negative binomial models).  These values should be interpreted as a type of descriptive statistic that is based on the model from which it was calculated.  Also, these predicted values depend on the values at which the other covariates in the models are held.  By default, the covariates were held at their observed values.

. * (1) Does the ingestion of fluoride during the first 6 months of life predict

. * the incidence or extent of caries in the permanent teeth at ages 9, 13, or 17?

.

. * question 1 incidence age 9

. logit dfscount9b totalmgfkg6mos i.incomen i.momedu i.dadedu female ageapprox9 ///

> brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood = -175.56635

Iteration 1:   log likelihood = -167.54597

Iteration 2:   log likelihood = -167.37801

Iteration 3:   log likelihood = -167.37787

Iteration 4:   log likelihood = -167.37787


Logistic regression

| | |
|---|---|
| Number of obs | = 325 |
| LR chi2(11) | = 16.38 |
| Prob > chi2 | = 0.1277 |
| Log likelihood = -167.37787    Pseudo R2 | = 0.0466 |

----------------------------------------------------------------------------

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 2.893727 | 3.041963 | 0.95 | 0.341 | -3.068412 | 8.855865 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | -.0123922 | .5205356 | -0.02 | 0.981 | -1.032623 | 1.007839 |
| $60,000 - $79,999 | -.4541791 | .525906 | -0.86 | 0.388 | -1.484936 | .5765778 |

```
            $80,000 or More |   -.424212    .5054408     -0.84   0.401    -1.414858    .5664337
                            |

                    momedu |

4-Year College Degree or More |   -.450618    .3293065     -1.37   0.171    -1.096047    .1948108
                            |

                    dadedu |

4-Year College Degree or More |   .5566016    .3369159      1.65   0.099    -.1037415   1.216945
                    female |   .2726234     .287855      0.95   0.344    -.2915621    .8368089
                 ageapprox9 |   .2969082    .1907237      1.56   0.120    -.0769033    .6707198
                brushing9yrs |  -.5479659    .2874055     -1.91   0.057     -1.11127    .0153386
                    milk9yrs |  -.0369025    .0242361     -1.52   0.128    -.0844043    .0105993
                   sugar9yrs |   .0295071    .0338788      0.87   0.384    -.0368942    .0959083
                      _cons |  -2.858215    1.990703     -1.44   0.151    -6.759922    1.043492
```

------------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
-------------------------------------------------
            |      df       chi2     P>chi2
------------+------------------------------------
    incomen |       3       1.86     0.6013
-------------------------------------------------
```

. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                           Number of obs    =      325
Model VCE    : OIM

```
Expression    : Pr(dfscount9b), predict()

1._at         : totalmgfk~os    =              0

2._at         : totalmgfk~os    =            .05

3._at         : totalmgfk~os    =             .1

4._at         : totalmgfk~os    =            .15

5._at         : totalmgfk~os    =             .2


------------------------------------------------------------------------------
             |            Delta-method
             |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------+----------------------------------------------------------------
         _at |
          1  |   .2071964   .0323362     6.41   0.000     .1438186    .2705742
          2  |   .2307664   .0228525    10.10   0.000     .1859764    .2755565
          3  |   .2560723   .0363056     7.05   0.000     .1849146    .3272299
          4  |    .283052   .0632951     4.47   0.000     .1589959     .407108
          5  |   .3116057    .095657     3.26   0.001     .1241215    .4990899
------------------------------------------------------------------------------


. marginsplot, name(q1i9, replace)


  Variables that uniquely identify margins: totalmgfkg6mos


.

. * question 1 incidence age 13

. logit dfscount13b totalmgfkg6mos i.incomen i.momedu i.dadedu female ageapprox13 ///

> brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -217.97104

Iteration 1:   log likelihood = -201.72333

Iteration 2:   log likelihood = -201.59045

Iteration 3:   log likelihood = -201.59044
```

Appendix C

3

```
Logistic regression                          Number of obs    =        329

                                             LR chi2(11)      =      32.76

                                             Prob > chi2      =     0.0006

Log likelihood = -201.59044                  Pseudo R2        =     0.0752


-----------------------------------------------------------------------------------------------
                  dfscount13b |    Coef.    Std. Err.      z     P>|z|     [95% Conf. Interval]
------------------------------+----------------------------------------------------------------
               totalmgfkg6mos |   3.38362   2.711449     1.25    0.212    -1.930723    8.697963
                              |
                      incomen |
            $40,000 - $59,999 |  .3339506   .4952619     0.67    0.500    -.6367449    1.304646
            $60,000 - $79,999 | -.364741    .493734     -0.74    0.460    -1.332442     .6029598
             $80,000 or More  |  .1922648   .471231      0.41    0.683    -.7313309    1.115861
                              |
                       momedu |
4-Year College Degree or More | -.5772747   .2852507    -2.02    0.043    -1.136356    -.0181936
                              |
                       dadedu |
4-Year College Degree or More |  .1630318   .2940057     0.55    0.579    -.4132088     .7392724
                       female |  .2198536   .2535127     0.87    0.386    -.2770222     .7167295
                   ageapprox13 |  .6176175   .2008017     3.08    0.002     .2240535    1.011182
                brushing13yrs | -.6839824   .2716287    -2.52    0.012    -1.216365    -.1515999
                     milk13yrs | -.0105282   .0219678    -0.48    0.632    -.0535842     .0325279
                    sugar13yrs |  .0528356   .0271723     1.94    0.052    -.0004212     .1060923
                        _cons | -8.251802   2.785777    -2.96    0.003    -13.71182     -2.79178
-----------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions
```

```
Margins      : asbalanced


------------------------------------------------
             |     df      chi2    P>chi2
-------------+----------------------------------
    incomen  |      3      3.74    0.2913
------------------------------------------------


. margins momedu


Predictive margins                      Number of obs    =         329

Model VCE   : OIM


Expression  : Pr(dfscount13b), predict()


-------------------------------------------------------------------------------------------------
-
                             |        Delta-method
                             |    Margin   Std. Err.      z    P>|z|     [95% Conf.
Interval]
----------------------------------+--------------------------------------------------------------
-
                      momedu |
Less than 4-Year College Degree |  .4402827   .0417124   10.56   0.000     .3585278
.5220375
  4-Year College Degree or More |  .3159269   .0379021    8.34   0.000     .2416402
.3902137
-------------------------------------------------------------------------------------------------
-


. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                      Number of obs    =         329

Model VCE   : OIM
```

Appendix C

```
Expression  : Pr(dfscount13b), predict()

1._at       : totalmgfk~os   =           0

2._at       : totalmgfk~os   =         .05

3._at       : totalmgfk~os   =          .1

4._at       : totalmgfk~os   =         .15

5._at       : totalmgfk~os   =          .2


------------------------------------------------------------------------------
            |            Delta-method
            |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
------------+-----------------------------------------------------------------
        _at |
          1 |  .3412187   .0375436     9.09   0.000     .2676346    .4148028
          2 |   .376738    .025633    14.70   0.000     .3264982    .4269778
          3 |  .4135442    .039709    10.41   0.000      .335716    .4913724
          4 |  .4512843   .0665783     6.78   0.000     .3207931    .5817754
          5 |  .4895693   .0962675     5.09   0.000     .3008886    .6782501
------------------------------------------------------------------------------


. marginsplot, name(q1i13, replace)


  Variables that uniquely identify margins: totalmgfkg6mos


.

. * question 1 incidence age 17

. logit dfscount17b totalmgfkg6mos i.incomen i.momedu i.dadedu female ageapprox17 ///

> brushing17yrs milk17yrs sugar17yrs


Iteration 0:   log likelihood = -216.40442

Iteration 1:   log likelihood = -202.83159

Iteration 2:   log likelihood = -202.70004
```

```
Iteration 3:   log likelihood = -202.70003


Logistic regression                          Number of obs   =        329

                                             LR chi2(11)     =      27.41

                                             Prob > chi2     =     0.0040

Log likelihood = -202.70003                  Pseudo R2       =     0.0633


--------------------------------------------------------------------------------
            dfscount17b |    Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
------------------------+-------------------------------------------------------
          totalmgfkg6mos |  2.537821  2.771633    0.92   0.360   -2.894479   7.970121
                        |
                 incomen |
         $40,000 - $59,999 |  .1418934  .5276368    0.27   0.788   -.8922557   1.176042
         $60,000 - $79,999 | -.1466959  .5059326   -0.29   0.772   -1.138306   .8449138
           $80,000 or More |  .0669022  .4862032    0.14   0.891   -.8860386   1.019843
                        |
                  momedu |
4-Year College Degree or More | -.5941771   .282264   -2.11   0.035   -1.147404  -.0409498
                        |
                  dadedu |
4-Year College Degree or More |  -.07898   .290168   -0.27   0.785   -.6476988   .4897387
                  female |  .1947421  .2616072    0.74   0.457   -.3179985   .7074827
              ageapprox17 |  .0739435  .1737252    0.43   0.670   -.2665517   .4144387
             brushing17yrs | -.7656895  .2967585   -2.58   0.010   -1.347325  -.1840535
               milk17yrs | -.0441693  .0202709   -2.18   0.029   -.0838995  -.0044392
              sugar17yrs | -.0015923  .0248112   -0.06   0.949   -.0502214   .0470369
                   _cons |  1.153445  3.175542    0.36   0.716   -5.070503   7.377394
--------------------------------------------------------------------------------


. contrast incomen
```

```
Contrasts of marginal linear predictions


Margins     : asbalanced


-------------------------------------------------
              |      df      chi2    P>chi2
-------------+-----------------------------------
    incomen  |       3      0.61    0.8939
-------------------------------------------------


. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                     Number of obs     =        329

Model VCE    : OIM


Expression   : Pr(dfscount17b), predict()

1._at        : totalmgfk~os    =            0

2._at        : totalmgfk~os    =          .05

3._at        : totalmgfk~os    =           .1

4._at        : totalmgfk~os    =          .15

5._at        : totalmgfk~os    =           .2


------------------------------------------------------------------------------
              |           Delta-method
              |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------+----------------------------------------------------------------
         _at |
           1 |  .6058004   .0390527    15.51   0.000     .5292585    .6823422
           2 |  .6333885   .0256329    24.71   0.000     .5831489     .683628
           3 |  .6601943   .0392326    16.83   0.000     .5832998    .7370889
           4 |  .6860835    .061857    11.09   0.000      .564846     .807321
           5 |  .7109397   .0843746     8.43   0.000     .5455686    .8763108
```

```
-------------------------------------------------------------------------------

. marginsplot, name(q1i17, replace)


  Variables that uniquely identify margins: totalmgfkg6mos


.

. * question 1 extent age 9

. nbreg permdfscount9 totalmgfkg6mos i.incomen i.momedu i.dadedu female ageapprox9 ///

> brushing9yrs milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -335.13271

Iteration 1:   log likelihood = -335.12734

Iteration 2:   log likelihood = -335.12734


Fitting constant-only model:


Iteration 0:   log likelihood = -309.75084

Iteration 1:   log likelihood = -307.37137

Iteration 2:   log likelihood = -288.07134

Iteration 3:   log likelihood = -287.90387

Iteration 4:   log likelihood = -287.90382

Iteration 5:   log likelihood = -287.90382


Fitting full model:


Iteration 0:   log likelihood = -279.89048

Iteration 1:   log likelihood = -277.94538

Iteration 2:   log likelihood = -277.70987

Iteration 3:   log likelihood = -277.70917
```

Appendix C

```
Iteration 4:   log likelihood = -277.70917


Negative binomial regression              Number of obs    =        325

                                          LR chi2(11)      =      20.39

Dispersion    = mean                      Prob > chi2      =     0.0403

Log likelihood = -277.70917               Pseudo R2        =     0.0354
```

```
-------------------------------------------------------------------------------
            permdfscount9 |    Coef.    Std. Err.      z    P>|z|    [95% Conf. Interval]
--------------------------+----------------------------------------------------
            totalmgfkg6mos |  1.447637   3.082971    0.47   0.639   -4.594874    7.490149
                          |
                   incomen |
        $40,000 - $59,999 | -.4155927   .5190272   -0.80   0.423   -1.432867    .601682
        $60,000 - $79,999 | -.2749803   .5128226   -0.54   0.592   -1.280094    .7301334
        $80,000 or More   | -.6262367   .5255819   -1.19   0.233   -1.656358    .4038849
                          |
                    momedu |
 4-Year College Degree or More | -.4504275   .3507062   -1.28   0.199   -1.137799    .236944
                          |
                    dadedu |
 4-Year College Degree or More |  .2830356    .356876    0.79   0.428   -.4164284    .9824996
                   female |  .4347019   .2934831    1.48   0.139   -.1405145    1.009918
                ageapprox9 |  .3662204   .1996103    1.83   0.067   -.0250087    .7574494
               brushing9yrs | -.4718144   .2762504   -1.71   0.088   -1.013255    .0696265
                  milk9yrs | -.0492436   .0257191   -1.91   0.056   -.0996521    .001165
                 sugar9yrs |  .0164764   .0339833    0.48   0.628   -.0501298    .0830825
                     _cons | -2.743389   2.136703   -1.28   0.199   -6.931249    1.444472
--------------------------+----------------------------------------------------
                  /lnalpha |  1.189157   .2168807                    .7640786    1.614235
--------------------------+----------------------------------------------------
                     alpha |  3.284311   .7123038                    2.147015    5.024045
-------------------------------------------------------------------------------
```

```
-----------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 114.84                    Prob >= chibar2 = 0.000
```

. contrast incomen

Contrasts of marginal linear predictions

Margins       : asbalanced

```
-------------------------------------------------
              |      df      chi2    P>chi2
--------------+----------------------------------
permdfscou~9  |
      incomen |       3      1.70    0.6373
-------------------------------------------------
```

. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish

```
Predictive margins                          Number of obs      =        325
Model VCE    : OIM
```

Expression   : Predicted number of events, predict()
1._at        : totalmgfk~os   =            0
2._at        : totalmgfk~os   =          .05
3._at        : totalmgfk~os   =           .1
4._at        : totalmgfk~os   =          .15
5._at        : totalmgfk~os   =           .2

```
------------------------------------------------------------------------
              |            Delta-method
              |    Margin   Std. Err.     z    P>|z|    [95% Conf. Interval]
--------------+---------------------------------------------------------
```

Appendix C

```
       _at |

         1 |    .4600385   .0973412     4.73   0.000    .2692531    .6508238

         2 |    .4945716   .0703616     7.03   0.000    .3566655    .6324777

         3 |    .5316971   .1105519     4.81   0.000    .3150194    .7483747

         4 |    .5716093   .1927833     2.97   0.003    .1937609    .9494577

         5 |    .6145176   .2958543     2.08   0.038    .0346539    1.194381

-------------------------------------------------------------------------------


. marginsplot, name(q1e9, replace)


  Variables that uniquely identify margins: totalmgfkg6mos


.

. * question 1 extent age 13

. nbreg dfscount13 totalmgfkg6mos i.incomen i.momedu i.dadedu female ageapprox13 ///

> brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood =  -543.3974

Iteration 1:   log likelihood = -543.39648

Iteration 2:   log likelihood = -543.39648


Fitting constant-only model:


Iteration 0:   log likelihood = -466.32088

Iteration 1:   log likelihood = -451.33503

Iteration 2:   log likelihood = -443.08006

Iteration 3:   log likelihood = -443.07903

Iteration 4:   log likelihood = -443.07903


Fitting full model:
```

Appendix C

```
Iteration 0:   log likelihood = -432.15905

Iteration 1:   log likelihood = -429.53949

Iteration 2:   log likelihood = -429.09923

Iteration 3:   log likelihood =  -429.0981

Iteration 4:   log likelihood =  -429.0981
```

```
Negative binomial regression              Number of obs    =        329

                                          LR chi2(11)      =      27.96

Dispersion     = mean                     Prob > chi2      =     0.0033

Log likelihood =  -429.0981               Pseudo R2        =     0.0316
```

| dfscount13 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 1.930235 | 2.178575 | 0.89 | 0.376 | -2.339694 | 6.200164 |
| incomen | | | | | | |
| $40,000 - $59,999 | -.0539205 | .4165981 | -0.13 | 0.897 | -.8704377 | .7625968 |
| $60,000 - $79,999 | -.364551 | .4110819 | -0.89 | 0.375 | -1.170257 | .4411547 |
| $80,000 or More | .0861659 | .4165603 | 0.21 | 0.836 | -.7302773 | .9026091 |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4282586 | .2567341 | -1.67 | 0.095 | -.9314481 | .074931 |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.1687617 | .2768452 | -0.61 | 0.542 | -.7113683 | .373845 |
| female | .4866857 | .2232773 | 2.18 | 0.029 | .0490703 | .9243012 |
| ageapprox13 | .3532633 | .1619706 | 2.18 | 0.029 | .0358068 | .6707198 |
| brushing13yrs | -.5716458 | .2242501 | -2.55 | 0.011 | -1.011168 | -.1321237 |
| milk13yrs | -.012369 | .0185791 | -0.67 | 0.506 | -.0487834 | .0240454 |
| sugar13yrs | .0135793 | .0228118 | 0.60 | 0.552 | -.031131 | .0582895 |

```
                  _cons |   -3.96526    2.333058     -1.70   0.089    -8.53797    .6074497
---------------------+--------------------------------------------------------------

                /lnalpha |    .8214926    .1624629                     .5030711    1.139914
---------------------+--------------------------------------------------------------

                   alpha |    2.273891     .369423                     1.653792      3.1265
------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 228.60              Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |       df       chi2     P>chi2
-------------+-----------------------------------
dfscount13   |
     incomen |        3       2.34     0.5053
-------------------------------------------------


. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                          Number of obs     =         329
Model VCE    : OIM


Expression   : Predicted number of events, predict()
1._at        : totalmgfk~os     =             0
2._at        : totalmgfk~os     =           .05
3._at        : totalmgfk~os     =            .1
4._at        : totalmgfk~os     =           .15
5._at        : totalmgfk~os     =            .2
```

```
------------------------------------------------------------------------------
              |            Delta-method
              |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
--------------+---------------------------------------------------------------
          _at |
           1  |  .9279368   .1445134    6.42   0.000     .6446957    1.211178
           2  |  1.021958   .1099978    9.29   0.000     .8063659    1.237549
           3  |  1.125505   .1693782    6.64   0.000     .7935297     1.45748
           4  |  1.239544   .2970792    4.17   0.000     .6572795    1.821808
           5  |  1.365138   .4648791    2.94   0.003     .4539915    2.276284
------------------------------------------------------------------------------

. marginsplot, name(q1e13, replace)


  Variables that uniquely identify margins: totalmgfkg6mos


.

. * question 1 extent age 17

. nbreg dfscount17 totalmgfkg6mos i.incomen i.momedu i.dadedu female ageapprox17 ///

> brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1008.8525

Iteration 1:   log likelihood =  -1008.852

Iteration 2:   log likelihood =  -1008.852


Fitting constant-only model:


Iteration 0:   log likelihood =  -736.5625

Iteration 1:   log likelihood = -723.06747
```

Appendix C

```
Iteration 2:   log likelihood = -723.01418

Iteration 3:   log likelihood = -723.01418


Fitting full model:


Iteration 0:   log likelihood = -710.53623

Iteration 1:   log likelihood = -708.78641

Iteration 2:   log likelihood = -708.72557

Iteration 3:   log likelihood = -708.72553
```

Negative binomial regression            Number of obs    =       329

                                         LR chi2(11)      =     28.58

Dispersion    = mean                     Prob > chi2      =    0.0026

Log likelihood = -708.72553              Pseudo R2        =    0.0198

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 2.638666 | 1.693574 | 1.56 | 0.119 | -.6806774 | 5.958009 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | .0611816 | .3211516 | 0.19 | 0.849 | -.568264 | .6906273 |
| $60,000 - $79,999 | .1522139 | .3124709 | 0.49 | 0.626 | -.4602179 | .7646456 |
| $80,000 or More | .1349466 | .3134679 | 0.43 | 0.667 | -.4794391 | .7493323 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.2603902 | .1914888 | -1.36 | 0.174 | -.6357013 | .1149209 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0165117 | .2120206 | -0.08 | 0.938 | -.4320643 | .399041 |
| female | .3250048 | .1645828 | 1.97 | 0.048 | .0024283 | .6475812 |
| ageapprox17 | .1433713 | .1147849 | 1.25 | 0.212 | -.081603 | .3683457 |

Appendix C

```
    brushing17yrs |   -.588702    .1899922    -3.10   0.002      -.96108   -.2163241

       milk17yrs |  -.0092619    .0125275    -0.74   0.460    -.0338154    .0152917

      sugar17yrs |   .0145229    .0144891     1.00   0.316    -.0138751     .042921

           _cons |  -.9083464    2.127164    -0.43   0.669    -5.077511    3.260819

-------------------------+----------------------------------------------------------------

         /lnalpha |   .4223082    .1148746                      .1971581    .6474582

-------------------------+----------------------------------------------------------------

            alpha |   1.525479    .1752387                      1.217937    1.910678

--------------------------------------------------------------------------------------------

LR test of alpha=0: chibar2(01) = 600.25              Prob >= chibar2 = 0.000
```

. contrast incomen

Contrasts of marginal linear predictions

Margins      : asbalanced

```
-------------------------------------------------
             |      df      chi2    P>chi2
-------------+-----------------------------------
dfscount17   |
    incomen  |       3      0.32    0.9557
-------------------------------------------------
```

. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish

Predictive margins                         Number of obs     =        329

Model VCE    : OIM

Expression   : Predicted number of events, predict()

1._at        : totalmgfk~os    =            0

2._at        : totalmgfk~os    =          .05

Appendix C

```
3._at       : totalmgfk~os   =           .1

4._at       : totalmgfk~os   =           .15

5._at       : totalmgfk~os   =           .2


-----------------------------------------------------------------------
            |            Delta-method
            |   Margin   Std. Err.     z    P>|z|    [95% Conf. Interval]
-------------+---------------------------------------------------------
        _at |
          1 |   2.560745  .3038326   8.43   0.000    1.965244   3.156246
          2 |   2.921892   .233213  12.53   0.000    2.464803   3.378981
          3 |   3.333973  .3801931   8.77   0.000    2.588808   4.079138
          4 |   3.804171  .7012362   5.42   0.000    2.429773   5.178568
          5 |   4.340681  1.142634   3.80   0.000     2.10116   6.580202
-----------------------------------------------------------------------


. marginsplot, name(q1e17, replace)


  Variables that uniquely identify margins: totalmgfkg6mos


.

. * (2) Does the ingestion of fluoride during the first 6 months of life predict

. * whether a child develops caries in the primary teeth, as measured at age 5?

.

. logit caries5 totalmgfkg6mos i.incomen i.momedu i.dadedu female ///

> brushing5yrs milk5yrs sugar5yrs


Iteration 0:   log likelihood =  -187.9686

Iteration 1:   log likelihood = -176.56547

Iteration 2:   log likelihood = -176.31706

Iteration 3:   log likelihood = -176.31686

Iteration 4:   log likelihood = -176.31686
```

```
Logistic regression                      Number of obs    =        329

                                         LR chi2(10)      =       23.30

                                         Prob > chi2      =      0.0097

Log likelihood = -176.31686              Pseudo R2        =      0.0620


------------------------------------------------------------------------------------------------
               caries5 |     Coef.    Std. Err.      z     P>|z|     [95% Conf. Interval]
-----------------------+------------------------------------------------------------------------
          totalmgfkg6mos | -2.621936   3.076035    -0.85   0.394    -8.650853    3.406982
                       |
                incomen |
        $40,000 - $59,999 | -.2822748   .4760751    -0.59   0.553    -1.215365    .6508152
        $60,000 - $79,999 | -.6622664   .4774261    -1.39   0.165    -1.598004    .2734715
         $80,000 or More | -.9349956   .4615521    -2.03   0.043    -1.839621    -.03037
                       |
                  momedu |
4-Year College Degree or More | -.0229664   .3087241    -0.07   0.941    -.6280546    .5821218
                       |
                  dadedu |
4-Year College Degree or More | -.3600488   .3199013    -1.13   0.260    -.9870439    .2669463
                 female |  .3044639   .2692871     1.13   0.258    -.2233291    .8322568
            brushing5yrs | -.3171026   .3217655    -0.99   0.324    -.9477514    .3135461
                milk5yrs | -.0530207   .0314731    -1.68   0.092    -.1147068    .0086654
               sugar5yrs |  .0691366   .0409026     1.69   0.091    -.0110311    .1493043
                   _cons |  .3671861   .6907106     0.53   0.595    -.9865818    1.720954
------------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions
```

Appendix C

```
Margins        : asbalanced


-------------------------------------------------
              |      df      chi2     P>chi2
--------------+----------------------------------
     incomen  |       3      5.52     0.1375
-------------------------------------------------


. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                         Number of obs    =       329

Model VCE    : OIM


Expression   : Pr(caries5), predict()
1._at        : totalmgfk~os    =            0

2._at        : totalmgfk~os    =          .05

3._at        : totalmgfk~os    =           .1

4._at        : totalmgfk~os    =          .15

5._at        : totalmgfk~os    =           .2


------------------------------------------------------------------------------
              |            Delta-method
              |     Margin   Std. Err.      z    P>|z|    [95% Conf. Interval]
--------------+---------------------------------------------------------------
         _at  |

          1   |   .2813774    .036523     7.70   0.000    .2097937   .3529611

          2   |   .2574783    .023256    11.07   0.000    .2118973   .3030594

          3   |   .2348919   .0348368     6.74   0.000     .166613   .3031708

          4   |   .2136613     .05356     3.99   0.000    .1086857    .318637

          5   |   .1938082   .0712119     2.72   0.006    .0542355    .333381
------------------------------------------------------------------------------
```

```
. marginsplot, name(q2i5, replace)


   Variables that uniquely identify margins: totalmgfkg6mos


.

. * (3) Does the ingestion of fluoride during the first 6 years of life predict

. * the incidence or extent of caries in the permanent teeth at ages 9, 13, or 17?

.

. * question 3 incidence age 9

. logit dfscount9b totalmgfkg6yrs i.incomen i.momedu i.dadedu female ageapprox9 ///

> brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood =   -182.589

Iteration 1:   log likelihood = -174.38381

Iteration 2:   log likelihood =  -174.1984

Iteration 3:   log likelihood = -174.19817

Iteration 4:   log likelihood = -174.19817


Logistic regression                         Number of obs     =        338

                                            LR chi2(11)       =      16.78

                                            Prob > chi2       =     0.1145

Log likelihood = -174.19817                 Pseudo R2         =     0.0460


-----------------------------------------------------------------------------
          dfscount9b |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
---------------------+-------------------------------------------------------
       totalmgfkg6yrs | -4.096079   7.558795    -0.54   0.588    -18.91105    10.71889
                     |
              incomen |
    $40,000 - $59,999 | -.0669428   .5149727    -0.13   0.897    -1.076271    .9423851
    $60,000 - $79,999 | -.4654372   .5193997    -0.90   0.370    -1.483442    .5525675
        $80,000 or More | -.5456197   .5017877    -1.09   0.277    -1.529105     .437866
```

```
                            |
                    momedu |
4-Year College Degree or More |   -.4902706   .3248329   -1.51   0.131   -1.126931    .1463901
                            |
                    dadedu |
4-Year College Degree or More |    .6317389   .3321478    1.90   0.057   -.0192588    1.282737
                    female |    .2651611   .2808527    0.94   0.345   -.2853002    .8156223
                 ageapprox9 |    .2926223   .1857113    1.58   0.115   -.0713653    .6566098
               brushing9yrs |   -.5790312   .2842893   -2.04   0.042   -1.136228   -.0218344
                   milk9yrs |    -.027231   .0231653   -1.18   0.240   -.0726341    .0181722
                  sugar9yrs |    .0284762   .0334238    0.85   0.394   -.0370332    .0939855
                     _cons |     -2.4854   1.962748   -1.27   0.205   -6.332316    1.361516

------------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |    df       chi2     P>chi2
-------------+-----------------------------------
     incomen |     3       2.35     0.5034
-------------------------------------------------


. margins, at(totalmgfkg6yrs=(0(.02).1)) vsquish


Predictive margins                         Number of obs     =        338
Model VCE    : OIM


Expression   : Pr(dfscount9b), predict()
```

```
1._at        : totalmgfk~rs    =            0

2._at        : totalmgfk~rs    =          .02

3._at        : totalmgfk~rs    =          .04

4._at        : totalmgfk~rs    =          .06

5._at        : totalmgfk~rs    =          .08

6._at        : totalmgfk~rs    =           .1
```

```
------------------------------------------------------------------------------
             |            Delta-method
             |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------+----------------------------------------------------------------
         _at |
          1  |   .2633847   .0668611     3.94   0.000     .1323394      .39443
          2  |   .2486018   .0407214     6.10   0.000     .1687892    .3284143
          3  |   .2343611    .023432    10.00   0.000     .1884352     .280287
          4  |   .2206733   .0286566     7.70   0.000     .1645074    .2768392
          5  |   .2075455   .0465476     4.46   0.000     .1163139    .2987772
          6  |   .1949812   .0655693     2.97   0.003     .0664678    .3234946
------------------------------------------------------------------------------
```

```
. marginsplot, name(q3i9, replace)


  Variables that uniquely identify margins: totalmgfkg6yrs



.

. * question 3 incidence age 13

. logit dfscount13b totalmgfkg6yrs i.incomen i.momedu i.dadedu female ageapprox13 ///

> brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -226.59449

Iteration 1:   log likelihood = -209.56674

Iteration 2:   log likelihood = -209.40692
```

```
Iteration 3:   log likelihood = -209.4069


Logistic regression                           Number of obs    =        343

                                              LR chi2(11)      =      34.38

                                              Prob > chi2      =     0.0003

Log likelihood = -209.4069                    Pseudo R2        =     0.0759


--------------------------------------------------------------------------------
                      dfscount13b |    Coef.   Std. Err.     z    P>|z|    [95% Conf. Interval]
------------------------------------+-------------------------------------------------------
                     totalmgfkg6yrs |  5.271702  6.513855    0.81  0.418   -7.495219    18.03862
                                    |
                            incomen |
                   $40,000 - $59,999 |  .3055514  .4884231    0.63  0.532   -.6517403    1.262843
                   $60,000 - $79,999 | -.3573476  .4872824   -0.73  0.463   -1.312404    .5977084
                    $80,000 or More |   .065139  .4652116    0.14  0.889    -.846659    .976937
                                    |
                             momedu |
   4-Year College Degree or More | -.6153285   .281054   -2.19  0.029   -1.166184   -.0644727
                                    |
                             dadedu |
   4-Year College Degree or More |  .2469782  .2887684    0.86  0.392   -.3189974    .8129539
                             female |  .2125047  .2496927    0.85  0.395   -.2768839    .7018933
                        ageapprox13 |  .6485484  .1958785    3.31  0.001    .2646335    1.032463
                       brushing13yrs | -.7556842  .2674881   -2.83  0.005   -1.279951   -.2314171
                           milk13yrs | -.0093394  .0211144   -0.44  0.658   -.0507228    .032044
                          sugar13yrs |   .041703  .0260258    1.60  0.109   -.0093066    .0927126
                              _cons | -8.522174  2.706638   -3.15  0.002   -13.82709   -3.217261
--------------------------------------------------------------------------------


. contrast incomen
```

```
Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |      df      chi2    P>chi2
-------------+----------------------------------
     incomen |       3      3.14    0.3706
------------------------------------------------


. margins, at(totalmgfkg6yrs=(0(.02).1)) vsquish


Predictive margins                          Number of obs    =       343

Model VCE    : OIM


Expression   : Pr(dfscount13b), predict()
1._at        : totalmgfk~rs   =          0
2._at        : totalmgfk~rs   =        .02
3._at        : totalmgfk~rs   =        .04
4._at        : totalmgfk~rs   =        .06
5._at        : totalmgfk~rs   =        .08
6._at        : totalmgfk~rs   =         .1


-----------------------------------------------------------------------------
             |            Delta-method
             |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------+---------------------------------------------------------------
         _at |
          1  |  .3232454   .0644185     5.02   0.000     .1969874    .4495034
          2  |  .3445548   .0425457     8.10   0.000     .2611668    .4279428
          3  |   .366464   .0261551    14.01   0.000      .315201    .4177271
          4  |  .3889021   .0318535    12.21   0.000     .3264703    .4513338
```

```
       5  |   .4117906    .0547396     7.52   0.000     .3045028    .5190783

       6  |   .4350449    .0822167     5.29   0.000     .2739032    .5961865

------------------------------------------------------------------------------


. marginsplot, name(q3i13, replace)


  Variables that uniquely identify margins: totalmgfkg6yrs


.

. * question 3 incidence age 17

. logit dfscount17b totalmgfkg6yrs i.incomen i.momedu i.dadedu female ageapprox17 ///

> brushing17yrs milk17yrs sugar17yrs


Iteration 0:   log likelihood =  -225.5323

Iteration 1:   log likelihood =  -212.7919

Iteration 2:   log likelihood = -212.66865

Iteration 3:   log likelihood = -212.66865


Logistic regression                             Number of obs     =        343

                                                LR chi2(11)       =      25.73

                                                Prob > chi2       =     0.0071

Log likelihood = -212.66865                     Pseudo R2         =     0.0570


------------------------------------------------------------------------------------
             dfscount17b |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------------------+----------------------------------------------------------------
          totalmgfkg6yrs |  -7.932438   6.463475    -1.23   0.220    -20.60062    4.735741
                         |
                 incomen |
       $40,000 - $59,999 |   .0816297   .5215467     0.16   0.876    -.9405831    1.103842
       $60,000 - $79,999 |  -.1778232    .498842    -0.36   0.721    -1.155535    .7998891
         $80,000 or More |  -.0651873   .4776054    -0.14   0.891    -1.001277    .870902
```

```
                              |
                     momedu |
4-Year College Degree or More |   -.5858163    .2763035    -2.12   0.034   -1.127361   -.0442714
                              |
                     dadedu |
4-Year College Degree or More |   -.0168069    .2810082    -0.06   0.952   -.5675729    .533959
                     female |    .211995    .2557287     0.83   0.407   -.2892241    .7132141
                  ageapprox17 |    .0789067    .1689229     0.47   0.640    -.252176    .4099895
                 brushing17yrs |   -.7398025    .2878973    -2.57   0.010   -1.304071   -.1755342
                   milk17yrs |   -.0325673    .0191563    -1.70   0.089   -.0701129    .0049783
                  sugar17yrs |    .0117496    .0238244     0.49   0.622   -.0349453    .0584445
                      _cons |    1.291057    3.103162     0.42   0.677   -4.791029    7.373143

---------------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins       : asbalanced


-------------------------------------------------
              |      df      chi2    P>chi2
--------------+----------------------------------
     incomen |       3      0.46    0.9270
-------------------------------------------------


. margins, at(totalmgfkg6yrs=(0(.02).1)) vsquish


Predictive margins                          Number of obs     =         343

Model VCE    : OIM


Expression   : Pr(dfscount17b), predict()
```

```
1._at          : totalmgfk~rs   =           0

2._at          : totalmgfk~rs   =         .02

3._at          : totalmgfk~rs   =         .04

4._at          : totalmgfk~rs   =         .06

5._at          : totalmgfk~rs   =         .08

6._at          : totalmgfk~rs   =          .1
```

```
------------------------------------------------------------------------------
                 |            Delta-method
                 |     Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------+----------------------------------------------------------------
           _at |
             1 |   .7073041   .0617576    11.45   0.000     .5862614    .8283469
             2 |    .675727   .0417436    16.19   0.000     .5939109     .757543
             3 |   .6425888   .0261919    24.53   0.000     .5912535     .693924
             4 |    .608139   .0323836    18.78   0.000     .5446682    .6716098
             5 |   .5726692   .0559128    10.24   0.000     .4630821    .6822564
             6 |   .5365048   .0839499     6.39   0.000      .371966    .7010436
------------------------------------------------------------------------------
```

```
. marginsplot, name(q3i17, replace)


  Variables that uniquely identify margins: totalmgfkg6yrs



.

. * question 3 extent age 9

. nbreg permdfscount9 totalmgfkg6yrs i.incomen i.momedu i.dadedu female ageapprox9 ///

> brushing9yrs milk9yrs sugar9yrs



Fitting Poisson model:


Iteration 0:   log likelihood = -341.03041
```

Appendix C

```
Iteration 1:   log likelihood = -341.02277

Iteration 2:   log likelihood = -341.02277


Fitting constant-only model:


Iteration 0:   log likelihood = -318.28634

Iteration 1:   log likelihood = -314.42978

Iteration 2:   log likelihood = -296.95776

Iteration 3:   log likelihood = -296.88112

Iteration 4:   log likelihood = -296.88111


Fitting full model:


Iteration 0:   log likelihood =  -288.0229

Iteration 1:   log likelihood = -285.80608

Iteration 2:   log likelihood = -285.50296

Iteration 3:   log likelihood = -285.50192

Iteration 4:   log likelihood = -285.50192
```

| Negative binomial regression | | | Number of obs | = | 338 |
|---|---|---|---|---|---|
| | | | LR chi2(11) | = | 22.76 |
| Dispersion    = mean | | | Prob > chi2 | = | 0.0191 |
| Log likelihood = -285.50192 | | | Pseudo R2 | = | 0.0383 |

| permdfscount9 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -8.036374 | 8.058528 | -1.00 | 0.319 | -23.8308 | 7.75805 |
| incomen | | | | | | |
| $40,000 - $59,999 | -.4776809 | .5079799 | -0.94 | 0.347 | -1.473303 | .5179413 |
| $60,000 - $79,999 | -.3742565 | .5050023 | -0.74 | 0.459 | -1.364043 | .61553 |

Appendix C

```
            $80,000 or More |   -.7700929   .5168277   -1.49   0.136    -1.783057    .2428707
                            |
                    momedu |
4-Year College Degree or More |  -.4870645   .3404173   -1.43   0.152     -1.15427    .1801412
                            |
                    dadedu |
4-Year College Degree or More |   .3697682   .3487848    1.06   0.289    -.3138374    1.053374
                    female |   .3958376   .2841827    1.39   0.164    -.1611502    .9528253
                 ageapprox9 |   .3722843    .192598    1.93   0.053    -.0052008    .7497694
                brushing9yrs |  -.463121   .2709719   -1.71   0.087     -.994216    .0679741
                   milk9yrs |  -.0434307   .0243569   -1.78   0.075    -.0911693    .0043079
                  sugar9yrs |   .0200213   .0332183    0.60   0.547    -.0450853     .085128
                      _cons |   -2.37498   2.085033   -1.14   0.255    -6.461569    1.711608
-----------------------------+----------------------------------------------------------------
                   /lnalpha |   1.146955   .216332                      .7229525    1.570958
-----------------------------+----------------------------------------------------------------
                     alpha |   3.148592   .6811413                      2.060508    4.811257
-----------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 111.04                 Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
                 |    df      chi2    P>chi2
-------------+----------------------------------
permdfscou~9 |
     incomen |     3      2.52    0.4724
------------------------------------------------
```

```
. margins, at(totalmgfkg6yrs=(0(.02).1)) vsquish


Predictive margins                              Number of obs    =       338

Model VCE    : OIM


Expression   : Predicted number of events, predict()

1._at        : totalmgfk~rs    =            0

2._at        : totalmgfk~rs    =          .02

3._at        : totalmgfk~rs    =          .04

4._at        : totalmgfk~rs    =          .06

5._at        : totalmgfk~rs    =          .08

6._at        : totalmgfk~rs    =           .1


------------------------------------------------------------------------------
             |            Delta-method
             |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------+----------------------------------------------------------------
         _at |
          1  |  .6954001   .2703788     2.57   0.010     .1654674    1.225333
          2  |    .59215   .1452582     4.08   0.000      .307449    .8768509
          3  |    .50423   .0732939     6.88   0.000     .3605766    .6478833
          4  |   .429364    .079211     5.42   0.000     .2741133    .5846146
          5  |  .3656138   .1149749     3.18   0.001     .1402671    .5909604
          6  |  .3113289   .1445925     2.15   0.031     .0279328    .5947251
------------------------------------------------------------------------------


. marginsplot, name(q3e9, replace)


  Variables that uniquely identify margins: totalmgfkg6yrs


.
```

```
. * question 3 extent age 13

. nbreg dfscount13 totalmgfkg6yrs i.incomen i.momedu i.dadedu female ageapprox13 ///

> brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood =  -557.7645

Iteration 1:   log likelihood = -557.76367

Iteration 2:   log likelihood = -557.76367


Fitting constant-only model:


Iteration 0:   log likelihood =  -482.3586

Iteration 1:   log likelihood = -467.43396

Iteration 2:   log likelihood = -458.30579

Iteration 3:   log likelihood = -458.30439

Iteration 4:   log likelihood = -458.30439


Fitting full model:


Iteration 0:   log likelihood = -447.14828

Iteration 1:   log likelihood = -444.27072

Iteration 2:   log likelihood = -443.63173

Iteration 3:   log likelihood = -443.63065

Iteration 4:   log likelihood = -443.63065
```

| Negative binomial regression | | Number of obs | = | 343 |
|---|---|---|---|---|
| | | LR chi2(11) | = | 29.35 |
| Dispersion = mean | | Prob > chi2 | = | 0.0020 |
| Log likelihood = -443.63065 | | Pseudo R2 | = | 0.0320 |

```
-------------------------------------------------------------------------------------------
```

```
         dfscount13 |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
--------------------+----------------------------------------------------------------
      totalmgfkg6yrs |   .0387807    5.28816     0.01   0.994    -10.32582    10.40338
                     |
             incomen |
       $40,000 - $59,999 |  -.0810963   .4118992    -0.20   0.844    -.8884039    .7262113
       $60,000 - $79,999 |  -.4129636   .4100103    -1.01   0.314    -1.216569    .3906418
        $80,000 or More |  -.0304233   .4117459    -0.07   0.941    -.8374304    .7765839
                     |
              momedu |
4-Year College Degree or More |  -.4539174   .2533392    -1.79   0.073    -.9504532    .0426184
                     |
               dadedu |
4-Year College Degree or More |  -.0735262   .2727796    -0.27   0.788    -.6081644     .461112
              female |   .4754967   .2195527     2.17   0.030     .0451813    .9058121
          ageapprox13 |   .3895631   .1561619     2.49   0.013     .0834914    .6956348
         brushing13yrs |  -.6154925   .2192529    -2.81   0.005     -1.04522   -.1857648
            milk13yrs |  -.0132243   .0179044    -0.74   0.460    -.0483164    .0218678
           sugar13yrs |   .0120569   .0220157     0.55   0.584    -.0310932    .0552069
                _cons |  -4.230386   2.238782    -1.89   0.059    -8.618318    .1575449
--------------------+----------------------------------------------------------------
             /lnalpha |   .8209182   .1608469                      .5056639    1.136172
--------------------+----------------------------------------------------------------
               alpha |   2.272585   .3655384                      1.658086    3.114823
--------------------+----------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 228.27          Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced
```

```
-------------------------------------------------
              |     df      chi2     P>chi2
--------------+----------------------------------
dfscount13    |
     incomen  |      3      2.06     0.5596
-------------------------------------------------


. margins, at(totalmgfkg6yrs=(0(.02).1)) vsquish


Predictive margins                        Number of obs    =       343

Model VCE    : OIM


Expression   : Predicted number of events, predict()
1._at        : totalmgfk~rs   =            0
2._at        : totalmgfk~rs   =          .02
3._at        : totalmgfk~rs   =          .04
4._at        : totalmgfk~rs   =          .06
5._at        : totalmgfk~rs   =          .08
6._at        : totalmgfk~rs   =           .1


------------------------------------------------------------------------------
              |            Delta-method
              |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
--------------+---------------------------------------------------------------
          _at |
            1 |  1.008979   .2655787     3.80   0.000     .4884546    1.529504
            2 |  1.009762    .173417     5.82   0.000      .669871    1.349653
            3 |  1.010546   .1110636     9.10   0.000     .7928649    1.228226
            4 |   1.01133   .1319968     7.66   0.000     .7526206    1.270039
            5 |  1.012114    .213176     4.75   0.000     .5942971    1.429932
            6 |    1.0129   .3106516     3.26   0.001     .4040337    1.621766
```

```
-------------------------------------------------------------------------------
```

. marginsplot, name(q3e13, replace)


  Variables that uniquely identify margins: totalmgfkg6yrs


.

. * question 3 extent age 17

. nbreg dfscount17 totalmgfkg6yrs i.incomen i.momedu i.dadedu female ageapprox17 ///

> brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1045.3042

Iteration 1:   log likelihood = -1045.3041

Iteration 2:   log likelihood = -1045.3041


Fitting constant-only model:


Iteration 0:   log likelihood = -764.84202

Iteration 1:   log likelihood = -751.17821

Iteration 2:   log likelihood = -751.12214

Iteration 3:   log likelihood = -751.12214


Fitting full model:


Iteration 0:   log likelihood = -738.53408

Iteration 1:   log likelihood = -736.70737

Iteration 2:   log likelihood =  -736.6405

Iteration 3:   log likelihood = -736.64045


Negative binomial regression                    Number of obs     =      343

Appendix C

```
                                      LR chi2(11)       =       28.96

Dispersion     = mean                 Prob > chi2       =       0.0023

Log likelihood = -736.64045           Pseudo R2         =       0.0193


-----------------------------------------------------------------------------------------
              dfscount17 |     Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
-----------------------------+-----------------------------------------------------------
          totalmgfkg6yrs |   .7840609   3.755659     0.21   0.835    -6.576896    8.145017
                         |
                 incomen |
       $40,000 - $59,999 |   .0705533   .3179578     0.22   0.824    -.5526325    .6937391
       $60,000 - $79,999 |   .1159859   .312431      0.37   0.710    -.4963676    .7283395
        $80,000 or More  |   .0628906   .3100454     0.20   0.839    -.5447873    .6705685
                         |
                  momedu |
4-Year College Degree or More |  -.2895381  .1874885    -1.54   0.123    -.6570089    .0779327
                         |
                  dadedu |
4-Year College Degree or More |   .070162   .2044847    0.34   0.732    -.3306207    .4709448
                  female |   .3201157   .1612952     1.98   0.047     .0039829    .6362485
              ageapprox17 |    .15078    .1126646     1.34   0.181    -.0700385    .3715985
            brushing17yrs |  -.6340017   .1839581    -3.45   0.001    -.9945529   -.2734506
               milk17yrs |  -.0105158   .0120997    -0.87   0.385    -.0342309    .0131992
              sugar17yrs |   .0151783   .0141802     1.07   0.284    -.0126144    .0429709
                   _cons |  -.845069    2.098432    -0.40   0.687    -4.95792     3.267782
-----------------------------+-----------------------------------------------------------
                 /lnalpha |   .4196083   .1126369                      .198844     .6403726
-----------------------------+-----------------------------------------------------------
                   alpha |   1.521366   .1713619                     1.219992    1.897188
-----------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 617.33              Prob >= chibar2 = 0.000
```

```
. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |      df      chi2    P>chi2
-------------+-----------------------------------
dfscount17   |
    incomen  |       3      0.15    0.9849
-------------------------------------------------


. margins, at(totalmgfkg6yrs=(0(.02).1)) vsquish


Predictive margins                      Number of obs    =       343
Model VCE    : OIM


Expression  : Predicted number of events, predict()
1._at       : totalmgfk~rs    =            0
2._at       : totalmgfk~rs    =          .02
3._at       : totalmgfk~rs    =          .04
4._at       : totalmgfk~rs    =          .06
5._at       : totalmgfk~rs    =          .08
6._at       : totalmgfk~rs    =           .1


-----------------------------------------------------------------------------
             |            Delta-method
             |     Margin   Std. Err.      z    P>|z|    [95% Conf. Interval]
-------------+---------------------------------------------------------------
         _at |
           1 |   2.817556   .5375219    5.24   0.000    1.764032    3.87108
```

Appendix C

```
           2   |   2.862087    .3611339     7.93    0.000     2.154277    3.569896

           3   |   2.907322    .2385168    12.19    0.000     2.439837    3.374806

           4   |   2.953271    .2774204    10.65    0.000     2.409537    3.497005

           5   |   2.999947    .4469981     6.71    0.000     2.123847    3.876047

           6   |   3.047361    .6596891     4.62    0.000     1.754394    4.340328

------------------------------------------------------------------------------


. marginsplot, name(q3e17, replace)


  Variables that uniquely identify margins: totalmgfkg6yrs
```

Appendix C

# APPENDIX D

The first section gives descriptive statistics of outcome variables, including one-way frequency
   tables and histograms.  Outcome variable names that end in the letter "b" are binary variables,
   meaning that they can take the values 0, 1 or missing.

The next section contains modified versions of the 13 logistic regression models and negative
   binomial regression models that were used for the creation of this report.  In addition to the
   predictors in the original models, each model contains one interaction term.  The interaction
   terms are:

    1. Quadratic fluoride (fluoride interacted with itself)
    2. Fluoride interacted with gender (called "female" in the code; 1 = female; 0 = male)
    3. Fluoride interacted with brushing frequency (called "brushing" in the code)
    4. Fluoride interacted with milk consumption (called "milk" in the code)
    5. Fluoride interacted with sugary beverage consumption (called "sugar" in the code)
    6. Fluoride interacted with income (called "incomen" in the code)

Hence, the first set of analyses contains the 13 models with the addition of the quadratic term for
   fluoride.  The next set of analyses contains the 13 models with the addition of the fluoride by
   gender interaction, and so on.

After each analysis, there is a –contrast- command that gives the multi-degree-of-freedom test of
   the variable "incomen.  For the models with the fluoride by income interaction, another –
   contrast- command was written to give the multi-degree-of-freedom test of the interaction of
   fluoride by income.

No correction was made to any p-value for the number of tests run.  Because of this, it is assumed
   that some, if not all, of the statistically significant coefficients are in fact Type I errors.

After each of the five analyses in which the interaction term had a p-value of 0.055 or less, a –
   margins- command gives the predicted values.  This is followed by the –marginsplot- command
   which graphs the interaction.


. ** descriptives

. tab1 caries5 dfscount9b dfscount13b dfscount17b


-> tabulation of caries5


| Caries5 | Freq. | Percent | Cum. |
|---|---|---|---|
| 0 | 275 | 72.37 | 72.37 |
| 1 | 105 | 27.63 | 100.00 |
| Total | 380 | 100.00 | |


-> tabulation of dfscount9b

```
  dfscount9b |      Freq.     Percent        Cum.

-----------+-----------------------------------

         0 |        298       76.02       76.02

         1 |         94       23.98      100.00

-----------+-----------------------------------

     Total |        392      100.00
```

-> tabulation of dfscount13b

```
 dfscount13b |      Freq.     Percent        Cum.

-----------+-----------------------------------

         0 |        246       62.76       62.76

         1 |        146       37.24      100.00

-----------+-----------------------------------

     Total |        392      100.00
```

-> tabulation of dfscount17b

```
 dfscount17b |      Freq.     Percent        Cum.

-----------+-----------------------------------

         0 |        142       36.22       36.22

         1 |        250       63.78      100.00

-----------+-----------------------------------

     Total |        392      100.00
```

. tab1 permdfscount9 dfscount13 dfscount17

-> tabulation of permdfscount9

```
PermDFSCoun |
        t9 |      Freq.     Percent        Cum.

-----------+-----------------------------------
```

```
      0 |        298        76.02        76.02

      1 |         46        11.73        87.76

      2 |         25         6.38        94.13

      3 |          8         2.04        96.17

      4 |          3         0.77        96.94

      5 |          9         2.30        99.23

      6 |          2         0.51        99.74

      9 |          1         0.26       100.00

------------+-----------------------------------

  Total |        392       100.00
```

-> tabulation of dfscount13

| DFSCount13 | Freq. | Percent | Cum. |
|---|---|---|---|
| 0 | 246 | 62.76 | 62.76 |
| 1 | 48 | 12.24 | 75.00 |
| 2 | 42 | 10.71 | 85.71 |
| 3 | 21 | 5.36 | 91.07 |
| 4 | 11 | 2.81 | 93.88 |
| 5 | 8 | 2.04 | 95.92 |
| 6 | 2 | 0.51 | 96.43 |
| 7 | 6 | 1.53 | 97.96 |
| 8 | 2 | 0.51 | 98.47 |
| 9 | 2 | 0.51 | 98.98 |
| 11 | 2 | 0.51 | 99.49 |
| 12 | 1 | 0.26 | 99.74 |
| 19 | 1 | 0.26 | 100.00 |
| Total | 392 | 100.00 | |

-> tabulation of dfscount17

| DFSCount17 | Freq. | Percent | Cum. |
|---|---|---|---|
| 0 | 142 | 36.22 | 36.22 |
| 1 | 54 | 13.78 | 50.00 |
| 2 | 41 | 10.46 | 60.46 |
| 3 | 39 | 9.95 | 70.41 |
| 4 | 24 | 6.12 | 76.53 |
| 5 | 22 | 5.61 | 82.14 |
| 6 | 14 | 3.57 | 85.71 |
| 7 | 10 | 2.55 | 88.27 |
| 8 | 6 | 1.53 | 89.80 |
| 9 | 6 | 1.53 | 91.33 |
| 10 | 7 | 1.79 | 93.11 |
| 11 | 5 | 1.28 | 94.39 |
| 12 | 5 | 1.28 | 95.66 |
| 13 | 6 | 1.53 | 97.19 |
| 14 | 2 | 0.51 | 97.70 |
| 17 | 1 | 0.26 | 97.96 |
| 18 | 5 | 1.28 | 99.23 |
| 21 | 1 | 0.26 | 99.49 |
| 22 | 1 | 0.26 | 99.74 |
| 23 | 1 | 0.26 | 100.00 |
| Total | 392 | 100.00 | |

. *** analyses with quadratric fluoride term

. * (1) Does the ingestion of fluoride during the first 6 months of life predict

. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 9

```
. logit dfscount9b c.totalmgfkg6mos##c.totalmgfkg6mos i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood = -175.56635

Iteration 1:   log likelihood = -167.37262

Iteration 2:   log likelihood = -167.19154

Iteration 3:   log likelihood = -167.19134

Iteration 4:   log likelihood = -167.19134
```

| Logistic regression | | Number of obs | = | 325 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 16.75 |
| | | Prob > chi2 | = | 0.1592 |
| Log likelihood = -167.19134 | | Pseudo R2 | = | 0.0477 |

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 8.661117 | 9.975499 | 0.87 | 0.385 | -10.8905 | 28.21274 |
| c.totalmgfkg6mos#c.totalmgfkg6mos | -39.90742 | 66.00044 | -0.60 | 0.545 | -169.2659 | 89.45106 |
| incomen | | | | | | |
| $40,000 - $59,999 | -.0047324 | .5211941 | -0.01 | 0.993 | -1.026254 | 1.016789 |
| $60,000 - $79,999 | -.461765 | .5268686 | -0.88 | 0.381 | -1.494408 | .5708784 |
| $80,000 or More | -.4393313 | .5074621 | -0.87 | 0.387 | -1.433939 | .5552761 |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4274279 | .3317711 | -1.29 | 0.198 | -1.077687 | .2228314 |
| dadedu | | | | | | |
| 4-Year College Degree or More | .5627424 | .3374899 | 1.67 | 0.095 | -.0987256 | 1.22421 |
| female | .2663794 | .2880899 | 0.92 | 0.355 | -.2982665 | .8310252 |

```
          ageapprox9 |   .3075023   .1912508    1.61   0.108    -.0673424    .6823469

         brushing9yrs | -.5557983   .2879376   -1.93   0.054    -1.120146    .008549

             milk9yrs |  -.036212   .0243459   -1.49   0.137     -.083929    .011505

            sugar9yrs |  .0303879   .0339356    0.90   0.371    -.0361247   .0969005

                _cons | -3.069091   2.018265   -1.52   0.128    -7.024818    .8866358
```

------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df        chi2    P>chi2
-------------+----------------------------------
     incomen |          3        1.99    0.5740
------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 13

. logit dfscount13b c.totalmgfkg6mos##c.totalmgfkg6mos i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -217.97104

Iteration 1:   log likelihood = -199.77384

Iteration 2:   log likelihood = -199.64058

Iteration 3:   log likelihood = -199.64056

Iteration 4:   log likelihood = -199.64056


Logistic regression                             Number of obs   =        329

                                                LR chi2(12)     =      36.66

Appendix D

```
                                      Prob > chi2      =     0.0003

Log likelihood = -199.64056          Pseudo R2        =     0.0841


------------------------------------------------------------------------------------
               dfscount13b |    Coef.   Std. Err.     z     P>|z|    [95% Conf. Interval]
---------------------------+--------------------------------------------------------
            totalmgfkg6mos |  -12.64061  8.603033   -1.47   0.142   -29.50225   4.221023
                           |
c.totalmgfkg6mos#c.totalmgfkg6mos |  111.2151  56.88488   1.96   0.051   -.2772708  222.7074
                           |
                   incomen |
         $40,000 - $59,999 |   .3372948  .4995677    0.68   0.500   -.6418399   1.316429
         $60,000 - $79,999 |  -.3485845   .497602   -0.70   0.484   -1.323867   .6266975
           $80,000 or More |   .2335092  .4762747    0.49   0.624   -.6999721    1.16699
                           |
                    momedu |
4-Year College Degree or More |  -.6539115  .2896787   -2.26   0.024   -1.221671  -.0861516
                           |
                    dadedu |
4-Year College Degree or More |   .1661601  .2965761    0.56   0.575   -.4151184   .7474385
                    female |   .2707731  .2575632    1.05   0.293   -.2340416   .7755877
                ageapprox13 |   .6211469  .2020654    3.07   0.002    .225106   1.017188
              brushing13yrs |  -.6791824  .2742726   -2.48   0.013   -1.216747  -.1416179
                   milk13yrs |  -.0110628  .0220946   -0.50   0.617   -.0543674   .0322419
                  sugar13yrs |   .0524987   .027393    1.92   0.055   -.0011905   .1061879
                      _cons |  -8.022039  2.801812   -2.86   0.004   -13.51349  -2.530589
------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions
```

Appendix D

```
Margins        : asbalanced


------------------------------------------------
              |      df       chi2     P>chi2
--------------+----------------------------------
     incomen  |       3       3.78     0.2857
------------------------------------------------


. margins, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                        Number of obs     =       329

Model VCE    : OIM


Expression   : Pr(dfscount13b), predict()

1._at        : totalmgfk~os    =          0

2._at        : totalmgfk~os    =        .05

3._at        : totalmgfk~os    =         .1

4._at        : totalmgfk~os    =        .15

5._at        : totalmgfk~os    =         .2


---------------------------------------------------------------------------
              |           Delta-method
              |    Margin   Std. Err.      z    P>|z|    [95% Conf. Interval]
--------------+------------------------------------------------------------
          _at |
           1  |  .4034499   .0507639    7.95   0.000    .3039544    .5029454
           2  |  .3289763   .0340068    9.67   0.000    .2623241    .3956284
           3  |  .3707641   .0442268    8.38   0.000    .2840812    .4574469
           4  |   .539325   .0816897    6.60   0.000    .3792161    .6994339
           5  |  .7963564   .1360887    5.85   0.000    .5296273    1.063085
---------------------------------------------------------------------------
```

```
. marginsplot, title("Fluoride squared at 6 mo Fluoride and age 13") ///

> ylab(, angle(0)) xtitle("Total Fluoride Intake (mg/kg/d)")


  Variables that uniquely identify margins: totalmgfkg6mos
```



```
. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 17

. logit dfscount17b c.totalmgfkg6mos##c.totalmgfkg6mos i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Iteration 0:   log likelihood = -216.40442

Iteration 1:   log likelihood = -202.05904

Iteration 2:   log likelihood = -201.91493
```

```
Iteration 3:    log likelihood = -201.91493


Logistic regression                          Number of obs    =        329

                                             LR chi2(12)      =      28.98

                                             Prob > chi2      =     0.0040

Log likelihood = -201.91493                  Pseudo R2        =     0.0670
```

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|
| totalmgfkg6mos | -7.66777 | 8.674439 | -0.88 | 0.377 | -24.66936    9.333818 |
| c.totalmgfkg6mos#c.totalmgfkg6mos | 72.1948 | 58.66363 | 1.23 | 0.218 | -42.7838    187.1734 |
| incomen | | | | | |
| $40,000 - $59,999 | .149184 | .5287846 | 0.28 | 0.778 | -.8872148    1.185583 |
| $60,000 - $79,999 | -.126055 | .5074409 | -0.25 | 0.804 | -1.120621    .8685109 |
| $80,000 or More | .1109286 | .4893637 | 0.23 | 0.821 | -.8482067    1.070064 |
| momedu | | | | | |
| 4-Year College Degree or More | -.6450619 | .2868622 | -2.25 | 0.025 | -1.207302    -.0828223 |
| dadedu | | | | | |
| 4-Year College Degree or More | -.0796342 | .2918683 | -0.27 | 0.785 | -.6516856    .4924172 |
| female | .2161445 | .2631838 | 0.82 | 0.411 | -.2996863    .7319752 |
| ageapprox17 | .0849356 | .174898 | 0.49 | 0.627 | -.2578581    .4277294 |
| brushing17yrs | -.7579501 | .2978217 | -2.54 | 0.011 | -1.34167    -.1742304 |
| milk17yrs | -.045482 | .0204702 | -2.22 | 0.026 | -.0856028    -.0053612 |
| sugar17yrs | -.0018714 | .0249508 | -0.08 | 0.940 | -.0507742    .0470313 |
| _cons | 1.135293 | 3.196351 | 0.36 | 0.722 | -5.129439    7.400026 |

```
. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |      df       chi2    P>chi2
-------------+-----------------------------------
    incomen  |       3       0.64    0.8877
-------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 9

. nbreg permdfscount9 c.totalmgfkg6mos##c.totalmgfkg6mos i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -335.06891

Iteration 1:   log likelihood = -335.06321

Iteration 2:   log likelihood = -335.06321


Fitting constant-only model:


Iteration 0:   log likelihood = -309.75084

Iteration 1:   log likelihood = -307.37137

Iteration 2:   log likelihood = -288.07134

Iteration 3:   log likelihood = -287.90387

Iteration 4:   log likelihood = -287.90382

Iteration 5:   log likelihood = -287.90382
```

Appendix D

11

```
Fitting full model:


Iteration 0:   log likelihood = -279.83681

Iteration 1:   log likelihood = -277.88187

Iteration 2:   log likelihood = -277.64632

Iteration 3:   log likelihood = -277.64562

Iteration 4:   log likelihood = -277.64562
```

| | | |
|---|---|---|
| Negative binomial regression | Number of obs | = | 325 |
| | LR chi2(12) | = | 20.52 |
| Dispersion     = mean | Prob > chi2 | = | 0.0579 |
| Log likelihood = -277.64562 | Pseudo R2 | = | 0.0356 |

| permdfscount9 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 4.992164 | 10.40573 | 0.48 | 0.631 | -15.4027 | 25.38703 |
| c.totalmgfkg6mos#c.totalmgfkg6mos | -25.0265 | 70.15977 | -0.36 | 0.721 | -162.5371 | 112.4841 |
| incomen | | | | | | |
| $40,000 - $59,999 | -.4115332 | .5187912 | -0.79 | 0.428 | -1.428345 | .6052788 |
| $60,000 - $79,999 | -.2800051 | .5123828 | -0.55 | 0.585 | -1.284257 | .7242467 |
| $80,000 or More | -.6426778 | .5270109 | -1.22 | 0.223 | -1.6756 | .3902446 |
| momedu | | | | | | |
| 4-Year College Degree or More | -.426945 | .3561996 | -1.20 | 0.231 | -1.125083 | .2711934 |
| dadedu | | | | | | |
| 4-Year College Degree or More | .2983539 | .3590391 | 0.83 | 0.406 | -.4053499 | 1.002058 |
| female | .4328758 | .2932163 | 1.48 | 0.140 | -.1418175 | 1.007569 |
| ageapprox9 | .3719393 | .2003317 | 1.86 | 0.063 | -.0207037 | .7645823 |

```
           brushing9yrs |  -.4816148   .2773287    -1.74   0.082    -1.025169    .0619395

               milk9yrs |  -.0484549   .0257887    -1.88   0.060    -.0989999    .0020901

              sugar9yrs |   .0189841   .0346766     0.55   0.584    -.0489808     .086949

                  _cons |  -2.878257   2.170394    -1.33   0.185    -7.132152    1.375638

-------------------------------+----------------------------------------------------------------

                /lnalpha |   1.186355   .2171084                      .7608305     1.61188

-------------------------------+----------------------------------------------------------------

                   alpha |   3.275122   .7110563                      2.140053    5.012223

-----------------------------------------------------------------------------------------------

LR test of alpha=0: chibar2(01) = 114.84                Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
              |      df      chi2    P>chi2
--------------+---------------------------------
permdfscou~9 |

     incomen |       3      1.77    0.6209

------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 13

. nbreg dfscount13 c.totalmgfkg6mos##c.totalmgfkg6mos i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -537.01118
```

```
Iteration 1:    log likelihood = -537.00636

Iteration 2:    log likelihood = -537.00636


Fitting constant-only model:


Iteration 0:    log likelihood = -466.32088

Iteration 1:    log likelihood = -451.33503

Iteration 2:    log likelihood = -443.08006

Iteration 3:    log likelihood = -443.07903

Iteration 4:    log likelihood = -443.07903


Fitting full model:


Iteration 0:    log likelihood =  -431.0279

Iteration 1:    log likelihood = -427.93493

Iteration 2:    log likelihood = -427.21644

Iteration 3:    log likelihood = -427.21502

Iteration 4:    log likelihood = -427.21502
```

| | | |
|---|---|---|
| Negative binomial regression | Number of obs | = 329 |
| | LR chi2(12) | = 31.73 |
| Dispersion = mean | Prob > chi2 | = 0.0015 |
| Log likelihood = -427.21502 | Pseudo R2 | = 0.0358 |

```
------------------------------------------------------------------------------
                         dfscount13 |    Coef.   Std. Err.     z    P>|z|     [95% Conf. Interval]
------------------------------------+-----------------------------------------------------------
                     totalmgfkg6mos | -12.06319  7.582545   -1.59   0.112   -26.92471   2.798325
                                    |
c.totalmgfkg6mos#c.totalmgfkg6mos   |  96.85977  50.81772    1.91   0.057   -2.741134  196.4607
                                    |
                            incomen |
```

```
                 $40,000 - $59,999 |  -.1143857   .4135205    -0.28   0.782   -.9248709    .6960996

                 $60,000 - $79,999 |  -.3836039   .4084555    -0.94   0.348   -1.184162    .4169541

                  $80,000 or More  |   .1150934   .4143959     0.28   0.781   -.6971076    .9272944

                                   |

                            momedu |

    4-Year College Degree or More  |  -.5554255   .2635847    -2.11   0.035   -1.072042   -.0388091

                                   |

                            dadedu |

    4-Year College Degree or More  |  -.1890733   .2769424    -0.68   0.495   -.7318704    .3537238

                            female |   .5039326   .2222158     2.27   0.023    .0683977    .9394675

                       ageapprox13 |    .33313    .1622034     2.05   0.040    .0152172    .6510428

                      brushing13yrs |  -.5298875   .2245235    -2.36   0.018   -.9699455   -.0898295

                          milk13yrs |  -.0143779   .0184762    -0.78   0.436   -.0505907    .0218348

                         sugar13yrs |   .0061575   .0229788     0.27   0.789   -.0388802    .0511953

                             _cons |  -3.372667   2.343437    -1.44   0.150   -7.96572     1.220386
---------------------------------+-------------------------------------------------------------------

                           /lnalpha |   .7920425   .1638546                     .4708933    1.113192
---------------------------------+-------------------------------------------------------------------

                             alpha |   2.207901   .3617748                     1.601424    3.044058
---------------------------------------------------------------------------------------------------

LR test of alpha=0: chibar2(01) = 219.58              Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
                 |      df      chi2    P>chi2
-------------+----------------------------------

dfscount13   |
```

```
    incomen |        3      2.81      0.4218

-------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 17

. nbreg dfscount17 c.totalmgfkg6mos##c.totalmgfkg6mos i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1007.2585

Iteration 1:   log likelihood =  -1007.257

Iteration 2:   log likelihood =  -1007.257


Fitting constant-only model:


Iteration 0:   log likelihood =  -736.5625

Iteration 1:   log likelihood = -723.06747

Iteration 2:   log likelihood = -723.01418

Iteration 3:   log likelihood = -723.01418


Fitting full model:


Iteration 0:   log likelihood =  -710.6575

Iteration 1:   log likelihood = -708.78142

Iteration 2:   log likelihood = -708.70556

Iteration 3:   log likelihood = -708.70549
```

| Negative binomial regression | | Number of obs | = | 329 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 28.62 |
| Dispersion     = mean | | Prob > chi2 | = | 0.0045 |
| Log likelihood = -708.70549 | | Pseudo R2 | = | 0.0198 |

```
------------------------------------------------------------------------------------------
                      dfscount17 |     Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
---------------------------------+--------------------------------------------------------
                    totalmgfkg6mos |   1.518845   5.848646     0.26   0.795    -9.944292    12.98198
                                   |
c.totalmgfkg6mos#c.totalmgfkg6mos |   7.577832   37.92147     0.20   0.842    -66.74688    81.90254
                                   |
                         incomen |
             $40,000 - $59,999 |   .0655203   .3218544     0.20   0.839    -.5653028    .6963433
             $60,000 - $79,999 |   .1534936   .3124584     0.49   0.623    -.4589136    .7659009
               $80,000 or More |   .1453605   .3178282     0.46   0.647    -.4775713    .7682923
                                   |
                          momedu |
   4-Year College Degree or More |  -.2693656   .1967328    -1.37   0.171    -.6549548    .1162237
                                   |
                          dadedu |
   4-Year College Degree or More |   -.019749   .212824     -0.09   0.926    -.4368763    .3973784
                          female |   .3291178   .1658059     1.98   0.047     .0041441    .6540914
                      ageapprox17 |   .1463342   .115766      1.26   0.206    -.0805629    .3732313
                     brushing17yrs |  -.5811687   .193643     -3.00   0.003    -.960702    -.2016355
                        milk17yrs |  -.0092266   .0125243    -0.74   0.461    -.0337739    .0153207
                       sugar17yrs |   .0144433   .01449       1.00   0.319    -.0139564    .0428431
                           _cons |  -.9540629   2.139792    -0.45   0.656    -5.147978    3.239852
---------------------------------+--------------------------------------------------------
                         /lnalpha |   .4218217   .1149275                      .1965679    .6470754
---------------------------------+--------------------------------------------------------
                           alpha |   1.524737   .1752341                      1.217218    1.909947
------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 597.10                 Prob >= chibar2 = 0.000


. contrast incomen
```

```
Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
              |      df       chi2     P>chi2
--------------+---------------------------------
dfscount17    |
     incomen  |       3       0.34     0.9527
------------------------------------------------


.

. * (2) Does the ingestion of fluoride during the first 6 months of life predict

. * whether a child develops caries in the primary teeth, as measured at age 5?

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 5

. logit caries5 c.totalmgfkg6mos##c.totalmgfkg6mos i.incomen i.momedu i.dadedu ///

> female brushing5yrs milk5yrs sugar5yrs


Iteration 0:   log likelihood =  -187.9686

Iteration 1:   log likelihood = -175.71149

Iteration 2:   log likelihood = -175.44495

Iteration 3:   log likelihood =  -175.4447

Iteration 4:   log likelihood =  -175.4447


Logistic regression                    Number of obs    =       329

                                        LR chi2(11)      =     25.05

                                        Prob > chi2      =    0.0090

Log likelihood =  -175.4447             Pseudo R2        =    0.0666


----------------------------------------------------------------------------------
```

```
                          caries5 |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
--------------------------------------+----------------------------------------------------------------
                    totalmgfkg6mos |  -14.48742   9.454284   -1.53   0.125    -33.01747    4.042637
                                   |
c.totalmgfkg6mos#c.totalmgfkg6mos |   83.29509   62.06853    1.34   0.180    -38.35698    204.9472
                                   |
                           incomen |
               $40,000 - $59,999 |  -.2836632   .4755574   -0.60   0.551    -1.215739    .6484122
               $60,000 - $79,999 |  -.6562899   .4771266   -1.38   0.169    -1.591441     .278861
                 $80,000 or More |  -.9075631   .4603212   -1.97   0.049    -1.809776   -.0053502
                                   |
                            momedu |
       4-Year College Degree or More |  -.0744766    .311864   -0.24   0.811    -.6857187    .5367655
                                   |
                            dadedu |
       4-Year College Degree or More |  -.3783398   .3218696   -1.18   0.240    -1.009193    .2525129
                            female |   .3442898   .2722967    1.26   0.206    -.1894018    .8779814
                        brushing5yrs |  -.3280009   .3230298   -1.02   0.310    -.9611277    .3051258
                           milk5yrs |  -.0522528   .0312786   -1.67   0.095    -.1135577    .0090521
                          sugar5yrs |   .0645164   .0423411    1.52   0.128    -.0184706    .1475033
                             _cons |   .5870743   .7086758    0.83   0.407    -.8019048    1.976053
-----------------------------------------------------------------------------------------------------
```

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
------------------------------------------------
               |     df       chi2    P>chi2
-------------+----------------------------------
```

```
       incomen |         3        5.18      0.1592

-------------------------------------------------


.

. * (3) Does the ingestion of fluoride during the first 6 years of life predict

. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 9

. logit dfscount9b c.totalmgfkg6yrs##c.totalmgfkg6yrs i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood =   -182.589

Iteration 1:   log likelihood = -173.22942

Iteration 2:   log likelihood = -172.85947

Iteration 3:   log likelihood = -172.85815

Iteration 4:   log likelihood = -172.85815
```

```
              $80,000 or More |  -.6222167    .505515   -1.23   0.218   -1.613008    .3685745
                              |
                       momedu |
    4-Year College Degree or More |  -.4727035   .3260605   -1.45   0.147    -1.11177    .1663633
                              |
                       dadedu |
    4-Year College Degree or More |   .5970411   .3319056    1.80   0.072    -.053482    1.247564
                       female |   .2442994   .2827871    0.86   0.388   -.3099531    .7985519
                    ageapprox9 |   .2865665   .1865544    1.54   0.125   -.0790735    .6522064
                   brushing9yrs |  -.5893937   .2855698   -2.06   0.039     -1.1491   -.0296872
                      milk9yrs |  -.0228491   .0233631   -0.98   0.328   -.0686399    .0229417
                     sugar9yrs |   .0248013   .0337169    0.74   0.462   -.0412826    .0908853
                        _cons |  -3.540845    2.11577   -1.67   0.094   -7.687678    .6059893

-----------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins       : asbalanced


-------------------------------------------------
              |         df        chi2    P>chi2
--------------+----------------------------------
      incomen |          3        2.69    0.4424
-------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 13

. logit dfscount13b c.totalmgfkg6yrs##c.totalmgfkg6yrs i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs sugar13yrs
```

```
Iteration 0:   log likelihood = -226.59449

Iteration 1:   log likelihood = -207.76308

Iteration 2:   log likelihood = -207.61153

Iteration 3:   log likelihood = -207.61151
```

```
Logistic regression                    Number of obs   =        343

                                       LR chi2(12)     =      37.97

                                       Prob > chi2     =     0.0002

Log likelihood = -207.61151            Pseudo R2       =     0.0838
```

| dfscount13b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -43.00993 | 26.62007 | -1.62 | 0.106 | -95.18431 | 9.164451 |
| c.totalmgfkg6yrs#c.totalmgfkg6yrs | 469.6609 | 254.1458 | 1.85 | 0.065 | -28.45559 | 967.7775 |
| incomen | | | | | | |
| $40,000 - $59,999 | .3491043 | .4920294 | 0.71 | 0.478 | -.6152556 | 1.313464 |
| $60,000 - $79,999 | -.3434249 | .4920484 | -0.70 | 0.485 | -1.307822 | .6209723 |
| $80,000 or More | .1451398 | .4717174 | 0.31 | 0.758 | -.7794093 | 1.069689 |
| momedu | | | | | | |
| 4-Year College Degree or More | -.6515426 | .2841578 | -2.29 | 0.022 | -1.208482 | -.0946035 |
| dadedu | | | | | | |
| 4-Year College Degree or More | .2768501 | .2924831 | 0.95 | 0.344 | -.2964062 | .8501064 |
| female | .2547667 | .2523007 | 1.01 | 0.313 | -.2397335 | .749267 |
| ageapprox13 | .6438016 | .197838 | 3.25 | 0.001 | .2560462 | 1.031557 |
| brushing13yrs | -.7278758 | .2695863 | -2.70 | 0.007 | -1.256255 | -.1994963 |
| milk13yrs | -.0113077 | .021268 | -0.53 | 0.595 | -.0529921 | .0303767 |
| sugar13yrs | .048753 | .0264208 | 1.85 | 0.065 | -.0030308 | .1005369 |

```
                      _cons |  -7.536237   2.776584    -2.71   0.007   -12.97824   -2.094232

------------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |     df       chi2     P>chi2
-------------+----------------------------------
     incomen |      3       3.52     0.3179
------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 17

. logit dfscount17b c.totalmgfkg6yrs##c.totalmgfkg6yrs i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Iteration 0:   log likelihood =  -225.5323

Iteration 1:   log likelihood = -211.96699

Iteration 2:   log likelihood = -211.83258

Iteration 3:   log likelihood = -211.83258


Logistic regression                             Number of obs   =        343

                                                LR chi2(12)     =      27.40

                                                Prob > chi2     =     0.0068

Log likelihood = -211.83258                      Pseudo R2       =     0.0607


------------------------------------------------------------------------------------------------
             dfscount17b |    Coef.   Std. Err.      z     P>|z|     [95% Conf. Interval]
```

23

```
--------------------------------+--------------------------------------------------------------
                    totalmgfkg6yrs |    -41.42096    27.28331    -1.52    0.129    -94.89526     12.05333
                                   |
c.totalmgfkg6yrs#c.totalmgfkg6yrs |     321.9536    255.3578     1.26    0.207    -178.5385     822.4457
                                   |
                           incomen |
                  $40,000 - $59,999 |     .1027662    .5224541     0.20    0.844    -.9212251    1.126758
                  $60,000 - $79,999 |    -.1722981    .5002552    -0.34    0.731     -1.15278     .808184
                    $80,000 or More |    -.0093752    .4808741    -0.02    0.984    -.9518711    .9331207
                                   |
                            momedu |
         4-Year College Degree or More |    -.6115312     .277575    -2.20    0.028    -1.155568   -.0674941
                                   |
                            dadedu |
         4-Year College Degree or More |    -.0142099     .281401    -0.05    0.960    -.5657457    .5373259
                            female |     .2370036    .2570575     0.92    0.357    -.2668199    .7408271
                        ageapprox17 |     .0821813    .1694282     0.49    0.628    -.2498919    .4142545
                       brushing17yrs |    -.7121836    .2888199    -2.47    0.014     -1.27826    -.146107
                          milk17yrs |    -.0333295    .0192262    -1.73    0.083    -.0710123    .0043532
                         sugar17yrs |     .0152212    .0240278     0.63    0.526    -.0318723    .0623147
                             _cons |     1.884393    3.151741     0.60    0.550    -4.292905    8.061692
--------------------------------------------------------------------------------------------------
```

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
-----------------------------------------------
             |       df       chi2     P>chi2
-------------+---------------------------------
```

```
      incomen |         3        0.52       0.9135
-------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 9

. nbreg permdfscount9 c.totalmgfkg6yrs##c.totalmgfkg6yrs i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -338.69027

Iteration 1:   log likelihood = -338.66513

Iteration 2:   log likelihood = -338.66511


Fitting constant-only model:


Iteration 0:   log likelihood = -318.28634

Iteration 1:   log likelihood = -314.42978

Iteration 2:   log likelihood = -296.95776

Iteration 3:   log likelihood = -296.88112

Iteration 4:   log likelihood = -296.88111


Fitting full model:


Iteration 0:   log likelihood = -286.84389

Iteration 1:   log likelihood = -284.13019

Iteration 2:   log likelihood = -283.68428

Iteration 3:   log likelihood = -283.68247

Iteration 4:   log likelihood = -283.68247


Negative binomial regression              Number of obs    =       338

                                          LR chi2(12)      =     26.40
```

Appendix D

```
Dispersion    = mean                    Prob > chi2      =     0.0094

Log likelihood = -283.68247             Pseudo R2        =     0.0445


-----------------------------------------------------------------------------------
               permdfscount9 |    Coef.    Std. Err.      z    P>|z|    [95% Conf. Interval]
-----------------------------+-----------------------------------------------------
               totalmgfkg6yrs |  59.17077   37.22137    1.59   0.112   -13.78178   132.1233
                             |
c.totalmgfkg6yrs#c.totalmgfkg6yrs | -700.9255  385.2355   -1.82   0.069   -1455.973   54.12233
                             |
                     incomen |
           $40,000 - $59,999 | -.6366882   .5187072   -1.23   0.220   -1.653336    .3799593
           $60,000 - $79,999 | -.4344793   .5070883   -0.86   0.392   -1.428354    .5593955
             $80,000 or More | -.8864119   .5222327   -1.70   0.090   -1.909969    .1371454
                             |
                      momedu |
  4-Year College Degree or More | -.4754586   .3407202   -1.40   0.163   -1.143258    .1923406
                             |
                      dadedu |
  4-Year College Degree or More |  .3235403   .3480503    0.93   0.353   -.3586258   1.005706
                      female |  .3854544   .2824451    1.36   0.172   -.1681278    .9390366
                   ageapprox9 |   .379974   .1925856    1.97   0.048    .0025132    .7574348
                 brushing9yrs | -.4699868   .2716741   -1.73   0.084   -1.002458    .0624847
                     milk9yrs | -.0379109   .0244376   -1.55   0.121   -.0858078     .009986
                    sugar9yrs |  .0245808   .0333268    0.74   0.461   -.0407385    .0899001
                       _cons | -3.823167   2.228368   -1.72   0.086   -8.190688     .544353
-----------------------------+-----------------------------------------------------
                     /lnalpha |  1.117698   .2166711                    .6930305   1.542366
-----------------------------+-----------------------------------------------------
                       alpha |  3.057807   .6625386                    1.999767   4.675639
-----------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 109.97             Prob >= chibar2 = 0.000
```

```
. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df       chi2     P>chi2
-------------+----------------------------------
permdfscou~9 |
     incomen |          3       3.33     0.3438
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 13

. nbreg dfscount13 c.totalmgfkg6yrs##c.totalmgfkg6yrs i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -554.82852

Iteration 1:   log likelihood = -554.82736

Iteration 2:   log likelihood = -554.82736


Fitting constant-only model:


Iteration 0:   log likelihood =  -482.3586

Iteration 1:   log likelihood = -467.43396

Iteration 2:   log likelihood = -458.30579

Iteration 3:   log likelihood = -458.30439

Iteration 4:   log likelihood = -458.30439
```

Fitting full model:

Iteration 0:   log likelihood = -446.69388

Iteration 1:   log likelihood = -443.68262

Iteration 2:   log likelihood = -442.91015

Iteration 3:   log likelihood =   -442.909

Iteration 4:   log likelihood =   -442.909


Negative binomial regression              Number of obs     =        343

                                          LR chi2(12)       =      30.79

Dispersion    = mean                      Prob > chi2       =     0.0021

Log likelihood =   -442.909               Pseudo R2         =     0.0336


--------------------------------------------------------------------------------
                       dfscount13 |    Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
----------------------------------+---------------------------------------------------------------
                 totalmgfkg6yrs |  -23.85618  20.86066   -1.14   0.253   -64.74232   17.02995
                                  |
c.totalmgfkg6yrs#c.totalmgfkg6yrs |   230.4382  195.586    1.18   0.239   -152.9033   613.7797
                                  |
                          incomen |
                $40,000 - $59,999 |  -.0161296  .413489   -0.04   0.969   -.8265531   .7942939
                $60,000 - $79,999 |   -.374611  .4093532  -0.92   0.360   -1.176928   .4277065
                  $80,000 or More |   .0572724  .416959    0.14   0.891   -.7599523    .874497
                                  |
                           momedu |
      4-Year College Degree or More |  -.4763704  .2531182  -1.88   0.060   -.9724729   .0197322
                                  |
                           dadedu |
      4-Year College Degree or More |  -.0654119  .2719821  -0.24   0.810   -.5984869   .4676631
                           female |   .4954666  .2197535    2.25   0.024    .0647577   .9261755

```
      ageapprox13 |    .376437    .1568156     2.40   0.016     .0690842    .6837898
     brushing13yrs | -.5987713    .2185513    -2.74   0.006    -1.027124   -.1704187
        milk13yrs | -.0158806    .0180128    -0.88   0.378     -.051185    .0194239
       sugar13yrs |   .0140983   .0220087     0.64   0.522    -.0290379    .0572345
            _cons |   -3.60344   2.306531    -1.56   0.118    -8.124158    .9172782
-----------------+----------------------------------------------------------------
          /lnalpha |   .8087739   .1615623                     .4921176     1.12543
-----------------+----------------------------------------------------------------
            alpha |   2.245153   .3627322                     1.635776    3.081542
----------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 223.84                Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
            |       df       chi2     P>chi2
------------+-----------------------------------
dfscount13  |
   incomen  |        3       2.36     0.5018
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 17

. nbreg dfscount17 c.totalmgfkg6yrs##c.totalmgfkg6yrs i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:
```

```
Iteration 0:    log likelihood = -1028.1681

Iteration 1:    log likelihood = -1028.1496

Iteration 2:    log likelihood = -1028.1496


Fitting constant-only model:


Iteration 0:    log likelihood = -764.84202

Iteration 1:    log likelihood = -751.17821

Iteration 2:    log likelihood = -751.12214

Iteration 3:    log likelihood = -751.12214


Fitting full model:


Iteration 0:    log likelihood = -736.95736

Iteration 1:    log likelihood = -734.49847

Iteration 2:    log likelihood = -734.34141

Iteration 3:    log likelihood = -734.34114

Iteration 4:    log likelihood = -734.34114
```

| Negative binomial regression | | | Number of obs | = | 343 |
|---|---|---|---|---|---|
| | | | LR chi2(12) | = | 33.56 |
| Dispersion | = mean | | Prob > chi2 | = | 0.0008 |
| Log likelihood = -734.34114 | | | Pseudo R2 | = | 0.0223 |

--------------------------------------------------------------------------------

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|
| totalmgfkg6yrs | -29.86311 | 15.1699 | -1.97 | 0.049 | -59.59556   -.1306624 |
| c.totalmgfkg6yrs#c.totalmgfkg6yrs | 286.2275 | 138.8529 | 2.06 | 0.039 | 14.08078   558.3743 |
| incomen | | | | | |

Appendix D

```
           $40,000 - $59,999 |   .1768828    .318214     0.56   0.578    -.4468053    .8005708
           $60,000 - $79,999 |   .1561662   .3088331     0.51   0.613    -.4491355    .7614679
             $80,000 or More |   .2232647   .3163935     0.71   0.480    -.3968552    .8433846
                             |
                      momedu |
  4-Year College Degree or More |  -.3365037   .1869016    -1.80   0.072    -.7028242    .0298168
                             |
                      dadedu |
  4-Year College Degree or More |   .0369752   .2036225     0.18   0.856    -.3621175    .4360679
                      female |   .3822744   .1617208     2.36   0.018     .0653074    .6992414
                  ageapprox17 |   .1670546   .1117534     1.49   0.135    -.0519781    .3860873
                brushing17yrs |  -.5614248   .1842454    -3.05   0.002    -.9225392   -.2003104
                    milk17yrs |  -.0116526   .0120084    -0.97   0.332    -.0351887    .0118835
                   sugar17yrs |   .0193819   .0141095     1.37   0.170    -.0082722     .047036
                       _cons |  -.6854267   2.080888    -0.33   0.742    -4.763892    3.393039
---------------------------------+---------------------------------------------------------------
                     /lnalpha |   .3942631   .1138575                      .1711065    .6174197
---------------------------------+---------------------------------------------------------------
                       alpha |   1.483291   .1688838                      1.186617    1.854138
---------------------------------------------------------------------------------------------------

LR test of alpha=0: chibar2(01) = 587.62                Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


---------------------------------------------------
             |         df      chi2    P>chi2
-------------+-------------------------------------
dfscount17   |
```

```
      incomen |        3       0.50      0.9180

-------------------------------------------------


. margins, at(totalmgfkg6yrs=(0(.05).1)) vsquish


Predictive margins                        Number of obs    =       343

Model VCE    : OIM


Expression   : Predicted number of events, predict()

1._at        : totalmgfk~rs    =           0

2._at        : totalmgfk~rs    =         .05

3._at        : totalmgfk~rs    =          .1


-----------------------------------------------------------------------
             |            Delta-method
             |     Margin   Std. Err.      z    P>|z|    [95% Conf. Interval]
-------------+---------------------------------------------------------
         _at |
           1 |   5.644383   2.188647    2.58   0.010    1.354713   9.934052
           2 |   2.593671   .2473228   10.49   0.000    2.108927   3.078414
           3 |   4.985956   1.720487    2.90   0.004    1.613864   8.358047
-----------------------------------------------------------------------


. marginsplot, title("Fluoride squared at 6 yr Fluoride and age 17") ///

> ylab(, angle(0)) xtitle("Total Fluoride Intake (mg/kg/d)")


  Variables that uniquely identify margins: totalmgfkg6yrs
```



```
. *** interaction between fluoride and gender

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6mos##i.female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood = -175.56635

Iteration 1:   log likelihood = -167.52382

Iteration 2:   log likelihood = -167.35494

Iteration 3:   log likelihood =  -167.3548

Iteration 4:   log likelihood =  -167.3548


Logistic regression                             Number of obs    =        325
```

```
                                    LR chi2(12)      =      16.42

                                    Prob > chi2      =      0.1726

Log likelihood =  -167.3548         Pseudo R2        =      0.0468


-------------------------------------------------------------------------------
         dfscount9b |     Coef.    Std. Err.      z     P>|z|    [95% Conf. Interval]
--------------------+----------------------------------------------------------
            incomen |
    $40,000 - $59,999 |  -.0114944   .5206884   -0.02   0.982   -1.032025   1.009036
    $60,000 - $79,999 |  -.4601945   .5268825   -0.87   0.382   -1.492865    .5724763
      $80,000 or More |  -.4279684    .505883   -0.85   0.398   -1.419481    .5635442
                    |
             momedu |
4-Year College Degree or More |  -.4528065    .329371   -1.37   0.169   -1.098362    .1927489
                    |
             dadedu |
4-Year College Degree or More |   .5541535   .3370241    1.64   0.100   -.1064016   1.214709
      totalmgfkg6mos |   3.541382   4.272115    0.83   0.407    -4.83181   11.91457
                    |
             female |
             female |   .3372976   .4169848    0.81   0.419   -.4799775   1.154573
                    |
female#c.totalmgfkg6mos |
             female |  -1.276624   5.942769   -0.21   0.830   -12.92424   10.37099
                    |
          ageapprox9 |   .2947065   .1910844    1.54   0.123    -.079812    .669225
         brushing9yrs |  -.5502437   .2879027   -1.91   0.056   -1.114523    .0140352
            milk9yrs |  -.0373598   .0243311   -1.54   0.125   -.0850478    .0103282
           sugar9yrs |   .0293452   .0339129    0.87   0.387   -.0371228    .0958133
               _cons |  -2.856767   1.992287   -1.43   0.152   -6.761578    1.048043
-------------------------------------------------------------------------------
```

```
. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
              |      df      chi2    P>chi2
--------------+----------------------------------
     incomen  |       3      1.90    0.5940
------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6mos##i.female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -217.97104

Iteration 1:   log likelihood = -201.70117

Iteration 2:   log likelihood =  -201.5679

Iteration 3:   log likelihood = -201.56789


Logistic regression                         Number of obs   =        329

                                            LR chi2(12)     =      32.81

                                            Prob > chi2     =     0.0010

Log likelihood = -201.56789                 Pseudo R2       =     0.0753


------------------------------------------------------------------------------
          dfscount13b |   Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
----------------------+-------------------------------------------------------
              incomen |
    $40,000 - $59,999 | .3330631   .495104     0.67   0.501   -.637323   1.303449
```

```
               $60,000 - $79,999 |  -.3710676   .4946413    -0.75   0.453   -1.340547    .5984115
                  $80,000 or More |   .1883289   .4714355     0.40   0.690   -.7356676    1.112325
                                  |
                           momedu |
      4-Year College Degree or More |  -.5811211   .2858371    -2.03   0.042   -1.141352   -.0208906
                                  |
                           dadedu |
      4-Year College Degree or More |    .161848   .2941507     0.55   0.582   -.4146767    .7383727
                    totalmgfkg6mos |   3.910094   3.672122     1.06   0.287   -3.287132    11.10732
                                  |
                           female |
                           female |   .2770163   .3699341     0.75   0.454   -.4480413    1.002074
                                  |
        female#c.totalmgfkg6mos |
                           female |  -1.131856   5.328441    -0.21   0.832   -11.57541    9.311697
                                  |
                      ageapprox13 |   .6177704   .2009084     3.07   0.002    .2239971    1.011544
                     brushing13yrs |  -.6863588   .2720707    -2.52   0.012   -1.219607   -.1531101
                        milk13yrs |  -.0106882   .0219873    -0.49   0.627   -.0537825    .0324061
                       sugar13yrs |   .0528579   .0271685     1.95   0.052   -.0003913     .106107
                            _cons |  -8.270268   2.788754    -2.97   0.003   -13.73613    -2.80441
------------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df        chi2     P>chi2
-------------+----------------------------------
```

```
      incomen |        3       3.77      0.2876
---------------------------------------------
```

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6mos##i.female ageapprox17 brushing17yrs milk17yrs sugar17yrs


```
Iteration 0:   log likelihood = -216.40442

Iteration 1:   log likelihood = -201.37943

Iteration 2:   log likelihood = -201.20939

Iteration 3:   log likelihood = -201.20934

Iteration 4:   log likelihood = -201.20934
```


```
Logistic regression                      Number of obs   =        329

                                         LR chi2(12)     =      30.39

                                         Prob > chi2     =     0.0024

Log likelihood = -201.20934              Pseudo R2       =     0.0702
```


| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .1517154 | .530587 | 0.29 | 0.775 | -.8882159 | 1.191647 |
| $60,000 - $79,999 | -.1059411 | .5093317 | -0.21 | 0.835 | -1.104213 | .8923307 |
| $80,000 or More | .1036472 | .4890623 | 0.21 | 0.832 | -.8548972 | 1.062192 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.5577463 | .2842626 | -1.96 | 0.050 | -1.114891 | -.0006018 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0736708 | .2903837 | -0.25 | 0.800 | -.6428124 | .4954708 |

```
       totalmgfkg6mos |  -1.465526    3.600534    -0.41   0.684    -8.522442    5.591391
                      |
               female |
               female |  -.2485571   .3673794    -0.68   0.499    -.9686076    .4714933
                      |
female#c.totalmgfkg6mos |
               female |   9.62876    5.652372     1.70   0.088    -1.449684     20.7072
                      |
            ageapprox17 |   .052962   .1732603     0.31   0.760    -.2866219    .392546
          brushing17yrs |  -.7679352   .298168    -2.58   0.010    -1.352334   -.1835367
              milk17yrs |  -.0431323  .0203258    -2.12   0.034    -.0829701   -.0032946
             sugar17yrs |  -.0019367  .0249262    -0.08   0.938    -.0507912    .0469178
                  _cons |   1.668294  3.175058     0.53   0.599    -4.554705    7.891293

---------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |      df       chi2    P>chi2
-------------+-----------------------------------
     incomen |       3       0.53    0.9125
-------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 9

. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6mos##i.female ageapprox9 brushing9yrs milk9yrs sugar9yrs
```

Appendix D

38

```
Fitting Poisson model:


Iteration 0:   log likelihood =  -335.0682

Iteration 1:   log likelihood = -335.06282

Iteration 2:   log likelihood = -335.06282


Fitting constant-only model:


Iteration 0:   log likelihood = -309.75084

Iteration 1:   log likelihood = -307.37137

Iteration 2:   log likelihood = -288.07134

Iteration 3:   log likelihood = -287.90387

Iteration 4:   log likelihood = -287.90382

Iteration 5:   log likelihood = -287.90382


Fitting full model:


Iteration 0:   log likelihood = -279.87759

Iteration 1:   log likelihood = -277.91231

Iteration 2:   log likelihood = -277.66699

Iteration 3:   log likelihood = -277.66622

Iteration 4:   log likelihood = -277.66622
```

| Negative binomial regression | | Number of obs | = | 325 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 20.48 |
| Dispersion    = mean | | Prob > chi2 | = | 0.0586 |
| Log likelihood = -277.66622 | | Pseudo R2 | = | 0.0356 |

```
------------------------------------------------------------------------------
         permdfscount9 |     Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
-----------------------+------------------------------------------------------
              incomen |
```

|  |  | | | | | |
|---|---|---|---|---|---|---|
| $40,000 - $59,999 | -.4155002 | .5189329 | -0.80 | 0.423 | -1.43259 | .6015897 |
| $60,000 - $79,999 | -.2466493 | .5215337 | -0.47 | 0.636 | -1.268836 | .7755379 |
| $80,000 or More | -.6148671 | .5266451 | -1.17 | 0.243 | -1.647073 | .4173384 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4590957 | .3522962 | -1.30 | 0.193 | -1.149584 | .2313922 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .2906034 | .3573843 | 0.81 | 0.416 | -.409857 | .9910639 |
| totalmgfkg6mos | .4457268 | 4.603213 | 0.10 | 0.923 | -8.576404 | 9.467858 |
| | | | | | | |
| female | | | | | | |
| female | .3432216 | .4285518 | 0.80 | 0.423 | -.4967246 | 1.183168 |
| | | | | | | |
| female#c.totalmgfkg6mos | | | | | | |
| female | 1.845416 | 6.302192 | 0.29 | 0.770 | -10.50665 | 14.19749 |
| | | | | | | |
| ageapprox9 | .3697695 | .2000224 | 1.85 | 0.065 | -.0222672 | .7618062 |
| brushing9yrs | -.4647469 | .2776376 | -1.67 | 0.094 | -1.008907 | .0794128 |
| milk9yrs | -.0489485 | .0257306 | -1.90 | 0.057 | -.0993796 | .0014827 |
| sugar9yrs | .0153818 | .0341922 | 0.45 | 0.653 | -.0516337 | .0823974 |
| _cons | -2.744752 | 2.13774 | -1.28 | 0.199 | -6.934646 | 1.445142 |
| /lnalpha | 1.189754 | .2168763 | | | .7646842 | 1.614824 |
| alpha | 3.286273 | .7127147 | | | 2.148316 | 5.027002 |

LR test of alpha=0: chibar2(01) = 114.79          Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions

```
Margins     : asbalanced


-------------------------------------------------
             |        df        chi2      P>chi2
-------------+-----------------------------------
permdfscou~9 |
    incomen  |         3        1.72      0.6321
-------------------------------------------------
```

.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 13

. nbreg dfscount13 i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6mos##i.female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -540.52884

Iteration 1:   log likelihood = -540.52419

Iteration 2:   log likelihood = -540.52419


Fitting constant-only model:


Iteration 0:   log likelihood = -466.32088

Iteration 1:   log likelihood = -451.33503

Iteration 2:   log likelihood = -443.08006

Iteration 3:   log likelihood = -443.07903

Iteration 4:   log likelihood = -443.07903


Fitting full model:


Iteration 0:   log likelihood = -432.04784

```
Iteration 1:    log likelihood = -429.20926

Iteration 2:    log likelihood = -428.65005

Iteration 3:    log likelihood = -428.64883

Iteration 4:    log likelihood = -428.64883


Negative binomial regression              Number of obs    =        329

                                          LR chi2(12)      =      28.86

Dispersion   = mean                       Prob > chi2      =     0.0041

Log likelihood = -428.64883               Pseudo R2        =     0.0326
```

```
------------------------------------------------------------------------------
             dfscount13 |     Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
------------------------+-----------------------------------------------------
                incomen |
      $40,000 - $59,999 | -.0614887   .4144779    -0.15   0.882   -.8738504    .750873
      $60,000 - $79,999 | -.2971413   .4153922    -0.72   0.474   -1.111295   .5170125
        $80,000 or More |  .0911806   .4144464     0.22   0.826   -.7211194   .9034806
                        |
                 momedu |
4-Year College Degree or More | -.4443026   .2566774    -1.73   0.083    -.947381   .0587758
                        |
                 dadedu |
4-Year College Degree or More | -.1355514    .27743    -0.49   0.625   -.6793043   .4082014
           totalmgfkg6mos | -.3588002  3.224707    -0.11   0.911   -6.679109   5.961509
                        |
                 female |
                 female |  .2633162    .323016     0.82   0.415   -.3697836   .8964159
                        |
  female#c.totalmgfkg6mos |
                 female |  4.228282  4.451594     0.95   0.342   -4.496681   12.95325
                        |
             ageapprox13 |  .3501212  .1614967     2.17   0.030    .0335934    .666649
```

```
         brushing13yrs |   -.5434242    .2258025    -2.41   0.016    -.9859891   -.1008594
            milk13yrs |    -.013919    .0186189    -0.75   0.455    -.0504114    .0225734
           sugar13yrs |    .0131866    .0227853     0.58   0.563    -.0314718    .0578451
                _cons |   -3.844378    2.330201    -1.65   0.099    -8.411489    .7227331
---------------------+----------------------------------------------------------------
              /lnalpha |    .8096723    .1635366                      .4891465    1.130198
---------------------+----------------------------------------------------------------
                alpha |    2.247171    .3674947                      1.630924     3.09627
-----------------------------------------------------------------------------------------

LR test of alpha=0: chibar2(01) = 223.75                 Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df       chi2     P>chi2
-------------+----------------------------------
dfscount13   |
    incomen  |          3       1.63     0.6533
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 17

. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6mos##i.female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1001.2495
```

```
Iteration 1:    log likelihood = -1001.2355

Iteration 2:    log likelihood = -1001.2355


Fitting constant-only model:


Iteration 0:    log likelihood =  -736.5625

Iteration 1:    log likelihood = -723.06747

Iteration 2:    log likelihood = -723.01418

Iteration 3:    log likelihood = -723.01418


Fitting full model:


Iteration 0:    log likelihood = -709.10544

Iteration 1:    log likelihood = -706.96475

Iteration 2:    log likelihood = -706.87097

Iteration 3:    log likelihood = -706.87088

Iteration 4:    log likelihood = -706.87088
```

Negative binomial regression

| | |
|---|---|
| Number of obs | = 329 |
| LR chi2(12) | = 32.29 |
| Prob > chi2 | = 0.0012 |
| Pseudo R2 | = 0.0223 |

Dispersion     = mean

Log likelihood = -706.87088

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .0219515 | .3192593 | 0.07 | 0.945 | -.6037852 | .6476882 |
| $60,000 - $79,999 | .2082369 | .3118958 | 0.67 | 0.504 | -.4030677 | .8195415 |
| $80,000 or More | .1117031 | .3102497 | 0.36 | 0.719 | -.496375 | .7197813 |
| | | | | | | |
| momedu | | | | | | |

```
4-Year College Degree or More |   -.2609052    .1898212    -1.37   0.169     -.6329478     .1111374
                              |
                       dadedu |
4-Year College Degree or More |    .0222443     .209654     0.11   0.916      -.38867      .4331587
               totalmgfkg6mos |   -.6326825    2.330214    -0.27   0.786     -5.199818     3.934453
                              |
                       female |
                       female |    -.010425    .2388164    -0.04   0.965     -.4784966     .4576466
                              |
     female#c.totalmgfkg6mos |
                       female |    6.582503    3.417539     1.93   0.054     -.1157503     13.28076
                              |
                   ageapprox17 |    .1159312    .1139921     1.02   0.309     -.1074893     .3393516
                  brushing17yrs |   -.6076567    .1893651    -3.21   0.001     -.9788055    -.2365078
                     milk17yrs |   -.0097748    .0125274    -0.78   0.435      -.034328     .0147785
                    sugar17yrs |    .0133239    .0144257     0.92   0.356     -.0149499     .0415978
                        _cons |   -.2198938    2.129222    -0.10   0.918     -4.393092     3.953304
------------------------------+-------------------------------------------------------------------
                      /lnalpha |    .4044861    .1154671                      .1781748     .6307975
------------------------------+-------------------------------------------------------------------
                        alpha |    1.498532    .1730312                      1.195034     1.879109
-------------------------------------------------------------------------------------------------
```

LR test of alpha=0: chibar2(01) = 588.73                Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
-----------------------------------------------
             |      df       chi2    P>chi2
```

```
-------------+----------------------------------
dfscount17   |
    incomen  |          3        0.73     0.8650
-------------------------------------------------


. margins female, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                        Number of obs   =        329
Model VCE    : OIM


Expression   : Predicted number of events, predict()
1._at        : totalmgfk~os    =            0
2._at        : totalmgfk~os    =          .05
3._at        : totalmgfk~os    =           .1
4._at        : totalmgfk~os    =          .15
5._at        : totalmgfk~os    =           .2


-----------------------------------------------------------------------
             |            Delta-method
             |    Margin   Std. Err.      z    P>|z|    [95% Conf. Interval]
-------------+---------------------------------------------------------
  _at#female |
     1#male  |   2.519902   .4268202    5.90   0.000     1.68335    3.356455
   1#female  |   2.493769   .4133919    6.03   0.000    1.683536    3.304002
     2#male  |   2.441435   .2883375    8.47   0.000    1.876304    3.006566
   2#female  |   3.357801   .3699594    9.08   0.000    2.632694    4.082908
     3#male  |   2.365411   .3840135    6.16   0.000    1.612759    3.118064
   3#female  |   4.521199   .7433734    6.08   0.000    3.064214    5.978184
     4#male  |   2.291755   .5883766    3.90   0.000    1.138558    3.444952
   4#female  |   6.087688   1.635343    3.72   0.000    2.882475    9.292901
     5#male  |   2.220392   .8086022    2.75   0.006    .6355605    3.805223
   5#female  |   8.196927    3.14837    2.60   0.009    2.026236    14.36762
```

Appendix D

46

```
--------------------------------------------------------------------------------

. marginsplot, title("Interaction of 6 mo Fluoride and Gender at age 17") ///

> ylab(, angle(0)) xtitle("Total Fluoride Intake (mg/kg/d)")


   Variables that uniquely identify margins: totalmgfkg6mos female
```



```
.

. * (2) Does the ingestion of fluoride during the first 6 months of life predict

. * whether a child develops caries in the primary teeth, as measured at age 5?

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 5

. logit caries5 i.incomen i.momedu i.dadedu ///
```

```
> c.totalmgfkg6mos##i.female brushing5yrs milk5yrs sugar5yrs


Iteration 0:   log likelihood =  -187.9686

Iteration 1:   log likelihood = -175.06611

Iteration 2:   log likelihood = -174.75835

Iteration 3:   log likelihood = -174.75807

Iteration 4:   log likelihood = -174.75807


Logistic regression                        Number of obs    =        329

                                           LR chi2(11)      =      26.42

                                           Prob > chi2      =     0.0056

Log likelihood = -174.75807               Pseudo R2        =     0.0703
```

| caries5 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|
| incomen | | | | | |
| $40,000 - $59,999 | -.3015507 | .4799431 | -0.63 | 0.530 | -1.242222 .6391206 |
| $60,000 - $79,999 | -.7345901 | .4828886 | -1.52 | 0.128 | -1.681034 .2118541 |
| $80,000 or More | -.977836 | .4652595 | -2.10 | 0.036 | -1.889728 -.0659442 |
| | | | | | |
| momedu | | | | | |
| 4-Year College Degree or More | -.0570123 | .3094474 | -0.18 | 0.854 | -.663518 .5494934 |
| | | | | | |
| dadedu | | | | | |
| 4-Year College Degree or More | -.3945115 | .321211 | -1.23 | 0.219 | -1.024073 .2350505 |
| totalmgfkg6mos | 2.453221 | 4.103382 | 0.60 | 0.550 | -5.589261 10.4957 |
| | | | | | |
| female | | | | | |
| female | .8091638 | .3969919 | 2.04 | 0.042 | .031074 1.587254 |
| | | | | | |
| female#c.totalmgfkg6mos | | | | | |

```
        female |   -10.64143    6.053511    -1.76    0.079    -22.50609    1.223238
               |
    brushing5yrs |   -.3133235    .3252947    -0.96    0.335    -.9508895    .3242424
       milk5yrs |    -.05289    .0316581    -1.67    0.095    -.1149387    .0091587
      sugar5yrs |    .068314    .0391588     1.74    0.081    -.0084359    .1450639
          _cons |   .1754864    .7019937     0.25    0.803    -1.200396    1.551369
```

--------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins       : asbalanced


```
------------------------------------------------
              |        df       chi2     P>chi2
--------------+---------------------------------
      incomen |         3       5.99      0.1123
------------------------------------------------
```


.

. * (3) Does the ingestion of fluoride during the first 6 years of life predict

. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6yrs##i.female ageapprox9 brushing9yrs milk9yrs sugar9yrs


```
Iteration 0:   log likelihood =   -182.589

Iteration 1:   log likelihood = -174.32691

Iteration 2:   log likelihood = -174.14335

Iteration 3:   log likelihood = -174.14313
```

```
Iteration 4:    log likelihood = -174.14313


Logistic regression                    Number of obs     =      338

                                       LR chi2(12)       =    16.89

                                       Prob > chi2       =   0.1537

Log likelihood = -174.14313            Pseudo R2         =   0.0463
```

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0720426 | .5159056 | -0.14 | 0.889 | -1.083199 | .9391138 |
| $60,000 - $79,999 | -.484949 | .5235692 | -0.93 | 0.354 | -1.511126 | .5412277 |
| $80,000 or More | -.5556705 | .5034142 | -1.10 | 0.270 | -1.542344 | .4310033 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4882327 | .3245838 | -1.50 | 0.133 | -1.124405 | .1479398 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .6241902 | .3326841 | 1.88 | 0.061 | -.0278587 | 1.276239 |
| totalmgfkg6yrs | -1.531585 | 10.75233 | -0.14 | 0.887 | -22.60576 | 19.54259 |
| | | | | | | |
| female | | | | | | |
| female | .4868236 | .7251849 | 0.67 | 0.502 | -.9345126 | 1.90816 |
| | | | | | | |
| female#c.totalmgfkg6yrs | | | | | | |
| female | -4.987933 | 15.02885 | -0.33 | 0.740 | -34.44393 | 24.46807 |
| | | | | | | |
| ageapprox9 | .2900182 | .1860754 | 1.56 | 0.119 | -.0746828 | .6547192 |
| brushing9yrs | -.581269 | .2848747 | -2.04 | 0.041 | -1.139613 | -.0229248 |
| milk9yrs | -.027908 | .0232677 | -1.20 | 0.230 | -.0735119 | .0176959 |
| sugar9yrs | .0281493 | .0335148 | 0.84 | 0.401 | -.0375384 | .0938371 |

```
                 _cons |  -2.550017   1.977578    -1.29   0.197   -6.425998    1.325964
-----------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
               |       df      chi2    P>chi2
---------------+--------------------------------
      incomen  |        3      2.42    0.4905
------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6yrs##i.female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -226.59449

Iteration 1:   log likelihood = -209.21681

Iteration 2:   log likelihood = -209.04981

Iteration 3:   log likelihood =  -209.0498


Logistic regression                         Number of obs    =        343

                                            LR chi2(12)      =      35.09

                                            Prob > chi2      =     0.0005

Log likelihood =  -209.0498                 Pseudo R2        =     0.0774


-----------------------------------------------------------------------------------------
            dfscount13b |     Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
```

```
-----------------------------+----------------------------------------------------------------
                    incomen |
          $40,000 - $59,999 |    .3239043   .4895139     0.66   0.508    -.6355253    1.283334
          $60,000 - $79,999 |   -.3093459   .4909572    -0.63   0.529    -1.271604    .6529126
            $80,000 or More |    .0912816   .4670381     0.20   0.845    -.8240962    1.006659
                            |
                     momedu |
4-Year College Degree or More |  -.6128975   .2816211    -2.18   0.030    -1.164865   -.0609304
                            |
                     dadedu |
4-Year College Degree or More |   .2622417   .2896764     0.91   0.365    -.3055136    .829997
               totalmgfkg6yrs |  -.0917634   9.138968    -0.01   0.992    -18.00381    17.82029
                            |
                     female |
                     female |   -.2924696   .6484286    -0.45   0.652    -1.563366    .9784271
                            |
     female#c.totalmgfkg6yrs |
                     female |    11.04181   13.10266     0.84   0.399    -14.63892    36.72255
                            |
                 ageapprox13 |    .6554384   .1958785     3.35   0.001     .2715237    1.039353
                brushing13yrs |   -.7475096    .267601    -2.79   0.005    -1.271998   -.2230213
                   milk13yrs |   -.0086769   .0211795    -0.41   0.682     -.050188    .0328342
                  sugar13yrs |    .0429486   .0261188     1.64   0.100    -.0082433    .0941406
                       _cons |    -8.43416     2.7037    -3.12   0.002    -13.73331   -3.135005
-----------------------------------------------------------------------------------------------
```

. contrast incomen


Contrasts of marginal linear predictions


Margins     : asbalanced

```
-----------------------------------------------
            |     df      chi2    P>chi2
------------+----------------------------------
  incomen   |      3      2.84    0.4166
-----------------------------------------------
```

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6yrs##i.female ageapprox17 brushing17yrs milk17yrs sugar17yrs


```
Iteration 0:   log likelihood =  -225.5323
Iteration 1:   log likelihood = -211.60385
Iteration 2:   log likelihood = -211.46983
Iteration 3:   log likelihood = -211.46975
Iteration 4:   log likelihood = -211.46975
```


Logistic regression                    Number of obs   =        343

                                        LR chi2(12)     =      28.13

                                        Prob > chi2     =     0.0053

Log likelihood = -211.46975             Pseudo R2       =     0.0624


```
-------------------------------------------------------------------------------------
          dfscount17b |    Coef.    Std. Err.      z    P>|z|     [95% Conf. Interval]
----------------------+--------------------------------------------------------------
              incomen |
      $40,000 - $59,999 |  .1165337   .522084      0.22   0.823    -.9067322    1.1398
      $60,000 - $79,999 | -.0860287  .5035075     -0.17   0.864    -1.072885   .9008278
        $80,000 or More | -.0068166  .4797579     -0.01   0.989    -.9471248   .9334916
                      |
               momedu |
4-Year College Degree or More | -.5753945 .2775097 -2.07  0.038    -1.119304  -.0314855
```

```
                            |
                     dadedu |
4-Year College Degree or More |    .0089304   .2823038     0.03   0.975    -.5443749    .5622357
               totalmgfkg6yrs |   -17.45841   9.077747    -1.92   0.054    -35.25046    .3336505
                            |
                     female |
                     female |   -.7070945   .6491617    -1.09   0.276    -1.979428    .5652389
                            |
     female#c.totalmgfkg6yrs |
                     female |    20.26143   13.18423     1.54   0.124    -5.579196    46.10205
                            |
                  ageapprox17 |    .0503901   .1699001     0.30   0.767     -.282608    .3833882
                 brushing17yrs |   -.7318679   .2894776    -2.53   0.011    -1.299233   -.1645023
                     milk17yrs |   -.0313962   .0192907    -1.63   0.104    -.0692053    .0064128
                    sugar17yrs |    .0143327   .0241026     0.59   0.552    -.0329076    .061573
                        _cons |    2.112109   3.149858     0.67   0.503    -4.061498    8.285717
-------------------------------------------------------------------------------------------------
```

. contrast incomen

Contrasts of marginal linear predictions

Margins      : asbalanced



```
------------------------------------------------
            |         df      chi2     P>chi2
------------+-----------------------------------
    incomen |          3      0.26     0.9665
------------------------------------------------
```

.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 9

```
. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6yrs##i.female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -340.97649

Iteration 1:   log likelihood = -340.96503

Iteration 2:   log likelihood = -340.96503


Fitting constant-only model:


Iteration 0:   log likelihood = -318.28634

Iteration 1:   log likelihood = -314.42978

Iteration 2:   log likelihood = -296.95776

Iteration 3:   log likelihood = -296.88112

Iteration 4:   log likelihood = -296.88111


Fitting full model:


Iteration 0:   log likelihood = -287.99294

Iteration 1:   log likelihood = -285.78706

Iteration 2:   log likelihood = -285.50022

Iteration 3:   log likelihood = -285.49927

Iteration 4:   log likelihood = -285.49927
```

| | | |
|---|---|---|
| Negative binomial regression | Number of obs = | 338 |
| | LR chi2(12) = | 22.76 |
| Dispersion   = mean | Prob > chi2 = | 0.0298 |
| Log likelihood = -285.49927 | Pseudo R2 = | 0.0383 |

```
------------------------------------------------------------------------------

          permdfscount9 |    Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
```

```
-----------------------------+----------------------------------------------------------------
                    incomen |
          $40,000 - $59,999 |   -.4797178    .5088539   -0.94   0.346   -1.477053    .5176175
          $60,000 - $79,999 |    -.381417    .5146105   -0.74   0.459   -1.390035    .6272011
            $80,000 or More |   -.7743248    .5202324   -1.49   0.137   -1.793962    .2453121
                            |
                     momedu |
4-Year College Degree or More |  -.4843897    .3422213   -1.42   0.157   -1.155131    .1863517
                            |
                     dadedu |
4-Year College Degree or More |   .3681087    .3495052    1.05   0.292    -.3169088   1.053126
               totalmgfkg6yrs |  -7.420111    11.67391   -0.64   0.525   -30.30056    15.46034
                            |
                     female |
                     female |    .4488946    .7817957    0.57   0.566   -1.083397    1.981186
                            |
      female#c.totalmgfkg6yrs |
                     female |   -1.191413    16.35548   -0.07   0.942   -33.24756    30.86473
                            |
                  ageapprox9 |    .371446    .1929055    1.93   0.054    -.0066418    .7495339
                 brushing9yrs |   -.464586    .2716166   -1.71   0.087    -.9969448    .0677727
                    milk9yrs |  -.0433561    .0243689   -1.78   0.075    -.0911183    .0044061
                   sugar9yrs |   .0202368    .0333504    0.61   0.544    -.0451288    .0856024
                      _cons |  -2.391389    2.09637    -1.14   0.254      -6.5002    1.717421
-----------------------------+----------------------------------------------------------------
                   /lnalpha |   1.146418    .2164783                     .7221287    1.570708
-----------------------------+----------------------------------------------------------------
                      alpha |   3.146902    .681236                     2.058811    4.810053
-----------------------------+----------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 110.93                  Prob >= chibar2 = 0.000


. contrast incomen
```

**Contrasts of marginal linear predictions**

**Margins      : asbalanced**

```
-------------------------------------------------
              |      df       chi2    P>chi2
--------------+----------------------------------
permdfscou~9  |
      incomen |        3       2.52     0.4716
-------------------------------------------------
```

.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 13

. nbreg dfscount13 i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6yrs##i.female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -554.91488

Iteration 1:   log likelihood = -554.91382

Iteration 2:   log likelihood = -554.91382


Fitting constant-only model:


Iteration 0:   log likelihood =  -482.3586

Iteration 1:   log likelihood = -467.43396

Iteration 2:   log likelihood = -458.30579

Iteration 3:   log likelihood = -458.30439

Iteration 4:   log likelihood = -458.30439


Fitting full model:

Appendix D

```
Iteration 0:   log likelihood = -447.35087

Iteration 1:   log likelihood = -444.23548

Iteration 2:   log likelihood =  -443.3105

Iteration 3:   log likelihood = -443.30943

Iteration 4:   log likelihood = -443.30943
```

```
Negative binomial regression                Number of obs    =        343

                                            LR chi2(12)      =      29.99

Dispersion    = mean                        Prob > chi2      =     0.0028

Log likelihood = -443.30943                 Pseudo R2        =     0.0327
```

| dfscount13 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0908587 | .4104583 | -0.22 | 0.825 | -.8953422 | .7136249 |
| $60,000 - $79,999 | -.3784965 | .4111265 | -0.92 | 0.357 | -1.18429 | .4272965 |
| $80,000 or More | -.0335721 | .4109157 | -0.08 | 0.935 | -.8389522 | .7718079 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4680356 | .2532571 | -1.85 | 0.065 | -.9644104 | .0283391 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0421093 | .2746839 | -0.15 | 0.878 | -.5804798 | .4962613 |
| totalmgfkg6yrs | -4.406384 | 7.641784 | -0.58 | 0.564 | -19.384 | 10.57124 |
| | | | | | | |
| female | | | | | | |
| female | .0724044 | .5471606 | 0.13 | 0.895 | -1.000011 | 1.14482 |
| | | | | | | |
| female#c.totalmgfkg6yrs | | | | | | |
| female | 8.670853 | 10.8059 | 0.80 | 0.422 | -12.50833 | 29.85004 |

Appendix D

58

```
                         |
          ageapprox13 |    .386762    .1553539     2.49   0.013      .082274    .6912501
        brushing13yrs |   -.5883715   .2218834    -2.65   0.008    -1.023255   -.153488
            milk13yrs |   -.0141005   .0179012    -0.79   0.431    -.0491862    .0209852
           sugar13yrs |    .0128096   .0220685     0.58   0.562    -.0304438    .0560631
                _cons |   -4.033419   2.239984    -1.80   0.072    -8.423707    .3568687
---------------------+----------------------------------------------------------------
              /lnalpha |    .8118411   .1617749                     .4947682    1.128914
---------------------+----------------------------------------------------------------
                alpha |    2.252051   .3643252                     1.640118    3.092297
----------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 223.21          Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
              |       df       chi2      P>chi2
-------------+----------------------------------
dfscount13   |
     incomen |        3       1.63      0.6527
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 17

. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> c.totalmgfkg6yrs##i.female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:
```

Appendix D

```
Iteration 0:   log likelihood = -1040.3037

Iteration 1:   log likelihood = -1040.3032

Iteration 2:   log likelihood = -1040.3032


Fitting constant-only model:


Iteration 0:   log likelihood = -764.84202

Iteration 1:   log likelihood = -751.17821

Iteration 2:   log likelihood = -751.12214

Iteration 3:   log likelihood = -751.12214


Fitting full model:


Iteration 0:   log likelihood = -737.85673

Iteration 1:   log likelihood = -735.62502

Iteration 2:   log likelihood = -735.52062

Iteration 3:   log likelihood = -735.52051

Iteration 4:   log likelihood = -735.52051
```

| Negative binomial regression | | | | Number of obs | = | 343 |
|---|---|---|---|---|---|---|
| | | | | LR chi2(12) | = | 31.20 |
| Dispersion   = mean | | | | Prob > chi2 | = | 0.0018 |
| Log likelihood = -735.52051 | | | | Pseudo R2 | = | 0.0208 |

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .0180183 | .318394 | 0.06 | 0.955 | -.6060224 | .642059 |
| $60,000 - $79,999 | .1407135 | .3127129 | 0.45 | 0.653 | -.4721925 | .7536195 |
| $80,000 or More | .0203309 | .3099958 | 0.07 | 0.948 | -.5872497 | .6279114 |

```
                            |
                   momedu |
4-Year College Degree or More | -.2912729  .1864874  -1.56  0.118  -.6567815   .0742358
                            |
                   dadedu |
4-Year College Degree or More |  .1184695  .2054989   0.58  0.564  -.2843009    .52124
          totalmgfkg6yrs |  -4.405271  5.034569  -0.88  0.382  -14.27284   5.462303
                            |
                   female |
                   female |  -.2229754  .3961729  -0.56  0.574  -.9994599   .5535092
                            |
   female#c.totalmgfkg6yrs |
                   female |   11.68304  7.799551   1.50  0.134  -3.603795  26.96988
                            |
               ageapprox17 |   .1198934  .1132925   1.06  0.290  -.1021558   .3419425
              brushing17yrs |  -.6468286  .1844602  -3.51  0.000  -1.008364  -.2852933
                 milk17yrs |   -.011822   .012129  -0.97  0.330  -.0355943   .0119504
                sugar17yrs |   .0157153  .0141905   1.11  0.268  -.0120975   .0435281
                     _cons |  -.0190392  2.147085  -0.01  0.993  -4.227248    4.18917
---------------------------+----------------------------------------------------------
                   /lnalpha |   .4095217  .1129559                 .1881323   .6309111
---------------------------+----------------------------------------------------------
                     alpha |   1.506097  .1701225                 1.206993   1.879322
---------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 609.57          Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced
```

Appendix D

61

```
------------------------------------------------
             |     df      chi2     P>chi2
-------------+----------------------------------
dfscount17   |
    incomen  |      3      0.41     0.9386
------------------------------------------------
```

.

.

.

. *** intertction between fluoride and brushing

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> female ageapprox9 c.totalmgfkg6mos##c.brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood = -175.56635

Iteration 1:   log likelihood = -167.45046

Iteration 2:   log likelihood = -167.27703

Iteration 3:   log likelihood = -167.27687

Iteration 4:   log likelihood = -167.27687


```
Logistic regression                    Number of obs   =       325

                                       LR chi2(12)     =     16.58

                                       Prob > chi2     =    0.1661

Log likelihood = -167.27687            Pseudo R2       =    0.0472
```

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0013151 | .520873 | -0.00 | 0.998 | -1.022207 | 1.019577 |
| $60,000 - $79,999 | -.4582895 | .5254698 | -0.87 | 0.383 | -1.488191 | .5716123 |

```
                    $80,000 or More |   -.4363164    .5060404    -0.86   0.389    -1.428137    .5555046
                                    |
                             momedu |
       4-Year College Degree or More |   -.4405502    .3293442    -1.34   0.181    -1.086053    .2049526
                                    |
                             dadedu |
       4-Year College Degree or More |    .5685381    .3379467     1.68   0.093    -.0938252    1.230901
                             female |    .2803773    .2885307     0.97   0.331    -.2851324    .8458871
                          ageapprox9 |    .2915631    .1912224     1.52   0.127     -.083226    .6663522
                      totalmgfkg6mos |   -.8756648    8.935915    -0.10   0.922    -18.38974    16.63841
                         brushing9yrs |   -.6920089    .4306127    -1.61   0.108    -1.535994    .1519766
                                    |
   c.totalmgfkg6mos#c.brushing9yrs |    2.618611    5.821915     0.45   0.653    -8.792134    14.02936
                                    |
                           milk9yrs |   -.0355038    .0245102    -1.45   0.147    -.0835429    .0125353
                          sugar9yrs |    .0295271    .0339004     0.87   0.384    -.0369164    .0959706
                              _cons |   -2.626901    2.057044    -1.28   0.202    -6.658633    1.404831
--------------------------------------------------------------------------------------------------
```

. contrast incomen


**Contrasts of marginal linear predictions**


Margins      : asbalanced


```
------------------------------------------------
            |      df      chi2     P>chi2
------------+-----------------------------------
   incomen  |       3      1.98     0.5768
------------------------------------------------
```


.

```
. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> female ageapprox13 c.totalmgfkg6mos##c.brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -217.97104

Iteration 1:   log likelihood = -201.70749

Iteration 2:   log likelihood = -201.56821

Iteration 3:   log likelihood = -201.56819


Logistic regression                      Number of obs    =        329

                                         LR chi2(12)      =      32.81

                                         Prob > chi2      =     0.0010

Log likelihood = -201.56819              Pseudo R2        =     0.0753
```

| dfscount13b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .3381806 | .4957066 | 0.68 | 0.495 | -.6333865 | 1.309748 |
| $60,000 - $79,999 | -.3631283 | .4936944 | -0.74 | 0.462 | -1.330752 | .604495 |
| $80,000 or More | .1893464 | .4714927 | 0.40 | 0.688 | -.7347623 | 1.113455 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.5723814 | .2860092 | -2.00 | 0.045 | -1.132949 | -.0118136 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .1666576 | .2944826 | 0.57 | 0.571 | -.4105176 | .7438328 |
| female | .224631 | .2545434 | 0.88 | 0.378 | -.2742649 | .7235268 |
| ageapprox13 | .6157234 | .2011057 | 3.06 | 0.002 | .2215634 | 1.009883 |
| totalmgfkg6mos | 1.723467 | 8.315538 | 0.21 | 0.836 | -14.57469 | 18.02162 |
| brushing13yrs | -.7485632 | .4094992 | -1.83 | 0.068 | -1.551167 | .0540404 |
| | | | | | | |

```
c.totalmgfkg6mos#c.brushing13yrs |   1.135196   5.377262     0.21   0.833   -9.404044    11.67444
                                 |
                     milk13yrs |   -.0101411   .0220374    -0.46   0.645   -.0533336    .0330513
                    sugar13yrs |    .0529695   .0271618     1.95   0.051   -.0002667   .1062057
                        _cons |    -8.14273   2.834129    -2.87   0.004   -13.69752   -2.587939
--------------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |          df        chi2     P>chi2
-------------+-----------------------------------
    incomen  |           3        3.74     0.2913
-------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> female ageapprox17 c.totalmgfkg6mos##c.brushing17yrs milk17yrs sugar17yrs


Iteration 0:   log likelihood = -216.40442

Iteration 1:   log likelihood = -202.73004

Iteration 2:   log likelihood = -202.59097

Iteration 3:   log likelihood = -202.59096


Logistic regression                              Number of obs    =        329

                                                 LR chi2(12)      =      27.63

                                                 Prob > chi2      =     0.0063
```

```
Log likelihood = -202.59096                  Pseudo R2      =      0.0638


------------------------------------------------------------------------------
            dfscount17b |    Coef.   Std. Err.     z    P>|z|    [95% Conf. Interval]
------------------------+-----------------------------------------------------
                incomen |
      $40,000 - $59,999 |  .1521381   .5281392    0.29   0.773   -.8829957   1.187272
      $60,000 - $79,999 | -.1391125   .5063324   -0.27   0.784   -1.131506   .8532808
         $80,000 or More |  .0580083    .486511    0.12   0.905   -.8955358   1.011552
                        |
                 momedu |
4-Year College Degree or More | -.5845671   .2830391   -2.07   0.039   -1.139314  -.0298207
                        |
                  dadedu |
4-Year College Degree or More | -.0653867   .2915497   -0.22   0.823   -.6368135   .5060402
                 female |  .2006606    .261992    0.77   0.444   -.3128343   .7141556
            ageapprox17 |    .07306   .1740293    0.42   0.675   -.2680312   .4141512
           totalmgfkg6mos | -1.897074   9.834342   -0.19   0.847   -21.17203   17.37788
           brushing17yrs | -.9204905   .4463747   -2.06   0.039   -1.795369  -.0456122
                        |
c.totalmgfkg6mos#c.brushing17yrs |  2.813275    6.00477    0.47   0.639   -8.955859   14.58241
                        |
              milk17yrs | -.043859   .0202893   -2.16   0.031   -.0836253  -.0040927
             sugar17yrs | -.0016748   .0247591   -0.07   0.946   -.0502018   .0468522
                  _cons |  1.399885   3.227039    0.43   0.664   -4.924995   7.724765
------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced
```

```
-------------------------------------------------
            |     df      chi2     P>chi2
------------+------------------------------------
   incomen  |      3      0.59     0.8992
-------------------------------------------------
```

.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 9

. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> female ageapprox9 c.totalmgfkg6mos##c.brushing9yrs milk9yrs sugar9yrs

**Fitting Poisson model:**

Iteration 0:   log likelihood = -335.12423

Iteration 1:   log likelihood =  -335.1185

Iteration 2:   log likelihood =  -335.1185

**Fitting constant-only model:**

Iteration 0:   log likelihood = -309.75084

Iteration 1:   log likelihood = -307.37137

Iteration 2:   log likelihood = -288.07134

Iteration 3:   log likelihood = -287.90387

Iteration 4:   log likelihood = -287.90382

Iteration 5:   log likelihood = -287.90382

**Fitting full model:**

Iteration 0:   log likelihood = -279.90295

Iteration 1:   log likelihood = -277.93584

Iteration 2:   log likelihood = -277.69186

```
Iteration 3:    log likelihood = -277.69112

Iteration 4:    log likelihood = -277.69112


Negative binomial regression              Number of obs    =       325

                                          LR chi2(12)      =     20.43

Dispersion    = mean                      Prob > chi2      =    0.0595

Log likelihood = -277.69112               Pseudo R2        =    0.0355
```

| permdfscount9 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.4294353 | .5249683 | -0.82 | 0.413 | -1.458354 | .5994836 |
| $60,000 - $79,999 | -.2793161 | .5141562 | -0.54 | 0.587 | -1.287044 | .7284116 |
| $80,000 or More | -.6253517 | .5266028 | -1.19 | 0.235 | -1.657474 | .4067709 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4590821 | .3537938 | -1.30 | 0.194 | -1.152505 | .2343411 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .2718033 | .3615101 | 0.75 | 0.452 | -.4367435 | .98035 |
| female | .4309327 | .2941298 | 1.47 | 0.143 | -.145551 | 1.007417 |
| ageapprox9 | .3704113 | .2008961 | 1.84 | 0.065 | -.0233379 | .7641605 |
| totalmgfkg6mos | 3.025754 | 8.868526 | 0.34 | 0.733 | -14.35624 | 20.40775 |
| brushing9yrs | -.4090471 | .4305806 | -0.95 | 0.342 | -1.25297 | .4348753 |
| | | | | | | |
| c.totalmgfkg6mos#c.brushing9yrs | -1.133237 | 5.965695 | -0.19 | 0.849 | -12.82578 | 10.55931 |
| | | | | | | |
| milk9yrs | -.0497772 | .0258806 | -1.92 | 0.054 | -.1005024 | .0009479 |
| sugar9yrs | .0162839 | .0340314 | 0.48 | 0.632 | -.0504163 | .0829842 |
| _cons | -2.849315 | 2.20891 | -1.29 | 0.197 | -7.178699 | 1.480069 |

Appendix D

68

```
                        /lnalpha |  1.189837   .2168096                     .7648978   1.614776
------------------------------+----------------------------------------------------------------
                           alpha |  3.286545   .7125543                     2.148775    5.02676
------------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 114.85               Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins     : asbalanced


------------------------------------------------
              |      df       chi2     P>chi2
--------------+---------------------------------
permdfscou~9  |
      incomen |       3       1.69     0.6398
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 13

. nbreg dfscount13 i.incomen i.momedu i.dadedu ///

> female ageapprox13 c.totalmgfkg6mos##c.brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood =  -542.5094

Iteration 1:   log likelihood = -542.50539

Iteration 2:   log likelihood = -542.50539


Fitting constant-only model:
```

```
Iteration 0:   log likelihood = -466.32088

Iteration 1:   log likelihood = -451.33503

Iteration 2:   log likelihood = -443.08006

Iteration 3:   log likelihood = -443.07903

Iteration 4:   log likelihood = -443.07903


Fitting full model:


Iteration 0:   log likelihood = -431.99468

Iteration 1:   log likelihood = -429.32969

Iteration 2:   log likelihood = -428.89565

Iteration 3:   log likelihood = -428.89447

Iteration 4:   log likelihood = -428.89447
```

| Negative binomial regression | | | Number of obs | = | 329 |
|---|---|---|---|---|---|
| | | | LR chi2(12) | = | 28.37 |
| Dispersion   = mean | | | Prob > chi2 | = | 0.0049 |
| Log likelihood = -428.89447 | | | Pseudo R2 | = | 0.0320 |

| dfscount13 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0819569 | .4184642 | -0.20 | 0.845 | -.9021317 | .7382178 |
| $60,000 - $79,999 | -.3638057 | .4106423 | -0.89 | 0.376 | -1.16865 | .4410384 |
| $80,000 or More | .0916319 | .4165603 | 0.22 | 0.826 | -.7248112 | .9080751 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4581384 | .2608376 | -1.76 | 0.079 | -.9693707 | .0530938 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.1927394 | .2791273 | -0.69 | 0.490 | -.7398189 | .3543401 |

```
                            female |    .4677023    .2248294      2.08   0.038     .0270448    .9083598
                        ageapprox13 |    .3665804    .1629483      2.25   0.024     .0472077    .6859532
                     totalmgfkg6mos |    5.843653    6.527639      0.90   0.371    -6.950284    18.63759
                        brushing13yrs | -.3973011     .352195     -1.13   0.259    -1.087591    .2929885
                                    |
c.totalmgfkg6mos#c.brushing13yrs | -2.749058    4.309255     -0.64   0.524    -11.19504    5.696927
                                    |
                          milk13yrs |  -.0127773    .0185338     -0.69   0.491    -.0491029    .0235483
                         sugar13yrs |   .0120642    .0229631      0.53   0.599    -.0329426     .057071
                              _cons |  -4.347227    2.403596     -1.81   0.071    -9.058188    .3637337
--------------------------------+----------------------------------------------------------------
                           /lnalpha |   .8175352    .1627341                       .4985823    1.136488
--------------------------------+----------------------------------------------------------------
                              alpha |    2.26491     .368578                       1.646386    3.115807
--------------------------------------------------------------------------------------------------
```

LR test of alpha=0: chibar2(01) = 227.22                Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
------------------------------------------------
            |        df       chi2     P>chi2
------------+-----------------------------------
dfscount13  |
    incomen |         3       2.38     0.4983
------------------------------------------------
```


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 17

```
. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> female ageapprox17 c.totalmgfkg6mos##c.brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1008.8641

Iteration 1:   log likelihood = -1008.8516

Iteration 2:   log likelihood = -1008.8516


Fitting constant-only model:


Iteration 0:   log likelihood =  -736.5625

Iteration 1:   log likelihood = -723.06747

Iteration 2:   log likelihood = -723.01418

Iteration 3:   log likelihood = -723.01418


Fitting full model:


Iteration 0:   log likelihood = -710.53691

Iteration 1:   log likelihood = -708.78178

Iteration 2:   log likelihood = -708.71942

Iteration 3:   log likelihood = -708.71938
```

| Negative binomial regression | | | | Number of obs | = | 329 |
|---|---|---|---|---|---|---|
| | | | | LR chi2(12) | = | 28.59 |
| Dispersion = mean | | | | Prob > chi2 | = | 0.0045 |
| Log likelihood = -708.71938 | | | | Pseudo R2 | = | 0.0198 |

```
------------------------------------------------------------------------------
            dfscount17 |    Coef.   Std. Err.     z    P>|z|   [95% Conf. Interval]
------------------------+-----------------------------------------------------
               incomen |
```

Appendix D

```
        $40,000 - $59,999 |   .0630491   .3216168     0.20   0.845    -.5673083    .6934065
        $60,000 - $79,999 |   .1520327   .3124961     0.49   0.627    -.4604484    .7645139
           $80,000 or More |   .1326872   .3140632     0.42   0.673    -.4828655    .7482398
                          |
                   momedu |
4-Year College Degree or More |  -.2572844   .1934999    -1.33   0.184    -.6365373    .1219685
                          |
                   dadedu |
4-Year College Degree or More |  -.0133986   .2138432    -0.06   0.950    -.4325236    .4057264
                   female |   .3252179   .1645767     1.98   0.048     .0026536    .6477822
               ageapprox17 |   .1409609   .1168418     1.21   0.228    -.0880448    .3699667
             totalmgfkg6mos |  2.030884    5.73029     0.35   0.723    -9.200278    13.26205
               brushing17yrs |  -.6150435   .3042484    -2.02   0.043    -1.211359   -.0187276
                          |
c.totalmgfkg6mos#c.brushing17yrs |   .4145983   3.736666     0.11   0.912    -6.909133     7.73833
                          |
                  milk17yrs |  -.0092475   .0125279    -0.74   0.460    -.0338018    .0153067
                 sugar17yrs |   .0145932   .0145017     1.01   0.314    -.0138296     .043016
                     _cons |  -.8288576   2.245365    -0.37   0.712    -5.229691    3.571976
-------------------------------+----------------------------------------------------------------
                   /lnalpha |   .4223041   .1148714                     .1971603    .6474478
-------------------------------+----------------------------------------------------------------
                      alpha |  1.525472   .1752331                    1.217939    1.910658
-------------------------------------------------------------------------------------------------
```

LR test of alpha=0: chibar2(01) = 600.26          Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced

```
------------------------------------------------
             |      df      chi2    P>chi2
-------------+----------------------------------
dfscount17   |
    incomen  |       3      0.31    0.9580
------------------------------------------------


.

. * (2) Does the ingestion of fluoride during the first 6 months of life predict

. * whether a child develops caries in the primary teeth, as measured at age 5?

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 5

. logit caries5 i.incomen i.momedu i.dadedu ///

> female c.totalmgfkg6mos##c.brushing5yrs milk5yrs sugar5yrs


Iteration 0:   log likelihood = -187.9686

Iteration 1:   log likelihood = -176.50325

Iteration 2:   log likelihood = -176.24861

Iteration 3:   log likelihood =  -176.2484

Iteration 4:   log likelihood =  -176.2484


Logistic regression                      Number of obs    =        329

                                          LR chi2(11)      =      23.44

                                          Prob > chi2      =     0.0153

Log likelihood =  -176.2484               Pseudo R2        =     0.0624


-----------------------------------------------------------------------------
            caries5 |     Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
--------------------+--------------------------------------------------------
            incomen |
  $40,000 - $59,999 | -.2679656   .4779349   -0.56   0.575   -1.204701    .6687696

  $60,000 - $79,999 | -.6584934   .4776107   -1.38   0.168   -1.594593    .2776063
```

```
                  $80,000 or More |  -.9175673    .4641863    -1.98   0.048   -1.827356   -.0077788
                                  |

                           momedu |
      4-Year College Degree or More |   -.029539    .3089174    -0.10   0.924   -.635006    .575928
                                  |

                           dadedu |
      4-Year College Degree or More |  -.3538205    .3200981    -1.11   0.269   -.9812012    .2735601
                           female |   .3053856    .2694647     1.13   0.257   -.2227556    .8335268
                     totalmgfkg6mos |  -5.315668    7.918215    -0.67   0.502   -20.83508   10.20375
                       brushing5yrs |  -.4549505     .494858    -0.92   0.358   -1.424854    .5149534
                                  |
  c.totalmgfkg6mos#c.brushing5yrs |   2.603183    7.021552     0.37   0.711   -11.15881   16.36517
                                  |
                          milk5yrs |  -.0527067    .0315291    -1.67   0.095   -.1145027    .0090893
                         sugar5yrs |   .0707248     .041002     1.72   0.085   -.0096375    .1510872
                            _cons |    .489217     .766277     0.64   0.523   -1.012658    1.991092

----------------------------------------------------------------------------------------------
```

. contrast incomen


**Contrasts of marginal linear predictions**


Margins     : asbalanced



```
-------------------------------------------------
            |     df      chi2     P>chi2
------------+------------------------------------
  incomen |      3       5.38     0.1461
-------------------------------------------------
```


.

. * (3) Does the ingestion of fluoride during the first 6 years of life predict

```
. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> female ageapprox9 c.totalmgfkg6yrs##c.brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood =   -182.589

Iteration 1:   log likelihood = -174.35661

Iteration 2:   log likelihood = -174.17207

Iteration 3:   log likelihood = -174.17185

Iteration 4:   log likelihood = -174.17185


Logistic regression                              Number of obs    =        338

                                                 LR chi2(12)      =      16.83

                                                 Prob > chi2      =     0.1559

Log likelihood = -174.17185                      Pseudo R2        =     0.0461
```

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.057623 | .5162804 | -0.11 | 0.911 | -1.069514 | .9542679 |
| $60,000 - $79,999 | -.4611318 | .5194481 | -0.89 | 0.375 | -1.479231 | .5569677 |
| $80,000 or More | -.5522324 | .5021967 | -1.10 | 0.271 | -1.53652 | .4320551 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4853168 | .3252019 | -1.49 | 0.136 | -1.122701 | .1520673 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .6389469 | .3336319 | 1.92 | 0.055 | -.0149595 | 1.292853 |
| female | .2683218 | .2812871 | 0.95 | 0.340 | -.2829908 | .8196344 |
| ageapprox9 | .2910819 | .1858486 | 1.57 | 0.117 | -.0731747 | .6553385 |

```
        totalmgfkg6yrs |  -9.064364   22.97193    -0.39   0.693    -54.08851    35.95978
           brushing9yrs |  -.7380796   .7493727    -0.98   0.325    -2.206823    .730664
                        |
c.totalmgfkg6yrs#c.brushing9yrs |  3.462003   15.08178     0.23   0.818    -26.09774    33.02175
                        |
               milk9yrs |  -.0266054   .0233501    -1.14   0.255    -.0723708    .0191599
              sugar9yrs |   .0282287   .0334612     0.84   0.399     -.037354    .0938115
                  _cons |  -2.256978   2.198461    -1.03   0.305    -6.565884    2.051927
```

------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
------------------------------------------------
             |         df        chi2     P>chi2
-------------+----------------------------------
     incomen |          3        2.40     0.4933
------------------------------------------------
```

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> female ageapprox13 c.totalmgfkg6yrs##c.brushing13yrs milk13yrs sugar13yrs


```
Iteration 0:   log likelihood = -226.59449

Iteration 1:   log likelihood =  -209.5138

Iteration 2:   log likelihood = -209.35024

Iteration 3:   log likelihood = -209.35022
```

```
Logistic regression                      Number of obs    =        343

                                         LR chi2(12)      =       34.49

                                         Prob > chi2      =      0.0006

Log likelihood = -209.35022              Pseudo R2        =      0.0761
```

| dfscount13b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|
| incomen | | | | | |
| $40,000 - $59,999 | .3176054 | .4896636 | 0.65 | 0.517 | -.6421176 | 1.277328 |
| $60,000 - $79,999 | -.3429957 | .4888692 | -0.70 | 0.483 | -1.301162 | .6151703 |
| $80,000 or More | .0625807 | .465092 | 0.13 | 0.893 | -.8489829 | .9741443 |
| | | | | | |
| momedu | | | | | |
| 4-Year College Degree or More | -.610674 | .2813143 | -2.17 | 0.030 | -1.16204 | -.0593082 |
| | | | | | |
| dadedu | | | | | |
| 4-Year College Degree or More | .2562481 | .2901181 | 0.88 | 0.377 | -.3123729 | .824869 |
| female | .2202004 | .2508984 | 0.88 | 0.380 | -.2715514 | .7119522 |
| ageapprox13 | .6437259 | .196558 | 3.27 | 0.001 | .2584793 | 1.028972 |
| totalmgfkg6yrs | -1.446649 | 20.97134 | -0.07 | 0.945 | -42.54973 | 39.65643 |
| brushing13yrs | -.9790373 | .715813 | -1.37 | 0.171 | -2.382005 | .4239304 |
| | | | | | |
| c.totalmgfkg6yrs#c.brushing13yrs | 4.653047 | 13.80708 | 0.34 | 0.736 | -22.40832 | 31.71442 |
| | | | | | |
| milk13yrs | -.008531 | .0212531 | -0.40 | 0.688 | -.0501863 | .0331242 |
| sugar13yrs | .0414436 | .0260317 | 1.59 | 0.111 | -.0095776 | .0924648 |
| _cons | -8.157361 | 2.915095 | -2.80 | 0.005 | -13.87084 | -2.44388 |

```
. contrast incomen
```

```
Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |     df      chi2     P>chi2
-------------+-----------------------------------
    incomen  |      3      3.09     0.3786
-------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> female ageapprox17 c.totalmgfkg6yrs##c.brushing17yrs milk17yrs sugar17yrs


Iteration 0:   log likelihood = -225.5323

Iteration 1:   log likelihood = -211.87133

Iteration 2:   log likelihood = -211.73136

Iteration 3:   log likelihood = -211.73135


Logistic regression                     Number of obs    =       343

                                        LR chi2(12)      =     27.60

                                        Prob > chi2      =    0.0063

Log likelihood = -211.73135             Pseudo R2        =    0.0612
```

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .1413929 | .5234166 | 0.27 | 0.787 | -.8844849 | 1.167271 |
| $60,000 - $79,999 | -.1042601 | .5015297 | -0.21 | 0.835 | -1.08724 | .87872 |
| $80,000 or More | -.0722549 | .4772062 | -0.15 | 0.880 | -1.007562 | .8630522 |

```
                                      |
                               momedu |
          4-Year College Degree or More |   -.5736185    .2775554    -2.07   0.039    -1.117617   -.0296199
                                      |
                               dadedu |
          4-Year College Degree or More |    .0266834    .2833592     0.09   0.925    -.5286903    .5820572
                               female |     .235035    .2569847     0.91   0.360    -.2686458    .7387158
                           ageapprox17 |     .073431    .1692953     0.43   0.664    -.2583816    .4052436
                          totalmgfkg6yrs |   -38.16963   23.10238    -1.65   0.098    -83.44946     7.1102
                           brushing17yrs |   -1.709358    .7725414    -2.21   0.027    -3.223511   -.1952042
                                      |
  c.totalmgfkg6yrs#c.brushing17yrs |    19.49487   14.27235     1.37   0.172     -8.47842    47.46815
                                      |
                             milk17yrs |   -.0295811    .0193068    -1.53   0.125    -.0674217    .0082595
                            sugar17yrs |    .0094578    .0238401     0.40   0.692     -.037268    .0561836
                                 _cons |    2.825585    3.317628     0.85   0.394    -3.676846    9.328016
------------------------------------------------------------------------------------------------
```

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced




```
-------------------------------------------------
                |     df      chi2     P>chi2
----------------+--------------------------------
       incomen |      3       0.46     0.9274
-------------------------------------------------
```

.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 9

```
. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> female ageapprox9 c.totalmgfkg6yrs##c.brushing9yrs milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -340.89548

Iteration 1:   log likelihood = -340.88913

Iteration 2:   log likelihood = -340.88912


Fitting constant-only model:


Iteration 0:   log likelihood = -318.28634

Iteration 1:   log likelihood = -314.42978

Iteration 2:   log likelihood = -296.95776

Iteration 3:   log likelihood = -296.88112

Iteration 4:   log likelihood = -296.88111


Fitting full model:


Iteration 0:   log likelihood = -288.08111

Iteration 1:   log likelihood = -285.83868

Iteration 2:   log likelihood = -285.49335

Iteration 3:   log likelihood = -285.49198

Iteration 4:   log likelihood = -285.49198
```

| | | | |
|---|---|---|---|
| Negative binomial regression | Number of obs | = | 338 |
| | LR chi2(12) | = | 22.78 |
| Dispersion   = mean | Prob > chi2 | = | 0.0297 |
| Log likelihood = -285.49198 | Pseudo R2 | = | 0.0384 |

```
------------------------------------------------------------------------------
          permdfscount9 |    Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
```

```
--------------------------------+----------------------------------------------------------------
                      incomen |
          $40,000 - $59,999 |  -.4899318   .5161649   -0.95   0.343   -1.501596    .5217328
          $60,000 - $79,999 |  -.3785758   .5067011   -0.75   0.455   -1.371692    .6145401
            $80,000 or More |  -.7747266   .5187368   -1.49   0.135   -1.791432    .2419788
                              |
                       momedu |
 4-Year College Degree or More |  -.4913667   .3419162   -1.44   0.151    -1.16151    .1787769
                              |
                       dadedu |
 4-Year College Degree or More |   .3635579   .3515888    1.03   0.301   -.3255435   1.052659
                       female |   .3934404   .2847288    1.38   0.167   -.1646179    .9514986
                    ageapprox9 |   .3765095   .1950898    1.93   0.054   -.0058596    .7588786
                 totalmgfkg6yrs |  -4.801289    24.3071   -0.20   0.843   -52.44234   42.83976
                  brushing9yrs |  -.3597999    .781282   -0.46   0.645   -1.891084   1.171485
                              |
 c.totalmgfkg6yrs#c.brushing9yrs |  -2.210673   15.67899   -0.14   0.888   -32.94092   28.51958
                              |
                      milk9yrs |  -.0437809   .0244839   -1.79   0.074   -.0917684    .0042067
                     sugar9yrs |   .0199404   .0332507    0.60   0.549   -.0452297    .0851104
                        _cons |   -2.54834   2.421501   -1.05   0.293   -7.294395   2.197716
--------------------------------+----------------------------------------------------------------
                     /lnalpha |   1.148148   .2163638                    .7240829   1.572213
--------------------------------+----------------------------------------------------------------
                        alpha |    3.15235   .6820544                    2.062838   4.817299
--------------------------------+----------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 110.79                 Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions
```

```
Margins     : asbalanced


------------------------------------------------
             |       df       chi2      P>chi2
-------------+----------------------------------
permdfscou~9 |
    incomen  |        3        2.53     0.4703
------------------------------------------------


.
. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 13
. nbreg dfscount13 i.incomen i.momedu i.dadedu ///
> female ageapprox13 c.totalmgfkg6yrs##c.brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -557.63308

Iteration 1:   log likelihood = -557.63215

Iteration 2:   log likelihood = -557.63215


Fitting constant-only model:


Iteration 0:   log likelihood =  -482.3586

Iteration 1:   log likelihood = -467.43396

Iteration 2:   log likelihood = -458.30579

Iteration 3:   log likelihood = -458.30439

Iteration 4:   log likelihood = -458.30439


Fitting full model:


Iteration 0:   log likelihood = -447.17526

Iteration 1:   log likelihood = -444.26121
```

Appendix D

83

```
Iteration 2:    log likelihood = -443.61058

Iteration 3:    log likelihood = -443.6095

Iteration 4:    log likelihood = -443.6095


Negative binomial regression                  Number of obs    =        343

                                               LR chi2(12)      =      29.39

Dispersion    = mean                           Prob > chi2      =     0.0034

Log likelihood = -443.6095                     Pseudo R2        =     0.0321
```

-------------------------------------------------------------------------------

| dfscount13 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0912861 | .4147815 | -0.22 | 0.826 | -.9042429 | .7216708 |
| $60,000 - $79,999 | -.4175182 | .4104971 | -1.02 | 0.309 | -1.222078 | .3870413 |
| $80,000 or More | -.0290709 | .4117552 | -0.07 | 0.944 | -.8360963 | .7779544 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4619879 | .2564217 | -1.80 | 0.072 | -.9645653 | .0405895 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0780304 | .2736777 | -0.29 | 0.776 | -.6144289 | .4583681 |
| female | .4666005 | .2237315 | 2.09 | 0.037 | .0280947 | .9051063 |
| ageapprox13 | .3956062 | .1588005 | 2.49 | 0.013 | .0843631 | .7068494 |
| totalmgfkg6yrs | 3.389707 | 17.14737 | 0.20 | 0.843 | -30.21852 | 36.99793 |
| brushing13yrs | -.4998063 | .6035179 | -0.83 | 0.408 | -1.68268 | .6830669 |
| | | | | | | |
| c.totalmgfkg6yrs#c.brushing13yrs | -2.318399 | 11.27634 | -0.21 | 0.837 | -24.41961 | 19.78281 |
| | | | | | | |
| milk13yrs | -.013857 | .0181738 | -0.76 | 0.446 | -.0494769 | .0217629 |
| sugar13yrs | .0119962 | .0220207 | 0.54 | 0.586 | -.0311636 | .055156 |
| _cons | -4.458461 | 2.497138 | -1.79 | 0.074 | -9.352761 | .4358395 |

```
--------------------------------+--------------------------------------------------------
                    /lnalpha |   .8202086    .1609269                    .5047977     1.13562
--------------------------------+--------------------------------------------------------
                      alpha |   2.270974    .3654607                     1.65665    3.113102
----------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 228.05              Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
              |      df        chi2    P>chi2
--------------+---------------------------------
dfscount13  |
     incomen |       3        2.09      0.5534
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 17

. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> female ageapprox17 c.totalmgfkg6yrs##c.brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1045.2745

Iteration 1:   log likelihood = -1045.2742

Iteration 2:   log likelihood = -1045.2742


Fitting constant-only model:
```

```
Iteration 0:   log likelihood = -764.84202

Iteration 1:   log likelihood = -751.17821

Iteration 2:   log likelihood = -751.12214

Iteration 3:   log likelihood = -751.12214


Fitting full model:


Iteration 0:   log likelihood = -738.52555

Iteration 1:   log likelihood = -736.69841

Iteration 2:   log likelihood = -736.63151

Iteration 3:   log likelihood = -736.63147
```

| | | | | | |
|---|---|---|---|---|---|
| Negative binomial regression | | | Number of obs | = | 343 |
| | | | LR chi2(12) | = | 28.98 |
| Dispersion   = mean | | | Prob > chi2 | = | 0.0040 |
| Log likelihood = -736.63147 | | | Pseudo R2 | = | 0.0193 |

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .0714761 | .3180361 | 0.22 | 0.822 | -.5518633 | .6948154 |
| $60,000 - $79,999 | .1171029 | .312571 | 0.37 | 0.708 | -.495525 | .7297309 |
| $80,000 or More | .058448 | .3117403 | 0.19 | 0.851 | -.5525518 | .6694478 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.285883 | .1894595 | -1.51 | 0.131 | -.6572169 | .0854508 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .0747171 | .2072591 | 0.36 | 0.718 | -.3315033 | .4809375 |
| female | .3213781 | .1615302 | 1.99 | 0.047 | .0047847 | .6379714 |

```
              ageapprox17 |   .1486929    .1137253     1.31   0.191    -.0742045    .3715903
            totalmgfkg6yrs |  -.8936282      13.051    -0.07   0.945    -26.47312    24.68586
              brushing17yrs |  -.6935963    .4811384    -1.44   0.149     -1.63661    .2494177
                            |
c.totalmgfkg6yrs#c.brushing17yrs |   1.16114    8.657216     0.13   0.893    -15.80669    18.12897
                            |
                  milk17yrs |  -.0102893    .0122123    -0.84   0.399    -.0342249    .0136463
                 sugar17yrs |   .0151634    .0141803     1.07   0.285    -.0126295    .0429564
                      _cons |  -.7264315    2.277781    -0.32   0.750      -5.1908    3.737937
---------------------------+----------------------------------------------------------------
                    /lnalpha |   .419521    .1126401                      .1987504    .6402916
---------------------------+----------------------------------------------------------------
                      alpha |  1.521233    .1713518                      1.219877    1.897034
----------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 617.29          Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df        chi2     P>chi2
-------------+----------------------------------
dfscount17   |
    incomen  |          3        0.16     0.9837
------------------------------------------------


.

. *** interaction between fluoride and milk

.
```

```
.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs c.totalmgfkg6mos##c.milk9yrs sugar9yrs


Iteration 0:   log likelihood = -175.56635

Iteration 1:   log likelihood = -167.49414

Iteration 2:   log likelihood = -167.32041

Iteration 3:   log likelihood = -167.32025

Iteration 4:   log likelihood = -167.32025
```

| | | | | | |
|---|---|---|---|---|---|
| Logistic regression | | Number of obs | = | 325 | |
| | | LR chi2(12) | = | 16.49 | |
| | | Prob > chi2 | = | 0.1697 | |
| Log likelihood = -167.32025 | | Pseudo R2 | = | 0.0470 | |

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0146103 | .5205967 | -0.03 | 0.978 | -1.034961 | 1.005741 |
| $60,000 - $79,999 | -.4640393 | .526659 | -0.88 | 0.378 | -1.496272 | .5681934 |
| $80,000 or More | -.4243812 | .5052104 | -0.84 | 0.401 | -1.414575 | .565813 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4545689 | .3290485 | -1.38 | 0.167 | -1.099492 | .1903543 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .5555453 | .3362939 | 1.65 | 0.099 | -.1035787 | 1.214669 |
| female | .2773301 | .2883256 | 0.96 | 0.336 | -.2877776 | .8424378 |
| ageapprox9 | .2950702 | .1911718 | 1.54 | 0.123 | -.0796197 | .6697601 |
| brushing9yrs | -.5352031 | .289864 | -1.85 | 0.065 | -1.103326 | .0329199 |

```
            totalmgfkg6mos |   .9261944   6.532656     0.14   0.887    -11.87758    13.72996
                  milk9yrs |  -.0457551    .035675    -1.28   0.200    -.1156768    .0241666
                           |
 c.totalmgfkg6mos#c.milk9yrs |   .1465075   .4289119     0.34   0.733    -.6941443    .9871594
                           |
                 sugar9yrs |   .0298087   .0338822     0.88   0.379    -.0365992    .0962166
                     _cons |  -2.746961   2.021126    -1.36   0.174    -6.708296    1.214373
------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df       chi2    P>chi2
-------------+----------------------------------
     incomen |          3       1.89    0.5957
------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs c.totalmgfkg6mos##c.milk13yrs sugar13yrs


Iteration 0:   log likelihood = -217.97104

Iteration 1:   log likelihood = -201.17386

Iteration 2:   log likelihood = -201.04498

Iteration 3:   log likelihood = -201.04496


Logistic regression                             Number of obs    =        329
```

```
                                    LR chi2(12)      =       33.85

                                    Prob > chi2      =      0.0007

Log likelihood = -201.04496         Pseudo R2        =      0.0777


------------------------------------------------------------------------------
            dfscount13b |     Coef.    Std. Err.      z    P>|z|    [95% Conf. Interval]
------------------------+-----------------------------------------------------
               incomen  |
      $40,000 - $59,999 |   .331817    .4972573     0.67   0.505    -.6427893    1.306423
      $60,000 - $79,999 |  -.325681     .496631    -0.66   0.512     -1.29906     .6476979
         $80,000 or More|  .2112157    .4730013     0.45   0.655    -.7158499    1.138281
                        |
                momedu  |
4-Year College Degree or More| -.5720709  .2865397  -2.00   0.046    -1.133678   -.0104635
                        |
                dadedu  |
4-Year College Degree or More|  .1583393  .2954244   0.54   0.592    -.4206819    .7373605
                 female |  .2061787    .2543046     0.81   0.418    -.2922491    .7046065
            ageapprox13 |  .6002462    .2013784     2.98   0.003     .2055518    .9949406
           brushing13yrs| -.7095717    .2731757    -2.60   0.009    -1.244986   -.1741571
           totalmgfkg6mos|  9.572725   6.579416     1.45   0.146    -3.322694    22.46814
             milk13yrs  |    .01251     .031082     0.40   0.687    -.0484095    .0734296
                        |
c.totalmgfkg6mos#c.milk13yrs| -.4660324  .4511947  -1.03   0.302    -1.350358    .4182931
                        |
             sugar13yrs |  .0512655     .027291     1.88   0.060    -.0022239    .1047549
                  _cons | -8.274242    2.785212    -2.97   0.003    -13.73316    -2.815328
------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions
```

Appendix D

```
Margins      : asbalanced


-------------------------------------------------
             |      df      chi2    P>chi2
-------------+-----------------------------------
    incomen  |       3      3.34    0.3418
-------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs c.totalmgfkg6mos##c.milk17yrs sugar17yrs


Iteration 0:   log likelihood = -216.40442

Iteration 1:   log likelihood = -200.51553

Iteration 2:   log likelihood = -200.26767

Iteration 3:   log likelihood = -200.26732

Iteration 4:   log likelihood = -200.26732


Logistic regression                    Number of obs     =         329

                                        LR chi2(12)       =       32.27

                                        Prob > chi2       =      0.0013

Log likelihood = -200.26732             Pseudo R2         =      0.0746
```

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .1792987 | .5325169 | 0.34 | 0.736 | -.8644153 | 1.223013 |
| $60,000 - $79,999 | -.049594 | .5107676 | -0.10 | 0.923 | -1.05068 | .9514921 |
| $80,000 or More | .1609818 | .4902448 | 0.33 | 0.743 | -.7998803 | 1.121844 |

Appendix D

```
                              |
                       momedu |
4-Year College Degree or More |   -.6004349   .2842725   -2.11   0.035   -1.157599   -.043271
                              |
                       dadedu |
4-Year College Degree or More |   -.1159203   .2929236   -0.40   0.692   -.6900401    .4581994
                       female |    .1452764   .2632116    0.55   0.581   -.3706088    .6611616
                    ageapprox17|    .0182449   .1762576    0.10   0.918   -.3272136    .3637034
                  brushing17yrs|   -.8215059   .3019047   -2.72   0.007   -1.413228   -.2297835
                 totalmgfkg6mos|    16.89842   7.373607    2.29   0.022    2.446416    31.35043
                      milk17yrs|   -.0026421   .0275181   -0.10   0.924   -.0565766    .0512924
                              |
c.totalmgfkg6mos#c.milk17yrs |   -.9892931   .4621945   -2.14   0.032   -1.895178   -.0834085
                              |
                    sugar17yrs |   -.0093178   .0252426   -0.37   0.712   -.0587924    .0401567
                        _cons |    1.687562   3.206844    0.53   0.599   -4.597737    7.972861
-----------------------------------------------------------------------------------------------
```

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
-------------------------------------------------
            |       df      chi2    P>chi2
------------+------------------------------------
   incomen  |        3      0.51    0.9169
-------------------------------------------------
```

. margins, at(totalmgfkg6mos=(0(.05).2) milk=(0(10)40)) vsquish

```
Predictive margins                         Number of obs    =       329

Model VCE    : OIM


Expression  : Pr(dfscount17b), predict()

1._at       : totalmgfk~os    =           0

              milk17yrs       =           0

2._at       : totalmgfk~os    =           0

              milk17yrs       =          10

3._at       : totalmgfk~os    =           0

              milk17yrs       =          20

4._at       : totalmgfk~os    =           0

              milk17yrs       =          30

5._at       : totalmgfk~os    =           0

              milk17yrs       =          40

6._at       : totalmgfk~os    =         .05

              milk17yrs       =           0

7._at       : totalmgfk~os    =         .05

              milk17yrs       =          10

8._at       : totalmgfk~os    =         .05

              milk17yrs       =          20

9._at       : totalmgfk~os    =         .05

              milk17yrs       =          30

10._at      : totalmgfk~os    =         .05

              milk17yrs       =          40

11._at      : totalmgfk~os    =          .1

              milk17yrs       =           0

12._at      : totalmgfk~os    =          .1

              milk17yrs       =          10

13._at      : totalmgfk~os    =          .1

              milk17yrs       =          20

14._at      : totalmgfk~os    =          .1

              milk17yrs       =          30
```

```
15._at      : totalmgfk~os    =           .1

              milk17yrs       =           40

16._at      : totalmgfk~os    =          .15

              milk17yrs       =            0

17._at      : totalmgfk~os    =          .15

              milk17yrs       =           10

18._at      : totalmgfk~os    =          .15

              milk17yrs       =           20

19._at      : totalmgfk~os    =          .15

              milk17yrs       =           30

20._at      : totalmgfk~os    =          .15

              milk17yrs       =           40

21._at      : totalmgfk~os    =           .2

              milk17yrs       =            0

22._at      : totalmgfk~os    =           .2

              milk17yrs       =           10

23._at      : totalmgfk~os    =           .2

              milk17yrs       =           20

24._at      : totalmgfk~os    =           .2

              milk17yrs       =           30

25._at      : totalmgfk~os    =           .2

              milk17yrs       =           40
```

```
------------------------------------------------------------------------
            |           Delta-method
            |     Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
------------+-----------------------------------------------------------
       _at  |
         1  |   .605096   .0913044     6.63   0.000     .4261427    .7840493
         2  |   .599131   .0450744    13.29   0.000     .5107868    .6874751
         3  |  .5931385   .0586454    10.11   0.000     .4781956    .7080814
         4  |  .5871201   .1129842     5.20   0.000     .3656751    .8085652
```

Appendix D                                                              94

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | .5810775 | .1737606 | 3.34 | 0.001 | .240513 | .921642 |
| 6 | .7736754 | .0524501 | 14.75 | 0.000 | .6708751 | .8764756 |
| 7 | .67541 | .0298359 | 22.64 | 0.000 | .6169327 | .7338873 |
| 8 | .5599795 | .0423154 | 13.23 | 0.000 | .4770428 | .6429161 |
| 9 | .438222 | .08531 | 5.14 | 0.000 | .2710174 | .6054265 |
| 10 | .3232404 | .1184625 | 2.73 | 0.006 | .091058 | .5554227 |
| 11 | .8855825 | .0543309 | 16.30 | 0.000 | .7790959 | .9920692 |
| 12 | .7438062 | .0469732 | 15.83 | 0.000 | .6517404 | .8358719 |
| 13 | .52632 | .0624121 | 8.43 | 0.000 | .4039945 | .6486456 |
| 14 | .2993425 | .1115136 | 2.68 | 0.007 | .0807799 | .517905 |
| 15 | .1391963 | .1036552 | 1.34 | 0.179 | -.0639641 | .3423568 |
| 16 | .9466632 | .0439736 | 21.53 | 0.000 | .8604765 | 1.03285 |
| 17 | .8024237 | .064312 | 12.48 | 0.000 | .6763745 | .9284728 |
| 18 | .4924461 | .0994459 | 4.95 | 0.000 | .2975356 | .6873565 |
| 19 | .1886029 | .1299594 | 1.45 | 0.147 | -.0661129 | .4433187 |
| 20 | .0506744 | .0669426 | 0.76 | 0.449 | -.0805307 | .1818795 |
| 21 | .9762007 | .0285196 | 34.23 | 0.000 | .9203033 | 1.032098 |
| 22 | .8506664 | .0732552 | 11.61 | 0.000 | .7070889 | .9942439 |
| 23 | .4586494 | .1396862 | 3.28 | 0.001 | .1848695 | .7324293 |
| 24 | .1114083 | .1195465 | 0.93 | 0.351 | -.1228986 | .3457152 |
| 25 | .0170539 | .0329653 | 0.52 | 0.605 | -.0475568 | .0816647 |

------------------------------------------------------------------------

```
. marginsplot, title("Interaction of 6 mo Fluoride and Milk at age 17") ///

> ylab(, angle(0)) xtitle("Total Fluoride Intake (mg/kg/d)") legend(cols(3))


  Variables that uniquely identify margins: totalmgfkg6mos milk17yrs
```



.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 9

. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs c.totalmgfkg6mos##c.milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -335.11834

Iteration 1:   log likelihood = -335.11289

Iteration 2:   log likelihood = -335.11289


Fitting constant-only model:

```
Iteration 0:    log likelihood = -309.75084

Iteration 1:    log likelihood = -307.37137

Iteration 2:    log likelihood = -288.07134

Iteration 3:    log likelihood = -287.90387

Iteration 4:    log likelihood = -287.90382

Iteration 5:    log likelihood = -287.90382


Fitting full model:


Iteration 0:    log likelihood = -279.88863

Iteration 1:    log likelihood = -277.93837

Iteration 2:    log likelihood =  -277.6953

Iteration 3:    log likelihood = -277.69456

Iteration 4:    log likelihood = -277.69456
```

```
Negative binomial regression              Number of obs     =        325

                                          LR chi2(12)       =      20.42

Dispersion      = mean                    Prob > chi2       =     0.0596

Log likelihood = -277.69456               Pseudo R2         =     0.0355
```

```
------------------------------------------------------------------------------
           permdfscount9 |    Coef.    Std. Err.      z    P>|z|     [95% Conf. Interval]
-------------------------+----------------------------------------------------
                 incomen |
        $40,000 - $59,999 | -.4219344   .5202752   -0.81   0.417   -1.441655    .5977862
        $60,000 - $79,999 | -.2839027   .5155865   -0.55   0.582   -1.294434    .7266282
          $80,000 or More | -.6313396   .5265076   -1.20   0.230   -1.663275    .4005962
                         |
                  momedu |
4-Year College Degree or More | -.4523436   .3509822   -1.29   0.197   -1.140256    .2355687
                         |
                  dadedu |
```

Appendix D

```
4-Year College Degree or More |    .2828819    .3570436     0.79   0.428     -.4169106    .9826744
                       female |    .4355639    .2935628     1.48   0.138     -.1398087    1.010936
                    ageapprox9 |    .3657414    .1996378     1.83   0.067     -.0255415    .7570244
                  brushing9yrs |   -.4664708    .2780147    -1.68   0.093      -1.01137    .0784279
                  totalmgfkg6mos |    .2978861    7.388792     0.04   0.968     -14.18388    14.77965
                      milk9yrs |   -.0544924    .0401263    -1.36   0.174     -.1331386    .0241537
                               |
   c.totalmgfkg6mos#c.milk9yrs |    .0855424    .4997139     0.17   0.864     -.8938789    1.064964
                               |
                     sugar9yrs |     .015615     .034351     0.45   0.649     -.0517118    .0829418
                         _cons |   -2.668888    2.181037    -1.22   0.221     -6.943642    1.605866
-------------------------------+----------------------------------------------------------------
                       /lnalpha |    1.189469    .216845                       .7644602    1.614477
-------------------------------+----------------------------------------------------------------
                         alpha |    3.285335    .7124083                       2.147835    5.025258
-------------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 114.84                 Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |      df      chi2     P>chi2
-------------+----------------------------------
permdfscou~9 |
    incomen |       3      1.71      0.6355
------------------------------------------------


.
```

```
. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 13

. nbreg dfscount13 i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs c.totalmgfkg6mos##c.milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -543.29283

Iteration 1:   log likelihood = -543.29105

Iteration 2:   log likelihood = -543.29105


Fitting constant-only model:


Iteration 0:   log likelihood = -466.32088

Iteration 1:   log likelihood = -451.33503

Iteration 2:   log likelihood = -443.08006

Iteration 3:   log likelihood = -443.07903

Iteration 4:   log likelihood = -443.07903


Fitting full model:


Iteration 0:   log likelihood = -432.08112

Iteration 1:   log likelihood = -429.45065

Iteration 2:   log likelihood = -429.01535

Iteration 3:   log likelihood = -429.01421

Iteration 4:   log likelihood = -429.01421
```

| Negative binomial regression | | Number of obs | = | 329 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 28.13 |
| Dispersion = mean | | Prob > chi2 | = | 0.0053 |
| Log likelihood = -429.01421 | | Pseudo R2 | = | 0.0317 |

--------------------------------------------------------------------------------------------

```
                  dfscount13 |      Coef.   Std. Err.       z    P>|z|     [95% Conf. Interval]
-----------------------------+----------------------------------------------------------------
                     incomen |
         $40,000 - $59,999   |  -.050117    .4168194    -0.12   0.904    -.867068    .7668341
         $60,000 - $79,999   |   -.34569     .413399    -0.84   0.403   -1.155937    .4645572
            $80,000 or More  |  .0938343     .41654      0.23   0.822   -.7225691    .9102377
                             |
                     momedu  |
4-Year College Degree or More|  -.431334    .2565746    -1.68   0.093   -.9342109    .071543
                             |
                     dadedu  |
4-Year College Degree or More|  -.1662474   .2767364    -0.60   0.548   -.7086407    .3761459
                     female  |   .4961769   .2242478     2.21   0.027    .0566593    .9356944
                  ageapprox13|   .3514442   .1618929     2.17   0.030    .0341399    .6687484
                 brushing13yrs|  -.5742977  .2245643    -2.56   0.011   -1.014436   -.1341598
                totalmgfkg6mos|  3.729259   4.910636     0.76   0.448   -5.895412    13.35393
                   milk13yrs |  -.0036878   .0281412    -0.13   0.896   -.0588435    .0514678
                             |
  c.totalmgfkg6mos#c.milk13yrs| -.1406695   .3430738    -0.41   0.682   -.8130818    .5317428
                             |
                  sugar13yrs |   .0145821   .0229511     0.64   0.525   -.0304012    .0595654
                       _cons |  -4.067291   2.344036    -1.74   0.083   -8.661517    .5269345
-----------------------------+----------------------------------------------------------------
                    /lnalpha |   .8197634   .1625655                     .5011409    1.138386
-----------------------------+----------------------------------------------------------------
                       alpha |   2.269963   .3690176                     1.650603    3.121726
-----------------------------+----------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 228.55                Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions
```

```
Margins       : asbalanced


-------------------------------------------------
              |       df       chi2     P>chi2
--------------+----------------------------------
dfscount13    |
     incomen  |        3        2.18     0.5362
-------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 17

. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs c.totalmgfkg6mos##c.milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1008.6959

Iteration 1:   log likelihood = -1008.6948

Iteration 2:   log likelihood = -1008.6948


Fitting constant-only model:


Iteration 0:   log likelihood =  -736.5625

Iteration 1:   log likelihood = -723.06747

Iteration 2:   log likelihood = -723.01418

Iteration 3:   log likelihood = -723.01418


Fitting full model:


Iteration 0:   log likelihood = -710.46527

Iteration 1:   log likelihood = -708.67839
```

Appendix D

101

```
Iteration 2:    log likelihood = -708.61131

Iteration 3:    log likelihood = -708.61125


Negative binomial regression              Number of obs    =       329

                                          LR chi2(12)      =     28.81

Dispersion    = mean                      Prob > chi2      =    0.0042

Log likelihood = -708.61125               Pseudo R2        =    0.0199
```

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .0615234 | .3214831 | 0.19 | 0.848 | -.568572 | .6916188 |
| $60,000 - $79,999 | .1640738 | .3131949 | 0.52 | 0.600 | -.449777 | .7779245 |
| $80,000 or More | .137196 | .3134283 | 0.44 | 0.662 | -.4771122 | .7515043 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.2611982 | .1910952 | -1.37 | 0.172 | -.6357379 | .1133415 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0197577 | .2120538 | -0.09 | 0.926 | -.4353755 | .3958601 |
| female | .3250677 | .1642488 | 1.98 | 0.048 | .003146 | .6469893 |
| ageapprox17 | .1363306 | .1157259 | 1.18 | 0.239 | -.0904879 | .3631491 |
| brushing17yrs | -.5918764 | .1901292 | -3.11 | 0.002 | -.9645229 | -.21923 |
| totalmgfkg6mos | 4.29851 | 3.868365 | 1.11 | 0.266 | -3.283346 | 11.88037 |
| milk17yrs | -.0029011 | .0182896 | -0.16 | 0.874 | -.038748 | .0329459 |
| | | | | | | |
| c.totalmgfkg6mos#c.milk17yrs | -.1278023 | .2663821 | -0.48 | 0.631 | -.6499018 | .3942971 |
| | | | | | | |
| sugar17yrs | .0139798 | .0145218 | 0.96 | 0.336 | -.0144825 | .0424421 |
| _cons | -.8570955 | 2.129523 | -0.40 | 0.687 | -5.030883 | 3.316692 |

```
        /lnalpha |   .4212111    .1149083                    .1959949    .6464273
-----------------------------+-------------------------------------------------------------
           alpha |   1.523806     .175098                    1.216521    1.908709
-------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 600.17          Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |      df       chi2    P>chi2
-------------+----------------------------------
dfscount17   |
    incomen  |       3       0.37    0.9469
------------------------------------------------


.
. * (2) Does the ingestion of fluoride during the first 6 months of life predict
. * whether a child develops caries in the primary teeth, as measured at age 5?
.
. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 5
. logit caries5  i.incomen i.momedu i.dadedu ///
> female brushing5yrs c.totalmgfkg6mos##c.milk5yrs sugar5yrs


Iteration 0:   log likelihood =  -187.9686
Iteration 1:   log likelihood = -175.85436
Iteration 2:   log likelihood = -175.57989
Iteration 3:   log likelihood = -175.57965
Iteration 4:   log likelihood = -175.57965
```

```
Logistic regression                        Number of obs    =        329

                                           LR chi2(11)      =      24.78

                                           Prob > chi2      =     0.0098

Log likelihood = -175.57965                Pseudo R2        =     0.0659


---------------------------------------------------------------------------------
              caries5 |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
----------------------+----------------------------------------------------------
               incomen |
        $40,000 - $59,999 |  -.2553649   .4768521    -0.54   0.592    -1.189978    .6792481
        $60,000 - $79,999 |  -.6743836    .47768     -1.41   0.158    -1.610619    .261852
         $80,000 or More |  -.9241775   .4619235    -2.00   0.045    -1.829531   -.018824
                      |
               momedu |
4-Year College Degree or More |   .0038137   .3096514     0.01   0.990    -.603092    .6107194
                      |
               dadedu |
4-Year College Degree or More |  -.3741685   .3204909    -1.17   0.243    -1.002319    .2539822
               female |   .3021925   .2699808     1.12   0.263    -.2269602    .8313452
          brushing5yrs |  -.3036743   .3240251    -0.94   0.349    -.9387519    .3314034
         totalmgfkg6mos |   -9.64221   6.521295    -1.48   0.139    -22.42371    3.139293
               milk5yrs |  -.0925075   .0458699    -2.02   0.044    -.1824108   -.0026042
                      |
c.totalmgfkg6mos#c.milk5yrs |   .6750857   .5448235     1.24   0.215    -.3927486    1.74292
                      |
              sugar5yrs |   .0779488    .040736     1.91   0.056    -.0018922    .1577899
                 _cons |   .6977674   .7432969     0.94   0.348    -.7590678    2.154603
---------------------------------------------------------------------------------

. contrast incomen
```

```
Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |      df       chi2     P>chi2
-------------+-----------------------------------
    incomen  |       3       5.59     0.1333
-------------------------------------------------


.

. * (3) Does the ingestion of fluoride during the first 6 years of life predict

. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs c.totalmgfkg6yrs##c.milk9yrs sugar9yrs


Iteration 0:   log likelihood =   -182.589

Iteration 1:   log likelihood = -174.11552

Iteration 2:   log likelihood = -173.88553

Iteration 3:   log likelihood = -173.88477

Iteration 4:   log likelihood = -173.88477


Logistic regression                      Number of obs    =       338

                                          LR chi2(12)      =     17.41

                                          Prob > chi2      =    0.1349

Log likelihood = -173.88477               Pseudo R2        =    0.0477


-----------------------------------------------------------------------------
       dfscount9b |     Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
------------------+----------------------------------------------------------
```

```
               incomen |
     $40,000 - $59,999  |   -.0642408   .5150593   -0.12   0.901   -1.073738   .9452568
     $60,000 - $79,999  |    -.448299   .5196234   -0.86   0.388   -1.466742   .5701441
        $80,000 or More |   -.5492674   .5018774   -1.09   0.274   -1.532929   .4343943
                        |
                 momedu |
 4-Year College Degree or More |  -.4941379   .3258353   -1.52   0.129   -1.132763   .1444876
                        |
                 dadedu |
 4-Year College Degree or More |   .6351299   .3337876    1.90   0.057   -.0190819   1.289342
                 female |   .2490834    .282189    0.88   0.377   -.3039969   .8021637
             ageapprox9 |   .2969386   .1853485    1.60   0.109   -.0663377    .660215
            brushing9yrs |  -.6110903   .2872391   -2.13   0.033   -1.174069   -.048112
           totalmgfkg6yrs |   9.10265   18.44079    0.49   0.622   -27.04063   45.24593
                milk9yrs |   .0166962   .0605785    0.28   0.783   -.1020355   .1354279
                        |
 c.totalmgfkg6yrs#c.milk9yrs |  -.9540408   1.231661   -0.77   0.439   -3.368052   1.45997
                        |
                sugar9yrs |   .0270523   .0335072    0.81   0.419   -.0386206   .0927252
                   _cons |  -3.064244   2.097688   -1.46   0.144   -7.175637   1.047148
------------------------------------------------------------------------------------------
```

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
------------------------------------------------
             |         df       chi2     P>chi2
-------------+----------------------------------
     incomen |          3       2.34     0.5048
```

```
--------------------------------------------------

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs c.totalmgfkg6yrs##c.milk13yrs sugar13yrs


Iteration 0:   log likelihood = -226.59449

Iteration 1:   log likelihood = -209.11393

Iteration 2:   log likelihood = -208.95719

Iteration 3:   log likelihood = -208.95717


Logistic regression                        Number of obs    =        343

                                           LR chi2(12)      =      35.27

                                           Prob > chi2      =     0.0004

Log likelihood = -208.95717                Pseudo R2        =     0.0778
```

| dfscount13b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| **incomen** | | | | | | |
| $40,000 - $59,999 | .3100383 | .4895152 | 0.63 | 0.527 | -.649394 | 1.269471 |
| $60,000 - $79,999 | -.3382965 | .488695 | -0.69 | 0.489 | -1.296121 | .6195281 |
| $80,000 or More | .0751744 | .4662106 | 0.16 | 0.872 | -.8385817 | .9889305 |
| | | | | | | |
| **momedu** | | | | | | |
| 4-Year College Degree or More | -.616658 | .2816409 | -2.19 | 0.029 | -1.168664 | -.064652 |
| | | | | | | |
| **dadedu** | | | | | | |
| 4-Year College Degree or More | .2384278 | .2902331 | 0.82 | 0.411 | -.3304186 | .8072742 |
| female | .1982088 | .2504858 | 0.79 | 0.429 | -.2927345 | .689152 |
| ageapprox13 | .6318486 | .1968358 | 3.21 | 0.001 | .2460575 | 1.01764 |

Appendix D

107

```
              brushing13yrs |   -.7874143    .2699611    -2.92   0.004    -1.316528    -.2583003
           totalmgfkg6yrs |    19.53058    16.41659     1.19   0.234    -12.64534      51.7065
                milk13yrs |    .0388324    .0548295     0.71   0.479    -.0686314     .1462961
                          |
c.totalmgfkg6yrs#c.milk13yrs |   -1.056909    1.115588    -0.95   0.343    -3.243421     1.129603
                          |
               sugar13yrs |    .0403067    .0261927     1.54   0.124      -.01103     .0916434
                    _cons |   -8.881577     2.74152    -3.24   0.001    -14.25486    -3.508298
```

--------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins     : asbalanced


-------------------------------------------------
            |         df       chi2     P>chi2
------------+------------------------------------
    incomen |          3       3.00     0.3922
-------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs c.totalmgfkg6yrs##c.milk17yrs sugar17yrs


Iteration 0:   log likelihood =  -225.5323

Iteration 1:   log likelihood = -208.96086

Iteration 2:   log likelihood = -208.81368

Iteration 3:   log likelihood = -208.81366

Iteration 4:   log likelihood = -208.81366


Appendix D

108

```
Logistic regression                      Number of obs    =        343

                                         LR chi2(12)      =      33.44

                                         Prob > chi2      =     0.0008

Log likelihood = -208.81366              Pseudo R2        =     0.0741


------------------------------------------------------------------------------------------
            dfscount17b |     Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
------------------------+-----------------------------------------------------------------
                 incomen |
       $40,000 - $59,999 |  .1825009   .5250676    0.35   0.728   -.8466127    1.211614
       $60,000 - $79,999 | -.0676348   .5010931   -0.13   0.893   -1.049759    .9144897
         $80,000 or More |  .0471105   .4804303    0.10   0.922   -.8945157    .9887366
                         |
                  momedu |
4-Year College Degree or More |  -.624731   .2796835   -2.23   0.026   -1.172901   -.0765614
                         |
                  dadedu |
4-Year College Degree or More | -.0671284   .2852906   -0.24   0.814   -.6262878     .492031
                  female |  .1518903   .2588717    0.59   0.557   -.3554889    .6592696
              ageapprox17 |  .0367322   .1713352    0.21   0.830   -.2990785    .3725429
             brushing17yrs | -.8569558   .2964228   -2.89   0.004   -1.437934   -.2759778
           totalmgfkg6yrs |  32.72675   16.47485    1.99   0.047    .4366276    65.01686
                milk17yrs |  .0961484   .0513534    1.87   0.061   -.0045024    .1967992
                         |
c.totalmgfkg6yrs#c.milk17yrs | -2.969789   1.109729   -2.68   0.007   -5.144818   -.7947613
                         |
               sugar17yrs |  .0033544   .0243021    0.14   0.890   -.0442768    .0509856
                   _cons |  .5123352   3.144122    0.16   0.871    -5.65003      6.6747
------------------------------------------------------------------------------------------

. contrast incomen
```

**Contrasts of marginal linear predictions**

Margins        : asbalanced

```
-------------------------------------------------
              |      df        chi2      P>chi2
--------------+----------------------------------
      incomen |       3        0.41      0.9386
-------------------------------------------------
```

. margins, at(totalmgfkg6yrs=(0(.025).1) milk=(0(10)40)) vsquish

**Predictive margins**                          Number of obs     =        343

Model VCE     : OIM

Expression    : Pr(dfscount17b), predict()

```
1._at        : totalmgfk~rs       =             0

               milk17yrs          =             0

2._at        : totalmgfk~rs       =             0

               milk17yrs          =            10

3._at        : totalmgfk~rs       =             0

               milk17yrs          =            20

4._at        : totalmgfk~rs       =             0

               milk17yrs          =            30

5._at        : totalmgfk~rs       =             0

               milk17yrs          =            40

6._at        : totalmgfk~rs       =          .025

               milk17yrs          =             0

7._at        : totalmgfk~rs       =          .025

               milk17yrs          =            10

8._at        : totalmgfk~rs       =          .025
```

```
                    milk17yrs       =           20
9._at      : totalmgfk~rs          =          .025
                    milk17yrs       =           30
10._at     : totalmgfk~rs          =          .025
                    milk17yrs       =           40
11._at     : totalmgfk~rs          =           .05
                    milk17yrs       =            0
12._at     : totalmgfk~rs          =           .05
                    milk17yrs       =           10
13._at     : totalmgfk~rs          =           .05
                    milk17yrs       =           20
14._at     : totalmgfk~rs          =           .05
                    milk17yrs       =           30
15._at     : totalmgfk~rs          =           .05
                    milk17yrs       =           40
16._at     : totalmgfk~rs          =          .075
                    milk17yrs       =            0
17._at     : totalmgfk~rs          =          .075
                    milk17yrs       =           10
18._at     : totalmgfk~rs          =          .075
                    milk17yrs       =           20
19._at     : totalmgfk~rs          =          .075
                    milk17yrs       =           30
20._at     : totalmgfk~rs          =          .075
                    milk17yrs       =           40
21._at     : totalmgfk~rs          =            .1
                    milk17yrs       =            0
22._at     : totalmgfk~rs          =            .1
                    milk17yrs       =           10
23._at     : totalmgfk~rs          =            .1
                    milk17yrs       =           20
24._at     : totalmgfk~rs          =            .1
```

```
        milk17yrs       =        30
25._at    : totalmgfk~s    =        .1
        milk17yrs       =        40
```

```
------------------------------------------------------------------------
            |          Delta-method
            |    Margin   Std. Err.      z    P>|z|    [95% Conf. Interval]
------------+-----------------------------------------------------------
        _at |
          1 |   .4105315   .1715911     2.39   0.017    .0742192   .7468439
          2 |   .6299811   .0808843     7.79   0.000    .4714508   .7885114
          3 |   .8085508   .0681433    11.87   0.000    .6749924   .9421091
          4 |   .9146196   .0686457    13.32   0.000    .7800765   1.049163
          5 |   .9650566   .0464006    20.80   0.000    .8741132      1.056
          6 |   .5983033   .0927086     6.45   0.000    .4165977   .7800089
          7 |   .6463275    .043539    14.84   0.000    .5609927   .7316623
          8 |   .6917615   .0510279    13.56   0.000    .5917486   .7917743
          9 |   .7339709   .0907037     8.09   0.000    .5561949   .9117469
         10 |   .7725088    .126338     6.11   0.000    .5248908   1.020127
         11 |   .7626828   .0532333    14.33   0.000    .6583475   .8670181
         12 |   .6623629   .0296919    22.31   0.000    .6041679    .720558
         13 |   .5462692   .0427022    12.79   0.000    .4625744   .6299639
         14 |   .4254699   .0846493     5.03   0.000    .2595603   .5913794
         15 |   .3126184   .1161389     2.69   0.007    .0849904   .5402463
         16 |   .8757343   .0630351    13.89   0.000    .7521877   .9992809
         17 |   .6780587   .0556777    12.18   0.000    .5689323    .787185
         18 |   .3932818   .0768019     5.12   0.000    .2427529   .5438108
         19 |    .164513   .0924351     1.78   0.075   -.0166564   .3456824
         20 |   .0545136   .0554627     0.98   0.326   -.0541913   .1632185
         21 |   .9400449   .0542167    17.34   0.000    .8337822   1.046308
         22 |   .6933886   .0900104     7.70   0.000    .5169713   .8698058
         23 |   .2579209   .1020939     2.53   0.012    .0578204   .4580213
```

```
     24  |   .0476896    .0512337     0.93    0.352    -.0527265    .1481057

     25  |    .006773    .0119813     0.57    0.572    -.0167099    .0302559

--------------------------------------------------------------------------
```

```
. marginsplot, title("Interaction of 6 yr Fluoride and Milk at age 17") ///

> ylab(, angle(0)) xtitle("Total Fluoride Intake (mg/kg/d)") legend(cols(3))
```

    Variables that uniquely identify margins: totalmgfkg6yrs milk17yrs



```
.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 9

. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs c.totalmgfkg6yrs##c.milk9yrs sugar9yrs
```

```
Fitting Poisson model:


Iteration 0:   log likelihood = -341.02074

Iteration 1:   log likelihood = -341.01142

Iteration 2:   log likelihood = -341.01142


Fitting constant-only model:


Iteration 0:   log likelihood = -318.28634

Iteration 1:   log likelihood = -314.42978

Iteration 2:   log likelihood = -296.95776

Iteration 3:   log likelihood = -296.88112

Iteration 4:   log likelihood = -296.88111


Fitting full model:


Iteration 0:   log likelihood = -287.98522

Iteration 1:   log likelihood = -285.69696

Iteration 2:   log likelihood = -285.38495

Iteration 3:   log likelihood = -285.38382

Iteration 4:   log likelihood = -285.38382
```

| Negative binomial regression | | Number of obs | = | 338 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 22.99 |
| Dispersion    = mean | | Prob > chi2 | = | 0.0278 |
| Log likelihood = -285.38382 | | Pseudo R2 | = | 0.0387 |

```
------------------------------------------------------------------------------
         permdfscount9 |    Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
-----------------------+------------------------------------------------------
               incomen |
```

| | | | | | | |
|---|---|---|---|---|---|---|
| $40,000 - $59,999 | | -.4804357 | .507946 | -0.95 | 0.344 | -1.475992 | .5151202 |
| $60,000 - $79,999 | | -.3663839 | .5047993 | -0.73 | 0.468 | -1.355772 | .6230046 |
| $80,000 or More | | -.7711167 | .5165483 | -1.49 | 0.135 | -1.783533 | .2412994 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | | -.4796515 | .3409823 | -1.41 | 0.160 | -1.147965 | .1886615 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | | .3625023 | .3494462 | 1.04 | 0.300 | -.3223997 | 1.047404 |
| female | | .4019901 | .2847667 | 1.41 | 0.158 | -.1561425 | .9601226 |
| ageapprox9 | | .3764275 | .1929738 | 1.95 | 0.051 | -.0017941 | .7546492 |
| brushing9yrs | | -.4809766 | .2735238 | -1.76 | 0.079 | -1.017073 | .0551201 |
| totalmgfkg6yrs | | .8148956 | 19.96162 | 0.04 | 0.967 | -38.30917 | 39.93896 |
| milk9yrs | | -.0136102 | .0662018 | -0.21 | 0.837 | -.1433633 | .116143 |
| | | | | | | |
| c.totalmgfkg6yrs#c.milk9yrs | | -.6552448 | 1.360307 | -0.48 | 0.630 | -3.321397 | 2.010907 |
| | | | | | | |
| sugar9yrs | | .0214595 | .0334452 | 0.64 | 0.521 | -.0440918 | .0870108 |
| _cons | | -2.798157 | 2.262385 | -1.24 | 0.216 | -7.23235 | 1.636037 |

| | | | | | | |
|---|---|---|---|---|---|---|
| /lnalpha | | 1.147268 | .2161857 | | | .7235516 | 1.570984 |

| | | | | | | |
|---|---|---|---|---|---|---|
| alpha | | 3.149576 | .6808932 | | | 2.061743 | 4.81138 |

LR test of alpha=0: chibar2(01) = 111.26          Prob >= chibar2 = 0.000

. contrast incomen

Contrasts of marginal linear predictions

Margins      : asbalanced

```
-------------------------------------------------
              |      df       chi2     P>chi2
--------------+----------------------------------
permdfscou~9  |
     incomen  |       3       2.55     0.4665
-------------------------------------------------
```

.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 13

. nbreg dfscount13 i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs c.totalmgfkg6yrs##c.milk13yrs sugar13yrs


**Fitting Poisson model:**


Iteration 0:   log likelihood =  -557.7595

Iteration 1:   log likelihood = -557.75859

Iteration 2:   log likelihood = -557.75859


**Fitting constant-only model:**


Iteration 0:   log likelihood =  -482.3586

Iteration 1:   log likelihood = -467.43396

Iteration 2:   log likelihood = -458.30579

Iteration 3:   log likelihood = -458.30439

Iteration 4:   log likelihood = -458.30439


**Fitting full model:**


Iteration 0:   log likelihood = -447.14522

Iteration 1:   log likelihood = -444.26214

Iteration 2:   log likelihood = -443.60593

Iteration 3:   log likelihood = -443.60487


Appendix D

116

```
Iteration 4:    log likelihood = -443.60487
```

Negative binomial regression

| | | |
|---|---|---|
| Number of obs | = | 343 |
| LR chi2(12) | = | 29.40 |

Dispersion    = mean

| | | |
|---|---|---|
| Prob > chi2 | = | 0.0034 |

Log likelihood = -443.60487

| | | |
|---|---|---|
| Pseudo R2 | = | 0.0321 |

| dfscount13 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0858832 | .4124555 | -0.21 | 0.835 | -.8942811 | .7225147 |
| $60,000 - $79,999 | -.4141594 | .4099828 | -1.01 | 0.312 | -1.217711 | .3893922 |
| $80,000 or More | -.0406239 | .4142133 | -0.10 | 0.922 | -.8524671 | .7712192 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4474694 | .2549191 | -1.76 | 0.079 | -.9471017 | .0521629 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0751487 | .2728631 | -0.28 | 0.783 | -.6099505 | .459653 |
| female | .4766002 | .2194825 | 2.17 | 0.030 | .0464223 | .906778 |
| ageapprox13 | .386858 | .1564065 | 2.47 | 0.013 | .080307 | .693409 |
| brushing13yrs | -.6233739 | .2221088 | -2.81 | 0.005 | -1.058699 | -.1880487 |
| totalmgfkg6yrs | 2.697088 | 12.83588 | 0.21 | 0.834 | -22.46077 | 27.85495 |
| milk13yrs | -.0043844 | .0427997 | -0.10 | 0.918 | -.0882703 | .0795016 |
| | | | | | | |
| c.totalmgfkg6yrs#c.milk13yrs | -.194034 | .8524149 | -0.23 | 0.820 | -1.864736 | 1.476668 |
| | | | | | | |
| sugar13yrs | .0118921 | .0220384 | 0.54 | 0.589 | -.0313024 | .0550866 |
| _cons | -4.298054 | 2.255383 | -1.91 | 0.057 | -8.718523 | .1224154 |
| /lnalpha | .8204306 | .1608672 | | | .5051366 | 1.135725 |

```
-----------------------------+-------------------------------------------------------------
                      alpha |   2.271478   .3654063                      1.657212   3.113429
-----------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 228.31              Prob >= chibar2 = 0.000

. contrast incomen


Contrasts of marginal linear predictions


Margins       : asbalanced


------------------------------------------------
              |     df      chi2    P>chi2
--------------+---------------------------------
dfscount13    |
      incomen |      3      1.99    0.5744
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 17

. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs c.totalmgfkg6yrs##c.milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1044.9279

Iteration 1:   log likelihood = -1044.9277

Iteration 2:   log likelihood = -1044.9277


Fitting constant-only model:


Iteration 0:   log likelihood = -764.84202
```

```
Iteration 1:    log likelihood = -751.17821

Iteration 2:    log likelihood = -751.12214

Iteration 3:    log likelihood = -751.12214


Fitting full model:


Iteration 0:    log likelihood = -738.32528

Iteration 1:    log likelihood =  -736.4169

Iteration 2:    log likelihood = -736.33763

Iteration 3:    log likelihood = -736.33756
```

| Negative binomial regression | | Number of obs | = | 343 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 29.57 |
| Dispersion    = mean | | Prob > chi2 | = | 0.0032 |
| Log likelihood = -736.33756 | | Pseudo R2 | = | 0.0197 |

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| **incomen** | | | | | | |
| $40,000 - $59,999 | .0623103 | .3185659 | 0.20 | 0.845 | -.5620673 | .6866879 |
| $60,000 - $79,999 | .1154533 | .3121674 | 0.37 | 0.711 | -.4963835 | .7272901 |
| $80,000 or More | .0480981 | .3107757 | 0.15 | 0.877 | -.5610111 | .6572073 |
| | | | | | | |
| **momedu** | | | | | | |
| 4-Year College Degree or More | -.2828233 | .1876363 | -1.51 | 0.132 | -.6505837 | .0849371 |
| | | | | | | |
| **dadedu** | | | | | | |
| 4-Year College Degree or More | .0582525 | .2050937 | 0.28 | 0.776 | -.3437238 | .4602288 |
| female | .3265089 | .1612245 | 2.03 | 0.043 | .0105146 | .6425031 |
| ageapprox17 | .1377377 | .1136044 | 1.21 | 0.225 | -.0849227 | .3603982 |
| brushing17yrs | -.6547774 | .1858427 | -3.52 | 0.000 | -1.019022 | -.2905323 |

```
           totalmgfkg6yrs |   7.071164    8.891819     0.80   0.426    -10.35648     24.49881
                 milk17yrs |    .010557    .0296202     0.36   0.722    -.0474975     .0686114
                           |
c.totalmgfkg6yrs#c.milk17yrs |  -.4761182    .6063806    -0.79   0.432    -1.664602     .7123659
                           |
                sugar17yrs |   .0140206    .0142506     0.98   0.325    -.0139101     .0419513
                     _cons |  -.8438844    2.090417    -0.40   0.686    -4.941027     3.253258
---------------------------+----------------------------------------------------------------
                   /lnalpha |   .4168865    .1127129                     .1959733     .6377997
---------------------------+----------------------------------------------------------------
                     alpha |    1.51723    .1710114                     1.216494     1.892313
-------------------------------------------------------------------------------------------
```

LR test of alpha=0: chibar2(01) = 617.18            Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
------------------------------------------------
              |       df       chi2     P>chi2
--------------+---------------------------------
dfscount17    |
     incomen  |        3        0.17     0.9818
------------------------------------------------
```


.

. *** interaction between fluoride and sugary beverage

.

.

. * (1) Does the ingestion of fluoride during the first 6 months of life predict

Appendix D

120

```
. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs c.totalmgfkg6mos##c.sugar9yrs


Iteration 0:   log likelihood = -175.56635

Iteration 1:   log likelihood = -167.55856

Iteration 2:   log likelihood = -167.37797

Iteration 3:   log likelihood = -167.37782

Iteration 4:   log likelihood = -167.37782
```

Logistic regression

| | |
|---|---|
| Number of obs | =       325 |
| LR chi2(12) | =     16.38 |
| Prob > chi2 | =    0.1746 |
| Pseudo R2 | =    0.0466 |

Log likelihood = -167.37782

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| **incomen** | | | | | | |
| $40,000 - $59,999 | -.012138 | .5212976 | -0.02 | 0.981 | -1.033863 | 1.009587 |
| $60,000 - $79,999 | -.4536614 | .5289226 | -0.86 | 0.391 | -1.490331 | .5830078 |
| $80,000 or More | -.4235559 | .5104609 | -0.83 | 0.407 | -1.424041 | .576929 |
| | | | | | | |
| **momedu** | | | | | | |
| 4-Year College Degree or More | -.4505274 | .3294652 | -1.37 | 0.171 | -1.096267 | .1952124 |
| | | | | | | |
| **dadedu** | | | | | | |
| 4-Year College Degree or More | .5558782 | .3459399 | 1.61 | 0.108 | -.1221516 | 1.233908 |
| **female** | .272615 | .2878557 | 0.95 | 0.344 | -.2915717 | .8368018 |
| **ageapprox9** | .29682 | .1909624 | 1.55 | 0.120 | -.0774594 | .6710994 |

```
              brushing9yrs |   -.5478769    .2875695    -1.91   0.057    -1.111503     .015749

                 milk9yrs  |   -.0368957    .0242494    -1.52   0.128    -.0844237    .0106323

             totalmgfkg6mos |    2.857436    4.975206     0.57   0.566    -6.893788    12.60866

                sugar9yrs  |    .0291781    .0492075     0.59   0.553    -.0672668    .1256231

                           |

c.totalmgfkg6mos#c.sugar9yrs |    .0059431    .6446715     0.01   0.993     -1.25759    1.269476

                           |

                     _cons |   -2.855887    2.006661    -1.42   0.155    -6.788871    1.077098

------------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df       chi2     P>chi2
-------------+----------------------------------
     incomen |          3       1.82     0.6104
------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs c.totalmgfkg6mos##c.sugar13yrs


Iteration 0:   log likelihood = -217.97104

Iteration 1:   log likelihood = -201.70068

Iteration 2:   log likelihood = -201.57137

Iteration 3:   log likelihood = -201.57135
```

Appendix D

122

```
Logistic regression                          Number of obs    =        329

                                             LR chi2(12)      =      32.80

                                             Prob > chi2      =     0.0010

Log likelihood = -201.57135                  Pseudo R2        =     0.0752
```

```
------------------------------------------------------------------------------
             dfscount13b |     Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
-------------------------+----------------------------------------------------
                 incomen |
        $40,000 - $59,999 |   .337578   .4963014     0.68   0.496   -.6351548    1.310311
        $60,000 - $79,999 |  -.356026   .4963855    -0.72   0.473   -1.328924    .6168717
         $80,000 or More |  .2027218   .4749215     0.43   0.669   -.7281072    1.133551
                         |
                  momedu |
4-Year College Degree or More | -.5771476   .2854138    -2.02   0.043   -1.136548    -.017747
                         |
                  dadedu |
4-Year College Degree or More |  .1539677   .2978105     0.52   0.605    -.42973    .7376655
                  female |  .2190144   .2536578     0.86   0.388   -.2781457    .7161744
              ageapprox13 |  .6146649   .2013699     3.05   0.002    .2199871    1.009343
             brushing13yrs | -.6824968   .2717905    -2.51   0.012   -1.215196   -.1497972
                milk13yrs | -.0103982   .0219818    -0.47   0.636   -.0534818    .0326854
            totalmgfkg6mos |  2.492459   5.315516     0.47   0.639   -7.925761    12.91068
               sugar13yrs |  .0470616   .0401774     1.17   0.241   -.0316847    .1258078
                         |
c.totalmgfkg6mos#c.sugar13yrs |  .1034887   .5314821     0.19   0.846   -.9381971    1.145174
                         |
                    _cons | -8.172697   2.814493    -2.90   0.004     -13.689   -2.656393
------------------------------------------------------------------------------

. contrast incomen
```

```
Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |     df     chi2    P>chi2
-------------+-----------------------------------
    incomen  |      3      3.71    0.2941
-------------------------------------------------


.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs c.totalmgfkg6mos##c.sugar17yrs


Iteration 0:   log likelihood = -216.40442

Iteration 1:   log likelihood = -202.48185

Iteration 2:   log likelihood = -202.34615

Iteration 3:   log likelihood = -202.34614


Logistic regression                    Number of obs    =        329

                                        LR chi2(12)      =      28.12

                                        Prob > chi2      =     0.0053

Log likelihood = -202.34614             Pseudo R2        =     0.0650
```

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|
| incomen | | | | | |
| $40,000 - $59,999 | .1270049 | .5281828 | 0.24 | 0.810 | -.9082143  1.162224 |
| $60,000 - $79,999 | -.1712011 | .5070459 | -0.34 | 0.736 | -1.164993  .8225906 |
| $80,000 or More | .013357 | .4905165 | 0.03 | 0.978 | -.9480377  .9747518 |

```
                               |
                       momedu |
4-Year College Degree or More |  -.5856808   .2827932   -2.07   0.038   -1.139945   -.0314162
                               |
                       dadedu |
4-Year College Degree or More |  -.0312426   .2956024   -0.11   0.916   -.6106125    .5481274
                       female |   .2058993   .2619299    0.79   0.432   -.3074739    .7192725
                    ageapprox17 |   .0875483   .1746138    0.50   0.616   -.2546883    .429785
                    brushing17yrs |  -.7664294   .2965347   -2.58   0.010   -1.347627   -.185232
                       milk17yrs |  -.0457398   .0203522   -2.25   0.025   -.0856293   -.0058503
                    totalmgfkg6mos |   6.68177   5.663992    1.18   0.238   -4.419451   17.78299
                      sugar17yrs |   .0220356   .0375738    0.59   0.558   -.0516078    .095679
                               |
c.totalmgfkg6mos#c.sugar17yrs |  -.4053772   .4792832   -0.85   0.398   -1.344755    .5340005
                               |
                        _cons |   .7198767   3.218032    0.22   0.823   -5.587349    7.027103
-------------------------------------------------------------------------------------------
```

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced




```
-------------------------------------------------
            |      df      chi2     P>chi2
------------+------------------------------------
    incomen |       3      0.59     0.8986
-------------------------------------------------
```


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 9

Appendix D

```
. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs c.totalmgfkg6mos##c.sugar9yrs
```

**Fitting Poisson model:**

```
Iteration 0:   log likelihood = -335.10616

Iteration 1:   log likelihood = -335.09334

Iteration 2:   log likelihood = -335.09333
```

**Fitting constant-only model:**

```
Iteration 0:   log likelihood = -309.75084

Iteration 1:   log likelihood = -307.37137

Iteration 2:   log likelihood = -288.07134

Iteration 3:   log likelihood = -287.90387

Iteration 4:   log likelihood = -287.90382

Iteration 5:   log likelihood = -287.90382
```

**Fitting full model:**

```
Iteration 0:   log likelihood = -279.88331

Iteration 1:   log likelihood =  -277.9315

Iteration 2:   log likelihood = -277.69185

Iteration 3:   log likelihood = -277.69111

Iteration 4:   log likelihood = -277.69111
```

| Negative binomial regression | | Number of obs | = | 325 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 20.43 |
| Dispersion   = mean | | Prob > chi2 | = | 0.0595 |
| Log likelihood = -277.69111 | | Pseudo R2 | = | 0.0355 |

-------------------------------------------------------------------------------

```
                 permdfscount9 |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
------------------------------+----------------------------------------------------------------
                      incomen |
          $40,000 - $59,999 |  -.4186679   .5193222   -0.81   0.420    -1.436521    .5991849
          $60,000 - $79,999 |  -.2640568   .5163104   -0.51   0.609    -1.276007    .7478929
            $80,000 or More |   -.612743   .5303728   -1.16   0.248    -1.652255    .4267687
                              |
                       momedu |
 4-Year College Degree or More |  -.4501156   .3510463   -1.28   0.200    -1.138154    .2379224
                              |
                        dadedu |
 4-Year College Degree or More |   .2679027   .3659341    0.73   0.464     -.449315    .9851205
                       female |   .4313541   .2942295    1.47   0.143     -.145325    1.008033
                    ageapprox9 |   .3658876   .1996685    1.83   0.067    -.0254555    .7572308
                  brushing9yrs |  -.4703549   .2763314   -1.70   0.089    -1.011954    .0712446
                     milk9yrs |  -.0497394   .0258767   -1.92   0.055    -.1004568    .0009781
                totalmgfkg6mos |   .7261862   4.890143    0.15   0.882    -8.858318    10.31069
                     sugar9yrs |   .0095884   .0496871    0.19   0.847    -.0877966    .1069734
                              |
  c.totalmgfkg6mos#c.sugar9yrs |   .1090517   .5756996    0.19   0.850    -1.019299    1.237402
                              |
                        _cons |  -2.694171   2.151834   -1.25   0.211    -6.911688    1.523345
------------------------------+----------------------------------------------------------------
                      /lnalpha |    1.18905   .2168616                     .7640087    1.614091
------------------------------+----------------------------------------------------------------
                        alpha |   3.283959   .7121646                     2.146865    5.023318
------------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 114.80                  Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions
```

```
Margins      : asbalanced


-------------------------------------------------
              |      df        chi2      P>chi2
--------------+----------------------------------
permdfscou~9  |
     incomen  |       3        1.64      0.6499
-------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 13

. nbreg dfscount13 i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs c.totalmgfkg6mos##c.sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -541.38715

Iteration 1:   log likelihood = -541.30636

Iteration 2:   log likelihood = -541.30624

Iteration 3:   log likelihood = -541.30624


Fitting constant-only model:


Iteration 0:   log likelihood = -466.32088

Iteration 1:   log likelihood = -451.33503

Iteration 2:   log likelihood = -443.08006

Iteration 3:   log likelihood = -443.07903

Iteration 4:   log likelihood = -443.07903


Fitting full model:
```

```
Iteration 0:    log likelihood = -431.96611

Iteration 1:    log likelihood = -429.29673

Iteration 2:    log likelihood = -428.79688

Iteration 3:    log likelihood = -428.79582

Iteration 4:    log likelihood = -428.79582
```

```
Negative binomial regression              Number of obs    =        329

                                          LR chi2(12)      =      28.57

Dispersion    = mean                      Prob > chi2      =     0.0046

Log likelihood = -428.79582               Pseudo R2        =     0.0322
```

| dfscount13 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.0561143 | .4158054 | -0.13 | 0.893 | -.871078 | .7588493 |
| $60,000 - $79,999 | -.320217 | .4145986 | -0.77 | 0.440 | -1.132815 | .4923813 |
| $80,000 or More | .1323265 | .4199133 | 0.32 | 0.753 | -.6906885 | .9553415 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4386063 | .2564274 | -1.71 | 0.087 | -.9411947 | .0639821 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.2125045 | .2818095 | -0.75 | 0.451 | -.7648409 | .3398319 |
| female | .485546 | .2229252 | 2.18 | 0.029 | .0486206 | .9224713 |
| ageapprox13 | .3341142 | .1637307 | 2.04 | 0.041 | .0132079 | .6550204 |
| brushing13yrs | -.5503137 | .2250436 | -2.45 | 0.014 | -.991391 | -.1092364 |
| milk13yrs | -.0134712 | .0185067 | -0.73 | 0.467 | -.0497437 | .0228013 |
| totalmgfkg6mos | -.8019097 | 4.134046 | -0.19 | 0.846 | -8.90449 | 7.300671 |
| sugar13yrs | -.0049146 | .0328307 | -0.15 | 0.881 | -.0692617 | .0594324 |
| | | | | | | |
| c.totalmgfkg6mos#c.sugar13yrs | .2931759 | .3810746 | 0.77 | 0.442 | -.4537166 | 1.040068 |

```
                               |
                       _cons |    -3.5794    2.378592    -1.50   0.132    -8.241354    1.082555
------------------------------+--------------------------------------------------------------
                      /lnalpha |    .8148443    .163002                      .4953663    1.134322
------------------------------+--------------------------------------------------------------
                        alpha |    2.258824    .3681927                      1.641099    3.109066
--------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 225.02              Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |          df       chi2    P>chi2
-------------+----------------------------------
dfscount13   |
    incomen  |           3       2.28    0.5171
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 17

. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs c.totalmgfkg6mos##c.sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1006.4179

Iteration 1:   log likelihood = -1006.4175

Iteration 2:   log likelihood = -1006.4175
```

```
Fitting constant-only model:


Iteration 0:   log likelihood =  -736.5625

Iteration 1:   log likelihood = -723.06747

Iteration 2:   log likelihood = -723.01418

Iteration 3:   log likelihood = -723.01418


Fitting full model:


Iteration 0:   log likelihood =  -710.0791

Iteration 1:   log likelihood = -708.17007

Iteration 2:   log likelihood = -708.08683

Iteration 3:   log likelihood = -708.08675

Iteration 4:   log likelihood = -708.08675
```

| | | |
|---|---|---|
| Negative binomial regression | Number of obs   = | 329 |
| | LR chi2(12)     = | 29.85 |
| Dispersion   = mean | Prob > chi2     = | 0.0029 |
| Log likelihood = -708.08675 | Pseudo R2       = | 0.0206 |

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .034265 | .3211416 | 0.11 | 0.915 | -.595161 | .663691 |
| $60,000 - $79,999 | .105116 | .3147741 | 0.33 | 0.738 | -.51183 | .7220619 |
| $80,000 or More | .0617523 | .3194023 | 0.19 | 0.847 | -.5642647 | .6877694 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.2645592 | .1910466 | -1.38 | 0.166 | -.6390037 | .1098853 |
| | | | | | | |

```
                           dadedu |
4-Year College Degree or More |    .0437675    .2180624      0.20   0.841     -.3836269     .471162
                           female |    .3251081    .1639153      1.98   0.047        .00384    .6463763
                       ageapprox17 |    .1516757     .114888      1.32   0.187     -.0735006    .376852
                     brushing17yrs |   -.6158875    .1915405     -3.22   0.001        -.9913    -.240475
                         milk17yrs |   -.0100041    .0125879     -0.79   0.427     -.0346758    .0146677
                    totalmgfkg6mos |    5.996619    3.414639      1.76   0.079     -.6959501    12.68919
                         sugar17yrs |    .0323283    .0214685      1.51   0.132     -.0097491    .0744057
                                   |
  c.totalmgfkg6mos#c.sugar17yrs |   -.3222661    .2811445     -1.15   0.252     -.8732991    .2287669
                                   |
                            _cons |   -1.147052    2.137858     -0.54   0.592     -5.337176    3.043073
-----------------------------+----------------------------------------------------------------
                          /lnalpha |     .416096    .1150856                       .1905324    .6416596
-----------------------------+----------------------------------------------------------------
                             alpha |    1.516031    .1744734                       1.209894    1.899631
-----------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 596.66                   Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
                 |      df      chi2     P>chi2
-------------+-----------------------------------
dfscount17   |
     incomen |       3        0.14     0.9862
-------------------------------------------------
```

```
.
. * (2) Does the ingestion of fluoride during the first 6 months of life predict
. * whether a child develops caries in the primary teeth, as measured at age 5?
.
. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 5
. logit caries5 i.incomen i.momedu i.dadedu ///
> female brushing5yrs milk5yrs c.totalmgfkg6mos##c.sugar5yrs


Iteration 0:   log likelihood = -187.9686

Iteration 1:   log likelihood = -176.44008

Iteration 2:   log likelihood = -176.17827

Iteration 3:   log likelihood = -176.17806

Iteration 4:   log likelihood = -176.17806
```

Logistic regression

| | | |
|---|---|---|
| Number of obs | = | 329 |
| LR chi2(11) | = | 23.58 |
| Prob > chi2 | = | 0.0146 |
| Pseudo R2 | = | 0.0627 |

Log likelihood = -176.17806

| caries5 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|---|
| **incomen** | | | | | | |
| $40,000 - $59,999 | -.2793626 | .4767521 | -0.59 | 0.558 | -1.21378 | .6550543 |
| $60,000 - $79,999 | -.6627168 | .4778512 | -1.39 | 0.165 | -1.599288 | .2738543 |
| $80,000 or More | -.9519693 | .4634045 | -2.05 | 0.040 | -1.860225 | -.0437132 |
| | | | | | | |
| **momedu** | | | | | | |
| 4-Year College Degree or More | -.0071235 | .3102011 | -0.02 | 0.982 | -.6151065 | .6008594 |
| | | | | | | |
| **dadedu** | | | | | | |
| 4-Year College Degree or More | -.3325119 | .32395 | -1.03 | 0.305 | -.9674422 | .3024183 |

```
                   female |   .3020931   .2694441    1.12   0.262    -.2260077    .8301939

              brushing5yrs |  -.3295144   .3232958   -1.02   0.308    -.9631624    .3041337

                  milk5yrs |    -.05564   .0319259   -1.74   0.081    -.1182137    .0069337

             totalmgfkg6mos | -1.426842   3.797455   -0.38   0.707    -8.869716    6.016033

                 sugar5yrs |   .0914094   .0585933    1.56   0.119    -.0234314    .2062502

                           |

c.totalmgfkg6mos#c.sugar5yrs | -.3057138  .5670282   -0.54   0.590    -1.417069     .805641

                           |

                     _cons |   .3182959   .6967469    0.46   0.648    -1.047303    1.683895

------------------------------------------------------------------------------------------


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
              |      df      chi2    P>chi2
--------------+---------------------------------
      incomen |       3      5.69    0.1276
------------------------------------------------


.

. * (3) Does the ingestion of fluoride during the first 6 years of life predict

. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 9

. logit dfscount9b i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs c.totalmgfkg6yrs##c.sugar9yrs


Iteration 0:   log likelihood =   -182.589
```

```
Iteration 1:    log likelihood = -174.32348

Iteration 2:    log likelihood = -174.13358

Iteration 3:    log likelihood = -174.13333

Iteration 4:    log likelihood = -174.13333


Logistic regression                      Number of obs    =        338

                                          LR chi2(12)      =      16.91

                                          Prob > chi2      =     0.1530

Log likelihood = -174.13333               Pseudo R2        =     0.0463
```

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | -.058489 | .5167523 | -0.11 | 0.910 | -1.071305 .9543268 |
| $60,000 - $79,999 | -.4501877 | .5224652 | -0.86 | 0.389 | -1.474201 .5738254 |
| $80,000 or More | -.5339575 | .5040591 | -1.06 | 0.289 | -1.521895 .4539803 |
| | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4752719 | .3274563 | -1.45 | 0.147 | -1.117074 .1665306 |
| | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .6072224 | .3389568 | 1.79 | 0.073 | -.0571207 1.271565 |
| female | .2654197 | .280732 | 0.95 | 0.344 | -.284805 .8156443 |
| ageapprox9 | .2866979 | .1864695 | 1.54 | 0.124 | -.0787756 .6521714 |
| brushing9yrs | -.5794065 | .2842433 | -2.04 | 0.042 | -1.136513 -.0223 |
| milk9yrs | -.0271451 | .0232147 | -1.17 | 0.242 | -.072645 .0183548 |
| totalmgfkg6yrs | -7.698906 | 12.57939 | -0.61 | 0.541 | -32.35406 16.95625 |
| sugar9yrs | -.0018164 | .0908664 | -0.02 | 0.984 | -.1799113 .1762784 |
| | | | | | |
| c.totalmgfkg6yrs#c.sugar9yrs | .6519474 | 1.814324 | 0.36 | 0.719 | -2.904062 4.207957 |
| | | | | | |

```
                         _cons |   -2.275698    2.048148     -1.11    0.267    -6.289994    1.738597
--------------------------------------------------------------------------------------------------

. contrast incomen

Contrasts of marginal linear predictions

Margins       : asbalanced

------------------------------------------------
             |       df       chi2     P>chi2
-------------+----------------------------------
     incomen |        3       2.26     0.5195
------------------------------------------------

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 13

. logit dfscount13b i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs c.totalmgfkg6yrs##c.sugar13yrs


Iteration 0:   log likelihood = -226.59449

Iteration 1:   log likelihood =  -209.5668

Iteration 2:   log likelihood = -209.40637

Iteration 3:   log likelihood = -209.40635

Iteration 4:   log likelihood = -209.40635


Logistic regression                    Number of obs    =         343

                                        LR chi2(12)      =       34.38

                                        Prob > chi2      =      0.0006

Log likelihood = -209.40635             Pseudo R2        =      0.0759


--------------------------------------------------------------------------------------------------
```

| dfscount13b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|
| **incomen** | | | | | |
| $40,000 - $59,999 | .3052113 | .4886383 | 0.62 | 0.532 | -.6525022 | 1.262925 |
| $60,000 - $79,999 | -.3565229 | .4880121 | -0.73 | 0.465 | -1.313009 | .5999632 |
| $80,000 or More | .0655785 | .4655192 | 0.14 | 0.888 | -.8468223 | .9779793 |
| | | | | | |
| **momedu** | | | | | |
| 4-Year College Degree or More | -.6143409 | .2826081 | -2.17 | 0.030 | -1.168243 | -.0604392 |
| | | | | | |
| **dadedu** | | | | | |
| 4-Year College Degree or More | .2457522 | .2911229 | 0.84 | 0.399 | -.3248382 | .8163426 |
| female | .212749 | .2498068 | 0.85 | 0.394 | -.2768634 | .7023614 |
| ageapprox13 | .6478599 | .1969792 | 3.29 | 0.001 | .2617878 | 1.033932 |
| brushing13yrs | -.7559378 | .267588 | -2.83 | 0.005 | -1.280401 | -.231475 |
| milk13yrs | -.0093362 | .0211136 | -0.44 | 0.658 | -.050718 | .0320457 |
| totalmgfkg6yrs | 4.914088 | 12.55101 | 0.39 | 0.695 | -19.68543 | 29.51361 |
| sugar13yrs | .0394985 | .0710698 | 0.56 | 0.578 | -.0997957 | .1787927 |
| | | | | | |
| c.totalmgfkg6yrs#c.sugar13yrs | .0467707 | 1.403273 | 0.03 | 0.973 | -2.703594 | 2.797136 |
| | | | | | |
| _cons | -8.496492 | 2.814113 | -3.02 | 0.003 | -14.01205 | -2.980932 |

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-------------------------------------------------
             |      df       chi2    P>chi2

```
-------------+---------------------------------
    incomen |        3        3.11      0.3754
-----------------------------------------------
```

.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 17

. logit dfscount17b i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs c.totalmgfkg6yrs##c.sugar17yrs


```
Iteration 0:   log likelihood =  -225.5323

Iteration 1:   log likelihood = -212.68703

Iteration 2:   log likelihood = -212.56223

Iteration 3:   log likelihood = -212.56223
```

| Logistic regression | | Number of obs | = | 343 |
|---|---|---|---|---|
| | | LR chi2(12) | = | 25.94 |
| | | Prob > chi2 | = | 0.0109 |
| Log likelihood = -212.56223 | | Pseudo R2 | = | 0.0575 |

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .0891604 | .5219892 | 0.17 | 0.864 | -.9339196 | 1.11224 |
| $60,000 - $79,999 | -.1772529 | .4991304 | -0.36 | 0.722 | -1.15553 | .8010247 |
| $80,000 or More | -.0739992 | .4779849 | -0.15 | 0.877 | -1.010832 | .862834 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.5892693 | .2765326 | -2.13 | 0.033 | -1.131263 | -.0472754 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .0009251 | .2834472 | 0.00 | 0.997 | -.5546211 | .5564714 |

Appendix D

138

```
                     female |    .2069871     .255856      0.81    0.419     -.2944815     .7084556
                 ageapprox17 |    .0834414    .1692512      0.49    0.622     -.2482849     .4151677
               brushing17yrs |   -.7314961    .2882102     -2.54    0.011     -1.296378    -.1666145
                   milk17yrs |    -.033287    .0192377     -1.73    0.084     -.0709922     .0044181
              totalmgfkg6yrs |     -2.7281    13.00121     -0.21    0.834     -28.21001     22.75381
                  sugar17yrs |    .0396056    .0650152      0.61    0.542     -.0878218      .167033
                             |
 c.totalmgfkg6yrs#c.sugar17yrs|   -.5729228    1.241119     -0.46    0.644     -3.005471     1.859626
                             |
                       _cons |    .9637519    3.184001      0.30    0.762     -5.276776     7.204279
------------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |         df        chi2     P>chi2
-------------+----------------------------------
     incomen |          3        0.49     0.9216
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 9

. nbreg permdfscount9 i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs c.totalmgfkg6yrs##c.sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -340.78277
```

```
Iteration 1:    log likelihood = -340.77347

Iteration 2:    log likelihood = -340.77347


Fitting constant-only model:


Iteration 0:    log likelihood = -318.28634

Iteration 1:    log likelihood = -314.42978

Iteration 2:    log likelihood = -296.95776

Iteration 3:    log likelihood = -296.88112

Iteration 4:    log likelihood = -296.88111


Fitting full model:


Iteration 0:    log likelihood =   -288.014

Iteration 1:    log likelihood = -285.75947

Iteration 2:    log likelihood =  -285.4254

Iteration 3:    log likelihood = -285.42419

Iteration 4:    log likelihood = -285.42419
```

| Negative binomial regression | | | Number of obs | = | 338 |
|---|---|---|---|---|---|
| | | | LR chi2(12) | = | 22.91 |
| Dispersion   = mean | | | Prob > chi2 | = | 0.0285 |
| Log likelihood = -285.42419 | | | Pseudo R2 | = | 0.0386 |

```
-------------------------------------------------------------------------------
        permdfscount9 |    Coef.    Std. Err.     z     P>|z|    [95% Conf. Interval]
----------------------+--------------------------------------------------------
              incomen |

      $40,000 - $59,999 |  -.472082   .5080061   -0.93   0.353   -1.467756   .5235917

      $60,000 - $79,999 | -.3488531   .5092808   -0.68   0.493   -1.347025   .6493189

       $80,000 or More | -.7431255   .5211446   -1.43   0.154    -1.76455   .2782992

                       |
```

```
                         momedu |

   4-Year College Degree or More |   -.4722952    .3425447     -1.38   0.168     -1.14367    .1990802

                                |

                         dadedu |

   4-Year College Degree or More |    .3373534    .3587756      0.94   0.347    -.3658339    1.040541

                         female |    .3895116    .2852042      1.37   0.172    -.1694784    .9485015

                     ageapprox9 |    .3686304    .1928779      1.91   0.056    -.0094033     .746664

                   brushing9yrs |   -.4633586    .2708393     -1.71   0.087    -.9941939    .0674766

                       milk9yrs |    -.044501    .0245495     -1.81   0.070    -.0926171    .0036151

                  totalmgfkg6yrs |   -12.12003    13.16585     -0.92   0.357    -37.92463    13.68456

                      sugar9yrs |   -.0139029    .0923404     -0.15   0.880    -.1948867    .1670808

                                |

     c.totalmgfkg6yrs#c.sugar9yrs |    .6900448    1.758502      0.39   0.695    -2.756555    4.136645

                                |

                          _cons |   -2.143025     2.16522     -0.99   0.322    -6.386778    2.100729

   -----------------------------+----------------------------------------------------------------

                        /lnalpha |    1.145858    .2163883                       .7217444    1.569971

   -----------------------------+----------------------------------------------------------------

                          alpha |    3.145138    .6805709                        2.05802    4.806508

   ------------------------------------------------------------------------------------------------

   LR test of alpha=0: chibar2(01) = 110.70                 Prob >= chibar2 = 0.000


   . contrast incomen


   Contrasts of marginal linear predictions


   Margins      : asbalanced


   ------------------------------------------------
                  |         df       chi2     P>chi2

   --------------+---------------------------------

   permdfscou~9 |
```

```
      incomen |        3      2.37      0.4997
-------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 13

. nbreg dfscount13 i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs c.totalmgfkg6yrs##c.sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -557.24151

Iteration 1:   log likelihood = -557.23765

Iteration 2:   log likelihood = -557.23765


Fitting constant-only model:


Iteration 0:   log likelihood =  -482.3586

Iteration 1:   log likelihood = -467.43396

Iteration 2:   log likelihood = -458.30579

Iteration 3:   log likelihood = -458.30439

Iteration 4:   log likelihood = -458.30439


Fitting full model:


Iteration 0:   log likelihood = -447.10201

Iteration 1:   log likelihood =  -444.1909

Iteration 2:   log likelihood = -443.56862

Iteration 3:   log likelihood = -443.56752

Iteration 4:   log likelihood = -443.56752
```

Negative binomial regression                    Number of obs    =        343

                                                 LR chi2(12)      =      29.47

142

```
Dispersion   = mean                    Prob > chi2      =     0.0033

Log likelihood = -443.56752            Pseudo R2        =     0.0322


------------------------------------------------------------------------------
               dfscount13 |    Coef.    Std. Err.      z    P>|z|    [95% Conf. Interval]
--------------------------+---------------------------------------------------
                  incomen |
        $40,000 - $59,999 | -.0945193   .413478    -0.23   0.819   -.9049212    .7158826
        $60,000 - $79,999 | -.4047806   .4105334   -0.99   0.324   -1.209411    .3998501
          $80,000 or More | -.0299175   .4118958   -0.07   0.942   -.8372184    .7773834
                          |
                   momedu |
4-Year College Degree or More | -.444974   .2545198   -1.75   0.080   -.9438236    .0538756
                          |
                   dadedu |
4-Year College Degree or More | -.0907303   .2770243   -0.33   0.743   -.6336879    .4522274
                   female |  .4760154   .2195489    2.17   0.030    .0457075    .9063234
              ageapprox13 |  .3793952   .1587429    2.39   0.017    .0682649    .6905254
            brushing13yrs | -.6131415   .2192565   -2.80   0.005   -1.042876   -.1834068
                milk13yrs |  -.013617   .017905    -0.76   0.447   -.0487102    .0214762
            totalmgfkg6yrs | -3.089807   10.2717    -0.30   0.764   -23.22197    17.04235
               sugar13yrs | -.0064288   .056446    -0.11   0.909   -.1170609    .1042033
                          |
c.totalmgfkg6yrs#c.sugar13yrs |  .3802499   1.072146    0.35   0.723   -1.721117    2.481617
                          |
                    _cons | -3.941623   2.378845   -1.66   0.098   -8.604074    .7208277
--------------------------+---------------------------------------------------
                  /lnalpha |  .8189282   .1610673                   .5032421    1.134614
--------------------------+---------------------------------------------------
                    alpha |  2.268068   .3653114                   1.654075    3.109974
------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 227.34          Prob >= chibar2 = 0.000
```

```
. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |      df      chi2    P>chi2
-------------+----------------------------------
dfscount13   |
    incomen  |       3      1.94    0.5858
------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 17

. nbreg dfscount17 i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs c.totalmgfkg6yrs##c.sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1045.1661

Iteration 1:   log likelihood = -1045.1659

Iteration 2:   log likelihood = -1045.1659


Fitting constant-only model:


Iteration 0:   log likelihood = -764.84202

Iteration 1:   log likelihood = -751.17821

Iteration 2:   log likelihood = -751.12214

Iteration 3:   log likelihood = -751.12214
```

Appendix D

144

```
Fitting full model:


Iteration 0:   log likelihood = -738.58572

Iteration 1:   log likelihood = -736.68727

Iteration 2:   log likelihood = -736.61314

Iteration 3:   log likelihood = -736.61308
```

| Negative binomial regression | | | | Number of obs | = | 343 |
|---|---|---|---|---|---|---|
| | | | | LR chi2(12) | = | 29.02 |
| Dispersion | = mean | | | Prob > chi2 | = | 0.0039 |
| Log likelihood = -736.61308 | | | | Pseudo R2 | = | 0.0193 |

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| incomen | | | | | | |
| $40,000 - $59,999 | .0712417 | .3178813 | 0.22 | 0.823 | -.5517941 | .6942776 |
| $60,000 - $79,999 | .1146727 | .312478 | 0.37 | 0.714 | -.497773 | .7271185 |
| $80,000 or More | .0564081 | .3110951 | 0.18 | 0.856 | -.5533271 | .6661433 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.293352 | .1880631 | -1.56 | 0.119 | -.661949 | .075245 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .0820803 | .2105828 | 0.39 | 0.697 | -.3306543 | .4948149 |
| female | .3164123 | .1619508 | 1.95 | 0.051 | -.0010055 | .6338301 |
| ageapprox17 | .1538777 | .1134664 | 1.36 | 0.175 | -.0685123 | .3762678 |
| brushing17yrs | -.6376126 | .1845759 | -3.45 | 0.001 | -.9993746 | -.2758505 |
| milk17yrs | -.0107589 | .0121585 | -0.88 | 0.376 | -.0345891 | .0130714 |
| totalmgfkg6yrs | 2.658767 | 8.845581 | 0.30 | 0.764 | -14.67825 | 19.99579 |
| sugar17yrs | .0238096 | .0395177 | 0.60 | 0.547 | -.0536438 | .1012629 |
| | | | | | | |

```
c.totalmgfkg6yrs#c.sugar17yrs |  -.1884404   .8044372    -0.23   0.815   -1.765108   1.388227
                              |
                        _cons |  -.9717538   2.168415    -0.45   0.654   -5.22177    3.278262
------------------------------+----------------------------------------------------------------
                      /lnalpha |   .4196338   .1126176                     .1989074   .6403602
------------------------------+----------------------------------------------------------------
                         alpha |   1.521404   .1713369                     1.220069   1.897164
---------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 617.11              Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
             |      df      chi2     P>chi2
-------------+----------------------------------
dfscount17   |
    incomen  |       3      0.16     0.9843
------------------------------------------------


.

. *** interaction between fluoride and income

. sum totalmgfkg6mos totalmgfkg6yrs


    Variable |      Obs       Mean    Std. Dev.       Min        Max
-------------+-----------------------------------------------------------
  totalmgfk~os |      364   .0503626   .0460732          0   .2152014

  totalmgfk~rs |      380   .0465163   .0191556    .007603    .116698
```

```
.
. * (1) Does the ingestion of fluoride during the first 6 months of life predict
. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?
.
. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 9
. logit dfscount9b c.totalmgfkg6mos##i.incomen i.momedu i.dadedu ///
> female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Iteration 0:   log likelihood = -175.56635
Iteration 1:   log likelihood = -167.32009
Iteration 2:   log likelihood =  -167.1158
Iteration 3:   log likelihood = -167.11561
Iteration 4:   log likelihood = -167.11561
```

| | |
|---|---|
| Logistic regression | Number of obs   =     325 |
| | LR chi2(14)     =   16.90 |
| | Prob > chi2     =  0.2615 |
| Log likelihood = -167.11561 | Pseudo R2       =  0.0481 |

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 7.747224 | 8.519002 | 0.91 | 0.363 | -8.949713 | 24.44416 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | .3185037 | .8357711 | 0.38 | 0.703 | -1.319578 | 1.956585 |
| $60,000 - $79,999 | -.2038701 | .8595929 | -0.24 | 0.813 | -1.888641 | 1.480901 |
| $80,000 or More | -.0213891 | .7877722 | -0.03 | 0.978 | -1.565394 | 1.522616 |
| | | | | | | |
| incomen#c.totalmgfkg6mos | | | | | | |
| $40,000 - $59,999 | -5.093708 | 10.40625 | -0.49 | 0.624 | -25.48959 | 15.30218 |
| $60,000 - $79,999 | -3.729203 | 10.61192 | -0.35 | 0.725 | -24.52818 | 17.06977 |

```
            $80,000 or More  |   -6.759361    9.723402     -0.70   0.487    -25.81688     12.29816
                             |
                     momedu  |
 4-Year College Degree or More |  -.4489784    .3323168     -1.35   0.177    -1.100307     .2023506
                             |
                     dadedu  |
 4-Year College Degree or More |    .54241    .3396093      1.60   0.110    -.1232121     1.208032
                     female  |   .2664448    .2904657      0.92   0.359    -.3028575     .8357471
                 ageapprox9  |   .2997419     .190965      1.57   0.117    -.0745425     .6740264
                brushing9yrs |  -.5462705    .2885376     -1.89   0.058    -1.111794     .0192529
                    milk9yrs |  -.0372959    .0244268     -1.53   0.127    -.0851716     .0105797
                   sugar9yrs |   .0276158    .0342639      0.81   0.420    -.0395402     .0947718
                      _cons  |  -3.180371    2.066828     -1.54   0.124     -7.23128     .8705375

-------------------------------------------------------------------------------------------------

. contrast c.totalmgfkg6mos#incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------------------
                       |    df    chi2    P>chi2
-----------------------+------------------------------------
incomen#c.totalmgfkg6mos |     3    0.52    0.9141
------------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins      : asbalanced
```

```
------------------------------------------------
            |      df      chi2    P>chi2
------------+-----------------------------------
   incomen  |       3      0.68    0.8777
------------------------------------------------
```

. margins incomen, at(totalmgfkg6mos=(0(.05).2)) vsquish

Predictive margins                          Number of obs    =        325

Model VCE    : OIM


Expression   : Pr(dfscount9b), predict()

1._at        : totalmgfk~os    =             0

2._at        : totalmgfk~os    =           .05

3._at        : totalmgfk~os    =            .1

4._at        : totalmgfk~os    =           .15

5._at        : totalmgfk~os    =            .2


```
--------------------------------------------------------------------------------
                             |            Delta-method
                             |    Margin   Std. Err.      z    P>|z|   [95% Conf. Interval]
-----------------------------+--------------------------------------------------
                 _at#incomen |
1#Less than $20,000 - $39,999 |  .2055275   .1127818    1.82   0.068   -.0155208    .4265759
         1#$40,000 - $59,999 |  .2600307   .0821006    3.17   0.002    .0991165    .4209448
         1#$60,000 - $79,999 |  .1752128   .0694527    2.52   0.012    .0390879    .3113377
            1#$80,000 or More |  .2021786   .0465709    4.34   0.000    .1109014    .2934558
2#Less than $20,000 - $39,999 |  .2729257   .0883681    3.09   0.002    .0997273    .4461241
         2#$40,000 - $59,999 |  .2852129    .060211    4.74   0.000    .1672016    .4032242
         2#$60,000 - $79,999 |  .2050603   .0510587    4.02   0.000     .104987    .3051336
            2#$80,000 or More |   .209972   .0335349    6.26   0.000    .1442448    .2756992
```

```
3#Less than $20,000 - $39,999  |   .3520443   .1154334   3.05   0.002    .125799   .5782896

       3#$40,000 - $59,999  |   .3117443   .0857366   3.64   0.000   .1437036    .479785

       3#$60,000 - $79,999  |   .2383872    .072043   3.31   0.001   .0971855   .3795889

         3#$80,000 or More  |   .2179761     .05525   3.95   0.000   .1096881   .3262641

4#Less than $20,000 - $39,999  |   .4397416   .1970777   2.23   0.026   .0534764   .8260067

       4#$40,000 - $59,999  |   .3395114    .141346   2.40   0.016   .0624784   .6165444

       4#$60,000 - $79,999  |   .2751109   .1268688   2.17   0.030   .0264527   .5237692

         4#$80,000 or More  |   .2261901   .0918371   2.46   0.014   .0461926   .4061876

5#Less than $20,000 - $39,999  |   .5311208   .2891877   1.84   0.066  -.0356767   1.097918

       5#$40,000 - $59,999  |   .3683719   .2079115   1.77   0.076  -.0391271   .7758709

       5#$60,000 - $79,999  |   .3150049   .1973155   1.60   0.110  -.0717263   .7017362

         5#$80,000 or More  |   .2346128   .1332991   1.76   0.078  -.0266486   .4958743

-----------------------------------------------------------------------------------------


. *marginsplot, title("Interaction of Fluoride at 6 mo and Income") ///

> *ylab(, angle(0)) xtitle("Total Fluoride Intake (mg/kg/d)")

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 13

. logit dfscount13b c.totalmgfkg6mos##i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -217.97104

Iteration 1:   log likelihood =   -201.565

Iteration 2:   log likelihood = -201.42164

Iteration 3:   log likelihood = -201.42162

Iteration 4:   log likelihood = -201.42162
```

| Logistic regression | | | |
|---|---|---|---|
| | Number of obs | = | 329 |
| | LR chi2(14) | = | 33.10 |
| | Prob > chi2 | = | 0.0028 |
| Log likelihood = -201.42162 | Pseudo R2 | = | 0.0759 |

```
------------------------------------------------------------------------------
          dfscount13b |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
---------------------+--------------------------------------------------------
       totalmgfkg6mos |   3.938397   8.355631     0.47   0.637    -12.43834    20.31513
                      |
              incomen |
      $40,000 - $59,999 |   .3880127   .7631897     0.51   0.611    -1.107812    1.883837
      $60,000 - $79,999 |  -.4918458    .786746    -0.63   0.532     -2.03384    1.050148
        $80,000 or More |   .2951878     .70943     0.42   0.677     -1.09527    1.685645
                      |
incomen#c.totalmgfkg6mos |
      $40,000 - $59,999 |   -.826045   10.08555    -0.08   0.935    -20.59337    18.94128
      $60,000 - $79,999 |   2.143175    10.1053     0.21   0.832    -17.66285     21.9492
        $80,000 or More |  -1.865379   9.235171    -0.20   0.840    -19.96598    16.23522
                      |
               momedu |
4-Year College Degree or More |  -.5765642   .2866734    -2.01   0.044    -1.138434   -.0146947
                      |
               dadedu |
4-Year College Degree or More |   .1448292   .2956413     0.49   0.624    -.4346171    .7242755
               female |   .2182136   .2552313     0.85   0.393    -.2820306    .7184578
          ageapprox13 |   .6163148   .2017206     3.06   0.002     .2209496     1.01168
         brushing13yrs |  -.6759025   .2736177    -2.47   0.014    -1.212183   -.1396216
             milk13yrs |  -.0111605   .0220741    -0.51   0.613     -.054425    .0321039
            sugar13yrs |   .0527098   .0274131     1.92   0.055     -.001019    .1064385
                 _cons |  -8.270393   2.799149    -2.95   0.003    -13.75662   -2.784162
------------------------------------------------------------------------------

. contrast c.totalmgfkg6mos#incomen

Contrasts of marginal linear predictions
```

```
Margins      : asbalanced


-------------------------------------------------------
                    |     df      chi2    P>chi2
--------------------+----------------------------------
incomen#c.totalmgfkg6mos |     3     0.34     0.9528
-------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
              |    df      chi2    P>chi2
--------------+---------------------------------
     incomen  |     3     2.63     0.4522
------------------------------------------------


. margins incomen, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                    Number of obs    =        329

Model VCE    : OIM


Expression   : Pr(dfscount13b), predict()

1._at        : totalmgfk~os   =             0

2._at        : totalmgfk~os   =           .05

3._at        : totalmgfk~os   =            .1

4._at        : totalmgfk~os   =           .15

5._at        : totalmgfk~os   =            .2
```

```
------------------------------------------------------------------------------
                        |                 Delta-method
                        |    Margin    Std. Err.      z    P>|z|    [95% Conf. Interval]
------------------------+-----------------------------------------------------
            _at#incomen |
1#Less than $20,000 - $39,999 |  .3144679   .1291649   2.43   0.015    .0613095    .5676264
        1#$40,000 - $59,999 |  .3957247   .0895298   4.42   0.000    .2202496    .5711998
        1#$60,000 - $79,999 |  .2254176   .0738226   3.05   0.002    .0807279    .3701073
          1#$80,000 or More |  .3755888   .0558153   6.73   0.000    .2661928    .4849849
2#Less than $20,000 - $39,999 |    .35471   .0896189   3.96   0.000    .1790602    .5303599
        2#$40,000 - $59,999 |  .4302203   .0635633   6.77   0.000    .3056386     .554802
        2#$60,000 - $79,999 |  .2783962   .0541636   5.14   0.000    .1722375    .3845549
          2#$80,000 or More |  .3980966   .0393133  10.13   0.000    .3210438    .4751493
3#Less than $20,000 - $39,999 |  .3970008   .1181827   3.36   0.001     .165367    .6286345
        3#$40,000 - $59,999 |   .465383   .0904821   5.14   0.000    .2880413    .6427246
        3#$60,000 - $79,999 |  .3379628   .0734765   4.60   0.000    .1939514    .4819741
          3#$80,000 or More |  .4210232   .0622185   6.77   0.000    .2990771    .5429693
4#Less than $20,000 - $39,999 |  .4408133   .1951811   2.26   0.024    .0582654    .8233612
        4#$40,000 - $59,999 |  .5008941   .1447503   3.46   0.001    .2171888    .7845995
        4#$60,000 - $79,999 |  .4028318   .1272914   3.16   0.002    .1533452    .6523185
          4#$80,000 or More |  .4442822   .1021297   4.35   0.000    .2441117    .6444526
5#Less than $20,000 - $39,999 |  .4855409   .2852059   1.70   0.089   -.0734523    1.044534
        5#$40,000 - $59,999 |  .5364225   .2046654   2.62   0.009    .1352857    .9375594
        5#$60,000 - $79,999 |  .4711232   .1912053   2.46   0.014    .0963677    .8458786
          5#$80,000 or More |  .4677816   .1461973   3.20   0.001    .1812401    .7543231
------------------------------------------------------------------------------
```

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 17

. logit dfscount17b c.totalmgfkg6mos##i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs sugar17yrs

```
Iteration 0:   log likelihood = -216.40442

Iteration 1:   log likelihood = -201.94963

Iteration 2:   log likelihood = -201.74769

Iteration 3:   log likelihood = -201.74717

Iteration 4:   log likelihood = -201.74717
```

Logistic regression

| | |
|---|---|
| Number of obs | = 329 |
| LR chi2(14) | = 29.31 |
| Prob > chi2 | = 0.0095 |

Log likelihood = -201.74717

Pseudo R2 = 0.0677

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 2.050266 | 8.576421 | 0.24 | 0.811 | -14.75921 | 18.85974 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | -.2297625 | .7711662 | -0.30 | 0.766 | -1.74122 | 1.281695 |
| $60,000 - $79,999 | .0666084 | .7604357 | 0.09 | 0.930 | -1.423818 | 1.557035 |
| $80,000 or More | .0390974 | .7014619 | 0.06 | 0.956 | -1.335743 | 1.413937 |
| | | | | | | |
| incomen#c.totalmgfkg6mos | | | | | | |
| $40,000 - $59,999 | 8.24304 | 11.27419 | 0.73 | 0.465 | -13.85397 | 30.34005 |
| $60,000 - $79,999 | -3.89718 | 10.08 | -0.39 | 0.699 | -23.65362 | 15.85926 |
| $80,000 or More | .2293924 | 9.482103 | 0.02 | 0.981 | -18.35519 | 18.81397 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.6184441 | .284882 | -2.17 | 0.030 | -1.176803 | -.0600856 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0603346 | .2928888 | -0.21 | 0.837 | -.6343861 | .5137168 |
| female | .1743767 | .2647606 | 0.66 | 0.510 | -.3445446 | .6932979 |

```
      ageapprox17 |    .0632377    .1776408     0.36   0.722    -.2849318    .4114072

     brushing17yrs |   -.7503333    .3011383    -2.49   0.013    -1.340553   -.1601131

        milk17yrs |   -.0425912    .0204048    -2.09   0.037    -.0825838   -.0025986

       sugar17yrs |   -.0028926    .0252307    -0.11   0.909     -.052344    .0465587

           _cons |    1.361672    3.266772     0.42   0.677    -5.041084    7.764428
```

--------------------------------------------------------------------------------

```
. contrast c.totalmgfkg6mos#incomen
```

Contrasts of marginal linear predictions


Margins      : asbalanced


```
------------------------------------------------------------
                       |    df      chi2   P>chi2
-----------------------+------------------------------------
incomen#c.totalmgfkg6mos |     3     1.77   0.6215
------------------------------------------------------------
```

```
. contrast income
```

Contrasts of marginal linear predictions


Margins      : asbalanced


```
------------------------------------------------
               |    df      chi2   P>chi2
---------------+--------------------------------
      incomen |     3     0.34   0.9532
------------------------------------------------
```

```
. margins incomen, at(totalmgfkg6mos=(0(.05).2)) vsquish
```

```
Predictive margins                        Number of obs    =         329

Model VCE   : OIM


Expression  : Pr(dfscount17b), predict()

1._at       : totalmgfk~os   =          0

2._at       : totalmgfk~os   =        .05

3._at       : totalmgfk~os   =         .1

4._at       : totalmgfk~os   =        .15

5._at       : totalmgfk~os   =         .2
```

| | Margin | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| _at#incomen | | | | | | |
| 1#Less than $20,000 - $39,999 | .607278 | .1423682 | 4.27 | 0.000 | .3282415 | .8863145 |
| 1#$40,000 - $59,999 | .5557731 | .0969516 | 5.73 | 0.000 | .3657514 | .7457948 |
| 1#$60,000 - $79,999 | .6218576 | .0901194 | 6.90 | 0.000 | .4452268 | .7984885 |
| 1#$80,000 or More | .6158588 | .0554309 | 11.11 | 0.000 | .5072164 | .7245013 |
| 2#Less than $20,000 - $39,999 | .6296352 | .0952247 | 6.61 | 0.000 | .4429983 | .8162722 |
| 2#$40,000 - $59,999 | .6681283 | .0671587 | 9.95 | 0.000 | .5364996 | .7997571 |
| 2#$60,000 - $79,999 | .6015957 | .0610931 | 9.85 | 0.000 | .4818554 | .7213361 |
| 2#$80,000 or More | .6404839 | .0371091 | 17.26 | 0.000 | .5677514 | .7132165 |
| 3#Less than $20,000 - $39,999 | .6514921 | .1227466 | 5.31 | 0.000 | .4109131 | .8920711 |
| 3#$40,000 - $59,999 | .7651152 | .0938065 | 8.16 | 0.000 | .5812577 | .9489726 |
| 3#$60,000 - $79,999 | .58101 | .0802067 | 7.24 | 0.000 | .4238079 | .7382122 |
| 3#$80,000 or More | .6644447 | .0588341 | 11.29 | 0.000 | .5491321 | .7797573 |
| 4#Less than $20,000 - $39,999 | .6727753 | .1889897 | 3.56 | 0.000 | .3023623 | 1.043188 |
| 4#$40,000 - $59,999 | .8414692 | .1128945 | 7.45 | 0.000 | .6202001 | 1.062738 |
| 4#$60,000 - $79,999 | .5601642 | .1295942 | 4.32 | 0.000 | .3061643 | .8141642 |
| 4#$80,000 or More | .6876458 | .0928829 | 7.40 | 0.000 | .5055986 | .869693 |

```
 5#Less than $20,000 - $39,999  |   .6934186   .2608617    2.66   0.008    .1821392   1.204698

          5#$40,000 - $59,999  |   .8970207    .110896    8.09   0.000    .6796684   1.114373

          5#$60,000 - $79,999  |    .539125   .1873813    2.88   0.004    .1718645   .9063856

            5#$80,000 or More  |   .7100041   .1268258    5.60   0.000      .46143   .9585782

------------------------------------------------------------------------------------------------

.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 9

. nbreg permdfscount9 c.totalmgfkg6mos##i.incomen i.momedu i.dadedu ///

> female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -333.04265

Iteration 1:   log likelihood = -332.92288

Iteration 2:   log likelihood = -332.92259

Iteration 3:   log likelihood = -332.92259


Fitting constant-only model:


Iteration 0:   log likelihood = -309.75084

Iteration 1:   log likelihood = -307.37137

Iteration 2:   log likelihood = -288.07134

Iteration 3:   log likelihood = -287.90387

Iteration 4:   log likelihood = -287.90382

Iteration 5:   log likelihood = -287.90382


Fitting full model:


Iteration 0:   log likelihood = -279.72532

Iteration 1:   log likelihood = -277.45369

Iteration 2:   log likelihood = -277.08778
```

```
Iteration 3:   log likelihood = -277.08636

Iteration 4:   log likelihood = -277.08636


Negative binomial regression              Number of obs   =       325

                                          LR chi2(14)     =     21.63

Dispersion   = mean                       Prob > chi2     =    0.0864

Log likelihood = -277.08636               Pseudo R2       =    0.0376
```

| permdfscount9 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6mos | 5.687227 | 8.897663 | 0.64 | 0.523 | -11.75187 | 23.12633 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | -.4118243 | .8380279 | -0.49 | 0.623 | -2.054329 | 1.23068 |
| $60,000 - $79,999 | .1996361 | .8228837 | 0.24 | 0.808 | -1.413186 | 1.812459 |
| $80,000 or More | -.2837203 | .7889446 | -0.36 | 0.719 | -1.830023 | 1.262583 |
| | | | | | | |
| incomen#c.totalmgfkg6mos | | | | | | |
| $40,000 - $59,999 | .4232983 | 11.00555 | 0.04 | 0.969 | -21.14719 | 21.99379 |
| $60,000 - $79,999 | -8.550988 | 11.13471 | -0.77 | 0.443 | -30.37461 | 13.27264 |
| $80,000 or More | -5.982052 | 10.12104 | -0.59 | 0.554 | -25.81892 | 13.85482 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4849412 | .3533277 | -1.37 | 0.170 | -1.177451 | .2075684 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .2718603 | .3553092 | 0.77 | 0.444 | -.4245329 | .9682536 |
| female | .3650295 | .3012166 | 1.21 | 0.226 | -.2253441 | .9554031 |
| ageapprox9 | .3641835 | .2008454 | 1.81 | 0.070 | -.0294662 | .7578332 |
| brushing9yrs | -.4518963 | .2799186 | -1.61 | 0.106 | -1.000527 | .096734 |
| milk9yrs | -.0491953 | .0257194 | -1.91 | 0.056 | -.0996043 | .0012137 |

```
            sugar9yrs |   .0071137   .0352215     0.20   0.840    -.0619192    .0761465
                _cons |  -2.907718   2.167582    -1.34   0.180    -7.156101    1.340664
----------------------+----------------------------------------------------------------
              /lnalpha |    1.17444   .2179021                      .74736    1.601521
----------------------+----------------------------------------------------------------
                 alpha |   3.236331   .7052033                     2.111418    4.960569
----------------------+----------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 111.67              Prob >= chibar2 = 0.000


. contrast c.totalmgfkg6mos#incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-----------------------------------------------------------
                          |    df     chi2     P>chi2
--------------------------+--------------------------------
permdfscount9             |
   incomen#c.totalmgfkg6mos |     3     1.23     0.7455
-----------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins      : asbalanced


-----------------------------------------------
                  |    df     chi2     P>chi2
--------------+--------------------------------
permdfscou~9      |
```

```
    incomen |        3       1.17     0.7600

---------------------------------------------
```

. margins incomen, at(totalmgfkg6mos=(0(.05).2)) vsquish

Predictive margins                          Number of obs    =        325
Model VCE    : OIM

Expression    : Predicted number of events, predict()
1._at         : totalmgfk~os    =            0
2._at         : totalmgfk~os    =          .05
3._at         : totalmgfk~os    =           .1
4._at         : totalmgfk~os    =          .15
5._at         : totalmgfk~os    =           .2

| | Delta-method | | | | |
|---|---|---|---|---|---|---|
| | Margin | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
| _at#incomen | | | | | | |
| 1#Less than $20,000 - $39,999 | .5346872 | .375182 | 1.43 | 0.154 | -.2006561 | 1.27003 |
| 1#$40,000 - $59,999 | .3541985 | .1699238 | 2.08 | 0.037 | .0211539 | .6872431 |
| 1#$60,000 - $79,999 | .6528308 | .2842169 | 2.30 | 0.022 | .0957759 | 1.209886 |
| 1#$80,000 or More | .4026073 | .1262528 | 3.19 | 0.001 | .1551564 | .6500582 |
| 2#Less than $20,000 - $39,999 | .7105528 | .3172166 | 2.24 | 0.025 | .0888196 | 1.332286 |
| 2#$40,000 - $59,999 | .4807675 | .1577814 | 3.05 | 0.002 | .1715215 | .7900134 |
| 2#$60,000 - $79,999 | .5657374 | .165701 | 3.41 | 0.001 | .2409695 | .8905053 |
| 2#$80,000 or More | .3967159 | .0895144 | 4.43 | 0.000 | .2212709 | .5721608 |
| 3#Less than $20,000 - $39,999 | .9442628 | .5189933 | 1.82 | 0.069 | -.0729454 | 1.961471 |
| 3#$40,000 - $59,999 | .6525645 | .2925361 | 2.23 | 0.026 | .0792044 | 1.225925 |
| 3#$60,000 - $79,999 | .490263 | .2204062 | 2.22 | 0.026 | .0582746 | .9222513 |
| 3#$80,000 or More | .3909107 | .1345196 | 2.91 | 0.004 | .1272571 | .6545643 |

```
4#Less than $20,000 - $39,999 |   1.254843    1.12287    1.12   0.264    -.9459411    3.455627

        4#$40,000 - $59,999 |    .8857514    .632501    1.40   0.161    -.3539278     2.12543

        4#$60,000 - $79,999 |    .4248575   .3117746    1.36   0.173    -.1862094    1.035924

         4#$80,000 or More |    .3851904   .2112768    1.82   0.068    -.0289045     .7992854

5#Less than $20,000 - $39,999 |   1.667577   2.171176    0.77   0.442    -2.587848    5.923003

        5#$40,000 - $59,999 |   1.202265    1.22287    0.98   0.326    -1.194517    3.599047

        5#$60,000 - $79,999 |    .3681777   .3852673    0.96   0.339    -.3869324    1.123288

         5#$80,000 or More |    .3795539   .2935637    1.29   0.196    -.1958203     .9549281


------------------------------------------------------------------------------------------


.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 13

. nbreg dfscount13 c.totalmgfkg6mos##i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -540.99652

Iteration 1:   log likelihood = -540.97435

Iteration 2:   log likelihood = -540.97434


Fitting constant-only model:


Iteration 0:   log likelihood = -466.32088

Iteration 1:   log likelihood = -451.33503

Iteration 2:   log likelihood = -443.08006

Iteration 3:   log likelihood = -443.07903

Iteration 4:   log likelihood = -443.07903


Fitting full model:


Iteration 0:   log likelihood = -432.86507
```

```
Iteration 1:    log likelihood = -429.85549

Iteration 2:    log likelihood = -429.05427

Iteration 3:    log likelihood = -429.05335

Iteration 4:    log likelihood = -429.05335
```

| | | |
|---|---|---|
| Negative binomial regression | Number of obs   =        329 | |
| | LR chi2(14)     =      28.05 | |
| Dispersion   = mean | Prob > chi2      =     0.0140 | |
| Log likelihood = -429.05335 | Pseudo R2        =     0.0317 | |

```
------------------------------------------------------------------------------
          dfscount13 |    Coef.    Std. Err.     z    P>|z|    [95% Conf. Interval]
---------------------+--------------------------------------------------------
        totalmgfkg6mos |  3.446148   6.882057    0.50   0.617   -10.04244   16.93473
                     |
              incomen |
      $40,000 - $59,999 |  .0027315   .6371177    0.00   0.997   -1.245996   1.251459
      $60,000 - $79,999 | -.2419935   .6391576   -0.38   0.705   -1.494719   1.010732
        $80,000 or More |  .1906172   .6060055    0.31   0.753    -.9971317  1.378366
                     |
 incomen#c.totalmgfkg6mos |
      $40,000 - $59,999 | -.9263978   8.084457   -0.11   0.909   -16.77164   14.91885
      $60,000 - $79,999 | -2.068733   8.343621   -0.25   0.804   -18.42193   14.28446
        $80,000 or More | -1.890916   7.659227   -0.25   0.805   -16.90273   13.12089
                     |
               momedu |
 4-Year College Degree or More | -.4278519   .2567025   -1.67   0.096    -.9309794   .0752757
                     |
               dadedu |
 4-Year College Degree or More | -.1735782   .2777855   -0.62   0.532    -.7180279   .3708715
               female |  .4760275   .2304091    2.07   0.039     .0244339   .927621
           ageapprox13 |  .3449926   .1647981    2.09   0.036     .0219942   .667991
```

```
        brushing13yrs |  -.5664761   .2286968    -2.48   0.013    -1.014713   -.1182387
           milk13yrs |  -.0124525   .0186293    -0.67   0.504    -.0489652    .0240602
          sugar13yrs |   .0120303   .0235184     0.51   0.609    -.0340648    .0581254
               _cons |  -3.929743    2.34278    -1.68   0.093    -8.521508    .6620225
---------------------+-------------------------------------------------------------
             /lnalpha |   .8203513   .1627306                      .5014052    1.139297
---------------------+-------------------------------------------------------------
               alpha |   2.271298   .3696096                       1.65104    3.124572
-----------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 223.84           Prob >= chibar2 = 0.000


. contrast c.totalmgfkg6mos#incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


-----------------------------------------------------------
                          |    df      chi2    P>chi2
--------------------------+--------------------------------
dfscount13                |
incomen#c.totalmgfkg6mos  |     3      0.09    0.9931
-----------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
                |    df      chi2    P>chi2
```

```
-------------+--------------------------------
dfscount13   |

     incomen |         3        1.02      0.7953

----------------------------------------------
```

. margins incomen, at(totalmgfkg6mos=(0(.05).2)) vsquish

Predictive margins                    Number of obs     =        329

Model VCE   : OIM

Expression  : Predicted number of events, predict()

1._at       : totalmgfk~os   =               0

2._at       : totalmgfk~os   =             .05

3._at       : totalmgfk~os   =              .1

4._at       : totalmgfk~os   =             .15

5._at       : totalmgfk~os   =              .2

| | Delta-method | | | | |
|---|---|---|---|---|---|---|
| | Margin | Std. Err. | z | P>\|z\| | [95% Conf. | Interval] |
| _at#incomen | | | | | | |
| 1#Less than $20,000 - $39,999 | .8864938 | .4792048 | 1.85 | 0.064 | -.0527304 | 1.825718 |
| 1#$40,000 - $59,999 | .8889186 | .3131706 | 2.84 | 0.005 | .2751155 | 1.502722 |
| 1#$60,000 - $79,999 | .695952 | .2411843 | 2.89 | 0.004 | .2232395 | 1.168664 |
| 1#$80,000 or More | 1.072654 | .2529054 | 4.24 | 0.000 | .5769686 | 1.56834 |
| 2#Less than $20,000 - $39,999 | 1.053193 | .3715075 | 2.83 | 0.005 | .3250513 | 1.781334 |
| 2#$40,000 - $59,999 | 1.008272 | .2510313 | 4.02 | 0.000 | .5162596 | 1.500284 |
| 2#$60,000 - $79,999 | .7455717 | .176224 | 4.23 | 0.000 | .4001791 | 1.090964 |
| 2#$80,000 or More | 1.159394 | .2087298 | 5.55 | 0.000 | .7502913 | 1.568497 |
| 3#Less than $20,000 - $39,999 | 1.251238 | .5503501 | 2.27 | 0.023 | .1725717 | 2.329905 |
| 3#$40,000 - $59,999 | 1.14365 | .3635811 | 3.15 | 0.002 | .4310446 | 1.856256 |

```
        3#$60,000 - $79,999 |   .7987293   .2504763    3.19   0.001     .3078048    1.289654
         3#$80,000 or More |   1.253149   .3172502    3.95   0.000     .6313495    1.874948
4#Less than $20,000 - $39,999 |  1.486525   1.050408    1.42   0.157    -.5722365    3.545286
        4#$40,000 - $59,999 |   1.297206   .6373015    2.04   0.042     .0481181    2.546294
        4#$60,000 - $79,999 |   .8556769    .425713    2.01   0.044     .0212947    1.690059
         4#$80,000 or More |   1.354484   .5256859    2.58   0.010     .3241589     2.38481
5#Less than $20,000 - $39,999 |  1.766055   1.802738    0.98   0.327    -1.767246    5.299356
        5#$40,000 - $59,999 |   1.471379   1.022447    1.44   0.150      -.53258    3.475339
        5#$60,000 - $79,999 |   .9166847   .6504009    1.41   0.159    -.3580778    2.191447
         5#$80,000 or More |   1.464015   .7911386    1.85   0.064    -.0865887    3.014618

----------------------------------------------------------------------------------------------

.

. * extent (number of caries); fluoride at 6 months; outcome and covariates at age 17

. nbreg dfscount17 c.totalmgfkg6mos##i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1002.5607

Iteration 1:   log likelihood = -1002.4706

Iteration 2:   log likelihood = -1002.4706


Fitting constant-only model:


Iteration 0:   log likelihood =  -736.5625

Iteration 1:   log likelihood = -723.06747

Iteration 2:   log likelihood = -723.01418

Iteration 3:   log likelihood = -723.01418


Fitting full model:
```

```
Iteration 0:   log likelihood = -710.1252

Iteration 1:   log likelihood = -708.09869

Iteration 2:   log likelihood = -708.01724

Iteration 3:   log likelihood = -708.01717


Negative binomial regression              Number of obs   =        329

                                          LR chi2(14)     =      29.99

Dispersion   = mean                       Prob > chi2     =     0.0076

Log likelihood = -708.01717               Pseudo R2       =     0.0207
```

```
------------------------------------------------------------------------------
            dfscount17 |    Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
-----------------------+------------------------------------------------------
          totalmgfkg6mos |  1.032101   4.94401     0.21   0.835   -8.657982   10.72218
                       |
                incomen |
      $40,000 - $59,999 | -.2474737   .4774407   -0.52   0.604   -1.18324    .6882929
      $60,000 - $79,999 |  .1543616   .4533851    0.34   0.734   -.734257    1.04298
        $80,000 or More |  .0234372   .4414239    0.05   0.958   -.8417378   .8886121
                       |
incomen#c.totalmgfkg6mos |
      $40,000 - $59,999 |  5.158193   6.154993    0.84   0.402   -6.905372   17.22176
      $60,000 - $79,999 | -.3235851   5.810922   -0.06   0.956   -11.71278   11.06561
        $80,000 or More |  1.619973   5.699651    0.28   0.776   -9.551137   12.79108
                       |
                 momedu |
4-Year College Degree or More | -.2738536  .1918259  -1.43  0.153  -.6498254   .1021182
                       |
                 dadedu |
4-Year College Degree or More | -.0052417  .2118388  -0.02  0.980  -.4204382   .4099547
                 female |  .2916336   .1673448    1.74   0.081   -.0363561   .6196233
              ageapprox17 |  .1423696   .1147071    1.24   0.215   -.0824521   .3671914
```

Appendix D                                                                       166

```
         brushing17yrs |  -.5699267    .191718    -2.97   0.003    -.945687   -.1941664
            milk17yrs |  -.0086819   .0126401    -0.69   0.492   -.0334559    .0160922
           sugar17yrs |   .0134484   .0148388     0.91   0.365   -.0156351    .0425318
                _cons |  -.7904141   2.122503    -0.37   0.710   -4.950444    3.369616
---------------------+----------------------------------------------------------------
              /lnalpha |   .4143897   .1152493                     .1885051    .6402742
---------------------+----------------------------------------------------------------
                alpha |   1.513447   .1744237                     1.207443    1.897001
----------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 588.91                Prob >= chibar2 = 0.000


. contrast c.totalmgfkg6mos#incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


---------------------------------------------------------
                     |     df      chi2    P>chi2
---------------------+-----------------------------------
dfscount17           |
incomen#c.totalmgfkg6mos |      3     1.39    0.7086
---------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins      : asbalanced


-----------------------------------------------
                     |     df      chi2    P>chi2
```

```
-------------+--------------------------------
dfscount17    |
    incomen   |        3        1.23      0.7451
-----------------------------------------------
```

. margins incomen, at(totalmgfkg6mos=(0(.05).2)) vsquish

Predictive margins                          Number of obs    =        329
Model VCE    : OIM


Expression   : Predicted number of events, predict()
1._at        : totalmgfk~os  =            0
2._at        : totalmgfk~os  =          .05
3._at        : totalmgfk~os  =           .1
4._at        : totalmgfk~os  =          .15
5._at        : totalmgfk~os  =           .2


```
-----------------------------------------------------------------------------------
                          |            Delta-method
                          |   Margin    Std. Err.      z    P>|z|    [95% Conf. Interval]
--------------------------+--------------------------------------------------------
              _at#incomen |
1#Less than $20,000 - $39,999 | 2.542439   .9970863   2.55   0.011   .5881861   4.496692
      1#$40,000 - $59,999 | 1.985062   .5539545   3.58   0.000   .8993314   3.070793
      1#$60,000 - $79,999 | 2.966805   .7356376   4.03   0.000   1.524982   4.408628
       1#$80,000 or More  | 2.602731   .4643293   5.61   0.000   1.692662   3.512799
2#Less than $20,000 - $39,999 | 2.677086   .7224475   3.71   0.000   1.261115   4.093057
      2#$40,000 - $59,999 | 2.705171   .5014411   5.39   0.000   1.722364   3.687977
      2#$60,000 - $79,999 |  3.07379   .5331307   5.77   0.000   2.028873   4.118707
       2#$80,000 or More  | 2.971791   .386104    7.70   0.000   2.215041   3.728541
3#Less than $20,000 - $39,999 | 2.818864   .952033    2.96   0.003   .9529139   4.684815
      3#$40,000 - $59,999 | 3.686508   .92324     3.99   0.000   1.876991   5.496025
```

```
      3#$60,000 - $79,999 |    3.184633    .6838307     4.66   0.000      1.84435    4.524917
      3#$80,000 or More |    3.393183    .6833889     4.97   0.000     2.053766    4.732601
4#Less than $20,000 - $39,999 |    2.968151    1.563632     1.90   0.058    -.0965108    6.032812
      4#$40,000 - $59,999 |    5.023839    2.027994     2.48   0.013     1.049043    8.998635
      4#$60,000 - $79,999 |    3.299473    1.092113     3.02   0.003     1.158972    5.439975
      4#$80,000 or More |    3.874328    1.242648     3.12   0.002     1.438784    6.309873
5#Less than $20,000 - $39,999 |    3.125343    2.345452     1.33   0.183    -1.471659    7.722345
      5#$40,000 - $59,999 |    6.846305    3.962949     1.73   0.084    -.9209322    14.61354
      5#$60,000 - $79,999 |    3.418455    1.604976     2.13   0.033     .2727599     6.56415
      5#$80,000 or More |    4.423698    1.997111     2.22   0.027     .5094327    8.337963
```

------------------------------------------------------------------------------------------------


```
.

. * (2) Does the ingestion of fluoride during the first 6 months of life predict

. * whether a child develops caries in the primary teeth, as measured at age 5?

.

. * incidence (yes/no); fluoride at 6 months; outcome and covariates at age 5

. logit caries5 c.totalmgfkg6mos##i.incomen i.momedu i.dadedu ///

> female brushing5yrs milk5yrs sugar5yrs


Iteration 0:   log likelihood =  -187.9686

Iteration 1:   log likelihood = -175.26986

Iteration 2:   log likelihood = -174.94404

Iteration 3:   log likelihood = -174.94379

Iteration 4:   log likelihood = -174.94379


Logistic regression                          Number of obs    =        329

                                             LR chi2(13)      =      26.05

                                             Prob > chi2      =     0.0167

Log likelihood = -174.94379                  Pseudo R2        =     0.0693
```

------------------------------------------------------------------------------------------------

```
              caries5 |      Coef.   Std. Err.      z    P>|z|     [95% Conf. Interval]
----------------------+----------------------------------------------------------------
        totalmgfkg6mos | -12.33449   9.099917   -1.36   0.175      -30.17    5.501016
                      |
               incomen |
       $40,000 - $59,999 | -.6015281   .7324663   -0.82   0.412   -2.037136    .8340794
       $60,000 - $79,999 | -1.289933   .7449369   -1.73   0.083   -2.749982    .170117
        $80,000 or More | -1.652941   .6923029   -2.39   0.017    -3.00983   -.2960521
                      |
 incomen#c.totalmgfkg6mos |
       $40,000 - $59,999 |  5.634375   10.99576    0.51   0.608   -15.91692    27.18566
       $60,000 - $79,999 |  11.87963   10.93941    1.09   0.278   -9.561222    33.32048
        $80,000 or More |  14.34996   10.27701    1.40   0.163   -5.792611    34.49253
                      |
               momedu |
4-Year College Degree or More | -.0303546   .3097361   -0.10   0.922   -.6374263    .576717
                      |
               dadedu |
4-Year College Degree or More | -.3447911   .3208442   -1.07   0.283   -.9736341    .2840519
              female |  .3377618   .2719153    1.24   0.214   -.1951823    .870706
          brushing5yrs | -.2843396   .3295193   -0.86   0.388   -.9301855    .3615063
              milk5yrs | -.0552393   .0323173   -1.71   0.087   -.1185801    .0081016
             sugar5yrs |  .0757335   .0409428    1.85   0.064   -.0045129     .15598
               _cons |  .8330702   .8096743    1.03   0.304   -.7538623    2.420003
----------------------------------------------------------------------------------------

. contrast c.totalmgfkg6mos#incomen


Contrasts of marginal linear predictions


Margins      : asbalanced
```

```
-----------------------------------------------------------
                        |     df      chi2    P>chi2
------------------------+----------------------------------
incomen#c.totalmgfkg6mos |      3      2.62     0.4531
-----------------------------------------------------------
```

. contrast income


Contrasts of marginal linear predictions


Margins       : asbalanced


```
------------------------------------------------
              |     df      chi2    P>chi2
--------------+---------------------------------
     incomen  |      3      7.87     0.0487
------------------------------------------------
```

. margins incomen, at(totalmgfkg6mos=(0(.05).2)) vsquish


Predictive margins                          Number of obs   =        329

Model VCE    : OIM


Expression   : Pr(caries5), predict()

1._at        : totalmgfk~os   =            0

2._at        : totalmgfk~os   =          .05

3._at        : totalmgfk~os   =           .1

4._at        : totalmgfk~os   =          .15

5._at        : totalmgfk~os   =           .2


```
------------------------------------------------------------------------------
              |                 Delta-method
```

Appendix D

```
                            |    Margin   Std. Err.      z    P>|z|     [95% Conf. Interval]
----------------------------+------------------------------------------------------------------
                 _at#incomen |
1#Less than $20,000 - $39,999 |   .543088   .1460774    3.72   0.000     .2567815    .8293945
          1#$40,000 - $59,999 |  .4008194   .0937351    4.28   0.000      .217102    .5845367
          1#$60,000 - $79,999 |   .257032   .0806967    3.19   0.001     .0988694    .4151946
            1#$80,000 or More |  .1960883   .0466452    4.20   0.000     .1046654    .2875112
2#Less than $20,000 - $39,999 |  .3973361    .093379    4.26   0.000     .2143167    .5803555
          2#$40,000 - $59,999 |  .3268406   .0613606    5.33   0.000      .206576    .4471051
          2#$60,000 - $79,999 |   .252881   .0533316    4.74   0.000      .148353     .357409
            2#$80,000 or More |   .211858   .0337824    6.27   0.000     .1456457    .2780703
3#Less than $20,000 - $39,999 |  .2675278   .1142076    2.34   0.019     .0436851    .4913705
          3#$40,000 - $59,999 |  .2604207   .0810966    3.21   0.001     .1014743    .4193671
          3#$60,000 - $79,999 |  .2487736     .07516    3.31   0.001     .1014627    .3960844
            3#$80,000 or More |  .2285152   .0557933    4.10   0.000     .1191623     .337868
4#Less than $20,000 - $39,999 |  .1677818   .1340096    1.25   0.211    -.0948722    .4304359
          4#$40,000 - $59,999 |  .2032381   .1091619    1.86   0.063    -.0107153    .4171916
          4#$60,000 - $79,999 |    .24471   .1204945    2.03   0.042      .008545    .4808749
            4#$80,000 or More |  .2460524   .0954091    2.58   0.010      .059054    .4330508
5#Less than $20,000 - $39,999 |  .0997483   .1241986    0.80   0.422    -.1436765    .3431732
          5#$40,000 - $59,999 |  .1557962   .1257189    1.24   0.215    -.0906083    .4022007
          5#$60,000 - $79,999 |  .2406905   .1704436    1.41   0.158    -.0933727    .5747538
            5#$80,000 or More |  .2644533   .1420569    1.86   0.063    -.0139731    .5428797
----------------------------------------------------------------------------------------------
```

```
.
. * (3) Does the ingestion of fluoride during the first 6 years of life predict
. * the incidence or extent of caries in the permanent teeth at ages 9, 13 17?
.
. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 9
. logit dfscount9b c.totalmgfkg6yrs##i.incomen i.momedu i.dadedu ///
> female ageapprox9 brushing9yrs milk9yrs sugar9yrs
```

```
Iteration 0:   log likelihood =  -182.589

Iteration 1:   log likelihood = -173.5289

Iteration 2:   log likelihood = -173.26369

Iteration 3:   log likelihood = -173.26311

Iteration 4:   log likelihood = -173.26311
```

```
Logistic regression                      Number of obs    =       338

                                         LR chi2(14)      =     18.65

                                         Prob > chi2      =    0.1787

Log likelihood = -173.26311              Pseudo R2        =    0.0511
```

| dfscount9b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -4.957019 | 20.31851 | -0.24 | 0.807 | -44.78057 | 34.86653 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | -.8717581 | 1.335279 | -0.65 | 0.514 | -3.488856 | 1.74534 |
| $60,000 - $79,999 | -.5742865 | 1.316 | -0.44 | 0.663 | -3.1536 | 2.005027 |
| $80,000 or More | -.1408085 | 1.216789 | -0.12 | 0.908 | -2.52567 | 2.244053 |
| | | | | | | |
| incomen#c.totalmgfkg6yrs | | | | | | |
| $40,000 - $59,999 | 17.8186 | 25.85137 | 0.69 | 0.491 | -32.84916 | 68.48635 |
| $60,000 - $79,999 | 2.358364 | 25.2532 | 0.09 | 0.926 | -47.137 | 51.85373 |
| $80,000 or More | -9.725713 | 23.64452 | -0.41 | 0.681 | -56.06812 | 36.6167 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.4976736 | .3279378 | -1.52 | 0.129 | -1.14042 | .1450726 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .6468565 | .3351006 | 1.93 | 0.054 | -.0099285 | 1.303642 |

```
         female |   .2360278   .2843309     0.83   0.406    -.3212505    .7933061
      ageapprox9 |   .2818622   .1870487     1.51   0.132    -.0847465    .6484709
    brushing9yrs |  -.5168452   .2878931    -1.80   0.073    -1.081105    .047415
        milk9yrs |  -.0294972   .0232285    -1.27   0.204    -.0750243    .0160298
       sugar9yrs |   .0290009   .0335941     0.86   0.388    -.0368422    .0948441
           _cons |  -2.395002   2.194529    -1.09   0.275    -6.696199    1.906196
```

--------------------------------------------------------------------------------

. contrast c.totalmgfkg6yrs#incomen

Contrasts of marginal linear predictions

Margins      : asbalanced

```
------------------------------------------------------------
                       |    df      chi2    P>chi2
-----------------------+------------------------------------
incomen#c.totalmgfkg6yrs |     3     1.84     0.6065
------------------------------------------------------------
```

. contrast income

Contrasts of marginal linear predictions

Margins      : asbalanced

```
------------------------------------------------
               |    df      chi2    P>chi2
---------------+--------------------------------
       incomen |     3     0.75     0.8616
------------------------------------------------
```

```
. margins incomen, at(totalmgfkg6yrs=(0(.05).1)) vsquish


Predictive margins                          Number of obs    =       338

Model VCE    : OIM


Expression   : Pr(dfscount9b), predict()

1._at        : totalmgfk~rs    =            0

2._at        : totalmgfk~rs    =          .05

3._at        : totalmgfk~rs    =           .1
```

| | Margin | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| _at#incomen | | | | | | |
| 1#Less than $20,000 - $39,999 | .3502542 | .2340622 | 1.50 | 0.135 | -.1084993 | .8090077 |
| 1#$40,000 - $59,999 | .1891878 | .1181879 | 1.60 | 0.109 | -.0424563 | .4208319 |
| 1#$60,000 - $79,999 | .2371933 | .1339951 | 1.77 | 0.077 | -.0254322 | .4998189 |
| 1#$80,000 or More | .3203067 | .1168302 | 2.74 | 0.006 | .0913238 | .5492896 |
| 2#Less than $20,000 - $39,999 | .2984367 | .0877021 | 3.40 | 0.001 | .1265438 | .4703297 |
| 2#$40,000 - $59,999 | .3022931 | .0625604 | 4.83 | 0.000 | .179677 | .4249092 |
| 2#$60,000 - $79,999 | .2152832 | .0509423 | 4.23 | 0.000 | .1154382 | .3151282 |
| 2#$80,000 or More | .188715 | .0339064 | 5.57 | 0.000 | .1222596 | .2551704 |
| 3#Less than $20,000 - $39,999 | .251143 | .2049269 | 1.23 | 0.220 | -.1505063 | .6527923 |
| 3#$40,000 - $59,999 | .4443352 | .2160346 | 2.06 | 0.040 | .0209151 | .8677552 |
| 3#$60,000 - $79,999 | .1948331 | .1308239 | 1.49 | 0.136 | -.061577 | .4512432 |
| 3#$80,000 or More | .1021416 | .0671864 | 1.52 | 0.128 | -.0295413 | .2338246 |

```
.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 13

. logit dfscount13b c.totalmgfkg6yrs##i.incomen i.momedu i.dadedu ///
```

```
> female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Iteration 0:   log likelihood = -226.59449

Iteration 1:   log likelihood = -209.41233

Iteration 2:   log likelihood = -209.24673

Iteration 3:   log likelihood = -209.24671
```

Logistic regression            Number of obs     =       343

                             LR chi2(14)       =      34.70

                             Prob > chi2       =     0.0016

Log likelihood = -209.24671         Pseudo R2        =     0.0766

| dfscount13b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -1.267192 | 19.17098 | -0.07 | 0.947 | -38.84162 | 36.30724 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | .1683472 | 1.225686 | 0.14 | 0.891 | -2.233953 | 2.570647 |
| $60,000 - $79,999 | -.6929865 | 1.232512 | -0.56 | 0.574 | -3.108666 | 1.722693 |
| $80,000 or More | -.4084668 | 1.126953 | -0.36 | 0.717 | -2.617255 | 1.800321 |
| | | | | | | |
| incomen#c.totalmgfkg6yrs | | | | | | |
| $40,000 - $59,999 | 2.458028 | 23.8721 | 0.10 | 0.918 | -44.33042 | 49.24648 |
| $60,000 - $79,999 | 6.859785 | 23.21568 | 0.30 | 0.768 | -38.64212 | 52.36169 |
| $80,000 or More | 10.02355 | 21.49355 | 0.47 | 0.641 | -32.10303 | 52.15014 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.6155968 | .2816976 | -2.19 | 0.029 | -1.167714 | -.0634797 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .2490626 | .2890849 | 0.86 | 0.389 | -.3175334 | .8156585 |

```
        female |   .2290077    .2523609      0.91    0.364     -.2656107      .723626

    ageapprox13 |   .6501535    .1963648      3.31    0.001      .2652856     1.035021

  brushing13yrs |  -.7699751    .2720667     -2.83    0.005     -1.303216    -.2367341

      milk13yrs |  -.0087951    .0211242     -0.42    0.677     -.0501977     .0326076

     sugar13yrs |   .0425158    .0262307      1.62    0.105     -.0088954     .0939269

          _cons |  -8.226727    2.800101     -2.94    0.003     -13.71482    -2.738631

-------------------------------------------------------------------------------------


. contrast c.totalmgfkg6yrs#incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------------------
               |         df        chi2     P>chi2
---------------+--------------------------------------------
incomen#c.totalmgfkg6yrs |          3        0.32     0.9562
------------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
               |         df       chi2    P>chi2
---------------+--------------------------------
       incomen |          3       0.90    0.8263
------------------------------------------------
```

```
. margins incomen, at(totalmgfkg6yrs=(0(.05).1)) vsquish


Predictive margins                          Number of obs      =       343

Model VCE    : OIM


Expression   : Pr(dfscount13b), predict()

1._at        : totalmgfk~rs    =             0

2._at        : totalmgfk~rs    =           .05

3._at        : totalmgfk~rs    =            .1
```

```
---------------------------------------------------------------------------------
                         |            Delta-method
                         |   Margin    Std. Err.      z    P>|z|    [95% Conf. Interval]
-------------------------+-------------------------------------------------------
              _at#incomen |
1#Less than $20,000 - $39,999 |  .3849815    .219313    1.76   0.079   -.0448641    .8148271
          1#$40,000 - $59,999 |  .4218681   .1550109    2.72   0.006    .1180524    .7256838
          1#$60,000 - $79,999 |   .249002   .1214691    2.05   0.040    .0109268    .4870771
               1#$80,000 or More |  .3011257   .0933659    3.23   0.001    .1181318    .4841196
2#Less than $20,000 - $39,999 |  .3713948   .0881086    4.22   0.000    .1987051    .5440845
          2#$40,000 - $59,999 |  .4351386   .0645411    6.74   0.000    .3086403    .5616369
          2#$60,000 - $79,999 |   .300182    .053158    5.65   0.000    .1959943    .4043698
               2#$80,000 or More |  .3913349   .0398115    9.83   0.000    .3133057    .4693641
3#Less than $20,000 - $39,999 |  .3579977   .2247622    1.59   0.111   -.0825282    .7985236
          3#$40,000 - $59,999 |  .4484995   .1901084    2.36   0.018    .0758939    .8211051
          3#$60,000 - $79,999 |  .3565283   .1484179    2.40   0.016    .0656346    .6474219
               3#$80,000 or More |   .489202   .1310207    3.73   0.000    .2324061     .745998
---------------------------------------------------------------------------------
```

```
.

. * incidence (yes/no); fluoride at 6 years; outcome and covariates at age 17

. logit dfscount17b c.totalmgfkg6yrs##i.incomen i.momedu i.dadedu ///
```

```
> female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Iteration 0:   log likelihood = -225.5323

Iteration 1:   log likelihood = -211.38786

Iteration 2:   log likelihood = -211.24561

Iteration 3:   log likelihood = -211.24559
```

| Logistic regression | | | Number of obs | = | 343 |
| Log likelihood = -211.24559 | | | LR chi2(14) | = | 28.57 |
| | | | Prob > chi2 | = | 0.0119 |
| | | | Pseudo R2 | = | 0.0633 |

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -16.75318 | 20.25626 | -0.83 | 0.408 | -56.45473 | 22.94837 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | -1.228783 | 1.34864 | -0.91 | 0.362 | -3.87207 | 1.414503 |
| $60,000 - $79,999 | -.0024455 | 1.310893 | -0.00 | 0.999 | -2.571748 | 2.566857 |
| $80,000 or More | -.6327682 | 1.221306 | -0.52 | 0.604 | -3.026483 | 1.760947 |
| | | | | | | |
| incomen#c.totalmgfkg6yrs | | | | | | |
| $40,000 - $59,999 | 28.41775 | 25.9708 | 1.09 | 0.274 | -22.48408 | 79.31958 |
| $60,000 - $79,999 | -4.056585 | 23.89873 | -0.17 | 0.865 | -50.89724 | 42.78407 |
| $80,000 or More | 11.31983 | 22.34458 | 0.51 | 0.612 | -32.47475 | 55.11441 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.626149 | .2798779 | -2.24 | 0.025 | -1.1747 | -.0775983 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .004631 | .2819701 | 0.02 | 0.987 | -.5480203 | .5572823 |

```
        female |   .1727008    .260166     0.66   0.507    -.3372152    .6826168

     ageapprox17 |   .0747308   .1707597     0.44   0.662     -.259952    .4094137

   brushing17yrs |   -.748528   .2960542    -2.53   0.011    -1.328784   -.1682725

       milk17yrs |  -.0331289   .0193543    -1.71   0.087    -.0710627    .0048049

      sugar17yrs |   .0080494   .0240364     0.33   0.738    -.0390612    .0551599

           _cons |   1.909778   3.240904     0.59   0.556    -4.442276    8.261832

------------------------------------------------------------------------------


. contrast c.totalmgfkg6yrs#incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------------------
                    |     df      chi2    P>chi2
--------------------+---------------------------------------
incomen#c.totalmgfkg6yrs |      3      2.73    0.4347
------------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins      : asbalanced


------------------------------------------------
                |     df      chi2    P>chi2
----------------+-------------------------------
       incomen |      3      1.74    0.6288
------------------------------------------------
```

```
. margins incomen, at(totalmgfkg6yrs=(0(.05).1)) vsquish


Predictive margins                          Number of obs      =        343

Model VCE    : OIM


Expression  : Pr(dfscount17b), predict()

1._at       : totalmgfk~rs    =          0

2._at       : totalmgfk~rs    =        .05

3._at       : totalmgfk~rs    =         .1
```

| | Delta-method | | | | | |
|---|---|---|---|---|---|---|
| | Margin | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
| _at#incomen | | | | | | |
| 1#Less than $20,000 - $39,999 | .7972015 | .1730114 | 4.61 | 0.000 | .4581053 | 1.136298 |
| 1#$40,000 - $59,999 | .5544461 | .1724442 | 3.22 | 0.001 | .2164617 | .8924305 |
| 1#$60,000 - $79,999 | .7968255 | .1039869 | 7.66 | 0.000 | .5930148 | 1.000636 |
| 1#$80,000 or More | .6840911 | .0938225 | 7.29 | 0.000 | .5002023 | .8679799 |
| 2#Less than $20,000 - $39,999 | .6414224 | .0937858 | 6.84 | 0.000 | .4576056 | .8252393 |
| 2#$40,000 - $59,999 | .6815028 | .0682496 | 9.99 | 0.000 | .5477361 | .8152695 |
| 2#$60,000 - $79,999 | .5964834 | .0598053 | 9.97 | 0.000 | .4792671 | .7136996 |
| 2#$80,000 or More | .6270149 | .0378817 | 16.55 | 0.000 | .5527681 | .7012616 |
| 3#Less than $20,000 - $39,999 | .4516015 | .2468662 | 1.83 | 0.067 | -.0322473 | .9354503 |
| 3#$40,000 - $59,999 | .7874649 | .1605868 | 4.90 | 0.000 | .4727205 | 1.102209 |
| 3#$60,000 - $79,999 | .3607392 | .1492705 | 2.42 | 0.016 | .0681744 | .653304 |
| 3#$80,000 or More | .5664596 | .1254095 | 4.52 | 0.000 | .3206616 | .8122576 |

```
.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 9

. nbreg permdfscount9 c.totalmgfkg6yrs##i.incomen i.momedu i.dadedu ///
```

Appendix D

181

```
> female ageapprox9 brushing9yrs milk9yrs sugar9yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -338.93795

Iteration 1:   log likelihood = -338.92133

Iteration 2:   log likelihood = -338.92132


Fitting constant-only model:


Iteration 0:   log likelihood = -318.28634

Iteration 1:   log likelihood = -314.42978

Iteration 2:   log likelihood = -296.95776

Iteration 3:   log likelihood = -296.88112

Iteration 4:   log likelihood = -296.88111


Fitting full model:


Iteration 0:   log likelihood = -287.75778

Iteration 1:   log likelihood =  -285.0546

Iteration 2:   log likelihood = -284.44183

Iteration 3:   log likelihood = -284.44011

Iteration 4:   log likelihood = -284.44011
```

| Negative binomial regression | | Number of obs | = | 338 |
|---|---|---|---|---|
| | | LR chi2(14) | = | 24.88 |
| Dispersion | = mean | Prob > chi2 | = | 0.0358 |
| Log likelihood = -284.44011 | | Pseudo R2 | = | 0.0419 |

```
-----------------------------------------------------------------------------
        permdfscount9 |    Coef.   Std. Err.      z    P>|z|    [95% Conf. Interval]
----------------------+------------------------------------------------------
```

Appendix D

| | | | | | | |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -3.296878 | 19.94919 | -0.17 | 0.869 | -42.39657 | 35.80281 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | -1.477423 | 1.466936 | -1.01 | 0.314 | -4.352565 | 1.397718 |
| $60,000 - $79,999 | -.0121041 | 1.275165 | -0.01 | 0.992 | -2.511382 | 2.487174 |
| $80,000 or More | -.1831628 | 1.212987 | -0.15 | 0.880 | -2.560573 | 2.194248 |
| | | | | | | |
| incomen#c.totalmgfkg6yrs | | | | | | |
| $40,000 - $59,999 | 21.71828 | 29.25489 | 0.74 | 0.458 | -35.62025 | 79.05682 |
| $60,000 - $79,999 | -8.207232 | 24.87173 | -0.33 | 0.741 | -56.95493 | 40.54046 |
| $80,000 or More | -13.93844 | 23.92679 | -0.58 | 0.560 | -60.83408 | 32.95721 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.5016921 | .3423323 | -1.47 | 0.143 | -1.172651 | .169267 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .3881935 | .3487188 | 1.11 | 0.266 | -.2952829 | 1.07167 |
| female | .338149 | .2902867 | 1.16 | 0.244 | -.2308025 | .9071005 |
| ageapprox9 | .397024 | .1969693 | 2.02 | 0.044 | .0109713 | .7830767 |
| brushing9yrs | -.4290329 | .2763805 | -1.55 | 0.121 | -.9707288 | .112663 |
| milk9yrs | -.0461872 | .0244371 | -1.89 | 0.059 | -.0940831 | .0017086 |
| sugar9yrs | .0108985 | .0340455 | 0.32 | 0.749 | -.0558295 | .0776266 |
| _cons | -2.745657 | 2.225546 | -1.23 | 0.217 | -7.107647 | 1.616334 |
| /lnalpha | 1.136142 | .2162658 | | | .7122687 | 1.560015 |
| alpha | 3.114728 | .6736093 | | | 2.038611 | 4.758893 |

LR test of alpha=0: chibar2(01) = 108.96                    Prob >= chibar2 = 0.000


. contrast c.totalmgfkg6yrs#incomen

**Contrasts of marginal linear predictions**

**Margins** : asbalanced

```
-----------------------------------------------------------
                       |     df     chi2    P>chi2
-----------------------+-----------------------------------
permdfscount9          |
incomen#c.totalmgfkg6yrs |      3     2.03    0.5659
-----------------------------------------------------------
```

. contrast income

**Contrasts of marginal linear predictions**

**Margins** : asbalanced

```
------------------------------------------------
              |     df     chi2    P>chi2
--------------+---------------------------------
permdfscou~9  |
     incomen  |      3     1.56    0.6684
------------------------------------------------
```

. margins incomen, at(totalmgfkg6yrs=(0(.05).1)) vsquish

**Predictive margins**                          Number of obs     =         338
**Model VCE**    : OIM

**Expression**  : Predicted number of events, predict()
1._at       : totalmgfk~rs    =             0
2._at       : totalmgfk~rs    =           .05

Appendix D

```
3._at        : totalmgfk~rs   =           .1
```

```
-----------------------------------------------------------------------------------
                          |            Delta-method
                          |   Margin    Std. Err.      z     P>|z|    [95% Conf. Interval]
-------------------------+---------------------------------------------------------
            _at#incomen   |
1#Less than $20,000 - $39,999 |  .9488196   .9983655    0.95   0.342   -1.007941    2.90558
         1#$40,000 - $59,999 |  .2165443   .2249353    0.96   0.336   -.2243207    .6574093
         1#$60,000 - $79,999 |  .9374043   .6839889    1.37   0.171   -.4031893   2.277998
            1#$80,000 or More |  .7900181   .4704641    1.68   0.093   -.1320745   1.712111
2#Less than $20,000 - $39,999 |  .8046238   .3459757    2.33   0.020    .1265239   1.482724
         2#$40,000 - $59,999 |  .5439544   .1833297    2.97   0.003    .1846348   .9032741
         2#$60,000 - $79,999 |  .5273736   .1575606    3.35   0.001    .2185604   .8361867
            2#$80,000 or More |  .3337159    .079878    4.18   0.000     .177158   .4902739
3#Less than $20,000 - $39,999 |  .6823419   .7636317    0.89   0.372   -.8143488   2.179033
         3#$40,000 - $59,999 |  1.366401   1.685767    0.81   0.418   -1.937641   4.670444
         3#$60,000 - $79,999 |  .2966947    .263628    1.13   0.260   -.2200066    .813396
            3#$80,000 or More |  .1409668   .1107192    1.27   0.203   -.0760388   .3579724
-----------------------------------------------------------------------------------
```

```
.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 13

. nbreg dfscount13 c.totalmgfkg6yrs##i.incomen i.momedu i.dadedu ///

> female ageapprox13 brushing13yrs milk13yrs sugar13yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -552.93284

Iteration 1:   log likelihood = -552.93131

Iteration 2:   log likelihood = -552.93131
```

```
Fitting constant-only model:


Iteration 0:   log likelihood =  -482.3586

Iteration 1:   log likelihood = -467.43396

Iteration 2:   log likelihood = -458.30579

Iteration 3:   log likelihood = -458.30439

Iteration 4:   log likelihood = -458.30439


Fitting full model:


Iteration 0:   log likelihood = -447.59116

Iteration 1:   log likelihood = -444.33735

Iteration 2:   log likelihood = -443.20497

Iteration 3:   log likelihood = -443.20384

Iteration 4:   log likelihood = -443.20384
```

| | | |
|---|---|---|
| Negative binomial regression | Number of obs | = 343 |
| | LR chi2(14) | = 30.20 |
| Dispersion    = mean | Prob > chi2 | = 0.0072 |
| Log likelihood = -443.20384 | Pseudo R2 | = 0.0329 |

| dfscount13 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -8.380628 | 13.72028 | -0.61 | 0.541 | -35.27188 | 18.51062 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | -.8777729 | .9691274 | -0.91 | 0.365 | -2.777228 | 1.021682 |
| $60,000 - $79,999 | -.7826706 | .9132219 | -0.86 | 0.391 | -2.572553 | 1.007211 |
| $80,000 or More | -.4287209 | .860849 | -0.50 | 0.618 | -2.115954 | 1.258512 |
| | | | | | | |
| incomen#c.totalmgfkg6yrs | | | | | | |

```
          $40,000 - $59,999 |  16.99931   18.59996    0.91   0.361   -19.45595   53.45457
          $60,000 - $79,999 |  7.746431   17.28473    0.45   0.654   -26.13102   41.62388
            $80,000 or More |  8.098214   16.09034    0.50   0.615   -23.43827    39.6347
                            |
                     momedu |
 4-Year College Degree or More | -.4577174  .2536158   -1.80   0.071   -.9547952   .0393604
                            |
                     dadedu |
 4-Year College Degree or More | -.0781124  .2710177   -0.29   0.773   -.6092973   .4530725
                     female |  .4520709   .2245557    2.01   0.044    .0119499   .8921919
                 ageapprox13 |  .4017747   .1588848    2.53   0.011    .0903662   .7131831
                brushing13yrs | -.5781216  .2231856   -2.59   0.010   -1.015557  -.1406858
                   milk13yrs | -.0140101  .0182219   -0.77   0.442   -.0497244   .0217041
                  sugar13yrs |  .0097931   .0224195    0.44   0.662   -.0341484   .0537345
                       _cons | -4.000893   2.265459   -1.77   0.077   -8.441111   .4393247
-----------------------------+--------------------------------------------------------------
                    /lnalpha |  .8110493    .161834                   .4938605   1.128238
-----------------------------+--------------------------------------------------------------
                      alpha |  2.250268   .3641698                    1.63863   3.090207
------------------------------------------------------------------------------------------
LR test of alpha=0: chibar2(01) = 219.45                 Prob >= chibar2 = 0.000


. contrast c.totalmgfkg6yrs#incomen


Contrasts of marginal linear predictions


Margins     : asbalanced


-----------------------------------------------------------
                        |    df      chi2    P>chi2
------------------------+----------------------------------
dfscount13              |
```

```
incomen#c.totalmgfkg6yrs |          3        0.85      0.8381

---------------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins        : asbalanced


-----------------------------------------------
               |      df       chi2     P>chi2
-------------+---------------------------------
dfscount13     |
     incomen   |        3       1.13     0.7699
-----------------------------------------------


. margins incomen, at(totalmgfkg6yrs=(0(.05).1)) vsquish


Predictive margins                       Number of obs      =        343

Model VCE      : OIM


Expression     : Predicted number of events, predict()

1._at          : totalmgfk~rs   =            0

2._at          : totalmgfk~rs   =          .05

3._at          : totalmgfk~rs   =           .1


--------------------------------------------------------------------------------------
               |                   Delta-method
               |     Margin    Std. Err.      z    P>|z|      [95% Conf. Interval]
-------------------------+------------------------------------------------------------

                   _at#incomen |

1#Less than $20,000 - $39,999 |   1.693104   1.25971    1.34   0.179     -.775882    4.16209
```

```
         1#$40,000 - $59,999 |   .7038364   .4435228    1.59   0.113   -.1654524   1.573125

         1#$60,000 - $79,999 |   .7740591   .4132636    1.87   0.061   -.0359228   1.584041

           1#$80,000 or More |   1.102789   .4515509    2.44   0.015    .2177656   1.987813

2#Less than $20,000 - $39,999 |  1.113527   .3846292    2.90   0.004    .3596672   1.867386

         2#$40,000 - $59,999 |   1.082989   .2692981    4.02   0.000    .5551742   1.610803

         2#$60,000 - $79,999 |   .7498989   .1751254    4.28   0.000    .4066594   1.093138

           2#$80,000 or More |   1.087326   .1973261    5.51   0.000    .7005744   1.474078

3#Less than $20,000 - $39,999 |  .7323481   .5795657    1.26   0.206   -.4035797   1.868276

         3#$40,000 - $59,999 |   1.666388   1.214507    1.37   0.170   -.7140006   4.046778

         3#$60,000 - $79,999 |   .7264928   .4280071    1.70   0.090   -.1123857   1.565371

           3#$80,000 or More |   1.072081   .5486483    1.95   0.051   -.0032505   2.147411

-----------------------------------------------------------------------------------------


.

. * extent (number of caries); fluoride at 6 years; outcome and covariates at age 17

. nbreg dfscount17 c.totalmgfkg6yrs##i.incomen i.momedu i.dadedu ///

> female ageapprox17 brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1039.1971

Iteration 1:   log likelihood =  -1039.194

Iteration 2:   log likelihood =  -1039.194


Fitting constant-only model:


Iteration 0:   log likelihood = -764.84202

Iteration 1:   log likelihood = -751.17821

Iteration 2:   log likelihood = -751.12214

Iteration 3:   log likelihood = -751.12214


Fitting full model:
```

```
Iteration 0:   log likelihood = -738.06841

Iteration 1:   log likelihood =  -735.9762

Iteration 2:   log likelihood = -735.86662

Iteration 3:   log likelihood = -735.86646

Iteration 4:   log likelihood = -735.86646
```

| | | |
|---|---|---|
| Negative binomial regression | Number of obs | = | 343 |
| | LR chi2(14) | = | 30.51 |
| Dispersion    = mean | Prob > chi2 | = | 0.0065 |
| Log likelihood = -735.86646 | Pseudo R2 | = | 0.0203 |

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] |
|---|---|---|---|---|---|---|
| totalmgfkg6yrs | -9.819151 | 10.53624 | -0.93 | 0.351 | -30.46981 | 10.83151 |
| **incomen** | | | | | | |
| $40,000 - $59,999 | -.6779351 | .7179081 | -0.94 | 0.345 | -2.085009 | .7291389 |
| $60,000 - $79,999 | -.4553378 | .6619226 | -0.69 | 0.492 | -1.752682 | .8420065 |
| $80,000 or More | -.3708354 | .665784 | -0.56 | 0.578 | -1.675748 | .9340772 |
| **incomen#c.totalmgfkg6yrs** | | | | | | |
| $40,000 - $59,999 | 16.46301 | 13.74784 | 1.20 | 0.231 | -10.48226 | 43.40829 |
| $60,000 - $79,999 | 12.39559 | 12.32261 | 1.01 | 0.314 | -11.75629 | 36.54747 |
| $80,000 or More | 9.47778 | 12.38465 | 0.77 | 0.444 | -14.79568 | 33.75124 |
| **momedu** | | | | | | |
| 4-Year College Degree or More | -.3016459 | .1873681 | -1.61 | 0.107 | -.6688807 | .0655888 |
| **dadedu** | | | | | | |
| 4-Year College Degree or More | .0648108 | .2046987 | 0.32 | 0.752 | -.3363913 | .466013 |

```
          female |   .3096209    .1652044     1.87    0.061    -.0141737    .6334156

      ageapprox17 |    .169972    .1140804     1.49    0.136    -.0536215    .3935655

    brushing17yrs |   -.596639    .1880955    -3.17    0.002    -.9652994   -.2279787

        milk17yrs |  -.0110772    .0122076    -0.91    0.364    -.0350036    .0128492

       sugar17yrs |   .0149506    .0142767     1.05    0.295    -.0130312    .0429324

            _cons |  -.7372804    2.113981    -0.35    0.727    -4.880606    3.406045

-----------------+----------------------------------------------------------------

          /lnalpha |   .4117499     .112971                      .1903307     .633169

-----------------+----------------------------------------------------------------

            alpha |   1.509457    .1705249                       1.20965     1.88357

----------------------------------------------------------------------------------

LR test of alpha=0: chibar2(01) = 606.66                Prob >= chibar2 = 0.000


. contrast c.totalmgfkg6yrs#incomen


Contrasts of marginal linear predictions


Margins     : asbalanced


---------------------------------------------------------
                          |    df      chi2     P>chi2
--------------------------+------------------------------
dfscount17                |
incomen#c.totalmgfkg6yrs  |     3      1.56     0.6696
---------------------------------------------------------


. contrast income


Contrasts of marginal linear predictions


Margins     : asbalanced
```

```
-----------------------------------------------
            |      df      chi2    P>chi2
------------+----------------------------------
dfscount17  |
   incomen  |       3      0.94    0.8163
-----------------------------------------------
```

. margins incomen, at(totalmgfkg6yrs=(0(.05).1)) vsquish

Predictive margins                          Number of obs    =        343
Model VCE     : OIM

Expression    : Predicted number of events, predict()
1._at         : totalmgfk~rs    =            0
2._at         : totalmgfk~rs    =          .05
3._at         : totalmgfk~rs    =           .1

```
---------------------------------------------------------------------------------
                          |             Delta-method
                          |    Margin    Std. Err.      z    P>|z|    [95% Conf. Interval]
--------------------------+------------------------------------------------------
               _at#incomen |
1#Less than $20,000 - $39,999 |  4.251142   2.420481   1.76   0.079   -.4929133   8.995198
       1#$40,000 - $59,999 |  2.158153    .9492276   2.27   0.023    .2977009   4.018605
       1#$60,000 - $79,999 |  2.696218    .949658    2.84   0.005    .8349222   4.557513
           1#$80,000 or More |  2.933958    .9361102   3.13   0.002    1.099216   4.7687
2#Less than $20,000 - $39,999 |  2.601869    .6996156   3.72   0.000    1.230648   3.973091
       2#$40,000 - $59,999 |  3.008512    .5527848   5.44   0.000    1.925074   4.091951
       2#$60,000 - $79,999 |  3.066914    .5202836   5.89   0.000    2.047177   4.086651
           2#$80,000 or More |  2.884304    .3795964   7.60   0.000    2.140309   3.6283
3#Less than $20,000 - $39,999 |  1.592448    .9757968   1.63   0.103   -.3200782   3.504975
       3#$40,000 - $59,999 |  4.193933   2.157819   1.94   0.052   -.0353149   8.42318
```

```
    3#$60,000 - $79,999  |   3.488577   1.266312      2.75   0.006     1.006651    5.970502

       3#$80,000 or More  |   2.835491   1.095432      2.59   0.010     .6884849    4.982498
-----------------------------------------------------------------------------------------------
```

# APPENDIX E

The following are two analyses using the binary and count outcomes at age 17.  These analyses are different from the other analyses because the fluoride variable measures fluoride intake from the first measurement up to age 13.  All other variables are coded as they are in the other analyses. After each analysis, there is a -contrast- command that gives the multi-degree-of-freedom test of the variable "incomen.

```
. logit dfscount17b totalmgfkg13yrs i.incomen i.momedu i.dadedu female ageapprox17 ///

> brushing17yrs milk17yrs sugar17yrs



Iteration 0:   log likelihood =  -225.5323

Iteration 1:   log likelihood =  -212.7874

Iteration 2:   log likelihood = -212.66436

Iteration 3:   log likelihood = -212.66435
```

```
Logistic regression                       Number of obs   =       343

                                          LR chi2(11)     =     25.74

                                          Prob > chi2     =    0.0071

Log likelihood = -212.66435               Pseudo R2       =    0.0571
```

| dfscount17b | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg13yrs | -9.095577 | 7.383136 | -1.23 | 0.218 | -23.56626 | 5.375104 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | .0773821 | .5222388 | 0.15 | 0.882 | -.9461871 | 1.100951 |
| $60,000 - $79,999 | -.1781658 | .4992284 | -0.36 | 0.721 | -1.156635 | .800304 |
| $80,000 or More | -.0685775 | .4780723 | -0.14 | 0.886 | -1.005582 | .8684269 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.592785 | .2768759 | -2.14 | 0.032 | -1.135452 | -.0501182 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | -.0113921 | .2809535 | -0.04 | 0.968 | -.5620507 | .5392665 |

```
        female |   .2113047    .2557535     0.83   0.409    -.289963    .7125724

    ageapprox17 |   .0821839    .1690928     0.49   0.627    -.2492319   .4135998

  brushing17yrs |  -.7348844    .2880899    -2.55   0.011    -1.29953    -.1702386

      milk17yrs |  -.0326944    .0191698    -1.71   0.088    -.0702666   .0048778

     sugar17yrs |   .0118672    .0238255     0.50   0.618    -.0348299   .0585643

          _cons |   1.248115    3.103112     0.40   0.688    -4.833873   7.330102
```

------------------------------------------------------------------------------------------------

. contrast incomen


Contrasts of marginal linear predictions


Margins       : asbalanced


```
-------------------------------------------------
             |        df       chi2     P>chi2
-------------+-----------------------------------
     incomen |         3       0.45     0.9294
-------------------------------------------------
```

.

. nbreg dfscount17 totalmgfkg13yrs i.incomen i.momedu i.dadedu female ageapprox17 ///

> brushing17yrs milk17yrs sugar17yrs


Fitting Poisson model:


Iteration 0:   log likelihood = -1045.2937

Iteration 1:   log likelihood = -1045.2935

Iteration 2:   log likelihood = -1045.2935


Fitting constant-only model:

```
Iteration 0:   log likelihood = -764.84202

Iteration 1:   log likelihood = -751.17821

Iteration 2:   log likelihood = -751.12214

Iteration 3:   log likelihood = -751.12214


Fitting full model:


Iteration 0:   log likelihood = -738.55244

Iteration 1:   log likelihood =  -736.7105

Iteration 2:   log likelihood = -736.64223

Iteration 3:   log likelihood = -736.64218
```

Negative binomial regression

Dispersion     = mean

Log likelihood = -736.64218

| | | |
|---|---|---|
| Number of obs | = | 343 |
| LR chi2(11) | = | 28.96 |
| Prob > chi2 | = | 0.0023 |
| Pseudo R2 | = | 0.0193 |

| dfscount17 | Coef. | Std. Err. | z | P>\|z\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| totalmgfkg13yrs | .8521648 | 4.254185 | 0.20 | 0.841 | -7.485884 | 9.190214 |
| | | | | | | |
| incomen | | | | | | |
| $40,000 - $59,999 | .0710667 | .3178625 | 0.22 | 0.823 | -.5519323 | .6940657 |
| $60,000 - $79,999 | .1167097 | .3122517 | 0.37 | 0.709 | -.4952925 | .7287119 |
| $80,000 or More | .063068 | .3100534 | 0.20 | 0.839 | -.5446255 | .6707615 |
| | | | | | | |
| momedu | | | | | | |
| 4-Year College Degree or More | -.2888196 | .1874232 | -1.54 | 0.123 | -.6561623 | .0785232 |
| | | | | | | |
| dadedu | | | | | | |
| 4-Year College Degree or More | .0696107 | .2048347 | 0.34 | 0.734 | -.331858 | .4710793 |

```
        female |   .3210873    .1610361     1.99   0.046     .0054624    .6367122

   ageapprox17 |   .1505012    .1126047     1.34   0.181    -.0701999    .3712023

  brushing17yrs |  -.634943    .1839487    -3.45   0.001    -.9954758   -.2744102

    milk17yrs |  -.0104804    .0121145    -0.87   0.387    -.0342243    .0132635

   sugar17yrs |   .0151402    .0142255     1.06   0.287    -.0127413    .0430217

        _cons |  -.8395353    2.096313    -0.40   0.689    -4.948234    3.269164

--------------------------+----------------------------------------------------------------

      /lnalpha |   .4196435     .112634                      .1988849     .640402

--------------------------+----------------------------------------------------------------

        alpha |   1.521419    .1713635                      1.220041    1.897244

----------------------------------------------------------------------------------------------
```

LR test of alpha=0: chibar2(01) = 617.30                Prob >= chibar2 = 0.000


. contrast incomen


Contrasts of marginal linear predictions


Margins      : asbalanced


```
--------------------------------------------------
              |     df      chi2    P>chi2
--------------+-----------------------------------
  dfscount17  |
      incomen |      3      0.15    0.9846
--------------------------------------------------
```

**NHANES, Fluoride, and Caries:**
**A Response to Gary Slade**

Expert Rebuttal Report of
Christine R. Wells, PhD
August 1, 2019

## I.      INTRODUCTION

### A.      Assignment

I was asked to review the expert report of Dr. Gary Slade, and his analysis of data from the National Health and Nutrition Examination Survey (NHANES) for the purpose of assessing his conclusion that NHANES data demonstrates a significant anti-caries benefit from water fluoridation. Specifically, I was asked to determine whether Dr. Slade's conclusion holds true when controlling for (1) measured home water fluoride concentration (versus the county-wide exposure metric that Slade used in his analyses) and (2) oral health interventions not considered in Dr. Slade's analysis (i.e., sealants and toothpaste use).

### B.      About NHANES

NHANES is a Centers for Disease Control (CDC) sponsored survey of a nationally representative sample of non-institutionalized residents of the United States that collects extensive information on many health measures through examinations, questionnaires, and laboratory measurements. NHANES and its precursors have been conducted since the 1960s. Since 1999 it has been conducted in 2-year cycles, with some components measured every cycle, and others included periodically, added or dropped. The cycles from 1999-2004 and from 2011-2016 have included an oral health examination that assessed caries in participants. The two most recent cycles (2013-2014 and 2015-2016) also included a measurement of the fluoride concentration in the study participant's tap water. These two cycles also had an oral health questionnaire that asked such questions as how many times per day the participant brushed their teeth. NHANES also collects detailed demographic information on each participant, such as age, gender, race/ethnicity, household income, etc.

I used data from these NHANES components for the 2013-2014 cycle in my analyses. All the data and data documentation was publicly available on the NHANES website. I was asked to conduct analyses similar to Slade's, using the same NHANES data, except that instead of using Slade's method of estimating water fluoridation exposure, I used the direct individual-level data available in NHANES 2013-2014 for home tap water fluoride concentration. By contrast, Slade's measure of fluoridation exposure was based on the county of residence of NHANES participants and the percent of that county's population with artificially fluoridated water. County of residence for NHANES participants is not publicly released, but was made available to Slade through an agreement with CDC to obtain this restricted-access data. Slade estimated the percentage of each county with water fluoridation through linkage to another data set managed by CDC, the Water Fluoridation Reporting System (WFRS), which is also not publicly released [Slade et al. 2018].

The fluoridation exposure measure used by Slade is known as an ecological or group-level measure. Instead of a measure at the individual level, it is a measure that applies to an entire group, in this case the entire county. Group-level exposure measures may not be as accurate as individual-level measures since they assign to everyone in a group the same exposure level, even though many individuals may have higher or lower exposures. They are also subject to the so-called "ecologic fallacy" which is when individuals in a study sample do not have exposures that reflect the group-level exposure.

## II.   METHODS

I was asked to assess the association between caries and home tap water fluoride concentration, while controlling for other factors that may affect caries risk to allow comparison to Slade's papers. I used multivariate regression models to adjust for the other factors. All data was from NHANES 2013-2014. For all models, the outcome of interest was a measure of tooth decay in permanent teeth known as DMFS for Decayed, Missing, and Filled tooth Surfaces. This was the same outcome Slade used in several of his models. I was requested to analyze the following three models:

**Model 1 – "Slade but individual F",** was similar to the models used by Slade, differing principally in using a different fluoride exposure variable. Instead of Slade's group-level measure "percent of county fluoridated" it used the individual-level home tap water fluoride concentration measured for each NHANES participant. The other factors that were controlled for, by inclusion in the model, were the same as those used by Slade. One covariate used by Slade (rural/urban) is not available in publicly released NHANES data so was not included in my analysis. Ordinary Least Squares (OLS) multivariate regression analysis was used, as in the Slade models.

**Model 2 – "Slade but individual F & neg. binom."**, was identical to Model 1 except instead of OLS regression, a different regression method known as negative binomial regression was used.  Negative binomial regression is more appropriate for count data outcomes where the distribution is very skewed, which was found to be true in the NHANES children's DMFS data.

**Model 3 – "+3 covariates"** was like Model 2 but added three covariates available in NHANES 2013-2014 which were considered to potentially affect tooth decay and DMFS count. The three added covariates were: "ratio of household income to poverty level", "amount of toothpaste used per day" and "percent of eligible permanent teeth with dental sealants".  The covariate "ratio of household income to poverty level" was included partly because it was added by Slade to the models in his co-authored 2019 paper that used NHANES data [Sanders et al. 2019].

Publicly released NHANES oral health data has tooth-level DMFS information, but does not include person-level DMFS counts. To calculate person-level DMFS from the tooth-level data, I used a CDC program written in the SAS programming language intended to calculate person-level DMFS from NHANES tooth-level data. [Selwitz, et al. 2005a] Similarly, information on sealants is only available at the tooth-level. To calculate person-level sealants data, I used a CDC program written in the SAS programming language intended to calculate person-level sealant percentage. [Selwitz, et al. 2005b]

**Measure of Fluoridation Exposure.**  For each NHANES participant, a sample of home tap water was taken and later analyzed for water fluoride concentration. NHANES data gives water fluoride concentration in units of milligrams per liter, or mg/L.  This was treated as a continuous variable in the models I analyzed.

**Outcome measure.** The outcome measure used in all analyses was DMFS, which is a measure of cumulative lifetime caries experience in permanent teeth.  DMFS was treated as a continuous variable.

**Covariates.**

Models 1 and 2 had the following five covariates:

Age, continuous, years, restricted to ages 6-19 years
Gender, 2 categories (female, male)

2

Race, 4 categories (non-Hispanic White; non-Hispanic Black; Hispanic, Other)
Parent's Education, 4 categories (less than High School; High School; some college; college grad.)
Period since last dental visit, 3 categories (<1 year; 1-2 years; >2 years)

Model 3 had all the covariates in Models 1 and 2 and added three more:

Ratio of income to poverty level, continuous
Toothpaste used per day, grams, continuous
Percent of eligible permanent teeth with sealants, continuous

The five covariates in Models 1 and 2 were the same as used by Slade, with the same definitions and categories. For Model 3, "toothpaste used per day" was derived from two NHANES questionnaire questions: "how many times per day does participant brush teeth" and "amount of toothpaste put on brush". The NHANES questionnaire included pictures of four toothbrushes, each with a different amount of toothpaste placed on it (see Figure 1). I was asked to treat the full brush amount as 1 g, the half brush as ½ g, the pea-size portion as ¼ gram and the smear as 1/8 gram. The amount put on the brush was multiplied by the number of times per day teeth were brushed to get the amount of toothpaste used per day.

**Figure 1. NHANES questionnaire pictures of toothpaste amounts used for brushing.**



The covariate "income to poverty ratio" was included in models used in Slade's 2019 study. [Sanders et al. 2019]. That paper also considered the interaction between fluoridation and poverty. A variant to Model 3 was thus run that included a 2-way interaction between water fluoride concentration and poverty ratio.

Slade's analyses excluded NHANES participants who were not born in the USA or who had not resided in the USA for at least 1 year. My analyses thus excluded these participants as well. Besides these exclusions, my analyses included only those aged 6 to 19 years.

**Regression Analyses.** To assess whether exposure to fluoride in home tap water reduced caries while controlling for the other caries risk factors, I used multivariate regression analyses, specifically OLS and negative binomial regression. These statistical analyses are based on what is called a "model" with specified fluoride exposure variables, outcome variables, and other risk factors variables. Multivariate regression

analysis is a standard method that allows assessment of whether each variable in the model has a statistically significant effect on the outcome while controlling for all the other variables in the model that may also influence the outcome. The regression analysis also provides an estimate of the size and direction of the effect of each variable while controlling for the other variables. All analyses were conducted using Stata 15.1.

Table 1 provides a summary of the 3 regression models considered in our analyses.

**Table 1.  Table of analyses.**

| Model # | Model name | Exposure measure (units) | Outcome variable | Covariates | Regression method |
|---------|-----------|--------------------------|------------------|------------|-------------------|
| 1 | Slade but home water F; OLS | Tap water F (mg/L) | DMFS | water F, age, sex, race, parent edu, last dental visit | OLS |
| 2 | Slade but home water F; neg. binom. | Tap water F (mg/L) | DMFS | water F, age, sex, race, parent edu, last dental visit | neg. binom. |
| 3a | Slade but home water F +3 covariates, neg. binom. | Tap water F (mg/L) | DMFS | water F, age, sex, race, parent edu, last dental visit, income to poverty ratio, toothpaste use, sealants | neg. binom. |
| 3b | Slade but home water F +3 covariates, neg. binom.; interaction poverty with water F | Tap water F (mg/L) | DMFS | water F, age, sex, race, parent edu, last dental visit, income to poverty ratio, toothpaste use, sealants, interaction income with water F | neg. binom. |

**Statistical Significance:** I chose the conventional criteria of an alpha level of 0.05 (also described as a p-value of less than 0.05) to judge whether there was a statistically significant association between fluoride exposure and caries. If the p-value was greater than 0.05, then the conclusion is that there was no statistical evidence that fluoridation conferred a benefit against caries.

## III.   RESULTS

### A.  Descriptive Statistics

Figure 2 shows the distribution of caries scores (DMFS). Figure 3 shows the distribution of tap water fluoride concentrations, demonstrating a bimodal distribution with peaks of percentage of participants having concentrations around 0.1 and 0.7 mg/L. The peak at 0.1 represents people without artificially fluoridated tap water. The peak at 0.7 mg/L represents those with artificially fluoridated water. The concentration of 0.7 mg/L was the recommended concentration for the entire USA at the time of the NHANES 2013-2014 survey. Very few participants had water F levels above about 1.5 mg/L which is a level above that allowed for artificial fluoridation and would indicate naturally occurring fluoride contamination.

**Figure 2. Distribution of DMFS (6 to 19 year olds)**



**Figure 3. Distribution of Water Fluoride Levels (6 to 19 year olds)**



Table 2 shows the coefficients, p-values (a measure of statistical significance), and lower and upper 95% confidence intervals for the fluoride exposure variable in each model. In none of the models does the fluoride exposure have a statistically significant association with the caries outcome (i.e., no p-value is less than 0.05). Coefficients from OLS regression models are in the metric of DMFS change for every 1 mg/L increase in water F concentration. Coefficients from negative binomial regression models are in the metric of expected log count of DMFS for every 1 unit increase in log(water F). The 95% confidence intervals provide a measure of uncertainty around the coefficient. The 95% confidence intervals all show the lower and upper bound for the coefficient if a sample of 2,037 (the unweighted number of NHANES participants in the subpopulation used in these analyses) as collected during the 2013-2014 NHANES cycle and analyzed a large number of times (e.g., 10,000 times). The wider the 95% confidence interval is, the less precise the estimate of the coefficient is. Conversely, the narrower the 95% confidence interval is, the more precise the estimate of the coefficient is. A 95% confidence interval that includes 0 indicates that the coefficient is not statistically significantly different from 0 (i.e., the coefficient might be 0 in the population; a coefficient of 0 means no effect). Additional details of these analyses are provided in **Appendix A.**

5

**Table 2. Home tap water fluoride concentration (mg/L) relationship with caries (DMFS).**

| Model # | Model name | Parameter coefficient* | p-value$^{\Omega}$ | Lower 95% Confidence Interval of coefficient | Upper 95% Confidence Interval of coefficient |
|---|---|---|---|---|---|
| 1 | Slade but water F; OLS | -0.4440 | 0.280 | -1.2887 | 0.4008 |
| 2 | Slade but water F; neg. binom. | -0.2886 | 0.082 | -0.6189 | 0.0417 |
| 3a | Slade but water F +3 covariates, net. binom. | -0.1361 | 0.351 | -0.4376 | 0.1655 |
| 3b | Slade but water F +3 covariates, net. binom.; interaction poverty with water F | -0.0341 | 0.608 | -0.1730 | 0.1048 |
| * The parameter coefficient shows the size of the change in the predicted value of DMFS when increasing fluoride exposure by 1 mg/L. A positive value means an increase in caries; a negative value means a decrease in caries. $^{\Omega}$ p-values greater than 0.05 indicate non-significant relationship | | | | | |

Figure 4 shows the relationship between age and caries.

**Figure 4. Relationship of caries to age**



**Figure 5. Marginal effects plots for home tap water F concentration in Models 1 and 2. For each plot, the non-plotted covariates are set at their mean or reference values.**



**Figure 6. Marginal effects plots for sealant use and home water fluoride level in Model 3. For each plot, the non-plotted covariates are set at their mean or reference values, except Age which is set at 17 years.**



Results of the multivariate regression analyses can be visualized for relevant levels of each of the covariates through the use of graphs known as marginal effects plots (Figures 5 and 6). The plots show the model-predicted relationship between one predictor variable in the model, and the outcome variable (DMFS), while controlling for all the other variables and setting each at a single relevant value. The set values for covariates were the means for continuous variables and the reference value for categorical values. Reference values were the same as used by Slade in his studies of NHANES data. In Figure 6, age was set at 17 years rather than the median, which was about 12 years. Since age had a very large effect on DMFS, with DMFS increasing rapidly with increasing age, age 17 was chosen to better show the effects of each of the other variables on DMFS. Using the older age group also allows for a longer duration of exposure to fluoridation, and thus would be expected to show the maximum benefit, if such a benefit existed.

The figures, when interpreted in combination with parameter coefficients (effect sizes and direction) reported in Table 2, demonstrate that home tap water fluoride concentration showed no statistically significant benefit. Regardless of statistical significance, the effect size for water fluoride, as visualized by the flat slope in the graphs, is small, especially for Model 3 which controls for the most factors and is thus most likely to reflect the true relationship. As illustrated in the marginal effects figure for model 3, water fluoridation (0.7

mg/L) was associated with a reduction of about 0.25 DMFS among 17-year-olds when compared against communities with 0.1 mg/L, which represents an approximate 8% reduction in predicted caries.

In contrast to measured home water fluoride concentration, sealants showed a very large effect, with predicted DMFS dropping from about 6 to a2 when sealants increase from 0% to 40% and age was set at 17 years.

To examine in more detail Slade's finding of a small non-significant benefit in reduced DMFS from fluoridation in those participants with low income to poverty ratios (poorer households), I analyzed a variant of Model 3 with the added term being the interaction between "income to poverty ratio" and tap water fluoride concentration. This was similar to the analysis in Slade's 2019 study [Sanders et al. 2019], except for the differences noted above between his models and Model 3. This analysis was consistent with Slade's in finding no statistically significant benefit from fluoridation, even in the poorer children. However, the effect size was even smaller than Slade's.

Figure 7 is a marginal effects plot showing the relationship between income to poverty ratio and predicted DMFS for two levels of water fluoride concentration: 0.1 and 0.7 mg/L.  These levels correspond to the fluoride levels typically found in non-fluoridated and fluoridated water in the USA. The lines are essentially parallel, indicating little interaction.  Thus, the effect of water fluoride on the outcome, DMFS, does not depend on the level of the poverty ratio.

**Figure 7. Marginal effects plot for Model 3, income to poverty ratio versus DMFS, with water F level set at typical non-fluoridated and fluoridated levels. Other covariates set at mean or reference levels except age set at 17 years.**



Taking the results of all the models into consideration, the NHANES data is consistent in showing no association between exposure to fluoridated water and caries. By contrast, increased sealant use was associated with a large, and statistically significant, reduction in caries rates. Increasing age had a very large and strong association with increasing caries (Figure 4), and income to poverty ratio was significantly associated with caries as well.  Toothpaste use, parent education, gender, and period since last dental visit were not significantly associated with caries.

## IV.   DISCUSSION

This analysis of nationally representative NHANES data, using individual home tap water concentration as the exposure measure, are at odds with Dr. Slade's conclusion that the NHANES data shows a benefit of water fluoridation on caries rates. These results suggest that Slade may have substantially overestimated the benefit of fluoridation in reducing caries risk.

One of the noteworthy findings of this analysis is that, in contrast to tap water fluoride concentration, sealant use was associated with a large statistically significant reduction in caries. Sealant data is available for all NHANES cycles but were not considered as a factor in Slade's analyses.  The finding of their effectiveness in NHANES 2013-2014 is consistent with a recent authoritative review of sealants that found large reductions in caries in teeth protected with sealants compared to unprotected teeth [Ahovuo-Saloranta et al. 2017].

This analysis of NHANES caries data has strengths and limitations. One of the strengths is the use of measured individual-level home water fluoride levels is a more accurate and therefore give more reliable results. Another strength is that, in contrast to Slade's analysis, the analyses controlled for toothpaste use and sealants. Additionally, whereas Slade used an OLS model, this analysis used the more appropriate negative binomial analysis. This is important because Slade's OLS model violated the assumptions underlying OLS regression in two ways.

First, with an outcome variable as skewed as DMFS, one needs to be concerned about the assumption of homogeneity of variance. This assumption states that the variance of the outcome variable should be approximately constant across the range of values of the predictor variables. The consequence of violating this assumption is that the standard errors associated with the regression coefficients are miscalculated. The extent of the miscalculation is proportional to the extent of the violation of the assumption. The calculation of the standard error of the regression coefficient is important because the test statistic is calculated as point estimated divided by its standard error.  The test statistic, along with the associated degrees of freedom, is used to determine the p-value, which determines if the coefficient will be declared to be statistically significant. [Ryan 1997; Fox 1997].

A second problem with Slade's OLS model is that the water fluoride variable is a county-level variable, while all other variables in the model are measured at the level of the individual. This violates the assumption of non-correlated residuals. Stated simply, in a single-level model, such as an OLS model which Slade used, each variable must be measured (or collected) at the same level. If variables are collected at different levels, such as at the individual level and the community level, then a two-level model must be used. Violation of this assumption can lead to standard errors that are underestimated or too small. [Bickel 2007] As noted by Hox:

If this assumption is violated (and in multilevel data this is almost always the case) the estimates of the standard errors of conventional statistical test are much too small, and this results in many spuriously "significant" results. The effect is generally not negligible, as small dependencies in the combination with large group sizes still results in large biases in the standard errors.  The strong

biases that may be the effect of violation of the assumption of independent observations made in standard statistical tests have been known for a long time (Walsh, 1947) and are still a very important assumption to check in statistical analyses.

Running Slade's OLS regression model as a negative binomial regression model will address the issue of homogeneity, as that is not an assumption of negative binomial models. It will not, however, address the issue of one of the predictor variables being measured at a different level than the other variables in the model. All variables in the present analysis were individual-level variables, and thus the issues with multi-level analyses do not apply.

Some of the limitations in this analysis are as follows. First, as with Slade's analysis, it is observational, cross-sectional data, which means that associations can be examined but causality cannot be determined. Second, Slade's models all included one additional covariate, which was Rural-Urban Classification of the county of residence, or "rurality." Information on the county of residence of NHANES participants is not released publicly, so the models I analyzed did not include this variable. Slade's models showed no statistically significant effect of rurality on predicted DMFS (p-values above 0.75) and very small effect sizes (coefficients) that were in opposite directions (-0.08 DMFS for "small rural" compared to "urban" and +0.03 DMFS for "large rural" compared to "urban") [Slade 2018 supplement, Appendix Table 1]. Therefore, I do not expect the omission of rurality from the models I analyzed will have any substantive effect on the results.

Finally, this analysis had a smaller sample size than Slade's since home water fluoride concentrations were not measured until the 2013-2014 NHANES cycle. Nevertheless, the sample size in this analysis (n=2,037) is still large, and of sufficient power to detect relatively small influences on caries.

## V.   CONCLUSION

Based on my analysis, it is my opinion, to a reasonable degree of scientific certainty, that the NHANES data shows no significant association between home tap water fluoride concentration and caries, but does show a large, and significant, benefit from the use of sealants. This result supports the view that water fluoridation is an ineffective means of preventing caries in permanent teeth under contemporary conditions in the U.S.

*Christine Wells*

Christine Wells, Ph.D.
August 1, 2019

## VI. BIBLIOGRAPHY

Ahovuo-Saloranta A, Forss H, Walsh T, Nordblad A, Makela M, Wothington HV. Pit and fissure sealants for preventing tooth decay in permanent teeth. Cochrane Database of Systematic Reviews2017, Issue 7. Art. No.: CD001830.DOI: 10.1002/14651858.CD001830.pub5.

Bickel, R. Multilevel Analysis for Applied Research: It's Just Regression. 2007. New York: Guilford Press.

Fox J. Applied Regression Analysis, Linear Models, and Related Methods. 1997. Thousand Oaks, CA:  Sage Publications.

Hox JJ. Multilevel Analysis: Techniques and Applications, Second Edition. 2010. New York: Routledge Taylor and Francis Group.

Ryan TP. Modern Regression Methods.  1997. New York: John Wiley and Sons.

Slade GD, Grider WB, Maas WR, Sanders AE. Water Fluoridation and Dental Caries in U.S. Children and Adolescents. J Dent Res. 2018;97(10):1122-8. PMCID: PMC6169031.

Sanders AE, Grider WB, Maas WR, Curiel JA, Slade GD. Association Between Water Fluoridation and Income-Related Dental Caries of US Children and Adolescents. JAMA Pediatr. 2019.

Selwitz R, Wu T, Oldakowski R, Griffin S, Beltran E, Barker L, Dye B. Program name: ohddent.sas. May 24, 2005a.

Selwitz R, Wu T, Oldakowski R, Griffin S, Beltran E, Barker L, Dye B. Program name: ohdseal.sas. May 26, 2005b.

# APPENDIX A

```
                  analyses with sealants August 1 2019.txt
--------------------------------------------------------------------------------
-----------------------------------------------------------------
        name:  <unnamed>
         log:  D:\Data\Michael Connett\NHANES data\analyses with sealants August 1
2019.txt
   log type:  text
  opened on:   1 Aug 2019, 21:43:41

.

.
. svyset, clear

. svyset sdmvpsu [pw = wtmec2yr], strata(sdmvstra) singleunit(centered)

       pweight: wtmec2yr
           VCE: linearized
   Single unit: centered
      Strata 1: sdmvstra
          SU 1: sdmvpsu
         FPC 1: <zero>


.
. * Slade regression model - model 1
. svy, subpop(subp2): regress ohdpdmfsx lbdwfl mage ib2.race4 ib1.female ///
> ib4.edu4 i.lastvisit
(running regress on estimation sample)

Survey: Linear regression

Number of strata    =          15             Number of obs      =        9,962
Number of PSUs      =          30             Population size    =  306,326,523
                                              Subpop. no. obs    =        2,267
                                              Subpop. size       = 50,076,862.9
                                              Design df          =           15
                                              F(  11,      5)    =        22.19
                                              Prob > F           =       0.0016
                                              R-squared          =       0.1480


--------------------------------------------------------------------------------
-----
                  |             Linearized
         ohdpdmfsx |    Coef.   Std. Err.      t    P>|t|     [95% Conf.
Interval]
------------------+-------------------------------------------------------------
-----
            lbdwfl |  -.4439804   .3963203    -1.12   0.280    -1.288717
.4007562
```
                                   Page 1

```
                  analyses with sealants August 1 2019.txt
             mage |   .4749893   .0355578    13.36   0.000     .3991997
.5507789
                  |
            race4 |
         Hispanic |   .2245627   .3141452     0.71   0.486    -.445022
.8941473
            Black |   .5947615   .3542716     1.68   0.114    -.1603506
1.349874
            Other |   .2568999   .4137915     0.62   0.544    -.6250758
1.138876
                  |
           female |
             male |  -.2596661   .2579959    -1.01   0.330    -.8095715
.2902392
                  |
             edu4 |
Less than High School |   2.397515   .2710256     8.85   0.000     1.819837
2.975192
      High School |    1.15219   .2651006     4.35   0.001     .5871414
1.717239
     Some College |   .6497764   .3130578     2.08   0.056    -.0174905
1.317043
                  |
        lastvisit |
     1-2 years ago |   .8151765   .9490455     0.86   0.404    -1.207666
2.838019
more than 2 years ago |  -.3708068    .714901    -0.52   0.612    -1.894582
1.152969
                  |
            _cons |   1.603312   .2845487     5.63   0.000     .9968114
2.209814
------------------------------------------------------------------------------
-----

. contrast race4

Contrasts of marginal linear predictions

                                           Design df      =         15

Margins      : asbalanced

------------------------------------------------
             |     df        F       P>F
-------------+----------------------------------
       race4 |      3      1.21     0.3441
      Design |     15
------------------------------------------------
```

Page 2

```
                        analyses with sealants August 1 2019.txt
Note: F statistics are adjusted for the survey
      design.

. contrast edu4

Contrasts of marginal linear predictions

                                                 Design df        =          15

Margins      : asbalanced

-----------------------------------------------
             |      df         F       P>F
-------------+---------------------------------
        edu4 |       3     37.93    0.0000
      Design |      15
-----------------------------------------------
Note: F statistics are adjusted for the survey
      design.

. contrast lastvisit

Contrasts of marginal linear predictions

                                                 Design df        =          15

Margins      : asbalanced

-----------------------------------------------
             |      df         F       P>F
-------------+---------------------------------
   lastvisit |       2      0.37    0.6980
      Design |      15
-----------------------------------------------
Note: F statistics are adjusted for the survey
      design.

. margins, at(lbdwfl=(0(.1)1.5) race4=(2) female=(1) edu=(4) lastvisit=(1)) ///
> atmeans subpop(subp2) vce(unconditional)

Adjusted predictions                       Number of obs        =       9,962
                                           Subpop. no. obs      =       2,267

Expression   : Linear prediction, predict()

1._at        : lbdwfl             =              0
               mage               =      .5075525 (mean)
               race4              =              2
                        Page 3
```

```
              analyses with sealants August 1 2019.txt
              female          =              1
              edu4            =              4
              lastvisit       =              1

2._at       : lbdwfl          =             .1
              mage            =      .5075525 (mean)
              race4           =              2
              female          =              1
              edu4            =              4
              lastvisit       =              1

3._at       : lbdwfl          =             .2
              mage            =      .5075525 (mean)
              race4           =              2
              female          =              1
              edu4            =              4
              lastvisit       =              1

4._at       : lbdwfl          =             .3
              mage            =      .5075525 (mean)
              race4           =              2
              female          =              1
              edu4            =              4
              lastvisit       =              1

5._at       : lbdwfl          =             .4
              mage            =      .5075525 (mean)
              race4           =              2
              female          =              1
              edu4            =              4
              lastvisit       =              1

6._at       : lbdwfl          =             .5
              mage            =      .5075525 (mean)
              race4           =              2
              female          =              1
              edu4            =              4
              lastvisit       =              1

7._at       : lbdwfl          =             .6
              mage            =      .5075525 (mean)
              race4           =              2
              female          =              1
              edu4            =              4
              lastvisit       =              1

8._at       : lbdwfl          =             .7
              mage            =      .5075525 (mean)
```

```
                    analyses with sealants August 1 2019.txt
                race4           =              2
                female          =              1
                edu4            =              4
                lastvisit       =              1

 9._at      : lbdwfl            =             .8
                mage            =      .5075525 (mean)
                race4           =              2
                female          =              1
                edu4            =              4
                lastvisit       =              1

10._at      : lbdwfl            =             .9
                mage            =      .5075525 (mean)
                race4           =              2
                female          =              1
                edu4            =              4
                lastvisit       =              1

11._at      : lbdwfl            =              1
                mage            =      .5075525 (mean)
                race4           =              2
                female          =              1
                edu4            =              4
                lastvisit       =              1

12._at      : lbdwfl            =            1.1
                mage            =      .5075525 (mean)
                race4           =              2
                female          =              1
                edu4            =              4
                lastvisit       =              1

13._at      : lbdwfl            =            1.2
                mage            =      .5075525 (mean)
                race4           =              2
                female          =              1
                edu4            =              4
                lastvisit       =              1

14._at      : lbdwfl            =            1.3
                mage            =      .5075525 (mean)
                race4           =              2
                female          =              1
                edu4            =              4
                lastvisit       =              1

15._at      : lbdwfl            =            1.4
```

```
                      analyses with sealants August 1 2019.txt
                mage          =      .5075525 (mean)
                race4         =             2
                female        =             1
                edu4          =             4
                lastvisit     =             1

16._at     : lbdwfl          =           1.5
                mage          =      .5075525 (mean)
                race4         =             2
                female        =             1
                edu4          =             4
                lastvisit     =             1
```

```
--------------------------------------------------------------------------
             |              Linearized
             |    Margin   Std. Err.      t    P>|t|     [95% Conf. Interval]
-------------+------------------------------------------------------------
        _at  |
          1  |   1.844395   .2951694    6.25   0.000     1.215256    2.473533
          2  |   1.799996   .2816032    6.39   0.000     1.199773     2.40022
          3  |   1.755598   .2731614    6.43   0.000     1.173369    2.337828
          4  |     1.7112   .2703245    6.33   0.000     1.135017    2.287383
          5  |   1.666802   .2732671    6.10   0.000     1.084347    2.249257
          6  |   1.622404   .2818082    5.76   0.000     1.021744    2.223064
          7  |   1.578006   .2954627    5.34   0.000     .9482424     2.20777
          8  |   1.533608   .3135633    4.89   0.000     .8652638    2.201953
          9  |    1.48921    .335391    4.44   0.000     .7743412    2.204079
         10  |   1.444812   .3602688    4.01   0.001     .6769173    2.212707
         11  |   1.400414   .3876101    3.61   0.003     .5742427    2.226585
         12  |   1.356016   .4169304    3.25   0.005       .46735    2.244682
         13  |   1.311618   .4478411    2.93   0.010     .3570672    2.266169
         14  |    1.26722   .4800352    2.64   0.019     .2440493    2.290391
         15  |   1.222822   .5132711    2.38   0.031     .1288104    2.316833
         16  |   1.178424   .5473593    2.15   0.048     .0117551    2.345093
--------------------------------------------------------------------------
```

```
.
. * Slade regression model - model 1 - held at age 17
. svy, subpop(subp2): regress ohdpdmfsx lbdwfl mage ib2.race4 ib1.female ///
> ib4.edu4 i.lastvisit
(running regress on estimation sample)

Survey: Linear regression

Number of strata   =          15          Number of obs     =       9,962
Number of PSUs     =          30          Population size   = 306,326,523
                                          Subpop. no. obs   =       2,267
                                          Subpop. size      = 50,076,862.9
```

```
                    analyses with sealants August 1 2019.txt
                                          Design df      =           15
                                          F( 11,    5)   =        22.19
                                          Prob > F       =       0.0016
                                          R-squared      =       0.1480
```

```
-------------------------------------------------------------------------------
-----
                       |              Linearized
             ohdpdmfsx |    Coef.   Std. Err.      t    P>|t|     [95% Conf.
Interval]
-----------------------+-------------------------------------------------------
-----
                lbdwfl | -.4439804   .3963203    -1.12   0.280    -1.288717
.4007562
                  mage |  .4749893   .0355578    13.36   0.000     .3991997
.5507789

                 race4 |
              Hispanic |  .2245627   .3141452     0.71   0.486     -.445022
.8941473
                 Black |  .5947615   .3542716     1.68   0.114    -.1603506
1.349874
                 Other |  .2568999   .4137915     0.62   0.544    -.6250758
1.138876

                female |
                  male | -.2596661   .2579959    -1.01   0.330    -.8095715
.2902392

                  edu4 |
  Less than High School |  2.397515   .2710256     8.85   0.000     1.819837
2.975192
           High School |   1.15219   .2651006     4.35   0.001     .5871414
1.717239
          Some College |  .6497764   .3130578     2.08   0.056    -.0174905
1.317043

             lastvisit |
           1-2 years ago |  .8151765   .9490455     0.86   0.404    -1.207666
2.838019
    more than 2 years ago | -.3708068    .714901    -0.52   0.612    -1.894582
1.152969

                 _cons |  1.603312   .2845487     5.63   0.000     .9968114
2.209814
-------------------------------------------------------------------------------
-----
```

analyses with sealants August 1 2019.txt

. contrast race4

Contrasts of marginal linear predictions

                                        Design df        =        15

Margins      : asbalanced

```
-------------------------------------------------
             |        df         F        P>F
-------------+-----------------------------------
       race4 |         3       1.21     0.3441
      Design |        15
-------------------------------------------------
```
Note: F statistics are adjusted for the survey
      design.

. contrast edu4

Contrasts of marginal linear predictions

                                        Design df        =        15

Margins      : asbalanced

```
-------------------------------------------------
             |        df         F        P>F
-------------+-----------------------------------
        edu4 |         3      37.93     0.0000
      Design |        15
-------------------------------------------------
```
Note: F statistics are adjusted for the survey
      design.

. contrast lastvisit

Contrasts of marginal linear predictions

                                        Design df        =        15

Margins      : asbalanced

```
-------------------------------------------------
             |        df         F        P>F
-------------+-----------------------------------
    lastvisit |        2       0.37     0.6980
      Design |        15
-------------------------------------------------
```

Page 8

```
                        analyses with sealants August 1 2019.txt
Note: F statistics are adjusted for the survey
      design.

. margins, at(lbdwfl=(0(.1)1.5) race4=(2) female=(1) edu=(4) lastvisit=(1)
mage=(7)) ///
> atmeans subpop(subp2) vce(unconditional)

Adjusted predictions                          Number of obs      =       9,962
                                              Subpop. no. obs    =       2,267

Expression   : Linear prediction, predict()

1._at       : lbdwfl          =            0
              mage            =            7
              race4           =            2
              female          =            1
              edu4            =            4
              lastvisit       =            1

2._at       : lbdwfl          =           .1
              mage            =            7
              race4           =            2
              female          =            1
              edu4            =            4
              lastvisit       =            1

3._at       : lbdwfl          =           .2
              mage            =            7
              race4           =            2
              female          =            1
              edu4            =            4
              lastvisit       =            1

4._at       : lbdwfl          =           .3
              mage            =            7
              race4           =            2
              female          =            1
              edu4            =            4
              lastvisit       =            1

5._at       : lbdwfl          =           .4
              mage            =            7
              race4           =            2
              female          =            1
              edu4            =            4
              lastvisit       =            1

6._at       : lbdwfl          =           .5
```

```
              analyses with sealants August 1 2019.txt
                 mage       =           7
                 race4      =           2
                 female     =           1
                 edu4       =           4
                 lastvisit  =           1

7._at      : lbdwfl     =          .6
                 mage       =           7
                 race4      =           2
                 female     =           1
                 edu4       =           4
                 lastvisit  =           1

8._at      : lbdwfl     =          .7
                 mage       =           7
                 race4      =           2
                 female     =           1
                 edu4       =           4
                 lastvisit  =           1

9._at      : lbdwfl     =          .8
                 mage       =           7
                 race4      =           2
                 female     =           1
                 edu4       =           4
                 lastvisit  =           1

10._at     : lbdwfl     =          .9
                 mage       =           7
                 race4      =           2
                 female     =           1
                 edu4       =           4
                 lastvisit  =           1

11._at     : lbdwfl     =           1
                 mage       =           7
                 race4      =           2
                 female     =           1
                 edu4       =           4
                 lastvisit  =           1

12._at     : lbdwfl     =          1.1
                 mage       =           7
                 race4      =           2
                 female     =           1
                 edu4       =           4
                 lastvisit  =           1
```

```
                         analyses with sealants August 1 2019.txt
13._at        : lbdwfl          =          1.2
                mage            =          7
                race4           =          2
                female          =          1
                edu4            =          4
                lastvisit       =          1

14._at        : lbdwfl          =          1.3
                mage            =          7
                race4           =          2
                female          =          1
                edu4            =          4
                lastvisit       =          1

15._at        : lbdwfl          =          1.4
                mage            =          7
                race4           =          2
                female          =          1
                edu4            =          4
                lastvisit       =          1

16._at        : lbdwfl          =          1.5
                mage            =          7
                race4           =          2
                female          =          1
                edu4            =          4
                lastvisit       =          1
```

```
------------------------------------------------------------------------------
              |              Linearized
              |    Margin   Std. Err.      t    P>|t|    [95% Conf. Interval]
--------------+---------------------------------------------------------------
          _at |
            1 |  4.928238   .4725942    10.43   0.000    3.920927    5.935549
            2 |  4.88384    .4673644    10.45   0.000    3.887676    5.880003
            3 |  4.839442   .4654622    10.40   0.000    3.847332    5.831551
            4 |  4.795044   .4669283    10.27   0.000     3.79981    5.790278
            5 |  4.750646   .4717313    10.07   0.000    3.745174    5.756117
            6 |  4.706248    .479771     9.81   0.000     3.68364    5.728855
            7 |   4.66185   .4908884     9.50   0.000    3.615546    5.708153
            8 |  4.617452   .5048801     9.15   0.000    3.541325    5.693578
            9 |  4.573053    .521515     8.77   0.000    3.461471    5.684636
           10 |  4.528655    .540549     8.38   0.000    3.376502    5.680808
           11 |  4.484257   .5617384     7.98   0.000     3.28694    5.681574
           12 |  4.439859   .5848488     7.59   0.000    3.193284    5.686435
           13 |  4.395461    .609662     7.21   0.000    3.095998    5.694925
           14 |  4.351063   .6359785     6.84   0.000    2.995507    5.706619
           15 |  4.306665   .6636196     6.49   0.000    2.892194    5.721137
```

```
                  analyses with sealants August 1 2019.txt
          16 |   4.262267    .6924267      6.16   0.000     2.786395      5.73814
-----------------------------------------------------------------------------

.
. * Slade model as a negative binomial - model 2
. svy, subpop(subp2): nbreg ohdpdmfsx lbdwfl mage ib2.race4 ib1.female ///
> ib4.edu4 i.lastvisit
(running nbreg on estimation sample)

Survey: Negative binomial regression

Number of strata   =         15        Number of obs      =         9,962
Number of PSUs     =         30        Population size    =   306,326,523
                                       Subpop. no. obs    =         2,267
                                       Subpop. size       =  50,076,862.9
                                       Design df          =            15
                                       F(  11,     5)     =         72.69
Dispersion         = mean              Prob > F           =        0.0001


---------------------------------------------------------------------------------
          |             Linearized
ohdpdmfsx |    Coef.   Std. Err.      t    P>|t|     [95% Conf. Interval]
----------------------+----------------------------------------------------------

   lbdwfl |  -.2886443   .1549623    -1.86   0.082    -.6189387   .0416501
     mage |   .2568694   .0209495    12.26   0.000     .2122165   .3015222
          |
    race4 |
 Hispanic |   .1701817   .1667923     1.02   0.324    -.1853278   .5256912
    Black |   .2792709   .1651732     1.69   0.112    -.0727875   .6313293
    Other |  -.0219022   .2187155    -0.10   0.922    -.4880832   .4442789
          |
   female |
     male |   .0764016   .1401133     0.55   0.594    -.2222428   .375046
          |
     edu4 |
Less than High School | .937488   .2153252     4.35   0.001     .4785331  1.396443
     High School |  .5298457   .1618295     3.27   0.005     .1849144   .874777
```

Page 12

```
                      analyses with sealants August 1 2019.txt
        Some College |    .375828    .2608795     1.44    0.170    -.1802234
.9318794
                     |
            lastvisit |
      1-2 years ago |   .1026355    .2407274     0.43    0.676    -.4104628
.6157338
more than 2 years ago |  -.1018382   .2153736    -0.47    0.643    -.5608963
.3572198
                     |
               _cons |   -.021281    .1915054    -0.11    0.913     -.429465
.3869031
-----------------------+------------------------------------------------------
-----
             /lnalpha |    1.24201    .0823175                      1.066555
1.417466
-----------------------+------------------------------------------------------
-----
                alpha |   3.462566    .2850297                      2.905352
4.126649
-------------------------------------------------------------------------------
-----

. contrast race4

Contrasts of marginal linear predictions

                                             Design df       =         15

Margins      : asbalanced

        ------------------------------------------------
                 |        df         F       P>F
        ---------+--------------------------------------
        ohdpdmfsx |
            race4 |         3       0.95    0.4462
           Design |        15
        ------------------------------------------------
Note: F statistics are adjusted for the survey
      design.

. contrast edu4

Contrasts of marginal linear predictions

                                             Design df       =         15

Margins      : asbalanced
```

```
                    analyses with sealants August 1 2019.txt
          -------------------------------------------------
                     |        df          F        P>F
          -------------+-----------------------------------
          ohdpdmfsx  |
                edu4 |         3       12.30     0.0004
              Design |        15
          -------------------------------------------------
          Note: F statistics are adjusted for the survey
                design.

          . contrast lastvisit

          Contrasts of marginal linear predictions

                                              Design df        =             15

          Margins      : asbalanced

          -------------------------------------------------
                     |        df          F        P>F
          -------------+-----------------------------------
          ohdpdmfsx  |
           lastvisit |         2        0.21     0.8111
              Design |        15
          -------------------------------------------------
          Note: F statistics are adjusted for the survey
                design.

          . margins, at(lbdwfl=(0 .1 .7 1 1.5 2) race4=(2) female=(1) edu=(4) lastvisit=(1))
          ///
          > atmeans subpop(subp2) vce(unconditional)

          Adjusted predictions                    Number of obs     =       9,962
                                                  Subpop. no. obs   =       2,267

          Expression  : Predicted number of events, predict()

          1._at       : lbdwfl           =           0
                        mage             =     .5075525 (mean)
                        race4            =           2
                        female           =           1
                        edu4             =           4
                        lastvisit        =           1

          2._at       : lbdwfl           =          .1
                        mage             =     .5075525 (mean)
                        race4            =           2
                        female           =           1
```

```
                   analyses with sealants August 1 2019.txt
               edu4          =          4
               lastvisit     =          1

3._at      : lbdwfl          =         .7
             mage            =  .5075525 (mean)
             race4           =          2
             female          =          1
             edu4            =          4
             lastvisit       =          1

4._at      : lbdwfl          =          1
             mage            =  .5075525 (mean)
             race4           =          2
             female          =          1
             edu4            =          4
             lastvisit       =          1

5._at      : lbdwfl          =        1.5
             mage            =  .5075525 (mean)
             race4           =          2
             female          =          1
             edu4            =          4
             lastvisit       =          1

6._at      : lbdwfl          =          2
             mage            =  .5075525 (mean)
             race4           =          2
             female          =          1
             edu4            =          4
             lastvisit       =          1


--------------------------------------------------------------------------
             |             Linearized
             |    Margin   Std. Err.      t    P>|t|    [95% Conf. Interval]
-------------+------------------------------------------------------------
         _at |
          1  |   1.115267   .2080687    5.36   0.000    .6717789    1.558755
          2  |   1.083536   .2079742    5.21   0.000    .6402489    1.526822
          3  |   .9112324   .2215935    4.11   0.001    .4389171    1.383548
          4  |   .8356457   .2315324    3.61   0.003    .3421461    1.329145
          5  |   .7233423   .2461051    2.94   0.010    .1987818    1.247903
          6  |   .6261315   .2556857    2.45   0.027    .0811503    1.171113
--------------------------------------------------------------------------

.
. * Our "super-deluxe" model - model 3
. svy, subpop(subp2): nbreg ohdpdmfsx lbdwfl ridageyr ib2.race4 ib1.female ///
> ib4.edu4 i.lastvisit indfmpir amount sealant
```

```
                      analyses with sealants August 1 2019.txt
(running nbreg on estimation sample)

Survey: Negative binomial regression

Number of strata   =          15          Number of obs     =        9,732
Number of PSUs     =          30          Population size   =  301,733,452
                                          Subpop. no. obs   =        2,037
                                          Subpop. size      = 45,483,791.4
                                          Design df         =           15
                                          F(  14,     2)    =        27.30
Dispersion         = mean                 Prob > F          =       0.0359
```

```
-------------------------------------------------------------------------------
-----
                   |             Linearized
        ohdpdmfsx  |    Coef.   Std. Err.      t    P>|t|     [95% Conf.
Interval]
-----------------------+-------------------------------------------------------
-----
            lbdwfl |  -.1360697   .1414759   -0.96   0.351    -.4376183
.165479
           ridageyr |   .2589415   .0170217   15.21   0.000     .2226607
.2952223

             race4 |
          Hispanic |   .2476985   .1221455    2.03   0.061    -.0126485
.5080454
             Black |   .1872575   .1358442    1.38   0.188    -.1022877
.4768026
             Other |   .2173906   .2481602    0.88   0.395    -.3115503
.7463316

            female |
              male |     -.0025   .1227268   -0.02   0.984    -.2640859
.2590859

              edu4 |
Less than High School |   .3556988   .2189402    1.62   0.125    -.1109613
.8223588
       High School |   .3071609   .1680534    1.83   0.088    -.0510364
.6653581
       Some College |   .1845926   .2415734    0.76   0.457    -.3303088
.699494

          lastvisit |
        1-2 years ago |   .0742741    .214744    0.35   0.734    -.3834418
.5319901
more than 2 years ago |    -.42551   .2191162   -1.94   0.071    -.8925452
```

analyses with sealants August 1 2019.txt

```
.0415252
                  |
        indfmpir |  -.0968564    .0440918    -2.20   0.044    -.1908359
-.0028768
          amount |   -.104587    .0659119    -1.59   0.133    -.2450749
.0359009
         sealant |  -2.738447    .3028985    -9.04   0.000     -3.38406
-2.092834
           _cons |  -2.220072    .4151068    -5.35   0.000    -3.104851
-1.335293
-----------------------+----------------------------------------------------------
-----

         /lnalpha |   1.037622    .0828727                     .8609832
1.214261
-----------------------+----------------------------------------------------------
-----

            alpha |   2.822497    .2339079                     2.365485
3.367804
--------------------------------------------------------------------------------
-----
```

. contrast race4  // ns

Contrasts of marginal linear predictions

                                          Design df       =           15

Margins     : asbalanced

```
-------------------------------------------------
             |         df          F        P>F
-------------+-----------------------------------
ohdpdmfsx    |
       race4 |          3        1.47      0.2681
      Design |         15
-------------------------------------------------
```
Note: F statistics are adjusted for the survey
      design.

. contrast edu4  // stat sig

Contrasts of marginal linear predictions

                                          Design df       =           15

Margins     : asbalanced

```
-------------------------------------------------
```

Page 17

```
                      analyses with sealants August 1 2019.txt
                  |      df          F        P>F
     -------------+-------------------------------
     ohdpdmfsx    |
            edu4  |       3        1.65      0.2261
          Design  |      15
     -----------------------------------------------
     Note: F statistics are adjusted for the survey
           design.

     . contrast lastvisit // ns

     Contrasts of marginal linear predictions

                                           Design df      =          15

     Margins      : asbalanced

     -----------------------------------------------
                  |      df          F        P>F
     -------------+-------------------------------
     ohdpdmfsx    |
       lastvisit  |       2        2.19      0.1482
          Design  |      15
     -----------------------------------------------
     Note: F statistics are adjusted for the survey
           design.

     .
     . * fluoride
     . quietly svy, subpop(subp2): nbreg ohdpdmfsx lbdwfl ridageyr ib2.race4 ib1.female
     ///
     > ib4.edu4 i.lastvisit indfmpir amount sealant

     . margins, at(lbdwfl=(0 .1 .7 1 1.5 2) race4=(2) female=(1) edu=(4) lastvisit=(1)
     ridageyr=(17)) ///
     > atmeans subpop(subp2) vce(unconditional)

     Adjusted predictions                  Number of obs      =       9,732
                                           Subpop. no. obs    =       2,037

     Expression   : Predicted number of events, predict()

     1._at        : lbdwfl        =           0
                    ridageyr      =          17
                    race4         =           2
                    female        =           1
                    edu4          =           4
                    lastvisit     =           1
```

Page 18

```
              analyses with sealants August 1 2019.txt
              indfmpir    =     2.421085 (mean)
              amount      =     1.129626 (mean)
              sealant     =     .2327806 (mean)

2._at     : lbdwfl      =            .1
            ridageyr    =            17
            race4       =             2
            female      =             1
            edu4        =             4
            lastvisit   =             1
            indfmpir    =     2.421085 (mean)
            amount      =     1.129626 (mean)
            sealant     =     .2327806 (mean)

3._at     : lbdwfl      =            .7
            ridageyr    =            17
            race4       =             2
            female      =             1
            edu4        =             4
            lastvisit   =             1
            indfmpir    =     2.421085 (mean)
            amount      =     1.129626 (mean)
            sealant     =     .2327806 (mean)

4._at     : lbdwfl      =             1
            ridageyr    =            17
            race4       =             2
            female      =             1
            edu4        =             4
            lastvisit   =             1
            indfmpir    =     2.421085 (mean)
            amount      =     1.129626 (mean)
            sealant     =     .2327806 (mean)

5._at     : lbdwfl      =           1.5
            ridageyr    =            17
            race4       =             2
            female      =             1
            edu4        =             4
            lastvisit   =             1
            indfmpir    =     2.421085 (mean)
            amount      =     1.129626 (mean)
            sealant     =     .2327806 (mean)

6._at     : lbdwfl      =             2
            ridageyr    =            17
            race4       =             2
            female      =             1
```

```
                analyses with sealants August 1 2019.txt
        edu4        =           4
        lastvisit   =           1
        indfmpir    =    2.421085 (mean)
        amount      =    1.129626 (mean)
        sealant     =    .2327806 (mean)


    -------------------------------------------------------------------------
                  |               Linearized
                  |     Margin   Std. Err.      t     P>|t|    [95% Conf. Interval]
    --------------+----------------------------------------------------------
            _at   |
             1    |   3.293117   .4706032     7.00    0.000     2.29005    4.296184
             2    |   3.248611   .4705083     6.90    0.000    2.245746    4.251476
             3    |   2.993926   .5415024     5.53    0.000    1.839741    4.148111
             4    |   2.874172   .6027892     4.77    0.000    1.589358    4.158987
             5    |   2.685132   .7143573     3.76    0.002    1.162516    4.207749
             6    |   2.508525   .8227776     3.05    0.008     .7548165   4.262234
    -------------------------------------------------------------------------

.
. * age
. quietly svy, subpop(subp2): nbreg ohdpdmfsx lbdwfl ridageyr ib2.race4 ib1.female
///
> ib4.edu4 i.lastvisit indfmpir amount sealant

. quietly margins, at(ridageyr=(6(1)19) race4=(2) female=(1) edu=(4) lastvisit=(1))
///
> atmeans subpop(subp2) vce(unconditional)


.
. * mage
. quietly svy, subpop(subp2): nbreg ohdpdmfsx lbdwfl mage ib2.race4 ib1.female ///
> ib4.edu4 i.lastvisit indfmpir amount sealant

. quietly margins, at(mage=(-6(1)7) race4=(2) female=(1) edu=(4) lastvisit=(1)) ///
> atmeans subpop(subp2) vce(unconditional)


.
. * amount of toothpaste
. quietly svy, subpop(subp2): nbreg ohdpdmfsx lbdwfl ridageyr ib2.race4 ib1.female
///
> ib4.edu4 i.lastvisit indfmpir amount sealant

. quietly margins, at(amount=(0(1)6)race4=(2) female=(1) edu=(4) lastvisit=(1)
ridageyr=(17)) ///
> atmeans subpop(subp2) vce(unconditional)

.
```

```
                      analyses with sealants August 1 2019.txt
. * sealant
. quietly svy, subpop(subp2): nbreg ohdpdmfsx lbdwfl ridageyr ib2.race4 ib1.female
///
> ib4.edu4 i.lastvisit indfmpir amount sealant

. quietly margins, at(sealant=(0(.2)1) race4=(2) female=(1) edu=(4) lastvisit=(1)
ridageyr=(17)) ///
> atmeans subpop(subp2) vce(unconditional)

.
. * model with interaction between poverty ratio and water fluoride
. svy, subpop(subp2): nbreg ohdpdmfsx ridageyr ib2.race4 ib1.female ///
> ib4.edu4 i.lastvisit c.indfmpir##c.lbdwfl amount sealant
(running nbreg on estimation sample)

Survey: Negative binomial regression

Number of strata   =          15        Number of obs       =        9,732
Number of PSUs     =          30        Population size     =  301,733,452
                                        Subpop. no. obs     =        2,037
                                        Subpop. size        = 45,483,791.4
                                        Design df           =           15
                                        F( 15,      1)      =        15.71
Dispersion         = mean               Prob > F            =       0.1958


--------------------------------------------------------------------------------
-----
                 |             Linearized
        ohdpdmfsx |    Coef.   Std. Err.      t    P>|t|    [95% Conf.
Interval]
-----------------+--------------------------------------------------------------
-----
         ridageyr |  .2592891   .0163751    15.83   0.000     .2243864
.2941917
                 |
            race4 |
         Hispanic |  .2502271   .1226161     2.04   0.059     -.011123
.5115772
            Black |  .1908357   .1345406     1.42   0.177    -.0959307
.4776021
            Other |  .2208127     .24834     0.89   0.388    -.3085116
.750137
                 |
           female |
             male | -.0016692   .1241086    -0.01   0.989    -.2662004
.2628619
                 |
             edu4 |
```

```
                   analyses with sealants August 1 2019.txt
Less than High School |   .3542299    .2223306     1.59   0.132    -.1196565
.8281164
          High School |   .3078465    .1688917     1.82   0.088    -.0521376
.6678305
         Some College |   .1828678    .2432076     0.75   0.464    -.3355169
.7012526
                      |
             lastvisit |
           1-2 years ago |   .0731255    .214869      0.34   0.738    -.3848569
.531108
more than 2 years ago |  -.4268378    .2206918    -1.93   0.072    -.8972313
.0435557
                      |
              indfmpir |  -.0781859    .0491375    -1.59   0.132      -.18292
.0265481
                lbdwfl |  -.0548141    .2451289    -0.22   0.826    -.5772939
.4676657
                      |
    c.indfmpir#c.lbdwfl |    -.034117    .0651587    -0.52   0.608    -.1729995
.1047656
                      |
                amount |  -.1067569    .0684097    -1.56   0.139    -.2525687
.0390548
               sealant |  -2.739595    .3037107    -9.02   0.000    -3.386939
-2.092251
                 _cons |  -2.268012    .355424     -6.38   0.000     -3.02558
-1.510444
----------------------+-------------------------------------------------------
-----
              /lnalpha |   1.037693    .08285                       .8611028
1.214284
----------------------+-------------------------------------------------------
-----
                 alpha |   2.822699    .2338607                      2.365768
3.367882
--------------------------------------------------------------------------------
-----

. margins, at(lbdwfl=(.1 .7) indfmpir=(0(1)5) race4=(2) female=(1) edu=(4)
lastvisit=(1) ridageyr=(17)) ///
> atmeans subpop(subp2) vce(unconditional)

Adjusted predictions                      Number of obs    =      9,732
                                          Subpop. no. obs  =      2,037

Expression   : Predicted number of events, predict()

1._at        : ridageyr        =              17
```

```
              analyses with sealants August 1 2019.txt
              race4            =              2
              female           =              1
              edu4             =              4
              lastvisit        =              1
              indfmpir         =              0
              lbdwfl           =             .1
              amount           =       1.129626 (mean)
              sealant          =       .2327806 (mean)

2._at         : ridageyr       =             17
              race4            =              2
              female           =              1
              edu4             =              4
              lastvisit        =              1
              indfmpir         =              0
              lbdwfl           =             .7
              amount           =       1.129626 (mean)
              sealant          =       .2327806 (mean)

3._at         : ridageyr       =             17
              race4            =              2
              female           =              1
              edu4             =              4
              lastvisit        =              1
              indfmpir         =              1
              lbdwfl           =             .1
              amount           =       1.129626 (mean)
              sealant          =       .2327806 (mean)

4._at         : ridageyr       =             17
              race4            =              2
              female           =              1
              edu4             =              4
              lastvisit        =              1
              indfmpir         =              1
              lbdwfl           =             .7
              amount           =       1.129626 (mean)
              sealant          =       .2327806 (mean)

5._at         : ridageyr       =             17
              race4            =              2
              female           =              1
              edu4             =              4
              lastvisit        =              1
              indfmpir         =              2
              lbdwfl           =             .1
              amount           =       1.129626 (mean)
              sealant          =       .2327806 (mean)
```

analyses with sealants August 1 2019.txt

```
6._at        : ridageyr      =            17
               race4         =             2
               female        =             1
               edu4          =             4
               lastvisit     =             1
               indfmpir      =             2
               lbdwfl        =            .7
               amount        =   1.129626 (mean)
               sealant       =   .2327806 (mean)

7._at        : ridageyr      =            17
               race4         =             2
               female        =             1
               edu4          =             4
               lastvisit     =             1
               indfmpir      =             3
               lbdwfl        =            .1
               amount        =   1.129626 (mean)
               sealant       =   .2327806 (mean)

8._at        : ridageyr      =            17
               race4         =             2
               female        =             1
               edu4          =             4
               lastvisit     =             1
               indfmpir      =             3
               lbdwfl        =            .7
               amount        =   1.129626 (mean)
               sealant       =   .2327806 (mean)

9._at        : ridageyr      =            17
               race4         =             2
               female        =             1
               edu4          =             4
               lastvisit     =             1
               indfmpir      =             4
               lbdwfl        =            .1
               amount        =   1.129626 (mean)
               sealant       =   .2327806 (mean)

10._at       : ridageyr      =            17
               race4         =             2
               female        =             1
               edu4          =             4
               lastvisit     =             1
               indfmpir      =             4
               lbdwfl        =            .7
```

```
              analyses with sealants August 1 2019.txt
              amount       =    1.129626 (mean)
              sealant      =    .2327806 (mean)

11._at       : ridageyr    =          17
               race4       =           2
               female      =           1
               edu4        =           4
               lastvisit   =           1
               indfmpir    =           5
               lbdwfl      =          .1
               amount      =    1.129626 (mean)
               sealant     =    .2327806 (mean)

12._at       : ridageyr    =          17
               race4       =           2
               female      =           1
               edu4        =           4
               lastvisit   =           1
               indfmpir    =           5
               lbdwfl      =          .7
               amount      =    1.129626 (mean)
               sealant     =    .2327806 (mean)
```

| | Margin | Linearized Std. Err. | t | P>\|t\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| _at | | | | | | |
| 1 | 3.959435 | .8421715 | 4.70 | 0.000 | 2.164389 | 5.754481 |
| 2 | 3.831334 | .9662322 | 3.97 | 0.001 | 1.771858 | 5.890809 |
| 3 | 3.649184 | .6556737 | 5.57 | 0.000 | 2.251649 | 5.04672 |
| 4 | 3.459573 | .7538493 | 4.59 | 0.000 | 1.852781 | 5.066365 |
| 5 | 3.363244 | .5171436 | 6.50 | 0.000 | 2.260979 | 4.46551 |
| 6 | 3.123885 | .5941376 | 5.26 | 0.000 | 1.85751 | 4.390259 |
| 7 | 3.09971 | .4308427 | 7.19 | 0.000 | 2.18139 | 4.018029 |
| 8 | 2.820769 | .4859206 | 5.80 | 0.000 | 1.785053 | 3.856484 |
| 9 | 2.856825 | .3970135 | 7.20 | 0.000 | 2.01061 | 3.703039 |
| 10 | 2.547065 | .4261187 | 5.98 | 0.000 | 1.638814 | 3.455315 |
| 11 | 2.632972 | .4046808 | 6.51 | 0.000 | 1.770415 | 3.495528 |
| 12 | 2.299919 | .4056782 | 5.67 | 0.000 | 1.435236 | 3.164602 |

```
.
. log close
      name:  <unnamed>
       log: D:\Data\Michael Connett\NHANES data\analyses with sealants August 1
2019.txt
```

Page 25

```
              analyses with sealants August 1 2019.txt
  log type:  text
 closed on:   1 Aug 2019, 21:43:58
--------------------------------------------------------------------------------
------------------------------------------------------------------------
```