# Defendants' Expert CVs

# Defendants' Expert CV Ellen Chang



## Ellen Chang, Sc.D.

Principal Scientist | Health Sciences
149 Commonwealth Drive | Menlo Park, CA 94025
(650) 688-6734 tel | echang@exponent.com

## Professional Profile

Dr. Chang has two decades of experience in designing, conducting, and interpreting epidemiologic studies, with a particular focus on studies of cancer and other chronic diseases. She provides scientific consultation on the potential human health effects of various chemicals (such as dioxins, chlorinated solvents, pesticides, polychlorinated biphenyls [PCBs], and perfluoroalkyl and polyfluoroalkyl substances [PFAS]), air pollutants, metals and metalloids, fibers, pharmaceuticals, medical devices, electromagnetic fields, and nutrients. She has expertise in qualitatively and quantitatively synthesizing the weight of epidemiologic evidence on causal effects of environmental exposures.

Dr. Chang's recent projects include evaluations of the epidemiologic evidence on PFAS, including perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) in association with cancer, immune outcomes, and other health conditions; diesel engine exhaust in association with lung cancer mortality; glyphosate, TCDD, trichloroethylene, and perchloroethylene in association with non-Hodgkin lymphoma and other cancers; benzene in association with leukemia; talc in association with mesothelioma; fine particulate matter, ozone, and oxides of nitrogen in association with all-cause and cause-specific mortality; and organophosphate insecticides in association with birth and developmental outcomes. Dr. Chang also frequently conducts and coordinates analyses of cancer incidence, mortality, and survival in population-based cancer registries, and investigates potential cancer clusters in communities, schools, and workplaces.

Dr. Chang has led original research studies of cancers of the head and neck, nasopharynx, stomach, liver, lung and bronchus, skin, breast, uterus, ovary, prostate, thyroid, and lymphatic system. These studies focused on a wide range of exposures including genetic variation, physical activity, body size, diet and nutrition, alcohol consumption, tobacco smoking, ultraviolet radiation, immunologic biomarkers, microbial infections, use of nonsteroidal anti-inflammatory drugs and other medications, use of hormone therapy and oral contraceptives, reproductive factors, medical history, family structure, and demographic characteristics. In addition, Dr. Chang has conducted cancer surveillance research at one of the U.S. National Cancer Institute's Surveillance, Epidemiology, and End Results (SEER) registries, and contributed to community-based research on hepatitis B and liver cancer awareness, detection, prevention, and medical management at the Asian Liver Center at Stanford University.

Dr. Chang earned her undergraduate degree in English and American literature and language from Harvard College. She earned her Sc.D. (Doctor of Science) in epidemiology with a minor in biostatistics from the Harvard School of Public Health, and she completed a post-doctoral fellowship at the Karolinska Institute. She is a member of the Stanford Cancer Institute and a former Consulting Assistant Professor in the Division of Epidemiology, Department of Health Research and Policy at the Stanford University School of Medicine. Dr. Chang has published more than 180 peer-reviewed research articles and reviews, and 12 book chapters.

## Academic Credentials & Professional Honors

Sc.D., Epidemiology, Harvard University, 2003

A.B., English and American Literature and Language, Harvard University, 1998

National Cancer Institute Minority Investigators Workshop on Behavioral Methodologies Fellowship

New York Academy of Sciences (NYAS) Science Alliance Program Membership

National Institutes of Health Ruth L. Kirschstein National Research Service Award

American Association for the Advancement of Science (AAAS)/Science Program for Excellence in Science Membership

Harvard University Sheldon Traveling Fellowship

Harvard School of Public Health Department of Epidemiology Seiden Scholarship

Harvard University Pforzheimer Public Service Fellowship

National Cancer Institute/Harvard School of Public Health Cancer Epidemiology Pre-Doctoral Training Program Fellowship

## Academic Appointments

Visiting Professor, Sun Yat-sen University Cancer Center, 2019-2022

Member, Stanford Cancer Institute, 2005-present

## Prior Experience

Consulting Assistant Professor, Division of Epidemiology, Department of Health Research and Policy, Stanford University School of Medicine, 2005-2017

Research Scientist, Cancer Prevention Institute of California, 2005-2012

Consulting Assistant Investigator, Department of Health Policy Research, Palo Alto Medical Foundation Research Institute, 2008-2012

Chief Epidemiologist, Asian Liver Center at Stanford University, 2006-2011

Post-Doctoral Fellow, Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, 2003-2005

## Professional Affiliations

American College of Epidemiology (Fellow)

Society for Epidemiologic Research

## Languages

Mandarin

French

## Publications

Xu M, Yao Y, Chen H, Zhang S, Cao SM, Zhang Z, Luo B, Liu Z, Li Z, Xiang T, He G, Feng QS, Chen LZ, Guo X, Jia WH, Chen MY, Zhang X, Xie SH, Peng R, Chang ET, Pedergnana V, Feng L, Bei JX, Xu RH, Zeng MS, Ye W, Adami HO, Lin X, Zhai W, Zeng YX, Liu J. Genome sequencing analysis identifies Epstein-Barr virus subtypes associated with high risk of nasopharyngeal carcinoma. Nature Genetics 2019; 51(7): 1131-1136.

Barrett D, Ploner A, Chang ET, Liu Z, Zhang CX, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Past and recent salted fish and preserved food intakes are weakly associated with nasopharyngeal carcinoma risk in adults in southern China. Journal of Nutrition 2019 May 25 [Epub ahead of print].

Tsuji JS, Chang ET, Gentry PR, Clewell HJ, Boffetta P, Cohen SM. Dose-response for assessing the cancer risk of inorganic arsenic in drinking water: the scientific basis for use of a threshold approach. Critical Reviews in Toxicology 2019 Apr 1:1-49 [Epub ahead of print].

Leonhard MJ, Chang ET, Loccisano AE, Garry MR. A systematic literature review of epidemiologic studies of developmental manganese exposure and neurodevelopmental outcomes. Toxicology 2019; 420: 46-65.

Feng R, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Zhang Y, Yun J, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Body mass index, body shape, and risk of nasopharyngeal carcinoma: A population-based case-control study in southern China. Cancer Medicine 2019 Feb 21 [Epub ahead of print].

Feng RM, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang Q-H, Xie SH, Cao SM, Zhang Y, Yun J, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Reproductive history and risk of nasopharyngeal carcinoma: A population-based case–control study in southern China. Oral Oncology 2019; 88: 102-108.

Williams AL, Bates CA, Pace ND, Leonhard MJ, Chang ET, DeSesso JM. Impact of chloroform exposures on reproductive and developmental outcomes: A systematic review of the scientific literature. Birth Defects Research 2018; 110(17): 1267-1313.

Yeo YH, Le MH, Chang ET, Henry L, Nguyen MH. The prevalence of undetectable vaccine-induced immunity against hepatitis B virus in US adults at high risk for infection. Hepatology 2019; 69(4): 1385-1397.

Trinh S, Le AK, Chang ET, Hoang J, Jeong D, Chung M, Lee MH, Wang U, Henry L, Cheung R, Nguyen MH. Changes in renal function in patients with chronic HBV infection treated with tenofovir disoproxil fumarate vs entecavir. Clinical Gastroenterology and Hepatology 2019; 17(5): 948-956.

Ji MF, Liu Z, Chang ET, Yu X, Wu BH, Deng L, Feng QJ, Wei KR, Liang XJ, Lian SF, Quan W, Wang PP, Du Y, Liang ZH, Xia SL, Lin H, Li FG, Cheng WM, Chen WQ, Yuan Y, Ye W. Mass screening for liver cancer: results from a demonstration screening project in Zhongshan City, China. Scientific Reports 2018; 8(1): 12787.

Kurtz SM, Lau EC, Son MS, Chang ET, Zimmerli W, Parvizi J. Are we winning or losing the battle with periprosthetic joint infection: trends in PJI and mortality risk for the Medicare population. Journal of Arthoplasty 2018; 33(10): 3238-3245.

Xiao X, Zhang Z, Chang ET, Liu Z, Liu Q, Cai Y, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Huang G, Zeng Y, Zeng YX, Adami HO, Ye W. Medical history, medication use, and risk of nasopharyngeal carcinoma. American Journal of Epidemiology 2018; 187(6): 1210-1219.

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Reanalysis of diesel engine exhaust and lung cancer mortality in the Diesel Exhaust in Miners Study (DEMS) cohort using alternative exposure estimates and radon adjustment. American Journal of Epidemiology 2018; 187(6): 1210-1219.

Moolgavkar SH, Chang ET, Watson HN, Lau EC. An assessment of the Cox proportional hazards regression model for epidemiologic studies. Risk Analysis 2018; 38(4): 777-794.

Fordyce TA, Leonhard MJ, Chang ET. A critical review of developmental exposure to particulate matter, autism spectrum disorder, and attention deficit hyperactivity disorder. Journal of Environmental Science and Health, Part A 2018; 53(2): 174-204.

Ye W, Chang ET, Liu Z, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Liang L, Ernberg I, Vaughan TL, Huang G, Zeng Y, Zeng YX, Adami HO. Development of a population-based cancer case-control study in southern China. Oncotarget 2017; 8(50): 87073-87085.

Chen V, Le A, Podlaha O, Estevez J, Li B, Vutien P, Chang E, Rosenberg-Hasson Y, Pflanz S, Jiang Z, Ge D, Gaggar A, Nguyen M. Soluble intercellular adhesion molecule-1 is associated with hepatocellular carcinoma risk: multiplex analysis of serum markers. Scientific Reports 2017; 7(1): 11169.

Estevez J, Chen V, Podlaha O, Li B, Le A, Vutien P, Chang E, Rosenberg-Hasson Y, Jiang Z, Pflanz S, Ge D, Gaggar A, Nguyen M. Differential serum cytokine profiles in patients with chronic hepatitis B, C, and hepatocellular carcinoma. Scientific Reports 2017; 7(1): 11867.

Chang ET, Lau E, Mowat FS, Teta MJ. Therapeutic radiation for lymphoma and risk of secondary primary malignant mesothelioma. Cancer Causes Control 2017; 28(9): 971-979.

Chang ET, Liu Z, Hildesheim A, Liu Q, Cai Y, Zhang Z, Chen G, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Active and passive smoking and risk of nasopharyngeal carcinoma: a population-based case-control study in southern China. American Journal of Epidemiology 2017; 185(12): 1272-1280.

Mezei G, Chang ET, Mowat FS, Moolgavkar SH. Epidemiology of mesothelioma of the pericardium and tunica vaginalis testis. Annals of Epidemiology 2017; 27(5): 348-359 e311.

Liu Z, Chang ET, Liu Q, Cai Y, Zhang Z, Chen G, Huang QH, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Lin L, Liang L, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Quantification of familial risk of nasopharyngeal carcinoma in a high-incidence area. Cancer 2017; 123(14): 2716-2725.

Glimelius I, Eloranta S, Ekberg S, Chang ET, Neovius M, Smedby KE. Increased healthcare use up to 10 years among relapse-free Hodgkin lymphoma survivors in the era of intensified chemotherapy and limited radiotherapy. American Journal of Hematology 2017; 92(3): 251-258.

Hummel D, Topp MS, Chang ET, Chia VM, Kelsh MA, Doemland ML, Alekar S, Stein AS. Adverse events in adults with relapsed or refractory acute lymphoblastic leukemia (ALL): a literature review of recent clinical trials. Journal of Leukemia 2016; 4(1): 208.

Cui Q, Feng FT, Xu M, Liu WS, Yao YY, Xie SH, Li XZ, Ye ZL, Feng QS, Chen LZ, Bei JX, Feng L, Huang QH, Jia WH, Cao SM, Chang ET, Ye W, Adami HO, Zeng YX. Nasopharyngeal carcinoma risk prediction via salivary detection of host and Epstein-Barr virus genetic variants. Oncotarget 2016; 8(56): 95066-95074.

Payne JL, Bush AM, Chang ET, Heim NA, Knope ML, Pruss SB. Extinction intensity, selectivity and their combined macroevolutional influence in the fossil record. Biol Letters 2016; 12(10): pii: 20160202.

Liu Z, Chang ET, Liu Q, Cai Y, Zhang Z, Chen G, Xie SH, Cao SM, Shao JY, Jia WH, Zheng Y, Liao J, Chen Y, Ernberg I, Vaughan TL, Adami HO, Huang G, Zeng Y, Zeng YX, Ye W. Oral hygiene and risk of nasopharyngeal carcinoma - a population-based case-control study in China. Cancer Epidemiology, Biomarkers & Prevention 2016; 25(8): 1201-1207.

Wang HY, Chang YL, To KF, Hwang JS, Mai HQ, Feng YF, Chang ET, Wang CP, Kam MK, Cheah SL, Lee M, Gao L, Zhang HZ, He JH, Jiang H, Ma PQ, Zhu XD, Zeng L, Chen CY, Chen G, Huang MY, Fu S, Shao Q, Han AJ, Li HG, Shao CK, Huang PY, Qian CN, Lu TX, Li JT, Ye W, Ernberg I, Ng HK, Wee JT, Zeng YX, Adami HO, Chan AT, Shao JY. A new prognostic histopathologic classification of nasopharyngeal carcinoma. Chinese Journal of Cancer 2016; 35(1): 41.

Breckenridge CB, Berry C, Chang ET, Sielken RL, Mandel JS. Association between Parkinson's disease and cigarette smoking, rural living, well-water consumption, farming and pesticide use: systematic review and meta-analysis. PLoS ONE 2016; 11(4): e0151841.

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. Journal of Environmental Science and Health, Part B 2016; 51(6): 402-434.

Berndt SI, Camp NJ, Skibola CF, Vijai J, Wang Z, Gu J, Nieters A, Kelly RS, Smedby KE, Monnereau A, Cozen W, Cox A, Wang SS, Lan Q, Teras LR, Machado M, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Vajdic CM, Cocco P, Zhang Y, Giles GG, Zeleniuch-Jacquotte A, Lawrence C, Montalvan R, Burdett L, Hutchinson A, Ye Y, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Cunningham JM, Allmer C, Hjalgrim H, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Arnett DK, Zhi D, Leach JM, Holly EA, Jackson RD, Tinker LF, Benavente Y, Sala N, Casabonne D, Becker N, Boffetta P, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Chaffee KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Leis JF, Weinberg JB, Caporaso NE, Norman AD, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Southey MC, Milne RL, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Villano DJ, Maria A, Spinelli JJ, Gascoyne RD, Connors JM, Bertrand KA, Giovannucci E, Kraft P, Kricker A, Turner J, Ennas MG, Ferri GM, Miligi L, Liang L, Ma B, Huang J, Crouch S, Park JH, Chatterjee N, North KE, Snowden JA, Wright J, Fraumeni JF, Offit K, Wu X, de Sanjose S, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Meta-analysis of genome-wide association studies discovers multiple loci for chronic lymphocytic leukemia. Nature Communications 2016; 7: 10933.

Chang ET, Adami HO, Boffetta P, Wedner HJ, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. Critical Reviews in Toxicology 2016; 46(4): 279-331.

Clément-Duchêne C, Stock S, Xu X, Chang ET, Gomez SL, West DW, Wakelee HA, Gould MK. Survival among never-smokers with lung cancer in the Cancer Care Outcomes Research and Surveillance (CanCORS) study. Annals of the American Thoracic Society 2016; 13(1): 58-66.

Liu Z, Fang F, Chang ET, Adami HO, Ye W. Sibship size, birth order and risk of nasopharyngeal carcinoma and infectious mononucleosis: a nation-wide study in Sweden. International Journal of Epidemiology 2016; 45(3): 825-834.

Sampson JN, Wheeler WA, Yeager M, Panagiotou O, Wang Z, Berndt SI, Lan Q, Abnet CC, Amundadottir LT, Figueroa JD, Landi MT, Mirabello L, Savage SA, Taylor PR, Vivo ID, McGlynn KA, Purdue MP, Rajaraman P, Adami HO, Ahlbom A, Albanes D, Amary MF, An SJ, Andersson U, Andriole G Jr, Andrulis IL, Angelucci E, Ansell SM, Arici C, Armstrong BK, Arslan AA, Austin MA, Baris D, Barkauskas DA, Bassig BA, Becker N, Benavente Y, Benhamou S, Berg C, Van Den Berg D, Bernstein L, Bertrand KA, Birmann BM, Black A, Boeing H, Boffetta P, Boutron-Ruault MC, Bracci PM, Brinton L, Brooks-Wilson AR, Bueno-de-Mesquita HB, Burdett L, Buring J, Butler MA, Cai Q, Cancel-Tassin G, Canzian F, Carrato A, Carreon T, Carta A, Chan JK, Chang ET, Chang GC, Chang IS, Chang J, Chang-Claude J, Chen CJ, Chen CY, Chen C, Chen CH, Chen C, Chen H, Chen K, Chen KY, Chen KC, Chen Y, Chen YH, Chen YS, Chen YM, Chien LH, Chirlaque MD, Choi JE, Choi YY, Chow WH, Chung CC, Clavel J, Clavel-Chapelon F, Cocco P, Colt JS, Comperat E, Conde L, Connors JM, Conti D, Cortessis VK, Cotterchio M, Cozen W, Crouch S, Crous-Bou M, Cussenot O, Davis FG, Ding T, Diver WR, Dorronsoro M, Dossus L, Duell EJ, Ennas MG, Erickson RL, Feychting M, Flanagan AM, Foretova L, Fraumeni JF Jr, Freedman ND, Beane Freeman LE, Fuchs C, Gago-Dominguez M, Gallinger S, Gao YT, Gapstur SM, Garcia-Closas M, García-Closas R, Gascoyne RD, Gastier-Foster J, Gaudet MM, Gaziano JM, Giffen C, Giles GG, Giovannucci E, Glimelius B, Goggins M, Gokgoz N, Goldstein AM, Gorlick R, Gross M, Grubb R 3rd, Gu J, Guan P, Gunter M, Guo H, Habermann TM, Haiman CA, Halai D, Hallmans G, Hassan M, Hattinger C, He Q, He X, Helzlsouer K, Henderson B, Henriksson R, Hjalgrim H, Hoffman-Bolton J, Hohensee C, Holford TR, Holly EA, Hong YC, Hoover RN, Horn-Ross PL, Hosain GM, Hosgood HD 3rd, Hsiao CF, Hu N, Hu W, Hu Z, Huang MS, Huerta JM, Hung JY, Hutchinson A, Inskip PD, Jackson RD, Jacobs EJ, Jenab M, Jeon HS, Ji BT, Jin G, Jin L, Johansen C, Johnson A, Jung YJ, Kaaks R, Kamineni A, Kane E, Kang CH, Karagas MR, Kelly RS, Khaw KT, Kim C, Kim HN, Kim JH, Kim JS, Kim YH, Kim YT, Kim YC, Kitahara CM, Klein AP, Klein RJ, Kogevinas M, Kohno T, Kolonel LN, Kooperberg C, Kricker A, Krogh V, Kunitoh H, Kurtz RC, Kweon SS, LaCroix A, Lawrence C, Lecanda F, Lee VH, Li D, Li H, Li J, Li YJ, Li Y, Liao LM, Liebow M, Lightfoot T, Lim WY, Lin CC, Lin D, Lindstrom S, Linet MS, Link BK, Liu C, Liu J, Liu L, Ljungberg B, Lloreta J, Lollo SD, Lu D, Lund E, Malats N, Mannisto S, Marchand LL, Marina N, Masala G, Mastrangelo G, Matsuo K, Maynadie M, McKay J, McKean-Cowdin R, Melbye M, Melin BS, Michaud DS, Mitsudomi T, Monnereau A, Montalvan R, Moore LE, Mortensen LM, Nieters A, North KE, Novak AJ, Oberg AL, Offit K, Oh IJ, Olson SH, Palli D, Pao W, Park IK, Park JY, Park KH, Patiño-Garcia A, Pavanello S, Peeters PH, Perng RP, Peters U, Petersen GM, Picci P, Pike MC, Porru S, Prescott J, Prokunina-Olsson L, Qian B, Qiao YL, Rais M, Riboli E, Riby J, Risch HA, Rizzato C, Rodabough R, Roman E, Roupret M, Ruder AM, Sanjose SD, Scelo G, Schned A, Schumacher F, Schwartz K, Schwenn M, Scotlandi K, Seow A, Serra C, Serra M, Sesso HD, Setiawan VW, Severi G, Severson RK, Shanafelt TD, Shen H, Shen W, Shin MH, Shiraishi K, Shu XO, Siddiq A, Sierrasesúmaga L, Sihoe AD, Skibola CF, Smith A, Smith MT, Southey MC, Spinelli JJ, Staines A, Stampfer M, Stern MC, Stevens VL, Stolzenberg-Solomon RS, Su J, Su WC, Sund M, Sung JS, Sung SW, Tan W, Tang W, Tardón A, Thomas D, Thompson CA, Tinker LF, Tirabosco R, Tjønneland A, Travis RC, Trichopoulos D, Tsai FY, Tsai YH, Tucker M, Turner J, Vajdic CM, Vermeulen RC, Villano DJ, Vineis P, Virtamo J, Visvanathan K, Wactawski-Wende J, Wang C, Wang CL, Wang JC, Wang J, Wei F, Weiderpass E, Weiner GJ, Weinstein S, Wentzensen N, White E, Witzig TE, Wolpin BM, Wong MP, Wu C, Wu G, Wu J, Wu T, Wu W, Wu X, Wu YL, Wunder JS, Xiang YB, Xu J, Xu P, Yang PC, Yang TY, Ye Y, Yin Z, Yokota J, Yoon HI, Yu CJ, Yu H, Yu K, Yuan JM, Zelenetz A, Zeleniuch-Jacquotte A, Zhang XC, Zhang Y, Zhao X, Zhao Z, Zheng H, Zheng T, Zheng W, Zhou B, Zhu M, Zucca M, Boca SM, Cerhan JR, Ferri GM, Hartge P, Hsiung CA, Magnani C, Miligi L, Morton LM, Smedby KE, Teras LR, Vijai J, Wang SS, Brennan P, Caporaso NE, Hunter DJ, Kraft P, Rothman N, Silverman DT, Slager SL, Chanock SJ, Chatterjee N. Analysis of heritability and shared heritability based on genome-wide association studies for thirteen cancer types. Journal of the National Cancer Institute 2015; 107(12): pii: djv279.

Tsuji JS, Garry MR, Perez V, Chang ET. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 2015; 337: 91-107.

Glimelius I, Ekberg S, Jerkeman M, Chang ET, Björkholm M, Andersson TM, Smedby KE, Eloranta S. Long-term survival in young and middle-aged Hodgkin lymphoma patients in Sweden 1992-2009-trends in cure proportions by clinical characteristics. American Journal of Hematology 2015; 90(12): 1128-1134.

Hollander P, Rostgaard K, Smedby KE, Chang ET, Amini RM, de Nully Brown P, Glimelius B, Adami HO, Melbye M, Glimelius I, Hjalgrim H. Autoimmune and atopic disorders and risk of classical Hodgkin lymphoma. American Journal of Epidemiology 2015; 182(7): 624-632.

Glaser SL, Clarke CA, Keegan TH, Chang ET, Weisenburger DD. Time trends in rates of Hodgkin lymphoma histologic subtypes: true incidence changes or evolving diagnostic practice? Cancer Epidemiology, Biomarkers & Prevention 2015; 24(10): 1474-1488.

Epstein M, Chang ET, Zhang Y, Fung TT, Batista JL, Ambinder RF, Zheng T, Mueller NE, Birmann BM. Dietary pattern and risk of Hodgkin lymphoma in a population-based case-control study. American Journal of Epidemiology 2015; 182(5): 405-416.

Reiss R, Chang ET, Richardson RJ, Goodman M. A review of epidemiologic studies of low-level exposures to organophosphorus insecticides in non-occupational populations. Critical Reviews in Toxicology 2015; 45(7): 531-651.

Chao SD, Wang BM, Chang ET, Ma L, So SK. Medical training fails to prepare providers to care for patients with chronic hepatitis B infection. World Journal of Gastroenterology 2015; 21(22): 6914-6923.

Liu Z, Fang F, Chang ET, Ye W. Cancer risk in the relatives of patients with nasopharyngeal carcinoma — a register-based cohort study in Sweden. British Journal of Cancer 2015; 112(11): 1827-1831.

Glaser SL, Chang ET, Clarke CA, Keegan TH, Yang J, Gomez SL. Hodgkin lymphoma incidence in ethnic enclaves in California. Leukemia & Lymphoma 2015; 56(12): 3470-3280.

Glimelius I, Ekberg S, Linderoth J, Jerkeman M, Chang ET, Neovius M, Smedby KE. Sick leave and disability pension in Hodgkin lymphoma survivors by stage, treatment, and follow-up time-a population-based comparative study. Journal of Cancer Survivorship 2015; 9(4): 599-609.

Chang ET, Boffetta P, Adami HO, Mandel JS. A critical review of the epidemiology of Agent Orange or 2,3,7,8-tetrachlorodibenzo-p-dioxin and lymphoid malignancies. Annals of Epidemiology 2015; 25(4): 275-292.

Goodman M, Narayan KM, Flanders D, Chang ET, Adami HO, Boffetta P, Mandel JS. Dose-response relationship between serum 2,3,7,8-tetrachlorodibenzo-p-dioxin and diabetes mellitus: a meta-analysis. American Journal of Epidemiology 2015; 181(6): 374-384.

Moolgavkar SH, Chang ET, Luebeck G, Lau EC, Watson HN, Crump K, Boffetta P, McClellan R. Diesel engine exhaust and lung cancer mortality - time-related factors in exposure and risk. Risk Analysis 2015; 35(4): 663-675.

Perez V, Chang ET. Sodium-to-potassium ratio and blood pressure, hypertension, and related factors. Advances in Nutrition 2014; 5(6): 712–741.

Wang SS, Flowers CR, Kadin M, Chang ET, Hughes AM, Ansell SM, Feldman AL, Lightfoot T, Boffetta P, Melbye M, Lan Q, Sampson JN, Morton LM, Zhang Y, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for peripheral T-cell lymphomas (PTCL): The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 66-75.

Aschebrook-Kilfoy B, Cocco P, La Vecchia C, Chang ET, Vajdic CM, Kadin ME, Spinelli JJ, Morton LM, Kane EV, Sampson JN, Kasten C, Feldman AL, Wang SS, Zhang Y. Medical history, lifestyle, family history, and occupational risk factors for mycosis fungoides and Sézary syndrome: The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 98-105.

Mbulaiteye SM, Morton LM, Sampson JN, Chang ET, Costas L, de Sanjosé S, Lightfoot T, Kelly J, Friedberg JW, Cozen W, Marcos-Gragera R, Slager SL, Birmann BM, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for sporadic Burkitt lymphoma: The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 106-114.

Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, Bracci PM, de Sanjosé S, Smedby KE, Chiu BC, Zhang Y, Mbulaiteye SM, Monnereau A, Turner JJ, Clavel J, Adami HO, Chang ET, Glimelius B, Hjalgrim H, Melbye M, Crosignani P, di Lollo S, Miligi L, Nanni O, Ramazzotti V, Rodella S, Costantini AS, Stagnaro E, Tumino R, Vindigni C, Vineis P, Becker N, Benavente Y, Boffetta P, Brennan P, Cocco P, Foretova L, Maynadié M, Nieters A, Staines A, Colt JS, Cozen W, Davis S, de Roos AJ, Hartge P, Rothman N, Severson RK, Holly EA, Call TG, Feldman AL, Habermann TM, Liebow M, Blair A, Cantor KP, Kane EV, Lightfoot T, Roman E, Smith A, Brooks-Wilson A, Connors JM, Gascoyne RD, Spinelli JJ, Armstrong BK, Kricker A, Holford TR, Lan Q, Zheng T, Orsi L, Dal Maso L, Franceschi S, La Vecchia C, Negri E, Serraino D, Bernstein L, Levine A, Friedberg JW, Kelly JL, Berndt SI, Birmann BM, Clarke CA, Flowers CR, Foran JM, Kadin ME, Paltiel O, Weisenburger DD, Linet MS, Sampson J. Etiologic heterogeneity among NHL subtypes: The InterLymph NHL Subtypes Project. Journal of the National Cancer Institute Monographs 2014; 2014(48): 130-144.

Chang ET, Boffetta P, Adami HO, Cole P, Mandel JS. A critical review of the epidemiology of Agent Orange/TCDD and prostate cancer. European Journal of Epidemiology 2014; 29(10): 667-723.

Moolgavkar SH, Anderson EL, Chang ET, Lau EC, Turnham P, Hoel DG. A review and critique of U.S. EPA's risk assessments for asbestos. Critical Reviews in Toxicology 2014; 44(6): 499-522.

Chang ET, Adami HO, Boffetta P, Cole P, Starr TB, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans. Critical Reviews in Toxicology 2014; 44 Suppl 1: 1-81.

Chang ET, Adami HO, Bailey WH, Boffetta P, Krieger RH, Moolgavkar SH, Mandel JS. Validity of geographically modeled environmental exposure estimates. Critical Reviews in Toxicology 2014; 44(5): 450-466.

Glaser SL, Clarke CA, Chang ET, Yang J, Gomez SL, Keegan TH. Hodgkin lymphoma incidence in California Hispanics: Influence of nativity and tumor Epstein-Barr virus. Cancer Causes & Control 2014; 25(6): 709-725.

Ai WZ, Keegan TH, Press DJ, Pincus L, Kim YH, Chang ET. Outcomes after diagnosis of mycosis fungoides before 30 years of age: a population-based study. JAMA Dermatology 2014; 150(7): 709-715.

Park Y, Wang S, Kitahara CM, Moore SC, Berrington de Gonzalez A, Bernstein L, Chang ET, Flint AJ, Freedman DM, Gaziano JM, Hoover RN, Linet MS, Purdue M, Robien K, Schairer C, Sesso HD, White E, Willcox BJ, Thun MJ, Hartge P, Willett WC. Body mass index and risk of death in Asian Americans. American Journal of Public Health 2014; 104(3): 520-525.

Moolgavkar SH, Chang ET, Watson H, Lau EC. Cancer mortality and quantitative oil production in the Amazon region of Ecuador, 1990-2010. Cancer Causes & Control 2014; 25(1): 59-72.

McAllister SC, Shedd D, Mueller NE, Chang ET, Miller G, Bhaduri-McIntosh S. Serum IgA to Epstein-Barr virus Early Antigen-Diffuse identifies Hodgkin's lymphoma. Journal of Medical Virology 2014; 86(9): 1621-1628.

Alexander DD, Weed DL, Chang ET, Miller PE, Mohamed MA, Elkayam L. A systematic review of multivitamin-multimineral use and cardiovascular disease and cancer incidence and total mortality. Journal of the American College of Nutrition 2013; 32(5): 339-354.

Monnereau A, Glaser SL, Schupp CW, Ekström Smedby K, de Sanjosé S, Kane E, Melbye M, Forétva L, Maynadié M, Staines A, Becker N, Nieters A, Brennan P, Boffetta P, Cocco P, Glimelius I, Clavel J, Hjalgrim H, Chang ET. Exposure to ultraviolet radiation and risk of Hodgkin lymphoma: A pooled analysis. Blood 2013; 122(20):3492-3499.

Patel MI, Schupp CW, Gomez SL, Chang ET, Wakelee HA. How do social factors explain outcomes in non-small cell lung cancer among Hispanics in California? Journal of Clinical Oncology 2013; 31(28): 3572-3578.

Kamper-Jørgensen M, Rostgaard K, Glaser SL, Zahm SH, Cozen W, Smedby KE, Sanjose S, Chang ET, Zheng T, La Vecchia C, Serraino D, Monnereau A, Kane EV, Miligi L, Vineis P, Spinelli JJ, McLaughlin JR, Pahwa P, Dosman JA, Vornanen M, Foretova L, Maynadie M, Staines A, Becker N, Nieters A, Brennan P, Boffetta P, Cocco P, Hjalgrim H. Cigarette smoking and risk of Hodgkin lymphoma and its subtypes - a pooled analysis from the International Lymphoma Epidemiology Consortium. Annals of Oncology 2013; 24(9): 2245-2255.

Berndt SI, Skibola CF, Joseph V, Camp NJ, Nieters A, Wang Z, Cozen W, Monnereau A, Wang SS, Kelly RS, Lan Q, Teras LR, Chatterjee N, Chung CC, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Armstrong BK, Cocco P, Zhang Y, Severi G, Zeleniuch-Jacquotte A, Lawrence C, Burdette L, Yuenger J, Hutchinson A, Jacobs KB, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Wang AH, Smedby KE, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Jones B, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Holly EA, Smith MT, Jackson RD, Tinker LF, Benavente Y, Becker N, Boffetta P, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Rabe KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Lanasa MC, Spector LG, Leis JF, Cunningham JM, Weinberg JB, Morrison VA, Caporaso NE, Norman AD, Linet MS, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Trichopoulos D, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Giles GG, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Offit K, Zelenetz A, Klein RJ, Spinelli JJ, Bertrand KA, Laden F, Giovannucci E, Kraft P, Kricker A, Turner J, Vajdic CM, Ennas MG, Ferri GM, Miligi L, Liang L, Sampson J, Crouch S, Park JH, North KE, Cox A, Snowden JA, Wright J, Carracedo A, Lopez-Otin C, Bea S, Salaverria I, Martin-Garcia D, Campo E, Fraumeni JF Jr, de Sanjose S, Hjalgrim H, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Genome-wide association study identifies multiple risk loci for chronic lymphocytic leukemia. Nature Genetics 2013; 45(8): 868-876.

Clarke CA, Morton LM, Lynch C, Pfeiffer RM, Hall EC, Gibson TM, Weisenburger DD, Martinez-Maza O, Hussain SK, Yang J, Chang ET, Engels EA. Risk of lymphoma subtypes after solid organ transplantation in the U.S. British Journal of Cancer 2013; 109(1): 280-288.

Wang SS, Voutsinas J, Chang ET, Clarke CA, Lu Y, Ma H, West D, Lacey JV, Bernstein L. Anthropometric, behavioral, and female reproductive factors and risk of multiple myeloma: a pooled analysis. Cancer Causes Control 2013; 24(7): 1279-1289.

Sieh W, Lichtensztajn DY, Nelson DO, Cockburn M, West DW, Brooks JD, Chang ET. Treatment and mortality in men with localized prostate cancer: a population-based study in California. Open Prostate Cancer Journal 2013; 6: 1-9.

Yang EJ, Cheung CM, So SKS, Chang ET, Chao SD. Education and counseling of pregnant patients with chronic hepatitis B: perspectives from obstetricians and perinatal nurses in Santa Clara County, California. Asian Pacific Journal of Cancer Prevention 2013; 14(3): 1707-1713.

Gao Y, Li Q, Bassig BA, Chang ET, Dai M, Qin Q, Zhang Y, Zheng T. Subtype of dietary fat in relation to risk of Hodgkin lymphoma: a population-based case-control study in Connecticut and Massachusetts. Cancer Causes & Control 2013; 24(3): 485–494.

Li Q, Chang ET, Bassig BA, Dai M, Qin Q, Gao Y, Zhang Y, Zheng T. Body size and risk of Hodgkin's lymphoma by age and gender: a population-based case-control study in Connecticut and Massachusetts. Cancer Causes & Control 2013; 24(2): 287-295.

Simard JF, Baecklund F, Chang ET, Baecklund E, Hjalgrim H, Adami HO, Glimelius B, Smedby KE. Lifestyle factors, autoimmune disease and family history in prognosis of non-Hodgkin lymphoma overall and subtypes. International Journal of Cancer 2013; 132(11): 2659-2666.

Keegan THM, Moy LM, Foran JM, Shema SJ, Alizadeh AA, Chang ET, Schupp CW, Clarke CA, Glaser SL. Rituximab use and survival after diffuse large B-cell or follicular lymphoma: a population-based study. Leukemia & Lymphoma 2013; 54(4): 743-751.

Levin LI, Chang ET, Ambinder RF, Lennette ET, Rubertone MV, Mann RB, Borowitz M, Weir EG, Abbondanzo SL, Mueller NE. Atypical prediagnosis Epstein-Barr virus serology restricted to EBV-positive Hodgkin lymphoma. Blood 2012; 120(18): 3750-3755.

Johannesdottir SA, Chang ET, Mehnert F, Schmidt M, Olesen AB, Sørensen HT. Nonsteroidal anti-inflammatory drugs and risk of skin cancer: A population-based case-control study. Cancer 2012; 118(19): 4768-4776.

Chao SD, Cheung CM, Yang EJ, So SKS, Chang ET. Low levels of knowledge and preventive practices regarding vertical hepatitis B transmission among perinatal nurses. Journal of Obstetrical, Gynecological, and Neonatal Nursing 2012; 41(4): 494-505.

Dikalioti SK, Chang ET, Dessypris N, Papadopoulou C, Skenderis N, Pourtsidis A, Moschovi M, Polychronopoulou S, Athanasiadou-Piperopoulou F, Sidi V, Kalmanti M, Petridou ETh. Allergy-associated symptoms in relation to childhood non-Hodgkin's as contrasted to Hodgkin's lymphomas: a case-control study in Greece and meta-analysis. European Journal of Cancer 2012; 48(12): 1860-1866.

Chang ET, Gomez SL, Fish K, Schupp CW, Parsonnet J, DeRouen MC, Keegan THM, Clarke CA, Glaser SL. Gastric cancer incidence among Hispanics in California: patterns by time, nativity, and neighborhood characteristics. Cancer Epidemiology, Biomarkers & Prevention 2012; 21(5): 709-719.

Ha NB, Ha NB, Ahmed A, Ayoub W, Daugherty TJ, Chang ET, Lutchman GA, Garcia G, Cooper AD, Keeffe EB, Nguyen M. Risk factors for hepatocellular carcinoma in patients with chronic liver disease: a case-control study. Cancer Causes & Control 2012; 23(3): 455-462.

Edgren G, Liang L, Adami HO, Chang ET. Enigmatic sex disparities in cancer incidence. European Journal of Epidemiology 2012; 27(3): 187-196.

Horn-Ross PL, Chang ET, Clarke CA, Keegan TH, Rull RP, Quach T, Gomez SL. Nativity and papillary thyroid cancer incidence rates among Hispanic women in California. Cancer 2012; 118(1): 216-222.

Ai WZ, Chang ET, Fish K, Fu K, Weisenburger DD, Keegan THM. Racial patterns of extranodal natural killer/T-cell lymphoma, nasal type, in California: a population-based study. British Journal of Haematology 2012; 156(5): 626-632.

Liu Y, Huang Q, Liu W, Liu Q, Jia W, Chang E, Chen F, Liu Z, Guo X, Mo H, Chen J, Rao D, Ye W, Cao S, Hong M. Establishment of VCA and EBNA1 IgA-based combination by enzyme-linked immunosorbent assay as preferred screening method for nasopharyngeal carcinoma: A two-stage design with a preliminary performance study and a mass screening in southern China. International Journal of Cancer 2012; 131(2): 406-416.

Chen JJ, Chang ET, Chen YR, Bergin M, So SK. A model program for hepatitis B vaccination and education of schoolchildren in rural China. International Journal of Public Health 2012; 57(3): 581-588.

Bertrand KA, Chang ET, Abel GA, Zhang SM, Spiegelman D, Qureshi AA, Laden F. Sunlight exposure, vitamin D, and risk of non-Hodgkin lymphoma in the Nurses' Health Study. Cancer Causes & Control 2011; 22(12): 1731-1741.

Chang ET, Frøslev T, Sørensen HT, Pedersen L. A nationwide study of aspirin, other non-steroidal anti-inflammatory drugs, and Hodgkin lymphoma risk in Denmark. British Journal of Cancer 2011; 105(11): 1772-1782.

Wang HY, Sun BY, Zhu ZH, Chang ET, To KF, Hwang JSG, Jiang H, Kam MKM, Chen G, Cheah SL, Lee M, Liu ZW, Chen J, Zhang JX, Zhang HZ, He JH, Chen FL, Zhu XD, Huang MY, Liao DZ, Fu J, Shao Q, Cai MB, Du ZM, Yan LX, Hu CF, Ng HK, Wee JTS, Qian CN, Liu Q, Ernberg I, Ye W, Adami HO, Chan AT, Zhen YX, Shao JY. An eight-signature classifier for prediction of nasopharyngeal carcinoma survival. Journal of Clinical Oncology 2011; 29(34): 4516-4525.

Lipsett MJ, Ostro BD, Reynolds P, Goldberg D, Hertz A, Jerrett M, Smith DF, Garcia C, Chang ET, Bernstein L. Long-term exposure to air pollution and cardiorespiratory disease in the California Teachers Study Cohort. American Journal of Respiratory and Critical Care Medicine 2011; 184(7): 828-835.

Chang ET, Canchola AJ, Cockburn M, Lu Y, Wang SS, Bernstein L, Clarke CA, Horn-Ross PL. Adulthood residential ultraviolet radiation, sun sensitivity, dietary vitamin D, and risk of lymphoid malignancies in the California Teachers Study. Blood 2011; 118(6): 1591-1599.

Kasperzyk JL, Chang ET, Birmann BM, Kraft P, Zheng T, Mueller N. Nutrients and genetic variation involved in one-carbon metabolism and Hodgkin lymphoma risk: a population-based case-control study. American Journal of Epidemiology 2011; 174(7): 816-827.

Lu Y, Wang SS, Reynolds P, Chang ET, Ma H, Sullivan-Halley J, Clarke CA, Bernstein L. Cigarette smoking, passive smoking, and non-Hodgkin lymphoma risk: evidence from the California Teachers Study. American Journal of Epidemiology 2011; 174(5): 563-573.

Zhou B, Xiao L, Wang Z, Chang ET, Chen J, Hou J. Geographical and ethnic distribution of HBV C/D recombinant on the Qinghai-Tibet plateau. PLoS ONE 2011; 6(4): e18708.

Payne JL, Truebe S, Nützel A, Chang ET. Local and global abundance associated with extinction risk in late Paleozoic and early Mesozoic gastropods. Paleobiology 2011; 37(4): 616-632.

Smedby KE, Foo JN, Skibola CF, Darabi H, Conde L, Hjalgrim H, Kumar V, Chang ET, Rothman N, Cerhan JR, Brooks-Wilson AR, Rehnberg E, Irwan ID, Ryder LP, Brown PN, Bracci PM, Agana L, Riby J, Cozen W, Davis S, Hartge P, Morton LM, Severson RK, Wang SS, Slager SL, Fredericksen ZS, Novak AJ, Kay NE, Habermann TM, Armstrong B, Kricker A, Milliken S, Purdue MP, Vajdic CM, Boyle P, Lan Q, Zahm SH, Zhang Y, Zheng T, Leach S, Spinelli JJ, Smith MT, Chanock SJ, Padyukov L, Alfredsson L, Klareskog L, Glimelius B, Melbye M, Liu ET, Adami HO, Humphreys K, Liu J. GWAS of follicular lymphoma reveals allelic heterogeneity at 6p21.32 and suggests shared genetic susceptibility with diffuse large B-cell lymphoma. PLoS Genetics 2011; 7(4): e1001378.

Clarke CA, Glaser SL, Gomez SL, Wang SS, Keegan THM, Yang J, Chang ET. Lymphoid malignancies in US Asians: incidence rate differences by birthplace and acculturation. Cancer Epidemiology, Biomarkers & Prevention 2011; 20(6): 1064-1077.

Gomez SL, Chang ET, Shema SJ, Fish K, Sison JD, Reynolds P, Clément-Duchêne C, Wrensch M, Wiencke JL, Wakelee HA. Survival following non-small cell lung cancer among Asian/Pacific Islander and Latina women who have never smoked. Cancer Epidemiology, Biomarkers and Prevention 2011; 20(3): 545-554.

Horn-Ross PL, McClure LA, Chang ET, Clarke CA, Keegan THM, Rull RP, Quach T, Gomez SL. Papillary thyroid cancer incidence rates vary significantly by birthplace in Asian American women. Cancer Causes & Control 2011; 22(3): 479-485.

Bailey MB, Shiau R, Zola J, Fernyak SE, Fang T, So SKS, Chang ET. San Francisco Hep B Free: A grassroots community coalition to prevent hepatitis B and liver cancer. Journal of Community Health 2011; 36(4): 538-551.

Chang ET, Canchola AJ, Clarke CA, Lu Y, West DW, Bernstein L, Wang SS, Horn-Ross PL. Dietary phytocompounds and risk of lymphoid malignancies in the California Teachers Study cohort. Cancer Causes & Control 2011; 22(2): 237-249.

Chu KP, Shema S, Wu S, Gomez SL, Chang ET, Le Q. Head and neck cancer specific survival based on socioeconomic status in Asians and Pacific Islanders. Cancer 2011; 117(9): 1935-1945.

Enciso-Mora V, Broderick P, Ma Y, Jarrett RF, Hjalgrim H, Hemminki K, van den Berg A, Olver B, Lloyd A, Dobbins SE, Lightfoot T, van Leeuwen FE, Försti A, Diepstra A, Broeks A, Vijayakrishnan J, Shield L, Lake A, Montgomery D, Roman E, Engert A, von Strandmann EP, Reiners KS, Nolte IM, Smedby KE, Adami HO, Russell NS, Glimelius B, Hamilton-Dutoit S, de Bruin M, Ryder LP, Molin D, Sorensen KM, Chang ET, Taylor M, Cooke R, Hofstra R, Westers H, van Wezel T, van Eijk R, Ashworth A, Rostgaard K, Melbye M, Swerdlow AJ, Houlston RS. A genome-wide association study of Hodgkin's lymphoma identifies new susceptibility loci at 2p16.1 (REL), 8q24.21 and 10p14 (GATA3). Nature Genetics 2010; 42(12): 1126-1130.

Smedby KE, Eloranta S, Duvefelt K, Melbye M, Humphreys K, Hjalgrim H, Chang ET. Vitamin D receptor genotypes, ultraviolet radiation exposure and risk of non-Hodgkin lymphoma. American Journal of Epidemiology 2011; 173(1): 48-54.

Telli ML, Chang ET, Kurian AW, Keegan THM, McClure LA, Lichtensztajn D, Ford JM, Gomez SL. Asian ethnicity and breast cancer subtypes: A study from the California Cancer Registry. Breast Cancer Research and Treatment 2011; 127(2): 471-478.

Lu Y, Wang SS, Sullivan-Halley J, Chang ET, Clarke CA, Henderson KD, Ma H, Duan L, Lacey JV Jr, Deapen D, Bernstein L. Oral contraceptives, menopausal hormone therapy use and risk of B-cell non-Hodgkin lymphoma in the California Teachers Study. International Journal of Cancer 2011; 129(4): 974-982.

Stram DO, Liu Y, Henderson KD, Sullivan-Halley J, Luo J, Saxena T, Reynolds P, Chang ET, Neuhausen SL, Horn-Ross PL, Ursin G. Age-specific effects of hormone therapy use on overall mortality and ischemic heart disease mortality among women in the California Teachers Study. Menopause 2011; 18(3): 253-261.

Chang ET, Clarke CA, Canchola AJ, Lu Y, Wang SS, Ursin G, West DW, Bernstein L, Horn-Ross PL. Alcohol consumption over time and risk of lymphoid malignancies in the California Teachers Study cohort. American Journal of Epidemiology 2010; 172(12): 1373-1383.

Chang ET, Yang J, Alfaro-Velcamp T, So SK, Glaser SL, Gomez SL. Disparities in liver cancer incidence by nativity, acculturation, and socioeconomic status in California Hispanics and Asians. Cancer Epidemiology, Biomarkers & Prevention 2010; 19(12): 3106-3118.

Canchola AJ, Chang ET, Bernstein L, Largent JA, Reynolds P, Deapen D, Henderson KD, Ursin G, Horn-Ross PL. Body size and the risk of ovarian cancer by hormone therapy use in the California Teachers Study cohort. Cancer Causes & Control 2010; 21(9): 1407-1416.

Bertrand KA, Birmann BM, Chang ET, Spiegelman D, Aster JC, Zhang SM, Laden F. A prospective study of Epstein-Barr virus antibodies and risk of non-Hodgkin lymphoma. Blood 2010; 116(18): 3547-3553.

Conde L, Halperin E, Akers NK, Brown KM, Smedby KE, Rothman N, Nieters A, Slager SL, Brooks-Wilson A, Agana L, Riby J, Liu J, Adami HO, Darabi H, Hjalgrim H, Low HQ, Humphreys K, Melbye M, Chang ET, Glimelius B, Cozen W, Davis S, Hartge P, Morton LM, Schenk M, Wang SS, Armstrong B, Kricker A, Milliken S, Purdue MP, Vajdic CM, Boyle P, Lan Q, Zahm SH, Zhang Y, Zheng T, Becker N, Benavente Y, Boffetta P, Brennan P, Butterbach K, Cocco P, Foretova L, Maynadié M, de Sanjosé S, Staines A, Spinelli JJ, Achenbach SJ, Call TG, Camp NJ, Glenn M, Caporaso NE, Cerhan JR, Cunningham JM, Goldin LR, Hanson CA, Kay NE, Lanasa MC, Leis JF, Marti GE, Rabe KG, Rassenti LZ, Spector LG, Strom SS, Vachon CM, Weinberg JB, Holly EA, Chanock S, Smith MT, Bracci PM, Skibola CF. Genome-wide association study of follicular lymphoma identifies a risk locus at 6p21.32. Nature Genetics 2010; 42(8): 661-664.

Canchola AJ, Chang ET, Bernstein L, Largent JA, Reynolds P, Deapen D, Ursin G, Horn-Ross PL. Body size and the risk of endometrial cancer by hormone therapy use in postmenopausal women in the California Teachers Study cohort. Cancer Causes & Control 2010; 21(9): 1407-1416.

Lu Y, Ma H, Sullivan-Halley J, Henderson KD, Chang ET, Clarke CA, Neuhausen SL, West DW, Bernstein L, Wang SS. Parents' ages at birth and risk of adult-onset hematological malignancies among California female teachers. American Journal of Epidemiology 2010; 171(12): 1262-1269.

Hjalgrim H, Rostgaard K, Johnson PCD, Lake A, Shield L, Little A-M, Smedby KE, Adami HO, Glimelius B, Hamilton-Dutoit S, Kane E, Taylor GM, McConnachie A, Ryder LP, Sundstrom C, Andersen PA, Chang ET, Alexander FE, Melbye M, Jarrett RF. HLA-A alleles and infectious mononucleosis suggest a critical role for cytotoxic T-cell response in EBV-related Hodgkin lymphoma. Proceedings of the National Academy of Science 2010; 107(14): 6400-6405.

Gomez SL, Clarke CA, Shema SJ, Chang ET, Keegan TH, Glaser SL. Disparities in breast cancer survival among Asian women by ethnicity and immigrant status: a population-based study. American Journal of Public Health 2010; 100(5): 861-869.

Chao J, Chang ET, So SK. Hepatitis B and liver cancer knowledge and practices among healthcare and public health professionals in China: a cross-sectional study. BMC Public Health 2010; 10(1): 98.

Clarke CA, Miller T, Chang ET, Yin D, Cockburn MG, Gomez SL. Racial and social class gradients in life expectancy in contemporary California. Social Science and Medicine 2010; 70(9): 1373-1380.

Fernberg P, Chang ET, Duvefelt K, Hjalgrim H, Eloranta S, Sørensen KM, Porwit A, Humphreys K, Melbye M, Smedby KE. Genetic variation in chromosomal translocation breakpoint and immune function genes and risk of non-Hodgkin lymphoma. Cancer Causes & Control 2010; 21(5): 759-769.

Filion EJ, McClure LA, Huang D, Seng K, Kaplan MJ, Colevas AD, Gomez SL, Chang ET, Le QT. Higher incidence of head and neck cancers among Vietnamese American men in California. Head & Neck 2010; 32(10): 1336-1344.

Gomez SL, Quach T, Horn-Ross PL, Pham JT, Cockburn M, Chang ET, Keegan THM, Glaser SL, Clarke CA. Hidden breast cancer disparities in Asian women: Disaggregating incidence rates by ethnicity and migrant status. American Journal of Public Health 2010; 100 Suppl 1: s125-3.

Chang ET, Cronin-Fenton DP, Friis S, Hjalgrim H, Sørensen HT, Pedersen L. Aspirin and other nonsteroidal anti-inflammatory drugs in relation to Hodgkin lymphoma risk in Northern Denmark. Cancer Epidemiology, Biomarkers & Prevention 2010; 19(1): 59-64.

Prescott J, Lu Y, Chang ET, Sullivan-Halley J, Henderson KD, Clarke CA, Ma H, Templeman C, Deapen D, Bernstein L. Reproductive factors and non-Hodgkin lymphoma risk in the California Teachers Study. PLoS ONE 2009; 4(12): e8135.

West-Wright CN, Henderson KD, Sullivan-Halley J, Ursin G, Deapen D, Neuhausen S, Reynolds P, Chang E, Ma H, Bernstein L. Long-term and recent recreational physical activity and survival after breast cancer: The California Teachers Study. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(11): 2851-2859.

Lu Y, Sullivan-Halley J, Cozen W, Chang ET, Henderson K, Ma H, Deapen D, Clarke C, Reynolds P, Neuhausen SL, Anton-Culver H, Ursin G, West D, Bernstein L. Family history of haematopoietic malignancies and non-Hodgkin's lymphoma risk in the California Teachers Study. British Journal of Cancer 2009; 100(3): 524-526.

Lu Y, Prescott J, Sullivan-Halley J, Henderson KD, Ma H, Chang ET, Clarke CA, Horn-Ross PL, Ursin G, Bernstein L. Body size, recreational physical activity and B-cell non-Hodgkin lymphoma risk among women in the California Teachers Study. American Journal of Epidemiology 2009; 170(10): 1231-1240.

Chang ET, Shema SJ, Wakelee HA, Clarke CA, Gomez SL. Uncovering disparities in survival after nonsmall-cell lung cancer among Asian/Pacific Islander ethnic populations in California. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(8): 2248-2255.

Keegan THM, Clarke CA, Chang ET, Shema SJ, Glaser SL. Disparities in survival after Hodgkin lymphoma: a population-based study. Cancer Causes & Control 2009; 20(10): 1881-1892. NIHMSID153475.

Chao SD, Chang ET, So SK. Eliminating the threat of chronic hepatitis B in the Asian and Pacific Islander community: a call to action. Asian Pacific Journal of Cancer Prevention 2009; 10(3): 497-512.

Lin SY, Chang ET, So K. Stopping a silent killer in the underserved Asian and Pacific Islander community: A chronic hepatitis B and liver cancer prevention clinic by medical students. Asian Pacific Journal of Cancer Prevention 2009; 10(3): 383-386.

Hausauer AK, Keegan THM, Chang ET, Glaser SL, Howe H, Clarke CA. Recent trends in breast cancer incidence in US white women by urban/rural and poverty status. BMC Medicine 2009; 7: 31.

Phillips KA, Milne RL, West DW, Goodwin PJ, Giles GG, Chang ET, Figueiredo JC, Friedlander ML, Keegan THM, Glendon G, Apicella C, O'Malley FP, Southey MC, Andrulis IL, John EM, Hopper JL. Prediagnosis reproductive factors and all-cause mortality for women with breast cancer in the Breast Cancer Family Registry. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(6): 1792-1797.

Chang ET, Nguyen BH, So SK. Attitudes toward hepatitis B and liver cancer prevention among Chinese Americans in the San Francisco Bay Area. Asian Pacific Journal of Cancer Prevention 2008; 9(4): 605-613.

Chang ET, Birmann BM, Kasperzyk JL, Conti DV, Kraft P, Ambinder RF, Zheng T, Mueller NE. Polymorphic variation in aspirin-related genes and risk of Hodgkin lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2009; 18(3): 976-986.

Chao SD, Chang ET, Le PV, Prapong W, Kiernan M, So SK. The Jade Ribbon Campaign: a model program for community outreach and education to prevent liver cancer in Asian Americans. Journal of Immigrant and Minority Health 2009; 11(4): 281-290.

Raz DJ, Gomez SL, Chang ET, Kim JY, Keegan THM, Pham J, Kukreja J, Hiatt RA, Jablons DM. Epidemiology of non-small cell lung cancer in Asian Americans: incidence patterns among six subgroups by nativity. Journal of Thoracic Oncology 2008; 3(12): 1391-1397.

Chang ET, Milne RL, Phillips K, Figueiredo JC, Sangaramoorthy M, Keegan THM, Andrulis IL, Hopper JL, Goodwin PJ, O'Malley FP, Weerasooriya N, Apicella C, Southey MC, Friedlander ML, Giles GG, Whittemore AS, West DW, John EM. Family history of breast cancer and all-cause mortality after breast cancer diagnosis in the Breast Cancer Family Registry. Breast Cancer Research and Treatment 2009; 117(1): 167-176.

Wiklund F, Lageros YT, Chang ET, Bälter KA, Stattin P, Adami HO, Grönberg H. Lifetime total physical activity and prostate cancer risk: a population-based case-control study in Sweden. European Journal of Epidemiology 2008; 23(11): 739-746.

Biggar RJ, Johansen JS, Smedby KE, Rostgaard K, Chang ET, Adami HO, Glimelius B, Molin D, Hamilton-Dutoit S, Melbye M, Hjalgrim H. Serum YKL-40 and interleukin 6 levels in Hodgkin lymphoma. Clinical Cancer Research 2008; 14(21): 6974-6978.

Chang ET, Sue E, Zola J, So SK. 3 For Life: A model program to prevent hepatitis B and liver cancer in Asian and Pacific Islander Americans. American Journal of Health Promotion 2009; 23(3): 176-181.

Glaser SL, Gulley ML, Clarke CA, Keegan THM, Chang ET, Shema SJ, Craig FE, DiGiuseppe JA, Dorfman RF, Mann RB, Anton-Culver H, Ambinder RF. Racial/ethnic variation in EBV-positive classical Hodgkin lymphoma in California populations. International Journal of Cancer 2008; 123(7): 1499-1507.

Henderson KD, Sullivan-Halley J, Reynolds P, Horn-Ross PL, Clarke CA, Chang ET, Neuhausen S, Ursin G, Bernstein L. Incomplete pregnancy is not associated with breast cancer risk: the California Teachers Study. Contraception 2008; 77(6): 391-396.

Schöllkopf C, Melbye M, Munksgaard L, Smedby KE, Rostgaard K, Glimelius B, Chang ET, Roos G, Hansen M, Adami HO, Hjalgrim H. Borrelia infection and risk of non-Hodgkin lymphoma. Blood 2008; 111(12): 5524-5529.

Chang ET, Lee VS, Canchola AJ, Dalvi TB, Clarke CA, Reynolds P, Purdie DM, Stram DO, West DW, Ziogas A, Bernstein L, Horn-Ross PL. Dietary patterns and risk of ovarian cancer in the California Teachers Study cohort. Nutrition and Cancer 2008; 60(3): 285-291.

Schöllkopf C, Smedby KE, Hjalgrim H, Rostgaard K, Jensen IP, Vinner L, Chang ET, Glimelius B, Porwit A, Sundström C, Hansen M, Adami HO, Melbye M. Hepatitis C infection and risk of malignant lymphoma. International Journal of Cancer 2008; 122(8): 1885-1890.

Chang ET, Lin SY, Sue E, Bergin M, Su J, So SK. Building partnerships with traditional Chinese medicine practitioners to increase hepatitis B awareness and prevention. Journal of Alternative & Complementary Medicine 2007; 13(10): 1125-1127.

Hausauer AK, Keegan THM, Chang ET, Clarke CA. Recent breast cancer trends among Asian/Pacific Islander, Hispanic, and African-American women in the US: Changes by tumor subtype. Breast Cancer Research 2007; 9(6):R90.

Keegan THM, Chang ET, John EM, Horn-Ross PL, Wrensch MR, Glaser SL, Clarke CA. Recent changes in breast cancer incidence and risk factor prevalence in San Francisco Bay Area women: 1988-2004. Breast Cancer Research 2007; 9(5):R62.

Smedby KE, Hjalgrim H, Chang ET, Rostgaard K, Glimelius B, Adami HO, Melbye M. Childhood social environment and risk of non-Hodgkin lymphoma in adults. Cancer Research 2007; 67(22): 11074-11082.

Czene K, Adami HO, Chang ET. Sex- and kindred-specific familial risk of non-Hodgkin lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2007; 16(11): 2496-2499.

Lin SY, Chang ET, So SK. Why we should routinely screen Asian American adults for hepatitis B: a cross-sectional study of Asians in California. Hepatology 2007; 46(4): 1034-1040.

Hjalgrim H, Smedby KE, Rostgaard K, Amini R-M, Molin D, Hamilton-Dutoit S, Schöllkopf C, Chang ET, Ralkiaer E, Adami HO, Glimelius B, Melbye M. Cigarette smoking and risk of Hodgkin lymphoma: a population-based case-control study. Cancer Epidemiology, Biomarkers & Prevention 2007; 16(8): 1561-1566.

Glaser SL, Chang ET, Horning SJ, Clarke CA. Understanding the validity of self-reported positive family history of lymphoma in extended families to facilitate genetic epidemiology and clinical practice. Leukemia & Lymphoma 2007; 48(6): 1110-1118.

Wu CA, Lin SY, So SK, Chang ET. Hepatitis B and liver cancer knowledge and preventive practices among Asian Americans in the San Francisco Bay Area, California. Asian Pacific Journal of Cancer Prevention 2007; 8(1): 127-134.

Chang ET, Keegan THM, Gomez SL, Le GM, Clarke CA, So SK, Glaser SL. The burden of liver cancer in Asians and Pacific Islanders the Greater San Francisco Bay Area, 1990 through 2004. Cancer 2007; 109(10): 2100-2108.

Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. The non-Hodgkin lymphomas: A review of the epidemiologic literature. International Journal of Cancer 2007; 120(S12): 1-39.

Hjalgrim H, Smedby KE, Rostgaard K, Molin D, Hamilton-Dutoit S, Chang ET, Ralkiaer E, Sundström C, Adami HO, Glimelius B, Melbye M. Infectious mononucleosis, childhood social environment and risk of Hodgkin lymphoma. Cancer Research 2007; 67(5): 2382-2388.

Wakelee HA, Chang ET, Gomez SL, Keegan THM, Feskanich D, Clarke CA, Holmberg L, Yong LC, Kolonel LN, Gould MK, West DW. Lung cancer incidence in never-smokers. Journal of Clinical Oncology 2007; 25(5): 472-478.

Melbye M, Smedby KE, Lehtinen T, Rostgaard K, Glimelius B, Munksgaard L, Schöllkopf C, Sundström C, Chang ET, Koskela P, Adami HO, Hjalgrim H. Atopy and risk of non-Hodgkin lymphoma. Journal of the National Cancer Institute 2007; 99(2): 158-166.

Chang ET, Lee VS, Canchola AJ, Clarke CA, Purdie DM, Reynolds P, Anton-Culver H, Bernstein L, Deapen D, Peel D, Pinder R, Ross RK, Stram DO, West DW, Wright W, Ziogas A, Horn-Ross PL. Diet and risk of ovarian cancer in the California Teachers Study cohort. American Journal of Epidemiology 2007; 165(7): 802-813.

Chang ET, Canchola AJ, Lee VS, Clarke CA, Purdie DM, Reynolds P, Bernstein L, Stram DO, Anton-Culver H, Deapen D, Mohrenweiser H, Peel D, Pinder R, Ross RK, West DW, Wright W, Ziogas A, Horn-Ross PL. Wine and other alcohol consumption and risk of ovarian cancer in the California Teachers Study cohort. Cancer Causes and Control 2007; 18(1): 91-103.

Hedelin M, Chang ET, Wiklund F, Bellocco R, Klint Å;, Adolfsson J, Shahedi K, Xu J, Adami HO, Grönberg H, Bälter KA. Association of frequent consumption of fatty fish with prostate cancer risk is modified by COX-2 polymorphism. International Journal of Cancer 2007; 120(2): 398-405.

Chang ET, Bälter KA, Torrång A, Smedby KE, Melbye M, Sundström C, Glimelius B, Adami HO. Nutrient intake and risk of non-Hodgkin's lymphoma. American Journal of Epidemiology 2006(12): 1222-1232.

Chang ET, Adami HO. The enigmatic epidemiology of nasopharyngeal carcinoma. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(10): 1765-1777.

Hedelin M, Bälter KA, Chang ET, Bellocco R, Klint Å;, Johansson J-E, Wiklund F, Thellenberg-Karlsson C, Adami HO, Grönberg H. Dietary intake of phytoestrogens, estrogen receptor-beta polymorphisms and the risk of prostate cancer. Prostate 2006; 66(14): 1512-1520.

Keegan THM, Glaser SL, Clarke CA, Dorfman RF, Mann RB, DiGuiseppe JA, Chang ET, Ambinder RF. Body size, physical activity and risk of Hodgkin's lymphoma in women. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(6): 1091-1101.

Nordenvall C, Chang ET, Adami HO, Ye W. Cancer risk among patients with condylomata acuminata. International Journal of Cancer 2006; 119(4): 888-893.

Smedby KE, Lindgren C, Hjalgrim H, Humphreys K, Schöllkopf C, Chang ET, Roos G, Falk K, Palmgren J, Melbye M, Glimelius B, Adami HO. Variation in DNA repair genes ERCC2, XRCC1, and XRCC3 and risk of follicular lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2006; 15(2): 258-265.

Hedelin M, Klint Å;, Chang ET, Bellocco R, Johansson J-E, Andersson S-O, Heinonen S-M, Adlercreutz H, Adami HO, Grönberg H, Bälter KA. Dietary phytoestrogen, serum enterolactone and risk of prostate cancer: The Cancer Prostate Sweden Study. Cancer Causes & Control 2006; 17(2): 169-180.

Chang ET, Smedby KE, Hjalgrim H, Glimelius B, Adami HO. Reliability of self-reported family history of cancer in lymphoma cases and controls compared with Swedish Cancer Register data. Journal of the National Cancer Institute 2006; 98(1): 61-68.

Smedby KE, Hjalgrim H, Askling J, Chang ET, Gregersen H, Porwit-MacDonald A, Sundström C, Å;kerman M, Melbye M, Glimelius B, Adami HO. Autoimmune and chronic inflammatory disorders and risk of non-Hodgkin lymphoma by subtype. Journal of the National Cancer Institute 2006; 98(1): 51-60.

Chang ET, Smedby KE, Hjalgrim H, Porwit-MacDonald A, Roos G, Glimelius B, Adami HO. Family history of hematopoietic malignancy and risk of lymphoma. Journal of the National Cancer Institute 2005; 97(18): 1466-1474.

Chang ET, Smedby KE, Hjalgrim H, Schöllkopf C, Porwit-MacDonald A, Sundström C, Tani E, d'Amore F, Melbye M, Adami HO, Glimelius B. Medication use and risk of non-Hodgkin's lymphoma. American Journal of Epidemiology 2005; 162(10): 965-974.

Morton LM, Zheng T, Holford TR, Holly EA, Chiu BCH, Costantini AS, Stagnaro E, Willett EV, Dal Maso L, Serraino D, Chang ET, Cozen W, Davis S, Severson RK, Bernstein L, Mayne ST, Dee FR, Cerhan JR, Hartge P. Alcohol consumption and risk of non-Hodgkin lymphoma: A pooled analysis. Lancet Oncology 2005; 6(7): 469-476.

Chang ET, Hedelin M, Adami HO, Grönberg H, Bälter KA. Alcohol drinking and risk of localized versus advanced and sporadic versus familial prostate cancer in Sweden. Cancer Causes & Control 2005; 16(3): 275-284.

Chang ET, Blomqvist P, Lambe M. Seasonal variation in the diagnosis of Hodgkin lymphoma in Sweden. International Journal of Cancer 2005; 115(1): 127-130.

Chang ET, Smedby KE, Zhang SM, Hjalgrim H, Melbye M, Öst Å;, Glimelius B, Wolk A, Adami HO. Dietary factors and risk of non-Hodgkin lymphoma in men and women. Cancer Epidemiology, Biomarkers & Prevention 2005; 14(2): 512-520.

Chang ET, Hjalgrim H, Smedby KE, Å;kerman M, Tani E, Glimelius B, Adami HO, Melbye M. Body mass index and risk of malignant lymphoma in Scandinavian men and women. Journal of the National Cancer Institute 2005; 97(3): 210-218.

Chang ET, Smedby KE, Zhang SM, Hjalgrim H, Melbye M, Öst Å;, Wolk A, Adami HO, Glimelius B. Alcohol intake and risk of non-Hodgkin lymphoma in men and women. Cancer Causes & Control 2004; 15(10): 1067-1076.

Chang ET, Zheng T, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Childhood social environment and Hodgkin's lymphoma: New findings from a population-based case-control study. Cancer Epidemiology, Biomarkers & Prevention 2004; 13(8): 1361-1370.

Chang ET, Montgomery SM, Richiardi L, Ehlin A, Ekbom A, Lambe M. Number of siblings and Hodgkin's lymphoma. Cancer Epidemiology, Biomarkers & Prevention 2004; 13(7): 1236-1243.

Chang ET, Zheng T, Lennette ET, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Heterogeneity of risk factors and antibody profiles in Epstein-Barr virus genome-positive and genomenegative Hodgkin's lymphoma. Journal of Infectious Diseases 2004; 189(12): 2271-2281.

Chang ET, Zheng T, Weir EG, Borowitz M, Mann RB, Spiegelman D, Mueller NE. Aspirin and the risk of Hodgkin's lymphoma in a population-based case-control study. Journal of the National Cancer Institute 2004; 96(4): 305-315.

Chang CCY, Sakashita N, Ornvold K, Lee O, Chang ET, Dong R, Lin S, Lee CYG, Stron SC, Kashyap R, Fung JJ, Farese RV Jr., Patoiseau JF, Delhon A, Chang TY. Immunological quantitation and localization of ACAT-1 and ACAT-2 in human liver and small intestine. Journal of Biological Chemistry 2000; 275(36): 28083-28092.

Chang CCY, Lee CYG, Chang ET, Cruz JC, Levesque MC, Chang TY. Recombinant acyl-CoA:cholesterol acyltransferase-1 (ACAT-1) purified to essential homogeneity utilizes cholesterol in mixed micelles or in vesicles in a highly cooperative manner. Journal of Biological Chemistry 1998; 273(52): 35132-35141.

Lavan BE, Fantin VR, Chang ET, Lane WS, Keller SK, Lienhard GE. A novel 160-kDa phosphotyrosine protein in insulin-treated embryonic kidney cells is a new member of the insulin receptor substrate family. Journal of Biological Chemistry 1997; 274(34): 21403-21407.

**Book Chapters, Research Letters, and Invited Commentaries**

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Re: "Diesel exhaust and lung cancer—aftermath of becoming an IARC group 1 carcinogen". American Journal of Epidemiology 2019; 188(2): 489-491.

Chang ET, Lau EC, Van Landingham C, Crump KS, McClellan RO, Moolgavkar SH. Chang et al. reply. American Journal of Epidemiology 2019; 188(2): 485-486.

Ong KL, Chang ET. The need for standardization, terminology, and interfacing retrieval analysis with registries. In: Beyond the Implant: Retrieval Analysis Methods for Implant Surveillance, ASTM STP1606. Mihalko WM, Lemons JE, Greenwald AS, Kurtz SM (eds), West Conshohocken, PA: ASTM International, 2018: 39-48.

Chang ET, Adami HO. Chapter 8: Nasopharyngeal carcinoma. In: Textbook of Cancer Epidemiology, 3rd edition. Adami HO, Hunter D, Lagiou P, Mucci L (eds), New York: Oxford University Press, 2018: 159-181.

Chang ET, Liu Z, Hildesheim A, Adami HO, Ye W. Five authors reply. American Journal of Epidemiology 2018; 187(2): 399.

Chang ET, Hildesheim A. Chapter 26. Nasopharyngeal cancer. In: Schottenfeld and Fraumeni: Cancer Epidemiology and Prevention, 4th edition. Thun MJ, Linet MS, Cerhan JR, Haiman CA, Schottenfeld D (eds), New York: Oxford University Press, 2017: 489-504.

Hjalgrim H, Chang ET, Glaser SL. Chapter 39. Hodgkin lymphoma. In: Schottenfeld and Fraumeni: Cancer Epidemiology and Prevention, 4th edition. Thun MJ, Linet MS, Cerhan JR, Haiman CA, Schottenfeld D (eds), New York: Oxford University Press, 2017: 745-765.

Moolgavkar SH, Chang ET, Mezei G, Mowat FS. Chapter 3. Epidemiology of mesothelioma. In: Asbestos and Mesothelioma. Testa JR (ed), Cham, Switzerland: Springer, 2017: 43-72.

Glaser SL, Chang ET, Clarke CA, Keegan TH. Chapter 1. Epidemiology. In: Hodgkin Lymphoma: A Comprehensive Overview, 2nd Edition. Engert A, Younes A (eds), New York: Springer, 2015: 3-26.

Chang ET and Barraj L. Chapter 3-7. Clinical Research for Medical Devices. In: Bringing Your Medical Device to Market. Reiss JB (ed), Washington, D.C.: The Food and Drug Law Institute 2013; 239-251.

Glaser SL, Chang ET, Clarke CA, Keegan THM. Chapter 1. Epidemiology. In: Hodgkin Lymphoma: A Comprehensive Update on Diagnostics and Clinics. Engert A, Horning S (eds), New York: Springer, 2010: 3-20.

Gomez SL, Lichtensztajn D, Kurian AW, Telli ML, Chang ET, Keegan THM, Glaser SL, Clarke CA. Increasing mastectomy rates for early-stage breast cancer? Population-based trends from California. Journal of Clinical Oncology 2010; 28(10): e155-157.

Chang ET, So SK. Chapter 9. Chronic hepatitis B and liver cancer: The greatest health disparity between Asian and non-Asian Americans. In: Praeger Handbook of Asian American Health: Taking Notice and Taking Action. Bateman WB, Abesamis-Mendoza N, Ho-Asjoe H (eds), Santa Barbara, CA: ABC-CLIO, 2009: 177-199.

Wakelee HA, Gomez SL, Chang ET. Sex differences in lung cancer susceptibility: A smoke screen? Lancet Oncology 2008; 9(7): 609-610.

Chang ET, So SK. Re: "Ten largest racial and ethnic health disparities in the United States based on Healthy People 2010 objectives". American Journal of Epidemiology 2007; 166(9): 1105-1106.

Gomez SL, Clarke CA, Chang ET, Keegan THM, West DW, So SK, Glaser SL. Response to McCracken et al.: Cancer Surveillance Among Asian Americans, CA: A Cancer Journal for Clinicians 2007 Aug 28 (eLetter).

Chang ET, Adami HO. Chapter 8. Nasopharyngeal carcinoma. In: Textbook of Cancer Epidemiology, 2nd Edition. Adami HO, Hunter D, Trichopoulos D (eds), New York: Oxford University Press, 2008: 175-195.

Mueller NE, Grufferman S, Chang ET. Chapter 2. The epidemiology of Hodgkin lymphoma. In: Hodgkin Lymphoma, 2nd Edition. Hoppe RT, Armitage JO, Diehl V, Mauch PM, Weiss LM (eds), Philadelphia, PA: Lippincott Williams & Wilkins, 2007: 7-23.

Chang ET, Clarke CA, Glaser SL. Making sense of seasonal fluctuations in lymphoma diagnosis. Leukemia & Lymphoma 2007; 48(2): 223-224.

Chang ET, Hedelin M, Adami HO, Grönberg H, Bälter KA. Re: Zinc supplement use and risk of prostate cancer. Journal of the National Cancer Institute 2004; 96(14): 1108.

Birmann B, Chang ET, Mueller NE. Chapter 2. Epidemiology of lymphoma. In: Malignant Lymphomas. Grossbard ML (ed), Hamilton, Ontario: BC Decker, Inc., 2002: 31-46.

**Abstracts, Posters, and Presentations**

Chang ET. Epidemiology of cancer and inorganic arsenic in drinking water and the basis for estimated threshold of 100 μL. Presentation and panel discussion at The Toxicology Forum 45th Annual Summer Meeting, Alexandria, Virginia, July 8, 2019.

Chang ET. Separating association from causation using epidemiology. Webinar for DRI Toxic Torts and Environmental Law Committee, May 21, 2019.

Lewis RC, Chang ET. Beyond compliance: a greater understanding of exposure limits for informing risk communication. Webinar for PLAC, May 16, 2019.

Yeo YH, Le MH, Chang ET, Henry L, Nguyen MH. The majority of previously uninfected high-risk adults in the United States do not have immunity against hepatitis B virus: a population-based study. Abstract and presentation at AASLD The Liver Meeting, San Francisco, California, November 9-13, 2018.

Pace N, Chang ET. The epidemiology of chloroform exposure and developmental outcomes: a systematic review. Abstract and presentation at Teratology Society 58th Annual Meeting, Clearwater, Florida, June 23-27, 2018.

McClellan RO, Chang ET, Lau EC, Van Landingham C, Crump KS, Moolgavkar SH. Case study in data access and reanalysis: Diesel engine exhaust and lung cancer mortality in the Diesel Exhaust in Miners (DEMS) cohort using alternative exposure estimates and radon adjustment. Abstract and presentation at Society for Risk Analysis 2017, Arlington, Virginia, December 10-14, 2017.

Kurtz SM, Lau E, Chang E, Son M, Zimmerli W, Parvizi J. Are we winning or losing the war with PJI: trends in PJI and mortality risk for the Medicare population. Abstract and presentation at The Knee Society 2017, Naples, Florida, September 14-16, 2017.

Chen VL, Podlaha O, Estevez J, Li B, Le A, Vutien P, Chang ET, Pflanz S, Jiang Z, Ge D, Gaggar A, Nguyen MH. High serum soluble intracellular adhesion molecule 1 (sICAM-1) concentration is associated with hepatocellular carcinoma development in hepatitis B virus, hepatitis C virus, and non-viral liver disease: Multiplex analysis of 51 cytokines and other serum markers. Abstract and presentation at Digestive Disease Week 2016, San Diego, California, May 21-24, 2016.

Estevez J, Chen VL, Podlaha O, Li B, Le A, Vutien P, Chang ET, Jiang Z, Pflanz S, Ge D, Gaggar A, Nguyen MH. Differential cytokine profiles in patients with hepatocellular carcinoma related to hepatitis B virus (HBV) and hepatitis C virus (HCV) infection. Abstract and presentation at Digestive Disease Week 2016, San Diego, California, May 21-24, 2016.

Chang ET. Weight-of-evidence synthesis in epidemiology: What's the bottom line? Presentation at DRI Toxic Torts and Environmental Law Seminar, New Orleans, Louisiana, March 17-18, 2016.

Chen VL, Vutien P, Li B, Podlaha O, Chang ET, Jiang Z, Ge D, Gaggar A, Nguyen MH. Differential serum cytokine profiles in patients with hepatitis B virus (HBV), hepatitis C virus (HCV), and non-viral non-autoimmune liver disease, with or without hepatocellular carcinoma (HCC). Abstract and poster at AASLD The Liver Meeting 2015, San Francisco, California, November 13-17, 2015.

Plenary speaker. NPC international incidence and risk factors. 7th International Biannual Symposium on Nasopharyngeal Carcinoma 2015, Yogyakarta, Indonesia, June 3-6, 2015.

Session chair for plenary session on genetics and epigenetics of nasopharyngeal carcinoma. 7th International Biannual Symposium on Nasopharyngeal Carcinoma 2015, Yogyakarta, Indonesia, June 3-6, 2015.

Invited speaker. Reanalysis of the Diesel Exhaust in Miners Study (DEMS) cohort. Mario Negri Institute for Pharmacological Research, Milan, Italy, March 12, 2015.

Epstein MM, Chang ET, Zhang Y, Fung T, Batista JL, Ambinder RF, Zheng T, Mueller NE, Birmann BM. Diet patterns and risk of Hodgkin lymphoma in a population-based case-control study. Abstract and presentation at 2014 InterLymph Annual Meeting, Los Angeles, CA, June 17-20, 2014.

Hjalgrim H, Monnereau A, Glaser SL, Chang E. Risk factors for classical Hodgkin lymphoma. Presentation at 2013 InterLymph Annual Meeting, Dijon, France, June 24-26, 2013.

Birmann BM, Epstein MM, Chang ET, Zhang Y, Fung T, Kasperzyk J, Ambinder RF, Zheng T, Mueller NE. Dietary patterns and risk of Hodgkin lymphoma in a population-based case-control study [Abstract 491-S]. American Journal of Epidemiology 2013; 177(11Suppl): S123. Poster at 46th Annual Society for Epidemiologic Research (SER) Meeting, Boston, MA, June 18-21, 2013.

Gao L, Chang E, Nelson D, Vutien P, Rosenberg-Hassan Y, Nguyen MH. Serum cytokine profiles and hepatocellular carcinoma (HCC) in patients with chronic hepatitis C. Poster at Digestive Disease Week, Orlando, FL, May 18–21, 2013.

Vutien P, Chang E, Nelson D, Gao L, Rosenberg-Hassan Y, Nguyen MH. Serum cytokine profiles in patients with hepatitis B virus (HBV) infection and associated hepatocellular carcinoma (HCC). Poster at Digestive Disease Week, Orlando, FL, May 18–21, 2013.

Monnereau A, Glaser SL, Chang ET. Ultraviolet radiation (UVR) and risk of Hodgkin lymphoma: A pooled analysis. Presentation at InterLymph Consortium Annual Meeting, Washington, DC, June 7, 2012.

Invited speaker. Gastric cancer incidence patterns in California Hispanics. Northern California Cancer Registrars Association Conference, Fremont, CA, December 14, 2011.

Ai W, Chang E, Fu K, Fish K, Weisenburger DD, Keegan T. Racial/ethnic patterns of NK/T cell lymphoma in California: A population-based study. Abstract at International Conference on Malignant Lymphoma, Lugano, Switzerland, June 15-18, 2011.

Colevas AD, Clarke CA, Lichtensztajn D, Chang ET. A population-based evaluation of incidence trends in oropharynx cancer focusing on socioeconomic status, sex, and race/ethnicity. Poster at American Society of Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, June 4-8, 2010.

Clément-Duchêne C, Xu X, Gomez SL, Chang ET, West DW, Wakelee HA, Gould MK. Survival among never and ever smokers with lung cancer in the Cancer Care Outcomes Research and Surveillance Consortium (CanCORS) study. Poster at American Society of Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, June 4-8, 2010.

Chang ET. Ultraviolet radiation exposure & sensitivity and risk of Hodgkin lymphoma: A pooled analysis. Presentation at InterLymph Consortium 9th Annual Meeting, Washington, DC, April 15, 2010.

Chang ET, Nguyen BH, So SK. Motivations for hepatitis B and liver cancer prevention in Bay Area Chinese Americans. Poster at Stanford Cancer Center Members' Retreat, Menlo Park, CA, April 7, 2010.

Wakelee HA, Chang ET, Shema SJ, Reynolds P, Clément-Duchêne C, Wiencke J, Gomez SL. Survival after non-small cell lung cancer in never-smoking Asian/Pacific Islander and Latina women. Journal of Thoracic Oncology 2009; 4(9 Suppl 1): s310 (Abstr#A7.6). Oral presentation at 13th World Conference on Lung Cancer, San Francisco, CA, July 31-August 4, 2009.

Chang ET, Kasperzyk JL, Birmann BM, Kraft P, Zheng T, Mueller NE. One-carbon metabolism nutrients and genes and Hodgkin lymphoma risk. Oral presentation at InterLymph Consortium 8th Annual Meeting, Vancouver, British Columbia, July 19-22, 2009.

Marshall SF, Chang ET, Clarke CA, Cress R, Deapen D, Horn-Ross PL, Largent J, Neuhausen S, Reynolds P, Templeman C, Bernstein L. Hormone therapy before diagnosis and breast cancer survival in the 10 California Teachers Study. Abstract at San Antonio Breast Cancer Symposium, San Antonio, TX, December 10-14, 2008.

Telli ML, Kurian AW, Chang ET, Keegan THM, McClure LA, Ford JM, Gomez SL. Differences in breast cancer subtype distribution exist among ethnic subgroups of Asian women in California. Abstract at San Antonio Breast Cancer Symposium, San Antonio, TX, December 10-14, 2008.

Telli ML, Kurian AW, Chang ET, Keegan THM, Ford JM, Gomez SL. Asian race and breast cancer subtypes: a study from the California Cancer Registry. Poster at 44th American Society for Clinical Oncology (ASCO) Annual Meeting, Chicago, IL, May 30-June 3, 2008.

Invited speaker. Hepatitis B and liver cancer prevention in Asian/Pacific Islander Americans. Department of Epidemiology, Harvard School of Public Health, Boston, MA, April 1, 2008.

Chen JJ, Bergin M, Chang ET, So SK. A model HBV catch-up immunization and education project in Qinghai, China. Workshop presentation at 42nd National Immunization Conference, Atlanta, GA, March 17-20, 2008.

Bergin M, Rao A, Chang ET, So SK. Motivating youth to take action in public health: 5th Annual Youth Leadership Conference on Asian and Pacific Islander Health. Poster at 42nd National Immunization Conference, Atlanta, GA, March 17-20, 2008.

Invited speaker. Integration of population sciences with clinical research. Cancer Clinical Trials Forum, Stanford University School of Medicine, Stanford, California, July 18, 2007.

Chang ET, Nguyen BH, So SK. Determinants of hepatitis B awareness and prevention in Chinese Americans. Poster and presentation at Stanford Cancer Center retreat, Menlo Park, CA, March 12, 2007.

Chang ET, Lin SY, So SK. The Jade Ribbon Campaign: Hepatitis B virus screening and education in Asian/Pacific Islander Americans. Presentation at 2006 National Asian American Pacific Islander Health Summit, San Jose, CA, September 15, 2006.

Chang ET, Canchola AJ, Lee VS, Clarke CA, Reynolds P, Horn-Ross PL, and the California Teachers Study Investigators. Wine and other alcohol consumption and risk of ovarian cancer in the California Teachers Study cohort. Abstract and poster at 2nd North American Congress of Epidemiology, Seattle, WA, June 21-24, 2006.

Invited speaker. The role of the Epstein-Barr virus in Hodgkin lymphoma. Viruses and Cancer Symposium, Harvard School of Public Health, Boston, MA, May 5, 2006.

Invited speaker. The changing racial/ethnic burden of liver cancer in the Greater San Francisco Bay Area. Greater Bay Area Cancer Registry Certified Tumor Registrars Meeting, Fremont, CA, April 5, 2006.

Invited speaker. The role of the Epstein-Barr virus in Hodgkin lymphoma. Department of Epidemiology, University of Michigan School of Public Health, Ann Arbor, MI, January 12, 2005.

Invited speaker. Department of Epidemiology, University of Washington School of Public Health and Community Medicine, and Seattle Epidemiologic Research and Information Center, Seattle, WA, August 17, 2004.

Levin LI, Lennette ET, Ambinder RF, Chang ET, Rubertone M, Mueller NE. Prediagnosis Epstein-Barr virus serologic patterns in relation to the molecular status of Hodgkin's lymphoma in young adults. Abstract and poster at American Association for Cancer Research International Conference on Molecular and Genetic Epidemiology of Cancer, Waikoloa, HI, January 18-23, 2003.

Chang ET, Ambinder RF, Weir EG, Borowitz M, Mann RB, Zheng T, Mueller NE. Inverse association between nursery school and Hodgkin's lymphoma, independent of EBV tumor status. Abstract and poster at 10th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, Cairns, Australia, July 16-21, 2002.

Levin LI, Lennette ET, Ambinder RF, Chang ET, Rubertone M, Mueller NE. Prediagnosis Epstein-Barr virus serologic patterns in EBV-positive and EBV-negative Hodgkin's lymphoma. Abstract and poster at 10th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, Cairns, Australia, July 16-21, 2002.

Chang ET, Ambinder RF, Zheng T, Mueller NE. Inverse association between childhood history of nursery school and Hodgkin's lymphoma in a population-based case-control study. Leukemia & Lymphoma 2001; 42(Suppl 2): 39-40. Abstract and poster at 5th International Symposium on Hodgkin's Lymphoma, Cologne, Germany, September 22-25, 2001.

Chang ET, Ambinder RF, Zheng T, Mueller NE. Inverse association between aspirin use and Hodgkin's lymphoma in a population-based case-control study. Leukemia & Lymphoma 2001; 42(Suppl 2): 41. Abstract and poster at 5th International Symposium on Hodgkin's Lymphoma, Cologne, Germany, September 22-25, 2001.

Chang ET, Birmann B, Ambinder RF, Zheng T, Mueller NE. Serum sCD23 levels in Hodgkin's disease patients are higher in EBV genome-positive than EBV genome-negative cases. Abstract, poster, and presentation at 9th Biennial Meeting of the International Association for Research on Epstein-Barr Virus and Associated Diseases, New Haven, Connecticut, June 22-27, 2000.

## Advisory Appointments

Steering Committee Member, Subcommittee on Application of Environmental Epidemiology for Risk Assessment and Decision Making, Health and Environmental Sciences Institute (HESI), 2019–present

Contributor, American Cancer Society *Cancer Facts & Figures*, 2014–2019

Member, Faculty of 1000 Medicine, 2007–2017

Steering Committee Member, California Teachers Study, 2007–2012

Scientific Member, Institutional Review Board, Cancer Prevention Institute of California, 2006–2012

Ad hoc member, ZRG1 PSE-P (02) M: NIH Special Emphasis Panel/Scientific Review Group for EPIC (Epidemiology of Cancer), March 2014

Ad hoc member, EPIC (Epidemiology of Cancer), NIH Population Sciences and Epidemiology Integrated Review Group, February and October 2010, June 2012

Ad hoc member, ZCA1 SRLB-3 (J1): NIH-Supported Centers for Population Health and Health Disparities Special Emphasis Panel, October 2009

Reviewer, Academia Sinica Investigator Award, 2009

## Peer Reviewer

Acta Oncologica

American Journal of Epidemiology

American Journal of Public Health

Annals of Epidemiology

Annals of Oncology

Blood

Breast Cancer Research

Cancer

Cancer Causes & Control

Cancer Epidemiology

Cancer Epidemiology, Biomarkers & Prevention

Cancer Research

Clinical Cancer Research

Critical Reviews in Toxicology

Environment International

Environmental Research

Epidemiology

European Journal of Epidemiology

Hepatology

International Journal of Cancer

JAMA

Journal of Medical Virology

Journal of the National Cancer Institute

Journal of the National Cancer Institute (JNCI) Cancer Spectrum

Leukemia Research

Molecular Carcinogenesis

Nutrition and Cancer

PLoS ONE

Risk Analysis

Social Science & Medicine

# Defendants' Expert CV Tala Henry

# TALA R. HENRY

U.S. Environmental Protection Agency
Office of Chemical Safety and Pollution Prevention
Office of Pollution Prevention and Toxics
Risk Assessment Division
1200 Pennsylvania Ave., NW
Washington, DC 20460
202-564-2959
henry.tala@epa.gov

## EDUCATION

| Degree | Year | Major | Institution |
|--------|------|-------|-------------|
| Ph.D. | 1994 | Pharmacology | University of Minnesota, Minneapolis, MN |
| B.A.(cum laude) | 1985 | Biology / Chemistry minor | College of St. Scholastica, Duluth, MN |

## PROFESSIONAL EXPERIENCE

**Deputy Director, Office of Pollution Preventions and Toxics**

| Dates | Employer |
|-------|----------|
| 05/18-present | U.S. Environmental Protection Agency |
| | Office of Chemical Safety and Pollution Prevention |
| | Office of Pollution Prevention and Toxics |
| | Washington, DC |

Brief Description of Position: With the Office Director, lead and direct the Office of Pollution Prevention and Toxics (OPPT) in implementing Agency activities mandated by the Toxic Substances Control Act (TSCA). Provide vision, programmatic technical expertise and significant management oversight and direction for evolving the TSCA New Chemicals Program to meet mandatory obligations mandated by the 2016 Frank R. Lautenberg Chemical Safety for the 21st Century Act. Manage and oversee other high priority and time-sensitive programs and projects such as TSCA New Chemicals Program, expedited rulemaking on persistent, bioaccumulative and toxic chemicals, court-ordered rulemaking on lead dust hazard standards and high visibility projects such as OPPT lead manager on PFAS chemicals and fluoride section 21 petition litigation. Provide leadership to expand partnerships and collaborations on science, science policy, peer review and other science coordination activities with other EPA Offices (e.g., ORD, OSCP) and Federal agencies (e.g., OSHA, NIOSH, NTP, CPSC). Provide executive management and operational oversight for a full range of programmatic issues at the Office level.

**Director, Risk Assessment Division**

| Dates | Employer |
|-------|----------|
| 11/13-04/18 | U.S. Environmental Protection Agency |
| | Office of Chemical Safety and Pollution Prevention |
| | Office of Pollution Prevention and Toxics |

8/1/2019

Washington, DC

Brief Description of Position: Led the Division's efforts to assess exposures, hazards and risks of new and existing chemicals under the Toxic Substances Control Act (TSCA). In June 2016, TSCA was amended thereby imposing numerous new assessment requirements, enforceable deadlines and scientific standards that must be met in conducting this work. In the first year of implementation, led the Division of approximately 70 to meet statutory deadlines to publish scopes for 10 chemical risk evaluations, assess approximately 100 new chemicals, develop risk evaluation guidance and an alternative testing strategy as required under the new law. Responsible for quality and timely completion of all Division products, which meet Office objectives and Agency goals. Direct all aspects of Division operations and management, including programs, finances, and human resources, including an annual extramural budget of approximately $5M. Supervise the Deputy Director and five Branch Chiefs and provide overall leadership, guidance and direction to the entire Division. The Division is made up of 67 Federal FTE and 6-10 post-doctoral fellows, student interns and visiting scholars; these employees represent diverse cultural backgrounds and experiences. Educational background and professional experiences of the division staff include: physical, biological and health scientists (e.g., chemists, biologists, toxicologists, epidemiologists), chemical and environmental engineers, statisticians and modelers, and information and administrative specialists. As a member of the Office's senior executive team, serve as liaison to management in other Divisions and the Office, as well as to political appointees within and outside the Office. Regularly interact with a variety of external stakeholders, including the regulated community, non-governmental agencies, the press, Congress, and the public. In addition to overseeing and managing a broad scope of scientific topics and analyses as the Division Director, maintain a professional scientific presence through membership in scientific societies, serving on editorial boards and peer reviewing journal articles, participating on steering committees and as an invited speaker for professional scientific symposia and workshops.

**Director, National Program Chemicals Division**

Dates                      Employer
10/12-11/13                U.S. Environmental Protection Agency
04/11- 10/12 (Acting)      Office of Prevention Pesticides and Toxic Substances
                           Office of Pollution Prevention and Toxics
                           Washington, DC

Brief Description of Position: Led the Division's efforts to develop regulatory and non-regulatory approaches to managing risks of chemicals of high priority to the Agency, including those that pose persistent risks due to legacy uses (e.g. lead, PCBs, mercury, and asbestos). Responsible for quality and timely completion of all Division products, which meet Office objectives and Agency goals. Directed all aspects of Division operations and management, including programs, finances, and human resources. Supervised the Deputy Director and three Branch Chiefs and provided overall leadership guidance and direction to the entire Division. The Division was made up of 41 Federal FTE and 6-10 visiting student interns and scholars; these employees represented a diverse cultural and educational backgrounds and experiences, including attorneys, scientists, engineers and administrative. Served as the Division's liaison to management in other Divisions and upper management within and outside our office. In addition, regularly interacted with a variety of external stakeholders, including the regulated community, non-governmental agencies, the press, Congress, and the public.

3

**Acting Deputy Director/Associate Director, National Program Chemicals Division**

Dates                               Employer
07/09-04/11                         U.S. Environmental Protection Agency
                                    Office of Prevention Pesticides and Toxic Substances
                                    Office of Pollution Prevention and Toxics
                                    Washington, DC

Brief Description of Position: Responsible for oversight of all Division financial and human resource management activities, including both intramural and extramural (contracts, grants, IAGs) resources. In addition, provided technical oversight and management to the Divisions' programs, which are focused on risk management (i.e., rule-making, voluntary programs and outreach) of legacy contaminants (i.e., asbestos, lead, mercury, and PCBs) and existing industrial chemicals of high priority to the Administrator. Supervised a diverse staff in the Division's Immediate Office, ranging from lower GS-level administrative staff, mid-GS-level administrative staff and a high GS-level special assistant.

**Senior Toxicologist; Risk Assessment Division**

Dates                               Employer
04/06-07/09                         U.S. Environmental Protection Agency
                                    Office of Prevention Pesticides and Toxic Substances
                                    Office of Pollution Prevention and Toxics
                                    Washington, DC

Brief Description of Position: Provided technical and policy analysis and communication of technical and policy results of research and environmental results in either technical or layperson's terms. Integrated technical and regulatory assumptions used for formulating risk management solutions. Provided technical expertise and project management for assessing health and environmental hazards and risks of new and existing chemicals, prepared integrated hazard and risk assessment documents that support the full range of OPPT regulatory responsibilities. Worked with the Division Director to establish Division policies and objectives, formulated programs, allocated and managed resources and appraised and evaluated current programs. Participated or lead developing budget strategies and justifications. Represented the Division, EPA and the United States government at various task force, panel and committee meetings as a technical and policy expert, at all levels of governments on chemical activities (e.g., EPA Risk Assessment Forum, Organization for Economic Cooperation and Development (OECD) Existing Chemicals Task Force and QSAR Management Group, United Nations Persistent Organic Pollutants Treaty).

For 12 months, served as the program manager of a cross-Division, multi-disciplinary team that conducted assessments under the Chemical Assessment and Management Program (ChAMP). ChAMP was high priority program in OPPT and involved multi-disciplinary staff from three Divisions, working in multiple teams. Provided leadership in formulating and implementing the HPV chemical Hazard Characterization effort that preceded ChAMP as well as its evolution and expansion to ChAMP. As the ChAMP Coordinator, organized and facilitated significant changes to streamline and improve efficiencies as the program developed. Responsible for leading or coordinating all aspects of the program, including planning; creation, synthesis and review of technical documents; budget formulation, output tracking and communications.

**Senior Toxicologist & Chemical Criteria Program Coordinator, Health & Ecological Criteria Division**

Dates                          Employer
12/02-03/06                    U.S. Environmental Protection Agency
                               Office of Water - Office of Science & Technology
                               Washington, DC

Brief Description of Position: Acted and eventually became permanent Program Manager/Coordinator of the Chemical Criteria Program. Provided leadership and authoritative technical advice and assistance to the Health and Ecological Division. Oversaw and conducted all aspects of Ambient Water Quality Criteria Program, including program planning, budget formulation and tracking, contract work assignment formulation monitoring progress of all on-going program projects. Managed/coordinated daily work of the chemical criteria team, guided and mentored junior staff, and provided technical expertise in the areas of human health and ecological toxicology and risk assessment to projects for which I was lead, as described below. Led Office of Water effort to revise the guidelines by which EPA derives ambient water quality criteria to incorporate state-of-the science risk assessment approaches, methods and models coordinated inter-office efforts to harmonize ecological risk assessment approaches, methods and models. Participated in or led several workgroups developing risk assessments or science policy issues related to health and ecological risk assessment and criteria development. Specific areas of technical expertise include toxicology and risk assessment of dioxin and related compounds, derivation of wildlife toxicity reference values (criteria) for persistent, bioaccumulative toxicants and risk assessment of chemical stressors, particularly in aquatic systems.

**Toxicologist, Detail Assignment**

Dates                          Employer
09/02-12/02                    U.S. Environmental Protection Agency
                               Office of Research & Development
                               National Center for Environmental Assessment
                               Washington, DC

Brief Description of Position: Conducted collaborative ORD-OSWER project aimed at development of Contaminated Sediment Screening Levels (CSSLs) for use in Superfund and RCRA human health and ecological risk assessment processes. Activities were primarily focused on project scoping and planning. Specific responsibilities included cross program coordination with OERR senior process managers for contaminated sediments and risk assessment, providing knowledge of OSWER remedial program risk assessment policies and procedures, and providing knowledge and collating existing resources regarding risk screening approaches used within a regulatory context from international, federal, state or EPA sources.

**Toxicologist, Experimental Toxicology Division**

Dates                          Employer
06/98-09/02                    U.S. Environmental Protection Agency
                               Office of Research & Development
                               National Health & Environmental Effects Research Laboratory
                               Duluth, MN

Brief Description of Position: Principal investigator on research projects to characterize receptor-based endocrine systems and endocrine disrupting chemicals and characterize modes of toxic action of reactive chemicals. Provided technical expertise on dioxins, PCBs and other

5

bioaccumulative compounds to develop Agency-wide ecological risks assessment guidance for these compounds. Conducted research activities within the context of on-going interaction, coordination with Program and Regional offices in the areas of toxicology and ecological risk assessment of endocrine disruptors (OPPTS staff) and ecological risk assessment of dioxins, PCB and other bioaccumulative compounds (OSWER staff; Ecological Risk Assessment Forum). As the project leader/team leader for endocrine disruptor projects, formulated and wrote research plans, directed and oversaw project implementation by a staff of six biologists and chemists, set criteria for and evaluated data quality, established data collation and summary procedures and provided written and verbal reports of research results to Program and Regional office staff as well as peers in the research community. Research results and applications were presented at professional meetings, in scientific journals and at several Agency-sponsored Program/Regional Office meetings, workshops and symposia.

**Toxicologist, Hazardous Waste Program**

Dates:                                   Employer:
12/96-05/98                         U.S. Environmental Protection Agency
                                         Region VIII
                                         Pollution Prevention & Hazardous Waste Program
                                         Denver, CO

Brief Description of Position: Provided toxicology and risk assessment expertise to the Regional program and the Region VIII states (Colorado, Montana, North Dakota, South Dakota, Utah and Wyoming). Participated in, and often led, multi-disciplinary teams of scientists, engineers, regulators and the regulated sector to formulate and implement risk assessments for hazardous waste treatment, storage and disposal facilities and Superfund sites. Provided technical guidance for and performed review of screening-level and quantitative risk assessments for determining both human health and ecological impacts due to chemical stressors. Participated in various Regional and EPA-wide workgroups including Regional Science Council, risk assessment work groups that included representatives from the States, permitted industries, and Federal resource managers (e.g., Department of Interior/U.S. FWS & BLM). Provided training on toxicology and risk assessment to EPA staff, state and tribal staff and the public. Responded to public inquiries regarding toxicological hazards of chemicals.

**Post-Doctoral Research Associate, Department of Pharmacology, School of Pharmacy**

Dates:                                   Employer:
12/94-12/96                         University of Wisconsin
                                         Madison, WI

Brief Description of Position: Investigated the mechanism of developmental toxicity of polychlorinated dioxins, furans and biphenyls in zebrafish using molecular and cell culture techniques. Responsibilities included all aspects of research projects, including hypothesis generation, research project scoping, planning, and implementation and writing up research results. Teamwork and coordination with others were essential elements for project implementation as the research was performed within a laboratory where approximately ten other staff (research associates, technicians, post-docs, graduate students) were performing other projects. Directed and supervised activities of a laboratory technician and several student workers. Provided facilitation and mentoring for senior projects for two undergraduate students.

**Research Assistant, Department of Pharmacology, School of Medicine**

Dates:                          Employer:
09/88-11/94                     University of Minnesota
                                Duluth, MN

Brief Description of Position: Dissertation research project was an investigation of the biochemical mechanism(s) of quinone-induced toxicity. Assessed the toxic effects of redox cycling and arylating quinones on hepatic mitochondrial functions and cell viability following *in vitro* and *in vivo* treatment. Mitochondrial calcium regulation, membrane potential and respiration were measured in isolated mitochondria and primary hepatocytes models using spectrophotometric, spectrofluorometric and polarographic techniques. Other experience related to dissertation research includes: neo-natal rat cardiomyocyte culture and HPLC analysis of glutathione and adenine and pyridine nucleotides.

**Biologist, On-site contractor, USEPA, Environmental Research Laboratory**
Dates:                          Employer:
12/86-09/88                     American Scientific International, Inc.
                                Duluth, MN 55804

Brief Description of Position: Investigated toxic mechanisms and toxicokinetics of xenobiotics in fish. As part of a team of scientists, assessed *in vivo* physiological and biochemical responses of rainbow trout to intoxication by industrial organic compounds and pesticides. Responsibilities included: technical supervision of blood chemistry laboratory, experimental planning and implementation, regulatory compliance for radioisotope tracking, handling and disposal, data analysis and written and oral presentation of research results.

**Biologist, On-site cooperative agreement, USEPA, Environmental Research Laboratory**
Dates:                          Employer:
09/85-12/86                     College of St. Scholastica
                                Duluth, MN

Brief Description of Position: Conducted experiments to characterize the *in vitro* binding of industrial organic compounds to rainbow trout and rat plasma proteins. With minimal supervision, planned and executed all experiments, summarized data. Co-authored a scientific journal article describing the work.

**Biological Laboratory Aide**
Dates:                          Employer:
04/83-09/85                     U.S. Environmental Protection Agency
                                Environmental Research Laboratory
                                Duluth, MN

Brief Description of Position: Provided biological and chemical support to a team of scientists conducting research projects characterizing toxic mechanisms of action of industrial organic compounds in fish. Responsibilities included: biological sampling (i.e. blood, urine, gill water), blood chemistry analyses, animal care and routine maintenance of laboratory equipment.

**Teaching Assistant; Departments of Biology and Chemistry**
Dates:                          Employer:
09/84-05/85                     College of St. Scholastica
                                Duluth, MN

Brief Description of Position: Instructor for general chemistry and anatomy/physiology

7

8/1/2019

laboratory classes. Taught and supervised laboratory classes, tutored students and graded lab assignments and tests.

## PROFESSIONAL ACTIVITIES/APPOINTMENTS

### Professional Society Memberships & Service

*Memberships & Offices Held*
Society of Environmental Toxicology & Chemistry, 1989-present
    National Meeting Organizing Committee, 2017
    National Meeting Session Chair, 2002, 2007, 2017
    Journal of Environmental Toxicology & Chemistry Editorial Board, 2003-2005
Society of Toxicology, 1993-present
    National Meeting Session Chair, 2000; 2001; 2002; 2004
Society of Toxicology-National Capital Area Chapter, 2003-present
Society of Toxicology-Northland Regional Chapter, 1999-2003; charter member;
    Secretary-Treasurer, 2001-2003;
    Councilor, 2000-2001;
    Membership Committee, 1998-2002
    Regional Chapter Meeting Program Committee, 1999; Chair, 2002
    Regional Chapter Meeting Organizing Committee, 1999; Chair, 2002
Society of Environmental Toxicology & Chemistry-Midwest Regional Chapter, 1995-1996; 1998-2003
    Treasurer, 1996
    Board of Directors, 2002
American Association for the Advancement of Science
Sigma Xi Scientific Research Society

*Workshops & Symposia*
Program Committee, *SETAC 38th Annual Meeting*
Steering Committee, *SETAC Pellston Workshop on Improving the Usability of Ecotoxicity Testing in Regulatory Decision-making*, August 30-September 4, 2015
Organizing Committee, *SETAC International Programs Committee Symposium, Application of Weight-of-Evidence in Risk-Based Ecological Assessment Frameworks*, SETAC-Europe, Barcelona, Spain, May 3, 2015
Steering Committee, *Expert Workshop on the Ecotoxicological on Risk Assessment of Ionizable Organic Chemicals*, Vancouver, Canada, November 5-7, 2014

### Editorial Board
Environmental Management, 2014-2016
Environmental Toxicology & Chemistry, 2003-2005
Nature, Readers Panel, 2010

### Technical Reviewer
*Journals*
American Chemical Society
Aquatic Toxicology
Ecotoxicology & Environmental Safety
Environmental Management
Environmental Science & Technology
Environmental Toxicology & Chemistry

8/1/2019

Regulatory Toxicology & Pharmacology
Toxicological Sciences
Toxicology & Applied Pharmacology
Toxicology

*Other*
Hudson River Foundation
National Research Council Report, *A Risk-Management Strategy for PCB-Contaminated Sediments*, contributed to USEPA/ORD review.
National Combustion Risk Assessment Guidance, *Screening-Level Ecological Risk Assessment Protocol for Hazardous Waste Combustion Facilities*, USEPA, Office of Solid Waste.
National Combustion Risk Assessment Guidance, *Human Health Risk Assessment Protocol for Hazardous Waste Combustion Facilities*, USEPA, Office of Solid Waste.
University of Milwaukee-Institute for Environmental Health

**Evaluation Surveys/Studies**
Reviewer, Canada's Chemicals Management Plan Evaluation Panel
Participant/Evaluator – USEPA Science Advisory Board Evaluation of Integration in Environmental Decision Making, 2009
Participant/Interviewee – Health/Environment Canada Chemical Management Plan Evaluation

**AGENCY SERVICE**
Member, Office of Personnel Management, SES Standing Qualifications Review Board, 2016.
Member, Office of Research and Development, Technical Qualifications Board, 2014, 2015.
Member, EPA Risk Assessment Forum, 2009-2017.
Member, Technical Panel, Recommended Toxicity Equivalence Factors (TEFs) for Human Health Risk Assessments of 2,3,7,8-Tetrachlorodibenzo-*p*-dioxin and Dioxin-Like Compounds, Risk Assessment Forum, 2010-2011.
Member, EPA Risk Assessment Forum, 2004-2008.
Member, EPA Risk Assessment Webpage Workgroup, 2006-present.
Member, Workgroup Co-Chair, Science Policy Council Nanotechnology White Paper, 2004-2005.
Member, Technical Workgroup, EPA Polybrominated Diphenyl Ethers (PBDE) Project Plan, 2004-2005.
Member, EPA Mercury Portal Workgroup, 2003-2005.
Contributor, Staff Paper, *An Examination of EPA Risk Assessment Principles and Practices*. 2004.
Member, Steering Committee, ORD-NCEA Workshop on Use of Genomic/Proteomic Data in Risk Assessment for Regulatory Decision-Making, 2003.
Technical Lead, Steering Committee, ORD/OSWER Scientist-to-Scientist Meeting on Use of PCB Congener Analysis in Risk Assessment & Risk Management, December 2002.
Technical Lead & Primary Author, White Paper: Ecological Effects of Non-Dioxin-Like PCBs in Wildlife, OSWER Ecological Risk Assessment Support Center, December 2002.
Member & Lead Author, ORD/Risk Assessment Forum TEF Workgroup, USEPA, 1999-present.
Panelist, National l Environmental Justice Advisory Council, Health & Research Subcommittee, December 2001.

8/1/2019

Member, ORD/NHEERL Risk Assessment Education Workgroup, 1998-1999.
Chair, NHEERL/MED Health and Safety Committee, 1998-present.
Member, NHEERL/MED Chemical Assessment Committee, 1998-present.
Member, Ecological Risk Assessment Forum, USEPA, OSWER/ORD/Regions, 1997-present.
Member, Dioxin Workgroup, USEPA, OSWER, 1997-1998.
Member, Waste Minimization Prioritization Tool Workgroup, USEPA, OSW, 1997-1998.
Member, Regional Science Council, USEPA, Region VIII, 1997-1998.
Chair, ORD Coordination Committee, Regional Science Council, USEPA, Region 8, 1997-1998.


## LEADERSHIP AND MANAGEMENT TRAINING
2018 – 360 Evaluation, EPA
2017 – Working Effectively with Tribal Governments, EPA
2017 – Prohibited Personnel Practices, EPA
2015 – Equal Employment Opportunity for Managers, EPA
2015 – Labor & Employee Relations, EPA
2015 – Working Effectively with Tribal Governments, EPA
2014 – Key Executive Leadership Program, American University
2014 – EPA's Scientific Integrity Policy, EPA
2014 – Introduction to Environmental Justice, EPA
2014 – Working Effectively with Tribal Governments, EPA
2012 – Labor-Management Relations, EPA
2011 – Office of Chief Financial Officer's Management Integrity for Senior Managers, EPA
2011 – Labor-Management Relations, The Graduate School (USDA)
2010 – Leadership for a Democratic Society, Federal Executive Institute
2010 – Performance Feedback and Coaching, Work Systems Affiliates International
2009 – Managing the Federal Employee, The Brookings Institution
2009 – Transformational Leadership: Finding Our Way in Uncertain Times, Kevin Cashman
2008 – Supervisory Leadership Seminar, Office of Personnel Management
2007 – Transformational Leadership: Seven Lessons for Leaders of the Future, David Gergen
2005 – Executive Assessment Program, Office of Personnel Management
2004 – Office of Water Program Leadership Training, Office of Personnel Management & EPA
2004 – Essentials of Communicating with Diplomacy and Professionalism, Skillpath
2004 – Conflict Management, EPA
2003 – Diversity Training, EPA
2003 – Introduction to Emotional Intelligence, EPA
1997 – Facilitation and Mediation Skills, EPA


## AWARDS AND HONORS
2019  – Special Act Award
2016 – Scientific and Technological Achievement Award–Level II, USEPA/ORD
2010 – Gold Medal, Chemical Action Plans, USEPA
2010 – James W. Akerman Award, Ecological Risk Assessment Colloquium, USEPA
2010 – Bronze Medal, Dioxin TEF Guidance, USEPA/ORD
2010 – Scientific and Technological Achievement Award–Level III, USEPA/ORD
2009 – Scientific and Technological Achievement Award–Level II, USEPA/ORD

2009 – Silver Medal, Design for Environment–Safer Detergents Stewardship Initiative, USEPA
2009 – Bronze Medal, Chemical Assessment, USEPA/OPPTS
2009 – EPA Science and Technological Achievement Award-Chemistry, USEPA
2009 – Outstanding Leadership in Collaborative Problem-Solving, USEPA
2009 – Teamwork Award, USEPA/OPPTS
2008 – Silver Medal, EPA Nanotechnology White Paper, USEPA/OPPTS
2008 – Bronze Medal, High Production Volume Chemical Program, USEPA/OPPTS
2008 – Team Award, USEPA/OPPTS
2007 – OPPT Mission Award – POPs Team, USEPA/OPPTS
2007 – Scientific and Technological Achievement Award–Level III, USEPA/ORD
2005 – Scientific and Technological Achievement Award–Honorable Mention, USEPA/ORD
2005 – Silver Medal, Mercury Web Portal Team, USEPA/OEI
2005 – Team of the Quarter, Endangered Species Act Team, USEPA/OW
2004 – Scientific and Technological Achievement Award–Honorable Mention, USEPA/ORD
2004 – Scientific and Technological Achievement Award–Honorable Mention, USEPA/ORD
2004 – Science Communication Award, USEPA/ORD
2004 – Team Award, USEPA/OW
2003 – Team of the Quarter, Biosolids Team, USEPA/OW
2003 – Team Award, USEPA/OW
2002 – Team Award, USEPA/ORD
1994 – Third Place Award, Graduate Student Meritorious Research Award, Mechanisms
Specialty Section of the Society of Toxicology.
1993 – National Finalist, Graduate Student Meritorious Research Award, Mechanisms Specialty
     Section of the Society of Toxicology.
1988 – Scientific and Technological Achievement Award, USEPA, Office of Research and
     Development, Environmental Research Laboratory, Duluth, MN.
1985 – Special Achievement Award, USEPA, Office of Research and Development,
     Environmental Research Laboratory, Duluth, MN.
1985 – Graduated cum laude, College of St. Scholastica.
1981-1985 – Benedictine Scholar, College of St. Scholastica.

## PUBLICATIONS

### Peer-Reviewed Journal Articles & Book Chapters/Symposium Proceedings/Reports:

1. Martin, O..V, Adams, J., Beasley, A., Belanger, S., Breton, R.L., Brock, T.C.M., Buonsante, V.A., Burgos, M.G., Green, J., Guiney, P.D., Hall, T., Hanson, M., Harris, M.J., Henry, T.R., Huggett, D., Junghans, M., Laskowski, R., Maack, G., Moermond, C.T.A., Panter, G., Pease, A., Poulsen, V., Roberts, M., Rudén, C., Schlekat, C.E., Schoeters, I., Solomon, K.R., Staveley, J., Stubblefield, B., Sumpter, J.P., Warne, M.S.J., Wentsel, R., Wheeler, J.R., Wolff, B.A., Yamazakiaj, K., Zahner, H., Ågerstrand, M. 2019. Improving Environmental Risk Assessments of Chemicals: Steps Towards Evidence-based Ecotoxicology. *Environ Internat* 128: 210–217.

2. Biales, A.D., Sappington, K., Henry, T.R., Gallagher, K. 2018. How Omics Technologies can Enhance Chemical Safety Regulation: Perspectives from Academia, Government and Industry. *Environ Toxicol Chem*, 37(5):1252-1259.

3. Ruden, C., Adams, J., Agerstrand, M., Brock, T.C.M., Poulson, V., Schlekat, C.E., Wheeler, J.R., Henry, T.R. 2016. Assessing the Relevance of Ecotoxicological Studies for Regulatory Decision Making. *Integ Environ Assess Manage,* 13(4):652-663.

4. Henry, T. 2015. Improving Research Quality to Increase Relevance and use in Regulatory Decision-Making: Government Perspective. *Environ Toxicol Chem*, 35(1):14-19.

5. Hornung, M.W., Tapper, M.S., J.S. Denny, J.S., Kolanczyk, R.C., Sheedy, B.R., Hartig, P.C., Aladjov, H., Henry, T.R., Schmieder, P.K. 2014. Effects-based chemical category approach for prioritization of low affinity estrogenic chemicals. *SAR and QSAR Environ Res*, 25(4):289–323.

6. Ela, W.P., Sedlak, D.L., Barlaz, M.A., Henry, H., Muir, D.C.G., Swackhamer, D.L., Weber, E.J., Arnold, R.G., Ferguson, P.L., Field, J.A., Furlong, E.T., Giesy, J.P., Halden, R.U., Henry, T., Hites, R.A., Hornbuckle, K.C., Howard, P.H., Luthy, R.G., Meyer, A.K., Saez, A.E., vom Saal, F.S., Vulpe, C.D., Wiesner, M.R. 2011. Identifying the next generation of Superfund and hazardous waste site contaminants. *Environ Health Perspect,* 119:6-10.

7. Dellarco, V., Henry, T., Sayre, P., Seed, J., Bradbury, S. 2010. Meeting the common needs of a more effective and efficient testing and assessment paradigm for chemical risk management. *J Toxicol Environ Health*, 13:347-360.

8. Judson, R., A., Dix, D., Houck, K., Martin, M., Kavlock, R., Dellarco, V., Henry, T., Holderman, T., Sayre, P., Tan, S., Carpenter, T., Smith, E. 2009. The toxicity data landscape for environmental chemicals. *Environ Health Perspect*, 117:685-695.

9. van Wijk, D., Chenier, R., Hernando, M., Henry, T., Schulte, C. 2008. Framework for identification and assessment of PBTs and POPs – results from a SETAC Pellston workshop. *Integ Environ Assess Manage,* 5:697-711.

13

10. van Leeuwen, K., Schultz, T.W., Henry, T., Diderich, B., Veith, G. 2008. Using chemical categories to fill data gaps in hazard assessment. *SAR and QSAR in Environ Res*, 20:207-220.

11. Mount D. and Henry T.R. 2008. Ecological Risk Assessment. IN: *The Toxicology of Fishes*. R. DiGiulio & D. Hinton, Eds., pp.757 -778, Taylor & Francis, Boca Raton, FL.

12. Bradbury, S.P., Carlson, R.W., Henry, T.R., Padilla, S., Cowden, J. 2008. Toxic Responses of the Fish Nervous System. IN: *The Toxicology of Fishes*. R. DiGiulio and D. Hinton, Eds., pp. 417 – 456, Taylor & Francis, Boca Raton, FL.

13. U.S. EPA. 2008. Framework for Application of the Toxicity Equivalence Methodology for Polychlorinated Dioxins, Furans and Biphenyls in Ecological Risk Assessment. Office of Research and Development, Risk Assessment Forum, Washington, DC.

14. Denny, J.S., Tapper, M.A., Schmieder, P.K., Hornung, M.W., Jensen, K.M., Ankley, G.T., and Henry, T.R. 2005. Comparison of relative binding affinities of endocrine active to fathead minnow and rainbow trout estrogen receptors. *Environ Toxicol Chem*, 24:2948-2953.

15. Schmieder, P.K., Tapper, M.A., Denny, J.S., Kolanczyk, R.C., Sheedy, B.R., Henry, T.R., Veith, G.D. 2004. Use of trout liver slices to enhance mechanistic interpretation of estrogen receptor binding for cost-effective prioritization of chemicals within large inventories. *Environ Sci Tech*, 38:6333-6342.

16. Hornung, M.W., Jensen, K.M., Korte, J.J., Kahl, M., Durhan, E., Henry, T.R., Denny, J. and Ankley, G.T. 2003. Mechanistic basis for estrogenic effects in fathead minnow (*Pimephales promelas*) following exposure to the androgen 17α-methyltestosterone: conversion of 17α-methyltestosterone to 17α-methylestradiol. *Aquat Toxicol* 66:15-23.

17. Ankley, G.T., Jensen, K.M., Makynen, E.A., Kahl, M.D., Korte, J.J., Hornung, M.W., Henry, T.R., Denny, J.S., Leino, R. and Gray, L.E. 2003. Effects of the androgenic growth promotor 17β-trenbolone on fecundity and reproductive endocrinology of the fathead minnow. *Environ Toxicol Chem* 22:1350-1360.

18. Lazorchak, J.M., McCormick, F.H., Herlihy, A.T. and Henry, T.R. 2003. Fish tissue contamination in streams of the Mid-Atlantic states: An approach to regional indicator selection and problem formulation. *Environ Toxicol Chem* 22:545-553.

19. Henry, T.R. Cook, P.M., Cirone, P., DeVito, M., Duncan, B., Pepin, R., Schwenck, S., Wharton, S. 2003. Framework for Application of the Toxicity Equivalence Methodology for Polychlorinated Dioxins, Furans and Biphenyls in Ecological Risk Assessment. *Organohalogen Compounds*, 65:300-303, *Proceedings of Dioxin 2003, 23rd International Symposium on Halogenated Environmental Organic Pollutants and POPs*.

20. Cook, P.M. and Henry, T.R. 2003. A Conceptual Model for Evaluating Relative Potency Data for Use in Ecological Risk Assessments. *Organohalogen Compounds*, 65:304-307,

14

*Proceedings of Dioxin 2003, 23rd International Symposium on Halogenated Environmental Organic Pollutants and POPs*.

21. Henry, T.R. and DeVito, M.J. 2003. Non-Dioxin-Like PCBs: Chemical Characterization, Effects and Consideration in Ecological Risk Assessment. NCEA-C-1340. Office of Research and Development, Ecological Risk Assessment Support Center, Cincinnati, OH.

22. Henry, T.R., Nesbit, D.J., and Peterson, R.E. 2001. Relative potency values (REPs) for polychlorinated dibenzo-p-dioxin, dibenzofuran and biphenyl congeners based on induction of cytochrome P4501A mRNA in a zebrafish liver cell lines (ZFL). *Environ Toxicol Chem* 20:1053-1058.

23. U.S. EPA. 2001. Workshop Report on the Application of 2,3,7,8-TCDD Toxicity Equivalence Factors to Fish and Wildlife. EPA/630/R-01/002. Office of Research and Development, Risk Assessment Forum, Washington, DC.

24. Ankley, G.T., Baker, J.P., Bradbury, S.P., Gleason, T.R., Henry, T.R., Heppell, S.S., Munns, W.R., Jr., Nichols, J.W., Schumaker, N.H., Trebitz, A.S. 2000. National Health and Environmental Effects Research Laboratory - Wildlife Research Strategy. U.S. Environmental Protection Agency, Office of Research and Development, Research Triangle Park, NC.

25. Peterson, R.E., Tanguay, R.L., Abnet, C.C., Hornung, M.W., Zabel, E.W., Andreasen, E.A., Henry, T.R., Guiney, P.D., Walker, M.K., Belair, C.D., Heideman, W., Pollenz, R.S., Spitsbergen, J.M., Cook, P.M. 1998. Fish as vertebrate models of dioxin toxicity. *Organohalogen Compounds*, 38:279-282, *Proceedings of Dioxin >98, 18th Symposium on Halogenated Environmental Organic Pollutants*.

26. Henry, T.R., Spitsbergen, J.M., Hornung, M.W., Abnet, C.C. and Peterson, R.E. 1997. Early life stage toxicity of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in zebrafish (*Danio rerio*). *Toxicol Appl Pharm* 142:56-68.

27. Henry, T.R. and Wallace, K.B. 1996. Differential mechanisms of cell killing by redox cycling and arylating quinones. *Arch Toxicol* 70:482-489.

28. Henry, T.R. and Wallace, K.B. 1995. The role of redox cycling versus arylation in quinone-induced mitochondrial dysfunction: A mechanistic approach in classifying reactive toxicants. *SAR QSAR Environ Res* 4:97-108.

29. Henry, T.R. and Wallace, K.B. 1995. Differential mechanisms of induction of the mitochondrial permeability transition by quinones of varying chemical reactivities. *Toxicol Appl Pharm* 134:195-203.

30. Henry, T.R., Solem, L.E., Wallace, K.B. 1995. Channel-specific induction of the cyclosporine A-sensitive mitochondrial permeability transition by menadione. *J Toxicol Environ Health* 45:489-504.

15

31. Saxena, K. Henry, T.R., Solem, L.E., Wallace, K.B. 1995. Enhanced induction of the mitochondrial permeability transition following acute menadione administration. *Arch Biochem Biophys* 317:79-84.

32. Solem, L.E., Henry, T.R. and Wallace, K.B. 1994. Disruption of mitochondrial calcium homeostasis following chronic doxorubicin administration. *Toxicol Appl Pharm* 129:214-222.

33. Bradbury, S.P., Carlson, R.W., Niemi, G.J., Henry, T.R. 1991. Use of respiratory cardiovascular responses of rainbow trout *(Onchorynchus mykiss)* in identifying acute toxicity syndromes in fish: Part 4. Central nervous system seizure agents. *Environ Toxicol Chem* 10:115-131.

34. Bradbury, S.P., Henry, T.R., Carlson, R.W. 1990. Fish acute toxicity syndromes in the development of mechanism specific QSARS. IN: *Practical Applications of Quantitative Structure Activity Relationships (QSARS) in Environmental Chemistry and Toxicology.* W. Karcher and J. DeVillers, Eds., pp. 295-315. Kluwer Academic Publishers, Dordrecht, The Netherlands.

35. Bradbury, S.P., Henry, T.R., Niemi, G.J., Carlson, R.W., Snarski, V.M. 1989. Use of respiratory-cardiovascular responses of rainbow trout *(Salmo gairdneri)* in identifying acute toxicity syndromes in fish: Part 3. Polar narcotics. *Environ Toxicol Chem* 8:247-261.

36. Bradbury, S.P., Carlson, R.W., Henry, T.R. 1989. Polar narcosis in aquatic organisms. IN: *Aquatic Toxicology and Hazard Assessment: Twelfth Symposium.* ASTM STP 1027. U.M. Cowgill and L.R. Williams, Eds., pp. 59-73. American Society for Testing and Materials, Philadelphia, PA.

37. Schmieder, P.K. and Henry, T.R. 1988. Plasma binding of n-butanol, phenol, nitrobenzene and pentachlorophenol in trout and rats. *Comp Biochem Physiol* 91C:413-419.

38. McKim, J.M., Schmieder, P.K., Niemi, G.J., Carlson, R.W., Henry, T.R. 1987. Use of respiratory-cardiovascular responses of rainbow trout *(Salmo gairdneri)* in identifying acute toxicity syndromes in fish: Part 2. Malathion, carbaryl, acrolein and benzaldehyde. *Environ Toxicol Chem* 6:313-328.

## ABSTRACTS

1. Henry, Tala R. 2017. Implementation of TSCA as Amended by the Frank R. Lauthenberg Chemical Safety for the 21st Century Act – Science Issues. *Society of Environmental Toxicology and Chemistry.* Minneapolis, MN, November 2107.

2. Babcock, A. and Henry, T.R. 2017. EPA Rules Under Amended TSCA: Prioritization Rule and Risk Evaluation Rule. *American Chemical Society.* Washington, DC, August 2017.

3. Henry, T.R., Schmit, R., Blair, S. Implementing Risk Assessment Provisions of the Toxic

Substances Control Act (TSCA) as Amended by the Frank R. Lautenberg Chemical Safety for the 21st Century Act. *Society of Toxicology.* Baltimore, MD, March 2017.

4. Henry, T.R., Mayo, K., Lee, W., Selby-Mohamadu, Y. 2016. Overview of Risk Assessment under TSCA: New and Existing Chemicals. *American Chemical Society.* Philadelphia, PA, August 2016.

5. Henry, T.R., Camacho, I., Pagan-Rodriguez, D., Daiss, R., Gallagher, J., Eisenreich, K., Tobias, D., Laessig, S., Bjorkland, R., Mayo, K., Moss, K., Doa, M. 2016. U.S. New Chemicals Program: Approach to Read-Across for MWCNTs. *OECD Expert Meeting on Grouping and Read-Across for the Hazard Assessment of Manufactured Nanomaterials.* Brussels, Belgium, April 2016.

6. Henry, T.R. and Libelo, L. 2015. Assessment of Fluoro Compounds at USEPA. *FLUOROS 2015.* Denver, CO, July 2015. [Invited]

7. Henry, T.R., Scarano, L., Kim, A., Eisenreich, K. 2014. Challenges in Using Aquatic Test Data in Assessing Chemicals under the Toxic Substances Control Act. *Society of Environmental Toxicology and Chemistry.* Vancouver, Canada, November 2014. [Invited]

8. Escher, B., Brooks, B.W., Valenti, T.W., Embry, M., Henry, T.R. 2014. Experts Workshop on the Ecotoxicological Risk Assessment of Ionizable Organic Chemicals: Ecotoxicology. *Society of Environmental Toxicology and Chemistry.* Vancouver, Canada, November 2014. [Invited]

9. Henry, T.R., Anitole, K., Austin, K., Barone, S., Baier-Anderson, C., Benson, A., Camacho, I., Eisenreich, K., Laessing, S., Oxendine, S., Seed, J., Selby-Mohamadu, Y., Stedeford, T., Szilagyi, M., Townsend, M., Wong, E. 2014. Application of the Framework for Human Health Risk Assessment to Inform Decision Making in Conducting Chemical Risk Assessments under the Toxic Substances Control Act. *2015 Society for Risk Analysis.* Denver, CO, December 2014. [Invited]

10. Gimlin, P. and Henry, T. 2013. Regulatory Framework for Inadvertently Generated PCBs under the Toxic Substances Control Act. *American Chemical Society, 17th Annual Green Chemistry & Engineering Conference.* Bethesda, MD, June 2013. [Invited]

11. Lewandowski, T., Henry. T., Rusch, G., Votaw, J. 2011. Rountable: Reforming the Toxic Substances Control Act (TSCA): Challenges, Opportunities, Timing. *Society of Toxicology.* Washington, DC, March 2011. [Invited]

12. Dellarco, V., Henry, T., Kramek, N., McLain, J., Sayre, P., Seed, J., Bradbury, S. 2009. Strategic Direction and Application and of Computational Models, Omics and HTS Approaches for the Risk Assessment of Industrial and Pesticide Chemicals. *National Academy of Sciences Symposium On Toxicity Pathway-Based Risk Assessment.* Washington, DC, May 2009.

13. Henry, T. and Auer, C. Chemical Assessment and Management Program (ChAMP).

*ChemCon Asia*. Kuala Lumpur, March 2009. [Invited]

14. van Wijk, D., Chenier, R., Henry, T., Hernando, M., Schulte, C. 2008. Development of guidance for integrating information on exposure as a result of direct releases and of long-range transport and adverse effect levels to assess the likelihood for significant adverse effects, *Society of Environmental Toxicology and Chemistry*. Tampa, FL, November 2008.

15. Henry, T., Mayo-Bean, K., Nabholz, J.V. U.S. EPA Use of QSAR and Category Approaches in Profiling Chemical Hazard of Industrial Chemicals, *The 13th International Workshop on QSARs in the Environmental Sciences*. Syracuse, NY, June 2008. [Invited]

16. Sonawane, M., Henry, T., Townsend, M., Hernandez, O. Screening-Level Hazard Characterization of High Production Volume Chemicals, *Society of Toxicology*. Seattle, WA, March 2008.

17. Szilagyi, M., Seed, J., Henry, T., Scarano, L., Nguyen, N., Locke, D., Fehrenbacher, C., Townsend, M., Hernandez, O. Development of Risk Characterizations under the U.S. High Production Volume (HPV) Challenge Program, *Society of Toxicology*. Seattle, WA, March 2008.

18. Henry, T.R., Cook, P., Cirone, P., DeVito, M., Duncan, B., Pepin, R., Schappelle, S., Wharton, S. Framework of Application of the Toxicity Equivalence Methodology for PCDDs, PCDFs, and PCBs in Ecological Risk Assessment, *Society of Environmental Toxicology and Chemistry*. Milwaukee, WI, November 2007.

19. Henry, T., Holmes, J. Utility of Genomics and High-Throughput Approaches for the Assessment of Industrial Chemicals and Pesticides, *Society of Environmental Toxicology and Chemistry*. Milwaukee, WI, November 2007. [Invited]

20. Suski, J., Northrop, R., Sonawane, M., Henry, T., Hernandez, O., Townsend, M. An Overview of U.S. EPA's High Production Volume Challenge Program, *Society of Environmental Toxicology and Chemistry*. Milwaukee, WI, November 2007.

21. Henry, T., Mayo-Bean, K., Nabholz, J.V, Sonawane, M., Hernandez, O. Computational Tools Used for Assessing Chemical Hazards and Risks in U.S. EPA's Office of Pollution Prevention and Toxics, *International Science Forum on Computational Toxicology*. Research Triangle Park, NC, May 2007.

22. Morris, J, Willis, J., Gallagher, K., Alwood, A., Bauer, D., Boethling, R, Brody, M., Burgin, D., Chow, F., Dreher, K., Fairbrother, A., Henry, T., Karn, B., Libelo, L., Lingle, S., Nabholz, J., Prothero, S., Savage, N., Sayre, P., Scalera, J., Schoepf, W., Street, A., Utterback, D., Williamson, T., Zepp, R. Nanotechnology: Environmental Decision Support Needs. *Society of Risk Analysis*. Baltimore, MD, December 2006.

23. Gallagher, K., Morris, J, Willis, J., Alwood, A., Bauer, D., Boethling, R, Brody, M., Burgin, D., Chow, F., Dreher, K., Fairbrother, A., Henry, T., Karn, B., Libelo, L., Lingle, S., Nabholz, J., Prothero, S., Savage, N., Sayre, P., Scalera, J., Schoepf, W., Street, A.,

Utterback, D., Williamson, T., Zepp, R. Nanotechnology: Environmental Opportunities and Challenges. *Society of Environmental Toxicology and Chemistry.* Montreal, Quebec, Canada, November 2006.

24. Sappington, K., Bennett, R., Henry, T. Development of a Framework for Tissue Residue-Based Water Quality Criteria at USEPA. *Society of Environmental Toxicology and Chemistry.* Montreal, Quebec, Canada, November 2006.

25. Henry, T.R., Cook, P., Burkhard, L., Endicott, D., Sappington, K., Winchester, E. U.S. EPA's Methodology for Developing National Bioaccumulation Factors. *Society of Environmental Toxicology and Chemistry.* Baltimore, MD, November 2005.

26. Thomson, B., Augspurger, T., Delos, C., Dillon, J., Dwyer, J., Erickson, R., Garrett, A., Henry, M., Henry, T., Huff, L., Johnson, C., Johnson-Hughes, C., Keating, J., Kubiak, T., Leutner, F., Mayer, F., Noguchi, G., Powell, D., Sobieck, S., Spehar, R., Swietlik, W., Tartara, C., Thomas, D. Overview of the Draft Methodology for Conducting Biological Evaluations of Aquatic Life Criteria. *Society of Environmental Toxicology and Chemistry.* Baltimore, MD, November 2005.

27. Bennett, R.S. and Henry, T.R. 2005. Approaches for Developing Tissue-based Criteria for Protection of Wildlife. *The Wildlife Society,* Madison, WI, September 2005.

28. Aquatic Life Criteria Guidelines Committee (Henry, T., primary author and presenter). Revising EPA's Guidelines for the Derivation of Aquatic Life Ambient Water Quality Criteria. *EPA Science Forum 2005: Collaboration Partnering to Protect Human Health and the Environment.* Washington, DC, May 2005.

29. Denny, J.S., Henry, T.R., Tapper, M.A., Hartig, P.C., and Schmieder, P.K. 2005. Chemical Binding To Engineered Rainbow Trout Estrogen Receptor (RtER) vs. Binding to RtER Isolated from Trout Liver. *Midwest Regional Society of Environmental Toxicology and Chemistry.* Madison, WI, April 2005.

30. Henry, T.R., Bell, H.E., Delos, C.G., Erickson, R.J., Kubena, K.M., Mayer, F.L., Sappington, K.G., and Stephan, C.E. 2004. Revising EPA's Guidelines for the Derivation of Aquatic Life Ambient Water Quality Criteria. *Society of Environmental Toxicology & Chemistry.* Portland, OR, November 2004.

31. Sappington, K.G. and Henry, T.R. 2004. Derivation of National Default Values of Lipid Fraction for Commonly Consumed Aquatic Organisms. *Society of Environmental Toxicology & Chemistry.* Portland, OR, November 2004.

32. Henry, T., Linton, T., Clement, W., McIntyre, D. and Abernathy, C. 2004. Updating U.S. EPA's Ambient Water Quality Criteria for Arsenic (As): Toxicity and Bioaccumulation. *Society of Toxicology.* Baltimore, MD, March 2004. *Toxicol Sci*

33. Henry, T., Burkhard, L., Cook, P., Sappington, K. and Winchester, E. 2003. Development of National Bioaccumulation Factors. *EPA Science Forum 2003: Partnering to Protect Human*

19

*Health and the Environment.* Washington, DC, May 6-8, 2003.

34. Schmieder, P., Henry, T., Denny, J., Tapper, M., Kolanczyk, R., Sheedy, B., Hornung, M. and Veith, G. 2003. How Toxicity Pathways Become Virtual Screening Models. *EPA Science Forum 2003: Partnering to Protect Human Health and the Environment.* Washington, DC, May 6-8, 2003.

35. Denny, J.S. and Henry, T.R. 2003. Relative binding affinity of endocrine disrupting chemicals to estrogen receptor in two species of freshwater fish. *Society of Toxicology.* Salt Lake City, UT, March 2003. *Toxicol Sci* 72(1-S).

36. Henry, T.R., Denny, J.S., Tapper, M.A., Nedyalkova, Z., Mekenyan, O. and Schmieder, P.K. 2002. Inter-species comparisons and SAR modeling of estrogenicity using rainbow trout ER binding data. *Society of Environmental Toxicology and Chemistry.* Salt Lake City, UT, November 2002. [Invited]

37. Lazorchak, J.M., McCormick, F.H., Henry, T.R., Herlihy, A., Grimmett, P., Loebker, R.E., Hinners, T.A. 2002. Regional distribution of contaminants in whole fish from streams and rivers in the Mid-Atlantic States. *Society of Environmental Toxicology and Chemistry.* Salt Lake City, UT, November 2002.

38. Carney, S., Serrano, J., Schmieder, P.K. and Henry, T.R. 2002. Relationship of the single-electron potential of quinones to their ability to undergo redox cycling mediated by rainbow trout microsomal flavoproteins. *Society of Toxicology.* Nashville, TN, March 2002. *Toxicol Sci* 66(1-S):61.

39. Tapper, M.A., Kolanczyk, R., Denny, J., Henry, T.R. and Schmieder P.K. 2002. Effects of cytosolic conversion of estrone to estradiol on rainbow trout ER binding affinity. *Society of Toxicology.* Nashville, TN, March 2002. *Toxicol Sci* 66(1-S):256.

40.

41. Henry, T.R., Denny, J.S. and Schmieder, P.K. Relative binding affinity of alkylphenols to rainbow trout estrogen receptor. *Society of Toxicology.* San Francisco, CA, March 2001. *Toxicol Sci* 60 (Suppl):164.

42. McCormick, F.H., Lazorchak, J.M., Henry, T.R., Bradbury, S.P., Yeardley, R.B. Assessing fish tissue contamination on a regional scale. *International Congress on Ecosystem Health.* Sacramento, CA, August, 1999.

43. Henry, T.R., Hornung, M.W., Denny, J.S., Tapper, M., Sheedy, B.R., Schmieder, P.K. An *in vitro* approach for screening for environmental endocrine disruptors in rainbow trout. *Gordon Conference on Environmental Endocrine Disruptors.* Plymouth, NH, June 2000.

44. Henry, T.R. and Bennett, R.S. Fish tissue residue-based wildlife values for piscivorous wildlife: chlordane, DDT, dieldrin, endrin, hexachlorobenzene, mercury and PCBs. *Midwest Regional Society of Environmental Toxicology and Chemistry.* Bloomington, MN, April 2000.

8/1/2019

45. Bennett, R.S., Ankley, G.T., Baker, J.P., Bradbury, S.P., Gleason, T.R., Henry, T.R., Heppell, S.S., Munns, W.R., Jr., Nichols, J.W., Schumaker, N.H., Trebitz, A.S. Improving predictability of wildlife risk assessments. Midwest Regional *Society of Environmental Toxicology and Chemistry*. Bloomington, MN, April 2000.

46. Denny, J.S., Henry, T.R., Schmieder, P.K. Non-mammalian estrogenicity screen: rainbow trout estrogen receptor binding. *Midwest Regional Society of Environmental Toxicology and Chemistry*. Bloomington, MN, April 2000.

47. Henry, T.R., Denny, J.S., Schmieder, P.K. Non-mammalian estrogenicity screen: rainbow trout estrogen receptor binding. *Society of Toxicology*. Philadelphia, PA, March 2000. *Toxicol Sci* 54(Suppl):326.

48. Schmieder, P.K., Ankley, G.T., Henry, T.R., Hornung, M.W. An *in vitro* screening approach for environmental estrogens: from receptor to tissue. *Society of Environmental Toxicology and Chemistry*. Philadelphia, PA, November, 1999.

49. Henry, T.R. and Bradbury, S.P. Derivation of Tissue-Based Toxicity Reference Values (TRVs) for Chlordane, DDT, Dieldrin, Endrin, Hexachlorobenzene, Mercury and PCBs for Piscivorous Wildlife. *American Chemical Society*. New Orleans, LA, August 1999.

50. Henry, T.R., Johnson, R.D., Lothenbach, D.B., Schmieder, P.K. Autofluorescence in primary rainbow trout hepatocytes interferes with measurement of oxidative activity via the exogenous probe, DCF, but provides intrinsic measure of cellular oxidative state. *Society of Toxicology*. New Orleans, LA, March 1999.

51. Hornung, M.W., Tapper, M.A., Korte, J.J., Denny, J.S., Pasha, M.S., Henry, T.R., Schmieder, P.K., Ankley, G.T. Development of a Multi-level Environmental Estrogen Screen in Rainbow Trout. *Midwest Regional Society of Environmental Toxicology and Chemistry*. LaCrosse, WI, March, 1999.

52. Henningsen, G.M., Roy, R., Bradbury, S., Henry, T., Hoff, D.J. Dioxin analyses for ecological risk assessments: scientific approach and practical considerations. *Society of Environmental Toxicology and Chemistry*. Charlotte, SC, November, 1998.

53. Peterson, R.E., Henry, T.R., Hornung, M.W., Guiney, P.D., Abnet, C.C., Andreasen, E.A., Tanguay, R.L., Belair, C.D., Heideman, W. The developmental toxicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin in rainbow trout and zebrafish. *NIEHS Workshop on Unique Marine/Freshwater Models for Environmental Health Research*. NIEHS, Research Triangle Park, NC, April 1998.

54. Henry, T.R., Nesbit, D.J., Peterson, R.E. Toxic equivalency factors for polychlorinated dibenzo-p-dioxins, dibenzofurans and biphenyls in zebrafish liver cells. *Society of Environmental Toxicology and Chemistry*. Washington, DC, November 1996.

55. Henry, T.R., Heideman, W., Peterson, R.E. Early life stage toxicity of 2,3,7,8-tetrachloro-*p*-dioxin (TCDD) in zebrafish (*Danio rerio*). *Cold Spring Harbor Laboratory Symposium:*

21

*Zebrafish Development and Genetics.* Cold Spring Harbor, NY, April 1996.

56. Henry, T.R., Miller, L.M., Peterson, R.E. Early life stage toxicity of 2,3,7,8-tetrachloro-*p*-dioxin (TCDD) in zebrafish (*Danio rerio*). *Midwest Regional Society of Environmental Toxicology and Chemistry.* Duluth, MN, April 1996.

57. Wallace, K.B., Henry, T.R., Solem, L.E., Palmeira, C.M.M. Quinone-induced interference with mitochondrial calcium regulation. Symposium on Mitochondrial-Mediated Cell Death. *Society of Toxicology.* Anaheim, CA, March, 1996. *Fund Appl Toxicol (Suppl)* 30:221.

58. Henry, T.R., Hornung, M.W., Abnet, C.C., Peterson, R.E. Early life stage toxicity of 2,3,7,8-tetrachloro-*p*-dioxin (TCDD) in zebrafish (*Danio rerio*). *Society of Environmental Toxicology and Chemistry.* Vancouver, British Columbia, Canada, November 1995.

59. Henry, T.R., Palmeira, C.M., Wallace, K.B. Differential mechanisms of cell killing by redox cycling and arylating quinones. *Society of Toxicology*. Baltimore, MD, March 1995. *The Toxicologist* 15:155.

60. Palmeira, C.M., Henry, T.R., Moreno, A.J., Madeira, V.M.C., Wallace, K.B. Measurement of mitochondrial membrane potential in isolated hepatocytes: a new approach. *Society of Toxicology.* Baltimore, MD, March 5-9, 1995. *The Toxicologist* 15:156.

61. Henry, T.R. and Wallace, K.B. The role of redox cycling versus arylation in quinone-induced mitochondrial dysfunction. *Sixth International Workshop on Quantitative Structure Activity Relationships (QSAR) in Environmental Sciences.* Belgirate, Italy, September 1994.

62. Henry, T.R. and Wallace, K.B. Redox cycling versus arylation in quinone-induced loss of mitochondrial calcium homeostasis. *Society of Toxicology.* Dallas, TX, March 1994. *The Toxicologist* 14:614.

63. Saxena, K., Henry, T.R., Wallace, K.B. Effects of *in vivo* menadione on mitochondrial respiration and calcium homeostasis. *Society of Toxicology.* Dallas, TX, March 13-17, 1994. *The Toxicologist* 14:617.

64. Henry, T.R. and Wallace, K.B. Selective stimulation of cyclosporine A-sensitive calcium release from mitochondria by menadione. *Workshop on New Perspectives in Mitochondrial Research. Satellite Meeting to the 2nd International Union of Biochemistry and Molecular Biology Conference on Biochemistry of Cell Membranes*. Padova, Italy, September 1993.

65. Henry, T.R. and Wallace, K.B. Calcium channel-specific effects of menadione in rat liver mitochondria. *Society of Toxicology.* New Orleans, LA, March 1993. *The Toxicologist* 13:1626.

66. Bradbury, S.P., Henry, T.R., Carlson, R.W., Snarski, V. Further assessment of fish acute toxicity syndromes. *Society of Environmental Toxicology and Chemistry.* Pensacola, FL, November 1987.

67. Henry, T.R. and Schmieder, P.K. Plasma binding of n-butanol, phenol, nitrobenzene and

22

8/1/2019

pentachlorophenol in trout and rats. *Lake Superior Biological Conference.* Duluth, MN, September 1987.

## **INVITED PRESENTATIONS**

TSCA: Three Years Later: Science Policy Issues. *Environmental Law Institute, Bergeson & Campbell, P.C., and the George Washington University Milken Institute School of Public Health Co-Sponsored Conference.* June 2019.

Risk Management under the Toxic Substances Control Act. *Helsinki Chemicals Forum.* May 2019.

Toxic Substances Control Act – Update on Implementation of 2016 Amendments. *Society for Chemical Hazard Communication.* September 2018.

Invited Expert Panelist. Priority Setting of Chemicals - Potential for Harmonisation and Synergies. *Helsinki Chemicals Forum*. June 2018.

Overview of Amendments to TSCA: Risk Assessment Focus. *Department of Environmental Science & Technology, University of Maryland*. College Park, MD, April 2018.

TSCA Workshop: Section 6: Pragmatic Tools Section. *Global Chem*. Washington, DC, February, 2018.

Toxic Substances Control Act: Prioritization and Risk Evaluation Rules Overview. *ChemCon The Americas*. New Orleans, LA, February, 2018.

TSCA Reform and EPA Requirements in Evaluation of Risk-Based Safety in Consideration of Vulnerable Populations. *Genetics and Environmental Mutagen Society.* Research Triangle Park, NC, November, 2017.

Advancing Risk Assessment methods and Practices in the Implementation of TSCA. *National Capitol Area Chapter of the Society of Toxicology*. Washington, DC, October 2017.

EPA TSCA Update. *NSF Council of Public Health Consultants*. Ann Arbor, MI, October, 2017.

Susceptible Subpopulationa and New Chemicals Risk Assessment. *National Tribal Toxics Council Fall Meeting*, via webinar, August 2017.

First 10 Chemical Risk Evaluations under TSCA. *Children's Health Protection Advisory Committee.* Washington, DC, July 2017.

Requirements for the Prioritization and Risk Evaluation Process. *Toxicology Forum.* Annapolis, MD, July 2017.

Scoping Documents for Ten Work Plan Chemicals. *National Tribal Toxics Council Monthly Meeting*, via webinar, July, 2017.

Keynote Address: Implementation of TSCA as Amended by the Frank R. Lautenberg Chemical Safety for the 21st Centry Act. *Chesapeake-Potomac Regional Chapter of the Society of Environmental Toxicology and Chemistry.* Annapolis, MD, April 2017.

National Academy of Sciences – BEST Meeting, Washington, DC, April 2017.

Tribal Exposures in Risk Evaluations Under TSCA. *National Tribal Toxics Council Monthly Meeting*, via webinar, April, 2017.

Implementation of TSCA as amended by the Frank R. Lautenberg Chemical Safety for the 21st Century Act. *University of Michigan School of Public Health & Wayne State Health Equity at Industrial Scale: Lautenberg Chemical Safely Act Conference.* Ann Arbor, MI, March, 2017.

Regulatory Cooperation Council – Chemicals Management Work Plan Update. *Global Chem.* Washington, DC, February, 2017.

Overview of Risk Assessment under TSCA: New and Existing Chemicals. 2016. *Department of Environmental Science & Technology, University of Maryland.* College Park, MD, April 2016.

Regulatory Cooperation Council – Chemicals Management Work Plan Update. 2016. *U.S. Council for International Business.* Washington, DC, April 2016.

US New Chemicals Program: Approach to Read-Across for MWCNTs. *OECD Expert Meeting on Grouping and Read Across for Nanomaterials.* Brussels, Belgium, April 2016.

Chemical Risk Assessment in EPA's Office of Pollution Prevention and Toxics. *USGS Patuxent Wildlife Research Center – Science Strategy Planning Workshop.* Beltsville, MD, November 2015.

Risk Assessment and Management of Fluoro Compounds at USEPA. 2015. *FLUOROS 2015.* Denver, CO, July 2015.

Invited Expert Panelist. *International Council of Chemical Association's (ICCA) Long-Range Research Initiative (LRI) Workshop on What Will Work? Application of New Approaches for Chemical Safety Assessment.* New Orleans, LA, June 2015.

USEPA's Chemical Assessments under the Toxic Substances Control Act: Applications of Weight of Evidence. *Society of Environmental Toxicology and Chemistry International Programs Committee Symposium, Application of Weight-of-Evidence in Risk-Based Ecological Assessment Frameworks,* SETAC-Europe, Barcelona, Spain, May 2015

Overview of Risk Assessmnt and Factors to Consider for Differing Regulatory Programmes. *Organization for Economic Cooperation and Development (OECD) Expert Workshop on Categorization of Manufactured Nanomaterials.* Crystal City, VA, September 2014.

Overview of the Final TCE Work Plan Risk Assessment. *EPA Workshop on Alternatives and*

24

*Risk Reduction Approaches to Trichloroethylene (TCE) Use as a Degreaser*. Washington, DC, July 2014.

Testing of "Difficult-to-Test" PMN Chemical Substances/Mixtures. *U.S. EPA Workshop on Ecotoxicity Testing of "Difficult to Test" Substances in the Aquatic Environment: Evaluation and Testing of Poorly Water-Soluble Substances.* Crystal City, VA, September 2014.

EPA's TSCA Risk Assessment Program. *GlobalChem 2014*. Baltimore, MS, February 2014.

U.S. EPA's PCB Regulatory Program – Overview. *ECOS Cross-Media Committee Meeting*. Colorado Springs, CO, August 2012

U.S. EPA's Phthalates Action Plan, *Design for the Environment Program: Partnership on Alternatives to Certain Phthalates Kick-off Meeting*. Washington, DC, August 2011.

Global Regulation and Activities Related to HBCD, *Design for the Environment Program: Partnership on Flame Retardant Alternatives to HBCD Kick-off Meeting*. Washington, DC, April 2011.

Society of Toxicology Roundtable: Reforming the Toxic Substances Control Act (TSCA): Challenges, Opportunities, Timing. *Society of Toxicology*. Washington, DC, March 2011.

Chemical Assessment and Management Program (ChAMP). *ChemCon Asia*. Kuala Lumpur, Malaysia, March 2009.

Workshop on U.S. EPA's Chemical Assessment and Management Program (ChAMP). *Ministry of Environment Japan*. Tokyo, Japan, February 2009.

Chemical Assessment and Management Program (ChAMP). *Joint Meeting of the Association of Waste Management & American Institute of Chemical Engineer*. Pittsburgh, PA, January 2009.

Utility of Genomics and High-Throughput Approaches for the Assessment of Industrial Chemicals and Pesticides. *Society of Environmental Toxicology and Chemistry*. Milwaukee, WI, November 2007.

U.S. EPA QSAR and Expert System Tools for Predicting Toxicity. *Cal/EPA Symposium*. Sacramento, California, October 2007.

U.S. EPA Experiences Using Category Approaches. *International QSAR Foundation – McKim Conference*. Duluth, MN, September 2007.

U.S. EPA's Methodology for Developing National Bioaccumulation Factors. *Society of Environmental Toxicology and Chemistry*. Baltimore, MD, November 2005.

Inter-species comparisons and SAR modeling of estrogenicity using rainbow trout ER binding data. *Society of Environmental Toxicology and Chemistry*. Salt Lake City, UT, November 2002.

25

Integrating Scientific Analysis, Science Policy & Risk Management: The National Water Quality Criteria Program. *Meeting of the Association for Science in the Public Interest*. Fairfax, VA, 2003.

Inter-species comparisons and SAR modeling of estrogenicity using rainbow trout ER binding data. *Society of Environmental Toxicology and Chemistry*, Salt Lake City, UT, November 2002.

Effects of Non-Dioxin-Like PCBs in Wildlife. *USEPA ORD/OSWER Scientist-to-Scientist Meeting*. Chicago, IL, December 4-5, 2002.

Bioassays: Development, Application, Use of Results. *USEPA ORD/Regional Workshop on Endocrine Disruptors*. Atlanta, GA, May 1-3, 2001.

Bioassays for Identification of Endocrine-Disrupting Chemicals in Fish. *USEPA ORD/Regional Workshop on Endocrine Disruptors*. Atlanta, GA, May 1-3, 2001.

Toxicity Equivalence Approach for Assessing Complex Mixtures. *USEPA Regional Risk Assessor's Annual Meeting*. Snowmass, CO, June 8, 2000.

Development of Screening Tools for Endocrine Disruptor Activity in Ecological Receptors. *USEPA Regional Risk Assessor's Annual Meeting*. Seattle, WA, May 5, 2000.

Application of WHO Toxic Equivalency Factors for Polychlorinated Dioxins, Furans and Biphenyls in Ecological Risk Assessment. *OSWER Ecological Risk Assessment Forum Annual Workshop*. Potomac, MD, January 11-15, 1999.

Introduction to Ecological Risk Assessment. *EPA-Region VIII and State of Utah Training Course*. Salt Lake City, UT. September 29, 1997.
Introduction to Ecological Risk Assessment. *EPA-Region VIII and State of Colorado Training Course*. Denver, CO, September 25, 1997.

Region 8 RCRA Ecological Risk Assessments: Requirements, Recommendations and Reality. *Tri-Services Ecological Risk Assessment Workgroup Meeting*. Colorado Springs, CO, August 27, 1997.

Risk Assessment and Risk Communication. *EPA Region 8 Environmental Institute for Teachers*. Denver, CO, July 11-20, 1997.

Defendants'

Expert CV

Charlotte Lewis

## CURRICULUM VITAE

## Charlotte W. Lewis, MD, MPH

### 1. CONTACT INFORMATION

Charlotte W. Lewis, MD, MPH

University of Washington Department of Pediatrics, Division of General Pediatrics

Children's Health Institute

Box 354920

Seattle, WA 98195-4920, United States of America

cwlewis@uw.edu

### 2. PERSONAL DATA

Place of Birth: Neenah, WI

### 3. EDUCATION

| | |
|---|---|
| 1980-1985 | BS, Nutrition Science, University of California, Davis (with honors) |
| 1985-1988 | MS, Clinical Nutrition, Cornell University, Ithaca, NY |
| 1990-1994 | MD, University of California, San Francisco |
| 1998-2000 | MPH, University of Washington, Seattle, WA |

### 4. POSTGRADUATE TRAINING

| | |
|---|---|
| 1987 | Dietetic Intern, Cornell University, Ithaca, NY |
| 1998 | Pediatric Nutrition Fellow, Riley Hospital for Children, Indianapolis, IN |
| 1994-1997 | Pediatric Resident, Harbor-UCLA Medical Center, Torrance, CA |
| 1998-2000 | Robert Wood Johnson Clinical Scholar, University of Washington, Seattle, WA |

### 5. FACULTY POSITIONS HELD

| | |
|---|---|
| 1989-1990 | Lecturer in Nutrition, School of Medicine, Indiana University, Indianapolis, IN |
| 1997-1998 | Pediatric Chief Resident, Harbor-UCLA Medical Center, Torrance, CA |
| 1998-2000 | Acting Instructor, Pediatrics, University of Washington, Seattle, WA |

| 2000-2001 | Acting Assistant Professor, Pediatrics, University of Washington, Seattle, WA |
| 2001-2007 | Assistant Professor, Pediatrics, University of Washington and Adjunct Assistant Professor, Pediatric Dentistry, University of Washington, Seattle, WA |
| 2007-present | Associate Professor, Pediatrics, University of Washington and Adjunct Associate Professor, Pediatric Dentistry, University of Washington, Seattle, WA |
| | |

## 6. HOSPITAL POSITIONS HELD

| | |
| 1997-1998 | Attending Physician, Pediatric Emergency Department, Harbor-UCLA, Torrance, CA |
| 1998-2000 | Attending Physician, Children and Teen's Clinic, Harborview Medical Center, Seattle, WA |
| 2000 | Attending and Fast Track Physician, Emergency Department, Seattle Children's Hospital, Seattle, WA |
| 2000-2015 | Attending Physician, Craniofacial Center, Seattle Children's Hospital, Seattle, WA |
| 2000-2018 | Attending Physician, General Medicine Inpatient Service, Seattle Children's Hospital, Seattle, WA |
| 2011-2012 | Attending Physician, Pediatric Residency Continuity Clinic, UW Roosevelt Pediatric Clinic, Seattle, WA |
| 2011-present | Attending Physician, Newborn Nursery and Progressive Care Nursery, University of Washington Medical Center, Seattle, WA.<br>● In addition to my responsibilities as inpatient attending in the well-baby and progressive care nurseries, I see patients in a weekly ankyloglossia clinic at UWMC in which I evaluate patients for ankyloglossia and other feeding problems and I perform sublingual frenotomies. |
| 2015-present | Multidisciplinary Feeding Team Director, Seattle Children's Hospital, Seattle, WA.<br>● I developed and lead the Multidisciplinary Feeding Team consult service at Seattle Children's Hospital.<br>● The team consists of feeding therapists, nutritionists, nursing, care coordinators, social workers, hospitalists, residents and myself.<br>● We care for patients with a variety of feeding and nutritional problems, most notably dysphagia, failure to thrive, and enteral feeding tube dependence.<br>● As a team, we conduct a comprehensive assessment of a child's feeding abilities and nutritional needs and provide short and long term feeding and nutritional planning, education, and recommendations for the family, primary care provider and other healthcare team members. |
| | |

## 7. BOARD CERTIFICATION

| | |

| 1998-present | Certified, American Board of Pediatrics, General Pediatrics (MOC cycle 1/2018-12/2023) |

## 8. CURRENT STATE LICENSE

| 1998-present | State of Washington License: MD00036058 |

## 9. PROFESSIONAL ORGANIZATIONS

| 1994-present | American Academy of Pediatrics |

## 10. TEACHING RESPONSIBILITIES

(a)    Medical students and students in other health professions

UW SOM courses taught

| Course | Title | Credits | Years | Students | Responsibility |
|--------|-------|---------|-------|----------|----------------|
| Conjoined 516 | What Every Physician Needs to Know about Oral Health. | 1 | 2005 and 2006 | Medical students | Course Co-director |

(b) Pediatric Residents

Pediatric resident teaching responsibilities

| 2006-2009 | Noon Conference, yearly lecture: Pierre Robin Sequence |
| 2015 | Noon Conference: Responsible Use of the Electronic Medical Record |
| 2005-present | Noon Conference, yearly lecture, Dental Trauma and Emergencies |
| 2002-present | Noon Conference, yearly lecture, Dental Overview for Pediatricians |
| 2015-present | Newborn Nursery Resident Lecture Series:  Normal and Abnormal Physical Findings in the Newborn. |
| 2016-present | Newborn Nursery Resident Lecture Series:  Newborn Sepsis.  A Comparative, Case-based Approach. |
| 2017-present | Newborn Nursery Resident Lecture Series:  Hemolytic Disease of the Newborn |
| 2018-present | Newborn Nursery Resident Lecture Series: Common Craniofacial Problems in General Pediatrics |

(c)  Subspecialty Fellows

Subspecialty fellows teaching responsibilities

| 2004-2012 | An Overview of Craniofacial Care.  University of Washington Graduate Program in Orthodontics. |

(d) Mentoring

Fellow and junior faculty mentoring (past 5 years)

| 2010-present | Helen Lee, MD, MPH |
| 2012-2015 | Molly Melby, DDS, MPH |
| 2018-present | Whitney Waite, MD, MPH |
| Resident mentoring (past 5 years) | |
| 2017-present | Elizabeth Abernathey, MD |
| 2017-present | Rachel Pierson, MD |

## 10.   EDITORIAL RESPONSIBILITIES

| 2014-present | Fluoride Science |

## 11.   SPECIAL NATIONAL RESPONSIBILITIES

| 2000 | Session moderator, Surgeon General's Conference on Children's Oral Health, Washington, DC |
| 2002-2007 | American Academy of Pediatrics, Oral Health Forum |
| 2005-2006 | Reviewer, NIH-NIDCR Study Section: Special Emphasis Panel on Health Care |
| 2005-2009 | Abstract reviewer, Pediatric Academic Societies |
| 2006-2008 | Session moderator, Pediatric Academic Societies |
| 2007-2008 | Reviewer, NIH-NIDCR Study Section: Data Analysis and Statistical Methodology (R03) |
| 2008 | Reviewer, NIH-NIDCR Study Section: Oral Health Disparities Centers |
| 2012 | Reviewer, NIH-NIDCR Study Section: Oral Health Considerations for Medically Complex Populations |
| 2013 | Expert reviewer. Evidence review for: "Prevention of Dental Caries in Preschool Children" for the U.S. Preventive Services Task Force |
| 2014-present | Project Advisory Committee, American Academy of Pediatrics, Campaign for Dental Health |

## 12.   SPECIAL LOCAL RESPONSIBILITIES

| 2001 | Intern Selection Committee, Department of Pediatrics, University of Washington |
| 2003-2007 | Coordinator, biweekly research seminar series at Child Health Institute |
| 2004 | Conference Director, Craniofacial Overview for Orthodontists (state-wide CME course) |
| 2004 | Abstract reviewer, Western Society for Pediatric Research |
| 2004-2005 | Expert panel member, Children's Preventive Oral Health Learning Collaborative, Washington State |
| 2004-2010 | ECOH (Early Childhood Oral Health) Steering Committee member, University of Washington, Department of Pediatric Dentistry |

| 2008-2010 | University of Washington Faculty Senate |
|---|---|
| 2008-2012 | Co-chair, Seattle Children's Hospital Work-Life Balance Committee.<br>● In this position, together with Cora Breuner, MD, we organized an annual work-life balance conference on a topic relevant to physician wellness featuring a nationally prominent keynote speaker.<br>● This committee also surveyed SCH physicians about work-life balance topics and made recommendations to hospital leadership about important issues related to physician work-life balance including childcare needs and affordability, elder care, and promotion flexibility for faculty with young children. |
| 2013-present (reappointed in 2017) | Washington State Medical Commissioner, appointed by Governor Jay Inslee representing Congressional District 7. Washington State Department of Health.<br>● As a Washington Medical Commission, each year I personally review and make recommendations for approximately 300-400 complaints made to the Medical Commission by members of the public and other entities about Washington allopathic physicians and physician assistants.<br>● Additionally, I perform in-depth reviews of medical records and investigative reports and prepare a written summary and recommendations for disciplinary action for approximately 40 complaints/year in which substantial allegations have been made against MDs or PAs. These case summaries are presented and discussed at 2-day meetings in Tumwater, WA and throughout the state occurring every 6 weeks.<br>● I participate in disciplinary hearings and settlement conferences for medical providers accused of misconduct and deviations from standard of care.<br>● I participate in hearings related to state rule making (eg, ambulatory surgery, opioid prescribing)<br>● I have undergone Sexual Misconduct and Response Training (SMART) and review cases of alleged sexual misconduct involving physicians or physician assistants.<br>● I serve on 2 Medical Commission subcommittees: 1) Electronic Medical Record and 2) Telemedicine.  I was one of 2 lead authors for WA guidelines on electronic medical record use by physicians and physician assistants.<br>● I am currently (as of June 2018) second vice president of the Washington Medical Commission, elected by fellow commissioners. |

## 13.  RESEARCH FUNDING

**Active Funding**

**Pending Funding**

| Completed Funding |
|---|
| |
| 1R03 DE023608-01     8/1/2013-7/31/2015<br>The Forsyth Institute/National Institute of Dental and Craniofacial Research (NIDCR)<br>**Hospital Volume for Orofacial Cleft Repair and Risk of Complications.**<br>To describe the epidemiology of US primary cleft lip and cleft palate repairs, their timeliness, distribution by hospital type, and relationship between hospital volume and perioperative complications.<br>Role: subcontract PI |
| |
| American Academy of Pediatrics     3/1/11 to 6/30/11<br>**Barriers and Facilitators of Oral Health Promotion by AAP Chapter Oral Health Advocates**<br>Using qualitative research, to identify factors that promoted or interfered with Chapter Oral Health Advocates' (COHAs) outreach and education of peers about oral health and fluoride varnish and to develop strategies for future success of the COHA program.<br>Role: PI |
| |
| University of Washington Bridge Fund     6/1/10 to 6/30/11<br>**Identifying Children with Special Dental Care Needs**<br>Using both qualitative and large dataset methods, to better characterize the characteristics and epidemiology of children with special health care needs who encounter difficulty accessing dental care.<br>Role: PI |
| |
| 1R03DE017199-A1     9/30/07 to 8/30/10<br>The National Institute of Dental and Craniofacial Research<br>**Dental Care in Children with and without Special Health Care Needs**<br>Using population based data and methods, to compare dental care utilization and expenditures amongst US children with and without special health care needs.<br>Role: PI |
| |
| 1R21DE018012-A2     9/1/07 to 8/30/10<br>The National Institute of Dental and Craniofacial Research<br>**Oral Health Status and Habits of Young Children with Developmental Delay**<br>Using a health behavior conceptual model, to characterize the influence of parental beliefs and behaviors on the oral health of young children in early intervention programs.<br>Role: PI |
| |
| 1R21DE017364-A1  9/1/06 to 8/31/08<br>The National Institute of Dental and Craniofacial Research<br>**Caries Prevalence in Orofacial Clefting: a Pilot Study for Oral Health Case Management.**<br>To describe the epidemiology and risk factors for caries in children born with cleft lip and palate and potential for case management to improve the oral health of these children.<br>Role: PI |
| |
| 1R21DE014960-01     9/30/02-8/31/04<br>The National Institute of Dental and Craniofacial Research |

**Dental and Orthodontic Access in Craniofacial Care**
To develop tools to characterize barriers to accessing dental and orthodontic care for patients
with craniofacial disorders and to identify potential strategies by which access to care may
be improved.
Role: Co-PI

1K23DE014062     7/30/01 to 7/31/06
The National Institute of Dental and Craniofacial Research
**The Primary Provider and Preventive Oral Health**
In a series of related studies, to identify pediatricians current and potential role in improving
the oral health of their patients.
Role: Mentored Career Development Award

## 14.   BIBLIOGRAPHY (†mentoring role)

(a) Peer-reviewed Manuscripts

1. Braveman P, Bennett T, Lewis CW, Egerter S, Showstack J. Access to prenatal care
   following major Medicaid eligibility expansions. JAMA.  1993; 269(10): 1285-1289.

2. Lewis CW, Frongillo EA, Roe DA.  Drug-nutrient interactions in three long-term-care
   facilities. J Am Diet Assoc. 1995; 95(3): 309-315.

3. Lewis CW, Grossman D, Domoto P, Deyo R.  The role of the pediatrician in oral health.
   A national survey. Pediatrics 2000; 106: e84.

4. Lewis CW and A Nowack.  Stretching the safety net too far.  Waiting times for operative
   dental care.  Pediatr Dent 2002; 24: 6-10.

5. Lewis CW, Riedy C, Grossman D, Domoto P, Roberts M.  Oral health of young Alaska
   Native children and their caregivers in Southwestern Alaska. Alaska Medicine 2002;
   44:83-87.

6. Lewis CW, Carron J, Perkins J, Sie K, Feudtner C.  A national study of tracheotomy in
   pediatric patients. Arch Otolaryngol Head Neck Surg 2003; 129:523-529.

7. Lewis CW, Lynch H, Johnston B.  Dental complaints in emergency departments.  A
   national perspective. Ann Emerg Med. 2003; 42:93-99.

8. Brown JC, Klein EJ, Lewis CW, Johnston B, Cummings P.  Emergency department
   analgesia for fracture pain. Ann Emerg Med. 2003; 42:197-205.

9. Lewis CW and P Milgrom.  Fluoride. Pediatr Rev. 2003 Oct;24(10):327-36.

10. Lewis CW, Cantrell DC, Domoto PK.  Oral health in the pediatric practice setting.  A
    survey of Washington State pediatricians. J Public Health Dent. 2004 Spring;
    64(2):111-114.

11.  Lewis CW, Lynch HA, Richardson LP.  Fluoride varnish use in primary care.  What do providers think? Pediatrics 2005;115; 69-76.

12. †Stern RE, Lewis CW, Yueh B, Norton S, Sie K.  Recent epidemiology of pediatric cochlear implantation: Disparity among children of different ethnicity and socioeconomic status. The Laryngoscope 2005; 115(1):125-131.

13.  Perkins J, Lewis CW, Gruss J, Eblen L, Sie K.  Furlow palatoplasty for management of velopharyngeal insufficiency: a prospective study of 148 consecutive patients. Plast Reconstr Surg. 2005 Jul;116(1):72-80.

14. †Harsha WJ, Perkins JA, Lewis CW, Manning SC.  Pediatric admissions and procedures for lymphatic malformations in the United States: 1997 and 2000. Lymphat Res Biol. 2005;3(2):58-65.

15. †Harsha WJ, Perkins JA, Lewis CW, Manning SC.  Head and neck endocrine surgery in children: 1997 and 2000. Arch Otolaryngol Head Neck Surg. 2005 Jul;131(7):564-70.

16. Lewis CW, Ose M, Aspinall C, Omnell L.  Community orthodontists and craniofacial care. Results of a Washington state survey. Cleft Palate-Craniofacial Journal. 2005 Sep;42(5):521-525.

17. Lewis CW, Robertson A, Phelps, S.  Unmet dental care needs among children with special health care needs. Implications for the Medical Home. Pediatrics. 2005 Sep;116(3):e426-31.

18. †Smith R and CW Lewis.  Availability of dental appointments for young and Medicaid insured children in King County Washington. Implications for access. Pediatric Dentistry, 2005 May-Jun;27(3):207-11.

19. †Lam D, Starr J, Perkins J, Lewis CW, Eblen, L, Dunlap J,  Sie, K. A Comparison of nasendoscopy and multiview videofluoroscopy in assessing velopharyngeal insufficiency.  Otolaryngol Head Neck Surg. 2006 Mar;134(3):394-402.

20. Mouradian WE, Reeves A, Kim S, Lewis CW, Keerbs A, Slayton R, Gupta D, Oskouian R, Schaad D, Kalet T, Marshall S. A new oral health elective for medical students at the University of Washington. Teach Learn Med. Fall 2006; 18(4):336-42.

21. Nyweide K, Feldman K, Gunther DF, Done S, Lewis CW, Van Eenwyk C.  Hypocalciuric hypercalcemia presenting as neonatal rib fractures. A newly described mutation of the calcium-sensing receptor gene. Pediatric Emergency Care. 2006 Nov; 22(11):722-4.

22. Lewis CW, Mouradian WE, Slayton RL, Williams AC. Dental insurance and its impact on preventive dental care visits for U.S. children. J Am Dent Assoc 2007;138 369-380.

23. Lewis CW, Johnston BD, Linsenmeyar K, Williams AC, Mouradian WE.  Preventive dental care for children in the United States. A national perspective. Pediatrics 2007; 119 E544-E553.

24. Richardson LP, Lewis CW, Casey-Goldstein M, McCauley E, Katon W.  Pediatric primary care providers and adolescent depression: a qualitative study of barriers to treatment and the effect of the black box warning.
25. J Adolesc Health. 2007 May;40(5):433-9.

26. †Dashow JE, Lewis CW, Hopper RA, Gruss JS, Egbert MA. Bupivacaine administration and postoperative pain following anterior iliac crest bone graft for alveolar cleft repair. Cleft Palate Craniofac J. 2009 Mar;46(2):173-8.

27. Hopper RA, Lewis CW, Umbdenstock R, Garrison MM, Starr JR. Discharge practices, readmission, and serious medical complications following primary cleft lip repair in 23 U.S. children's hospitals. Plast Reconstr Surg. 2009 May;123(5):1553-9.

28. Lewis CW, Teeple E, Robertson A, Williams A.  Preventive dental care for young Medicaid-insured children in Washington State. Pediatrics. 2009. Jul;124(1):e120-7.

29. Lewis CW, Boulter S, Keels M, Krol D, Mouradian W, O'Connor K, Quinonez R. Pediatricians and oral health.  Results of a national survey. Acad Pediatr. 2009 Nov-Dec;9(6):457-61.

30. CW Lewis. Dental care and children with special health care needs in the United States. A population-based perspective. Acad Pediatr. 2009 Nov-Dec;9(6):420-6.

31. †Iida H, Lewis CW, Warren L, Chuang Z, Grembowski D.  Unmet dental care needs among US children with and without special health care needs. J Am Dent Assoc. 2010 Jan;141(1):79-88.

32. Lewis CW and J Stout.  Toothache in US Children. Arch Pediatr Adolesc Med. 2010;164(11):1059-1063.

33. †Lewis CW, Linsenmayer K, Williams A.  Wanting better.  A qualitative study of low-income parents about their children's oral health.  Pediatr Dent. 2010;32:518-24.

34. †Iida H and CW Lewis.  Utility of a summative scale based on the Children with Special Health Care Needs (CSHCN) Screener to identify CSHCN with special dental care needs. Maternal and Child Health Journal. 2012;16(6):1164-72.

35. †Lee H, Lewis CW, Saltzman B, Starks H.  Visiting the emergency department for dental problems: Trends in utilization, 2001 to 2008. Am J Public Health. 2012 Nov;102(11):e77-83.

36. Lewis CW, Barone L, Quinonez RB, Boulter S, Mouradian WE. Chapter Oral Health Advocates-COHAs. A nationwide model for pediatrician peer education and advocacy about oral health. Int J Dent. Epub October 21 2013.

37. CW Lewis.  Fluoride and the prevention of dental caries in children. Pediatr Rev. 2014. Jan;35(1):3-15.

38. Mouradian WE, Lewis CW, Berg JH. Integration of dentistry and medicine and the dentist of the future: the need for the health care team. J Calif Dent Assoc. 2014 Oct;42(10):687-96.

39. Quinonez R, Kranz A, Lewis CW, Barone L, Boulter S, O'Connor K, Keels M. Pediatricians and oral health: Updated results from a national survey. Acad Pediatr. 2014;14:616–623.

40. †McKinney CM, Nelson T, Scott J, Heaton LJ, Vaugh MJ, Lewis CW. Predictors of unmet dental need in children with autism spectrum disorder: results from a national sample. Acad Pediatr. 2014;14(6):624-31.

41. Lewis CW, McKinney C, Lee H, Melbye M.  Emergency department visits for toothache in 20 to 29 Year-olds. J Am Dent Assoc. 2015: 146(5): 295-302.

42. Lewis CW, Vigo L, Warren L, Klein E.  Listening to parents. Improving oral and dental care for children with Autism Spectrum Disorder. Pediatr Dent. 2015: 37(7): 98E-104E.

43. Lee H, McKinney C, Melby M, Lewis CW. Disparities in emergency department pain treatment for toothache. JDR Translational & Clinical Research. 2016: 1(3): 226-233.

44. Lewis CW, Jacob LS, Lehmann CU, AAP SECTION ON ORAL HEALTH. The Primary Care Pediatrician and the Care of Children with Cleft Lip and/or Cleft Palate. Pediatrics. 2017;139(5):e20170628

45. Brecher E and CW Lewis.  Infant Oral Health.  Pediatric Clinics of North America. 2018; 65(5):909-921.


(b) Book Chapters

1. Lewis CW and SK Anand.  Fluids and electrolytes disturbances. In: Berkowitz C (ed). Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Second edition, 2000.

2. CW Lewis.  Childhood obesity.  *In*: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Second edition, 2000.

3. CW Lewis.  Dental disorders.  In:  Osborn, Dewitt, First and Zenel (eds).  Pediatrics. Philadelphia, Elsevier Mosby, 2005.

4. CW Lewis.  Oral lesions in children.  In: Berkowitz C (ed).  Pediatrics: A Primary Care Approach.  Philadelphia, B.C. Sanders; Third edition, 2008.

5. Lewis CW and SK Anand. Fluids and electrolytes disturbances. In: Berkowitz C (ed). Pediatrics:  A Primary Care Approach. Philadelphia, B.C. Sanders; Third edition, 2008.

6.  CW Lewis.  Dental disorders.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Third edition, 2008.

7.  CW Lewis.  Childhood obesity.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Third edition, 2008.

8.  CW Lewis.  Oral lesions in children.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Fourth edition, 2011.

9.  CW Lewis.  Dental disorders.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Fourth edition, 2011.

10. CW Lewis.  Oral lesions in children.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Fifth edition, June 2014.

11. CW Lewis.  Dental disorders.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Fifth edition, June 2014.

12. CW Lewis.  Dental health in childhood. In: Gullotta TP, Bloom M (eds). The Encyclopedia of Primary Prevention and Health Promotion.  New York, Springer; Second edition, October 2014.

13. CW Lewis.  Oral lesions in children.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Sixth edition, 2019.

14. CW Lewis.  Dental disorders.  In: Berkowitz C (ed).  Pediatrics:  A Primary Care Approach.  Philadelphia, B.C. Sanders; Sixth edition, 2019.

(c) Published books, video, audio, software

1.  CW Lewis. The role of the pediatric dentist in the care of children with cleft lip and/or cleft palate.  Audio Recording.  Practical Reviews in Pediatric Dentistry. February 2018.

(d) Other publications

1.  Gleiner S and C Lewis. Question from the clinician:  Fluoride supplementation and dental caries.  Pediatrics in Review. 2002 23: 186-187.

2.  CW Lewis. Pediatric oral health:  The important role of the family doctor.  Washington Family Physician.  Spring 2002: 13-17.

3.  Bakalian S and C Lewis. Question From the Clinician: Fluoridated Water.  Pediatrics in Review. 2003; 24(2):70.

4.  CW Lewis. Children with special health care needs may encounter difficulty finding dental care.  J Evid Based Dent Pract. 2005;5(2):76-7.

5.  CW Lewis. Fluoride. Pediatrics for Parents. Fall 2014.

6. CW Lewis and Johnson, M. for the Washington State Medical Quality Assurance Commission. Physician and Physician Assistants' Use of the Electronic Medical Record. State of Washington, Medical Quality Assurance Commission Guideline. Olympia, WA. Approved August 21, 2015.

(e) Submitted manuscripts

1. Wallace ER, Abreu MR, Lewis CW, Starr JR.  Timeliness of cleft palate primary repair in the United States.

2. Starr JR, Wallace ER, Hopper RA, Haneuse S, Lewis CW. Trends in hospital procedure volumes for primary cleft lip and palate repair, 1997-2012 .

3.  Lewis CW, Starr JR, Wallace ER, Hopper RA.  Complications following primary cleft lip and cleft palate repair: the role of hospital volume.

(f) Abstracts (last 5 years)

1. Lewis CW, Starr J, and Hopper R.  Developing a hierarchical scoring system for perioperative complications in children undergoing cleft lip or cleft palate repair. Seattle Children's Craniofacial Center Annual Retreat. January 2014.

2. Lewis CW and BD Johnston.  Narrowing income-based disparities in children's dental care use.  Trend analysis 2000-2014.  Platform presentation, Pediatric Academic Societies, San Francisco, May 2017.

3. Sisk B, Lewis C, Barone L, Quinonez R, Krol D, Braun P. Trends in pediatricians' practices and perceived barriers related to oral health assessments: 2008-2018. Submitted to 2019 PAS.

## 15.   INVITED LECTURES

(a)    National/International

| April 2001 | Invited speaker<br>Oral Health/Total Health. California Responds to the Surgeon General's Conference on Oral Health. Oakland, CA.<br><br>Title: Will Professional Education Respond to Workforce Challenges? |
|---|---|
| May 2003 | Workshop Leader<br>Pediatric Academic Societies meeting. Baltimore, MD<br><br>Title: Getting Funded the K Way (NIH Mentored Career Development awards). |
| November 2005 | Keynote speaker |

| | |
|---|---|
| | Maternal and Child Health Bureau Division 8, Oral Health Institute. Denver, CO.<br><br>Title: The Pediatrician and Oral Health. |
| | |
| November 2008 | Invited speaker<br>National Summit on Children's Oral Health: A New Era of Collaboration. Chicago, IL.<br><br>Title: Children with Special Health Care Needs. What Have We Learned about their Dental Health from a Population Perspective since The Surgeon General's Conference? |
| | |
| April 2010 | Invited speaker<br>MCHB Tri-Center Meeting. Leadership for Change: Responding to the Surgeon General's Report.  Seattle, WA.<br><br>Title: The Role of the Pediatrician in Oral Health:  How Far Have We Come? |
| | |
| June 2010 | Invited speaker<br>AAP Partnership to Reduce Oral Health Disparities in Early Childhood. Washington, DC.<br><br>Title: Fluoride and the Pediatrician:  Unanswered Questions and Uncertain Role. |
| | |
| October 2012 | Invited speaker<br>Oral Health Section. American Academy of Pediatrics National Conference & Exhibition. New Orleans, LA.<br><br>Title: Chapter Oral Health Advocates. |
| | |
| May 2014 | Keynote speaker<br>Pew Charitable Trusts. Investing in Prevention: Strategies for Advancing Oral Health. Washington, DC.<br><br>Title: Healthy Teeth.  Healthy Future.  The Power of Fluoride. |
| | |
| May 2014 | Workshop leader<br>Pediatric Academic Societies meeting.  Vancouver, BC.<br><br>Title: Ready-Made: Conducting Pediatric Research using Publicly Available Datasets. |
| | |
| March 2018 | Invited Speaker<br>AAP Campaign for Dental Health:  Building Effective Statewide Teams for Oral Health. Itasca, IL. |

| | |
|---|---|
| | Title: Fluoride and Non-fluoride Evidence-based Oral Health Preventive Strategies |
| | |
| (b) Regional | |
| | |
| August 1999 | Grand Rounds, Seattle Children's Hospital<br><br>Title: Fluoride:  An Update for Pediatricians. |
| | |
| April 2000 | Invited speaker<br>Duncan Seminar, Seattle Children's Hospital.<br><br>Title: The Oral Health of Children with Special Health Care Needs. |
| | |
| April 2001 | Invited speaker<br>Puget Sound Pediatric Society. Seattle, WA.<br><br>Title: Oral Health.  More than just a Pretty Smile. |
| | |
| April 2002 | Invited speaker<br>Yakima Family Medicine Program. Yakima, WA.<br><br>Title: Dental Development. |
| | |
| June 2002. | Invited speaker<br>Yakima Family Medicine Program. Yakima, WA.<br><br>Title: Dental Trauma. |
| | |
| September 2002 | Invited speaker<br>Healthy Moms Healthy Babies Coalition of Washington State. Seattle, WA.<br><br>Title: Breastfeeding and Oral Health:  Controversies, Connections and Questions. |
| | |
| October 2002 | Grand Rounds, Seattle Children's Hospital.<br><br>Title: Fluoride and Xylitol:  An Update for Pediatricians. |
| | |
| March 2005 | Invited speaker<br>Washington State ABCD (Access to Baby and Childhood Dentistry) Coordinators' Meeting. Seattle, WA.<br><br>Title: Fluoride Varnish:  Lessons Learned from Early Adopters. |
| | |
| July 2006 | Invited speaker<br>Family medicine Grand Rounds, Group Health Cooperative. Seattle, WA.<br><br>Title: Pediatric Oral Health:  An Overview |

| | |
|---|---|
| May 2007 | Invited speaker<br>Putting Medical Homes into Practice:  Washington State Medical Home Leadership Network. Renton, WA.<br><br>Title: The Medical and Dental Home Working Together |
| October 2011 | Invited speaker<br>Idaho State Oral Health Initiative. Boise, ID.<br><br>Title: Lessons Learned and Other Thoughts on Oral Health Integration into the Medical Home. |
| February 2012 | Invited speaker<br>Seattle Pediatric Dentistry Study Club. Seattle, WA,<br><br>Title: Improving the Dental Care Experience for Children with Autism Spectrum Disorder. |
| April 2013 | Invited speaker<br>Oral Health Sciences Seminar, University of Washington School of Dentistry.<br><br>Title: Addressing Oral Health Disparities among Children with Special Health Care Needs. |
| February 2014 | Grand Rounds,  Seattle Children's Hospital<br><br>Title: Fluoride:  An Evidence-based Counter Offensive |
| April 2017 | Invited Speaker<br>Medical Quality Assurance Commission CME Lecture, Olympia, WA.<br><br>Title: Dental Disparities: What is the Role of the Physician? |
| October 2017 | Invited Speaker<br>Western Washington Lactation Journal Club, Seattle, WA.<br><br>Title: Newborn Face Time: Common and Uncommon Physical Examination Findings above the Neck. |
| May 2018 | Invited Keynote Speaker<br>UW CHDD Washington State Community Feeding Teams Annual Meeting, Seattle, WA.<br><br>Title:  It Takes a Team:  Evaluating and Managing Ankyloglossia. |
| October 2018 | Invited Speaker |

| | The Washington Medical Commission Annual Educational Conference, Seattle, WA.<br><br>Title:  Communication in Healthcare Settings.  How Complaints to the Washington Medical Commission are Rooted in Poor Engagement. |
|---|---|
| | |

# Defendants' Expert CV Gary Slade

Curriculum Vitae
**Gary Douglas Slade**                                                            May 3, 2019

## A. PERSONAL HISTORY

Office address                Koury Oral Health Sciences, Room 4501E,
                              UNC School of Dentistry,
                              385 South Columbia Street.
                              CB#7455
                              Chapel Hill, NC 27599-7450

                              Phone: [Int +1] 919-537-3273
                              Email: gary_slade@unc.edu

## B. EDUCATION

| Institution | Degree | Date Conferred | Degree Major |
|---|---|---|---|
| University of Adelaide, Australia | PhD | 1994 | Dentistry |
| University of Toronto, Canada | DDPH | 1988 | Dental Public Health |
| University of Melbourne, Australia | BDSc | 1982 | Dentistry |

Licensure

Dental Practitioner - Dentist, Registration Number DEN0001411162. Australian Health Practitioner Regulation Agency

## C. PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2009- | John W. Stamm Distinguished Professor of Dentistry, University of North Carolina at Chapel Hill, USA |
| 2009- | Adjunct Professor, Department of Epidemiology, Gillings School of Global Public Health, University of North Carolina. |
| 2002-2008 | Professor of Oral Epidemiology, University of Adelaide, Australia |
| 2002-2008 | Director, Australian Institute of Health and Welfare's Dental Statistics and Research Unit, University of Adelaide |
| 2002-2008 | Honorary Clinical Dental Officer, South Australian Dental Service |
| 2000-2002 | Associate Professor, Department of Dental Ecology, University of North Carolina. |
| 1996-2002 | Clinical Assistant Professor, Department of Epidemiology, University of North Carolina. |
| 1994-2000 | Assistant Professor, Department of Dental Ecology, University of North Carolina. |
| 1993-94 | Adjunct Lecturer, Dental School, University of Adelaide. |
| 1992-94 | Senior Research Fellow, Dental School, University of Adelaide. |
| 1991-94 | Honorary Clinical Dental Officer, South Australian Dental Service. |
| 1989-94 | Consultant Oral Epidemiologist, Australian Institute of Health's Dental Statistics and Research Unit, University of Adelaide. |
| 1989-92 | National Health and Medical Research Council Public Health Research Fellow. |
| 1983-88 | Clinical Dental Officer, Health Department of Victoria, Australia. |

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

## D. HONORS AND AWARDS

| | |
|---|---|
| 2014 | UNC Class of 1958 award for a published paper by a UNC School of Dentistry author that has the greatest potential to affect clinical dental practice or improve oral health. (Slade GD, et al, J Dent Res. 2013 Apr;92(4):376-82) |
| 2013 | American Academy of Periodontology Clinical Research Award for outstanding published scientific manuscript with direct clinical relevance and application to the practice of periodontics. (J Dent Res. 2013;92(11):1041-7.) |
| 2012 | American Academy of Periodontology Service Award for participation in the AAP/CDC Workgroup "Surveillance Measures for Periodontal Disease" |
| 2012 | American Academy of Periodontology Service Award for participation in the AAP/CDC Workgroup "Surveillance Measures for Periodontal Disease" |
| 2009 | International Association for Dental Research IADR Giddon Award for Distinguished Research in the Behavioral Sciences for the paper Slade GD et al, Influence of psychological factors on risk of temporomandibular disorders. J.Dent.Res. 2007 Nov;86(11):1120-1125. |
| 2009 | International Association for Dental Research William J. Gies award for the best clinical paper published in the Journal of Dental Research in 2008.  (Sanders AE et al, J.Dent.Res., 2007, 86, 12, 1166-1170) |
| 2008 | International Association for Dental Research H. Trendley Dean Memorial Award for research in epidemiology and public health. |
| 2007 | Premier's Awards 'Showcasing excellence in the Public Sector', an award made for the project 'Oral Health for Older People' in the category of 'Improving Wellbeing'.  (Gary Slade was a member of the project's steering committee and he evaluated the project - see Slade GD, 2007 in "Books and Chapters in Books") |
| 2006 | Australian Dental Association award for best scientific paper published in the Australian Dental Journal, 2006. |
| 2004 | International Association for Dental Research Distinguished Scientist Award for Research in Geriatric Oral Health |
| 2000 | International Association for Dental Research William J. Gies award for the best paper published in the Journal of Dental Research.  (Co-author with Allison P et al, J. Dent. Res. 1999;78:643-9) |
| 1995 | British Association for the Study of Community Dentistry Journal Prize for best paper published in Community Dental Health. |
| 1990 | Colgate-Palmolive Prize for Dental Research Awarded at 30th Annual Scientific Meeting of the Australian and New Zealand Division of International Association for Dental Research. |
| 1989 | Australian National Health and Medical Research Council:  Public Health Research and Development Award. |
| 1988 | University of Toronto, Mitton Medal, for student with highest standing in general proficiency in Dental Public Health. |
| 1986 | Rotary Foundation Scholarship to study Dental Public Health at the University of Toronto. |

Curriculum Vitae
**Gary Douglas Slade**                                                      May 3, 2019

## E. BIBLIOGRAPHY

Books And Chapters In Books

1.  Slade GD 2007. Oral Health for Older People. Evaluation of the South Australian Dental Service Project. Cat. no. POH 6. Canberra: Australian Institute of Health and Welfare (Population Oral Health Series No. 6). http://www.arcpoh.adelaide.edu.au/publications/report/population/html_files/POH6%20Oral%20Health%20for%20Older%20People.pdf

2.  Slade GD, Spencer AJ, Roberts Thomson KF (Editors). Australia's dental generations: the National Survey of Adult Oral Health 2004–06. AIHW cat. no. DEN 165. Canberra: Australian Institute of Health and Welfare (Dental Statistics and Research Series No. 34). 2007. http://www.arcpoh.adelaide.edu.au/publications/report/population/html_files/POH6%20Oral%20Health%20for%20Older%20People.pdf

3.  Slade GD, Sanders AE.  The ICF and oral health in AIHW: International Classification of Functioning, Disability and Health ICF Australian user guide Version 1.0. October 2003.

4.  Slade GD.  "Assessment of Oral Health Related Quality of Life" In: Inglehart M, Bagramian R. Chapter 4 of "Oral health related quality of life".  Carl Stream, IL: Quintessence Publishing Co., pp29-46, 2002.

5.  Slade GD, Spencer AJ.  Population estimates, standard errors and hypothesis tests from the 1987-88 National Oral Health Survey of Australia.  AIHW Dental Statistics and Research Unit Series No. 14, The University of Adelaide, Adelaide,  1998.

6.  Slade GD. (Ed)  Measuring Oral Health and Quality of Life.  Proceedings of a conference held June 13-14, 1996.  Chapel Hill: University of North Carolina, Dental Ecology.  1997 (http://www.arcpoh.adelaide.edu.au/publications/qol.html)

7.  Slade GD. AIHW Dental Statistics and Research Unit, Editors. Dental Care for Adults in Australia. Adelaide: AIHW Dental Statistics and Research Unit; 1993; Provision of dental care to client groups. pp 43-52.

8.  Slade GD. AIHW Dental Statistics and Research Unit, Editors. Dental Care for Adults in Australia. Adelaide: AIHW Dental Statistics and Research Unit; 1993; Methods. pp 5-11.

Contributing Author To Agency Publication

1.  AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: Australian Capital Territory. Cat. no. DEN 175. Dental Statistics and Research Series no. 39. Canberra: Australian Institute of Health and Welfare.

2.  AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: New South Wales. Cat. no. DEN 176. Dental Statistics and Research Series no.40. Canberra: Australian Institute of Health and Welfare.

3.  AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: Northern Territory. Cat. no. DEN 177. Dental Statistics and Research Series no. 41. Canberra: Australian Institute of Health and Welfare.

4.  AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: Queensland. Cat. no. DEN 178. Dental Statistics and Research Series no. 41. Canberra: Australian Institute of Health and Welfare.

Curriculum Vitae
**Gary Douglas Slade**                                             May 3, 2019

5.     AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: South Australia. Cat. no. DEN 179. Dental Statistics and Research Series no. 42. Canberra: Australian Institute of Health and Welfare.

6.     AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: Tasmania. Cat. no. DEN 180. Dental Statistics and Research Series no. 43. Canberra: Australian Institute of Health and Welfare.

7.     AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: Victoria. Cat. no. DEN 181. Dental Statistics and Research Series no. 44. Canberra: Australian Institute of Health and Welfare.

8.     AIHW Dental Statistics and Research Unit 2008. The National Survey of Adult Oral Health 2004–06: Western Australia. Cat. no. DEN 182. Dental Statistics and Research Series no. 45. Canberra: Australian Institute of Health and Welfare.

9.     AIHW DSRU: Armfield JM, Slade GD & Spencer AJ 2007. Water fluoridation and children's dental health: The Child Dental Health Survey, Australia 2002. Cat. no. DEN 170. Dental statistics and research series no. 36. Canberra: Australian Institute of Health and Welfare.

10.    Australian Institute of Health and Welfare 2006. Australia's health 2006. AIHW cat. no. AUS 73. Canberra: AIHW. Author of section entitled "Oral Health" in Chapter 2: "Health of Australians".

11.    AIHW DSRU: Armfield JM, Slade GD & Spencer AJ 2006. Socioeconomic differences in children's dental health: The Child Dental Health Survey, Australia 2001. AIHW cat. no. DEN 152. Canberra: Australian Institute of Health and Welfare (Dental Statistics and Research Series No. 33).

12.    Australian Institute of Health and Welfare 2004. Australia's health 2004. AIHW cat. no. AUS 44. Canberra: AIHW. Author of section entitled "Oral Health" in Chapter 2: "Health of Australians".

13.    AIHW DSRU: Armfield JM, Roberts-Thomson KF, Slade GD & Spencer AJ 2004. Dental health differences between boys and girls: The Child Dental Health Survey, Australia 2000. AIHW cat. no. DEN 131. Canberra: Australian Institute of Health and Welfare (Dental Statistics and Research Series No. 31).

14.    Oral Health in America: A Report of the Surgeon General. Rockville, MD: U.S. Department of Health and Human Services, National Institute of Dental and Craniofacial Research, National Institutes of Health, 2000. Chapter 6 "Effects on Well-Being and Quality of Life". Contributing author with Drs. Susan Reisine, Ron Strauss and Linda LeResche.

Peer Reviewed Journal Articles

1.     Sharma S, Wactawski-Wende J, LaMonte MJ, Zhao J, Slade GD, Bair E, Greenspan JD, Fillingim RB, Maixner W, Ohrbach R. Incident injury is strongly associated with subsequent incident temporomandibular disorder: Results from the OPPERA study. Pain. 2019.

2.     Sanders AE, Grider WB, Maas WR, Curiel JA, Slade GD. Association Between Water Fluoridation and Income-Related Dental Caries of US Children and Adolescents. JAMA Pediatr. 2019.

3.     Ginnis J, Ferreira Zandona AG, Slade GD, Cantrell J, Antonio ME, Pahel BT, Meyer BD, Shrestha P, Simancas-Pallares MA, Joshi AR, Divaris K. Measurement of Early Childhood Oral Health for Research Purposes: Dental Caries Experience and Developmental Defects of the Enamel in the Primary Dentition. Methods Mol Biol. 2019;1922:511-23.

4. Curiel JA, Slade GD, Christian TL, Lafferty-Hess S, Carsey TM, Sanders AE. Referendum opposition to fluoridation and health literacy: a cross-sectional analysis conducted in three large US cities. BMJ Open. 2019;9(2):e022580.

5. Vivaldi D, Di Giosia M, Tchivileva IE, Jay GW, Slade GD, Lim PF. Headache attributed to TMD Is Associated With the Presence of Comorbid Bodily Pain: A Case-Control Study. Headache. 2018;58(10):1593-600.

6. Smith SB, Parisien M, Bair E, Belfer I, Chabot-Dore AJ, Gris P, Khoury S, Tansley S, Torosyan Y, Zaykin DV, Bernhardt O, de Oliveira Serrano P, Gracely RH, Jain D, Jarvelin MR, Kaste LM, Kerr KF, Kocher T, Lahdesmaki R, Laniado N, Laurie CC, Laurie CA, Mannikko M, Meloto CB, Nackley AG, Nelson SC, Pesonen P, Ribeiro-Dasilva MC, Rizzatti-Barbosa CM, Sanders AE, Schwahn C, Sipila K, Sofer T, Teumer A, Mogil JS, Fillingim RB, Greenspan JD, Ohrbach R, Slade GD, Maixner W, Diatchenko L. Genome-wide association reveals contribution of MRAS to painful temporomandibular disorder in males. Pain. 2018.

7. Slade GD, Sanders AE. Two decades of persisting income-disparities in dental caries among U.S. children and adolescents. J Public Health Dent. 2018;78(3):187-91. PMCID: 6003830.

8. Slade GD, Grider WB, Maas WR, Sanders AE. Water Fluoridation and Dental Caries in U.S. Children and Adolescents. J Dent Res. 2018;97(10):1122-8. PMCID: 6169031.

9. Sanders AE, Slade GD. Blood Lead Levels and Dental Caries in U.S. Children Who Do Not Drink Tap Water. Am J Prev Med. 2018;54(2):157-63. PMCID: 5783762.

10. Sanders AE, Shaikh SR, Slade GD. Long-chain omega-3 fatty acids and headache in the U.S. population. Prostaglandins Leukot Essent Fatty Acids. 2018;135:47-53.

11. Miller VE, Poole C, Golightly Y, Barrett D, Chen DG, Ohrbach R, Greenspan JD, Fillingim RB, Slade GD. Characteristics Associated With High-Impact Pain in People With Temporomandibular Disorder: A Cross-Sectional Study. J Pain. 2018.

12. Fillingim RB, Slade GD, Greenspan JD, Dubner R, Maixner W, Bair E, Ohrbach R. Long-term changes in biopsychosocial characteristics related to temporomandibular disorder: findings from the OPPERA study. Pain. 2018;159(11):2403-13. PMCID: 6193833.

13. Curiel JA, Sanders AE, Christian TL, Lafferty-Hess S, Carsey TM, Lampiris LN, Slade GD. Fluoridation advocacy in referenda where media coverage is balanced yet biased. J Am Dent Assoc. 2018;149(4):273-80 e3. PMCID: 5878108.

14. Akinkugbe AA, Barritt AS, Cai J, Offenbacher S, Thyagarajan B, Khambaty T, Singer R, Kallwitz E, Heiss G, Slade GD. Periodontitis and prevalence of elevated aminotransferases in the hispanic community health study/study of latinos. J Periodontol. 2018.

15. Tchivileva IE, Ohrbach R, Fillingim RB, Greenspan JD, Maixner W, Slade GD. Temporal change in headache and its contribution to the risk of developing first-onset temporomandibular disorder in the Orofacial Pain: Prospective Evaluation and Risk Assessment (OPPERA) study. Pain. 2017;158(1):120-9.

16. Sanders AE, Slade GD. Blood Lead Levels and Dental Caries in U.S. Children Who Do Not Drink Tap Water. Am J Prev Med. 2017.

17. Sanders AE, Jain D, Sofer T, Kerr KF, Laurie CC, Shaffer JR, Marazita ML, Kaste LM, Slade GD, Fillingim RB, Ohrbach R, Maixner W, Kocher T, Bernhardt O, Teumer A, Schwahn C, Sipila K, Lahdesmaki R, Mannikko M, Pesonen P, Jarvelin M, Rizzatti-Barbosa CM, Meloto CB, Ribeiro-Dasilva M, Diatchenko L, Serrano P, Smith SB. GWAS Identifies New Loci for

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

Painful Temporomandibular Disorder: Hispanic Community Health Study/Study of Latinos. J Dent Res. 2017;96(3):277-84. PMCID: 5298397.

18. Sanders AE, Akinkugbe AA, Fillingim RB, Ohrbach R, Greenspan JD, Maixner W, Bair E, Slade GD. Causal Mediation in the Development of Painful Temporomandibular Disorder. J Pain. 2017;18(4):428-36.

19. Rozier RG, White BA, Slade GD. Trends in Oral Diseases in the U.S. Population. J Dent Educ. 2017;81(8):eS97-eS109.

20. Parisien M, Khoury S, Chabot-Dore AJ, Sotocinal SG, Slade GD, Smith SB, Fillingim RB, Ohrbach R, Greenspan JD, Maixner W, Mogil JS, Belfer I, Diatchenko L. Effect of Human Genetic Variability on Gene Expression in Dorsal Root Ganglia and Association with Pain Phenotypes. Cell Rep. 2017;19(9):1940-52. PMCID: 5524461.

21. Ostrom C, Bair E, Maixner W, Dubner R, Fillingim RB, Ohrbach R, Slade GD, Greenspan JD. Demographic Predictors of Pain Sensitivity: Results From the OPPERA Study. J Pain. 2017;18(3):295-307.

22. Naorungroj S, Slade GD, Divaris K, Heiss G, Offenbacher S, Beck JD. Racial differences in periodontal disease and 10-year self-reported tooth loss among late middle-aged and older adults: the dental ARIC study. J Public Health Dent. 2017;77(4):372-82. PMCID: 5718983.

23. Martin LJ, Smith SB, Khoutorsky A, Magnussen CA, Samoshkin A, Sorge RE, Cho C, Yosefpour N, Sivaselvachandran S, Tohyama S, Cole T, Khuong TM, Mir E, Gibson DG, Wieskopf JS, Sotocinal SG, Austin JS, Meloto CB, Gitt JH, Gkogkas C, Sonenberg N, Greenspan JD, Fillingim RB, Ohrbach R, Slade GD, Knott C, Dubner R, Nackley AG, Ribeiro-da-Silva A, Neely GG, Maixner W, Zaykin DV, Mogil JS, Diatchenko L. Epiregulin and EGFR interactions are involved in pain processing. J Clin Invest. 2017;127(9):3353-66.

24. Kapellas K, Mejia G, Bartold PM, Skilton MR, Maple-Brown LJ, Slade GD, O'Dea K, Brown A, Celermajer DS, Jamieson LM. Periodontal therapy and glycaemic control among individuals with type 2 diabetes: reflections from the PerioCardio study. Int J Dent Hyg. 2017;15(4):e42-e51.

25. Akinkugbe AA, Slade GD, Barritt AS, Cole SR, Offenbacher S, Petersmann A, Kocher T, Lerch MM, Mayerle J, Volzke H, Heiss G, Holtfreter B. Periodontitis and Non-alcoholic Fatty Liver Disease, a population-based cohort investigation in the Study of Health in Pomerania. J Clin Periodontol. 2017;44(11):1077-87. PMCID: 5650532.

26. Akinkugbe AA, Avery CL, Barritt AS, Cole SR, Lerch M, Mayerle J, Offenbacher S, Petersmann A, Nauck M, Volzke H, Slade GD, Heiss G, Kocher T, Holtfreter B. Do Genetic Markers of Inflammation Modify the Relationship between Periodontitis and Nonalcoholic Fatty Liver Disease? Findings from the SHIP Study. J Dent Res. 2017;96(12):1392-9. PMCID: 5652859.

27. Slade GD, Ohrbach R, Greenspan JD, Fillingim RB, Bair E, Sanders AE, Dubner R, Diatchenko L, Meloto CB, Smith S, Maixner W. Painful Temporomandibular Disorder: Decade of Discovery from OPPERA Studies. J Dent Res. 2016;95(10):1084-92. PMCID: 5004239.

28. Sanders AE, Akinkugbe AA, Slade GD, Essick GK. Tooth loss and obstructive sleep apnea signs and symptoms in the US population. Sleep Breath. 2016;20(3):1095-102. PMCID: 4947024.

29.  Sanders AE, Akinkugbe AA, Bair E, Fillingim RB, Greenspan JD, Ohrbach R, Dubner R, Maixner W, Slade GD. Subjective Sleep Quality Deteriorates Before Development of Painful Temporomandibular Disorder. J Pain. 2016;17(6):669-77. PMCID: 4885773.

30.  Ostrom C, Bair E, Maixner W, Dubner R, Fillingim RB, Ohrbach R, Slade GD, Greenspan JD. Demographic Predictors of Pain Sensitivity: Results from the OPPERA Study. J Pain. 2016.

31.  Meloto CB, Bortsov AV, Bair E, Helgeson E, Ostrom C, Smith SB, Dubner R, Slade GD, Fillingim RB, Greenspan JD, Ohrbach R, Maixner W, McLean SA, Diatchenko L. Modification of COMT-dependent pain sensitivity by psychological stress and sex. Pain. 2016;157(4):858-67. PMCID: 4794347.

32.  Maixner W, Fillingim RB, Williams DA, Smith SB, Slade GD. Overlapping Chronic Pain Conditions: Implications for Diagnosis and Classification. J Pain. 2016;17(9 Suppl):T93-T107.

33.  Kapellas K, Mejia G, Bartold PM, Skilton MR, Maple-Brown LJ, Slade GD, O'Dea K, Brown A, Celermajer DS, Jamieson LM. Periodontal therapy and glycaemic control among individuals with type 2 diabetes: reflections from the PerioCardio study. Int J Dent Hyg. 2016.

34.  Harmon JB, Sanders AE, Wilder RS, Essick GK, Slade GD, Hartung JE, Nackley AG. Circulating Omentin-1 and Chronic Painful Temporomandibular Disorders. J Oral Facial Pain Headache. 2016;30(3):203-9. PMCID: 4998962.

35.  Bair E, Gaynor S, Slade GD, Ohrbach R, Fillingim RB, Greenspan JD, Dubner R, Smith SB, Diatchenko L, Maixner W. Identification of clusters of individuals relevant to temporomandibular disorders and other chronic pain conditions: the OPPERA study. Pain. 2016;157(6):1266-78. PMCID: 4949303.

36.  Akinkugbe AA, Slade GD, Divaris K, Poole C. Systematic Review and Meta-analysis of the Association Between Exposure to Environmental Tobacco Smoke and Periodontitis Endpoints Among Nonsmokers. Nicotine Tob Res. 2016;18(11):2047-56. PMCID: 5055738.

37.  Akinkugbe AA, Sharma S, Ohrbach R, Slade GD, Poole C. Directed Acyclic Graphs for Oral Disease Research. J Dent Res. 2016.

38.  Wieskopf JS, Mathur J, Limapichat W, Post MR, Al-Qazzaz M, Sorge RE, Martin LJ, Zaykin DV, Smith SB, Freitas K, Austin JS, Dai F, Zhang J, Marcovitz J, Tuttle AH, Slepian PM, Clarke S, Drenan RM, Janes J, Al Sharari S, Segall SK, Aasvang EK, Lai W, Bittner R, Richards CI, Slade GD, Kehlet H, Walker J, Maskos U, Changeux JP, Devor M, Maixner W, Diatchenko L, Belfer I, Dougherty DA, Su AI, Lummis SC, Imad Damaj M, Lester HA, Patapoutian A, Mogil JS. The nicotinic alpha6 subunit gene determines variability in chronic pain sensitivity via cross-inhibition of P2X2/3 receptors. Sci Transl Med. 2015;7(287):287ra72.

39.  Slade GD, Sanders AE, Ohrbach R, Bair E, Maixner W, Greenspan JD, Fillingim RB, Smith S, Diatchenko L. COMT Diplotype Amplifies Effect of Stress on Risk of Temporomandibular Pain. J Dent Res. 2015;94(9):1187-95.

40.  Oladosu FA, Conrad MS, O'Buckley SC, Rashid NU, Slade GD, Nackley AG. Mu Opioid Splice Variant MOR-1K Contributes to the Development of Opioid-Induced Hyperalgesia. PLoS One. 2015;10(8):e0135711. PMCID: 4535978.

41.  Meloto CB, Segall SK, Smith S, Parisien M, Shabalina SA, Rizzatti-Barbosa CM, Gauthier J, Tsao D, Convertino M, Piltonen MH, Slade GD, Fillingim RB, Greenspan JD, Ohrbach R,

Knott C, Maixner W, Zaykin D, Dokholyan NV, Reenila I, Mannisto PT, Diatchenko L. COMT gene locus: new functional variants. Pain. 2015.

42.   Eke PI, Dye BA, Wei L, Slade GD, Thornton-Evans GO, Borgnakke WS, Taylor GW, Page RC, Beck JD, Genco RJ. Update on Prevalence of Periodontitis in Adults in the United States: NHANES 2009 - 2012. J Periodontol. 2015:1-18.

43.   Crocombe LA, Brennan DS, Slade GD. Does lower lifetime fluoridation exposure explain why people outside capital cities have poor clinical oral health? Aust Dent J. 2015.

44.   Ciszek BP, Khan AA, Dang H, Slade GD, Smith S, Bair E, Maixner W, Zolnoun D, Nackley AG. MicroRNA expression profiles differentiate chronic pain condition subtypes. Transl Res. 2015.

45.   Brownstein NC, Cai J, Slade GD, Bair E. Parameter estimation in Cox models with missing failure indicators and the OPPERA study. Stat Med. 2015.

46.   Amarasena N, Kapellas K, Brown A, Skilton MR, Maple-Brown LJ, Bartold MP, O'Dea K, Celermajer D, Slade GD, Jamieson L. Psychological distress and self-rated oral health among a convenience sample of Indigenous Australians. J Public Health Dent. 2015;75(2):126-33.

47.   Smith SB, Reenila I, Mannisto PT, Slade GD, Maixner W, Diatchenko L, Nackley AG. Epistasis Between Polymorphisms in COMT, ESR1, and GCH1 Influences COMT Enzyme Activity and Pain. Pain. 2014.

48.   Slade GD, Sanders AE, Ohrbach R, Fillingim RB, Dubner R, Gracely RH, Bair E, Maixner W, Greenspan JD. Pressure pain thresholds fluctuate with, but do not usefully predict, the clinical course of painful temporomandibular disorder. Pain. 2014;155(10):2134-43. PMCID: PMC4197095.

49.   Slade GD, Akinkugbe AA, Sanders AE. Projections of U.S. Edentulism prevalence following 5 decades of decline. J Dent Res. 2014;93(10):959-65. PMCID: PMC4212322.

50.   Naorungroj S, Schoenbach VJ, Wruck L, Mosley TH, Gottesman RF, Alonso A, Heiss G, Beck J, Slade GD. Tooth loss, periodontal disease, and cognitive decline in the Atherosclerosis Risk in Communities (ARIC) study. Community Dent Oral Epidemiol. 2014.

51.   Kapellas K, Maple-Brown LJ, Jamieson LM, Do LG, O'Dea K, Brown A, Cai TY, Anstey NM, Sullivan DR, Wang H, Celermajer DS, Slade GD, Skilton MR. Effect of periodontal therapy on arterial structure and function among aboriginal australians: a randomized, controlled trial. Hypertension. 2014;64(4):702-8.

52.   Kapellas K, Jamieson LM, Do LG, Bartold PM, Wang H, Maple-Brown LJ, Sullivan D, O'Dea K, Brown A, Celermajer DS, Slade GD, Skilton MR. Associations between periodontal disease and cardiovascular surrogate measures among Indigenous Australians. Int J Cardiol. 2014;173(2):190-6.

53.   Ha DH, Spencer AJ, Slade GD, Chartier AD. The accuracy of caries risk assessment in children attending South Australian School Dental Service: a longitudinal study. BMJ Open. 2014;4(1):e004311. PMCID: 3913088.

54.   Crocombe L, Brennan D, Slade G, Stewart J, Spencer A. The effect of lifetime fluoridation exposure on dental caries experience of younger rural adults. Aust Dent J. 2014.

55.   Amarasena N, Kapellas K, Skilton M, Maple-Brown L, Brown A, Bartold PM, O'Dea K, Celermajer D, Slade G, Jamieson LM. Oral health behaviours and perceptions reported by

Indigenous Australians living in Darwin, Northern Territory. Community Dent Health. 2014;31(1):57-61.

56.  McLean SA, Ulirsch JC, Slade GD, Soward AC, Swor RA, Peak DA, Jones JS, Rathlev NK, Lee DC, Domeier RM, Hendry PL, Bortsov AV, Bair E. Incidence and Predictors of Neck and Widespread Pain after Motor Vehicle Collision among US Litigants and Non-Litigants. Pain. 2013 [Epub ahead of print].

57.  Kapellas K, Do LG, Mark Bartold P, Skilton MR, Maple-Brown LJ, O'Dea K, Brown A, Celermajer DS, Slade GD, Jamieson LM. Effects of full-mouth scaling on the periodontal health of Indigenous Australians: a randomized controlled trial. J Clin Periodontol. 2013 [Epub ahead of print].

58.  Sanders AE, Essick GK, Fillingim RB, Knott C, Ohrbach R, Greenspan J, Diatchenko L, Maixner W, Dubner R, Bair E, Miller VE, Slade GD. Sleep Apnea Symptoms and Risk of Temporomandibular Disorder: OPPERA Cohort. J Dent Res. 2013 2013(92(7 Suppl)):70S-7S. PMCID: PMC3706181.

59.  Smith SB, Mir E, Bair E, Slade GD, Dubner R, Fillingim RB, Greenspan JD, Ohrbach R, Knott C, Weir B, Maixner W, Diatchenko L. Genetic variants associated with development of TMD and its intermediate phenotypes: the genetic architecture of TMD in the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T91-101 e1-3. PMCID: PMC3855664.

60.  Slade GD, Smith SB, Zaykin DV, Tchivileva IE, Gibson DG, Yuryev A, Mazo I, Bair E, Fillingim R, Ohrbach R, Greenspan J, Maixner W, Diatchenko L. Facial pain with localized and widespread manifestations: separate pathways of vulnerability. Pain. 2013;154(11):2335-43. PMCID: PMC3808468.

61.  Slade GD, Sanders AE, Do L, Roberts-Thomson K, Spencer AJ. Effects of fluoridated drinking water on dental caries in Australian adults. J Dent Res. 2013;92(4):376-82.

62.  Slade GD, Sanders AE, Bair E, Brownstein N, Dampier D, Knott C, Fillingim R, Maixner WO, Smith S, Greenspan J, Dubner R, Ohrbach R. Preclinical episodes of orofacial pain symptoms and their association with health care behaviors in the OPPERA prospective cohort study. Pain. 2013;154(5):750-60. PMCID: NIHMS445953.

63.  Slade GD, Fillingim RB, Sanders AE, Bair E, Greenspan JD, Ohrbach R, Dubner R, Diatchenko L, Smith SB, Knott C, Maixner W. Summary of findings from the OPPERA prospective cohort study of incidence of first-onset temporomandibular disorder: implications and future directions. J Pain. 2013;14(12 Suppl):T116-24. PMCID: 3857103.

64.  Slade GD, Bair E, Greenspan JD, Dubner R, Fillingim RB, Diatchenko L, Maixner W, Knott C, Ohrbach R. Signs and symptoms of first-onset TMD and sociodemographic predictors of its development: the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T20-32 e1-3. PMCID: 3857109.

65.  Sanders AE, Slade GD, Bair E, Fillingim RB, Knott C, Dubner R, Greenspan JD, Maixner W, Ohrbach R. General health status and incidence of first-onset temporomandibular disorder: the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T51-62. PMCID: 3855662.

66.  Sanders A, Slade G. State cigarette excise tax, secondhand smoke exposure, and periodontitis in US nonsmokers. Am J Public Health. 2013;103(4):740-6. PMCID: PMC3673254.

67.  Ohrbach R, Bair E, Fillingim RB, Gonzalez Y, Gordon SM, Lim PF, Ribeiro-Dasilva M, Diatchenko L, Dubner R, Greenspan JD, Knott C, Maixner W, Smith SB, Slade GD. Clinical

orofacial characteristics associated with risk of first-onset TMD: the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T33-50. PMCID: 3855658.

68. Naorungroj S, Slade GD, Beck JD, Mosley TH, Gottesman RF, Alonso A, Heiss G. Cognitive Decline and Oral Health in Middle-aged Adults in the ARIC Study. J Dent Res. 2013;92(9):795-801. PMCID: 3744272.

69. Naorungroj S, Schoenbach VJ, Beck J, Mosley TH, Gottesman RF, Alonso A, Heiss G, Slade GD. Cross-sectional associations of oral health measures with cognitive function in late middle-aged adults: a community-based study. J Am Dent Assoc. 2013;144(12):1362-71.

70. Lambert CA, Sanders A, Wilder RS, Slade GD, Van Uum S, Russell E, Koren G, Maixner W. Chronic HPA Axis Response to Stress in Temporomandibular Disorder. J Dent Hyg. 2013;87(2):73-81.

71. Kapellas K, Do LG, Bartold PM, Skilton MR, Maple-Brown LJ, O'Dea K, Brown A, Celermajer DS, Slade GD, Jamieson LM. Effects of full-mouth scaling on the periodontal health of Indigenous Australians: a randomized controlled trial. J Clin Periodontol. 2013;40(11):1016-24.

72. Greenspan JD, Slade GD, Bair E, Dubner R, Fillingim RB, Ohrbach R, Knott C, Diatchenko L, Liu Q, Maixner W. Pain sensitivity and autonomic factors associated with development of TMD: the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T63-74 e1-6. PMCID: 3955992.

73. Fillingim RB, Ohrbach R, Greenspan JD, Knott C, Diatchenko L, Dubner R, Bair E, Baraian C, Mack N, Slade GD, Maixner W. Psychological factors associated with development of TMD: the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T75-90. PMCID: 3855656.

74. Eke PI, Dye BA, Wei L, Slade GD, Thornton-Evans GO, Beck JD, Taylor GW, Borgnakke WS, Page RC, Genco RJ. Self-reported Measures for Surveillance of Periodontitis. J Dent Res. 2013;92(11):1041-7.

75. Divaris K, Preisser JS, Slade GD. Surface-Specific Efficacy of Fluoride Varnish in Caries Prevention in the Primary Dentition: Results of a Community Randomized Clinical Trial. Caries Research. 2013;47(1):78-87.

76. Crocombe LA, Stewart JF, Brennan DS, Slade GD, Spencer AJ. Is clinical oral health poorer in regional areas compared with major city areas? Aust J Rural Health. 2013;21(3):150-7.

77. Belfer I, Segall SK, Lariviere WR, Smith SB, Dai F, Slade GD, Rashid NU, Mogil JS, Campbell CM, Edwards RR, Liu Q, Bair E, Maixner W, Diatchenko L. Pain modality- and sex-specific effects of COMT genetic functional variants. Pain. 2013;154(8):1368-76. PMCID: PMC3700530.

78. Bair E, Ohrbach R, Fillingim RB, Greenspan JD, Dubner R, Diatchenko L, Helgeson E, Knott C, Maixner W, Slade GD. Multivariable modeling of phenotypic risk factors for first-onset TMD: the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T102-15.

79. Bair E, Brownstein NC, Ohrbach R, Greenspan JD, Dubner R, Fillingim RB, Maixner W, Smith SB, Diatchenko L, Gonzalez Y, Gordon SM, Lim PF, Ribeiro-Dasilva M, Dampier D, Knott C, Slade GD. Study protocol, sample characteristics, and loss to follow-up: the OPPERA prospective cohort study. J Pain. 2013;14(12 Suppl):T2-19. PMCID: 3855654.

80. Sorge RE, Trang T, Dorfman R, Smith SB, Beggs S, Ritchie J, Austin JS, Zaykin DV, Meulen HV, Costigan M, Herbert TA, Yarkoni-Abitbul M, Tichauer D, Livneh J, Gershon E, Zheng M, Tan K, John SL, Slade GD, Jordan J, Woolf CJ, Peltz G, Maixner W, Diatchenko L, Seltzer Z,

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

Salter MW, Mogil JS. Genetically determined P2X7 receptor pore formation regulates variability in chronic pain sensitivity. Nat Med. 2012;18(4):595-9. PMCID: 3350463.

81.  Slade GD, Sanders AE, By K. Role of allostatic load in sociodemographic patterns of pain prevalence in the U.S. population. J Pain. 2012;13(7):666-75. PMCID: NIHMS383436.

82.  Slade GD. Oral health-related quality of life is important for patients, but what about populations? Community Dent Oral Epidemiol. 2012;40 Suppl 2:39-43. PMCID: NIHMS388218.

83.  Sanders AE, Slade GD, Ranney LM, Jones LK, Goldstein AO. Valuation of tobacco control policies by the public in North Carolina: comparing perceived benefit with projected cost of implementation. N C Med J. 2012;73(6):439-47.

84.  Sanders A, Slade G, Patton L. National prevalence of oral HPV infection and related risk factors in the U.S. adult population. Oral Dis. 2012;18(5):430-41.

85.  Crocombe LA, Brennan DS, Slade GD. The influence of the volume of dental treatment on change in self-reported oral health. J Public Health Dent. 2012.

86.  Crocombe L, Stewart J, Brennan D, Slade G, Spencer A. Is poor access to dental care why people outside capital cities have poor oral health? Aust Dent J. 2012;57(4):477-85.

87.  Chen H, Slade G, Lim PF, Miller V, Maixner W, Diatchenko L. Relationship between temporomandibular disorders, widespread palpation tenderness, and multiple pain conditions: a case-control study. J Pain. 2012;13(10):1016-27. PMCID: PMC3475612.

88.  Smith SB, Maixner DW, Greenspan JD, Dubner R, Fillingim RB, Ohrbach R, Knott C, Slade GD, Bair E, Gibson DG, Zaykin DV, Weir BS, Maixner W, Diatchenko L. Potential Genetic Risk Factors for Chronic TMD: Genetic Associations from the OPPERA Case Control Study. The Journal of Pain. 2011;12(11, Supplement):T92-T101. PMCID: PMC3268684.

89.  Smith SB, Maixner DW, Fillingim RB, Slade G, Gracely RH, Ambrose K, Zaykin DV, Hyde C, John S, Tan K, Maixner W, Diatchenko L. Large candidate gene association study reveals genetic risk factors and therapeutic targets for fibromyalgia. Arthritis Rheum. 2011.

90.  Slade GD, Sanders AE. The paradox of better subjective oral health in older age. J Dent Res. 2011;90(11):1279-85.

91.  Slade GD, Conrad MS, Diatchenko L, Rashid NU, Zhong S, Smith S, Rhodes J, Medvedev A, Makarov S, Maixner W, Nackley AG. Cytokine biomarkers and chronic pain: Association of genes, transcription, and circulating proteins with temporomandibular disorders and widespread palpation tenderness. Pain. 2011;152(12):2802-12. PMCID: PMC3221458.

92.  Slade GD, Bair E, By K, Mulkey F, Baraian C, Rothwell R, Reynolds M, Miller V, Gonzalez Y, Gordon S, Ribeiro-Dasilva M, Lim PF, Greenspan JD, Dubner R, Fillingim RB, Diatchenko L, Maixner W, Dampier D, Knott C, Ohrbach R. Study Methods, Recruitment, Sociodemographic Findings, and Demographic Representativeness in the OPPERA Study. The Journal of Pain. 2011;12(11, Supplement):T12-T26. PMCID: NIHMS322511.

93.  Slade GD, Bailie RS, Roberts-Thomson K, Leach AJ, Raye I, Endean C, Simmons B, Morris P. Effect of health promotion and fluoride varnish on dental caries among Australian Aboriginal children: results from a community-randomized controlled trial. Community Dent Oral Epidemiol. 2011;39(1):29-43. PMCID: PMC3040293.

94.  Skilton MR, Maple-Brown LJ, Kapellas K, Celermajer DS, Bartold M, Brown A, O'Dea K, Slade GD, Jamieson LM. The effect of a periodontal intervention on cardiovascular risk

markers in Indigenous Australians with periodontal disease: the PerioCardio study. BMC Public Health. 2011;11:729. PMCID: 3189892.

95.  Sanders AE, Slade GD, Beck JD, Agustsdottir H. Secondhand smoke and periodontal disease: atherosclerosis risk in communities study. Am J Public Health. 2011;101 Suppl 1:S339-46. PMCID: NIHMSID 501781.

96.  Sanders AE, Slade GD. Gender modifies effect of perceived stress on orofacial pain symptoms: National Survey of Adult Oral Health. J Orofac Pain. 2011;25(4):317-26.

97.  Sanders AE, Maixner W, Nackley AG, Diatchenko L, By K, Miller VE, Slade GD. Excess Risk of Temporomandibular Disorder Associated With Cigarette Smoking in Young Adults. J Pain. 2011. PMCID: NIHMS321479.

98.  Ohrbach R, Fillingim RB, Mulkey F, Gonzalez Y, Gordon S, Gremillion H, Lim P-F, Ribeiro-Dasilva M, Greenspan JD, Knott C, Maixner W, Slade G. Clinical Findings and Pain Symptoms as Potential Risk Factors for Chronic TMD: Descriptive Data and Empirically Identified Domains from the OPPERA Case-Control Study. The Journal of Pain. 2011;12(11, Supplement):T27-T45.

99.  Maixner W, Greenspan JD, Dubner R, Bair E, Mulkey F, Miller V, Knott C, Slade GD, Ohrbach R, Diatchenko L, Fillingim RB. Potential Autonomic Risk Factors for Chronic TMD: Descriptive Data and Empirically Identified Domains from the OPPERA Case-Control Study. The Journal of Pain. 2011;12(11, Supplement):T75-T91. PMCID: PMC3233841.

100. Maixner W, Diatchenko L, Dubner R, Fillingim RB, Greenspan JD, Knott C, Ohrbach R, Weir B, Slade GD. Orofacial Pain Prospective Evaluation and Risk Assessment Study – The OPPERA Study. The Journal of Pain. 2011;12(11, Supplement):T4-T11.e2. PMCID: PMC3233836.

101. Greenspan JD, Slade GD, Bair E, Dubner R, Fillingim RB, Ohrbach R, Knott C, Mulkey F, Rothwell R, Maixner W. Pain Sensitivity Risk Factors for Chronic TMD: Descriptive Data and Empirically Identified Domains from the OPPERA Case Control Study. The Journal of Pain. 2011;12(11, Supplement):T61-T74. PMCID: PMC3249228.

102. Gonzalez YM, Schiffman E, Gordon SM, Seago B, Truelove EL, Slade G, Ohrbach R. Development of a brief and effective temporomandibular disorder pain screening questionnaire: reliability and validity. J Am Dent Assoc. 2011;142(10):1183-91.

103. Fillingim RB, Slade GD, Diatchenko L, Dubner R, Greenspan JD, Knott C, Ohrbach R, Maixner W. Summary of Findings from the OPPERA Baseline Case-Control Study: Implications and Future Directions. The Journal of Pain. 2011;12(11, Supplement):T102-T7. PMCID: PMC3232405.

104. Fillingim RB, Ohrbach R, Greenspan JD, Knott C, Dubner R, Bair E, Baraian C, Slade GD, Maixner W. Potential Psychosocial Risk Factors for Chronic TMD: Descriptive Data and Empirically Identified Domains from the OPPERA Case-Control Study. The Journal of Pain. 2011;12(11, Supplement):T46-T60. PMCID: PMC3233685.

105. Crocombe LA, Brennan DS, Slade GD, Loc DO. Is self interdental cleaning associated with dental plaque levels, dental calculus, gingivitis and periodontal disease? J Periodontal Res. 2011.

106. Crocombe LA, Brennan DS, Slade GD. The relationship between dental care and perceived oral health impacts. Community Dent Health. 2011;28(4):259-64.

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

107. Crocombe LA, Brennan DS, Slade GD. The influence of dental attendance on change in oral health-related quality of life. Community Dent Oral Epidemiol. 2011.

108. Tchivileva IE, Lim PF, Smith SB, Slade GD, Diatchenko L, McLean SA, Maixner W. Effect of catechol-O-methyltransferase polymorphism on response to propranolol therapy in chronic musculoskeletal pain: a randomized, double-blind, placebo-controlled, crossover pilot study. Pharmacogenet Genomics. 2010;20(4):239-48. PMCID: 2876724.

109. Segall SK, Nackley AG, Diatchenko L, Lariviere WR, Lu X, Marron JS, Grabowski-Boase L, Walker JR, Slade G, Gauthier J, Bailey JS, Steffy BM, Maynard TM, Tarantino LM, Wiltshire T. Comt1 genotype and expression predicts anxiety and nociceptive sensitivity in inbred strains of mice. Genes Brain Behav. 2010;9(8):933-46. PMCID: PMC2975805.

110. Sanders AE, Slade GD. Apgar score and dental caries risk in the primary dentition of five year olds. Aust Dent J. 2010;55(3):260-7.

111. Roberts-Thomson KF, Slade GD, Bailie RS, Endean C, Simmons B, Leach AJ, Raye I, Morris PS. A comprehensive approach to health promotion for the reduction of dental caries in remote Indigenous Australian children: a clustered randomised controlled trial. Int Dent J. 2010;60(3 Suppl 2):245-9.

112. Lim PF, Smith S, Bhalang K, Slade GD, Maixner W. Development of temporomandibular disorders is associated with greater bodily pain experience. Clin J Pain. 2010;26(2):116-20. PMCID: 2811336.

113. Jamieson LM, Gunthorpe W, Cairney SJ, Sayers SM, Roberts-Thomson KF, Slade GD. Substance use and periodontal disease among Australian Aboriginal young adults. Addiction. 2010;105(4):719-26.

114. Fitzsimmons TR, Sanders AE, Bartold PM, Slade GD. Local and systemic biomarkers in gingival crevicular fluid increase odds of periodontitis. J Clin Periodontol. 2010;37(1):30-6.

115. Do LG, Spencer AJ, Slade GD, Ha DH, Roberts-Thomson KF, Liu P. Trend of income-related inequality of child oral health in Australia. J Dent Res. 2010;89(9):959-64.

116. Crocombe LA, Stewart JF, Barnard PD, Slade GD, Roberts-Thomson K, Spencer AJ. Relative oral health outcome trends between people inside and outside capital city areas of Australia. Aust Dent J. 2010;55(3):280-4.

117. Crocombe LA, Broadbent JM, Thomson WM, Brennan DS, Slade GD, Poulton R. Dental visiting trajectory patterns and their antecedents. J Public Health Dent. 2010.

118. Brennan DS, Do LG, Slade GD. Caries experience of adults attending private and public dental clinics in Australia. J Public Health Dent. 2010.

119. Sanders AE, Slade GD, Lim S, Reisine ST. Impact of oral disease on quality of life in the US and Australian populations. Community Dent Oral Epidemiol. 2009;37(2):171-81. PMCID: NIHMSID # 501802.

120. Sanders AE, Slade GD, John MT, Steele JG, Suominen-Taipale AL, Lahti S, Nuttall NM, Allen PF. A cross-national comparison of income gradients in oral health quality-of-life in four welfare states: application of the Korpi and Palme typology. J Epidemiol Community Health. 2009. PMCID: PMC3740759.

121. Sanders AE, Slade GD, Fitzsimmons TR, Bartold PM. Physical activity, inflammatory biomarkers in gingival crevicular fluid and periodontitis. J Clin Periodontol. 2009;36(5):388-95.

122. Pradhan A, Slade GD, Spencer AJ. Factors influencing caries experience among adults with physical and intellectual disabilities. Community Dent Oral Epidemiol. 2009;37(2):143-54.

123. Jamieson LM, Mejia GC, Slade GD, Roberts-Thomson KF. Risk factors for impaired oral health among 18- to 34-year-old Australians. J Public Health Dent. 2009.

124. Jamieson LM, Mejia GC, Slade GD, Roberts-Thomson KF. Predictors of untreated dental decay among 15-34-year-old Australians. Community Dent Oral Epidemiol. 2009;37(1):27-34.

125. Chattopadhyay A, Slade GD, Caplan DJ. Professional charges not reimbursed to dentists in the U.S.: evidence from Medical Expenditure Panel Survey, 1996. Community Dent Health. 2009;26(4):227-33.

126. Armfield JM, Spencer AJ, Slade GD. Changing Inequalities in the Distribution of Caries Associated with Improving Child Oral Health in Australia. J Public Health Dent. 2009.

127. Armfield JM, Slade GD, Spencer AJ. Are people with dental fear under-represented in oral epidemiological surveys? Soc Psychiatry Psychiatr Epidemiol. 2009;44(6):495-500.

128. Spencer AJ, Armfield JM, Slade GD. Exposure to water fluoridation and caries increment. Community Dent Health. 2008;25(1):12-22.

129. Slade GD, Diatchenko L, Ohrbach R, Maixner W. Orthodontic Treatment, Genetic Factors and Risk of Temporomandibular Disorder. Semin Orthod. 2008;14(2):146-56. PMCID: 2486446.

130. Sanders AE, Turrell G, Slade GD. Affluent neighborhoods reduce excess risk of tooth loss among the poor. J Dent Res. 2008;87(10):969-73.

131. Mahoney G, Slade GD, Kitchener S, Barnett A. Lifetime fluoridation exposure and dental caries experience in a military population. Community Dent Oral Epidemiol. 2008;36(6):485-92.

132. Gagliardi DI, Slade GD, Sanders AE. Impact of dental care on oral health-related quality of life and treatment goals among elderly adults. Aust Dent J. 2008;53(1):26-33.

133. Do LG, Slade GD, Roberts-Thomson KF, Sanders AE. Smoking-attributable periodontal disease in the Australian adult population. J Clin Periodontol. 2008;35(5):398-404.

134. Brickhouse TH, Rozier RG, Slade GD. Effects of enrollment in medicaid versus the state children's health insurance program on kindergarten children's untreated dental caries. Am J Public Health. 2008;98(5):876-81. PMCID: PMC2374820.

135. Armfield JM, Slade GD, Spencer AJ. Cognitive vulnerability and dental fear. BMC Oral Health. 2008;8:2. PMCID: 2266729.

136. Armfield JM, Slade GD, Spencer AJ. Are people with dental fear under-represented in oral epidemiological surveys? Soc Psychiatry Psychiatr Epidemiol. 2008.

137. Zhong Y, Slade GD, Beck JD, Offenbacher S. Gingival crevicular fluid interleukin-1beta, prostaglandin E2 and periodontal status in a community population. J Clin Periodontol. 2007;34(4):285-93.

138. Turrell G, Sanders AE, Slade GD, Spencer AJ, Marcenes W. The independent contribution of neighborhood disadvantage and individual-level socioeconomic position to self-reported oral health: a multilevel analysis. Community Dent Oral Epidemiol. 2007;35(3):195-206.

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

139. Sutinen S, Lahti S, Nuttall NM, Sanders AE, Steele JG, Allen PF, Slade GD. Effect of a 1-month vs. a 12-month reference period on responses to the 14-item Oral Health Impact Profile. Eur J Oral Sci. 2007;115(3):246-9.

140. Slade GD, Rozier RG, Zeldin LP, Margolis PA. Training pediatric health care providers in prevention of dental decay: results from a randomized controlled trial. BMC Health Serv Res. 2007;7:176. PMCID: PMC2190767.

141. Slade GD, Diatchenko L, Bhalang K, Sigurdsson A, Fillingim RB, Belfer I, Max MB, Goldman D, Maixner W. Influence of psychological factors on risk of temporomandibular disorders. J Dent Res. 2007;86(11):1120-5.

142. Slade GD. Interim analysis of validity of periodontitis screening questions in the Australian population. J Periodontol. 2007;78(7 Suppl):1463-70.

143. Sanders AE, Slade GD, Turrell G, Spencer AJ, Marcenes W. Does psychological stress mediate social deprivation in tooth loss? J Dent Res. 2007;86(12):1166-70.

144. Pahel BT, Rozier RG, Slade GD. Parental perceptions of children's oral health: the Early Childhood Oral Health Impact Scale (ECOHIS). Health Qual Life Outcomes. 2007;5:6. PMCID: 1802739.

145. Slade GD, Sanders AE, Bill CJ, Do LG. Risk factors for dental caries in the five-year-old South Australian population. Aust Dent J. 2006;51(2):130-9.

146. Shugars DA, Gentile MA, Ahmad N, Stavropoulos MF, Slade GD, Phillips C, Conrad SM, Fleuchaus PT, White RP, Jr. Assessment of oral health-related quality of life before and after third molar surgery. J Oral Maxillofac Surg. 2006;64(12):1721-30.

147. Sanders AE, Spencer AJ, Slade GD. Evaluating the role of dental behaviour in oral health inequalities. Community Dent Oral Epidemiol. 2006;34(1):71-9.

148. Sanders AE, Slade GD, Turrell G, John Spencer A, Marcenes W. The shape of the socioeconomic-oral health gradient: implications for theoretical explanations. Community Dent Oral Epidemiol. 2006;34(4):310-9.

149. Sanders AE, Slade GD. Deficits in perceptions of oral health relative to general health in populations. J Public Health Dent. 2006;66(4):255-62.

150. Nuttall NM, Slade GD, Sanders AE, Steele JG, Allen PF, Lahti S. An empirically derived population-response model of the short form of the Oral Health Impact Profile. Community Dent Oral Epidemiol. 2006;34(1):18-24.

151. Murray Thomson W, Chalmers JM, John Spencer A, Slade GD, Carter KD. A longitudinal study of medication exposure and xerostomia among older people. Gerodontology. 2006;23(4):205-13.

152. Diatchenko L, Nackley AG, Slade GD, Fillingim RB, Maixner W. Idiopathic pain disorders--pathways of vulnerability. Pain. 2006;123(3):226-30.

153. Diatchenko L, Nackley AG, Slade GD, Bhalang K, Belfer I, Max MB, Goldman D, Maixner W. Catechol-O-methyltransferase gene polymorphisms are associated with multiple pain-evoking stimuli. Pain. 2006;125(3):216-24.

154. Diatchenko L, Anderson AD, Slade GD, Fillingim RB, Shabalina SA, Higgins TJ, Sama S, Belfer I, Goldman D, Max MB, Weir BS, Maixner W. Three major haplotypes of the beta2 adrenergic receptor define psychological profile, blood pressure, and the risk for development

of a common musculoskeletal pain disorder. Am J Med Genet B Neuropsychiatr Genet. 2006;141B(5):449-62. PMCID: 2570772.

155.   Brickhouse TH, Rozier RG, Slade GD. The effect of two publicly funded insurance programs on use of dental services for young children. Health Serv Res. 2006;41(6):2033-53. PMCID: 1955315.

156.   Talekar BS, Rozier RG, Slade GD, Ennett ST. Parental perceptions of their preschool-aged children's oral health. J Am Dent Assoc. 2005;136(3):364-72; quiz 81.

157.   Szentpetery AG, John MT, Slade GD, Setz JM. Problems reported by patients before and after prosthodontic treatment. Int J Prosthodont. 2005;18(2):124-31.

158.   Slade GD, Nuttall N, Sanders AE, Steele JG, Allen PF, Lahti S. Impacts of oral disorders in the United Kingdom and Australia. Br Dent J. 2005;198(8):489-93; discussion 3.

159.   Rozier RG, Slade GD, Zeldin LP, Wang H. Parents' satisfaction with preventive dental care for young children provided by nondental primary care providers. Pediatr Dent. 2005;27(4):313-22.

160.   Diatchenko L, Slade GD, Nackley AG, Bhalang K, Sigurdsson A, Belfer I, Goldman D, Xu K, Shabalina SA, Shagin D, Max MB, Makarov SS, Maixner W. Genetic basis for individual variations in pain perception and the development of a chronic pain condition. Hum Mol Genet. 2005;14(1):135-43.

161.   Chattopadhyay A, Caplan DJ, Slade GD, Shugars DC, Tien HC, Patton LL. Risk indicators for oral candidiasis and oral hairy leukoplakia in HIV-infected adults. Community Dent Oral Epidemiol. 2005;33(1):35-44.

162.   Chattopadhyay A, Caplan DJ, Slade GD, Shugars DC, Tien HC, Patton LL. Incidence of oral candidiasis and oral hairy leukoplakia in HIV-infected adults in North Carolina. Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 2005;99(1):39-47.

163.   Bhalang K, Sigurdsson A, Slade GD, Maixner W. Associations among four modalities of experimental pain in women. J Pain. 2005;6(9):604-11.

164.   Thomson WM, Slade GD, Beck JD, Elter JR, Spencer AJ, Chalmers JM. Incidence of periodontal attachment loss over 5 years among older South Australians. J Clin Periodontol. 2004;31(2):119-25.

165.   Steele JG, Sanders AE, Slade GD, Allen PF, Lahti S, Nuttall N, Spencer AJ. How do age and tooth loss affect oral health impacts and quality of life? A study comparing two national samples. Community Dent Oral Epidemiol. 2004;32(2):107-14.

166.   Slade GD, Foy SP, Shugars DA, Phillips C, White RP, Jr. The impact of third molar symptoms, pain, and swelling on oral health-related quality of life. J Oral Maxillofac Surg. 2004;62(9):1118-24.

167.   Sanders AE, Slade GD, Carter KD, Stewart JF. Trends in prevalence of complete tooth loss among Australians, 1979--2002. Aust N Z J Public Health. 2004;28(6):549-54.

168.   John MT, Slade GD, Szentpetery A, Setz JM. Oral health-related quality of life in patients treated with fixed, removable, and complete dentures 1 month and 6 to 12 months after treatment. Int J Prosthodont. 2004;17(5):503-11.

169.   dela Cruz GG, Rozier RG, Slade G. Dental screening and referral of young children by pediatric primary care providers. Pediatrics. 2004;114(5):e642-52.

170. Chattopadhyay A, Gray LR, Patton LL, Caplan DJ, Slade GD, Tien HC, Shugars DC. Salivary secretory leukocyte protease inhibitor and oral candidiasis in human immunodeficiency virus type 1-infected persons. Infect Immun. 2004;72(4):1956-63. PMCID: 375171.

171. Slade GD, Ghezzi EM, Heiss G, Beck JD, Riche E, Offenbacher S. Relationship between periodontal disease and C-reactive protein among adults in the Atherosclerosis Risk in Communities study. Arch Intern Med. 2003;163(10):1172-9.

172. Rozier RG, Sutton BK, Bawden JW, Haupt K, Slade GD, King RS. Prevention of early childhood caries in North Carolina medical practices: implications for research and practice. J Dent Educ. 2003;67(8):876-85.

173. Chattopadhyay A, Slade GD, Shugars DA. Charges for oral health care during a period of economic growth in the US: 1987-96. J Public Health Dent. 2003;63(2):104-11.

174. Thomson WM, Spencer AJ, Slade GD, Chalmers JM. Is medication a risk factor for dental caries among older people? Community Dent Oral Epidemiol. 2002;30(3):224-32.

175. John MT, Patrick DL, Slade GD. The German version of the Oral Health Impact Profile--translation and psychometric properties. Eur J Oral Sci. 2002;110(6):425-33.

176. Slade GD. Epidemiology of dental pain and dental caries among children and adolescents. Community Dent Health. 2001;18(4):219-27.

177. Brennan DS, Spencer AJ, Slade GD. Prevalence of periodontal conditions among public-funded dental patients in Australia. Aust Dent J. 2001;46(2):114-21.

178. Arbes SJ, Jr., Agustsdottir H, Slade GD. Environmental tobacco smoke and periodontal disease in the United States. Am J Public Health. 2001;91(2):253-7. PMCID: 1446532.

179. Thomson WM, Chalmers JM, Spencer AJ, Slade GD. Medication and dry mouth: findings from a cohort study of older people. J Public Health Dent. 2000;60(1):12-20.

180. Slade GD, Offenbacher S, Beck JD, Heiss G, Pankow JS. Acute-phase inflammatory response to periodontal disease in the US population. J Dent Res. 2000;79(1):49-57.

181. Slade GD, Caplan DJ. Impact of analytic conventions on outcome measures in two longitudinal studies of dental caries. Community Dent Oral Epidemiol. 2000;28(3):202-10.

182. Shugars DC, Slade GD, Patton LL, Fiscus SA. Oral and systemic factors associated with increased levels of human immunodeficiency virus type 1 RNA in saliva. Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 2000;89(4):432-40.

183. McKaig RG, Patton LL, Thomas JC, Strauss RP, Slade GD, Beck JD. Factors associated with periodontitis in an HIV-infected southeast USA study. Oral Dis. 2000;6(3):158-65.

184. Broder HL, Slade G, Caine R, Reisine S. Perceived impact of oral health conditions among minority adolescents. J Public Health Dent. 2000;60(3):189-92.

185. Brennan DS, Spencer AJ, Slade GD. Caries experience among publicly-funded dental patients in Australia, 1995-96: type of care and geographic location. Aust Dent J. 2000;45(1):37-45.

186. Beck JD, Slade G, Offenbacher S. Oral disease, cardiovascular disease and systemic inflammation. Periodontol 2000. 2000;23:110-20.

187. Slade GD, Beck JD. Plausibility of periodontal disease estimates from NHANES III. J Public Health Dent. 1999;59(2):67-72.

188. Elter JR, Beck JD, Slade GD, Offenbacher S. Etiologic models for incident periodontal attachment loss in older adults. J Clin Periodontol. 1999;26(2):113-23.

189. Caplan DJ, Slade GD, Biesbrock AR, Bartizek RD, McClanahan SF, Beck JD. A comparison of increment and incidence density analyses in evaluating the anticaries effects of two dentifrices. Caries Res. 1999;33(1):16-22.

190. Arbes SJ, Jr., Slade GD, Beck JD. Association between extent of periodontal attachment loss and self-reported history of heart attack: an analysis of NHANES III data. J Dent Res. 1999;78(12):1777-82.

191. Arbes SJ, Jr., Olshan AF, Caplan DJ, Schoenbach VJ, Slade GD, Symons MJ. Factors contributing to the poorer survival of black Americans diagnosed with oral cancer (United States). Cancer Causes Control. 1999;10(6):513-23.

192. Allison P, Locker D, Jokovic A, Slade G. A cross-cultural study of oral health values. J Dent Res. 1999;78(2):643-9.

193. Slade GD, Strauss RP, Atchison KA, Kressin NR, Locker D, Reisine ST. Conference summary: assessing oral health outcomes--measuring health status and quality of life. Community Dent Health. 1998;15(1):3-7.

194. Slade GD. Assessing change in quality of life using the Oral Health Impact Profile. Community Dent Oral Epidemiol. 1998;26(1):52-61.

195. Roberts MW, Slade GD, McIver FT. Factors affecting the mobility of pediatric dentistry faculty. Pediatr Dent. 1998;20(4):288-91.

196. Offenbacher S, Beck JD, Lieff S, Slade G. Role of periodontitis in systemic health: spontaneous preterm birth. J Dent Educ. 1998;62(10):852-8.

197. McKaig RG, Thomas JC, Patton LL, Strauss RP, Slade GD, Beck JD. Prevalence of HIV-associated periodontitis and chronic periodontitis in a southeastern US study group. J Public Health Dent. 1998;58(4):294-300.

198. Slade GD, Spencer AJ. Distribution of coronal and root caries experience among persons aged 60+ in South Australia. Aust Dent J. 1997;42(3):178-84.

199. Slade GD, Gansky SA, Spencer AJ. Two-year incidence of tooth loss among South Australians aged 60+ years. Community Dent Oral Epidemiol. 1997;25(6):429-37.

200. Slade GD. Derivation and validation of a short-form oral health impact profile. Community Dent Oral Epidemiol. 1997;25(4):284-90.

201. Saemundsson SR, Slade GD, Spencer AJ, Davies MJ. The basis for clinicians' caries risk grouping in children. Pediatr Dent. 1997;19(5):331-8.

202. Roberts MW, Slade GD, McIver FT. Pediatric dentistry faculty profile and plans to remain active. J Dent Educ. 1997;61(6):489-92.

203. Davies MJ, Spencer AJ, Slade GD. Trends in dental caries experience of school children in Australia--1977 to 1993. Aust Dent J. 1997;42(6):389-94.

204. Brennan DS, Spencer AJ, Slade GD. Service provision among adult public dental service patients: baseline data from the Commonwealth Dental Health Program. Aust N Z J Public Health. 1997;21(1):40-4.

205. Spencer AJ, Slade GD, Davies M. Water fluoridation in Australia. Community Dent Health. 1996;13 Suppl 2:27-37.

206.  Slade GD, Spencer AJ, Roberts-Thomson K. Tooth loss and chewing capacity among older adults in Adelaide. Aust N Z J Public Health. 1996;20(1):76-82.

207.  Slade GD, Spencer AJ, Locker D, Hunt RJ, Strauss RP, Beck JD. Variations in the social impact of oral conditions among older adults in South Australia, Ontario, and North Carolina. J Dent Res. 1996;75(7):1439-50.

208.  Slade GD, Spencer AJ, Davies MJ, Stewart JF. Influence of exposure to fluoridated water on socioeconomic inequalities in children's caries experience. Community Dent Oral Epidemiol. 1996;24(2):89-100.

209.  Slade GD, Spencer AJ, Davies MJ, Stewart JF. Caries experience among children in fluoridated Townsville and unfluoridated Brisbane. Aust N Z J Public Health. 1996;20(6):623-9.

210.  Slade GD, Spencer AJ, Davies MJ, Burrow D. Intra-oral distribution and impact of caries experience among South Australian school children. Aust Dent J. 1996;41(5):343-50.

211.  Slade GD, Hoskin GW, Spencer AJ. Trends and fluctuations in the impact of oral conditions among older adults during a one year period. Community Dent Oral Epidemiol. 1996;24(5):317-21.

212.  Slade GD. Reactor paper. J Dent Educ. 1996;60(6):514-9.

213.  Coates E, Slade GD, Goss AN, Gorkic E. Oral conditions and their social impact among HIV dental patients. Aust Dent J. 1996;41(1):33-6.

214.  Brennan DS, Spencer AJ, Slade GD. Provision of public dental services in urban, rural and remote locations. Community Dent Health. 1996;13(3):157-62.

215.  Arbes SJ, Slade GD. Racial differences in stage at diagnosis of screenable oral cancers in North Carolina. J Public Health Dent. 1996;56(6):352-4.

216.  Thomson WM, Slade GD, Spencer AJ. Dental caries experience and use of prescription medications among people aged 60+ in South Australia. Gerodontology. 1995;12(12):104-10.

217.  Slade GD, Spencer AJ. Periodontal attachment loss among adults aged 60+ in South Australia. Community Dent Oral Epidemiol. 1995;23(4):237-42.

218.  Slade GD, Davies MJ, Spencer AJ, Stewart JF. Associations between exposure to fluoridated drinking water and dental caries experience among children in two Australian states. J Public Health Dent. 1995;55(4):218-28.

219.  Slade GD, Brennan D, Spencer AJ. Methodological aspects of a computer-assisted telephone interview survey of oral health. Aust Dent J. 1995;40(5):306-10.

220.  Hunt RJ, Slade GD, Strauss RP. Differences between racial groups in the impact of oral disorders among older adults in North Carolina. J Public Health Dent. 1995;55(4):205-9.

221.  Spencer AJ, Davies M, Slade G, Brennan D. Caries prevalence in Australasia. Int Dent J. 1994;44(4 Suppl 1):415-23.

222.  Slade GD, Spencer AJ. Social impact of oral conditions among older adults. Aust Dent J. 1994;39(6):358-64.

223.  Slade GD, Spencer AJ. Development and evaluation of the Oral Health Impact Profile. Community Dent Health. 1994;11(1):3-11.

224.  Locker D, Slade G. Association between clinical and subjective indicators of oral health status in an older adult population. Gerodontology. 1994;11(2):108-14.

Curriculum Vitae
**Gary Douglas Slade**                                                                    May 3, 2019

225.  Slade GD, Spencer AJ, Gorkic E, Andrews G. Oral health status and treatment needs of non-institutionalized persons aged 60+ in Adelaide, South Australia. Aust Dent J. 1993;38(5):373-80.

226.  Locker D, Slade G. Oral health and the quality of life among older adults: the oral health impact profile. J Can Dent Assoc. 1993;59(10):830-3, 7-8, 44.

227.  Slade GD, Locker D, Leake JL, Wu AS, Dunkley G. The oral health status and treatment needs of adults aged 65+ living independently in Ottawa-Carleton. Can J Public Health. 1990;81(2):114-9.

228.  Slade GD, Locker D, Leake JL, Price SA, Chao I. Differences in oral health status between institutionalized and non-institutionalized older adults. Community Dent Oral Epidemiol. 1990;18(5):272-6.

229.  Locker D, Slade GD, Leake JL. The response rate problem in oral health surveys of older adults in Ontario. Can J Public Health. 1990;81(3):210-4.

230.  Locker D, Slade GD, Leake JL. Prevalence of and factors associated with root decay in older adults in Canada. J Dent Res. 1989;68(5):768-72.

231.  Locker D, Slade G, Leake J, Wu A. Dental insurance and its effects among the elderly in Ontario. J Can Dent Assoc. 1989;55(7):555-9.

232.  Locker D, Slade G. Association of symptoms and signs of TM disorders in an adult population. Community Dent Oral Epidemiol. 1989;17(3):150-3.

233.  Locker D, Slade G. Prevalence of symptoms associated with temporomandibular disorders in a Canadian population. Community Dent Oral Epidemiol. 1988;16(5):310-3.


Papers Accepted For Publication

1.  Slade GD, Rosen J, Ohrbach R, Greenspan JD, Fillingim RB, Parisien M, Khoury S, Diatchenko L, Maixner W, Bair E. Anatomic selectivity in overlap of chronic facial and bodily pain. Pain Reports. Accepted for publication January, 2019.

2.  Meloto CB, Slade GD, Lichtenwalter RN, Bair E, Rathnayaka N, Diatchenko L, Greenspan JD, Maixner W, Fillingim RB, Ohrbach R.Clinical Predictors of Persistent TMD in People With First-onset TMD: a Prospective Case-Control Study. J Am Dent Assoc. Accepted for publication March, 2019.

Non-Peer-Reviewed Journal Articles

1.  Akinkugbe AA, Sharma S, Ohrbach R, Slade GD, Poole C. Response to Letter to the Editor, "Directed Acyclic Graphs for Oral Disease Research". J Dent Res. 2016 Oct;95(11):1315. PMID: 27651433

2.  Abrams S, Beltran-Aguilar E, Martinez-Mier EA, Kumar J, Slade GD, Gooch B. Water Fluoridation: Safety, Effectiveness and Value in Oral Health: A Symposium at the 2014 Annual Meeting of the American and Canadian Associations for Dental Research. J Can Dent Assoc 2015. 80

3.  Slade GD: Are Dental Health Behaviors Rational, after All? J Dent Res 2012; 92:5-6.

4.  Kapellas K, Slade GD. The relationship between diabetes and oral health among Australian adults, in Aust Dent J. 2008. 93-6.

Curriculum Vitae
**Gary Douglas Slade**                                                                May 3, 2019

5.  Crocombe LA, Slade GD. Decline of the edentulism epidemic in Australia. Aust Dent J. 2007;52(2):154-6.

6.  Slade GD. Information typically collected during dental examinations is associated with probability of undiagnosed diabetes in the US adult population. J Evid Based Dent Pract 2008;8: 221-2.

7.  Slade GD, Reisine ST.  The child oral health impact profile: current status and future directions. Community Dent Oral Epidemiol. 2007;35 Suppl 1:50-3.

8.  Diatchenko L, Nackley AG, Slade GD, Belfer I, Max MB, Goldman D, Maixner W.  Pain (letter) 2007; 129:363-70.  Responses to Drs. Kim and Dionne regarding comments on Diatchenko, et al. Catechol-O-methyltransferase gene polymorphisms are associated with multiple pain-evoking stimuli. Pain 2006;125:216–24.

9.  Slade GD, Caplan DJ. Methodological issues in longitudinal epidemiologic studies of dental caries. Community Dent.Oral Epidemiol 1999;27: 236-48. (Review)

10.  Offenbacher S, Madianos PN, Champagne CME, Southerland JH, Paquette DW, Williams RC, et al. Periodontitis-atherosclerosis syndrome - an expanded model of pathogenesis. J.Periodontal Res. 1999;34: 346-52. (Review)

11.  Caplan DJ, Slade GD, Gansky SA. Complex Sampling: Implications for Data Analysis. J. Public Health Dent 1999;59: 52-9. (Review)

12.  Locker D, Slade GD, Murray H. Epidemiology of periodontal disease among older adults: a review. Periodontology 2000. 1998;16: 16-33. (Review)

13.  Beck JD, Slade GD. Epidemiology of periodontal diseases. Current Opinion in Periodontol 1996;3: 3-9. (Review)

14.  McMichael AJ, Slade GD. An element of dental health? Fluoride and dental disease in contemporary Australia. 1991;70: 80-3. (Review)

15.  Slade GD.  Book review of "Planning and managing district dental services."  Aust.Dent.J. 1991;36:329.

Refereed Abstracts

Slade GD, Grider W, Maas W, Sanders AE. Water Fluoridation and Dental Caries Among U.S. Children and Adolescents. Abstract 1217, IADR General Session & Exhibition, London, UK, July 26, 2018

Slade G, Fillingim R, Bair E, Greenspan J, Maixner W, Ohrbach R. Overlap of Facial Pain and Pain Elsewhere: Anatomical Location Matters. Abstract 3037, IADR/AADR/CADR General Session & Exhibition, San Francisco, CA. March 25, 2017

Slade GD, Ohrbach R, Diatchenko L, Greenspan JD, Bair E, Maixner W, Fillingim R. Somatic Sensations, Not Sensory Reactivity, Predict TMD Onset and Persistence. Abstract 0152 presented at 2015 IADR/AADR/CADR General Session in Boston, Mass., USA, March 11-14, 2015

Slade GD. U.S. trends and projections in edentulism. Abstract 0185. Presented at 2015 IADR/AADR/CADR General Session in Boston, Mass., USA, March 11-14, 2015

Slade GD, Sanders A, Bair E, Smith S, Maixner W, Knott C, Ohrbach R, Dubner R, Greenspan J. Pressure-pain Hypersensitivity Coincides With But Does Not Predict TMD Onset. J Dent Res 92(Spec Iss A):abstract number 1709, 2013

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

Slade GD, Ohrbach R, Bair E, Fillingim R, Greenspan J, Dubner R, Diatchenko L, Maixner W. Sociodemographic Predictors of First-onset TMD: the OPPERA Prospective Cohort Study. J Dent Res 91(Spec Iss A):abstract number 3073, 2012

Slade GD, Diatchenko L, Neely A. Contributions of Inflammation Mediators to Localized TMD and Widespread Pain. J Dent Res 90(Spec Iss A):abstract number 3014, 2011

Slade GD, RossBailie2, Roberts-Thomson K, Leach A, Raye I, Endean C, Simmons B, Morris P. Randomized trial of dental caries prevention in remote Aboriginal communities. J Dent Res 89(Spec Iss B): abstract number 376, 2010

Slade GD. Caries Preventive Effects of Community Water Fluoridation among Adults. J Dent Res 88(Spec Iss A):abstract number 1677, 2009

Slade GD, Sanders AE. Sense of control modifies relationship between stress and temporomandibular disorder. J Dent Res 87(Spec Iss B):abstract number 1677, 2008

Slade GD, Spencer AJ. Social inequalities in tooth loss among Australian birth cohorts. J. Dent. Res. 86(Spec Iss A): Abstract #0243, 2007.

Slade GD. Psychological Stress and Oral Health: Behavioral and Biological Mechanisms. J. Dent. Res. 85(Spec Iss B): Seq # 92, 2006.

Slade GD, Diatchenko L, Maixner W. COMT genetic polymorphism and orthodontic treatment predict risk of TMD. J. Dent. Res. 84(Spec Iss A): Abstract #2734, 2005.

Slade GD, Spencer AJ, Roberts-Thomson K, Chalmers J, Carter KD. Eleven-year change in oral health impacts among elderly South Australians. J. Dent. Res. 84(Spec Iss B): Abstract #0005, ANZ Div, 2005.

Slade, GD, Diatchenko L, Bhalang K, Sigurdsson A, Fillingim R, Belfer I, Max M, Goldman D, Maixner W. Contribution of genetic and psychological factors to experimental pain perception and temporomandibular disorder. Abstracts: 11th World Congress on Pain, IASP Press, Abstract #1671-P174

Slade GD, Rozier RG, Zeldin LP, Mckaig RG, Haupt K. Effect of continuing education on physicians' provision of dental procedures. J. Dent. Res. 83(Spec Iss A): Abstract #324, 2004.

Slade GD, Allen PF, Sanders AE, Steele JG, Nuttall NM. Influence of Occupational Prestige, Income, and Education on Subjective Oral Health. J. Dent. Res. 82(Spec Iss B): Abstract #148, 2003.

Slade GD, Nuttall NM, Sanders AE, Lahti S, Steele JD. Allen PF. Frequency of Oral Health Impacts in Three Industrialized Countries. J. Dent. Res. 81 (Spec Iss B): Abstract #0928, 2002.

Slade, G.D., et al., Does adult periodontal disease have origins in-utero? J. Dent. Res. 80 (Spec Iss) Abstract #1225. 2001

Slade, G.D., Subjective importance of oral health impacts among patients receiving dentures. J. Dent. Res. 79 (Spec Iss) Abstract #55. 2000

Slade, G.D., et al., Acute-phase inflammatory response to oral and systemic conditions. J. Dent. Res. 78 (Spec Iss) Abstract #2192. 1999

Slade, G.D., et al., Multiple-study evaluation of quality of life outcomes from dental care. J. Dent. Res. 78 (Spec Iss) Abstract #761. 1999

Slade, G.D., Quality of life outcomes from dental care among older adults. J. Dent. Res. 77 (Spec Iss). 1998

Curriculum Vitae
**Gary Douglas Slade**                                                                    May 3, 2019

Slade, G.D., Prediction and postdiction of dental utilization among older adults. J. Dent. Res. 76 (Spec Iss) Abstract #2968. 1997

Slade, G.D. and A.J. Spencer, Dentures and oral health impact among elderly edentulous South Australians. J. Dent. Res. 75 (Spec Iss) Abstract #1780.

Slade, G.D. and A.J. Spencer, Tooth-loss incidence and its social impact among older South Australians. J. Dent. Res. 74 (Spec Iss) Abstract #956. 1995

Slade, G.D. and A.J. Spencer, Social factors influencing perceptions of oral well-being among seniors. J. Dent. Res. 74 (Spec Iss 4) Abstract #1254.

Slade, G.D. and A.J. Spencer, Distribution and correlates of periodontal attachment loss among older adults. J. Dent. Res. Abstract #114. 1994

Slade, G.D. and A.J. Spencer, Sociodemographic variations in social impact of oral disorders among seniors. J. Dent. Res. 72 (Spec Iss 4) Abstract #1293. 1993

Slade, G.D. and G.W. Hoskin, Factors associated with and impact of chewing incapacity among seniors. J. Dent. Res. 72 (Spec Iss 4) Abstract #51. 1993

Slade, G.D., et al., Socioeconomic and age variation in tooth loss and edentulism. J. Dent. Res. 71 (Spec Iss 4) Abstract #2. 1992

Slade, G.D., A.J. Spencer, and P. Keily, Effects of data collection methods on self-reported oral health impact. J. Dent. Res. 71 (Spec Iss 4) Abstract #15. 1992

Slade, G.D. and A.J. Spencer, Recent research in perceptions and impact of oral health among older adults. J. Dent. Res. 70(Spec Iss) Abstract #2100. 1991

Slade, G.D. and A.J. Spencer, The development and testing of the Oral Health Impact Profile. J. Dent. Res. 70(Spec Iss) Abstract #2. 1991

Slade, G.D., L.C. Richards, and E. Gorkic, The social impact of oral disorders in an older Australian population. J. Dent. Res. 69(Spec Iss) Abstract #13. 1989

Slade, G.D., A.J. Spencer, and M.B. Dooland, Changes in the caries experience of South Australian School children. J. Dent. Res. 69(Spec Iss) Abstract #10. 1989

Slade, G.D., D. Locker, and J.L. Leake, The impact of oral health impairment on older adults. J. Dent. Res. 68(Spec Iss) Abstract #1832. 1988

Invited Oral Presentations

2019        "Public Health Impact of TMD" Presented at National Academies of Sciences, Engineering, and Medicine Committee on Temporomandibular Disorders (TMD), Washgington, D.C. March 28-29, 2019.

2015        "U.S. trends and projections in edentulism". Presented at the Symposium: "Is Edentulism Disappearing? Implications for Dental Care and Education." Presentation 185, IADR/AADR/CADR General Session & Exhibition, Boston, MA. March 11, 2015

2014        "Epidemiology of Temporomandibular Disorders and Related Painful Conditions". Presented at: Seventh Scientific Meeting of The TMJ Association, Bethesda, Maryland, September 7–9, 2014

2011        "Is it low income or high income-inequality that contributes to poor oral health? Evidence from national surveys." AADR Fall Focused Symposium, Washington, DC.. November, 2011.

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

| | |
|---|---|
| 2011 | "Oral health related quality of life is important for patients, but what about populations?"  Presented at a Fetschcrift honoring John Spencer, Adelaide, Australia, July 2011 |
| 2008 | "Australia's Dental Generations. The National Survey of Adult Oral Health, 2004–06". Presented at "A Celebration of Dental Public Health in Canada", Toronto, Canada, June 2008. |
| 2008 | "Oral health and quality of life in populations." Presented at The Finnish Dental Society Apollonia Research Symposium 2008 "Oral Health Related Quality of Life". Helsinki, Finland, March 2008. |
| 2008 | "Analysis of data from complex survey samples" and "Australia's Dental Generations. The National Survey of Adult Oral Health, 2004–06".  Thammasat University, Bangkok, March 2008. |
| 2007 | "The epidemiology of oral health in the elderly – current patterns, projected trends." Symposium: Oral Health of Older Populations in Australia, Melbourne, 21 September, 2007 |
| 2007 | "The National Survey of Adult Oral Health 2004–06: summary of findings and opportunities for researchers." Keynote address at the 2007 Dental School Research Day, University of Adelaide, 17 August 2007 |
| 2007 | "Trends in frequency of dental attendance, 1987/88 to 2004-06."  Presented at Australian Research Centre for Population Health Workshop, Adelaide, 30 July. 2007. |
| 2007 | "Australia's Dental Generations: The National Survey of Adult Oral Health, 2004–06" Presented at 32nd Australian Dental Congress & Exhibition, 17th March, 2007. |
| 2006 | "Disentangling age, period and cohort effects. Part 1: Principles"  and "Disentangling age, period and cohort effects.  Part 2: Quantitative examples".  Presented at International Biometric Society Satellite Meeting, Montreal, Canada, July 14 and 15, 2006. |
| 2006 | "Association or Causation?  Unravelling the Epidemiological Evidence."  Presented at Science Transfer Program on Systemic Health 84th General Session & Exhibition of the IADR, Brisbane, July 1st, 2006. |
| 2006 | "Stress and TMD: pain regulatory mechanisms linking psychological stress to risk of temporomandibular disorder."  Presented at 84th General Session & Exhibition of the IADR, Brisbane, June 29, 2006. |
| 2006 | "Validity of self-report measures of periodontal disease: interim analysis of the Australian National Survey of Adult Oral Health."  Presented at General Session of the AADR/CADR, Orlando, FL, March 9, 2006. |
| 2005 | "What is the focus of geriatric oral research: ageing, the aged, or the elderly generation?"  Presented at General Session of the IADR / AADR / CADR, Baltimore, MD.  March 13, 2005. |
| 2004 | Symposium: "Evaluating Validity in the Absence of a Gold Standard".  Presented at International Association of Dental Research 82nd general session, Honolulu, HI, March 10-13, 2004. |

Curriculum Vitae
**Gary Douglas Slade**                                                     May 3, 2019

2003        Symposium: "Can oral health influence quality of life?" Presented at Australian New
            Zealand Division of International Association of Dental Research, 42nd Annual
            Meeting, September, 8th September, 2004, Melbourne, Australia.

2003        Symposium: "What is a cause? Causal Terminology, Causal Pathways, and Conflicts
            in Public Health versus Etiological Perspectives." Presented at International
            Association of Dental Research 81st general session, Gothenburg, Sweden, 26 June,
            2003.

2003        "Burden of oral disease among adults - public health implications" . Presented at
            Federation Dentaire Internationale (FDI) Annual World Dental Congress, Sydney,
            September 18, 2003

2001        "Epidemiological studies of oral-systemic disease relationships." and "Strategic
            directions for oral health research to improve quality of life." presented at National
            Health and Medical Research Council, Strategic Research Development Committee
            workshop, Adelaide, South Australia, April 2-3, 2001.

2000        "Measurement of oral health related quality of life" Presented at "Multidisciplinary
            Workshop on Quality of Life Research" Ann Arbor, MI, May 8-10, 2000.

2000        "Which is better for your heart – a glass of red wine or scaling and cleaning of your
            teeth?" Presented at Aust Perio Society, Melbourne, May 5, 2000.

1999        Seminar: "Oral Health and Quality of Life". Presented at National Institute of Dental
            and Craniofacial Research, January 14, 1999.

1998        Symposium: "Current dilemmas in root caries". Presented at IADR Annual General
            Meeting, Nice, France, June 26, 1998.

1998        Symposium: "Assessing patient based outcomes" American Cleft Palate and
            Craniofacial Association, Baltimore, April 23, 1998

1997        Symposium: "Measuring and explaining change in the oral health status of older
            adults." Presented at IADR Annual General Meeting, Orlando, March 20, 1997.

1996        Conference: "Analytical approaches to longitudinal caries data in adults. Presented at
            the International Workshop: Understanding dental caries, Aarhus, Denmark, July 7,
            1996.

1996        Symposium: "Self-reported assessments of oral health outcomes - Reactor paper".
            Presented at IADR Annual General Meeting, San Francisco, March 1996.

1995        Symposium: "Inequalities in oral health between socioeconomic groups: National and
            international perspectives". Presented at APHA Annual Meeting, San Diego, November
            1, 1995.

1995        Symposium: "Periodontal conditions in diverse elderly populations." Presented at
            IADR Annual General Meeting, Singapore, July 1995.

Continuing Education Courses

2015        "Evidence-Based Dentistry. What is it? How do you do it?" Presented at Sandhills
            Dental Study Club, Pinehurst, NC. February 18, 2016.

2007        "What works in caries risk assessment, and how do we know?" Presented at South
            Australian Dental Service "Caries Risk Assessment Seminar", Adelaide, 28 August,
            2007.

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

| | |
|---|---|
| 2007 | "Does gum disease in pregnancy cause preterm birth or low birth weight?"  Presented at: "Biting Issues in Health & Disease" Healthy Development Adelaide, 1 August 2007. |
| 2006 | "Evaluating oral health related quality of life among patients and populations" 4th Göteborg Dental Symposium 8th September, 2006 |
| 2006 | South Australian Dental Service Contemporary Dentistry.  "How to test a test. Evaluating effectiveness of disease risk assessment methods." Adelaide, SA, 9 June 2006. |
| 2005 | Adelaide Society of Periodontology.  "Monitoring prevalence of periodontitis in populations: validity of self-reported questions about periodontal disease." Adelaide, SA, 20 September, 2006. |
| 2004 | South Australian Dental Service Workshop.  "Is pre-school dental attendance worthwhile?  Influence of pre-school dental attendance on untreated decay among SA five-year-olds."  Adelaide, SA, 30 May, 2004. |
| 2000 | "Clinical epidemiology in dental research", Gothenburg, Sweden, July 31-September 2, 2000. |
| 1998 | Lunch and learning session:  "Measuring oral health and quality of life", presented at AADR annual meeting, Minneapolis, MN, March 5, 1998. |

## F. TEACHING ACTIVITIES

Major teaching responsibilities

| | |
|---|---|
| DENT118 | Evidence Based Dentistry. 14 x 1 hours didactic course for DDS students, UNC School of Dentistry. My role: Course director. Offered: annually |
| DENT101 | Epidemiology and Prevention I. 3 x 1 hour lecture for ~80 DDS students, UNC School of Dentistry. My role: instructor. Offered: annually |
| DENG701 | Introduction to Research Design. 1 x 1 hour lecture for ~30 graduate students in specialty dentistry programs, UNC School of Dentistry. My role: instructor. Offered: annually |
| DENG703 | Applied Research Methods. 3 x 1 hour lecture/lab for ~30 graduate students in specialty dentistry programs, UNC School of Dentistry. My role: instructor. Offered: annually |
| EPI801 | Data Analysis In Oral Epidemiology. 14 x 2 hour lecture/lab for ~2 PhD students in epidemiology. My role: course director. Offered: 2010, 2013 |
| EPI690 | Chronic Pain Epidemiology. 16 x 1 hour seminar for PhD 1 PhD student in epidemiology. My role: course director. Offered: 2012 |

Program director/faculty

| | |
|---|---|
| 2011- | Faculty mentor and program director in oral epidemiology stream, UNC School of Dentistry T90 "NextGen" training grant application. (NIH/NIDCR T90 DE021986-01 Institutional Training Award, James Beck, PI) |
| 2010- | Member of advisory committee for the NC Dental Public Health Residency Program. Dr. Rebecca King, Program Director 2009-13; Dr Gary Rozier, Program Director, 2013. |

Curriculum Vitae
**Gary Douglas Slade**                                            May 3, 2019

Postdoctoral / degree thesis mentoring since employment at UNC

*PhD or equivalent students*

2018 -         PoojanShrestha, PhD student in Epidemiology, UNC Gillings School of Global Public Health.

2016 - 2018    Walid Al-Soneidar, PhD student in Epidemiology, UNC Gillings School of Global Public Health. Completed through qualifying exams, and transferred to McGill University.

2015 – 2018    Sonia Sharma, PhD student in Epidemiology, University at Buffalo. "The associations of injury and stress with temporomandibular disorders". Dissertation defended May, 2018.

2012 – 17      Erika Helgesson, PhD in Biostatistics, UNC Gillings School of Global Public Health. Dissertation title: "Nonparametric methods for machine learning and association testing." Dissertation defended March, 2017.

2012 - 17      Aderonke Akinkugbe, PhD student in Epidemiology, UNC Gillings School of Global Public Health. NextGen Scholar, UNC School of Dentistry training program. "Periodontal origins of non-alcoholic fatty liver disease" Dissertation defended February, 2017.

2012 -         Veeral Saraiya, PhD student in Epidemiology, UNC Gillings School of Global Public Health. NextGen Scholar, UNC School of Dentistry training program. Dissertation proposal defended October, 2016. Scheduled for completion 2019.

2012 – 16      Brittney Csizek, PhD student in Oral Biology, UNC School of Dentistry. Dissertation title: "Unraveling the complexities of idiopathic pain disorders: from mouse to man." Graduated June, 2016.

2011 - 2018    Vanessa Miller, PhD student in Epidemiology, UNC Gillings School of Global Public Health. NextGen Scholar, UNC School of Dentistry training program. "Pain-related disability among people with chronic orofacial pain". Dissertation defended June, 2018.

2010 – 14      Qian Liu. PhD in Biostatistics, UNC Gillings School of Global Public Health. Dissertation title: "Non-parametric machine learning methods for clustering and variable selection". Dissertation defended July 2014.

2009 – 13      Naomi Brownstein, PhD in Biostatistics, , UNC Gillings School of Global Public Health. Dissertation title: "Analysis of time-to-event data, intermediate henotypes, and sparse factors in the oppera study". Dissertation defended July, 2013.

2009 - 13.     Supawadee Naorungroj, PhD in Epidemiology, UNC Gillings School of Global Public Health. Dissertation title: "Oral Health and Cognitive Function The Atherosclerosis Risk In Communities (ARIC) Study ". Graduated June, 2013.

2000 - 03      Amit Chattopadhyay. "HIV associated oral disease: prevalence, incidence, and role of salivary secretory leukocyte protease inhibitor" PhD, UNC-Chapel Hill. [Current position: NIH/NIDCR, Office of Science Policy and Analysis, Co-Director, Dental Public Health Residency Program]

1998 - 02      Tegwyn Hughes. "An evaluation of oral health and dental care among children enrolled in NC-Health Choice and NC-Medicaid". PhD, UNC-Chapel Hill. [Current position: Associate Professor, Virginia Commonwealth University]

Curriculum Vitae
**Gary Douglas Slade**                                                          May 3, 2019

1997 - 02    Kanokporn Bhalang "Impaired Pain Regulatory Systems and the Development of Temporomandibular Disorders (TMD)"  PhD, UNC-Chapel Hill.  [Current position: Senior Lecturer, Chulalongkorn University, Bangkok, Thailand]

1999 - 02.   Paul Eke, "Relationship between periodontal infections and coronary heart disease". PhD, UNC-Chapel Hill.  [Current position: Epidemiologist, Centers for Disease Control and Prevention, Atlanta]

1996 - 2000  Helga Agustsdottir.  "Smoking, hormone replacement therapy and periodontal disease."  PhD, UNC-Chapel Hill. [Current position: Chief Dental Officer, Iceland]

1995 - 98    Sam Arbes.  "Factors contributing to the racial differences in oral cancer survival: an analysis of SEER data."  PhD, UNC-Chapel Hill.  [Current position: Senior Research Scientist, Rho Federal Systems Division, Inc., Chapel Hill, NC]

1994 - 97    Rosemary McKaig.  "HIV Infection and Periodontitis:  Factors Associated with Prevalence, Extent, and Severity of Periodontitis in HIV Infection." PhD, UNC-Chapel Hill.  [Current position: Division of Acquired Immunodeficiency Syndrome National Institute of Allergy and Infectious Diseases]

1994 - 97    Umo Isong. "Heterogeneity in dental research: a comparison of cross-sectional versus longitudinal studies."  PhD, UNC-Chapel Hill. [Deceased, 2007]

1995 - 98    John Elter.  "Etiologic models for incident periodontal attachment loss in older adults." PhD, UNC-Chapel Hill.  [Deceased, 2009]

1993 - 96    Sigurdur Saemundsson.  "Dental caries prediction by clinicians and neural networks". PhD, UNC-Chapel Hill. [Current position: Private practice in Pediatric Dentistry, Instructor in Epidemiology and Statistics, Dental School, University of Iceland]

*MSc, DClinDent or equivalent*

2018   Haotian Zou. "Association between TMD and potential risk factors: the OPPERA baseline case-control study". MSc Thesis, Department of Biostatistics, Gillings School of Global Public Health.

2017   Yaoxuan Xia. "Associations between Genetic Variants and Clinical, Psychosocial and Pain Sensitivity Risk Factors of Chronic TMD" Senior Honors Thesis, Department of Biostatistics, Gillings School of Global Public Health.

2013   Sheila Gaynor. "Identifcation of biologically relevant subtypes via preweighted sparse clustering" Senior Honors Thesis, Department of Biostatistics, Gillings School of Global Public Health.

2012   Cynthia Lambert. " Chronic HPA Axis Response to Stress in Temporomandibular Disorder" MSc in Dental Hygiene Education. My role: committee member.

2002   Todd Grooms. "Dental caries among children with attention deficit hyperactivity disorder". MSc Dent (Pediatric Dentistry), UNC-Chapel Hill.

2000   Julie Blackwood.  "Microleakage of fissure sealants retained by acid etching, air abrasion and fissure-otomy".  MSc Dent (Pediatric Dentistry), UNC-Chapel Hill.

1996   Helga Agustsdottir.  "Smoking and periodontal disease in a population of community-dwelling older adults.  MSc Dent, UNC-Chapel Hill.

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

## G. GRANTS AND CONTRACTS

Current State/Federal/not for profit grants

U01DE024169 (Tchvileva/Slade, PDs)    05/01/18–04/30/19          2.4 calendar months
NIDCR                                  $1,116,435 per annum
Effect of COMT genetic polymorphisms on response to propranolol therapy in TMD
The goal of this U01 clinical trial application is to evaluate the efficacy of propranolol in reducing
pain in patients with temporomandibular disorder (TMD) in a three year Phase II clinical trial study;
a secondary objective will determine if propranolol efficacy varies according to patients' catechol-O-
methyltransferase (COMT) diplotype.
Role: Co-PD

U01DE017018 (Slade/Maixner, PDs)    08/01/12-07/31/19           3.0 calendar months
NIDCR                                $2,570,406 per annum
Genetic and psychosocial influences on transition to chronic TMD and related pain
The goal of this study is to determine how genetic, physiological, psychological and clinical
characteristics influence development of chronic pain and multiple pain conditions related to
temporomandibular disorders. Role: Co-PD

UH2DE025494 (Sanders/Slade, PDs)    09/30/2015-09/29/2019       3.0 calendar months
NIDCR                               $394,972 per annum
Sociopolitical Policies That Reduce Disparities in Children's Oral Health
Public policy is an under-utilized method of eliminating income disparities in dental disease. This
study will take advantage of state-by-state variation in policy to determine which policies most
effectively reduce disparities in dental disease and their risk factors in childhood. A
multidisciplinary scientific team will partner with prominent community groups to support the
translation of evidence into policy intervention recommendations that are acceptable to groups who
stand to benefit most. Role: Co-PD

R01DE025046 (Divaris, PI)          09/01/2015-08/31/2020        1.8 calendar months
NIDCR                              $1,407,489 per annum
Genome-Wide Association Study of Early Childhood Caries
This genome-wide association study of early childhood caries will enrol a multi-ethnic, community-
based sample of 6,000 children ages 3 and 4 attending Head Start/Early Head Start programs in
North Carolina.  Dental caries data will be determined by study examiners using the International
Caries Diagnosis System. DNA will be extracted from saliva samples and genotyped using high-
density genotyping, imputation to 1000 Genomes Project reference panels and advanced statistical
approaches to leverage differences in genetic structure between racial/ethnic groups. Role" Co-
investigator

Previous State/Federal/not for profit grants

2016-2018    R56 DE025298 (Nackley/Slade, PIs), 1.8 calendar months. $350,000 per annum.
             Proteins, MicroRNAs and Genes Associated with TMS and Overlapping Pain Conditions

2016-2018    NIH/NIDCR R03DE025652 (Slade, PI). 1.2 calendar months effort.  $100,000 per
             annum. Is Periodontal Disease Involved in the Etiology of Non-alcoholic Fatty Liver
             Disease?

2013-2015    NIH/NIDCR R03 DE023592 (E. Bair, PI.  1.2 calendar months effort.  $100,000 per
             annum.  Role: Co-Investigator).

2010-2015    NIH/NINDS PO1 NS045685 (W Maixner, PI 1.2 calendar months effort; $1.1M per
             annum. Role: Co-Investigator) "Complex persistent pain conditions: common and

Curriculum Vitae
**Gary Douglas Slade**                                                      May 3, 2019

unique pathways of vulnerability." Identification of clinically relevant TMD subtypes using cluster analysis. "

| | |
|---|---|
| 2012-2014 | NIH/National Institute of Dental and Craniofacial Research.  R03 DE022595. (G. Slade, PI; 2.4 calendar months effort; $100,000 per annum; Role: PI) "Effects of cumulative stress and change in pain regulation on risk of chronic TMD". |
| 2012-2013 | NIH/National Institute of Dental and Craniofacial Research.  1R34DE022088-01A1 (Slade/Tchivileva, CoPIs), 04/01/2012 – 03/31/2013, 1.8 calendar months NIH/NIDCR  $150,000 per annum "Effect of COMT genetic polymorphism on response to propranolol therapy in TMD " This R34 proposal seeks funds for one year to develop a Phase II clinical trial that will evaluate the efficacy of the non-selective β-adrenergic antagonist, propranolol, compared to placebo for treatment of pain in patients with temporomandibular disorder (TMD). Role: co-PI |
| 2005-2012 | NIH/National Institute of Dental and Craniofacial Research.  U01-DE017018. (W. Maixner, PI); 08/01/2005 - 07/30/2012. 1.2 calendar months effort; $2,200,937 per annum; Role: Co-investigator). "Risk Factors for Onset and Persistence of TMD". The purpose of this project was to conduct a prospective cohort study to identify risk factors for development of first-onset TMD in adults. Role: co-investigator |
| 2008-2012 | NIH/ National Institute of Arthritis and Musculoskeletal and Skin Diseases R01-AR056328 (S.  McLean, PI; 0.24 calendar months effort; $713,811 per annum) "Genetic predictors of acute and chronic musculoskeletal pain after minor MVC". This emergency department-based cohort study examines genetic predictors of acute and chronic musculoskeletal pain after minor motor vehicle collision. Role: Co-investigator |
| 2008-2011 | NIH/National Institute of Dental and Craniofacial Research.  R21-DE018980 (G. Slade, PI, 10% effort, 01Jul2008 – 30Jun2010, US$100,000 per annum). "Planning for International Studies of Population Oral Health Determinants". |
| 2005-2009 | National Health and Medical Research Council Capacity Building Grant No. 349537. "Oral health research for the Australian population".  $2,493,750.  01Jan2005-31Dec2009, Serving as Chief Investigator A. (20% effort). |
| 2005-2009 | NIH/National Institute of Dental and Craniofacial Research.  RO-1 DE-16558 (G. Slade, sub-project PI, 10% effort, 01Apr2005 – 31Mar2010, US$127,118).  "COMT and β2-AR Polymorphism and Development of Painful TMD."  L. Diatchenko, PI. |
| 2007-2008 | National Health and Medical Research Council. Project Grant #453611. Spencer AJ (PI) Jan 2007   Dec 2009. 0.6 months effort; Annual direct costs=$90,000 "Long-term efficacy of an oral health promotion program in the prevention of early childhood caries." Serving as Co-investigator. |
| 2005-2008 | National Health and Medical Research Council. Project Grant No. 349514.  "Allostatic mediators of socioeconomic inequalities in periodontitis among Australian adults". $362,000.  01Jan2005-31Dec2007, Serving as Chief Investigator A. (10% effort). |
| 2005-2008 | National Health and Medical Research Council Project Grant No. 320858. "Development and evaluation of a primary health care model to prevent dental decay in Aboriginal pre-school children".  $1,465,750.  01Jan2005-31Dec2008, Serving as Chief Investigator B. (10% effort). |
| 2006 | Australian Dental Research Foundation Inc, 2006, $4,000. "A case control study of dental risk factors and unscheduled dental visits in the Australian defence force." |

Curriculum Vitae
**Gary Douglas Slade**                                                      May 3, 2019

| | |
|---|---|
| 2005 | Australian Dental Research Foundation Inc, 2005, $9,111.  "Private subsidization of dental care in Australia" Role in Project:  Associate applicant (7.5% effort) Other investigators: S. Mihailidis, Principal applicant; A.J Spencer, Associate applicant. |
| 2005 | Australian Dental Research Foundation Inc, 2005, $9,985.  "Validation of a Vietnamese version of the Oral Health Impact Profile"  Role in Project:  Associate applicant (5% effort)  Other investigators: L. Do, Principal applicant; A.J Spencer, Associate applicant. |
| 2004-2007 | National Health and Medical Research Council Project Grant No. 299060.  "National Survey of Adult Oral Health, 2004/05."  $682, 500.  01Jan2004-31Dec2006, Serving as Chief Investigator A. (20% effort). |
| 2004-2006 | Oak Ridge Institute for Science and Education.  "Validity of self-reported periodontal status in a national telephone interview survey" US$27,388.  01Jul2004-30Jun2006, Serving as Chief Investigator A. (5% effort). |
| 2004-2005 | The Channel 7 Children's Research Foundation of SA.  "Early life influences on dental caries experience in young children" $55,000, 01Jul2004-30Jun2006.  Serving as Chief Investigator A. (5% effort) |
| 2004-2006 | The Channel 7 Children's Research Foundation of SA.  "Is periodontal disease a risk factor for preterm birth?"  $70,000, 01Jul2004-30Jun2006.  Serving as Chief Investigator B. (5% effort) |
| 2003-2005 | The Channel 7 Children's Research Foundation of SA.  "Effectiveness of a pre-school dental program in preventing childhood caries."  $20,000, 01Jul2003-30Jun2005.  Serving as Chief Investigator A. (10% effort) |
| 2002-2004 | National Institute of Dental and Craniofacial Research, P60-DE13019 (G. Slade, sub-project PI, 05/01/2002-04/30/2004, $47,682): "Combined effects of oral and systemic disease on quality of life". Serving as principal investigator in subproject of Comprehensive Center for Inflammatory Disorders, P. Flood, Center PI; 10% salary support. |
| 2000-2002 | Centers for Medicare and Medicaid Services; Health Resources and Services Administration; Centers for Disease Control and Prevention (G. Slade, sub-contract PI, 09/30/2000-09/29/2002, $220,196): "Development and Evaluation of Medical Interventions for Early Childhood Caries."  Serving as principal investigator in subcontract to B. Sutton, project PI; 10% salary support. |
| 1999-2004 | National Institute of Dental and Craniofacial Research, DE-97-004 (J. Beck, PI, $1,018,864).  "Training Program in Oral Epidemiology".  Serving as Faculty Mentor/Core teaching. |
| 1999-2004 | National Institute of Dental and Craniofacial Research, RFA: DE-98-010 (W. Maixner, PI, $932,332).  "Orofacial Sensory Disorders: Postdoctoral Training Opportunities".  Serving as Faculty Mentor/Core teaching. |
| 1998-2003 | National Institute of Dental and Craniofacial Research, DE-97-004 (S. Offenbacher, PI, $1,463,441).  "Clinical Research in Oral and Systemic Disease".  Serving as Key Faculty Mentor/Advisory Committee. |
| 1999-2002 | National Institute of Dental and Craniofacial Research, P60-DE13019 (G. Slade, sub-project PI.  05/01/1999 - 04/30/2002, $117,014): "Acute phase reactants in periodontitis and cardiovascular disease."  Serving as principal investigator in |

Curriculum Vitae
**Gary Douglas Slade**                                                      May 3, 2019

|  | subproject of Comprehensive Center for Inflammatory Disorders, P. Flood, Center PI; 10% salary support. |
|---|---|
| 1997–2002 | National Institute of Dental Research, P01-DE007509 (W. Maixner, PI, 12/01/1997-11/30/2002, $541,299): "Role of CNS adaptive mechanisms in orofacial sensation."  Serving as co-investigator; 10% salary support. |
| 1997-2002 | National Institute of Dental and Craniofacial Research, R29-DE12366 (G. Slade PI, 06/01/1997-05/31/2002, $498,180): "Quality of life outcomes for oral health care." Serving as PI; 50% salary support. |
| 1997 - 98 | National Institute of Dental Research, P20 DE12374. (P. Flood, PI, $100,000): "Development of a center for oral inflammatory disorders." Serving as co-investigator". 10% salary support. |
| 1996-97 | Australian National Health and Medical Research Council, Medical Research Grant. (A.J. Spencer, PI; AU$113,873)  "The South Australian Dental Longitudinal Study". Serving as co-investigator. |
| 1995-97 | Agency for Health Care Policy and Research, R13 HS09254  (G. Slade, PI, $49,915). "Conference:  Psychosocial Oral Health Outcomes".  Serving as PI, 10% salary support. |
| 1995 | UNC Junior Faculty Development Award.  (G. Slade, PI, $3,000.)  "Evaluation of a questionnaire to measure effects of oral health on quality-of-life." |
| 1992-94 | South Australian Health Commission, Section 16 Grant" (A.N. Goss, PI, AU$50,000): "Dental Management of HIV Infected Patients".  Serving as co-investigator. |
| 1991 - 95 | National Institutes of Dental Research, R01 DE09588.  (A.J. Spencer, PI, AU$494,124):  "The Social Impact of Oral Disease in Elderly Populations."  Serving as co-investigator. |
| 1991 - 93 | National Health and Medical Research Council (A.J. Spencer, PI, AU$169,553): "The South Australian Dental Longitudinal Study".  Serving as co-investigator. |
| 1991 - 93 | National Health and Medical Research Council (A.J. Spencer , PI, AU$77,467).  "The efficacy of fluorides in preventing caries in a child population".   Serving as co-investigator. |
| 1990 | Australian Research Council (G.D. Slade, PI, AU$8,000):  "The formulation and scaling of an index describing the social impact of oral disease". |
| 1990 | South Australian Health Commission, Section 16 Grant:  "The validation of indexes measuring the social impact or oral disease".  ($7,000.  A.J. Spencer, PI).  Serving as coinvestigator. |

Previous corporate contracts

| 1997 | Unilever Research Consultancy.  (G. Slade, PI, $7,200).  Epidemiology of dental caries and dental pain.  Serving as PI. |
|---|---|
| 1996 - 99 | Enamelon Research Contract.  (G. Slade, PI, $61,657)  "Debanding Remineralization Study".  Serving as PI. |

Curriculum Vitae
**Gary Douglas Slade**                                                   May 3, 2019

## H. PROFESSIONAL SERVICE

<u>University of North Carolina</u>

*School of Dentistry*

2009-        Research Advisory Committee, UNC School of Dentistry.

2010-13      Administrative Board, UNC School of Dentistry.  My role: member of board and chair of two subcommittees that conducted administrative reviews.

2010-12      Promotion Tenure Advisory Committee, UNC School of Dentistry.  My role: committee member.

*Other UNC*

1999-2002    UNC Chancellor's committee on pedestrian safety

1998-2002    UNC Program on Health Outcomes Steering Committee

<u>To discipline</u>

2004 -       Member of US Centers for Disease Control and Prevention Expert Panel:  "Surveillance Measures for Periodontal Disease"

1999-2002    North Carolina Dental Public Health Residency Advisory Committee

1998-2002    North Carolina Committee for Dental Health (Chairperson)

<u>Study sections and research grant review committees</u>

2019         Dissemination and Implementation Research in Health (DIRH) Study Section. Telephone reviewer. (February, 2019)

2018         Dissemination and Implementation Research in Health (DIRH) Study Section. Telephone reviewer. (January, 2018)

2017         Chair of NIH/NIDCR Special Emphasis Panel ZDE1 VH (28) (Oct, 2016)

2015         Chair of NIH/NIDCR Special Emphasis Panel ZDE1 CF 03 1 (June, 2015)

2014 -       Chair of Cleft Surgery Data and Safety Monitoring Board (DSMB). Meetings held by conference call on Aug 2014, Oct 2015, Nov 2016, Feb 2017, Jan 2018, Jan 2019.

2014         NIH/NIDCR Special Emphasis Panel ZDE1 VH (28) (March, 2014)

2013         NIH/NIDCR Special Emphasis Panels ZDE1 MH16 (May 2013) and ZDE1 JR 23 (Nov 2013)

2011-        NIH Special Emphasis Panel ZDE1 JR (17), May 2011

2007 -       External reviewer for Alzheimer's Australia Research Dementia Grants Program

2006-        External reviewer for Australian National Health and Medical Research Council

2004 -       Australian Dental Research Foundation Research Advisory Committee

2000 -       External reviewer for UK Wellcome Trust

2000 -       External reviewer for Hong Kong Research Council.

2000         External reviewer for Department of Veterans Affairs "Dental Longitudinal Study".

1996-1999    UNC Center for Health Promotion and Disease Prevention, School of Public Health. Reviewer for pilot grant proposals in community health.

Curriculum Vitae
**Gary Douglas Slade**                                                      May 3, 2019

1998 - 2001  NIH ad hoc study sections (R01 DE12457-01A1, P01 DE12170, Amalgam trials)

1999-2000  External reviewer for Canadian Medical Research Council

Editorial board member

2012 -  Journal of Dental Research

2011 - 2015  Australian Dental Journal Editorial Advisory Board

2008-2011  Editorial Board, Journal of Clinical Periodontology

2002-2005  Editorial Board, Journal of Dental Research

1999-2000  Editorial Board, Community Dentistry Oral Epidemiology

1996-1999  Editorial Board, Special Care in Dentistry

1995-1997  Editorial Board, Journal of Public Health Dentistry

Service for professional organizations

2010-13  Member of the executive committee, Behavioral, Epidemiologic and Health Services Research Group, International Association for Dental Research

2007-2009  Judging panel for Hatton Award, International Association for Dental Research

1997–2000  Secretary/Treasurer, Geriatric Oral Research Group, International Association for Dental Research

1992–1995  Executive member, Geriatric Oral Research Group, International Association for Dental Research

Curriculum Vitae
**Gary Douglas Slade**                                                    May 3, 2019

## I. RESEARCH STATEMENT

I pursued research training because I wanted to apply epidemiologic research methods to the problems of oral diseases in populations, and that single endeavor continues to fascinate me. My assertion of a "single endeavor" might seem false as you read lists of my publications and grants, noting considerable diversity in the types of oral conditions and populations studied. The subjects range from early childhood caries to genetic association studies of pain and oral-health-related quality-of-life in the elderly.

To understand the common thread of my research, turn to the table-of-contents of any good introductory textbook in epidemiology. In it, you will find chapters for each of the following methods:

- health status measurement: in the 1980s, oral disease was measured clinically, without regard to its impact on a patient's quality of life. I developed the Oral Health Impact Profile which has been widely used in clinical- and population-studies in dentistry (over 600 PubMed citations through October, 2013)
- disease screening: screening is critical if we are to monitor those difficult-to-classify conditions, such as periodontal diseases in populations and orofacial pain in dental practice
- descriptive epidemiologic studies: in past decades, older adults health surveys were mostly confined to studies of children's dental caries, but in the 1990s, I turned the spotlight on older adults, where tooth loss, coronal and root-surface caries, and periodontal disease occur frequently
- case-control studies: developed to study rare diseases that have multiple contributing causes, case-control studies offer an efficient method to investigate painful temporomandibular disorder
- prospective cohort studies: by establishing the presence or absence of putative risk factors *before* onset of illness, these studies provide stronger evidence about risk factors for painful temporomandibular disorder and measurements can be repeated over time, proving insight about cumulative effects of risk factors
- etiologic studies using health surveys: national health surveys can be leveraged to investigate dental-caries-preventive effects of community water fluoridation in children and adults as well as state-levels effects of tobacco policies on periodontal disease
- cross-national ecologic studies: comparisons of health survey data between nations provide opportunities to investigate intriguing patterns that cannot be discerned within populations, including the effects of culture and national welfare systems
- epidemiologic studies using disease biomarkers: these studies "look under the skin" to measure indicators of biological processes, thereby adding evidence about biological plausibility to epidemiologic studies of disease etiology.  I have worked with basic scientists to investigate inflammatory biomarkers in epidemiologic studies painful temporomandibular disorder, other forms of chronic pain and the relationship between oral and systemic disease.
- genetic association studies: I have provided epidemiological expertise within the team of investigators that was the first to describe a genetic basis for painful temporomandibular disorder and which continues to make new breakthroughs, most recently in a discovery-and-replication study that identified contributions of a serotonin  gene in the etiology of painful temporomandibular disorder
- randomized controlled trials: hailed as providing the strongest level of evidence for decisions about treatment efficacy, I have undertaken a cluster-randomized, pragmatic trial of fluoride varnish in dental caries preventionand practice-based randomized trial to evaluate training of medical practitioners in providing fluoride varnish

Curriculum Vitae
**Gary Douglas Slade**                                                   May 3, 2019

- epidemiologic methods: I have investigated methodological issues in the US National Health and Nutrition Examination Survey and I directed Australia's second national oral survey I have also evaluated methods for measuring incidence of temporomandibular disorders in the population and incidence of dental caries in clinical trials

As I think about my future research, I turn to the chapter headings of advanced textbooks in epidemiology, and I find many methods that surely are applicable to oral epidemiology. The methods include: multi-level studies of time, place and person; influences of cumulative exposures and other time-varying events on oral disease; evaluation of gene-environment interactions; evaluation of synergistic interactions; alternatives to parallel group, randomized controlled trials. It is an exciting prospect.

## J. TEACHING STATEMENT

I fashion my teaching to the needs of three audiences: DDS students, graduate students in dental-specialty programs, and PhD students in epidemiology. While they have conspicuously different learning requirements, I try to teach each group just a few facts that are important now, reserving most of my efforts for principles that are important for their professional futures.

For DDS students, I teach evidence-based dentistry and principles of population-based prevention. These are not topics that they need to master in order to become safe and effective practitioners. Relevant facts that need to covered for Accreditation purposes could be covered with one website and a couple of textbook chapters. Instead, my philosophy is that DDS graduates need to understand the principles needed to find and interpret scientific information necessary to sustain and enhance the clinical practice of dentistry. At the very least, this means being able to keep one step ahead of their patients in retrieving and evaluating information about oral health.

For students in graduate specialty programs, I provide a few lectures in research methods. I believe such students need to have first-hand experience in conducting their own research, and they therefore need to cover basic principles of epidemiology and data analysis. It is unusual for such students to actually conduct research after graduation. I don't expect them to become proficient, merely to be exposed to the process of research. Upon graduation, they should be able to keep one step ahead of their general-practitioner colleagues in retrieving and evaluating information about oral health.

For PhD students in epidemiology, I direct courses in epidemiologic methods as they apply to oral health. This ranges from subject-based courses in epidemiologic measurement of orofacial pain to study design in dental clinical trials and analytic methods in studying periodontal disease and dental caries. Undeniably, this entails a lot of facts and methods. However, I know full well that the facts have a short half-life, whether they be disease measurement criteria or data analysis. One reason that people undertake a PhD is to learn how to learn, and I therefore try to instil some history along with the contemporary facts, reasoning that students will recognize the important of keeping abreast of the field during their own careers. More critically, I try to instill key principles from general epidemiology that I hope will remain relevant in decades to come, as students design and conduct their own oral epidemiologic studies.

Curriculum Vitae
**Gary Douglas Slade**                                      May 3, 2019

## L. SHORT BIOSKETCH

Gary Slade is the John W. Stamm Distinguished Professor of Dentistry at the UNC Adams School of Dentistry, Chapel Hill, NC. He has training in dentistry, public health and epidemiology. He conducts epidemiological studies of oral diseases including research in the UNC Center for Pain Research and Innovation that focuses on etiology of chronic pain and clinical interventions to prevent its development.

He undertook dental training at the University of Melbourne, Australia (BDSc, 1982) and completed the Diploma in Dental Public Health at the University of Toronto, Canada (DipDPH, 1988).  He obtained his PhD in dentistry at the University of Adelaide, Australia. In 1994 he joined the faculty of the University of North Carolina at Chapel Hill where he was promoted to Associate Professor in the School of Dentistry and Adjunct Clinical Professor in the School of Public Health.  In 2002, he became Professor of Oral Epidemiology at the University of Adelaide and director of the Australian Institute of Health and Welfare's Dental Statistics and Research Unit. In 2009, he returned to the University of North Carolina to become the inaugural John W. Stamm Distinguished Professor of Dentistry. His principal research interests are in population assessment of oral health related quality of life, epidemiological studies of oral disease and orofacial pain, and public health interventions to prevent oral disease.  In 2004, he was awarded the distinguished scientist award for Geriatric Oral Research from the International Association for Dental Research (IADR), and in 2008 he was awarded the IADR's H. Trendley Dean Award for research in epidemiology and public health.

Defendants'

Expert CV

Joyce Tsuji



Exponent
15375 SE 30th Place
Suite 250
Bellevue, WA 98007

telephone 425-519-8700
facsimile 425-519-8799
www.exponent.com

## Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
**Principal**

**Professional Profile**

Dr. Joyce Tsuji is a Principal Scientist within the Health Sciences practice of Exponent.  Dr. Tsuji is a board-certified toxicologist and a Fellow of the Academy of Toxicological Sciences.  She specializes in assessing exposure and risks associated with chemicals, and in communication of scientific issues.  She has worked on projects in the United States and internationally for industry, trade associations, U.S. EPA and state agencies, the U.S. Department of Justice, the Australian EPA, municipalities, and private citizens.

Dr. Tsuji's experience includes human health and environmental toxicology related to a wide variety of chemicals in the environment, consumer products, and medical devices.  She has designed and directed dietary and environmental exposure studies and community programs involving health education and biomonitoring for populations potentially exposed to metals in the environment, including soil, water, and food-chain exposures.  She has also assessed exposure and health risks associated with chemical exposures from air, foods, medical devices, and a variety of consumer products (e.g., cleaners, air fresheners, cosmetics, personal care products, paints and coatings, carpets, glues, wood preservatives, building materials, and children's toys and play equipment), including those containing nanotechnology or nanomaterials.  Dr. Tsuji has served on expert panels on toxicology and health risks issues for the National Academies of Sciences, Engineering, and Medicine, National Research Council (including their Board on Environmental Studies and Toxicology), Institute of Medicine, and federal and state agencies.

**Academic Credentials and Professional Honors**

Ph.D., Thesis Topic: Environmental Physiology, Department of Zoology, University of
    Washington, 1986 (National Science Foundation (NSF) Fellowship; NSF Dissertation
    Improvement Grant)
B.S., Biological Sciences, Stanford University, 1980 (Honors and Distinction; Phi Beta Kappa;
    Fox Fund Award for the Outstanding Stanford Graduate in Biological Sciences)
Other coursework:  Aquatic Toxicology, Hatfield Marine Sciences Center, Oregon; Mid-
    America Toxicology Course, Kansas; Tropical Ecology, Organization for Tropical Studies,
    Costa Rica

**Licenses and Certifications**

Fellow of the Academy of Toxicological Sciences, 2007 (re-certified to 2023)
Diplomate of the American Board of Toxicology, 1992 (re-certified to 2022)

**Publications**

Cohen SM, Arnold LL, Tsuji JS. Inorganic arsenic: a nongenotoxic threshold carcinogen. Curr. Opin. Toxicol. 2019. 14:8−13.

Tsuji JS, Chang ET, Gentry PR, Clewell HJ, Boffetta P, Cohen SM. Dose response for assessing the cancer risk of inorganic arsenic in drinking water: The scientific basis for use of a threshold approach. Crit. Rev. Toxicol. 2019. https://doi.org/10.1080/10408444.2019.1573804.

Kerger, BD, Gerads R, Gurleyuk H, Tsuji J. Metals measurement in body tissues and fluids: toxicological and clinical importance of standardizing quality analytical methods for differentiating cobalt partitioning on a molecular level. Pages 229-244 in Beyond the Implant: Retrieval Analysis Methods for Implant Surveillance. 2018. ASTM STP1606, WM Mihalko, JE Lemons, AS Greenwald, and SM Kurtz, Eds, ASTM International, West Conshohocken, PA. http://dx.doi.org/10.1520/STP160620170034.

Lemberg J, Guyer E, Seidel S, Garry M, Tsuji J, Valenty S. Utilizing a combination of TGA and GS-MS to estimate health-based risks from off-gassed volatile compounds. J. Fail. Anal. and Preven. 2018. 18(2):246-249. Editor's Choice Award for 2018.

Scrafford CG, Barraj LM, Tsuji JS. Considerations when using longitudinal cohort studies to assess dietary exposure to inorganic arsenic and chronic health outcomes. Food Chem Toxicol 2016. 93:111-118.

Tsuji JS, Garry MR, Perez V, Chang ET.  Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment.  Toxicology 2015; 337:91–107.

Tsuji JS, Perez V, Garry MR, Alexander DD.  Association of low-level arsenic exposure in drinking water with cardiovascular disease: A systematic review and risk assessment. Toxicology 2014; 323:78–94.

Tsuji JS, Alexander DD, Perez V, PJ Mink.  Arsenic exposure and bladder cancer:  Quantitative assessment of studies in human populations to detect risks at low doses.  Toxicology 2014; 317:17–30.

Garcia HD, Tsuji JS, James JT.  Establishment of exposure guidelines for lead in spacecraft drinking water.  Aviation, Space, and Environmental Medicine 2014; 85(7):715-20.

Garcia HD, Hays SM, Tsuji JS.  Modeling of blood lead levels in astronauts exposed to lead from microgravity-accelerated bone loss.  Aviation, Space, and Environmental Medicine 2013; 84(12):1229–1234.

Menzie CA, Ziccardi LM, Lowney YW, Fairbrother A, Shock SS, Tsuji JS, Hamai D, Proctor D, Henry E, Su SH, Kierski MW, McArdle ME, Yost LJ.  Importance of considering the

framework principles in risk assessment for metals.  Environ Sci Technol 2009; 43(22):8478–8482.

Tsuji JS, Garry MR.  Advances in toxicity testing herald improvements and challenges for risk assessment.  Risk Anal 2009; 29(4):490–491.

Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Low-level arsenic exposure in drinking water and bladder cancer:  A review and meta-analysis.  Regul Toxicol Pharmacol 2008; 52:299–310.

Tsuji JS, Yost LJ, Barraj LM, Scrafford CG, Mink PJ.  Use of background inorganic arsenic exposures to provide perspective on risk assessment results.  Regul Toxicol Pharmacol 2007; 48:59–68.  [One of Elsevier's Top 10 cited articles on Scopus[TM] 2007–2008].

Barraj LM, Tsuji JS, Scrafford CG.  The SHEDS-Wood Model:  Incorporation of observational data to estimate exposure to arsenic for children playing on CCA-treated wood structures. Environ Health Perspect 2007; 115(5):781–786.

Barraj LM, Tsuji JS.  Letter to the editor.  Risk Anal 2007; 27(1):1–3.

Tsuji JS, Maynard AD, Howard PC, James JT, Lam C-W, Warheit DB, Santamaria AB. Research strategies for safety evaluation of nanomaterials.  Part IV:  Risk assessment of nanoparticles.  Toxicol Sci 2006; 89(1):42–50.

Tsuji JS, Van Kerkhove MD, Kaetzel RS, Scrafford CG, Mink PJ, Barraj LM, Crecelius EA, Goodman M.  Evaluation of exposure to arsenic in residential soil.  Environ Health Perspect 2005; 113(12):1736–1740.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Response to additional support for derivation of an acute/subchronic reference level for arsenic.  Regul Toxicol Pharmacol 2004; 40:372.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Health effect levels for risk assessment of childhood exposure to arsenic.  Regul Toxicol Pharmacol 2004; 39:99–110.

Schoof RA, Tsuji JS, Benson R, Hook GC.  Response to Byrd et al. (2004) comment on health effect levels for risk assessment of childhood exposure to arsenic.  Regul Toxicol Pharmacol 2004; 40:374–375.

Yost LJ, Tao S-H, Egan SK, Barraj LM, Smith KM, Tsuji JS, Lowney YW, Schoof RA, Rachman NJ.  Estimation of dietary intake of inorganic arsenic in U.S. children.  Hum Ecol Risk Assess 2004; 10:473–483.

Massot M, Huey RB, Tsuji J, van Berkum FH.  Genetic, prenatal, and post natal correlates of dispersal in hatchling fence lizards.  Behav Ecol 2003; 14:650–655.

Tsuji JS, Williams PRD, Edwards MR, Allamneni KP, Kelsh MA, Paustenbach DJ, Sheehan PJ. Evaluation of mercury in urine as an indicator of exposure to low levels of mercury vapor. Environ Health Perspect 2003; 111(4):623–630.

Tsuji JS, Robinson S.  Separating potential source exposure from background exposure in subsistence populations in developing countries.  Toxicology 2002; 181–182:467–470.

Tsuji JS, Serl KM.  Current uses of the EPA lead model to assess health risk and action levels for soil.  Environ Geochem Health 1996; 18(1):25–33.

Kalvig BA, Maggio-Price L, Tsuji JS, Giddens WE.  Salmonellosis in laboratory-housed iguanid lizards (*Sceloporus* spp).  J Wildl Dis 1991; 27(4):551–556.

Tsuji JS, Huey RB, van Berkum FH, Garland Jr. T, Shaw RG.  Locomotor performance of hatchling fence lizards (*Sceloporus occidentalis*):  Quantitative genetics and morphological correlates.  Evolut Ecol 1989; 3:240–252.

van Berkum FH, Huey RB, Tsuji JS, Garland Jr. T.  Repeatability of individual differences in locomotor performance and body size during early ontogeny of the lizard *Sceloporus occidentalis* (Baird & Girard).  Funct Ecol 1989; 3:97–105.

Tsuji JS.  Seasonal profiles of standard metabolic rate of lizards (*Sceloporus occidentalis*) in relation to latitude.  Physiol Zool 1988; 61:230–240.

Tsuji JS.  Thermal acclimation of metabolism in *Sceloporus* lizards from different latitudes. Physiol Zool 1988; 61:241–253.

van Berkum FH, Tsuji JS.  Interfamilial differences in sprint speeds of hatchling *Sceloporus occidentalis* (Reptilia:  Iguanidae).  J Zool London 1987; 212:511–519.

Tsuji JS, Kingsolver JG, Watt WB.  The in-flight thermal physiological ecology of a butterfly (*Colias*).  Oecologia 1986; 69:161–170.

Stevenson RD, Peterson CR, Tsuji JS.  The thermal dependence of locomotion, tongue flicking, digestion and oxygen consumption in the wandering garter snake.  Physiol Zool 1985; 58:46–57.

Tracy CR, van Berkum FH, Tsuji JS, Stevenson RD, Nelson J, Barnes B, Huey RB.  Errors resulting from linear approximations of heat balance equations in biophysical ecology.  J Thermal Biol 1984; 9:261–264.

Feder ME, Gibbs AG, Griffith GA, Tsuji JS.  Thermal acclimation in salamanders:  Fact or artifact?  J Thermal Biol 1984; 9:255–260.

**Books Chapters**

National Academies of Sciences, Engineering, Medicine, Health and Medicine Division. 2017. Assessment of the Department of Veterans Affairs airborne hazards and open burn pit registry. National Academy Press. Washington, D.C.  Co-authored with committee members.

Institute of Medicine.  2011.  Breast cancer and the environment:  A life course approach. National Academy Press. Washington, D.C. Co-authored with committee members.

Tsuji JS, Mowat FS, Donthu S, Reitman M.  Application of toxicology studies in assessing the health risks of nanomaterials in consumer products.  pp. 543–580.  In:  Nantoxicity: From In Vitro and In Vivo Models to Health Risks.  S.C. Sahu and D.A. Casciano (eds), John Wiley & Sons, Chichester, West Sussex, UK, 2009.

**Presentations**

Tsuji JS. Effect of individual-specific conditions on biomonitoring results: metals as case examples. Workshop on the Feasibility of Addressing Environmental and Occupational Health Exposure Questions Using Department of Defense Biorepositories.  National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  June 15, 2018. Washington, DC.

Tsuji JS.  Low dose arsenic risk versus benefits of rice consumption in U.S. populations. Invited presentation in session titled Overview on Sources of Exposure, Issues in Arsenic Risk Assessment. Toxicology Forum. Colorado Springs. CO. July 15, 2015.

Tsuji JS.  Risk/benefit analysis of rice consumption in the U.S.—Nutrition-related health benefits relative to risk.  ILSI Food Safety Case Study: Arsenic.  International Life Sciences Institute Annual Meeting, Southampton, Bermuda, January 21, 2014.

Tsuji JS.  Health risk evaluation of nanomaterial composites.  Invited speaker.  Life Cycle Considerations for Engineered Nanomaterials: Case Studies for Polymer-Based Nanomaterials. Society for the Advancement of Materials and Process Engineering (SAMPE) Conference, Long Beach, CA, May 8, 2013.

Tsuji JS, Eaton DL.  New directions for future research on environmental influences on breast cancer.  Presentation within the Symposium on Breast Cancer as a Multifactorial Disease: Interaction of Genetics, Life Stage, and the Environment.  Symposium organizer and co-chair with DL Eaton.  Annual Meeting of the Society of Toxicology, San Francisco, CA, March 12, 2012.

Tsuji JS.  Evaluation of nickel release from cardiovascular occlusion devices based on serum data in patients.  Invited presentation and panelist at the FDA Cardiovascular Metallic Implant Workshop, Silver Spring, MD, March 9, 2012.

Tsuji JS, Bogen K.  Human biokinetic model of nickel release from medical devices.  Poster Presentation, 50th Annual Meeting of the Society of Toxicology, Washington, D.C., March 6–10, 2011.

Tsuji JS, Li AA.  Mechanism-based evaluation of xenobiotic toxicity:  Translation of National Academy of Sciences recommendations to practice.  Invited speaker.  8th International Conference on Early Toxicity Screening:  Mechanism-based Evaluation of Adverse Drug Effects:  Early Elimination of NCE [new chemical entity] with Hepatotoxicity and Idiosyncratic Toxicity:  Scientific Concepts, Challenges and Promising Approaches, Seattle, WA, June 17–18, 2010.

Tsuji JS.  Invited panel participant.  Product safety:  How companies can minimize their risk of product liability litigation.  Nanotech 2010 Conference sponsored by the Nano Science and Technology Institute, Anaheim, CA, June 21–24, 2010.

Tsuji JS, Hentz K, Rosenbloom, S.  Health risk of internal nickel exposure from medical devices.  Poster presentation.  Annual Meeting of the Society of Toxicology, Salt Lake City, UT, March 7–11, 2010.

Tsuji JS.  Health risks of nanotechnology in consumer products.  Invited speaker. Environmental Health and Safety:  Policy, Regulation, and Product Safety.  Nanotech 2009 Conference sponsored by the Nano Science and Technology Institute, Houston, TX, May 3–7, 2009.

Tsuji JS, Mowat FS.  Application of toxicity studies for risk assessment in the real world. Presentation within workshop on Agglomeration Versus Dispersion:  How Nanoparticle Behavior Affects Exposure and Toxicity *In Vitro*, *In Vivo*, and in the Real World.  Workshop organizer and chairperson.  Annual Meeting of the Society of Toxicology.  Baltimore, MD, March 15–19, 2009.

Tsuji JS.  Environmental health:  Nanomaterials: nifty or naughty?  Invited panel participant. Society for Environmental Journalists.  Stanford University, Stanford, CA, September 7, 2007.

Tsuji JS.  Background arsenic exposure from diet and water provide perspective for assessing arsenic exposure from other sources.  Invited speaker for session on Risk Characterization and Risk Assessment.  Conference on Urban Environmental Contamination and Health Under the Microscope:  The Aftermath of Hurricane Katrina.  The Society for Environmental Geochemistry and Health, New Orleans, LA, July 22–25, 2007.

Tsuji JS.  From slippery slope factor to drinking water standard:  How risk assessment affects the arsenic MCL.  Invited speaker for session on Natural Poisons and Unnatural Products. American Water Works Association Annual Conference, Toronto, Ontario, June 27, 2007.

Tsuji JS, Mowat FS.  Exposure and toxicology of nanomaterials.  Invited speaker for Nano Safety and Health Forum.  Society for the Advancement of Materials and Process Engineering (SAMPE) Conference, Baltimore, MD, June 6, 2007.

Tsuji JS, Mowat FS.  Health risks of carbon nanotubes:  What can we learn from mineral fibers or ultrafine particulates?  Workshop organizer and chairperson.  Annual Meeting of the Society of Toxicology.  Charlotte, NC, March 25–29, 2007.  Toxicologist 2007; 96(1):7.

Mowat FS, Tsuji JS.  Assessment of health risks of carbon nanotubes:  Where do we go from here?  Toxicologist 2007; 96(1):8.

Tsuji JS, Mowat FS, Kaetzel RS.  Approaches for risk assessment and risk management of nanomaterials: "Inert" metal oxides.  Toxicologist 2006; 90(1), Abstract 2201.  Society of Toxicology Annual Meeting.

Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Meta-analysis of low level arsenic exposure and bladder cancer:  Implications for risk assessment in the United States.  Toxicologist 2006; 90(1), Abstract 2184.  Society of Toxicology Annual Meeting.

Yost LJ, Tsuji JS, Scrafford CG.  Implications of changes in the arsenic cancer slope factor for risk communication.  Toxicologist 2006; 90(1), Abstract 2180.  Society of Toxicology Annual Meeting.

Tsuji J, Mowat F.  Assessment of products containing nanomaterials.  Symposium entitled, "Regulating nanotechnology:  Developing stakeholder consensus for future rulemaking by EPA, FDA and OSHA."  Division of Chemistry and the Law of the 232nd American Chemical Society National Meeting.  San Francisco, CA, September 10–14, 2006.

Tsuji JS, Mowat FS.  Risk assessment of nanoscale metal particles.  Invited presentation at the Environmental Protection Agency (EPA) Region 5 Nanotechnology for Site Remediation Workshop.  Chicago, IL, September 6–7, 2006.

Mowat FS, Tsuji J.  Nanotechnology and the water market:  Applications and health effects.  Abstract 747.  Presented at 9th Annual NSTI Nanotechnology Conference and Trade Show.  Boston, MA, May 7–11, 2006.

Tsuji JS, Mowat FS.  Potential benefits and hazards of nanotechnology in water.  Session on Natural Poisons and Unnatural Products.  American Water Works Association Annual Conference.  San Francisco, CA, 2005.

Tsuji JS.  Emerging issues in risk assessment and risk perception of nanomaterials.  Symposium organizer and chairperson at the Society of Toxicology annual meeting, New Orleans, LA, 2005.  Toxicologist 2005; 78(1-S) Abstract 648.

Tsuji JS, Kerkhove MD, Scrafford CS, Kaetzel RS.  Biomonitoring of a community for soil arsenic exposure.  Toxicologist 2005; 78(1-S), Abstract 693.

Tsuji JS.  Assessing children's exposure to arsenic treated wood.  Society of Toxicology continuing education course on Fundamentals of Risk Assessment and Applications of Recent Methods to Difficult Problems, Salt Lake City, UT, 2003.

Tsuji JS.  Childhood lead exposure pathways and risk factors for lead exposure at U.S. mining and smelting sites.  Plenary speaker for Local Solutions Smart Future Conference and Celebration, Working and Living with Lead, Port Pirie, South Australia, 2003.

Tsuji JS, Yost L, Barraj L.  Background inorganic arsenic exposures in children.  Session on CCA Treated Wood—Regulations, Science, and Risk Assessment.  The Annual International Conference on Soils Sediments and Water, University of Massachusetts, Amherst, MA, October 22, 2003.

Tsuji JS, Williams PR, Edwards MR, Avadhanam KP, Paustenbach DJ.  Is mercury in urine indicative of exposure to low levels of mercury vapor?  Toxicol Sci 2002; 66(1-S), Abstract 979.

Garry MR, Tsuji JS.  Evaluating lead exposure at mining sites with heterogeneous soil types and lead bioavailability.  Toxicol Sci 2002; 66(1-S), Abstract 500.

Tsuji JS, Williams P.  Use of biomonitoring versus risk assessment methods for evaluating human exposures.  Platform presentation at the Society of Risk Analysis Annual Meeting, New Orleans, LA, 2002.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Childhood Health Effect Levels for Arsenic.  Poster presentation at the 5th International Conference on Arsenic Exposure and Health Effects, San Diego, CA, 2002.

Tsuji JS, Robinson S.  Separating potential source exposure from background exposure in subsistence populations in developing countries.  Invited symposium presentation at the 9th International Congress of Toxicology Conference, Brisbane, Australia, 2001.

Tsuji JS, Schoof RA, Robinson S, Seidel P.  Dietary arsenic in subsistence populations from Indonesia.  Invited presentation at the 4th International Conference on Arsenic Exposure and Health Effects, San Diego, CA, 2000.

Tsuji JS, Garry MR.  Metals exposure from homegrown produce at mining and smelting sites.  Toxicol Sci 2001; 60(1–S): Abstract 95.

Garry MR, Lowney YW, Tsuji JS.  A critical analysis of assumptions used when evaluating intake of metals from homegrown vegetables.  Toxicol Sci 2001; 60(1–5): Abstract 2077.

Goodman M, Tsuji JS.  Is sulfate in drinking water a hazard for infants?  Toxicol Sci 2000; 54(1-S), Abstract 1174:250.

Schoof RA, Tsuji JS.  The role of outdoor dust in exposures to chemicals in soil:  Case studies for arsenic.  Toxicol Sci 2000; 54(1-S), Abstract 1168:249.

Tsuji JS, Schoof RA, Hook GC.  Subchronic health effect levels for childhood exposure to arsenic.  Toxicol Sci 2000; 54(1-S), Abstract 346:73.

Tsuji JS, Serl KM.  Multipathway exposure and risks to mercury in soil.  Toxicol Sci 1998; 42(1-S), Abstract 1139:231.

Tsuji JS.  Chairman and introductory speaker for a session on community health monitoring and education programs.  National Environmental Policy Institute Conference on Lead in Soil and Blood Lead of Children, 1998.

Tsuji JS, Serl K, Fricke JR.  Predicted versus observed blood lead levels for a smelter site.  Fund Appl Toxicol 1997; 36(1): Part 2, Abstract 1706:336.


**Science Advisory Boards/Panels**

National Academies of Science, Engineering, and Medicine, Health and Medicine Division Committee on Assessment of the Available Scientific Data Regarding the Safety and Effectiveness of Ingredients Used in Compounded Topical Pain Creams. Sponsored by the U.S. Food and Drug Administration (2019–2020).

National Academies of Science, Engineering, and Medicine, Health and Medicine Division, Standing Committee on Medical and Epidemiological Aspects of Air Pollution on U.S. Government Employees and their Families. Sponsored by the U.S. Department of State (2017–2022).

National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  Organizing/planning committee member and session moderator for two workshop on topics pertinent to the development of draft toxicological reviews by the U.S. Environmental Protection Agency's Integrated Risk Information System (IRIS) program. Sponsored by the U.S. Environmental Protection Agency (2018−2019).

National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  Chair of the organizing/planning committee, session moderator, and speaker for the Workshop on the Feasibility of Addressing Environmental and Occupational Health Exposure Questions Using Department of Defense Biorepositories, sponsored by the U.S. Department of Defense. (June 14-15, 2018). Washington, DC.

Peer reviewer of the National Academies of Science, Engineering, and Medicine report, Progress Toward Transforming the IRIS Program: A 2018 Evaluation (2018).

National Ash Management Advisory Board, University of North Carolina, Charlotte.  Directed by UNC, Charlotte, Lee College of Engineering to advise Duke Energy on coal ash impoundment closure at Duke Energy facilities (2014–2018).

Peer reviewer of the National Academies of Science, Engineering, and Medicine consensus study report, Environmental Chemicals, the Human Microbiome, and Health Risk—A Research Strategy (2017).

Institute of Medicine, Committee on the Assessment of the Department of Veterans Affairs Airborne Hazards and Open Burn Pit Registry. (2015−2016).

National Research Council, Committee on Spacecraft Exposure Guidelines. Sponsored by NASA (2015−2016).

National Academy of Sciences, Board on Environmental Studies and Toxicology (2010−2016).

National Academies Standing Committee on the Use of Emerging Science in Environmental Health Decisions, sponsored by the National Institute of Environmental Health Sciences (2011–2015).  Served on the organizing committee and as a panel member for workshops on the potential use of microbiological platforms in health studies and on systems biology-informed risk assessment.  Participated in workshops on individual susceptibility to environmental stressors, health risks of climate change, human genome plasticity to environmental stressors, and integration of health data to advance discovery.

National Research Council Standing Committee on Toxicology (2008−2014).

Peer reviewer of the National Research Council report, Review of the EPA Integrated Risk Information System Process (2014).

Peer reviewer of the National Research Council report, Exposure Science in the Twenty First Century (2012).

Peer reviewer of the report of the National Academies Committee to Review EPA's Draft IRIS Assessment of Formaldehyde (2011).

Institute of Medicine of the National Academies, Committee on Breast Cancer and the Environment: The Scientific Evidence, Research Methodology, and Future Directions. Sponsored by Susan G. Komen for the Cure (2010–2011).

Peer reviewer of the National Research Council report, Eighteenth Interim Report of the Committee on Acute Exposure Guideline Levels (2010).

National Research Council Standing Committee on Risk Analysis Issues and Reviews. Sponsored by EPA (2007–2010).  Served on the organizing committee and/or as a panel member for workshops on various toxicological and risk assessment issues, including effects of receptor-mediated events on dose-response assessment, relevance of mouse liver tumors, exposure measurement error in epidemiological studies, interpretation of bioassay and human biomonitoring data for thyroid active chemicals, and exposure science in the 21st century. Chaired the organizing committee and moderated two workshops for EPA.

- Quantitative Approaches to Characterizing Uncertainty in Human Cancer Risk Assessment Based on Bioassay Results, June 2007.

- Characterizing the Potential Human Toxicity from Low Doses of Pharmaceuticals in Drinking Water:  Are New Risk Assessment Methods or Approaches Required?  December 2008.

National Research Council Ad hoc organizing committee member and panel participant in EPA's symposium, Toxicity Pathway-Based Risk Assessment: Preparing for Paradigm Change, May 11–13, 2009, Washington, DC.

Independent expert review panel for the Flin Flon, Manitoba, and Creighton, Saskatchewan Human Health Risk Assessment.  Coordinated by Toxicology Excellence for Risk Assessment (2009).

National Research Council Subcommittee on Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants (development of health-protective short-term and long-term airborne levels for acetaldehyde, hydrogen chloride, hydrogen fluoride, hydrogen sulfide, and propylene glycol dinitrate).  Wrote chapter on acetaldehyde for published report (2008–2009).

Independent expert review panel for the Sudbury Soils Study Ecological Risk Assessment. Sudbury Mining District, Ontario.  Coordinated by Toxicology Excellence for Risk Assessment (2007).

National Research Council subcommittee commissioned by NASA to review and comment on Spacecraft Water and Air Exposure Guidelines for various organic and inorganic chemicals in spacecraft and space stations.  Assisted the NASA contractor in modeling increases in blood lead levels due to bone loss in space (2001–2008).

Peer review of two National Institute for Occupational Safety and Health (NIOSH) research protocols designed to gather data for evaluating inhalation risks posed by nanoparticles and nanotubes.  Coordinated by Toxicology Excellence for Risk Assessment (2007).

Independent expert review panel for the Sudbury Soils Study Human Health Risk Assessment. Sudbury Mining District, Ontario.  Coordinated by Toxicology Excellence for Risk Assessment (2006).

National Research Council Subcommittee on Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants (development of health-protective short-term and long-term airborne levels for acrolein, carbon dioxide, carbon monoxide, formaldehyde, hydrazine, methanol, monoethanolamine, nitric oxide, nitrogen dioxide, oxygen, ammonia, benzene, 2,6-di-tert-butyl-4-nitrophenol, Freon 12, Freon 114, hydrogen, 2190 oil mist, ozone, toluene, xylene).  Wrote chapters on formaldehyde and Freon 12 for published reports (2003–2007).

Peer reviewer of the National Research Council subcommittee report that commented on the U.S. EPA Risk Assessment of the Coeur d' Alene Basin (2005).

State of Washington scientific panel to evaluate protective measures and remedies for area-wide soil contamination of arsenic and lead in the state resulting from past pesticide use, mining and smelting, and other sources.  This panel was advisory to the state task force convened to reach practical and protective solutions for widespread areas of the state that exceed state standards for lead and arsenic in soil (2002).

National Research Council subcommittee to evaluate the health protectiveness of the Navy's proposed submarine escape action levels for carbon monoxide, hydrogen chloride, hydrogen cyanide, nitrogen dioxide, sulfur dioxide, hydrogen sulfide, chlorine, and ammonia.  Toxic levels of these gases may be expected from fires associated with a disabled submarine.  Wrote chapter on hydrogen sulfide for the published report (2001).

Expert review panel commissioned by the U.S. Army to review a risk assessment of closure of the Jefferson Proving Grounds in Indiana and reuse as a wildlife refuge.  Metals and radionuclides were a primary concern (2001).

National Academy of Sciences subcommittee to evaluate the EPA drinking water level for copper.  Coauthored the report *Copper in Drinking Water*, published by the National Research Council (1999–2000).

National Academy of Sciences peer reviewer of the National Research Council's drinking water document for arsenic (1998).

Washington State Department of Ecology technical committee on the human health-based surface water quality criteria for arsenic.  The purpose of the committee was to determine whether new data existed of sufficient quantity and quality to merit changing the state human health-based surface water criteria for arsenic (1997–1998).

External expert panel to assess the relative importance of environmentally related human health problems in the State of Washington.  This work was a part of EPA's Pilot Comparative Risk Project, Region 10 (1997).

**Prior Experience**

Regional Manager of Risk Assessment Practice, Foster Wheeler Environmental, 1998
Senior Toxicologist; Director of Risk Assessment and Toxicology, Kleinfelder, Inc., 1992–1997
Senior Scientist, Environmental Toxicology International, Inc., Program Director, 1987–1992
Post-doctorate research on quantitative genetics; teaching faculty for course on human physiology, University of Washington, 1986–1987

**Selected Project Experience**

***Product Safety***

Assessed exposure and health risks of metals (e.g., aluminum, chromium, cobalt, iron, neodymium, nickel, titanium, tungsten, and vanadium) release from alloys used in various medical devices or instruments.  Projects involved potential device failures or surgical or patient-specific conditions, as well as assessments in support of FDA submissions for device approvals.  Types of devices included joint replacements; structural, fixation, drug delivery, bariatric, and cardiovascular devices; electronic components; and surgical instruments and devices.

Directed the development and application of a biokinetic model for internal nickel release to evaluate the representativeness of *in vitro* leaching tests based on clinical data on serum nickel levels.  Used the model to assess health risks of medical devices based on *in vitro* leaching data and clinical reports.  Served as the senior reviewer of a project to refine the nickel biokinetic model using additional human experimental data to inform the development of occupational biological exposure limits for nickel in urine.

Directed an assessment of the potential health risks from volatiles during use of a drug delivery device, as well as the applicability of Global Harmonization System classification and labeling requirements.

Served as senior reviewer for health evaluation of silver release from medical devices involving silver coatings and for the design of an animal study of an in-dwelling catheter.

Conducted an evaluation of potential health risks for organic chemicals identified from leaching and volatilization tests of a device and control unit intended to be implanted for nerve stimulation.  Commented on the implications of the test results for the intended application.  Provided perspective on potential exposures and toxicity given the intended use and other known and approved exposures to these chemicals.

Directed the development of toxicology reviews and health-protective exposure limits for residual levels of reagents and excipients in pharmaceutical products.

Served as the senior toxicologist for an assessment of trace levels of an impurity in a cosmetic product.  The report responded to concerns by a regulatory agency in China.

Conducted state-of-the-science reviews of potential exposure and health effects related to nanometal oxides, carbon nanotubes and nanofibers, and other nanomaterials proposed for use in several products with widespread consumer uses.  Evaluated exposure and health effects literature related to worker or consumer exposure and potential environmental effects.  Directed a team of material scientists and toxicologists to assess the potential for exposure and health risks to nanoparticles from these products during manufacture and consumer use.

Served as the principal toxicologist and project director on an assessment of worker safety of nanomaterials used in semi-conductor manufacturing. The project team conducted a workplace safety audit and risk assessment using a control banding approach adapted for the specific nanomaterials. These efforts were used to guide risk management decisions for protection of workers.

Evaluated potential applications of nanotechnology and the available knowledge on health risks for home care and cleaning products.

Directed a literature review and assessment of studies of potential exposure and health effects associated with nanometal pigments used in sunscreen formulations. Provided senior review of a survey of toxicology studies on nanoscale silver and silver in general with relevance for use in personal care products.

Evaluated potential safety concerns of a sanitizing device on a water dispenser. The assessment included evaluation of the sanitizing agent as well as potential reaction byproducts depending on whether the water source was untreated water or treated (chlorinated or ozonated) water.

Provided toxicology and health risk support for assessment of chemical leaching results for various plumbing fixture parts.

Served as the senior toxicologist for several projects involving metals (e.g., lead, cadmium), phthalates, or other organic chemicals in toys or consumer products, including interpretation of the results of sampling and chemical analysis for potential exposure and health risks. Assisted a toy manufacturer with assessment of potential chemicals in their products that might be associated with reported dermatitis in children.

Conducted critical reviews of the literature on exposure and health effects of perfluorinated compounds, including perfluorooctanoic acid (PFOA), perfluorooctane sulfonate (PFOS), perfluorohexane sulfate (PFHxS), and others used in consumer products, fire-fighting foams, and industrial manufacturing. Assessed the potential sources, exposure, and health risks of levels of PFOS and other compounds in soil, groundwater, river sediments and fish tissue. Evaluated health risk assessments and health-based limits for perfluorinated compounds conducted by U.S. and international regulatory agencies. Contributed to public comments on the scientific-basis of regulatory assessments and criteria.

Investigated levels of brominated flame retardants and other chemicals in fabric used in children's products that might potentially be associated with reported skin reactions. Assessed potential exposures and health effects of brominated flame retardants in plastic housing of consumer electronics. Evaluated health risks of formaldehyde, 1,4-dioxane, parabens, and other chemicals reported in children's bath products and other personal care products.

Assessed the results of chemical testing of clothing and bedding materials for consumer exposure, health risk, and compliance with international regulatory guidance levels. Products included formaldehyde in bedding products (including the effects of laundering and different drying methods), and multiple types of uniforms and worker outerwear.

Provided recommendations on assessment of residential exposure to formaldehyde from cabinets and evaluated potential health risks associated with exposure levels.

Evaluated the toxicology of cleaning and sanitizing agents for a Fortune 500 consumer product company negotiating backflow device requirements with health authorities.  Communicated the nature of the toxicity of the ingredients and compared exposure during a backflow event with other dietary or cosmetic exposures to these chemicals.

Researched the toxicology of the more than 22 ingredients in carpet glue for a glue manufacturer who was sued along with the carpet manufacturer, carpet installers, and landlord of a retail space in which tenants claimed multiple chemical sensitivity and other long-term health effects from short-term exposure to a newly installed carpet.

Directed an assessment of exposure and health risks for chemicals associated with fragrances used in various consumer products.  Evaluated the potential for certain compounds to react with ozone and assessed the toxicity of the reaction by-products.  Compiled comprehensive literature summaries and identified data gaps and areas for additional research and investigation.

Provided senior direction for development of a framework to assess arsenic and chromium exposure and toxicity to children from chromated copper arsenic (CCA)-treated wood used for play equipment and residential decks.  This project involved analysis of the available scientific data and identification of critical uncertainties for exposure parameters that would benefit most from additional research.  Presented the analysis to the Agency for Toxic Substances and Disease Registry and EPA.  Commented on EPA's deterministic risk assessment of CCA-treated wood and on the agency's probabilistic exposure model for assessing exposures to wood treatment chemicals.  Testified at EPA's FIFRA Science Advisory Panel meetings and before the Consumer Product Safety Commission regarding background exposures to inorganic arsenic via diet and water in comparison to CCA exposures.

### Metals

Served as the senior toxicologist for human health investigations of environmental and dietary exposures associated with a zinc-lead mine, haul road, and concentrate loading facility in northern Alaska.  Native American concerns included air emissions and deposition, water discharges, soil contamination, and uptake of metals into berries, caribou muscle and organs, and fish.  Reviewed data collection work plans and risk evaluations of environmental data.  Provided expert testimony regarding potential health effects to downstream native populations based on levels of metals and other constituents in discharge monitoring reports from the mine area.

Assessed risks to cattle and horses from metals in alluvial sediments deposited in fields.  Developed toxicity values and soil intake rates to assess potential exposures and risks to arsenic, cadmium, copper, lead, manganese, mercury, molybdenum, selenium, zinc.  The assessment considered the differences in potential toxicity for ruminants versus non-ruminants and young

versus adult animals, and the bioavailability of certain metals in soil based on *in vitro* bioaccessibility results, mineralogy, and possible interactions among metals.

Participated as the senior toxicologist in the development of technical guidance for conducting hazard and risk assessment of alloys suitable for meeting emerging international regulatory requirements for chemical risk assessment and classification schemes to protect human health. A key issue was the difference in bioavailability of metals in alloys compared to simple mixtures of metals.  Example metals in alloys included aluminum, chromium, cobalt, copper, iron, lead, manganese, nickel, and zinc.

Directed a team of scientists in conducting a quantitative analysis of the health benefits of consumption of rice and rice-related nutrients based on the epidemiological literature as well as in dietary studies of exposure to arsenic compounds from consumption of rice and rice products.

Assessed exposure and health risks of various metals in steel slag (e.g., chromium, manganese, cadmium) when reused as fill, railroad ballast, concrete aggregate, asphalt production, and road base.  Specific considerations including particle size and durability of the material, as well as leaching and bioassessibility of the metals.

Assessed potential health risks of metals in a river system as well as airborne exposures during cleanup after a coal fly ash impoundment failure at an electric power generation plant. `

Submitted comments to EPA regarding their derivation of a revised provisional peer-reviewed toxicity value for cobalt.  Discussed the toxicology, medical, and dietary literature for cobalt with EPA scientists.

Worked with a team of epidemiologists on a meta-analysis of low level arsenic exposures and cancer.  The results of the meta-analysis were submitted to the EPA Science Advisory Board (SAB) reviewing the cancer slope factor for arsenic and were published.  Also provided technical comments to the SAB regarding arsenic toxicology and nutrition, perspective on background exposure via diet and water, and information from health studies from a number of smelting sites.

As a part of an inter-disciplinary, international team, evaluated the health effects of metals and other constituents in tailings discharged into a river system from a copper mine in Irian Jaya. Served as the senior toxicologist for the human health risk assessment.  This risk assessment entailed designing a dietary, human exposure, and biomarker survey of subsistence populations in the area and overseeing the implementation of the survey at the site.  The survey information was used in both screening-level and detailed probabilistic assessments of risks to these populations.  Trained local scientists in how to conduct risk assessments and presented preliminary results to a government scientific review panel.

Provided comments on EPA's assessment of health risks and potential cleanup levels associated with arsenic, cobalt, and other metals in soil from a mining site near Salmon, Idaho.  This remote site included an inn and primitive campgrounds, and was located near two creeks. Stream-side tailings deposited on properties downstream of the site were also a concern.  Site-

specific issues included the bioavailability of the ore and the amount of exposure associated with residential, recreational, or livestock use of the area.  Worked with EPA scientists in developing risk assessment assumptions.

Analyzed news reports of health effects on dock workers from exposure to an arsenical wood-treating solution that leaked from shipping containers at an African port.  Separated symptoms associated with arsenic poisoning from those possibly due to hemorrhagic fevers or other local health problems.

Served as the senior toxicologist for a probabilistic risk assessment of arsenic in soil in a community in Arizona that received historical flooding from a tailings impoundment.  Provided arsenic toxicology expertise and scientific input on distributions of values for arsenic bioavailability and other inputs to the Monte Carlo risk assessment.

Participated in an EPA working group involving the Agency for Toxic Substances and Disease Registry, state and local health agencies, interested parties, and concerned residents of a Superfund and Environmental Justice site in Denver with elevated levels of arsenic and lead over a large residential area.  A primary source of the elevated arsenic levels was found to be historic use of an herbicide for lawns.  Attended monthly meetings over a 2.5-year period and provided comments on data collection, bioavailability of metals, biomonitoring, risk assessment, and the toxicology of arsenic and lead.  Participated in focused technical meetings on the short-term toxicology of arsenic in children and pica soil ingestion by children.

Served as senior toxicologist on a case involving lead-containing brass in water meter parts for a water department of a large municipality in California.  The water department was seeking cost recovery from a supplier that provided water meters and valves containing more lead than specified in the order.  The water department also had concerns for public exposures.  Our work involved evaluation of the leach test information and conducting various exposure simulations of the potential effect on blood lead levels of children.

Directed human health and ecological efforts to evaluate risks before and after reclamation of an abandoned mine site in a wildlife refuge in Northern California.  These assessments were performed for the State Department of Fish and Wildlife.  Features of the site included an acidic pit lake, tailings and waste rock piles, and mine drainage and mineralization of groundwater and a nearby creek.

Appointed as an expert for a U.S. district court on health risks related to lead, arsenic, and other inorganic and organic chemicals for an 11-mile$^2$ area of the city of Dallas, Texas.  The study area included a former secondary lead smelter, several battery and metals reclamation facilities, numerous other industries, a large public housing project, single and multi-family private residents, and schools.

Conducted multiple risk assessments and health risk reviews and worked with federal and state regulators to evaluate various health issues in areas near a large open pit copper mine and smelter in Utah.  The areas included residential and recreational area soils affected by past air emissions or by deposition of metals in tailings during flooding from a stream channel.

Evaluated the results of an environmental exposure and biomonitoring program for lead and arsenic in children for use in assessing health risks and cleanup levels.  Assessed drinking water exposure to sulfate and other inorganic constituents in groundwater.  Provided a scientific review of the toxicity of sulfate to humans that U.S. EPA Region 8 relied on to set a site-specific action level for sulfate in groundwater used for drinking water.  Assessed health risk and cleanup levels for arsenic and lead associated with tailings and waste rock drainage and flood events in offsite areas.

Directed the human health and ecological risk assessments for tailings and naturally mineralized soil at a former mill site in New Mexico.  The primary site constituents were manganese and zinc in groundwater and lead, manganese, and arsenic in soil.  Lead in soil was evaluated using EPA's adult and child lead models with site-specific assumptions when justified.  Detailed site geochemistry studies and simulated gastrointestinal leaching tests indicated very low bioavail-ability of lead in soil.  This work was conducted as a part of a voluntary removal action.

Evaluated claims by a couple in New Mexico that past weekend exposures to elevated levels of metals and fluoride in their drinking water put them at risk of future disease.

Retained as an expert in two separate legal suits at a mining site in Washington.  One suit involved releases of acrylamide in drilling muds to groundwater; the other, cyanide and metals concentrations in surface water and groundwater near the gold mine.  Assessed the potential health risks of chemical concentrations to populations in the vicinity.  Testified before a jury in the latter case.

Provided toxicology and exposure assessment support for a litigation case involving a competitive shooter who alleged that his health effects and elevated blood lead level were caused by the conditions of an indoor firing range.  Assessed lead data from range samples and designed an exposure study at an outdoor range to distinguish lead exposure from the shooting equipment and style of firing versus ventilation conditions of the range.  Also evaluated whether the alleged health effects were related to the chelation therapy and whether this treatment was applied appropriately.

Retained by a county in Oregon to direct a risk assessment of elemental mercury and cinnabar ore in soil at the site of a former small-scale refining operation.  The RI/FS was conducted under the state voluntary cleanup program and involved close coordination with state toxicologists.  The risk assessment evaluated direct exposures to soil as well as mercury vapor emissions and potential effects on groundwater and migration to nearby rivers.

Conducted risk assessments for a former copper smelter in Tacoma, Washington.  Risks were assessed for arsenic and lead in soil and slag in nearby residential areas and for more than eight metals, PAHs, PCBs, and aniline compounds in soil, slag, demolition debris, groundwater, and surface water on the smelter site.  Risks of the site to aquatic life and fishermen were also considered.  Participated in discussions of health issues with EPA; in risk communication at public meetings and with citizen groups; and in a technical work group with EPA, the state, NOAA, and other trustees to design and implement toxicity testing and assessment of sediment impacts.

Directed a risk assessment of metal concentrations under baseline and post-mine-development conditions as a part of the permitting process for a gold mine in Montana.  Because the mine site is located near the confluence of two rivers, fish consumption was a major pathway of exposure in addition to potential effects on groundwater.  Assisted in risk communication.

Directed health risk assessments of lead smelter sites in Montana, Utah, and Washington.  Reviewed and commented on the health risks of smelter sites in Kansas City, Idaho, Illinois, and Texas.  Chemicals of concern included lead, arsenic, and cadmium.  Evaluated blood lead and urinary arsenic concentrations of residents and environmental sampling data.  Assessed impacts from air, water, soil, and dust using EPA's integrated exposure/uptake biokinetic (IEUBK) lead model for the Montana site.

Conducted a health risk assessment of a lead smelter site on the Missouri River in Omaha, Nebraska, that was proposed for brownfield redevelopment as a park.  Assessed health risks during demolition and construction as well as afterwards to visitors and maintenance workers of the park.  Also considered the potential impacts resulting from flooding of the site.  Discussed health risk issues with the state regulators, and participated in public meetings.  This work facilitated the cleanup and redevelopment of the site by addressing health risk concerns.

Served as project manager under a contract with EPA for conducting a risk assessment of a reservoir in Montana filled with sediments from upstream mining and smelting activities.  The site covers hundreds of acres involving potential impacts to aquatic life, wetlands, bird life, and local drinking water wells.  The risk assessment involved coordination among various agencies (EPA, the State of Montana, the U.S. Fish and Wildlife Service, the Montana State Department of Fish and Game), the public, and the principal responsible party.

Calculated health-based soil remediation goals in support of risk-based closure and commercial redevelopment of a zinc plant site in Oklahoma.  Lead, arsenic, and cadmium in soil and smelter debris used as fill material were the primary health concerns.

Provided technical review and comments on an engineering evaluation/cost assessment for a zinc plant site in southern Illinois.  Evaluated site-specific uses of EPA's IEUBK lead model for estimating lead risk for residential soil with isolated areas of lead-containing smelter debris for both sites.  Also calculated lead risks to workers using an adult lead model.

At another zinc plant site in Oklahoma, directed screening-level assessments of exposure and risk and made recommendations for communicating the necessity of closing private wells because of potential risks associated with cadmium in groundwater.

Conducted focused health evaluations for zinc plants in Texas and Tasmania.  Presented findings for the Texas site to the regulators and in a brief televised news interview.

Assessed the toxicity of mine tailings to cattle and food chain transfer of metals in tailings to humans consuming beef or beef liver.  This study was a part of a successful project in Arizona to use cattle to revegetate and stabilize mine tailings slopes.

Reviewed the scoring of arsenic by the Canadian Government's Substance Selection Committee, which implemented the Ontario Ministry of the Environment Scoring System for Assessing Environmental Contaminants.  Provided technical comments on the environmental fate and persistence, aquatic toxicity, and carcinogenicity of different forms of arsenic.  Reviewed a draft Environment Canada report on the long-range transport of metals in the environment with specific focus on the sources and migration of mercury.

Provided health risk and toxicology expertise for an active cadmium refinery in Denver, Colorado.  Reviewed risk assessments, evaluated air emissions, interpreted health data of residents, discussed technical issues with the state agencies, and communicated risk to the public.  This site required environmental cleanup for cadmium, lead, and arsenic.

As an expert for the Environmental Protection Authority of Victoria, conducted a focused risk assessment of lead in soil from a past battery recycling plant in Melbourne, Australia.  Residential development had already commenced at the site without prior remediation.  This assessment was instrumental in justifying that health protective actions were necessary.

Reviewed the NPL ranking of a mine waste site in Idaho that received one of the highest scores.  Comments primarily focused on the lack of consideration of the bioavailability of arsenic and lead in the mine waste.  Provided senior toxicology input to the assessment of both human health and ecological impacts, wetland areas, and a nearby river.  Worked on behalf of the responsible parties to help ensure that up-to-date scientific methods and site-specific assumptions were considered.  Provided oversight on bioavailability and geochemical studies of the soils and waste rock.

Retained as the senior toxicologist for a risk evaluation of mine tailings in Coeur d'Alene River and Lake in Idaho.  Provided technical input and risk communication regarding the likelihood of adverse effects associated with exposure to metals in surface water, fish, and beach sediments resulting from tailings releases from upstream mining.  Communicated the findings of the risk evaluation at a press conference.  Later retained as an expert on human health issues in the natural resource damage suit.  Evaluated the available data relating various sources of environmental lead in the Coeur d'Alene basin to blood lead levels of children.

Assessed the bioavailability and adverse health effects of arsenic-containing ore and mercury contamination of an old gold mining site in Alaska that was turned into a children's playground.  Negotiated a site-specific approach for setting cleanup levels with the Alaska Department of Environmental Conservation.  This study developed a cleanup level for arsenic based on a health risk assessment that incorporated the low bioavailability of the ore form of arsenic.

Provided senior direction and review of an evaluation of thallium levels in cement kiln dust and exposures to workers at a cement plant in Florida.  Recommendations were made for reducing thallium levels to protect the health of workers.

Assessed exposure to lead and arsenic in soil from historic sandblasting and repainting of water tanks in residential neighborhoods in Seattle, Washington.

### *Medical/Biological Monitoring*

Assessed perfluorinated compound exposures based on serum biomonitoring data of communities in the United States and Sweden with environmental exposures from drinking water, crops, fish, air emissions, or consumer product uses.  Conducted exposure assessments of PFOS and other perfluorinated compounds in fish tissue at multiple sites with numerous potential industrial and municipal sources.

Designed and directed an arsenic exposure investigation and biomonitoring study of more than 400 residents living near a pesticide manufacturing plant.  The study included a detailed census of the community, public communications, administration of a survey of individual characteristics affecting exposure, and collection and reporting of biological samples (urine and toenails) and environmental samples (house dust, soil, vegetables) for arsenic analysis.  The data collected were used in a cross-sectional statistical evaluation of soil arsenic exposure in the community.

Served as a toxicology and risk assessment expert in assessing claims that arsenic exposure, based on urinary biomonitoring data in a community, resulted in increased health effects in a coastal town in northern Chile.  Arsenic exposure was alleged to have resulted from smelter process material from Sweden that was sent to Chile in the mid 1980's for extraction of metals for resale. Assessed the timing of exposure relative to biomonitoring, likely sources of inorganic arsenic and organic arsenic (from diet) that would have affected the test results, whether the patterns of elevated urinary arsenic were consistent with site exposure and windblown dispersion, and the validity of the health survey.

Evaluated potential for health effects and provided technical consulting pro bono to a homeowner who drank well water with elevated arsenic levels, including review of well water data, medical records and biomonitoring results.

Served as the senior toxicologist of a team that designed and conducted an environmental and dietary exposure study to assess potential metals exposure of highland, lowland, and estuarine populations living along a river that carried tailings from a mine and mill in Southeast Asia. This study also included biomonitoring of inorganic substances in blood, urine, and hair to correlate with other measures of exposure.

Assessed past exposures and potential health risks for arsenic and cobalt based on biomonitoring data in residents of a mining area with elevated metals concentrations in soil, dust, and well water.

Developed work plans for community protection measures programs to address residual risks to lead and arsenic in residential soil at a former smelting area in Utah and for several communities in the tri-state mining district in Oklahoma.  The programs involved health education, blood lead and urinary arsenic monitoring, health intervention, and environmental abatement, if warranted.  These programs were developed cooperatively with federal, state, and local health agencies.  Worked with EPA and state and local health departments in interpreting blood lead

and environmental lead data for risk management decisions at the Leadville, Colorado, mining and smelting site.

Served as a toxicology expert in legal cases involving children in Oklahoma.  The families alleged that their children's prior blood lead levels resulted from wind-blown dust from mine waste piles and had caused behavioral and academic problems in school.  Evaluated sources of exposure for each child and the potential effects associated with their blood lead levels.

For two residential areas in the Midwest involving releases of elemental mercury from gas meter regulators in homes, provided information on the toxicity of elemental mercury, biomonitoring of individuals for exposure, and background sources of elemental mercury. Provided risk communication and technical support in developing strategy for working with EPA Region 5 on what levels might constitute a concern in homes.  Conducted a pooled analysis of studies examining the relationship between mercury levels in air and in urine.  Based on this analysis, recommended limits to the usefulness of biomonitoring for mercury vapor.

Directed an evaluation of beryllium exposure in workers manufacturing aluminum alloy products.  Reviewed air and wipe sample data and provided a review of the available scientific and medical information regarding the likelihood of disease and strengths and limitations of medical monitoring tests.

Retained as an expert on the toxicology and health risk of metals associated with contamination of private wells by acid mine drainage in Arizona.  Served as the senior lead of the human health risk assessment team and worked with county and state health officials to assess and communicate to residents the potential health effects indicated by well water sampling results. Manganese was the primary chemical of concern.  As a part of a settlement for a class action lawsuit, proposed an approach to exposure screening and medical monitoring and worked with plaintiffs' expert from a local university to develop a medical monitoring program for residents.

Provided testimony in a class action lawsuit in Washington State regarding the alleged need for medical monitoring for all residents in the vicinity of a smelter living on soil with arsenic and lead levels above background levels.  Key issues included the lack of sensitivity of tests at these low exposure levels and the low risk of adverse effects.

### Risk Communication

Evaluated residual lead levels in dust and cleanup efforts for a former printing facility building in Colorado that was converted for use as a charter school.  Explained lead exposure and health issues at two town hall meetings for parents, teachers, and students.

Provided toxicological expertise and risk communication for a school district dealing with the issue of lead in drinking water of schools.  Assessed the sampling data, recommended further testing and controls, and discussed the nature of the risks and solutions with school officials. Contributed to press releases and communication to parents.

Met with a daycare owner and concerned parents in a residential area near a former smelter to discuss their potential health concerns associated with soil sampling results for arsenic and lead on the property.

Participated in public meetings and news conferences as a health risk expert.  Explained health issues to concerned parents at a daycare facility near a Superfund site.  Evaluated and communicated potential health risks of a nearby hazardous waste site cleanup to the cast and crew of a television studio in California.

### Air Toxics (see also Volatile Organic Compounds, Petroleum, Metals)

Worked with air quality scientists and epidemiologists to conduct an evaluation of trends in exposures to fine particulate matter (PM10, PM2.5) and PM precursors in a western greater metropolitan area, along with a state-of-the-science review of the association of PM with various health effects.  These efforts were conducted to examine the contribution of an industrial facility to local air pollution and health outcomes.

On behalf of the State of Washington and Labor Organizations, assessed health risks of worker exposures from short-term releases of volatile organic chemicals and mercury from tank farms at the Hanford Nuclear Reservation.

Evaluated health-based levels for short-term and long-term exposures to numerous inorganic and organic chemicals in air while serving on several expert committees for the National Research Council/National Academy of Sciences.

Conducted a state-of-the-science review of the toxicological basis for short-term and long-term air quality criteria for methylene chloride.  Evaluate air guidelines developed by agencies in the United States, Canada, Europe, Israel, and by the World Health Organization.  This project was followed by a review of the scientific basis supporting short-term and long-term exposure limits for airborne levels of 12 other chemicals.

Retained as the senior toxicologist on odor and health issues for a pulp mill in Camas, Washington, that had a release of hydrogen sulfide and mercaptans that reached a school.  The strong odors at the school resulted in children feeling acutely ill with some being sent to the local hospital.  Discussed the nature of the risk and latest scientific information with state and local health agencies to promote better risk communication and attended a public meeting.

Provided senior review of a health evaluation of workers exposed to hydrogen sulfide, mercaptans, and other sulfur compounds in air at a geothermal energy plant.  Issues of concern also included potential toxic interactions among these compounds.

As an expert for a city, evaluated the potential health effects of odorous chemicals (primarily hydrogen sulfide and mercaptans) associated with emissions from a wastewater treatment plant.  A critical issue was the distinction of odor levels that are a public nuisance, possibly resulting in subjective effects in some individuals, but that do not cause clinically defined adverse health effects.

Retained by the U.S. Department of Justice as a toxicology expert to help assess cases involving enforcement actions by EPA for two sites with potential public exposures:  one with chromium in groundwater, the other with accidental releases of hydrogen sulfide from a plant into a community.  Testified on findings at an administrative hearing for the hydrogen sulfide case.

Evaluated the inhalation toxicology and health risks of criteria pollutants, metals, and silica for an application submitted to the Texas Air Board for permitting of modernized equipment at a copper smelter.  The permit was approved.

Directed multipathway risk assessments of hazardous and municipal waste incinerators. Researched the health effects of incineration ash.  Incineration sites included New Jersey, Kentucky, some midwestern states, and Seattle, Washington.  Chemicals of primary concern for potential risks were metals, dioxins and furans, and polycyclic aromatic hydrocarbons (PAHs).

Served as senior reviewer of risk assessments and scientific reviews of the health risks associated with cement kilns burning hazardous waste.  Participated in an investigation of occupational exposures and health and safety issues for cement kiln dust.

Assessed the nature of health risks associated with chemicals emitted by semiconductor industries (projects for four different companies) in Arizona.  Chemicals emitted by operations were primarily acute toxicants, such as acids or bases and some solvents, rather than chemicals with potential long-term cumulative effects.  Communicated risks to regulators and concerned citizens at a public hearing and assisted in preparing a corporate environmental report and other information for the public.  The projects involved emissions from proposed facilities that were subsequently permitted; from operating facilities; and from a circuit-board manufacturing plant that had a fire.

Served as a toxicology and risk assessment expert in commenting on proposed hazardous air pollutant (HAP) rules for non-federal HAPs in the State of Arizona.  Participated in a series of public hearings and communicated the latest scientific information to the Arizona Association of Industries (AAI), public interest groups, and the Arizona Department of Environmental Quality (ADEQ).  Commended by ADEQ, AAI, and public representatives for scientific contributions to the process and facilitation of consensus.

Subsequently, commented on the revised HAPs program proposed by the State of Arizona.  In addition to comments on the overall process, specific comments were submitted on the health-based methodology and use of the toxicological literature in developing short-term and long-term air criteria for individual chemicals.

Served as the senior toxicologist as a part of a team of industrial hygiene and air quality specialists investigating possible causes and remedies for various health complaints suffered by staff working in the neonatal intensive care unit of a hospital in Nevada.  Possible causes investigated included re-entrainment of boiler exhaust, other problems with the ventilation system, or indoor sources of chemicals.

Selected by a major cancer research facility and the local fire department to help settle a dispute regarding the acute inhalation toxicity of formalin and its classification according to the Uniform Fire Code. Strict interpretation would have required the facility to shut down because only a small amount of formalin would have been allowed per building. Provided the scientific interpretation on the toxicity of formalin versus formaldehyde that resolved the conflicting conclusions provided by experts for each of the parties, thereby allowing the facility to operate and the fire department to be confident that health would be protected in the event of a fire.

For a major health care organization, conducted an independent review of a risk assessment of benzene in air at a daycare facility located on petroleum-contaminated soil.

On behalf of the surviving family, provided a summary of opinion as a toxicology expert in a case involving the death of a refrigerator repairman by carbon dioxide poisoning from dry ice used in a broken freezer. The key issues considered were the physiological and toxicological effects of elevated carbon dioxide levels and whether the repairman would have been able to rescue himself from the situation.

### Pesticides and Herbicides

Conducted detailed toxicology evaluations of ethylene dibromide, dibromochloropropane, 1,3-dichloropropene, 1,2-dichloropropane, 1,2,3-trichloropropane, and epichlorohydrin for cases involving alleged exposures to fumigants from drift off of fields and from groundwater contamination. Specifically evaluated the scientific evidence related to whether exposure to these chemicals would cause the alleged health effects.

Evaluated health risks associated with residential exposure to pesticides and herbicide releases as a result of a fire at a nearby grain silo and a warehouse in Oregon containing more than 100 agricultural chemicals. Emergency response action levels were developed to guide remediation of residential soil contaminated by surface runoff of water used in fighting the fire.

Retained specifically to resolve risk assessment and cleanup levels issues with the state regulatory agency for persistent pesticides and herbicides in soil at an agricultural chemical site in Oregon.

Provided senior oversight on an evaluation of health and environmental effects of pesticides and herbicides used by Northwest utilities on vegetation and on utility poles.

In support of a settlement for a major retailer, evaluated the toxicity of their waste stream (mostly cardboard, although damaged packages of pesticides, herbicides, or fertilizers were also alleged to have been contributed) relative to other wastes that were historically sent to a landfill in Washington that had accepted municipal, medical, and hazardous waste.

Conducted a risk assessment of residual levels of chlorinated organic pesticides in "clean" fill used for remediating a residential area in California. Evaluated direct exposure via ingestion of soil and indirect exposure from eating home vegetable gardens.

Supervised expert toxicology work regarding a potential poisoning caused by an organophosphate pesticide and the use of pesticides on school buses and likely effects on children.

***Volatile Organic Compounds (see also Air Toxics)***

Served as an expert for the State of Washington regarding worker safety from tank vapor releases at the Department of Energy Hanford Nuclear Site in Richland, Washington.

Served as an expert witness for a case involving a perchloroethylene (PCE) plume in groundwater attributed to a former laundry and drycleaning facility in Wyoming.  Testified in court regarding the toxicology of PCE, health risks (via drinking water and volatilization in indoor air) to residents living over the plume, and effects on aquatic biota as a result of groundwater reaching a river.  The court's decision regarding the lack of an imminent and substantial endangerment reflected this testimony.

Directed and peer-reviewed assessments of health and environmental impacts of chemicals in groundwater as a part of landfill closures and corrective actions at multiple landfill sites in California, Montana, Washington, and Arizona.  The evaluations included potential effects on drinking water wells and irrigation water, soil vapor exposure, and migration of volatile organic chemicals (e.g., trichloroethylene (TCE), PCE, vinyl chloride, chloroform) in groundwater to surface water bodies with exposure to aquatic organisms and fishermen.  Detailed analysis of the human toxicology of these chemicals was also conducted to assess the limitations of the regulatory criteria, which are largely based on animal data.

Assessed sources and likely exposures to TCE and its breakdown products, 1,2-dichloroethene and vinyl chloride, in groundwater, soil gas, and indoor air samples at an industrial plant and for nearby residential properties in western Washington.  Soil gas and air samples also included other volatile chemicals.  Conducted a screening of health risks for the site and provided comments on a health consultation by the state department of health.

Retained as a toxicology expert by a county in Arizona for pending litigation concerning a landfill.  The landfill had received multiple waste streams over time, including both hazardous, municipal, and construction debris.  Evaluated the site environmental data and exposures at nearby retail stores, a restaurant, and motel that had elevated levels of volatile organic compounds in their well water.

Evaluated concentrations of volatile organic chemicals in air within a commercial building in southern California to assess whether volatile chemicals in groundwater were migrating into the building at concentrations of health concern for workers.  Exposures were found to be less than California worker health criteria.

Evaluated the potential health risks of groundwater containing volatile organic chemicals in support of a legal settlement for a property owner adjacent to a major Superfund site in Washington.

Provided senior review for a facility in which workers received historical exposure to TCE in drinking water. This project included an evaluation of the scientific literature and current debates on the health risks of TCE and other volatile chlorinated compounds.

Worked with a team of epidemiology and toxicology experts to provide written comments on EPA's risk assessment of TCE.

Developed risk-based cleanup levels for acetone, methyl ethyl ketone, methylene chloride, and toluene in soil at an industrial facility in North Carolina. Modeled exposure by soil ingestion, dermal contact, and inhalation of volatile emissions.

### PCBs

Assessed the adverse effects of PCBs and priority pollutants in uplands soils and river sediments on the environment (including aquatic organisms and associated terrestrial wildlife) and on public health at a former utility substation on the Willamette River in Oregon that was to be redeveloped into a museum. Designed a tissue residue study of local fish and used the results to derive more realistic bioaccumulation rates for PCBs in sediment. Presented the risk assessment to the Oregon Department of Environmental Quality (ODEQ). The cleanup based on this risk assessment was approved by ODEQ.

Assessed possible changes in cleanup levels for PCBs in sediments of an urban waterway in Commencement Bay, Washington. Evaluated the recent toxicological literature, sediment concentrations, fish consumption rate studies, and changes in regulatory guidance.

Provided senior review for a remedial investigation and ecological and health risk assessment of marine sediments in an urban harbor in southern California. Project efforts included sampling of sediment chemistry and biota, as well as implementation of aquatic and sediment bioassays. The primary chemicals of concern were PAHs from petroleum solvents, metals, PCBs, and persistent pesticides.

Assessed the relative hazards posed by PCBs compared with those posed by PAHs at a coal gasification and metal recycling NPL site in Washington. The study supported a *de minimis* settlement by the utility companies that had contributed transformers with residual PCB oil.

### Dioxins/Furans, Pentachlorophenol

For a public housing authority, evaluated the potential for exposure to dioxin and furan compounds detected in soil of an apartment complex from past industrial uses of the site. Assessed patterns of exposure over the site, subpopulations with highest potential for exposure, and the feasibility and limitations of biomonitoring for dioxins and furans.

On behalf of a city in Washington State, commented on the proposed changes in the state cleanup level regulations for dioxins and furans in soil. Provided scientific input on the toxicological basis of such criteria. Also, on behalf of the city, provided comments on a remedial investigation report of a local pulp mill site with dioxins and furans in soil.

Investigated potential exposures and health risks of dioxins and furans emitted by a cement plant in Arizona. Supervised modeling and risk communication efforts.

Provided risk assessment input for a remedial investigation of a pole yard and wood products facility in Montana. Helped design sampling to collect the necessary data for a risk assessment and provided technical input on the need for interim remedial actions. The primary concern regarded pentachlorophenol and dioxins/furans released to soil and groundwater from former dip tanks for wood treatment. Groundwater releases threatened a sole-source aquifer. Reviewed and commented on the state's risk assessment work plan and risk assessment drafts. Addressed issues of particular concern to the community such as the toxicity of dioxins/furans.

Conducted a RCRA evaluation of human health and ecological risks for a wood-treating facility bordering wetlands, a wildlife refuge, and a major tributary of the Columbia River. Primary issues of concern were transport of copper, chromium, arsenic, pentachlorophenol, and PAHs to the wetlands via contaminated groundwater. Soil sampling revealed these chemicals as well as petroleum hydrocarbons and dioxins. The potential toxicity of sediment samples was also assessed.

Served as a toxicologist for EPA in evaluating effects to human health and aquatic organisms resulting from organic chemicals (pentachlorophenol, creosote, PAHs) and metals (copper, chromium, arsenic) in soil, groundwater, marine sediments, and surface water from a Pacific Northwest wood-treating facility. Dioxins and furans were also elevated in soil as a result of a retort fire.

Retained as an expert witness in support of litigation regarding the potential health effects and cleanup levels at an industrial site in northern California involving various activities, including lumber storage, wood treatment, wood products manufacturing, and railroad engine construction. Testified at two court hearings.

Provided senior oversight for risk assessment and risk communication about dioxins and PCBs in onsite and offsite residential soil at a pulp mill in Washington State.

***Petroleum Sites***

On behalf of a municipal water supplier, assessed health-protective levels and those associated with adverse odor or taste for mid-range total petroleum hydrocarbons in an aquifer affected by jet fuel contamination from a military base. Provided assessments of health-protective levels for non-regulated drinking water chemicals.

Provided toxicology and health risk support to a city and affected residents following an oil spill in a river from a pipeline leak. Provided recommendations on air sampling; assessed air exposures to those living along the river from volatile emissions; met with citizens regarding health effects and potential concerns; discussed health risks with county, state and national health authorities; and participated in focus group meetings with citizens and health agency representatives.

Directed a health risk assessment of a fuel additive in sediments at an overseas offshore loading facility. The assessment evaluated the current literature on chemical toxicity and included design of site-specific data collection and analysis to quantify exposure. Assessed health risks via fish ingestion probabilistically using Monte Carlo techniques. Developed a survey of local practices related to fishing and designed experiments to quantify cooking loss of the additive. Educated scientific experts of the foreign court on health risk assessment and presented the risk assessment findings.

Conducted an evaluation of health and environmental effects at the site of a former Pacific Northwest boat repair and cannery site that was to be redeveloped into a resort. Issues of primary concern included petroleum hydrocarbons in soil and the aquatic toxicity of tributyltin in marine sediments and in groundwater that discharges to the surface water in the harbor. Evaluated the toxicity of tributyltin in sediments specifically to mussels and oysters. PAHs and lead were also elevated in subsurface soils and in groundwater. Potential human exposures included those of children playing on the beach and people eating seafood collected at the site.

Retained as a toxicology expert for property owners and tenants potentially affected by a groundwater plume of heating oil from a utility site in Spokane, Washington. Provided technical comments on site investigation plans and a risk assessment and assisted the citizens in understanding the health risks and state RI/FS process.

Reviewed and directed multiple risk assessments of petroleum hydrocarbons in soil and groundwater in Washington, Oregon, California, and Arizona. Most of these assessments were risk-based closures of underground storage tank sites in support of voluntary actions of two major oil companies or the U.S. Department of Defense. Also provided senior review of a risk-based remediation at a petroleum terminal site in Oregon.

Directed a risk assessment of petroleum compounds in soil and groundwater at a state Superfund site in Washington. Risks were considered for commercial use of the site as well as for potential exposure to nearby users of private wells. The assessment included a detailed toxicity evaluation of volatile and semivolatile chemicals in gasoline and diesel. Site-specific cleanup action levels were recommended depending on various engineering controls.

Assessed risks associated with PAHs and petroleum hydrocarbons in soil from underground storage tanks at an industrial site in Massachusetts. This risk assessment provided the state regulatory agency with scientific justification to approve a cleanup for the protection of workers.

For the City of Seattle, directed a review and assessment of risks to public health and aquatic life due to urban storm water discharges in the Seattle area. Lead and petroleum hydrocarbon compounds such as PAHs were the main concerns.

Provided senior direction and review of a contingency plan for incineration of oil-soaked waste and debris associated with oil spill cleanup in Alaska. This work was performed for a major petroleum consortium in response to regulatory requirements.

*Multiple Chemical Sites/Issues*

Project manager for a contract with Oak Ridge National Laboratory to write toxicity review documents for chemicals in support of U.S. EPA Integrated Risk Information System database of toxicity criteria for risk assessment.

Directed a health risk assessment for the Queensland government in Queensland, Australia (of a high-profile site known as Australia's Love Canal), involving a residential area built over an area with previous mining and industrial and municipal disposal activities.  The most visible source of concern was the appearance of acid oil sludge at the surface of yards built over mining pits filled with refinery wastes.  Chemicals of concern included lead, PAHs, PCBs, cyanide, and chlorinated benzenes in groundwater, surface water, soil, and air.

Examined the nature and extent of underground contamination at an abandoned naval shipyard in northern California converted for residential use.  Evaluated the potential for adverse health effects to future residents from long-term exposure to petroleum hydrocarbons, lead, and other metals.  Developed and implemented surface flux chamber sampling to measure volatile chemical emissions from soil.  Derived cost-effective, risk-based cleanup levels, which were approved by the California Department of Health Services.

Served as an expert for the State of New Jersey regarding health risks associated with a major urban park.  Evaluated health risks associated with residual levels of chromium from chromite ore processing, petroleum-related chemicals, lead and other metals, PCBs, and pesticides.  Effectively demonstrated the lack of a scientific basis for the opposing expert's report.

Directed human health and ecological risk assessment of lead, PAHs, and explosive chemicals at a former industrial munitions facility.  The site encompassed a large woodland area, including small lakes and a salmon stream, and bordered a wildlife refuge and river delta.  Ecological concerns included both potential aquatic effects and risks to burrowing animals in the upland areas.

Retained as an environmental toxicology expert by Whatcom County, Washington, in a legal action filed by the county to cease storage of hazardous and solid waste on a property located within a primary watershed.  Evaluated the potential chemical hazards at the property that might threaten the watershed.

Directed projects for EPA's Technical Enforcement Support program.  Responsibilities included direction of risk assessments for EPA and oversight of potentially responsible parties conducting risk assessments at various sites.

**Professional Affiliations**

- Society of Toxicology
  - Member of Nanotoxicology, Risk Assessment, and Medical Device and Combination Product Specialty Sections
  - Awards Committee 2019-2021
  - Past- President, Nanotoxicology Specialty Section 2013–2014
  - President, Nanotoxicology Specialty Section 2012–2013
  - Vice President, Nanotoxicology Specialty Section 2011–2012
  - Chair of Program and Nominations Committees, Nanotoxicology Specialty Section 2011
  - Vice President Elect, Nanotoxicology Specialty Section 2010–2011
  - Webinar Committee; Nanotoxicology Specialty Section 2009–2010
  - Continuing Education Committee 2002–2004