**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.,<br><br>Defendants. | Case No.: 17-cv-02162-EMC<br><br>**APPENDIX B**<br>**TO JOINT PRETRIAL**<br>**CONFERENCE STATEMENT**<br>**(Exhibits)**<br><br>Date:  January 7, 2020<br>Time:  2:30 p.m.<br>Place: Courtroom 5, 17th Floor |

Attached here are the parties' exhibit lists in tabular form.  The parties shall provide the Court with copies of these exhibits on the day of the pre-trial conference consistent with this Court's order.

The parties respectfully direct the Court to pages 128-130 of Appendix C that concerns a dispute regarding certain exhibits that may benefit from the Court's consideration prior to trial.

Dated:   December 19, 2019                                   Respectfully submitted,

/s/ *Debra J. Carfora*
DEBRA J. CARFORA
JOHN THOMAS DO
BRANDON N. ADKINS
Environmental Defense Section
4 Constitution Square,
150 M Street NE, Room 4.1114
Washington, DC 20001
Tel: (202) 514-2640
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

*/s/ Michael Connett* (by permission)
MICHAEL CONNETT
C. ANDREW WATERS
Waters Kraus & Paul
222 N. Pacific Coast Hwy
El Segundo, CA 90245
Tel: (310) 414-8146

*Attorneys for Plaintiffs*