IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br>  Defendants. | Case No.: 17-cv-02162-EMC <br><br> **CORRECTED APPENDIX B TO JOINT PRETRIAL CONFERENCE STATEMENT (Exhibits)** <br><br> Date:   March 31, 2020 <br> Time:  2:30 p.m. <br> Place:  Courtroom 5, 17th Floor |

Attached here are the parties' corrected exhibit lists in tabular form.  The parties shall provide the Court with copies of these exhibits on the day of the pre-trial conference consistent with this Court's order.

The parties respectfully direct the Court to pages 128-130 of Appendix C that concerns a dispute regarding certain exhibits that may benefit from the Court's consideration prior to trial.

Dated:   February 26, 2020                                    Respectfully submitted,

/s/ *Debra J. Carfora*
DEBRA J. CARFORA
JOHN THOMAS DO
BRANDON N. ADKINS
Environmental Defense Section
4 Constitution Square,
150 M Street NE, Room 4.1114
Washington, DC 20001
Tel: (202) 514-2640
Email: debra.carfora@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendants*

<u>*/s/ Michael Connett*</u> (by permission)
MICHAEL CONNETT
C. ANDREW WATERS
Waters Kraus & Paul
222 N. Pacific Coast Hwy
El Segundo, CA 90245
Tel: (310) 414-8146

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 26th day of February, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Debra J. Carfora*
Debra J. Carfora, Senior Trial Counsel