**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO**

| | | |
|---|---|---|
| FOOD & WATER WATCH, et al., | ) | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING** |
| vs. | ) ) | **PLAINTIFFS' ADMINISTRATIVE MOTION TO ADD FOUR EPA** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) ) | **DOCUMENTS TO THE EXHIBIT LIST, PURSUANT TO LOCAL RULE 7-11** |
| Defendants. | ) ) ) ) ) | |

Before the Court is Plaintiffs' Administrative Motion to Add Four EPA Documents to the Exhibit List, Pursuant to Local Rule 7-11. Upon due consideration, Plaintiffs' Motion is **GRANTED.**

**IT IS SO ORDERED.**

DATED this \_\_\_\_ day of _____, 2020.

\_

_____
EDWARD M. CHEN
United States District Judge