DEBRA J. CARFORA
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | Case No. 3:17-cv-02162 EMC |
| Plaintiffs, | |
| v. | **DECLARATION OF DEBRA J. CARFORA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO ADD DOCUMENTS TO THE EXHIBIT LIST** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

I, Debra J. Carfora, submit the following declaration in support of Defendants' Opposition to Plaintiffs' Administrative Motion to add never-before-disclosed documents to the exhibit list after the deadline for pretrial filings:

1.     I am a Senior Trial Counsel within the Environment and Natural Resources Division of the United States Department of Justice. I am lead counsel for Defendants ("EPA") in the above-captioned case.

2.     Counsel for EPA agreed to file the parties' Joint Pretrial Conference Statement and all associated pretrial filings required by the Court's Civil Pretrial Instructions, including a joint exhibit list in tabular form, filed as Appendix B to the Joint Pretrial Conference Statement, (ECF No. 153).

3.     Leading up to the filing deadline, the parties engaged in extensive meet and confers attempting to resolve complex evidentiary disputes to prevent judicial resources from being expended. (ECF No. 134). By order granting in part the parties' stipulation, the Court modified the scheduling order

1    to extend the deadline for filing pretrial materials to December 19, 2019. (ECF No. 137).

2            4.      On December 19, 2019 at 11:57 pm eastern time, my colleague, Mr. John Thomas Do, a

3    trial attorney with the U.S. Department of Justice and counsel of record in this case, advised counsel for

4    Plaintiffs of typographical errors in the exhibit list and proposed filing an errata or amended exhibit list

5    after the parties had an opportunity to exchange exhibits. (ECF No. 160-1, at 8).

6            5.      On December 20, 2019, the day after the deadline for all pretrial filings, the Court reset

7    the pretrial conference date to March 31, 2020,[1] and the trial date to April 20, 2020.

8            6.      On January 15, 2020, counsel for Plaintiffs, Mr. Michael Connett, notified counsel for

9    EPA that Plaintiffs would like to use the exhibit list errata as an opportunity to also supplement the

10   exhibit list with new documents, including the draft risk evaluation for N-Methylpyrrolidone (NMP) and

11   "any draft risk evaluations that are released between now and trial." (ECF No. 160-1, at 7).

12           7.      On February 6, 2020, Mr. Connett advised me via telephone conference that Plaintiffs

13   would seek to supplement the exhibit list with a number of other documents. I noted initial objections

14   and proposed a further conference after EPA had an opportunity to consider Plaintiffs' request. (ECF

15   No. 160-1, at 5-6). On February 7, 2020, Mr. Connett followed-up with a list of six documents that

16   Plaintiffs wished to supplement as additional exhibits. (ECF No. 160-1, at 5).

17           8.      On February 11, 2020, Mr. Connett notified counsel for EPA of additional *substantive*

18   edits he wished to make to the exhibit list errata, including adding objections to certain EPA exhibits

19   and modifying responses to certain EPA objections. Mr. Connett's February 11 email is attached as

20   **Exhibit A**.

21           9.      On February 13, 2020, counsel for EPA conferred with Mr. Connett to discuss Plaintiffs'

22   substantive edits and determine whether there was cause for Plaintiffs' failure to identify the

23   supplemental documents by the Court's pretrial filings deadline. Mr. Connett explained that Plaintiffs

24   were not aware of the documents as of the December 19 deadline, that this is a "complex case," and that

25   these documents "fell through the cracks." *See* **Exhibit B** (February 19, 2020 email memorializing the

26   parties' February 13 meet and confer). Counsel for Plaintiffs also advised of their intention to question

27   ─────────────

28   [1] On February 27, 2020, the Court vacated and rescheduled the final pretrial conference for April 3, 2020. (ECF No. 161).

Plaintiffs' expert witnesses about the new documents. *Id.*

10.     On February 19, 2020, I advised Mr. Connett that EPA would stipulate to include all of Plaintiffs' substantive edits to the joint exhibit list with the exception of adding any new documents that were not previously identified at any deposition in this matter, as material an expert relied upon in forming his or her opinion, or otherwise produced or identified in response to written discovery requests, on the grounds that such additions were untimely and prejudiced EPA's preparation for trial. My February 19 email is attached as **Exhibit B**.

11.     The parties filed a corrected exhibit list on February 26, 2020. (ECF No. 159).

12.     EPA completed the draft risk evaluation for NMP in October 2019. The NMP draft risk evaluation cover page and executive summary are attached as **Exhibit C**. The NMP draft expressly warns that the drafts' conclusions can change based on consideration of peer review and public comments and disclaims the finality of the drafts until that process is complete. *See* Exhibit C, at 1, 17.

13.     EPA completed the draft risk evaluation for Trichloroethylene (TCE) in February 2020. The TCE draft risk evaluation cover page and executive summary are attached as **Exhibit D**. The TCE draft expressly warns that the drafts' conclusions can change based on consideration of peer review and public comments and disclaims the finality of the drafts until that process is complete. *See* Exhibit D, at 1, 28.

14.     Plaintiffs' Subpoena to the Centers for Disease Control and Prevention (CDC) pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure is attached as **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2020, in Washington, D.C.

> */s/ Debra J. Carfora*
> Debra J. Carfora, Senior Trial Attorney

# Exhibit A

# February 11, 2020 email from counsel for Plaintiffs

| | |
|---|---|
| **From:** | Michael Connett |
| **To:** | Carfora, Debra (ENRD) |
| **Cc:** | Adkins, Brandon (ENRD); Lynch, Shelbie (ENRD); Bhat, Simi (ENRD); Do, John Thomas (ENRD) |
| **Subject:** | RE: Amending Exhibit List |
| **Date:** | Tuesday, February 11, 2020 5:17:48 PM |
| **Attachments:** | image001.jpg |

Debbie:

Here are our edits/additions to the Exhibit List.

1) We will add in the exhibits I identified last week, and – for purposes of clarity and organization - will be inserting them into the relative parts of the exhibit list where they fit. This, in turn, will result in updated numbering of the exhibits.

2) The purpose for which we are offering the new exhibits is as follows (**in bold**):

- EPA's Draft Risk Evaluation for NMP: **EPA's risk characterization/determination practices for TSCA risk evaluations**
- EPA's Draft Risk Evaluations that are completed between now and trial: **EPA's risk characterization/determination practices for TSCA risk evaluations**
- EPA Website: https://www.epa.gov/expobox/about-exposure-factors-handbook: **Exposure assessment**
- EPA's Exposure Factors Handbook – Introduction (2011): **Exposure assessment**
- EPA's Exposure Factors Handbook – Chapter 3 (2011): **Exposure assessment**
- EPA's Exposure Factors Handbook – Chapter 3, Updated (2019): **Exposure assessment**

3) We will be splitting exhibits 1 through 6 into separate entries for CV and Expert Report.

4) For Exhibit 7, the words "add to sheet objection only" and for Exhibits 59-63 the words "completeness rule" appear to have been inserted in error in the "party offering" column, and should be removed.

5) We will be deleting the following duplicate documents:

- Exhibit 119 (Li 2016)
- Exhibit 151 (Zhao 2019)

6) Our responses to EPA's objections will be modified as follows:

- Every exhibit where we have cited FRE 703 will also include FRE 803(18).
- Exhibit 4 (Lanphear report): Will delete "opp to MIL 2"
- Exhibit 16 (FDA Declaration): Will replace FRE 703 with "FRE 803(8), FRE803(18), and FRE807."
- Exhibits 59-62 and 67-69: Will delete "No sponsoring witness necessary; self-authenticating + party admission"
- Exhibit 70: Will delete "No sponsoring witness necessary; self-authenticating"

7) There is a formatting problem with Exhibit 187 that will need to be fixed (as is, the title of the document is cut off)

8) Will add Hearsay objections to the following EPA exhibits: 526, 527, 530-539.

9) Will add "Hearsay, Relevance" objections to EPA exhibits 545-547.

Please let us know what edits you will be making on your end, and what time you would like to meet on Thursday/Friday.

Thanks,
Michael



**Michael Connett  |  Attorney**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880  |  Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskraus.com.

---

**From:** Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>
**Sent:** Friday, February 07, 2020 11:30 AM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>; Lynch, Shelbie (ENRD) <Shelbie.Lynch@usdoj.gov>; Bhat, Simi (ENRD) <Simi.Bhat@usdoj.gov>; Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Subject:** RE: Amending Exhibit List

Thanks Michael

We'll get back to you early next week with our non-substantive edits and a proposed time to confer.

DEBRA J. CARFORA, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Friday, February 7, 2020 1:33 PM
**To:** Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>
**Cc:** Adkins, Brandon (ENRD) <BAdkins@ENRD.USDOJ.GOV>; Lynch, Shelbie (ENRD) <SLynch@ENRD.USDOJ.GOV>; Bhat, Simi (ENRD) <SBhat@ENRD.USDOJ.GOV>; Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>
**Subject:** RE: Amending Exhibit List

Hi Debbie,

I will be available to meet and confer anytime after 11 am EST on either Thursday or Friday, so just let me know what works best on your end. And, yes, I will work to get you my edits early next week. The additional documents that I will be adding to the Exhibit List are as follows:

- EPA's Draft Risk Evaluation for NMP
- EPA's Draft Risk Evaluations that are completed between now and trial
- EPA Website: https://www.epa.gov/expobox/about-exposure-factors-handbook
- EPA's Exposure Factors Handbook – Introduction (2011)
- EPA's Exposure Factors Handbook – Chapter 3 (2011)
- EPA's Exposure Factors Handbook – Chapter 3, Updated (2019)

Per your email, let's discuss the date for exchanging all exhibits next week during our meeting.

Michael



**Michael Connett  |  Attorney**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskraus.com

---

**From:** Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>
**Sent:** Thursday, February 06, 2020 4:32 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>; Lynch, Shelbie (ENRD) <Shelbie.Lynch@usdoj.gov>; Bhat, Simi (ENRD) <Simi.Bhat@usdoj.gov>; Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Subject:** RE: Amending Exhibit List

Michael,

I'm writing to memorialize our telephone call this afternoon and propose that we confer at the end of next week, after the parties have an opportunity to exchange proposed edits to the exhibit list. As noted by JT's email of December 19 (the pretrial filing deadline), we noticed some typographical errors on the exhibit list that we would like to correct in a supplemental filing.  We also understand from your email that some of Plaintiffs' objections, previously noted on December 19, may not have been included in the filed version of the exhibit list.  We proposed that the parties exchange their proposed edits early (to mid) next week and then confer on those edits on Thursday or Friday next week.

Further, your email of January 15, put us on notice that Plaintiffs' intend to add exhibits to the list between now and trial. As an initial matter, we object to any additions to the exhibit list as untimely.  Nevertheless, if you send a list of the late additions for our consideration, the parties can confer further on this issue next week.

Finally, we also need to confirm a final date for exchanging electronic exhibits.

Thanks,

DEBRA J. CARFORA, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Thursday, February 6, 2020 4:09 PM
**To:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>
**Cc:** Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>; Adkins, Brandon (ENRD) <BAdkins@ENRD.USDOJ.GOV>
**Subject:** RE: Amending Exhibit List

JT – Just following up on this. Does Monday at 4 pm EST work for you?



**Michael Connett  | Attorney**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880  | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskraus.com.

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Tuesday, February 04, 2020 11:43 AM
**To:** Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Cc:** Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>; Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>
**Subject:** Re: Amending Exhibit List

Yes, that would be fine. How about Monday at 4 pm EST?

---

**From:** Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Sent:** Tuesday, February 4, 2020 10:58:34 AM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>; Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>
**Subject:** Re: Amending Exhibit List

Michael,

I am out of the office this week .  Can we schedule something for early next week?  Thanks.

Sent from my iPhone

On Feb 3, 2020, at 3:09 PM, Michael Connett <mconnett@waterskraus.com> wrote:

Hey guys – Can we set up a call this week to discuss amending the exhibit list? We have a few changes to make on our end, and based on JT's email from December, I gather you have some things that need to be corrected as well. I am available to speak any day this week after 11 am EST.

<image002.png>
**Michael P. Connett | Attorney**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskrauspaul.com

---

**Michael Connett | Attorney**
222 N Pacific Coast Highway, Suite 1900, El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskraus.com.
**From:** Michael Connett
**Sent:** Wednesday, January 15, 2020 10:50 AM
**To:** Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Subject:** RE: Fluoride Expert Costs

Hi JT – Here's an email I sent in December that I suspect may have got lost in the shuffle, so I am re-sending.

Also, we should set up a call sometime soon to discuss amending the exhibit list, which you had mentioned wanting to do back in December. I need to double-check, but I think some of my objections that I sent on December 19 did not get onto the filed list. If that is the case, I will want to add those objections to the amended list. Also, there is one draft EPA risk evaluation that was not included in the list that I will want to add to the Amended List – i.e., the draft evaluation for NMP. I will also want to create a placeholder for any draft risk evaluations that are released between now and trial. I assume, of course, that EPA will object to these draft risk evaluations, as it has done for the other ones. In any event, if you want to discuss this, I will be available anytime next Wednesday, Thursday and Friday.

Michael

---

**Michael Connett | Attorney**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskraus.com.

**From:** Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Sent:** Thursday, December 19, 2019 11:57 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>; Bhat, Simi (ENRD) <Simi.Bhat@usdoj.gov>; Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>
**Subject:** RE: Appendix B for final review

Michael,

Attached is the final exhibit list that I will be filing shortly.  Please know that in the quality check tonight, we discovered some errors in some of the citations, mostly typographical.  But rather than unilaterally make those edits now, I will highlight them for you at a later time, hopefully tomorrow.  I suspect that once we exchange exhibits next week, both sides may discovery more discrepancies.   I therefore recommend holding off on filing any errata or amended exhibit list until after we receive each other's exhibits next week and confer.   Thank you.

Regards,
JT

---

**From:** Do, John Thomas (ENRD)
**Sent:** Thursday, December 19, 2019 10:29 PM
**To:** 'Michael Connett' <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <BAdkins@ENRD.USDOJ.GOV>; Bhat, Simi (ENRD) <SBhat@ENRD.USDOJ.GOV>; Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>
**Subject:** RE: Appendix B for final review

Per our conversation, I am not in a position to substantively respond to these objections, specifically the relevancy ones.  As such, you agreed that it has been the practice to respond to relevancy objections at trial.  In any event, I will add your objections to the final exhibit list and add "FRE 703" for our response.
Ok, rounding third...

JT

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Thursday, December 19, 2019 9:58 PM
**To:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>
**Cc:** Adkins, Brandon (ENRD) <BAdkins@ENRD.USDOJ.GOV>; Bhat, Simi (ENRD) <SBhat@ENRD.USDOJ.GOV>; Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>
**Subject:** Re: Appendix B for final review

JT - There are a few final objections I've been asked to make to 5 docs, which I've highlighted in blue. I apologize for the late addition.



**Michael P. Connett | Attorney**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskrauspaul.com

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Thursday, December 19, 2019 6:52 PM
**To:** Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>; Bhat, Simi (ENRD) <Simi.Bhat@usdoj.gov>; Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>
**Subject:** Re: Appendix B for final review

Respective exhibit list should probably be plural, but otherwise fine.

Can u call me about the Exhibit List? There's one small issue I need to discuss before u file.

Sent from my iPhone

---

**From:** Do, John Thomas (ENRD) <John.Do@usdoj.gov>
**Sent:** Thursday, December 19, 2019 6:41:52 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>; Bhat, Simi (ENRD) <Simi.Bhat@usdoj.gov>; Carfora, Debra (ENRD) <Debra.Carfora@usdoj.gov>
**Subject:** Appendix B for final review

See attached for final review of the cover to the exhibits.

---

**From:** Carfora, Debra (ENRD) <DCarfora@ENRD.USDOJ.GOV>
**Sent:** Thursday, December 19, 2019 9:17 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>; Adkins, Brandon (ENRD) <BAdkins@ENRD.USDOJ.GOV>; Bhat, Simi (ENRD) <SBhat@ENRD.USDOJ.GOV>
**Subject:** RE: Appendix C for final review

Michael,

Per our conversation, attached is the edited version. Please confirm for filing.

Thanks,

Debra J. Carfora, Trial Attorney

Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

---

**From:** Carfora, Debra (ENRD)
**Sent:** Thursday, December 19, 2019 8:40 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>; Adkins, Brandon (ENRD) <BAdkins@ENRD.USDOJ.GOV>; Bhat, Simi (ENRD) <SBhat@ENRD.USDOJ.GOV>
**Subject:** Appendix C for final review

Michael,

Attached is Appendix C. Please review and confirm this is ok for filing.

Thanks,

_____
DEBRA J. CARFORA, Trial Attorney
Environmental Defense Section | Environment and Natural Resources Division | U.S. Department of Justice
Phone | office 202.514.2640 | cell 202.598.3835 | fax 202.514.8865
4 Constitution Square, 150 M Street NE, Room 4.1114, Washington DC 20001

<ENV_DEFENSE-#884344-v10-fluoride__DRAFT_joint_exhibit_index.pdf>

# Exhibit B

# February 19, 2020 email from counsel for EPA

| From: | Carfora, Debra (ENRD) |
|---|---|
| To: | Michael Connett |
| Cc: | Adkins, Brandon (ENRD); Do, John Thomas (ENRD); Bhat, Simi (ENRD); Lynch, Shelbie (ENRD) |
| Subject: | RE: Trial Exhibits (amendments to appendix C of the joint pretrial conference statement) |
| Date: | Wednesday, February 19, 2020 7:00:00 PM |

Michael,

Thank you for conferring on February 13, 2020 regarding the exhibit list. As we agreed, I am writing to provide our response to your request to supplement the exhibit list with additional documents. On the evening of December 19, 2019, shortly before we filed the joint exhibit list, we advised you that we noticed certain typographical errors in the list that might require correction. On January 15, 2020, you advised us that you would like to supplement the corrected exhibit list by adding one "draft EPA risk evaluation for NMP" as well as a "placeholder" for any draft risk evaluations released before trial. We agreed to meet and confer to discuss the typographical corrections and your request to supplement the exhibit list. On February 7, 2020, ahead of our meet and confer, you provided a list of four documents, one website, and one "placeholder" with which you wished to supplement the exhibit list:

1.      EPA's Draft Risk Evaluation for NMP
2.      EPA's Draft Risk Evaluations that are completed between now and trial
3.      EPA Website: https://www.epa.gov/expobox/about-exposure-factors-handbook
4.      EPA's Exposure Factors Handbook – Introduction (2011)
5.      EPA's Exposure Factors Handbook – Chapter 3 (2011)
6.      EPA's Exposure Factors Handbook – Chapter 3, Updated (2019)

With the exception of your placeholder for any draft risk evaluations released before trial, all of the documents you identified to supplement the exhibit list were available before the December 19, 2019 deadline. In an effort to determine whether there were some extenuating circumstances for plaintiffs' failure to identify the documents by the deadline, you explained during our meet and confer that you were not aware of the documents as of the December 19 deadline, that this is a "complex case," and that these documents "fell through the cracks." You warned us that EPA would be in an awkward position to have to argue to the Court that EPA is prejudiced by plaintiffs' requests to supplement because the documents are "EPA's documents," and you encouraged us to agree to the additions. We asked how plaintiffs planned to use the documents. You advised that plaintiffs would attempt to introduce the documents into evidence and that they would be "fair game" to ask not only EPA's experts but also plaintiffs' experts about.

We believe it is improper to use the filing of a corrected exhibit list to fix a small number of typographical errors as an opportunity to supplement the exhibit list with new documents. The Court's deadlines in this case are clear and govern here, especially because you have not identified for us any good cause for late additions to the exhibit list.

EPA would be prejudiced by plaintiffs supplementing the exhibit list with new documents. As far as we can tell, none of the documents you wish to add was identified at a deposition in this case or as material an expert relied upon in forming his or her opinion. Nor do any of the documents appear to have been produced or identified in response to written discovery requests. Supplementing the exhibit list would give plaintiffs an unfair advantage by essentially rendering the discovery and filing deadlines in this case a nullity. But more importantly, EPA would be without any opportunity to learn what plaintiffs' witnesses will say about the documents, such as through deposition testimony,

before a public trial. In other words, EPA will be forced to hear for the first time at trial what plaintiffs' witnesses will say about the documents. This litigation-by-surprise tactic is contrary to the disclosure obligations set out in the Federal Rules and the Court's deadlines and would be unfair to EPA.

If plaintiffs insist on attempting to contravene the clear orders of the Court by supplementing the exhibit list with new material after the deadline, without good cause, and over EPA's opposition, we believe the proper procedural vehicle is an administrative motion under civ. local rule 7-11, which governs "miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge." EPA will oppose that motion.

You also advised that plaintiffs wished to supplement the exhibit list with additional objection responses not otherwise identified prior to the December 19 deadline. EPA will agree to make those changes. Once you confirm there are no additional errors to correct on the most recent exhibit index, which was attached to the email below, we can further revise the list to reflect your additional objection responses.

DEBRA J. CARFORA, Senior Trial Counsel
Environmental Defense Section
Environment and Natural Resources Division
202.514.2640

---

**From:** Carfora, Debra (ENRD)
**Sent:** Tuesday, February 18, 2020 4:19 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Adkins, Brandon (ENRD) <BAdkins@ENRD.USDOJ.GOV>; Do, John Thomas (ENRD) <JDo@ENRD.USDOJ.GOV>; Bhat, Simi (ENRD) <SBhat@ENRD.USDOJ.GOV>; Lynch, Shelbie (ENRD) <SLynch@ENRD.USDOJ.GOV>
**Subject:** Trial Exhibits (amendments to appendix C of the joint pretrial conference statement)

Michael,

Attached please find an amended exhibit list incorporating all of the changes jointly agreed to by the parties, including objections you provided on December 19th that were inadvertently omitted from the filed exhibit list. Please keep in mind that Plaintiffs' exhibit numbers have all changed because exhibits 1 through 6 were split into separate entries for CV and Expert Reports.

By email dated February 13, 2020 (6:13 PM) you withdrew your request to add objections that were not made before the December 19 filing deadline. We understand that no further action is necessary with respect to plaintiffs' request to add new objections.

Assuming you can confirm that there are no additional errors to correct, the only remaining issues are: (1) Plaintiffs' proposal to supplement the exhibit list with material that was not identified prior to the December 19th filing deadline including at any deposition, cited or relied on by any expert, nor produced or identified in response to written discovery requests; and (2) Plaintiffs' proposal to supplement the exhibit list with additional objection responses, which were not identified prior to

the December 19th filing deadline. As noted, we are discussing the two remaining issues with EPA and expect to have a position on or before Wednesday.

Thanks,

_____
Debra J. Carfora, Trial Attorney
Environmental Defense Section | Environment and Natural Resources Division | U.S. Department of Justice
Phone | office 202.514.2640 | cell 202.598.3835 | fax 202.514.8865
4 Constitution Square, 150 M Street NE, Room 4.1114, Washington DC 20001

# Exhibit C

# The N-Methylpyrrolidone draft risk evaluation cover page and executive summary

PEER REVIEW DRAFT, DO NOT CITE OR QUOTE



EPA Document# EPA-740-R1--8009
October 2019, *DRAFT*
Office of Chemical Safety and
Pollution Prevention

**United States
Environmental Protection Agency**

# Draft Risk Evaluation for
# N-Methylpyrrolidone
# (2-Pyrrolidinone, 1-Methyl-)
# (NMP)

# CASRN: 872-50-4



PEER REVIEW DRAFT, DO NOT CITE OR QUOTE

1 # EXECUTIVE SUMMARY

2 This draft risk evaluation for N-methylpyrrolidone (NMP) was performed in accordance with the Frank
3 R. Lautenberg Chemical Safety for the 21st Century Act and is being disseminated for public comment
4 and peer review. The Frank R. Lautenberg Chemical Safety for the 21st Century Act amended the Toxic
5 Substances Control Act (TSCA), the Nation's primary chemicals management law, in June 2016. As per
6 EPA's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances*
7 *Control Act* (82 FR 33726), EPA is taking comment on this draft, and will also obtain peer review on
8 this draft risk evaluation for NMP. All conclusions, findings, and determinations in this document are
9 preliminary and subject to comment. The final risk evaluation may change in response to public
10 comments received on the draft risk evaluation and/or in response to peer review, which itself may be
11 informed by the public comments. The preliminary conclusions, findings, and determinations in this
12 draft risk evaluation are for the purpose of identifying whether the chemical substance presents
13 unreasonable risk or no unreasonable risk under the conditions of use, in accordance with TSCA section
14 6, and are not intended to represent any findings under TSCA section 7.

15

16 TSCA § 26(h) and (i) require EPA to use scientific information, technical procedures, measures,
17 methods, protocols, methodologies and models consistent with the best available science and to base its
18 decisions on the weight of the scientific evidence. To meet these TSCA § 26 science standards, EPA
19 used the TSCA systematic review process described in the Application of Systematic Review in TSCA
20 Risk Evaluations document (U.S. EPA, 2018a). The data collection, evaluation, and integration stages of
21 the systematic review process are used to develop the exposure, fate, and hazard assessments for risk
22 evaluations.

23

24 N-Methylpyrrolidone (CASRN 872-50-4), also called n-methyl-2-pyrrolidone, or 1-methyl-2-
25 pyrrolidone, is a water-miscible, organic solvent that is often used as a substitute for halogenated
26 solvents. NMP exhibits a unique set of physical-chemical properties that have proven useful in a range
27 of industrial, commercial and consumer applications. NMP has low volatility and high affinity for
28 aromatic hydrocarbons, which makes it effective for solvent extraction in petrochemical processing and
29 pharmaceutical manufacturing. NMP is also valued for its high polarity and low surface tension which
30 are considered optimal for solvent cleaning and surface treatment of metals, textiles, resins, and plastics.
31 NMP is subject to federal and state regulations and reporting requirements. NMP has been a reportable
32 chemical to Toxics Release Inventory (TRI) substance under Section 313 of the Emergency Planning
33 and Community Right-to-Know Act (EPCRA) since January 1, 1995.

34

35 NMP is widely used in the chemical manufacturing, petrochemical processing and electronics industries.
36 There is also growing demand for NMP use in semiconductor fabrication and lithium ion battery
37 manufacturing (FMI, 2015). In the commercial sector, NMP is primarily used for producing and
38 removing paints, coatings and adhesives. Other applications include, but are not limited to, use in
39 solvents, reagents, sealers, inks and grouts. EPA evaluated the following categories of conditions of use
40 for NMP: manufacturing; processing; distribution in commerce, industrial, commercial and consumer
41 uses and disposal. The total aggregate production volume for NMP decreased slightly from 164 to 160
42 million pounds between 2012 and 2015.

43

# Exhibit D

# The Trichloroethylene draft risk evaluation cover page and executive summary

PEER REVIEW DRAFT—DO NOT CITE OR QUOTE

EPA Document #740R18008
February 21, 2020
Office of Chemical Safety and
Pollution Prevention

United States
Environmental Protection Agency

# Risk Evaluation for
# Trichloroethylene
# CASRN: 79-01-6

PUBLIC REVIEW DRAFT - DO NOT CITE OR QUOTE

# EXECUTIVE SUMMARY

This draft risk evaluation for trichloroethylene was performed in accordance with the Frank R. Lautenberg Chemical Safety for the 21st Century Act and is being disseminated for public comment and peer review. The Frank R. Lautenberg Chemical Safety for the 21st Century Act amended the Toxic Substances Control Act (TSCA), the Nation's primary chemicals management law, in June 2016. As per EPA's final rule, *Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act* (82 FR 33726), EPA is taking comment on this draft, and will also obtain peer review on this draft risk evaluation for trichloroethylene. All conclusions, findings, and determinations in this document are preliminary and subject to comment. The final risk evaluation may change in response to public comments received on the draft risk evaluation and/or in response to peer review, which itself may be informed by public comments. The preliminary conclusions, findings, and determinations in this draft risk evaluation are for the purpose of identifying whether the chemical substance presents unreasonable risk or no unreasonable risk under the conditions of use, in accordance with TSCA section 6, and are not intended to represent any findings under TSCA section 7.

TSCA § 26(h) and (i) require EPA to use scientific information, technical procedures, measures, methods, protocols, methodologies and models consistent with the best available science and to base its decisions on the weight of the scientific evidence. To meet these TSCA § 26 science standards, EPA used the TSCA systematic review process described in the *Application of Systematic Review in TSCA Risk Evaluations* document (U.S. EPA, 2018b). The data collection, evaluation, and integration stages of the systematic review process are used to develop the exposure, fate, and hazard assessments for risk evaluations.

Trichloroethylene has a wide-range of uses in consumer and commercial products and in industry. An estimated 83.6% of TCE's annual production volume is used as an intermediate in the manufacture of the hydrofluorocarbon, HFC-134a, an alternative to the refrigerant chlorofluorocarbon, CFC-12. Another 14.7% of TCE production volume is used as a degreasing solvent, leaving approximately 1.7% for other uses. The total aggregate production volume decreased from 220.5 to 171.9 million pounds between 2012 and 2015.

EPA evaluated TCE's conditions of use (COUs), including the following categories of use: solvent for cleaning and degreasing, lubricants and greases, adhesives and sealants, functional fluids in a closed system, paints and coatings, laundry and dishwashing products, arts, crafts and hobby materials, and process solvent recycling and worker handling of wastes. Trichloroethylene is subject to federal and state regulations and reporting requirements. Trichloroethylene has been a reportable Toxics Release Inventory (TRI) chemical under Section 313 of the Emergency Planning and Community Right-to-Know Act (EPCRA) since 1987. It is designated as a Hazardous Air Pollutant (HAP) under the Clean Air Act (CAA), is a hazardous substance under the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), and is regulated as a hazardous waste under the Resource Conservation and Recovery Act (RCRA). It is subject to National Primary Drinking Water Regulations (NPDWR) under the Safe Drinking Water Act (SDWA) and designated as a toxic pollutant under the Clean Water Act (CWA) and as such is subject to effluent limitations. Under TSCA, EPA previously assessed risks from use of trichloroethylene in commercial solvent degreasing (aerosol and vapor), consumer use as a spray applied protective coating for arts and crafts and commercial use as a spot remover at dry cleaning facilities (U.S. EPA, 2014b).

# Exhibit E

# Plaintiffs' 30(b)(6) Subpoena to the Centers for Disease Control and Prevention

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Food & Water Watch, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Environmental Protection Agency, et al. | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.   17-cv-02162

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                              U.S. Centers for Disease Control and Prevention

_(Name of person to whom this subpoena is directed)_

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See attached Notice of 30(b)(6) Deposition of United States Centers for Disease Control and Prevention

| Place: | Nidel & Nace P.L.L.C.<br>5335 Wisconsin Ave NW, Suite 440<br>Washington D.C. 20015 | Date and Time:<br><br>10/15/2018 9:00 am |
|---|---|---|

The deposition will be recorded by this method:   Videotape

☑ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

    All documents reviewed in preparation for the deposition.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   09/05/2018

| _CLERK OF COURT_ | OR | |
|---|---|---|
| _____<br>_Signature of Clerk or Deputy Clerk_ | | _____<br>_Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_
Food & Water Watch, et al.
                                                                                        , who issues or requests this subpoena, are:

Michael Connett, Waters, Kraus & Paul, 222 N. Pacific Coast Hwy, Suite 1900 El Segundo CA 90034  (310) 414-8146

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. No. 17-CV-02162-EMC |
| | ) |
| U.S. ENVIRONMENTAL PROTECTION | ) **NOTICE OF 30(b)(6) DEPOSITION** |
| AGENCY, et al. | ) **OF THE UNITED STATES** |
| | ) **CENTERS FOR DISEASE** |
| Defendants. | ) **CONTROL AND PREVENTION** |
| | ) |

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination under oath of the designated representative(s) of the United States Centers for Disease Control and Prevention (CDC). The deposition will be taken before a notary public or other person authorized by law to administer oaths, will be stenographically recorded and videotaped, and will take place on **October 15, 2018 at 9 am E.S.T.** at the following location:

NIDEL & NACE P.L.L.C.
5335 Wisconsin Ave NW
Suite 440
Washington D.C. 20015
Tel: (202) 478-9677

Such deposition(s) will be taken for purposes of discovery, for use as evidence at trial, and for

any other permissible purpose under the Federal Rules of Civil Procedure and Federal Rules of Evidence. The deposition(s) shall continue from day-to-day, excluding weekends and holidays, until completed. Plaintiffs request that the CDC provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on the CDC's behalf.

**DEFINITIONS:**

FLUORIDE means the fluoride ion.

NEUROTOXICITY means detrimental effects on the central nervous system, including, but not limited to, detrimental effects on learning, memory, and/or behavior.

NEUROTOXIN means a substance that causes detrimental effects on the central nervous system, including, but not limited to, detrimental effects on learning, memory, and/or behavior.

SUSCEPTIBLE SUBSETS OF THE POPULATION means (1) fetuses, infants, pre-adolescent children, the elderly, and (2) individuals with the following conditions: nutrient deficiencies (i.e., deficiencies of calcium, iodine, vitamin C, vitamin D, and magnesium), kidney disease, and diabetes.

TOLERABLE UPPER FLUORIDE INTAKE FOR NEUROTOXIC EFFECTS means the maximum average daily intake of FLUORIDE, expressed in terms of a dose (mg/day) or dosage (mg/kg/day), that will not cause any demonstrable NEUROTOXICITY on the fetus, infant, toddler, and/or child.

**TOPICS OF INQUIRY:**

1. The prevalence and severity of dental fluorosis in United States children, aged 6 to 19, as documented by CDC's National Health and Nutrition Examination Surveys (NHANES) from 1999 to 2014.

2. Data that the CDC has in its possession (if any) on the urinary FLUORIDE levels in persons living in the United States.

NOTICE OF 30(b)(6) DEPOSITION OF U.S. CENTERS FOR DISEASE CONTROL & PREVENTION

3.  What research the CDC has conducted or sponsored (if any) to determine whether FLUORIDE is a NEUROTOXIN.

4.   What research the CDC has conducted or sponsored (if any) to determine the effects of FLUORIDE exposure on the functioning of the thyroid gland.

5.  What research the CDC has conducted or sponsored (if any) to determine the risk of NEUROTOXICITY from FLUORIDE exposure in SUSCEPTIBLE SUBSETS OF THE POPULATION.

6.  CDC's position (if any) on whether FLUORIDE is a NEUROTOXIN, and the basis for said position.

7. CDC's position (if any) on whether community water fluoridation presents a risk of NEUROTOXICITY, and the basis for said position.

8. CDC's position (if any) on whether community water fluoridation presents risks to the functioning of the thyroid gland, and the basis for said position.

9. CDC's position (if any) on whether community water fluoridation provides a benefit to unerupted teeth, and the basis for said position.

10. What CDC has done (if anything) to determine the TOLERABLE UPPER FLUORIDE INTAKE FOR NEUROTOXIC EFFECTS.

11. CDC's position (if any) on the TOLERABLE UPPER FLUORIDE INTAKE FOR NEUROTOXIC EFFECTS, and the basis for said position.

12. CDC's position (if any) on whether prenatal exposure to fluoridated water (i.e., water with 0.7 ppm FLUORIDE) provides a benefit to teeth, and the basis for said position.

13. CDC's position (if any) on whether exposure to fluoridated water (i.e., water with 0.7 ppm FLUORIDE) during the first 6 months of life provides a benefit to teeth, and the basis for said position.

14. CDC's position (if any) on whether infant formula should be reconstituted with fluoridated water (i.e., water with 0.7 ppm FLUORIDE), and the basis for said position.

3

15. CDC's position (if any) on whether individuals with iodine deficiency have a heightened susceptibility to the toxic effects of chronic FLUORIDE exposure, and the basis for said position.

16. CDC's position (if any) on whether individuals with calcium deficiency have a heightened susceptibility to the toxic effects of chronic FLUORIDE exposure, and the basis for said position.

17. CDC's position (if any) on whether individuals with kidney disease have a heightened susceptibility to the toxic effects of chronic FLUORIDE exposure, and the basis for said position.

Dated:   September 5, 2018

*/s/ Michael Connett*
MICHAEL CONNETT
Attorney for Plaintiffs