UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>   Defendants. | Case No. 17-cv-02162-EMC<br><br>**ORDER SETTING TELEPHONIC CONFERENCE**<br><br>Docket No. [160] |

On February 26, 2020, Plaintiffs filed an administrative motion seeking to add four documents to the Exhibit List. *See* Docket No. 160 ("Mot."). EPA opposes the motion. *See* Docket No. 162 ("Opp."). The Court **ORDERS** the parties to appear by telephone on Monday, March 9, 2020 at 9:30 a.m. to discuss Plaintiffs' motion. The parties shall make arrangements to appear through Court Call.

In the meantime, Plaintiffs are **directed** to immediately disclose to the Court and to Defendants how they intend to introduce the documents they seek to add to the exhibit list, *e.g.* Plaintiffs must identify the relevant witness(es) through whom the additional exhibits will be introduced. Prior to Monday, the parties are **directed** to meet and confer as to whether any such witness(es) can be deposed prior to trial, if necessary.

**IT IS SO ORDERED**.

Dated: March 4, 2020

_____
EDWARD M. CHEN
United States District Judge