1  C. ANDREW WATERS, ESQ., CA Bar No. 147259
   MICHAEL CONNETT, ESQ., CA Bar No. 300314
2  WATERS, KRAUS & PAUL
   222 N. Pacific Coast Hwy, Suite 1900
3  El Segundo, CA 90245
   310-414-8146 Telephone
4  310-414-8156 Facsimile

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., | Civ. No. 17-CV-02162-EMC |
| Plaintiffs, | **SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO ADD FOUR EPA DOCUMENTS TO THE EXHIBIT LIST, PURSUANT TO LOCAL RULE 7-11** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

Plaintiffs hereby provide the additional information requested by the Court in its Order. *See* ECF No. 163. As an initial matter, Plaintiffs note that the authenticity of these four EPA documents is not in dispute, and that they are each admissible under FRE 801 as party admissions. Plaintiffs intend to introduce these documents through their risk assessment expert, Dr. Kathleen Thiessen, and may also show the documents to Dr. Tala Henry. Dr. Henry currently serves as the Deputy Director for EPA's Office of Pollution Prevention and Toxics and is an expert for EPA in this case.

March 4, 2020                                    Respectfully submitted,

                                                 */s/ Michael Connett*
                                                 MICHAEL CONNETT
                                                 Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 4th day of March, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT