# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 9, 2020         **Time:** 9:32-9:58=         **Judge:** EDWARD M. CHEN
                                26 Minutes

**Case No.**: 17-cv-02162-EMC    **Case Name:**  Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorney for Plaintiff:** Michael P. Connett (Court Call)
**Attorneys for Defendant:** Debra Carfora, Simi Bhat, Brandon Adkins, John Do (Court Call)

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Ana Dub

## PROCEEDINGS

Telephone Status Conference re: [160] Administrative Motion to Add Four EPA Documents to the Exhibit List  - held.

## SUMMARY

Parties stated appearances.

Plaintiffs are to file a supplemental report (together with the relevant original report) by Friday, March 13, 2020.  At that time, the Court will rule on whether Plaintiffs are permitted to supplement the exhibit list with the additional proposed exhibits.