1  C. ANDREW WATERS, ESQ., CA Bar No. 147259
   MICHAEL CONNETT, ESQ., CA Bar No. 300314
2  WATERS, KRAUS & PAUL
   222 N. Pacific Coast Hwy, Suite 1900
3  El Segundo, CA 90245
   310-414-8146 Telephone
4  310-414-8156 Facsimile

5  *Attorneys for Plaintiffs*

6              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                   AT SAN FRANCISCO

8  _____
                                        )
9  FOOD & WATER WATCH, et al.,          )   Civ. No. 17-CV-02162-EMC
                                        )
10                         Plaintiffs,  )   **SECOND SUPPLEMENTAL BRIEFING**
            vs.                         )   **IN SUPPORT OF PLAINTIFFS'**
11                                      )   **ADMINISTRATIVE MOTION TO ADD**
   U.S. ENVIRONMENTAL PROTECTION        )   **FOUR EPA DOCUMENTS TO THE**
12 AGENCY, et al.                       )   **EXHIBIT LIST, PURSUANT TO LOCAL**
                                        )   **RULE 7-11**
13                         Defendants.  )
                                        )
14 _____  )

Plaintiffs hereby provide the additional information requested by the Court in its Order. *See* ECF

No. 165. Attached hereto as **Exhibit A** is a copy of Dr. Kathleen Thiessen's supplemental expert report

regarding the four EPA documents that are subject to Plaintiffs' motion. Attached as **Exhibit B** is a copy

of Dr. Thiessen's initial expert report, dated June 27, 2019, including excerpts from its reference list and

appendices. Attached as **Exhibit C** is an excerpt of Dr. Thiessen's supplemental expert report, dated

August 1, 2019.

March 13, 2020                          Respectfully submitted,


                                        */s/ Michael Connett*
                                        MICHAEL CONNETT
                                        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 13th day of March, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

*/s/ Michael Connett*
MICHAEL CONNETT

# **<u>Exhibit A</u>**

# Second Supplemental Report on Fluoride in Drinking Water

Kathleen M. Thiessen, Ph.D.
March 13, 2020

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



## SECOND SUPPLEMENTAL REPORT

I have recently reviewed several EPA publications which further support the opinions I offered in my initial expert report, as explained herein.

### (1) EPA's recommended water intake data support my exposure estimates

In my initial expert report, I relied on the EPA's 2000 and 2004 reports on water intake in the U.S., and on the National Research Council's (NRC) estimates of fluoride intake from water, which were derived in part from the EPA's 2000 and 2004 reports.[1] The EPA's 2000 and 2004 reports state that the water intake data "may be used in risk assessment analyses where exposures that occur through ingestion of water are of concern."

I understand that EPA in this litigation has criticized my reliance on the NRC's estimates of waterborne fluoride exposure (and, by extension, EPA's 2000 and 2004 water intake reports). Specifically, EPA has faulted me for not conducting a "careful analysis of whether [the NRC data] can and should be used for measuring exposure today."[2] The EPA, however, recently completed the very type of assessment that it faults me for not doing. EPA's recent assessment,[3] which was published last year, confirms the accuracy of the exposure estimates I relied upon in my report.

In 2019, EPA published a report titled *Update for Chapter 3 of the Exposure Factors Handbook: Ingestion of Water and Other Select Liquids*.[4] For this report, EPA conducted "a comprehensive review of the scientific literature through 2017"[5] for the purpose of identifying "the most up-to-date and scientifically sound"[6] water intake data to use for risk assessment purposes.[7]

EPA selected its own analysis of water intake data from NHANES's 2005-2010 surveys as the "key study" to use for all age groups in the general population and for pregnant and lactating women.[8] For formula-fed babies, EPA selected an analysis by Kahn et al. of the Continuing Survey of Food Intakes by Individuals (CSFII) from the 1990s.[9] Based on these datasets, EPA issued "recommended values" for community water consumption that risk assessors should use.[10] These recommended values support the exposure estimates that I used in my risk assessment.

**Bottle-fed infants (high)**: In my risk assessment, I used an estimate of 0.14 mg/kg/day for high-end fluoride exposures among bottle-fed babies, which I based on the 95th percentile exposure among infants < 6 months of age.[11] Based on EPA's 2019 report, the recommended values to use for the 95th

---

[1] Thiessen (2019a), pp. 40, 47, 65-67.

[2] EPA Trial Brief at 10.

[3] EPA (2019a).

[4] EPA (2019a). One of the purposes of the *Exposure Factors Handbook* (hereafter Handbook) is to "provide exposure/risk assessors with recommended values for . . . factors that can be used to assess exposure among both adults and children" (EPA 2011, p. 1-3).

[5] EPA (2019a), p. 3-1.

[6] EPA (2019a), p. 3-1.

[7] EPA's report provides data on the consumption of various types of water including community water, bottled water, and other sources. For purposes of my report here, I refer strictly to the data on community water consumption.

[8] EPA (2019a), p. 3-1.

[9] EPA (2019a), p. 3-1. CSFII is the survey that formed the basis of EPA's 2000 and 2004 water intake reports, upon which NRC relied.

[10] EPA (2019a), pp. 3-2 to 3-5, 3-7, 3-9.

[11] Thiessen (2019a), pp. 66-67.



percentile intakes of community water among formula-fed babies[12] result in an estimated fluoride exposure of 0.16 mg/kg/day for infants < 6 months of age, which is *higher* than my estimate.

**Bottle-fed infants (typical):** I used an estimate of 0.1 mg/kg/day for a "typical" exposure for bottle-fed babies less than 6 months of age.[13] In EPA's 2019 report, the recommended values to use for the *mean* intake of community water among formula-fed babies[14] result in an estimated fluoride exposure of 0.1 mg/kg/day during the first three months of life, which is consistent with and supports my use of 0.1 mg/kg/day as a "typical" exposure. Averaging EPA's recommended mean values for water intake over the first 6 months[15] results in an estimated fluoride exposure of 0.085 mg/kg/day; even if this lower figure is used as the "typical" exposure it does not change any of the risk indications in my Margin of Exposure (MOE) analysis[16] (i.e., all analyses of typical infant exposures in fluoridated areas would still indicate an unacceptable risk).

**Adults (average):** I used an estimate of 0.011 mg/kg/day for the average waterborne fluoride exposure for adults aged 20 to 54 years.[17] According to EPA's 2019 report, the mean drinking water intakes for adults 20 to 60 years of age are 16-18 mL/kg/day),[18] which would result in estimated fluoride exposures of 0.011-0.013 mg/kg/day.[19] This is the same as, or marginally *higher* than, the estimate that I used.

**Elderly (90th percentile)**: I used an estimate of 0.022 mg/kg/day for 90th percentile exposures among adults >65 years and older.[20] According to EPA's 2019 report, the 90th percentile drinking water intakes for adults aged >60 years are 28.1-33.3 mL/kg/day,[21] which give corresponding fluoride exposures of 0.020-0.023 mg/kg/day. These are essentially the same as the estimate I used and do not change any of the risk indications in the MOE analysis. Further, EPA's report recommends using the 95th percentile, not the 90th percentile, for high-end exposures.[22] At the 95th percentile of community water intake,[23] EPA's recommendations produce estimated fluoride exposures for those over 60 years of age of 0.023-0.028 mg/kg/day, which are higher than the value I used.

**Athletes and laborers (high)**: I used an estimate of 0.05 mg/kg/day for high-end water consumption among athletes and laborers.[24] EPA's 2019 report does not specifically address this population subset, but it does show that the top 1% of community water consumers will ingest 0.05 mg/kg/day of fluoride from water alone if they live in a fluoridated area.[25]

---

[12] EPA (2019a), p. 3-9. EPA's report provides the recommended values in terms of water consumption (i.e., milliliters of water consumed per kilogram of bodyweight per day), not fluoride exposure. These values in turn allow for the direct estimation of fluoride exposures as long as the fluoride concentration in water is known. In the case of water fluoridation, fluoride is added at a concentration of 0.7 micrograms of fluoride per milliliter of water (i.e., 0.7 milligrams per liter). I have thus converted EPA's recommended water intake estimates into fluoride exposures (0.17, 0.20, and 0.13 mg/kg/day for ages < 1 month, 1 to < 3 months, and 3 to < 6 months, respectively).

[13] Thiessen (2019a), pp. 66-67.

[14] EPA (2019a), p. 3-9.

[15] EPA (2019a), p. 3-9.

[16] Thiessen (2019a), p. 67.

[17] Thiessen (2019a), pp. 65-67.

[18] EPA (2019a), p. 3-4.

[19] EPA's report also provides recommended water intake values for pregnant women (EPA 2019a, p. 3-7), which result in an estimated mean fluoride exposure of 0.011 mg/kg/day and a 95th percentile value of 0.026 mg/kg/day.

[20] Thiessen (2019a), pp. 65-67.

[21] EPA (2019a), p. 3-62.

[22] See EPA (2019a), pp. 3-4, 3-7, 3-9.

[23] 33-40 mL/kg/day (EPA 2019a, p. 3-4).

[24] Thiessen (2019a), pp. 66-67, based on NRC (2006).

[25] EPA (2019a), p. 3-62.



**Extent of exposure**: EPA's recommended values for ingestion of community water further support my opinion about the widespread extent of human exposure to fluoridation chemicals, and the associated neurological risks that this exposure presents. According to EPA's recommended values,[26] the *mean* waterborne fluoride exposure among community water consumers in the U.S. population (0.012 mg/kg/day) exceeds four of the five reference doses that I derived from the animal neurotoxicity literature (i.e., 0.0007 to 0.01 mg/kg/day).[27] Since approximately 200 million people live in artificially fluoridated areas in the U.S., the *mean* dose will be ingested by tens of millions of Americans. Even with the highest (i.e., *least protective*) reference dose that I derived (0.03 mg/kg/day), EPA's recommended values show that 5% of U.S. community water consumers in fluoridated areas (i.e., millions of people) will still exceed it.

**Summary:** EPA's recommended values on water consumption in the U.S. support the exposure estimates for fluoride that I used in my risk assessment, and provide further support for my opinion that the fluoride exposures produced by the fluoridation of public water supplies pose a widespread risk of harm.

## (2) EPA's Draft Risk Evaluation for NMP further supports my opinions

At the time I issued my expert report, EPA had not yet released any of its draft risk evaluations under Section 6 of the amended TSCA.[28] Recently, I have had the opportunity to review EPA's draft risk evaluation for NMP, which further supports my opinions in the following ways:

**Hazard Assessment**: Consistent with most of the risk assessments that I reviewed as part of my report, EPA based its hazard finding on *animal data alone*, as EPA did not identify *any* human data on the critical effect for chronic exposures (i.e., reproductive toxicity).[29] Further, as with the RDX hazard assessment that I reviewed in my report, the animal data on reproductive toxicity in NMP-exposed animals were *not* unanimous in showing the effect: three studies found reduced fertility in the exposed animals, and three studies did not.[30] The fact that EPA found this evidence sufficient to make a hazard finding lends further support to my opinion on the sufficiency of the fluoride hazard data, because—unlike NMP—the fluoride database includes an abundance of both animal *and* human studies, including a series of *prospective cohort studies* which EPA has described as an "invaluable" study type that permits "direct estimate of risk."[31]

**Risk Characterization**: EPA's risk characterization for NMP further supports my risk characterization for fluoride neurotoxicity on a number of grounds. <u>First</u>, EPA used a margin of exposure (MOE) analysis, as I did.[32,33] <u>Second</u>, EPA used a benchmark MOE of 30, as I did in several of my analyses, and EPA characterizes this as a low benchmark that "indicates greater certainty in the data (because fewer

---

[26] EPA (2019a), p. 3-4.
[27] Thiessen (2019a), p. 62.
[28] I submitted my expert report on June 27, 2019, which was one day before EPA issued its first draft risk evaluations under the amended TSCA. (See https://www.epa.gov/chemicals-under-tsca/epa-releases-two-draft-chemical-risk-evaluations-public-and-science-review)
[29] EPA (2019b), p. 207; Thiessen (2019a), p. 7.
[30] EPA (2019b), pp. 173-74; Thiessen (2019a), p. 10.
[31] Thiessen (2019a), pp. 15-18, 26.
[32] EPA (2019b), pp. 300-301; Thiessen (2019a), pp. 64-67. EPA also used the MOE method in its risk evaluation for TCE (EPA 2020, pp. 375-76).
[33] In its MOE analysis for NMP, EPA used blood concentrations of NMP as the unit of exposure (EPA 2019b, p. 211). While I used daily fluoride intake as the unit for my MOE analysis, I supported my findings by pointing out that "recent prospective birth cohort studies have found significant reductions in IQ at maternal urinary fluoride levels that are widely exceeded by pregnant women living in fluoridated areas" (Thiessen 2019a, p. 66).



of the default UFs relevant to a given POD . . . were applied)."[34] Third, as it did in its recent evaluation for TCE, EPA used 95th percentile exposures to represent "high end" human exposures among workers to calculate the actual MOEs, which is the same percentile I used for high-end exposures for bottle-fed infants, and a *higher* percentile than I used for the elderly (i.e., 90th percentile).[35] EPA's risk characterization for NMP thus provides further support for the methods I used to characterize risk.

**Risk Determination**: EPA's analysis of unreasonable risk for NMP further supports my risk determination for fluoridation chemicals.

First, one of the factors that EPA considered for its risk determination is "severity" of the hazard.[36] Although EPA does not appear to explain how this factor supported its risk determination for NMP, this factor does support an unreasonable risk finding for fluoridation chemicals. As explained in my initial report, the EPA has recognized IQ loss to be an adverse health effect that should be protected against and has recognized that learning/memory impairments in animals is an appropriate endpoint to use for risk assessment.[37]

Second, EPA considered the type of population exposed, including whether "susceptible" subsets are exposed, as another risk-related factor.[38] In the NMP risk evaluation, the EPA did not address *any* general population exposures, and made unreasonable risk findings for conditions of use that involved as few as 1,900 workers.[39] As discussed in my initial report,[40] the number of humans exposed to fluoridated water is orders of magnitude greater, and includes widespread *general population* exposure and *millions* of *susceptible* individuals (e.g., pregnant women and bottle-fed infants).[41]

Third, EPA's risk determination for NMP also considered "uncertainties" in the data.[42] The uncertainties that EPA discusses in its unreasonable risk analysis for NMP all relate to the complexities of estimating workplace exposures given the array of assumptions that need to be made, including "assumptions about glove use, glove effectiveness, duration of contact with NMP, concentration of NMP, and amount of skin surface contact with NMP."[43] Estimating fluoride exposure from drinking water involves much less uncertainty as the concentration of fluoride in the water is defined (0.7 mg/L), and there are robust data on water consumption in the U.S., as discussed earlier.

Fourth, EPA states that an unreasonable risk finding gains additional justification where there is "high confidence in the hazard and exposure characterizations."[44] This further supports my risk determination for fluoridation chemicals because, as explained in my report, the data permit "high

---

[34] EPA (2019b), p. 301; Thiessen (2019a), p. 65.
[35] EPA (2019b), pp. 266, 300; EPA (2020), p. 108; Thiessen (2019a), pp. 65-66. In its risk evaluation for TCE, EPA notes that: "Where statistical data are reasonably available, EPA typically uses the 95th percentile value of the reasonably available dataset to characterize high-end exposure for a given condition of use" (EPA 2020, p. 353).
[36] EPA (2019b), p. 299.
[37] Thiessen (2019a), p. 25; Thiessen (2019b), pp. 21-22.
[38] EPA (2019b), p. 299.
[39] EPA (2019b), pp. 307, 311.
[40] Thiessen (2019a), p. 64.
[41] In my initial report, I stated that 210 million Americans receive artificially fluoridated water (Thiessen 2019a, p. 64). This figure, which came from CDC, appears to include approximately 10 million people with naturally occurring fluoride at or above the recommended level.
[42] EPA (2019b), p. 299.
[43] EPA (2019b), pp. 303-326.
[44] EPA (2019b), p. 300.



confidence" for the hazard assessment, and the exposure estimates in my report are consistent with and supported by water intake data for which EPA has "medium to high confidence."[45]

**Summary:** EPA's recent risk assessment for NMP supports the methodology and findings in my report on fluoride neurotoxicity.

Kathleen M. Thiessen

March 13, 2020

**REFERENCES**

EPA (Environmental Protection Agency). 2011. Exposure Factors Handbook: 2011 Edition, EPA/600/R-090/052F (September 2011).

EPA (Environmental Protection Agency). 2019a. Update for Chapter 3 of the Exposure Factors Handbook: Ingestion of Water and Other Select Liquids, EPA/600/R-18/259F (February 2019).

EPA (Environmental Protection Agency). 2019b. Draft Risk Evaluation for N-Methylpyrrolidone (2-Pyrrolidinone, 1-Methyl-) (NMP), EPA-740-R1-8009 (October 2019 DRAFT).

EPA (Environmental Protection Agency). 2020. Draft Risk Evaluation for Trichloroethylene, EPA-740-R1-8008 (February 2020 DRAFT).

Thiessen, K.M. 2019a. Assessment of the Neurotoxicity of Fluoride. Report submitted for this case June 27, 2019.

Thiessen, K.M. 2019b. Rebuttal and Supplemental Report on Fluoride in Drinking Water. Report submitted for this case August 1, 2019.

---

[45] Thiessen (2019a), p. 26; EPA (2019a), pp. 3-6, 3-10.



# **Exhibit B**

# Assessment of the Neurotoxicity of Fluoride

Kathleen M. Thiessen, Ph.D.
June 27, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



# TABLE OF CONTENTS

I.     Introduction ........................................................................................................3

    A.    Assignment .............................................................................................3

    B.    Qualifications .........................................................................................3

    C.    Summary of Opinions .............................................................................4

    D.    Updates and Reservation........................................................................4

    E.    Compensation and Prior Litigation Work...............................................4

II.    Opinions ...........................................................................................................5

    A.    Neurotoxicity is a hazard of fluoride exposure ......................................5

    B.    Neurotoxicity is a more sensitive effect of fluoride exposure
         than severe dental fluorosis...................................................................28

    C.    Identifiable subsets of the population have heightened susceptibility
         to the risk of harm from fluoridation chemicals ...................................33

    D.    The current EPA reference dose for fluoride is not
         protective against neurotoxicity............................................................51

    E.    Fluoridation chemicals present an "unreasonable risk" of neurotoxicity,
         as defined by EPA.................................................................................63

III.    Conclusions.....................................................................................................69

IV.    References.......................................................................................................70


Appendix A:  Recent animal studies of fluoride neurotoxicity (Tables A-1 and A-2).................99

Appendix B:  Studies associating fluoride exposure with cognitive deficits in humans ............112

Appendix C:  Figures ...............................................................................................................119

Appendix D:  Adequacy of EPA's 2010 RfD with respect to the knowledge then
                available to EPA..................................................................................123

Appendix E:  Lack of effectiveness of community water fluoridation in improving
                dental health ........................................................................................137

Appendix F:  Resume of Kathleen M. Thiessen, Ph.D................................................................144



## I.      INTRODUCTION

### A.      Assignment

I was asked to apply risk assessment frameworks used by the Environmental Protection Agency (EPA) to the current scientific literature on fluoride neurotoxicity to determine whether neurotoxicity is a hazard of fluoride exposure, and whether this hazard is a risk at the levels of fluoride added to drinking water for fluoridation (0.7 mg/L).

### B.      Qualifications

I am a risk assessment scientist at Oak Ridge Center for Risk Analysis in Oak Ridge, Tennessee. For more than 30 years, I have been involved in the evaluation of exposures, doses, and risks to human health from trace levels of contaminants in the environment, including fluoride, and in the use of uncertainty analysis for environmental and health risk assessment.  In the course of my work as a risk assessment scientist, I have done work for the U.S. Environmental Protection Agency (EPA), the U.S. Department of Energy, the Centers for Disease Control and Prevention, the U.S. Nuclear Regulatory Commission, the National Cancer Institute, and the National Institute for Occupational Safety and Health, as well as a number of other government and private clients.

I have authored several reports for the EPA on the health effects of specific environmental contaminants, including Health Issue Assessments of fluorides (hydrogen fluoride and related compounds) and mercuric chloride.  More recently, I served on two subcommittees of the National Research Council's (NRC) Committee on Toxicology, one which was asked by EPA to review the toxicologic literature on fluoride (which resulted in the 2006 publication *Fluoride in Drinking Water:  A Scientific Review of EPA's Standards*), and one dealing with guidance levels for air contaminants (including hydrogen fluoride) in submarines.

As part of my work, I contributed to the development of a risk-based screening approach to prioritize further investigation of chemical and radioactive contaminants and exposure situations in various assessment contexts.  I led in the application of risk-based screening techniques for the reconstruction of doses and health risks associated with releases of chemicals and radionuclides from the U.S. Department of Energy's Oak Ridge (Tennessee) facilities.  I also led in the analysis of human exposures, doses, and health risks to off-site individuals associated with historic releases of radionuclides to the Clinch River from the Oak Ridge facilities.

Currently, I lead the Working Group on Assessment of Exposures and Countermeasures in Urban Environments for the International Atomic Energy Agency's (IAEA's) program on Development, Testing and Harmonization of Models and Data for Radiological Impact Assessment (MODARIA II).  In addition, I currently serve on a committee for the revision of the IAEA's Safety Report Series No. 19, "Generic Models for Use in Assessing the Impact of Discharges of Radioactive Substances to the Environment," and have been involved in the preparation of an IAEA guidance document on implementation of remediation strategies following accidental releases of radioactivity.

Throughout my career, I have authored or contributed to a number of open literature publications in peer-reviewed journals such as *Health Physics*, *Environmental Science and Technology*, *Environmental Pollution*, *Atmospheric Environment*, *Journal of Environmental Radioactivity*, and the *International Journal of Occupational and Environmental Health*.  I have also served as a peer reviewer for journals such as *American Journal of Preventive Medicine*, *Environment International*, *Environmental Pollution*, *Risk Analysis*, *Science of the Total Environment*, *Environmental Health Perspectives*, and *Journal of*



*Environmental Radioactivity*, among others.  My formal education is in biomedical sciences, with a concentration in the field of genetics, and I remain interested in the effect of genetic background on individual response to chemical or radiation exposures.  A list of my publications and technical reports is included in my resume, which is included herein as Appendix F.

### C.      Summary of Opinions

For the reasons described herein, I have reached the following conclusions to a reasonable degree of scientific certainty:

1. Based on the hazard identification principles set forth in EPA's *Guidelines for Neurotoxicity Risk Assessment*, there is sufficient evidence to conclude that neurotoxicity is a hazard of fluoride exposure.
2. Convergent data from experimental animal studies and epidemiological studies of human populations, alongside considerations of pharmacokinetics and biological plausibility, strongly indicate that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.
3. Identifiable subsets of the population have heightened susceptibility to the risk of harm from fluoridation chemicals.  These populations include the fetus; bottle-fed infants; the elderly; individuals with nutrient deficiencies, kidney disease, and/or high-water intake; and populations with specific genotypes.
4. The current EPA reference dose (RfD) for fluoride (0.08 mg/kg/day) is not protective against neurotoxicity, including loss of cognitive function.
5. Fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss, if assessed under the same analytical framework that EPA uses in its risk evaluations of other chemicals under the Toxic Substance Control Act (TSCA).

### D.      Updates and Reservation

The opinions expressed in this report are my own and are based on the data, documents, and facts available to me at the time of writing.  Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in my report.

### E.      Compensation and Prior Litigation Work

The hourly rate for my work in this case has been $225 to $300.  I have not been deposed in the last four years.  My hourly rate for depositions is $300.



## II.      OPINIONS

### A.      Neurotoxicity Is a Hazard of Fluoride Exposure

1.   Historic Background

The early epidemiological studies in the U.S. that claimed to establish the safety of waterborne fluoride[1] (fluoride concentrations ranging from 1 to 8 mg/L in drinking water) did not address the potential for fluoride to cause neurological effects, including IQ loss.[2]  The primary focus of these early studies was, instead, on skeletal health.  Although largely overlooked, some of the early studies of occupationally exposed workers,[3] as well as some of the early studies of fluoride-exposed animals,[4] reported central nervous system effects from fluoride exposure.  In a 1953 study of monkeys, Wadhwani and Ramasway reported that monkeys with chronic fluorosis "did not conduct themselves with intelligence and agility of mind normally associated with them.  There was a significant lack of co-ordination in their behaviour."[5] These early observations, some of which remained unpublished,[6] were largely ignored.  In 1985, when EPA proposed a Maximum Contaminant Level Goal (MCLG) for fluoride of 4 mg/L for fluoride, the Agency did not consider this early literature on neurotoxicity and did not consider neurotoxicity to be a potential hazard of fluoride exposure.[7]

The first known study of fluoride and intelligence in humans was published in 1989 by Ren and colleagues in China.[8]  A flurry of similar studies were published in China in the 1990s.[9]  Most of these studies were published in Chinese, and they remained largely unknown outside of China until English translations started to become available after 2000.

2.   NRC Report

In 2006, the NRC concluded that "fluorides have the ability to interfere with the functions of the brain and the body by direct and indirect means."[10]  The NRC reached this conclusion based on the

---

[1] This report deals with "fluoride" generally.  For some epidemiological studies, this means naturally occurring fluoride in drinking water, usually without discussion of other mineral content in the water.  For laboratory studies in rodents, this usually means NaF.  For epidemiological studies in artificially fluoridated areas, this means "fluoridation chemicals," which usually include NaF, $Na_2SiF_6$, and $H_2SiF_6$ (NRC 2006, pp. 52-53; the latter two chemicals are known as silicofluorides).  Exposure to aluminum fluorides is also common (NRC 2006, pp. 51-52).  For any epidemiological studies, total fluoride exposure (which might or might not be addressed) includes exposure to fluoride from drinking water, beverages or foods prepared with tap water, tea, toothpaste and other dentifrices, and other sources.  See Chapter 2 of NRC (2006) for more information on fluoride exposure.  This report assumes that any effect attributable to NaF (e.g., in animal studies) will also be a risk for exposure to "fluoridation chemicals" (including silicofluorides) and aluminum fluorides; in addition, both silicofluorides and aluminum fluorides may pose risks beyond those associated with NaF (NRC 2006, pp. 51-53).
[2] Call et al. (1965); Leone et al. (1954; 1955a; 1955b); McCauley and McClure (1954); McClure (1944); Schlesinger et al. (1956a; 1956b); Stevenson and Watson (1957).
[3] Roholm (1937); Popov et al. (1974).
[4] Wadhwani and Ramasway (1953); Lu et al. (1961); Rice and Lu (1963); Sadilova et al. (1968).
[5] Wadhwani and Ramasway (1953).
[6] See, for example, a Manhattan Project memo by Ferry (1944).
[7] Neurotoxicity was not included in a 1985 draft Criteria Document prepared for the EPA (ICAIR 1985) or in the proposed and final versions of EPA's National Primary Drinking Water Regulations for fluoride (Federal Register 1985a; 1985b).
[8] Ren et al. (1989).
[9] Qin et al. (1990); Chen et al. (1991); Guo et al. (1991); Lin et al. (1991); Sun et al. (1991); An et al. (1992); Li et al. (1994); Xu et al. (1994); Yang et al. (1994); Duan et al. (1995); Li et al. (1995); Wang et al. (1996); Yao et al. (1996; 1997); Zhao et al. (1996).
[10] NRC (2006), p. 222.



histological, biochemical, and molecular findings from animal studies published in the 1990s and early 2000s. These findings included reduced protein and phospholipid content in the brains of fluoride-treated animals; inhibition of acetylcholinesterase; interference with neurotransmitters; increased production of free radicals in the brain (i.e., oxidative stress); neuronal deformations; increased uptake of aluminum; and enhancement of reactive microglia.[11]

As part of its report, the NRC also reviewed the few studies on fluoride and intelligence that were then available in English.[12]  Various methodological limitations were identified with these studies, but the NRC concluded that the consistency of the results (i.e., reduced intelligence among children exposed to elevated fluoride) warranted further epidemiological research into the potential of fluoride to lower IQ.  The NRC also reviewed several behavioral studies in animals, including two that examined the impact of fluoride on learning and memory, but the data were not yet sufficient to draw conclusions.[13]  The NRC did, however, recommend that additional animal studies be conducted to evaluate cognitive effects of fluoride exposures.[14]

Of additional relevance to the neurotoxic potential of fluoride exposures, the NRC reviewed the toxicologic literature on fluoride's effects on the endocrine system, including the thyroid gland. The NRC concluded that fluoride is an endocrine disrupting chemical which can alter thyroid function at estimated average intakes as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency.[15] The NRC recognized the potential relevance of fluoride's endocrine effects to neurotoxicity, noting that depressed thyroid function during pregnancy can lower the IQ of the offspring.[16]

The NRC's findings on the neurotoxic potential of fluoride have been accepted as an accurate summary of the hazard by the EPA and other federal agencies, including the CDC.[17]  It is important to recognize, however, that much additional research on fluoride's neurotoxicity has been published since the NRC's report. As discussed below, the evidence of fluoride neurotoxicity is much stronger today than when the NRC conducted its review.

3.   Application of EPA's Guidelines for Neurotoxicity Risk Assessment

The EPA has established guidelines for neurotoxicity risk assessment ("Guidelines") which the Agency has stated it "will follow in evaluating data on potential neurotoxicity associated with exposure to environmental toxicants."[18]  Under the Guidelines, the risk assessor must make a qualitative determination as to whether a hazard for neurotoxicity "could exist."[19]  "A single adverse endpoint from a well-conducted study" is "sufficient evidence" under the Guidelines to establish that "a hazard for neurotoxicity could exist."[20]  If no individual study is sufficient to establish a hazard, "the total available data may support such a conclusion."[21]

---

[11] NRC (2006), pp. 221-222.
[12] Li et al. (1995); Zhao et al. (1996); Lu et al. (2000); Xiang et al. (2003a; 2003b).
[13] NRC (2006), pp. 215-216, 221.
[14] NRC (2006), p. 223.
[15] NRC (2006), pp. 262-263, 266.
[16] NRC (2006), p. 263.
[17] EPA (2010b), p. i; Federal Register (2015), p. 24940; USDHHS Panel (2015), p. 322; Deposition of Casey Hannan at 115:4-125:3 & 136:21-140:1.
[18] EPA (1998a), p. 1; Federal Register (1998), p. 26927.
[19] EPA (1998a), pp. 53, 55-56; Federal Register (1998), pp. 26945-26946.
[20] EPA (1998a), p. 55; Federal Register (1998), p. 26946.
[21] EPA (1998a), p. 56; Federal Register (1998), p. 26946.



*Animal Studies – General Considerations*

Under the Guidelines, the hazard determination "can be based on either human or animal data."[22] EPA has a preference for using human data if suitable data exist;[23] in practice, however, animal data are almost always used.[24] EPA has expressly applied the Guidelines in 10 risk assessments.[25] Based on these assessments, EPA established reference doses (RfDs; summarized in Table 1) and/or reference concentrations (RfCs) to protect against neurotoxicity for 9 chemicals or groups of chemicals.[26] In each of these assessments, EPA relied on animal data to establish the RfD or RfC. One reason that EPA uses animal studies is that they "provide more precise exposure information, and control environmental factors better."[27] Another reason is that human data are rarely available: for 6 of the 9 chemicals for which EPA established RfDs or RfCs based on neurotoxicity endpoints, there were *no* human data on neurotoxicity (Table 1).

Neurotoxic endpoints in animal studies fall into several categories, including neuroanatomical (e.g., neuropathological), neurochemical, neurophysiological, behavioral and neurological, and developmental.[28] Neuroanatomical endpoints include gross changes to the brain, such as reduced brain weight, as well as changes to brain cells that are detectable under a microscope (i.e., "histological").[29] Neurochemical effects include alterations in synthesis, release, uptake, or degradation of neurotransmitters; alterations in second-messenger activities; and alterations or inhibition of enzymes or proteins.[30] Neurophysiological effects include alterations in nerve conduction or electroencephalographic patterns.[31] Behavioral and neurological changes include alterations to motor activity, changes in sensory abilities or motor coordination, seizures, and impairments in learning, memory, and attention.[32] Developmental endpoints include both changes in timing of the appearance of behaviors during development and changes in growth or organization of the nervous system.[33] In its risk assessments to date, EPA has established reference doses based on both neuroanatomical and behavioral effects, including axonal swelling in peripheral nerves (2-Hexanone),[34] reduced brain weight (Methanol),[35] reduced pain sensitivity (Trimethylbenzenes),[36] and impairment in

---

[22] EPA (1998a), p. 11; Federal Register (1998), p, 26931.
[23] EPA (2018a), p. 2-1.
[24] EPA (1998a), p. 20; Federal Register (1998), p. 26934.
[25] See EPA (2018b), pp. 4-5. These 10 risk assessments were performed for BDE-47 (EPA 2008a), BDE-99 (EPA 2008b), BDE-153 (EPA 2008c), BDE-209 (EPA 2008d), Chlorine Dioxide and Chlorite (EPA 2000b), 2-Hexanone (EPA 2009c), Methanol (EPA 2013a), RDX (EPA 2018a), Trimethylbenzenes (EPA 2016), and Hydrogen Sulfide (EPA 2003).
[26] Reference doses or reference concentrations were based on neurological endpoints for BDE-47 (EPA 2008a), BDE-99 (EPA 2008b), BDE-153 (EPA 2008c), BDE-209 (EPA 2008d), Chlorine Dioxide and Chlorite (EPA 2000b), 2-Hexanone (EPA 2009c), Methanol (EPA 2013a), RDX (EPA 2018a), and Trimethylbenzenes (EPA 2016). For Hydrogen Sulfide, the risk assessment was based on a non-neurologic endpoint but was specifically expected to be protective for the neurological endpoints (EPA 2003, pp. 45-46).
[27] EPA (1998a), p. 20; Federal Register (1998), p. 26934.
[28] EPA (1988a), pp. 20-21; Federal Register (1998), pp. 26934-26935.
[29] EPA (1998a), p. 21; Federal Register (1998), p. 26934.
[30] EPA (1998a), pp. 21, 30-32; Federal Register (1998), pp. 26934, 26938-26939.
[31] EPA (1998a), p. 21; Federal Register (1998), pp. 26934-26935.
[32] EPA (1998a), p. 21; Federal Register (1998), p. 26935.
[33] EPA (1998a), p. 21; Federal Register (1998), p. 26935.
[34] EPA (2009c), p. 60.
[35] EPA (2013a), pp. 5-6, 5-16, 5-17. The inhalation RfC for methanol was derived from a neurological endpoint. An oral RfD for methanol was derived from the same inhalation studies, but was based on a non-neurological endpoint (p. 5-28); therefore methanol is not included in Table 1.
[36] EPA (2016), pp. xxv, xxvi, 2-22, 2-23, 2-35.



spontaneous motor activity, learning, memory, and habituation (BDE-47, BDE-99, BDE-153, and BDE-209).[37]

In considering the relevance of these endpoints to humans, the Guidelines provide four default assumptions. First, EPA assumes that "an agent that produces detectable adverse neurotoxic effects in experimental animal studies will pose a potential hazard to humans."[38] Second, EPA assumes that neuroanatomical, neurochemical, neurophysiological, and behavioral changes "are of concern."[39] Third, EPA assumes that "the neurotoxic effects seen in animal studies may not always be the same as those produced in humans" due to "species-specific differences in maturation of the nervous system, differences in timing of exposure, metabolism, or mechanisms of action."[40] Fourth, EPA assumes that "humans are as sensitive as the most sensitive animal species tested."[41] Each of these four assumptions is "plausibly conservative," meaning that "they are protective of public health and are also well founded in scientific knowledge about the effects of concern."[42]

Finally, the principal studies which EPA has used to establish RfDs or RfCs have not been "perfect" studies. In fact, in most of the neurotoxicity risk assessments, EPA has identified a number of methodological limitations with the studies. Some of the principal studies did not conform to EPA's testing guidelines for animal studies, some used relatively small numbers of animals (e.g., 10 per group), and the principal studies that investigated effects from prenatal exposures did not control for litter effects. As a result, EPA had "low" confidence in the principal study it used to set the RfD for BDE-209,[43] "low-to-medium" confidence in the principal study for Trimethylbenzenes,[44] and "medium" confidence in the principal studies for Chlorine Dioxide/Chlorite[45] and 2-Hexanone[46] (Table 1). This did not stop EPA from establishing RfDs for these chemicals.

In 2011 and 2014, the National Academy of Sciences (NAS) recommended that EPA implement certain changes with respect to how its Integrated Risk Information System (IRIS) conducts risk assessments—not with respect to neurotoxicity specifically, but risk assessments in general. The thrust of the NAS recommendations was that EPA should implement more transparent and systematic procedures for determining which studies and endpoints to consider.[47] The NAS also encouraged EPA to move away from selection of a single principal study upon which to derive RfDs,[48] and to make greater use of physiologically based pharmacokinetic (PBPK) modelling data when extrapolating animal findings to humans.[49]

---

[37] EPA (2008a), p. 43; EPA (2008b), pp. 57-58; EPA (2008c), p. 32; EPA (2008d), pp. 51, 55.
[38] EPA (1998a), p. 6; Federal Register (1998), p. 26929.
[39] EPA (1998a), p. 6; Federal Register (1998), p. 26929.
[40] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[41] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[42] EPA (1998a), p. 7; Federal Register (1998), p. 26929.
[43] EPA (2008d), p. 66.
[44] EPA (2016), pp. 2-26, 2-36.
[45] EPA (2000b), p. 40.
[46] EPA (2009c), p. 79.
[47] NAS (2011), pp. 4, 164; NAS (2014), pp. 137-138.
[48] NAS (2014), p. 118.
[49] NAS (2014), p. 33.



Table 1.  Chemicals with oral RfDs based on neurological endpoints, assessed according to EPA's Guidelines for Neurotoxicity Risk Assessment.[a]

| Name of Chemical | Human Neurotoxicity Data?[b] | Principal Study | Confidence in Principal Study | Known Mode of Action? | Effect | Reference |
|---|---|---|---|---|---|---|
| BDE-47 | No | Animal | Not given[c] | Inadequate data | Changes in spontaneous motor activity and habituation | EPA (2008a) |
| BDE-99 | No | Animal | Not given[d] | Inadequate data | Neurobehavioral developmental effects; changes in motor activity | EPA (2008b) |
| BDE-153 | No | Animal | Not given[e] | Inadequate data | Spontaneous behavior, learning and memory | EPA (2008c) |
| BDE-209 | No | Animal | Low | Inadequate data | Changes in spontaneous behavior and habituation | EPA (2008d) |
| Chlorine Dioxide and Chlorite | No | Animal | Medium | No | Neurodevelopmental delay; lowered auditory startle amplitude | EPA (2000b) |
| 2-Hexanone | No | Animal | Medium | Yes | Axonal swelling in peripheral nerves | EPA (2009c) |
| RDX | One cross-sectional study, 16 case reports | Animal | High | Yes | Convulsions | EPA (2018a) |
| Trimethylbenzenes | Occupational studies of solvent mixtures, controlled experiments with healthy adults | Animal | Low to Medium | Tentative, based on structurally similar compounds | Decreased pain sensitivity | EPA (2016) |

[a] EPA (1998a); Federal Register (1998).

[b] Human studies of neurotoxicity endpoints, based on oral exposure.

[c] Confidence in the principal study was not stated, but the "overall confidence in the RfD assessment of BDE-47 is low" (EPA 2008a, p. 48).

[d] Confidence in the principal study was not stated, but the "overall confidence in the RfD [for BDE-99] is low" (EPA 2008b, p. 67).

[e] Confidence in the principal study was not stated, but the "overall confidence in the RfD assessment for BDE-153 is low" (EPA 2008c, p. 37).



Subsequent to the NAS's recommendations, EPA has issued two neurotoxicity risk assessments, for trimethylbenzenes (2016)[50] and RDX (2018).[51]  As with the prior risk assessments, both of these new risk assessments utilized animal data as the basis for the respective RfDs, as there were few human data available for either chemical.  For trimethylbenzenes, EPA identified a small number of occupational studies involving mixtures of solvents, as well as some controlled exposures of healthy adult volunteers (which generally showed little or no nervous system effects); these human data were considered inadequate for establishing an RfD.[52]  Similarly, with RDX, EPA identified three small-scale occupational studies and sixteen case reports of neurological effects associated with acute RDX exposures.  The human data on RDX were also considered inadequate to establish an RfD.[53]

For several of EPA's neurotoxicity risk assessments, including the 2018 risk assessment for RDX, EPA established an RfD despite a relatively small number of animal studies.  In the RDX risk assessment, EPA identified 16 (repeated dose) animal studies, only two of which had been published.  EPA characterized the animal studies as showing "consistent evidence" of neurotoxicity on the grounds that 11 of the 16 studies reported neurological effects,[54] and the effects were generally dose-related (although inconsistencies existed across the studies in terms of the doses that produced the effects).[55]  EPA's risk assessment of RDX highlights that "consistency" of the evidence is not synonymous with unanimity.

*Animal Studies on Fluoride Neurotoxicity*

The animal research on fluoride neurotoxicity was sufficient to permit the NRC to conclude, in 2006, that fluoride interferes with the functions of the brain.[56]  Many animal studies have been published since the NRC review, and the database is now stronger than it was when NRC issued its report.

A search of the National Library of Medicine's online database PubMed was conducted to identify studies published since the NRC's 2006 review.  The following search terms were used:  "fluoride and brain," "fluoride and learning," and "fluoride and memory."[57]  The titles of all studies published since 2006 were reviewed to identify potentially relevant studies, and, among potentially relevant primary studies, abstracts were reviewed to verify relevance.  Reviews, studies in Chinese for which translations were not available, and *in vitro* studies were excluded.  Full-text copies of all relevant studies were obtained.

In total, the search identified 110 papers.[58]  Papers that appeared to be reporting effects from the same underlying rodent experiment were treated as one study,[59] leaving 105 distinct studies.  This is not an exhaustive list of the studies published since 2006, as it does not reflect studies that were not indexed in PubMed (e.g., studies published in the journal *Fluoride* or in certain Chinese-language journals such as the *Chinese Journal of Endemiology*).  In addition, the search terms probably did not identify all relevant studies available on PubMed.  Nevertheless, this list should provide a reasonably representative sample of the

---

[50] EPA (2016).
[51] EPA (2018a).
[52] EPA (2016), pp. xxiii-xxiv, 1-5 to 1-7, 1-66.
[53] EPA (2018a), pp. xxxix-xl, 1-13, 1-80.
[54] EPA (2018a), p. 1-23.
[55] EPA (2018a), pp. 1-12, 1-18.
[56] NRC (2006), p. 222.
[57] These search terms are expected to identify many neurotoxicity studies, but not necessarily all studies that examined neurotoxic effects.  For example, studies of neuroanatomical or neurochemical effects might not be identified with these search terms.
[58] Summarized in Appendix A, with the exception of papers excluded for the reasons discussed below.
[59] Adedara et al. (2017a; 2017b); Akinrinade et al. (2015a; 2015b); Basha et al. (2011a; 2011b); Basha and Sujitha (2012a; 2012b); and Zhu et al. (2011) and Zhang et al. (2011).



*Food and Water Watch v. EPA*                                                                                      *Thiessen Report*

recent literature, and there is no apparent reason to believe that studies listed on PubMed would be skewed towards finding adverse effects. According to the NAS, "PubMed searches are critical for identifying the literature on risks to health."[60]

Of the recent studies identified, all but 4 reported associations between fluoride exposure and neurotoxic outcomes.[61] Table A-1 in Appendix A provides data from the 89 animal studies which investigated "structural" (e.g., neuroanatomical and neurochemical) endpoints, and Table A-2 provides data from the 37 animal studies which investigated the "functional" effects of learning and memory. Thirty studies investigated both types of effects and are in both lists. To facilitate comparisons across these studies, Tables A-1 and A-2 exclude 2 studies of non-rodents[62] as well as four studies in which the fluoride exposure was part of a mixture involving other potentially neurotoxic chemicals,[63] one study involving exposure by a route other than ordinary ingestion,[64] and two behavioral studies with endpoints that did not specifically involve learning and memory.[65]

As can be seen in Table A-1, rodent studies published since the NRC review have continued to document structural (e.g., neuroanatomical and neurochemical) changes in the brains of fluoride-treated rodents. These changes include oxidative stress, neuronal degeneration, mitochondrial disturbances, reductions in nicotinic receptors, impaired synaptic plasticity, and neuroinflammation.

Among the recent studies that have investigated both structural and functional effects of fluoride, the former have sometimes (but not always) occurred at lower exposures, suggesting that fluoride can cause cellular and biochemical changes in the brain prior to the manifestation of outwardly demonstrable deficits.[66] Put another way, deficits in learning and memory likely represent a relatively advanced stage of fluoride neurotoxicity. Nevertheless, both structural and functional harms have repeatedly been observed in rodents at water fluoride concentrations between 5 mg/L and 23 mg/L (corresponding to 10 to 50 mg/L NaF). As with the RDX literature,[67] there are some inconsistencies across the studies in the reported doses that can cause certain types of harm; these differences likely result, at least in part, from differences in study design, including differences in timing of exposure, duration of exposure, and strain and sex of animal.

Finally, it bears considering that most of the animal studies to date have used subchronic exposure scenarios, which would tend to understate the effect from lifetime exposure. EPA's testing guidelines define a chronic exposure study in rodents as one that lasts at least 12 months.[68] None of the recent learning studies have lasted 12 months, and only 1 of the recent structural studies has lasted 12 months or more.[69]

---

[60] NAS (2011), p. 26.

[61] Negative results were reported by Whitford et al. (2009), Pulangan et al. (2018), McPherson et al. (2018), and Jia et al. (2019). These studies are discussed later in this report.

[62] Khatun et al. (2018) used fruit flies (*Drosophila melanogaster*), and Mukhopadhyay et al. (2015) used zebrafish (*Danio rerio*).

[63] Gui et al. (2010) used fluoride-polluted corn that had been dried by burning high-fluoride coal. Ranpariya et al. (2011) used aluminum fluoride ($AlF_4^-$). Nalagoni and Karnati (2016) used a mixture of $AlCl_3$ and NaF. Hussien et al. (2018) used a mixture of aluminum, cadmium, and fluoride.

[64] Cao et al. (2019) used daily intragastric administration.

[65] Bartos et al. (2015) examined the effect of fluoride on the functional outcomes of anxiety and depression, but not learning and memory. Kinawy and Al-Eidan (2018) used $AlCl_3$, NaF, and a mixture of the two; disturbed locomotor behavior and alterations in some hormone levels were observed in rats treated with fluoride alone or in combination with aluminum.

[66] See, for example, Agustina et al. (2018); Ma et al. (2015); Niu et al. (2018a); Sun et al. (2018); Wang et al. (2018a); Zhang et al. (2019); Zhao et al. (2019).

[67] EPA (2018a).

[68] EPA (1998b), p. 1.

[69] Teng et al. (2018).



This takes on added interest when considering that, among studies that have tested animals at multiple points in time, the effects have tended to worsen with time, with some effects not appearing at all until 3 to 6 months of chronic exposure.[70]  Most of the studies on fluoride neurotoxicity have lasted no longer than 3 months (See Tables A-1 and A-2).

*NTP Reviews*

In 2015, the National Toxicology Program (NTP) completed a systematic review of the animal literature on fluoride neurotoxicity and submitted a report to the Australian government.[71]  The NTP limited its review of the literature to the minority of studies that have measured learning, memory, and other behavioral effects.[72]  The NTP identified the studies through searches of PubMed, BIOSIS, EMBASE, Scopus, Web of Science, PsycINFO, and several other specialized databases.[73]  In total, NTP identified 44 studies of learning and memory, 14 of which were excluded due to risk of bias from lack of randomization, lack of blinding at outcome assessment, or other design deficiencies.[74]  From the remaining 30 studies, NTP concluded that there was "a moderate level-of-evidence for a pattern of findings suggestive of an effect on learning and memory in rats treated during development or adulthood."[75]  Moderate level of evidence is the second highest level of evidence under NTP's 5-grade classification criteria.[76]

In 2016, the NTP published an updated version of its systematic review.[77]  In the updated review, NTP identified an additional four studies on learning and memory, two of which were excluded for bias, resulting in a total of 32 studies for its analysis.[78]  NTP maintained its conclusion that a "moderate" level of evidence exists for learning and memory deficits in fluoride-treated adult animals, but downgraded its conclusion for developmental exposures to "low."[79]  NTP had less confidence in the developmental studies due to their general failure to control for litter effects, as well as the relatively few developmental studies that used fluoride concentrations lower than 25 mg/L in drinking water.[80]  Further, in contrast to NTP's 2015 report, the 2016 updated report considered the absence of animal studies using 0.7 mg/L (the current recommended fluoride concentration for human drinking water[81]) to be an important limitation in the research in terms of its relevance to human exposure levels.[82]

The NTP identified several common methodological limitations with the learning and memory studies, including failure to rule out fluoride-induced motor effects as the cause of the apparent cognitive deficits; failure to control for "litter effects" in the developmental studies; and lack of reported information on the study conditions, including the purity of the fluoride added to the water and the concentrations of

---

[70] For example, Güner et al. (2016); Liu et al. (2011); Yang et al. (2018a); Zhang et al. (2015a).

[71] NTP (2015a).

[72] NTP (2015a), pp. 1, 28.  "Studies assessing thyroid function or brain-related cellular, morphometric or histological endoints were considered beyond the scope of this analysis" (p. 1).  By limiting its review to studies investigating learning and memory, the NTP did not consider the much larger number of studies that have investigated neuroanatomical and neurochemical effects.

[73] NTP (2015a), pp. 1, 4.

[74] NTP (2015a), p. 1.

[75] NTP (2015a), p. 1.

[76] NTP (2015a), p. 11.  Under NTP's Hazard Identification Scheme, a chemical that has a moderate level of evidence of neurotoxicity in animals and a moderate level of evidence of neurotoxicity in humans is a "presumed" neurotoxicant (NTP 2015b, p. 67, Figure 8).

[77] NTP (2016).

[78] NTP (2016), p. vi.

[79] NTP (2016), p. 55.

[80] NTP (2016), p. 57.

[81] USDHHS (2015); Federal Register (2015).

[82] NTP (2016), pp. 55, 58.



fluoride in the rodent chow.  Many of the limitations identified by the NTP (e.g., lack of information on the purity of the fluoride compounds) would not be expected to skew the results in a consistent direction across laboratories.  Similarly, litter effects can produce false negatives as well as false positives,[83] and thus it is questionable whether they would skew the results of multiple studies in a consistent direction.  Moreover, some of the limitations that NTP identified (e.g., lack of statistical power due to a small number of animals), as well as limitations that NTP did not identify (e.g., in develomental studies, the absence of neonatal exposures that are comparable to those experienced by formula-fed infants[84]), would actually tend to bias the results toward the null.  Finally, the suggestion by NTP that rodent studies should use fluoride concentrations of 0.7 mg/L in order to be relevant to human exposures is at odds with longstanding tenets of risk assessment,[85] as explained later in this report; humans are considered much more sensitive to fluoride (and other chemicals) than are rats and mice.[86]

NTP also expressed concern that effects on learning and memory could not be definitively distinguished from effects on motor or sensory function that could have affected an animal's ability to perform adequately on the learning and memory tests.[87]  NTP did not mention that both kinds of effects are adverse effects, even if the precise nature of the effect is not clear.  In addition, as mentioned above, by limiting its review to studies investigating learning and memory, the NTP did not consider the much larger number of studies that have investigated neuroanatomical and neurochemical effects, endpoints that are more sensitive and also potentially less susceptible to bias associated with outcome assessment.

Subsequent to the NTP's review, 11 additional developmental studies have reported learning and memory outcomes.[88]  Ten of these studies found deficits in the fluoride-treated groups.  Notably, the Bartos et al. studies, which controlled for litter effects, found impairments in learning and memory at a fluoride concentration of just 5 mg/L.  While the other studies (with the exception of McPherson et al.) did not control for litter effects, this limitation does not preclude use of the research for setting an RfD.  As noted above, EPA has previously selected developmental studies that did not control for litter effects as principal studies for establishing neurotoxicity-based RfDs for other chemicals.

---

[83] Zorrilla (1997), p. 144; Lazic and Essioux (2013), p. 3.

[84] Fluoride concentrations in mammalian milk are very low in comparison to the mother's fluoride intake, even when the mother's fluoride intake is quite high (NRC 2006, pp. 33, 36; Drinkard et al. 1985).  In the animal studies described in this report that included maternal exposure to fluoride during lactation, the fluoride intake of the offspring during that period would have been low or negligible.  In contrast (as described later in this report), formula feeding of infants produces some of the highest fluoride exposures experienced by humans.  NTP (2016, p. 122) alludes to the difference in fluoride intakes between formula-fed and breastfed infants, but is not up to date on the minimal effect of maternal fluoride intake on the fluoride concentration in milk and does not discuss the reduced relevance of animal studies of maternal fluoride exposure during lactation with respect to formula-fed human infants.

[85] The principal author of the NTP study, Kristina Thayer, testified at her deposition that she is no longer comfortable with the assumption of a 1-to-1 equivalence between fluoride exposures in animals and humans; Thayer testified that she would approach the issue differently today, with greater attention to the principles of toxicokinetics and toxicodynamics. (Thayer Deposition at 151:9-152:3, 302:21-303:23).

[86] NTP (2016) discusses the differences in chronic fluoride exposure needed to reach similar fluoride concentrations in bone or plasma (pp. 122-123), and they provide an estimate of the water fluoride concentrations (7-9 mg/L, p. 56, footnote 14) needed to reach intakes in rats comparable to those in humans from 0.7 mg/L, allowing for allometric scaling between humans and rats.  Thus NTP should be aware that insisting on animal studies of exposures to 0.7 mg/L is inappropriate.

[87] NTP (2016), p. 55.

[88] Bartos et al. (2018; 2019); Chen et al. (2018a); Cui et al. (2017); Ge et al. (2018); McPherson et al. (2018); Sun et al. (2018); Wang et al. (2018a); Zhao et al. (2019); Zhu et al. (2017); Zhou et al.(2019).



*No-effect Studies in Animals*

McPherson et al. (2018) is the one developmental study that did not find adverse effects on learning and memory subsequent to NTP's review. Several features of the study may help to explain this result.[89] For example, McPherson et al. used Long Evans Hooded rats. Elliott suggested as far back as 1967 that the Long Evans Hooded rat may have lower sensitivity to fluoride than other strains,[90] and McPherson's study is consistent with this finding. In total, three studies have examined the effect of fluoride on learning in Long Evans rats, and all three have failed to find an effect.[91] Other research has found that Long Evans Hooded rats have different sensitivities to teratogenic substances *in utero* than Sprague-Dawley rats,[92] which adds plausibility to possible strain-specific differences between Long Evans Hooded rats and the rats more commonly studied in fluoride studies to date. Secondly, in contrast to most of the other developmental studies, McPherson et al. did not start the exposure until the 6th day of gestation.[93] As pregnancy in rats lasts approximately 21 days, any effects due to exposures during the first trimester are unlikely to have been detected by McPherson's study design. Finally, as discussed above, although the mother rats were exposed through the lactation period, and the offspring rats continued at the same level of exposure after weaning, exposure of the offspring during most of the pre-weaning period would have been minimal, as the fluoride content of rat milk (as with milk of other mammals) is very low in comparison to the mother's fluoride intake. Thus the major exposure of the offspring rats was limited to the later gestational period and the post-weaning period, and important periods of potential susceptibility (early gestation and the neonatal period) were missed. As with most other developmental studies in rodents, exposures comparable to those received by formula-fed human infants in fluoridated areas have been completely neglected.

Three additional studies listed in Tables A-1 and A-2 also reported no neurotoxic effects from fluoride exposure.[94] The studies by Whitford et al. study and Pulungan et al. started with adult animals, and the study by Jia et al. started at gestational day 9; thus part or all of the gestational period was missed in these studies. Jia et al. looked for an effect of fluoride in conjunction with intrauterine inflammation; comparison of fluoride-treated vs. control groups without intrauterine inflammation was not provided for most endpoints.[95] Pulungan et al. found non-significant effects on the prefrontal cortex, a part of the brain not examined in very many other studies.[96] Whitford et al. did not specifically mention whether the outcome assessment was blinded, although both the treatment allocation and the selection of animals for tissue sampling were randomized.[97] As described in the Guidelines, four studies with apparent no effect, for a small set of endpoints, cannot be expected to disprove a much larger number of studies and endpoints that have shown a neurotoxic hazard from fluoride ingestion. "To judge that an agent is unlikely to pose a hazard for neurotoxicity, the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects."[98]

*Human Studies*

---

[89] See also comments by Spencer and Limeback (2018).
[90] Elliott (1967).
[91] Elliott (1967); Varner et al. (1994); McPherson et al. (2018).
[92] Kang et al. (1986).
[93] McPherson et al. (2018).
[94] Whitford et al. (2009); Pulungan et al. (2018); Jia et al. (2019).
[95] Jia et al. (2019).
[96] Pulungan et al. (2018).
[97] Whitford et al. (2009).
[98] EPA (1998a), pp. 55-56; Federal Register (1998), p. 26946.



The Guidelines recognize several types of human studies that can inform the hazard identification analysis, including case reports and epidemiological studies.[99]  In contrast to the 9 chemicals for which EPA has established RfDs or RfCs pursuant to the Guidelines (most of which did not have *any* human studies available), both categories of human studies are available for fluoride, including the most reliable kind of epidemiological study, prospective cohort studies.

I have become familiar with the human epidemiological data on fluoride neurotoxicity, both through my work for the National Research Council, and through my ongoing review of the literature.  A systematic review of the human literature was not considered necessary nor particularly helpful, since systematic reviews have already been conducted,[100] and those few studies reporting no effects are well known to people familiar with fluoride research.[101]  As those familiar with the literature know, there are many more studies reporting associations of fluoride exposure with neurotoxic outcomes than the reverse.  The number of studies reporting no association between fluoride and neurotoxic outcomes is quite small, and, as such, a systematic review was not considered necessary to identify and address them.  Each of these "no effect" studies is addressed below.  To ensure that there are no additional no-effect studies, I reviewed the results of my PubMed searches for "fluoride and brain," "fluoride and learning," and "fluoride and memory," and conducted additional PubMed searches for "fluoride and intelligence" and "fluoride and IQ."  These searches did not retrieve any additional no-effect studies, although they did retrieve additional studies reporting adverse effects.  Due to the sheer magnitude of studies reporting associations with neurotoxic outcomes, I have not sought to review each of them.  For purposes of completeness, however, I have attached a reference list of all epidemiological studies of which I am aware that have reported associations between fluoride exposure and cognitive deficits.[102]

*Case Reports:*  As noted in the Guidelines, "the first type of human data available is often the case report or case series," including clinician observations of occupationally exposed workers.[103]  This statement holds true for fluoride.  Decades before the first study of fluoride and IQ was published, case reports and clinician surveys of occupationally exposed workers identified neurological symptoms among fluoride-exposed individuals, including general malaise, fatigue, headaches, and difficulties with concentration and memory.[104]  As the NRC noted, "[t]here are numerous reports of mental and physiological changes after exposure to fluoride from various routes (air, food, and water) and for various time periods."[105]

While case reports are generally not sufficient, by themselves, to establish a hazard, the Guidelines consider them "useful when corroborating epidemiological data are available."[106]  Moreover, several of the case reports could be characterized as "experimental studies," since they involved "individuals who underwent withdrawal from their source of fluoride exposure and subsequent re-exposures under 'blind' conditions.  In most cases, the symptoms disappeared with the elimination of exposure to fluoride and

---

[99] EPA (1998a), p. 15; Federal Register (1998), p. 26932.

[100] See for example Tang et al. (2008); Choi et al. (2012); Duan et al. (2018).

[101] Aggeborn and Öhman (2017); Barberio et al. (2017); Broadbent et al. (2015); Morgan et al. (1998); Shannon et al. (1986).

[102] Appendix B contains a list of 67 studies associating fluoride exposures with cognitive deficits in humans.

[103] EPA (1998a), p. 15; Federal Register (1998), p. 26932.

[104] Roholm (1937), pp. 138-140, 178; Spittle (1994).

[105] NRC (2006), p. 208.

[106] EPA (1998a), p. 15; Federal Register (1998), p. 26932.



returned when exposure was reinstated."[107]  The NRC recommended that further research be conducted to follow up on these findings from the case study literature.[108]

*Cross Sectional Studies*:  In cross-sectional studies, "both the disease and suspected risk factors are ascertained at the same time, and the findings are useful in generating hypotheses."[109]  In the case of fluoride, there are a large number of cross-sectional studies reporting neurotoxic outcomes, including impaired performance on the neurobehavioral core test battery,[110] impaired performance in the Rey-Osterreith Complex Figure Test,[111] and effects on infant neurodevelopment as measured by the Neonatal Behavioral Neurological Assessment.[112]  IQ is the primary neurological endpoint that has been studied,[113] but it bears considering that IQ is actually a relatively insensitive measurement of neurotoxicity, meaning that other neurological effects can occur prior to a measurable reduction in IQ.[114]

While cross sectional studies do not "allow the investigator to determine whether the disease or the exposure came first,"[115] this limitation is lessened when there is "a stable population where water supplies and fluoride concentrations have remained unchanged for many years."[116]  Many of the cross-sectional studies on fluoride and IQ have limited the study population to children who have lived in the same area since birth.[117]  In this context of stable populations and stable water fluoride levels, measurement of exposure at the time of the study can be a reasonable, albeit imperfect, proxy for exposure from the prenatal period onward.

The NRC report discussed the first several English-language IQ papers to become available.[118] Each of the studies that NRC reviewed found significant associations between fluoride exposure and reduced IQ.  While the studies lacked sufficient detail for the NRC to draw conclusions, the NRC found that "the consistency of the collective results warrant[s] additional research on the effects of fluoride on intelligence."[119]

In 2012, Choi et al. conducted a meta review of 27 studies, and found that "children in high fluoride areas had significantly lower IQ scores than those who lived in low-fluoride areas."[120]  Children in the high-fluoride areas had lower IQs by a standardized weighted mean difference of 7 IQ points (-0.45 SD).[121] Many of the studies included in the Choi review found reduced IQ at water fluoride levels between 2 and 4 mg/L, with one study reporting effects at 0.9 ppm among children with iodine deficiency.  While recognizing that some of the studies suffered from various deficiencies, including failure to report key information and failure to control for potential confounders, Choi concluded that "our results support the

---

[107] NRC (2006), pp. 208-209.
[108] NRC (2006), p. 221.
[109] EPA (1998a), p. 16; Federal Register (1998), p. 26932.
[110] Guo et al. (2001); Yazdi et al. (2011).
[111] Rocha Amador et al. (2009).
[112] Li et al. (2004).
[113] NRC (2006); Choi et al. (2012).
[114] Rocha Amador et al. (2009), p. 1150.
[115] EPA (1998a), p. 16; Federal Register (1998), p. 26932.
[116] Choi et al. (2012), p. 1367.
[117] Chen et al. (1991); Choi et al. (2015); Ding et al. (2011), Karimzade et al. (2014a; 2014b); Khan et al. (2015); Lu et al. (2000); Nagarajappa et al. (2013); Rocha Amador et al. (2007); Seraj et al. (2012); Sudhir et al. (2009); Wang et al. (2007); Yao et al. (1996; 1997); Zhang et al. (2015b).
[118] Lin et al. (1991); Li et al. (1995); Zhao et al. (1996); Lu et al. (2000); Xiang et al. (2003a; 2003b).  See NRC (2006), pp. 205-208, 231.
[119] NRC (2006), p. 221.
[120] Choi et al. (2012), p. 1362.
[121] Choi et al. (2012; 2013).



possibility of an adverse effect of fluoride exposures on children's neurodevelopment."[122]   Choi et al. recommended that future research "formally evaluate dose-response relationships based on individual level measures of exposure over time, including more precise prenatal exposure assessment."[123]   As discussed below, several such studies have now been conducted, and these studies add substantial confidence to the hazard assessment.

A more recent meta-analysis by Duan et al. has also reported a significant association between higher fluoride concentrations in water and lower intelligence in children, even allowing for country, sex, age, fluoride concentration, and type of intelligence assessment used.[124]   Duan et al. focused on studies published through November 2016 that examined the effects of waterborne fluoride exposures and which provided data on the water fluoride levels.  Each of the 26 studies that met Duan's inclusion criteria found lower IQs in the high-fluoride community when compared against the control.[125]   In a majority of these studies, the high-fluoride community had less than 4 mg/L in the water, including three studies which found significant effects at concentrations between 1 and 2 mg/L.[126]   The authors concluded that "Greater exposure to high levels of fluoride in water was significantly associated with reduced levels of intelligence in children."[127]   Analysis of dose-response trends in the data suggested the possibility of a ceiling effect in which effect sizes appeared to flatten at exposures above 4 mg/L.  If this effect is real, the dose-response curve for fluoride may be steeper at the lower end of the dose range, a possibility that gains further support from the recent findings of Bashash et al.,[128] discussed below.

*Recent Prospective Cohort Studies*:  EPA's Guidelines recognize that prospective cohort studies are "invaluable for determining the time course for development of dysfunction."[129]  In a prospective cohort, "a healthy group of people is assembled and followed forward in time and observed for the development of dysfunction."[130]  This study design "allows the direct estimate of risks attributed to a particular exposure, since toxic incidence rates in the cohort can be determined."[131]  A "major strength" of the prospective cohort design "is that it allows the calculation of rates to determine the excess risk associated with an exposure."[132]  Further, "biases are reduced by obtaining information before the disease develops."[133]  While bias can be introduced into the design if either the subject or examiner is aware of the exposure status, this bias can be eliminated through double-blinding.[134]  In short, EPA's Guidelines recognize that prospective cohort studies are the strongest type of epidemiological study for identifying neurotoxicity hazards in humans.  The Director of EPA's IRIS Division concurred with this assessment, explaining that prospective cohort studies are the "ideal study design" for investigating the impact of environmental chemicals on human health.[135]

---

[122] Choi et al. (2012), p. 1367.
[123] Choi et al. (2012), p. 1367.
[124] Duan et al. (2018).
[125] Duan et al. (2018), Figure 2.
[126] Duan et al. (2018), Figure 2.
[127] Duan et al. (2018).
[128] Bashash et al. (2018).
[129] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[130] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[131] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[132] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[133] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[134] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[135] Thayer Deposition at 162:19-163:7.



*Food and Water Watch v. EPA*                                                    *Thiessen Report*

Unfortunately, because prospective cohort studies "can be very time-consuming and costly," they are rarely available for neurotoxicity risk assessments.[136]  At the times of their respective assessments, none of the 10 chemicals that EPA has assessed under the Guidelines had been studied using a prospective cohort. In the case of fluoride, however, there are five prospective cohort studies, including four with individualized measurements of fluoride exposure.[137]  Notably, each of the prospective studies that collected individual measurements of fluoride exposure found that fluoride exposure predicted significant IQ loss.  By contrast, the one study that did not have individual measurements (Broadbent et al.), did not detect a measurable effect on IQ.[138]

Several differences in study design may help to explain why the study by Broadbent et al. did not detect an effect.[139]  First and foremost, in the Bashash and Green studies, fluoride exposure was measured by testing the pregnant mother's urine;[140] their analyses were thus focused on the impact of a likely vulnerable age-specific window, the prenatal period.  By contrast, Broadbent did not collect information on prenatal exposures, focusing instead on exposures after birth.  This is an important limitation, particularly in a country like New Zealand, where adults consume large quantities of fluoride-containing tea.[141]  Substantial overlap in the prenatal exposures in Broadbent's fluoridated and "non-fluoridated" cohorts is thus likely.

Second, most of the children in the non-fluoridated area in Broadbent's study used fluoride supplements and fluoride toothpaste, and, as such, were not a true "control" population.  In a follow-up letter, Broadbent et al. estimated that the difference in average exposure between the fluoridated and "non-fluoridated" population was just 0.3 mg/day.[142]  Given this likely substantial overlap in childhood exposures, the power of Broadbent's study to detect statistically significant differences in outcome is thus questionable, particularly given the relatively low number of children in the "non-fluoridated" group (n = 93).

Finally, as EPA's Guidelines recognize, bias may be introduced into prospective cohort studies if the examiner is aware of the subject's exposure status.[143]  Because of this, the Guidelines provide that "more credence should be given to those studies in which both observer and subject bias are carefully controlled (e.g., double-blind studies)."[144]  The Bashash and Green studies were both double-blinded studies,[145] but the only blinding mentioned in the Broadbent paper is that the examiner at the age 38 exam was blind to the subjects' previous IQ scores.  The lack of blinding in the Broadbent study is a potential source of bias, because the principal measure of fluoride exposure in the study (community water fluoride concentration) may have been available to the examiner.

---

[136] EPA (1998a), p. 17; Federal Register (1998), p. 26933.
[137] Bashash et al. (2017; 2018); Broadbent et al. (2015); Green (2018); Valdez Jiménez et al. (2017).
[138] Broadbent et al. (2015).
[139] See also Menkes et al. (2014).
[140] Bashash et al. (2017; 2018) and Green (2018) utilized spot urine samples, rather than first morning or 24 hour collection.  Spot samples are an imprecise metric of chronic exposure, and thus would have introduced some exposure error into the study.  This imprecision, however, would bias the results to the null.
[141] Waugh et al. (2017).
[142] Broadbent et al. (2016).
[143] EPA (1998a), pp. 17, 19; Federal Register (1998), pp. 26933-26934.
[144] EPA (1998a), pp. 17, 19; Federal Register (1998), pp. 26933-26934.
[145] In the Bashash et al. (2017; 2018) and Green (2018) studies, the cognitive tests were performed before the archived urine samples had been tested for fluoride, and thus neither the examiner nor the subject could have known the fluoride status.



*Food and Water Watch v. EPA*                                                    *Thiessen Report*

*No-Effect Retrospective Studies:* Two early and two recent retrospective studies have failed to identify significant effects of fluoridated water on neurological parameters, including lost IQ, learning disorders, and behavior problmes.[146]

The first epidemiological study to examine the effect of fluoridated water on behavior was published by Shannon et al. in 1986.[147] The study used data from 1,028 children in the Christchurch Child Development Study in New Zealand to investigate the relationship between residence in fluoridated communities during the first 7 years of life and maternal and teacher ratings of childhood behavior. The authors found that duration of residence in fluoridated areas had no effect on behavioral outcomes. Severe shortcomings in the exposure assessment, however, limit the weight that can be given to this finding. The authors had no individualized data on exposure, including no data on urinary or plasma fluoride levels, no data on water intake patterns (including during gestation and infancy), and no data on non-water sources of fluoride exposure, including toothpaste and supplements. The only metric of exposure that the authors had was residence in a community with fluoridated water, which will result in substantial exposure misclassification and thereby bias the results to the null. Timing of exposure to fluoridated water was not examined, only the number of years resident in a fluoridated area. Prenatal exposures (e.g., residence of the mother during pregnancy) and neonatal exposures (e.g., breastfeeding vs. formula feeding) were not examined.

Morgan et al. studied dental fluorosis and behavioral scores (from parent information) for a sample of 197 children (ages 7-11) recruited in a suburb of Boston.[148] They reported no significant associations between behavioral scores and fluorosis or fluoride exposure, except for an assocation of behavior problems with both the use of topical fluoride betwen ages 3 and 6 years and the use of fluoride toothpaste between ages 1 and 2 years. They also reported that an association between fluoride exposure and behavior problems could not be definitively excluded by their study. The study sample had a high prevalence of fluorosis (69%), and it seems likely that the children varied more in timing of fluoride exposure (e.g., timing of use of fluoride toothpaste or other topical fluorides) than in total exposure. This could have produced differences in fluorosis without producing differences in other endpoints, especially if the behavioral endpoints might have been affected by prenatal or early postnatal fluoride exposures, which were not addressed in this study. In particular, no information on breastfeeding vs. formula feeding was mentioned, nor were differences in prenatal fluoride exposure addressed.

In the study by Aggeborn and Öhman, the authors analyzed mental health data (both cognitive and non-cognitive) from the military enlistment tests of a large number of Swedish military recruits (n = 80,000).[149] No consistent relationship was found between the results of the recruitment tests and the recruits' prior exposure to fluoride in drinking water. A strength of the study is that the authors had complete residential history for each recruit. A major weakness, however, is that the authors had no individualized data on actual exposure. The authors did not have data on the actual fluoride levels in the recruits' water, nor did they have any individual data on water intake patterns, biomonitoring data (e.g., urinary fluoride, serum fluoride), or exposures to non-water sources of fluoride at any time point in life. To estimate exposure, the authors used available data on water fluoride distribution in Sweden[150] to retrospectively estimate the water fluoride level for each subject. This analysis involved several

[146] Shannon et al. (1986); Morgan et al. (1998); Aggeborn and Öhman (2017); Barberio et al. (2017).

[147] Shannon et al. (1986).

[148] Morgan et al. (1998).

[149] Aggeborn and Öhman (2017).

[150] Water fluoride in Sweden is entirely natural (Aggeborn and Öhman, 2017); no information was provided on other mineral content in the water that might have varied with the fluoride content.



assumptions which could have introduced some degree of exposure misclassification as to water fluoride level, especially given a fairly narrow total range of fluoride concentrations in drinking water. The study had no data on individual exposure patterns during the *in utero* and infancy periods, and thus it provides no information on the impact of fluoride exposures during the prenatal and early life period.

A 2017 study by Barberio et al. analyzed the relationship between urinary fluoride levels and reported learning disabilities among 3- to 12-year-old children from two cycles of the Canadian Health Measures Survey (CHMS).[151] Unadjusted urinary fluoride was significantly correlated with an increased incidence of learning disabilities, but the relationship was no longer significant after adjusting for creatinine and specific gravity. The authors conclude: "Overall, there did not appear to be a robust association between fluoride exposure and parental or self-reported diagnosis of a learning disability among Canadian children." As with Aggeborn, the Barberio study did not have data on the exposures during the *in utero* or early infancy periods; the study thus provides no information about the impact of such exposures. The authors themselves point out that "reported learning disability diagnosis could have preceded measured fluoride exposure." [152] An effect of prenatal or neonatal exposure to fluoride could have been missed given a fluoride exposure based on a urine sample obtained between ages 3 and 12.

*Neuroendocrine Effects*

EPA's Guidelines recognize the relevance of a chemical's ability to alter the function of the thyroid gland.[153] According to the Guidelines, "the development of the nervous system is intimately associated with the presence of circulating hormones such as thyroid hormone."[154] A thyroid disturbance during a specific developmental period may cause a "nervous system deficit, which could include cognitive dysfunction, altered neurological development, or visual deficits, [depending] on the severity of the thyroid disturbance and the specific developmental period when exposure to the chemical occurred."[155] Elsewhere, EPA has recognized that "thyroid hormones are essential for normal brain development in humans and that hypothyroidism during fetal and early neonatal life may have profound adverse effects on the developing brain."[156] The NRC made a similar observation.[157] This admonition is significant in the context of fluoride, as the NRC concluded that fluoride is an "endocrine disrupter" which may lower thyroid function.[158] The NRC reported that fluoride can lower thyroid function at estimated average intakes of 0.05-0.13 mg/kg/day in humans with adequate iodine intake, and at estimated average intakes as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency.[159] Put differently, fluoride affects thyroid function at lower doses in people with iodine deficiency than in those with optimal intake of iodine. Consistent with this, Malin et al. reported a relationship between urinary fluoride and elevated TSH (thyroid stimulating hormone) among iodine-deficient adults in Canada, but not in the general population as a whole (excluding those with known

---

[151] Barberio et al. (2017).

[152] Barberio et al. (2017).

[153] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[154] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[155] EPA (1998a), p. 50; Federal Register (1998), p. 26944.

[156] EPA (2008a), p. 40, citing Morreale de Escobar et al. (2000) and Haddow et al (1999). See also EPA (2008b), p. 54, citing Morreale de Escobar et al. (2000). EPA's Science Advisory Board in 2013 found that "the most sensitive life stages are the fetus, neonates and infants because these are the stages when thyroid-dependent brain development occurs" (EPA 2013b, cover letter, p. 2).

[157] NRC (2006), p. 263.

[158] NRC (2006), pp. 262-263. Fluoride has actually been used as a therapeutic agent for lowering thyroid activity in cases of hyperthyroidism (Galletti and Joyet 1958), and fluoride exposure has been associated with hypothyroidism in both animal and human studies (Hillman et al. 1979; Peckham et al. 2015; Yang et al. 2019).

[159] NRC (2006), pp. 262-263.



thyroid disease and excluding pregnant individuals).[160]  Elevated TSH is indicative of a decrease in thyroid function.  Malin's findings are of particular concern when considering that more than 10% of women of child-bearing age in the US are iodine deficient.[161]

### *Mode of Action*

EPA's Guidelines recognize that hazard identification is strengthened by, but not dependent upon, an identifiable mechanism by which the chemical can exert neurotoxic effects.[162]  For most of the chemicals for which EPA has established RfDs pursuant to the Guidelines, the mode of action has not been known (see Table 1).  As noted recently by the NAS, "solid conclusions about causality can be drawn without mechanistic information, for example, when there is strong and consistent evidence from animal or epidemiology studies."[163]  The NAS added that "mechanistic frameworks today could probably be completed for only a few chemicals."[164]

Several plausible mechanisms—both indirect and direct—have been identified that could help explain the neurotoxicity of fluoride.  Thyroid depression is likely a principal indirect mechanism and could account for some of the neurotoxic effects reported in the literature.  A thyroid mechanism is particularly plausible as a cause of IQ loss among offspring born to women with suboptimal iodine intakes.  Another plausible indirect mechanism of fluoride neurotoxicity is the association of fluoride exposure with increased exposure to lead (Pb), a known neurotoxic agent.  Water fluoridation, and especially the use of silicofluorides as the fluoridation chemical, is associated both with higher concentrations of lead in the drinking water (due to increased leaching of lead from pipes and plumbing fixtures) and with higher blood lead in children.[165]  Rat studies have shown increased lead in blood and calcified tissues from coexposures to lead and fluoride, as well as increased dental fluorosis due to combined exposure.[166]

In terms of direct mechanisms of fluoride neurotoxicity, a recent study by Zhao et al. provides *in vitro*, *in vivo*, and epidemiological data that, together, suggest that disturbances in hippocampal mitochondrial dynamics (marked by fission inhibition and fusion promotion) play an important role in fluoride-induced cognitive loss.[167]  The hippocampus is an important region in the brain for learning and memory, and many of the studies investigating the neuroanatomical and neurochemical effects of fluoride exposure have identified adverse effects in this region (see Table A-1).  Other potential modes of action have also been identified, including signaling disruption, oxidative stress, and selective reductions in nicotinic receptors.[168]

### *Dose response*

The Guidelines recognize that "determining a hazard often depends on whether a dose-response relationship is present,"[169] and thus "dose-response evaluation is a critical part of the qualitative characterization of a chemical's potential to produce neurotoxicity."[170]  Because "human studies covering

---

[160] Malin et al. (2018).
[161] CDC (2008), Chapter 4a, pp. 91-100; see also Pearce (2015); Caldwell et al. (2011).
[162] EPA (1998a), pp. 10, 53; Federal Register (1998), pp. 26930, 26945.
[163] NAS (2018), p. 9.
[164] NAS (2018), p. 9.
[165] Maas et al. (2007); Coplan et al. (2007).
[166] Sawan et al. (2010); Leite et al. (2011).
[167] Zhao et al. 2019.
[168] Bartos et al. (2018); Chen et al. (2003; 2018a); Gao et al. (2008); Liu et al. (2010); Long et al. (2002); Shan et al. (2004); Zhang (2017b); Zhu et al. (2017).
[169] EPA (1998a), p. 2; Federal Register (1998), p. 26927.
[170] EPA (1998a), p. 50; Federal Register (1998), p. 26944.



a range of exposures are rarely available," the Guidelines state that the dose-response evaluation will typically be limited to animal data.[171]

Unlike the case for numerous other chemicals, there is an abundant supply of dose-response data for fluoride, from *both* animal *and* human data. While there are some inconsistencies, and while there is some indication of a ceiling effect or nonlinearities,[172] and potentially a non-linear threshold effect for some endpoints,[173] the data generally show that the incidence and/or severity of nervous system deficits increase as fluoride exposure increases.

In animal studies, a prerequisite for dose-response analysis is that there be multiple treatment groups with different exposures to the test substance. Many of the animal studies on fluoride have used multiple treatment doses, and thus permit evaluation of dose response. Of the studies published since the NRC review (summarized in Table A-1), 1 used four treatment doses, 19 used three treatment doses, and 20 used two treatment doses. The vast majority of these studies show visually apparent dose-response trends for at least one of the effects being investigated.

In the human studies, dose-response trends have been observed in both the cross-sectional and prospective cohort studies. In the cross-sectional studies, dose response trends have been reported for analyses of IQ as a function of childhood urine and serum fluoride levels.[174] An important limitation with the urine and serum data from the cross-sectional studies is that the levels are measured after the effect (reduction in IQ) has occurred. The data, however, are not without value, as current exposures can be reflective of developmental exposures in areas with stable populations and stable water fluoride concentrations. While the Cui and Ding studies do not provide information on the residential history of the subjects, most of the children in the Zhang study had been living in the same household and drinking from the same wells since birth.[175] Similarly, in the studies by Xiang, children who had lived in another village for more than 2 years of their lives were specifically excluded from the study.[176] In the Xiang and Zhang studies, therefore, the dose response relationships found between current water/urine/blood levels and reduced IQ could be seen as a rough but reasonable proxy of developmental exposures.

More significant than the cross-sectional studies, however, are the dose-response trends observed in the prospective cohort studies, because, for the reasons discussed above, prospective cohort studies provide greater confidence in ascribing a causal relationship between the exposure and effect. As can be readily seen in the published figures, significant linear relationships were found for maternal fluoride and IQ at ages 3-4 in both the Bashash and Green studies,[177] while an apparent non-linear effect for IQ was observed by Bashash et al. for the 6-12 year olds: i.e., a possible threshold of 0.8 ppm fluoride in the maternal urine, followed by a significant linear reduction in IQ at maternal urinary fluoride concentrations above 0.8 ppm.[178] In Bashash's analysis of ADHD outcomes, a significant linear increase was found (with no apparent threshold), although a possible ceiling effect was suggested at the higher concentrations.[179]

[171] EPA (1998a), p. 50; Federal Register (1998), p. 26945.
[172] Bashash et al. (2018); Duan et al. (2018). See also Chen et al. (2018a), Figure 1d; Chouhan et al. (2008), Figure 3a; Wang et al. (2018a), Figure 4b,c; Yuan et al. (2019), Figure 3.
[173] Bashash et al. (2017).
[174] Cui et al. (2018); Ding et al. (2011); Xiang et al. (2011); Zhang et al. (2015b).
[175] Zhang et al. (2015b), p. 4.
[176] Xiang et al. (2003a), p. 85.
[177] Bashash et al. (2017), Figure 2; Green (2018), Figures 5-6.
[178] Bashash et al. (2017), Figure 3.
[179] Bashash et al. (2018), Figure 2.



*Pharmacokinetics*

Under the Guidelines, consideration should be given to the pharmacokinetics of the compound with "particular importance" given to the pharmacokinetics of the blood-brain barrier.[180] Studies of human cadavers have found markedly elevated concentrations of fluoride in the pineal gland (a gland located between the two hemispheres of the brain which is not protected by the blood-brain barrier).[181] Further, recent radioactive tracer studies in humans, using radioactive sodium fluoride to identify metastatic growths, have confirmed that fluoride can get past the blood-brain barrier and into the brain,[182] as been reported for several animal studies.[183]

The extent of fluoride uptake into brain remains unclear and likely depends on the route and timing (acute or chronic) of administration; the timing of the measurements is probably important as well. Whitford has postulated that the concentration of fluoride in brain tissue fluid will be approximately 20% of the concentration in plasma,[184] but several studies, including one by Whitford himself, have found substantially higher ratios.[185] Whitford's early estimate was derived from short-term term exposures in healthy animals;[186] his later data from a chronic study show brain-to-plasma ratios for fluoride of about 0.2 to 0.3.[187] In contrast, chronic exposure data from McPherson et al. would give brain-to-plasma ratios for fluoride of about 10 to 200.[188] Data are lacking for uptake of fluoride into brain during life stages when the blood-brain barrier has limited effectiveness (i.e., the prenatal period, infancy, and old age).[189]

Both the early and late stages of human life are characterized by an inadequate blood-brain barrier. From EPA's risk assessment for 2-hexanone: "The developing brain is distinguished by the absence of a blood-brain barrier. The development of this barrier is a gradual process, beginning in utero and complete at approximately 6 months of age. Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain."[190] Increased permeability of the blood-brain barrier is associated with ordinary aging, as well as with diseases such as Alzheimer's and Parkinson's, both of which are common among elderly people.[191] Passage of fluoride into the brain can be expected to be higher when the blood-brain barrier is underdeveloped or impaired. There is also some indication in the literature that different portions of the brain may retain different concentrations of fluoride.[192] For example, a recent rodent study with radioactive fluoride ion found higher radioactivity in the ventral hippocampus than in the whole brain, although the radioactivity was (predictably) much higher in the skull than in the brain.[193]

---

[180] EPA (1998a), p. 47; Federal Register (1998), p. 26943.
[181] Luke (2001).
[182] Gori et al. (2015); Jones and Iagaru (2014); Li et al. (2011); Salgarello et al. (2016); Sheth and Colletti (2012); Thenkondar et al. (2017); Wu et al. (2013).
[183] For example, Whitford and Pashley (1979); Geeraerts et al. (1986); Mullenix et al. (1995); Zhang et al. (2013c); Niu et al. (2015b).
[184] NRC (2006), p. 91.
[185] NRC (2006), p. 91; Whitford and Pashley (1979), pp. 203, 205-206.
[186] Carlson et al. (1960); Whitford and Pashley (1974).
[187] Whitford et al. (2009).
[188] McPherson et al. (2018).
[189] NRC (2006), p. 91; Rodier (1995); Zeevi et al. (2010).
[190] EPA (2009c), p. 58.
[191] For example, see Mooradian (1994); Zeevi et al. (2010); Rosenberg (2014); and Pan and Nicolazzo (2018).
[192] Mullenix et al. (1995).
[193] Tipre et al. (2006).



A second important consideration with respect to the pharmacokinetics of fluoride is that the placenta is not an effective barrier to fluoride transfer. A number of studies in humans have demonstrated that fluoride crosses the placenta and reaches the fetus.[194] In general, measured concentrations of fluoride in umbilical cord blood and in blood of neonates are similar to concentrations in maternal blood.[195] However, with higher maternal intakes of fluoride, the placenta may act as a partial barrier, with a maximum observed reduction of about 40%.[196] Fluoride is taken up by the bones of the developing fetus, with some being excreted by the fetal kidney into the amniotic fluid. After birth, maternal fluoride intake no longer contributes to exposure of the infant, apart from very small amounts in the milk. However, fluoride in the infant's bones can act as a continuing source of fluoride to the infant's blood and organs when intake of fluoride from breast milk or formula is low. For example, a recent pharmacokinetics study by Zohoori et al. found that breastfed infants had a negative fluoride balance, meaning that they were excreting more fluoride (presumably of prenatal origin) than they were ingesting.[197]

Overall, there appears to be little question that fluoride gets through both the blood-brain barrier and the placenta, and, while questions remain about the extent of the uptake, the greatest rates of accumulation likely occur during the prenatal and early infancy stages of life, while the greatest net accumulations (especially in bone) probably exist during old age.

*In Vitro Studies*

EPA's Guidelines also provide guidance on how to consider *in vitro* data. While positive *in vitro* data are not sufficient, by themselves, to demonstrate a neurotoxic hazard in humans, the existence of such data helps enhance the reliability of *in vivo* data.[198] Fluoride's ability to damage brain cells has been documented in *in vitro* experiments. While most of these studies have used high concentrations that are unlikely to be present in the human brain, several studies have examined environmentally realistic fluoride concentrations. Gao et al. found increased lipid peroxidation and reduced $\alpha 7$ nicotinic acetylcholine receptors in SY-SY57Y cells at fluoride concentrations from 0.5 µmol/L (9.5 µg/L) to 5 µmol/L [95 µg/L]),[199] and others have reported increases in inflammatory markers.[200] Under the Guidelines, these data do not necessarily demonstrate a hazard in humans, but they do enhance the reliability of the animal studies, as similar effects have been reported in fluoride-treated rodents.[201]

*Validity of the Database*

Under the Guidelines, the validity of the database should be evaluated by assessing the content validity, construct validity, concurrent validity, and predictive validity of the data.[202]

---

[194] See for example, Feltman and Kosel (1961); Gedalia et al. (1964); Blayney and Hill (1964); Armstrong et al. (1970); Hanhijärvi et al. (1974); Forsman (1974); Shen and Taves (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Brambilla et al. (1994); Shimonovitz et al. (1995).
[195] Feltman and Kosel (1961); Gedalia et al. (1964); Hudson et al. (1967); Armstrong et al. (1970); Hanhijärvi et al. (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Shimonovitz et al. (1995).
[196] Gupta et al. (1993); Gedalia et al. (1964).
[197] Zohoori et al. (2019). Zohoori et al. also state that renal function in humans does not reach its full capacity until about age 2 years, indicating that excretion of fluoride is likely less during infancy and early childhood, compared with older ages.
[198] EPA (1998a), p. 49; Federal Register (1998), p. 26944.
[199] Gao et al. (2008), Figures 1A, 3A.
[200] Goschorska et al. (2018).
[201] Bartos et al. (2018); Dong et al. (2015); Yang et al. (2018a); Yan et al. (2016); Zhao et al. (2019).
[202] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.



*Content validity* addresses "whether the effects result from exposure."[203]   This factor weighs decisively in favor of a neurotoxicity hazard determination for fluoride.   As explained by the Director of EPA's IRIS Division, "experimental animal studies are designed to let you draw causal inferences."[204]   The large number of animal studies reporting neurotoxic effects (both structural and functional) following fluoride exposure thus gives confidence in the content validity of the data.   Based on the structural effects, NRC concluded that fluoride interferes with the brain.[205]   Similarly, Dr. Thayer, who served as the principal author of the NTP systematic review on fluoride's learning effects, agreed that the animal studies show that "at some level of exposure fluoride can damage the brain."[206]   In addition to the animal studies, four prospective birth cohort studies have associated prenatal fluoride exposure in humans with adverse effects.[207]   Prospective studies are the optimal form of epidemiological study for ascribing causality between chemical and disease.[208]

*Construct validity* addresses whether the neurologic effects that have been observed "are adverse or toxicologically significant."[209]   This factor is satisfied in the fluoride database.   Among other things, the animal studies have linked fluoride to learning and memory deficits, which EPA has used as the adverse effect upon which to establish reference doses for other chemicals (e.g., BDE-153).[210]   Further, the human epidemiological data have linked fluoride with IQ detriments, including an approximate 5 to 6 point drop in IQ as maternal urinary fluoride increased from 0 to 1 mg/L.[211]   EPA has recognized that a loss of a single IQ point is associated with loss in lifetime earnings in the range of at least $8,760 to $12,512,[212] and has stated that "an IQ loss on the order of one to two IQ points [should] be prevented in all but a small percentile of the population."[213]

*Concurrent Validity* addresses "whether there are correlative measures among behavioral, physiological, neurochemical, and morphological endpoints.[214]   Studies have correlated fluoride's cognitive effects in animals with various neurochemical and neuroanatomical changes,[215] and a few studies have correlated fluoride-associated cognitive loss in humans with increased TSH and alterations in mitochondrial dynamics.[216]   For example, Zhao et al.[217] reported lower circulating levels of a mitochondrial protein (fission-related protein-1, Fis1) in children from high fluoride areas (compared with children in low fluoride areas), and higher circulating levels of a second mitochondrial protein (mitofusin-2, Mfn2) in the same

[203] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.
[204] Thayer Deposition at 270:23-25.
[205] NRC (2006), p. 222.
[206] Thayer Deposition at 225:8-15, 226:13-16.
[207] Bashash et al. (2017; 2018); Green (2018); Valdez Jiménez et al. (2017).
[208] While the prospective study from New Zealand (Broadbent et al. 2015) failed to detect an association between fluoride and IQ, this can be explained by certain limitations with the study design, including the absence of individualized exposure data and the failure to consider exposures during the prenatal period.
[209] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.
[210] EPA (2008c), p. 36.  Effects on memory were also noted in the RfD determination for BDE-99 (EPA 2008b, p. 27).
[211] Bashash et al. (2017); Green (2018).
[212] EPA (2008e), p. 5-28.
[213] Cited by a member of the CASAC Lead Review Panel in its peer review of the EPA's Policy Assessment for the Review of the Lead National Ambient Air Quality Standards (External Review Draft – January 2013), p. A-15. [https://yosemite.epa.gov/sab/sabproduct.nsf/E2554E264EEF8CCB85257B80006B3014/$File/EPA-CASAC-13-005+unsigned.pdf]
[214] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.
[215] For example, see Bartos et al. (2018); Zhao et al. (2019); Zhou et al. (2019).
[216] For example, Zhang et al. (2015b); Zhao et al. (2019).
[217] Zhao et al. (2019).



children.  The levels of circulating Fis1 were positively associated with children's IQ scores, while the levels of circulating Mfn2 were negatively associated with the IQ scores.

*Predictive validity* addresses "whether the effects are predictive of what will happen under various conditions."[218]  The condition of perhaps greatest interest with respect to prediction of fluoride neurotoxicity is exposure during the prenatal period.  Studies in both animals and humans have, with one exception,[219] reported neurologic effects following prenatal exposure.  The database, therefore, does have some degree of predictive validity, although further research remains necessary to determine to what extent other conditions (e.g., nutrition, genetics, neonatal exposure, and kidney function) may modify or predict outcomes.  Exposure during the early postnatal period also requires further research.

==Sufficiency of the Evidence==

Under the Guidelines, the purpose of the hazard identification analysis is to determine from the collective data whether a neurotoxicity hazard "could exist" for the chemical.[220]  The Guidelines provide that "the minimum evidence sufficient would be data on a single adverse endpoint from a well-conducted study."[221]  In the case of fluoride, the toxicological evidence was sufficient as of 2006 to permit the NRC to conclude that fluoride interferes with the brain.[222]  Since that time many additional animal and epidemiological studies have been published, including four prospective cohort studies correlating prenatal fluoride exposure with adverse neurological outcomes in offspring.[223]  Prospective cohort studies are considered the ideal study design for determining the impact of environmental chemicals on human health, and thus the four prospective cohort studies are arguably sufficient by themselves to reach the hazard determination.  The prospective studies are most compelling, however, when viewed in the context of the animal data, the cross-sectional studies, the neuoroendocrine literature showing depression in thyroid function, and the pharmacokinetic data showing placental transfer to the fetus.  Taken together, these data provide more than sufficient evidence of a neurotoxic hazard under EPA's Guidelines, with a ==high degree of confidence.==

The Guidelines go on to point out that, in contrast, to conclude that a chemical is unlikely to pose a neurotoxic hazard, "the minimum evidence would include data from a host of endpoints that revealed no neurotoxic effects,"[224] in particular, "human data from appropriate studies that could support a conclusion of no evidence of a neurotoxic effect."[225]  As discussed elsewhere in this report, very few neurotoxicologic studies of fluoride exposures in humans have reported no evidence of effects, while the vast majority report a neurotoxic hazard to humans from exposure to fluoride.

*Data Gaps*

EPA's Guidelines point to the need to address "significant data gaps."[226]  Although there are enough data available to conclude that neurotoxicity is a hazard of fluoride exposure, certain data gaps do remain.  One of the major data gaps is the lack of research on the impact of fluoride during the neonatal and early infancy period.  EPA has recognized that the neonatal period represents a critical window of

---

[218] EPA (1998a), pp. 10-11; Federal Register (1998), pp. 26930-26931.
[219] McPherson et al. (2018).
[220] EPA (1998a), pp. 53, 55; Federal Register (1998), pp. 26945-26946.
[221] EPA (1998a), p. 55; Federal Register (1998), p. 26946.
[222] NRC (2006), p. 222.
[223] Bashash et al. (2017; 2018); Green (2018); Valdez Jiménez et al. (2017).
[224] EPA (1998a), p. 56; Federal Register (1998), p. 26946.
[225] EPA (1998a), p. 56; Federal Register (1998), p. 26946.
[226] EPA (1998a), p. 12; Federal Register (1998), p. 26931.



vulnerability to neurotoxicants,[227] yet most developmental rodent studies do not address neonatal exposures to fluoride (due to exclusive breastfeeding of the rat or mouse pups and absence of gavage exposures), and no epidemiological study has yet investigated the impact of fluoridated water in infant formula on neurologic outcomes.  Other data gaps include the absence of long-term animal studies, and the scarcity of epidemiological research into fluoride's neurologic effects in the elderly.  Data gaps also remain with respect to how the dose which causes neurologic effects varies across susceptible subsets of the population, including those with nutrient deficiencies, genetic polymorphisms, kidney disease, and the elderly. These data gaps, and resulting uncertainties, are discussed further in later parts of this report.

*Summary*

As described above, the overwhelming body of evidence, from both animal studies and human studies, supports the existence of neurotoxic effects from exposure to fluoride.  This is especially important for exposures during development, i.e., during gestation and the neonatal period.  Of particular significance is the lack of animal studies that include neonatal exposures comparable to those received by human infants who are fed formula prepared with fluoridated water.

---

[227] See for example, EPA (2008a), p. 42.



### B.    Neurotoxicity Is a More Sensitive Effect of Fluoride than Severe Dental Fluorosis

According to the Guidelines, "if data are considered sufficient for risk assessment, and if neurotoxicity is the effect occurring at the lowest dose level (i.e., the critical effect), an oral or dermal RfD, or an inhalation RfC, based on neurotoxic effects, is then derived."[228]  At present, EPA assumes severe dental fluorosis to be the critical effect of fluoride exposure.[229]  This assumption, however, has no identifiable biological or empirical justification, and it is at odds with substantial animal and epidemiological evidence.

#### A)    Background

The EPA, in its 2010 report, established a Reference Dose (RfD)[230] of 0.08 mg/kg/day, based on keeping the percentage of children with severe dental fluorosis below 0.5%.[231]  EPA considered this RfD to also be protective against a fluoride-related increase in bone fractures in adults[232] and presumably also of Stage II skeletal fluorosis.  EPA stated that the "Office of Water (OW) accepted the NRC (2006) findings as the summary of hazard for inorganic fluoride."[233]  However, the EPA ignored or failed to consider any adverse health effects other than severe dental fluorosis, stage II skeletal fluorosis, or bone fractures, even though the NRC (2006) discussed a number of additional adverse health effects due to fluoride exposure.[234]  As discussed earlier, the NRC concluded that fluoride is an endocrine disruptor,[235] and it can interfere with the brain by both direct and indirect means.[236]  EPA's representative in this litigation (Edward Ohanian) recognized that NRC's concerns about potential neurotoxicity in humans justified application of an uncertainty factor to account for a "database deficiency."[237]  However, EPA did not apply any uncertainty factors, due to concerns about interfering with caries-prevention programs.[238]

#### B)    Biological Considerations

In its risk assessment, EPA did not address the biological or empirical justification for assuming that severe dental fluorosis is a more sensitive effect of fluoride exposure than neurotoxicity.  Instead, EPA treated the scarcity of quantitative dose response data on neurotoxicity as evidence that neurotoxicity is a less sensitive effect.  EPA's assumption ignores the different windows of susceptibility for fluoride-induced neurotoxicity and fluorosis.  As discussed earlier, there are distinct pharmacokinetics (e.g., known placental transfer, lack of an effective blood-brain barrier) during the *in utero* period that will render the organism more vulnerable to fluoride's neurological effects than during the childhood years.  Consistent with this, recent prospective cohort studies, as well many animal studies, have identified the prenatal period as a

---

[228] EPA (1998a), p. 2; Federal Register (1998), p. 26928.

[229] EPA (2010b), pp. i, 87, 94.

[230] Reference Dose (RfD): An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments. EPA (2009a).

[231] EPA (2010b), pp. xiv, 103.

[232] EPA (2010b), pp. xv, 105.

[233] EPA (2010b), p. i.

[234] NRC (2006), pp. 8, 12, 222-223, 266-267.

[235] NRC (2006), p. 266.

[236] NRC (2006), p. 222.

[237] Ohanian Deposition at pp. 200:4-202:2, 206:9-19.

[238] Ohanian Deposition at pp. 205:6-16, 206:14-19, 329:3-7.  See also EPA (2010b), pp. 105-106:  "the total uncertainty factor applied was 1" (p. 105) and "1 is the chosen value for each of the following uncertainty factors used in this estimate of the fluoride oral RfD:  UF$_H$, UF$_A$, UF$_S$, UF$_L$.  The composite UF is also equal to 1" (p. 106).



window of vulnerability for fluoride neurotoxicity.  By contrast, prenatal fluoride exposure is *not* considered a risk factor for dental fluorosis.[239]  In its risk assessment, EPA considered the window of vulnerability for severe dental fluorosis to be the period between 6 months and 14 years of age.[240]  Severe dental fluorosis thus has a later window of vulnerability than fluoride neurotoxicity, and EPA's representative has admitted that one cannot rely on the current reference dose for severe dental fluorosis "to protect against potential effects that could occur in *in utero*."[241]

### C)  Evidence from Animal Studies

Animal studies provide some guidance as to the respective sensitivity of neurotoxicity and severe dental fluorosis following fluoride exposure.  Several of the studies that have investigated the neurological effects of fluoride in rodents have examined the teeth for signs of fluorosis.[242]  In these studies, measurable nervous system deficits were identified in animals with only mild forms of fluorosis.  Based on these findings, Niu et al. concluded that fluoride "can influence spontaneous behaviors and lower the learning ability of rats before the appearance of dental lesions."[243]  The applicability of these animal findings to humans is complicated by the fact that, unlike in humans, rat incisors never stop growing. Nevertheless, the results are consistent with what has been observed in human populations.

### D)  Evidence from Prospective Cohort Studies

A prospective cohort study by Green reported significant reductions in IQ among children born to women living in fluoridated areas of Canada.[244]  In this study, each 1 mg/L of fluoride in the pregnant mother's water significantly correlated with a loss of 6.25 IQ points in young children.  Notably, this would include exposure levels below the concentration that can cause severe dental fluorosis, according to EPA. In its 2010 risk assessment, EPA selected a threshold for severe dental fluorosis of approximately 1.87 mg/L.[245]  The Green study thus indicates that fluoride exposure reduces IQ at levels that are lower than those which can cause severe fluorosis.  Bashash et al. reported similar findings for IQ[246] and for ADHD.[247]

### E)  Evidence from Cross Sectional Studies

Consistent with the recent prospective cohort studies, many of the cross sectional studies have reported fluoride-related IQ reductions among children *without* severe dental fluorosis.  Some studies have reported clear dose responses between fluoride exposure or dental fluorosis and IQ.

---

[239] Ohanian Deposition at pp. 339:2-340:11.  EPA (2010b; p. 96) indicates that "the period of greatest sensitivity to severe enamel fluorosis [is] the time from six months through 14 years of age" for their assessment.

[240] EPA (2010b), p. 96.  EPA itself (EPA 2010b, p. 96) also states that mineralization of the permanent incisors begins at about $6 \pm 2$ months, which means that their analysis of fluoride exposure should start no later than 4 months of age. Dental fluorosis is, in fact, associated with fluoride exposures during the first 6 months of life as well as later periods (Hong et al. 2006a; 2006b).  Both Forsman (1977) and Walton and Messer (1981) report more fluorosis in children who were bottle-fed rather than breastfed (with consequent higher fluoride ingestion) during their first few months of postnatal life.

[241] Ohanian Deposition at p. 340:12-341:3.

[242] For example, Chioca et al. (2008); Liu et al. (2011); Niu et al. (2008); Pereira et al. (2011).

[243] Niu et al. (2008).

[244] Green (2018), p. 40.

[245] EPA (2010b), p. 90.  A water fluoride concentration of 1.87 mg/L is the lower bound of the benchmark dose (BMDL) predicted to correspond to a response of 0.5% severe dental fluorosis.

[246] Bashash et al. (2017).

[247] Bashash et al. (2018).



A 1995 paper by Li et al.[248] reported significantly lower mean IQ in children (ages 8-13 years) in areas with medium or severe dental fluorosis (dental fluorosis index = 2.5 and 3.2, respectively; see Figure 1 in Appendix C).  In addition, the distributions of IQ were also different between areas with no or slight dental fluorosis and areas with medium or severe dental fluorosis (Figure 2 in Appendix C):  in areas with either medium or severe dental fluorosis, significantly more children had low IQs (< 70 and 70-79) and significantly fewer children had mid-range IQs (90-109).  Thus, even from this early study, it was apparent that protecting against severe dental fluorosis is inadequate to protect against neurotoxic effects.

Khan et al.[249] have shown a clear dose response (a significant negative correlation) between dental fluorosis category (normal to severe) in children ages 6-11 and both mean IQ score (Figure 3 in Appendix C) and percentage of poor IQ grades (Figures 4-5 in Appendix C).  As dental fluorosis increases in severity, the IQ measure becomes significantly worse (lower mean IQ and higher IQ grade, where a higher IQ grade corresponds to lower IQ).  Children with normal teeth had a mean IQ score of 110.1; mean IQ decreased consistently with increasing severity of dental fluorosis (Figure 3 in Appendix C), even for very mild dental fluorosis.  The shift in the distribution of IQ grade from mostly high IQ (IQ grades 1-2) with normal teeth, to mostly average IQ (IQ grade 3) with very mild and mild fluorosis, to mostly low IQ (IQ grades 3-5 for moderate fluorosis and grade 5 for severe fluorosis) is readily apparent (Figures 4-5 in Appendix C).

Das and Mondal[250] reported significant negative correlations between IQ and both dental fluorosis and urinary fluoride in children (ages 6-18).  While children with normal teeth, questionable fluorosis, and very mild fluorosis had mean IQ scores of 108.3, 103.2, and 107.7, respectively, children with mild, moderate, and severe fluorosis had mean IQ scores of 92.83, 84.51, and 85.91, respectively.

Ding et al.[251] reported a much higher percentage of children (ages 7-14) with IQ < 89 among children with moderate fluorosis than among children with normal teeth, questionable fluorosis, very mild fluorosis, or mild fluorosis (21.4% among children with moderate fluorosis vs. 5-16% in other groups).[252] Ding et al. also reported an inverse association of IQ with urinary fluoride (decreased IQ with increased urinary fluoride) *in a population with no severe dental fluorosis*.  Thus, even in the absence of severe dental fluorosis, there was still a dose-dependent decrease in IQ with increased urinary fluoride concentration, and moderate fluorosis was associated with a higher fraction of children with low IQ.

Dong et al.[253] reported decreased IQ with increasing prevalence of dental fluorosis and with increasing severity of dental fluorosis in children ages 8-12 years.  Children in a non-endemic fluorosis village (2% with dental fluorosis) had a mean IQ of 108.7, while children in endemic fluorosis villages (prevalence 16.3%, 29.8%, and 61.0%) had mean IQs of 102.5, 101.7, and 93.5, respectively.  Of the children in the endemic fluorosis villages, children with normal teeth had a mean IQ of 105.9, while children with suspected, slight, mild, moderate, and severe dental fluorosis had mean IQs of 102.9, 98.8, 93.3, 91.9, and 90.5, respectively.  In addition, the percentage of children with IQ < 89 increased from 2.3% (normal teeth) to 21.4% (slight fluorosis), 30% (mild fluorosis), and 50-60% (moderate and severe fluorosis).  Deficits in IQ were apparent with even mild and moderate dental fluorosis.

Shivaprakash et al.[254] reported a significantly lower IQ among children (ages 7-11) with dental fluorosis (mild, moderate, or severe; considered separately and together) than among children with no

---

[248] Li et al. (1995).
[249] Khan et al. (2015).
[250] Das and Mondal (2016).
[251] Ding et al. (2011).
[252] Ding et al. (2011), Table 4.
[253] Dong et al. (2018), especially Tables 2 and 3.
[254] Shivaprakash et al. 2011.



fluorosis.  For even mild fluorosis, the mean IQ of the children was significantly lower than that of children with no fluorosis.  Among children with fluorosis, 72.5% had borderline or extremely low IQ (IQ = 70-79 or IQ < 70, respectively), only 1.25% had high average IQ (110-119), and none had superior IQ (IQ = 120-129).  Among children with no fluorosis, 47.5% had borderline or extremely low IQ, and 5% had high average or superior IQ.  Thus, the distribution of IQ scores was shifted toward the lower scores for children with dental fluorosis, in comparison with children with no fluorosis (Figure 6 in Appendix C).

Sudhir et al.[255] reported significantly more intellectually impaired children (ages 13-15) with increased fluoride concentration in the drinking water used during ages 0-10.  The distribution of IQ grades (where grade 1 corresponds to the highest intelligence and grade 5 to the lowest intelligence; no children in this study were in grade 1, and only 4 of 1000 were in grade 2) clearly shifted toward worse IQ (more intellectual impairment) with increasing dental fluorosis index (increasing severity of dental fluorosis) (Figures 7-8 (in Appendix C).

Pang et al.[256] reported significantly lower IQ in children (ages 8-12 years) in an endemic fluorosis area (dental fluorosis prevalence > 30%) than in a non-endemic fluorosis area (dental fluorosis prevalence < 30%).  In the non-endemic fluorosis area, mean IQs were 98.85 in males and 94.67 in females; in the endemic fluorosis area, mean IQs were 93.24 in males and 91.75 in females.  The overall distribution of IQs was shifted to the left (more individuals with lower IQs) in the endemic fluorosis area, and the rate of mental retardation (IQ < 69) was greater in the endemic fluorosis area.

Yu et al.[257] reported that moderate levels of fluoride exposure were associated with increased likelihood of dental fluorosis and negatively associated with intelligence scores.  In particular, excellent intelligence was less likely with increased fluoride exposure and with increased severity of dental fluorosis; the odds ratio for developing excellent intelligence (IQ $\geq$ 130) decreased by 30% with each level of increased severity of dental fluorosis.

As part of a larger study of fluoride effects on mitochondrial function, Zhao et al.[258] compared children in areas with "normal" and "high" fluoride concentrations[259] and found lower IQ scores in the children from areas with high fluoride.  In addition, Zhao et al. found lower circulating levels of a mitochondrial protein (fission-related protein-1, Fis1) in the children from the high fluoride areas, and higher circulating levels of a second mitochondrial protein (mitofusin-2, Mfn2) in the same children.  The levels of circulating Fis1 were positively associated with children's IQ scores, while the levels of circulating Mfn2 were negatively associated with the IQ scores.  The authors concluded that impairments of mitochondrial fission and fusion were "associated with intellectual decline of children with long-term fluoride exposure."

<u>Evidence from Case Reports and Occupational Surveys</u>

Spittle reviewed case reports and occupational surveys of fluoride-exposed individuals, dating back to Roholm's seminal treatise on fluoride intoxication.[260]  Many of the case reports and occupational surveys

---

[255] Sudhir et al. (2009), especially Tables 2 and 3.

[256] Pang et al. (2018).

[257] Yu et al. (2018).

[258] Zhao et al. (2019).  This study included experiments with human neuroblastoma cells and with rats, as well as observations in children with different fluoride exposures.

[259] Mean (standard deviation) fluoride concentrations were 0.50 (0.27) mg/L in areas with "normal" fluoride concentrations and 2.00 (0.75) mg/L in areas with "high" fluoride concentrations, as summarized by Yu et al. (2018), Table 1.  (Personal communication from S. Zhang, June 11, 2019.)

[260] Spittle (1994).



identified mental problems, including "difficulties with concentration and memory." The exposures in the reports occurred during adulthood, and, as such, the neurological effects would have occurred in the absence of dental fluorosis.

<u>Summary</u>

In summary, adverse effects of fluoride exposure on children's intelligence and other neurological parameters are observed in the absence of severe dental fluorosis. In other words, protection against severe dental fluorosis does not indicate protection against loss of IQ points or other neurological effects. The collective data thus strongly support the conclusion that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.



## C.      Identifiable Subsets of the Population Have Heightened Susceptibility to the Risk of Harm from Fluoridation Chemicals

The EPA, in its Guidelines, says that an "important part of this [risk assessment] effort is a description of the nature of the exposed population and the potential for sensitive, highly susceptible, or highly exposed populations."[261]   EPA identifies pregnant or lactating women, infants, and children as important subpopulations in terms of critical periods of exposure[262] (i.e., during development of the infants and children), and the elderly as a population "at particular risk  because of the limited ability of the nervous system to regenerate or compensate to neurotoxic insult."[263] The Guidelines also recognize that factors such as nutrition, pre-existing disease (e.g., diabetes), and genetic polymorphisms "may predispose some individuals to be more sensitive to the neurotoxic effects of specific agents."[264]

Consistent with the general principles discussed in the Guidelines, there are identifiable subsets of the population that will be more susceptible to the neurotoxic effects of fluoride than the general population. The NRC identified several population subgroups that are generally at increased risk from the adverse effects of fluoride.[265]   These high-risk groups include people with higher than average exposures (e.g., bottle-fed infants, athletes, outdoor workers, people with high occupational or industrial exposures), people with higher than average retention of fluoride (e.g., people with renal impairment), and people in vulnerable stages of life (e.g., infants and children during the developmental period, elderly persons with long-term accumulation of fluoride).   Research published subsequent to the NRC report further supports the NRC's conclusions and confirms that the increased susceptibility to fluoride exposure extends to neurological hazards.

The data set that EPA used in deriving its RfD included only white children;[266] as I commented to EPA in 2011,[267] the Centers for Disease Control and Prevention (CDC) reports higher rates of dental fluorosis in the black population than the white population.[268] EPA itself described at least two studies that reported higher rates of dental fluorosis among blacks than whites.[269]   People with renal impairment and consequent reduced clearance of fluoride from the body could be sensitive to adverse health effects at lower levels of intake than typical,[270] and these people are not known to have been included in the study population.

### A)  Developmental Period – General Considerations

The developmental period (the period between conception and sexual maturity[271]) is reasonably expected to be a vulnerable stage for neurotoxicity in humans.[272]  A variety of animal studies have shown "functional deficits" at "dose levels below those at which other indicators of developmental toxicity are evident" or that would be minimally toxic in adults,[273] and therefore EPA requires testing for developmental

---

[261] EPA (1998a), p. 63; Federal Register (1998), p. 26948.
[262] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[263] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[264] EPA (1998a), p. 65; Federal Register (1998), p. 26949.
[265] NRC (2006), pp. 350-351.  See also pp. 30-33.
[266] Dean (1942), pp. 28, 29, 31.
[267] Thiessen (2011).
[268] CDC (2005), Table 23.
[269] EPA (2010b), pp. 33-34.
[270] NRC (2006), p. 351.
[271] EPA (1998a), p. 44; Federal Register (1998), p. 26942.
[272] EPA (1998a), pp. 44, 65; Federal Register (1998), pp. 26942, 26949; Grandjean and Landrigan (2014).
[273] EPA (1998a), p. 44; Federal Register (1998), p. 26942.



neurotoxicity when available information indicates that potential.[274]    From EPA's Guidelines for Neurotoxicity Risk Assessment:  "It is a well-established principle that there are critical developmental periods for the disruption of functional competence, which include both the prenatal and postnatal periods to the time of sexual maturation, and the effect of a toxicant is likely to vary depending on the time and degree of exposure."[275]   In its risk assessment for BDE-153, EPA based its Reference Dose (RfD) on a neurotoxicity endpoint in neonates, stating that "there are a wide variety of brain structures that have very limited critical windows during development.  These short critical windows translate to susceptible periods of exposure that can be very short."[276]   EPA considered it a demonstrated concept that exposure to a neurotoxic chemical during critical periods of development "can induce functional neurological effects later in development."[277]   In its risk assessment for BDE-47, EPA states that a "population subgroup is susceptible if exposure occurs during a period of sensitivity"[278] and then describes the neonatal stage as "a period of rapid development of the nervous system and . . . a critical window of development."[279] In its noncancer risk assessment for methanol, EPA stated that brain effects from postnatal exposure are relevant to humans "given that, in humans, gross measures of brain growth increase for at least 2-3 years after birth, with the growth rate peaking approximately 4 months after birth."[280]

## B) Fetus

Evidence from both animal and human populations indicates that the fetal period is a critical period of susceptibility to fluoride's neurotoxic effects.  First, it should be recognized that fluoride's capacity to harm the developing brain in utero is biologically plausible, and as described below, adverse effects have been reported in both human and animal fetuses.  As discussed earlier, fluoride crosses the placenta and reaches the fetus.[281]  Further, the fluoride that reaches the fetus will have ready access to the brain.  As noted by EPA, "The development of [the blood-brain barrier] is a gradual process, beginning in utero and complete at approximately 6 months of age.  Because the blood-brain barrier limits the passage of substances from blood to brain, in its absence, toxic agents can freely enter the developing brain."[282] Fluoride is known to cross the blood-brain barrier,[283] especially when concentrations of fluoride in blood are transiently high,[284] and passage of fluoride into the brain can be expected to be higher when the blood-brain barrier is underdeveloped or impaired.  Thus, some of the fluoride ingested by the mother will make its way into the brain of the fetus.  Additionally, fluoride has the capacity to lower thyroid function, particularly among individuals with low iodine intakes, and EPA has recognized that alterations to thyroid function (e.g., reductions in thyroid hormone concentrations) during pregnancy can cause cognitive

---

[274] EPA (1998a), p. 45; Federal Register (1998), p. 26942.

[275] EPA (1998a), p. 46; Federal Register (1998), p. 26943.

[276] EPA (2008c), p. 33.

[277] EPA (2008c), p. 33.

[278] EPA (2008a), p. 42.

[279] EPA (2008a), p. 42.

[280] EPA (2013a), p. 5-4.

[281] See for example, Feltman and Kosel (1961); Gedalia et al. (1964); Blayney and Hill (1964); Hudson et al. (1967); Armstrong et al. (1970); Hanhijärvi et al. (1974); Forsman (1974); Shen and Taves (1974); Ron et al. (1986); Malhotra et al. (1993); Gupta et al. (1993); Brambilla et al. (1994); Shimonovitz et al. (1995).

[282] EPA (2009c), p. 58; Rodier (1995).

[283] Niu et al. (2015b); Geeraerts et al. (1986).  See also Gori et al. (2015); Jones and Iagaru (2014); Li et al. (2011); Salgarello et al. (2016); Sheth and Colletti (2012); Thenkondar et al. (2017); Wu et al. (2013).

[284] Mullenix et al. (1995).




disorders and other neurological harm to the child.[285]   Of paramount concern are the many women of childbearing age in the United States who have insufficient iodine intakes, as discussed further below.

*Prospective Cohort studies*

Four recent prospective cohort studies have found that prenatal fluoride exposure correlates with adverse neurological effects in the offspring.[286]  As part of a large study of maternal fluoride exposure and child outcomes in Canada (assessed between ages 3 and 4 years), Green reported that higher maternal urinary fluoride concentrations (average for all three trimesters) were significantly associated with lower IQ scores in male children.[287]   An increase in maternal urinary fluoride concentration by 1.0 mg/L corresponded to a decrease in Full-Scale IQ (FSIQ) of 4 1/2 points.[288]  Mean maternal urinary fluoride concentrations were significantly higher in fluoridated areas than non-fluoridated areas.[289]  For the mother-child pairs for which drinking water information was available, higher fluoride concentration in drinking water was associated with lower IQ scores in children of both sexes.[290]  An increase in water fluoride concentration of 1 mg/L corresponded to a decrease of 6.25 IQ points in the children.[291]  Higher estimated maternal fluoride intake was also associated with lower IQ in children of both sexes.[292]  An increase in maternal fluoride exposure of 1 mg/L corresponded to a decrease of about 4 IQ points in their children.[293]  The study controlled for a number of covariates,[294] including various maternal and paternal characteristics, sex of the child, and prenatal exposures to lead, mercury, and arsenic (assessed from maternal blood and urine samples[295]).

Bashash et al., in a study in Mexico City, reported findings similar to those of Green in Canada:  an increase in maternal urinary fluoride of 0.5 mg/L corresponded to a decrease in the General Cognitive Index (GCI) of 3.15 in 4-year-old children (with no threshold) and a decrease of 2.50 in Full-Scale IQ in 6- to 12-year-old children (with a possible threshold of approximately 0.8 mg/L).[296]  The mean maternal urinary fluoride concentration was 0.90 mg/L.[297]   In the same cohort, higher maternal urinary fluoride also corresponded to significantly higher scores for inattention and attention deficit hyperactivity disorder (ADHD) for 6- to 12-year-old children.[298]  Thus, in this cohort in Mexico City, fluoride exposures during the prenatal period are associated with both lower cognitive function and increased ADHD scores in children some years later.  The studies by Bashash et al. controlled for a large number of covariates,

---

[285] EPA (1998a), p. 50; ; Federal Register (1998), p. 26944; EPA (2008a), p. 40; EPA (2008b), p. 54; EPA (2013b), cover letter, p. 2.  See also Rodier (1995); Zoeller and Rovet (2004); Patel et al. (2011); Suárez-Rodríguez et al. (2012); Modesto et al. (2015); Bellinger (2018).

[286] Green (2018), Bashash et al. (2017; 2018); Valdez Jiménez et al. (2017).  The two papers by Bashash et al. (2017; 2018) describe separate neurodevelopmental endpoints measured in subsets of the same cohort.

[287] Green (2018), p. 29, Full-Scale IQ (FSIQ); p. 31, Performance IQ (PIQ); n = 512.

[288] Green (2018), p. 35.

[289] Green (2018), p. 27 (0.69 mg/L vs. 0.40 mg/L for n = 512); p. 32 (0.92 mg/L vs. 0.30 mg/L for n = 369).  Fluoridated drinking water was defined as 0.6-0.8 mg/L (p. 20).

[290] Green (2018), p. 33 (FSIQ); p. 34 (PIQ); n = 369.

[291] Green (2018), p. 40.

[292] Green (2018), p. 34 (FSIQ, PIQ); n = 369.

[293] Green (2018), p. 40.

[294] Green (2018), pp. 22-24.

[295] Green (2018), p. 28.

[296] Bashash et al. (2017).

[297] Bashash et al. (2017).

[298] Bashash et al. (2018).



including maternal characteristics, possible prenatal exposure to mercury and lead, and the possible modification of fluoride effects by calcium supplementation.[299]

In a separate birth cohort in a different part of Mexico, Valdez Jiménez et al. evaluated the neurodevelopment of 65 infants ages 3-15 months (average, 8 months).[300] Mothers were recruited early in pregnancy, and maternal urinary fluoride measurements were made during each trimester (all 65 mothers provided 1st trimester samples; 46 and 29 provided samples during the 2nd and 3rd trimesters, respectively). Fluoride was also measured in samples of drinking water (bottled or tap water). An increase of 1 mg/L fluoride in maternal urine corresponded to a decrease in Mental Development Index (MDI) of 19.5 points. The average MDI in the cohort was 91.6 (range, 60-135), with 38.5% scoring less than 85, indicating possible developmental delay. Corresponding testing for the Psychomotor Development Index found an average of 90.9 (range, 54-131), with 20.9% of infants below a score of 85 (indicating possible developmental delay); a correlation with maternal urine fluoride was not found. This study was carried out in an area with relatively high water fluoride concentrations (at least 80% of tap water samples with fluoride concentrations in excess of 1.5 mg/L); however, measured fluoride concentrations ranged as low as 0.5 mg/L for tap water and 0.01 mg/L for bottled water. Valdez Jiménez et al. also reported a significantly higher rate of prematurity (births between 28 and 36 weeks gestation, with a birth weight < 2.5 kg) of 33.8%, compared with 7.3% for Mexico generally.[301]

*Fetal Brain Studies*

Several Chinese studies of human fetuses exposed to fluoride via maternal intake of contaminated food[302] have reported a variety of structural changes in fetal brains as well as alterations in neurotransmitters and their receptors. Reported effects include significant alterations in subcellular structure in the cerebral cortexes (e.g., swollen mitochondria, reduced synapses containing fewer mitochondria and microtubules, and dilated rough endoplasmic reticulum),[303] changes that are consistent with retarded growth and cell division in the cerebral cortex. Additional reported effects include changes in neuronal densities and abnormal disorganization of Purkinje cells,[304] significant alterations in several neurotransmitters,[305] and significant reduction in a neurotransmitter receptor (the $\alpha_1$-receptor) and alterations in that receptor's affinity with its ligand.[306]

While the potential confounding of other chemicals in polluted air limits the conclusions that can be drawn from the human fetal brain studies, prenatal studies of fluoride-treated rats have found similar effects.[307] Table 2 summarizes several studies retrieved from PubMed that have investigated the neuroanatomical and neurochemical effects of prenatal fluoride exposures. The vast majority of these studies found changes in the brain of the treated animals.

---

[299] Bashash et al. (2017; 2018). Part of the cohort participated in a randomized study of the effect on blood lead levels of calcium supplementation during pregnancy.

[300] Valdez Jiménez et al. (2017).

[301] Valdez Jiménez et al. (2017).

[302] Household use of coal in parts of China results in fluoride contamination of air and food, including corn roasted in smoke from coal burning (Dong et al. 1997; He et al. 1989).

[303] He et al. (1989).

[304] Du et al. (1992).

[305] Yu et al. (1996); Dong et al. (1997).

[306] Yu et al. (1996).

[307] Basha et al. (2011a; 2011b); Jiang et al. (2014b); Dong et al. (2015); Zhang et al. (2017b); Bartos et al. (2018); Ge et al. (2018); Zhao et al. (2019).



Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies.

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Rats (Wistar albino) | Drinking water | Group I (control), < 1 ppm F; Group II, 100 ppm F; Group III, 200 ppm F | Gestation of 1st generation through 3rd generation; apparently healthy animals used to produce succeeding generations; measurements made at 21 days old. | Overt toxicity (decreased feed and water consumption; decreased litter size, decreased birth weight and brain somatic index, increased mortality of pups) with increased dose and with each generation.  Increased levels of malondialdehyde; decreased activities of catalase, superoxide dismutase, glutathione peroxidase, and glutathione S-transferase; and decreased levels of glutathione in brain regions, with increased dose and with each generation. | Basha et al. (2011a) |
| Rats (Wistar albino) | Drinking water | Group I (control), < 1 ppm F; Group II, 100 ppm F; Group III, 200 ppm F | Gestation of 1st generation through 3rd generation; measurements made at 1 month old.  Possibly the same breeding animals and litters as in Basha et al. (2011a), but not stated. | Increased fluoride concentrations in brain regions with increased dose and with each generation; decreased thyroid hormones with fluoride exposure; decreased acetylcholinesterase activity with increased dose and with each generation; histopathological changes (necrosis, hyperchromasia, disintegrated cytoplasm, vacuoles, eosinophilia, decreased number of granular cells, degenerating neurons) with increased dose and generation; poorer performance in memory and learning test. | Basha et al. (2011b) |
| Rats (Sprague-Dawley) | Drinking water | Control, 0.34 mg/L F; 25, 50, and 100 mg/L NaF (11.3, 22.6, and 45.2 mg/L F) | Gestation to 2 months old. | PET/CT and MRI done only in females.  Reduced body weights and brain weights with increased dose.  Poorer performance on water maze test (damaged learning and memory abilities).  For MRI, differences in ventricles of rats in 100 mg/L group (probably due to neurodegenerative changes or brain atrophy).  Acute degeneration of neurons in 50 and 100 mg/L groups, with apparent interstitial edema and (in 100 mg/L group) partial demyelination.  Decreased glucose utilization and increased brain-derived neutrophic factor (PET/CT). | Jiang et al. (2014b) |

*Table continued next page*



Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies - *Continued*

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Rats (Sprague-Dawley) | Drinking water | Control (< 0.5 ppm F); 50 ppm F | 10 months for initial generation, plus time for gestation and lactation; up to 28 days for offspring (postnatal days 1, 7, 14, 21, 28). | All treated rats showed dental fluorosis, but no controls did.  For initial generation and offspring, decreases in M1 and M3 muscarinic acetylcholinesterase receptors (mAChRs) and in M1 and M3 mAChR mRNAs in brains.  Increased reactive oxygen species (ROS), decreased superoxide dismutase and glutathione peroxidase in adult brains.  Correlations of decreased M1 and M3 mAChR and increased ROS with worse performance on learning and memory tests (adults and 28-d offspring). | Dong et al. (2015) |
| Rats (Sprague-Dawley) | Drinking water | Females:  Control (< 0.2 ppm F; 0.79% Ca in feed); F (45 ppm F; 0.79% Ca in feed); LCa (< 0.2 ppm F; 0.063% Ca in feed); F + LCa (45 ppm F; 0.063% Ca in feed); F + HCa (45 ppm F; 7% Ca in feed).  Males: < 0.2 ppm F; 0.79% Ca in feed. | Diets started at weaning; mated 3 months later; study involved offspring at birth, 14 d, 28 d. | Synaptic density significantly decreased for F group at 14 d (females) and 28 d (males and females) and for F + low Ca (F + LCa) group at birth, 14 d, and 28 d.  Structural differences (decreased synaptic active zone, increased synaptic gap width, decreased thickness of postsynaptic density) for F group (significant in most cases) and F + LCa group (significant in all cases), at birth, 14 d, and 28 d.  Changes prevented or lessened in F + high Ca (F + HCa) group. | Zhang et al. (2017b) |
| Rats (Wistar) | Drinking water | Control (filtered tap water); 5 and 10 mg/L F. | Gestational day 0 to postnatal day 21.  Female offspring studied at postnatal day 90. | Significant difference in 24-hour memory test for 5 mg/L group; significant difference in 90-minute and 24-hour memory tests for 10 mg/L group.  Significant decrease in $\alpha$7 nicotinic acetylcholinesterase receptor (nAChR) mRNA in 10 mg/L group.  Significant decrease in catalase activity in both 5 mg/L and 10 mg/L groups. | Bartos et al. (2018) |

*Table continued next page*



Table 2.  Examples of reported neuroanatomical and neurochemical effects of prenatal fluoride exposures in animal studies - *Continued*

| Species and strain | Exposure conditions | Concentration or dose | Exposure duration | Effects | Reference |
|---|---|---|---|---|---|
| Mice (ICR) | Drinking water | Control (distilled water); 50 and 100 mg/L F. | 1 month before pregnancy, through gestation, to 90 days after birth; offspring fed same concentration of fluoride in water as their parents | Decreased spatial learning and memory capabilities of offspring at 60 d in treated groups (Morris water maze test).  Reduced body weights in treated groups.  Histopathological changes in brain (cerebral cortex) at 60 d and 90 d in treated groups (reduced number and size of pyramidal cells, karyorrhexis).  Reduced expression (mRNA and protein) of microtubule-associated protein 2 (MAP2), synaptophysin (SYP), developmentally regulated brain protein (Dbn), and glutamate receptor (N-methyl-D-aspartate receptor, NMDAR). | Ge et al. (2018) |
| Rats (Sprague-Dawley) | Drinking water | Control; 4.52, 22.6, and 45.2 mg/L fluoride (10, 50, and 100 mg/L NaF). | 2 months before pregnancy, through gestation, to 2 months after birth (postnatal day 60) | Impaired learning and memory in offspring (Morris water maze test).  Mitochondrial abnormalities in hippocampal neurons of offspring.  Decreased levels of mitochondrial fission-regulating molecules, increased levels of mitochondrial fusion-regulating molecules, in hippocampus of offspring, leading to disruption of mitochondrial fission and fusion, defective autophagy, and excessive apoptosis in the hippocampus.  (Similar effects on two mitochondrial regulating molecules with respect to fluoride exposure were reported in children, correlated with decreased IQ in fluoride exposed children.) | Zhao et al. (2019) |
| Rats (Wistar) | Drinking water | Control (filtered tap water); 5 and 10 mg/L F. | Gestational day 0 to postnatal day 21.  Offspring studied at postnatal day 45. | Impaired short-term and long-term memory in female offspring (both treatment groups) and in male offspring (lower treatment group), in a step-down inhibitory avoidance test.  Altered biochemical markers of oxidative damage in brain sections (prefrontal cortex, striatum, hippocampus), including reduced catalase, glutamate oxaloacetate transaminase, and glutamate pyruvate transaminase, in both females and males. | Bartos et al. (2019) |
| Rats (Sprague-Dawley) | Drinking water | Control (< 0.5 mg/L F); 10, 50, and 100 mg/L NaF) | 2 months before pregnancy, through gestation, to 6 months after birth. | Impaired learning and memory of offspring, decreased neuronal number, suppressed autophagy and enhanced apoptosis in hippocampus. | Zhou et al. (2019) |



Most of the prenatal studies in rats involved fluoride exposures to the mothers during both gestation and lactation (Table 2). However, since the fluoride concentrations in rat milk are substantially below the concentrations in the mother's drinking water,[308] early postnatal fluoride exposure via the milk is unlikely to have been important in comparison with prenatal exposure. In contrast, bottle-fed human infants, if their formula is prepared with fluoridated water, are likely to have higher postnatal fluoride exposures than prenatal exposures, and typical postnatal fluoride exposures from formula-feeding are among the highest typical human exposures for a given water fluoride concentration (discussed below). I am not aware of any studies of neurotoxicity in rats or mice that have attempted to reproduce the postnatal fluoride exposures experienced by human infants through feeding of formula prepared with fluoridated water.

Thus, both animal and human research on prenatal fluoride exposure supports the conclusion that fluoride poses a significant neurological hazard during the *in utero* period.

### C) Bottle-fed infants

EPA recognizes that susceptibility to a chemical may be "intrinsic" (biological, e.g., life stage) or "extrinsic" (acquired, e.g., lifestyle).[309] A bottle-fed infant has *both* intrinsic *and* extrinsic susceptibility to fluoridated water. The intrinsic factor is an early "life stage" of development which, as discussed above, renders the infant more vulnerable to neurotoxic insults;[310] the extrinsic factor is a "lifestyle" (receiving formula instead of breastmilk) that dramatically increases the infant's exposure to fluoridated water. The combination of these two factors makes bottle-fed infants a clearly identifiable, highly susceptible subset of the population.

Infants have the highest intake of fluid per unit body weight of any age group among humans, given their mostly liquid diet at that age. According to EPA's survey on water intakes, approximately 5% of individuals less than 6 months old have a daily intake of water from community sources of at least 189 mL per kg body weight, and approximately 5% of infants between 6 and 12 months old and of children < 2 years old have a daily intake of water from community sources of at least 126 mL per kg body weight.[311] The EPA did not distinguish between nursing (breastfed) infants, who typically have a low intake of water, and non-nursing (bottle-fed) infants, who probably constitute the high end of EPA's distribution of water intake. Consistent with the high fluoride intakes of many bottle-fed infants, development of dental fluorosis in permanent teeth is associated with fluoride exposures before age 6 months as well as with exposure during later periods of infancy and childhood.[312] For example, Forsman found that infants fed water-diluted formula from an early age had more fluorosis than those who were breastfed at least their first few months.[313] Walter and Messer reported that children who were formula-fed from birth or breastfed less than 3 months had more fluorosis than children who were breastfed at least their first 3 months.[314]

According to the CDC, for U.S. children born in 2015, about 83% were ever breastfed, 58% were still breastfed at 6 months old, and 25% were exclusively breastfed through the first 6 months.[315] Data vary by ethnicity, with Hispanics, whites and Asians having breastfeeding rates similar to or greater than the national averages and blacks having substantially lower rates. Breastfeeding rates in the U.S. tend to be

---

[308] Drinkard et al. (1985). Fluoride concentrations in rat milk were 0.044, 0.349, and 0.401 mg/L, compared with fluoride concentrations in the mother's drinking water of 0, 50, and 100 mg/L, respectively.

[309] EPA (2017b).

[310] EPA (2008a), p. 42; EPA (2013a), p. 5-4.

[311] EPA (2004b), p. E-55; see also EPA (2000a) and NRC (2006), p. 426, Table B-8.

[312] Hong et al. (2006a; 2006b); Forsman (1977); Walton and Messer (1981); Fomon and Ekstrand (1999); Fomon et al. (2000).

[313] Forsman (1977).

[314] Walton and Messer (1981).

[315] CDC (2018; n.d.).



highest for higher family income and maternal education levels.  Looked at from the opposite perspective, close to 17% of U.S. infants in 2015 were never breastfed, 42% were not breastfed for their entire first 6 months, and 75% did not have exclusive breastfeeding for their entire first 6 months.  Breastfeeding rates in the U.S. have increased substantially in recent years from a low point in the early 1970s (less than 30% of babies ever breastfed, and less than 10% breastfed for more than 3 months).[316]  While increased breastfeeding rates are to be encouraged for a number of reasons, it is important to remember that for many infants in the U.S., breastfeeding is not an option; these include cases of infant adoption or fostering, as well as cases of death or illness of the mother.

Fluoride concentrations in human milk, as with the milk of other mammals, are very low, regardless of the fluoride intake of the mother.[317]  Thus fluoride intakes by infants fed primarily breast milk are very low, as are fluoride intakes by infants fed primarily cow's milk.[318]  However, fluoride intakes by infants fed commercially prepared formula reflect the fluoride concentrations in the water used to prepare the formula, either at the manufacturing plant, in the home, or both, and fluoride intakes can be in excess of 0.1 mg/kg/day.[319]  Since 1979, commercial producers of infant formula have used low fluoride water in the manufacture of infant formula, even when this means removing fluoride from the local municipal water before using it to make the formula.[320]  The result is that ready-to-feed formula (no water added in the home) is now much lower in fluoride content, but still higher than breast milk or cow's milk.[321]  Other commercial formulas, either in powder form or concentrated liquid form, still require addition of water before they can be fed to infants, and therefore the fluoride concentration in the formula depends primarily on the fluoride concentration of the water used to prepare the formula.[322]  For infants fed formula prepared with fluoridated tap water, the fluoride intake can be quite high, even for infants fed formula only as a supplement to breastfeeding.[323]  Fomon et al. recommended the use of low-fluoride water (< 0.3 mg/L) for home-preparation of infant formula, as well as no fluoride supplementation for infants.[324]

Most commercial infant formula, historically and currently, has been in powder form, for which the cost is approximately half that of ready-to-feed formula, per unit volume of formula as fed.[325]  Fomon (2000), based on industry data, indicated that approximately 80% of formula sales in 1998 were for powder form, and 10% or less for ready-to-feed form.[326]  Based on national data collected during 2005-2007, the CDC reported that approximately 26% of neonates and 10-15% of infants ages 2-12 months are fed at least some ready-to-feed formula, 7-12% of infants are fed formula prepared from liquid concentrate, 3-6% are fed formula prepared from single serving packages of powder, and 83-93% are fed formula prepared from powder from cans.[327]  For approximately 70-78% of infants in the same national survey, formula is reconstituted with tap water at least some of the time; for 46-52% of infants, formula is reconstituted with

[316] DHEW (1979), pp. 2-6, especially Tables A and B.  See also Fomon and Ekstrand (1999), Figure 1.

[317] Reviewed by NRC (2006), pp. 33, 36.  See also Fomon and Ekstrand (1999) and Fomon et al. (2000).

[318] Fomon et al. (2000), Table 2.

[319] Fomon et al. (2000).

[320] Fomon and Ekstrand (1999); Fomon et al. (2000).

[321] Fomon et al. (2000).

[322] Fomon and Ekstrand (1999); Fomon et al. (2000).

[323] Fomon et al. (2000).

[324] Fomon et al. (2000).

[325] O'Connor (2009).

[326] Fomon (2001), Figure 4.

[327] CDC (2017), Table 3.16.  (Infants could be fed more than one type of formula, so the sum of the raw percentages exceeds 100%.).  Survey dates (May 2005-June 2007) are from Fein et al. (2008).  Harriehausen et al. (2019) reported use of powdered infant formula for 92.1% of formula-fed infants, based on a survey in Houston.  (The date of the Houston survey is not given, but appears to have been approximately 2015.)



bottled water at least some of the time.[328]  The CDC data are not considered representative of the U.S. population; in particular, participation was likely biased toward women and infants with higher socioeconomic status (who tend to have higher breastfeeding rates, as described above), and minority groups were underrepresented.[329]  Thus, the actual rates of formula feeding and use of tap water for formula preparation may be higher than observed in the survey.

Based on the available information, it can reasonably be assumed that the majority of formula-fed infants in the U.S. are fed powdered formula reconstituted with water, often or usually tap water.  Especially for low-income homes (where breastfeeding is less likely), it is reasonable to assume that many or most infants are fed formula prepared from powder using tap water, which in much of the country is fluoridated.  In addition, for approximately 20% of infants, tap water is boiled before it is used to prepare formula;[330] if this tap water is fluoridated, the resulting fluoride concentration in the formula will be higher than if the water had not been boiled.[331]

Fomon et al. estimated that infants consuming powdered formula prepared with fluoridated water (1 mg/L) will ingest between 0.116 and 0.164 mg/kg/day.[332]  If Fomon's estimate is adjusted to account for the lower concentration of fluoride now added to water (0.7 mg/L), the result is a daily intake of 0.08 to 0.115 mg/kg/day, which is 80 to 115 times higher than the amount that Fomon et al. estimated for breast-fed infants (0.001 mg/kg/day).[333]  Thus by Fomon's estimates, essentially all formula-fed infants will exceed EPA's RfD for fluoride (0.08 mg/kg/day), if their formula is prepared with fluoridated tap water.

Fomon's estimates agree well with recent data from Harriehausen et al., who surveyed 114 parents in Houston to determine brand and type of formula, total volume of formula consumed over 24 hours, and infant weight.[334]  Most of the parents in the study (corresponding to 92.1% of the infants) reported using powdered formula, which is consistent with the literature described above.  Fluoride content in various brands of formula ranged from 0.035 to 0.175 mg/L when reconstituted with deionized water.[335]  Harriehausen et al. estimated the total amount of fluoride that the infants would consume if fluoridated water (0.7 mg/L) were to be used to reconstitute the formula (Table 3).  Estimated average fluoride intakes from formula would exceed 0.1 mg/kg/day during the first 4 months of life (0.110 mg/kg/day at 2 months; 0.112 mg/kg/day at 4 months), with more than 50% of infants estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).  At 6 months, the estimated average fluoride intake from formula would be 0.09 mg/kg/day, still above EPA's RfD (0.08 mg/kg/day), with one-third of infants estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).  At 9 and 12 months, 14% and 9% of infants, respectively, would be estimated to have intakes exceeding 0.1 mg/kg/day (Table 3).

---

[328] CDC (2017), Table 3.97.  (Formula for a given infant could be prepared with more than one water source, so the sum of the raw percentages exceeds 100%.)  Harriehausen et al. (2019) indicate 70-75% of parents reconstituting infant formula with tap water, based on the same CDC survey; their own survey in Houston reported only 3.5% of infants fed formula reconstituted with tap water, suggesting that there may be regional or temporal variations in use of tap water for reconstituting infant formula.

[329] Fein et al. (2008); Grummer-Strawn et al. (2008).

[330] CDC (2017), Table 3.98.

[331] For example, see Juárez-López et al. (2011).

[332] Fomon et al. (2000), Table 2.  These estimates are based on intake volumes (amount of formula consumed) from 0.12 to 0.17 L/kg/day.

[333] Fomon et al. (2000), Table 2.

[334] Harriehausen et al. (2019).  These estimates are based on intake volumes (amount of formula consumed) from 0.07 L/kg/day at 12 months to 0.154 L/kg/day at 2 months, with an overall average of 0.12 L/kg/day (calculated from data in Table 1 of Harriehausen et al. 2019).

[335] Harriehausen et al. (2019), Table 2.



The estimates from both Harriehausen and Fomon are consistent with the findings from the Iowa Fluoride Study (IFS).[336] Estimates of fluoride intake (from all sources) were determined for more than 600 infants at 1.5, 3, 6, 9, and 12 months of age, based on parental questionnaires. The IFS did not report fluoride intake data separately for formula-fed infants, and so does not represent the exposure distribution among formula-fed infants. Twenty-five per cent of the infants in the study ingested at most 0.002 to 0.007 mg/kg/day at ages 1.5 and 3 months, respectively,[337] an exposure consistent with exclusively breastfed babies. However, the IFS data also confirm that many infants consume large amounts of fluoride. Approximately 25% of infants in the study consumed $\geq$ 0.093 mg/kg/day at age 6 months of life, with 10% consuming $\geq$ 0.127 mg/kg/day and 5% consuming $\geq$ 0.147 mg/kg/day.[338] At age 1.5 months, 25% of infants in the study consumed at least 0.095 mg/kg/day, 10% at least 0.159 mg/kg/day, and 5% at least 0.188 mg/kg/day; at age 3 months, 25% of infants consumed at least 0.099 mg/kg/day, 10% at least 0.142 mg/kg/day, and 5% at least 0.166 mg/kg/day.[339] These intake estimates were obtained prior to the reduction in recommended fluoridation levels to the current 0.7 mg/L; however, even if these estimates are adjusted downward by approximately 30% to account for the change in fluoridation levels, many infants would still exceed the current RfD of 0.08 mg/kg/day.

Table 3.  Estimated fluoride ingestion from infant formula, assuming fluoridated water at 0.7 mg/L.[a]

| Category | Age | | | | |
|---|---|---|---|---|---|
| | 2 months | 4 months | 6 months | 9 months | 12 months |
| Number of infants | 32 | 23 | 27 | 21 | 11 |
| Predicted fluoride intake | | | | | |
|     Mean (mg/kg/day) | 0.110 | 0.112 | 0.090 | 0.066 | 0.053 |
|     Variance | 0.0033 | 0.0016 | 0.0018 | 0.0012 | 0.0009 |
|     Standard deviation[b] | 0.057 | 0.040 | 0.042 | 0.035 | 0.03 |
| Distribution of fluoride intake | | | | | |
|     > 0.1 mg/kg/day (%) | 59.4 | 56.5 | 33.3 | 14.3 | 9.1 |
|     < 0.1 mg/kg/day (%) | 40.6 | 43.5 | 66.7 | 85.7 | 90.9 |

[a] Data from Harriehausen et al. (2019), Table 3.
[b] Calculated from the variance reported by Harriehausen et al. (2019), Table 3.

---

[336] Appendix 2 of Levy et al. (2003).
[337] Appendix 2 of Levy et al. (2003).
[338] Appendix 2 of Levy et al. (2003).
[339] Levy et al. (2003), Appendix 2. Maximum reported fluoride intakes were 0.401 mg/kg/day at age 1.5 months, 0.346 mg/kg/day at age 3 months, and 0.343 mg/kg/day at age 6 months. For ages 9-72 months (9 months to 6 years), maximum intakes ranged from 0.136 to 0.307 mg/kg/day.



*Impacts of formula feeding on IQ*

While studies have not yet specifically addressed the impact on IQ of feeding formula prepared with fluoridated water, reported associations of cognitive impairment or lower IQ with formula feeding during infancy[340] are consistent with the high exposures of these infants to fluoride in the water used to prepare the formula and consequent susceptibility of the formula-fed infants to neurotoxic effects of fluoride.  Specific differences in brain activation and regional volumes of gray matter have even been reported, indicating developmental changes in formula-fed children in comparison with breastfed children.[341]  Such effects (and other adverse effects of formula-feeding compared with breastfeeding, especially compared with exclusive breastfeeding for at least the first several months) could, in principle, be due to loss of the enhanced mother-child bonding associated with breast-feeding,[342] to deficiency of an essential nutrient (e.g., long-chain saturated fatty acids) in the formula,[343] to the presence of a toxic contaminant (e.g., fluoride, lead) in the water used to prepare the infant formula,[344] or to some combination of these factors.

In its Guidelines, EPA considers it important to include postnatal exposure that might involve an interaction of a toxic agent with milk composition.[345]  EPA's context is animal studies, but the principle would apply to human studies:  Replacement of the mother's milk with a substitute that contains a toxic agent would be an extremely important source of postnatal exposure of infants and children to the toxic agent.  Few, if any, animal studies reproduce the effect of formula-feeding of human infants, in terms of a water-based formula, together with any contaminants in the water, being substituted for the mother's milk; thus this very important developmental period is routinely missed in most animal studies.

D)  <u>Elderly</u>

The elderly have also been identified as an at-risk group for fluoride toxicity by both the NRC and the EPA.[346]  There are at least six factors which support an increased vulnerability to fluoride's neurological effects among the elderly.  First, as would be expected, studies have found that water fluoridation significantly increases the level of fluoride in bone, and these levels increase with age.[347]  Second, the fluoride that is taken into bone is not stored there forever; as bones begin to break down in the postmenopausal and elderly years, some of the fluoride stored in the tissue is released back into the bloodstream.[348]  Third, renal function declines with age, and thus the elderly kidney can be expected to be less efficient in clearing fluoride from the bloodstream.  Fourth, the increased circulating fluoride will have proportionally greater access to the brain due to age-related increases in the permeability of the blood-brain barrier.[349]  Fifth, the EPA has recognized that the elderly brain is at "particular risk" to neurotoxicants "because of the limited ability of the nervous system to regenerate or compensate to neurotoxic insult."[350]

---

[340] For example, see Fomon (2001); Wolf 2003; Belfort et al. (2013); Horta et al. (2015; 2018); Victora et al. (2015; 2016); Kanazawa (2015); Boutwell et al. (2018).  Many studies have controlled for possible confounders such as maternal IQ, maternal education, and family income.

[341] Ou et al. (2016).

[342] Horta et al. (2018).

[343] Horta et al. (2018).

[344] Goyer (1995).

[345] EPA (1998a), p. 46; Federal Register (1998), p. 26943.

[346] NRC (2006), p. 351; EPA (1998a), p. 65; Federal Register (1998), p. 26949.

[347] Alhava et al. (1980); Arnala et al. (1985); Eble et al. (1992); Chachra et al. (2010).

[348] Itai et al. (2010).

[349] For example, see Mooradian (1994); Zeevi et al. (2010); Rosenberg (2014); and Pan and Nicolazzo (2018).

[350] EPA (1998a), p. 65; Federal Register (1998), p. 26943.



Sixth, the elderly have increased likelihood of co-morbidities and nutritional deficits, which can further increase susceptibility to harm.

While epidemiological data on fluoride and cognition in the elderly remains relatively sparse, Li reported a very high rate of cognitive impairment (81.1%) in an endemic fluorosis area.[351] Li did not find a linear relationship between urinary fluoride and the severity of cognitive impairment in the endemic fluorosis area, but urinary fluoride levels among those with any form of cognitive impairment were significantly higher than those with normal cognition.[352] Russ et al. described a longitudinal study involving nearly all people born in Scotland in 1921, who were passively followed for diagnoses of dementia after 2004.[353] Residential locations after age 60 (or at death or at time of diagnosis of dementia) were used to estimate exposure to aluminum and fluoride (separately) in drinking water. The authors concluded that "even these relatively low levels of aluminium and fluoride are associated with deleterious effects on dementia risk" and suggested further research.[354]

The NRC has described the possible relationship of fluoride exposure, especially exposure to aluminum fluoride complexes, to the development of Alzheimer's disease.[355] Goschorska et al. have reviewed the likely role of fluoride in the initiation and progression of Alzheimer's disease.[356] Consistent with other findings, Cao et al., in a study of mice genetically prone to degenerative brain changes including amyloid pathology, found that exposure of adult mice to fluoride for 3 months produced more severe changes and earlier changes, including enhanced deficits in learning and memory.[357] "The result suggests that prolonged exposure to fluoride may accelerate the neuropathological lesions that occur in such APP mice."[358]

E) <u>Nutritional Deficiencies</u>

Nutritional deficiencies can contribute to increased susceptibility to fluoride toxicity.[359] Calcium deficiency and iodine deficiency are expected to be particularly important in terms of vulnerability to neurotoxic effects of fluoride, but deficiencies of magnesium, vitamin C, protein, and other nutrients have also been associated with increased susceptibility to effects of fluoride exposure.

Dairy product consumption and corresponding calcium intakes have decreased markedly in the last several decades in the U.S.[360] Therefore, bioavailability of fluoride to infants and children is probably higher now.[361] As discussed later in this section, lactose intolerance (real or perceived) in some minority populations is associated with significantly lower calcium intake.[362] Substitution of tap water or tap water-based beverages for milk in the diet may result in both decreased calcium intake and increased fluoride intake.[363] Fluoride exposure also tends to exacerbate calcium deficiencies,[364] which can lead to various

---

[351] Li et al. (2016), p. 59.
[352] Li et al. (2016), Figure 2, Table 3.
[353] Russ et al. (2019).
[354] Russ et al. (2019).
[355] NRC (2006), pp. 210-212.
[356] Goschorska et al. (2018).
[357] Cao et al. (2019).
[358] Cao et al. (2019).
[359] See for example, NRC (2006). p. 265; Pandit et al. (1940); Marier (1977).
[360] Fomon et al. (2000); Bayless et al. (2017).
[361] Fomon et al. (2000).
[362] Jackson and Savaiano (2001); Jarvis and Miller (2002); Byers and Savaiano (2005); Fulgoni et al. (2007); Nicklas et al. (2009; 2011); Brown-Riggs (2016); Bayless et al. (2017).
[363] NRC (2006), p. 52.
[364] NRC (2006), pp. 250-251.



adverse health effects, including increased susceptibility to lead toxicity.[365]  Zhang et al. reported that effects of fluoride on synapse development in the hippocampus of rat pups were exacerbated by calcium deficiency and reversed by high calcium intake.[366]

The NRC reported that high fluoride intake appears to exacerbate the effects on thyroid function of low iodine intake in both animals and humans.[367]  Stated differently, reduced thyroid function in humans occurs at lower fluoride intakes in the presence of iodine deficiency.  Malin et al. reported that among iodine-deficient adults in Canada, an increase in urinary fluoride was associated with an increase in thyroid stimulating hormone (TSH), indicating a decrease in thyroid function.[368]  Of particular concern is that impaired thyroid function (including hypothyroxinemia and subclinical hypothyroidism) in pregnant women is associated with reduced IQ and other neurological effects in the offspring.[369]  Lavado-Autric et al. demonstrated in rats that proper migration of neurons does not occur in the developing offspring of hypothyroid or hypothyroxinemic mothers, leading to permanent alterations of brain architecture.[370]  Similarly, Auso et al. reported that "moderate and transient maternal hypothyroxinemia" during early gestation causes "irreversible alterations of brain development" in the offspring.[371]  The CDC considers the average iodine status (median urinary iodine concentration) of women of childbearing age (12-19 years and 20-39 years) in the U.S. to be in the "adequate intake" range, but the 10th percentiles by ethnicity and for the total population are in the "insufficient intake" range, indicating that more than 10% of women of childbearing age in the U.S. are deficient in iodine.[372]  Caldwell et al. report that 35% of pregnant women and 38% of nonpregnant women in the U.S. have urinary iodine concentrations below the level considered adequate.[373]  In addition, the CDC notes that even higher intakes of iodine are required for pregnant and lactating women; thus an even greater percentage of American women are likely to be deficient in iodine with respect to the demands of pregnancy and lactation.[374]  Pearce suggests that iodine deficiency in the U.S. may be becoming more prevalent, especially among pregnant women.[375]

## F) Kidney disease

It is well recognized that people with renal impairment (kidney disease) are less able to excrete fluoride, resulting in higher concentrations of fluoride in the body and greater susceptibility to adverse health effects from fluoride exposure.[376]  The World Health Organization states that it "is known that persons suffering from certain forms of renal impairment have a lower margin of safety for the effects of fluoride than the average person."[377]  In addition, a number of papers report an association between renal

---

[365] NRC (2006), pp. 250-251; Goyer (1995); Bruening et al. (1999).

[366] Zhang et al. (2017b).

[367] NRC (2006), pp. 227, 234, 262.

[368] Malin et al. (2018).

[369] For example, see Haddow et al. (1999); Pop et al. (1999; 2003); Morreale de Escobar et al. (2000; 2004); Klein et al. (2001); Vermiglio et al. (2004); LaFranci et al. (2005); Kooistra et al. (2006); Roman (2007); Zoeller and Rovet (2004); Patel et al. (2011); Suárez-Rodríguez et al. (2012); Modesto et al. (2015); Moleti et al. (2016).

[370] Lavado-Autric et al. (2003); Zoeller (2003).

[371] Ausó et al. (2004).

[372] CDC (2008), Chapter 4a, pp. 90-100.

[373] Caldwell et al. (2011).

[374] CDC (2008), Chapter 4a, pp. 90-100.

[375] Pearce (2015).

[376] For example, see Marumo and Iwanami (2001); NRC (2006), pp. 30, 292, 351; Ibarra-Santana (2007); Schiffl (2008).

[377] WHO (2004), p. 6.



impairment and reduced IQ or other cognitive impairment,[378] which is consistent with higher fluoride retention (and often higher water intake and consequent higher fluoride intake).

### G) Populations with High Water Intake

The NRC identified population subgroups whose water intake "is likely to be substantially above the national average for the corresponding sex and age group" as susceptible subpopulations with respect to fluoride exposure.[379] According to the NRC, "these subgroups include people with high activity levels (e.g., athletes, workers with physically demanding duties, military personnel); people living in very hot or dry climates, especially outdoor workers; pregnant or lactating women; and people with health conditions that affect water intake."[380] Health conditions that affect water intake include "diabetes mellitus, especially if untreated or poorly controlled; disorders of water and sodium metabolism, such as diabetes insipidus; [and] renal problems resulting in reduced clearance of fluoride."[381] The NRC estimated that athletes and others with high physical activity and consequent high (but not upper bound) water consumption would ingest 0.05 mg/kg/day of fluoride from drinking water with 0.7 mg/L fluoride.[382] Adults with diabetes mellitus could have similar fluoride intakes (0.05 mg/kg/day, while children with diabetes mellitus could have fluoride intakes of 0.07 mg/kg/day.[383] For children and adults with nephrogenic diabetes insipidus, NRC estimated waterborne fluoride intakes of 0.11 mg/kg/day from water containing 0.7 mg/L.[384] Consistent with this, case reports have documented moderate to severe dental fluorosis among children with diabetes insipidus who drank water with 0.5 to 1 mg/L.[385] Based on EPA's estimates of water consumption by individuals who actually consume water from community sources and a water fluoride concentration of 0.7 mg/L, 10% of infants < 6 months old would be expected to have a fluoride intake of at least 0.12 mg/kg/day, 5% would have an intake of at least 0.14 mg/kg/day, and 1% would have a fluoride intake of at least 0.17 mg/kg/day.[386]

### H) Genetic susceptibility

A number of studies have shown associations between specific genetic arrangements and a greater susceptibility to effects of fluoride exposure,[387] including dental fluorosis, occupational fluorosis,[388] and alterations to reproductive hormones.[389] Additional studies have identified differences in dental fluorosis rates among ethnic subpopulations with similar fluoride exposures, consistent with genetic differences among the subpopulations.[390] Genes for which associations with differing susceptibility to fluoride

---

[378] For example, see Madero et al. (2008); Mendley et al. (2015); Chen et al. (2018b).

[379] NRC (2006), p. 30.

[380] NRC (2006), p. 30.

[381] NRC (2006), p. 30.

[382] NRC (2006), p. 35, Table 2-4.

[383] NRC (2006), p. 35, Table 2-4.

[384] NRC (2006), p. 35, Table 2-4.

[385] NRC (2006), p. 33.

[386] NRC (2006), pp. 431-433, Tables B-12, B-12, and B-14, based on EPA (2000a).

[387] Reviewed by Pramanik and Saha (2017). See also Lavryashina et al. (2003); Tu et al. (2011); Liu et al. (2006); Huang et al. (2008); Ba et al. (2011); Zhao et al. (2015); Zhou et al. (2016); Zhang et al. (2013b); Pei et al. (2017); Jiang et al. (2015); Zhang et al. (2015b); Cui et al. (2018); Küchler et al. (2018); Bhagavatula Naga (2009).

[388] Tu et al. (2011) list clinical symptoms of occupational fluorosis as back and limb pain, neurasthenia syndrome, gastrointestinal symptoms, joint movement limitation, bone deformities, and nerve compression symptoms.

[389] Zhao et al. (2015); Zhou et al. (2016); Ma et al. (2017); An et al. (2019).

[390] Wu et al. (2015); Yang et al. (2016); Pei et al. (2017); Li et al. (2017); Yang et al. (2018b).



exposure have been identified include various blood groups and leukocyte genes, group-specific complement (Gc), calcitonin receptor (CTR), insulin-related growth factor 1 (IGF1), collagen type 1 alpha 2 (COL1A2), estrogen receptor (ESR or ERα), follicle stimulating hormone receptor (FSHR), myeloperoxidase (MPO), vitamin D receptor (VDR), matrix metallopeptidase-2 (MMP-2), and various genes involved in enamel formation. Most studies have examined particular genes considered to be candidates with respect to differences in development of dental fluorosis or other possible fluoride effects, while a few studies addressed larger panels of genes. In addition to different effects of fluoride on different genetic variants, effects of fluoride on gene regulation or epigenetic mechanisms have also been reported.[391] While a complete picture of the relationship between genes, gene regulation, and adverse effects of fluoride exposure remains to be developed, it is already quite clear that some people or groups of people are inherently more vulnerable than others to adverse effects of fluoride exposure and require a greater level of protection from fluoride exposures. Two specific studies addressing genetics, fluoride exposure, and impaired intelligence are discussed in more detail below.

Zhang et al., in a study of 180 Chinese children ages 10-12 years, reported decreasing IQ scores with increasing serum or urinary fluoride.[392] For each 1 mg/L increase in urinary fluoride, the IQ score decreased by 2.42 points. As a group, the children with higher water fluoride concentrations had higher levels of thyroid stimulating hormone (TSH, statistically significant) and lower levels of thyroxine (T4, not quite statistically significant) than the children with lower water fluoride concentrations;[393] these are indicators of impaired thyroid function, which, while probably subclinical, is nevertheless associated with impaired neurodevelopmental outcomes.[394]

The study by Zhang et al. also examined the association of IQ scores with the genotype of catechol-O-methyltransferase (COMT), a gene whose product controls degradation of dopamine.[395] Two functional alleles are commonly found (rs4680 polymorphism), with either a valine (Val) or a methionine (Met) at codon 158. The Met form of the gene product has lower enzymatic activity than the Val form, resulting in slower degradation and corresponding higher availability of dopamine. Zhang et al. found that for children with the Val/Val form of the enzyme (faster degradation and lower availability of dopamine), each 1 mg/L increase in urinary fluoride was associated with a decrease of 9.67 IQ points, a statistically significant finding after covariates were controlled for.[396] Thus, the genotype corresponding to the Val/Val form of the COMT enzyme demonstrated a substantially higher susceptibility to fluoride with respect to decreased IQ in children. Frequencies of this genotype range from 18% (Finland) to 58% (Africa); reported frequencies of this genotype in U.S. populations include 46.6% for African Americans, 22.8% for European Americans, 34.4% for people of Mexican ancestry living in Los Angeles, 35.6% for Puerto Ricans in Puerto Rico, 30.3% for Utah residents with northern and western European ancestry, and 35.0% for Gujarati Indians living in Houston.[397]

---

[391] For example, Zhang et al. (2017a) report that gene methylation was inversely associated with fluoride exposure (urinary fluoride concentration). Bone changes in the study group were associated with methylation status rather than genotype, for the specific gene investigated.

[392] Zhang et al. (2015b). See Figure 1 and corresponding text.

[393] Zhang et al. (2015b). Given reduced T4 concentrations in the children, one suspects that maternal T4 was likely to have been low as well. Reduced maternal T4 (thyroxine) is associated with impaired neurodevelopment in the children (see discussion elsewhere in this report).

[394] Discussed elsewhere in this report.

[395] Zhang et al. (2015b).

[396] Zhang et al. (2015b).

[397] rs4680 (SNP) Population Genetics, Ensembl release 95 (January 2019). The genotype of rs4680 coding for the Val/Val form of COMT is referred to as GG in this summary of gene and genotype frequencies.



Cui et al., in a school-based study of Chinese children ages 7-12 years, reported a small but significant decrease in IQ with an increase in urinary fluoride concentration.[398] This relationship held when the results were adjusted for up to 30 covariates (e.g., age of the child, mother's education, mother's age at delivery). For children with the TT genotype (homozygous for the variant allele) of the dopamine receptor gene DRD2 Taq 1A polymorphism (rs1800497),[399] a strongly significant inverse relationship was seen, while for the other genotypes (CC and CT, considered together), the relationship was still negative (decreasing IQ with increasing urinary fluoride) but non-significant. Among the TT genotype subgroup, individuals with urinary fluoride concentrations less than 1.1 mg/L had IQs 6 or 7 points (medians of the 1st and 2nd quintiles, approximately 1/2 the standard deviation) above the average of the whole subgroup (mean IQ = 113.9; standard deviation = 12.4), while individuals with urinary fluoride concentrations above 1.5 mg/L had IQs 3 or 7 points (medians of the 4th and 5th quintiles, up to approximately half the standard deviation) below the average of the whole subgroup.

The fraction of the study group with the TT genotype was 13.6%.[400] Frequencies of the TT genotype in various populations range from about 3% to about 24%; reported frequencies relevant to U.S. populations include 11.1% for African Americans, 3.8% for European Americans, 15.6% for people of Mexican ancestry living in Los Angeles, 5.8% for Puerto Ricans in Puerto Rico, 5.1% for Utah residents with northern and western European ancestry, and 8.7% for Gujarati Indians living in Houston.[401]

The findings of Zhang et al. and Cui et al., together with the available information on genotype frequencies, thus indicate that a substantial number of Americans, especially Americans belonging to some minority populations, are expected to have a genotype shown to have a strong association between urinary fluoride concentration and decreased IQ.

I)   <u>Minority populations in the United States</u>

Various studies have documented an increased prevalence and severity of dental fluorosis among African Americans, which is consistent with an increased extrinsic or intrinsic susceptibility to fluoride during the developmental years.[402] As described above, several minority populations in the U.S. can be expected to include a number of individuals with genotypes associated with decreased IQ in connection with fluoride exposure. Many minority populations are also characterized by socioeconomic disparities, which can often mean a higher likelihood of nutritional deficiencies as well as higher rates of formula use for feeding infants. As described earlier, use of infant formula prepared with tap water, a common practice in lower economic groups, can result in extremely high fluoride intakes by the infants if fluoridated tap water is used to prepare the formula. Some minority populations also have elevated rates of kidney disease and diabetes, which can also contribute to higher fluoride exposure or increased vulnerability to fluoride exposure.[403]

---

[398] Cui et al. (2018).

[399] Other sources indicate that the rs1800497 polymorphism is actually downstream of the DRD2 gene, in the ANKK1 (ankyrin repeat- and kinase domain-containing protein 1) gene, but very closely linked to the DRD2 gene. See Neville et al. (2004) and OMIM (2018). However, the main finding remains, that an identifiable genetic subgroup shows a very strong decrease in IQ with an increase in urinary fluoride concentration.

[400] Cui et al. (2018).

[401] rs1800497 (SNP) Population Genetics, Ensembl release 94 (October 2018). The TT genotype of rs1800497 in Cui et al.'s paper is referred to as AA in this summary of gene and genotype frequencies.

[402] EPA (2010b), pp. 33-34; Exhibit 34 to Casey Hannan Deposition; CDC (2005), Table 23.

[403] NRC (2006), pp. 30-35, 292, 350-351.



Some minority populations also have lower intakes of milk by children and adults (due in part to higher rates of real or perceived lactose intolerance), with consequent lower calcium intake.[404] Substitution of tap water or tap water-based beverages for milk in the diet may result in both decreased calcium intake and increased fluoride intake.[405] Fluoride exposure tends to exacerbate calcium deficiencies,[406] which can lead to various adverse health effects, including increased susceptibility to lead toxicity.[407] An estimated 12% of the U.S. population self-report lactose intolerance, including about 8% of European Americans, 20% of African Americans, and 9-10% of Hispanic Americans.[408] Jackson and Savaiano estimated 29% lactose maldigesters in the U.S. population (based on 1990 census data), including 100% of Asian Americans and Native Americans, 75% of African Americans, 60 % of Hispanic Americans, and 20% of the U.S. white population.[409] Storhaug et al., in a review of reported prevalence data throughout the world, estimated the prevalence of lactose malabsorption in the U.S. to be 33-39% of the population of adults and children aged 10 years or older.[410] The review by Storhaug et al. included studies of lactose malabsorption or lactase persistence identified by various objective tests and excluded studies of self-reported lactose intolerance.[411]

J)    Summary

As described above, there are a number of identifiable subsets of the population that are expected to be at higher risk of harm from fluoridation chemicals. This may be due to higher sensitivity due to life stage, nutritional deficiency, or genetic factors. This may also be due to higher intake of water and consequent higher intake of fluoride. High-risk population subgroups include unborn and newborn children, especially infants fed formula prepared with fluoridated water; the elderly; people with nutritional deficiencies; people with kidney disease; people with high water intake; people with genetic susceptibilities; and members of minority populations.

---

[404] Jackson and Savaiano (2001); Jarvis and Miller (2002); Byers and Savaiano (2005); Fulgoni et al. (2007); Nicklas et al. (2009; 2011); Brown-Riggs (2016); Bayless et al. (2017).
[405] NRC (2006), p. 52.
[406] NRC (2006), pp. 250-251.
[407] NRC (2006), pp. 250-251; Goyer (1995); Bruening et al. (1999).
[408] Nicklas et al. (2009; 2011).
[409] Jackson and Savaiano (2001).
[410] Storhaug et al. (2017).
[411] Storhaug et al. (2017).



**D.      The Current EPA Reference Dose for Fluoride Is Not Protective Against Neurotoxicity**

A) Background

If a chemical is identified as posing a neurotoxic hazard, EPA's Guidelines call for a quantitative dose-response analysis to determine the reference dose (RfD). The RfD is "an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime."[412]  The Guidelines provide that the RfD can be determined by either a LOAEL/NOAEL or BMD analysis.  While the Guidelines favor a BMD analysis, EPA used the NOAEL analysis for 3 of the oral RfDs that the Agency established pursuant to the Guidelines (Chlorine Dioxide/Chlorite, BMD-153, and BMD-209).[413]

Consistent with EPA's general risk assessment procedures as described in its "Preamble to IRIS Toxicological Reviews,"[414] the Guidelines indicate that "uncertainty factors" (UFs) should be applied to the point of departure (POD) to ensure that the resulting RfD is protective of health.[415]  Uncertainty factors are applied to account for differences in susceptibility between animals and humans ($UF_A$, interspecies variability), variations in susceptibility among humans ($UF_H$, intraspecies variability), and, where applicable, differences in the length of exposure between the study and human conditions ($UF_S$, subchronic to chronic), research gaps in the overall database ($UF_D$, database deficiency), and converting from a LOAEL to a NOAEL.[416]  These uncertainty factors are "typically multiples of 10," although they can be reduced to factors of 3 or 1 if warranted by the available information.[417, 418]

*Intraspecies Variability ($UF_H$)*:  EPA recognizes that susceptibility to toxic substances is not uniform across the human population, and that because of differences in *toxicokinetics* and/or *toxicodynamics*, some subsets of the population will be more vulnerable to harm than others.[419]  *Toxicokinetics* refers to the "processes which determine the extent and duration of exposure of the target organ or site of toxicity to the active chemical species," while *toxicodynamics* refers to the "processes involved in the translation of such exposure of the target organ or site of action into the generation of a toxic effect."[420]  Put more simply, toxicokinetics governs how much of the chemical gets to the target site (i.e., access), while toxicodynamics governs how much of the chemical is necessary at the target site to cause the adverse effect (i.e., sensitivity).  If there are no chemical-specific data on toxicokinetics and toxicodynamics, EPA uses a default $UF_H$ of 10.[421]  This default factor of 10 is "considered to be appropriate in the absence of convincing data to the contrary"[422] and is comprised of two co-equal factors of 3.16, one

---

[412] EPA (1998a), p. 57; Federal Register (1998), p. 26946.  See also EPA (2009a).

[413] EPA (2000b; 2008c; 2008d).

[414] For the "Preamble to IRIS Toxicological Reviews," see EPA (2018a), pp. xvii-xxiv; EPA (2016), pp. xv-xxi.  See especially Section 7, "Deriving Toxicity Values" (EPA 2018a, pp. xxi-xxii; EPA 2016, pp. xviii-xx).

[415] EPA (1998a), pp. 58-59; Federal Register (1998), p. 26947.

[416] EPA (1998a), p. 59; Federal Register (1998), p. 26947; EPA (2018a), p. xxii; EPA (2016), pp. xix-xx.

[417] EPA (1998a), p. 59; Federal Register (1998), p. 26947; EPA (2018a), p. xxii; EPA (2016), p. xix.

[418] Lehman and Fitzhugh (1954) proposed a factor of 100 (a 100-fold margin of safety) between the highest "safe dose" of a chemical in animals and the maximum amount permitted for human exposure.  This safety factor was intended to allow for both higher sensitivity of humans than animals and also variation within the human population.  Martin et al. (2013) describe the history of uncertainty factors since the time of Lehman and Fitzhugh, pointing out that the default factors do not represent worst-case situations; they cannot be safely assumed to be adequately protective of the most exposed individuals or the most susceptible individuals, nor can they be safely assumed to be protective for effects of mixtures of chemicals.

[419] EPA (2011b), p. 14; EPA (2016), p. 2-15; EPA (2018a), p. 2-12.

[420] Renwick (1993), p. 276.

[421] EPA (2018a), pp. 2-12, 2-13.

[422] EPA (2013a), p. 5-17.



for toxicokinetics and one for toxicodynamics.[423]  Consistent with this, EPA has used a $UF_H$ of 10 in each of the nine risk assessments where it has established an RfD or RfC pursuant to the Guidelines (Table 4).

*Interspecies Variability (UF_A)*:  EPA recognizes that susceptibility to toxic substances can differ across species.  As with intraspecies variability, interspecies variability is rooted in principles of both toxicokinetics and toxicodynamics.  With respect to the kinetics component, EPA has developed a hierarchical framework of approaches that are geared towards ascertaining the "human equivalent dose" (HED).[424]  EPA's "optimal" approach for determining the HED is to use a physiologically based toxicokinetic model (PBTK).[425]  Where a PBTK model is not available, the "intermediate" approach is to use chemical-specific information that, while falling short of a full PBTK model, provides some reliable guidance.[426]  Where there is no reliable chemical-specific information on kinetics, EPA uses a default allometric scaling method.[427]

Allometric scaling is "scaling of physiological rates or quantities to relative growth and size (mass or volume) of one animal species relative to another species."[428]  Body weight scaling to the 3/4 power is EPA's default method for allometric scaling (hereafter referred to as the BW¾ Method).[429]  As shown in Table 5, the HED of a 10 mg/kg dose given to mice is 1.4 mg/kg, while the HED of the same dose given to rats is 2.4 mg/kg.[430]  Put another way, mice and rats need to be given 10 mg/kg of a chemical to achieve the human equivalent of 1.4 and 2.4 mg/kg, respectively.  The HED is thus 14% of the dose given to mice, and 24% of the dose given to rats.

The BW¾ Method "predominantly addresses factors involved in estimating toxicokinetics, as well as some toxicodynamic factors."[431]  EPA thus maintains a residual default UF of 3 (3.16 rounded down to 3) to allow for residual uncertainty from either toxicokinetics or toxicodynamics, unless there is chemical-specific information available.[432]  Under EPA's default approach to interspecies variability, therefore, a dose of 10 mg/kg/day in mice is treated as the equivalent of 0.47 mg/kg/day in humans, while a dose of 10 mg/kg/d in rats is treated as the equivalent of 0.8 mg/kg/day.

*Subchronic-to-Chronic (UF_S)*:  Where EPA bases an RfD on a study that does not investigate the effect of long-term (chronic) exposure, EPA will use an uncertainty factor of 3 to 10.  EPA defines a chronic study in rodents as one which lasts "at least 12 months."[433]  If the study lasts less than 12 months, therefore, an uncertainty factor is applied.  In the derivation of the RfC for 2-Hexanone, for example, EPA applied an uncertainty factor of 10 because the principal study lasted only six months.[434]

---

[423] EPA (2016), p. 2-15.
[424] EPA (2011b), pp. 18-21; EPA (2018a), p. 2-10.
[425] EPA (2011b), p. 19.
[426] EPA (2011b), p. 19.
[427] EPA (2011b), p. 19.
[428] EPA (2011b), p. 1.
[429] EPA (2011b).
[430] EPA (2011b), p. 29, Table A-1; EPA (2018a), p. 2-12.
[431] EPA (2011b), p. 17.
[432] EPA (2011b), p. 21; EPA (2016), p. 2-15;  EPA (2018a), pp. 2-12, 2-13.
[433] EPA (1998b), p. 1.
[434] EPA (2009c), p. 74.



*Food and Water Watch v. EPA*     *Thiessen Report*

Table 4.  Summary of RfDs or RfCs developed in compliance with EPA's Guidelines for Neurotoxicity Risk Assessment.

| Chemical | LOAEL | NOAEL | UF$_H$ | UF$_A$ | UF$_S$ | UF$_D$ | Composite | RfD or RfC[a] | Reference |
|---|---|---|---|---|---|---|---|---|---|
| BDE-47 | 10.5 mg/kg | 0.7 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.1 µg/kg/day | EPA (2008a) |
| BDE-99 | 0.8 mg/kg | 0.4 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.1 µg/kg/day | EPA (2008b) |
| BDE-153 | 0.9 mg/kg | 0.45 mg/kg | 10 | 10 | 3 | 10 | 3000 | 0.2 µg/kg/day | EPA (2008c) |
| BDE-209 | 20.1 mg/kg | 2.22 mg/kg | 10 | 10 | 3 | 1 | 300 | 7 µg/kg/day | EPA (2008d) |
| Chlorine Dioxide and Chlorite | 6 mg/kg/day | 3 mg/kg/day | 10 | 10 | 1 | 1 | 100 | 0.03 mg/kg/day | EPA (2000b) |
| 2-Hexanone | 143 mg/kg/day | Not observed | 10 | 10 | 1 | 10 | 1000 | 0.005 mg/kg/day | EPA (2009c) |
| Methanol | 1000 ppm (1310 mg/m$^3$) | 500 ppm (655 mg/m$^3$) | 10 | 3 | 1 | 3 | 100 | 20 mg/m$^3$ | EPA (2013) |
| RDX | 8 mg/kg/day | 4 mg/kg/day | 10 | 3 | 1 | 10 | 300 | 0.004 mg/kg/day | EPA (2018a; 2018j) |
| Trimethylbenzenes | 492 mg/m$^3$ | 123 mg/m$^3$ | 10 | 3 | 3 | 3 | 300 | 0.01 mg/kg/day | EPA (2016) |

[a] Where EPA established both an RfD (mg/kg/day) and an RfC (mg/m$^3$) for a chemical, the RfD is presented.

Table 5.  Comparison of BW$^{1/1}$ and BW$^{3/4}$ in estimating oral exposure in humans from a 10 mg/kg exposure to rats, mice, and a dog.[a]

| Absolute animal intake or administered dose | Species | BW(h)/BW(a) | Scaling = BW$^{1/1}$ | | Scaling = BW$^{3/4}$ | |
|---|---|---|---|---|---|---|
| | | | BW scaling factor | BW scaled human intake or oral dose (mg/kg) | BW scaling factor | BW scaled human intake or oral dose (mg/kg) |
| 0.25 mg / 0.025 kg | mouse | 70 / 0.025 = 2800 | 2800$^{1/1}$ = 2800 | (2800 × 0.25 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | 2800$^{3/4}$ = 385 | (385 × 0.25 mg = 96 mg) 96 mg / 70 kg = 1.4 mg/kg |
| 2.5 mg / 0.25 kg | rat | 70 / 0.25 = 280 | 280$^{1/1}$ = 280 | (280 × 2.5 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | 280$^{3/4}$ = 68 | (68 × 2.5 mg = 170 mg) 170 mg / 70 kg = 2.4 mg/kg |
| 120 mg / 12 kg | dog | 70 / 12 = 5.8 | 5.8$^{1/1}$ = 5.8 | (5.8 × 120 mg = 700 mg) 700 mg / 70 kg = 10 mg/kg | 5.8$^{3/4}$ = 3.7 | (3.7 × 120 mg = 444 mg) 444 mg / 70 kg = 6.4 mg/kg |

[a] Taken from Table A-1 in EPA (2011b), p. 29.



*Database Deficiency (UF$_D$)*:  EPA regularly applies an uncertainty factor of 3 to 10 to account for important research gaps in the literature, or when there are indications of other toxic effects that have not been adequately studied.  According to EPA, "If there is concern that future studies may identify a more sensitive effect, target organ, population, or life stage, a database uncertainty factor reflects the nature of the database deficiency."[435]  In the 2-Hexanone risk assessment, for example, EPA applied a UF$_D$ of 10 because of both (a) the absence of multigenerational and developmental studies, and (b) the existence of studies which "suggest the possibility" of reproductive and immunological toxicity.[436]

*Composite uncertainty factors:*  As summarized in Table 4, the composite uncertainty factors that EPA has applied in its 9 neurotoxicity risk assessments under the Guidelines range from 100 to 3,000.  Three of these risk assessments (those for Methanol, RDX, and Trimethylbenzenes[437]), were published after EPA's adoption (in 2011) of its current hierarchical framework for determining HEDs from animal data.[438]  Prior to adoption of this method, UF$_A$ for interspecies variability had a value of 10 for each of the risk assessments; thereafter it has had a value of 3.  As a practical matter, however, the adjustment is similar across the two periods of time, because the point of departure now starts at a lower dose under EPA's current approach, due to derivation of the HED prior to application of uncertainty factors.


### B)   Identifying LOAEL/NOAELs for Fluoride Neurotoxicity from Animal Studies

EPA prefers to use human data for identifying a POD in the rare instances where such data are available.[439]  The recent prospective cohort studies[440] with individual-level biomonitoring data provide sufficient human data to establish a POD for fluoride neurotoxicity.  I understand that Dr. Philippe Grandjean has conducted an analysis of human data to establish a POD for fluoride neurotoxicity, and that he has calculated a BMDL of 0.1 mg/L (maternal urinary fluoride during pregnancy) based on a Benchmark Response (BMR) of 1 lost IQ point from prospective cohort data reported by Bashash et al.[441]  I understand that Dr. Grandjean has not attempted to establish an RfD, but a BMDL of 0.1 mg/L in maternal urine would result in an RfD well below the intake levels in fluoridated communities, particularly after the application of appropriate uncertainty factors.

To avoid duplication of Dr. Grandjean's analysis, and to determine whether his BMDL is consistent with potential RfDs derived from animal data, I sought to determine the range of RfDs that are supported by the current animal experimental data.  My purpose was not to derive a single value for the RfD, but to assess the approximate range of RfD values that would be obtained if EPA's ordinary risk assessment procedures are applied to examples selected from the fluoride database.  Of primary interest to this analysis is whether RfDs derived from neurotoxicity data would be greater than, equal to, or less than the current RfD of 0.08 mg/kg/day.

In light of the human data now available, animal data would no longer be the preferred source of the POD for fluoride neurotoxicity.[442]  However, several considerations could justify use of animal data to establish an RfD for fluoride.  First, EPA has used animal research as the principal study for each of the

---

[435] EPA (2018a), p. xxii.
[436] EPA (2009c), pp. 74-75.
[437] EPA (2013a; 2016; 2018a).
[438] EPA (2011b).
[439] EPA (2018a), p. 2-1.
[440] Bashash et al. (2017; 2018); Valdez-Jiménez et al. (2017); Green (2018).
[441] Bashash et al. (2017).
[442] EPA (2018a), p. 2-1.



neurotoxicity risk assessments that it has thus far conducted under the Guidelines.  Second, EPA has used impairment in learning and memory in rodents as the adverse effect upon which to base the RfD for other chemicals,[443] thus this is an accepted endpoint to use in deriving an RfD.  Third, a substantial number of animal studies of fluoride neurotoxicity have used 2 or 3 treatment groups, and EPA has found this to be sufficient for establishing the POD in most of its Guideline-compliant risk assessments (BDE-47, BDE-153, BDE-209, Chlorine Dioxide/Chlorite, and 2-Hexanone),[444] including animal studies with as few as 10 rats per group (2-Hexanone).[445]

For purposes of simplicity and clarity, I have selected the NOAEL/LOAEL method for example RfD calculations.  Although EPA now prefers using the BMD method, in this case either method will serve because, as shown below, whatever point one chooses in the range of observations in the identified studies, the resulting RfDs are each well below 0.08 mg/kg/d.

C) <u>Candidate PODs from the Animal Data on Fluoride Neurotoxicity</u>

In the literature review discussed earlier, 37 rodent studies were identified that have investigated fluoride's impact on learning and memory since the NRC report (Table A-2).  All but 3 of these studies found adverse effects in the fluoride-treated rodents, including 16 of the 17 studies that investigated prenatal fluoride exposures.  Since the prenatal period represents a point of heightened vulnerability to neurotoxicants, the prenatal studies are a logical candidate for the point of departure.

To avoid studies at high risk of bias, the three studies that did not specifically mention using a randomization procedure were excluded from further consideration.[446]  Further, in order to focus the analysis on those studies best suited for a NOAEL/LOAEL analysis, four studies that only used one treatment dose were excluded.[447]

Table 6 summarizes the 10 prenatal studies that remained for LOAEL/NOAEL consideration.  Most of the studies used a similar dosing regimen with 2 or 3 treatment groups, and at least 10 rodents per group, which is consistent with several of the principal studies that EPA has previously used to establish an RfD. Notably, 9 of the 10 studies found dose response trends for one or more effects, thus adding confidence to a causative role of the fluoride treatment.[448]  Additional confidence comes from the fact that the vast majority of other rodent studies have found demonstrable affects on learning as well.

---

[443] For example, BDE-153 (EPA 2008c, p. 36).
[444] EPA (2000b; 2008a; 2008c; 2008d; 2009c).
[445] EPA (2009c).
[446] Bera et al. (2007); Basha et al. (2011b); Ge et al. (2018).
[447] Niu et al. (2014); Banala and Karnati (2015); Dong et al. (2015); Zhu et al. (2017).
[448] See for example, Jiang et al. (2014b), Table 3; Cui et al. (2017), Table 3; Chen et al. (2018a), Figure 1d,e; Sun et al. (2018), Tables 2 and 3; Wang et al. (2018a), Figure 4b,c; Zhao et al. (2019), Figure 5e.



Table 6.  Examples of rodent studies of prenatal exposure to fluoride that could provide LOAELs or NOAELs for neurotoxicity.

| Study | Animal | Exposure period | [F⁻] in drinking water[a] (mg/L) | Number of animals per group (n) | Learning and memory | | Neuroanatomical or neurochemical effects | |
|---|---|---|---|---|---|---|---|---|
| | | | | | LOAEL (mg/L) | NOAEL (mg/L) | LOAEL (mg/L) | NOAEL (mg/L) |
| Zhou et al. (2019) | Rats, Sprague-Dawley | Prenatal[b] + 6 months | 4.5, 23, 45 | 6 | 23 | 4.5 | 23 | 4.5 |
| Zhao et al. (2019) | Rats, Sprague-Dawley | Prenatal[b] + 60 days | 4.5, 23, 45 | 5 | 23 | 4.5 | 4.5 | None |
| Bartos et al. (2019) | Rats, Wistar (female) | Prenatal + 21 days | 5, 10 | 9-10 | 5 | None | 5 | None |
| Wang et al. (2018a) | Mice, ICR (female) | Prenatal (from day 7) + 21 days | 11, 23, 45 | 15 | 23 | 11 | 11 | None |
| Sun et al. (2018) | Mice, Kunming | Prenatal + 21 days | 11, 23, 45 | 6 | 23 | 11 | 11 | None |
| McPherson et al. (2018) | Rats, Long Evans Hooded (male) | Prenatal (from day 6) + 90 days | 10, 20[c] | 11-23 | None | 20 | None | 20 |
| Chen et al. (2018a) | Rats, Sprague-Dawley | Prenatal[b] + 6 months | 4.5, 23, 45 | 6 | 23 | 4.5 | 4.5 | None |
| Bartos et al. (2018) | Rats, Wistar (female) | Prenatal + 21 days | 5, 10 | 9-10 | 5 | None | 5 | None |
| Cui et al. (2017) | Rats, Sprague-Dawley | Prenatal[b] + 60 days | 4.5, 23, 45 | 12 | 4.5 | None | N/A | N/A |
| Jiang et al. (2014b) | Rats, Sprague-Dawley | Prenatal[b] + 2 months | 11, 23, 45 | 12 | 11 | None | 11 | None |

[a] Treatment groups in addition to the control group.
[b] Exposure of the mother began before pregnancy.
[c] Animals were given 0, 10, or 20 mg/L fluoride in drinking water, plus 3.24 ppm fluoride in feed.  An additional control group had 0 mg/L fluoride in drinking water plus 20.5 ppm fluoride in feed (McPherson et al. 2018).



While only three of the studies specifically mention controlling for litter effects,[449] the failure to control for litter effects does not bias the results in any consistent direction and can lead to either a false positive or a false negative in an individual study.[450] Thus it is questionable whether this would lead to a consistent bias across several studies. Further, several of the principal studies that EPA has used to establish an RfD in the past did not control for litter effects,[451] and thus this factor does not preclude selection of a study as the principal study.

**LOAEL of 5 mg/L**: The lowest observed adverse effect levels in the studies were fluoride concentrations of 4.5 and 5 mg/L. Of the six studies that used this concentration, three found adverse effects on learning at this concentration,[452] and two of the other three studies, which did not find statistically significant effects on learning at this level, *did find alterations in the brain.*[453] Other studies have also found alterations in the brain at $\leq$ 5 mg/L.[454] Further, since Bartos et al. specifically controlled for litter effects, the failure to do so in other studies is unlikely to explain the findings of adverse effects at this level. A reasonable case can be made, therefore, for selecting a 5 mg/L LOAEL as the Point of Departure (POD) for learning impairment from prenatal fluoride exposure.

**LOAEL of 23 mg/L**: Seven of the 10 studies used 23 mg/L as one of the treatment doses, and six of these studies found *both* an adverse impact on learning *and* changes in the brain, either at this dose or a lower dose. It is hard, therefore, to reach any other conclusion than that 23 mg/L is an "Observed Adverse Effect Level," particularly in light of the five studies discussed above, which found adverse effects at $\leq$ 5 mg/L. While the McPherson study did not find an effect at 20 mg/L, McPherson et al. used Long Evans Hooded Rats, and there is some indication in the earlier literature that this strain may be less sensitive to behavioral effects from fluoride exposure.[455] Further, McPherson only tested males, and did not begin exposure until the 6th day of gestation, thus limiting exposure to the rats during the first trimester. The McPherson study is unlikely, therefore, to have captured the full potential sensitivity to prenatal fluoride exposure and therefore does not provide a basis for negating a LOAEL of 23 mg/L as the POD.

**LOAEL of 45 mg/L**: In this group of studies, 45 mg/L is unquestionably an "observed adverse effect level," as it has been in many other animal studies on fluoride neurotoxicity. However, it would not be justified to use 45 mg/L from these data for derivation of an RfD, as it is the *highest* observed adverse effect level, not the lowest. Nevertheless, for purposes of illustration, the RfD calculation below will include an assumed LOAEL of 45 mg/L as one of the PODs.

**NOAEL of 11 mg/L**: Four of the prenatal studies used 10 or 11 mg/L for the low-dose group.[456] The two studies of mice failed to find a significant effect on learning at this level,[457] and thus 11 mg/L could conceivably be selected as a NOAEL. The fact that the two studies that did not find effects at 11 mg/L found them at higher concentrations (23 and 45 mg/L) would be a factor weighing in favor of this choice, as the animal models were sensitive enough to find an effect. However, the two studies finding no effects

---

[449] Bartos et al. (2018; 2019); McPherson et al. (2018).

[450] Zorrilla (1997), p. 144; Lazic and Essioux (2013), p. 3.

[451] See for example EPA (2008a), pp. 44, A-4; EPA (2008b), pp. 59, A-3; EPA (2008c), pp. 32, A-3.

[452] Cui et al. (2017); Bartos et al. (2018; 2019). In the Chen study (which had only six rats per group), there is some indication of an effect on learning in the 4.5 mg/L group, albeit not statistically significant (Chen et al. 2018a, Figure 1).

[453] Chen et al. (2018a); Zhao et al. (2019).

[454] Liu et al. (2010; 2011); Zhang et al. (2015a); Niu et al. (2018a); Yu et al. (2019).

[455] Elliott (1967); Varner et al. (1994).

[456] Wang et al. (2018a); Sun et al. (2018); McPherson et al. (2018); Jiang et al. (2014b).

[457] Sun et al. (2018); Wang et al. (2018a).



on learning at 11 mg/L did find changes in the brain at this level,[458] consistent with 11 mg/L being a LOAEL, rather than a NOAEL. But, for purposes of illustration, the RfD calculation below will include an assumed NOAEL of 11 mg/L as one of the PODs.

**NOAEL of 20 mg/L**: The highest possible NOAEL that could be selected from these prenatal studies is the 20 mg/L no-effect finding from McPherson et al.[459] While it is difficult to justify reliance on McPherson et al.'s study for the RfD analysis (due to strain of rat used, single sex, and lack of first-trimester exposure[460]), an RfD calculation will be done below using 20 mg/L as an assumed NOAEL, in order to highlight the upper bound RfD that would be permitted by the current animal data.

*Conversion of fluoride concentration to intake per unit body weight*

Before RfDs can be calculated for the selected LOAELs or NOAELs, the unit of measurement has to be converted from a water fluoride concentration (mg/L) to an intake rate or dose (mg/kg/day). The 2016 NTP review provides data that facilitate this analysis.[461] In its review, the NTP estimated the doses for dozens of rodent studies by using EPA's default water consumption rates and body weight data for the species, strain, and sex of the animals studied.[462] A review of NTP's data in Appendix 20 shows that the average ratio of fluoride concentration (mg/L) to intake rate or dose (mg/kg/day) is 6.8, while a review of NTP's data in Appendix 19 shows that the range of this ratio is generally higher for rats (typically 6 to 10) than for mice (typically 3.8 to 5). For purposes of this analysis, I chose the low end of this range for each species (6 for rats, 3.8 for mice); this results in probable overestimates of the actual intake rates of fluoride by the animals, thereby overestimating the resulting PODs and inflating the RfDs derived from them.[463]

### D) Selection of Uncertainty Factors

The next step in deriving an RfD from animal data is to decide which uncertainty factors are applicable and to determine what the value of each uncertainty factor should be.

*Intraspecies Variability (UF$_H$)*: As noted earlier, EPA applies a UF$_H$ of 10 to account for variability among humans unless there is "convincing data to the contrary."[464] In the case of fluoride, the available evidence (summarized in Section 2 above) confirms that susceptibility varies greatly across the population. While the magnitude of the variability is difficult to quantify, the available evidence does not provide any justification for using a lower value than the default of 10. Therefore, UF$_H$ was assigned a value of 10.

*Interspecies Variability (UF$_A$)*: A full PBTK model has not yet been developed for fluoride that would allow for the calculation of HEDs from doses given to animals. As such, EPA's preferred approach for controlling for interspecies toxicokinetics is not available. There is, however, some chemical-specific information for fluoride that could support application of EPA's intermediate approach. As discussed by the NRC, rats require higher levels of fluoride in their water to achieve the same level of fluoride in their

---

[458] Sun et al. (2018); Wang et al. (2018a).

[459] McPherson et al. (2018).

[460] See also the review of McPherson et al. (2018) by Spencer and Limeback (2018).

[461] NTP (2016), Appendix 19.

[462] NTP (2016), p. 118.

[463] Using this method gives an intake rate of 0.83 mg/kg/day for rats for the 5 mg/L fluoride concentration (Table 7). However, Bartos et al. (2018; 2019) give an estimate of 0.6 mg/kg/day for their rats and this fluoride concentration. Using the same approach described below with Table 7 for a LOAEL of 5 mg/L, equivalent to an intake rate of 0.6 mg/kg/day, gives an RfD of 0.00005 (all four UFs) or 0.0005 (only UF$_H$ and UF$_A$), compared with 0.00007 and 0.0007 in Table 7.

[464] EPA (2013a), pp. 5-17.



blood.[465]  Dunipace estimated that rats require about 5 times more fluoride in water than humans to reach the same plasma concentration of fluoride,[466] while Den Besten's team has reported a larger margin for mice, with a difference of about a factor of 10.[467]  The data from Dunipace and Den Besten would thus support a toxicokinetics adjustment of 5 for rats and 10 for mice.  These adjustments are slightly higher, but roughly consistent with, the adjustments under the default BW$^{3/4}$ Method (4.16 for rats, 7.14 for mice).  For purposes of this analysis, I have used the BW$^{3/4}$ Method.

With respect to toxicodynamics, it has long been recognized that rodents are less susceptible (more resistant) to toxic effects from fluoride ingestion than are humans.[468]  Rats, for example, have been reported to require 10 to 25 times more fluoride than humans to develop dental fluorosis.[469]  Differences in kinetics undoubtedly contribute to rodents being less sensitive to fluorosis, but the differences appear larger than would be expected if they were due solely to kinetics.  The fluorosis data thus support the existence of differential toxicodynamics between rodents and humans.  It is unclear, however, if this difference would apply to neurotoxicity.  Accordingly, I have used EPA's default uncertainty factor of 3 for the toxicodynamic component of UF$_A$.

*Subchronic-to-Chronic (UF$_S$)*:  One of the limitations of the prenatal fluoride studies is that they have relatively short postnatal exposures.  The longest of the studies treated the rats for 6 months after birth; the remainder lasted 21 days to 3 months.  None of the studies, therefore, addresses the potential additive impact of chronic exposure.  (EPA defines a chronic exposure in rodents as one lasting at least 12 months.)[470]  Studies that have tested animals at multiple points in time have found that the effects of fluoride on the brain tend to worsen with time, with some effects not appearing at all until 3 to 6 months of exposure.[471]  By failing to reflect the real world "cradle-to-grave" exposure that humans living in fluoridated areas experience, the prenatal studies likely do not account for the full potential risk.  A subchronic-to-chronic uncertainty factor would thus be justified.  A non-conservative value of 3 was therefore selected for UF$_S$ for the RfD calculations below.

*Database Deficiency (UF$_D$)*:  There are several significant research gaps in the current database.  First, none of the animal studies on fluoride and learning have attempted to reproduce the effect of formula-feeding of human infants during what is likely a critical period of vulnerability and is definitely a period of high fluoride intake for many infants.  Specifically, in the fluoride and learning studies that have involved the pre-weaning period, the rats or mice receive their caloric intake entirely from their mother's milk, which will have substantially lower fluoride concentrations than the mother's drinking water.[472]  The rodent studies on learning thus do not provide any information on the potential impact of formula feeding.  Second, there is a dearth of chronic studies, with only one study on fluoride/learning lasting more than 12 months.[473]  The available studies thus do not reflect the risk to the elderly brain of lifetime fluoride intake and accumulation.  Taken together, these research gaps create uncertainty as to the applicability of current animal data to two potentially critical life periods of vulnerability, neonates and the elderly.  As such, it

---

[465] NRC (2006), pp. 98-99; pp. 442-446, Appendix D; NRC (2009), pp. 88-89.

[466] NRC (2006), pp. 98, 442.

[467] Zhang et al. (2014).

[468] Roholm (1937), pp. 265, 318; Lehman and Fitzhugh (1954), p. 33; Angmar-Mansson and Whitford (1982), p. 339.

[469] Roholm (1937), pp. 265, 318; Angmar-Mansson and Whitford (1982), p. 339.

[470] EPA (1998b), p. 1.

[471] For example, see Güner et al. (2016); Liu et al. (2011); Yang et al. (2018a); Zhang et al. (2015a).

[472] See Drinkard et al. (1985).  Measured fluoride concentrations in rat milk were 0.044, 0.349, and 0.401 mg/L, compared with fluoride concentrations in the mother's drinking water of 0, 50, and 100 mg/L, respectively.

[473] Teng et al. (2018).



would be justified to add an uncertainty factor to account for deficiencies in the database. A non-conservative $UF_D$ of 3 was chosen for the RfD calculations below.

### E) RfD Calculations from Animal Data

Table 7 summarizes the RfD calculations for each of the five Points of Departure (POD) listed above. Using all four uncertainty factors as described above (composite UF = 300) with the most sensitive POD (LOAEL = 5 mg/L) gives a calculated RfD value (Column J of Table 7) of 0.00007 mg/kg/day, 3 orders of magnitude less than EPA's current RfD of 0.08 mg/kg/day for severe dental fluorosis. As can be seen, even if the least conservative LOAEL (45 mg/L) or least conservative NOAEL (20 mg/L) is used as the POD, the resulting RfDs (0.0007 and 0.003 mg/kg/day; Column J in Table 7) are still well below EPA's current RfD (0.08 mg/kg/day). Further, even if no uncertainty factors are used for $UF_S$ and $UF_D$ (composite UF = 30 from $UF_H$ and $UF_A$), the resulting RfDs (0.0007 to 0.03 mg/kg/day; Column I of Table 7) are all still below the current RfD, even when using the least conservative POD. Thus, while reasonable debate can be had as to which of these PODs would be most appropriate to use, the essential point is that, *whatever POD is used, the respective RfDs fall well below EPA's current RfD*. Accordingly, the animal data are consistent with the human data (as analyzed by Grandjean) in showing that EPA's current RfD is not protective against fluoride neurotoxicity. This in turn provides further evidence that neurotoxicity is a more sensitive effect of fluoride exposure than severe dental fluorosis.

### F) Additional Considerations Regarding EPA's Current Reference Dose

As described above, EPA's current RfD is above (less protective than) the level that would be necessary to protect against fluoride neurotoxicity. One of the reasons that the current RfD is so high is that EPA made a policy decision to keep the RfD above the purported "adequate" (i.e., "optimal") intake of fluoride (0.05 mg/kg/day) for caries prevention.[474] There are two fundamental problems with this policy decision: first, it improperly conflated risk assessment with risk management, and second, it relied upon an outdated understanding of fluoride's mechanism of action in preventing caries.

*Risk assessment vs. risk management*

In its risk assessment, EPA stated that "Any drinking water intakes (mean or percentile) that resulted in doses that were less than or equal to the 0.05 mg/kg/day IOM AI value associated with optimal, anticaries protection were eliminated from consideration as doses causing severe dental fluorosis."[475] Moreover, EPA's representative in this litigation, Edward Ohanian, testified that EPA did not apply any uncertainty factors in its RfD calculations because doing so would have caused the RfD to be lower than the purported optimal dose.[476]

By letting considerations of a perceived benefit shape its assessment of the risk, EPA inappropriately inserted a risk management decision into a risk assessment—a violation of more than 25 years (at that time) of risk assessment guidance and practice. The National Research Council's 1983 risk assessment report states that "Even the perception that risk management considerations are influencing the conduct of risk assessment in an important way will cause the assessment and regulatory decisions based on them to lack credibility."[477] Later in the same report: "If risk management considerations (for example,

---

[474] Ohanian Deposition at pp. 203:19-205:16, 206:13-19, 329:3-7. See also EPA (2010b), pp. xv, 98, 101, 103.

[475] EPA (2010b), p. 98. See also p. 101, where an intake of 0.06 mg/kg/day was excluded from consideration. See also p. 103, in reference to a "beneficial dose of 0.05 mg/kg/day." See also p. xv in the Executive Summary: "Any doses that were less than or equal to the 0.05 mg/kg/day were eliminated from consideration as the threshold dose for severe dental fluorosis."

[476] Ohanian Deposition at pp. 203:19-205:16, 206:13-19, 329:3-7.

[477] NRC (1983), p. 49. See pp. 18-19, 48-49, 151-153.



the economic or political effects of a particular control action for a particular chemical) are seen to affect either the scientific interpretations or the choice of inference options in a risk assessment, the credibility of the assessment inside and outside the agency can be compromised, and the risk management decision itself may lose legitimacy."[478]  EPA's 1998 Guidelines, citing NRC (1983), recommend that Federal regulatory agencies establish guidelines "to promote consistency and technical quality in risk assessment, and to ensure that the risk assessment process is maintained as a scientific effort separate from risk management."[479]  One of the reviewers of EPA's 2010 dose-response (RfD) report[480] specifically pointed out this shortcoming: "the assumption that 0.05 mg/kg/day is a required amount of fluoride and that dose estimates must be above this level could be considered a weakness because the purpose of U.S. EPA's analysis was to determine risk, not to conduct risk benefit analyses."[481]

### *Fluoride's Mechanism of Action for Caries Prevention*

A second fundamental problem with EPA's analysis is that it accepts the outdated premise that fluoride needs to be ingested to prevent caries.  CDC's representative in this litigation, Casey Hannan, agreed that "there is now overwhelming evidence that the primary caries-preventive mechanisms of action of fluoride are <u>post eruptive</u> through <u>topical</u> effects for both children and adults."[482]  EPA actually acknowledges this in its risk assessment, noting that fluoride's "primary" benefit comes from topical contact with the teeth.[483]  Despite this, EPA made no attempt to address research showing that the *ingestion* of fluoride has no meaningful effect on caries prevention.  Although EPA relied extensively on the Iowa Fluoride Study (IFS) to understand the relationship between fluoride ingestion and dental fluorosis,[484] EPA failed to consider IFS data showing that fluoride ingestion has no significant relationship to tooth decay.[485]

Ultimately, the most obvious problem with EPA's assumption of a benefit is that it assumes that all age groups in the population, including *infants* and *adults*, need to ingest fluoride to get the benefit. This is at odds with current scientific understanding.  As CDC's Casey Hannan noted at his deposition, the CDC is unaware of any evidence to indicate that fluoride ingestion provides any benefit to teeth during the first 6 months of life.[486]  Hannon further testified that CDC is unaware of any benefit from prenatal fluoride exposure.[487]  Further, *any* benefit from ingesting fluoride would be limited to the period of time when the teeth are actually developing.[488]  Despite this, EPA's RfD operates on the premise that both adults and children need to ingest 0.05 mg/kg/day for caries prevention.  No biological justification is provided for this premise of a systemic benefit in adults.

---

[478] NRC (1983), p. 152.
[479] EPA (1998a), p. v; Federal Register (1998), p. 26926.
[480] EPA (2010b).
[481] EPA (2010c), p. 20.  This reviewer also pointed out that EPA's method assumed that severe dental fluorosis occurred in children with excess exposure to fluoride, rather than possibly in children who were more susceptible to adverse effects from fluoride intake.  Also see pp. 11, A-13, A-14, and B-13 of the April 2009 Peer Review Report that is included in the 2010 report (EPA 2010c).
[482] Hannan Deposition at p. 198:21-25.
[483] EPA (2010b), p. 3.
[484] EPA (2010b), pp. 21, 33, 102-103.
[485] For example, Warren et al. (2009).  See also Appendix E of this report.
[486] Hannan Deposition at pp. 224:8-11, 233:12-17.
[487] Hannan Deposition at pp. 213:19-214:3, 217:3-19.
[488] Hannan Deposition at pp. 207:10-24, 209:5-22.



Table 7. Calculation of the RfD from the selected Points of Departure (POD), based on the studies summarized in Table 6.

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Observation | Intake rate | POD$_{HED}$ | NOAEL | UF$_H$ = 10 | UF$_A$ = 3 | UF$_S$ = 3 | UF$_D$ = 3 | RfD(1) | RfD(2) |
| LOAEL or NOAEL from Table 6 | Column A / 6 (rats) or 3.8 (mice) | Column B × 0.24 (rats) or 0.14 (mice) | Column C / 10 (LOAEL) or 1 (NOAEL) | Column D / 10 | Column E / 3 | Column F / 3 | Column G / 3 | Column F | Column H |
| mg/L | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day | mg/kg/day |
| 5 mg/L, LOAEL (rats) | 0.83 | 0.20 | 0.020 | 0.0020 | 0.00067 | 0.00022 | 0.000073 | 0.0007 | 0.00007 |
| 23 mg/L, LOAEL (rats) | 3.8 | 0.91 | 0.091 | 0.0091 | 0.0030 | 0.0010 | 0.00033 | 0.003 | 0.0003 |
| 45 mg/L, LOAEL (rats) | 7.5 | 1.8 | 0.18 | 0.018 | 0.0060 | 0.0020 | 0.00067 | 0.006 | 0.0007 |
| 11 mg/L, NOAEL (mice) | 2.9 | 0.41 | 0.41 | 0.041 | 0.014 | 0.0047 | 0.0016 | 0.01 | 0.002 |
| 20 mg/L, NOAEL (rats) | 3.3 | 0.79 | 0.79 | 0.079 | 0.026 | 0.0087 | 0.0029 | 0.03 | 0.003 |

Column A: The observed LOAEL or NOAEL from Table 6.

Column B: The observed LOAEL or NOAEL converted from mg/L to an intake rate (dose) in mg/kg/day. For rats, the LOAEL or NOAEL is divided by 6; for mice, the NOAEL is divided by 3.8 (see explanation in text).

Column C: The intake rate for rats or mice converted to a human equivalent dose (HED) using the BW$^{3/4}$ method (see explanation in text). The HED = 24% of the intake rate for rats or 14% of the intake rate for mice.

Column D: NOAEL as already obtained (NOAEL / 1) or as estimated from a LOAEL (LOAEL / 10).

Column E: The estimated NOAEL after application of an intraspecies uncertainty factor (UF$_H$), where UF$_H$ = 10. The NOAEL from Column D is divided by UF$_H$ (i.e., NOAEL / 10).

Column F: The estimated NOAEL after application of an additional uncertainty factor for interspecies variability (UF$_A$), where UF$_A$ = 10. The adjusted NOAEL from Column E is divided by UF$_A$ (i.e., NOAEL / 3).

Column G: The estimated NOAEL after application of an additional uncertainty factor for use of a subchronic study (UF$_S$), where UF$_S$ = 3. The adjusted NOAEL from Column F is divided by UF$_S$ (i.e., NOAEL / 3).

Column H: The estimated NOAEL after application of an additional uncertainty factor for database deficiencies (UF$_D$), where UF$_D$ = 3. The adjusted NOAEL from Column G is divided by UF$_D$ (i.e., NOAEL / 3).

Column I: The value of the Reference Dose (RfD) obtained with only UF$_H$ and UF$_A$. RfD(1) = the NOAEL value in Column F, rounded to 1 significant digit.

Column J: The value of the Reference Dose (RfD) obtained with UF$_H$, UF$_A$, UF$_S$, and UF$_D$. RfD(2) = the NOAEL value in Column H, rounded to 1 significant digit.



---

**E.  Fluoridation Chemicals Present an "Unreasonable Risk" of Neurotoxicity, as Defined by EPA**

In determining whether a chemical presents an "unreasonable risk" to human health[489] under the Toxic Substances Control Act (TSCA), EPA considers (1) the human health hazard of the chemical, (2) the extent of human exposure to the chemical, and (3) the estimated margin between the toxic effect level and human exposure.[490]   As discussed below, each of these three factors supports the conclusion that fluoridation chemicals pose an unreasonable risk to human health.  Some of the following discussion is based on EPA's P2 Framework Manual,[491] which is intended to expedite the review of new industrial chemicals proposed for manufacture or import.[492]  The general approach is based on NRC's 1983 risk assessment report[493] and is intended to identify chemicals not requiring regulation (e.g., they do not present an unreasonable risk to human health or the environment) and chemicals that do require regulation (e.g., they may present an unreasonable risk to human health or the environment, or there may be substantial human exposure).[494]  "Low hazard chemicals are dropped from further review because by their nature they will not result in risk,"[495] but a "complete risk assessment is necessary if the hazard concern is identified as high or moderate."[496]

A)  Human Health Hazard of Fluoride

According to EPA, "Human health hazard is relevant to whether a new chemical substance is likely to present an unreasonable risk because the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[497]  EPA has established a framework for determining whether a chemical substance has a "low," "moderate," or "high" human health hazard.[498]

Under the EPA framework, a chemical "is considered to have low human health hazard if effects are observed in animal studies with a No Observed Adverse Effect Level (NOAEL) equal to or greater than 1,000 mg/kg/day." [499]

A chemical "is considered to have moderate human health hazard if effects are observed in animal studies with a NOAEL less than 1,000 mg/kg/day." [500]

Lastly, a chemical is "considered to have high human health hazard if there is evidence of adverse effects in humans or conclusive evidence of severe effects in animal studies with a NOAEL of less than or equal to 10 mg/kg/day." [501]

Under this framework, fluoride has a "high human health hazard."   First, as discussed earlier, adverse effects on IQ have been repeatedly observed in humans, including results from high-quality prospective cohort studies.  This is sufficient, by itself, to establish fluoride as a high human health hazard

---

[489] TSCA requires that EPA protect against unreasonable risks to "human health and the environment."  Since the focus here is on human health, risk to the environment will not be addressed.
[490] EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[491] EPA (2012b).
[492] EPA (2012b), p. 1-1.
[493] NRC (1983); see EPA (2012b), p. 2-2.
[494] EPA (2012b), pp. 1-6 to 1-7.
[495] EPA (2012b), p. 8-8.
[496] EPA (2012b), p. 8-8.
[497] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[498] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[499] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[500] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[501] EPA (2012b), pp. 8-7 and 13-9; also see, for example, EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).



under EPA's criteria.  <u>Second</u>, there is clear evidence of adverse neurotoxic effects in animals, with *LOAELs*, not just NOAELs, below 10 mg/kg/day.  As discussed above, the LOAELs for impairment in learning and memory in rodents, and concurrent changes to the brain, range from 0.75 mg/kg/day to 6.1 mg/kg/day,[502] while the NOAELs range from 0.75 to 3.3 mg/kg/day.[503]  Fluoride thus readily qualifies as a "high human health hazard" by EPA's criteria.

### B)   Human Exposure to Fluoridation Chemicals

In its TSCA risk evaluations, EPA has recognized that "the significance of the risk is dependent upon both the hazard (or toxicity) of the chemical substance and the extent of exposure to the substance."[504] This second criterion weighs strongly in favor of an unreasonable risk finding for fluoridation chemicals, as the extent of human exposure is nothing short of massive.  Approximately 210 million Americans, or nearly 3/4 of the population, have municipal water to which fluoridation chemicals have been added.[505] Further, most of the 73 million people living in "non-fluoridated" areas will routinely consume fluoridation chemicals in processed beverages and foods, as many beverages and foods are produced in fluoridated areas.[506]

Because of the massive reach of water fluoridation, millions of highly susceptible individuals are being exposed.  By way of example, there were approximately 3.9 million children born in the U.S. in 2017.[507]  Of these children, approximately 2.9 million will have been exposed to fluoridation chemicals in the womb.  Further, since 42% of infants in the U.S. are exclusively formula-fed during the first 6 months of life,[508] approximately 1.2 million infants each year will consume fluoridation chemicals every day for their first six months.  With such widespread exposure, even small risks can amount to widespread harm.

### C)   Margin of Exposure (MOE)

Finally, in assessing whether a chemical poses an unreasonable risk under TSCA (as well as under the Guidelines[509]), EPA uses the "margin of exposure" (MOE) method.[510]  The MOE "is a ratio of the toxicity effect level to the estimated exposure dose."[511]  "The lower the MOE (margin between the toxicity effect level and the exposure dose), the more likely a chemical is to pose an unreasonable risk."[512]

---

[502] From Table 6, LOAELs for fluoride range from 4.5 to 23 mg/L in rat studies and from 11 to 23 mg/L in mouse studies.  As discussed in the previous section, these values correspond to ranges of 0.75 to 3.8 mg/kg/day in rats and 2.9 to 6.1 mg/kg/day in mice, with these values representing probable overestimates.

[503] From Table 6, NOAELs for fluoride range from 4.5 to 20 mg/L in rat studies and 11 mg/L in mouse studies, with several studies having no NOAEL (effects were found at the lowest doses used).  As discussed in the previous section, these values correspond to a range of 0.75 to 3.3 mg/kg/day in rats and a value of 2.9 mg/kg/day in mice, with these values representing probable overestimates.

[504] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).  See also EPA (2012b), p. 8-8.

[505] CDC (2016).

[506] See, for example, Kiritsy et al. (1996); Turner et al. (1998); Heilman et al. (1999).

[507] Centers for Disease Control. Births and Natality.  [Available at: https://www.cdc.gov/nchs/fastats/births.htm].

[508] CDC (2018; n.d.).

[509] EPA (1998a), pp. 65-66; Federal Register (1998), pp. 26949-26950.

[510] Although EPA has described the MOE method as "just one of several approaches to risk characterization" that may be used under TSCA (Federal Register 2017, p. 33735), a review of its risk evaluations shows that, *in practice*, the Agency almost always uses this method.

[511] EPA (2012b), p. 13-8.

[512] EPA (2012b), p. 13-8.



An acceptable margin between toxicity and human exposure is called an "acceptable MOE"[513] or a "benchmark MOE."[514]  If the calculated MOE "is equal to or exceeds the benchmark MOE, the new chemical substance is not likely to present an unreasonable risk."[515]

*Benchmark MOE*

The benchmark (or acceptable) MOE is generally 100 for a risk assessment based on a NOAEL from animal data and 1000 for a risk assessment based on a LOAEL from animal data.[516]  The benchmark MOE accounts for the variation in sensitivity among the human population ($UF_H = 10$), extrapolation between animals and humans ($UF_A = 10$), and (for use of a LOAEL) the LOAEL-to-NOAEL extrapolation ($UF_L = 10$).[517]  In other words, EPA will conclude that no risk exists if human exposure to the chemical is at least 100 times lower than the NOAEL or at least 1000 times lower than the LOAEL.  Where allometric scaling is used to derive the effect level, UFH is reduced to 3, for a benchmark MOE of 30 or 300 (for assessments based on a NOAEL or LOAEL, respectively).[518]

*Exposure Assessment*

In estimating human exposure to a chemical, EPA's Guidelines state that the assessment should consider "highly exposed individuals or highly sensitive or susceptible individuals."[519]  Consistent with this, EPA's MOE analyses under TSCA generally consider the highest-exposed group in the population (usually occupationally-exposed workers).[520]  In addition, when dealing with chemicals that may be present in drinking water, EPA's MOE analyses under TSCA separately consider the exposure of members of the public, both adults and infants.[521]  The separate treatment of infants in the MOE analysis is supported by the fact that infants have the highest intake of water, by body weight, of any age group in the population.[522]  Finally, "EPA considers consumers of specific products to be a potentially exposed or susceptible subpopulation on the basis of greater exposure potential compared to the general population who do not use specific products."[523]

*Human Exposure to Fluoride*

Consistent with EPA's risk evaluations under TSCA, the example exposure estimates described here (summarized in Table 8) consider a range of exposures, representing the general adult population along with highly exposed population subgroups, including bottle-fed infants and individuals with high water intakes (for example, due to medical conditions or to physical exertion).  All estimates are based on a water fluoride concentration of 0.7 mg/L.  For the general adult population, I have combined NRC's estimates for adult consumers of municipal water, ages 20-24 and 25-54 years (0.011 mg/kg/day).[524]  As an example of elderly adults (ages 65+), I have included the 90th percentile of adult consumers of municipal water (0.022

---

[513] EPA (2012b), p. 13-8.
[514] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[515] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[516] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019); EPA (2012b), p. 13-8.
[517] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).  The benchmark MOE does not include the other two uncertainty factors that are typically used (UFS for subchronic-to-chronic studies and UFD for database adequacy).
[518] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[519] EPA (1998a), p. 3; Federal Register (1998), p. 26928.
[520] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[521] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[522] See for example EPA (2000a; 2004b).
[523] See for example EPA (2018c; 2018d; 2018e; 2018f; 2018g; 2018h; 2019).
[524] NRC (2006), p. 430, Table B-11.



mg/kg/day).[525]  To account for individuals with high water intakes, I have used the NRC's waterborne fluoride intake estimates (at 0.7 mg/L) for adult athletes and physical laborers (0.05 mg/kg/day), children with diabetes mellitus (0.07 mg/kg/day), and individuals with nephrogenic diabetes insipidus (0.1 mg/kg/day).[526]  For bottle-fed infants with high exposure, I have used the 95th percentile of infant consumers of municipal water, ages < 6 months (0.14 mg/kg/day).[527]  Note that none of these exposure estimates, even those labeled "high," can be considered an upper bound or maximum exposure.

For infants, an estimate of typical exposure can be derived from Fomon et al.[528] and Harriehausen et al.[529]  As discussed above, based on estimates by Fomon et al., infants consuming powdered formula prepared with fluoridated water (0.7 mg/L) will typically ingest between 0.08 to 0.115 mg/kg/day.[530] Consistent with this, Harriehausen et al. estimated that infants consuming formula reconstituted with fluoridated water will ingest an average of 0.11 mg/kg/day at ages 2 and 4 months and 0.09 mg/kg/day at age 6 months.[531]  For purposes of this analysis, therefore, infant exposure to fluoridation chemicals is non-conservatively placed at 0.1 mg/kg/day, the same value as used for children and adults with nephrogenic diabetes insipidus.  It is important to stress that this represents a *typical* exposure among bottle-fed infants, it does *not* represent the upper bound.

Table 8 provides the MOEs for the above-mentioned populations, for each of the LOAELs and NOAELs previously considered (Tables 6 and 7).  As can be seen, the observed MOEs are below the benchmark MOE (300 for LOAELs and 30 for NOAELs) for each group and every POD, with the exception of adults when using the NOAEL-based PODs (for which the benchmark MOE = 30).  Under EPA's own criteria, therefore, a risk of fluoride neurotoxicity could exist for each and every one of these populations, particularly infants.  By way of comparison, Table 9 provides examples of recent EPA risk evaluations that separately considered adults and infants in the MOE analysis.  For these chemicals, the MOEs greatly exceeded the benchmark MOEs in nearly all cases.

D)  <u>Summary of Unreasonable Risk Analysis</u>

As demonstrated above, fluoridation chemicals qualify as an unreasonable risk under the criteria that EPA has used in its TSCA risk evaluations.  First, fluoride is a "high human health hazard" under EPA's framework for hazard classification, given both that observed LOAELs and NOAELs are very low and that high-quality studies in humans have repeatedly shown neurotoxic effects.  Second, there is unquestionably widespread human exposure to fluoridation chemicals among both the general population and susceptible subsets of the population.  Third, the margins of exposure between the toxicity levels in animals and the exposure levels in humans are far below the benchmark MOEs.

Consistent with this analysis, recent prospective birth cohort studies have found significant reductions in IQ at maternal urinary fluoride levels that are widely exceeded by pregnant women living in fluoridated areas.[532]  Thus, the animal and human data are consistent in demonstrating a risk of neurotoxic harm from current exposure levels to fluoridation chemicals.

---

[525] NRC (2006), p. 431, Table B-12.
[526] NRC (2006), p. 35, Table 2-4.
[527] NRC (2006), p. 432, Table B-13.
[528] Fomon et al. (2000).
[529] Harriehausen et al. (2019).
[530] Fomon et al. (2000), Table 2.
[531] Harriehausen et al. (2019).
[532] Bashash et al. (2017); Till et al. (2018); Green (2018).



*Food and Water Watch v. EPA*                                                                                                  *Thiessen Report*

Table 8.  Calculated Margins of Exposure (MOEs)[a] for selected human population subgroups for the NOAELs and LOAELs for fluoride in Section 4.

| Observation[b] | Intake rate[c] | Human Equivalent Dose (HED)[d] | Estimated human exposures[e] | | | | | |
|---|---|---|---|---|---|---|---|---|
| LOAEL or NOAEL | LOAEL or NOAEL | LOAEL or NOAEL | Adults (average) | Elderly adults (90th percentile) | Athletes and laborers (high) | DM patients (high) | Bottle-fed infants (typical) NDI patients (high) | Bottle-fed infants (high) |
| mg/L | mg/kg/day | mg/kg/day | 0.011 mg/kg/day | 0.022 mg/kg/day | 0.05 mg/kg/day | 0.07 mg/kg/day | 0.1 mg/kg/day | 0.14 mg/kg/day |
| 5 mg/L, LOAEL (rats) | 0.83 | 0.20 | 18 | 9.1 | 4.0 | 2.9 | 2.0 | 1.4 |
| 23 mg/L, LOAEL (rats) | 3.8 | 0.91 | 83 | 41 | 18 | 13 | 9.1 | 6.5 |
| 45 mg/L, LOAEL (rats) | 7.5 | 1.8 | 163 | 82 | 36 | 26 | 18 | 13 |
| 11 mg/L, NOAEL (mice) | 2.9 | 0.41 | 37 | 19 | 8.2 | 5.9 | 4.1 | 2.9 |
| 20 mg/L, NOAEL (rats) | 3.3 | 0.79 | 72 | 36 | 16 | 11 | 7.9 | 5.6 |

[a] A Margin of Exposure (MOE) is equal to the LOAEL or NOAEL (mg/kg/day) divided by an estimated human exposure (mg/kg/day).  Usually, the benchmark MOE = 1000 for assessments based on a LOAEL and 100 for assessments based on an NOAEL.  Since allometric scaling between animals and humans has been used to obtain the Human Equivalent Dose, the benchmark MOE is 300 for LOAELs and 30 for NOAELs.  An MOE greater than the benchmark MOE indicates a significant chance that an exposure will reach the level associated with a toxic effect.

[b] These LOAEL and NOAEL values (mg/L) for fluoride are described in Section 4 (summarized in Table 6).

[c] The intake rates (mg/kg/day) in this column correspond to the LOAELs and NOAELs in the first column (mg/L), converted to intake rates (mg/kg/day) as described in Section 4 (summarized in Table 7).  For rats, the intake rate equals the LOAEL or NOAEL divided by 6.  For mice, the intake rate equals the NOAEL divided by 3.8.

[d] The Human Equivalent Dose (HED) is calculated from the intake rate for rats or mice as described in Section 4 (summarized in Table 7).  The HED = the intake rate for rats × 0.24 or the intake rate for mice × 0.14.

[e] The estimated human exposures are for fluoride exposures from drinking water alone, assuming a fluoride concentration of 0.7 mg/L in the drinking water.  Sources are as follows:
Adults (average), NRC (2006), p. 430, Table B-11, average consumers ages 20-54;
Elderly adults (90th percentile), NRC (2006), p. 431, Table B-12, 90th percentile consumers ages 65+;
Athletes and laborers (high), NRC (2006), p. 35, Table 2-4, high consumers (but not upper bound);
DM patients (high), NRC (2006), p. 35, Table 2-4, patients with diabetes mellitus, high consumers (but not upper bound).
Bottle-fed infants (typical), based on Fomon et al. (2000) and Harriehausen et al. (2019); see details in the text.
NDI patients (high), NRC (2006), p. 35, Table 2-4, patients with nephrogenic diabetes insipidus, high consumers (but not upper bound);
Bottle-fed infants (high), NRC (2006), p. 432, Table B-13, infants < 0.5 years old, 95th percentile consumers (but not upper bound).



Table 9.  Examples of MOE analyses from recent TSCA risk evaluations (Premanufacture Notices) for exposures of the general public from drinking water.

| Chemical | MOE Benchmark | MOE Adults | MOE Infants | Effect | Reference |
|---|---|---|---|---|---|
| Alkylsilsesquioxane, ethoxy-terminated | 100 | 155,280 | 37,237 | Developmental | EPA (2018c) |
| Substituted carbomonocycle, polymer with alkyl alkenoate, alkenyl substituted carbomonocycle, substituted alkanediol, heteropolycycle, alkylene glycol and alkenoic acid, compd. with alkylamino alkanol | 1,000 | 9,764,671 | 2,324,921 | Reproductive/ Developmental | EPA (2018d) |
| Polysiloxane-polyester polyol carboxylate | 100 | 8,772 | 2,104 | Developmental | EPA (2018e) |
| Glycerides, soya mono- and di-, epoxidized, acetates (CASRN: 2097734-14-8) | 100 | 65,400 | 15,600 | Kidney/Liver | EPA (2018f) |
| Glycerides, C16-18 and C18-unsatd. mono- and di-, epoxidized, acetates (CASRN: 2097734-15-9) | 100 | 65,400 | 15,600 | Kidney/Liver | EPA (2018f) |
| Diisocyanate polymer blocked with alkoxyamine. | 100 | 355,000 | 84,600 | Kidney/Adrenal | EPA (2018g) |
| Polyglycerol reaction product with acid anhydride, etherified | 1,000 | 170,000 | 42,000 | Systemic toxicity | EPA (2018h) |
| Butanedioic acid, polymer with 2-ethyl-2-(hydroxymethyl)-1,3-propanediol, 2,5-furandione and 1,3-propanediol, 3a,4,5,6,7,7a-hexahydro-4,7-methano-1H-inden-5(or 6)-yl ester | 100 | 2,198 | 523 | Reproductive/ Developmental | EPA (2019) |



*Food and Water Watch v. EPA*                                          *Thiessen Report*

---

**III.     CONCLUSIONS**

As described above, the evidence that fluoride presents a hazard of neurotoxicity to humans is sufficient according to EPA's risk assessment principles and practices, in keeping with EPA's *Guidelines for Neurotoxicity Risk Assessment* and other EPA reports. This evidence comes from controlled animal studies and from epidemiological studies in human populations. Both kinds of evidence demonstrate that neurotoxicity is a more sensitive endpoint of fluoride exposure than is severe dental fluorosis, and there are identifiable windows of susceptibility, in terms of life stages that are more vulnerable to fluoride effects, especially the fetus and infants. Certain identifiable subsets of the human population have increased susceptibility to harm from fluoridation chemicals, with respect to elevated exposures, higher sensitivities, or both. These populations include the fetus, bottle-fed infants whose formula is prepared with fluoridated water, the elderly, individuals with nutrient deficiencies or kidney disease, individuals with high water intake, and populations with specific genotypes. The current EPA reference dose (RfD) for fluoride (0.08 mg/kg/day) is not protective against neurotoxicity, and it is routinely exceeded by many individuals in fluoridated communities, especially bottle-fed infants whose formula is prepared with fluoridated water. Finally, if the same procedures and standards used by EPA in its risk evaluations of other chemicals under TSCA are employed for fluoride, it is readily apparent that fluoridation chemicals present an "unreasonable risk" of neurotoxic effects, including IQ loss.


*Kathleen M. Thiessen*
_____

Kathleen M. Thiessen

June 27, 2019



EPA (Environmental Protection Agency). 1989. Risk Assessment Guidance for Superfund, Volume I, Human Health Evaluation Manual (Part A), EPA/540/1-89/002 (December 1989).

EPA (Environmental Protection Agency). 1998a. Guidelines for Neurotoxicity Risk Assessment, EPA/630/R-95/001F (April 1998). Also published as Federal Register (1998) 63(93):26926-26954.

EPA (Environmental Protection Agency). 1998b. Health Effects Tests Guidelines. OPPTS 870.4100 Chronic Toxicity, EPA 712-C-98-210 (August 1998).

EPA (Environmental Protection Agency). 2000a. Estimated Per Capita Water Ingestion and Body Weight in the United States, EPA-822-R-00-008 (April 2000).

EPA (Environmental Protection Agency). 2000b. Toxicological Review of Chlorine Dioxide and Chlorite (CAS Nos. 10049-04-4 and 7758-19-2), EPA/635/R-00/007 (September 2000).

EPA (Environmental Protection Agency). 2001a. Summary of Toxicity Information for Chemicals Listed in IRIS. Fluorine (soluble fluoride). Date of screening-level review: 05/01/2001. (Retrieved from EPA-IRIS website, July 24, 2003.)

EPA (Environmental Protection Agency). 2001b. Screening-level review of the IRIS Database Phase I. Evaluation of the Recent Literature and Determination of Currency for: Fluorine (CAS No. 7782-41-4). (Retrieved from EPA-IRIS website, July 24, 2003.)

EPA (Environmental Protection Agency). 2002. A Review of the Reference Dose and Reference Concentration Processes, EPA/630/P-02/002F (December 2002).

EPA (Environmental Protection Agency). 2003. Toxicological Review of Hydrogen Sulfide (CAS No. 7783-06-4), EPA/635/R-03/005 (June 2003).

EPA (Environmental Protection Agency). 2004a. 2004 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-04-005 (Winter 2004).

EPA (Environmental Protection Agency). 2004b. Estimated Per Capita Water Ingestion and Body Weight in the United States—An Update, EPA-822-R-00-001 (October 2004).

EPA (Environmental Protection Agency). 2005. Perchlorate (ClO$_4^-$) and Perchlorate Salts. Chemical Assessment Summary (February 18, 2005).

EPA (Environmental Protection Agency). 2006. 2006 Edition of the Drinking Water Standards and Health Advisories, EPA 822-R-06-013 (August 2006).

EPA (Environmental Protection Agency). 2008a. Toxicological Review of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47) (CAS No. 5436-43-1), EPA/635/R-07/005F (June 2008).

EPA (Environmental Protection Agency). 2008b. Toxicological Review of 2,2',4,4',5-Pentabromodiphenyl Ether (BDE-99) (CAS No. 60348-60-9), EPA/635/R-07/006F (June 2008).

EPA (Environmental Protection Agency). 2008c. Toxicological Review of 2,2',4,4',5,5'-Hexabromodiphenyl Ether (BDE-153) (CAS No. 68631-49-2), EPA/635/R-07/007F (June 2008).

EPA (Environmental Protection Agency). 2008d. Toxicological Review of Decabromodiphenyl Ether (BDE-209) (CAS No. 1163-19-5), EPA/635/R-07/008F (June 2008).

EPA (Environmental Protection Agency). 2008e. Proposed Lead NAAQS Regulatory Impact Analysis (June 2008). [https://www3.epa.gov/ttnecas1/docs/ria/naaqs-lead_ria_proposal_2008-06.pdf]

EPA (Environmental Protection Agency). 2009a. Integrated Risk Information System (IRIS), IRIS Glossary. (http://www.epa.gov/ncea/iris/help_gloss.htm, retrieved May 26, 2009).



Niu, Q., Chen, J., Xia, T., Li, P., Zhou, G., Xu, C., Zhao, Q., Dong, L., Zhang, S., and Wang. A. 2018a. Excessive ER stress and the resulting autophagic flux dysfunction contribute to fluoride-induced neurotoxicity. Environmental Pollution 233:889-899.

Niu, R., Chen, H., Manthari, R.K., Sun, Z., Wang, J., Zhang, J., and Wang, J. 2018b. Effects of fluoride on synapse morphology and myelin damage in mouse hippocampus. Chemosphere 194:628-633.

NRC (National Research Council). 1983. Risk Assessment in the Federal Government: Managing the Process. Washington, National Academy Press.

NRC (National Research Council). 2006. Fluoride in Drinking Water: A Scientific Review of EPA's Standards. Washington, National Academy Press. [Available: http://www.nap.edu/catalog/11571.html]

NRC (National Research Council). 2009. Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants: Volume 3. Washington, National Academy Press. [Available: http://www.nap.edu/catalog.php?record_id=12741]

NTP (National Toxicology Program). 2015a. Systematic Review on the Neurobehavioral Toxicity of Fluoride in Animal Studies. National Institute of Environmental Health Sciences, National Toxicology Program Office of Health Assessment and Translation (June 2015).

NTP (National Toxicology Program). 2015b. Handbook for Conducting a LIterature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. National Institute of Environmental Health Sciences, National Toxicology Program, Office of Health Assessment and Translation (January 2015).

NTP (National Toxicology Program). 2016. Systematic Literature Review on the Effects of Fluoride on Learning and Memory in Animal Studies. NTP Research Report 1. Research Triangle Park, NC: National Toxicology Program (July 2016).

O'Connor, N.R. 2009. Infant formula. American Family Physician 79(7):565-570.

OMIM (Online Mendelian Inheritance in Man). 2018. 608774, Ankyrin Repeat- and Kinase Domain-Containing Protein 1; ANKK1 (https://www.omim.org/entry/608774; last updated May 24, 2018; accessed December 27, 2018).

Ou, X., Andres, A., Pivik, R.T., Cleves, M.A., Snow, J.H., Ding, Z., and Badger, T.M. 2016. Voxel-based morphometry and fMRI revealed differences in brain gray matter in breastfed and milk formula-fed children. Am. J. Neuroradiol. 37:713-719.

Pal, S., and Sarkar, C. 2014. Protective effect of resveratrol on fluoride induced alteration in protein and nucleic acid metabolism, DNA damage and biogenic amines in rat brain. Environmental Toxicology and Pharmacology 38(2):684-699.

Pan, Y. and Nicolazzo, J.A. 2018. Impact of aging, Alzheimer's disease and Parkinson's disease on the blood-brain barrier transport of therapeutics. Advanced Drug Delivery Reviews 135:62-74.

Pan, Y., Lü, P., Yin, L., Chen, K., and He, Y. 2015. Effect of fluoride on the proteomic profile of the hippocampus in rats. Zeitschrift für Naturforschung C. 70(5-6):151-7.

Pandit, C.G., Raghavachari, T.N.S., Rao, D.S., and Krishnamurti, V. 1940. A study of the factors involved in the production of mottled enamel in children and severe bone manifestations in adults. Ind. J. Med. Res. 28(2):533-558.

Pang, H., Yu, L., Lai, X., and Chen, Q. 2018. Relation between intelligence and COMT gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese Journal of Control of Endemic Diseases 33(2):151-152.



## Appendix D

### Adequacy of EPA's 2010 RfD with respect to the knowledge then available to EPA[533]

*Background*

EPA's Reference Dose (RfD) is defined in a number of EPA sources. The following definition is from the online glossary for EPA's Integrated Risk Information System (IRIS) in 2009:

**Reference Dose (RfD):** An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments.[534]

The RfD is intended for use in assessment of adverse health effects for which a threshold is expected (e.g., many non-cancer effects); a threshold corresponds to a theoretical exposure level below which a given effect is unlikely to occur (the exposure is tolerated) and above which the effect could occur (the exposure is or could be toxic). The RfD is considered to include uncertainty of an order of magnitude or more and "should not be viewed as a strict scientific demarcation between what level is toxic and nontoxic."[535] Generally, RfDs are derived for oral exposure, while an analogous toxicity value, the Reference Concentration (RfC), is derived for inhalation exposure. The Agency for Toxic Substances and Disease Registry (ATSDR) has a toxicity value called the Minimal Risk Level (MRL), which corresponds in principle to the RfD.[536]

The process of deriving an RfD has been described in detail by EPA.[537] "In the development of oral RfDs, all available studies examining the toxicity of a chemical following exposure by the oral route are gathered and judged for scientific merit."[538] Human data are used when they are adequate, otherwise animal data are used, either for the clearly most biologically relevant (to humans) species or for the most sensitive animal species tested. The most sensitive species is defined as "the species showing a toxic effect at the lowest administered dose,"[539] and the "critical study for the basis of the RfD" corresponds to the study showing a toxic effect at the lowest administered dose.[540] "The [toxic] effect characterized by the 'lowest-observed-adverse-effect level' (LOAEL). . . is referred to as the critical toxic effect."[541] Based on the critical study and the critical effect, the "no-observed-adverse-effect level" (NOAEL) is identified as the "experimental exposure level representing the highest level tested at which no adverse effects (including the

---

[533] Parts of this material are drawn from previous comments prepared for various purposes.
[534] EPA (2009a). See also EPA (1989), p. 7-6; EPA (1998a), p. 58; Federal Register (1998), p. 26947; EPA (2002), p. 4-4; EPA (2004a), p. v; EPA (2006), p. iii, EPA (2009b), p. iii; EPA (2011a), p. iii; EPA (2012a), p. vii. This is not intended to be an exhaustive list.
[535] EPA (1989), p. 7-6.
[536] "An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified duration of exposure." ATSDR (2018).
[537] EPA (1989), pp. 7-6 through 7-8.
[538] EPA (1989), p. 7-6.
[539] EPA (1989), p. 7-7.
[540] EPA (1989), p. 7-7.
[541] EPA (1989), p. 7-7.



EPA's approach does not allow for the possibility that health risks and benefits (if real) might accrue to different individuals or population subgroups, in which case it is inappropriate to cause at-risk individuals or populations to incur an exposure that is unlikely to benefit them.

Since EPA's critical effect was based on a study in humans, there was no need for a UF > 1 for extrapolation from animal data to humans, and a UF > 1 for extrapolation from a subchronic exposure to a chronic exposure was also not necessary. However, EPA set UF = 1 for each of the three remaining Uncertainty Factors: intrahuman variability, use of a LOAEL rather than a NOAEL, and completeness of the database.[599]  In each of these three cases, the choice of a value of 1 is inappropriate, as described below.

First, based on its Point of Departure, EPA set UF = 1 for use of a LOAEL rather than a NOAEL.[600] EPA stated that the "use of a BMDL for 0.5% severe fluorosis as the POD eliminated the need for a LOAEL to NOAEL extrapolation."[601]  However, 0.5% prevalence of an adverse health effect is not the same thing as a NOAEL. One of EPA's outside peer reviewers suggested that the RfD be lowered to eliminate severe dental fluorosis, pointing out that a large number of people would still be affected.[602]  It is inappropriate to describe even a small percentage of affected persons as being equivalent to a no-adverse-effect level.

Second, with respect to intrahuman variability, EPA's justification for UF = 1 was that the sample size was large, the participants were randomly selected, and the study population corresponded to the vulnerable group (described as children ages 6 months to 14 years).[603]  However, known population subgroups that could have high fluoride exposures or could be more sensitive to adverse effects of fluoride were not included in the study population. The youngest age group (0-6 months) was not included in EPA's analysis,[604] although dental fluorosis is associated with fluoride exposures during the first 6 months of life[605] as well as later periods.  Infants fed formula prepared with fluoridated tap water can have substantial fluoride exposures.[606]

Dean (1942) presented his data as a "specific example" of the use of epidemiological principles to study endemic dental fluorosis,[607] but the paper itself is not strictly an epidemiological paper. It leaves out essential information such as the dates of the surveys, the years in which the subjects were born, breastfeeding practices during the relevant years, how the subjects were selected (e.g., random selection, all children in each town), and whether the examiners had knowledge of the fluoride concentrations in local water supplies at the time of the examinations. The paper does list

---

[599] EPA (2010b), p. 106.
[600] EPA (2010b), p. 106.
[601] EPA (2010b), p. 106.
[602] EPA (2010c), p. A-14 (peer review report).
[603] EPA (2010b), pp. 105-106.
[604] EPA (2010a); EPA (2010b), pp. 100-101, Tables 5-2, 5-3, and 5-4.
[605] Hong et al. (2006a; 2006b).
[606] For example, more than 25% of infants less than 6 months old (including both breastfed and formula-fed) will have fluoride exposures in excess of EPA's 2010 RfD of 0.08 mg/kg/day. EPA (2004b, p. E-100) indicates a 75th percentile value for water intake (community tap water) of 0.814 L/day for infants less than 6 months old; assuming a mean weight of 6 kg (EPA 2004b, p. 7-10, Table 7.3) and a fluoride concentration in drinking water of 0.7 mg/L (the 2015 recommendation from HHS) gives a fluoride intake just from tap water of 0.095 mg/kg/day; by definition, 25% of infants have intakes at or above this level. For infants fed formula prepared with tap water (excluding breastfed infants and infants fed ready-to-feed formula), the proportion of infants with fluoride intakes greater than 0.08 mg/kg/day will be high.
[607] Dean (1942), p. 31.



# Exhibit C

# Rebuttal and Supplemental Report on Fluoride in Drinking Water

Kathleen M. Thiessen, Ph.D.
August 1, 2019

Food & Water Watch et al. v. Environmental Protection Agency
No. 17-cv—02162

Oak Ridge Center for Risk Analysis, Inc.
102 Donner Drive
Oak Ridge, TN 37830



### SUPPLEMENTAL REPORT

**(1)  Additional prospective cohort study**

An additional paper describing a prospective cohort study of fluoride exposure and intelligence has become available since my earlier report in this case was submitted.  This paper has recently been submitted for publication.

Till et al. compared the intelligence (measured between ages 2.5 and 4.0 years) of children who were exclusively breastfed during their first 6 months with that of children who were never breastfed or were only partially breastfed during their first 6 months, for both fluoridated and nonfluoridated cities in Canada.  Breastmilk contains very low fluoride concentrations even when the mother consumes fluoridated water.  All mothers in the analysis consumed tap water.  Prenatal exposure was estimated from measurements of maternal urinary fluoride during pregnancy.  The analysis included 398 mother-child pairs enrolled in the Maternal-Infant Research on Environmental Chemicals (MIREC) study in Canada.

Water fluoride concentration was significantly associated with lower performance IQ (PIQ; nonverbal IQ) in both the formula-fed infants and the breastfed infants.  A 0.5 mg/L increase in water fluoride concentration (the approximate difference between nonfluoridated and fluoridated water) was associated with a decrement of 9.3 PIQ points (95% CI = -13.8 to -4.8) in the formula-fed infants and a decrement of 6.2 PIQ points (95% CI = -10.5 to -1.9) in the breastfed infants; these associations remained significant when the results were controlled for maternal urinary fluoride.  In addition, a 0.5 mg/L increase in water fluoride concentration was significantly associated with lower full-scale IQ (FSIQ) in the formula-fed infants.  The authors concluded that higher fluoride exposure in infancy was associated with diminished nonverbal intelligence in young children, consistent with earlier longitudinal cohort studies, and that the effect was  more pronounced among formula-fed children.

In my initial report, I discussed various intrinsic and extrinsic factors that render infants more vulnerable to fluoride's neurotoxic effects, and I conducted a margin of exposure (MOE) analysis which identified infants as the population at greatest risk of harm.[143]  This new study of the MIREC cohort, which is the first to specifically examine the effect of infant fluoride exposure on IQ, supports and reinforces my opinions on the heightened vulnerability of this population to fluoride exposure.  I agree with the authors that "in the absence of any benefit from fluoride consumption in the first six months, it is prudent to limit fluoride exposure by using non-fluoridated water or water with lower fluoride content as a formula diluent."

**Reference**

Till, C., Green, R., Flora, D., Hornung, R., Martinez-Mier, A., Blazer, M., Farmus, L., Ayotte, P., Muckle, G., and Lanphear, B. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. (Submitted for publication)

**(2)  Additional supporting information**

In my earlier report (p. 25), I cited a member of a CASAC Lead Review panel with respect to the importance of preventing loss of even one or two IQ points.  It has since come to my attention that EPA's final report on lead (p. 5-28) took the following position:  "The value of one IQ point was selected as consistent with CASAC recommendations as to the magnitude of IQ loss they considered to be significant from a public health perspective."  Additionally, in my initial report I cited and discussed EPA documents regarding margin of exposure (MOE) as an analysis for characterizing risk.  Subsequent to finishing my

---

[143] Thiessen report, pp. 20, 24, 27, 33, 40-44, 66-67.



report, I have received and reviewed additional EPA documents where the Agency characterizes the risk of a calculated MOE that is lower than the benchmark MOE for non-cancer health endpoints. EPA has variously characterized this risk as "unacceptable,"[144] a "human health risk,"[145] and a "risk of concern."[146] These documents further support my opinion that water fluoridation presents a neurotoxic risk.


**Reference**

EPA (Environmental Protection Agency). 2007. Lead: Human Exposure and Health Risk Assessments for Selected Case Studies. Volume I. Human Exposure and Health Risk Assessments - Full-scale, EPA-452/R-07-014a, October 2007.


**(3)  Corrections to Thiessen report of June 27, 2019**


P. 9, Table 1, footnote b should read as follows:  "Human studies of neurotoxicity endpoints."

P. 36, first full paragraph, the third sentence should read as follows:  "A unit increase in maternal urine fluoride ($\log_{10}$) corresponds to a decrease in Mental Development Index (MDI) of 19.5 points."


*Corrections to the reference list*

Galletti, P.M., and Joyet, G. 1958. Effect of fluorine on thyroidal iodine metabolism in hyperthyroidism. The Journal of Clinical Endocrinology and Metabolism 18(10):1102-10.

Gupta, S., Seth, A.K., Gupta, A., and Gavane, A.G. 1993. Transplacental passage of fluorides. The Journal of Pediatrics 123(1):139-141.

Ibarra-Santana, C., Ruiz-Rodríguez, M. del S., Fonseca-Leal, M. del P., Gutiérrez-Cantú, F.J., and Pozos-Guillén, A. de J. 2007. Enamel hypoplasia in children with renal disease in a fluoridated area. J. Pediatric Dentistry 31(4):274-278.

Kiritsy, M.C., Levy, S.M., Warren, J.J., Guha-Chowdhury, N., Heilman, J.R., and Marshall, T. 1996. Assessing fluoride concentrations of juices and juice-flavored drinks. JADA 127:895-902.

Lu, Y., Sun, Z.R., Wu, L.N., Wang, X., Lu, W., and Liu, S.S. 2000. Effect of high-fluoride water on intelligence in children. Fluoride 33:74-78.

McCauley, H.B., and McClure, F.J. 1954. Effect of fluoride in drinking water on the osseous development of the hand and wrist in children. Public Health Reports 69(7):671-83.

Niu, R., Sun, Z., Wang, J., Cheng, Z., and Wang, J. 2008. Effects of fluoride and lead on locomotor behavior and expression of Nissl body in brain of adult rats. Fluoride 41(4):276-282.

Niu, R., Xue, X., Zhao, Y., Sun, Z., Yan, X., Li, X., Feng, C., and Wang, J. 2015a. Effects of fluoride on microtubule ultrastructure and expression of Tubα1a and Tubβ2a in mouse hippocampus. Chemosphere 139:422-427.

---

[144] EPA (2016), p. 61.
[145] EPA (2016), p. 60.
[146] EPA (2007), p. 13; EPA (2000), p. C-12.

