DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-CV-02162 EMC <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF RECENT DEVELOPMENT RE: DEFENDANTS' THIRD MOTION IN LIMINE** <br><br> Date:  April 3, 2020 <br> Time:  1:30 p.m. <br> Place:  Courtroom 5, 17th floor |

EPA hereby moves the Court for leave to provide notice of a significant recent factual development regarding Defendant's Third Motion in Limine to Exclude the Draft National Toxicology Program ("NTP") Monograph. ECF No. 141. NTP asked the National Academies of Sciences, Engineering, and Medicine ("the National Academies") to review the Draft NTP Monograph.[1] The National Academies convened a committee, which focused on whether the evidence as presented in the Draft NTP Monograph supported the NTP's conclusions. On March 5, 2020, the committee published its findings and suggestions on how to cure deficiencies in the Draft NTP Monograph in a publicly available consensus study report.[2] The National Academies' consensus study report is attached as Exhibit A to this motion.

EPA's proposed notice discussing the National Academies' report and its relevance to EPA's Third Motion in Limine is also attached to this motion.

Date: March 13, 2020

Respectfully Submitted,

*/s/ Simi Bhat*
Debra J. Carfora
John Thomas H. Do
Brandon N. Adkins
Simi Bhat
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

---

[1] Defined terms have the same meaning as attributed to them in Defendant's Third Motion in Limine.

[2] The National Academies issued an online press release announcing that this report was released on March 5, 2020. NEWS, Peer Review of NTP Monograph on Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects – New Report March 5, https://www8.nationalacademies.org/onpinews/newsitem.aspx?RecordID=0322020 (last visited March 13, 2020).

**CERTIFICATE OF SERVICE**

Pursuant to stipulation, I hereby certify that on this 13th day of March, 2020, a true and correct copy of the foregoing Defendants' Motion for Leave to File Notice Regarding Recent Development Regarding Defendants' Third Motion in Limine was served on counsel for Plaintiffs via ECF.

*/s/ Simi Bhat*
SIMI BHAT
United States Department of Justice