DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-CV-02162 EMC <br><br> **DEFENDANTS' PROPOSED NOTICE OF RECENT DEVELOPMENT RE: DEFENDANTS' THIRD MOTION IN LIMINE** <br><br> Date: April 3, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 5, 17th floor |

EPA hereby notifies the Court of a significant factual development regarding Defendant's Third Motion in Limine to Exclude the Draft National Toxicology Program ("NTP") Monograph. ECF No. 141. The NTP asked the National Academies of Sciences, Engineering, and Medicine ("the National Academies") to review the Draft NTP Monograph.[1] As stated in EPA's motion for leave to file this proposed notice, the National Academies convened a committee, which focused on whether the evidence as presented in the Draft NTP Monograph supported the NTP's conclusions. On March 5, 2020, the committee published its findings and suggestions on how to cure deficiencies in the Draft NTP Monograph in a publicly available consensus study report.[2] The consensus report is attached as Exhibit A to the motion to leave to file this proposed notice. The NTP will now revise its draft report.

This development amplifies the arguments EPA made in its motion to exclude the Draft NTP Monograph. The Draft NTP Monograph's conclusions are tentative, and Plaintiffs' attempt to include the Draft NTP Monograph without a sponsoring witness or other expert testimony to assist the Court would prejudice EPA and confuse the issues. Third Mot. in Limine 3–4, ECF No. 141; *see also* Order 3, ECF No. 115 (denying request for limited additional expert discovery regarding Draft NTP Monograph in part because the release would "be a draft version of the document only"). The National Academies committee's findings underscore the potential for inclusion of the Draft NTP Monograph to cause confusion. Given particular deficiencies in the NTP's analysis, the National Academies committee "d[id] not find that NTP has adequately supported its conclusion" that fluoride is presumed to be a cognitive neurodevelopmental hazard to humans. Nat'l Academies Rev. 4, Exhibit A (emphasis added). The National Academies committee further stated that the NTP should "state clearly that the monograph is not designed to

---

[1]   Defined terms have the same meaning as attributed to them in Defendant's Third Motion in Limine.

[2]   The National Academies issued an online press release announcing that this report was released on March 5, 2020. NEWS, Peer Review of NTP Monograph on Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects – New Report March 5, https://www8.nationalacademies.org/onpinews/newsitem.aspx?RecordID=0322020 (last visited March 13, 2020).

be informative regarding decisions about fluoride concentrations for water fluoridation." Nat'l Academies Rev. 2, 4, Exhibit A.

For all the reasons stated in EPA's Third Motion in Limine, and in consideration of this new development, the Court should exclude the Draft NTP Monograph. Alternatively, the parties agree that if the Court permits the introduction of the Draft NTP Monograph, the Court also permit the introduction of the National Academies' review of the Draft NTP Monograph.

Date: March 13, 2020

Respectfully Submitted,

*/s/ Simi Bhat*
Debra J. Carfora
John Thomas H. Do
Brandon N. Adkins
Simi Bhat
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov