**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>         Plaintiffs,<br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>         Defendants. | Case No. 17-CV-02162 EMC<br><br>**[PROPOSED] ORDER GRANTING FILING OF DEFENDANTS' NOTICE OF RECENT DEVELOPMENT RE: DEFENDANTS' THIRD MOTION IN LIMINE**<br><br>Date:  April 3, 2020<br>Time:  1:30 p.m.<br>Place:  Courtroom 5, 17th floor |

Upon consideration of Defendants' motion for leave to file a notice of recent development regarding Defendants' Third Motion in Limine, ECF No. 141, the Court grants leave. The notice is SUBMITTED for consideration together with Defendants' Third Motion in Limine.

**IT IS SO ORDERED.**

Dated: March ___, 2020                    _____
                                          HON. EDWARD M. CHEN
                                          United States District Judge