UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 17-cv-02162-EMC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO ADD FOUR DOCUMENTS TO THE EXHIBIT LIST** <br><br> Docket No. 160 |

On February 26, 2020, Plaintiffs filed a Motion to Add Four Documents to the Exhibit List. *See* Docket No. 160. Defendants opposed the Motion, *see* Docket No. 162, and on March 9, 2020, the Court held a telephonic conference with the parties regarding Plaintiffs' Motion. *See* Docket No. 165. As required by the Court pursuant to the March 9, 2020 hearing, Plaintiffs' Expert Dr. Kathleen Thiessen has now submitted her Supplemental Expert Report. *See* Docket No. 166. Having reviewed the parties' briefs, heard their arguments, and reviewed the supplemental report, the Court **GRANTS** Plaintiffs' Motion. As discussed at the telephonic conference, Dr. Thiessen must be made available for further deposition regarding her supplemental report; no further deposition of Dr. Tala Henry will be permitted.

This order disposes of Docket No. 160.

**IT IS SO ORDERED**.

Dated: March 13, 2020

_____
EDWARD M. CHEN
United States District Judge