**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

           Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

           Defendants.

Case No. 17-CV-02162 EMC

[PROPOSED] ORDER GRANTING FILING OF DEFENDANTS' NOTICE OF RECENT DEVELOPMENT RE: DEFENDANTS' THIRD MOTION IN LIMINE

Date: April 3, 2020
Time: 1:30 p.m.
Place: Courtroom 5, 17th floor

Upon consideration of Defendants' motion for leave to file a notice of recent development regarding Defendants' Third Motion in Limine, ECF No. 141, the Court grants leave. The notice is SUBMITTED for consideration together with Defendants' Third Motion in Limine.

**IT IS SO ORDERED.**

Dated: March 13, 2020

_____
HON. EDWARD M. CHEN
United States District Judge