**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** April 3, 2020          **Time:** 1:30-1:57=          **Judge:** EDWARD M. CHEN
                                        27 Minutes

**Case No.:** 17-cv-02162-EMC     **Case Name:**  Food & Water Watch, Inc. v. Environmental
                                  Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Charles Andrew Waters

**Attorney for Defendant:** Debra Carfora

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Katherine Sullivan
                                                 (Telephone)

**PROCEEDINGS**

Telephonic Status Conference held.

**SUMMARY**

New trial dates discussed.  Parties and Court discussed options of holding trial in various ways due to COVID-19 crisis, including via videoconferencing.

Pretrial Conference reset for **May 8, 2020, at 1:00 p.m.**  Bench Trial reset for **June 8, 2020**, with alternate date of **October 5, 2020**. Alternate date will be more thoroughly discussed at the upcoming Status Conference and Pretrial Conference dates.  Parties urged to review witness list to shorten trial.

Further Status Conference set **April 10, 2020 at 10:30 a.m.**  Parties to discuss technological options.  **Hearing will be held by videoconference, through Zoom, if possible.**