# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California
## CIVIL MINUTES

**Date:** April 10, 2020    **Time:** 10:30-11:30 = 1 Hour    **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC    **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Andy Waters, Michael Connett (by Zoom)

**Attorneys for Defendant:** Debra Carfora, Brandon Atkins, Simi Bhat, John Do (by Zoom)

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Marla Knox (by phone)

## PROCEEDINGS

Status Conference – held by Zoom and telephone.

## SUMMARY

Parties stated appearances.

Due to COVID-19 public health crisis, Court discussed Bench Trial date of June 8, 2020 with the parties and possibility of it being held by technological means using Zoom. Plaintiff is hesitant about holding trial remotely, and Defendant prefers trial going forward by the means mentioned by the Court for reasons as stated on the record.

Court ordered trial to go forward on June 8, 2020. Further Status Conference set for **April 29, 2020, at 10:30 a.m. by Zoom. Short joint statement with appendix as discussed due April 22, 2020. Appendix should include examples of direct expert testimony by declaration.**