# Exhibit A
# Expert Witness Declaration Specimens

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**LOCKHEED MARTIN CORPORATION,**        )
                                                    )
            **Plaintiff,**                          )
                                                    )
      **v.**                                        )   **Civil No. 1:08-cv-01160 (ESH)**
                                                    )
**UNITED STATES OF AMERICA,**           )
                                                    )
            **Defendant.**                          )
_____)

**<u>EXPERT DECLARATION OF ROBERT J. STERRETT, PH.D., RG</u>**

**(Hydrogeology and Sources of Contamination Expert)**

**TABLE OF CONTENTS**

I.    EXPERT QUALIFICATIONS ....................................................................................1

II.   INTRODUCTION ....................................................................................................2

III.  SUMMARY OF OPINIONS ...................................................................................3

      A.    Redlands Site ................................................................................................3

            1.    Sources of TCE Contamination ................................................3

            2.    Sources of Perchlorate Contamination.......................................4

            3.    Former Norton Air Force Base ...................................................4

      B.    Potrero Site....................................................................................................5

      C.    Laborde Canyon Site ....................................................................................6

IV.   BASIS FOR OPINIONS REGARDING THE REDLANDS SITE....................................6

      A.    Geologic and Hydrogeologic Conditions.....................................................6

            1.    Coarse-Grained Geologic Materials at the Redlands Site Allow Fluids
                  to Migrate to Groundwater and the Water Table to Rise and Fall..............6

            2.    The Redlands Site Is Located in a Recharge Area......................9

            3.    The Groundwater Travels Rapidly.............................................10

      B.    Overview of the Redlands Plume .................................................................10

      C.    Sources of TCE in the Redlands Plume ........................................................13

            1.    TCE Was Routinely Discharged to the Ground at the Buildings and
                  Burn Pits......................................................................................13

                  a.    Building 119......................................................................13

                  b.    Building 85........................................................................15

                  c.    Building 114......................................................................15

i

          *d.*     *Buildings 8 & 12* ................................................................16

          *e.*     *Building 48*.....................................................................16

          *f.*     *Buildings 91 and 123* ....................................................17

          *g.*     *Burn Pits* .......................................................................17

     2.     Some TCE Disposed in Drains, Sinks, and Evaporation Pits Could Have Contaminated the Groundwater.........................................................19

     3.     Response to Dr. Feenstra's Arguments About Solvent Discharges...........20

     4.     The Vapor Degreaser at Building 91 Could Not Have Released Enough TCE to Cause the Redlands Plume................................................23

D.     Sources of Perchlorate Contamination...................................................................33

     1.     Water Containing AP from the Washing of Equipment Outside Was Discharged to the Ground ........................................................................33

     2.     Perchlorate Was Discharged to the Ground at the Burn Pits ....................39

     3.     Water Containing Perchlorate Waste from Propellant Mixing and Research Buildings Was Discharged to the Ground...................................39

          *a.*     *Building 114*...................................................................39

          *b.*     *Building 52* .....................................................................40

     4.     Water Containing AP from the Washing of the Insides of Buildings Was Discharged to the Ground ..................................................................41

     5.     Some AP-Containing Materials Disposed in Drains, Sinks, and Evaporation Pits Could Have Contaminated the Groundwater ................42

E.     Norton Air Force Base .........................................................................................42

     1.     Gage 26-1 ..................................................................................................48

     2.     Gage 27-1 ..................................................................................................49

     3.     Gage 27-2 ..................................................................................................50

     4.     Gage 29-1 ..................................................................................................51

5.    Raub #3 ..........................................................................................51

6.    Raub #4 ..........................................................................................52

7.    Raub #5 ..........................................................................................53

8.    Raub #6 ..........................................................................................54

9.    Raub #8 ..........................................................................................55

V.    BASIS FOR OPINIONS REGARDING THE BEAUMONT SITES ...............................56

A.    Potrero Site.........................................................................................56

1.    Source of Soil Contamination ....................................................57

2.    Sources of Groundwater Contamination.....................................58

B.    Laborde Canyon Site ...........................................................................60

1.    Sources of Perchlorate Contamination.......................................61

2.    Sources of TCE Contamination .................................................63

iii

I, ROBERT J. STERRETT, hereby declare and state the following:

## I.      EXPERT QUALIFICATIONS

1.      I have worked as a hydrogeologist since 1974.  I am currently employed with the firm of Itasca Denver, Inc. in Lakewood, Colorado.  A copy of my *curriculum vitae*, including a list of publications and presentations, is attached as **U.S. Exhibit 751**.

2.      I earned a B.S. in geology (with honors) from Indiana University, Bloomington, Indiana, in 1972.  I received two Master of Science degrees from the University of Wisconsin, Madison, Wisconsin.  The first was in water resources management in 1974, and the second was in geology and geophysics with an emphasis on hydrogeology in 1975.   I received my Ph.D. in geology and geophysics (emphasis on hydrogeology and engineering geology) from the University of Wisconsin in 1980.

3.      I have been a Registered Geologist in the State of California since the mid-1980s. Under California rules, I can submit site investigation reports, remediation plans, and other technical documents to the California Regional Water Quality Control Boards and Department of Toxic Substances Control.  I am also registered in Nevada and Wyoming.

4.      I have over 30 years of experience in the field of hydrogeology and contaminant transport in soil and groundwater.  I specialize in groundwater flow system analysis, vadose zone transport studies, and remediation of soil and groundwater, along with mining hydrology.

5.      Since 1981, I have worked on over 200 waste sites in the United States and overseas.  Approximately 150 of these sites are located in California.  My work has involved site investigation, analysis of chemicals and sources of contamination, remediation design, and evaluation of remediation systems that have been installed for soil and groundwater.

6.      I am a member of the Association of Ground Water Scientists and Engineers and Geological Society of America.  I serve on the Editorial Review Board for the National Ground Water Association's Water Well Journal as well as the Board of Trustees for the Geological Society of America Foundation.

7.      I have provided expert deposition and/or trial testimony in more than 20 cases relating to the nature, extent, and sources of contaminants, the fate and transport of chemicals in soil and groundwater, assessment and allocation of remediation costs, and divisibility of harm. These cases were in federal district courts in Arkansas, California, Colorado, Montana, and Nebraska, as well as California and other state courts.

8.      I have taught courses in hydrogeology, geological engineering, and contaminant transport at four universities, including the University of California at Davis.

## II.      INTRODUCTION

9.      The U.S. Department of Justice retained me to evaluate the nature and sources of the trichloroethylene (TCE) and perchlorate groundwater contamination related to the former operations of Lockheed Martin Corporation's (Lockheed) predecessor companies, Grand Central Rocket Company (GCR) and Lockheed Propulsion Company (LPC) at the Redlands, Potrero (Beaumont #1), and Laborde Canyon (Beaumont #2) sites located in southern California.  I was also asked to evaluate whether the groundwater plume of TCE that emanated from the former Norton Air Force Base contributed to the TCE groundwater plume that emanated from the Redlands facility and if any such contribution increased Lockheed's costs.

10.     I have reviewed: reports issued by consultants working for Lockheed and the U.S. Air Force; documents issued by federal and state agencies; testimony of former employees of

2

GCR and LPC from previous cases; and documents related to historical operations at the three sites.  I have also analyzed a variety of data that have been generated for the three sites.

11.     Based on the materials I have reviewed, my understanding of the geological and hydrogeological conditions at the three sites and the surrounding areas, and my technical expertise and experience, I offer the following opinions.  I will describe the bases for each opinion in more detail in Section IV.

## III.    SUMMARY OF OPINIONS

### A.    Redlands Site[1]

12.     The Redlands site contains highly permeable geologic materials, an unconfined water table that can move up or down in the geologic materials, artificial recharge basins that enhance the movement of water through the geologic materials and replenish the groundwater, and high groundwater velocities.  This unusual combination of geological and hydrogeological conditions aided the migration of chemicals discharged at the ground surface of the site to the groundwater and then downgradient.

13.     Lockheed's Redlands facility has been the source of TCE and perchlorate in the Redlands plume due to operations associated with the design, production, and testing of solid rocket motors along with the maintenance of equipment and facilities.

#### 1.    Sources of TCE Contamination

14.     The primary sources of TCE contamination were probably: (1) general discharges to the soil surface (*i.e.*, dumping) by employees of GCR and LPC; (2) discharges from burn pits;

---

[1] I will use the term "Redlands site" to refer to the location of the former Lockheed solid rocket motor research and production facility at 1500 Crafton Avenue in Mentone, California.  The Redlands site is not the location of the remediation activities, because the contaminants from the site migrated offsite and formed what is known as the Crafton-Redlands groundwater plume.  This plume is located approximately four miles west of the Redlands site.

and, to a lesser extent (3) discharges to evaporation pits (also called evaporation ponds) and subsequent leakage from these pits.

15.     Disposal of TCE in building drains (if the buildings had drains) or sinks may also have contributed to the Redlands plume, because such discharges would have ended up in septic tanks and leach fields below the ground surface.

16.     I disagree with Lockheed's expert, Dr. Stanley Feenstra, that the vapor degreaser at Building 91 was a significant source of the TCE contamination in the Redlands plume.  Based on the evidence and my calculations, in my opinion the vapor degreaser could have contributed no more than 1%, if any, of the amount of TCE in the Redlands plume.

### 2.     Sources of Perchlorate Contamination

17.     The primary sources of perchlorate contamination were probably: (1) discharges to the land surface from the routine washing of tools, equipment, and dust collection bags contaminated with AP outside the grinding building; (2) discharges from burn pits; (3) discharges of wastewater from propellant mixing and research buildings to the land surface; (4) discharges to the land surface from washing the insides of AP processing buildings; and, to a lesser extent (5) discharges to evaporation pits and subsequent leakage from these pits.

18.     As with TCE, disposal of perchlorate-containing materials in building drains or sinks leading to septic tanks or leach fields may also have contributed to the Redlands plume.

### 3.     Former Norton Air Force Base

19.     Dr. Feenstra opines that TCE emanating from the former Norton Air Force Base (Norton AFB) has caused Lockheed to incur treatment costs in the past and may require treatment in the future.

20.     Based on my analysis of groundwater-quality sampling data from water-supply wells downgradient of both the former Norton AFB and the Redlands site, in my opinion there is no technical basis to conclude that TCE from the former Norton AFB has caused or will cause groundwater in the Gage and Raub wells that Dr. Feenstra claims have been affected to exceed the maximum contaminant level (MCL) of 5 μg/L, thus, requiring treatment.

21.     Based upon an analysis of the water-quality data, I further conclude that Lockheed's past treatment of water from some of these wells was probably driven by perchlorate levels and cannot be attributed to the former Norton AFB.  Extensive monitoring of TCE and other chemicals of concern that may have emanated from the former Norton AFB indicate that no TCE treatment in the future will be required.

**B.     Potrero Site**

22.     Both soil and groundwater at the Potrero site have been contaminated with perchlorate and TCE.  The groundwater has also been contaminated with other volatile organic compounds including 1,4-dioxane and 1,1-dichloroethene (1,1-DCE)[2].  The soil has also been contaminated with poly-chlorinated biphenyls (PCBs).[3]

23.     The primary source of groundwater contamination at Potrero was the former Burn Pit Area, where LPC allowed wastes to accumulate in the unlined burn pits in between burns. Other sources of contamination were probably the Rocket Motor Production Area, Large Motor Washout Area, Maintenance Shop and Storage Warehouse Area, and Test Bays.

---

[2] 1,1-DCE is a degradation product of 1,1,1-trichlorethane (1,1,1-TCA).  This means that when 1,1,1-TCA breaks down, it produces 1,1-DCE.

[3] Unlike the Redlands TCE and perchlorate plumes, which are several miles away and thus "detached" from the Redlands site, the groundwater contamination at the Beaumont sites is directly beneath the sites or "attached."  As a result, it is much easier to determine which historic operations caused the contamination.

5

24.     The primary sources of soil contamination were the former Large Motor Washout Area and Burn Pit Area.  Other sources of contamination were probably the Rocket Motor Production Area, Sanitary Landfill and, to a lesser extent, LPC's burial of propellant wastes and residue from burns.

C.     **Laborde Canyon Site**

25.     Both soil and groundwater at the Laborde Canyon site have been contaminated by perchlorate.  TCE is also present in soil and groundwater but to a much more limited extent.

26.     The primary sources of perchlorate contamination in soil and groundwater were the former Test Bay Canyon and the Waste Discharge Area.  The Garbage Disposal Area was also probably a source of perchlorate contamination.

27.     The primary sources of TCE contamination were the Waste Discharge Area and the Garbage Disposal Area.

IV.     **BASIS FOR OPINIONS REGARDING THE REDLANDS SITE**

28.     GCR, and later LPC, operated a solid rocket research, testing, and manufacturing facility at 1500 Crafton Avenue in Mentone, California (the Redlands site), shown in **U.S. Exhibit 752**, from approximately 1954 to 1975.[4]

29.     The Redlands site is located close to the western foothills of the San Bernardino Mountains, east of Los Angeles.  It is at an elevation of approximately 1800 feet.

A.     **Geologic and Hydrogeologic Conditions**

1.     <u>Coarse-Grained Geologic Materials at the Redlands Site Allow Fluids to Migrate to Groundwater and the Water Table to Rise and Fall</u>

---

[4]A detailed history and comprehensive discussion of the geological and hydrogeological conditions at the Redlands site can be found in **U.S. Exhibit 11**, Strategic Engineering and Science, Inc., et al., Redlands Plume Project Feasibility Study Remedial Action Plan (Jan. 2010), at US Exhibit 11.0018-21, 27-31.  These findings have been confirmed by Tetra Tech and other environmental consulting firms.

30.     The Redlands site is in the eastern portion of the Bunker Hill Groundwater Basin.

31.     The geologic materials, i.e., sediments, beneath the Redlands site are comprised of very coarse-grained sand and gravel.  Given their coarse-grained nature, the geologic materials are very permeable.  In hydrogeologic terms, permeable soils are said to have high hydraulic conductivity.  Hydraulic conductivity is a measure of the ability of a geologic material, such as soil or rock, to transmit water.  Fluids can readily infiltrate into the ground surface, percolate down through the soil, and reach groundwater.

32.     As a result of the relatively high permeability, the geologic materials can transmit significant volumes of water when saturated.  Such layers of geologic material that can transmit relatively high volumes of water are called aquifers.

33.     The geologic materials beneath the Redlands site are also undifferentiated, meaning there are continuous layers of sand and gravel aquifers extending all the way down to the water table.  There are no internal layers restricting percolation, known as aquitards. Aquitards consist of materials like silt and clay that are less permeable than aquifers and do not readily allow the percolation or transmission of fluids.[5]

34.     Because there are no aquitard layers confining, i.e., restricting, the vertical movement of fluids, the water table at the Redlands site can rise and fall as a function of the amount of recharge.  This geologic situation is referenced as unconfined groundwater.  At the Redlands site, the water table has risen to within 25 feet of the ground surface, decreasing the distance contaminants would have to travel from the land surface to enter the groundwater.

---

[5] Silt and clay have low hydraulic conductivity compared to sands and gravels.



*Demonstrative 1: Geological Cross-Sections of Redlands Site and Downgradient*[6]

35.     The right side of *Demonstrative 1* represents a cross-section of the ground at the

Redlands site.  As you can see, the geologic materials are a continuous undifferentiated series of

layers of sand and gravel through which groundwater can generally move without constraint.

36.     In contrast, on the left side, the geologic materials are differentiated with

alternating aquifers and aquitards.  This represents a cross-section of the area downgradient of

the Redlands site where the Redlands plume is now located, in the central part of the Bunker Hill

Basin (near Colton Narrows).  The aquitard layers cause the groundwater to be partially confined

such that TCE and perchlorate plumes are essentially contained in the aquifer layers.

Lockheed's consultant Tetra Tech named the alternating aquifer and aquitard layers, each of

which is considered a hydrostratigraphic unit (HSU).[7]  HSUs 2, 4, and 6 are sand and gravel

---

[6] From **U.S. Exh. 754**, Conceptual West-East Geologic Cross Section from Redlands Site to Colton Narrows.

[7] A hydrostratigraphic unit is simply a geologic formation with similar hydrologic characteristics, which can be
classified as either an aquifer or aquitard.

aquifers where the Redlands plume is able to migrate.  HSUs 1, 3, and 5 are silt and clay aquitards that restrict the vertical movement of the plumes of TCE and perchlorate.

2.      The Redlands Site Is Located in a Recharge Area

37.     The Redlands site is located in an area called a recharge area.  A recharge area is where water enters the land surface and percolates to the water table, thereby replenishing the groundwater supply.  From there, groundwater travels downgradient below the water table.  In the case of the Redlands site, the water recharged near the Redlands facility moves west, which is the general direction of groundwater flow.

38.     Groundwater at the Redlands site is recharged both naturally and artificially.

39.     First, snow-melt and rain runoff from the mountains naturally recharge the groundwater supply because much of this water infiltrates directly into the ground due to the high permeability of the surface soils.

40.     Second, artificial (or manmade) recharge occurs because of a system of basins and diversion channels constructed along the northern and eastern portions of the Redlands site. When the recharge basins fill with rain or snow-melt runoff, they capture water that otherwise would flow into surface-water bodies, such as streams, or flow away out of the basin without significant recharge of groundwater.  The recharge basins retain the water runoff and allow it to percolate into the ground over time.[8]

41.     Local agencies recognized that the geologic materials at the Redlands site were highly permeable and constructed the recharge basins to enhance the infiltration of surface water to groundwater.  Many of these recharge basins were built at the Redlands site before GCR

---

[8] The recharge basins have to be bulldozed periodically to remove silt and other fine grained materials carried by runoff, which tend to settle in the bottom of the basins and impede percolation.

9

entered into a lease to operate the Redlands facility.  Additional recharge basins have been constructed within the area over the past few decades.[9]

### 3.      The Groundwater Travels Rapidly

42.      The groundwater velocity at the Redlands site and downgradient where the plumes migrated is very high, meaning chemicals entering the groundwater have the potential to migrate rapidly and far.  This is due to a combination of factors, including the high permeability of the geologic materials, the high hydraulic gradients that occur near the recharge areas, and the artificial gradients induced by pumping from high-capacity production wells.

43.      The groundwater flow velocity of HSU-2 in the central portion of the Bunker Hill Basin is approximately 1,100 ft. per year.  The groundwater flow velocity of HSU-4 is approximately 800 ft. per year.  The groundwater flow velocity of HSU-6 is approximately 500 ft. per year.  These flow velocities are relatively high for groundwater, which generally only moves a few to tens of feet per year, and reflects the permeable nature of the geologic materials.

### B.      Overview of the Redlands Plume

44.      Very little soil impacts from chemicals of concern have been found on the Redlands site where GCR's and LPC's historical operations occurred.  Rather, chemicals discharged at the Redlands site during the 1950s-1970s percolated down into the soil column to the groundwater and then traveled downgradient in a westerly direction away from the site to form the Redlands groundwater plume.

---

[9] **U.S. Exhibits 813**, **814**, and **815** show the number and locations of recharge basins at the Redlands site in 1959, 1976, and 2010, respectively.  The increase in recharge basins is probably due to the rising demands on groundwater in the area downgradient of the Redlands site.

45.     The Redlands plume, which is also referred to as the Crafton-Redlands plume, flows from east to west.  The eastern (back) edge of the plume is located approximately four miles west of the Redlands site.

46.     The chemicals in the Redlands groundwater plume are primarily TCE and man-made perchlorate.  While there are technically two different plumes, one of TCE and one of perchlorate, I will refer to them collectively as a single plume due to their considerable overlap.

47.     The California Department of Health Services (now Department of Public Health) first discovered TCE in drinking water wells in the central part of the Bunker Hill Basin in 1980.  Perchlorate was not discovered until 1997, when the Department developed technology capable of detecting levels as low as 4 parts per billion (ppb).  Before then, the detection limit for perchlorate was higher than the highest concentrations in the area so that plume went undetected for many years.[10]

48.     In California, the Maximum Contaminant Level (MCL) for TCE in groundwater is 5 micrograms per liter ($\mu$g/L).[11]  MCLs are levels of chemicals in groundwater that are enforced by regulatory agencies in order to ensure safe drinking water.[12]

49.     The California MCL for perchlorate is 6 $\mu$g/L.[13]

50.     Using groundwater quality data supplied by Lockheed, I estimate that the Redlands plume contained approximately 26,000 lbs of TCE in the fourth quarter of 1991.[14]  Mr.

---

[10] **U.S. Exh. 11**, Strategic Engineering and Science, Inc., et al., Redlands Plume Project Feasibility Study Remedial Action Plan, 2-3 (Jan. 2010), at US Exhibit 11.0020.

[11] 22 C.C.R. § 64444.  This is also the federal MCL.

[12] An MCL is not the same as a Public Health Goal (PHG).  MCLs are enforceable regulatory limits with which drinking water in California must comply.  PHGs are reference points for the California Department of Public Health to consider in setting MCLs; they are not binding on providers of drinking water.

[13] 22 C.C.R. § 64431.

11

Adrian Brown, an expert for Lockheed in the Redlands Tort Litigation, estimated that approximately 25,500-29,000 lbs. of TCE were introduced into the groundwater from the Lockheed facility, which is consistent with my calculations.

51. Using groundwater quality data supplied by Lockheed, I estimate that the Redlands plume contained approximately 56,000 lbs of perchlorate in the second quarter of 1998. Mr. Brown estimated that approximately 40,000 lbs of perchlorate were in the Redlands plume as of 2000, which is consistent with my calculations because some groundwater would have been treated from 1998 to 2000.

52. Because the Redlands plume is detached from the Redlands site, environmental investigations of the Redlands site, themselves, do not show a direct connection between specific locations and activities at the Redlands facility and the groundwater plume.[15]

53. However, the California Regional Water Quality Control Board's (the Water Board) investigations concluded that GCR's and LPC's general activities at the Redlands facility were the source of TCE and perchlorate contamination in the Redlands plume.[16] After reviewing historic site documents, the deposition testimony of former GCR and LPC employees, photographs of the site, groundwater data, and other materials, I have been able to identify the most likely sources of contamination.

---

[14] Itasca employees working under my direction entered these data into the software Environmental Visualization Software Pro Package (EVS) to estimate the amount of TCE and perchlorate in groundwater within the Redlands plume for several points in time. EVS is commonly used among hydrogeologists to compile and analyze groundwater data.

[15] This is not the case at the Beaumont sites, where the contamination can readily be traced to particular sources.

[16] **U.S. Exh. 7:** Water Board, Cleanup and Abatement Order 94-37 (Apr. 22, 1994), at US Exhibit 7.0004; Staff Report Re: Cleanup and Abatement Order 97-58 (July 18, 1997), at US Exhibit 7.0016; Water Board, Cleanup and Abatement Order 97-58 (July 18, 1997), at US Exhibit 7.0019. Fertilizer used for agricultural purposes in the area also contained perchlorate. It is my understanding that this perchlorate formed a separate plume, which has mixed with the Redlands perchlorate plume in certain areas. **U.S. Exh. 744,** Tetra Tech, Inc., Summary of Results 2009 Comprehensive Groundwater Sampling Event (Dec. 16, 2009), at US Exhibit 744.0009-11.

C.      **Sources of TCE in the Redlands Plume**

1.      <u>TCE Was Routinely Discharged to the Ground at the Buildings and Burn Pits</u>

54.      In my opinion, the discharge of TCE to the ground surface by employees of GCR and LPC is probably the largest single source of TCE to groundwater in the Redlands plume.

55.      According to the testimony of several former employees, GCR and LPC personnel regularly discharged TCE on the ground at several locations at the Redlands facility.

a.      *Building 119*[17]

56.      Mr. Earl Wessman, a Maintenance Mechanic at the Redlands facility from 1963-1975, testified that he personally dumped a quart and a half to two gallons of TCE daily on the ground in the same spot on the North side of Building 119, a laboratory.[18]  Mr. Wessman referred to the spot on the ground at Building 119 as "my dump station."  He did not have a particular reason for dumping there, it was just his "usual place."[19]  He described the spot on the ground as "very porous" gravel and saw the TCE "sink right in" to the ground.[20]

57.      Mr. Wessman knew he was using (and dumping) TCE because the word "Trichloroethylene" was stenciled on the barrels where he got the solvent and because TCE had a distinctive odor that "would take your breath away."[21]

---

[17] The locations of the various buildings I discuss in this declaration are shown in ***Demonstrative 2***, which is a close-up view of **U.S. Exhibit 8**, High Resolution Map of Redlands Plant (1972).

[18] **U.S. Exh. 989**, Deposition of Earl Wessman, 177:21-178:15, 188:21-190:8 (Procter, May 16, 1996); **U.S. Exh. 990**, Deposition of Earl Wessman, 419:5-14, 420:2-12 (Procter, May 28, 1996).

[19] **U.S. Exh. 989**, Deposition of Earl Wessman, 221:11-24 (Procter, May 16, 1996).

[20] **U.S. Exh. 989**, Deposition of Earl Wessman, 189:2-9 (Procter, May 16, 1996).

[21] **U.S. Exh. 990**, Deposition of Earl Wessman, 445:2-447:12 (Procter, May 28, 1996); **U.S. Exh. 987**, Testimony of Earl Wessman, 17:26-18:6, 41:21-42:9 (Water Board Hearing, Sept. 27, 1994).

58.     I find Mr. Wessman's testimony credible because he was very detailed as to the precise location where he dumped and what he was dumping.  His clear recollection is consistent with the fact that he was a routine dumper and, in his own words, it is "[h]ard to break habits."[22] He also testified in an earlier proceeding in 1994 before the Water Board, about his dumping practices.[23]  His testimony in both instances was consistent.[24]

59.     Mr. Wessman's repetitious dumping likely contributed a significant amount of TCE to the Redlands plume.  He dumped up to two gallons daily in the same exact spot on the ground.  This is significant because repeated dumping of TCE in the same spot is more likely to result in TCE reaching groundwater than dumping of TCE in many locations.

60.     When a small amount of liquid is poured onto ground that is very porous and permeable, it generally moves rapidly in a downward direction, "wetting" the soil along the way. Given the coarse-grained nature of the sediments, much of the liquids discharged at the land surface will not be retained as soil moisture due to the large spaces or pores between sediments. As it percolates, though, some of the liquid could evaporate into pockets of air between the soil sediments, forming vapors, or spread out laterally through the soil.  Unless rain or other recharge flushes the soil driving the liquid downward or the water table rises and "pulls" the liquid with it, all of the liquid will not likely reach groundwater.  But if another small quantity of the liquid is poured in the same spot the next day and then each day thereafter, the liquid will tend to travel in

---

[22] **U.S. Exh. 989**, Deposition of Earl Wessman, 221:19-222:1 (Procter, May 16, 1996).

[23] **U.S. Exh. 987**, Testimony of Earl Wessman, 15:25-17:11 (Water Board Hearing, Sept. 27, 1994).

[24] Mr. Wessman later testified in the Redlands Tort Litigation (RTL), but his memory appeared to have declined by that point; he did not recall much of his prior testimony and he said his memory was "a lot better" in 1994 when he testified before the Water Board.  Even so, he was still able to recall in 1998 that he and his colleagues dumped TCE at the Redlands facility and that "the practice" of dumping had been going on before he joined LPC in 1963. **U.S. Exh. 992**, Deposition of Earl Wessman, 14:5-18, 31:1-32:6 (RTL, Aug. 11, 1998).  This is consistent with his earliest testimony about learning the practice of dumping from other maintenance workers when he arrived at Redlands.  **U.S. Exh. 987**, Testimony of Earl Wessman, 54:9-19 (Water Board Hearing, Sept. 27, 1994).

14

the same direction, decreasing the chance of evaporation and driving the liquid deeper into the soil column. Over time, this pathway will become fairly saturated and any newly dumped liquids will move easily towards groundwater.

61. This is true of TCE. When Mr. Wessman dumped small quantities of TCE in the same spot at Building 119 every day over the course of approximately ten years, he likely created a TCE pathway to groundwater and more TCE would reach groundwater than if he had dumped in many different locations across the Redlands facility.

### b. Building 85

62. Mr. Wessman also testified that he dumped contaminated TCE on the ground at Building 85 initially, but then started taking this TCE across the street to his "dump station" at Building 119 and dumped it there out of habit.[25] I do not know how much TCE Mr. Wessman discharged at Building 85, but the majority of discharges occurred at Building 119.

### c. Building 114

63. Mr. Wessman testified that he dumped TCE on the ground at the west end of Building 114, a laboratory building, anywhere from two dozen occasions to once or twice a week.[26] He said the rocks there had turned "black . . . from different kinds of solvents, propellants" that had been dumped.[27]

64. Mr. Wessman also testified that he saw lab technicians disposing of TCE on the ground at Building 114.[28] The technicians used "[a]ny kind of dipper they could find" to drain

---

[25] **U.S. Exh. 989**, Deposition of Earl Wessman, 221:2-222:11 (Procter, May 16, 1996).

[26] **U.S. Exh. 989**, Deposition of Earl Wessman, 197:22-198:20 (Procter, May 16, 1996); **U.S. Exh. 987**, Testimony of Earl Wessman, 25:6-14 (Water Board Hearing, Sept. 27, 1994).

[27] **U.S. Exh. 989**, Deposition of Earl Wessman, 198:7-20 (Procter, May 16, 1996).

[28] **U.S. Exh. 989**, Deposition of Earl Wessman, 191:17-192:7, 193:1-14 (Procter, May 16, 1996).

up to a gallon at a time of TCE from a 25-30 gallon washtub and dispose of it on the ground

before refilling the washtub with TCE.[29]

### d.    Buildings 8 & 12

65.    Mr. Christian Mulder, who worked the night shift at the Redlands facility from

1956-1965, testified that he and his colleagues dumped one to two gallons of waste TCE from

mixing and cleaning activities on the ground five or six nights a week at these buildings.[30]

66.    I find Mr. Mulder's testimony credible.  He had a clear and practical reason why

he and his colleagues dumped TCE directly on the ground; namely, they did not want to walk far

from the building at night because of rattlesnakes and tarantulas, even after LPC built an

evaporation pit near Building 8 for disposal.[31]  He also knew that it was TCE they were

dumping; he recognized the difference between TCE and acetone and knew not to dump acetone

because it was more expensive than TCE.

67.    This dumping was likely a significant source of TCE in the Redlands plume.  For

one thing, Mr. Mulder and his colleagues, like Mr. Wessman, were habitual dumpers.  As I

explained earlier, this repetitive dumping in the same locations would facilitate the migration of

TCE through the soil to groundwater.  Also, the workers were dumping at night when it was

cooler and the TCE would be less likely to evaporate.

### e.    Building 48

68.    Mr. George White, a Maintenance Mechanic from 1961 to 1975, testified that he

washed out tubes at Building 48 with TCE and let approximately a "teacupful to a quart" run on

---

[29] **U.S. Exh. 989**, Deposition of Earl Wessman, 198:21-200:24 (Procter, May 16, 1996).

[30] **U.S. Exh. 941**, Deposition of Christian Mulder, 34:1-35:11, 46:12-47:15, 76:2-15 (Procter, Feb. 26, 1998).

[31] **U.S. Exh. 941**, Deposition of Christian Mulder, 86:16-87:3 (Procter, Feb. 26, 1998).

the ground three or four days a year.[32]  Although he could not always remember which solvents were used in other buildings, he appeared sure that it was TCE he used at Building 48.[33]

### f. Buildings 91 and 123

69.     Mr. White testified that he dumped 40-50 gallons of TCE on the ground after cleaning out a vector thrust control system between Buildings 123 and 91 on one occasion.  He testified that the unit was flushed with TCE but that he had first cleaned it with a second solvent, 1,1,1-TCA, or "Chlorothene."  Both solvents were discharged to the ground.[34]

### g. Burn Pits

70.     Historic testimony suggests that employees dumped solvents directly onto the ground at the burn pits at the Redlands site, making them a probable source of TCE contamination to groundwater.  The burn pits were shallow, unlined excavations in the ground.[35]

71.     Mr. Earl Wright, a Salvage Disposal worker from 1958-1962, testified that he poured small quantities of solvents and other liquids into the burn pits on a regular basis.[36] Given that Mr. Wright worked at the Redlands facility in the 1950s and early 1960s while TCE was the preferred cleaning solvent, the solvent (and possibly some of the other liquid) that he dumped was probably TCE.

---

[32] **U.S. Exh. 995**, Deposition of George White, 42:19-45:9 (Procter, Dec. 8, 1998).

[33] **U.S. Exh. 995**, Deposition of George White, 49:14-23 (Procter, Dec. 8, 1998).

[34] **U.S. Exh. 995**, Deposition of George White, 40:3-41:10, 42:12-18, 110:23-111:16 (Procter, Dec. 8, 1998); **U.S. Exh. 996**, Deposition of George White, 140:14-141:23 (Procter, Dec. 9, 1998).

[35] **U.S. Exh. 963**, Deposition of Grant Speer, 85:13-86:13 (Procter, May 7, 1996).

[36] **U.S. Exh. 1002a**, Declaration of Earl Wright, ¶ 3 (Mar. 26, 2002); **U.S. Exh. 1002b**, Declaration of Earl Wright, ¶¶ 5-8 (May 16, 2002); **U.S. Exh. 1001**, Deposition of Earl Wright, 13:3-14:18, 48:19-23 (RTL, Jan. 31, 2003).

72. Mr. Walter Nunes, a Lab Technician from 1964-1968 and 1970-1973, poured one to five gallons of spent TCE left over from his cleaning activities directly into the burn pits.[37] He did this several times a year.[38]

73. Even if the TCE was poured into the burn pits only 10-20 minutes before ignition (as Mr. Wright testified), it is probable that some entered into the ground due to the coarse-grained nature of the soil at the site. Mr. Nunes testified that he saw the solvents "partly soak into the ground."[39]

74. It is clear from this and other testimony that significant dumping of TCE occurred at the Redlands facility. The above summary describes the most detailed and significant testimony of intentional dumping by GCR and LPC employees that I reviewed and does not include accidental spills.[40] Given how many different GCR and LPC employees testified about personal and observed dumping, it is possible that even more employees who did not provide testimony may have discharged TCE directly to the ground surface.

75. The hydrogeologic and geologic conditions at the Redlands site likely enhanced the migration of this dumped TCE to groundwater. As I discussed earlier, the geologic materials are very permeable, and the groundwater beneath the facility is unconfined, thus allowing fluids to migrate to groundwater resulting in contamination of the groundwater. In addition, the water

---

[37] **U.S. Exh. 944a**, Declaration of Walter Nunes, ¶ 5 (Apr. 25, 1996); **U.S. Exh. 943**, Deposition of Walter Nunes 48:25-49:17, 58:12-59:1 (Procter, June 6, 1996).

[38] **U.S. Exh. 944a**, Declaration of Walter Nunes, ¶ 5 (Apr. 25, 1996).

[39] **U.S. Exh. 944a**, Declaration of Walter Nunes, ¶ 5 (Apr. 25, 1996).

[40] One employee, Mr. Daniel Caldwell, testified that he saw spilled solvents on the ground outside several buildings and that "[i]n every place that you cleaned with solvent, it seemed like you always got some on the ground." **U.S. Exh. 873**, Deposition of Daniel Caldwell, 58:4-60:17, 68:1-21, 70:13-71:19 (Procter, July 31, 1998).

table would rise significantly due to the recharge basins.  The short distance to groundwater would enhance the ability of chemicals to enter groundwater.

> 2.  <u>Some TCE Disposed in Drains, Sinks, and Evaporation Pits Could Have Contaminated the Groundwater</u>

76.    Several employees testified that they disposed of solvents down drains or sinks at various buildings throughout the Redlands facility.  For example, Mr. Nunes poured TCE down the drain at Building 115.[41]  Mr. Wright also saw solvents being poured down the drains in laboratory buildings.[42]

77.    Such disposal might have been a source of TCE contamination in the Redlands plume if the sinks or drains led to leach fields or septic tanks (the Redlands facility did not have a sanitary sewer system).  Even if the drains and sinks led to evaporation pits, discharged TCE could still enter the ground.

78.    Descriptions of the evaporation pits at the Redlands facility indicate that they were made of concrete.  Concrete can, over time, absorb liquids such that small quantities can pass through into the soil beneath.  Liquids can also seep out of evaporation pits through cracks or poorly fitting joints.  I have not reviewed much testimony about discharges from the evaporation pits in these ways, but it could be possible.

79.    Also, there is evidence that at least one evaporation pit was intentionally discharged to the land surface on a regular basis.  Specifically, wastewater from the evaporation pit at Building 114 was pumped to a drain and then discharged in an "open swale" on the ground

---

[41] **U.S. Exh. 943**, Deposition of Walter Nunes, 45:3-22 (Procter, June 6, 1996).

[42] **U.S. Exh. 1002b**, Declaration of Earl Wright, ¶ 9 (May 16, 2002).

by Building 123 approximately once a week in dry weather.[43]  Given the testimony of Mr. Wessman about the use of TCE at Building 114, this practice could be a source of TCE to groundwater.

### 3.   Response to Dr. Feenstra's Arguments About Solvent Discharges

80.     Dr. Feenstra opines that employee dumping could not have been the primary source of the TCE in the Redlands plume because there would also be large quantities of 1,1,1-Trichloroethane (1,1,1-TCA), also known as "Chloroethene," and other solvents in the plume.

81.     The groundwater data show that 1,1,1-TCA has been found in the plume, just at very low concentrations and in fewer detections.[44]  A degradation product of 1,1,1-TCA known as 1,1-DCE, has also been found in some samples, which could indicate that more 1,1,1-TCA was in the plume at one time but degraded.

82.     These data and the detections of 1,1,1-TCA in soil gas samples at the Redlands Site, shown as green dots in **U.S. Exhibits 817-820**, indicate that 1,1,1-TCA was released onto the ground at the Redlands Site.  The fact that lower concentrations and fewer detections of 1,1,1-TCA were found in the groundwater plume indicates a smaller quantity of 1,1,1-TCA was released onto the ground at the Redlands site in comparison to the releases of TCE.

83.     There could be several reasons for this difference.

84.     The documents and testimony I have reviewed suggest that 1,1,1-TCA was predominantly used with rags to hand clean or wipe down mixers.  Such activities would probably not use large volumes of 1,1,1-TCA requiring disposal of excess or waste solvent.

---

[43] **U.S. Exh. 781**, A. Wehde to District Engineer, Department of Army, Corps of Engineers (June 30, 1971), at US Exhibit 781.0001-2.

[44] Dr. Feenstra provides a summary of the detections of 1,1,1-TCA in his affidavit on page 12.

Given that 1,1,1-TCA is more volatile than TCE, I would expect that much of the 1,1,1-TCA used in this manner would evaporate.

85.     The deposition testimony of Adolph Heeseman and Larry Borgelt indicates that TCE was the preferred safety solvent in the early years of GCR's and LPC's operations at the Redlands facility.[45]  Mr. Borgelt testified that Lockheed switched to 1,1,1-TCA as the preferred solvent by approximately 1966 as a result of changes in air regulations affecting TCE.[46] In later years, as evaporation pits became an unacceptable means to dispose of used solvent, used solvents were sent off-site for disposal, primarily to the Potrero facility.[47]

86.     The employee testimony indicates that the most frequent dumpers of significant quantities used TCE, whether by choice or because they worked at the Redlands facility before the switch to 1,1,1-TCA as a general cleaning solvent.

87.     For example, Mr. Mulder, who worked at the Redlands Site in the early years, from 1956 to 1965, testified that he and his co-workers frequently dumped significant quantities of TCE (and lesser amounts of acetone) on the ground at Buildings 12 and 8.[48]  He did not testify about dumping 1,1,1-TCA on the ground.  If TCE was the preferred safety solvent in the 1950s and early 1960s, Mr. Mulder and his colleagues most likely were using and dumping TCE.

88.     Mr. Wessman testified that he dumped approximately one and a half quarts to two gallons of TCE, not 1,1,1-TCA, on the ground in the same place behind Building 119 almost

---

[45] **U.S. Exh. 909**, Deposition of Adolph Heeseman, 82:22-24 (Water Board Hearing, Sept. 27, 1994); **U.S. Exh. 846**, Deposition of Lawrence Borgelt, 38:1-12 (RTL, Feb. 22, 2000); **U.S. Exh. 847**, Deposition of Lawrence Borgelt, 239:8-242:10 (RTL, Feb. 23, 2000).

[46] **U.S. Exh. 847**, Deposition of Lawrence Borgelt, 245:6-248:1, 248:18-249:1 (RTL, Feb. 23, 2000).

[47] **U.S. Exh. 846**, Deposition of Lawrence Borgelt, 76:5-23 (RTL, Feb. 22, 2000); **U.S. Exh. 842**, Deposition of Lawrence Borgelt, 356:5-13 (Procter, June 10, 1998).

[48] **U.S. Exh. 941**, Deposition of Christian Mulder, 14:17-21, 16:24-17:2, 34:1-35:11, 38:1-6, 46:12-47:15, 76:2-15 (Procter, Feb. 26, 1998).

every day from approximately 1963 to 1973.  He saw the word "Trichloroethylene" stenciled on the barrels where he got the solvent and knew TCE's distinctive smell.[49]  He also testified that he sought out TCE even if it was not available at the buildings where he worked; "I used to steal it wherever I could find it."[50]  He personally went to either Building 2 or Building 114 to get "five gallons at a time" of TCE for his daily use, because there was not a storage area near buildings 119 or 85 where he often worked, and he had to carry the five-gallon container with him in his pickup truck in order to have TCE available for use.[51]

89.     Mr. Wessman testified that he and laboratory technicians dumped a significant quantity of TCE, not 1,1,1-TCA, on the ground outside Building 114.[52]  Even though LPC phased out TCE in favor of 1,1,1-TCA at the Redlands facility, the record indicates that containers of TCE were still available in certain locations, such as Building 114.

90.     Mr. White testified that he dumped significant quantities of TCE on the ground at the Redlands facility at Building 48 when flushing out tubing.[53]  Although he was not sure if

---

[49] Dr. Feenstra suggests that Mr. Wessman did not know what solvent he was using and that the Maintenance Department only used 1,1,1-TCA, but the quotes he provides are out of context.  S. Feenstra Aff. p. 24.  At one point in the second day of his deposition in the *Procter* litigation, Mr. Wessman did express confusion in response to a series of questions about multiple solvents including 1,1,1-TCA.  But, after this exchange, Mr. Wessman then clarified that he was in fact sure he had been using TCE because the name "Trichloroethylene" was on the barrels where he got his cleaning solvent and TCE had a distinctive smell.  **U.S. Exh. 990**, Deposition of Earl Wessman, 445:2-446:25 (Procter, May 28, 1996).  When he testified four years earlier at the Water Board hearing, Mr. Wessman was sure that he had been using TCE.  **U.S. Exh. 987**, Testimony of Earl Wessman, 17:26-18:6, 41:21-42:19 (Water Board Hearing, Sept. 27, 1994).  Mr. Wessman further testified that he did not "associate" with the Maintenance Department, so the fact that another maintenance worker said that the department only used 1,1,1-TCA does not cause me to doubt Mr. Wessman's testimony.  **U.S. Exh. 987**, Testimony of Earl Wessman, 15:25-17:11 (Water Board Hearing, Sept. 27, 1994).

[50] **U.S. Exh. 987**, Testimony of Earl Wessman, 13:6-8 (Water Board Hearing, Sept. 27, 1994).

[51] **U.S. Exh. 987**, Testimony of Earl Wessman, 13:6-19, 14:6-11 (Water Board Hearing, Sept. 27, 1994).

[52] **U.S. Exh. 989**, Deposition of Earl Wessman, 191:17-192:7, 193:1-14 (Procter, May 16, 1996).  Building 114 was not the only place using TCE after the mid 1960s.  Alvin Teel, an LPC employee from approximately 1965-1974, testified that TCE was also used in Building 100 in the late 1960s.  **U.S. Exh. 981**, Deposition of Alvin Teel, 23:14-24:7, 28:3-15 (Procter, July 7, 1997).

[53] **U.S. Exh. 995**, Deposition of George White, 42:19-44:17, 49:14-23 (Procter, Dec. 8, 1998).

TCE was the solvent that had been dumped in other incidents he described, he did recall using TCE at Building 48.[54]

91.     This testimony indicates that significantly greater quantities of TCE probably were dumped by employees onto the ground at the Redlands Site in comparison to the dumping of 1,1,1-TCA.

92.     This evidence provides a logical explanation for differences in the detections of TCE and 1,1,1-TCA in the Redlands plume.

4.     <u>The Vapor Degreaser at Building 91 Could Not Have Released Enough TCE to Cause the Redlands Plume</u>

93.     Dr. Feenstra opines that the bulk of TCE in the Redlands plume came from the U.S. Government-owned vapor degreaser that was located in Building 91.  He specifically opines that the vapor degreaser leaked 1-2 gallons of pure TCE every day from 1960-1966 and that the TCE was discharged directly into the ground west of Building 91.  S. Feenstra Aff. pp. 45-67.  In reaching his conclusion, Dr. Feenstra assumes that the solvent-water separator was clogged, poorly maintained, or simply did not function properly, allowing free product to escape.  He also assumes that the vapor degreaser's solvent-water separator was discharging at a rate of approximately 6 gallons per minute.

94.     Based on my review of the evidence and calculations, however, I disagree that the vapor degreaser could be a significant source of the Redlands TCE plume.

95.     First, the evidence does not support a conclusion that there was a direct point of discharge from the vapor degreaser that could have released solvent to the environment.

---

[54] **U.S. Exh. 995**, Deposition of George White, 43:19-44:2 (Procter, Dec. 8, 1998).

96.     Solvent-water separators attached to vapor degreasers generally have a line to release condensate water (i.e., the water formed by the cooling of hot vapors) following the separation of solvent and water.  In this case, I have not seen any evidence that the solvent-water separator attached to the vapor degreaser in Building 91 had a line that discharged directly to the environment.

97.     Rather, Dr. Feenstra believes that solvent was discharged from the vapor degreaser's solvent-water separator into the concrete pit beneath the vapor degreaser, called the degreaser pit, and then discharged directly to soil through a drain in the floor on the south side of the degreaser pit.  In support, he points to an engineering drawing showing the proposed design of the vapor degreaser pit in Building 91.  S. Feenstra Aff. p. 56.  While I agree that the drawing appears to propose a drain in the bottom of the degreaser pit with a pipe leading away from the pit, that does not mean the pit was actually constructed according to the drawing.  In my experience, "as built" structures often differ from engineering designs and drawings.  In the case of the vapor degreaser setup in Building 91, there is evidence that the drain was never built.  Namely, LPC employees who personally examined the vapor degreaser pit did not see a drain in the degreaser pit.

98.     Mr. White, the Maintenance Mechanic I described earlier who cleaned tubes with TCE at Building 48, testified that he did not see a drain in the degreaser pit when he went down in the pit to clean out the vapor degreaser in Building 91.[55]  Mr. White testified that the vapor degreaser "was cleaned out one time since the time I worked there."[56]  According to Mr. White,

---

[55] **U.S. Exh. 995**, Deposition of George White, 114:1-116:5 (Procter, Dec. 8, 1998).

[56] **U.S. Exh. 995**, Deposition of George White, 103:13-20 (Procter, Dec. 8, 1998).  Other employees testified that, when the vapor degreaser was cleaned, the solvent was pumped out and then put in drums for reclamation or recycling.  E.g., **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 259:5-260:19, 261:4-23 (Procter, June 10, 1998).

the vapor degreaser was drained by removing a plug at the bottom of the degreaser and allowing the contents to drain into buckets, the contents of which were subsequently disposed outside on the ground.  Draining the vapor degreaser required Mr. White to physically enter the pit beneath the degreaser and to capture the contents by placing buckets under the hole in the degreaser tank left when the plug was removed.  While in the degreaser pit, Mr. White said he did not observe a drain from the concrete pit (or any pipes leading from the vapor degreaser).[57]  Mr. White testified, "[i]f there had been a drain there, we wouldn't have pumped it out.  No drain, to my knowledge, was ever in there."[58]

99.     At my deposition in August 2013 when counsel for Lockheed asked me about a drain in the vapor degreaser pit, I referenced Mr. White's testimony as the primary evidence that there was no drain.  Since then, I reviewed the testimony of Mr. Larry Borgelt from the *Procter* litigation, and he, like Mr. White, did not see a drain in the degreaser pit.  Mr. Borgelt, a Safety Engineer for LPC from 1966 to 1974, testified that one of his first assignments was to investigate why the vapor degreaser in building 91 had a high solvent usage.[59]  He personally examined the vapor degreaser and degreaser pit setup as part of his investigation and did not see a drain in the bottom of the pit (or any pipes leading out of the vapor degreaser).[60]  Nor did he see any flow of approximately 6 gallons per minute, as Dr. Feenstra suggests.  Mr. Borgelt also testified that there was not a leak from the vapor degreaser, because the liquid would have collected in the degreaser pit.[61]  This further suggests that any discharges from the vapor degreaser or solvent-

---

[57] **U.S. Exh. 995**, Deposition of George White, 114:7-116:16 , 117:13-19 (Procter, Dec. 8, 1998).

[58] **U.S. Exh. 995**, Deposition of George White, 114:1-6 (Procter, Dec. 8, 1998).

[59] **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 252:19-253:23, 254:20-255:15 (Procter, June 10, 1998).

[60] **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 256:4-14, 261:24-262:11 (Procter, June 10, 1998).

[61] **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 256:4-14, 257:8-15 (Procter, June 10, 1998).

water separator would have emptied into the degreaser pit.  Mr. Borgelt testified that the solvent

losses were caused by an air conditioner overhead that was blowing the vapors into the air,

preventing them from being cooled and recycled through the vapor degreaser.[62]

100.    I find Mr. Borgelt's and Mr. White's testimony credible.  The two employees had

very different reasons for getting into the degreaser pit—Mr. Borgelt to look for signs of solvent

loss by leakage, Mr. White to clean out the degreaser.  But these activities lead me to judge that

they would have noticed a drain that would have drained the concrete pit beneath the degreaser.

It should also be noted that the engineering plans show a "step ladder" on the same side of the

degreaser pit as the floor drain, allowing a person to enter the pit.  The drain, if constructed,

should have been obvious to a person entering the degreaser pit because the person would have

walked over or very near the drain to get in (and back out of) the pit:



*Demonstrative 3: Close-up of Engineering Drawing for Degreaser Pit[63]*

101.    At my deposition in August 2013, Lockheed's attorney showed me an LPC

Purchase Order dated November 2, 1966, which stated that a vendor had installed a "pipe line

from degreaser to west side of Bldg. 100…"  Dr. Feenstra's interpretation of this document is

---

[62] **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 254:2-14 (Procter, June 10, 1998).

[63] From Lockheed's exhibit PX0841.

that the vapor degreaser in Building 91 originally had a discharge line leading west of Building

91 but that the new pipe line described in the document replaced the prior pipe, changing the

direction of the discharge eastward.  After reviewing the document, I find it too ambiguous to

reach the same conclusion as Dr. Feenstra.  For one thing, the document does not mention

Building 91.  And, while it refers to a "degreaser," it does not specify which degreaser.  There

was another vapor degreaser in the Building 100/30 complex immediately to the east of Building

91.[64]  Since the document references a line to the west side of Building 100, it could have been

referring to the vapor degreaser in that building:



*Demonstrative 4: Location of Buildings 91 and 100/30*[65]

102.    Dr. Feenstra also points to soil gas studies where TCE was found in the soil near

Building 91.  In my opinion, it is unlikely that much TCE (or any chemical) released to the

ground during the period of GCR and LPC operations would remain in the soil decades later

given the amount of recharge in the Redlands site which, as I discussed earlier, would flush the

soil.  Even if some had remained, the soil samples show the presence of *both* TCE and 1,1,1-

TCA in the area surrounding Building 91, with concentrations of 1,1,1-TCA sometimes higher

---

[64] **U.S. Exh. 22**, Lockheed Martin Corp. Responses to Highland Supply Corp.'s First Set of Interrogatories, Resp. No. 1 (Seven W, July 12, 1996), at US Exhibit 22.0002-03, 22.0016.

[65] From **U.S. Exh. 10**, High Resolution Map for Redlands Plant (1968).

than TCE.[66]  Also, later tenants at the Redlands site apparently used TCE in their operations, which, if disposed to the land surface, could also explain the presence of TCE in soil gas.[67]

103.    Second, even if the vapor degreaser at Building 91 had a line or drain leading to the environment, the amount of TCE that could have been released would have been a small fraction of the overall amount of TCE in the Redlands plume.

104.    As explained previously, I estimate that the Redlands plume contained approximately 26,000 lbs of TCE in the fourth quarter of 1991.

105.    Operational evidence suggests that the vapor degreaser, if a source, could contribute only a fraction of this amount of TCE.

106.    According to the U.S. Environmental Protection Agency, the concentration of TCE in condensate water from a vapor degreaser is presumed to be approximately 900 parts per million (ppm) (equivalent to about 900 mg/L), and generally less than one to two gallons of condensation water is generated by vapor degreasers on a daily basis.[68]  A concentration of 900 ppm is reasonable to use in calculating the amount of TCE that could have escaped the vapor degreaser at Building 91 in condensate water because the solubility limit for TCE in water is approximately 1,100 ppm.[69]

107.    I estimated the amount of TCE that the vapor degreaser may have contributed to the Redlands plume by assuming the following:

---

[66] **U.S. Exh. 818**, Soil Gas Survey Results (1991); **U.S. Exh. 819**, Soil Gas Survey Results (1995); **U.S. Exh. 820**, Soil Gas Survey Results (1996).  Building 91 is shown in between quadrants B4 and B5.

[67] **U.S. Exh. 24**, Declarations of Seven W Employees and Tenants (Seven W, July 23, 1996), at US Exhibit 24.0007-8, US Exhibit 24.0031-32, US Exhibit 24.0041-42.  These are just a few examples from the 16 declarations.

[68] **U.S. Exh. 785**, EPA, OAQPS Guidelines, Control of Volatile Organic Emissions from Solvent Metal Cleaning (Nov. 1977), at US Exhibit 785.0125.

[69] **U.S. Exh. 826**, ATSDR Toxicological Profile for Trichloroethylene (1997), at US Exhibit 826.0202.  U.S. Exhibit 826 lists the solubility of TCE at 1.070 g/L at 20 degrees Celsius and 1.360 g/L at 25 degrees Celsius.  These would convert to approximately 1,070 ppm to 1,360 ppm.

Two gallons of condensate water were discharged from the Building 91 vapor degreaser each day for 365 days per year for 10 years (assumed vapor degreaser usage from 1959 to 1968) at a conservative concentration of 1,100 mg/L.

108.    Under these assumptions, approximately 67 lbs. of TCE would have been released from the vapor degreaser.  This is approximately 0.3% of the total mass of TCE estimated to have been in the Redlands plume (67 lbs. / 26,000 lbs. x 100).  Even if the amount of time that the vapor degreaser operated is extended to 15 years, or the flow rate of condensate waster is doubled, the amount of TCE that could have been discharged from the vapor degreaser via condensate water is still a small percentage of the amount of TCE in the plume.

109.    Dr. Feenstra's assumption that the vapor degreaser was generating 384 gallons of condensate water (plus 1-2 gallons of pure solvent) per day is inconsistent with the USEPA's estimate that a vapor degreaser releases approximately 1-2 gallons of condensate water per day. If, as Dr. Feenstra suggests, the solvent-water separator were discharging at the rate of 6 gallons per minute, and the liquid was discharged through a floor drain at the south end of the degreaser pit, there would have been a continuous stream of water and solvent flowing across the floor of the degreaser pit.  Neither Mr. Borgelt nor Mr. White described this, and Mr. Borgelt said that liquid in the degreaser pit would be a sign of a leak.[70]

110.    Both Dr. Feenstra's and my calculations also assume the vapor degreaser was operating every day.  However, Mr. White testified that the vapor degreaser "went for days and months at a time without being used.  And when they had a bunch of motor casings, they would

---

[70] Dr. Feenstra suggests that "pipework" directed discharges from the solvent-water separator towards the floor drain.  S. Feenstra Aff. p. 58.  But both Mr. Borgelt and Mr. White testified that they did not see any pipes coming out of the vapor degreaser.  Also, a pipe connecting or leading to the floor drain probably would have been as obvious as the floor drain itself to someone entering and exiting the degreaser pit.  A flow rate of 6 gallons per minute into a drain also would have been obvious, if you think about the sound of water discharging from a garden hose, an analogy that Dr. Feenstra uses in his affidavit.

use it.  It was always there.  It wasn't used all the time."[71]  Mr. Louis Rodgers, a Process

Engineer who started working at the Redlands facility in 1959, also testified that the vapor

degreaser "was not used with any great frequency."[72]

111.    My conservative calculations and Dr. Feenstra's opinion assume that TCE was the

only solvent used in the vapor degreaser during the entirety of its operations.

112.    However, Mr. Borgelt testified that Lockheed began using inhibited 1,1,1-TCA as

the degreasing solvent in the vapor degreaser in the mid to late 1960s as a result of changes to

California air regulations.[73]  The switch in the vapor degreaser lagged behind the switch to 1,1,1-

TCA as a general cleaning solvent because TCA was originally not stable; it was not until

manufacturers of TCA figured out how to make it "inhibited" (i.e., added 1,4-dioxane) that it

could be used in the vapor degreaser.  Also, Mr. Borgelt testified that changes had to be made to

the vapor degreaser in Building 91 for it to be able to handle 1,1,1-TCA due to differences in

volatility.[74]  I find Mr. Borgelt's testimony credible because his explanation about the reason for

the switch is detailed and the switch took place around the time that he joined LPC.

113.    Documents I have reviewed also support Mr. Borgelt's testimony.  A 1965 LPC

Production Inspection Record referred to the vapor degreaser as a "chlorothene degreaser."[75]

Also, a 1969 Building Occupancy Report with Mr. Borgelt's annotations indicated that

Chlorothene (the brand name for 1,1,1-TCA) was used in the vapor degreaser in Building 91.[76]

---

[71] **U.S. Exh. 995**, Deposition of George White, 117:1-7 (Procter, Dec. 8, 1998).

[72] **U.S. Exh. 951**, Deposition of Louis Rodgers, 16:24-18:6, 60:24-61:23 (Procter, Jan. 7, 1998).

[73] **U.S. Exh. 847**, Deposition of  Lawrence Borgelt, 245:6-248:1, 248:18-249:1 (RTL, Feb. 23, 2000); **U.S. Exh. 841**, Lawrence Borgelt Dep. 251:9-252:9 (Procter, June 10, 1998).

[74] **U.S. Exh. 848**, Deposition of  Lawrence Borgelt 485:9-487:5 (RTL, Mar. 6, 2000).

[75] **U.S. Exh. 141**, LPC, Production Inspection Record (Dec. 10, 1965), at US Exhibit 141.0002.

[76] **U.S. Exh. 20**, R. Seager, Building Occupancy Report (May 14, 1969), at US Exhibit 20.0002.

114.     Dr. Feenstra does not find these documents or Mr. Borgelt's testimony to be "unambiguous" evidence of a switch from TCE to 1,1,1-TCA.[77]  However, this evidence is supported by Lockheed's own sworn statements to regulators and in legal proceedings.

115.     In response to a 1993 Request for Information from the California Department of Toxic Substances Control, Lockheed reported that the vapor degreaser started using 1,1,1-TCA in late 1966 or early 1967.[78]  Lockheed also stated in sworn legal documents that the vapor degreaser used 1,1,1-TCA instead of TCE beginning in late 1966 or early 1967.[79]

116.     As discussed previously, Dr. Feenstra opines that the lack of 1,1,1-TCA in the plume indicates that the vapor degreaser was the source of TCE in groundwater.  However, given that 1,1,1-TCA was also used in the degreaser, I conclude that the degreaser was not a source of TCE to groundwater, as 1,1,1-TCA was generally not found in the groundwater.  If the vapor degreaser released solvent to the extent Dr. Feenstra suggests, more 1,1,1,-TCA should also be found in groundwater.

117.     Given the previous discussion, the role of the vapor degreaser as a source of TCE to groundwater is not supported by Mr. White's and Mr. Borgelt's testimony and other evidence.

118.     Third, I have found no evidence that the vapor degreaser in Building 91 leaked pure solvent through a drain in the floor of the degreaser pit, as Dr. Feenstra opines.

---

[77] Under Dr. Feenstra's calculations, the vapor degreaser only released TCE from 1960 to 1966.  I agree with him that the vapor degreaser probably would have been using TCE during that time frame.  The evidence indicates that the vapor degreaser started using 1,1,1,-TCA in the mid- to late-1960s.  But, Dr. Feenstra does not point to any evidence indicating that the vapor degreaser, if it had been discharging any TCE to the environment from 1960-1966, would have suddenly stopped discharging to the environment in 1966.

[78] **U.S. Exh. 120**, W. A. Sullivan, Lockheed Corp., to S. Ross, California Department of Toxic Substances Control, Response to Requests No. 8-9 (Nov. 22, 1993), at US Exhibit 120.0007-08.

[79] **U.S. Exh. 22**, Lockheed Martin Corp.'s Responses to Highland Supply Interrogatories, Response to Interrogatory No. 16 (July 12, 1996), at US Exhibit 22.0012-13; **U.S. Exh. 806**, Lockheed Martin Corp's Responses to Seven W Enterprises First Set of Interrogatories (Seven W, Aug. 27, 1996), at US Exhibit 806.0003-04.

119.    As I mentioned earlier, Mr. Borgelt testified that he examined the vapor degreaser in building 91 and did not see a leak.[80]  In response to a 1993 Request for Information from the California Department of Toxic Substances Control, Lockheed stated that it had no knowledge that the vapor degreaser had ever leaked or spilled.[81]  Lockheed's expert in the Redlands Tort Litigation, Mr. Gaynor Dawson, also testified that he had found no evidence that the vapor degreaser had malfunctioned leaking pure solvent, which is consistent with my review of the available records.[82]

120.    Finally, if the vapor degreaser had released 1-2 gallons of pure solvent daily, as Dr. Feenstra suggests, LPC probably would have noticed.  According to Mr. Borgelt, LPC did notice when TCE had to be replenished more often than expected and assigned him to investigate the losses in 1966.

121.    If the vapor degreaser had been routinely discharging pure TCE to the ground in the quantities implied by Dr. Feenstra, it would probably have formed a concentrated pool in the soil called dense non-aqueous phase liquid or DNAPL.  I have not seen any evidence of DNAPL in the ground beneath Building 91 at the Redlands site.  Lockheed's expert in the Redlands Tort Litigation, Mr. Dawson, also did not find evidence of DNAPL and concluded that it was unlikely the vapor degreaser released pure solvent.

122.    Moreover, if the vapor degreaser had discharged pure degreasing solvent from its solvent water separator, I would expect to have seen higher concentrations and more frequent

---

[80] **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 253:3-23, 254:20-255:15, 256:4-14 (Procter, June 10, 1998).

[81] **U.S. Exh. 120**, W. A. Sullivan, Lockheed Corp., to S. Ross, Department of Toxic Substances Control (Nov. 22, 1993), at US Exhibit 120.0008-9.

[82] Deposition of Gaynor Dawson, 547:4-21 (RTL, Feb. 13, 2002) ("Q: Is it your opinion that the water separator at the degreaser unit leaked three gallons per day TCE?  A: … I believe it's more likely it was the water condensate, not three gallons of pure solvent leaking out the water separator because it was malfunctioning.  I have no reason to believe it ever malfunctioned.").

detections of 1,1,1-TCA in the Redlands Plume, reflecting the 10 years or so when the vapor degreaser was used with that chemical rather than TCE.

123.    Based on all the evidence I have reviewed about releases of TCE at the Redlands Site, it is my opinion that the primary source of TCE in the Redlands groundwater was the frequent dumping of TCE on bare ground by GCR and LPC employees.

**D.    Sources of Perchlorate Contamination**

124.    The primary sources of perchlorate in the Redlands plume probably included discharges from the routine washing with water of tools, equipment, and dust collection bags contaminated with ammonium perchlorate, from burn pits, and from the washing with water of the insides of ammonium perchlorate processing buildings, as well as, to a lesser extent, leakage from evaporation pits.

1.    Water Containing AP from the Washing of Equipment Outside Was
      Discharged to the Ground

125.    In my opinion, the regular washing of AP grinding parts and equipment outside of Building 77, an AP grinding building, was probably a source of perchlorate in the Redlands plume.  GCR and LPC employees allowed this washwater containing perchlorate to flow onto the ground and into a stormwater sump (the "south sump"), where it either percolated into the ground through a dry well or was pumped underneath the berm surrounding the building and discharged onto bare ground south of Building 77.

126.    The following photograph from 2013 shows the west side of Building 77 (facing east) surrounded by the berm.  The two sumps, which I call the north sump and south sump because of their orientation, are to the right (south) of Building 77.  As you can see, the terrain west of Building 77 (in the foreground) is paved and sloped towards the sumps.

33



*Demonstrative 5: West Side of Building 77 and Sumps[83]*

127.    The sumps were designed so that stormwater would flow across the sloped paved area and into the south sump through the entrance hole cut into the side of the south sump.



*Demonstrative 6: Sloping (Grade) Towards Entrance Hole in South Sump[84]*

---

[83] From **U.S. Exh. 36**, Photograph of Building 77, Produced by Dr. Feenstra (June 2013).

[84] From **U.S. Exh. 35**, Engineering Drawing LPC-69-F-193, Sump Details Grinding Building, REDMAP000174.

128.     Once in the south sump, the water would either infiltrate into the ground through a drainage hole at the bottom of the sump or, if the water level got high enough, be pumped by a sump pump through a pipe in the south wall of the south sump.



*Demonstrative 7: Side View of South Sump (Facing North)[85]*

129.     A close-up view of the entrance hole in the south sump with a grate in front to catch debris is shown here:



*Demonstrative 8: Close-up Photograph of Entrance Hole in South Sump[86]*

---

[85] From **U.S. Exh. 35**, Engineering Drawing LPC-69-F-193, Sump Details Grinding Building, REDMAP000174.

35

130.    The pipe leading from the south wall of the south sump was designed to go under the berm around Building 77 for approximately 40 feet and release to "natural drain[age]":



*Demonstrative 9: Plan View of Location of Sumps South of Building 77*[87]

131.    The north sump was designed to receive waste or washwater from a drain inside Building 77 and pump the contents to an evaporation pit, as shown in *Demonstrative 9*, and did not have an entrance hole to receive stormwater.[88]

132.    A 1962 LPC process document indicates that, at least by that time, employees at Building 77 were instructed to wash tools and equipment used in the AP grinding process "at the faucet and sump outside the lower level of Bldg. 77."  The process document further instructed

---

[86] From **U.S. Exh. 38**, Photograph of South Sump at Building 77, Produced by Dr. Feenstra (June 2013).

[87] From **U.S. Exh. 35**, Engineering Drawing LPC-69-F-193, Sump Details Grinding Building (1958), REDMAP000174.  **U.S. Exhibit 34**, another 1958 engineering drawing, shows the intended point where the water pumped from the south sump would discharge on the other side of the berm south of Building 77.

[88] **U.S. Exh. 35**, Engineering Drawing LPC-69-F-193, Sump Details Grinding Building, REDMAP000174.

employees "<u>Do not use water inside the building</u>."[89]  Later process documents had similar instructions for the washing of tools, equipment, and dust collection bags outside Building 77.

133.    Since AP is extremely soluble in water, any AP dust coating the tools and equipment being washed outside Building 77 pursuant to these instructions would have dissolved in the washwater and flowed into the south sump due to the stormwater collection design shown above.  From there, according to the engineering drawings, the washwater containing AP would either have infiltrated into the ground in the drainage hole in the bottom of the south sump or been pumped by a sump pump through a pipe and discharged to the ground south of Building 77.

134.    This process is consistent with the testimony of Mr. White.  He testified that the sump behind Building 77 had a sump pump, which pumped the water that accumulated in the sump "up to the top of the dike and out into the rocks. They're all oxidizers there."[90]

135.    Lockheed's written manufacturing standards relating to grinding operations at Building 77 indicate that water cleaning of the grinding and dust collection equipment occurred on a frequent basis.[91]  Thus, it is my opinion that wastewater discharges into the south sump at Building 77 from the water washing of grinding and dust collection equipment and bags were probably a source of perchlorate to the Redlands groundwater.

---

[89] **U.S. Exh. 32**, LPC, Manufacturing Process Standard No. 00C005 (Nov. 11, 1962), at US Exhibit 32.003.  Later process documents I have reviewed had similar instructions for washing AP dust collection and other equipment outside Building 77 at the sumps.

[90] **U.S. Exh. 994**, Deposition of George White, 115:22-116:16 (Seven W, Sept. 3, 1996).

[91] **U.S. Exh. 32**, Manufacturing Process Standard #00C005, Clean-Up after Oxidizer Operations (Nov. 9, 1962), at US Exhibit 32.0003; **U.S. Exh. 33**, Manufacturing Process Standard 00C023 Issue II, Oxidizer Grinding, Fluid Energy Mill (Mar. 25, 1970), at US Exhibit 33.0016-17; **U.S. Exh. 39**, On Station Planning for the Raymond Hammer Mill Grinder (July-Aug. 1971), at US Exhibit 39.0024-25; **U.S. Exh. 40**, Standard Operating Procedure, Oxidizer Grinding, Fluid Energy Mill (Apr. 24, 1972), at US Exhibit 40.0049-50.

2.    Perchlorate Was Discharged to the Ground at the Burn Pits

136.    Testimony of several former employees indicates that GCR and LPC disposed of AP-containing wastes in the burn pits on a daily basis.  The burn pits were essentially trenches dug in the bare ground, which as I have explained, was highly permeable. Some perchlorate was probably discharged to the ground as a result of this practice.

137.    Mr. Grant Speer, Superintendant of Manufacturing from approximately 1958-1969, testified that safety department process operators visited each building at the Redlands facility daily and collected cartons of propellant-containing waste that were set out for collection.[92]  These materials were burned daily at the burn pits.[93]

138.    Mr. Wright testified that he delivered scrap propellant, rags, and other wastes to the burn pits approximately six days a week.[94]

139.    Mr. Speer testified that laboratory waste was poured onto perchlorate for burning.[95]

140.    Mr. White testified that he disposed of propellant scraps or shavings mixed with water at the burn pit on eight to ten occasions.  Each time, he brought four or five 50-gallon barrels that contained water mixed with scrap propellant (not completely full).  He would pour the liquid and propellant into the burn pit before it was ignited.[96]  This wastewater probably contained high concentrations of perchlorate due to the solubility of perchlorate in water.  In the

---

[92] **U.S. Exh. 963**, Deposition of Grant Speer, 86:18-88:8 (Procter, May 7, 1996).

[93] **U.S. Exh. 963**, Deposition of Grant Speer, 86:15-20 (Procter, May 7, 1996).

[94] **U.S. Exh. 1001**, Deposition of Earl Wright, 15:16-25 (RTL, Jan. 31, 2003); **U.S. Exh. 1002b**, Declaration of Earl Wright, ¶ 3 (May 16, 2002).

[95] **U.S. Exh. 970**, Deposition of Grant Speer, 119:23-120:14 (RTL, July 13, 2000).

[96] **U.S. Exh. 994**, Deposition of George White, 113:21-114:8, 123:20-23, 125:8-126:7 (Seven W, Sept. 3, 1996).

early 1970s, LPC conducted propellant disposal experiments, which indicated that much of the

perchlorate would leach out when propellant scraps were soaked in water.[97]

141.    Mr. Adolph Heeseman and Mr. Wright testified that approximately 10 to 20

minutes would pass between the time the material to be burned was placed in the burn pit and

when the material was ignited.[98]  Given the high permeability of the geologic materials, AP-

containing wastes disposed on the ground at the burn pits, if dissolved in water or mixed with

solvents or other liquids, could have infiltrated the ground and migrated to groundwater.

3.    <u>Water Containing Perchlorate Waste from Propellant Mixing and
Research Buildings Was Discharged to the Ground</u>

*a.    Building 114*

142.    LPC employees discharged wastewater from Building 114, a Propellant Research

Laboratory, onto the ground on a regular basis.

143.    Mr. A.E. Wehde, Lockheed's Division Counsel, described these wastewater

discharges in a 1971 letter to the United States Army Corps of Engineers.  Mr. Wehde reported

that Lockheed discharged approximately 2,500 gallons of wastewater from Building 114 each

day to an evaporation pit, where solids in the wastewater were allowed to settle.  The wastewater

was then pumped from this evaporation pit each week (except during periods of rain fall) and

discharged to the ground surface west of Building 114.  Mr. Wehde stated that no wet ground

---

[97] **U.S. Exh. 782**, Lockheed Progress Report on Project 4226, Air Pollution Abatement in Waste Propellant Disposal (Oct. 25, 1972), at US Exhibit 782.0016-21.

[98] **U.S. Exh. 910**, Deposition of Adolph Heeseman, 184:21-185:16 (RTL, Nov. 26, 1997); **U.S. Exh. 1001**, Deposition of Earl Wright, 48:11-18 (Jan. 21, 2003).

was observed beyond Seventh Street, which runs east and west just north of Building 114, "due to the great percolation ability of the soil."[99]

144.     Perchlorate is very soluble in water.  Propellant waste in the 2,500 gallons of wastewater discharged from Building 114 to the evaporation pit daily would likely have leached perchlorate into the water.  When this wastewater was discharged to the ground, perchlorate-containing water would have infiltrated the ground due to the high permeability, as observed by Mr. Wehde.  For the same reasons described earlier in the context of discharges of TCE, repetitious discharging of perchlorate-containing water in the same location would likely have driven the perchlorate deeper

### b.     Building 52

145.     Perchlorate-containing wastes and washwater discharged from Building 52 probably infiltrated into the land surface.

146.     Building 52 was initially used for propellant mixing. Liquid wastes from Building 52 were discharged into a drain and piped to the west under the berm surrounding the building. The pipe was apparently intended to connect to evaporation pit 61.  However, it was later discovered that the pipe did not go all the way into the evaporation pit but rather ended short of the pit.[100]

147.     Due to the high solubility of perchlorate in water, wastes from propellant mixing operations would probably have leached perchlorate into the water.  When this wastewater was discharged to the land surface west of Building 52, perchlorate-containing water probably infiltrated the ground.

---

[99] **U.S. Exh. 781**, A. Wehde to District Engineer, Department of Army, Corps of Engineers (June 30, 1971), at US Exhibit 781.0001-02.

[100] **U.S. Exh. 43**, R. Holdridge to Herb Stickney, Re: Air Pollution Control (Nov. 6, 1958).

4.      Water Containing AP from the Washing of the Insides of Buildings Was
        Discharged to the Ground

148.    Lockheed employees frequently disposed of wastewater containing perchlorate on

the ground while cleaning the grinding and mixing buildings at the Redlands Plant.

149.    Mr. Robert Spencer, a Senior Engineer and later Superintendent of Production

who started at the Redlands facility in 1967, testified that an oxidizer grinding building was

washed down with water approximately once per week for safety reasons due to the

accumulation of fine powder dust in the building.[101]

150.    Mr. Donald Eastman, a Process Engineer and Manufacturing Foreman from 1956-

1974, testified that he would wash down the insides of grinding buildings 11 and 77 and that the

water "ran out of the building."[102]  He did not recall if Building 77 had a drain but Building 11

did not.  He testified that "[a]mmonium perchlorate would disperse in the water" when it went

out of the building. [103]  Mr. Eastman testified that he and his colleagues made no effort to contain

the washwater that contained perchlorate because "[i]t just was never considered a

problem…Once the ammonium perchlorate was dispersed in water, in other words, gone, there

was nothing there."[104]  Mr. Caldwell, a Process Operator from approximately 1968 to 1975, also

testified that he hosed down Building 77 (and mixers) with water to wash off AP dust; he did not

remember Building 77 having a drain but was not sure where the washwater went.[105]

151.    Mr. Eastman testified that similar washdown procedures occurred in the mixing

buildings, such as Buildings 52, 12, 66, and 68.  Washwater containing AP dust that had built up

---

[101] **U.S. Exh. 973**, Deposition of Robert Spencer, 21:8-23, 27:22-24, 157:7-158:6 (Procter, Dec. 10, 1997).

[102] **U.S. Exh. 895**, Deposition of Donald Eastman, 100:13-101:19 (RTL, Mar. 28, 2000).

[103] **U.S. Exh. 895**, Deposition of Donald Eastman, 101:9-19 (RTL, Mar. 28, 2000).

[104] **U.S. Exh. 895**, Deposition of Donald Eastman, 101:20-102:2 (RTL Mar. 28, 2000).

[105] **U.S. Exh. 873**, Deposition of Daniel Caldwell, 79:1-13, 126:3-127:3 (Procter, July 31, 1998).

in the buildings would go out the doors or down the drains in the buildings.  The frequency of these washdowns varied from month to month.[106]

152.    Mr. White testified that it was difficult to collect the water when washing down the insides of any buildings and that the washwater would generally drain out of the buildings onto the ground.[107]

153.    Water used to hose down the insides of buildings where AP was processed, as described by this testimony, would likely have contained AP because of its high solubility.  If this water was allowed to flow out of the buildings and onto the ground, such discharges were probably a source of perchlorate to the Redlands groundwater.

### 5.    Some AP-Containing Materials Disposed in Drains, Sinks, and Evaporation Pits Could Have Contaminated the Groundwater

154.    In the same manner that I described earlier, disposal of materials containing AP or perchlorate in building sinks and drains could be a source of contamination as the sinks and drains were discharged to leach fields, septic tanks, or evaporation pits, where some perchlorate might seep into the ground.

### E.    Norton Air Force Base

155.    Dr. Feenstra opines that the former Norton AFB has contributed TCE to various wells undergoing treatment due to the Redlands plume.  While I cannot rule out the possibility that trace concentrations of TCE from Norton might have mixed with the Redlands TCE plume, I disagree with his implication that Lockheed has incurred or will incur any remediation costs as a result.  The groundwater quality data indicate that any TCE from the former Norton AFB would

---

[106] **U.S. Exh. 895**, Deposition of Donald Eastman, 102:7-105:6 (RTL, Mar. 28, 2000).

[107] **U.S. Exh. 994**, Deposition of George White, 115:17-116:5 (Seven W, Sept. 3, 1996 ).

have been below the MCL of 5µg/L, thus not requiring treatment.  In addition, past treatment of

certain groundwater wells probably was driven by perchlorate levels, not TCE.

156.    A TCE groundwater plume was discovered on the Norton AFB in approximately

1986 and has been the subject of investigation and response actions by the Air Force since that

time.  The Air Force selected soil and groundwater remedial actions with the approval of the

USEPA and with the concurrence of the California Department of Toxic Substances Control and

the Water Board.  All investigation and remediation work was also performed with the approval

of the USEPA, Department of Toxic Substances Control, and Water Board.

157.    The Air Force treated the plume on the former base property using multiple

methods, including excavation, capping, and soil vapor extraction.  The soil vapor extraction

system operated from 1992 to 1997.[108] The Air Force also treated the groundwater in two areas

of the former Norton AFB, one in the northern part of the site (the Central Base Area) and the

other along the southern perimeter of the former base (the Base Boundary Area).[109]  The Central

Base Area pump and-treat system[110] operated from 1992 to 2002.[111] The Base Boundary Area

pump-and-treat system operated from 1995 to 2001.[112]  These pump-and-treat systems were

closed in 2005 with the approval of the Department of Toxic Substances Control, USEPA, and

---

[108] **U.S. Exh. 788**, Tetra Tech, Inc., Trichloroethene Data Evaluation, Crafton-Redlands/Norton Air Force Base, San Bernadino, California (Dec. 28, 2012), at US Exhibit 788.0009.

[109] **U.S. Exh. 767**, Location of Former Norton AFB and Remediation Areas.

[110] Under a pump-and-treat system, contaminated groundwater is extracted, i.e., pumped up, from the ground and treated to remove the contaminants.  The treated water can then be used or put back in the ground.

[111] **U.S. Exh. 784**, U.S. Air Force Installation Program, Final Third Five-Year Review Report for Former Norton Air Force Base, San Bernadino, California (Sept. 2010), at US Exhibit 784.0034-35, 784.0067.

[112] **U.S. Exh. 784**, U.S. Air Force Installation Program, Final Third Five-Year Review Report for Former Norton Air Force Base, San Bernadino, California (Sept. 2010), at US Exhibit 784.0034-35, 784.0067.

Water Board.[113]  The Air Force also treated groundwater off-base at municipal water supply well Raub #5 from 1993 to 2005.[114]

158.    Following the cessation of the pump-and-treat remediation, the Air Force monitored groundwater through regular sampling, the results of which were reported to the regulators.  In 2009, after groundwater monitoring showed that the concentrations of TCE had dropped below the MCL of 5µg/L, the Air Force stopped sampling the groundwater off-base.[115] This was done with the approval of the Water Board and notice to the City of Riverside.[116]

159.    When the pump-and-treat operations ceased, TCE concentrations in the groundwater in most areas of the original plume were less than the cleanup target of 5 µg/L.  The average TCE concentration was also less than 5 µg/L.  Perchloroethylene (PCE) and cis,1,2-dichloroethylene (c-1,2-DCE), compounds emanating from the former Norton AFB, were also generally not detected in the monitoring wells.

---

[113] **U.S. Exh. 788**, Tetra Tech, Inc., Trichloroethene Data Evaluation, Crafton-Redlands/Norton Air Force Base, San Bernadino, California (Dec. 28, 2012), at US Exhibit 788.0010.

[114] **U.S. Exh. 788**, Tetra Tech, Inc., Trichloroethene Data Evaluation, Crafton-Redlands/Norton Air Force Base, San Bernadino, California (Dec. 28, 2012), at US Exhibit 788.0009-10.  The location of Raub#5 and other wells in the vicinity are shown in **U.S. Exhibit 768**, Redlands TCE, PCE, and Cis-1,2-DCE Concentrations in Groundwater Samples.

[115] **U.S. Exh. 804**, CH2MHILL, Former Norton Air Force Base Off-Base Water Supply Contingency Policy Groundwater Sampling Program Monthly Letter Report (Nov. 2009), at US Exhibit 804.0003.  All of the wells Dr. Feenstra claims were adversely impacted by TCE from Norton (Gage 26-1, 27-1, 27-2, and 29-1, and Raub #3, 4, 5, 6, and 8) had TCE concentrations below the MCL of 5 µg/L in 2009.  **U.S. Exh. 744**, Tetra Tech, Inc., Summary of Results 2009 Comprehensive Groundwater Sampling Event (Dec. 16, 2009), at US Exhibit 744.0015-16.

[116] **U.S. Exh. 804**, CH2MHILL, Former Norton Air Force Base Off-Base Water Supply Contingency Policy Groundwater Sampling Program Monthly Letter Report (Nov. 2009), at US Exhibit 804.0005-8; **U.S. Exh. 787**, Tetra Tech, Inc., Trichloroethene Data Evaluation, Crafton-Redlands/Norton Air Force Base Plumes (May 2010), at US Exhibit 787.0008.

160.    As shown in **U.S. Exhibit 57**, the TCE plume from the former Norton AFB dramatically decreased in size with treatment and was virtually non-existent by April 2009.[117]

161.    The Crafton-Redlands TCE plume appeared in the vicinity of the Norton AFB plume in approximately 1999, as shown in *Demonstrative 10* in the bottom center:



*Demonstrative 10: TCE (Light Blue) and C-1,2-DCE (Dark Blue) Plume Map[118]*

162.    By 2008, the Redlands plume had migrated further west, while the Norton plume had almost entirely disappeared:

---

[117] **U.S. Exh. 784**, U.S. Air Force Installation Program, Final Third Five-Year Review Report for Former Norton Air Force Base, San Bernadino, California, 42-49 (Sept. 2010), at US Exhibit 784.0068-75.  Note that these plumes were contoured using a concentration of 5 µg/L, which is the MCL for TCE.

[118] From **U.S. Exh. 784**, U.S. Air Force Installation Program, Final Third Five-Year Review Report for Former Norton Air Force Base, San Bernadino, California, 44 (Sept. 2010), at US Exhibit 784.0070.



**April 2008**

*Demonstrative 11: TCE Plume Map*[119]

163.    It is my understanding that Lockheed has arranged for water purveyors to remove TCE and perchlorate from the Redlands plume by pumping water-supply wells and treating the water to allow for its use as municipal water supply.  Lockheed monitors groundwater quality to ensure that water-supply wells will not be adversely impacted.

164.    Dr. Feenstra claims that remnants of TCE from Norton may have contributed some portion of the TCE captured by the wells treated by Lockheed, or may presently or in the future contribute to the TCE-impacted groundwater treated by Lockheed.

165.    Tetra Tech, a contractor hired by Lockheed, evaluated this possibility on behalf of Lockheed.  Tetra Tech concluded that contributions from the Norton TCE plume have been present at wells Gage 26-1, Gage 27-1, Gage 27-2, Gage 29-1, Raub #3, Raub #4, Raub #5, Raub

---

[119] From **U.S. Exh. 784**, U.S. Air Force Installation Program, Final Third Five-Year Review Report for Former Norton Air Force Base, San Bernadino, California, 44 (Sept. 2010), at US Exhibit 784.0075.

#6 and Raub #8.[120]  It should be noted that Tetra Tech's plume maps are based on a concentration level of 0.5 μg/L, as shown in **U.S. Exhibit 788**.[121]  This value is generally the detection limit for TCE., not the MCL for TCE, which determines when groundwater remediation is necessary under CERCLA.  Given variability in groundwater sampling and laboratory analysis, using a 0.5 μg/L contour line is not technically supportable.  A contour line of 5 μg/L, the MCL, is a more reliable contour line to use.

166.    In his affidavit, Dr. Feenstra opines that "contributions from Norton have been evident" at wells Gage 26-1, Gage 27-1, Gage 27-2, Gage 29-1, Raub #3, Raub #4, Raub #5, Raub #6 and Raub #8.  S. Feenstra Aff. p. 139.  He appears to base his conclusions in part on the presence of PCE and or c-1,2-DCE as an indicator of contributions from Norton.

167.    According to Tetra Tech and Dr. Feenstra, Lockheed has in the past treated or continues to treat five of these groundwater wells: Gage 26-1 and Gage 27-1 since 1999; Raub #3 from 2005 to 2009; and Raub #4 and Raub #5 since 2005.

168.    Lockheed has not treated the groundwater at four of these wells, Gage 27-2, Gage 29-1, Raub #6, or Raub #8, where TCE concentrations have been below the MCL.

169.    **U.S. Exhibit 828** contains graphs of the groundwater data for each of these wells.[122]  I would note that the scale of TCE and perchlorate concentrations (on the left and right sides) varies with each graph depending on the range of concentrations at each well.

---

[120] The locations of the wells discussed in this section are shown in **U.S. Exhibit 768**.

[121] **U.S. Exh. 788**, Tetra Tech, Trichloroethene Data Evaluation, Crafton-Redlands/Norton Air Force Base, San Bernadino, California (Dec. 2012), at US Exhibit 788.044.

[122] **U.S. Exh. 828**, Graphs of Groundwater Quality in Wells Within Redlands Basin, at US Exhibit 828.0003-6, 828.0087-90, 828.00092.  These graphs were made by Itasca employees under my direction and plot concentrations versus time for wells on the former Norton AFB, downgradient of the former Norton AFB, and downgradient of the Redlands site.  Note that the detection limit for TCE, PCE, and c-1,2-DCE is generally 0.5 μg/L.  The detection limit for perchlorate is generally 2 μg/L.  If the chemical was not detected, then a value of one half the detection limit was used for plotting purposes.  This procedure is generally accepted in hydrogeology practice.

170.     Based on my review and analysis of the groundwater data, in my opinion, TCE from Norton AFB, if it was present at all, did not cause the TCE concentrations in any of these wells to exceed the MCL, thus requiring treatment by Lockheed.  As I noted earlier, Raub #5 likely did receive contributions from Norton early on but that well was treated by the Air Force until 2005.

171.     The technology to detect low levels of perchlorate was not available until 1997. Wells with detectable levels of perchlorate starting in 1997 may have actually been affected by perchlorate before 1997.

1.     <u>Gage 26-1</u>

172.     TCE concentrations have been below 5 µg/L since December 2003.  Given the low concentrations of TCE, treatment of groundwater from this well would not be required.

173.     Perchlorate was detected in this well starting about the same time that TCE concentrations started to increase above the MCL.  The concentration patterns for both TCE and perchlorate follow relatively closely, indicating that the TCE and a portion of the perchlorate may be from a common source.  I know of no information that Norton is a source of perchlorate contamination.

174.     PCE and c-1,2-DCE are generally at non-detectable levels.



*Demonstrative 12: Groundwater Quality Data for Well Gage 26-1*[123]

2.    Gage 27-1

175.    TCE concentrations have been below 5 μg/L since August 2001.  Given the low concentrations of TCE, treatment of groundwater from this well would not be required.

176.    Perchlorate has been detected in this well at concentrations at or above 6 μg/L, the MCL for perchlorate.  Norton is not a source of perchlorate contamination.

177.    PCE and c-1,2-DCE concentrations are generally at non-detectable levels. Sporadic detections of both of these chemicals have been measured, but they preceded and were followed by non-detections, drawing into question the source of these chemicals.

---

[123] From **U.S. Exh. 828**, Graphs of Groundwater Quality in Wells Within Redlands Basin, at US Exhibit 828.0003.



*Demonstrative 13: Groundwater Quality Data for Well Gage 27-1[124]*

3.    Gage 27-2

178.    Lockheed has not treated the groundwater at this well.

179.    TCE concentrations have been below 5 µg/L since November 1999 with the exception of one detection of 13 µg/L in December 2010, but all subsequent samplings have been at non-detectable levels.

180.    Perchlorate has been detected in this well at concentrations at or above 6 µg/L.

181.    PCE and c-1,2-DCE are generally at non-detectable levels.  Sporadic detections of both of these chemicals have been measured, but they preceded and were followed by non-detections, drawing into question the source of these chemicals.

---

[124] From **U.S. Exh. 828**, Graphs of Groundwater Quality in Wells Within Redlands Basin, at US Exhibit 828.0004.

182.    Given the low concentrations of TCE, treatment of groundwater from this well would not be required.

       4.    <u>Gage 29-1</u>

183.    Lockheed has not treated the groundwater at this well.

184.    TCE concentrations have generally been at non-detectable levels and have consistently been below 5 μg/L.  Given the low concentrations of TCE, treatment of groundwater from this well would not be required.

185.    Perchlorate has been detected in this well at concentrations at or above 6 μg/L, the MCL for perchlorate.

186.    PCE and c-1,2-DCE are generally at non-detectable levels.

       5.    <u>Raub #3</u>

187.    TCE and perchlorate concentration trends in this well suggest a source not related to the former Norton AFB.  Perchlorate arrived first, and the first time that the perchlorate concentration exceeded 6 μg/L was in June 2003.  Norton is not a source of perchlorate.  TCE arrived later, and the first time that the TCE concentration exceeded 5 μg/L was November 2006.

188.    As of the last data shown (November 2010), perchlorate concentrations still exceeded 6 μg/L, indicating that treatment of water from this well would be required for perchlorate.

189.    TCE concentrations were below 5 μg/L, indicating treatment would not be required.



*Demonstrative 14: Groundwater Quality Data for Well Raub #3[125]*

6.      Raub #4

190.    TCE and perchlorate concentration trends in this well suggest a source not related to the former Norton AFB as the trends follow each other closely.

191.    The recent concentrations of TCE are below 6 μg/L, and the downward trend indicates that treatment of TCE would not be required.

192.    Perchlorate has been above 6 μg/L since April 2001.

193.    PCE and c-1,2-DCE are generally at non-detectable levels.

---

[125] From **U.S. Exh. 828**, Graphs of Groundwater Quality in Wells Within Redlands Basin, at US Exhibit 828.0087.



*Demonstrative 15: Groundwater Quality Data for Well Raub #4[126]*

7.    Raub #5

194.    As I mentioned above, the Air Force designed, installed, and maintained a wellhead treatment system at the City of Redlands' Raub #5 production well until 2005.  Since that time, TCE concentrations generally have been below 5 µg/L, thus no treatment for TCE would be required.

195.    In 2005, the City of Riverside bypassed the Air Force treatment system at Raub #5 and connected it to the City's treatment system.  The Air Force continued to sample Raub #5 in addition to other production and off-base monitoring wells in accordance with its Water Supply Contingency Plan until the Plan was terminated with regulatory approval in August 2009.

---

[126] From **U.S. Exh. 828**, Graphs of Groundwater Quality in Wells Within Redlands Basin, at US Exhibit 828.0088.

196.    Perchlorate has been detected in samples from this well that exceed the action limit of 6 µg/L since December 2003. The presence of perchlorate suggests a source of TCE other than Norton.

197.    PCE and c-1,2-DCE have had sporadic but low detections (less than 2 µg/L) starting in January 1995; however, both chemicals have not been detected in this well since June 2009.



*Demonstrative 16: Groundwater Quality Data for Well Raub #5[127]*

8.    <u>Raub #6</u>

198.    Lockheed has not treated the groundwater at this well.

199.    TCE concentrations in this well have been consistently below 5 µg/L. Treatment of water from this well would not be required for TCE.

---

[127] From **U.S. Exh. 828**, Graphs of Groundwater Quality in Wells Within Redlands Basin, at US Exhibit 828.0089.

200.    It should be noted that the small rise in TCE concentrations in samples from this well appears to coincide with the rise in perchlorate concentrations, indicating a source of TCE other than the former Norton AFB.

201.    The trend in concentrations for TCE appears to be downward, indicating no future threat, unless elevated TCE concentrations from Redlands migrate into this area.

202.    Treatment may be required for perchlorate as some concentrations exceed 6 μg/L.

203.    PCE and c-1,2-DCE are generally at non-detectable levels.

        9.    Raub #8

204.    Lockheed has not treated the groundwater at this well.

205.    TCE concentrations in this well have been consistently below 5 μg/L.  Treatment of water from this well would not be required for TCE.

206.    The trend for TCE concentrations appears to be downward, indicating no future threat; again, unless elevated TCE concentrations from Redlands migrate into this area.

207.    Perchlorate levels have also consistently been below 6 μg/L, indicating no treatment would be required.

208.    PCE and c-1,2-DCE are generally at non-detectable levels.

209.    Based on the groundwater data trends discussed above, there does not appear to be a technical basis to conclude that TCE concentrations in the subject wells have been or are being adversely impacted, if impacted at all, by TCE that may be from the Norton site.  TCE concentrations are below 5 μg/L, thus treatment would not be necessary.

210.    In addition, contrary to Dr. Feenstra's speculation, trends in TCE concentrations do not indicate that treatment in the future will be required, unless elevated TCE concentrations from the Redlands site migrate into the area of interest.

## V.      BASIS FOR OPINIONS REGARDING THE BEAUMONT SITES

211.      In the late 1950s and early 1960s, GCR and LPC expanded their operations to property GCR acquired in a more remote area in Beaumont, Riverside County, California.

212.      The Beaumont sites are located approximately 10 miles southeast of the Redlands facility in separate hydrogeologic basins, as shown in **U.S. Exhibit 752**.

213.      From 1958 to 1974, GCR and LPC used the Potrero (Beaumont #1) site for manufacturing propellant, testing rocket motors, operating a burn pit for the disposal of propellant and other waste, washing out defective rocket motors, and disposing of other wastes.

214.      GCR and LPC used the LaBorde Canyon (Beaumont #2) site for assembling small rocket motors, testing rocket motors, burning propellant, washing out defective motors, and disposing of waste from 1958 to 1974.

### A.      Potrero Site

215.      The Potrero site is located in the northeastern foothills of the San Jacinto Mountains.  It was primarily used for ranching operations prior to the 1950s.  Between 1958 and 1974, the site was primarily used for rocket-motor production and testing activities, first by GCR, then by LPC.  Nine historical operational areas (A through I, as noted in **U.S. Exhibit 760**) have been identified at the site.  Each area was responsible for various activities associated with rocket motor assembly, testing, and propellant incineration.  The site was also used for the disposal of rocket fuel and industrial solvents.

216.      Groundwater at the Potrero site occurs within finer-grained sediments, thus, groundwater velocities are lower than at the Redlands Site, and soil contamination is still present above the water table.  As a result, groundwater contamination at the site is traceable to specific

56

historic operations and locations at the surface of the site.  In other words, the plumes are "attached" to the site, unlike at the Redlands site.

217.    Recharge occurs due to natural causes.  The washing out of motor casings, which used large quantities of water, also probably contributed to groundwater recharge in the areas of motor washout during GCR and LPC operations.[128]

218.    Perchlorate is the primary chemical found in the soil, but TCE and poly-chlorinated biphenyls (PCBs) have been detected in a few areas.

219.    Perchlorate, TCE, 1,1-DCE, and 1,4-dioxane are the primary chemicals found in the groundwater.

1.    <u>Source of Soil Contamination</u>

220.    The primary sources of soil contamination were the former Large Motor Washout Area and Burn Pit Area.  Other sources of contamination were probably the Rocket Motor Production Area, Sanitary Landfill and, to a lesser extent, LPC's burial of propellant wastes and residue from burns.

221.    Perchlorate concentrations in the soil were highest at the Large Motor Washout Area, where GCR and LPC employees washed out the insides of motor casings and allowed the perchlorate-contaminated washwater to percolate into the ground.[129]  The next highest levels were found in the Burn Pit Area.[130]

---

[128] **U.S. Exh. 49**, Radian Corp., Lockheed Propulsion Co. Beaumont Test Facilities, Historic Report (Sept. 1986), at US Exhibit 49.0068-69.

[129] **U.S. Exh. 49**, Radian Corp., Lockheed Propulsion Co. Beaumont Test Facilities, Historic Report (Sept. 1986), at US Exhibit 49.0068.

[130] **U.S. Exh. 12**, Tetra Tech, Inc., Remedial Investigation (2010), at US Exhibit 12.0229-33.

222.     The Sanitary Landfill in the southwestern portion of the site was identified as another source of perchlorate to soil.[131]

223.     There is also evidence that Lockheed may have buried propellant in unspecified locations around the site, which could be another source of perchlorate contamination.[132]

224.     The Burn Pit Area was the only source of TCE to soil at the site.  This was remediated through soil vapor extraction in the mid-to late-1990s, and the system was shut down in 1998 after concentrations had decreased.[133]

225.     PCBs were detected in generally shallow soil in discrete locations in the LPC Test Services Area and Sanitary Landfill.[134]

        2.     Sources of Groundwater Contamination

226.     The primary source of groundwater contamination at Potrero was the former Burn Pit Area.  Other sources of contamination were probably the Rocket Motor Production Area, Large Motor Washout Area, Maintenance Shop and Storage Warehouse Area, and Test Bays.

227.     The highest concentrations of perchlorate, TCE, 1,1-DCE, and 1,4-dixoane, and in groundwater have consistently been reported in samples collected from wells located in the Burn Pit Area, indicating that the Burn Pit Area was the primary source of groundwater contamination at the site.[135]  The presence of 1,4-dioxane indicates that inhibited 1,1,1-TCA was discharged at the site, because 1,4-dioxane inhibits TCA.

---

[131] **U.S. Exh. 12**, Tetra Tech, Inc., Remedial Investigation (2010), at US Exhibit 12.0230.

[132] **U.S. Exh. 55**, C. Fitzgerald to W. Slater Re: Buried Propellant in Potrero (Sept. 3, 1963).  Mr. Fitzgerald stated "All of the areas where propellant is buried should be marked with some type of pole or flag so that when any construction is started in Potrero we can relocate these materials."

[133] **U.S. Exh. 12**, Tetra Tech, Inc., Remedial Investigation (2010), at US Exhibit 12.0233-35.

[134] **U.S. Exh. 12**, Tetra Tech, Inc., Remedial Investigation (2010), at US Exhibit 12.0235-36.

[135] **U.S. Exh. 12**, Tetra Tech, Inc., Remedial Investigation (2010), at US Exhibit 12.0237-42.

228.    The documents I have reviewed suggest that LPC operated the Burn Pit Area similar to a waste dump.  Rather than burning perchlorate or other wastes within a short amount of time (e.g., minutes to a couple of hours) after placement on the ground, GCR and LPC for many years allowed wastes to accumulate in the unlined burn pits for up to three months at a time before they were burned.[136]  The mass of accumulated wastes could be up to 250,000 lbs.

229.    Dr. Feenstra opines that waste materials were stored on a concrete pad in between burns and not directly on the ground.  S. Feenstra Aff. p. 107.  However, the testimony of Mr. Borgelt contradicts this opinion.  Mr. Borgelt referred to the burn pits as a "disposal area" where wastes transported from the Redlands facility would be stored until enough accumulated to burn, about once a month.[137]  He testified that he observed waste solvent barrels leaking into the ground in the burn pits.[138]  He also testified that containers of waste material would be emptied directly onto the ground and not onto concrete.[139]

230.    During the period of accumulation, the leaching of liquid wastes within the unlined pits would allow chemicals to infiltrate the soil and groundwater.  Exposure of wastes to precipitation would also allow chemicals to infiltrate into the soil and groundwater.

231.    In addition to the Burn Pit Area, small localized plumes (TCE, 1,4-dioxane, and/or perchlorate) have also been detected at the Large Motor Washout Area, the Maintenance

---

[136] **U.S. Exh. 53**, N. McLemore, LPC, to G. Kinley, Riverside County Air Pollution Control District (July 17, 1973); **U.S. Exh. 49**, Radian Corp., Lockheed Propulsion Co. Beaumont Test Facilities, Historical Report (Sept. 1986), at US Exhibit 49.0074.

[137] **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 318:1-319:20 (Procter, June 10, 1998); **U.S. Exh. 842**, Deposition of Lawrence Borgelt, 431:13-433:5 (Procter, June 11, 1998).

[138] **U.S. Exh. 841**, Deposition of Lawrence Borgelt, 318:1-319:20 (Procter, June 10, 1998).

[139] **U.S. Exh. 842**, Deposition of Lawrence Borgelt, 432:13-433:5 (Procter, June 11, 1998).

Shop and Storage Warehouse Area, and the Test Bays, indicating that activities in those locations were sources of groundwater contamination.

### B.     Laborde Canyon Site

232.     The Laborde Canyon site is located within the San Timoteo Badlands in a series of canyons surrounding Laborde Creek.

233.     Due to the topography of the site, i.e., sharp changes in elevation rising away from the creek, historic operations appear to have been limited to canyon bottoms, as shown in **U.S. Exhibits 765** and **766**.

234.     Groundwater at the Laborde Canyon site occurs mainly in sandstones and mudstones.  The bedrock is deeply weathered within the major canyons, thus the groundwater is mainly unconfined there.  Conditions are more variable in the smaller side canyons, where groundwater may be confined.  Groundwater generally follows the topography, flowing down the major tributary canyons toward Laborde Canyon and then to the south of the site.

235.     Groundwater velocities are generally lower than at the Redlands Site, and soil contamination is still present above the water table.  As a result, groundwater contamination at the site is traceable to specific historic operations and locations at the surface of the site.  In other words, the plumes are "attached" to the site, unlike at the Redlands site.

236.     Historical operations appear to have occurred in relatively flat areas accessible to vehicles or other equipment.  Thus, site topography probably constrained the extent of chemicals in soil and groundwater to some degree.

237.     Prior to 1958, the parcels that comprise the site were owned by private individuals and the U.S. government and used for agricultural purposes.  Between 1958 and 1960, GCR purchased portions of the site for use as a remote rocket motor test facility.  The remaining

parcels of land that comprise the site were purchased from the U.S. government between 1961 and 1964.  In 1963, Lockheed was responsible for the operation of the site until its closure in 1974.  In 2006, the site was sold to the County of Riverside.  GCR and LPC utilized the site for small rocket motor assembly, rocket motor testing operations, propellant incineration, and minor disposal activities.[140]

238.   Perchlorate is the primary chemical found in both soil and groundwater at the Laborde Canyon site.  TCE is also present in soil and groundwater but to a limited extent.

1.   Sources of Perchlorate Contamination

239.   The major sources of perchlorate contamination to the soil and groundwater were the Test Bay Area (primarily Test Bay 3) and the Waste Discharge Area.  Perchlorate has also been found in the soil and groundwater in the Garbage Disposal Area.[141]

240.   The nature and extent of perchlorate contamination in the soil near the Test Bay Area suggest that the land surface was flooded by perchlorate-contaminated water during GCR's and LPC's operations.[142]  The Test Bay Area was used for test firing rocket motors.[143]

241.   The Waste Discharge Area was described as two shallow basins protected by 2 ft. high berms.  The nature of the waste disposed is unknown but likely included both residue from propellant incineration and liquids.[144]

---

[140] **U.S. Exh. 13**, Tetra Tech, Inc., Dynamic Site Investigation and Summary Remedial Investigation Report, Lockheed Martin Corp., Beaumont Site 2, Beaumont, California (Aug. 2009), at US Exhibit 13.0011-12.

[141] **U.S. Exh. 13**, Tetra Tech, Inc., Dynamic Site Investigation and Summary Remedial Investigation Report, Lockheed Martin Corp., Beaumont Site 2, Beaumont, California (Aug. 2009), at US Exhibit 13.0236-38.

[142] **U.S. Exh. 13**, Tetra Tech, Inc., Dynamic Site Investigation and Summary Remedial Investigation Report, Lockheed Martin Corp., Beaumont Site 2, Beaumont, California (Aug. 2009), at US Exhibit 13.0132.

[143] **U.S. Exh. 13**, Tetra Tech, Inc., Dynamic Site Investigation and Summary Remedial Investigation Report, Lockheed Martin Corp., Beaumont Site 2, Beaumont, California (Aug. 2009), at US Exhibit 13.0015.

[144] **U.S. Exh. 13**, Tetra Tech, Inc., Dynamic Site Investigation and Summary Remedial Investigation Report, Lockheed Martin Corp., Beaumont Site 2, Beaumont, California (Aug. 2009), at US Exhibit 13.0018.

2. <u>Sources of TCE Contamination</u>

242.    The sources of TCE contamination to groundwater were the Waste Discharge Area and Garbage Disposal Area.  The only source of TCE-contaminated soil was the Waste Discharge Area.[145]


        I, Robert J. Sterrett, declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.


Executed on this 30th day of January, 2014, in Jwaneng, Botswana.


                                        *Robert J. Sterrett*

                                        Robert J. Sterrett, Ph.D., RG

---

[145] **U.S. Exh. 13**, Tetra Tech, Inc., Dynamic Site Investigation and Summary Remedial Investigation Report, Lockheed Martin Corp., Beaumont Site 2, Beaumont, California (Aug. 2009), at US Exhibit 13.0238-39.

1   JEFFREY H. WOOD
    Acting Assistant Attorney General
2   ANDREW J. DOYLE (FL Bar No. 84948)
    JOHN THOMAS H. DO (CA Bar No. 285075)
3   SAMARA M. SPENCE (TN Bar No. 031484)
    United States Department of Justice
4   Environment and Natural Resources Division
    P.O. Box 7611
5   Washington, D.C.  20044
    (202) 514-4427
6
    PHILLIP A. TALBERT
7   United States Attorney
    GREGORY T. BRODERICK
8   Assistant United States Attorney
    501 I Street, Suite 10-100
9   Sacramento, CA  95814
    Telephone:  (916) 554-2700
10  Facsimile:   (916) 554-2900

11  Attorneys for the United States

12

13                  UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,          No. 2:13−CV−02095−KJM−DB

16          Counterclaim Plaintiff,

17  v.                                 **DIRECT EXPERT TESTIMONY OF**
                                       **MARK C. RAINS, PH.D., PH**
18  DUARTE NURSERY INC., AND
    JOHN DUARTE,
19                                     Trial Date:  August 15, 2017
            Counterclaim Defendants.
20  _____

21

22

23

24

25

26

27

28
                                       1
    Declaration of Mark C. Rains, Ph.D.

**<u>TABLE OF CONTENTS</u>**

I.    SUMMARY OF QUALIFICATIONS ...........................................3

II.   SUMMARY OF OPTIONS .................................................7

III.  CONCLUSIONS..........................................................9

   A.   The Duarte site sits on landforms that developed over several
        hundred thousand years or more, forming slowly permeable
        soil layers and well-developed water channels, which are
        critical to normal hydrologic functioning of these landscapes ...........9

   B.   The aquatic features on the Duarte site are located
        in a Mediterranean climate that has experienced a drought
        from 2012-2014 ...................................................10

   C.   The US Expert Team considered and selected nearby
        "reference sites" in order to assess what conditions on the
        Duarte site would have been had the Duarte site not been ripped .................11

   D.   Before the 2012 ripping, intact and complex microtopographic
        structures existed within vernal pools and swale complexes on the
        Duarte site ......................................................14

   E.   Vernal pools and vernal swales on the reference sites flow
        directly through branch streams to Coyote Creek, confirming
        that the same features on the Duarte site also flowed to
        Coyote Creek before the ripping ..................................14

   F.   Before the 2012 ripping, intact vernal pool and vernal swale
        complexes on the Duarte site performed critical functions
        through transforming the chemical properties of downstream waters .........16

   G.   Duarte's 2012 ripping blocked the horizontal flow of water and
        caused vertical drainage of wetlands, meaning more water is
        required before ponding can occur. ................................18

   H.   The cattle grazing on the Duarte site prior to the 2012 ripping
        did not have an impact on vernal pools and swales comparable
        to the 2012 ripping ..............................................21

   I.   Sediments at the Duarte site have been disturbed by the
        2012 ripping and are now susceptible to erosion ....................23

IV.   METHODOLOGY........................................................24

Declaration of Mark C. Rains, Ph.D.

I, Mark C. Rains, Ph.D., declare:

1. I am the Director of the School of Geosciences at the University of South Florida and a Professor specializing in hydrological sciences (the study of the earth's water and its movement); ecohydrology (the intersection of hydrology and ecology, a biological science pertaining to organisms and their relationship to their environment); and wetlands, streams and rivers, and estuaries. I am also a licensed Professional Wetland Scientist (No. 1299).

2. I evaluated the hydrology of the Duarte site, both before and after the CWA violations at issue in this case. My testimony explains the likely functioning of the wetlands and streams of the Duarte site prior to the disturbances at issue in this case and the likely impacts of Duarte's ripping, both to the wetlands and streams on the Duarte site and the streams downgradient of the Duarte site to the Sacramento River.

3. My conclusions and analyses offered in this case are my own.[1] They are based on my personal observations and analyses, data and facts collected from the site in question, reference material, reliable principles and methods, as well as my experience spanning over 2 decades researching and teaching issues related to hydrology and ecohydrology. To conduct my assessments, I have personally visited the Duarte site and other similarly situated sites in the region, conducting detailed observations and studies on the climate, geology/soils, topography, and hydrology; studied publicly available data; considered technical opinions from other members of the United States' Expert Team, and relied upon my own prior research and publications on the hydrological connectivity of uplands, wetlands, and streams in the region.

I. SUMMARY OF QUALIFICATIONS

4. I have spent over 2 decades of my career studying, researching, teaching, and publishing on issues related to hydrology and ecohydrology.[2] Ecohydrology is the study of the interactions between water and biological organisms in the environment, including both the effects

---

[1] My observations, conclusions, and analyses are disclosed in the United States' Expert Team Report (**USA Ex. 43**, US Expert Team Report (June 5, 2015)) and the United States' Expert Team Rebuttal Report (**USA Ex. 76**, US Expert Team Rebuttal Report (July 23, 2015)). The portions specifically authored by me are detailed in Section **II**.

[2] My CV can be found at **USA Ex. 55**. An updated version is attached as Appendix A to this declaration.

Declaration of Mark C. Rains, Ph.D.

of water on organisms and organisms on water. I specialize in hydrological connectivity and the role that it plays in controlling the structure and function of streams, rivers, wetlands, and estuaries.  My CV can be found at **USA Ex. 55**.[3]

5.      I graduated from the University of California, San Diego in 1990, earning a Bachelor of Arts degree in Ecology, Behavior, and Evolution.  In 1994, I earned a Master of Science degree in Forest Resources from the University of Washington in Seattle, specializing in the ecohydrology of wetlands.  And in 2002, I completed my Ph.D. in Hydrological Sciences at the University of California, Davis, specializing in the hydrology and ecohydrology of rivers, streams, and wetlands. In 2002-2003, I was a postdoctoral scholar at the University of California, Davis, where I conducted some of the seminal research on the hydrology and ecohydrology of vernal pools in the Central Valley of California.

6.      I have published extensively on hydrological connectivity and the role that it plays in controlling the structure and function of rivers, streams, wetlands, and estuaries.  To date, I have published 46 peer-reviewed articles, reports, book chapters, edited volumes, and theses and dissertations.  I have also published six peer-reviewed teaching materials.  *See, e.g.*, including Rains, M.C., "Salmon use of geomorphically restored streams at Point Reyes National Seashore", Spreadsheets Across the Curriculum, Module SSACgnp.GB661.MCR1.3. Tampa: University of South Florida Libraries (2010).

7.      **USA Ex. 68** is a peer-reviewed article I published in 2008 in the peer-reviewed journal *Wetlands* entitled "Geological control of physical and chemical hydrology in vernal pools, Central Valley, California."[4]  The USA Expert Team Report, **USA Ex. 43**, also frequently cites an article I published in 2006 in the peer-reviewed journal *Hydrological Processes* entitled "The role of perched aquifers in hydrological connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California."[5] Both are widely cited and considered seminal works

---

[3] *See* **USA Ex.** 55, USA Expert Team Report, Appendix G: DOJ Expert Team Qualifications, Mark Rains (June 5, 2015).

[4] **USA Ex.** 68, Rains, M.C., R.A. Dahlgren, R.J. Williamson, G.E. Fogg, and T. Harter, "Geological control of physical and chemical hydrology in vernal pools, Central Valley, California", *Wetlands* 28:347-362 (2008).

[5] Rains, M.C., G.E. Fogg, T. Harter, R.A. Dahlgren, and R.J. Williamson, "The role of perched aquifers in hydrological

describing hydrological connections between vernal pools, vernal swales, and streams and rivers in the same region as the Duarte site.

8.      To date, I have also published at least 39 technical reports, and have presented at more than 106 national and international meetings, seminars, colloquia.  These include, among many others, presentations for the American Geophysical Union, the Geological Society of America, the American Water Resources Association, the Society of Wetland Scientists, and talks at numerous university seminars and colloquia.

9.      I have been regularly teaching undergraduate and graduate level courses since 2003 and short courses to professionals since 1994.  My courses include numerous topics directly related to my opinions in this case, including: Hydrogeology, Fluvial Hydrology and Geomorphology, Ecohydrology, the Hydrology Section of the University of South Florida Geology Summer Field School, Hydrogeomorphic Approach to Assessing Wetland Functions, Ecology and Management of Vernal Pool Grasslands, and other courses covering the interactions between hydrology, geomorphology, and ecology.  I also supervise Master's students, Ph.D. students and candidates, and postdoctoral scholars in their research and career development.

10.     I am the Associate Editor for Wetland and Watershed Hydrology for the Journal of the American Water Resources Association, an internationally recognized, peer-reviewed journal widely read by scientists, engineers, and policy-makers in academia, government agencies, non-government organizations, and industry.  I am also a member of the Board of Directors for the University of South Florida, Institute of Environmental Studies.

11.     I was a member of the Science Advisory Board Panel for the Review of the EPA Water Body Connectivity Report from 2013 through 2014.  And I have held research positions for the University of California, Davis; the Smithsonian Environmental Research Center; and the University of Washington, College of Forest Resources.

---

connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California", *Hydrological Processes* 20:1157–1175 (2006).

Declaration of Mark C. Rains, Ph.D.

12.     Since 2004, I have been a representative for the University of South Florida to the Consortium of Universities for the Advancement of Hydrologic Sciences.  I am also a member of several professional organizations related to my field of expertise, including the American Geophysical Union, the American Water Resources Association, the Geological Society of America, the International Association of Hydrological Sciences, and the Society of Wetland Scientists.

13.     I have received several awards for my work in hydrological sciences.  I have received two Scientific and Technological Achievement Awards from the United States Environmental Protection Agency for my work on hydrological connectivity.  I also was named a Patel Faculty Research Fellow by the Dr. Kiran C. Patel Center for Global Solutions for my work on balancing limited water resources between human and natural users in rural communities in Latin America and the Caribbean Basin.  I also was the technical lead for a team that won first place in the Natural Resources / Environment Category for a project on the "Future of the Region" from the Tampa Bay Regional Planning Council, for our work on a coordinated compensatory mitigation effort in the Tampa Bay Watershed.

14.     Since 2005, I also have been the President of Coshow Environmental, Inc. (CEI), an environmental consulting firm.  CEI conducts hydrological, ecohydrological, and ecological studies for public- and private-sector clients throughout North America and the Caribbean Basin.  For example, we have studied how streambank protection features like rock rip-rap constructed to protect streambanks in one location can cause excessive streambank erosion in other locations in streams like Coyote Creek; and have developed, tested, and helped adopt a technical tool for assessing the functions of wetlands and rivers on the Jicarilla Apache Reservation in New Mexico.

15.     In addition to my academic and consulting work, I have also testified in court several times in cases involving hydrology and environmental issues.  For example, I provided technical support on behalf of the Unites States in *Borden Ranch v. United States Army Corps of Engineers*, coauthoring two expert reports assessing the function of federal protected aquatic features and the impacts of Clean Water Act violations on these features.

Declaration of Mark C. Rains, Ph.D.

16.     I am familiar with the Duarte site and the watershed in Tehama County, California.  I begin observing and assessing the Coyote Creek Watershed in 2012 for the United States in a case called *United States v. Anchordoguy*, which involved discharges of dredged or fill material to streams, vernal pools, and vernal swales that are part of the Coyote Creek tributary system further downstream from the Duarte site.  I have assessed conditions in the Coyote Creek Watershed since that time.  I have personally observed the Duarte site from roads on multiple occasions and accessed the Duarte site in 2015 for nearly two weeks. [6]  Since 2012, I have conducted assessments in the Coyote Creek Conservation Area ("CCCA"), which is immediately west of the Duarte site.  The CCCA is exemplary of vernal pools, vernal swales, and associated stream landscapes in the northern Sacramento Valley.  The CCCA has numerous intact complexes of vernal depressions and vernal swales and a network of streams that ultimately connect the main stem of Coyote Creek to Oat Creek, and the Sacramento River.  I have walked the wetlands and streams of the CCCA and the Duarte site, delineating wetland and stream boundaries; documenting site features as they relate to hydrologic functioning; and documenting impacts to streams and wetlands.  I also have visited all of the accessible portions of Coyote Creek and Oat Creek below the confluence with Coyote Creek, from the headwaters in the Coyote Creek Conservation Area, along the northern boundary of the Duarte site, and downstream to the point of discharge at the Sacramento River.  I also have personally visited stream systems analogous to Coyote Creek and Oat Creek and viewed the connections between the wetlands and streams on the Duarte site to the main stem of Coyote Creek and the subsequent connections to Oat Creek and the Sacramento River.  I have also spent several weeks over the course of several years nearby studying the hydrologic characteristics of similarly situated sites in the region.

II.     **SUMMARY OF OPINIONS**

17.     I authored much of the United States' Expert Team Report, which is **USA Ex. 43**, and its appendices.  Our report is interconnected and we often relied on one another's sub-specialties.  My data,

---

[6] The United States' Expert Team visited the Duarte site from March 31 through April 9, 2015 and again on July 17 and 18, 2017.

Declaration of Mark C. Rains, Ph.D.

analyses, and conclusions provided foundational support for the analyses and opinions of other members

of the expert team.

   18.  In particular, I was the principal author of the following sections of the United States'

Expert Team Report:

   a. § III.A & B (pages 11-20)[7]   f. § V.C.2 & 3 (page 70-73)

   b. § IV.D.1.a (page 30)      g. § V.D.2 (page 79);

   c. § IV.D.1.c.2 (page 35-36)   h. § V.H (page 103-04);

   d. § IV.E.4 (pages 38-39)    i. § VI ¶ 8 (pages 150-151); and

   e. § IV.H (pages 44-47)     j. portions of Appendices A, B, C, G, and I.

I formed, and continue to hold, the scientific, expert, and technical opinions in the above sections.  In

addition to the opinions contained within the text of the above sections, I prepared the figures and graphs

in those sections using my scientific and technical expertise and my decades of experience.  I stand by

my particular opinions set forth in the sections above, as well as the overall conclusions of the report and

in the appendices.  I previously filed a declaration to this effect and stand by it as well.  (*See* ECF No.

143).  I incorporate my sections of the expert report and appendix herein by reference.

   19.  I assisted in the preparation of the wetland determination forms in Appendix A, part 1

which is **USA Ex. 44**, by making and substantiating hydrologic and soils observations and wetland

determinations in the CCCA reference areas.  I also assisted in the preparation of the wetland

determination forms in Appendix A, part 2, which is **USA Ex. 45**, by making and substantiating

hydrologic and soils observations and wetland determinations in the Duarte site.  Appendix C, which

is **USA Ex. 47**, and includes detailed descriptions and assessments on the Duarte site at 31 plot

locations.  I assisted in the preparation of Appendix C by collecting and analyzing data, creating

figures and tables, drawing conclusions, and reviewing and approving the documents.  I stand by my

data in these appendices.

---

[7] For purposes of my testimony, citations to page numbers in my expert reports refer to the "original" page numbers on the document rather than to the court's exhibit page numbers.

Declaration of Mark C. Rains, Ph.D.

20.     I was also a major author of the United States' Expert Team Rebuttal Report, which is **USA Ex. 76**.  I was a principal author of § III.C (pages 26-31), § III.F (pages 41-50), and III.G (pages 50-55).  I stand by my opinions set forth in these sections and the overall conclusions of the report, and I incorporate my sections of the rebuttal report herein by reference.

III.     **CONCLUSIONS**

A.  **The Duarte site sits on landforms that developed over several hundred thousand years or more, forming slowly permeable soil layers and well-developed water channels, which are critical to normal hydrologic functioning of these landscapes.**

21.     The Duarte site sits on landforms that are hundreds of thousands to over one million years old; these landforms have had sufficient time to form numerous types of slowly permeable soil layers.[8]  "Slowly permeable" soil layers stop or significantly impede the movement of water downward into the soil.  This means that the soils hold water above the slowly permeable soil layers rather than allowing water to drain vertically downward to great depths.  These slowly permeable soil layers include, but are not limited to, clay-rich and argillic soil horizons in some places, and duripans comprised of silica and iron-cement layers in others.  These slowly permeable soil layers can occur anywhere from right at or very near the soil surface to depths of greater than 70 inches below the soil surface.  Typically, there is more than one type of slowly permeable soil layer in any one location.  Soil series maps of the area generated by the Natural Resources Conservation Service ("NRCS") can be found in the United States' Expert Team Report, **USA Ex. 43**, at Figures III-1 and III-2, on pages 12-13.

22.     Because these landforms are so old, well-developed topographic relief has formed through the process of erosion.  In other words, the movement of water over long periods of time has eroded the soils and formed coherent drainage networks.  These networks resemble a tree on its side (a "dendritic" structure).  The main stem of Coyote Creek, on the northern boundary of the Duarte site, is the trunk of the tree; the vernal pools, vernal swales, and small unnamed streams (which the

---

[8] **USA Ex.** 80, Helley EJ, Harwood DS (1985) Geologic Map of Late Cenozoic Deposits of the Sacramento Valley and Northern Sierran Foothills, California. U.S. Geological Survey, Miscellaneous Field Studies Map MF-1790. U.S. Government Printing Office, Washington, DC.; **USA Ex. 81**, Jennings CW, with modifications by Gutierrez C, Bryant W, Saucedo G, Wills C (2010) Geologic map of California: California Geological Survey, Geologic Data Map No. 2, scale 1:750,000.

Declaration of Mark C. Rains, Ph.D.

team has named Streams 1 through 6 and 8 through 10[9]) are the tree's branches and leaves.  These networks allow water to flow from the vernal pools and vernal swales, to the small unnamed streams, and into main stem of Coyote Creek, Oat Creek, and then the Sacramento River.

23.     The slowly permeable soil layers and drainage networks are critical to normal hydrologic functioning of these landscapes.  Rainfall infiltrates only to shallow depths, perching (i.e. sitting) on the slowly permeable soil layers and accumulating through individual storms and the overall wet season.  As water accumulates, the water table rises upwards toward the land surface. This rising water table reaches the land surface first in the microtopographic lows, like the vernal pools, vernal swales, and streams. Once there, the water moves rapidly across the land surface through the well-developed drainage network, flowing from the vernal pools and vernal swales, to the streams (including the main stem of Coyote Creek), and then to the downstream waters of Oat Creek, and the Sacramento River.

**B. The aquatic features on the Duarte site are located in a Mediterranean climate that has experienced a drought from 2012-2014.**

24.     The Duarte site is located in a region with a Mediterranean climate, characterized by mild, wet winters and hot, dry summers and high precipitation variability from year-to-year. Approximately 95% of precipitation falls October through May, with much of that falling during brief, intense storms.  Precipitation rarely falls June through September.  The mean annual rainfall at the Red Bluff Airport near the Duarte site between 1981 and 2010 was 24.8 inches.  However, precipitation is highly variable from year-to-year, with annual rainfall in the same location ranging between 16.4-33.0 inches in 2/3 of the years during the interval of 1981 to 2010.

25.     The area of the Duarte site experiences droughts from time to time.  From 2012 through 2014, Tehama County was in a deep and persistent drought, meaning that regional rainfalls were well-below normal.  A peer-reviewed and published study based upon an analysis of tree ring data indicated that the drought that encompassed all of California during this period of time was

---

[9] The team originally named a Stream 7, but we discovered in the field it is actually a swale abutting and flowing to either or both Stream 6 or 8.  It is now treated as part of Stream 6.

Declaration of Mark C. Rains, Ph.D.

likely the most severe drought in over 1000 years.[10]  Although much of California was still

experiencing drought in 2015, in this region rainfall had improved; through the date of my study

(April 10, 2015), rainfall for the 2015 Water Year had reached 64-75% of normal for an entire year.

26.     Annual rainfall for the 2013 "Water Year"—measured from October 1 through

September 30—was 62-66% of normal.  Annual rainfall for 2014 was 11.55 inches, which is 46-

58% of normal.  As noted above, rainfall for the 2015 Water Year had reached 64-75% of normal.

To determine this, I analyzed historical and current rainfall data from three sources near the Duarte

site.  When viewed on a monthly basis, four months out of Water Year 2013 were extremely dry;

five months in 2014 were extremely dry, but only one month in 2015 through the date of my study

was extremely dry.  A detailed explanation of how I determined annual and monthly rainfall,

including graphs, can be found at **USA Ex. 43**, p. 15-20.

27.     The United States Expert Team took the drought into account when assessing the

conditions and harms on the Duarte site.  This enabled the United States Expert Team to better

understand and predict the expected duration of flow in each year from the vernal pools and vernal

swales, the streams, including the main stem of Coyote Creek, and downstream to Oat Creek and the

Sacramento River.

**C. The US Expert Team considered and selected nearby "reference sites" in order to assess what conditions on the Duarte site would have been had the Duarte site not been ripped.**

**28.**     Because the Duarte site was ripped in late 2012, the United States Expert Team was

not able to study firsthand the undisturbed conditions of that site during this litigation, except for a

small area separated by a fence that was undisturbed.  Therefore, we decided to use "reference sites"

to study the hydrological conditions and processes in vernal pools, vernal swales, and streams,

similar to the ones on the Duarte site and infer the Duarte site's likely pre-disturbance conditions.

Use of reference sites is a common way to study the likely pre-disturbance conditions of aquatic

features in Clean Water Act assessments.

---

[10] Griffin D, Anchukaitis KJ, "How unusual is the 2012-2014 California drought?", *Geophysical Research Letters* 41:9017-9023.

11

Declaration of Mark C. Rains, Ph.D.

**29.**     Vernal pools, vernal swales, streams, and rivers similar to the ones on and hydrologically connected to the Duarte site have been documented in several nearby locations. [11] We considered, examined, and visited several potential reference area in the vicinity of the Duarte site as potential references.

**30.**     We selected two reference sites in the Coyote Creek Conservation Area: "Area 13" and the "Agricultural Area".  The Duarte site is located just east and downstream of the Coyote Creek Conservation Area.  The Coyote Creek Conservation Area is very close to the Duarte site, separated only by the narrow, unpaved Paskenta Road, and the Coyote Creek tributary system originates there.  Area 13 and the Agricultural Area, both part of the Coyote Creek / Oat Creek Watershed, contain vernal pools, vernal swales, and small streams including the main stem of Coyote Cree, all of which are similar to those on the Duarte site.  The aquatic features on these sites are supported by a continuous flow of surface water during the wet season and perched subsurface water (groundwater just below the surface) that hydrologically and biochemically connect vernal pools, vernal swales, and streams in the entire watershed.[12]  The slowly permeable layers of similar features on the Duarte site, which are critical to their functioning as explained below, were pierced and fractured by the 2012 ripping.

**31.**     Area 13 has never been tilled, its slowly permeable soil layers remain intact, and it is used for cattle grazing only.  The Agricultural Area has likely not been tilled since before August 1998.  I discovered in the field that the slowly permeable soil layers in the Agricultural Area remain intact, which means that any historical tillage was shallow and probably limited to plowing.  The Agricultural Area is also used for cattle grazing.  Thus, these sites are ideal for studying the likely pre-disturbance conditions of the Duarte site.  We also consider the Thomes Ecological Reserve site, which is located just south of the Coyote Creek Conservation Area and Duarte site and supports similarly situated vernal pools, vernal swales, and streams.

[11] *See, e.g.*, **USA Ex. 68**, Rains, M.C., R.A. Dahlgren, R.J. Williamson, G.E. Fogg, and T. Harter, "Geological control of physical and chemical hydrology in vernal pools, Central Valley, California", *Wetlands* 28:347-362 (2008).

[12] *See, e.g.*, Rains, M.C., G.E. Fogg, T. Harter, R.A. Dahlgren, and R.J. Williamson, "The role of perched aquifers in hydrological connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California", *Hydrological Processes* 20:1157–1175 (2006).

Declaration of Mark C. Rains, Ph.D.

32.     As Lyndon C. Lee, Ph.D., PWS, explains, the Coyote Creek Conservation Area has ideal reference sites for this case because it has:  (a) high terrace transitions to low terrace geomorphic surfaces; (b) low terrace transitions to floodplain and stream surfaces; (c) elevation/local relief features that are comparable to the Duarte site; (d) mapped and confirmed soil types; (e) a range of land uses including grazing only and grazing combined with some agriculture; (f) limited human uses other than grazing and relatively light and passive recreational uses; and (g) safe and secure/controlled access.

33.     Here is a map showing the Area 13 and Agricultural Area reference site locations as they relate to the Duarte site.  The northwest corner of the Duarte site is shown in red and black:



Figure IV-1. Coyote Creek Conservation Area (CCCA) showing location of reference sites and proximity to the Duarte Site.

[13]

**D. Before the 2012 ripping, intact and complex microtopographic structures existed within vernal pools and swale complexes existed on the Duarte site.**

---

[13] All Figures numbers in this testimony refer to the original Figure numbers in the Expert Report and Rebuttal Report, **USA Exs. 43 and 76**.

Declaration of Mark C. Rains, Ph.D.

34.     Area 13, the Agricultural Area, and third nearby site called the Thomes Ecological Reserve each has intact and complex microtopographic structures within vernal pools and vernal swales.  In other words, the ground surface undulates, with small, dome-shaped hummocks (i.e. a knoll or hump) and small, irregular-shaped, interconnected wetland depressions and sloped wetlands (i.e., vernal pools and vernal swales), and total relief between adjacent hummocks and depressions is only a few feet.  Inlets and outlets of the vernal pools and vernal swales are formed in such a way that water flows over and through the relatively smooth and level vernal pool and vernal swale bottoms.  These vernal pool and vernal swales commonly occur within the uppermost reaches of the dendritic tributary networks.  The water then flows downgradient into small streams, and then to the main stem of Coyote Creek, Oat Creek, and the Sacramento River.  The entire aquatic network is hydrologically connected.

35.     These reference sites provide particularly useful data here, and the fact that microtopographic conditions remain intact under each of these three conditions strongly suggests that such features remained intact on the Duarte site before the 2012 ripping.  Duarte's ripping impacted and fundamentally changed the aquatic microtopographic structure, relocating earthen material from microtopographic high spots into miccrotopographic low spots—including areas within vernal pools and vernal swales.

**E.  Vernal pools and vernal swales on the reference sites flow directly through branch streams to Coyote Creek, confirming that the same features on the Duarte site also flowed to Coyote Creek before the ripping.**

36.     I documented continuous flows out of the vernal pools and vernal swales in the Coyote Creek Conservation Area through streams into downstream waters including Coyote Creek, and thereafter to Oat Creek and then the Sacramento River.  Here is a photograph taken in the Agricultural Area, where I documented continuous flow from a vernal pool immediately upstream of the photograph through the vernal swale in the photograph until it reached and abutted the main stem of Coyote Creek:

14

Declaration of Mark C. Rains, Ph.D.



Photo V-1   Flow generation in the Agricultural Area of the Coyote Creek Conservation Area. The flow originates in the Agricultural Area vernal pool immediately upstream of the photograph and is continuous and unbroken until it reaches Coyote Creek downstream and to the left of the photograph. The photograph was taken within a few minutes of Photo V-2.

37.     Here is another photograph taken in the Agricultural Area showing a small, unnamed stream that carries the flow continuously from the area shown in V-1 (and just upstream from V-1) until it reaches the main stem of Coyote Creek just out of site of the photograph:



Photo V-2   Flow at the Agricultural Area stream of the Coyote Creek Conservation Area. The flow originates in the Agricultural Area vernal pool upstream of the photograph and is continuous and unbroken until it reaches Coyote Creek downstream and just out of site on the photograph. The photograph was taken within a few minutes of Photo V-2.

Declaration of Mark C. Rains, Ph.D.

38.     Despite the historic drought and low rainfall for Water Years 2013 and 2014, and still less than normal rainfall in 2015 as  explained above, I nonetheless observed consistent flow through physically connected features during significant portions of each year.  The annual days of flow in Area 13 were 50, 19, and 40, respectively, for Water Years 2013, 2014, and 2015 (through April 10, 2015).  The annual flow days for the Agricultural Area were 54, 17, and 36, respectively, for Water Years 2013, 2014, and 2015 (through April 10, 2015).  A detailed explanation of how I determined annual and monthly rainfall, including graphs, can be found at **USA Ex. 43**, p. 70-72.

39.     In a normal rainfall year, the annual days of flow from the vernal pools and vernal swales in a small watershed in the Coyote Creek / Oat Creek Watershed would be expected to be approximately 85 days, or more generally approximately 75-100 days.  This calculation is based on annual days of flow as a function of watershed area (in square miles) for the 7 U.S Geological Survey stream gauges with long-term records in the same physiographic region as the Coyote Creek / Oat Creek Watershed.  This result was consistent with my past research in which I found that the annual days of flow from similar vernal pools in small watersheds like this one in the area was roughly 90 days.[14]

40.     Therefore, I conclude that, prior to Duarte's 2012 ripping, the wetland vernal pools, wetland vernal swales, and streams on the Duarte site generated continuous flow to the main stem of Coyote Creek an average of 85 days of flow annually during a normal rainfall year, and such hydrological interconnectedness is critical to their functioning.

**F.  Before the 2012 ripping, intact vernal pool and vernal swale complexes on the Duarte site performed critical functions through transforming the chemical properties of downstream waters.**

41.     In healthy vernal pool and vernal swale complexes (supported by streams), water is transformed through biogeochemical process.  Water enriched in nutrients enters vernal pools and vernal swales and is held there for a little while.  "Biota"—including bacteria, phytoplankton, and

---

[14] Rains, M.C., G.E. Fogg, T. Harter, R.A. Dahlgren, and R.J. Williamson, "The role of perched aquifers in hydrological connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California", *Hydrological Processes* 20:1157–1175 (2006).

16

Declaration of Mark C. Rains, Ph.D.

plants—in the vernal pools and vernal swales quickly consume the nutrients and convert them to organic carbon, which can then flow to streams and other downstream waters.[15]  This can happen within a matter of hours to days following the storms that bring water into the vernal pools and swales.[16]  The biogeochemical processes that convert nutrients to organic carbon are crucial to the health of downstream waters because the organic carbon becomes a fuel at the base of the food chain in the downstream waters.  Microorganisms eat the organic carbon, invertebrates eat the microorganisms, and vertebrates (including fish) each the invertebrates.

42.     When vernal pool complexes do not perform this chemical process, nutrients (rather than organic carbon) can be exported downstream instead.  Not only do the downstream waters suffer from lack of a food source, but the nutrients can cause algae blooms, or an overabundance of phytoplankton.  Phytoplankton are microscopic plants.  During the day, they produce oxygen as a by-product of photosynthesis.  During the night, they consume oxygen through normal biological respiration.  During algal blooms, the excess phytoplankton cause oxygen concentrations in the water to fluctuate widely, from extremely high during the day to extremely low during the night. The, when the algae die, oxygen concentrations in the water can be dramatically depressed as the algal biomass is consumed by other microorganisms.  The so-called "Dead Zone" in the Gulf of Mexico, a large region so depleted in oxygen that it cannot support most marine life, is perhaps the best known example of this phenomenon.  The "Dead Zone" is a New Jersey-sized region stretching along the coasts of Texas and Louisiana.

43.     The vernal pools and vernal swales in the reference sites in the Coyote Creek Conservation Area perform functions consistent with a healthy, undisturbed vernal pool and vernal swale landscape.  My study revealed that the levels of nutrients—primarily dissolved inorganic nitrogen and soluble reactive phosphorus—were significantly lower in the vernal pools and vernal

---

[15] Rains, M.C., G.E. Fogg, T. Harter, R.A. Dahlgren, and R.J. Williamson, "The role of perched aquifers in hydrological connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California", Hydrological Processes 20:1157–1175 (2006).

[16] Rains, M.C., G.E. Fogg, T. Harter, R.A. Dahlgren, and R.J. Williamson, "The role of perched aquifers in hydrological connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California", Hydrological Processes 20:1157–1175 (2006).

17

Declaration of Mark C. Rains, Ph.D.

swales than in the streams and canals.  Meanwhile, my study also revealed that the levels of organic carbon were significantly higher in the vernal pools and vernal swales than in the streams and canals. These results were consistent with my prior research.[17]  In the absence of a healthy vernal pool and vernal swale landscape, my tests would have produced the opposite results.  For a complete description of the tests performed, my testing methods, and the results for individual chemical components, see **USA Ex. 43**, p. 70, 73.

44.     This transformation of enriched nutrients into organic carbon is likely most pronounced in the early wet season.  This is because mineral nitrogen and phosphorus are both released from soils during early season rainfall, when there is little biological demand for these nutrients.  They flow horizontally into the vernal pools and swales, where they are converted into organic matter in very short periods of time.  As the rainy season continues, water from the vernal pools and vernal swales flows into the streams, contributing their organic material where it can be most useful to the downstream ecosystems.

45.     Because of the similarities and proximity between the sites, I conclude that, before the 2012 ripping, the vernal pool and vernal swale landscape on the Duarte site performed the same function as the vernal pool and vernal swale landscape in the reference areas on the Coyote Creek Conservation Area.

### G. Duarte's 2012 ripping blocked the horizontal flow of water and caused vertical drainage of wetlands, meaning more water is required before ponding can occur.

46.     The late 2012 ripping had immediate and continuing effects on the Duarte site's aquatic features.  It relocated soil and created furrows and ridges that block the horizontal flow of water and it pierced many of the slowly permeable soil layers causing vertical drainage of waters that would previously have flowed horizontally.

47.     Duarte's ripping created these parallel rows of furrows and ridges that look like this:

---

[17] Rains, M.C., G.E. Fogg, T. Harter, R.A. Dahlgren, and R.J. Williamson, "The role of perched aquifers in hydrological connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California", Hydrological Processes 20:1157–1175 (2006).

Declaration of Mark C. Rains, Ph.D.

Figure F7. Furrows and intra-furrow ridges perpendicular to the flow direction in wetland vernal swale that drains left-to-right and off the Duarte Site boundary to the right.

48.     The furrows and ridges are in many instances perpendicular to the direction of water flow.  Water levels in streams, vernal pools and vernal swales are often shallow, sometimes less than an inch deep.  The ridges block the normal flow of this water.  Here is a photograph showing water in a vernal pool blocked by ridges and unable to flow into the stream channels downstream:

Declaration of Mark C. Rains, Ph.D.



Figure F9.  Water trapped in parallel linear pools or directed along parallel linear channels due to the tillage on November and December 2012. Photograph is taken looking east from Paskenta Road.

49.    Duarte's 2012 ripping pierced the slowly permeable soil layers that previously slowed the downward flow of water in vernal pools, vernal swales, and streams.  Now, the water vertically to greater depths.  Here is an illustration:

Figure F10.  Tillage like in the photograph on the left can fracture slowly permeable or impermeable soil layers, changing flow paths from lateral overland to vertical downward like in the cartoon on the left. Figure taken from the DoJ Expert Report (Figure V-43).

20

Declaration of Mark C. Rains, Ph.D.

50.     Since the ripping, water is able to infiltrate to greater depths.  That is the effect of ripping—to increase the depth of infiltration.  Water now has to flow to greater depths before it hits a slowly permeable soil layer or other restrictive layer, if it hits one at all.  This means that more water must accumulate through a storm or throughout the wet season before the water table can rise to the surface and inundate the vernal pools and vernal swales.  The absorbent soil layers must now drink a greater quantity; ponding and flow can only happen once the soil storage space is full.  In other words, more rainfall—potentially a lot more—is required before ponding can occur in the vernal pools and vernal swales and flow can be transmitted to the  streams, including the main stem of Coyote Creek.

**H. The cattle grazing on the Duarte site prior to the 2012 ripping did not did not have an impact on vernal pools and swales comparable to the 2012 ripping.**

51.     The areas surrounding the Duarte site were grazed by wildlife prior to European settlement and have been grazed by cattle at times since the early European settlements in the area.  Because grazing is the natural condition, light to moderate intensity gazing by cattle is considered a sustainable vernal pool and vernal swale landscape management practice.[18]  Cattle grazing does not fracture slowly permeable soil layers.  This is one reason why the conversion of cattle land to planted agriculture usually involves ripping, at least in this part of California.  Additionally, cattle form prints that are small, shallow, and overlapping, with an average depth of less than an inch.

52.     Area 13 of the Coyote Creek Conservation Area, which was recently grazed at the time of my photo, looks like this:

---

[18] **USA Ex. 84**, Tehama County Resource Conservation District (2008) Tehama West Watershed Management Plan. Tehama County Resource Conservation District, Red Bluff, California.

Declaration of Mark C. Rains, Ph.D.



Figure G1b.  Cattle foot prints in Depression #1, Area 13, Coyote Creek Conservation Area. Note both the small relative elevation changes and the small, shallow nature of the prints, which will not block flows in one direction and channel flows in another direction.

      53.    But Duarte's 2012 ripping formed large, deep linear furrows in wetland vernal pools, vernal swales, and streams, with depths of up to 11.25 inches.  The ripped Duarte site looks like this:



Figure G2b.  Tillage in a vernal pool. Note both the large relative elevation changes and the long, deep nature of the furrows, which will block flows in one direction and channel flows in another direction.

My topographical studies are described in more detail in **USA Ex. 76**, p. 50-55.

Declaration of Mark C. Rains, Ph.D.

54.     The effects of the two conditions on water flow are quite different.  When water levels in the cattle-grazed vernal pools and vernal swales are low, the water might be directed from hoof print to hoof print, but the arrangement of prints does not create a wholesale redirection of water flow in any particular direction.  But in the ripped landscape, even when the water levels are relatively high, water is directed along the ridges and is blocked from flowing perpendicular to the ridges.  In other words, the flow and circulation of waters is affected far more significantly by ripping than by cattle grazing.

**I.    Sediments at the Duarte site have been disturbed by the 2012 ripping and are now susceptible to erosion.**

55.     The Duarte site has been intensely tilled (ripped) causing the sediments to detach and making these soils more susceptible to erosion because they can be readily picked up by flowing water.  Here is a photograph of sediments that appear in the main stem of Coyote Creek, starting at the point where the Coyote Creek passes the Duarte site:



Figure F6.  A veneer of fine sediment overlying the more characteristic sands and gravels of the bed of Coyote Creek. This veneer of fine sediments is not seen immediately upstream on the CCCA.

Declaration of Mark C. Rains, Ph.D.

Similar sediments do not appear upstream of the Duarte site, indicating that the Duarte site is the sole source of these sediments.

56.     Erosion caused by disturbed sediments harms the water quality of the entire aquatic system.  It can cause decreased light penetration into stream water, which interferes with natural photosynthesis and therefore reduces the natural phytoplankton and plant growth that forms the base of the food chain.  It can clog interstices between coarse-grained sediments, which reduces the available habitat for certain invertebrates and fish.

57.     I used a standard methodology to determine the sediment grain-size distribution at both the Coyote Creek Conservation Area and the Duarte site.[19]  To determine the extent of erosion likely to occur on the Duarte site, I then used a mathematical formula known in my field as the Shield's dimensionless shear stress approach to compare the grain-size of the loose sediments to the depth of flow necessary to transport sediment of a particular size.

58.     My results show that the Duarte site is far more susceptible to erosion than the reference sites.  This difference is due to Duarte's 2012 ripping.

59.     The Duarte site has a basic mound-and-depression topography.  These formations are now in flux because the ripping exposed new sediments, which erode from the tops of the mounds and are deposited in the bottoms of the depressions and swales, which tend to be vernal pools and vernal swales.  This process is currently ongoing, as Duarte's consultants concede.

IV.     **METHODOLOGY**

60.     To conduct my assessments, I applied the same methods as I do in my academic research and other professional work, and with the same rigor.  I have personally visited the Duarte site and other similarly situated sites in the region, conducting detailed observations on the climate, geology/soils, and topography (i.e., the primary natural controls on hydrologic functioning); physical hydrology (e.g., water levels and flows); chemical hydrology (e.g., water chemistry, including water quality); and land use-land cover (e.g., geographic extent and effects of land conversion activities).  I have also obtained publically

---

[19] Wolman, M. G. (1954), A method of sampling coarse river-bed material, *Transactions of the American geophysical Union* 35:951–956 (1954).

Declaration of Mark C. Rains, Ph.D.

available data, including but not limited to aerial imagery, geologic maps, and historical climatic and hydrologic data in similarly situated sites in the region.  I have conducted these studies over the course of many days spread over many years.  I have also relied upon technical conversations with colleagues with expertise in the hydrology and/or ecology of similarly situated sites in the region, and my own research and publications on hydrology and ecohydrology, including but not limited to the hydrological connectivity of uplands, wetlands, and streams in similarly situated sites in the region, from the past 20+ years.  My methodologies are described more fully in **USA Ex. 43** and **USA Ex. 76**.

Declaration of Mark C. Rains, Ph.D.

1   I swear that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of

2   August, 2017, at Tampa, Florida.

By:



Mark Rains, Ph.D.

26

Declaration of Mark C. Rains, Ph.D.

# APPENDIX A

# Mark Cable Rains

| | |
|---|---|
| **Education** | Ph.D. (2002), Hydrologic Sciences, UC Davis, Davis, California |
| | M.S. (1994), Forest Resources, University of Washington, Seattle, Washington |
| | B.A. (1990), Ecology, Behavior, and Evolution, UC San Diego, San Diego, California |
| **Additional Short Course Education** | Professional Development in Higher Education Leadership Program (2015-2016), University of South Florida, Tampa, Florida (80 Hours) |
| | State University System of Florida Department Chair's Workshop (2015), Mission Inn, Howie-in-the-Hills, Florida (24 Hours) |
| | The Environmental Sampling Field Course (2011), The Nielsen Environmental Field School, Anchorage, Alaska (32 Hours) |
| | Rainwater Harvesting (2010), American Rainwater Catchment Systems Association, Tampa, Florida (16 Hours) |
| | River Morphology and Applications (1996), Wildland Hydrology, Pagosa Springs, Colorado (40 Hours) |
| | Applied Fluvial Geomorphology (1995), Wildland Hydrology, Pagosa Springs, Colorado (40 Hours) |
| **Professional Experience** | Professor (2016-current), Associate Professor (2009-2016) & Assistant Professor (2003-2009), School of Geosciences, University of South Florida |
| | Chair and Director (2015-current), School of Geosciences, University of South Florida |
| | Acting Associate Chair (2013 [two mo.], 2014 [two mo.]), School of Geosciences, University of South Florida |
| | Associate Editor for Watershed and Wetland Hydrology (2015-current) and for Aquatic Ecology (2011-2015), Journal of the American Water Resources Association |
| | President (2005-current), Coshow Environmental, Inc., Temple Terrace, Florida |
| | Vice Chairman, Board of Directors (2015-current), Lumina Youth Choirs, Tampa, Florida |
| | Chairman, Board of Directors (2013-2015), Tampa Bay Children's Chorus, Temple Terrace, Florida |
| | Member (2013-2014), Science Advisory Board Panel for the Review of the EPA Water Body Connectivity Report, U.S. Environmental Protection Agency |
| | Fellow (2008), Dr. Kiran C. Patel Center for Global Solutions, University of South Florida |
| | Postgraduate Researcher (2002-2003), Department of Land, Air, and Water Resources, University of California, Davis |
| | Research Assistant (1997-2002), Department of Geology, University of California, Davis |
| | Staff Scientist (1997-2003), David Magney Environmental Consulting, Ojai, California |
| | Research Associate (1995-1996), Smithsonian Environmental Research Center, |

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 1

Edgewater, Maryland

Senior Associate (1996-1997), Associate (1994-1996), & Technical Assistant (1993-1994), L.C. Lee & Associates, Inc., Seattle, Washington

Research Assistant (1991-1993), College of Forest Resources, University of Washington, Seattle, Washington

**Awards and Certifications**

The George Barley Water Prize, Stage 1 Finalist (2017), Everglades Foundation

1st Place, Natural Resources/Environment Category, Future of the Region Awards (2015), Tampa Bay Regional Planning Council

Level II Scientific and Technological Achievement Award (2009), U.S. Environmental Protection Agency

Silver Telly Award in the Category of Best Use of Animation (2009), Telly Awards

Patel Faculty Research Fellow (2008), Dr. Kiran C. Patel Center for Global Solutions

Level I Scientific and Technological Achievement Award (2007), U.S. Environmental Protection Agency

Professional Wetland Scientist (Certification #1299)

Xi Sigma Pi National Honors Society of Foresters

**Professional Organizations**

Representative for the University of South Florida, Consortium of Universities for the Advancement of Hydrologic Science, Inc., 2004-current

American Geophysical Union

American Water Resources Association

Association for the Sciences of Limnology and Oceanography

National Ground Water Association

Society of Wetland Scientists

U.S. National Ramsar Committee

**Teaching Specialization**

I teach a variety of courses in the hydrologic sciences, including interdisciplinary courses which address the interactions between hydrology, geomorphology, ecology, and the human environment.

**Teaching Accomplishments**

**Undergraduate**

Course Title: GLY4822C Fluid Earth 2: Hydrogeology
Course Description: Undergraduate lecture/laboratory course in hydrogeology.
Number of Credits: 4
Number of Times Taught: 12

Course Title: GLY4947L Hydrogeology Field Methods/GLY4948L Hydrogeology Laboratory Methods
Course Description: Undergraduate field/laboratory methods courses taught simultaneously, part of the 6-credit USF Geology Summer Field School.
Number of Credits: 1/1
Number of Times Taught: 14

Course Title: GLY4780 Ecohydrology of Mexican Mangroves

---

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)

Course Description: Undergraduate field course in which students design and conduct field studies on the structure and function of mangroves and the roles they may play in maintaining traditional fishing and developing ecotourism economies.
Number of Credits: 2
Number of Times Taught: 3

Course Title: GLY4780 Ecohydrology Field Studies
Course Description: Undergraduate field course in which students design and conduct ecohydrology field studies on selected topics.
Number of Credits: 2
Number of Times Taught: 3

Course Title: GLY4930 Water in Society and the Environment
Course Description: Undergraduate reading/discussion course introducing students to the complex relationships among water, society, and the environment.
Number of Credits: 2
Number of Times Taught: 1

Course Title: GLY4930 Water in Grand Canyon
Course Description: Undergraduate lecture/field course covering the effects of water resources development in the American West on the Colorado River in Grand Canyon. The course had two parts: 2 months of lecture/discussion at USF and a 6-day field trip on the Colorado River in Grand Canyon.
Number of Credits: 3
Number of Times Taught: 1

Course Title: GLY4930 Ecohydrology
Course Description: Undergraduate lecture course covering hydrological processes along the atmosphere-plant-soil continuum and the ways in which hydrological processes control ecological structure and function in all ecosystems.
Number of Credits: 3
Number of Times Taught: 2

Course Title: GLY4930 Fluvial Hydrology & Geomorphology
Course Description: Undergraduate lecture course covering the mechanics of open-channel flows, primarily to understand the potential energy available to do work, and the geomorphic responses to work, including channel initiation, sediment transport, and channel adjustment.
Number of Credits: 3
Number of Times Taught: 3

Course Title: GLY4947L Evapotranspiration
Course Description: Undergraduate field/laboratory methods course.
Number of Credits: 1
Number of Times Taught: 1

Course Title: GLY4905 Independent Study
Course Description: Directed research for undergraduate students.
Number of Credits: Variable
Number of Times Taught: 3

**Graduate**

Course Title: GLY6824 Ecohydrology
Course Description: Graduate lecture course covering hydrological processes along the atmosphere-plant-soil continuum and the ways in which hydrological processes control ecological structure and function in all ecosystems.
Number of Credits: 3

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 3

Number of Times Taught: 6

Course Title: GLY6573 Fluvial Hydrology & Geomorphology
Course Description: Graduate lecture course covering the mechanics of open-channel flows, primarily to understand the potential energy available to do work, and the geomorphic responses to work, including channel initiation, sediment transport, and channel adjustment.
Number of Credits: 3
Number of Times Taught: 4

Course Title: GLY6739 Topics in Ecohydrology (cross listed with BSC 6932 Topics in Ecohydrology and co-taught with Dr. Tom Crisman)
Course Description: Graduate discussion course facilitating cross-discipline interactions between graduate students across the physical and biological sciences.
Number of Credits: 1
Number of Times Taught: 7

Course Title: GLY6739 Global Biogeochemistry (co-taught with Drs. Jonathan Wynn, Matt Pasek, Tom Crisman, and Kathleen Scott)
Course Description: Graduate lecture course in biogeochemistry.
Number of Credits: 4
Number of Times Taught: 1

Course Title: GLY6739 Ecohydrology of Mexican Mangroves
Course Description: Graduate field course in which students design and conduct field studies on the structure and function of mangroves and the roles they may play in maintaining traditional fishing and developing ecotourism economies.
Number of Credits: 2
Number of Times Taught: 2

Course Title: GLY6739 Water in Society and the Environment
Course Description: Graduate reading/discussion course introducing students to the complex relationships among water, society, and the environment.
Number of Credits: 2
Number of Times Taught: 1

Course Title: GLY6739 Water in Grand Canyon
Course Description: Graduate lecture/field course covering the effects of water resources development in the American West on the Colorado River in Grand Canyon. The course had two parts: 2 months of lecture/discussion at USF and a 6-day field trip on the Colorado River in Grand Canyon.
Number of Credits: 3
Number of Times Taught: 1

Course Title: GLY6905 Independent Study
Course Description: Directed research for graduate students.
Number of Credits: Variable
Number of Times Taught: 1

**Additional Short Courses Taught**

Hydrogeomorphic Approach to Assessing Wetland Function (2009), Jicarilla Apache Natural Resource Department, Durango, Colorado

Hydrogeomorphic Approach to Assessing Wetland Function (2005), Jicarilla Apache Natural Resource Department, Durango, Colorado

Ecology and Management of Vernal Pool Grasslands (2003), UC Davis Extension, Davis, California

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 4

Understanding Riparian Processes (2002), UC Davis Extension, Davis, California

The Hydrogeomorphic Approach to Assessment of Functions of Waters of the U.S., Including Wetlands, in the Kenai River Watershed (1997), National Wetland Science Training Cooperative, Soldatna, Alaska

The Hydrogeomorphic Approach to Assessment of Functions of Waters of the U.S., Including Wetlands, on the Central California Coast (1996), National Wetland Science Training Cooperative, San Francisco, California

The Hydrogeomorphic Approach to Assessment of Functions of Waters of the U.S., Including Wetlands, in the Santa Margarita Watershed, California (1994), National Wetland Science Training Cooperative, Temecula, California

**Research Specialization**

I conduct research on (a) local- and landscape-scale hydrological connectivity, (b) geological controls on physical and chemical hydrology, (c) the roles that hydrological processes play in governing ecosystem structure and function, and (d) the role that science plays in informing water-related law and policy. I pursue these efforts in a variety of surface-water and shallow-groundwater environments, including depressional wetlands, headwater streams and mainstem rivers, and mangroves and lagoons.

**Peer-Reviewed Publications [Boldface indicates me or students whom I have advised]**

*Articles, Reports, and Book Chapters*

Creed IF, Lane CL, Alexander L, Basu NB, Calhoun A, Cohen MJ, Craft C, D'Amico E, DeKeyser E, Fowler L, Golden HE, Jawitz JW, Kalla P, Kirkman LK, Lang M, Leibowitz SG, Lewis DB, Marton J, McLaughlin DL, Raanan-Kiperwas H, **Rains MC**, Rains KC, Smith L, Serran JN (In Review) Enhancing protections for vulnerable waters. Nature Geoscience

Flower F, **Rains M**, Fitz C (In Review) Visioning the Future: Scenarios modeling of the Florida Coastal Everglades. Environmental Management

Golden, HE, Creed IF, Ali G, Basu NB, Neff BP, **Rains MC**, McLaughlin DL, Alexander LC, Ameli AA, Christensen JR, Evenson GR, Jones CN, Lane CR, Lang M (2017) Integrating geographically isolated wetlands into land management decisions. Frontiers in Ecology and the Environment. doi:10.1002/fee.1504

Hiatt DL, Robbins CJ, Back JA, Kostka PK, Doyle RD, Walker CM, **Rains MC**, Whigham DF, King RS (2017) Catchment scale alder cover controls nitrogen fixation in boreal headwater streams. Freshwater Science DOI: 10.1086/692944

**Rains MC**, Cohen MJ, Golden HE, Rains KC (2017) Connecting the dots: hydrologic connectivity between wetlands and other wetlands and waterbodies. Water Resources IMPACT 19:9-10

**Flower HD**, **Rains MC**, Lewis DB, Zhang J-Z (2017) Rapid and intense phosphorus desorption with saltwater intrusion into carbonate aquifer solids. Estuaries and Coasts DOI: 10.1007/s12237-017-0228-z

Calhoun ALK, Mushet DM, Alexander LC, DeKeyser ES, Fowler L, Lane CR, Lang MW, **Rains MC**, Richter SC, Walls SC (2017) The Significant Surface-Water Connectivity of "Geographically Isolated Wetlands". Wetlands DOI 10.1007/s13157-017-0887-3

**Callahan MK**, Whigham DF, **Rains MC**, Rains KC, King RS, Walker CM, Maurer J, Baird SJ (2017) Nitrogen subsidies from hillslope alder stands to streamside wetlands and headwater streams, Kenai Peninsula, Alaska. Journal of the American Water Resources Association DOI: 10.1111/1752-1688.12508

**Flower H**, **Rains M**, Lewis D, Zhang J-Z, Price R (2017) Saltwater intrusion as potential

---

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 5

driver of phosphorus release from limestone bedrock in a coastal aquifer. Estuarine, Coastal and Shelf Science 184:166–176 DOI: 10.1016/j.ecss.2016.11.013

Cohen MJ, Creed IF, Alexander L, Basu N, Calhoun A, Craft C, D'Amico E, DeKeyser E, Fowler L, Golden HE, Jawitz JW, Kalla P, Kirkman LK, Lane CR, Lang M, Leibowitz SG, Lewis DB, Marton J, McLaughlin DL, Mushet D, Raanan-Kiperwas H, **Rains MC**, Smith L, Walls S (2016) Do geographically isolated wetlands impact landscape functions? Proceedings of the National Academy of Sciences 113:1978–1986 DOI: 10.1073/pnas.1512650113

**Flower H**, **Rains MC**, Lewis DB, Zhang J-Z, Price R (2016) Control of phosphorus concentration through adsorption and desorption in shallow groundwater of subtropical carbonate estuary. Estuarine, Coastal and Shelf Science 169:238–247 DOI: 10.1016/j.ecss.2015.10.024

**Rains MC**, Leibowitz SG, Cohen MJ, Creed IF, Golden HE, Jawitz JW, Kalla P, Lane CR, Lang MW, McLaughlin DL (2016) INVITED COMMENTARY: Geographically isolated wetlands are part of the hydrological landscape. Hydrological Processes 30:153–160 DOI: 10.1002/hyp.10610

**Kleindl WJ**, **Rains MC**, Marshall L, Hauer FR (2015) Fire and flood expand the floodplain Shifting Habitat Mosaic concept. Freshwater Science 34:1366–1382 DOI: 10.1086/684016

Mushet DM, Calhoun AJK, Alexander LC, Cohen MJ, DeKeyser ES, Fowler L, Lane CR, Lang MW, **Rains MC**, Walls SC (2015) Geographically isolated wetlands: rethinking a misnomer. Wetlands 35:423–431 DOI 10.1007/s13157-015-0631-9

**Callahan MK**, **Rains MC**, **Bellino JC**, Walker CM, Baird SJ, Whigham DF, King RS (2015) Controls on temperature in salmonid-bearing headwater streams in two common hydrogeologic settings, Kenai Peninsula, Alaska. Journal of the American Water Resources Association 51:84–98. DOI: 10.1111/jawr.12235

Ross M, Stewart M, Trout K, **Rains** M (2014) Hydrology of a Clay Settling Area. Publication No. 03-150-251. Florida Industrial and Phosphate Research Institute, Bartow, Florida

Verhoeven JTA, Laanbroek HJ, **Rains MC**, Whigham DF (2014) Effects of increased summer flooding on nitrogen dynamics in impounded mangroves. Environmental Management 139:217–226

**Rains MC**, Landry S, Rains KC, Seidel V, Crisman TL (2013) Using net wetland loss, current wetland condition, and planned future watershed condition for wetland conservation planning and prioritization, Tampa Bay Watershed, Florida. Wetlands 33:949–963

Nilsson KA, **Rains MC**, Lewis DB, Trout KE (2013) Hydrologic characterization of 56 geographically isolated wetlands in west-central Florida using a probabilistic method. Wetland Ecology and Management 21:1–14

Vacher HL, Juster T, McIlrath J, **Rains M** (2012) Geology of National Parks Modules for the Spreadsheets Across the Curriculum Library. In Weber, S. (Ed.), Proceedings of the 2011 George Wright Society Conference on Parks, Protected Areas, and Cultural Sites. The George Wright Society, Hancock, Michigan

**Rains MC** (2011) Water sources and hydrodynamics of closed-basin depressions, Cook Inlet Region, Alaska. Wetlands 31:377–387

**Hammersmark CT**, Dobrowski S, **Rains MC**, Mount JF (2010) Simulated effects of stream restoration on herbaceous vegetation distribution. Restoration Ecology 18:882–

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)

893

Kleindl W, **Rains MC**, Hauer FR (2010) HGM is a rapid assessment: Clearing the confusion. Wetland Science and Practice 27:17–22

**Stringer CE**, **Rains MC**, Kruse S, Whigham D (2010) Controls on water levels and salinity in a barrier island mangrove, Indian River Lagoon, Florida. Wetlands 30:725–734

**Exner-Kittridge MG**, **Rains MC** (2010) A case study on the accuracy and cost/effectiveness in simulating reference evapotranspiration in west-central Florida. Journal of Hydrologic Engineering 15:696–703

Kish GR, **Stringer CE**, Stewart MT, **Rains MC**, Torres AE (2010) A Geochemical Mass-Balance Method for Base-Flow Separation, Upper Hillsborough River Watershed, West-Central Florida, 2003-2005 and 2009. U.S. Geological Survey Scientific Investigations Report 2010–5092. US Government Printing Office, Washington, DC

Stein ED, Brinson M, **Rains MC**, Kleindl W, Hauer FR (2010) A response to Tom Hruby. (Response to "A reply by Tom Hruby" to "Wetland assessment alphabet soup: How to choose (or not choose) the right assessment method", Wetland Science & Practice 26:20–24.) Wetland Science and Practice 27:8–9

Stein ED, Brinson M, **Rains MC**, Kleindl W, Hauer FR (2009) Wetland assessment alphabet soup: How to choose (or not choose) the right assessment method. Wetland Science and Practice 26:20–24

**Hammersmark CT**, **Rains MC**, Wickland AC, Mount JF (2009) Vegetation – water-table relationships in a hydrologically-restored riparian meadow. Wetlands 29:785–797

**Murphy KE**, **Rains MC**, **Kittridge MG**, Stewart M, Ross MA (2008) Hydrological connectivity between clay settling areas and surrounding hydrological landscapes in the phosphate mining district, peninsular Florida, USA. Journal of the American Water Resources Association 44:980–995

**Rains MC**, Dahlgren RA, Williamson RJ, Fogg GE, Harter T (2008) Geological control of physical and chemical hydrology in vernal pools, Central Valley, California. Wetlands 28:347–362

**Hammersmark CT**, **Rains MC**, Mount JF (2008) Quantifying the hydrologic effects of stream restoration in a montane meadow environment. River Research and Applications 24:735–753

Leibowitz SG, Wigington, Jr. PJ, **Rains MC**, Downing DM (2008) Non-navigable streams and adjacent wetlands: addressing science needs following the Supreme Court's Rapanos decision. Frontiers in Ecology and Environment 6:364–371

Nadeau T-L, **Rains MC** (2007) Contribution of headwaters to downstream integrity: Introduction to the JAWRA special issue. Journal of the American Water Resources Association 43:1–4

Nadeau T-L, **Rains MC** (2007) Hydrological connectivity of headwaters to downstream waters: state-of-the-science and future directions. Journal of the American Water Resources Association 43:118–133

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2006) Geological control of physical and chemical hydrology in vernal pool wetlands, Central Valley, California. In Kovar, K, Z. Hrkal, and J. Bruthans (Eds.), Hydrology and Ecology: The Groundwater/Ecology Connection, 25-28. Czech Association of Hydrogeologists, Prague, Czech Republic

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2006) The role of perched

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 7

aquifers in hydrological connectivity and biogeochemical processes in vernal pool landscapes, Central Valley, California. Hydrological Processes 20:1157–1175

**Rains MC**, Mount JF, Larsen EW (2004) Local shallow groundwater drawdown and baseflow cessation due to regional groundwater pumping. In Lowrance, R. (Ed.), Riparian Ecosystems and Buffers: Multi-Scale Structure, Function, and Management. American Water Resources Association, Middleburg, Virginia, TPS-04-2, CD-ROM

**Rains MC**, Mount JF, Larsen EW (2004) Simulated changes in shallow groundwater and vegetation distributions under different reservoir operations scenarios. Ecological Applications 14:192–207

**Rains MC** (2003) Hydrogeologic principles useful in predicting the effects of stream flow alterations on shallow groundwater and associated riparian vegetation. Stream Notes July:3–6

**Rains MC** (2003) The role of groundwater in resource conservation efforts. Conservation Biology 17:933–934

**Rains MC**, Mount JF (2002) Origin of shallow ground water in an alluvial aquifer as determined by isotopic and chemical procedures. Ground Water 40:552–563

**Rains MC** (2000) Avoiding an Ozymandian fate. Conservation Biology 14:587–588

Whigham DF, Lee LC, Brinson MM, Rheinhardt RD, **Rains MC**, Mason JA, Kahn H, Ruhlman MB, Nutter WB (1999) Hydrogeomorphic (HGM) assessment - a test of user consistency. Wetlands 19:560–569

*Edited Volumes*

Nadeau T-L, **Rains MC** (Eds.) (2007) Featured Collection: Headwaters Hydrology. Journal of the American Water Resources Association 43

*Theses and Dissertations*

**Rains MC** (2002) Surface and Ground-Water Origins and Interactions and Vegetation Distributions in Riverine and Reservoir-Fringe Systems: A Case Study in Support of Reservoir Management Efforts. Ph.D. Dissertation, University of California, Davis, California

**Rains MC** (1994) Plant Community Structure Along Environmental Gradients Defined by Hydrology, Redox Potential, and Shade in Pacific Northwest Palustrine Wetlands. M.S. Thesis, College of Forest Resources, University of Washington, Seattle, Washington

**Peer-Reviewed Published Teaching Materials [Boldface indicates me or students whom I have advised]**

**Rains MC**, Vacher L (2012) What is the Discharge of the Congaree River at Congaree National Park? Spreadsheets Across the Curriculum, Module SSACgnp.GB.MCR1.4. Tampa: University of South Florida Libraries

Vacher L, **Rains MC**, Norris M (2011) Nitrate levels in the Rock Creek Park Watershed, Washington, DC, 2: Variability. Spreadsheets Across the Curriculum, Module SSACgnp.TD367.LV1.10. Tampa: University of South Florida Libraries

**Rains MC**, Vacher L, Norris M (2011) Nitrate levels in the Rock Creek Park Watershed, Washington, DC, 1: Measures of Central Tendency. Spreadsheets Across the Curriculum, Module SSACgnp.TD367.MCR1.5. Tampa: University of South Florida Libraries

**Rains MC** (2010) Salmon use of geomorphically restored streams at Point Reyes National Seashore. Spreadsheets Across the Curriculum, Module SSACgnp.GB661.MCR1.3. Tampa: University of South Florida Libraries

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 8

**Rains MC** (2010) Comparing stream discharge in two watersheds in Glacier National Park. Spreadsheets Across the Curriculum, Module SSACgnp.GB661.MCR1.2. Tampa: University of South Florida Libraries

**Rains MC**, Shelley DC, Vacher L (2009) Flood days and good canoeing days at Congaree National Park. Spreadsheets Across the Curriculum, Module SSACgnp.GB.MCR1.1. Tampa: University of South Florida Libraries

**Non-Peer-Reviewed Technical Reports [Boldface indicates me or students whom I have advised]**

University of South Florida School of Geosciences (2016) Assistance to Develop Methods for the Ecohydrologic Classification and Assessment of Northern Tampa Bay and Northern District Sandhill and Xeric Wetland and Lake Types. University of South Florida, School of Geosciences, Tampa, Florida

Rains KC, **Rains MC** (2015) Mangrove and Mangrove-Fringe Wetlands in Ostional, Nicaragua: Current Conditions and Pathways Forward. University of South Florida, School of Geosciences, Tampa, Florida

Lee LC, Lis RA, Nutter WL, **Rains MC**, Stewart SR, Hurst WC (2015) US Department of Justice Expert Team Report: Duarte Nursery, Inc. et al US Army Corps of Engineers/United States v. Duarte Nursery, Inc. et al. Prepared for the Environment and Natural Resource Defense Section, U.S. Department of Justice, Washington, DC

Rodewald AD, Aldous A, Ali G, Allan JD, Benda L, Bernhardt ES, Brooks RP, Fausch K, Fennessy S, Gooseff M, Harvey J, Hawkins C, Johnson LB, Josselyn M (Resigned prior to publication), Kalin L, Kolm K, Meyer JL, Murphy M, Patten D, **Rains M**, Reddy R, Rosi-Marshall E, Stanford J, Sullivan M, Tank J, Valett M, Wohl E (2014). SAB Review of the Draft EPA Report Connectivity of Streams and Wetlands to Downstream Waters: A Review and Synthesis of the Scientific Evidence. Prepared for the U.S. Environmental Protection Agency, Washington, DC

**Rains MC**, Landry S, Crisman T, Seidel V (2012) Prioritizing Habitat Restoration Goals in the Tampa Bay Watershed. Technical Publication #10-12 of the Tampa Bay Estuary, St. Petersburg, Florida

**Rains MC**, Rains KC, Kleindl WJ, Landry S, Crisman TL, Brown A, van Maurik L (2011) Wetland Inventory and Evaluation, St. Lucie County, Florida. Prepared for St. Lucie County, Fort Pierce, Florida

Three Parameters Plus and Coshow Environmental (2010) Baseline Physical Habitat Conditions of Wetlands in Snake Valley, Utah. Final Report: Volume 1. Prepared for the Utah Department of Natural Resources, Salt Lake City, Utah

Three Parameters Plus and Coshow Environmental (2010) Baseline Physical Habitat Conditions of Wetlands in Snake Valley, Utah. Final Report: Volume 2. Prepared for the Utah Department of Natural Resources, Salt Lake City, Utah

Bauder ET, Bohonak AJ, Hecht B, Simovich MA, Shaw D, Jenkins DG, **Rains M** (2009) A Draft Regional Guidebook for Applying the Hydrogeomorphic Approach to Assessing Wetland Functions of Vernal Pool Depressional Wetlands in Southern California. San Diego State University, San Diego, California

Walker C, King R, **Rains MC**, Whigham D, Baird S, **Bellino J** (2009) Headwater Stream Wetland Settings and Shallow Ground Water Influence: Relationships to Juvenile Salmon Habitat on the Kenai Peninsula, Alaska. U.S. EPA Region 10 Wetland Program Development Program Final Report

**Rains MC** (2009) Preliminary Report on Water Levels in Various Habitats in Barrier Island Mangroves, Indian River Lagoon, Florida. Prepared for the Smithsonian

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 9

Environmental Research Center, Edgewater, Maryland

**Rains MC** (2008) Preliminary Report on Water Levels in Various Habitats in Barrier Island Mangroves, Indian River Lagoon, Florida. Prepared for the Smithsonian Environmental Research Center, Edgewater, Maryland

Kleindl WJ, **Rains MC**, Hauer FR, Doskocil J, White J (2008) Jicarilla Rapid Assessment of Functions (JRAF): A Protocol for the Rapid Assessment of Functions on Riverine Floodplains in the San Juan River System. Prepared for the Jicarilla Apache Nation, Dulce, New Mexico

Ross M, Stewart M, Trout K, **Rains M (**2008) Hydrology of a Clay Settling Area: Interim Report (FIPR Project No. 03-03-150S). Prepared for the Florida Institute of Phosphate Research, Bartow, Florida

**Rains MC** (2008) Preliminary Report on the Chemical Hydrology of Surface Water and Groundwater in Barrier Island Mangroves, Indian River Lagoon, Florida. Prepared for the Smithsonian Environmental Research Center, Edgewater, Maryland

**Rains MC** (2007) Preliminary Report on the Surface-Water and Groundwater Interactions in Small Pools on the Pebble Property, South-Central Alaska. Prepared for Three Parameters Plus, Inc., Palmer, Alaska

**Rains MC** (2007) Surface and Shallow Subsurface Hydrogeology of Four Sites at the Donlin Creek Gold Project, Interior Alaska. Prepared for Three Parameters Plus, Inc., Palmer, Alaska

Larsen EW, **Rains MC** (2006) Meander Migration Model Assessment for the 50- And 100-Year Storms, Whitman Property, San Antonio Creek, Ventura County, California. Prepared for Mr. John Whitman, Ojai, California

Larsen EW, **Rains MC** (2006) Meander Migration Model Assessment for the January 2005 Storm, Whitman Property, San Antonio Creek, Ventura County, California. Prepared for Mr. John Whitman, Ojai, California

Williamson RJ, Fogg GE, **Rains MC**, Harter T (2005) Hydrology of Vernal Pools at Three Sites, Southern Sacramento Valley (FHWA/CA/IR-2004/08). Prepared for the California Department of Transportation. Sacramento, California

Lee LC, Fiedler PL, Stewart SR, Partridge DJ, Mason JA, Inlander EM, **Rains MC** (2004) Draft Operational Guidebook for Assessment of the Functions of Riverine Waters/Wetlands in the Santa Margarita Watershed, Riverside & San Diego Counties, California. San Diego Regional Water Quality Control Board, Technical Publication. San Diego, California

David Magney Environmental Consulting (2002) Bankfull Discharge, Slope, and Bed-Material Particle Size on a Sand-Bed Stream in a Semi-Arid Region: Conejo Creek at Winding Brook Farm, Camarillo, California. (PN 00-0161). Prepared for the California State Coastal Conservancy, Oakland, California

David Magney Environmental Consulting with Parametrix (2001) Surface and Ground Water Interactions Between the Jemez River, Jemez Canyon Reservoir, and the Shallow Alluvial Aquifer. (PN 01-0211). Prepared for the Pueblo of Santa Ana, Bernalillo, New Mexico

David Magney Environmental Consulting (2001) General Geology, Hydrology, and Soils of the Ojai Meadows Preserve, Ojai, California. (PN 00-0031). Prepared for the Ojai Valley Land Conservancy, Ojai, California

David Magney Environmental Consulting with GeoInsight International, Secor International, and Wildlands (2000) Calleguas Creek Watershed Restoration and

---

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)

Page 10

Preservation Plan. (PN 97-0141). Prepared for the California Coastal Conservancy, Oakland, California and U.S. Environmental Protection Agency (Region IX), San Francisco, California

David Magney Environmental Consulting (2000) Wetland Restoration Plan and Monitoring Program for the Reinke Property, Rolling Oaks Estate, Thousand Oaks, California. (PN 00-0132). Prepared for the U.S. Army Corps of Engineers, Ventura, California and the California Department of Fish and Game, Ventura, California

David Magney Environmental Consulting (1999) Revegetation and Monitoring Plan: Ventura River at State Route 150. (PN-98-0171). Prepared for the Ojai Valley Sanitary District, Ojai, California

David Magney Environmental Consulting (1999) Harrison Property Bank Stabilization Assessment on San Antonio Creek, Ojai Valley, California. (PN 99-0081). Prepared for the U.S. Army Corps of Engineers, Ventura, California

Lee LC, **Rains MC**, Cassin JL, Stewart SR, Post R, Brinson M, Clark M, Hall J, Hollands G, LaPlant D, Nutter W, Powell J, Rockwell T, Whigham D (1999) Operational Draft Guidebook for Reference Based Functional Assessment of the Functions of Precipitation-Driven Wetlands on Discontinuous Permafrost in Interior Alaska. State of Alaska Department of Environmental Conservation/U.S. Army Corps of Engineers Waterways Experiment Station Technical Report Number WRP-DE-___, Juneau, Alaska

Lee LC, Butterwick ML, Cassin JL, Leidy RA, Mason JA, **Rains MC**, Shaw LE, White EG (1997) A Report on Assessment of the Functions of Waters of the United States, Including Wetlands, on the Borden Ranch, Sacramento and San Joaquin Counties, California. Prepared for the U.S. Environmental Protection Agency (Region IX), San Francisco, California

Lee LC, Butterwick ML, Cassin JL, Leidy RA, Mason JA, **Rains MC**, Shaw LE, White EG (1997) A Draft Guidebook for Assessment of the Functions of Waters of the U.S., Including Wetlands, on the Borden Ranch, Sacramento and San Joaquin Counties, California. Prepared for the U.S. Environmental Protection Agency (Region IX), San Francisco, California

Lee LC, Brinson MM, DeWald D, Gilbert M, Kleindl WJ, Nutter WL, **Rains MC**, Whigham DF, Whited M (1997) Operational Draft Guidebook to HGM Functional Assessments in Temporary and Seasonal Depressional Waters/Wetlands in the Northern Prairie Pothole Region. Prepared for the Natural Resources Conservation Service, Washington, DC

L.C. Lee & Associates (1997) 1996 Monitoring Report: International Paper, Ticonderoga, New York. Prepared for International Paper, Ticonderoga, New York

Lee LC, **Rains MC**, Mason JA, Kleindl WJ (1996) Draft Guidebook to HGM Functional Assessments in 3rd and 4th Order Riverine Waters/Wetlands of the Central California Coast. Prepared for the U.S. Environmental Protection Agency (Region IX), San Francisco, California

L.C. Lee & Associates (1996) Final Mitigation and Monitoring Plan: University of Washington-Bothell/Cascadia Community College Collocated Campus. Prepared for the Washington State Higher Education Coordinating Board, Olympia, Washington

L.C. Lee & Associates (1996) 1995 Monitoring Report: International Paper, Ticonderoga, New York. Prepared for International Paper, Ticonderoga, New York

L.C. Lee & Associates (1995) An Analysis of the Distribution and Jurisdictional Status of Waters of the United States, Including Wetlands, at the Proposed University of Washington-Bothell/Cascadia Community College Collocated Campus Site. Prepared for

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 11

the Washington State Higher Education Coordinating Board, Olympia, Washington

L.C. Lee & Associates (1995) 1994 Monitoring Report: International Paper, Ticonderoga, New York. Prepared for International Paper, Ticonderoga, New York

Lee LC, Brinson MM, Nutter WL, **Rains MC**, Olsen EA, MacLeod NA (1994) A Preliminary Framework for Assessing the Waters of the U.S., Including Wetlands, in the Santa Margarita Watershed, Riverside and San Diego Counties, California. Prepared for the U.S. Environmental Protection Agency (Region IX), San Francisco, California

**Presentations and Posters [Boldface indicates me or students whom I have advised]**

*National and International Meetings*

Lotero L, **Rains M**, Rains K (2017) The role of headwater weltlands in the Colombia Andes in streamflow generation. Society of Wetland Scientists Annual Meeting, San Juan, Puerto Rico

Schmidt K, **Rains M**, Landry S, Rains K (2017) Wetland loss and artificial water feature gain in the Tampa Bay watershed, 1950-2007. Society of Wetland Scientists Annual Meeting, San Juan, Puerto Rico

Leibowitz S, **Rains M**, Creed I, Hill R, Weber M, Jones C, Aldred D (2017) National mapping of wetland connectivity. Society of Wetland Scientists Annual Meeting, San Juan, Puerto Rico

Kleindl W, **Rains M**, Ready R, Stein E (2017) Assessing no net loss of ecosystem services: Are perceived conflicts with functions an artifact of our assessment paradigm? Society of Wetland Scientists Annual Meeting, San Juan, Puerto Rico

Golden HE, Creed IF, Ali G, Basu NB, Neff B, **Rains MC**, McLaughlin DL, Alexander LC, Ameli AA, Christensen JR, Evenson GR, Jones CN, Lane CR, Lang M (2017) INVITED: Quantifying geographically isolated wetland connectivity: Insights on modeling approaches. American Water Resources Association 2017 Spring Specialty Conference, Connecting the Dots: The Emerging Science of Aquatic Connectivity, Snowbird Utah

Leibowitz SG, **Rains MC**, Creed IF, Hill RA, Weber MH, Jones CE, Aldred D, Christensen J (2017) INVITED: Wetland hydrological connectivity: A classification approach and North American assessment. American Water Resources Association 2017 Spring Specialty Conference, Connecting the Dots: The Emerging Science of Aquatic Connectivity, Snowbird Utah

**Rains MC**, Leibowitz SG, Cohen M, Creed IF, Golden HE, Jawitz JW, Kalla P, Lane CR, Lang MW, McLaughlin DL (2017) INVITED: Connecting the dots: Hydrological connectivity between geographically isolated wetlands and downgradient waters. American Water Resources Association 2017 Spring Specialty Conference, Connecting the Dots: The Emerging Science of Aquatic Connectivity, Snowbird Utah

Lane C, Golden HE, Kirkman K, Leibowitz SG, Mushet D, **Rains MC**, Smith L (2017) INVITED: Putting connectivity in context: Overview on geographically isolated wetland research. American Water Resources Association 2017 Spring Specialty Conference, Connecting the Dots: The Emerging Science of Aquatic Connectivity, Snowbird Utah

Cohen M, Thorslund J, Jawitz JW, Jarso J, **Rains MC** (2017) INVITED: Quantifying wetland connectivity at the catchment scale using a chemical tracer. American Water Resources Association 2017 Spring Specialty Conference, Connecting the Dots: The Emerging Science of Aquatic Connectivity, Snowbird Utah

**Rains M**, Schmidt K, Rains K, Landry S, Seidel V, Crisman T (2017) INVITED: Wetland and waterbody change and condition for wetland conservation planning and prioritization, Tampa Bay Watershed, Florida. Meeting of the Interagency Coastal Wetlands

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 12

Workgroup, Online

Golden HE, Creed IF, Ali G, Basu NB, **Rains MC**, Alexander LC, Ameli A, Christensen J, Evenson GR, Jones CN, Lane C, Lang MW, Mclaughlin DL, Neff BP (2016) Integrating wetland connectivity into models for watershed-scale analyses: Current and future approaches. 2016 American Geophysical Union Fall Meeting, San Francisco, California

Nocita B, Connor C, Herbert G, **Rains M**, Rodriguez E, Ryan J, and Vacher HL (2016) How a geology alumni society and professional community contribute to the preparation of graduate students for a geoscience career at the University of South Florida. Geological Society of America 2016 Annual Meeting, Denver, Colorado

Leibowitz SG, **Rains MC**, Creed IF, Hill RA, Weber MH, Aldred D, Jones CE, Christensen JR (2016) INVITED: Wetland hydrological connectivity: A classification approach and North American assessment. 10th INTECOL International Wetlands Meeting, Changshu, China

**Rains MC** (2016) INVITED: Geographically isolated wetlands are part of the hydrologic landscape. 10th INTECOL International Wetlands Meeting, Changshu, China

**Rains MC** (2016) INVITED: On classification and similarity: How much do we really know? Society of Wetland Scientists Annual Meeting, Corpus Christi, Texas

Leibowitz SG, **Rains MC (Presenter)** (2016) INVITED: Wetland Connectivity: Introduction and relevance to Texas coastal plain depressional wetlands. Society of Wetland Scientists Annual Meeting, Corpus Christi, Texas

Thorslund J, Cohen MJ, Jarsjo J, Jawitz JW, **Rains MC** (2015) Exploring wetland connectivity at the catchment scale: a coupled hydro-chemical modeling approach. 2015 American Geophysical Union Fall Meeting, San Francisco, California

**Flower H, Rains MC**, Lewis DB, Zhang J-Z, Price R (2015) Control of phosphorus concentration through adsorption and desorption in shallow groundwater of a carbonate estuary. Society of Wetland Scientists 36th Annual Meeting, Providence, Rhode Island

Cohen MJ, Creed IF, Basu NB, Jawitz JW, Mclaughlin DL, **Rains MC** (2014) A continuum of connectivity: Geographically isolated wetlands and the conservation of landscape functions. American Geophysical Union Fall Meeting, San Francisco, California

Silvestri S, Oostdijk M, Laanbroek HJ, **Rains M**, Verhoeven JTA, Whigham DF (2014) Using remote sensing to study mangroves spatial dynamics under increased nitrogen availability and lower salinity conditions. American Geophysical Union Fall Meeting, San Francisco, California

**Rains MC**, McLaughlin DL, Cohen MJ, Golden HE, Jawitz JW, Kalla P, Lang M, Leibowitz SG, Raanan Kiperwas H (2014) Geographically isolated wetlands as part of the hydrologic landscape. Joint Aquatic Sciences Meeting 2014, Portland, Oregon

**Callahan MK**, Whigham DF, **Rains MC**, King RS, Walker CM, Maurer JR, Baird SJ (2014) Nitrogen subsidies from hillslope alder stands to streamside wetlands and headwater streams, Kenai Peninsula, Alaska. Joint Aquatic Sciences Meeting 2014, Portland, Oregon

Rains KC, **Rains MC**, Landry SM, Seidel V, Crisman TL (2014) Using net wetland loss, current wetland condition, and planned future watershed condition for wetland conservation prioritization, Tampa Bay watershed, Florida. Joint Aquatic Sciences Meeting 2014, Portland, Oregon

**Kleindl WJ, Rains MC**, Hauer FR, Marshall L (2014) Hydrologic, geomorphic, and anthropogenic drivers of floodplain/riparian patch diversity. Joint Aquatic Sciences

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 13

Meeting 2014, Portland, Oregon

Laanbroek HJ, Verhoeven JT, Whigham DF, **Rains MC** (2014) Seasonal flooding of a mangrove dominated impoundment – effects on N cycling. Joint Aquatic Sciences Meeting 2014, Portland, Oregon

Leibowitz SG, **Rains MC** (2013) INVITED: A conceptual model for evaluating hydrologic connectivity in geographically isolated wetlands. American Geophysical Union 2013 Fall Meeting, San Francisco, California

**Rains MC** (2013) INVITED: Hydrologic complexity and connectivity in geographically isolated wetland systems. Society of Wetland Scientists 34th Annual Meeting, Duluth, Minnesota

**Rains MC, Murphy K, Pechenik N, Kittridge M**, Stewart M, Trout K, Ross M (2012) INVITED: Hydrology of clay settling areas and surrounding landscapes in the phosphate mining district, peninsular Florida. 9th INTECOL International Wetlands Conference, Orlando, Florida

Akiwumi FA, Lewis DB, Landry SM, Zarger RK, **Rains MC**, Nilsson KA, Adjei CO, Feit SJ, Larson GM, Perkerson RB, Thurman PE, Crisman TL, Bell SS, Trettin CC (2012) Urban development, power relations, and water redistribution as drivers of wetland change in the Tampa Bay Region Socioecosystem. American Association of Geographers Annual Meeting, New York, New York

Verhoeven JTA, Laanbroek R, **Rains M**, Whigham DF (2011) Effects of enhanced water level fluctuations on nitrogen dynamics of impounded mangroves. Joint Meeting of the Society of Wetland Scientists, WEPOL, and Wetland Biogeochemistry Symposium, Prague, Czech Republic

Lewis DB, Zarger RK, Landry SM, Akiwumi FA, **Rains MC**, Crisman TL, Bell SS, Trettin C (2011) Urban development, power relations, and water redistribution as drivers of wetland change in the Tampa Bay Region Socioecosystem. 2011 US Regional Association of the International Association of Landscape Ecologists Symposium, Portland, Oregon

Lewis DB, Zarger RK, Landry SM, Akiwumi FA, **Rains MC**, Nilsson KA, Adjei CO, Feit SJ, Larsen GM, Perkerson RB, Thurman PE, Crisman TL, Bell SS, Trettin CC (2011) Urban development, power relations, and water redistribution as drivers of wetland change in the Tampa Bay Region Socioecosystem. Ecological Society of America 96th Annual Meeting, Austin, Texas

Vacher HL, McIlrath J, Juster T, **Rains M**, Iverson E (Presentation: **M. Rains**, Poster design: **A. Fishinger** and J. McIlrath) (2011) University Of South Florida, Geology of National Parks: Spreadsheets, quantitative literacy, and natural resources. 2011 CCLI/TUES Principal Investigators Conference, Washington, DC

**Callahan MK, Bellino J**, **Rains MC** (2010) Trends and controls on summer surface-water temperatures in salmonid-bearing headwater streams in two common geomorphic settings, Kenai Peninsula, Alaska. American Geophysical Union 2010 Fall Meeting, San Francisco, California

McIlrath J, Juster T, **Rains M**, Vacher HL (2010) Spreasheets across the curriculum modules to infuse quantitative literacy and environmental-geologic content into an online geology of national parks course. Geological Society of America 2010 Annual Meeting, Denver, Colorado

**Rains MC** (2009) Water sources and hydrodynamics of closed-basin depressions, south-central Alaska. Society of Wetland Scientists 2009 Annual Meeting, Madison, Wisconsin

---

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 14

**McCarten N**, **Rains MC**, Harter T (2009) Ecohydrology of vernal pool wetland ecosystems. HydroEco2009, International Multidisciplinary Conference on Hydrology and Ecology: Ecosystems Interfacing with Groundwater and Surface Water, Vienna, Austria

**Stringer CE**, **Rains MC**, Kruse S, Whigham D, Verhoeven JTA, Laanbroek R (2008) Linkages between surface and subsurface hydrology and ecological functioning of mangrove systems in Ft. Pierce, Florida. American Geophysical Union 2008 Fall Meeting, San Francisco, California

**McCarten N**, **Rains MC**, Harter T (2008) Seasonal, variably saturated flows in a vernal pool wetland ecosystem. American Geophysical Union 2008 Fall Meeting, San Francisco, California

Whigham DF, Baird SJ, Field C, Walker C, King RS, Back JA, **Rains MC**, **Bellino J** (2008) Headwater wetlands of the Kenai Lowlands, Alaska. Society of Wetland Scientists 29th Annual Meeting, Washington, DC

**Murphy KE**, **Rains MC**, **Kittridge MG**, Stewart MT, Ross MA (2007) Hydrological connectivity between clay settling areas and surrounding hydrological landscapes, peninsular Florida, USA. American Water Resources Association 2007 Annual Conference, Albuquerque, New Mexico

**Kittridge MG**, **Rains MC** (2007) Cost/effectiveness analysis of obtaining operational estimates of reference evapotranspiration, peninsular Florida, USA. American Water Resources Association 2007 Annual Conference, Albuquerque, New Mexico

Whigham DF, Feller I, **Stringer C**, **Rains M**, Verhoeven JTA, van der Ven P, Baas P (2007) INVITED: Linkages between surface hydrology and ecological functioning of mangrove ecosystems in Ft. Pierce, Florida. International Association of Landscape Ecologists 2007 World Congress, Wageningen, The Netherlands

**Rains MC**, Dahlgren RA, Fogg GE, Harter T, Williamson RJ (2007) INVITED: Geological control of physical and chemical hydrology in vernal pool wetlands, Central Valley, California. Society of Wetland Scientists 28th Annual Meeting, Sacramento, California

Leibowitz SG, Wigington PJ, **Rains MC**, Downing DM (2007) A conceptual framework for addressing information needs following the US Supreme Court's Rapanos and Carabell decisions. Society of Wetland Scientists 28th Annual Meeting, Sacramento, California

**Hammersmark CT**, **Rains MC**, Mount JF (2007) Hydrologic effects of a pond and plug stream restoration in a mountain meadow. Society of Wetland Scientists 28th Annual Meeting, Sacramento, California

**Stringer CE**, **Rains MC**, Whigham D, Feller I, Verhoeven JTA (2007) Controls on the chemical hydrology and associated ecological structure and function in mangroves, Indian River Lagoon, Florida. Society of Wetland Scientists 28th Annual Meeting, Sacramento, California

**Stringer CE**, **Rains MC**, Whigham D, Feller I, Verhoeven JTA (2006) INVITED: Linkages between surface and subsurface hydrology and ecological functioning of mangrove ecosystems in Ft. Pierce, Florida. Geological Society of America Annual Meeting and Exposition, Philadelphia, Pennsylvania

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2006) INVITED: Perched aquifer control of hydrogeological and biogeochemical processes in vernal pool landscapes, Central Valley, California. Geological Society of America Annual Meeting and Exposition, Philadelphia, Pennsylvania

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2006) Geological control of physical and chemical hydrology in vernal pool wetlands, Central Valley, California.

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)

Page 15

HydroEco2006, International Conference on Hydrology and Ecology: The Groundwater/Ecology Connection, Karlovy Vary, Czech Republic

Nadeau T-L, **Rains MC** (2005) INVITED: How science can inform Clean Water Act jurisdiction and policy after SWANCC: Hydrological and ecological connectivity. American Water Resources Association 2005 Annual Meeting, Seattle, Washington

**Rains MC**, Dahlgren RA, Fogg GE, Harter T, Williamson RJ (2005) INVITED: Hydrologic-soil interactions in vernal pool wetlands with claypans versus duripans. American Society of Agronomy, Crop Science Society of America, and Soil Science Society of America International Annual Meeting, Salt Lake City, Utah

**Rains MC**, Williamson RJ, Fogg GE, Harter T, Dahlgren RA (2005) Geological control of physical and chemical hydrology in vernal pools, Central Valley, California. Society of Wetland Scientists 26th Annual Meeting, Charleston, South Carolina

Suwannee River Watershed Hydrologic Observatory Design Team (2004) INVITED: The Suwannee River Hydrologic Observatory: A subtropical coastal plain watershed in transition. American Geophysical Union 2004 Fall Meeting, San Francisco, California

**Rains MC**, Williamson RJ, Fogg GE, Harter T, Dahlgren RA (2004) Geological control of physical and chemical hydrology in vernal pools, Central Valley, California. American Geophysical Union 2004 Fall Meeting, San Francisco, Californi

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2004) Hydrological and biogeochemical connectivity between uplands, vernal pools, and streams, Great Central Valley, California. Society of Wetland Scientists 25th Annual Meeting, Seattle, Washington

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2003) Hydrological and biogeochemical connectivity between uplands, vernal pools, and streams, Great Central Valley, California. American Geophysical Union 2003 Fall Meeting, San Francisco, California

**Rains MC**, Mount JF, Larsen EW (2003) Simulated changes in shallow groundwater and vegetation distributions under different reservoir operations scenarios. Society of Wetland Scientists 24th Annual Meeting, New Orleans, Louisiana

**Rains MC**, Mount JF (2001) Origin of shallow ground water supporting regionally-unique riparian plant and wildlife habitats as determined by isotopic and chemical procedures. American Geophysical Union 2001 Fall Meeting, San Francisco, California

**Rains MC** (2001) Regional ground water discharge as the dominant source of late season shallow ground water in riverine and reservoir fringe wetlands. Society of Wetland Scientists 22nd Annual Meeting, Chicago, Illinois

**Rains MC** (1999) Surface and ground water interactions between a stream, a reservoir, and a shallow alluvial aquifer: implications for restoration and management. Society of Wetland Scientists 20th Annual Meeting, Norfolk, Virginia

**Rains MC**, Lee LC, Butterwick M, Stein E, Mason JA, Kleindl WJ (1997) Development of a draft guidebook to HGM functional assessments in riverine waters/wetlands of the Santa Margarita watershed. Society of Wetland Scientists 18th Annual Meeting, Bozeman, Montana

**Rains MC**, Lee LC, Fiedler PL, Kleindl WJ, Mason JA (1997) Development of a draft guidebook to HGM functional assessments in riverine waters/wetlands of the central California coast. Society of Wetland Scientists 18th Annual Meeting, Bozeman, Montana

**Rains MC** (1997) INVITED: Examples and experiences in building reference: When the rubber hits the road. Association of State Wetland Managers National Workshop and

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 16

Symposium on the Future of Wetland Assessment: Applying Science Through the Hydrogeomorphic Assessment Approach and Other Approaches, Annapolis, Maryland

**Rains MC**, Lee LC, Butterwick M, Stein E, Mason JA, Kleindl WJ (1997) Development of a draft guidebook to HGM functional assessments in riverine waters/wetlands of the Santa Margarita watershed. National Workshop and Symposium on the Future of Wetland Assessment: Applying Science Through the Hydrogeomorphic Assessment Approach and Other Approaches, Annapolis, Maryland

**Rains MC**, Brinson MM, Clark M, Coshow KA, Hall J, Hollands G, Kleindl WJ, LaPlant D, Lee LC, Nutter WL, Post R, Powell J, Rockwell T, Whigham D (1997) Development of a draft guidebook to HGM functional assessments in precipitation-driven wetlands on discontinuous permafrost in interior Alaska. Association of State Wetland Managers National Workshop and Symposium on the Future of Wetland Assessment: Applying Science Through the Hydrogeomorphic Assessment Approach and Other Approaches, Annapolis, Maryland

**Rains MC**, Lee LC, Mason JA (1997) Development and use of a reference system in restoration of riverine and depressional waters/wetlands in the Puget Sound Lowlands. Association of State Wetland Managers National Workshop and Symposium on the Future of Wetland Assessment: Applying Science Through the Hydrogeomorphic Assessment Approach and Other Approaches, Annapolis, Maryland

**Rains MC**, Lee LC, Braatne JH, Mason JA (1995) An evaluation of the hydrogeomorphic approach for assessing forested wetland functions in the Puget Sound Lowlands. Society for Ecological Restoration 1995 International Conference, Seattle, Washington

**Rains MC** (1995) Vegetation zonation along hydrologic gradients in beaver pond wetlands. Society of Wetland Scientists 16th Annual Meeting, Boston, Massachusetts

*Regional Meetings, Seminars, and Colloquia*

**Rains MC**, McNutt SR (2015) The Pebble Mine, Alaska: hydrology and hazards. University of South Florida, Tampa, Florida

**Rains MC** (2015) Water sources and hydrodynamics of closed-basin depressions, Cook Inlet Region, Alaska. University of Maryland-Baltimore County, Catonsville, Maryland

**Rains MC** (2014) Water sources and hydrodynamics of closed-basin depressions, Cook Inlet Region, Alaska. Joseph E. Jones Ecological Research Center, Ichauway, Georgia.

**Rains MC**, on Behalf of the Scenarios and Modeling Cross-Cutting Theme (2014) Scenarios and Modeling Cross-Cutting Theme. 2014 FCE LTER All Scientists Meeting, Miami, Florida

**Rains MC**, Landry S, Rains KC, Seidel V, Crisman TL (2013) Net Wetland Loss (1950s-2007) and Current Wetland Condition (2007), Tampa Bay Watershed, Florida. Joint Scientific Meeting of the Society of Wetland Scientists South Atlantic Chapter, Florida Association of Environmental Soil Scientists, and Southwest Chapter of the Florida Association of Environmental Professionals, Tampa, Florida

Rains KC, **Rains MC**, Landry S, Seidel V, Crisman TL (2013) Using Wetland Loss, Current Wetland Condition, and Planned Future Condition for Wetland Conservation Planning And Prioritization, Tampa Bay Watershed, Florida. Joint Scientific Meeting of the Society of Wetland Scientists South Atlantic Chapter, Florida Association of Environmental Soil Scientists, and Southwest Chapter of the Florida Association of Environmental Professionals, Tampa, Florida

**Rains MC** (2013) INVITED PANELIST: Jobs, Jobs, Jobs. Joint Scientific Meeting of the Society of Wetland Scientists South Atlantic Chapter, Florida Association of

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 17

Environmental Soil Scientists, and Southwest Chapter of the Florida Association of Environmental Professionals, Tampa, Florida

**Rains MC**, on Behalf of the Scenarios and Modeling Cross-Cutting Theme (2013) Scenarios and Modeling Cross-Cutting Theme. 2013 FCE LTER All Scientists Meeting, Miami, Florida

**Rains MC**, Landry S, Rains KC, Seidel V, Crisman TL (2013) Using Wetland Loss, Current Wetland Condition, and Planned Future Condition for Wetland Conservation Planning And Prioritization, Tampa Bay Watershed, Florida. Environmental Research Interdisciplinary Colloquium, University of South Florida, Tampa, Florida

**Rains MC**, on Behalf of the Scenarios and Modeling Cross-Cutting Theme (2012) Scenarios and Modeling Cross-Cutting Theme. 2012 FCE LTER All Scientists Meeting, Miami, Florida

**Rains MC**, **Stringer CE**, **Fishinger A**, Vacher HL (2011) Breakout Session—Teaching with Spreadsheet Modules: Geology of National Parks, Parts I and II. 2011 Appalachian College Association Summit, Asheville, North Carolina

**Rains MC** (2011) Geological control of physical and chemical hydrology in vernal pools, Central Valley, California. University of Central Florida, Orlando, Florida

**Rains MC** (2011) Water sources and hydrodynamics of closed-basin depressions, Cook Inlet Region, Alaska. Florida Atlantic University, Boca Raton, Florida

**Rains MC**, **Murphy K**, **Pechenik N**, **Exner-Kittridge M**, Stewart M (2010) Hydrology of clay settling areas and surrounding landscapes in the phosphate mining district, peninsular Florida. 2010 Water Institute Symposium, Gainesville, Florida

**Brewer LD**, **Stringer CE**, **Voytenko D**, Kruse S, **Rains MC** (2010) Terrain conductivity and spatial variability in a mangrove under two different hydrologic conditions, Indian River Lagoon, Florida. Northeastern Section (45th Annual) and Southeastern Section (59th Annual) Joint Meeting, Baltimore, Maryland

**Rains MC** (2009) Balancing water resources between human and natural users in coastal environments. Workshop ANID, Paso Pacifico, and International Institute of Tropical Forestry, Managua, Nicaragua

**Rains MC** (2009) Water sources and hydrodynamics of closed-basin depressions, southcentral Alaska. East Carolina University, Greenville, North Carolina

**Rains MC** (2009) Water sources and hydrodynamics of closed-basin depressions, southcentral Alaska. University of South Florida, Tampa, Florida

**Rains MC** (2008) Water sources and hydrodynamics of closed-basin depressions, southcentral Alaska. University of Florida, Gainesville, Florida

**Rains MC** (2008) Balancing limited water resources in coupled human-natural systems: A case study on the Costa Alegre, Mexico. United Nations Association of the USA Tampa Bay Chapter, Tampa, Florida

**Stringer CE**, **Rains MC**, Kruse S, Whigham D, Verhoeven JTA, Laanbroek R (2008) Controls on the chemical hydrology and associated ecological structure and function of mangroves, Indian River Lagoon, Florida. 2008 Water Institute Symposium, Gainesville, Florida

**Rains MC** (2008) Conservation of coupled human-mangrove systems: Research, teaching, and capacity building on the Costa Alegre, Mexico. Meeting of the Friends of the Patel Center for Global Solutions, Tampa, Florida

**Rains MC** (2007) Ecohydrology of Mexican mangroves: Research, teaching, and

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 18

community outreach on the Costa Alegre, Mexico. University of South Florida, Tampa, Florida

**Rains MC** (2006) INVITED PANELIST: A review of the state of the science. Regional Science Workshop on Headwaters and Associated Wetlands in the Mid-Atlantic Highlands Region, U.S. Environmental Protection Agency Region 3, Philadelphia, Pennsylvania

**Rains MC** (2006) INVITED PANELIST Too much, too little, just right: Optimum hydrologic regimes for the natural system. The Everglades Coalition 21st Annual Conference, Hutchinson Island, Florida

**Rains MC**, Williamson RJ, Fogg GE, Harter T, Dahlgren RA (2006) Geological control of physical and chemical hydrology in vernal pools, Central Valley, California. University of Florida, Gainesville, Florida

**Rains MC**, Williamson RJ, Fogg GE, Harter T, Dahlgren RA (2006) Geological control of physical and chemical hydrology in vernal pools, Central Valley, California. University of Nevada, Reno, Nevada

**Rains MC**, Mount JF, Larsen EW (2005) The effects of reservoir operations on shallow groundwater and vegetation distributions in reservoir-fringe ecosystems. University of South Florida, Tampa, Florida

**Rains MC**, **Stringer C**, Whigham D, Feller I, Megonigal P, Verhoven J (2005) Hydrological controls on ecological functions in mangrove systems, Indian River Lagoon, Florida. SFWMD/USGS Cooperative Program - Coastal (Northern) Issues Meeting, West Palm, Florida

**Rains MC**, Mount JF, Larsen EW (2004) The effects of reservoir operations on shallow groundwater and vegetation distributions in reservoir-fringe ecosystems. Wetlands Hydrology Workshop, Tampa Bay Water, Clearwater, Florida

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2004) What is ecohydrology? A definition and case study. 2004 University of South Florida Geology Alumni Society & Geology Department Internship Symposium, Tampa, Florida

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2004) Geological control of hydrological, biogeochemical, and biological processes in vernal pool landscapes, Central Valley, California. University of South Florida, Tampa, Florida

**Rains MC**, Fogg GE, Harter T, Dahlgren RA, Williamson RJ (2003) Geological control of ecological structure and function in vernal pool wetlands, Central Valley, California. University of South Florida, Tampa, Florida

**Rains MC**, Mount JF, Larsen EW (2003) The effects of reservoir operations on shallow groundwater and vegetation distributions in reservoir-fringe ecosystems. University of South Florida, Tampa, Florida

**Rains MC**, Mount JF, Larsen EW (2003) The effects of reservoir operations on shallow groundwater and vegetation distributions in reservoir-fringe ecosystems. New Mexico Tech, Socorro, New Mexico

**Rains MC**, Mount JF, Larsen EW (2003) The effects of reservoir operations on shallow groundwater and vegetation distributions in reservoir-fringe ecosystems. UC Davis, Davis, California

**Rains MC**, Ewing KE (1994) Plant community structure along environmental gradients defined by hydrology, redox potential, and shade in Pacific Northwest palustrine wetlands. University of Washington, Seattle, Washington

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 19

**Recent Academic Funding**

Title: Kenai Lowlands Salmon Research Synthesis and Design of Tools for Integrated Watershed Management
Source of Funding: National Center for Ecological Analysis and Synthesis
Investigators: PI – C. Walker (Kachemak Bay National Estuarine Research Reserve); co-PIs – **M.C. Rains**, D. Whigham (Smithsonian Environmental Research Center), R. King (Baylor University), C. Simenstad (University of Washington)
Total Amount of Funding: $182,000
Project Start and End Dates: January 2017-June 2018

Title: Academic Affiliation Agreement with USF and FGCU
Source of Funding: Florida Gulf Cost University
Investigators: PI – **M.C. Rains**
Total Amount of Funding: $15,000
Project Start and End Dates: July 2016-June 2017

Title: Co-Leading and Participating in the Scenarios and Modeling Cross-Cutting Theme of the Florida Coastal Everglades Long-Term Ecological Research Program (Subcontract to FCE LTER III: Coastal Oligotrophic Ecosystems Research, $3,360,000)
Source of Funding: National Science Foundation
Investigators: PI – **M.C. Rains**
Total Amount of Funding: $355,000
Project Start and End Dates: December 2012-November 2018

Title: Assistance to Develop Methods for the Ecohydrologic Classification and Assessment of Northern Tampa Bay and Northern District Sandhill and Xeric Wetland and Lake Types
Source of Funding: Southwest Florida Water Management District
Investigators: PI – **M.C. Rains**; co-PI – S. Kruse
Total Amount of Funding: $32,000
Project Start and End Dates: January 2015-December 2016

Title: North American Analysis and Synthesis on the Connectivity of "Geographically Isolated Wetlands" to Downstream Waters
Source of Funding: US Geological Survey/National Science Foundation
Investigators: PI – D. Mushet (USGS), C. Lane (EPA), **M.C. Rains**, and S. Leibowitz (EPA)
Total Amount of Funding: $43,000
Project Start and End Dates: October 2014-September 2016

Title: Development of a System for Measuring Baseline and Past Conditions of a Mangrove Wetland
Source of Funding: Paso Pacifico
Investigators: PI – **M.C. Rains**; co-PI – K. Rains
Total Amount of Funding: $9,000
Project Start and End Dates: July 2015-December 2015

Title: RAPID: Climate Change Vulnerability in the Tampa Bay Region Socioecosystem
Source of Funding: National Science Foundation
Investigators: PI – R.K. Zarger; co-PIs – D. Lewis, **M.C. Rains**, S. Landry, F.A. Akiwumi, and S. Bell
Total Amount of Funding: $89,000
Project Start and End Dates: September 2012-August 2013

Title: ULTRA-Ex: Urban Development, Power Relations, and Water Redistribution as

---

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 20

Drivers of Wetland Change in the Tampa Bay Urban Ecosystem
Source of Funding: National Science Foundation
Investigators: PI – D.B. Lewis; co-PIs – F.A. Akiwumi, T.L. Crisman, **M.C. Rains**, R.K. Zarger
Total Amount of Funding: $289,000
Project Start and End Dates: January 2010-June 2013

Title: Characterization of Microhabitat Complexity of Juvenile Coho Overwintering Habitats in the Kenai Peninsula, Alaska
Source of Funding: Alaska Department of Fish & Game
Investigators: PI – **M.C. Rains**
Total Amount of Funding: $26,000
Project Start and End Dates: June 2012-May 2013

Title: Sustainable Water Resources Development, Miches, Dominican Republic
Source of Funding: The Rotary Clubs of San Pedro de Macoris, Clearwater, and Dunedin North; Rotary District 6950; and The Rotary International Foundation
Investigators: PIs – **M.C Rains**, T. Crisman
Total Amount of Funding: $61,000
Project Start and End Dates: September 2011-Completion

Title: Groundwater Discharge to Salmon-Bearing Headwater Streams, Kenai Peninsula, Alaska II (Subcontract to Headwater Stream Rearing Habitat, $303,000)
Source of Funding: Alaska Sustainable Salmon Fund
Investigators: PI – **M.C. Rains**
Total Amount of Funding: $26,000
Project Start and End Dates: May 2010-September 2012

Title: Wetland Inventory and Evaluation Study
Source of Funding: St. Lucie County, Florida
Investigators: PI – **M.C. Rains**; co-PI – T. Crisman
Total Amount of Funding: $85,000
Project Start and End Dates: April 2010-November 2013

Title: Water-Quality Sampling, Training, and Capacity Building on the North-East Coast of the Dominican Republic
Source of Funding: USF Institute for the Study of Latin America and the Caribbean
Investigators: PIs – **M.C. Rains**, T. Crisman
Total Amount of Funding: $6,000
Project Start and End Dates: January 2010-December 2010

Title: Changes in Groundwater Discharge to the Oligotrophic Ecotone (Subcontract to FCE LTER II: Coastal Oligotrophic Ecosystems Research, $1,744,000)
Source of Funding: National Science Foundation
Investigators: PI – **M.C. Rains**
Total Amount of Funding: $30,000
Project Start and End Dates: November 2009-October 2010

Title: Development of a Coordinated Watershed Approach for Linking Compensatory Mitigation and Tampa Bay Habitat Restoration Goals
Source of Funding: Tampa Bay Estuary Program
Investigators: PI – T. Crisman; co-PIs – S. Bell, S. Landry, **M.C. Rains**, and M. Stewart
Total Amount of Funding: $95,000
Project Start and End Dates: July 2009-March 2012

Title: Geology of National Parks: Spreadsheets, Quantitative Literacy, and Natural Resources

---

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 21

Source of Funding: National Science Foundation
Investigators: PI – H.L. Vacher; co-PIs – **M.C. Rains**, J. Harden, and T. Juster
Total Amount of Funding Requested: $197,000
Project Start and End Dates: January 2009-December 2010

Title: FCE LTER II – Supplement for International Collaboration with the Ecosistemas
Arrecifales del Pacifico Program of the Mexican ILTER Network (Supplemental to FCE
LTER II: Coastal Oligotrophic Ecosystems Research, $1,744,000)
Source of Funding: National Science Foundation
Investigators: PI – **M.C. Rains**; Sr. Personnel – Francisco de Asís Silva Bátiz, Enrique
Godínez Domínguez (Universidad de Guadalajara)
Total Amount of Funding: $6,000
Project Start and End Dates: July 2008-November 2009

Title: Groundwater Discharge to Salmon-Bearing Headwater Streams, Kenai Peninsula,
Alaska (Subcontract to Headwater Stream Wetland Settings and Shallow Ground Water
Influence: Relationships to Juvenile Salmon Habitat on the Kenai Peninsula, Alaska,
$185,000)
Source of Funding: Environmental Protection Agency
Investigators: PI – **M.C. Rains**
Total Amount of Funding: $26,000
Project Start and End Dates: June 2007-May 2009

Title: Investigating a Harm Standard Based Upon Chapter 40D-2.301 FAC
Source of Funding: Southwest Florida Water Management District
Investigators: PIs – D. Martin, S. Emery; co-PIs – **M.C. Rains**, M. Stewart
Total Amount of Funding: $150,000
Project Start and End Dates: October 2006-April 2008

Title: Investigating Environmental Impacts and Climate Change of Creating a Lake in the
Hyperarid Sahara Desert
Source of Funding: National Science Foundation
Investigators: PIs – A. Said, M.A. Ross; Sr. Personnel – **M.C. Rains**, M. Stewart, K.
Trout, and H. Fuelberg (Florida State University)
Total Amount of Funding: $30,000
Project Start and End Dates: September 2006-April 2007

Title: Linkages Between Surface and Subsurface Hydrology and Ecological Functioning
of Mangrove Ecosystems
Source of Funding: Smithsonian Institution
Investigators: PI – D.F. Whigham (Smithsonian Environmental Research Center); co-PIs
– **M.C. Rains**, I. Feller (Smithsonian Environmental Research Center), J. Verhoeven
(Utrecht University), R. Laanbroek (Utrecht University), W. Rodriguez (University of
Rhode Island)
Total Amount of Funding: $60,000
Project Start and End Dates: October 2004-September 2009

Title: Hydrology of Clay Settling Areas
Source of Funding: Florida Institute for Phosphate Research
Investigators: PI – M.A. Ross; co-PIs – **M.C. Rains**, M. Stewart, and K. Trout
Total Amount of Funding: $1,189,000
Project Start and End Dates: March 2005-June 2010

Title: USF GeoPark and Botanical Gardens – Linked Resources for Community
Education in Hydrogeology
Source of Funding: Southwest Florida Water Management District
Investigators: PI – H.L. Vacher; co-PIs – **M.C. Rains** and M. Stewart

_____

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 22

Total Amount of Funding: $5,000
Project Start and End Dates: January 2004-June 2004 (no-cost extension to March 2005)

**Workshops Attended**
North American Analysis and Synthesis on the Connectivity of "Geographically Isolated Wetlands" to Downstream Waters, Part II (2016), John Wesley Powell Center for Analysis and Synthesis, Ft. Collins, Colorado.

North American Analysis and Synthesis on the Connectivity of "Geographically Isolated Wetlands" to Downstream Waters, Special Session on Hydrologic Modeling (2016), John Wesley Powell Center for Analysis and Synthesis, Ft. Collins, Colorado.

North American Analysis and Synthesis on the Connectivity of "Geographically Isolated Wetlands" to Downstream Waters, Part 1 (2015), John Wesley Powell Center for Analysis and Synthesis, Ft. Collins, Colorado.

Isolated Wetlands Research Workshop (2013), Joseph W. Jones Ecological Research Center, Newton, Georgia

Quantitative Literacy and Geology in the National Parks, Workshop 524 (2012), Geological Society of America Annual Meeting, Charlotte, NC

ULTRA-Climate Workshop: Developing and Coordinating Research on Urban Vulnerability to Climate Change (2012), US Environmental Protection Agency, Washington, DC

Transforming Undergraduate Education in STEM: Making and Measuring Impacts (2011), National Science Foundation, Washington, DC

Regional Science Workshop on Headwaters and Associated Wetlands in the Mid-Atlantic Highlands Region (2006), US Environmental Protection Agency, Philadelphia, Pennsylvania

Designing Hydrologic Observatories as a Community Resource: A CUAHSI National Workshop (2004), Utah State University, Logan, Utah

Wetlands Hydrology Workshop (2004), Tampa Bay Water, Clearwater, Florida

Streamside Vegetation-Hydrologic Interactions Workshop (2003), US Forest Service, Tucson, Arizona.

Workshop on the Hydrogeomorphic Approach to Assessment of Functions of Waters of the U.S., Including Wetlands, in the Santa Margarita Watershed (1997), National Wetland Science Training Cooperative, Fallbrook, California.

Workshop on the Hydrogeomorphic Approach to Assessment of Functions of Precipitation-Driven Wetlands on Discontinuous Permafrost in Interior Alaska (1997), National Wetland Science Training Cooperative, Fairbanks, Alaska.

National Workshop and Symposium on the Future of Wetland Assessment: Applying Science Through the Hydrogeomorphic Assessment Approach and Other Approaches (1997), Association of State Wetland Managers, Annapolis, Maryland.

Workshop on the Hydrogeomorphic Approach to Assessment of Functions of Waters of the U.S., Including Wetlands, in the Northern Prairie Region (1995), National Wetland Science Training Cooperative, Jamestown, North Dakota.

**Legal Support**
Technical support on behalf of plaintiff, *United States of America, Plaintiff, v. Roger J.*

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)
Page 23

*Lapant, Jr.; J&J Farms; Good Pond Ag, Inc.; and Farmland Management Services, Defendants* (2016-current)

Expert testimony on behalf of the defendant, *Duarte Nursery, Inc., a California Corporation; and John Duarte, an individual, Plaintiffs, v. United States Army Corps of Engineers, Defendant* (2014-current)

Expert testimony on behalf of plaintiff, *United States of America, Plaintiff, v. Matthew R. Anchordoguy, Anchordoguy and Company Limited Partnership, and John M. Barlow, Defendants* (2012-2014)

Expert testimony on behalf of plaintiff, Jacqueline Lane, *Friends of Perdido Bay, and James Lane v. International Paper and Department of Environmental Protection* (2010)

Declaration on behalf of the plaintiff (*pro bono*), *Clayton Colson and Citizens for Sanity, Inc. v. Southwest Florida Water Management District* (2009)

Expert testimony on behalf of the plaintiff (*pro bono*), *Octavio Blanco v. Win-Suncoast, Ltd. and Southwest Florida Water Management District* (2008)

Expert testimony on behalf of the plaintiff (*pro bono*), *Octavio Blanco v. Westfield Homes of Florida and Southwest Florida Waters Management District* (2006)

Technical support for defendant, *Borden Ranch Partnership and Angelo K. Tsakopoulos, Petitioners v. United States Army Corps of Engineers and Environmental Protection Agency*, 537 U.S. 99 (2002)

---

School of Geosciences, University of South Florida, 4202 E. Fowler Avenue, NES 207, Tampa, FL 33620
(813) 974-3310 (phone), (813) 974-2654 (fax); mrains@usf.edu (e-mail)