OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** April 29, 2020  **Time:** 10:31-11:31= 1 Hour  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC  **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Andy Waters
**Attorneys for Defendant:** Simi Bhat, Debra Carfora, Brandon N. Adkins, John Do
**Also Present:** Representatives from Zoom (Katie Williamson and Wyatt Scharf)

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** JoAnn Bryce

PROCEEDINGS

Status Conference re: Bench Trial - held via Zoom Webinar.

SUMMARY

Parties stated appearances and proceeded to discuss method of conducting bench trial as further stated on the record.

The Court's license for Zoom webinar will be reserved for 500 people capacity for this bench trial.

Court will further discuss at final pretrial conference hearing set May 8, 2020.