C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **NOTICE OF PLAINTIFFS' WITHDRAWAL OF THEIR OPPOSITION TO DEFENDANTS' THIRD MOTION *IN LIMINE* TO EXCLUDE THE DRAFT NATIONAL TOXICOLOGY PROGRAM MONOGRAPH** <br><br> Judge: Hon. Edward M. Chen <br> Date: Jan 7, 2017 (Pretrial Conference) <br> Time: 2:30 p.m. <br> Courtroom: 5 - 17th Floor |

Plaintiffs wish to notify the Court that, following a meet and confer with EPA, Plaintiffs are withdrawing their Opposition to the Third Motion *in Limine*. While withdrawing their opposition to the motion, Plaintiffs reserve the right to inquire about the NTP Draft Monograph on cross-examination.

May 1, 2020                                                 Respectfully submitted,

                                                            */s/ Michael Connett*
                                                            MICHAEL CONNETT

---

1

PLAINTIFFS' WITHDRAWAL OF OPPOSITION TO EPA'S THIRD MOTION IN LIMINE
RE: NATIONAL TOXICOLOGY PROGRAM MONOGRAPH

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 1st day of May, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

               */s/ Michael Connett*
               MICHAEL CONNETT