1

2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

3

4

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al., | No. 3:17-cv-02162-EMC |
| | |
| Plaintiffs, | **AMENDED APPENDIX B TO JOINT PRETRIAL CONFERNCE STATEMENT (EXHIBITS)** |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENY, et al., | |
| Defendants. | |

5

6

7

8

9

10

11

12          Attached here are the parties' AMENDED exhibit lists in tabular form which supersedes

13 the previously filed corrected exhibit list (Dkt. No. 159-1) and original exhibit list (Dkt. No. 153-

14 1).  This shortened amended list is the result of the parties meeting and conferring regarding exhibit

15 objections.  Plaintiffs have elected to renumber sequentially their list.

16          The parties respectfully direct the Court to the parties' bellwether objections and to the end

17 of Appendix C that concerns a dispute regarding certain exhibits that may benefit from the Court's

18 consideration prior to trial.

19

Dated:   May 1, 2020

20

21

22

23

24

25

26

27

28

/s/*John Thomas H. Do*
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC. 20044-7611
Tel.    (202) 514-2640 (Carfora)
john.do@usdoj.gov
brandon.adkins@usdoj.gov
simi.bhat@usdoj.gov

*Attorneys for Federal Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Michael Connett* (by permission)
C. Andrew Waters
Michael Connett
WATERS KRAUS & PAUL
222 N. Pacific Coast Hwy
El Segundo, CA 90245
Tel: (310) 414-8146
mconnett@waterskraus.com

*Attorneys for Plaintiffs*

CASE NO. 17-CV-02162-EMC
AMENDED APPENDIX B TO JOINT PRE TRIAL CONFERENCE STATEMENT (EXHIBITS)