Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (AMENDED May 1, 2020)

| Exhibit Number | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS** | | | | | | | | |
| 001 | CV of Dr. Ole Fejerskov | 2019 | | Foundation | Ole Fejerskov | EPA MIL #4 | Opp to MIL 4 | |
| 002 | Tables and Figures from Dr. Fejerskov's Expert Report | 2019 | | Summary of opinion | Ole Fejerskov | | | |
| 003 | CV of Dr. Philippe Grandjean | 2019 | | Further context for expert opinon | Philippe Grandjean | EPA MIL #1 | Opp to MIL 1 | |
| 004 | Tables and Figures from Dr. Grandjean's Expert Reports | 2019 | | Summary of opinion | Philippe Grandjean | | | |
| 005 | CV of Dr. Howard Hu | 2019 | | Further context for expert opinon | Howard Hu | EPA MIL #2 | Opp to MIL 2 | |
| 006 | CV of Dr. Bruce Lanphear | 2019 | | Further context for expert opinon | Bruce Lanphear | EPA MIL #2 | Opp to MIL 2 | |
| 007 | CV of Dr. Kathleen Thiessen | 2019 | | Further context for expert opinon | Kathleen Thiessen | EPA MIL #4 | Opp to MIL 4 | |
| 008 | Tables and Figures from Dr. Thiessen's Expert Reports | 2019 | | | | | | |
| 009 | CV of Dr. Christine Wells | 2019 | | Further context for expert opinon | Christine Wells | EPA MIL #4 | Opp to MIL 4 | |
| 010 | Tables and Figures from Dr. Wells Expert Reports | 2019 | | | | | | |
| 011 | NIEHS/EPA Children's Environmental Health and Disease Prevention Research Centers: Protecting Children's Health Where They Live, Learn, and Play (EPA/600/R-17/407). | 2017 | | Background and context for NIH-funded birth cohort studies & adverse nature of IQ loss | N/A | | | |
| 012 | Mundy, et al. "Building a Database of Developmental Neurotoxicants: Evidence from Human and Animal Studies" (Ex. 223). | n/a | | Supports neurotoxicity being a hazard of fluoride | N/A | | | |
| 013 | NRC. Fluoride in Drinking Water: A Scientific Review of EPA's Standards | 2006 | | Supports neurotoxicity being a hazard of fluoride | N/A | | | |
| 014 | Declaration of FDA's Dental Officer Frederick Hyman (Nov 5, 2018) and accompanying letter from FDA. | 2018 | | Lack of benefits from fluoride ingestion and absence of neurological safety data | N/A | Relevance; FRE 403 | FRE 807 | |
| 015 | CDC's Objections to Deposition Subpoena | 2018 | | Lack of benefits from fluoride ingestion | Hannan | | | |
| 016 | Stipulation Regarding Manufacturers of Fluoridation Chemicals (ECF 101). | 2019 | | Absence of neurological safety data for fluoride | N/A | Relevance; Hearsay; FRE 403 | Relevant to showing that Plaintiffs experts have not omitted any material data | |
| 017 | EPA Guidelines for Neurotoxicity Risk Assessment (EPA/630/R-95/001F). | 1998 | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | | | |
| 018 | EPA – Toxicological Review of 2,2',4,4'-Tetrabromodiphenyl Ether (BDE-47) (EPA/635/R-07/005F). | 2008 | | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | Relevance; EPA MIL #5 | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants; Opp to MIL 5 | |
| 019 | EPA – Toxicological Review of 2-Hexanone (EPA/635/R-09/008F). | 2009 | | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | Relevance; EPA MIL #5 | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants; Opp to MIL 5 | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (AMENDED May 1, 2020)

| Exhibit Number | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 020 | EPA – Toxicological Review of Methanol (Noncancer) (EPA/635/R-11/001Fa). | 2013 | | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants | N/A | Relevance; EPA MIL #5 | To establish EPA's neurotoxicity risk assessment principles and practices & susceptibility of fetus/infant to neurotoxicants; Opp to MIL 5 | |
| 021 | EPA - Toxicological Review of Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) (EPA/635/R-18/211Fa). | 2018 | | To establish neurotoxicity risk assessment principles and practices | N/A | Relevance; EPA MIL #5 | To establish EPA's neurotoxicity risk assessment principles and practices; Opp to MIL 5 | |
| 022 | EPA - Toxicological Review of Trimethylbenzenes (EPA/635/R-16/161Fa). | 2016 | | To establish EPA's neurotoxicity risk assessment principles and practices | N/A | Relevance; EPA MIL #5 | To establish EPA's neurotoxicity risk assessment principles and practices; Opp to MIL 5 | |
| 023 | EPA - Estimated Per Capita Water Ingestion and Body Weight in the United States (EPA-822-R-00-008). | 2000 | | Exposure assessment for fluoride | N/A | | | |
| 024 | EPA - Estimated Per Capita Water Ingestion and Body Weight in the United States—An Update (EPA-822-R-00-001). | 2004 | | Exposure assessment for fluoride | N/A | | | |
| 025 | EPA - Exposure Factors Handbook (Introduction) | 2011 | | Exposure assessment for fluoride | N/A | | | |
| 026 | EPA - Exposure Factors Handbook (Updated Chapter 3: Ingestion of Water and Other Select Liquids) | 2019 | | Exposure assessment for fluoride | N/A | | | |
| 027 | EPA - Recommended Use of Body Weight 3/4 as the Default Method in Derivation of the Oral Reference Dose (EPA 100-R11-0001). | 2011 | | To establish EPA's method for establishing human equivalent doses from animal data | N/A | | | |
| 028 | EPA – A Review of the Reference Dose and Reference Concentration Processes (EPA/630/P-02/002F) | 2002 | | To establish how EPA establishes reference doses from animal and human data, including use of uncertainty factors | N/A | | | |
| 029 | EPA - Fluoride: Dose-Response Analysis for Non-cancer Effects (EPA-820-R-10-019). | 2010 | | Data on fluoride exposures in US, including for infants; identification of populations susceptible to fluoride toxicity, and other background facts about fluoride cariology, toxicology and pharmacology | N/A | Violates MCLG/RfD Stipulation | Plaintiffs will not be discussing any material related to MCLG and are amenable to introducing only excerpts to avoid introducing discussion on MCLG | |
| 030 | EPA - Fluoride: Exposure and Relative Source Contribution Analysis (EPA-820-R-10-015) | 2010 | | Exposure assessment for fluoride | N/A | Violates MCLG/RfD Stipulation | Plaintiffs will not be discussing any material related to MCLG; and are amenable to introducing only excerpts to avoid introducing discussion on MCLG | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (AMENDED May 1, 2020)

| Exhibit Number | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 031 | EPA - Reregistration Eligibility Decision for Sodium Fluoride (EPA 739-R-07-010). | 2007 | | To establish EPA's risk assessment principles and practices in the context of sodium fluoride pesticides | N/A | Relevance | To establish EPA's risk assessment principles and practices in the context of sodium fluoride pesticides | |
| 032 | EPA – IRIS Chemical Assessment Summary: Methylmercury (MeHg); CASRN 22967-92-6 | 2001 | | Generalizability of BMD data derived from foreign populations to US | N/A | Relevance | Generalizability of BMD data derived from foreign populations to US | |
| 033 | EPA – Regulatory Impact Analysis of the Final Clean Air Mercury Rule, EPA-452/R-05-003 | 2005 | | Adverse nature of IQ loss | N/A | Relevance | goes to adverse nature of IQ loss | |
| 034 | EPA – Regulatory Impact Analysis of the Proposed Revisions to the National Ambient Air Quality Standards for Lead, https://www3.epa.gov/ttn/ecas/docs/ria/naaqs-lead_ria_final_2008-10.pdf | 2008 | | Adverse nature of IQ loss | N/A | Hearsay; Relevance | party admission; goes to adverse nature of IQ loss | |
| 035 | EPA – Economic Analysis of Toxic Substances Control Act Section 403: Lead-Based Paint Hazard Standards, https://www.epa.gov/sites/production/files/documents/403_ea_d21.pdf | 2000 | | Adverse nature of IQ loss | N/A | Relevance | goes to adverse nature of IQ loss | |
| 036 | EPA Website – "About Risk Assessment," https://www.epa.gov/risk/about-risk-assessment#whatisrisk. | 2019 | | To establish EPA risk assessment principles and practices | N/A | | | |
| 037 | EPA Website – "NRC Risk Assessment Paradigm," https://www.epa.gov/fera/nrc-risk-assessment-paradigm. | 2017 | | To establish EPA risk assesment principles and practices | N/A | Relevance | To establish EPA risk assesment principles and practices | |
| 038 | EPA Website – "Conducting a Human Health Risk Assessment, https://www.epa.gov/risk/conducting-human-health-risk-assessment. | 2017 | | To establish EPA risk assessment principles and practices | N/A | | | |
| 039 | EPA Website – "Exposure Assessment Tools by Lifestages and Populations - Highly Exposed or Other Susceptible Population Groups," https://www.epa.gov/expobox/exposure-assessment-tools-lifestages-and-populations-highly-exposed-or-other-susceptible. | 2017 | | To establish EPA risk assessment principles and practices | N/A | | | |
| 040 | EPA Website - EPA-FDA Fish Advice: Technical Information, https://www.epa.gov/fish-tech/epa-fda-fish-advice-technical-information | 2018 | | EPA's use of foreign-based data to protect US population | N/A | Relevance | goes to EPA's use of foreign-based data to protect US population | |
| 041 | Federal Register, Volume 76, Number 12 (January 19, 2011), Pages 3,422-3,449: Sulfuryl Fluoride; Proposed Order Granting Objections to Tolerances and Denying Request for a Stay | 2011 | | Exposure assessment & risk assessment methods | N/A | Hearsay; Relevance | Party admission; Relevent to exposure assessment & risk assessment methods | |
| 042 | Federal Register, Volume 73, Number 219 (November 12, 2008), Pages 66,964–67,062. National Ambient Air Quality Standards for Lead; Final Rule | 2008 | | Adverse nature of IQ loss | N/A | Relevance | Relevant to adverse nature of IQ loss | |
| 043 | Federal Register, Volume 84, Number 123 (June 26, 2019), Pages 30,524-30,569) National Primary Drinking Water Regulations: Perchlorate; Proposed rule, request for public comment | 2019 | | Adverse nature of IQ loss | N/A | Hearsay; Relevance | Party admission; Relevant to adverse nature of IQ loss | |
| 044 | Memorandum from Steve M. Knott to Wendy Cleland-Hamnett, Director of OPPT (Ex. 237). | 2016 | | EPA's risk characterization under TSCA | N/A | Relevance | Relevant to EPA's risk characterization under TSCA | |
| 045 | Power point of Dr. Tala Henry (Ex. 235), along with cover pages (Ex. 236) | 2016 | | EPA's risk characterization under TSCA | N/A | Relevance | Relevant to EPA's risk characterization under TSCA | |
| 046 | EPA - Draft Risk Evaluation for 1,4-Dioxane (EPA-740-R1-8007). | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | Hearsay; Relevance; EPA MIL #5 | Party admission; Opp to MIL 5 | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (AMENDED May 1, 2020)

| Exhibit Number | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 047 | EPA - Draft Risk Evaluation for 1-Bromopropane (740-R1-8013). | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | Hearsay; Relevance; EPA MIL #5 | Party admission; Opp to MIL 5 | |
| 048 | EPA - Draft Risk Evaluation for Methylene Chloride (EPA-740-R1-8010). | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | Hearsay; Relevance; EPA MIL #5 | Party admission; Opp to MIL 5 | |
| 049 | EPA - Draft Risk Evaluation for N-Methylpyrrolidone (NMP) (EPA-R1-8009) | 2019 | | EPA's risk characterization/determination practices under TSCA | N/A | Hearsay; Relevance; related to EPA MIL #5 | Party admission; Opp to MIL 5 | |
| 050 | EPA - Draft Risk Evalution for Trichloroethylene (EPA-740-R1-8008) | 2020 | | EPA's risk characterization/determination practices under TSCA | N/A | Hearsay; Relevance; related to EPA MIL #5 | Party admission; Opp to MIL 5 | |
| 051 | Letter from EPA Assistant Administrator, Robert Perciasepe, July 25, 1997 (Ex. 155). | 1997 | | To help demonstrate that focus of EPA's regulation of fluoride in water should be on prevention of risk; not promotion of a health benefit | N/A | Hearsay; violates MCLG Stip | No sponsoring witness necessary: self-authenticating + party admission | |
| 052 | Second Amended Declaration of Scott Edwards | 2019 | | Standing | N/A | | | |
| 053 | Declaration of Kristie Lavelle | 2018 | | Standing | N/A | | | |
| 054 | Declaration of Julie Simms | 2018 | | Standing | N/A | Foundation; Hearsay | Violates stip on standing (ECF 102) | |
| 055 | Declaration of Brenda Staudenmaier | 2018 | | Standing | N/A | | | |
| 056 | Declaration of Audrey Adams | 2018 | | Standing | N/A | Foundation; Hearsay | Violates stip on standing (ECF 102) | |
| 057 | Declaration of Jessica Trader | 2018 | | Standing | N/A | | | |
| 058 | Declaration of Moms Against Fluoridation | 2018 | | Standing | N/A | | | |
| 059 | Grandjean Purchase Order | 1999 | | Helps demonstrate generalizability of toxicity data from other countries to US, as well as EPA's recognition of Dr. Grandjean's expertise in BMD analysis | Philippe Grandjean | | Grandjean will authenticate; Party admission | |
| 060 | Thiessen Dep. Ex. 260: Dose Response Evaluation | n/a | | Helps demonstrate dose-response analysis for risk assessment | Kathleen Thiessen | | | |
| 061 | Thayer Dep. Ex. 103 | n/a | | Helps demonstrate how EPA applies animal data to humans | Kristina Thayer | relevance; EPA MIL #5 | Thayer will provide foundation; Opp to MIL 5 | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (AMENDED May 1, 2020)

| Exhibit Number | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
|  | **UNITED STATES' EXHIBITS** ||||||||
| 501 | Curriculum Vitae for Charlotte Lewis, MD, MPH. | | | Foundation | Charlotte Lewis | | | |
| 502 | Tables and Figures from Community Water Fluoridation. Expert report of Charlotte Lewis. | June 27, 2019 | | Summary of opinion | Charlotte Lewis | | | |
| 503 | Tables and Figures from Charlotte Lewis Rebuttal to Plaintiffs' Reports | Aug. 1, 2019 | | Summary of opinion | Charlotte Lewis | | | |
| 504 | Curriculum Vitae for Ellen Chang, Sc.D. | | | Foundation | Ellen Chang | | | |
| 505 | Tables and Figures Rebuttal Report of Ellen Chang, Sc.D. | | | Summary of opinion | Ellen Chang | | | |
| 506 | Curriculum Vitae for Gary Douglass Slade. | | | Foundation | Gary Slade | | | |
| 507 | Tables and Figures from Dental Health Benefits of Fluoride in Drinking Water. Expert report of Gary Slade. | June 27, 2019 | | Summary of opinion | Gary Slade | | | |
| 508 | Tables and Figures from Gary Slade Responses to Expert Reports for the Plaintiffs | Aug. 1, 2019 | | Summary of opinion | Gary Slade | | | |
| 509 | Curriculum Vitae for Joyce Tsuji, Ph.D., DABT, Fellow ATS. | | | Foundation | Joyce Tsuji | | | |
| 510 | Tables and Figures from Expert Rebuttal Report of Joyce Tsuji | Aug. 1, 2019 | | Summary of opinion | Joyce Tsuji | | | |
| 511 | Curriculum Vitae for Tala Henry, Ph.D. | | | Foundation | Tala Henry | | | |
| 512 | Tables and Figures from Initial Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify | June 27, 2019 | | Summary of opinion | Tala Henry | | | |
| 513 | Tables and Figures from Rebuttal Summary of the Facts and Opinions to Which Tala Henry is Expected to Testify | Aug. 1, 2019 | | Summary of opinion | Tala Henry | | | |
| 514 | Environmental Protection Agency, 40 CFR Chapter I, [EPA–HQ–OPPT–2016–0763; FRL–9959–74], Fluoride Chemicals in Drinking Water; TSCA Section 21 Petition; Reasons for Agency Response. Federal Register Vol. 82, No. 37, 11878–11890. | Feb. 27, 2017 | | Considered by expert; Goes to lack of neurotoxicity | Ellen Chang; Tala Henry | | | |
| 515 | Fluoride Action Network. Citizen Petition Under Section 21 of TSCA. | Nov. 2016 | | Basis of complaint | Tala Henry; Ellen Chang; Joyce Tsuji | | | |
| 516 | DHHS. U.S. Department of Health and Human Services Federal Panel on Community Water Fluoridation. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public Health Rep 2015;130(4):318-331. | July 8, 2015 | | Considered by expert | Ellen Chang; Tala Henry; Gary Slade; Charlotte Lewis | | | |
| 518 | NTP. 2015a Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. U.S. Department of Health and Human Services, National Toxicology Program. | Jan. 9, 2015 | | Considered by expert; Goes to lack of neurotoxicity | Kristina Thayer | | | |
| 530 | U.S. EPA (1992) Guidelines for Exposure Assessment. EPA 600-Z-92-001. https://cfpub.epa.gov/ncea/risk/recorddisplay.cfm?deid=15263. | May 29, 1992 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | Hearsay | FRE 703; FRE 803; FRE 803(8) FRE 803(18) | |
| 532 | U.S. EPA (1998a) Guidelines for Neurotoxicity Risk Assessment. EPA 630-R-95-001F. 1998. https://www.epa.gov/sites/production/files/2014-11/documents/neuro_tox.pdf. | May 14, 1998 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 533 | U.S. EPA (2000) Risk Characterization Handbook. EPA 100-B-00-002 https://www.epa.gov/sites/production/files/2015-10/documents/osp_risk_characterization_handbook_2000.pdf, including U.S. EPA (1995) Policy for Risk Characterization; Science Policy Council Handbook. | Dec. 2000 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | Hearsay | FRE 703; FRE 803; FRE 803(8) FRE 803(18) | |
| 535 | U.S. EPA. (2014) Framework for Human Health Risk Assessment to Inform Decision Making. EPA/100/R-14/001 https://www.epa.gov/sites/production/files/2014-12/documents/hhraframework-final-2014.pdf. | 2014 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | Hearsay | FRE 703; FRE 803; FRE 803(8) FRE 803(18) | |

Food and Water Watch, et al. v. U.S. Environmental Protection Agency
Civ. No. 17-cv-02162-EMC (N.D. Cal.)
Final Exhibit Index (AMENDED May 1, 2020)

| Exhibit Number | Description | Date | Party Offering | Purpose for Offering | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 538 | U.S. EPA (2017) Guidance to Assist Interested Persons in Developing and Submitting Draft Risk Evaluations Under the Toxic Substances Control Act. EPA-740-R17-001 https://www.epa.gov/sites/production/files/2017-06/documents/tsca_ra_guidance_final.pdf. | 2017 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | Relevance | Considered by expert; Goes to lack of unreasonable risk;Goes to requirments of TSCA | |
| 539 | U.S. EPA (2018) Application of Systematic Review in TSCA Risk Evaluations. EPA-740-P1-8001 https://www.epa.gov/assessing-and-managing-chemicals-undertsca/application-systematic-review-tsca-risk-evaluations. | 2018 | | Relied upon by expert; Goes to lack of unreasonable risk | Tala Henry | Relevance | Considered by expert; Goes to lack of unreasonable risk;Goes to requirments of TSCA | |
| 540 | Senate Report 114–67. Available at https://www.congress.gov/114/crpt/srpt67/CRPT-114srpt67.pdf. | June 18, 2015 | | Goes to TSCA procedures | Tala Henry | Hearsay | FRE 703; FRE 803; FRE 803(8) | |
| 541 | House Report 114–176. Available at https://www.congress.gov/114/crpt/hrpt176/CRPT-114hrpt176.pdf. | June 23, 2015 | | Goes to TSCA procedures | Tala Henry | Hearsay | FRE 703; FRE 803; FRE 803(8) | |
| 543 | Congressional Record S3516. Available at https://www.congress.gov/crec/2016/06/07/CREC-2016-06-07-pt1-PgS3511.pdf. | June 7, 2016 | | Goes to legal requirments of TSCA | Tala Henry | Relevance; Hearsay | FRE 703; FRE 803; FRE 803(8); Goes to requirments of TSCA | |
| 544 | Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act (82 Fed. Reg. 33,726). | July 20, 2017 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | | | |
| 545 | TSCA Work Plan for Chemical Assessments: 2014 Update, available at https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/tsca-work-plan-chemical-assessments-2014-update. | Oct. 2014 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | Relevance | Considered by expert; Goes to lack of unreasonable risk;Goes to requirments of TSCA | |
| 546 | Final Rule, Procedures for Prioritization of Chemicals for Risk Evaluation Under the Toxic Substances Control Act (82 Fed. Reg. 33,753). | July 20, 2017 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | Relevance | Considered by expert; Goes to lack of unreasonable risk;Goes to requirments of TSCA | |
| 547 | Initiation of Prioritization Under the Toxic Substances Control Act (TSCA) (84 Fed. Reg. 10,491). | March 21, 2019 | | Considered by expert; Goes to lack of unreasonable risk | Tala Henry | Relevance | Considered by expert; Goes to lack of unreasonable risk;Goes to requirments of TSCA | |
| 548 | U.S. Department of Health and Human Services. Water Fluoridation Basics. https://www.cdc.gov/fluoridation/basics/index.htm. | | | Goes to benefits | Tala Henry; Casey Hannan | Pls MIL 1 | Opp. to Pls' MIL #1 | |
| 549 | CDC Objections to Deposition Subpoena | Oct. 11, 2018 | | Goes to benefits and CDC's positions | Casey Hannan | Pls MIL 1 | Opp. to Pls' MIL #1 | |
| 550 | Draft CDC Declaration | Oct. 26, 2018 | | Goes to benefits and CDC's positions | Casey Hannan | Pls MIL 1 | Opp. to Pls' MIL #1 | |
| 553 | NTP. 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. NTP RR 1. National Toxicology Program, Research Triangle Park, N.C. | 2016 | | Considered by expert; Goes to lack of neurotoxicity | Joyce Tsuji | | | |
| 561 | U.S. Department of Health and Human Services. Statement on the Evidence Supporting the Safety and Effectiveness of Community Water Fluoridation. | | | Goes to benefits | Tala Henry; Casey Hannan | MIL #1 | Opp. to Pls' MIL #1 | |
| 639 | E-mails from Michael Connett to Christine Wells and attachments "Background on 'Iowa Fluoride Study'". | Dec. 7, 2018 | | Considered by expert | Christine Wells | Hearsay | FRE 703 | |
| 640 | Fluoride Action Network printout entitled, "OUR TEAM". | Sept. 5, 2019 | | Goes to bias | Christine Wells | Relevance | Goes to Bias | |
| 641 | Email from Michael Connett to Howard Hu, regarding "Question re: summarizing ELEMENTS study for Court" on March 25, 2019 (Hu Deposition Exhibit 344). | March 25, 2019 | | Expert foundation and scope of opinion | Howard Hu | Hearsay | FRE 703 | |
| 643 | Dr. Thayer's resume. | 2019 | | Foundation of testimony | Kristina Thayer | Hearsay | To lay foundation | |