C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br>  Plaintiffs, <br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br>  Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **DIGITAL COPIES OF EXHIBITS ASSOCIATED WITH PLAINTIFFS' BELLWETHER EVIDENTIARY ISSUES** |

Pursuant to the Court's Order, Plaintiffs herein attach the 10 exhibits identified in Plaintiffs' three bellwether issues. **Exhibits 33, 34, 35, 42, and 43** were identified in Plaintiffs' Bellwether Issue No. 1; **Exhibits 32, 40, and 59** were identified in Plaintiffs' Bellwether Issue No. 2; and **Exhibits 14 and 16** were identified in Plaintiffs' Bellwether Issue No. 3.

May 5, 2020                              Respectfully submitted,

                                         */s/ Michael Connett*
                                         MICHAEL CONNETT
                                         Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 5th day of May, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                                */s/ Michael Connett*
                                                MICHAEL CONNETT