DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC. 20044-7611
Tel.   (202) 514-2640 (Carfora)
       (202) 514-2593 (Do)
       (202) 616-9174 (Adkins)
       (202) 532-5563 (Bhat)
Fax    (202) 514-8865
debra.carfora@usdoj.gov
john.do@usdoj.gov
brandon.adkins@usdoj.gov
simi.bhat@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, INC., et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>                    Defendants. | Case No. 17-CV-02162 EMC<br><br>**NOTICE OF DEFENDANTS' WITHDRAWAL OF CERTAIN BELLWETHER OBJECTIONS;**<br><br>**NOTICE OF DEFENDANTS' WITHDRAWAL OF ITS FIFTH MOTION IN LIMINE;**<br><br>AND<br><br>**NOTICE OF FILING DIGITAL COPIES OF EXHIBITS PURSUANT TO ECF NO. 186.**<br><br>Date:   May 8, 2020<br>Time:  1:00 p.m.<br>Place:  Courtroom 5, 17th floor |

1   EPA hereby notifies the Court that it is WITHDRAWING its Fifth Motion *in Limine* to exclude Toxicological Reviews and Draft Risk Evaluations. While withdrawing its relevance objections to the Draft Risk Evaluations, EPA maintains its hearsay objections and its objections based on the draft/proposed nature of the documents.

Additionally, EPA hereby notifies the Court that it is WITHDRAWING its relevance objections to the following three exhibits, which objections were included in the *Statement on EPA's Bellwether Evidentiary Issues*, ECF No. 185 (attached as Exhibit A).

| Exhibit Number | Description | Objections | Bellwether Category |
|---|---|---|---|
| 032 | EPA – IRIS Chemical Assessment Summary: Methylmercury (MeHg); CASRN 22967-92-6 | ~~Relevance~~ | Section III. Bellwether Exhibits Concerning or Relating to Chemicals That Are Not Used In the Practice of Community Water Fluoridation, pgs. 5-6 |
| 049 | EPA - Draft Risk Evaluation for N-Methylpyrrolidone (NMP) (EPA-R1-8009) | Hearsay; ~~Relevance; related to EPA MIL #5~~ | Section II. Bellwether Exhibits that are in Draft or Proposed Form, pgs. 4-5 |
| 050 | EPA - Draft Risk Evaluation for Trichloroethylene (EPA-740-R1-8008) | Hearsay; ~~Relevance; related to EPA MIL #5~~ | Section II. Bellwether Exhibits that are in Draft or Proposed Form, pgs. 4-5 |

EPA maintains its bellwether objections for the exhibits listed below. Pursuant to the Court's Order, digital copies of the exhibits associated with these bellwether objections are included in a tabbed PDF binder attached hereto as Exhibit B. For the Court's convenience, EPA has also attached hereto as Exhibit C the parties' *Stipulation Regarding SDWA Standards*, ECF No. 148.

1

I. **BELLWETHER EXHIBITS CONCERNING OR RELATING TO EPA'S MCL AND MCLG AND EPA'S 2010 RFD FOR FLUORIDE.**

| Exhibit Number | Description | Date | Purpose for Offering | Response to Objections |
|---|---|---|---|---|
| 029 | EPA - Fluoride: Dose-Response Analysis for Non-cancer Effects (EPA-820-R-10-019). | 2010 | Data on fluoride exposures in US, including for infants; identification of populations susceptible to fluoride toxicity, and other background facts about fluoride cariology, toxicology and pharmacology | Plaintiffs will not be discussing any material related to MCLG and are amenable to introducing only excerpts to avoid introducing discussion on MCLG |
| 030 | EPA - Fluoride: Exposure and Relative Source Contribution Analysis (EPA-820-R-10-015) | 2010 | Exposure assessment for fluoride | Plaintiffs will not be discussing any material related to MCLG; and are amenable to introducing only excerpts to avoid introducing discussion on MCLG |
| 051 | Letter from EPA Assistant Administrator, Robert Perciasepe, July 25, 1997 (Ex. 155). | 1997 | To help demonstrate that focus of EPA's regulation of fluoride in water should be on prevention of risk; not promotion of a health benefit | No sponsoring witness necessary: self-authenticating + party admission |

II. **BELLWETHER EXHIBITS THAT ARE IN DRAFT OR PROPOSED FORM.**

| Exhibit Number | Description | Date | Purpose for Offering | Response to Objections |
|---|---|---|---|---|
| 034 | EPA – Regulatory Impact Analysis of the Proposed Revisions to the National Ambient Air Quality Standards for Lead, https://www3.epa.gov/ttn/ecas/docs/ria/naaqs-lead_ria_final_2008-10.pdf | 2008 | Adverse nature of IQ loss | party admission; goes to adverse nature of IQ loss |
| 041 | Federal Register, Volume 76, Number 12 (January 19, 2011), Pages 3,422-3,449: Sulfuryl Fluoride; Proposed Order Granting Objections to Tolerances and Denying Request for a Stay | 2011 | Exposure assessment & risk assessment methods | Party admission; Relevant to exposure assessment & risk assessment methods |
| 043 | Federal Register, Volume 84, Number 123 (June 26, 2019), Pages 30,524-30,569) National Primary Drinking Water Regulations: Perchlorate; Proposed rule, request for public comment | 2019 | Adverse nature of IQ loss | Party admission; Relevant to adverse nature of IQ loss |

### III. BELLWETHER EXHIBITS CONCERNING OR RELATING TO CHEMICALS THAT ARE NOT USED IN THE PRACTICE OF COMMUNITY WATER FLUORIDATION.

| Exhibit Number | Description | Date | Purpose for Offering | Response to Objections |
|---|---|---|---|---|
| 033 | EPA – Regulatory Impact Analysis of the Final Clean Air Mercury Rule, EPA-452/R-05-003 | 2005 | Adverse nature of IQ loss | goes to adverse nature of IQ loss |
| 035 | EPA – Economic Analysis of Toxic Substances Control Act Section 403: Lead-Based Paint Hazard Standards, https://www.epa.gov/sites/production/files/documents/403_ea_d21.pdf | 2000 | Adverse nature of IQ loss | goes to adverse nature of IQ loss |
| 037 | EPA Website – "NRC Risk Assessment Paradigm," https://www.epa.gov/fera/nrc-risk-assessment-paradigm. | 2017 | To establish EPA risk assessment principles and practices | To establish EPA risk assessment principles and practices |
| 040 | EPA Website - EPA-FDA Fish Advice: Technical Information, https://www.epa.gov/fish-tech/epa-fda-fish-advice-technical-information | 2018 | EPA's use of foreign-based data to protect US population | goes to EPA's use of foreign-based data to protect US population |
| 042 | Federal Register, Volume 73, Number 219 (November 12, 2008), Pages 66,964–67,062. National Ambient Air Quality Standards for Lead; Final Rule | 2008 | Adverse nature of IQ loss | Relevant to adverse nature of IQ loss |

Date: May 5, 2020

Respectfully Submitted,

*/s/ Debra J. Carfora*
DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
SIMI BHAT

*Attorneys for Federal Defendants*

3

Notice
Case No. 17-cv-02162 EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2020, a true and correct copy of the foregoing Notice was served on counsel for Plaintiffs via ECF.

*/s/ Debra J. Carfora*
Debra J. Carfora
United States Department of Justice
