**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

## CIVIL MINUTES

**Date:** May 8, 2020     **Time:** 1:00-3:58= 2 Hours; 58 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-02162-EMC     **Case Name:** Food & Water Watch, Inc. v. Environmental Protection Agency

**Attorneys for Plaintiff:** Michael Connett, Charles Andrew Waters, Christopher Nidel
**Attorneys for Defendant:** Debra Carfora, Simi Bhat, Brandon Adkins, John Do

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas

### PROCEEDINGS

Pretrial Conference – HELD BY ZOOM WEBINAR;

Motions in Limine:
[139] Motion in Limine to Exclude or Limit the Testimony of Philippe Grandjean;
[140] Motion in Limine to Exclude Howard Hu and Bruce Lanphear;
[141] Motion in Limine to Exclude the Draft National Toxicology Program Monograph;
[142] Motion in Limine to Exclude Irrelevant Evidence on Alternatives to Fluoridated Water and Cumulative Testimony on Lack of Benefits;
[143] Motion in Limine to Exclude Toxicological Reviews and Draft Risk Evaluations
[144] Motion in Limine to Exclude Evidence of Flouridation Chemicals Alleged Benefits (or Lack Thereof);
[145] Motion in Limine to Exclude Any Evidence in Support of a Deferral of Rulemaking Under 15 U.S.C. § 2620(b)(4)(B)(ii). – HELD BY ZOOM WEBINAR.

### SUMMARY

Parties stated appearances and proffered argument.

**Motions in Limine:**

Court will issue rulings on motions *in limine* as stated on the record.  The Court's ruling on the bellwether exhibit objections has been filed.  *See* Docket No. 191.

Court directed the parties to meet and confer to reach a possible Stipulation regarding objections to Exhibits 29 and 30. If parties cannot reach agreement, Court will request greater specificity from Plaintiffs.

Objection to Exhibit 51 withdrawn by Plaintiff.

The Court has adopted a bifurcated trail structure; should the Court determine that an unreasonable risk exists, it will hold a second proceeding to determine whether EPA may defer the rulemaking process pursuant to 15 U.S.C. § 2620.

**Pretrial Conference:**

Bench Trial will be conducted via Zoom Webinar.

Each side will have 12 hours plus 50,000 words for evidence.

Further logistics regarding exhibits will be discussed at Further Status Conference set on **May 29, 2020 at 1:00 PM conducted by Zoom Webinar**