Reset Form

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | FOOD & WATER WATCH; et al., | ) |
| 4 | | ) Case No: 3:17-cv-02162 |
| | Plaintiff(s), | ) |
| 5 | | ) **APPLICATION FOR** |
| | v. | ) **ADMISSION OF ATTORNEY** |
| 6 | U.S. ENVIRONMENTAL | ) **PRO HAC VICE** |
| | PROTECTION AGENCY, etc., et al., | ) (CIVIL LOCAL RULE 11-3) |
| 7 | Defendant(s). | ) |

I, KAY GUNDERSON REEVES, an active member in good standing of the bar of Texas and Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael Connett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3141 Hood Street, Suite 700 | 1714 Franklin St., Suite 1100 |
| Dallas, TX 75219 | Oakland, CA 94612 |

| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
|---|---|
| (214) 357-6244 | (310) 922-0720 |

| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
|---|---|
| kreeves@waterskraus.com | mconnett@waterskraus.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX:08620470; WA:48970

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/14/20

KAY GUNDERSON REEVES
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of KAY GUNDERSON REEVES is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kay L. Gunderson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 10th day of May, 1991.

I further certify that the records of this office show that, as of this date

**Kay L. Gunderson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of May, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8165C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# CERTIFICATION OF CURRENT STATUS

May 8, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Ms. Kay Gunderson Reeves**, license no. **48970** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **April 1, 2015** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

_____
Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 15th day of May, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                                      */s/ Michael Connett*
                                                      MICHAEL CONNETT