C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
WATERS, KRAUS & PAUL
222 N. Pacific Coast Hwy, Suite 1900
El Segundo, CA 90245
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| FOOD & WATER WATCH, et al., <br><br> Plaintiffs, <br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civ. No. 17-CV-02162-EMC <br><br> **DECLARATIONS OF PLAINTIFFS' EXPERTS** |

Pursuant to the Court's order (Docket No. 177), Plaintiffs are filing concurrently herewith the declarations of their four experts: **Philippe Grandjean**, MD, DMSc; **Howard Hu**, MD, MPH, ScD; **Bruce Lanphear**, MD, MPH; and **Kathleen Thiessen**, PhD. Each declaration also attaches a copy of the respective experts' curriculum vitae. Hard copies of these materials will be delivered to the Court shortly.

May 20, 2020                              Respectfully submitted,

                                          */s/ Michael Connett*
                                          MICHAEL CONNETT
                                          Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 20th day of May, 2020, upon all ECF registered counsel of record using the Court's CM/ECF system.

                                             */s/ Michael Connett*
                                             MICHAEL CONNETT