**U.S. FEDERAL COURT**

**ACTION NO. 17-CV-02162**

**FOOD AND WATER WATCH, *et al.* v. U.S. EPA**

**EXPERT DECLARATION OF**
**PHILIPPE GRANDJEAN, MD, DMSc**

**PREPARED ON BEHALF OF**
**PLAINTIFFS**

**20 May 2020**

TABLE OF CONTENTS

I.    SUMMARY OF QUALIFICATIONS ................................................................. 1

II.   SUMMARY OF OPINIONS ............................................................................. 4

III.  SUMMARY OF METHODOLOGY ................................................................ 4

     A.    Weight of the Evidence ........................................................................... 4

     B.    Factors Considered When Assessing Epidemiological Literature ....................... 5

     C.    Benchmark Dose Methodology ................................................................. 7

     D.    Materials Relied Upon ............................................................................ 7

IV.  GENERAL CONSIDERATIONS ...................................................................... 7

     A.    Emergence of Brain Development as Vulnerable Target ............................. 7

     B.    Toxicokinetics During the Fetal Period .................................................. 10

     C.    Toxicological Findings .......................................................................... 11

V.   EPIDEMIOLOGICAL STUDIES (CROSS-SECTIONAL).................................. 12

     A.    Neurotoxicity from Occupational Fluoride Exposure................................ 12

     B.    Neurotoxicity in Endemic Fluorosis Areas .............................................. 13

          1.    Neurotoxic Endpoints in Fetuses and Neonates........................... 15

          2.    Neurotoxic Endpoints in Adults.................................................. 16

          3.    Childhood IQ............................................................................ 16

     C.    Studies of Fluoride and ADHD in North America....................................... 20

VI.  EPIDEMIOLOGICAL STUDIES (PROSPECTIVE) ...................................... 21

     A.    Prospective Cohort Studies with Individual Assessment of Prenatal
Exposure................................................................................................ 21

     B.    Prospective Cohort Studies without Prenatal Exposure Assessment................ 23

VII. SYSTEMATIC REVIEW ................................................................................ 24

     A.    Dr. Chang's Systematic Review Confirms that I Considered All
Significant Data..................................................................................... 25

     B.    Dr. Chang's Review Fails to Identify Any Systematic Biases that
Explain Fluoride's Consistent Association with
Neurodevelopmental Harm ..................................................................... 27

C.   Bradford Hill Aspects Support, Rather than Detract from, the Causal Nature of Fluoride's Association with Neurodevelopmental Harm........................................................................................................... 30

VIII.   BENCHMARK DOSE (BMD) ANALYSIS ................................................................. 35

A.   Selection of Source Data......................................................................... 35

B.   Selection of Benchmark Response (BMR) .............................................. 37

C.   Analyses of ELEMENT and MIREC Data ............................................. 38

IX.   ASSESSMENT OF RISK.......................................................................................... 41

A.   Comparing BMDLs with Current Exposures in Fluoridated Areas................................. 41

B.   Comparing Fluoride's Population-Level Effects with Other Causes of IQ Loss............................................................................................... 46

X.   CONCLUSIONS....................................................................................................... 48

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Philippe Grandjean, MD, DMSc, declare that:

1.      I am a physician and environmental epidemiologist and serve as both an Adjunct Professor at the Harvard T.H. Chan School of Public Health, and Professor and Chair of Environmental Medicine at the University of Southern Denmark.

2.      I was asked by Plaintiffs' counsel to provide an evaluation of the neurological health risks associated with the exposure to fluoride in drinking water.

## I.      SUMMARY OF QUALIFICATIONS

3.      A complete summary of my qualifications and publications can be found in my Curriculum Vitae, which has been marked as Plaintiffs' Exhibit 3 and attached herein.

4.      Over the past 25 years, my research has focused on developmental exposures to environmental chemicals and the association with adverse health effects in children, as described in my book "Only One Chance" (2013) published by Oxford University Press.

5.      My research has been entirely funded by public sources, mainly the National Institutes of Health (NIH). In 2003-2007, my study of children's vulnerability to environmental immunotoxicants was supported by the U.S. Environmental Protection Agency (EPA). My current funding as principal investigator includes grants from the Superfund Research Program at the National Institute of Environmental Health Sciences and the U.S. Agency for Toxic Substances and Disease Registry (ATSDR).

6.      I have published about 500 scientific papers, of which most are research articles in international scientific journals with peer review. My h-index in the Web of Science data base is 70, and my work is cited in scientific journals well over a thousand times every year. Seven of my articles published in the last 10 years have earned the attribute "Highly Cited Paper," i.e., they received enough citations to place them in the top 1% of published papers in the field.

7.      My study on the neurodevelopmental effects of prenatal mercury exposure in a birth cohort from Faroe Islands was relied upon by the EPA as the critical study for the Agency's derivation of a

Reference Dose for methylmercury (EPA 2001).

8.    I have served as a technical advisor to the World Health Organization on environmental health issues, including five occasions where I was elected Rapporteur. I have also served on, sometimes chaired, or acted as rapporteur for, expert committees under the auspices of the EPA, ATSDR, Food & Drug Administration (FDA); NIH; White House Office of Science and Technology Policy; International Agency for Research on Cancer (IARC), European Commission, European Environmental Agency, European Food Safety Authority, and other organizations. I have also served for over 30 years as Consultant in Toxicology for the Danish Ministry of Health.

9.    I am (Founding) Editor-in-Chief of the journal *Environmental Health* (since 2002), which ranks among the most frequently cited journals in the field. I also serve or have served on editorial boards of about a dozen journals within medicine, environmental science, and toxicology. As editor and as reviewer for other major journals, I frequently evaluate manuscripts on environmental epidemiology and toxicology.

10.    I have received various awards and honors for my scientific work, including the John R. Goldsmith Award from the International Society for Environmental Epidemiology, which is given to investigators for "sustained and outstanding contributions to the knowledge and practice of environmental epidemiology."

11.    I have been retained as an expert on the impact of environmental chemicals on human health by government bodies, including the U.S. Department of Justice (on behalf of the EPA) and the State of Minnesota.

12.    I first began studying fluoride in 1980 at the suggestion of Dr. Irving J. Selikoff, who was my mentor at the Mt. Sinai School of Medicine during my two-year Senior Fulbright Scholarship. Upon returning to Denmark, I initiated a series of studies on a cohort of workers who had been occupationally exposed to fluoride.  I have remained involved in fluoride research since that time and have published 16 peer-reviewed reports on fluoride exposure and toxicity in humans.

13.    In 1984, I drafted the Environmental Criteria Document on fluoride for the World Health

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

Organization (WHO). Ten years later, I drafted the Criteria Document for an occupational exposure limit value for fluorine for the European Commission. In 2006, I served as a reviewer of the National Research Council's report *Fluoride in Drinking Water: A Scientific Review of EPA's Standards*.

14.    During the past 10 years, my research work on fluoride has focused on its developmental effects on the brain. In 2012, I published a meta-analysis of the epidemiological studies on fluoride and IQ (Choi et al. 2012); in 2015, I published an epidemiological study of fluoride and IQ in China (Choi et al. 2015); and, in December of 2019, I published an updated review of fluoride neurotoxicity, which relied in part on the work that I have performed in this case (Grandjean 2019).

15.    In addition to my work on fluoride, I also have expertise in Benchmark Dose (BMD) analysis. My experience doing BMD analysis started about 20 years ago in connection with my research on the neurodevelopmental effects of methylmercury in the Faroe Islands that was selected as the critical study for risk assessment by the EPA. Based on this research, the EPA provided me with a contract to produce a BMD analysis of the data, which I carried out in collaboration with my biostatistician colleagues, Dr. Esben Budtz-Jorgensen and Professor Niels Keiding. The EPA relied on this BMD analysis to establish the safe level for methylmercury exposure in the U.S. (U.S. EPA 2001).

16.    In 2009, I served on an expert panel that assisted the European Food Safety Authority (EFSA) in developing a guidance document on BMD analysis titled "Use of the Benchmark Dose (BMD) Approach in Risk Assessment."

17.    In 2013, Dr. Budtz-Jorgensen and I extended our BMD methodology in collaboration with the International Pooled Lead Study Investigators, which was peer-reviewed and published in the journal *Risk Analysis* (Budtz-Jorgensen et al. 2013). As part of this analysis, we developed a BMD for lead and IQ by analyzing pooled data from multiple different cohort studies. The paper was co-authored by leading scholars on lead neurotoxicity, including Drs. David Bellinger and Bruce Lanphear.

18.    More recently, Dr. Budtz-Jorgensen and I conducted an advanced BMD analysis on perfluorinated chemicals, which was published in 2018 in the peer-reviewed journal *PLOS One* (Budtz-Jorgensen and Grandjean 2018). In total, our achievements on BMD approaches and applications have

been published in seven articles so far in international biostatistical and biomedical journals.

19.     In addition to my scientific training, I remain mindful, of the importance of translating the results of epidemiological studies in a way that can facilitate public participation in making informed decisions to protect their health, even prior to a "final proof" of causation being available; a final proof that, all too often, has come too late to protect the public from harm, as reviewed most recently in the monograph on *Late Lessons of Early Warnings*, published by the European Environment Agency (EEA Report No 1/2013), for which I served as an editor. As Dr. Selikoff once impressed upon me, "Never forget that the numbers in your tables are human destinies, although the tears have been wiped away."

## II.     SUMMARY OF OPINIONS

20.     The weight of epidemiological evidence leaves no reasonable doubt that developmental neurotoxicity is a serious human health risk associated with elevated fluoride exposure, including those occurring at the levels added to drinking water in fluoridated areas. The IQ losses associated with community water fluoridation are substantial and of significant public health concern.

21.     Application of the Benchmark Dose (BMD) methodology to the recent prospective birth cohort data shows that the level of fluoride added to water in fluoridation programs greatly exceeds the science-based limit needed to protect against developmental neurotoxicity.

22.     The systematic review conducted by Dr. Ellen Chang, when corrected for its biases and errors in judgment, further supports my opinions on the neurotoxic risks posed by elevated fluoride exposure.

## III.     SUMMARY OF METHODOLOGY

### A.     Weight of the Evidence

23.     I conducted a weight of the evidence assessment of available research on fluoride neurotoxicity, with an emphasis on the epidemiology.  While I place the greatest weight on the strong epidemiological evidence, I also consider toxicokinetics, experimental toxicology data, and background

principles of brain development as part of my comprehensive analysis.

24. My review focuses on the evidence that carries the greatest weight which, as generally accepted, emphasizes the recent prospective cohort studies.

25. My methodology follows the general approach applied by the EPA, in the sense that I did a weight of the evidence analysis that focuses on the best available science (e.g., EPA 2017).

26. In light of my familiarity with the scientific literature on fluoride neurotoxicity, I did not conduct a formal systematic review on this occasion. Instead, my conclusions rely on a comprehensive and thorough review supplemented by a Benchmark Dose analysis of the recent prospective data.

27. I have read and considered the systematic review conducted by Dr. Ellen Chang, which mostly relies on the same evidence and which further confirms and supports my assessment of the literature. My opinions are thus fully informed by the insights offered by a formal systematic search of the literature.

**B.    Factors Considered When Assessing Epidemiological Literature**

28. In evaluating the weight of the evidence, the question must be asked what each study could potentially reveal, given the design and choice of study parameters, including such factors as the precision of the exposure assessment. In the field of epidemiology, there is a well-known bias toward the null, e.g., from imprecise assessment of the exposure, of which epidemiologists (and readers of epidemiology reports) need to be careful, especially when human health is at stake (EPA 2005).

29. The following Table highlights common causes of bias toward the null in epidemiological studies, i.e., reasons that a study might not show the existence of a risk that indeed is present, though hidden due to the bias. While biases in the opposite direction also exist, they are usually of much less significance (Grandjean 2013).

*Table 1. Causes of bias toward the null in epidemiology studies*
*(Grandjean 2013a).*

Inadequate statistical power in small studies
Lost cases and inadequate follow-up for long-term effects
Exposed or otherwise inappropriate comparison (control) group
Exposure misclassification
Insensitive or imprecise outcome measures
Failure to adjust for confounders with effects in the opposite direction
Disregarding vulnerable subgroups
5% probability level to minimize risk of false positives (Type I error)
20% probability level to minimize risk of false negatives (Type II error)
Pressure to avoid false alarm

30.    Studies that do not show a statistical significance are sometimes called "negative," although this term is misleading. Joint analyses of several such studies may well show a significant difference or trend.

31.    Observational studies will rarely if ever provide definitive proof of causation, and it is always possible for someone to raise doubts and uncertainties that require additional or improved data to resolve (Michaels 2008). It is important to recognize, however, that the presence of uncertainties often tends to cause underestimations of actual risks, not the opposite. This issue is of importance especially regarding substances that have not yet been studied in the detail desired or cannot be examined in randomized clinical trials. Many unfortunate past errors in regard to industrial chemicals have shown that initial assessments were often erroneous and led to an underestimation of the true risks (European Environment Agency 2001 & 2013).

32.    In the context of developmental neurotoxicity, I place greatest weight on prospective studies of population-based birth cohorts followed over time (Grandjean et al. 2008; Grandjean & Landrigan 2014). Birth cohorts are crucial because it is not just the dose that can matter but also the timing of the dosing in regard to the developmental stage of the subjects (Grandjean et al. 2008; Grandjean et al. 2019). Follow-up studies of birth cohorts can thus reveal with greater certainty the

impacts of exposures incurred during early life stages.

### C.    Benchmark Dose Methodology

33.    As part of my assessment in this case, I worked with my biostatistician colleague Dr. Budtz-Jørgensen on a BMD analysis of the prospective cohort data on fluoride and IQ using the same peer-reviewed method that we used for lead (Budtz-Jorgensen et al. 2013).

34.    The statistical uncertainty in the BMD estimation is taken into account by calculating its lower one-sided 95% confidence limit, which is called the benchmark dose level (BMDL). The BMDL is then used as the point of departure for calculation of the exposure limit, by dividing the BMDL by an uncertainty factor (usually fixed at 10) to obtain a protective Reference Dose (RfD) or tolerable exposure (EFSA 2009; EPA 2012).

### D.    Materials Relied Upon

35.    In my assessment, I relied upon my existing knowledge of the scientific literature (with citations to specific studies noted in my reports), my own meta-analysis of the epidemiological studies of fluoride and IQ (Choi et al. 2012), the more recent meta-analysis by Duan (2018), all available prospective studies, as well as the reviews by NRC (2006) and NTP (2016).

36.    I also considered studies provided by counsel,[1] many of which I was already familiar with, and conducted supplemental searches on PubMed, including searches to see if there were any significant epidemiological studies published that I might have overlooked.

37.    A complete list of the studies I relied upon is provided in my expert reports.

### IV.    GENERAL CONSIDERATIONS

### A.    Emergence of Brain Development as Vulnerable Target

38.    Evidence has been accumulating over several decades that industrial chemicals can cause

---

[1]    I understand that these studies were provided to EPA's experts as well, including Dr. Chang.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

neurodevelopmental disorders that include learning disabilities, sensory deficits, developmental delays, and cerebral palsy (NRC 2000), and current evidence also relates to other neurodevelopmental deficits, such as attention deficit hyperactivity disorder (ADHD) (Bennett et al. 2016). Subclinical stages of these conditions also appear to be common, and the suspicion of a link between neurotoxic chemical exposures and widespread neurobehavioral damage has increased since it was first raised by research demonstrating that lead is particularly toxic to the developing brain across a wide range of exposures (Baghurst et al. 1987; Dietrich et al. 1987; Landrigan et al. 1975; Needleman et al. 1979).

39.    The developing human brain is inherently much more susceptible to injury caused by toxic agents than the brain of an adult. This susceptibility reflects the fact that in the nine months of prenatal life the human brain must evolve from a strip of cells along the dorsal ectoderm into a complex organ comprised of billions of precisely located, highly interconnected and specialized cells. Optimal brain development requires that neurons move along precise pathways from their points of origin to their assigned locations, that they establish connections with other cells near and distant, and that they generate intercommunications in meaningful ways (Dobbing 1968; Rice and Barone 2000; Rodier 1995).

40.    All of these processes must take place within a tightly controlled time frame, in which each developmental stage must be reached on schedule and in the correct sequence. Due to the extraordinary complexity of human brain development, windows of unique susceptibility to toxic interference occur that have no counterpart in the mature brain, or in any other organ. Because of the unique structure of the human brain and its advanced function, no other species shows similar degree of developmental vulnerability. Thus, if a developmental process in the brain is halted or inhibited, there is little potential for later repair, although plasticity will allow some compensation, and the consequences are therefore likely to be permanent (Dobbing 1968; Rice and Barone 2000).

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

41.   To test chemicals for developmental neurotoxicity, standardized protocols have been developed using rodent models (OECD 2007). However, they may not necessarily be sufficiently sensitive, as rodent brains are far less complex than human brains, and intrauterine brain development is completed at a stage where the human fetal brain is still rapidly developing *in utero* for several more weeks with possible continued impact from maternal transfer of neurotoxicants (Bal-Price et al. 2018).

42.   During fetal development, the placenta can offer some protection against unwanted chemical exposures, but it is not an effective barrier against most environmental neurotoxicants (Andersen et al. 2000), including fluoride (NRC 2006). In addition, the blood-brain barrier, which protects the adult brain from many toxic agents, is not completely formed until about 6 months after birth (Adinolfi 1985).

43.   Postnatally, the human brain continues to develop, and the period of heightened vulnerability therefore extends over many months through infancy and into early childhood. While most neurons have been formed by the time of birth, growth of glial cells and myelinization of axons continue for several years and is not complete until late teenage years (Rice and Barone 2000; Rodier 1995).

44.   The susceptibility of infants and children to industrial chemicals is further amplified by their relatively increased exposures in regard to body weight, their augmented absorption rates, and diminished ability to detoxify many exogenous compounds as compared to adults (Ginsberg et al. 2004; NRC 1993).

45.   In 2005, when I evaluated the evidence of industrial chemicals regarding developmental neurotoxicity, only five substances (arsenic, lead, methylmercury, polychlorinated biphenyls, and toluene) fulfilled our criteria for causal relationship in humans (Grandjean and Landrigan 2006). Eight years later, when we reassessed the evidence, we added six more substances, including fluoride (Grandjean and Landrigan 2014), based on new evidence that had emerged.

46.     Our 2014 assessment was focused on *hazard* (i.e., whether fluoride causes developmental neurotoxicity in humans), not on *risk* (i.e., the exposure level at which this hazard may occur). Substantial new evidence published since that time, particularly the prospective birth cohort studies, now permit an assessment of risk.

**B.     Toxicokinetics During the Fetal Period**

47.     In my assessment, I considered the toxicokinetics of fluoride, with a particular focus on the uptake, distribution and retention during the fetal period.

48.     It is well accepted that fluoride crosses the placenta and reaches the fetus from the mother's blood stream (NRC 2006; WHO 2006).

49.     The first documentation of placental transfer in humans was the observation in 1974 (Shen and Taves 1974) that fluoride concentrations in maternal and cord serum correlated well, with the cord blood showing slightly lower concentrations. These findings were replicated in 1986 (Ron et al. 1986), with results suggesting minor deviations depending on gestational age. A more recent study from an area with water-fluoride levels of 0.4-0.8 mg/L showed that cord serum contained about 80% of the concentrations occurring in maternal serum (Opydo-Szymaczek and Borysewicz-Lewicka 2007). Consistent with this, French researchers measured fetal blood concentrations of fluoride after the mothers were administered a small dose of sodium fluoride, and the elevations were statistically significantly higher (2.6 µmol/l) than in a control group (less than 1 µmol/l) (Forestier et al. 1990).

50.     A recent study from scientists at the University of California San Francisco (UCSF) further confirms the placental transfer of fluoride (Uyghurturk et al. 2020). In this study, fluoride concentrations were measured in the urine, blood, and amniotic fluid among pregnant women in fluoridated and non-fluoridated areas of Northern California. Each additional 0.1 mg/L of fluoride in water was associated with a significant increase in the fluoride levels in the amniotic fluid ($p < 0.001$), thus confirming the

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

transplacental passage of fluoride.

51.    As would be expected, given the undeveloped nature of the blood-brain barrier during the fetal period, laboratory studies of animals exposed to prenatal fluoride have found significant elevations of fluoride in the brain (McPherson et al. 2018; Mullenix et al. 1995). Similarly, in aborted human fetuses, fluoride concentrations in the brain have been shown to be higher in geographic areas with endemic fluorosis as compared to controls at lower exposures (Du et al. 2008; He et al. 2008).

C.    **Toxicological Findings**

52.    Neurotoxicity is a documented hazard of fluoride exposure in laboratory animals (NRC 2006), which supports the plausibility of fluoride causing neurotoxic effects in humans.

53.    One of the first U.S. reports on experimental fluoride neurotoxicity emerged when a new method was developed for computerized surveillance of rat behavior. Fluoride was selected for a test of the new methodology and showed clear neurotoxicity (Mullenix et al. 1995). The authors noted that the behavioral effects they observed in the rats are indicative of fluoride's potential ability to cause IQ deficits in humans. This assessment, which was made prior to the publication of any studies of fluoride and IQ in western journals, proved prescient.

54.    Since the Mullenix study was published in 1995, many additional animal studies have documented neurochemical and anatomic changes in the brains of fluoride-treated animals. By 2006, the NRC concluded that there was enough neurochemical and anatomic data to conclude that fluoride interferes with brain functions by both direct and indirect means.

55.    Among prominent adverse outcome pathways, the NRC concluded that fluoride is an endocrine disrupter that can affect thyroid function at intake levels as low as 0.01 to 0.03 mg/kg/day in individuals with iodine deficiency (NRC 2006).[2] Thyroid toxicity supports the plausibility of fluoride

---

[2]    Large epidemiological studies published since the NRC report suggest that thyroid dysfunction is a relevant risk at elevated fluoride exposures in fluoridated communities, especially in

neurotoxicity because availability of thyroid hormone is crucial for optimal brain development (Rovet 2014).

56.    At the time of the NRC's review, there was little data yet available on fluoride's impact on behavior and cognition in animals, but considerable data has since been published. In 2016, the National Toxicology Program (NTP) conducted a systematic review of these behavioral/cognitive studies (NTP 2016). Although NTP did not consider any of the neurochemical/anatomical effects, it still concluded that the evidence is "suggestive of an effect on learning and memory" (NTP 2016, p. vii). The NTP characterized its confidence in the evidence as "moderate" for adult studies, and "low" for the few available developmental studies.

57.    Additional animal research on learning/memory has been published subsequent to the NTP review, and most of it has reported adverse effects. As is often the case, the animal studies on learning/memory have limitations or discrepancies but given the general consistency in their findings they continue to be *at least* "suggestive" of fluoride being a neurocognitive hazard.

## V.    EPIDEMIOLOGICAL STUDIES (CROSS-SECTIONAL)

### A.    Neurotoxicity from Occupational Fluoride Exposure

58.    The neurotoxicity of chemicals is often first discovered from workplace exposures (Grandjean and Landrigan 2006), which are later followed by case reports that involve children or pregnant women from the general population (Grandjean 2013). The same is true of fluoride.

59.    Although largely overlooked or ignored, Roholm first reported evidence of nervous system effects in his seminal study of cryolite workers in Copenhagen (Roholm 1937): "The marked frequency of nervous disorders after employment has ceased might indicate that cryolite has a particularly harmful effect on the central nervous system" (p. 178). The nervous system effects reported by Roholm included tiredness, sleepiness, indisposition, headaches, and giddiness (p. 138).

---

adults with iodine deficiency (Malin et al. 2018; Peckham et al. 2015).

60. My own mortality study of the cryolite workers studied by Roholm showed an excess of violent deaths (Grandjean et al. 1985), but information on the causes of death did not allow any conclusions on deaths from nervous system disease.

61. One of the challenges with occupational studies of fluoride-exposed workers is that the fluoride exposure usually occurs as part of a mixture. In the 1940s, scientists at the Manhattan Project recorded CNS effects in workers exposed to uranium hexafluoride gas ($UF_6$). They observed a "rather marked central nervous system effect with mental confusion, drowsiness and lassitude as the conspicuous features" and attributed it to the fluoride rather than uranium (Ferry 1944; Mullenix 2005).

62. Consistent with the observations of the Manhattan Project scientists, published case reports have highlighted difficulties with concentration and memory accompanied by general malaise and fatigue following occupational fluoride exposures (Spittle 1994).

63. More recently, skeletal fluorosis in workers was found to be associated with gradually progressive effects on the normal function and metabolism of the brain and other aspects of the nervous system (Duan et al. 1995), and application of neuropsychological tests (i.e., WHO's Neurobehavioural Core Test Battery) have reported significant associations between workplace fluoride exposures and cognitive problems (Guo et al. 2008; Yazdi et al. 2011).

64. The available evidence from occupationally exposed workers supports the neurotoxicity of fluoride but does not allow any detailed consideration of its dependence on dose, timing, and duration.

**B.    Neurotoxicity in Endemic Fluorosis Areas**

65. Fluoride toxicity has received particular attention in China, where widespread dental fluorosis indicates pervasive high exposures (Wang et al. 2012). Areas with high prevalences of dental (and skeletal) fluorosis are known as "endemic fluorosis" areas.

66. Although microbiologically safe, water supplies from wells, small springs or mountain

sources have created pockets of increased fluoride exposures near or within areas of low exposures, thus representing optimal settings for epidemiological research because only the fluoride exposure would likely differ between nearby neighborhoods. In addition, rural families in China move much less frequently than U.S. families, thus facilitating assessment of impacts from long-term exposures. Chinese researchers took advantage of this fact and published their findings, though mainly in Chinese journals, and according to the standards of science at the time. The early research dates to the 1980s but has not been widely cited, in part because of limited access to Chinese journals, in part because the notion of adverse effects from fluoride intake has often been considered unwelcome.

67.     Most of the studies on fluoride neurotoxicity from China, and other countries (i.e., India, Iran, and Mexico), have focused on IQ measures as the endpoint of concern, with the clear majority of these studies reporting inverse associations (i.e., higher levels of fluoride exposure are associated with lower IQ).

68.     Many of the studies from China have significant limitations, including lack of information on covariates, missing information on study details, assessment of exposures on a community basis, and use of cross-sectional study designs. The reports have also tended to be relatively brief and simple in design. These deficiencies, which in some cases are rather severe, limit the conclusions that can be drawn, but are unlikely to explain the almost uniformly consistent inverse associations that have been reported.

69.     While most of the endemic fluorosis studies have rather simple designs and may have failed to control for confounding factors of possible importance, they also have important strengths, including: 1) Stable populations with stable water-fluoride concentrations; many of the studies specifically limited the populations to those who had lived in the community their entire life. 2) Unlike in the U.S., children in rural China have very little exposure to fluoridated dental products (Zhu et al.

2003), thus making water a more important and reliable metric of fluoride exposure. 3) The studies in endemic fluorosis areas that have controlled for or excluded key confounding factors (arsenic exposure, iodine deficiency, parental education) were still capable of identifying clear associations between elevated fluoride exposure and  cognitive deficits (Choi et al. 2012).

70.    I will discuss the Chinese research on IQ in fluoride-exposed communities in more detail, but I begin first with studies that have examined other neurotoxicity endpoints, including neuropathological outcomes in aborted fetuses, neurobehavioral effects during infancy, and cognitive deficits and other neurological problems in adults.

        1.        <u>Neurotoxic Endpoints in Fetuses and Neonates</u>

71.    In brain tissue obtained from aborted fetuses in endemic fluorosis areas, electron microscopy showed retarded cell growth in the cerebral cortex, with substantial cytology changes (He et al. 2008). A similar study used stereology to examine nerve cell numbers and volumes in fetal brain tissue and found lower densities (Du et al. 2008). A third study focused on neurotransmitters and receptors and found deviations that suggested neural dysplasia (Yu et al. 2008). Another study of aborted fetal brain tissue showed similar neurotransmitter results (Dong et al. 1993). These studies are consistent with prenatal fluoride exposure causing anatomic and biochemical changes in the fetal brain, as concluded by the NRC. A limiting factor, however, is that the elevated fluoride exposure in these studies came primarily from coal burning, which may have contributed other contaminants besides fluoride that were not assessed.

72.    The impact of elevated fluoride in drinking water on neurological behavior in 91 neonates was assessed by Li et al. (2008). The study found that neonates born in an endemic fluorosis area (water-fluoride concentrations of 1.7 - 6.0 mg/L) scored more poorly on the standard Neonatal Behavioral Assessment, and that visual and auditory responses were also deficient, as compared to controls from

areas with less than 1 mg/L (Li et al. 2008). These findings are again consistent with the notion that fluoride can affect the brain during the prenatal period, although neonatal neurological assessments can be somewhat imprecise and may be only weakly predictive of subsequent brain development.

73.    In a separate study, infants from an endemic area were examined at ages 3, 6, 9 and 12 months and scored significantly lower in mental and psychomotor development indices than those of the control group (Chang et al. 2017). The exposed group also showed lower birth weight, and it is unclear whether this difference can lead to confounding or if a lower birth weight is a concomitant effect of the fluoride exposure. As with the fetal neuropathology studies, the source of fluoride exposure in this study was coal, not water, which limits the conclusions that can be drawn due to the potential for confounding.

2.        Neurotoxic Endpoints in Adults

74.    Studies in China using cross-sectional designs have also found cognitive problems and neurological symptoms in adults with skeletal fluorosis living in endemic fluorosis areas. Using neuropsychological tests, including the Wechsler scale, 49 adult fluorosis patients (it is not clear whether the patients were from a coal- or waterborne fluorosis area) were compared with controls and showed deficits in language fluency, recognition, similarities, associative learning, and working memory (Shao et al. 2003). Likewise, cognitive impairment in elderly subjects was clearly elevated in a waterborne fluorosis area, although within-group assessment of urine-fluoride concentrations failed to show a clear gradient of effect (Li et al. 2016). Excess occurrence of neurological symptoms has also been recorded in both adults and children from waterborne fluorosis areas, with headaches being the primary manifestation (Sharma et al. 2009).

3.        Childhood IQ

75.    As noted above, most of the epidemiological studies on fluoride neurotoxicity have focused on IQ scores in childhood. In 2012, my colleagues and I published a meta-analysis of the

available 27 studies, most of which were published in China[3] (Choi et al. 2012). Because these published studies were conducted independently, we used meta-analysis—a quantitative, formal, statistical technique—to systematically review and assess these published research studies to derive conclusions about the neurotoxicity of fluoride. The outcome of the meta-analysis includes a more precise estimate of the association than any individual study that contributes to the pooled analysis. The variability or heterogeneity in study results was also examined.  We did not attempt to generate any dose-response relationship, and the fluoride concentrations were used only for definitions of high and low (reference) groups in each study.

76.    Among the 27 studies we reviewed, two involved populations exposed to fluoride from coal burning (Guo et al. 1991; Li et al. 2010); the rest of the studies involved exposure to fluoride through drinking water containing fluoride from soil minerals. The Combined Raven's Test – The Rural Edition in China (CRT-RC) was used to measure the children's intelligence in 16 studies. Other intelligence measures included the Wechsler Intelligence scale (3 studies), Binet IQ test (2 studies), Raven's test (2 studies), Japan IQ test (2 studies), Chinese comparative intelligence test (1 study), and the mental work capacity index (1 study). As each of the intelligence tests used is designed to measure general intelligence, we used data from all eligible studies to estimate the possible effects of fluoride exposure on the children's intelligence. We conducted a sensitivity analysis restricted to studies that used similar tests to measure the outcome (specifically, the CRT-RC, Wechsler Intelligence test, Binet IQ test, or Raven's test), and an analysis restricted to studies that used the CRT-RC.  We also performed an analysis that excluded studies with possible concerns about co-exposures, such as iodine status and arsenic exposure, or with non-drinking water fluoride exposure from coal burning, without finding appreciable differences, as described below.

---

[3]       Two of the 27 studies included in the analysis were conducted in Iran (Poureslami et al. 2011; Seraj et al. 2006), otherwise the study cohorts were populations from China.

77.     The levels of fluoride exposure in the studies we examined, while higher than those associated with fluoridation programs (0.7 mg/L), are not as high as some have claimed. A surprising number of commentators, including the EPA, have only mentioned the *highest* concentration examined in the studies (11.5 mg/L) (Allukian et al. 2018; EPA 2018), although this high concentration occurred in only one of the 27 studies. The majority of studies that reported the water-fluoride level in the exposed group had between 1.5 and 4 mg/L, which is elevated, but only modestly.[4] Similarly, Duan's more recent meta-analysis of waterborne fluoride exposures reported that 18 of 27 studies addressed water-fluoride concentrations below 4 mg/L, and IQ reductions were observed at elevated concentrations of 1 to 2 mg/L (Duan et al. 2018 Table 2).

78.     Among the 27 studies, all but one showed random-effect standardized mean difference (SMD) estimates that indicated an inverse association, ranging from -0.95 to -0.10 (one study showed a slight, non-significant effect in the opposite direction). The overall random-effects SMD estimate (and the 95% confidence interval, CI) were -0.45 (-0.56, -0.34). Given that the standard deviation (SD) for the IQ scale is 15, an SMD of -0.45 corresponds to a loss of **6.75 IQ points**.[5] I shall return to this result later. Among the restricted sets of intelligence tests, the SMD for the model with only CRT-RC tests and drinking-water exposure was lower than that for all studies combined, but the difference was not significant, and heterogeneity remained at a similar magnitude in the restricted analyses.

79.     Several studies (Hong et al. 2001; Lin et al. 1991; Wang et al. 2001; Wang et al. 2007; Xiang et al. 2003; Zhao et al. 1996) reported other risk factors, such as iodine status, and exposure to arsenic or lead, both neurotoxicants, and our sensitivity analyses showed similar associations between

---

[4]     The fluoride levels in the control groups in the studies often approximated the concentrations (~0.7 mg/L) used in fluoridation programs. Some ill-informed commentators have mistakenly interpreted this to mean that these control levels are thereby safe. This is false. The control groups are not being compared to *lower* or zero fluoride groups, and, as such, provide no information about the safety, or lack thereof, of the control values.
[5]     The effect size we found is consistent with the prior meta-analysis of Tang (2008), who reported a mean difference of 5.03 IQ points between the high- and low-fluoride areas.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

high fluoride exposure and the outcomes even after exclusion of these studies. Although large tracts of China have superficial fluoride-rich minerals, there is little, if any, likelihood of contamination by other neurotoxicants that would be consistently associated with fluoride concentrations in drinking water and thereby systemically confound the results. For example, follow-up testing documented lower levels of blood-lead concentrations and waterborne arsenic in the high-fluoride community than the control (Xiang et al. 2003; Xiang et al. 2003; Xiang et al. 2013). In some instances, therefore, potential co-exposure to other neurotoxicants may cause reverse confounding (i.e., may attenuate the real relationship between fluoride and IQ), as we have documented for methylmercury exposure from seafood (Choi et al. 2008).

80.   Additional IQ studies in endemic fluorosis areas have been published since our 2012 review. As with the previous studies, these newer studies continue to replicate the consistent inverse association between fluoride exposure and IQ, although many—but not all—suffer from similar limitations. Two of the studies reported linear relationships between urinary fluoride excretion and IQ (one study also included plasma-fluoride) among children living in areas with mean water-fluoride contents of 1.4 mg/L and 1.5-2.5 mg/L (Cui et al. 2018; Zhang and Cheng 2015).[6] Another study published since our meta-analysis is the one I conducted with colleagues in China, which I will now discuss.

81.   To ascertain the validity of the Chinese reports on fluoride neurotoxicity, we carried out a pilot study in Sichuan using methods commonly applied in neurobehavioral epidemiology (Choi et al. 2015). The children examined had lived in their respective communities since conception. Although we examined only 51 children, our results are consistent with elevated fluoride exposure being a cause of cognitive deficits. Interestingly, negative associations were found for cognitive function tests regarding

---

[6]      These results are consistent with the findings of Ding et al. (2011), who reported a dose-response relationship between urine-fluoride concentrations (range = 0.24-2.84 mg/L) and reduced IQ in a population without any severe dental fluorosis (Ding et al. 2011).

19

all three measures of fluoride exposure. One was the known water-fluoride concentration at the residence where the child was born and had grown up, another was the child's morning urine-fluoride after having ingested fluoride-free water the night before (neither measure reached formal statistical significance as a predictor of cognitive deficits). The strongest and statistically significant association was seen with the degree of dental fluorosis that served as a marker of early-life fluoride exposure. While the milder forms of dental fluorosis have been considered a cosmetic effect (Aoba and Fejerskov 2002; WHO 2006), our study suggested that fluorosis can serve as a useful marker of early fluoride exposure in studies of neurodevelopmental toxicity.[7]

### C.    Studies of Fluoride and ADHD in North America

82.    Four epidemiological studies have investigated the relationship between fluoride and ADHD behaviors in North America, the most important of which is the prospective cohort study by Bashash (2018). Two of the other three studies examined ADHD-related outcomes in the Canadian Health Measures Survey (CHMS) (Barberio et al. 2017; Riddell et al. 2019).[8]

83.    In 2017, Barberio et al. examined two cycles of the CHMS to investigate the relationship between randomly measured urine-fluoride levels (in 3-to-12-year-old children) and parental reports or self-reported learning disabilities. When the two cycles of the CHMS were combined (both including at least 1,100 subjects), unadjusted urine-fluoride was significantly correlated with an increased incidence of learning disabilities. However, this effect lost its statistical significance after controlling for urine dilution by creatinine and specific gravity. The authors concluded that there was no robust association

---

[7]         A prior study that was co-authored by my colleague David Bellinger failed to observe a relationship between dental fluorosis and behavior, as determined from parental questionnaires (Morgan et al. 1998).  Due to several weaknesses, the conclusions were cautious and, in the authors' wording, "cannot lay this issue to rest." The relationship between dental fluorosis and neurobehavioral deficits is an issue that thus requires further study, including the possibility that the relationship is only apparent for fluorosis of certain teeth that share windows of susceptibility that overlap the windows of susceptibility for developmental neurotoxicity.

[8]         The third study (Malin and Till 2015) was an ecological study that found an association between ADHD and water fluoridation in the U.S. This association was not robust, however, as it lost its significance after adjustment for altitude, although this adjustment is questionable.

between fluoride exposure and reported learning disability among Canadian children at the ages studied.

84.   A more sophisticated study using the same CHMS data has now been completed and shows a significant association between fluoridated water and ADHD diagnoses/symptoms (Riddell et al. 2019).   The latter study controlled for more potential covariates than Barberio and focused on an older subset of children (6 to 17 years old). Riddell's focus on an older group of children is an improvement because 90% of children with ADHD are diagnosed after age 6 (Riddell et al. 2019). Riddell also focused specifically on ADHD symptoms and diagnoses, rather than the broader category of "learning disabilities." The Riddell team also analyzed fluoride in water as well as in urine and conducted regression analyses to test the association with specific ADHD parameters: i.e., ADHD diagnosis and the hyperactivity/inattention score on the Strengths and Difficulties Questionnaire (SDQ).

85.   After adjustment for covariates, including lead exposure, Riddell and colleagues found that fluoridation of the home water supply significantly increased the risk of an ADHD diagnosis. An increase in water-fluoride by 1 mg/L was associated with a (statistically significant) 6-fold higher odds of an ADHD diagnosis in the 710 children known to rely on community water, although this association was not replicated using urine concentrations that may have been more variable. Similar tendencies were seen for the SDQ scores of hyperactivity/inattention, especially among the older youth (not covered by the Barberio study).

86.   With its individual exposure data, more specific ADHD outcomes in adolescents, and large effect size, the Riddell study, along with Bashash et al. (2018) that I will discuss below, provide additional weight to the evidence of fluoride being a neurotoxicant at current levels of exposure in fluoridated areas.

## VI.   EPIDEMIOLOGICAL STUDIES (PROSPECTIVE)

### A.   Prospective Cohort Studies with Individual Assessment of Prenatal Exposure

87.     The most reliable evidence of developmental neurotoxicity is obtained through prospective studies that include real-time recording of information about exposure in early life followed by subsequent clinical assessments of the child. (Grandjean & Landrigan 2014; Grandjean 2008). In our meta-analysis we recommended that prospective studies be conducted to formally evaluate dose-response relations based on individual-level measures over time, including more precise prenatal measurements (Choi et al. 2012). Five such studies have now been conducted, and they have each found significant adverse associations between prenatal fluoride exposure and neurodevelopmental harm (Bashash 2017; Bashash 2018; Green 2019; Valdez-Jiminez 2017), with an additional study finding an association between fluoride exposure during early infancy and IQ loss (Till 2020). The quality of these studies, coupled with the consistency of their findings, also in regard to the cross-sectional studies, add *substantial* weight to the evidence for developmental neurotoxicity from fluoride exposure.

88.     I understand that Dr. Hu and Dr. Lanphear will be discussing the ELEMENT and MIREC cohort studies in detail, so I will forego doing so here. As I explained in my initial expert report, these are high-quality studies given their prospective birth cohort design, individual measurements of fluoride exposure, and extensive control for potential confounders.

89.     In addition to the ELEMENT and MIREC studies, a prospective birth cohort study has also been published from a separate area of Mexico where there are elevated levels of fluoride in drinking water (Valdez Jiminez 2017). In this study, maternal urine-fluoride (corrected for specific gravity) was examined for its association with scores on the Bayley Scales among 65 children evaluated at age 3-15 months. The mothers in the study had average urine-fluoride concentrations at each of the three trimesters of pregnancy of 1.9, 2.0, and 2.7 mg/L. These fluoride exposure indicators during the first and second trimesters were associated with large and significant reductions in the Bayley Mental Development Index (MDI) (cognitive) score after adjusting for covariates, including gestational age.

While this study is not as robust as the ELEMENT and MIREC studies due to the limited size, its findings are consistent with and reinforce their findings, and add further weight to the neurotoxicity assessment given its prospective cohort design.

**B.    Prospective Cohort Studies without Prenatal Exposure Assessment**

90.    Two additional prospective studies have been previously published on fluoride and neurodevelopment (Shannon et al. 1986; Broadbent et al. 2015), both from New Zealand. They have substantial limitations that make them much less informative than the North American studies, including a failure to obtain individual measurements of fluoride exposure, and a failure to ascertain prenatal fluoride exposure.

91.    The first of the New Zealand studies was published in 1986 by Shannon. It found no association between childhood behavior (as scored by mothers and teachers) and the duration of time the child had lived in a fluoridated area during the first 7 years of life. The authors, however, made no attempt to ascertain prenatal and early postnatal exposures. Postnatal exposures were measured by simply tallying the number of years a child resided in a fluoridated area, with no distinctions made for the *timing* of postnatal exposure. Under this exposure metric, a child who lived her first year of life in a fluoridated area (a period of increased vulnerability) would be treated the same as a child who lived her seventh year of life in a fluoridated area.

92.    A second prospective study from New Zealand was based on a birth cohort established from births in 1972-1973 (Broadbent et al. 2015). The 1,037 children were recruited at age 3 years, and IQ tests were administered at ages 7, 9, 11 and 13 years, and again at age 38. Urine samples were again not available for analysis, and the authors had no individual data on water intake. Instead, the authors compared individuals who had lived for an undefined period of time in a fluoridated area during their first five years of life, with individuals who had not lived in a fluoridated area during their first five

years. No significant differences in IQ were noted using this exposure metric, and this finding was independent of potential confounding variables, including sex, socioeconomic status, breastfeeding, and birth weight.[9]

93.   The Broadbent study also made no attempt to ascertain prenatal exposures, including maternal tea consumption, which is an important limitation given the high rate of tea consumption in New Zealand. Tea contains elevated levels of fluoride, and tea consumption can be a major source of fluoride intake among adults (Waugh 2017). During the time that the children in this study were born (1972-1973), New Zealanders consumed as much as 2.6 kg of tea per capita per year (corresponding to 3-4 teabags per day), as compared to the consumption of 0.5 kg in Canada in the approximate time the MIREC cohort was recruited (Grigg 2002). The failure of both New Zealand studies to consider maternal tea consumption may have introduced substantial imprecision into the exposure classification.

94.   An additional concern is that the 10% of cohort subjects who had not lived in fluoridated areas very likely received fluoride supplements, which would eliminate much of the (postnatal) difference in exposure between the fluoridated and non-fluoridated areas. In a letter published subsequent to the study, the authors estimated that the average difference in exposure between children in fluoridated vs. non-fluoridated areas was only 0.3 mg/day (Broadbent et al. 2016).

95.   Based on the absence of individual measurements of exposure; failure to control for the timing of exposure, including prenatal exposures; and the relatively small difference in postnatal exposures in the Broadbent study, the New Zealand studies provide virtually no information about the neurotoxic impact of early-life fluoride exposures. They carry little weight in my assessment.

**VII.  SYSTEMATIC REVIEW**

96.   Although I decided not to conduct a formal systematic review for my weight-of-the-

---

[9]        Despite the fact that lead exposure in this cohort was later reported to cause IQ deficits (Reuben et al. 2017), the authors of the fluoride study chose not to control for exposure to lead or other chemicals that can affect neurodevelopment.

evidence analysis, I had the opportunity to consider and analyze the review conducted by Dr. Ellen Chang of Exponent. As I described in my expert rebuttal report, Dr. Chang's systematic review provides no credible grounds for questioning my assessment of the literature; in fact, it further supports it.

**A.      Dr. Chang's Systematic Review Confirms that I Considered All Significant Data**

97.      Dr. Chang stated that her systematic review identified numerous studies that I did not address, with the apparent implication that these studies are somehow at odds with my opinion (p. 8). What Dr. Chang failed to reveal, however, is that the great majority of these studies reported significant associations between fluoride exposure and neurotoxic outcomes, further confirming my own assessment.

98.      Of the 31 studies that Dr. Chang has identified and which I did not specifically address, 27 found associations of elevated fluoride exposure with adverse effects.[10] These studies, which provide further *support* for my opinions, were not cited in my report because most are repetitions of the cross-sectional study design in endemic fluorosis areas that I have already discussed at length; some are only available in abstract form;[11] some are secondary analyses of primary studies that I already addressed;[12] and one was not available to me at the time of submitting my report (Till et al. 2020). As explained in my report, I do not consider it necessary to address and discuss each and every paper that reports on fluoride effects, especially when peer-reviewed systematic reviews are available, including our own (Choi et al. 2012). I consider it more informative to examine the various *types* of studies, including toxicokinetics (e.g., distribution of fluoride throughout the body, including transfer through the placenta and blood-brain barrier); toxicological findings from animals; and different endpoints relevant to

---

[10]         Aravind (2016); Asawa (2014), Calderon (2000), Das (2016), Khan (2015), Kundu (2015), Liu (2000); Lu (2019), Manju (2017), Mustafa (2018), Nagarajappa (2013); Qin (1990), Razdan (2017), Rocha-Amador (2007), Rocha-Amador (2008), Rocha-Amador (2009), Saxena (2012), Shivaprakash (2011), Singh (2013), Sudhir (2009), Thomas (2018), Till (2019), Trivedi (2007), Wang (2005), Xiang (2015), and Yu (2018).
[11]         Calderon (2000); Thomas (2018).
[12]         Xiang (2015); Wang (2012).

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

neurotoxicity (e.g., cognitive tests, thyroid function, histological assessments of fetal brain).

99.    Conversely, many of the studies that I addressed in my report[13] were not considered by Dr. Chang for unexplained or spurious reasons. Dr. Chang's review, for example, never addressed or considered fluoride's (i) passage through the placenta, (ii) uptake into fetal brain, and (iii) neurochemical and anatomical effects, and she spuriously dismisses the evidence of neurotoxicity in adults as irrelevant to developmental effects in humans (p. 31). In several important ways, therefore, Dr. Chang's review is not as systematic as my own.

100.    Dr. Chang's systematic search of the literature identified four papers that reported no significant associations with neurodevelopmental effects and that I did not rely on, but upon inspection, they have no material effect on the conclusions that can be drawn, as I will now discuss.

101.    One study highlighted by Dr. Chang is a publication by Spittle and colleagues (Spittle 1998) that Dr. Chang refers to repeatedly throughout her review. Although noted in a lengthy table at the end, Dr. Chang fails to acknowledge in the body of her review that this report is in the form of an abstract and relates to a previous (full) publication (Shannon et al. 1986) that I addressed in my report (and above). I did not cite the Spittle abstract in my report, just as I did not cite abstracts of studies reporting harm.[14] It is standard practice for systematic reviews to omit abstracts, as practiced in systematic reviews conducted by the authoritative Cochrane group (Iheozor-Ejiofor et al. 2015). Dr. Chang provides no justification for including abstracts in her review, such as the one by Spittle (Spittle 1998). Dr. Chang's prominent references to the Spittle abstract is particularly surprising given that it does not describe *any* confounder adjustment,[15] and uses an ecological metric for exposure (group water

---

[13]    *E.g.*, Dong (1993); Duan (1995); Ekstrand (1981); Li (2016); Spittle (1994); Guo (2001); Malin (2018); Opydo-Szymaczek (2005, 2007); Peckham (2015); Ron (1986); Salgarello (2016); Shao (2003); Shen & Taves (1974); Yazdi (2011); Yu (2008).

[14]    Calderon (2000); Thomas (2018).

[15]    On p. 132 of her Table, Dr. Chang "assume[s]" that the Spittle analysis controlled for the same confounders as the Shannon analysis. I understand that neither Dr. Chang, nor anyone else in her

26

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

F level) – features which Dr. Chang has used to dismiss many papers that support the neurotoxicity of fluoride.

102.   The other three "no-effect" studies that Dr. Chang cites and that I did not address are similarly unavailing. Two are cross-sectional studies from China which fail to show statistically significant associations between fluoride exposure and IQ,[16] and one is an ecological analysis (Perrott 2018) of the Malin & Till (2015) study on ADHD which I addressed but placed little weight on. As I explained in my report, there are many reasons why an ecological/cross-sectional study can fail to detect an effect even when one is present. The failure of these three studies to find statistically significant effects does nothing to contradict the robust literature that I rely upon, including the prospective birth cohort studies that I placed the greatest weight on. Even Dr. Chang appears to recognize this, as she does not include any of these three studies in her causal analysis, and correctly notes that the analysis by Perrott (Perrott 2018) is a "relatively low quality" ecological study (p. 66).

103.   In summary, despite asserting that my review failed to consider "numerous" papers, Dr. Chang's own review confirms that I addressed and considered the most relevant epidemiological studies on cognitive outcomes. Dr. Chang's literature search also confirms that the majority of studies that I did not specifically address are consistent with and further support the association between fluoride and cognitive impairment, in accordance with my conclusions.

**B.     Dr. Chang's Review Fails to Identify Any Systematic Biases that Explain Fluoride's Consistent Association with Neurodevelopmental Harm**

104.   Dr. Chang's systematic assessment of study quality provides a lengthy discussion of real or perceived methodological limitations in the available studies. Importantly, however, Dr. Chang failed to identify a likely explanation for how these limitations can explain the consistent adverse associations

---

office has contacted Dr. Spittle to confirm this statement (Personal email communication with Bruce Spittle, August 13, 2019). According to Dr. Spittle, the abstract provided all important methodological details.
[16]       He (2010); Kang (2011).

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

between fluoride and IQ across both cross-sectional and prospective studies. For example, Dr. Chang referred to "high potential for selection bias" but did not consider how unlikely it is that dozens of studies should all suffer from some particular exposure misclassification or selectivity that would all cause bias *away* from the null, e.g., selection bias that would result in participation of intellectually disabled children only in the high-fluoride group, or residual confounding resulting in bias only away from the null in the many different study settings.

105.   Dr. Chang claimed that "methodological uncertainties remain about the assessment of fluoride exposure and neurodevelopmental outcomes; and the reported findings are plausibly explained by confounding, bias, and chance" (p. 9). However, she did not provide any convincing evidence that such issues could have resulted in erroneous conclusions, especially in the high-quality prospective studies.

106.   Throughout her analysis, Dr. Chang failed to grapple with the fact that random (i.e., non-differential) error is unlikely to cause a bias away from the null, as is well-known in epidemiology, as I have also discussed in past publications (Grandjean and Budtz-Jorgensen 2007, 2010). Dr. Chang thus did not articulate a plausible basis for why the limitations she claimed to have identified can *systematically* bias the results across the many study settings, including the North American birth cohorts.

107.   Dr. Chang described cross-sectional studies as if they are all equal and as if the exposure parameter always represents a current and short-lasting exposure only. In so doing, Dr. Chang failed to acknowledge in her causal analysis that exposure measures in many studies represent long-term community conditions, in some studies also likely covering prenatal exposures, a critical detail.

108.   Dr. Chang referred to exaggerated associations that can result from lack of blinding (p. 59), but failed to acknowledge that at least 11 of the studies reporting adverse neurocognitive effects

have clearly been blinded, including the recent birth cohort studies, where the exposure was determined *after* the cognitive tests had been completed. Thus, while lack of blinding can create observation bias, it cannot explain the inverse association between fluoride and IQ because similar associations have been consistently found in studies known to be blinded. Despite producing a 56-page table to address "key characteristics" of the studies, Dr. Chang failed to mention this methodological strength in her summary of the studies (pp. 90-146).

109.   Dr. Chang repeatedly highlighted the risk of publication bias, e.g., in the biomedical journal *Fluoride*, which is not indexed by PubMed. However, she does not mention the bias *against* publication, i.e., a bias that acts in the opposite direction. The examples that I mentioned in my report illustrate that such bias exists.[17] Further, Dr. Chang speculated that Chinese-language studies that did not find adverse effects may not have been translated into English (p. 37). Instead of speculating about this, Dr. Chang's systematic review could have included a search of online databases of Chinese-language research (e.g., CNKI) but, for unexplained reasons, did not do so.[18]

110.   In summary, although Dr. Chang's systematic assessment of study quality correctly identified limitations in a number of studies, she failed to credibly explain how these limitations can plausibly explain the significant inverse associations that have consistently been found across many study settings and designs.[19] Although I recognize the issues that Dr. Chang has raised and have fully

---

[17]     The desire to use fluoride in caries prevention programs has sometimes made it difficult for researchers, including myself, to present findings of potential toxic effects. In addition to my own personal experiences, published case reports suggest that some studies reporting adverse results have been suppressed, and, in at least one instance, a respected scientist at the Forsythe Dental Institute lost her job after publishing evidence of neurotoxicity.

[18]     A search of PubMed for "CNKI database" shows that many systematic reviews include CNKI as one of the databases to retrieve studies, and the Institute of Medicine recommendations for systematic review (which Chang relies on) calls for searching for foreign language studies when appropriate (IOM 2011, p. 8). CNKI is publicly available online at: http://oversea.cnki.net/kns55/default.aspx.

[19]     Unable to explain why so many studies have found significant associations between fluoride and IQ, Dr. Chang claims that "most published scientific research findings are anticipated to be false" (p. 38, citing Ioannidis (2005)). Although the original report by John Ioannidis (Ioannidis 2005)

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

considered them in my assessment, it remains extremely unlikely, if not impossible, that the overwhelming evidence of fluoride neurotoxicity is a mirage caused by bias, as Dr. Chang apparently believes. A far more likely and plausible explanation for the consistent findings in the epidemiological studies is that fluoride is a developmental neurotoxicant that reduces IQ and that this association is strong enough to be apparent also in studies with less-than-ideal designs.

### C. Bradford Hill Aspects Support, Rather than Detract from, the Causal Nature of Fluoride's Association with Neurodevelopmental Harm

111. Dr. Chang used the Bradford Hill aspects to evaluate the causal relationship between fluoride and neurotoxicity. As I explained in my rebuttal report, her causal analysis is superficial and pays lip service only to Sir Austin's wise advice. An appropriate and systematic assessment of the Bradford Hill guidelines supports, rather than refutes, the causal relationship between elevated fluoride exposure and IQ loss. I will summarize here:

112. *Strength*: Dr. Chang dismissed the strength of the association between fluoride and IQ on the grounds that a loss of 3 to 5 IQ points is relatively small in comparison with normal, expected variation (p. 69). Under this arbitrarily high standard, other well-known neurotoxicants (e.g., lead, methylmercury, arsenic) would fail Dr. Chang's strength criterion. By failing to consider the strength of association of other well-known neurotoxicants, Dr. Chang subjectively analyzed the data on fluoride in a meaningless vacuum. Had Dr. Chang considered the strength of association for other neurotoxicants, she would have found that the effect size for fluoride actually is actually large, not small (i.e., it rivals the effects of lead), which *supports*, rather than detracts, from a causal relationship.

113. *Consistency*: One of the most compelling aspects about the epidemiological research on

---

did provide some stunning examples of how clinical medicine could be misled by single reports, it would be reckless and counterproductive if we were to ignore all published reports, as Dr. Chang seems to prefer. This nihilistic view was also not the intent of the author. In a more recent paper in the same journal, Dr. Ioannidis highlighted the need for balanced review of scientific evidence in the interest of inspiring responsible policy decisions (Ioannidis 2018).

fluoride is how consistent it has been in finding significant associations with IQ (Choi et al. 2012). Dr. Chang obscured this by highlighting non-informative studies that made no attempt to measure or investigate prenatal or early postnatal fluoride exposures (Barberio et al. 2017; Broadbent et al. 2015; Morgan et al. 1998; Shannon et al. 1986; Spittle 1998) as being on the same level as, and contradicting, the highly significant findings from the prospective ELEMENT (Bashash et al. 2017) and MIREC (Green et al. 2019) prospective birth cohort studies (pp. 70-71). A particularly poor judgment by Dr. Chang was to place the Spittle abstract on the same level as the ELEMENT and MIREC studies despite the fact that Spittle's abstract does not describe *any* confounder adjustment. Dr. Chang cited the "mixed" nature of the findings as a basis to conclude that the consistency factor has not been met, while failing to acknowledge the inappropriate apples-to-oranges nature of comparing the prospective ELEMENT/MIREC studies to much, much weaker studies.

114.   In her assessment of consistency, Dr. Chang failed to mention the fact that every single prospective birth cohort study with prenatal exposure measurements has found a significant adverse effect of prenatal fluoride on neurodevelopment (Bashash et al. 2017; Bashash et al. 2018; Green et al. 2019; Valdez Jimenez et al. 2017). Dr. Chang also gave short shrift to the consistent association between fluoride exposure and reduced IQ reported in the numerous cross-sectional studies (Choi et al. 2012; Duan et al. 2018; Tang et al. 2008).  This latter shortcoming may be a result of Dr. Chang's critical misunderstanding of our meta-analysis (Choi et al. 2012), which I will now address.

115.   Dr. Chang claimed that our meta-analysis found an average loss of 0.45 IQ points in the high-fluoride areas and characterizes this as a 10-fold difference with the Tang meta-analysis (Tang et al. 2008). This, however, is not what we reported (see paragraph 78). Because different intelligence scales had been used in the studies considered, we expressed the outcome as a random-effect standardized weighted mean difference estimate, as we clearly explained (Choi et al. 2012). In order to

translate this measure to a difference on the same IQ scale, the joint result must be multiplied by the standard deviation of the IQ scale, i.e., 15. An SMD of -0.45 thus corresponds to a loss of 6.75 IQ points. Contrary to Dr. Chang's mischaracterization, therefore, the results of our meta-analysis are consistent with the Tang meta-analysis, a fact that we actually mention in our published paper (Choi et al. 2012).

116. Dr. Chang's assessment of consistency also entirely ignored the findings from occupational studies, as well as the neuropathology data from examinations of fetal brains in endemic fluorosis areas. As I explained in my report, each of these types of studies is consistent with, and provide support for, fluoride being a neurotoxic agent.

117. *Specificity*: As Kenneth Rothman (2012) and others (Neutra 2018) have emphasized, and as Dr. Chang recognized, lack of specificity between an exposure and an outcome (e.g., asbestos and mesothelioma) does not weigh against or in favor of a causal conclusion.

118. *Temporality*: Dr. Chang's assessment of temporality mirrored her assessment of consistency in that she cited the two New Zealand studies as contradicting the findings from the ELEMENT and MIREC cohorts. Once again, Dr. Chang fails to acknowledge the absence of prenatal or early postnatal fluoride exposure assessments in the New Zealand studies, nor any of the other serious shortcomings of these studies. Instead, Dr. Chang focused on non-differential measurement uncertainties of the urine-fluoride data in the far superior ELEMENT and MIREC cohorts to cast doubt on the findings of these studies. As already discussed in my report, however, the imprecision of the fluoride exposure parameters would likely *bias the results toward the null*, not the reverse. The temporality requirement is thus met with fluoride, as each of the prospective birth cohort studies has found a significant association between early-life exposure to fluoride and the offspring's subsequent performance on neurobehavioral testing. The exposure preceded the effect in these studies, which is

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

what the temporality factor is supposed to assess.

119. *Biological Gradient*: The ELEMENT and MIREC studies have reported monotonic dose-response relationships between elevated prenatal fluoride exposure and IQ deficits in the offspring (Bashash et al. 2017, Green et al. 2019), as well as ADHD behaviors (Bashash et al. 2018). Dr. Chang dismissed the biological gradient of these effects by showing scatterplots from the ELEMENT and MIREC cohorts without the trend lines. However, this approach proves little insight, other than illustrating the undisputed fact that there is substantial natural variation in IQ across the population and that an appropriate statistical analysis is needed to extract a reliable estimate of the average effect of the toxicant exposure. Similar scatterplots have been published showing the effects of lead and IQ, as can be seen in the figure to the right (Rothenberg & Rothenberg 2005, Figure 1). Lead would thus fail the biological gradient test that Dr. Chang has used for fluoride. Dr. Chang also argued that outliers may have distorted the effects seen in the ELEMENT and MIREC cohorts (p. 77-78), without acknowledging that statistical analyses on the impact of outliers have been conducted and that the results did not meaningfully change (Bashash et al. 2017).



Figure 1. Child blood-lead and IQ. From Rothenberg & Rothenberg 2005.

120. *Plausibility*: Dr. Chang limited her assessment of biologic plausibility to NTP's assessment of learning and memory (NTP 2016) in animal models, and to Dr. Tsuji's expert report. In so doing, Dr.

Chang completely ignored the large body of animal literature showing adverse neuroanatomical and neurochemical effects from fluoride exposure, as already reviewed by the National Research Council (NRC 2006) and by Dr. Thiessen in her report. The NRC concluded that the neuroanatomical and neurochemical effects are sufficient to determine that fluoride interferes with brain function (NRC 2006). Dr. Chang ignored this information in favor of the NTP's more narrow assessment on learning/memory, but even the NTP assessment found suggestive evidence that fluoride impairs learning and memory. In contrast to Dr. Chang's assessment, EPA's own experts on developmental neurotoxicity, including internationally recognized scientists such as William R. Mundy and Kevin M. Crofton (Mundy et al. 2015), have identified fluoride as a chemical with substantial evidence of developmental neurotoxicity.

121. *Coherence*: Dr. Chang dismissed the coherence of fluoridated water reducing IQ on the grounds that IQ scores in US children steadily improved throughout the 20th century (the so-called "Flynn Effect"). Dr. Chang even went so far as to suggest that fluoridation may be responsible for the increased scores, although more plausible explanations are known. Under Dr. Chang's simplistic framework, leaded gasoline could not have reduced IQ and may have increased it, as it was introduced in the early part of the 20th century and IQ scores continued to increase during the entire duration of its use. It is well accepted, however, that low-level lead exposure reduces IQ, and thus the Flynn Effect argument—while perhaps superficially appealing—does *not* demonstrate "incoherence."

122. In her assessment of coherence, Dr. Chang failed to consider other relevant considerations, including the association between neonatal fluoride exposure mediated by infant formula feeding and reduced IQ (Till et al. 2020), as further discussed below. While the studies prior to the recent Canadian analysis did not evaluate the potential role of neonatal fluoride exposure, formula feeding is well established to increase a baby's fluoride exposure, even in areas without fluoridated water (Harriehausen

et al. 2019; Zohoori et al. 2019). Although other factors are of likely importance, the relationship between formula-feeding and reduced IQ is coherent with maternal fluoride exposure during pregnancy being associated with a lowered IQ in the child and supports a causative relationship between early-life exposure to fluoride and IQ deficits.

123.  *Experiment*: Dr. Chang ignored the NRC's observation (NRC 2006) that case reports of fluoride toxicity constitute "experimental studies" of neurologic symptomatology following fluoride exposure (NRC, p. 208). The case reports involve "one or more individuals who underwent withdrawal from their source of fluoride exposure and subsequent re-exposures under 'blind' conditions." In most cases, the symptoms (which included lethargy, weakness, and impaired ability to concentrate) "disappeared with the elimination of exposure to fluoride and returned when exposure was reinstated." Although experimental support is not an obligatory criterion (Neutra 2018), the existence of such support should not be missed in what is dubbed a systematic assessment.

124.  *Analogy*: I agree with Dr. Chang that "analogies can be drawn to other naturally occurring elements, especially certain metals" like lead (p. 85). As discussed above, many of the exaggerated criteria that she uses to reject a causal relationship between fluoride exposure and IQ could be equally used to erroneously dismiss the causal relationship between low-level lead exposure and IQ.

125.  In summary, after correcting for Dr. Chang's errors and biases in judgment, the Bradford-Hill aspects support, rather than detract from, a causal relationship between fluoride in water and neurotoxicity.  After analyzing and considering Dr. Chang's systematic review, I have more, not less, confidence that developmental neurotoxicity is a serious risk of elevated fluoride exposure.

### VIII. BENCHMARK DOSE (BMD) ANALYSIS

### A.  Selection of Source Data

126.  Regulatory agencies are in overall agreement in using Benchmark Dose (BMD) analyses to

calculate non-cancer health-based limits for dietary intakes of contaminants, such as those found in drinking water (EFSA 2009; EPA 2012).

127.  As with the Faroe Islands cohort that the EPA relied upon in its risk assessment for methylmercury, the ELEMENT and MIREC studies are high-quality birth cohorts suitable for dose-response analysis (Bashash et al. 2017; Green et al. 2019). Further, as the data refer to the critical effect in a highly vulnerable population, they constitute appropriate data to use for identifying a safe exposure limit for fluoride. I worked, therefore, with my colleague, Dr. Budtz-Jorgensen, on BMD analyses of these studies, which I describe below.

128.  Our selection of the ELEMENT and MIREC studies for BMD analysis is consistent with an analogous assessment conducted by both Dr. Chang and her colleague, Dr. Joyce Tsuji (Tsuji et al. 2015) for another neurotoxicant. In their paper, Drs. Chang and Tsuji sought to determine if the existing RfD for arsenic is adequately protective of neurotoxicity. To answer this question, they conducted a systematic review of the literature to see if there were any studies that would permit a dose-response analysis for quantitative risk assessment. After reviewing the literature, they found a study that, in their judgment, was suitable for the purpose: a study from Bangladesh by Hamadani et al. (2011).

129.  The ELEMENT and MIREC studies are at least equally suitable for dose-response analysis as the one study Dr. Chang and Dr. Tsuji found sufficiently reliable to use for their risk assessment of arsenic exposure. As with the Hamadani study, the ELEMENT and MIREC studies have a (i) prospective birth cohort design; (ii) large sample size; (iii) control for potential confounders;[20] (iv) urine measurements[21] of the toxicant of interest during pregnancy; (v) and extended follow-up (up to 5 years

---

[20]        Drs. Chang and Tsuji considered studies to have sufficiently controlled for potential confounders if they controlled for SES or HOME Score and parental education/IQ (Tsuji et al. 2015, p. 93).

[21]        As with the ELEMENT and MIREC studies, the Bangladesh study measured prenatal exposure through several samples of maternal urine (adjusted for specific gravity) (Hamadani 2011). The Bangladesh study collected urine twice during the pregnancy (at gestational weeks 8 and 30), which

after birth). In fact, the ELEMENT and MIREC studies have an important advantage: the average arsenic exposure in Bangladesh substantially exceeded exposures in the U.S.,[22] which is not the case with the North American fluoride cohort studies.

130.   My calculations of benchmark values for fluoride from the ELEMENT and MIREC cohorts are therefore in accordance with the criteria that Drs. Chang and Tsuji have previously used when generating benchmark calculations for arsenic (where adverse effects were seen in girls, but not boys, at 5 years of age).

**B.  Selection of Benchmark Response (BMR)**

131.   The benchmark dose (BMD) is defined as the dose that leads to a specific loss (or degree of abnormality) known as the benchmark response (BMR) in the outcome variable. The BMR must be defined before the analysis (EPA 2012), and general guidelines been developed for the selection of a BMR (EFSA 2009).

132.   According to the EPA Clean Air Scientific Advisory Committee, a 1-to-2 IQ point reduction at the population level is "highly significant from a public health standpoint," and should be prevented in up to 99.5% of the population (EPA 2008). Consistent with this, previous BMD analyses of human neurotoxicity have selected 1 IQ point as the BMR (Budtz-Jorgensen et al. 2000; Budtz-Jorgensen et al. 2013; EFSA 2010; Tsuji et al. 2015).

133.   Economists have calculated the substantial losses in lifetime incomes from a decrease of 1 IQ point[23] (Gould 2009), as also practiced by economists at the EPA in regulatory impact analyses (EPA 2008).

134.   Research on other neurotoxicants (Grandjean 2013) has shown that shifts to the left of IQ

---

is a lower number of samples than the MIREC cohort, and roughly the same as the ELEMENT study.
[22]      The Bangladesh study addressed a population with mean urinary arsenic levels ranging from 35 to 80 ug/L, which is about 10-to-40 times the levels measured in the US population.
[23]      In terms of 2006-dollars, the value of 1 IQ point was calculated to be about $18,000 (Gould 2009; Spadaro and Rabl 2008).

distributions in a population (i.e., reductions in average IQ) can have substantial impacts, especially among those in the high and low ranges of the distribution (Bellinger 2007).

135. Consistent with prior analyses, including our own, we therefore selected 1 IQ point as the BMR (Budtz-Jorgensen et al. 2000; Budtz-Jorgensen et al. 2013).

### C.  Analyses of ELEMENT and MIREC Data

136. For our BMD analysis, we used the same formula that we used in our prior assessment of lead (Budtz-Jorgensen et al. 2013). The formula is as follows:

---

The BMD is defined by

$$f(0) - f(BMD) = BMR \;\rightarrow\; BMD = f^{-1}(-BMR)$$

In a linear model, $(Y = \alpha + \beta d + \varepsilon)$, from which we get $BMD = -BMR/\beta$.

Likewise, the BMDL is defined as a lower one-sided 95% confidence limit of the BMD. In the linear model,

$$BMDL = -BMR/\beta_{lower}$$

where $\beta_{lower}$ is the one-sided lower 95% confidence limit for $\beta$. Information on the (linear) regression coefficients and their standard deviations, from which the confidence intervals can be calculated, is available from the published articles on the two major prospective cohort studies.

---

137. For the ELEMENT study (Bashash et al. 2017), a linear dose-response model could be used for the effect of urine-fluoride concentrations on both measures of childhood IQ (i.e., the General Cognitive Index (GCI) results at age 4 and IQ results at ages 6-12). In this model, the BMD and BMDL can be calculated based only on the regression coefficient and its precision. In Table 4 of the publication (Bashash et al. 2017), this information is available both for a crude model and for a model A with confounder adjustment. The table below shows the benchmark results for these two models for both the age-4 GCI and school-age IQ.

*Table 2. Benchmark dose results (mg/L urine adjusted for creatinine)*
*obtained from the ELEMENT study results* **(Bashash et al. 2017).**

| Model | GCI | | IQ | |
|---|---|---|---|---|
| | BMD | BMDL | BMD | BMDL |
| Crude | 0.133 | 0.085 | 0.211 | 0.121 |
| Adjusted | 0.159 | 0.099 | 0.200 | 0.130 |
| Read from plot | 0.159 | 0.102 | - | - |

138.  As these calculations are based on assumptions of Gaussian distributions, we checked the validity by scanning the numbers from the plot in the published article. We tentatively used the *WebPlotDigitizer* software to read the plot shown in the published paper (see Figure 1, page 22) (Bashash et al. 2017), to obtain the individual adjusted GCI results for more accurate BMD calculations. Of the original 287 observations, the software provided 286 observations, probably due to two overlapping observations. Thus, missing a single point only, our calculations based on the scanned data should be considered fairly reliable.

139.  Using the standard benchmark approach to epidemiological data and a linear dependency, we find that the BMD for GCI is approximately 0.16 mg/L, and that the BMDL is 0.10 mg/L (bottom line of Table 2). These results are in excellent agreement with the results calculated only from the regression data presented in Table 4 of Bashash et al. (2017).

140.  To assess the robustness of the calculation, we included a logarithmic conversion of the exposure parameter. We also used a split linear dose-response curve as in one of our previous studies (Budtz-Jorgensen et al., 2013). These sensitivity analyses showed BMD results that deviated only marginally from the calculation using the default linear association. In conclusion, Table 2 shows

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

reliable BMD results that have been calculated in accordance with standard EPA procedures.

141.   We also conducted a BMD analysis of the MIREC data. As with the ELEMENT study, we calculated the BMD and BMDL from the reported regression coefficients and standard deviations, with the assumption of a Gaussian distribution (Green 2019, Table 2). In addition to calculating the BMD and BMDL from the urine-fluoride data (U-F), we also calculated a BMD and BMDL from the maternal fluoride intake data. Our results are shown in the table below:

***Table 3. Benchmark dose results (mg/L urine adjusted for specific gravity, or mg estimated daily intake) obtained from MIREC study results on IQ (Green et al. 2019).***

| Study | Exposure | Sex | BMD | BMDL |
|-------|----------|-----|-----|------|
| MIREC | Maternal U-F | Both sexes | 0.51 | 0.21 |
|  | Maternal U-F | Boys | 0.22 | 0.13 |
|  | Maternal U-F | Girls | (–) | 0.58 |
|  | Maternal F intake | Both sexes | 0.27 | 0.15 |

142.   As shown in the above table, the prenatal BMD for girls is not defined when relying on urine-fluoride, but the BMDL is still meaningful and is, as expected, higher than the other estimates obtained. No sex difference was found when relying on estimated fluoride intake.

143.   Overall, the results derived from the two studies are comparable. In the ELEMENT study, the BMDL for maternal urine among ~4-year olds is approximately **0.1 mg/L** (both sexes), while in the MIREC study, it is **0.13 mg/L** (boys) and **0.21 mg/L** (both sexes).[24] The respective BMDL for the 6-to-12-year olds from the ELEMENT study is **0.13 mg/L**, thus overall approximately 0.15 mg/L. Consistent with these maternal urinary excretion values, the BMDL for maternal fluoride *intake* in the MIREC

---

[24]     Based on how the authors reported the data, our BMDL values from the ELEMENT cohort are creatinine-adjusted, while our BMDL values from the MIREC cohort are specific gravity-adjusted.

study is **0.15 mg/day** (both sexes).

## IX.   ASSESSMENT OF RISK

### A.  Comparing BMDLs with Current Exposures in Fluoridated Areas

144.   As benchmark dose calculations constitute a routine approach applied by the EPA for establishing safe limits on chemical exposure, the above calculations that rely on overall associations between fluoride exposure and cognitive deficits provide a basis for assessing the risk of cognitive deficits from current fluoride exposure levels.

145.   Typically, the EPA uses the BMDL to calculate a Reference Dose (RfD) by dividing by an uncertainty factor for the purpose of accounting for variations in human susceptibility. The default value that EPA uses for the uncertainty factor is 10. Here, if we round up the overall BMDL to **0.2 mg/L**, or about 0.2 mg/day, the RfD would likely be 0.02, which is very much below current exposure levels, especially in communities with fluoridation programs (Till et al. 2018). But, *even if no uncertainty factor is applied, and even if relying on the BMD rather than the BMDL* (both of which would be unusual), the RfD would still be well below current exposure levels in fluoridated areas (Till et al. 2018).

146.   The serious risk that we are confronted with can be appreciated by visually comparing the BMDLs against documented exposure levels in fluoridated communities. The following Figure 2A, adapted from Green et al. (2019), compares an overall BMDL for maternal urine-fluoride (0.15 mg/L) with the maternal urine-fluoride concentrations reported in the study. As can be seen, the urine-fluoride levels far surpass the levels associated with IQ loss.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc



147.   The below Figure 2B compares the approximate BMDL for maternal fluoride *intake* from beverages (0.15 mg/day) against the reported fluoride intakes in Green et al (2019). As can be seen, the estimated fluoride intakes in fluoridated areas far surpass the fluoride intake level associated with a clear IQ loss.



148. There are no contemporary large-scale studies of urine-fluoride concentrations in the United States, as the CDC has not yet reported urinary fluoride excretion levels as part of its ongoing National Health and Nutrition Examination Survey (NHANES) studies. One can reasonably infer, however, that urinary fluoride excretion levels in fluoridated areas of the U.S. are generally comparable to those in fluoridated areas of Canada. The reasonableness of this inference is supported by the following facts:

149. Canada and the U.S. add fluoride to water to reach the same target concentration (0.7 mg/L), although empirical data suggests Canadian cities only reach 0.6 mg/L which is slightly less than the U.S. (Till et al. 2018).

150. Fluoridated water is recognized as the largest source of fluoride exposure for adults, particularly when indirect sources are accounted for, such as beverages and foods prepared with the

water, including commercially prepared beverages such as soda and reconstituted juice (EPA 2010).

151.   Urine-fluoride has been shown to be a good indicator of total daily fluoride intake, and has a close, linear correlation with the fluoride content in water (Villa et al. 2000; McClure 1944; Smith et al. 1950).

152.   The largest study of urine-fluoride levels in the U.S. found that pooled urine samples from healthy young males generally mirrored the fluoride concentration in the drinking water (McClure 1944).  Based on U.S. data, therefore, a person drinking water with 0.7 mg/L fluoride would be expected to have about 0.7 mg/L in their urine, which is similar to what was found in the MIREC cohort (Till et al. 2018). Although these U.S. data were published prior to widespread fluoridation, the levels today would, if anything, tend to be *higher* today, not lower because fluoride is now available from more sources than was the case in the 1940s (e.g., including commercial beverages made with fluoridated water, dental products, etc.).

153.   To address the lack of contemporary US data on fluoride exposures in pregnant women,[25] the recent UCSF study measured the concentrations of fluoride in urine (and blood[26]) of 48 pregnant women living in fluoridated and non-fluoridated areas of California. As with the Canadian study, the UCSF team had the urine tested by Dr. Angeles Martinez-Mier at the University of Indiana and adjusted the fluoride measurements for specific gravity. The study found an average (specific gravity-adjusted) urine-fluoride concentration of **0.69 mg/L** among pregnant women in areas with at least 0.7 mg/L in the community water, which is clearly in the same range as the MIREC team found in Canada (Uyghurturk

---

[25]       As noted by the UCSF team, there is only one prior published study of urine-fluoride levels among pregnant women in the US: this is the study by Shen & Taves (1974) that I discussed in my expert report. This study found an average of 1.02 mg/L in maternal urine among a group of 16 pregnant women, but the authors did not report the concentrations of fluoride in water.

[26]       The study found an average of 0.021 mg/L fluoride in the blood (=1.1 µmol/L) of the women from fluoridated areas (~0.8 mg/L), which is higher than the predicted value (0.015 mg/L = 0.8 µmol/L). As discussed by the NRC, it has been historically estimated that adult populations will have 1 µmol/L in their blood for each 1 mg/L of fluoride in the water (NRC 2006).

2020, Table 2). While the small-scale nature of the study likely introduced some random scatter in the results of the UCSF study,[27] the study supports the general similarity in fluoride exposures in the Canadian and U.S. populations.

154. Finally, the relevance of the Canadian IQ data (Green et al., 2019) to the US can be appreciated by comparing the BMDL to the maternal urine-fluoride concentrations reported by the UCSF team (Uyghurturk 2020). As can be seen in the following Figure 3, maternal urine-fluoride concentrations found in pregnant women in the Californian cohort greatly exceed the BMDL for fluoride-associated IQ loss. This, ultimately, is the most important consideration.



Figure 3. Specific gravity adjusted urine-fluoride concentrations in fluoridated communities of Canada and the U.S. (2nd trimester mean ± standard deviation (SD))

*Urine F in Canada from Till 2018, Suppl., Table S4; urine F in USA from Uyghurturk 2020, Table 2.*

---

[27]    The study found some high levels of urine-fluoride in the mid-range fluoride communities (0.3-0.5 mg/L), which slightly skewed the distribution (Uyghurturk 2020, Fig. 2). As the authors note, this may be the result, in part, of the fact that the women had their urine tested while visiting a clinic in San Francisco, which is fluoridated (Uyghurturk 2020, p. 6-7). In the areas with >0.3 mg/L in water, the average (specific-gravity adjusted) fluoride level was 0.74 mg/L (Uyghurturk 2020, Table 5).

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

**B.    Comparing Fluoride's Population-Level Effects with Other Causes of IQ Loss**

155.  In order to compare fluoridation's population-level effects with other neurotoxicant exposures, some approximate estimates of fluoride-associated IQ losses can be made. The calculations rely on several assumptions that are necessary in the absence of actual data and are therefore meant only to identify relative orders of magnitude. On the conservative side, I shall assume that all children are equally vulnerable and that the dose-dependent IQ losses observed in the recent prospective studies can be used to assess the impact on the population at large (i.e., that genetic and other predisposition can be ignored).

156.  My analysis focuses on the average difference in maternal urine-fluoride levels between fluoridated and non-fluoridated areas. The Canadian study (Till et al. 2018) showed that this difference is approximately 0.4 mg/L. It bears emphasizing that this difference likely understates the true contribution of fluoridated water because part of the exposure in "non-fluoridated" areas comes from the "halo" effect. The halo effect refers to the fact that many commercial beverages and foods made in fluoridated areas are shipped to and consumed in non-fluoridated areas and that residents from non-fluoridated communities may work or spend time in fluoridation areas.[28]

157.  Given the BMD results, an average increase of 0.4 mg/L in maternal fluoride concentrations is above the threshold for developmental neurotoxicity, even if assuming a zero background exposure. Using the dose-dependent losses observed in the recent prospective studies (Bashash et al. 2017; Green et al. 2019), this elevated exposure will correspond to an IQ loss of approximately 2 IQ points.

158.  Because about two-thirds of the U.S. population receives fluoridated drinking water, one can assume that a similar proportion of the 4 million annual U.S. births (i.e., more than 2.5 million

---

[28]    This widespread dispersal of fluoridated water in commercial products helps to explain the relatively high urine-fluoride levels now seen in non-fluoridated communities versus the situation back in the 1940s (Till et al. 2018).

births) are affected by fluoridation-associated exposure increases. With the 2-point average IQ loss associated with fluoridation, the 2.5 million births will lose a total estimated number of 5 million IQ points annually.

159.  This approximate estimate can be compared with calculations made by Professor David Bellinger on IQ losses due to major pediatric diagnoses affecting 0-to-5-year-old children (Bellinger 2012). According to CDC data and Bellinger's calculations, the top pediatric etiologies for IQ loss are preterm birth at 34 million IQ points lost and lead exposure representing 23 million IQ points lost. For fluoridation, the estimate for children aged 0 to 5 years is approximately 25 million IQ points. Even if this estimate is somewhat imprecise, and unevenly distributed, the order of magnitude is likely to be correct and is very considerable.

160.  Finally, even if we assume that a threshold exists at approximately 0.8 mg/L in maternal urine (as suggested by mere inspection of the IQ plots in the ELEMENT study for the 6-to-12-year-old cohort members), water fluoridation would still result in substantial IQ losses. As documented in the MIREC study, the 75th percentile maternal urine-fluoride levels (adjusted for creatinine) are 1.04 mg/L in the fluoridated areas versus 0.52 mg/L in the non-fluoridated areas (Till et al. 2018, Table S4). In fluoridated areas, pregnant women above the 75th percentile are already at least 0.29 mg/L above the hypothetical threshold, and thus 25% of the children would then experience an average IQ loss of at least 1.5 points. This would amount to over 4.5 million lost IQ points among 0-to-5-year-olds. Even this smaller amount of IQ losses exceeds the IQ losses attributed to methylmercury exposure in the U.S. (Grandjean et al. 2012).

161. I have made these calculations only to illustrate the significance and impact of neurotoxicity outcomes from fluoridation exposures, and I offer these crude estimates to emphasize my concern that developmental neurotoxicity due to early-life exposure to fluoride is a serious public health

hazard with substantial societal impacts that must be controlled.

## X.   CONCLUSIONS

162.   Recent research has shown that the most vulnerable life stage for many toxicants, particularly those that adversely affect the brain, is during intrauterine and early postnatal development. Fluoride fits into this paradigm, and efforts to control human fluoride exposures must therefore focus on pregnant women and small children.

163.   Research on fluoride-exposed workers and laboratory animals suggest that elevated fluoride exposure is toxic to the brain and nerve cells. Epidemiological studies have identified links to learning, memory, and intelligence deficits, though most of the past studies focused on populations with fluoride exposures higher than those typically provided by U.S. water supplies.

164.   Epidemiology studies of birth cohorts from the most recent years document that adverse effects on brain development happen at elevated exposure levels that occur widely in North America, in particular in communities with fluoridated drinking water. These new prospective studies are of very high quality and show very similar results, thus leaving little doubt that developmental neurotoxicity is a serious risk associated with elevated fluoride exposure. This evidence shows that community water fluoridation is associated with IQ losses that are substantial and of economic and societal concern.

165.   Applying methods for standards setting routinely used by the EPA (i.e., Benchmark Dose analysis), the recent studies on IQ deficits in children allow the estimation of a recommended limit that would protect against neurotoxicity. Such calculations show that current allowable limits for fluoride in drinking water and the levels of fluoride added in community water fluoridation programs both greatly exceed a science-based limit that would protect against developmental neurotoxicity.

166.   The evidence on fluoride neurotoxicity in the general population is fairly recent and

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

unlikely to represent the full toxicological perspective, including adverse effects that may occur at longer delays. As has been seen on numerous occasions, the evidence available today may well underestimate the true extent of the fluoride toxicity. With a reasonable degree of scientific certainty, I therefore consider the elevated levels of fluoride exposure in the U.S. population as a serious public health concern.


I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 20, 2020, in Copenhagen, Denmark.


PHILIPPE GRANDJEAN, MD, DMSc

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

# REFERENCES

Adinolfi M. 1985. The development of the human blood-csf-brain barrier. Dev Med Child Neurol 27:532-537.

Allukian M, Jr., Carter-Pokras OD, Gooch BF, Horowitz AM, Iida H, Jacob M, et al. 2018. Science, politics, and communication: The case of community water fluoridation in the US. Ann Epidemiol 28:401-410.

Andersen HR, Nielsen JB, Grandjean P. 2000. Toxicologic evidence of developmental neurotoxicity of environmental chemicals. Toxicology 144:121-127.

Aoba T, Fejerskov O. 2002. Dental fluorosis: Chemistry and biology. Crit Rev Oral Biol Med 13:155-170.

Aravind A, Dhanya RS, Narayan A, et al. 2016. Effect of fluoridated water on intelligence in 10-12-year-old school children. J Int Soc Prev Community Dent 6(Suppl 3):S237-S242.

Asawa K, Pujara P, Thakkar JP, et al. 2014. Assessment of intelligence quotient among schoolchildren of fishermen community of Kutch, Gujarat, India. Int Marit Health 65(2):73-78.

Baghurst PA, Robertson EF, McMichael AJ, Vimpani GV, Wigg NR, Roberts RR. 1987. The port pirie cohort study: Lead effects on pregnancy outcome and early childhood development. Neurotoxicology 8:395-401.

Bai Z, Li Y, Fan Z, Li X, Li P. 2014. Investigation and analysis of the development of intelligence levels and growth of children in areas suffering fluorine and arsenic toxicity from pollution from burning coal. Chinese Journal of Epidemiology 33:160-163.

Bal-Price A, Hogberg HT, Crofton KM, Daneshian M, FitzGerald RE, Fritsche E, et al. 2018. Recommendation on test readiness criteria for new approach methods in toxicology: Exemplified for developmental neurotoxicity. ALTEX 35:306-352.

Barberio AM, Quinonez C, Hosein FS, McLaren L. 2017. Fluoride exposure and reported learning disability diagnosis among Canadian children: Implications for community water fluoridation. Can J Public Health 108:e229-e239.

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, et al. 2017. Prenatal fluoride exposure and cognitive outcomes in children at 4 and 6-12 years of age in Mexico. Environ Health Perspect 125:097017.

Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, et al. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder. Environ Int 121:658-666.

Bellinger DC. 2007. Interpretation of small effect sizes in occupational and environmental neurotoxicology: Individual versus population risk. Neurotoxicology 28:245-251.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

Bellinger DC. 2012. A strategy for comparing the contributions of environmental chemicals and other risk factors to neurodevelopment of children. Environ Health Perspect 120:501-507.xs

Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, et al. 2016. Project tendr: Targeting environmental neuro-developmental risks the TENDR consensus statement. Environ Health Perspect 124:A118-122.

Broadbent JM, Thomson WM, Ramrakha S, Moffitt TE, Zeng J, Foster Page LA, et al. 2015. Community water fluoridation and intelligence: Prospective study in New Zealand. Am J Public Health 105:72-76.

Broadbent JM, Thomson WM, Moffitt TE, Poulton R. 2016. Broadbent et al. Respond. Am J Public Health 106:213-214.

Budtz-Jorgensen E, Grandjean P, Keiding N, White RF, Weihe P. 2000. Benchmark dose calculations of methylmercury-associated neurobehavioural deficits. Toxicol Lett 112-113:193-199.

Budtz-Jorgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. 2013. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 33:450-461.

Budtz-Jørgensen E, Grandjean P. 2018. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PloS One 13(10):e0205388.

Calderón J, Blenda M, Marielena N, et al. 2000. Influence of fluoride exposure on reaction time and visuospatial organization in children. Abstract. 2000 Annual Conference of the ISEE (International Society for Environmental Epidemiology), Buffalo, New York. Epidemiology 11(4):S153.

Chang A, Shi Y, Sun H, Zhang L. 2017. Analysis on the effect of coal-burning fluorosis on the physical development and intelligence development of newborns delivered by pregnant women with coal-burning fluorosis. Chinese Journal of Control of Endemic Diseases 32:872-873.

Choi AL, Cordier S, Weihe P, Grandjean P. 2008. Negative confounding in the evaluation of toxicity: The case of methylmercury in fish and seafood. Crit Rev Toxicol 38:877-893.

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 120:1362-1368.

Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, et al. 2015. Association of lifetime exposure to fluoride and cognitive functions in chinese children: A pilot study. Neurotoxicol Teratol 47:96-101.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

Cui Y, Zhang B, Ma J, Wang Y, Zhao L, Hou C, et al. 2018. Dopamine receptor d2 gene polymorphism, urine fluoride, and intelligence impairment of children in China: A school-based cross-sectional study. Ecotoxicol Environ Saf 165:270-277.

Das K, Mondal NK. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environ Monit Assessm 188(4):218.

Dietrich KN, Krafft KM, Bornschein RL, Hammond PB, Berger O, Succop PA, et al. 1987. Low-level fetal lead exposure effect on neurobehavioral development in early infancy. Pediatrics 80:721-730.

Ding Y, Gao Y, Sun H, Han H, Wang W, Ji X, et al. 2011. The relationships between low levels of urine fluoride on children's intelligence, dental fluorosis in endemic fluorosis areas in Hulunbuir, Inner Mongolia, China. J Hazard Mater 186:1942-1946.

Dobbing J. 1968. Vulnerable periods in developing brain. In: Applied neurochemistry, (Davidson A, Dobbing J, eds). Philadelphia:Davis, 287-316.

Dong L, Yao P, Chen W, Li P, Shi X. 2018. Investigation of dental fluorosis and intelligence levels of children in drinking water-related endemic fluorosis area of xi'an. Chin J of Epidemiol 37:45-48.

Dong Z, Wan C, Zhang X, Liu J. 1993. Determination of the contents of amino-acid and monoamine neurotransmitters in fetal brains from a fluorosis-endemic area. J Guiyang Med Coll 18:241-245.

Du L, Wan C, Cao X, Liu J. 2008. The effect of fluorine on the developing human brain. Fluoride 41:327-330.

Duan J, Zhao M, Wang L, Fang D, Wang Y, Wang W. 1995. A comparative analysis of the results of multiple tests in patients with chronic industrial fluorosis. Guizhou Medical Journal 18:179-180.

Duan Q, Jiao J, Chen X, Wang X. 2018. Association between water fluoride and the level of children's intelligence: A dose-response meta-analysis. Public Health 154:87-97.

Ekstrand J, Boreus LO, de Chateau P. 1981. No evidence of transfer of fluoride from plasma to breast milk. Br Med J (Clin Res Ed) 283:761-762.

European Food Safety Authority. 2009. Guidance of the scientific committee on use of the benchmark dose approach in risk assessment. EFSA Journal 1150:1-72.

European Food Safety Authority. 2010. EFSA panel on contaminants in the food chain (CONTAM); Scientific opinion on lead in food. EFSA Journal 8:1570.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

European Environment Agency. 2001. Late lessons from early warnings: The precautionary principle 1896-2000. (Environmental issue report No 22). Copenhagen.

European Environment Agency. 2013. Late lessons from early warnings: Science, precaution, innovation. (EEA Report No 1/2013).

Ferry JL. 1944. Request for animal experimentation to determine central nervous system effects. Part Memorandum (Warren SL, ed). Rochester, NY.

Forestier F, Daffos F, Said R, Brunet CM, Guillaume PN. 1990. [the passage of fluoride across the placenta. An intra-uterine study]. J Gynecol Obstet Biol Reprod (Paris) 19:171-175.

Gao Q, Liu YJ, Guan ZZ. 2008. Oxidative stress might be a mechanism connected with the decreased alpha 7 nicotinic receptor influenced by high-concentration of fluoride in sh-sy5y neuroblastoma cells. Toxicol In Vitro 22:837-843.

Ge Y, Chen L, Yin Z, Song X, Ruan T, Hua L, et al. 2018. Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. Chemosphere 201:874-883.

Ginsberg G, Hattis D, Sonawane B. 2004. Incorporating pharmacokinetic differences between children and adults in assessing children's risks to environmental toxicants. Toxicol Appl Pharmacol 198:164-183.

Gould E. 2009. Childhood lead poisoning: Conservative estimates of the social and economic benefits of lead hazard control. Environ Health Perspect 117:1162-1167.

Grandjean P, Juel K, Jensen OM. 1985. Mortality and cancer morbidity after heavy occupational fluoride exposure. Am J Epidemiol 121:57-64.

Grandjean P, Landrigan PJ. 2006. Developmental neurotoxicity of industrial chemicals. Lancet 368:2167-2178.

Grandjean P, Budtz-Jørgensen E. 2007. Total imprecision of exposure biomarkers: implications for calculating exposure limits. Am J Industr Med 50(10):712-9.

Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, et al. 2008. The faroes statement: Human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol 102:73-75.

Grandjean P, Budtz-Jørgensen E. 2010. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 82(2):383-391.

Grandjean P. 2013. Only one chance. How environmental pollution impairs brain development – and how to protect the brains of the next generation. New York:Oxford University Press.

Grandjean P. 2013a. Science for precautionary decision-making. In: Late lessons from early warnings, Vol. II, (Gee D, Grandjean, P., Hansen, S.F., van den Hove, S., MacGarvin, M., Martin, J., Nielsen, G., Quist, D., Stanners, D., ed). Copenhagen:European Environment Agency, 517-535.

Grandjean P, Landrigan PJ. 2014. Neurobehavioural effects of developmental toxicity. Lancet Neurol 13:330-338.

Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, et al. 2019. Timescales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 125 Suppl 3:70-80.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, et al. 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in canada. JAMA Pediatr 173:(in press).

Grigg D. 2002. The worlds of tea and coffee: Patterns of consumption. GeoJournal 57:283-294.

Guo X, Wang R, Cheng C, Wei W, Tang L, Wang Q, et al. 1991. A preliminary exploration of IQ of 7-13 year old pupils in a fluorosis area with contamination from burning coal. Chin J of Endemiol 10:98-100. [Republished in English in Fluoride 2008, 2041(2002):2125-2128]

Hamadani JD, Tofail F, Nermell B, Gardner R, Shiraji S, Bottai M, Arifeen SE, Huda SN, Vahter M. 2011. Critical windows of exposure for arsenic-associated impairment of cognitive function in pre-school girls and boys: A population-based cohort study. Int J Epidemiol 40:1593-1604.

Harriehausen CX, Dosani FZ, Chiquet BT, Barratt MS, Quock RL. 2019. Fluoride intake of infants from formula. J Clin Pediatr Dent 43(1):34-41.

He H, Cheng Z, Liu W. 2008. Effects of fluorine on the human fetus. Fluoride 41:321-326.

He MZ, Zhang CN. 2010. Investigation of children's intelligence quotient and dental fluorosis in drinking water-type of endemic fluorosis area in Pucheng county Shaanxi province before and after drinking water change. Chin J Endemiol 29(5):547-548.

Hong F, Cao Y, Yang D, and Wang H. 2001. Research on the effects of fluoride on child intellectual development under different environmental conditions. Chinese Primary Health Care 15(3):56-7. Translated and published in Fluoride, 2008;41(2):156-160.

Iheozor-Ejiofor Z, Worthington HV, Walsh T, O'Malley L, Clarkson JE, Macey R, et al. 2015. Water fluoridation for the prevention of dental caries. Cochrane Database Syst Rev:CD010856.

Ioannidis JP. 2005. Why most published research findings are false. PLoS Med 2:e124.

Ioannidis JPA. 2018. All science should inform policy and regulation. PLoS Med 15:e1002576.

IOM (Institute of Medicine). 2011. Finding What Works in Health Care: Standards for Systematic Reviews. Washington, DC: The National Academies Press.

Jin T, Wang Z, Wei Y, Wu Y, Han T, Zhang H. 2017. Investigation of intelligence levels of children of 8 to 12 years of age in coal burning-related endemic fluorosis areas. J Environ Health 34:229-231.

Kang JQ, Cheng YB, Wu KG, et al. 2011. Effects of fluoride and arsenic in drinking water on children's intelligence. Chin J Sch Health 32(6):679-681.

Khan SA, Singh RK, Navit S, et al. 2015. Relationship between dental fluorosis and intelligence quotient of school going children in and around Lucknow district: A cross-sectional study. J Clin Diagn Res 9(11):ZC10-15.

Kundu H, Basavaraj P, Singla A, et al. 2015. Effect of fluoride in drinking water on children's intelligence in high and low fluoride areas of Delhi. J Indian Assoc Public Health 13(2):116-121.

Landrigan PJ, Whitworth RH, Baloh RW, Staehling NW, Barthel WF, Rosenblum BF. 1975. Neuropsychological dysfunction in children with chronic low-level lead absorption. Lancet 1:708-712.

Li J, Yao L, Shao QL, Wu CY. 2008. Effects of high fluoride level on neonatal neurobehavioral development. Fluoride 41:165-170.

Li X, Hou G, Yu B, Yuan C, Liu Y, Zhang L, et al. 2010. Investigation and analysis of children's intelligence and dental fluorosis in high fluoride area (in Chinese). J Med Pest Control 26:230-231.

Li M, Gao Y, Cui J, Li Y, Li B, Liu Y, Sun J, Liu X, Liu H, Zhao L, Sun D. 2016. Cognitive impairment and risk factors in elderly people living in fluorosis areas in China. Biol Trace Elem Res 172(1):53-60.

Lin F, Ai H, Zhao H, Lin J, Jhiang J, Maimaiti., et al. 1991. High fluoride and low iodine environment and subclinical cretinism in xinjiang (in chinese). endemic Dis Bull 6:62-67.

Liu S, Lu Y, Sun Z, Wu L, Lu W, Wang X, Yan S. 2000. Report on the intellectual ability of children living in high-fluoride water areas. Chin J Control Endemic Dis 15(4):231-2. [Republished in English in Fluoride 2008;41(2)144–147.}

Lu F, Zhang Y, Trivedi A, et al. 2019. Fluoride related changes in behavioral outcomes may relate to increased serotonin. Physiol Behav 206:76-83.

Malin AJ, Till C. 2015. Exposure to fluoridated water and attention deficit hyperactivity disorder prevalence among children and adolescents in the united states: An ecological association. Environ Health 14:17.

Malin AJ, Riddell J, McCague H, Till C. 2018. Fluoride exposure and thyroid function among adults living in canada: Effect modification by iodine status. Environ Int 121:667-674.

Manju R, Hegde AM, Parlees P, et al. 2017.  Environmental arsenic contamination and its effect on intelligence quotient of school children in a historic gold mining area Hutti, North Karnataka, India: A pilot study. J Neurosci Rural 8(3):364-367.

McClure FJ, Kinser, C.A. 1944. Fluoride domestic waters and systemic effects. Publ Health Rep 59:1575-1591.

McPherson CA, Zhang G, Gilliam R, Brar SS, Wilson R, Brix A, et al. 2018. An evaluation of neurotoxicity following fluoride exposure from gestational through adult ages in Long-Evans Hooded rats. Neurotox Res 34:781-798.

Michaels D. 2008. Doubt is their product: How industry's assault on science threatens your health. Oxford; New York: Oxford University Press.

Morgan L, Allred E, Tavares M, Bellinger D, Needleman H. 1998. Investigation of the possible associations between fluorosis, fluoride exposure, and childhood behavior problems. Pediatr Dent 20:244-252.

Mullenix P, Den Besten P, Schunior A, Kernan W. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17:169-177.

Mullenix PJ. 2005. Fluoride poisoning: A puzzle with hidden pieces. Int J Occup Environ Health 11:404-414.

Mundy WR, Padilla S, Breier JM, Crofton KM, Gilber ME, Herr DW, Jensen KF, Radio NM, Raffaele KC, Schumacher K, Shafer TJ, Cowden J. 2015. Expanding the test set: Chemicals with potential to disrupt mammalian brain development. Neurotoxicol Teratol 52(Pt A):25-35.

Mustafa DE, Younis UM, Elhag SA. 2018. The relationship between the fluoride levels in drinking water and the schooling performance of children in rural areas of Khartoum State, Sudan. Fluoride 51(2):102-113.

Nagarajappa R, Pujara P, Sharda AJ, Asawa K, Tak M, Aapaliya P, Bhanushali N. 2013. Comparative assessment of intelligence quotient among children living in high and low fluoride areas of Kutch, India: a pilot study. Iranian J Publ Hlth 42(8):813-18.

National Research Council (NRC). 1993. Pesticides in the diets of infants and children. Washington, D.C.: National Academy Press.

National Research Council (NRC). 2000. Scientific frontiers in developmental toxicology and risk assessment. Washington, DC: National Academy Press.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

National Research Council (NRC). 2006. Fluoride in drinking water: A scientific review of EPA's standards. Washington, DC: The National Academies Press.

National Toxicology Program (NTP). 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. Research Triangle Park, NC: National Institute of Environmental Health Sciences.

Needleman HL, Gunnoe C, Leviton A, Reed R, Peresie H, Maher C, et al. 1979. Deficits in psychologic and classroom performance of children with elevated dentine lead levels. N Engl J Med 300:689-695.

Neutra RR, Cranor, C. F., Gee, D. 2018. The use and misuse of Bradford Hill in U.S. tort law. Jurimetrics 58:127-162.

Opydo-Symaczek J, Borysewicz-Lewicka M. 2005. Urinary fluoride levels for assessment of fluoride exposure of pregnant women in Poznan, Poland. Fluoride 38:312-317.

Opydo-Szymaczek J, Borysewicz-Lewicka M. 2007. Transplacental passage of fluoride in pregnant polish women assessed on the basis of fluoride concentrations in maternal and cord blood plasma. Fluoride 40:46-50.

Organisation for Economic Cooperation and Development (OECD). 2007. OECD guideline for the testing of chemicals: Developmental neurotoxicity study.

Pang H, Yu L, Lai X, Chen Q. 2018. Relation between intelligence and comt gene polymorphism in children aged 8-12 in the endemic fluorosis area and non-endemic fluorosis area. Chinese J Control Endemic Dis 33:151-152.

Peckham S, Lowery D, Spencer S. 2015. Are fluoride levels in drinking water associated with hypothyroidism prevalence in England? A large observational study of GP practice data and fluoride levels in drinking water. J Epidemiol Commun Health 69:619-624.

Perrott KW. 2018. Fluoridation and attention deficit hyperactivity disorder - a critique of Malin and Till (2015). Brit Dent J 223(11):819-822.

Poureslami H, Horri A, Atash R. 2011. High fluoride exposure in drinking water: Effect on children's IQ, one new report. Int J Pediatr Dent 21:47.

Qin LS, Huo SY, Chen RL, et al. 1990. Using the Raven's Standard Progressive Matrices to determine the effects of the level of fluoride in drinking water on the intellectual ability of schoolage children. Chinese J Control Endemic Dis 1990;5(4):203-4. [Republished in English in Fluoride 2008;41(2):115-119].

Razdan P, Patthi B, Kumar JK, et al. 2017. Effect of fluoride concentration in drinking water on intelligence quotient of 12-14-year-old children in Mathura District: A cross-sectional study. J Int Soc Prev Community Dent 7(5):252-258.

Reuben A, Caspi A, Belsky DW, Broadbent J, Harrington H, Sugden K, et al. 2017. Association of childhood blood lead levels with cognitive function and socioeconomic status at age 38 years and with IQ change and socioeconomic mobility between childhood and adulthood. JAMA 317:1244-1251.

Rice D, Barone S, Jr. 2000. Critical periods of vulnerability for the developing nervous system: Evidence from humans and animal models. Environ Health Perspect 108 Suppl 3:511-533.

Riddell JK, Malin AJ, Flora D, McCague H, Till C. 2019. Association of water fluoride and urinary fluoride concentrations with attention deficit hyperactivity disorder in Canadian youth. Environ Int 133(Pt B):105190.

Rocha-Amador D, Navarro ME, Carrizales L, et al. 2007. Decreased intelligence in children and exposure to fluoride and arsenic in drinking water. Cad Saude Publica 23 Suppl 4:S579-587.

Rocha-Amador DO, Morales R, Navarro ME, et al. 2008. Effects of fluoride and arsenic on the central nervous system. In: Bundschuh J, Armienta MA, Birkle P, et al., eds. Natural Arsenic in Groundwaters of Latin America. Boca Raton, FL: CRC Press, 453-458.

Rocha-Amador D, Navarro M, Trejo-Acevedo A, et al. 2009. Use of the Rey-Osterrieth Complex Figure Test for neurotoxicity evaluation of mixtures in children. Neurotoxicology 30(6):1149-1154.

Rodier PM. 1995. Developing brain as a target of toxicity. Environ Health Perspect 103 Suppl 6:73-76.

Roholm K. 1937. Fluorine intoxication. A clinical-hygienic study, with a review of the literature and some experimental investigations. Fluorine intoxication. A clinical-hygienic study, with a review of the literature and some experimental investigations. London: H.K. Lewis.

Ron M, Singer L, Menczel J, Kidroni G. 1986. Fluoride concentration in amniotic fluid and fetal cord and maternal plasma. Eur J Obstet Gynecol Reprod Biol 21:213-218.

Rothenberg SJ, Rothenberg JC. 2005. Testing the dose-response specification in epidemiology: public health and policy consequences for lead. Environ Health Perspect 113(9):1190-5.

Rothman KJ, Greenland S, Lash TL. 2012. Modern epidemiology. 3rd ed. Philadelphia: Lippincott-Raven.

Rovet JF. 2014. The role of thyroid hormones for brain development and cognitive function. Endocr Dev 26:26-43

Salgarello M, Lunardi G, Inno A, Pasetto S, Severi F, Gorgoni G, et al. 2016. 18f-naf pet/ct imaging of brain metastases. Clin Nucl Med 41:564-565.

Saxena S, Sahay A, Goel P. 2012. Effect of fluoride exposure on the intelligence of school children in Madhya Pradesh, India. J Neurosci Rural Pract 3(2):144-149.

Seraj B, Shahrabi M, Falahzade M, Falahzade F, Akhondi N. 2006. Effect of high fluoride concentration in drinking water on children's intelligence. J Dent Med 19:80-86.

Shannon FT, Fergusson DM, Horwood LJ. 1986. Exposure to fluoridated public water supplies and child health and behaviour. NZ Med J 99:416-418.

Shao QL, Wang Y, Li L, Li J. 2003. Initial study of cognitive function impairment as caused by chronic fluorosis. Chinese Journal of Endemiology 22:336-338.

Sharma JD, Sohu D, Jain P. 2009. Prevalence of neurological manifestations in a human population exposed to fluoride in drinking water. Fluoride 42:127-132.

Shen YW, Taves DR. 1974. Fluoride concentrations in the human placenta and maternal and cord blood. Am J Obstetr Gynecol 119:205-207.

Shivaprakash PK, Ohri K, Noorani H. 2011. Relation between dental fluorosis and intelligence quotient in school children of Bagalkot district. J Indian Soc Pedod Prev Dent 29(2):117-120.

Singh VP, Chauhan DS, Tripathi S, et al. 2013. A correlation between serum vitamin, acetylcholinesterase activity and IQ in children with excessive endemic fluoride exposure in Rajasthan, India. Int Res J Med Sci 1(3):12-16.

Smith FA, Gardner DE, Hodge HC. 1950. Investigations on the metabolism of fluoride. II. Fluoride content of blood and urine as a function of the fluorine in drinking water. J Dent Res 29(5):596-600.

Spadaro JV, Rabl A. 2008. Global health impacts and costs due to mercury emissions. Risk Anal 28:603-613.

Spittle B. 1994. Psychopharmacology of fluoride: A review. Int Clin Psychopharmacol 9:79-82.

Spittle B, Ferguson D, Bouwer C. 1998. Intelligence and fluoride exposure in New Zealand children. Fluoride 31(3):S13.

Sudhir KM, Chandu GN, Prashant GM, et al. 2009. Effect of fluoride exposure on intelligence quotient (IQ) among 13-15 year old school children of known endemic area of fluorosis, Nalgonda District, Andhra Pradesh. J Indian Assoc Publ Hlth Dent 13:88-94.

Tang Q, Du J, Ma H, Jiang S, Zhou X. 2008. Fluoride and children's intelligence: A meta-analysis. Bio Trace Elem Res 126:115-120.

Thomas D, Sanchez B, Peterson K, et al. 2018. Prenatal fluoride exposure and neurobehavior among children 1-3 years of age in Mexico (abstract). Fluoride 51(4):385-386.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier EA, et al. 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ Health Perspect 126:107001.

Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B. 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ Int 134:105315.

Trivedi MH, Verma RJ, Chinoy NJ, et al. 2007. Effect of high fluoride water on intelligence of school children in India. Fluoride 40(3):178-183.

Tsuji JS, Garry MR, Perez V, Chang ET. 2015. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 337:91-107.

United States Environmental Protection Agency (U.S. EPA). 2001. Methylmercury (MeHg); CASRB 22967-92-6. Integrated Risk Information System (IRIS).

United States Environmental Protection Agency (U.S. EPA). 2005. Regulatory Impact Analysis of the Clean Air Mercury Rule. EPA-452/R-05-003

United States Environmental Protection Agency (U.S. EPA). 2008. Regulatory Impact Analysis of the Proposed Revisions to the National Ambient Air Quality Standards for Lead.

United States Environmental Protection Agency (U.S. EPA). 2010. Fluoride: Dose-response analysis for non-cancer effects. Washington, DC: Health and Ecological Criteria Division, Office of Water, U.S. EPA.

United States Protection Agency (U.S. EPA). 2012. Benchmark dose technical guidance. Washington, DC:Risk Assessment Forum, U.S. Environmental Protection Agency.

United States Environmental Protection Agency (U.S. EPA): Six-Year Review 3 - Health Effects Assessment for Existing Chemical and Radionuclide National Primary Drinking Water Regulations - Summary Report. Office of Science and Technology, Office of Water, U.S. EPA. Washington, DC; 2016.

United States Environmental Protection Agency (U.S. EPA). 2017. Procedures for Chemical Risk Evaluation Under the Amended Toxic Substances Control Act. 82 FR 33726.

Uyghurturk DA, Goin DE, Martinez-Mier EA, Woodruff TJ, DenBesten PK. 2020. Maternal and fetal exposures to fluoride during mid-gestation among pregnant women in northern California. Environ Health 19:38.

Valdez Jimenez L, Lopez Guzman OD, Cervantes Flores M, Costilla-Salazar R, Calderon Hernandez J, Alcaraz Contreras Y, et al. 2017. In utero exposure to fluoride and cognitive development delay in infants. Neurotoxicology 59:65-70.

Villa A, Anabalon M, Cabezas L. 2000. The fractional urinary fluoride excretion in young children under stable fluoride intake conditions. Community Dent Oral Epidemiol 28:344-355.

Wang C, Gao Y, Wang W, Zhao L, Zhang W, Han H, et al. 2012. A national cross-sectional study on effects of fluoride-safe water supply on the prevalence of fluorosis in China. BMJ Open 2.

Wang QJ, Gao MX, Zhang MF, et al. 2012. Study on the correlation between daily total fluoride intake and children's intelligence quotient. J Southeast Univ (Med Sci Edi) 31(6):743-746

Wang S, Wang L, Hu P, Guo S, Law S. 2001. Effects of high iodine and high fluorine on children's intelligence and thyroid function (in chinese). Chin J Endemiol 20:288-290.

Wang SX, Wang ZH, Cheng XT, Li J, Sang ZP, Zhang XD, et al. 2007. Arsenic and fluoride exposure in drinking water: Children's IQ and growth in Shanyin county, Shanxi province, China. Environ Health Perspect 115:643-647.

Wang S, Zhang H, Fan W, Fang S, Kang P, Chen X, Yu M. 2008. The effects of endemic fluoride poisoning caused by coal burning on the physical development and intellgience of children. Fluoride 41(4)344–348. (Originally published in J Appl Clin Ped 2005;20(9):897-9.]

Waugh DT, Godfrey M, Limeback H, Potter W. 2017. Black tea source, production, and consumption: Assessment of health risks of fluoride intake in New Zealand. J Environ Public Health 2017:5120504.

Wei N, Li Y, Deng J, Xu S, Guan Z. 2014. The effects of comprehensive control measures on intelligence of school-age children in coal-burning-borne endemic fluorosis areas Chin J Endemiol 33:320-324.

World Health Organization. 2006. Fluoride in drinking-water. London, UK: IWA Publishing.

Xiang Q, Liang Y, Chen L, Wang C, Chen B, Chen X, et al. 2003. Effect of fluoride in drinking water on children's intelligence. Fluoride 36:84-94.

Xiang Q, Liang Y, Zhou M, Zang H. 2003. Blood lead of children in Wamiao-Xinhuai intelligence study (letter to the editor). Fluoride 36:198-199.

Xiang Q, Wang Y, Yang M, Zhang M, Xu Y. 2013. Level of fluoride and arsenic in household shallow well water in Wamiao and Xinhuai villages in Jiangsu Province, China. Fluoride 46:192-197.

Xiang Q. 2015. Correspondence. Fluoride 48:78-89.

Yazdi SM, Sharifian A, Dehghani-Beshne M, Momeni VR, Aminian O. 2011. Effects of fluoride on psychomotor performance and memory of aluminum potroom workers. Fluoride 44:158-162.

Yu Y, Yang W, Dong Z, Wan C, Zhang J, Liu J, et al. 2008. Neurotransmitter and receptor changes in the brains of fetuses from areas of endemic fluorosis. Fluoride 41:134-138.

Yu X, Chen J, Li Y, et al. 2018. Threshold effects of moderately excessive fluoride exposure on children's health: A potential association between dental fluorosis and loss of excellent intelligence. Environ Int 118:116-124.

Zhao L, Liang G, Zhang D, Wu X. 1996. Effect of a high fluoride water supply on children's intelligence. Fluoride 29:190-192.

Zhou G, Tang S, Yang L, Niu Q, Chen J, Xia T, et al. 2019. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicol Appl Pharmacol 378:114608.

Zhu L, Petersen PE, Wang HY, Bian JY, Zhang BX. 2003. Oral health knowledge, attitudes and behaviour of children and adolescents in China. Int Dent J 53:289-298.

Zohoori FV, Omid N, Sanderson RA, Valentine RA, Maguire A. 2019. Fluoride retention in infants living in fluoridated and non-fluoridated areas: effects of weaning. Brit J Nutr 121:74-81.

DECLARATION OF PHILIPPE GRANDJEAN, MD, DMSc

# CURRICULUM VITAE OF
# PHILIPPE GRANDJEAN, MD, DMSc

PHILIPPE GRANDJEAN, M.D.


Office address                          Home
Institute of Public Health              Naboløs 4
University of Southern Denmark          DK-1206 Copenhagen
Winsløwparken 17                        Denmark
DK-5000 Odense C, Denmark               Tel: (+45) 33 133 933
Tel. (+45) 6550.3769
Fax  (+45) 6591.1458
Email: pgrand@health.sdu.dk
http://www.sdu.dk/staff/PGrandjean.aspx

Harvard School of Public Health         10 Dana Street
Department of Environmental Health      apt 315
665 Huntington Avenue                   Cambridge, MA 02138
Building 1, room 1312                    Mailing address:
P.O. Box 15697                          P.O. Box 390589
Boston, MA  02115                       Cambridge, MA 02139
Tel: 617-384-8907                       Tel: 617-331-3317
Fax: 617-384-8994
Email: Pgrand@hsph.harvard.edu
http://www.hsph.harvard.edu/faculty/philippe-grandjean/

Academic degrees
1974, M.D., University of Copenhagen
1975, Diploma in basic medical research, University of Copenhagen
1979, D.M.Sc. (dr.med.), University of Copenhagen

Chronology of employment
1974-1975   Postgraduate training fellowship, University of Copenhagen
1975-1978   Research fellow, Institute of Hygiene, Univ. Copenhagen
1978-1980   Senior research fellow, University of Copenhagen
            Visiting fellow, Department of Community Medicine,
            Mount Sinai School of Medicine, New York
1980-1982   Director, Department of Occupational Medicine,
            Danish National Institute of Occupational Health
1982-       Professor of Environmental Medicine, Odense University
1983-2017   Consultant in Toxicology, Danish Health Authority
1994-2002   Adjunct Professor of Public Health (Environmental Health)
            and Neurology, Boston University School of Medicine, Boston
2003-       Adjunct Professor of Environmental Health, Harvard T.H.
            Chan School Public Health, Boston

Awards and honors
Prize essay in medicine, University of Copenhagen (1972)
Fulbright senior research scholarship (1978)
Keynote speaker, Odense University anniversary (1983)
Gitlitz Memorial Lecture, Association of Clinical Scientists, USA
   (1985)

Fellow, Collegium Ramazzini (1987)
Knight of the Dannebrog, awarded by the Queen of Denmark (1990)
The Dannin prize for medical research (1991)
Fellow, American Association for the Advancement of Science (1994)
Irish Congress Lecturer, Royal College of Physicians of Ireland and
    Irish Society of Toxicology (1996)
Knight of the Dannebrog, First Degree, awarded by the Queen of Denmark
    (2003)
'Mercury madness award' for excellence in science in the public
    interest from eight US environmental organizations (2004)
Emeritus Fellow, International Union of Pure and Applied Chemistry,
    IUPAC (2009)
Honorary Research Award, International Order of Odd Fellows (2010)
Science Communication Award, University of Southern Denmark (2012)
Bernardino Ramazzini Award (2015)
Basic & Clinical Pharmacology & Toxicology Nordic Award (2015)
Margrethegaarden honorary prize (2016)
John R. Goldsmith Award, International Society for Environmental
    Epidemiology (2016)

Editorial boards
American Journal of Industrial Medicine (1987-2017)
Applied Organometal Chemistry (1985-1991)
Arbejdsmiljø (Occupational Environment, in Danish, 1983-1990)
Archives of Environmental Health (European Editor, 1986-1992)
Archives of Toxicology (1987-)
Biomarkers (1996-2001)
Central European Journal of Occupational and Environmental Medicine
(2015-)
Critical Reviews in Toxicology (1985-2012)
Danish Medical Bulletin (1994-2003)
Environmental Health (Editor-in-Chief, 2002-)
Environmental Health Perspectives (2003-)
Environmental Research (1981-1994 and 2014-2017, Associate Editor,
1995-2014)
Industrial Health (2000-2005)
International Journal of Hygiene and Environmental Health (2001-)
International Journal of Occupational and Environmental Health (1994-
2011)
International Journal of Occupational Medicine & Environ Health (1991-
Journal of Clean Technology, Environmental Toxicology, and
    Occupational Medicine (1992-1998)
Journal of Environmental Medicine (1998-1999)
Naturens Verden (Natural Science, in Danish) (1987-1991)
Ugeskrift for Læger (Danish Medical Journal, in Danish) (1991-2007)

Scientific societies
American Association for the Advancement of Science (Fellow, 1994)
American Public Health Association
Collegium Ramazzini (Fellow, 1987; Member of the Council, 2005-2013)
Danish Medical Association

Danish Societies of Clinical Chemistry, Epidemiology, Occupational and Environmental Medicine, and Public Health
Faroese Society of Science and Letters
International Society for Environmental Epidemiology

Teaching experience
Professor of Environmental Medicine, Odense University (University of Southern Denmark) (1982-). Member of curriculum committee. Coordinator, Global Health class.
Adjunct Professor of Public Health (Environmental Health) and Neurology, Boston University School of Medicine, Boston (1994-2002)
Adjunct Professor of Environmental Health, Harvard T.H.Chan School of Public Health, Boston (2003-)
Invited teacher, École des hautes études en santé publique (EHESP, French school of public health) (2009-)
International: Numerous teaching assignments, including guest lectures at universities and related tasks, e.g. as external examiner, National University of Singapore (1995). External evaluator of PhD theses from other universities, including University of Sydney and University of South Pacific (Fiji).

Research support as Principal Investigator since 2000
2000-2006  NIEHS
Mercury associated neurobehavioral deficit in children
2001-2003  Nordic Arctic Research Programme (NARP)
Changing patterns of biomagnified pollutants in the northern marine environment
2001-2004 Danish Medical Research Council
Exposure assessment for endocrine disruptors
2002-2004 Danish Medical Research Council
Environmental epidemiology research
2003-2004 European Commission
Assessment of Neurobehavioral Endpoints and Markers of Neurotoxicant Exposures (ANEMONE)
2003-2005 Danish Medical Research Council
Research in hormone related substances
2003-2006 NIEHS ES11687
Effects of perinatal disruptors in children
2003-2007 EPA STAR RD-83075801-0
Children's vulnerability to environmental immunotoxicant
2004-2011 NIEHS ES12199
Epidemiology of immunotoxicant exposure in children
2006-2011 NIEHS ES13692
Health effects of lifetime exposure to food contaminants
2006-2012 NIEHS ES14460
Three-generation human study of reproductive effects of marine food contaminants
2008-2012 Danish Council for Strategic Research
Environmental pollutant impact on antibody production against current and new childhood vaccines
2007-2013 NIEHS ES009797

3

Mercury associated neurobehavioral deficit in children
2011-2017 NIEHS ES012199
Epidemiology of immunotoxicant exposure in children
2012-2020 NIEHS ES021993 and NSF OCE-1321612
Immunotoxity in Humans with Lifetime Exposure to Ocean Pollutants
2013-2019 NIEHS ES021477
Glucose Metabolism in Adults Prenatally Exposed to Diabetogenic
Pollutants
2013-2018 NIEHS ES021372
Pollutant-related diabetes in the Nurses' Health Study II
2014-2020 NIEHS ES023376
Gut Microbiome in Adults with Early Life Exposures to Environmental
Chemicals

<u>Major Current Funding as Principal Investigator</u>
2017-2020 NIEHS ES026596
Inflammation and metabolic abnormalities in pollutant-exposed children
2017-2022 NIEHS P42ES027706
Sources, Transport, Exposure and Effects of PFASs (STEEP)
2019-2024 ATSDR TS000313
Assessment of PFAS exposures and health effects in two Massachusetts
communities with PFAS drinking water contamination
2019-2023 NIEHS ES030394
Vulnerability During Infancy to Immunotoxic Contaminant Exposures

<u>Major committees, boards and elective offices</u>
*Danish:*
Danish Medical Association: Member, Prevention Council (2011-2014)
Danish Medical Research Council: Consultant on environmental
    medicine (1985-1990); Member, Joint Research Council Committee
    on Environmental Research (1986-1991); Member of DMRC (1992-1998)
Danish Society of Community Medicine: Secretary (1977-1978)
Danish Society of Industrial Medicine: Board Member (1974-1983)
Ministry of Education: Member, Committee on Toxicology (1984-1986);
    Member, Committee on Environmental Education (1986-1987)
Ministry of the Environment: Member, Council on Environmental
    Chemicals (1983-1989); Member, Environmental Appeal Board (1986-
    2010); Member, Environmental Research Council (1990-1992); Member,
    Advisory Committee on Pesticide Research (1995-2004 and 2018-2020);
    Member, Advisory Committee on Arctic Research (1996-2004)
Ministry of Health: numerous committee appointments; Chair, Committee
    on Risk Perception (2000-2001)
Ministry of Labour: Consultant on Occupational Health, Council on
    Occupational Safety and Health (1983-1993); Member, Occupational
    Health Council Research Committee (on behalf of the Danish Medical
    Research Council) (1984-1990 and 1999-2003)
Ministry of Research: Chair, Committee on Research at the Faroe
    Islands (1995-1996); Member, Committee on Scientific Dishonesty
    (2004-2006); Chair, Program Committee on Non-Ionizing Radiation
    (2004-2009)
Odense University (from 2000 University of Southern Denmark), elected

offices: Chairman, Institute of Community Health (1982-1985; 1996-1999); Member of Executive Committee, Institute of Community Health (from 2000 Institute of Public Health) (1986-1995; 2000-2005); Member, Faculty Research Committee (1983-1985); Member, Curriculum Committee (1984-1986); Member, Faculty Council (1985-1993); Vice-Dean (1991-1993); Member, Scientific Integrity Committee (2003-2022)

*United States and international:*
Academy of Finland: member of panel evaluating the National Institute of Public Health (1995), site visit of center of excellence (2001)
Agency for Toxic Substances and Disease Registry: Workshop Rapporteur, Neurobehavioral Test Batteries for Use in Environmental Health Field Studies (1992); Member, Expert Panel of Mercury (1998)
Association of Schools of Public Health in the European Region: Treasurer (1975-1977)
BioMedCentral: Member, Editors Advisory Group (2011-2013)
Boston Environmental Hazards Center: Consultant (1994-1999)
Collegium Ramazzini: President, International Conference, The precautionary principle: Implications for research and prevention in environmental and occupational health (2002); Member, Executive Council (2005-2013)
Commission of the European Communities: National Expert, Working Party on Environmental and Lifestyle-Related Diseases (1988-1990); ad hoc Consultant for evaluation of research applications; ad hoc Scientific Advisor on Risk Assessment (2009-); Member, Scientific Committee on Emerging and Newly Identified Health Risks; – Working group on Dental Amalgam (Human Health)(2012-2013)
European Environment Agency: Member, Scientific Committee (2012-2020)
European Food Safety Authority: Member, Panel on Contaminants in the Food Chain responsible for 85 opinions (2003-2009); Member of Working Groups on mercury, polychlorinated biphenyls, cadmium, lead, and benchmark dose
Food Advisory Committee, U.S.FDA, Methylmercury: invited expert (2002)
INMA (Infancia y Medio Ambiente), Spain: Member, Project Steering Committee (2010-)
Institut de Recherche Santé, Environnement et Travail, France: Member, Board of Advisers (2015-)
International Agency for Research on Cancer: Member of Task Group, Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 47 (1988), Vol. 49 (1989), as chairman, Vol. 58 (1993), and as Subgroup chair, Vol. 100C (2009)
International Commission on Occupational Health: Danish Delegation Secretary (1982-90); Member, Scientific Committee on the Toxicology of Metals (1987-); Member of the Board (1990-1996)
International Programme on Chemical Safety: Member of Task Group, Environmental Health Criteria, Vol. 36 (1984) and 72 (1986)
International Society for Environmental Epidemiology: Councillor (1991-1994)
International Union of Pure and Applied Chemistry: Member, Subcommittee on the Toxicology of Nickel (1979-1989); Titular

Member (1985-1991) and Chairman (1987-1991), Commission on Toxicology; Chairman, Subcommittee on Risk Assessment (1985-1989)

Instituto de Saude Ambiental, Lisboa, Portugal: Member, External Advisory Committee (2018-2020)

Karolinska Institute (Stockholm, Sweden): Member of international evaluation panel on environmental medicine (1993)

Ministry for Scientific Policy (Belgium): Consultant on national research program on health hazards (1990 and 1994)

National Institutes of Health (USA): Member of Special emphasis panels (2009-)

NATO Priority Area Panel on Environmental Security: Member (1996-1997)

Norwegian Research Council: ad hoc reviewer (2001-2008); Chairman of Environment and Health Review Group (2009-2010); member of steering committee (2011-2015)

Prenatal Programming and Toxicity (PPTOX) conferences: Organizer/ Chair/Co-chair, Torshavn (2007), Miami (2009), Paris (2012), Boston (2014), Kita-Kyushu (2016), Torshavn (2018)

Society of Occupational and Environmental Health: Member, Governing Council (1990-1993)

Swedish Council for Work Life Research: Member, Priority Committee on Chemical Health Risks (1997-1998)

U.N.Environment Programme: Member, Global Mercury Assessment Working Group (2002)

U.S. Environmental Protection Agency: Member, SAB/SAP Endocrine Disruptor Screening Program Subcommittee (1998-1999); Member, Food Quality Protection Act (FQPA) Science Review Board (SRB)(1999-2003)

White House Office of Science and Technology Policy: Team leader and presenter, Workshop on Scientific Issues Relevant to Assessment of Health Effects from Exposure to Methylmercury (1998)

World Health Organization: Temporary Adviser or Consultant on several occasions, five times elected Rapporteur; Member, European Advisory Committee on Health Research (2011-2017)

Books

1.  Grandjean P, ed. Standards setting. Copenhagen: Occupational Health Foundation, 1977, 210 pp.
2.  Grandjean P, Nielsen T. Organiske blyforbindelser, forurening og toksikologi (Organolead compounds, pollution and toxicology, in Danish). Report No. SNV PM 879. Stockholm: Naturvårdsverket, 1977, 78 pp.
3.  Grandjean P. Occupational health aspects of construction work. EURO Reports and Studies 86. Copenhagen: World Health Organization, Regional Office for Europe, 1983, 28 pp. (also published in German, French and Russian)
4.  Grandjean P, ed. Biological effects of organolead compounds. Boca Raton, FL: CRC Press, 1984, 278 pp.
5.  Grandjean P, Tarkowski S, eds. Toxic oil syndrome: mass food poisoning in Spain. Copenhagen: World Health Organization, Regional Office for Europe, 1984, 92 pp. (also published in Spanish)
6.  Grandjean P. Miljø og forebyggelse. (Environment and prevention, student's guide in Danish). Copenhagen: F.a.d.L.'s Forlag, 1984, 109 pp.
7.  Gilioli R, Grandjean P, Johnson B, Seppäläinen AM, Tarkowski S, eds. Neurobehavioural methods in occupational and environmental health. Environmental Health No. 3. Copenhagen: World Health Organization, Regional Office for Europe, 1985, 209 pp.
8.  Grandjean P, ed. Neurobehavioural methods in occupational and environmental health. Environmental Health No. 6. Copenhagen: World Health Organization, Regional Office for Europe, 1985, 72 pp.
9.  Grandjean P, ed. Miljømedicin (Environmental medicine, textbook in Danish). Copenhagen: F.a.d.L.'s Forlag, 1986, 257 pp.
10. Grandjean P, ed. Trace elements in human health and disease: extended abstracts. Environmental Health No. 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, 230 pp.
11. Grandjean P, ed. Trace elements in human health and disease: symposium report. Environmental Health No. 26. Copenhagen: World Health Organization, Regional Office for Europe, 1987, 134 pp.
12. Grandjean P, Kimbrough RD, Rantanen J, Tarkowski S, Yrjänheikki E. Assessment of health risks in infants associated with exposure to PCBs, PCDDs and PCDFs in breast milk. Environmental Health No. 29. Copenhagen: World Health Organization, Regional Office for Europe, 1988, 116 pp.
13. Grandjean P, ed. Miljømedicin, 2. udg. (Environmental medicine, 2nd ed., textbook in Danish). Copenhagen: F.a.d.L.'s Forlag, 1988, 311 pp.
14. Kimbrough RD, Mahaffey KR, Grandjean P, Sandø SH, Ruttstein DD. Clinical Effects of Environmental Chemicals: A Software Approach to Etiologic Diagnosis. New York: Hemisphere, 1989, 110 pp. and one floppy disk.
15. Grandjean P. Skin Penetration: Hazardous Chemicals at Work. (Published on behalf of the Commission of the European Communities.) London: Taylor and Francis, 1990, 187 pp.
16. Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic

Effects of Chemicals. London: Chapman & Hall, 1991, 288 pp.

17. Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society, in Danish). Copenhagen: Nyt Nordisk Forlag, 1991, 453 pp.

18. Grandjean P, Brown SS, Reavey P, Young DS, Rej R (eds). Biomarkers of Chemical Exposure. Proceedings of the Arnold O. Beckman/IFCC European Conference on Environmental Toxicology. Clin Chem 1994; 40 (issue 7B).

19. Toppari J, Larsen JC, Christiansen P, Giwercman A, Grandjean P, Guillette LJ, Jr, Jégou B, Jensen TK, Jouannet P, Keiding N, Leffers H, McLachlan JA, Meyer O, Müller J, Rajper-DeMeyts E, Scheike T, Sumpter J, Skakkebaek N. Male reproductive health and environmental chemicals with estrogenic effects. Copenhagen: Danish Environmental Protection Agency, 1995, 166 pp.

20. Grandjean P, Brown SS, Reavey P, Young DS, Sampson E (eds). Biomarkers. Proceedings of the Second Arnold O. Beckman/IFCC European Conference on Environmental Toxicology. Clin Chem 1995; 41 (issue 12B).

21. Grandjean P. Farlig forurening (Dangerous pollution, in Danish). Copenhagen: Nyt Nordisk Forlag and National Board of Health, 1998, 174 pp.

22. Grandjean P ed. Human health effects of environmental mercury exposure (special issue). Environ Res 1998; 77 (67-177).

23. Grandjean P, Sofritti M, Minardi F, Brazier J (eds). The Precautionary Principle. Implications for research and prevention in environmental and occupational health. Eur J Oncol Library 2003; 2: 1-245. Also published in Int J Occup Med Environ Health 2004; 17: 3-201.

24. Grandjean P (ed). Prenatal programming and toxicity. Basic Clin Pharmacol Toxicol. 2008; 102(2): 71-273.

25. Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D, eds. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, 746 pp.

26. Grandjean P. Only one chance. How Environmental Pollution Impairs Brain Development – and How to Protect the Brains of the Next Generation. New York: Oxford University Press, 2013 (232 pp.).

27. Grandjean P, Hermann P. Kemi på hjernen – går ud over enhver forstand. København: Gyldendal, 2015 (334 sider).

28. Grandjean P. Cerveaux en danger (Brains in danger, in French). Translated by Odile Demange. Paris: Buchet Chastel, 2016 (336 pp.).

29. Kishi R, Grandjean P, eds. Health Impacts of Developmental Exposure to Environmental Chemicals. Singapore: Springer, 2020 (555 pp.)

<u>Publications in international peer-reviewed journals</u>

1.  Grandjean P, Holma B. A history of lead retention in the Danish population. Environ Biochem Physiol 1973; 3: 268-73.
2.  Grandjean P. Lead in Danes, historical and toxicological studies. Environ Qual Saf 1975; Suppl. Vol. 2: 6-75.
3.  Grandjean P. Possible effect of lead on egg-shell thickness in kestrels 1874-1974. Bull Environ Contam Toxicol 1976; 16: 101-6.
4.  Grandjean P. Regional distribution of lead in human brains. Toxicol Lett 1978; 2: 65-9.
5.  Nielsen T, Jensen KA, Grandjean P. Organic lead in normal human brains. Nature (Lond.) 1978; 274: 602-3.
6.  Grandjean P. Lead concentration in single hairs as a monitor of occupational lead exposure. Int Arch Occup Environ Health 1978; 42: 69-81.
7.  Grandjean P, Lintrup J. Erythrocyte-Zn-protoporphyrin as an indicator of lead exposure. Scand J Clin Lab Invest 1978; 38: 669-75.
8.  Grandjean P, Arnvig E, Beckmann J. Psychological dysfunctions of lead-exposed workers: Relation to biological parameters of exposure. Scand J Work Environ Health 1978; 4: 295-303.
9.  Grandjean P. Widening perspectives of lead toxicity, a review of health effects of lead exposure in adults. Environ Res 1978; 17: 303-21. (Also published as a special report to the U.S. National Institute of Environmental Health Sciences)
10. Grandjean P. Occupational lead exposure in Denmark: Screening with the haematofluorometer. Br J Ind Med 1979; 36: 52-8.
11. Grandjean P, Nielsen OV, Shapiro IM. Lead retention in ancient Nubian and contemporary populations. J Environ Path Toxicol 1979; 2: 781-7.
12. Grandjean P, Nielsen T. Organolead compounds, environmental health aspects. Residue Rev 1979; 72: 97-148.
13. Arnvig E, Grandjean P, Beckmann J. Neuropsychological effect of heavy lead exposure determined with psychological tests. Toxicol Lett 1980; 5: 399-404.
14. Hertz MM, Bolwig TG, Grandjean P, Westergaard E. Lead poisoning and the blood-brain barrier. Acta Neurol Scand 1981; 63: 286-96.
15. Grandjean P, Selikoff IJ, Shen SK, Sundermann FW Jr. Nickel concentrations in plasma and urine of shipyard workers. Am J Ind Med 1981; 1: 181-9.
16. Olsen NB, Hollnagel H, Grandjean P. Indicators of lead exposure in an adult Danish suburban population. Dan Med Bull 1981; 28: 168-76.
17. Grandjean P, Olsen NB, Hollnagel H. Influence of smoking and alcohol consumption on blood lead levels. Int Arch Occup Environ Health 1981; 48: 391-7.
18. Grandjean P, Kon SH. Lead exposure of welders and bystanders in a ship repair yard. Am J Ind Med 1981; 2: 65-70.
19. Grandjean P, Lintrup J. Sources of variation in fluorometry of zinc-protoporphyrin in blood. Scand J Work Environ Health 1981; 7: 311-2.
20. Grandjean P, Olsen NB, Hollnagel H. Occupationally related lead exposure in the general population. Scand J Work Environ Health 1981;

7: 298-301.
21. Grandjean P. Occupational fluorosis through 50 years: clinical and epidemiological experiences. Am J Ind Med 1982; 3: 227-36.
22. Nielsen OV, Grandjean P, Bennike P. Chemical analyses of archaeological bone samples: Evidence for high lead exposure on the Faroe Islands. J Dan Archaeol 1982; 2: 145-8. (also published in Faroese: Blyggj i føroyingum, Mondul 1983; 9: 27-31)
23. Grandjean P. Storage depots in the body: Passive retention or time bomb? (Editorial) Am J Ind Med 1983; 4: 489-90.
24. Grandjean P, Wulf HC, Niebuhr E. Sister chromatid exchange in response to variations in occupational lead exposure. Environ Res 1983; 32: 199-204.
25. Grandjean P, Thomsen G. Reversibility of skeletal fluorosis. Br J Ind Med 1983; 40: 456-61.
26. Grandjean P. Lead poisoning: Hair analysis shows the calendar of events. Hum Toxicol 1984; 3: 223-8.
27. Grandjean P, Hansen ON, Lyngbye K. Analysis of lead in circum-pulpal dentin of deciduous teeth. Ann Clin Lab Sci 1984; 14:270-5.
28. Eskildsen J, Grandjean P. Lead exposure from lead pellets: Age-related accumulation in mute swans. Toxicol Lett 1984; 21: 225-9.
29. Grandjean P, Juel K, Jensen OM. Mortality and cancer morbidity after heavy occupational fluoride exposure. Am J Epidemiol 1985; 121: 57-64.
30. Lyngbye T, Hansen ON, Vangberg L, Grandjean P. Lead as a cause of SIDS. N Engl J Med 1985; 10: 954-5.
31. Grandjean P. Reference intervals for toxic metals: Problems and prospects. Ann Clin Lab Sci 1986; 16: 67-74.
32. Grandjean P, Bach E. Indirect exposures: The significance of bystanders at work and at home. Am Ind Hyg Assoc J 1986; 47: 819-24.
33. Grandjean P, Lyngbye T, Hansen ON. Lead concentration in deciduous teeth: Variation related to tooth type and analytical technique. J Toxicol Environ Health 1986; 19: 437-45.
34. Grandjean P. After Chernobyl (Editorial). Arch Environ Health 1986; 41: 277.
35. Andersen O, Grandjean P. Effects of inorganic and organic lead compounds on chromosomal length in human lymphocytes. Appl Organomet Chem 1987; 1: 15-19.
36. Grandjean P, Andersen O, Nielsen GD. Carcinogenicity of occupational nickel exposures: An evaluation of the epidemiological evidence. Am J Ind Med 1988; 13: 193-209.
37. Christoffersen J, Christoffersen MR, Larsen R, Rostrup E, Tingsgaard P, Andersen O, Grandjean P. Interaction of cadmium ions with calcium hydroxyapatite crystals: A possible mechanism contributing to the pathogenesis of cadmium-induced diseases. Calcif Tissue Int 1988; 42: 331-9.
38. Grandjean P, Berlin A, Gilbert M, Penning W. Preventing percutaneous absorption of industrial chemicals: The "skin" denotation. Am J Ind Med 1988; 14: 97-107.
39. Lyngbye T, Hansen ON, Grandjean P. Bias resulting from non-participation in childhood epidemiological studies: A study of low-level lead exposure. Scand J Soc Med 1988; 16: 209-15.

40. Grandjean P. Ancient skeletons as silent witnesses of lead exposures in the past. CRC Crit Rev Toxicol 1988; 19:11-21.

41. Madsen HHT, Skjødt T, Jørgensen PJ, Grandjean P. Blood lead levels in patients with lead shot retained in the appendix. Acta Radiol 1988; 29: 745-6.

42. Andersen O, Grandjean P. Effects of tetraethylthiuram disulfide on the toxicokinetics of cadmium in mice. Pharmacol Toxicol 1989; 64: 210-5.

43. Lyngbye T, Hansen ON, Grandjean P. Neurological deficits in children: Medical risk factors and lead exposure. Neurotoxicol Teratol 1989; 10: 531-7.

44. Grandjean P, Hollnagel H, Hedegaard L, Christensen JM, Larsen S. Blood lead-blood pressure relationships: Alcohol intake and hemoglobin as confounders. Am J Epidemiol 1989; 129: 732-9.

45. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P. A neuropsychological study of children with elevated dentine lead level: Assessment of the effect of lead in different socioeconomic groups. Neurotoxicol Teratol 1989: 11: 205-13.

46. Grandjean P, Jensen BM, Sandø SH, Jørgensen PJ, Antonsen S. Delayed blood regeneration in lead exposure: An effect on reserve capacity. Am J Publ Health 1989; 79: 1385-8.

47. Grandjean P. Bone analysis: Silent testimony of lead exposures in the past. Medd Grønland Man Soc 1989; 12: 156-60.

48. Grandjean P, Hørder M, Thomassen Y. Fluoride, aluminum and phosphate kinetics in cryolite workers. J Occup Med 1990;32:58-63.

49. Grandjean P, Kristensen K, Jørgensen PJ, Nielsen GD, Andersen O. Trace element status in alcoholism before and during disulfiram treatment. Ann Clin Lab Sci 1990; 20: 28-35.

50. Nielsen GD, Jepsen LV, Jørgensen PJ, Grandjean P, Brandrup F. Nickel-sensitive patients with vesicular hand eczema: Oral challenge with a diet naturally high in nickel. Br J Dermatol 1990; 122: 299-308.

51. Lyngbye T, Hansen ON, Trillingsgaard A, Beese I, Grandjean P. Learning disabilities in children: significance of low-level lead-exposure and confounding factors. Acta Paed Scand 1990; 79: 352-60.

52. Jensen BM, Sandø SH, Grandjean P, Wiggers P, Dalhøj J. Screening with zinc-protoporphyrin for iron deficiency in non-anemic female blood donors. Clin Chem 1990; 36: 846-8.

53. Lyngbye T, Grandjean P, Hansen ON, Jørgensen PJ. Validity and interpretation of blood lead levels: A study of Danish school children. Scand J Clin Lab Invest 1990; 50: 441-9.

54. Bonde I, Beck H-I, Jørgensen PJ, Grandjean P, Brandrup F. Nickel in intercellular fluid, comparison between nickel-allergic patients and controls. Acta Derm Venereol (Stockh) 1990; 70: 300-3.

55. Lyngbye T, Hansen ON, Grandjean P. Predictors of tooth-lead level with special reference to traffic. Int Arch Occup Environ Health 1990; 62: 417-22.

56. Grandjean P, Jørgensen PJ. Retention of lead and cadmium in prehistoric and modern human teeth. Environ Res 1990; 53: 6-15.

57. Lyngbye T, Hansen ON, Grandjean P. Lead concentration in deciduous teeth from Danish school children. Dan Med Bull 1991; 38: 89-93.

58. Grandjean P, Jacobsen IA, Jørgensen PJ. Chronic lead poisoning treated with DMSA. Pharmacol Toxicol 1991; 68: 266-9.
59. Grandjean P, Jørgensen PJ, Viskum S. Temporal and interindividual variation in erythrocyte zinc-protoporphyrin in lead-exposed workers. Br J Ind Med 1991; 48: 254-7.
60. Grandjean P, Sandoe SH, Kimbrough RD. Nonspecificity of clinical signs and symptoms caused by environmental chemicals. Hum Exp Toxicol 1991; 10: 167-73.
61. Grandjean P, Lyngbye T, Hansen ON. Lessons from a Danish study on neuropsychological impairment related to lead exposure. Environ Health Perspec 1991; 94: 111-5.
62. Grandjean P, Andersen O. Lung cancer in filling station attendants. Am J Ind Med 1991; 20: 763-8.
63. Grandjean P, Weihe P, Jørgensen PJ, Clarkson T, Cernichiari E, Viderø T. Impact of maternal seafood diet on fetal exposure to mercury, selenium, and lead. Arch Environ Health 1992; 47: 185-95.
64. Grandjean P, Nielsen GD, Jørgensen PJ, Hørder M. Reference intervals for trace elements in blood: Significance of risk factors. Scand J Clin Lab Invest 1992; 52: 321-337.
65. Grandjean P, Olsen JH, Jensen OM, Juel K. Cancer incidence and mortality in workers exposed to fluoride. J Natl Cancer Inst 1992; 84: 1903-9.
66. Grandjean P. Individual susceptibility to toxicity. Toxicol Lett 1992; 64/65: 43-51.
67. Grandjean P. International research on the relation between health and the environment (summary in French). Santé Publique 1992; 4: 103-8.
68. Grandjean P. Symposium synthesis, Application of neurobehavioral methods in environmental and occupational health. Environ Res 1993; 60: 57-61.
69. Grandjean P, Weihe P. Neurobehavioral effects of intrauterine mercury exposure: potential sources of bias. Environ Res 1993; 61: 176-83.
70. Damm D. Grandjean P, Lyngbye T, Trillingsgaard A, Hansen ON. Early lead exposure and neonatal jaundice: Relation to neurobehavioral performance at 15 years of age. Neurotoxicol Teratol 1993; 15: 173-81.
71. Grandjean P, Andersen D. Scientific dishonesty: a Danish proposal for evaluation and prevention. J Exposure Anal Environ Epidemiol 1993; 3, Suppl. 1: 265-70.
72. Grandjean P. International perspectives of lead exposure and lead toxicity. Neurotoxicol 1993; 24: 9-14.
73. Olsen S, Grandjean P, Weihe P, Viderø T. Seafood intake in pregnancy as a determinant of birth weight: Evidence for a dose-dependent relationship. J Epidemiol Comm Health 1993; 47: 436-40.
74. Grandjean P, Jørgensen PJ, Weihe P. Human milk as a source of methylmercury exposure in infants. Environ Health Perspec 1994; 102: 74-7.
75. Dalgård C, Grandjean P, Jørgensen PJ, Weihe P. Mercury in the umbilical cord: Implications for risk assessment for Minamata disease. Environ Health Perspec 1994; 102: 548-50.
76. Grandjean P, Weihe P, Nielsen JB. Methylmercury: Significance of

intrauterine and postnatal exposures. Clin Chem 1994; 40: 1395-1400.
77. Grandjean P, Brown S, Reavey P, Young D. Biomarkers of chemical exposure: state of the art. Clin Chem 1994; 40: 1360-2.
78. Nielsen JB, Andersen O, Grandjean P. Evaluation of mercury in hair, blood and muscle as biomarkers for methylmercury exposure in male and female mice. Arch Toxicol 1994; 68: 317-21.
79. Johnson BL, Grandjean P, Amler R. Neurobehavioral testing and hazardous chemical sites. Neurotoxicol Teratol 1994; 16: 485-7.
80. Grandjean P, Weihe P, White RF. Milestone development in infants exposed to methylmercury from human milk. Neurotoxicol 1995; 16: 27-33.
81. Grandjean P. Individual susceptibility in occupational and environmental toxicology. Toxicol Lett 1995; 77: 105-8.
82. Grandjean P. Biomarkers in epidemiology. Clin Chem 1995; 41: 1800-3.
83. Grandjean P, Brown SS, Reavey P, Young DS. Biomarkers in environmental toxicology: State of the art. Clin Chem 1995; 41: 1902-4.
84. Grandjean P, Weihe P, Needham LL, Burse VW, Patterson DG Jr, Sampson EJ, Jørgensen PJ, Vahter M. Effect of a seafood diet on mercury, selenium, arsenic, and PCBs and other organochlorines in human milk. Environ Res 1995; 71: 29-38.
85. Grandjean P, Sorsa M. Ethical aspects of genetic predisposition to environmentally-related disease. Sci Total Environ 1996; 184: 37-43.
86. Grandjean P, White RF, Weihe P. Neurobehavioral epidemiology: Application in risk assessment. Environ Health Perspec 1996; 104 (Suppl.4): 397-400.
87. Dahl R, White RF, Weihe P, Sørensen N, Letz R, Hudnell K, Otto DA, Grandjean P. Feasibility and validity of three computer-assisted neurobehavioral tests in 7-Year old children. Neurotoxicol Teratol 1996; 18: 413-9.
88. Toppari J, Larsen JC, Christiansen P, Giwercman A, Grandjean P, Guillette LJ, Jr, Jégou B, Jensen TK, Jouannet P, Keiding N, Leffers H, McLachlan JA, Meyer O, Müller J, Rajper-DeMeyts E, Scheike T, Sharpe R, Sumpter J, Skakkebaek NE. Male reproductive health and environmental xenoestrogens. Environ Health Perspec 1996; 104 (Suppl.4): 741-803.
89. Guldager B, Jørgensen PJ, Grandjean P. Metal excretion and magnesium retention in patients with intermittent claudication treated with intravenous disodium EDTA. Clin Chem 1996; 42: 1938-42.
90. Lynge E, Andersen A, Nilsson R, Barlow L, Pukkala E, Nordlinder R, Boffetta P, Grandjean P, Heikkilä P, Hörte L-G, Jakobsson R, Lundberg I, Moen B, Partanen T, Riise T. Risk of cancer and exposure to gasoline vapors. Am J Epidemiol 1997; 145: 449-58.
91. Grandjean P. Impartiality in research (editorial). Int J Occup Environ Hlth 1997; 3: 158-60.
92. Andersen HR, Nielsen JB, Nielsen F, Grandjean P. Antioxidative enzyme activities in human erythrocytes. Clin Chem 1997; 43: 562-8.
93. Nielsen F, Mikkelsen BB, Nielsen JB, Andersen HR, Grandjean P. Plasma-malondialdehyde as biomarker for oxidative stress: Reference interval and effects of lifestyle factors. Clin Chem 1997; 43: 1209-

14.

94. Grandjean P, Weihe P, White RF, Debes F, Araki S, Yokoyama K, Murata K, Sørensen N, Dahl R, Jørgensen PJ. Cognitive deficit in 7-year-old children with prenatal exposure to methylmercury. Neurotoxicol Teratol 1997; 19: 417-28.

95. Grandjean P, Guldager B, Larsen IB, Holmstrup P, Jørgensen PJ. Placebo response in environmental disease: Chelation therapy of patients with symptoms related to amalgam fillings. J Occup Environ Med 1997; 39: 707-14.

96. Andersen HR, Jeune B, Nybo H, Nielsen JB, Andersen-Ranberg K, Grandjean P. Low activity of superoxide dismutase and high activity of glutathione reductase in erythrocytes from centenarians. Age and Ageing 1998; 27: 643-8.

97. Nielsen JB, Grandjean P, Jørgensen PJ. Predictors of blood lead concentrations in the lead-free petrol era. Scand J Work Environ Health 1998; 24: 153-6. (Also published as Nielsen JB, Grandjean P, Jørgensen PJ. Danskernes bly i blodet efter overgang til blyfri benzin. Ugeskr Læger 1998; 160: 4768-71.)

98. Grandjean P, Weihe P, White RF, Debes F. Cognitive performance of children prenatally exposed to 'safe' levels of methylmercury. Environ Res 1998; 77: 165-72.

99. Akagi H, Grandjean P, Takizawa Y, Weihe P. Methylmercury dose estimation from umbilical cord concentrations in patients with Minamata disease. Environ Res 1998; 77: 98-103.

100. Høyer AP, Grandjean P, Jørgensen T, Brock JW, Hartvig HB. Organochlorine exposure and breast cancer. Lancet 1998; 352: 1816-20. (Also published in Danish, Ugeskr Laeger 2000; 162: 922-6.)

101. Nielsen GD, Søderberg U, Jørgensen PJ, Templeton DM, Rasmussen SN, Andersen KE, Grandjean P. Absorption and retention of nickel from drinking water in relation to food intake and nickel sensitivity. Toxicol Appl Pharmacol 1999; 154: 67-75.

102. Viskum S, Rabjerg L, Jørgensen PJ, Grandjean P. Improvement in semen quality associated with decreasing occupational lead exposure. Am J Ind Med 1999; 35: 257-63.

103. Andersen HR, Andersson A-M, Arnold SF, Autrup H, Barfoed M, Beresford NA, Bjerregaard P, Christiansen LB, Gissel B, Hummel R, Jørgensen EB, Korsgaard B, Le Guevel R, Leffers H, McLachlan J, Møller A, Nielsen JB, Olea N, Oles-Karasko A, Pakdel F, Pedersen KL, Perez P, Skakkebæk NE, Sonnenschein C, Soto AM, Sumpter JP, Thorpe SM, Grandjean P. Comparison of short-term estrogenicity tests for identification of hormone-disrupting chemicals. Environ Health Perspect 1999; 107 (Suppl. 1): 89-108.

104. Sørensen N, Murata K, Budtz-Jørgensen E, Weihe P, Grandjean P. Prenatal methylmercury exposure as a cardiovascular risk factor at seven years of age. Epidemiology 1999; 10: 370-5.

105. Jensen TK, Scheike T, Keiding N, Schaumburg I, Grandjean P. Fecundability in relation to body mass and menstrual cycle patterns. Epidemiol 1999; 10: 422-8.

106. Murata K, Weihe P, Renzoni A, Debes F, Vasconcelos R, Zino F, Araki S, Jørgensen PJ, White RF, Grandjean P. Delayed evoked potentials in Madeiran children exposed to methylmercury from seafood.

Neurotoxicol Teratol 1999; 21: 343-8.
107. Murata K, Weihe P, Araki S, Budtz-Jørgensen E, Grandjean P. Evoked potentials in Faroese children prenatally exposed to methylmercury. Neurotoxicol Teratol 1999; 21: 471-2.
108. Grandjean P, White RF, Nielsen A, Cleary D, de Oliveira Santos EC. Mercury neurotoxicity in Amazonian children downstream from gold mining. Environ Health Perspect 1999; 107: 587-91.
109. Grandjean P, Budtz-Jørgensen E, White RF, Jørgensen PJ, Weihe P, Debes F, Keiding N. Methylmercury exposure biomarkers as indicators of neurotoxicity in children aged 7 years. Am J Epidemiol 1999; 150: 301-5.
110. Biernat H, Ellias SA, Wermuth L, Cleary D, de Oliveira Santos EC, Jørgensen PJ, Feldman RG, Grandjean P. Tremor frequency patterns in mercury vapor exposure, compared with early Parkinson's disease and essential tremor. Neurotoxicology 1999; 20: 945-52.
111. Grandjean P. Mercury Risks: Controversy or Just Uncertainty? Publ Health Rep 1999; 114: 512-5.
112. Høyer AP, Jørgensen T, Brock JW, Grandjean P. Organochlorine exposure and breast cancer survival. J Clin Epidemiol 2000; 53: 323-30.
113. Jensen TK, Scheike T, Keiding N, Schaumburg I, Grandjean P. Selection bias in determining the age dependence of waiting time to pregnancy. Am J Epidemiol 2000; 152: 565-72.
114. Steuerwald U, Weihe P, Jørgensen PJ, Bjerve K, Brock J, Heinzow B, Budtz-Jørgensen E, Grandjean P. Maternal seafood diet, methylmercury exposure, and neonatal neurological function. J Pediatr 2000; 136: 599-605.
115. Høyer AP, Jørgensen T, Grandjean P, Hartvig HB. Repeated measurements of organochlorine exposure and breast cancer risk (Denmark). Cancer Causes Contr 2000; 11: 177-84.
116. Budtz-Jørgensen E, Grandjean P, Keiding N, White RF, Weihe P. Benchmark dose calculations of methylmercury-associated neurobehavioural deficits. Toxicol Lett 2000; 112-3: 193-9.
117. Andersen HR, Nielsen JB, Grandjean P. Toxicologic evidence of developmental neurotoxicity of environmental chemicals. Toxicology 2000; 144: 121-7.
118. Nielsen JB, Nielsen F, Jørgensen PJ, Grandjean P. Toxic metals and selenium in blood from pilot whale (Globicephala melas) and sperm whale (Physeter catodon). Marine Pollut Bull 2000; 40: 348-51.
119. Nielsen GD, Nielsen JB, Andersen KE, Grandjean P. Effect of industrial detergents on the barrier function of human skin. Int J Occup Environ Health. 2000; 6: 138-42.
120. Grandjean P, Bjerve KS, Weihe P, Steuerwald U. Birth weight in a fishing community: significance of essential fatty acids and marine food contaminants. Int J Epidemiol 2001; 30: 1272-8.
121. Høyer AP, Jørgensen T, Rank F, Grandjean P. Organochlorine exposures influence on breast cancer risk and survival according to estrogen receptor status: a Danish cohort-nested case-control study. BMC Cancer 2001; 1: 8.
122. Budtz-Jørgensen E, Keiding N. Grandjean P. Benchmark dose calculation from epidemiological data. Biometrics 2001; 57: 698-706.

123. Grandjean P, White RF, Sullivan K, Debes F, Murata K, Otto DA, Weihe P. Impact of contrast sensitivity performance on visually-presented neurobehavioral tests in mercury-exposed children. Neurotoxicol Teratol 2001; 23: 141-6.

124. Grandjean P, White RF. Neurobehavioral dysfunction as possible sentinel. Hum Ecol Risk Assess 2001; 7: 1079-89.

125. Grandjean P, Weihe P, Burse VW, Needham LL, Storr-Hansen E, Heinzow B, Debes F, Murata K, Simonsen H, Ellefsen P, Budtz-Jørgensen E, Keiding N, White RF. Neurobehavioral deficits associated with PCB in 7-year-old children prenatally exposed to seafood neurotoxicants. Neurotoxicol Teratol 2001; 23: 305-17.

126. Murata K, Budtz-Jørgensen E, Grandjean P. Benchmark dose calculations for methylmercury-associated delays on evoked potential latencies in children. Risk Anal 2002; 22: 465-74.

127. Grandjean P, White RF, Weihe P, Jørgensen PJ. Neurotoxic risk caused by stable and variable exposure to methylmercury from seafood. Ambul Pediatr 2003; 3: 18-23.

128. Mol NM, Sørensen N, Weihe P, Andersson A-M, Jørgensen N, Skakkebæk NE, Keiding N, Grandjean P. Spermaturia and serum hormone concentrations at puberty age in boys prenatally exposed to polychlorinated biphenyls. Eur J Endocrinol 2002; 146: 357-63

129. Weihe P, Hansen JC, Murata K, Debes F, Jørgensen PJ, Steuerwald U, White RF, Grandjean P. Neurobehavioral Performance of Inuit Children with Increased Prenatal Exposure to Methylmercury. Int J Circumpolar Health 2002; 61: 41-9.

130. Fängström B, Athanasiadou M, Grandjean P, Weihe P, Bergman Å. Hydroxylated PCB metabolites and PCBs in serum from pregnant Faroe Island women. Environ Health Perspect 2002; 110: 895-9.

131. Longnecker MP, Wolff MS, Gladen BC, Brock JW, Grandjean P, Jacobson JL, Korrick SA, Rogan WJ, Weisglas-Kuperus N, Hertz-Picciotto I, Ayotte P, Stewart P, Winneke G, Charles MJ, Jacobson SW, Dewailly E, Boersma ER, Altshul LM, Heinzow B, Pagano JJ, Jensen AA. Comparison of polychlorinated biphenyl (PCB) levels across studies of human neurodevelopment. Environ Health Perspect 2003; 111:65-70.

132. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P, White RF. Statistical methods for the evaluation of health effects of prenatal mercury exposure. Environmetrics 2003; 14: 105-20.

133. Grandjean P, Budtz-Joergensen E, Steuerwald U, Heinzow B, Needham LL, Joergensen PJ, Weihe P. Attenuated growth of breast-fed children exposed to increased concentrations of methylmercury and polychlorinated biphenyls. FASEB J 2003; 17: 699-701.

134. Grandjean P, Weihe P. Arachidonic acid status during pregnancy is associated with polychlorinated biphenyl exposure. Am J Clin Nutr 2003; 77: 715-19.

135. Grandjean P. The Red Book, a red herring, and the red tape: A European perspective. Hum Ecol Risk Assess 2003; 9: 1291-5.

136. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P, White RF. Consequences of exposure measurement error for confounder identification in environmental epidemiology. Stat Med 2003; 22: 3089-100.

137. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P. Estimation of

health effects of prenatal mercury exposure using structural equation models. Environ Health 2002; 1: 2.

138. Murata K, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Grandjean P. Delayed brainstem auditory evoked potential latencies in 14-year-old children exposed to methylmercury. J Pediatr 2004; 144: 177-83.

139. Grandjean P, Murata K, Budtz-Jørgensen E, Weihe P. Cardiac autonomic activity in methylmercury neurotoxicity: 14-year follow-up of a Faroese birth cohort. J Pediatr 2004; 144: 169-76.

140. Rasmussen TH, Nielsen F, Andersen HR, Nielsen JB, Weihe P, Grandjean P. Assessment of xenoestrogenic exposure by a biomarker approach: application of the E-screen bioassay to determine estrogenic response of serum extracts. Environ Health 2003; 2: 12.

141. Grandjean P. Implications of the Precautionary Principle for public health practice and research. Eur J Oncol 2003; Suppl.2: 17-9. Also published in Int J Occup Med Environ Health 2004; 17: 5-7.

142. Grandjean P, Budtz-Jørgensen E, Keiding N, Weihe P. Underestimation of risk due to exposure misclassification. Eur J Oncol 2003; Suppl. 2: 165-72. Also published in Int J Occup Med Environ Health 2004; 17: 131-6.

143. Nielsen JB, Grandjean P. Criteria for skin notation in different countries. Am J Industr Med 2004; 45: 275-80.

144. Jensen TK, Grandjean P, Budtz-Jørgensen E, White RF, Debes F, Weihe P. Effects of breastfeeding on neuropsychological development in a community with methylmercury exposure from seafood. J Expo Anal Environ Epidemiol 2005; 15: 423-30.

145. Grandjean P. Implications of the precautionary principle for primary prevention and research. Annu Rev Publ Health 2004; 25: 199-223.

146. Budtz-Jørgensen E, Grandjean P, Jørgensen PJ, Weihe P, Keiding N. Association between mercury concentrations in blood and hair in methylmercury-exposed subjects at different ages. Environ Res 2004; 95: 385-93.

147. Weihe P, Grandjean P, Jørgensen PJ. Application of hair-mercury analysis to determine the impact of a seafood advisory. Environ Res 2005; 97: 200-7.

148. Budtz-Jørgensen E, Keiding N, Grandjean P. Effects of exposure imprecision on estimation of the benchmark dose. Risk Anal 2004; 24: 1689-96.

149. Grandjean P, Bailar JC, Gee D, Needleman HL, Ozonoff DM, Richter E, Soffritti M, Soskolne CL. Implications of the Precautionary Principle for research and policy-making. Am J Ind Med 2004; 45: 382-5.

150. Grandjean P. Non-precautionary aspects of toxicology. Toxicol Appl Pharmacol 2005; 207: S652-7.

151. Fängström B, Athanasiadou M, Athanassiadis I, Bignert A, Grandjean P, Weihe P, Bergman Å. Polybrominated diphenyl ethers and traditional organochlorine pollutants in fulmars (Fulmarus glacialis) from the Faroe Islands. Chemosphere 2005; 60: 836-43.

152. Grandjean P, Budtz-Jørgensen E, Jørgensen PJ, Weihe P. Umbilical cord mercury concentration as biomarker of prenatal exposure to methylmercury. Environ Health Perspect 2005; 113: 905-8.

153. Barr DB, Weihe P, Davis MD, Needham LL, Grandjean P. Serum polychlorinated biphenyl and organochlorine insecticide concentrations in a Faroese birth cohort. Chemosphere 2006; 62: 1167-82.
154. Halling J, Petersen MS, Damkier P, Nielsen F, Grandjean P, Weihe P, Lundgren S, Lundblad MS, Brøsen K. Polymorphism of CYP2D6, CYP2C19, CYP2C9 and CYP2C8 in the Faroese population. Eur J Clin Pharmacol 2005; 61: 491-7.
155. Coccini T, Randine G, Castoldi AF, Grandjean P, Ostendorp G, Heinzow B, Manzo L. Effects of developmental co-exposure to methylmercury and 2,2',4,4',5,5'-hexachlorobiphenyl (PCB153) on cholinergic muscarinic receptors in rat brain. Neurotoxicology 2006; 27: 468-77.
156. Fängström B, Strid A, Grandjean P, Weihe P, Bergman Å. A retrospective study of PBDEs and PCBs in human milk from the Faroe Islands. Environ Health 2005; 4: 12.
157. Fängström B, Hovander L, Bignert A, Athanassiadis I, Linderholm L, Grandjean P, Weihe P, Bergman Å. Concentrations of PBDEs, PCBs, and OH-PCBs in serum from seven-year-old children and their mothers during pregnancy. Environ Sci Technol 2005; 39: 9457-63.
158. Baris YI, Grandjean P. Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolites. J Natl Cancer Inst 2006; 98: 414-7.
159. Debes F, Budtz-Jørgensen E, Weihe P, White RF, Grandjean P. Impact of prenatal methylmercury toxicity on neurobehavioral function at age 14 years. Neurotoxicol Teratol 2006; 28: 363-75.
160. Grandjean P, Landrigan PJ. Developmental neurotoxicity of industrial chemicals. Lancet 2006: 368: 2167-78. (Also published as Grandjean P. [Effect of industrial chemicals on development of the nerve system--secondary publication]. Ugeskrift for laeger. 2007;169(34):2782-4. PMID: 17878017
161. Grandjean P, Harari R, Barr DB, Debes F. Pesticide exposure and stunting as independent predictors of neurobehavioral deficits in Ecuadorian school children. Pediatrics 2006; 117: 546-56.
162. Dietz R, Riget F, Born EW, Sonne C, Grandjean P, Kirkegaard M, Olsen MT, Asmund G, Renzoni A, Baagøe H, Andreasen C. Trends in mercury in hair of Greenlandic Polar Bears (Ursus maritimus) during 1892-2001. Environ Sci Technol 2006; 40: 1120-5.
163. Heilmann C, Grandjean P, Weihe P, Nielsen F, Budtz-Jørgensen E. Reduced antibody responses to vaccinations in children exposed to polychlorinated biphenyls. PLoS Med 2006; 3: e311.
164. Budtz-Jørgensen E, Keiding N, Grandjean P, Weihe P. Confounder selection in environmental epidemiology: Assessment of health effects of prenatal mercury exposure. Ann Epidemiol 2007; 17: 27-35.
165. Petersen MS, Halling J, Damkier P, Nielsen F, Grandjean P, Weihe P, Brøsen K. Caffeine N3-demethylation (CYP1A2) in a population with an increased exposure to polychlorinated biphenyls. Eur J Clin Pharmacol 2006; 62: 1041-8.
166. Dakeishi M, Murata K, Grandjean P. Lessons from arsenic poisoning of infants due to contaminated dried milk: A review. Environ Health 2006; 5: 31.
167. Grandjean P, Budtz-Jørgensen E. Total imprecision of exposure

biomarkers: Implications for calculating exposure limits. Am J Industr Med 2007; 50: 712-9.

168. Grandjean P. Methylmercury toxicity and functional programming. Reproduct Toxicol 2007; 23: 414-20.

169. Grandjean P, Murata K. Developmental arsenic neurotoxicity in retrospect (editorial). Epidemiology 2007; 18: 25-6.

170. Wermuth L, Bech S, Petersen MS, Joensen P, Weihe P, Grandjean P. High prevalence and incidence of Parkinson's disease in the Faroe Islands. Acta Neurol Scand 2008; 118: 126-31.

171. Murata K, Grandjean P, Dakeishi M. Neurophysiological evidence of methylmercury neurotoxicity. Am J Industr Med 2007; 50: 765-71.

172. Budtz-Jørgensen E, Grandjean P, Weihe P. Separation of risks and benefits of seafood intake. Environ Health Perspect 2007; 115: 323-7.

173. Andersen HR, Nielsen F, Nielsen JB, Kjaerstad MB, Baelum J, Grandjean P. Xeno-oestrogenic activity in serum as marker of occupational pesticide exposure. Occup Environ Med 2007; 64: 708-714.

174. Andersen HR, Schmidt IM, Grandjean P, Jensen TK, Budtz-Jørgensen E, Kjaerstad MB, Baelum J, Nielsen JB, Skakkebaek NE, Main KM. Impaired reproductive development in sons of women occupationally exposed to pesticides during pregnancy. Environ Health Perspect 2008; 116: 566-72.

175. Petersen MS, Halling J, Damkier P, Nielsen F, Grandjean P, Weihe P, Brøsen K. Polychlorinated biphenyl (PCB) induction of the CYP3A4 enzyme activity in Healthy Faroese adults. Toxicol Appl Pharmacol 2007; 224: 202-6.

176. Choi AL, Budtz-Jørgensen E, Jørgensen PJ, Steuerwald U, Debes F, Weihe P, Grandjean P. Selenium as a potential protective factor against mercury developmental neurotoxicity. Environ Res 2008; 107: 45-52.

177. Grandjean P. Seven deadly sins of environmental epidemiology and the virtues of precaution. Epidemiology 2008; 19: 158-62.

178. Grandjean P. Late insights into early origins of disease. Basic Clin Pharmacol Toxicol 2008; 102: 94-9.

179. Petersen MS, Weihe P, Choi A, Grandjean P. Increased prenatal exposure to methylmercury does not affect the risk of Parkinson's disease. Neurotoxicology 2008; 29: 591-5.

180. Petersen MS, Halling J, Bech S, Wermuth L, Weihe P, Nielsen F Jørgensen PJ, Budtz-Jørgensen E, Grandjean P. Impact of dietary exposure to food contaminants on the risk of Parkinson's disease. Neurotoxicology 2008; 29: 584-90.

181. Halling J, Petersen MS, Brosen K, Weihe P, Grandjean P. Genetic predisposition to Parkinson's disease: CYP2D6 and HFE in the Faroe Islands. Pharmacogenet Genomics 2008; 18: 209-12.

182. Choi A, Cordier S, Weihe P, Grandjean P. Negative confounding in the evaluation of toxicity: The case of methylmercury in fish and seafood. Crit Rev Toxicol 2008; 38: 877-93.

183. Grandjean P, Ozonoff D. Environmental Health: the first five years. Environ Health 2007; 6: 27.

184. Grandjean P, Choi A. The delayed appearance of a mercurial warning. Epidemiology 2008; 19: 10-1.

185. Pouzaud F, Ibbou A, Blanchemanche S, Grandjean P, Krempf M,

Philippe H-J, Verger P. Use of advanced cluster analysis to characterize seafood consumption patterns and methylmercury exposures among pregnant women. J Exp Anal Environ Epidemiol 2010; 20: 54-68.

186. Grandjean P, Bellinger D, Bergman Å, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, HertzPicciotto I, Hu H, Huang TTK, Kold Jensen T, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebæk NE, Skerfving S, Weihe P. The Faroes statement: Human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol 2008; 102: 73-5.

187. Choi AL, Grandjean P. Methylmercury exposure and health effects in humans. Environ Chem 2008; 5: 112-20.

188. Weihe P, Kato K, Calafat AM, Nielsen F, Wanigatunga AA, Needham LL, Grandjean P. Serum concentrations of polyfluoroalkyl compounds in Faroese whale meat consumers. Environ Sci Technol 2008; 42: 6291-5.

189. Grandjean P, Budtz-Jørgensen E, Barr DB, Needham LL, Weihe P, Heinzow B. Elimination half-lives of polychlorinated biphenyl congeners in children. Environ Sci Technol 2008; 42: 6991-6.

190. Coccini T, Manzo L, Debes F, Weihe P, Grandjean P. Application of lymphocyte muscarinic receptors and platelet monoamine oxidase-B as biomarkers of CNS function in a Faroese children cohort prenatally exposed to methylmercury and PCBs. Biomarkers 2009; 14: 67-76.

191. Budtz-Jørgensen E, Debes F, Weihe P, Grandjean P. Structural equation models for meta-analysis in environmental risk assessment. Environmetrics 2010; 21: 510-27.

192. Choi AL, Weihe P, Budtz-Jørgensen E, Jørgensen PJ, Salonen JT, Tuomainen T-P, Murata K, Nielsen HP, Petersen MS, Askham J, Grandjean P. Methylmercury exposure and adverse cardiovascular effects in Faroese whalingmen. Environ Health Perspect 2009; 117: 369-72.

193. Bjørling-Poulsen M, Andersen HR, Grandjean P. Potential developmental neurotoxicity of pesticides used in Europe. Environ Health 2008; 7: 50.

194. Chevrier C, Sullivan K, White RF, Comtois C, Cordier S, Grandjean P. Qualitative assessment of visuospatial errors in mercury-exposed Amazonian children. Neurotoxicology 2009; 30: 37-46.

195. Julvez J, Grandjean P. Neurodevelopmental toxicity risks due to occupational exposure to industrial chemicals during pregnancy. Industr Health 2009; 47: 459-68.

196. Grandjean P, Budtz-Jørgensen E. An ignored risk factor in toxicology: The total imprecision of exposure assessment. Pure Appl Chem 2010; 82: 383-91.

197. Kirkegaard M, Sonne C, Dietz R, Letcher RJ, Jensen AL, Hansen SS, Jenssen BM, Grandjean P. Alterations in thyroid hormone status in Greenland sledge dogs exposed to whale blubber contaminated with organohalogen compounds. Environ Qual Saf 2011; 74: 157-63.

198. Schlezinger JJ, Bernard PL, Haas A, Grandjean P, Weihe P, Sherr DH. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. Environ Health Perspect 2010; 118: 693-8.

199. White RF, Palumbo CL, Yugelun-Todd DA, Heaton KJ, Weihe P, Debes F, Grandjean P. Functional MRI approach to developmental methylmercury

and polychlorinated biphenyl neurotoxicity. Neurotoxicology 2011; 32: 975-80.
200. Lincoln RA, Vorhees DJ, Chesney EJ, Shine JP, Grandjean P, Senn DB. Fish consumption and mercury exposure among Louisiana recreational anglers. Environ Health Perspect 2011; 119: 245-51.
201. Yorifuji T, Tsuda T, Grandjean P. Unusual cancer excess after neonatal arsenic exposure from contaminated milk powder. J Natl Cancer Inst 2010; 102: 360-1.
202. Harari R, Julvez J, Murata K, Barr D, Bellinger DC, Debes F, Grandjean P. Neurobehavioral deficits and increased blood pressure in school-age children prenatally exposed to pesticides. Environ Health Perspect 2010; 118: 890-6.
203. Grandjean P, Satoh H, Murata K, Eto K. Adverse effects of methylmercury: Environmental health research implications. Environ Health Perspect 2010; 118: 1137-45.
204. Mahaffey KR, Sunderland EM, Chan HM, Choi AL, Grandjean P, Mariën K, Oken E, Sakamoto M, Schoeny R, Weihe P, Yan C-H, Yasutake A. Balancing the benefits of n-3 polyunsaturated fatty acids and the risks of methylmercury exposure from fish consumption. Nutrit Rev 2011; 69: 493-508.
205. Julvez J, Debes F, Weihe P, Choi A, Grandjean P. Sensitivity of continuous performance test (CPT) to mercury exposure at age 14 years. Neurotoxicol Teratol 2010; 32: 627-32.
206. Dalgård C, Petersen MS, Schmedes AV, Brandslund I, Weihe P, Grandjean P. High latitude and marine diet: Vitamin D status in elderly Faroese. Br J Nutr 2010; 104: 914-8.
207. Heilmann C, Budtz-Jørgensen E, Nielsen F, Heinzow B, Weihe P, Grandjean P. Serum concentrations of antibodies against vaccine toxoids in children exposed perinatally to immunotoxicants. Environ Health Perspect 2010; 118: 1434-8.
208. Grandjean P, Poulsen LK, Heilmann C, Steuerwald U, Weihe P. Allergy and sensitization during childhood associated with prenatal and lactational exposure to marine pollutants. Environ Health Perspect 2010; 118: 1429-33.
209. Grandjean P, Henriksen JE, Choi AL, Petersen MS, Dalgård C, Nielsen F, Weihe P. Marine food pollutants as a risk factor for hypoinsulinemia and type 2 diabetes. Epidemiology 2011; 22: 410-7.
210. Yorifuji T, Debes F, Weihe P, Grandjean P. Prenatal exposure to lead and cognitive deficit in 7- and 14-year-old children in the presence of concomitant exposure to similar molar concentration of methylmercury. Neurotoxicol Teratol 2011; 33: 205-11.
211. Grandjean P. Even low-dose lead exposure is hazardous. The Lancet 2010; 375: 855-6.
212. Spulber S, Rantamäki T, Nikkilä O, Castrén E, Weihe P, Grandjean P, Ceccatelli S. Effects of maternal smoking and exposure to methylmercury on Brain-Derived Neurotrophic Factor (BDNF) concentrations in cord serum. Toxicol Sci 2010; 117: 263-9.
213. Mozaffarian D, Shi P, Morris JS, Spiegelman D, Grandjean P, Siscovick, Willett WC, Rimm EB. Mercury exposure and risk of cardiovascular disease in two U.S. cohorts. N Engl J Med 2011; 364: 1116-25.

214. Ozonoff DM, Grandjean P. Milestones and impact factors (editorial). Environ Health 2010; 9: 35.
215. Needham LL, Grandjean P, Heinzow B, Jørgensen PJ, Nielsen F, Patterson DG Jr, Sjödin A, Turner WE, Weihe P. Partition of environmental chemicals between maternal and fetal blood and tissues. Environ Sci Technol 2011; 45: 1121-6.
216. Yorifuji T, Grandjean P, Tsuda T, Kashima S, Doi H. Cancer excess after arsenic exposure from contaminated milk powder. Environ Health Prev Med 2011; 16: 164-70.
217. Grandjean P, Herz K. Methylmercury and brain development: Imprecision and underestimation of developmental neurotoxicity in humans. Mt Sinai J Med 2011: 78: 107-18.
218. Pichery C, Bellanger M, Zmirou-Navier D, Glorennec P, Hartemann P, Grandjean P. Childhood lead exposure in France: benefit estimation and partial cost-benefit analysis of lead hazard control. Environ Health 2011; 10: 44.
219. Wohlfahrt-Veje C, Main KM, Schmidt IM, Boas M, Jensen TK, Grandjean P, Skakkebæk NE, Andersen HR. Lower birth weight and increased body fat at school age in children prenatally exposed to modern pesticides: A prospective study. Environ Health 2011; 10: 79.
220. Wohlfahrt-Veje C, Andersen HR, Schmidt IM, Aksglaede L, Sørensen K, Juul A, Jensen TK, Grandjean P, Skakkebæk NE, Main KM. Early Breast Development in Girls after Prenatal Exposure to Non-Persistent Pesticides. Int J Androl 2012; 35: 273-82.
221. Dalgård C, Petersen MS, Weihe P, Grandjean P. Vitamin D status in relation to type 2 diabetes development. Diabetes Care 2011; 34: 1284-8.
222. Julvez J, Debes F, Weihe P, Choi AL, Grandjean P. Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. Environ Health Perspect 2011; 119:1429-35.
223. Audouze K, Grandjean P. Application of computational systems biology to explore environmental toxicity hazards. Environ Health Perspect 2011; 119: 1754-9.
224. Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. Decreased serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 2012; 307: 391-7.
225. Grandjean P, Eriksen ML, Ellegaard O, Wallin JA. The Matthew effect in environmental science publication: A bibliometric analysis of chemical substances in journal articles. Environ Health 2011; 10: 96.
226. Vestergaard S, Nielsen F, Andersson AM, Hjøllund NH, Grandjean P, Andersen HR, Jensen TK. Association between perfluorinated compounds and time to pregnancy in a prospective cohort of Danish couples attempting to conceive. Human Reproduct 2012; 27: 873-80.
227. Wohlfahrt-Veje C, Andersen HR, Jensen TK, Grandjean P, Skakkebaek NE, Main KM. Smaller genitals at school age in boys whose mothers were exposed to non-persistent pesticides in early pregnancy. Int J Androl 2012; 35: 265-72.
228. Grandjean P, Weihe P, Nielsen F, Heinzow B, Debes F, Budtz-Jørgensen E. Neurobehavioral deficits at age 7 years associated with

prenatal exposure to toxicants from maternal seafood diet. Neurotoxicol Teratol 2012; 34: 466-72.

229. Grandjean P, Grønlund C, Kjær IM, Jensen TK, Sørensen N, Andersson AM, Juul A, Skakkebæk NE, Budtz-Jørgensen E, Weihe P. Reproductive hormone profile and pubertal development in 14-year-old boys prenatally exposed to polychlorinated biphenyls. Reprod Toxicol 2012; 34: 498-503.

230. Karagas MR, Choi AL, Oken E, Horvat M, Schoeny R, Kamai E, Grandjean P, Korrick S. Evidence on the human health effects of low level methylmercury exposure. Environ Health Perspect 2012; 120: 799-806.

231. Grandjean P, Ozonoff D. Portrait of the journal as a young adult. Environ Health. 2012; 11: 10.

232. Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P, International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 2013; 33: 450-61.

233. Færch K, Højlund K, Vind BF, Vaag A, Dalgård C, Nielsen F, Grandjean P. Increased serum concentrations of persistent organic pollutants among prediabetic individuals: potential role of altered substrate oxidation patterns. J Clin Endocrinol Metab 2012; 97: E1705-13.

234. Yorifuji T, Murata K, Bjerve K, Choi AL, Weihe P, Grandjean P. Visual evoked potentials in children prenatally exposed to methylmercury. Neurotoxicology 2013; 37: 15-8.

235. Pichery C, Bellanger M, Zmirou-Navier D, Fréry N, Cordier S, Roue-LeGall A, Hartemann P, Grandjean P. Economic evaluation of health consequences of prenatal methylmercury exposure in France. Environ Health 2012; 11: 53.

236. Andersen HR, Wohlfahrt-Veje C, Dalgård C, Christiansen L, Main KM, Christine Nellemann C, Murata K, Jensen TK, Skakkebæk NE, Grandjean P. Paraoxonase 1 polymorphism and prenatal pesticide exposure associated with adverse cardiovascular risk profiles at school age. PLoS ONE 2012; 7(5): e36830.

237. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: A systematic review and meta-analysis. Environ Health Perspect 2012; 120: 1362-8.

238. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick D, Spiegelman D, Willett W, Rimm E, Curhan G, Forman J. Mercury exposure and risk of hypertension in US men and women in two prospective cohorts. Hypertension 2012; 60: 645-52.

239. Wu H, Bertrand KA, Choi AL, Hu FB, Laden F, Grandjean P, Sun Q. Plasma levels of persistent organic pollutants and risk of type 2 diabetes: a prospective analysis in the Nurses' Health Study and meta-analysis. Environ Health Perspect 2013; 121: 153-61.

240. Barouki B, Gluckman PD, Grandjean P, Hanson M, Heindel JJ. Developmental origins of non-communicable diseases and dysfunctions: Implications for research and public health. Environmental Health 2012: 11: 42.

241. Julvez J, Davey-Smith G, Golding J, Ring S, St. Pourcain B, Gonzalez JR, Grandjean P. Prenatal methylmercury exposure and genetic

predisposition to cognitive deficit at age 8 years. Epidemiology 2013; 24: 643-50.

242. Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadán-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases (Comment). Lancet 2013; 381: 3-4.

243. Dietz R, Sonne C, Basu N, Braune B, O'Hara T, Letcher RJ, Scheuhammer T, Andersen M, Andreasen C, Andriashek D, Asmund G, Aubail A, Baagøe H, Born EW, Chan HM, Derocher AE, Grandjean P, Knott K, Kirkegaard M, Krey A, Lunn N, Messier F, Obbard M, Olsen MT, Ostertag S, Peacock E, Renzoni A, Rigét FF, Skaare JU, Stern G, Stirling I, Taylor M, Wiig O, Wilson S, Aars J. What are the toxicological effects of mercury in Arctic biota? Sci Total Environ 2013; 443: 775-790.

244. Bellanger M, Pichery C, Aerts D, Berglund M, Castaño A, Čejchanová M, Crettaz P, Davidson F, Esteban M, Fischer ME, Gurzau AE, Halzlova K, Katsonouri A, Knudsen LE, Kolossa-Gehring M, Koppen G, Ligocka D, Miklavčič A, Reis MF, Rudnai P, Tratnik JS, Weihe P, Budtz-Jørgensen E, Grandjean P. Economic benefits of methylmercury exposure control in Europe: Monetary value of neurotoxicity prevention. Environ Health 2013; 12: 3.

245. Halling J, Petersen MS, Jørgensen N, Jensen TK, Grandjean P, Weihe P. Semen quality and reproductive hormones in Faroese men – a cross-sectional population-based study of 481 men. BMJ Open 2013; 3: e001946.

246. Grandjean P, Budtz-Jørgensen E. Immunotoxicity of perfluorinated alkylates: Calculation of benchmark doses based on serum concentrations in children. Environ Health 2013; 12: 35.

247. Choi AL, Mogensen UB, Bjerve K, Weihe P, Grandjean P, Budtz-Jørgensen E. Negative confounding by essential fatty acids in methylmercury neurotoxicity associations. Neurotoxicol Teratol 2014; 42: 85-92.

248. Mozaffarian D, Shi P, Morris JS, Grandjean P, Siscovick DS, Spiegelman D, Hu FB. Methylmercury exposure and incident diabetes mellitus in US men and women in two prospective cohorts. Diabetes Care 2013; 36: 3578-84.

249. Audouze K, Brunak S, Grandjean P. Computational approach to chemical etiologies of diabetes. Sci Comm 2013; 3: 2712.

250. Fonseca MF, Hacon SS, Grandjean P, Choi AL, Bastos WR. Iron status as a covariate in methylmercury-associated neurotoxicity risk. Chemosphere 2014; 100: 89-96.

251. Grandjean P, Clapp R. Changing interpretation of human health risks from perfluorinated compounds. Publ Health Rep 2014:129; 482-5.

252. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. Lancet Neurol 2014; 13: 330-8.

253. Kim BM, Choi A, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Effect of hemoglobin and selenium on partition of mercury between maternal and cord blood. Environ Res 2014; 132: 407-12.

254. Grandjean P, Ozonoff D. Transparency and translation of science in a modern world. Environ Health 2013; 12: 70.

255. Tang-Peronard JL, Heitmann BL, Andersen HR, Steuerwald U, Grandjean P, Weihe P, Jensen TK. Association between prenatal polychlorinated biphenyl exposure and obesity development at ages 5 and 7 y: a prospective cohort study of 656 children from the Faroe Islands. Am J Clin Nutrit 2014; 99: 5-13

256. Timmermann CAG, Rossing LI, Grøntved A, Ried-Larsen M, Dalgård C, Andersen LB, Grandjean P, Nielsen F, Svendsen KD, Scheike T, Jensen TK. Adiposity and glycemic control in children exposed to perfluorinated compounds. J Clin Endocrinol Metab 2014; 99: E608-14.

257. Julvez J, Grandjean P. Genetic susceptibility to methylmercury developmental neurotoxicity matters. Front Genet 2013; 4: 278.

258. Vesterholm Jensen D, Christensen JH, Virtanen HE, Skakkebæk NE, Main KM, Toppari J, Veje CV, Andersson AM, Nielsen F, Grandjean P, Jensen TK. No association between exposure to perfluorinated compounds and congenital cryptorchidism: a nested case-control study among 215 boys from Denmark and Finland. Reproduction 2014; 147: 411-7.

259. Li M, Sherman LS, Blum JD, Grandjean P, Mikkelsen B, Weihe P, Sunderland EM, Shine JP. Assessing sources of human methylmercury exposure using stable mercury isotopes. Environ Sci Technol 2014; 48: 8800-6.

260. Grandjean P, Herz KT. Trace elements as paradigms of developmental neurotoxicants. J Trace Elem Med Biol 2015; 31: 130-4.

261. Grandjean P, Weihe P, Debes F, Choi AL, Budtz-Jørgensen E. Neurotoxicity from prenatal and postnatal exposure to methylmercury. Neurotoxicol Teratol 2015; 43: 39-44.

262. Grandjean P, Clapp R. Perfluorinated alkyl substances: emergence of insights into health risks. New Solutions 2015; 25: 147-63.

263. Osuna CE, Grandjean P, Weihe P, El-Fawal HAN. Autoantibodies associated with prenatal and childhood exposure to environmental chemicals in Faroese children. Toxicol Sci 2014; 142: 158-66.

264. Mogensen UB, Grandjean P, Heilmann C, Nielsen F, Weihe P, Budtz-Jørgensen E. Structural equation modeling of immunotoxicity associated with exposure to perfluorinated compounds. Environ Health 2015; 14: 47.

265. Andersen HR, Debes F, Wohlfahrt-Veje C, Murata K, Grandjean P. Occupational pesticide exposure in early pregnancy and neurobehavioral function in children at school age. Neurotoxicol Teratol 2015; 47: 1-9.

266. Kvist L, Giwercman A, Weihe P, Jensen TK, Grandjean P, Halling J, Petersen MS, Giwercman YL. Exposure to persistent organic pollutants and sperm sex chromosome ratio in men from the Faroe Islands. Environ Int 2014; 73: 359-64.

267. Jensen TK, Timmermann AG, Rossing LI, Ried-Larsen M, Grøntved A, Andersen LB, Dalgaard C, Hansen OH, Scheike T, Nielsen F, Grandjean P. Polychlorinated biphenyl exposure and glucose metabolism in Danish children at age 9 years. J Clin Endocrinol Metab 2014; 99: E2643-51.

268. Choi AL, Zhang Y, Sun G, Bellinger D, Wang K, Yang XJ, Li JS, Zheng Q, Fu Y, Grandjean P. Association of cognitive deficits with prenatal exposure to fluoride in Chinese children: a pilot study. Neurotoxicol Teratol 2015; 47: 96-101.

269. Mørck TA, Nielsen F, Nielsen JKS, Siersma V, Grandjean P, Knudsen

LE. PFAS concentrations in plasma samples from Danish school children and their mothers. Chemosphere 2015; 129: 203-9.
270. Kioumourtzoglou MA, Roberts AL, Nielsen F, Shelley Tworoger SS, Grandjean P, Weisskopf MG. Within-person reproducibility of red blood cell mercury over a 10- to 15-year period among women in the Nurses' Health Study II. J Exp Sci Environ Epidemiol 2016; 26: 219-23.
271. Wu H, Grandjean P, Hu FB, Sun Q. Consumption of white rice and brown rice and urinary inorganic arsenic concentration. Epidemiology 2015: 26: e65-7.
272. Jensen TK, Andersen LB, Kyhl HB, Nielsen F, Christensen HT, Grandjean P. Association between perfluorinated compounds and miscarriage in a case-control study of Danish pregnant women. PLoS One 2015; 10: e0123496.
273. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J, Skakkebaek N, Heindel JJ. Estimating burden and disease costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1245-55.
274. Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. Neurobehavioral deficits, diseases and associated costs of exposure to endocrine disrupting chemicals in the European Union. J Clin Endocrinol Metab 2015; 100: 1256-66.
275. Tang-Péronard JL, Heitmann BL, Jensen TK, Vinggaard AM, Madsbad S, Steuerwald U, Grandjean P, Weihe P, Nielsen F, Andersen HR. Prenatal exposure to persistent organic pollutants is associated with increased insulin levels in 5-year-old girls. Environ Res 2015; 142: 407-13.
276. Timmermann CAG, Osuna CE, Steuerwald U, Weihe P, Poulsen LK, Grandjean P. Asthma and allergy in children with and without prior measles mumps, and rubella vaccination. Pediatr Allergy Immunol 2015; 26: 742-9.
277. Tøttenborg SS, Choi AL, Bjerve KS, Weihe P, Grandjean P. Effect of seafood mediated PCB on desaturase activity and PUFA profile in Faroese septuagenarians. Environ Res 2015; 140: 699-703.
278. Petersen MS, Halling J, Weihe P, Jensen TK, Grandjean P, Nielsen F, Jørgensen N. Spermatogenic capacity in fertile men with elevated exposure to polychlorinated biphenyls. Environ Res 2015; 138: 345-51.
279. Grandjean P. Toxicology research for precautionary decision-making and the role of Human & Experimental Toxicology. Hum Exp Toxicol 2015; 34: 1231-7.
280. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't

Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environ Health Perspect 2015; 123: 507-14.
281. Zong G, Grandjean P, Wu H, Sun Q. Circulating persistent organic pollutants and body fat distribution, evidence from NHANES 1999-2004. Obesity 2015; 23: 1903-10.
282. Debes F, Weihe P, Grandjean P. Cognitive deficits at age 22 years associated with prenatal exposure to methylmercury. Cortex 2016; 74: 358-69.
283. Mogensen UB, Grandjean P, Nielsen F, Weihe P, Budtz-Jørgensen E. Breastfeeding as an exposure pathway for perfluorinated alkylates. Environ Sci Technol 2015; 49: 10466-73.
284. Kielsen K, Shamin Z, Ryder LP, Nielsen F, Grandjean P, Budtz-Jørgensen E, Heilmann C. Antibody response to booster vaccination with tetanus and diphtheria in adults exposed to perfluorinated alkylates. J Immunotoxicol 2016; 13: 270-3.
285. Grandjean P, Barouki R, Bellinger D, Casteleyn L, Chadwick LH, Cordier S, Etzel RA, Gray KA, Ha EH, Junien C, Karagas M, Kawamoto T, Lawrence BP, Perera F, Prins G, Puga A, Rosenfeld CS, Sherr D, Sly P, Suk W, Sun Q, Toppari J, van den Hazel P, Walker CL, Heindel JJ. Life-long implications of developmental exposure to environmental stressors: New perspectives. Endocrinology 2015; 156: 3408-15.
286. Heindel JJ, Balbus J, Birnbaum L, Brune-Drisse ML, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory-Slechta D, Thompson C, Hanson M. Developmental origins of health and disease: integrating environmental influences. Endocrinology 2015; 156: 3416-21.
287. Egsmose EL, Bräuner EV, Frederiksen M, Mørck TA, Siersma VD, Hansen PW, Nielsen F, Grandjean P, Knudsen LE. Associations between plasma concentrations of PCB 28 and possible indoor exposure sources in Danish school children and mothers. Environ Intern 2016; 87: 13-9.
288. Perry MJ, Young HA, Grandjean P, Halling J, Petersen MS, Sheena EM, Parisa K, Weihe P. Sperm aneuploidy in men with elevated lifetime exposure to dichlorodiphenyldichloroethylene (DDE) and polychlorinated biphenyl (PCB) pollutants. Environ Health Perspect 2016; 124: 951-6.
289. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H, Pearce N, Ritz B, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology 2016; 46: 79-82.
290. Yorifuji T, Kato T, Ohta H, Bellinger DC, Matsuoka K, Grandjean P. Neurological and neuropsychological functions in adults with a

history of developmental arsenic poisoning from contaminated milk powder. Neurotoxicol Teratol 2016; 53: 75-80.
291. Sunderland EM, Driscoll CT Jr, Hammitt JK, Grandjean P, Evans JS, Blum JD, Chen CY, Evers DC, Jaffe DA, Mason RP, Goho S, Jacobs W. Benefits of regulating hazardous air pollutants from coal and oil-fired utilities in the United States. Environ Sci Technol 2016; 50:2117-20.
292. Grandjean P. Learning from Bernardino Ramazzini, a tribute to the Magister from Carpi and to the Fellows of the Collegium Ramazzini. Eur J Oncol 2016: 21: 51-60.
293. Vandenberg LN, Ågerstrand M, Beronius A, Beausoleil C, Bergman Å, Bero LA, Bornehag CG, Boyer CS, Cooper GS, Cotgreave I, Gee D, Grandjean P, Guyton KZ, Hass U, Heindel JJ, Jobling S, Kidd KA, Kortenkamp A, Macleod MR, Martin OV, Norinder U, Scheringer M, Thayer KA, Toppari J, Whaley P, Woodruff TJ, Rudén C. A proposed framework for the systematic review and integrated assessment (SYRINA) of endocrine disrupting chemicals. Environ Health 2016; 15: 74.
294. Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Hunt PM, Rudel R, Sathyanarayana S, Bellanger M, Hauser R, Legler J, Skakkebaek NE, Heindel JJ. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 2016; 4: 565-72.
295. Dalgård C, Petersen MS, Steuerwald U, Weihe P, Grandjean P. Umbilical cord serum 25-hydroxyvitamin D concentrations and relation to birthweight, head circumference and infant length at age 14 days. Paediatr Perinat Epidemiol 2016; 30: 238-45.
296. Grandjean P. Paracelsus Revisited: The dose concept in a complex world. Basic Clin Pharmacol Toxicol 2016; 119: 126-32.
297. Tinggaard J, Wohlfahrt-Veje C, Husby S, Christiansen L, Skakkebaek NE, Jensen TK, Grandjean P, Main KM, Andersen HR. Prenatal pesticide exposure and PON1 genotype associated with adolescent body fat distribution evaluated by dual X-ray absorptiometry (DXA). Andrology 2016; 4: 735-44.
298. Zong G, Grandjean P, Wang X, Sun Q. Lactation history, serum concentrations of persistent organic pollutants, and maternal risk of diabetes. Environ Res 2016; 150: 282-8.
299. Birnbaum LS, Grandjean P. Alternatives to PFASs: Perspectives on the science (editorial). Environ Health Perspect 2015; 123: A104-5.
300. Hu XC, Andrews D, Lindstrom AB, Bruton TA, Schaider LA, Grandjean P, Lohmann R, Carignan CC, Blum A, Balan SA, Higgins CP, Sunderland EM. Detection of poly- and perfluoroalkyl substances (PFASs) in U.S. drinking water linked to industrial sites, military fire training areas and wastewater treatment plants. Environ Sci Technol Lett 2016 3: 344-350.
301. Timmermann CAG, Budtz-Jørgensen E, Petersen MS, Weihe P, Steuerwald U, Nielsen F, Jensen TK, Grandjean P. Shorter duration of breastfeeding at elevated exposures to perfluoroalkyl substances. Reproduct Toxicol 2017; 68: 164-170.
302. Lind DV, Priskorn L, Lassen TH, Nielsen F, Kyhl HB, Kristensen DM, Christesen HT, Jørgensen JS, Grandjean P, Jensen TK. Prenatal exposure to perfluoroalkyl substances and anogenital distance at 3

months of age as marker of endocrine disruption. Reproduct Toxicol 2017; 68: 200-206.

303. Oulhote Y, Shamim Z, Kielsen K, Weihe P, Grandjean P, Ryder LP, Heilmann C. Children's white blood cell counts in relation to developmental exposures to methylmercury and persistent organic pollutants. Reproduct Toxicol 2017; 68: 207-214.

304. Karlsen M, Grandjean P, Weihe P, Steuerwald U, Oulhote Y, Valvi D. Early-life exposures to persistent organic pollutants in relation to overweight in preschool children. Reproduct Toxicol 2017; 68: 145-153.

305. Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Høst A, Grandjean P, Jensen TK. Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4years among 359 children in the Odense Child Cohort. Environ Int 2016; 96: 58-64.

306. Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. Behavioral difficulties in 7-year old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Int 2016; 97: 237-45.

307. Weihe P, Debes F, Halling J, Petersen MS, Muckle G, Odland JØ, Dudarev A, Ayotte P, Dewailly É, Grandjean P, Bonefeld-Jørgensen E. Health effects associated with measured levels of contaminants in the Arctic. Int J Circumpolar Health 2016; 75: 33805.

308. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Budtz-Jørgensen E. Serum Vaccine Antibody Concentrations in Adolescents Exposed to Perfluorinated Compounds. Environ Health Perspect 2017; 125: 077018.

309. Oulhote Y, Debes F, Vestergaard S, Weihe P, Grandjean P. Aerobic fitness and neurocognitive function scores in young Faroese adults and potential modification by prenatal methylmercury exposure. Environ Health Perspect 2017; 125: 677-683.

310. Kirk LE, Jørgensen JS, Nielsen F, Grandjean P. Role of hair-mercury analysis and dietary advice in lowering methylmercury exposure in pregnant women. Scand J Publ Health 2017; 45: 444-51.

311. Timmermann CAG, Budtz-Jørgensen E, Jensen TK, Osuna CE, Petersen MS, Steuerwald U, Nielsen F, Poulsen LK, Weihe P, Grandjean P. Association between perfluoroalkyl substance exposure and asthma and allergic disease in children as modified by MMR vaccination. J Immunotoxicol 2017; 14: 39-49.

312. Yorifuji T, Matsuoka K, Grandjean P. Height and blood chemistry in adults with a history of developmental arsenic poisoning from contaminated milk powder. Environ Res 2017; 155: 86-91.

313. Valvi D, Oulhote Y, Weihe P, Dalgård C, Bjerve KS, Steuerwald U, Grandjean P. Gestational diabetes and offspring birth size at elevated environmental pollutant exposures. Environ Int 2017; 107: 205-215.

314. Grandjean P, Heilmann C, Weihe P, Nielsen F, Mogensen UB, Timmermann A, Budtz-Jørgensen E. Estimated exposures to perfluorinated compounds in infancy predict attenuated vaccine antibody concentrations at age 5 years. J Immunotoxicol 2017; 14: 188-195.

315. Mie A, Andersen HR, Gunnarsson S, Kahl J, Kesse-Guyot E, Rembiałkowska E, Quaglio G, Grandjean P. Human health implications of

organic food and organic agriculture: a comprehensive review. Environ Health 2017; 16: 111.

316. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F, Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2017; 65: 34-41

317. Grandjean P, Bellanger M. Calculation of the disease burden associated with environmental chemical exposures: application of toxicological information in health economic estimation. Environ Health 2017; 16: 123.

318. Timmermann CAG, Choi AL, Petersen MS, Nielsen F, Budtz-Jørgensen E, Weihe P, Grandjean P. Secondary Sex Ratio in Relation to Exposures to Polychlorinated Biphenyls, Dichlorodiphenyl Dichloroethylene, and Methylmercury. Int J Circumpolar Health 2017; 76: 1406234.

319. Sun Q, Zong G, Valvi D, Nielsen F, Coull B, Grandjean P. Plasma Concentrations of Perfluoroalkyl Substances and Risk of Type 2 Diabetes: A Prospective Investigation among US Women. Environ Health Perspect 2018; 126: 037001.

320. Liu G, Dhana K, Furtado JD, Rood J, Zong G, Liang L, Qi L, Bray GA, Smith SR, DeJonge L, Coull B, Grandjean P, Sun Q. Perfluoroalkyl Substances and Changes in Body Weight and Resting Metabolic Rate in Response to Weight-Loss Diets: A Prospective Study. PLoS Medicine 2018; 15: e1002502.

321. Zong G, Valvi D, Coull B, Göen T, Hu FB, Grandjean P, Sun Q. Persistent Organic Pollutants and Risk of Type 2 Diabetes: A Prospective Investigation Among Middle-aged Women in Nurses' Health Study II. Environ Int 2018; 114: 334-42.

322. Olesen TS, Bleses D, Andersen HR, Grandjean P, Frederiksen H, Trecca F Bilenberg N, Kyhl HB, Dalsager L, Jensen IK, Andersson AM, Jensen TK. Prenatal phthalate exposure and language development in toddlers from the Odense Child Cohort. Neurotoxicol Teratol 2018; 65: 34-41.

323. Barouki R, Melén E, Herceg Z, Beckers J, Chen J, Karagas M, Puga A, Xia Y, Chadwick L, Yan W, Audouze K, Slama R, Heindel J, Grandjean P, Kawamoto T, Nohara K. Epigenetics as a mechanism linking developmental exposures to long-term toxicity. Environ Int 2018; 114: 77-86.

324. Leung YK, Ouyang B, Niu L, Xie C, Ying J, Medvedovic M, Chen A, Weihe P, Grandjean P, Shuk-Mei Ho SM. Identification of sex-specific-methylation changes driven by specific chemicals in cord blood DNA in Faroe Islands birth cohort. Epigenetics 2018; 13: 290-300.

325. Dassuncao C, Hu XC, Nielsen F, Weihe P, Grandjean P, Sunderland EM. Shifting Global Exposures to Poly- and Perfluoroalkyl Substances (PFASs) Evident in Longitudinal Birth Cohorts from a Seafood Consuming Population. Environ Sci Technol 2018; 52: 3738-47.

326. Hu XC, Dassuncao C, Zhang X, Grandjean P, Weihe P, Webster GM, Nielsen F, Sunderland EM. Can profiles of poly- and Perfluoroalkyl substances (PFASs) in human serum provide information on major exposure sources? Environ Health 2018; 17: 11.

327. Audouze K, Taboureau O, Grandjean P. A systems biology approach to predictive developmental neurotoxicity of a larvicide used in the prevention of Zika virus transmission. Toxicol Appl Pharmacol 2018: 354: 56-63.

328. Fritsche E, Grandjean P, Crofton KM, Aschner M, Goldberg A, Heinonen T, Hessel EVS, Hogberg H, Hougaard Bennekou S, Lein PJ, Leist M, Mundy WR, Paparella M, Piersma AH, Sachana M, Schmuck G, Solecki R, Terron A, Monnet-Tschudi F, Wilks MF, Witters H, Zurich MG, Bal-Price A. Consensus statement on the need for innovation, transition and implementation of Developmental Neurotoxicity (DNT) testing for regulatory purposes. Toxicol Appl Pharmacol 2018; 354: 3-6.

329. Jensen RC, Timmermann CA, Glintborg D, Nielsen F, Andersen HR, Kyhl HB, Andersen M, Grandjean P, Jensen TK. Perfluoroalkyl Substances and Glycemic Status in Pregnant Danish Women: The Odense Child Cohort. Environ Int 2018; 116: 101-7.

330. Veyhe AS, Andreassen J, Halling J, Grandjean P, Skaalum Petersen M, Weihe P. Prevalence of type 2 diabetes and prediabetes in the faroe islands. Diabetes Res Clin Pract 2018; 140: 162-73.

331. Andersen HR, Tinggaard J, Grandjean P, Jensen TK, Dalgård C, Main KM. Prenatal pesticide exposure associated with glycated haemoglobin and markers of metabolic dysfunction in adolescents. Environ Res 2018; 166: 71-77.

332. Petersen MS, Halling J, Jørgensen N, Nielsen F, Grandjean P, Jensen TK, Weihe P. Reproductive function in a population of young faroese men with elevated exposure to polychlorinated biphenyls (PCBs) and perfluorinated alkylate substances (PFAS). Int J Environ Res Public Health 2018; 15(9): E1880.

333. Grandjean P. Delayed discovery, dissemination, and decisions on intervention in environmental health: a case study on immunotoxicity of perfluorinated alkylate substances. Environ Health 2018; 17: 62.

334. Yorifuji T, Takaoka S, Grandjean P. Accelerated functional losses in ageing congenital Minamata disease patients. Neurotoxicol Teratol 2018; 69: 49-53.

335. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of perfluoroalkylate substances associated with immunotoxicity. PLoS One 2018; 13(10): e0205388.

336. Petersen MS, Debes F, Grandjean P, Weihe P. Gender differences in cognitive performance and health status in the Faroese Septuagenarians cohort. Eur J Public Health 2019; 29: 79-81.

337. Mie A, Rudén C, Grandjean P. Safety of safety evaluation of pesticides: developmental neurotoxicity of chlorpyrifos and chlorpyrifos-methyl. Environ Health 2018; 17: 77.

338. Grandjean P, Abdennebi-Najar L, Barouki R, Cranor CF, Etzel RA, Gee D, Heindel JJ, Hougaard KS, Hunt P, Nawrot TS, Prins GS, Ritz B, Soffritti M, Sunyer J, Weihe P. Time scales of developmental toxicity impacting on research and needs for intervention. Basic Clin Pharmacol Toxicol 2019 Aug;125 Suppl 3:70-80.

339. Jensen TK, Mustieles V, Bleses D, Frederiksen H, Trecca F, Schoeters G, Andersen HR, Grandjean P, Kyhl HB, Juul A, Bilenberg N,

Andersson AM. Prenatal bisphenol A exposure is associated with language development but not with ADHD-related behavior in toddlers from the Odense Child Cohort. Environ Res 2019; 170: 398-405.

340. Ammitzbøll C, Börnsen L, Petersen ER, Oturai AB, Søndergaard HB, Grandjean P, Sellebjerg F. Perfluorinated substances, risk factors for multiple sclerosis and cellular immune activation. J Neuroimmunol 2019; 330: 90-95.

341. Hu XC, Tokranov AK, Liddie J, Zhang X, Grandjean P, Hart JE, Laden F, Sun Q, Yeung LWY, Sunderland EM. Tap Water Contributions to Plasma Concentrations of Poly- and Perfluoroalkyl Substances (PFAS) in a Nationwide Prospective Cohort of U.S. Women. Environ Health Perspect 2019; 127: 67006.

342. Dalsager L, Fage-Larsen B, Bilenberg N, Jensen TK, Nielsen F, Kyhl HB, Grandjean P, Andersen HR. Maternal urinary concentrations of pyrethroid and chlorpyrifos metabolites and attention deficit hyperactivity disorder (ADHD) symptoms in 2-4-year-old children from the Odense Child Cohort. Environ Res 2019; 176: 108533.

343. Eryasa B, Grandjean P, Nielsen F, Valvi D, Zmirou-Navier D, Sunderland E, Weihe P, Oulhote Y. Physico-chemical properties and gestational diabetes predict transplacental transfer and partitioning of perfluoroalkyl substances. Environ Int 2019; 130: 104874.

Other publications

1.  Grandjean P. Bly i danskere, en historisk-toksikologisk undersøgelse (Lead in Danes, a historical and toxicological study; prize essay in Danish). Copenhagen: Institute of Hygiene, 1973.
2.  Grandjean P, Fjerdingstad E, Nielsen OV. Lead concentrations in mummified Nubian brains. In: Proceedings of the International Conference on Heavy Metals in the Environment, Toronto, October 27-31, 1975. Toronto, 1978; 3: 171-179.
3.  Grandjean P. Blyforgiftning i går og i dag (Lead poisoning yesterday and today, in Danish). Ugeskr Læger 1976; 138: 2587-8.
4.  Grandjean P. Blyproblemer (Lead problems, Editorial in Danish). Ugeskr Læger 1976: 138: 2580.
5.  Grandjean P. Den hygiejniske grænseværdi for bly (The threshold limit value for lead, in Danish). Ugeskr Læger 1976; 138: 3385.
6.  Grandjean P, Fogh A, Petersen R. Zink-protoporfyrin koncentrationen i erytrocytter (ZPP) hos blyeksponerede mænd (Zinc-protoporphyrin concentration in the erythrocytes (ZPP) in men exposed to lead, in Danish). Ugeskr Læger 1979; 141: 219-21.
7.  Grandjean P. Lead content of scalp hair as an indicator of occupational lead exposure. In: Deichmann WM, ed. Toxicology and Occupational Medicine. Amsterdam: Elsevier, 1979, p.311-8.
8.  Grandjean P. Concerning anatomical sampling schemes and the weight basis of expression of trace element levels in human tissues (Letter-to-the-Editor). Toxicol Lett 1979; 3: 257-8.
9.  Grandjean P, Fischbein A. Ferrogene legemer og asbest (Ferruginous bodies and asbestos, Letter-to-the Editor, in Danish). Ugeskr Læger 1979; 141: 1859.
10. Grandjean P. Health aspects of atmospheric lead pollution. In: Bly och Bilavgaser (Lead and car exhausts) Stockholm: Royal Academy of Sciences, 1979, p. 25-40.
11. Grandjean P. Widening perspectives of lead toxicity. Ph.D. dissertation, University of Copenhagen. Copenhagen: F.a.d.L.'s Forlag, 1979.
12. Grandjean P, Arnvig E, Beckmann J. Psychological dysfunctions in males occupationally exposed to inorganic lead. In: Proceedings of the International Conference on Management and control of Heavy Metals in the Environment, London, September 18-21, 1979. Edinburgh: CEP Consultants, 1979, p. 85-88.
13. Shapiro IM, Grandjean P, Nielsen OV. Lead levels in bones and teeth of children of ancient Nubia. In: Needleman HL, ed. Low Level Lead Exposure, The Clinical Implications of Current Research. New York: Raven, 1980, p. 35-41.
14. Grandjean P. Manganese. Iron. Selenium. Copper. Zinc. Aluminum. In: Last JM, ed. Maxcy-Rosenau Preventive Medicine and Public Health, 11th ed. New York: Appleton-Century-Crofts, 1980, p.677-81.
15. Grandjean P, Fischbein A. Lead. In: Last JM, ed. Maxcy-Rosenau Preventive Medicine and Public Health, 11th ed. New York: Appleton-Century-Crofts, 1980, p.648-55.
16. Advisory Committee on Mercury (Grandjean P, Executive Secretary). Mercury in the Hackensack Meadowlands. Report to Hon. Brendan Byrne,

Governor of New Jersey. New York: Mount Sinai School of Medicine, 1980.
17. Grandjean P. Bly i blodet og motionsløb (Lead in blood and jogging, Letter-to-the-Editor, in Danish). Ugeskr Læger 1980; 142: 1429.
18. Grandjean P, Sunderman FW Jr, Shen SK, Selikoff IJ. Measurement of nickel in plasma and urine of shipyard workers. In Brown SS, Sunderman FW Jr, eds. Nickel Toxicology. London: Academic Press, 1980, p. 107-9.
19. Grandjean P. Blood lead concentrations reconsidered. Nature (Lond.) 1981; 291: 188.
20. Grandjean P. Erhvervssygdomme hos familiemedlemmer (Occupational diseases in relatives, Letter-to-the-Editor, in Danish). Ugeskr Læger. 1981; 143: 1098.
21. Grandjean P. Indirekte eksponering i arbejdsanamnesen (Indirect or "bystander's" exposure in the occupational history, in Danish). Ugeskr Læger 1981; 143: 2464-5.
22. Grandjean P, Beckmann J. Symptoms and signs of lead neurotoxicity. In: Davies DS, Brown SS, eds. Chemical Indices and Mechanisms of Organ-directed Toxicity. Oxford: Pergamon, 1981, p. 253-6.
23. Grandjean P. Biologiske prøver. Arbejdstilsynets vejledning nr. 1. (Biological samples, Guidelines from the Labour Inspection Service, in Danish). Copenhagen: Arbejdstilsynet, 1981.
24. Fischbein A, Grandjean P. Asbest, fremtidige sundhedsmæssige aspekter. Rapport nr. 5 fra Arbejdsmiljøinstituttet. (Asbestos, future health aspects, report from the National Institute of Occupational Health, in Danish). Copenhagen: Arbejdstilsynet, 1981.
25. Mørup I-L, Grandjean P. Biologisk monitorering i arbejdsmiljøet (Biological monitoring in the workplace, in Danish) Ugeskr Læger 1982; 144: 661-2.
26. Monitoring and Epidemiology. Health Aspects of the Control of Chemicals, Interim Document 8 (Grandjean P, Principal Adviser). Copenhagen: World Health Organization, Regional Office for Europe, 1982.
27. Grandjean P. Blyforureningens effekt på mennesket (The effect of lead pollution on humans, in Danish). Ugeskr Læger 1982; 144: 1880-1.
28. Grandjean P, Andersen O. Toxicity of lead additives (Letter-to-the-Editor). Lancet 1982; 2: 333-4.
29. Grandjean P. Behavioral toxicity of heavy metals. In. Zbinden G, Cuomo V, Racagni G, Weiss B, eds. Application of Behavioral Pharmacology in Toxicology. New York: Raven, 1982, p. 331-9.
30. Grandjean P. Health significance of organolead compounds. In: Rutter M, Jones RR, eds. Lead versus Health. Chichester: Wiley, 1983, p. 179-89.
31. Grandjean P. Miljømedicinske perspektiver, illustreret med grundstoffet fluor (Perspectives in environmental medicine, illustrated by the element fluorine, in Danish). Ugeskr Læger 1983; 145: 1250-3.
32. Grandjean P. Forbudets pris (The price of the ban, Letter-to-the-Editor, in Danish). Ugeskr Læger 1983; 145: 1331.
33. Grandjean P. Health aspects of petrol lead additives. Working paper, Conference on Lead in Petrol organized by BEUC and EEB,

Brussels, 10-11 May, 1983, 11 pp.
34. Grandjean P, Holst E. Arbejdsmedicinsk screening med ZPP-metoden (Occupational health screening for lead exposure by the ZPP method, in Danish). Ugeskr Læger 1983; 145: 2960-3.
35. Grandjean P. Hvad ved vi om arbejdsbetingede metalforgiftninger? (What do we know about occupational metal intoxications? in Danish) Ugeskr Læger 1983; 145: 3026-9.
36. Bach E, Christensen JM, Grandjean P, Olsen E. Indirekte og direkte erhvervsbetinget blybelastning. Miljøprojekter 50. (Indirect and direct occupational lead exposure, project report to the Agency of Environmental Protection, in Danish). Copenhagen: Miljøstyrelsen, 1983, 76 pp.
37. Grandjean P. Zuviel nickel in der Umwelt? (Too much nickel in the environment? in German) Die Umschau 1983; 83: 494-5.
38. Grandjean P, Beckmann J, Ditlev G. Relation between subjective symptoms and psychometric test results. In: Gilioli R, ed. Neurobehavioral Methods in Occupational Health. Oxford: Pergamon, 1983, p. 301-8.
39. Grandjean P. Human exposure to nickel. In: Sunderman FW Jr et al., eds. Nickel in the Human Environment. IARC Scientific Publications No. 53. Lyon: International Agency for Research on Cancer, 1984, p. 469-85.
40. Grandjean P. Monitoring of environmental exposures to toxic metals. In: Brown SS, Savory J, eds. Clinical Chemistry and Chemical Toxicology of Metals. London: Academic, 1983, p. 99-112.
41. Grandjean P, Thomsen G, Selikoff IJ. Absence of pneumoconiosis in cryolite workers. In: Proceedings of the IVth International Pneumoconiosis Conference, Bochum, Federal Republic of Germany, 20-23 September 1983. Bochum, 1984, p. 741-5.
42. Grandjean P. Håranalyser (Hair analyses, in Danish). Ugeskr Læger 1984; 146: 2024-5.
43. Grandjean P. Organolead exposures and intoxications. In: Grandjean P, ed. Biological Effects of Organolead Compounds. Boca Raton, FL: CRC, 1984, p. 227-41.
44. Grandjean P, Andersen K. The immunological system as a target for toxic damage. Ugeskr Læger 1985; 147: 1278-9.
45. Grandjean P. Long-term significance of industrial fluoride exposure: A study of Danish cryolite workers. In: Susheela AK, ed. Fluoride Toxicity. New Delhi: International Society for Fluoride Research, 1985: 5-16.
46. Grandjean P. Kviksølvrisici på Grønland (Mercury risks on Greenland, in Danish). Ugeskr Læger 1985; 147: 2424-6.
47. Grandjean P, Tarkowski S. Preventive aspects of neurobehavioral research. Environmental Health Series 3. Copenhagen: World Health Organization, Regional Office for Europe, 1985, p. 1-3.
48. Grandjean P. Et sundt miljø (A healthy environment, in Danish). Bibl Læger 1985; 147: 266-75.
49. Grandjean P. Asbest, at varsel om forebyggelsens nødvendighed (Asbestos, a warning concerning the necessity of prevention, in Danish). Ugeskr Læger 1985; 147: 3024-6.
50. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P.

Neuropsychological and behavioural assessment of children with low-level lead exposure. In: Lekkas TD, ed. Heavy Metals in the Environment. International conference, Athens, September 1985. Edinburgh: CEP Consultants, 1985, p. 51-3.

51. Grandjean P, Lansdown R. The measurement of lead. In: Lansdown R, Yule W, eds. The lead debate. London: Croom Helm 1986, p. 41-53.

52. Grandjean P. Diseases associated with metals. In: Last JM, ed. Maxcy-Rosenau Public Health and Preventive Medicine, 12th ed. New York: Appleton-Century-Crofts, 1986, p. 587-615.

53. Grandjean P. Critical and optimal levels of toxic metals. Acta Pharm Toxicol 1986: 59, Suppl. 7: 20-23.

54. Grandjean P, Rosdahl N. Miljømedicin i nordisk perspektiv (Environmental medicine in a Nordic perspective, in Danish). Ugeskr Læger 1986; 148: 104-5.

55. Grandjean P. Asbest-risici (Asbestos risks, Editorial in Danish). Ugeskr Læger 1986; 148: 3321-2.

56. Grandjean P. Forebyggelse som formål (Prevention as a purpose, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.9-14. (p.11-6 in 2nd ed., 1988).

57. Grandjean P. Miljøfaktorer (Environmental factors, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.21-6. (p.23-30 in 2nd ed., 1988).

58. Grandjean P. Smitsomme sygdomme (Infectious diseases, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.39-46. (p.43-51 in 2nd ed., 1988).

59. Grandjean P. Fast affald (Solid waste, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.73-5. (p.76-9 in 2nd ed., 1988).

60. Grandjean P. Skadedyr (Pests, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p. 76-9. (p.52-7 in 2nd ed., 1988).

61. Grandjean P. Tryk og acceleration (Pressure and acceleration, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.122-6. (p.120-3 in 2nd ed., 1988).

62. Mølhave L, Grandjean P. Stråling (Radiation, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.127-34. (p.124-31 in 2nd ed., 1988).

63. Holt P, Grandjean P. Sundhedsadfærd og sundhedspædagogik (Health behavior and health education, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.201-8. (p.248-54 in 2nd ed., 1988).

64. Grandjean P. Tobak, alkohol og narkotika (Tobacco, alcohol and narcotics, in Danish). In: Grandjean P, ed. Miljømedicin. Copenhagen: F.a.d.L.'s Forlag, 1986, p.230-6. (p.282-289 in 2nd ed., 1988).

65. Grandjean P and the Department of Environmental Medicine, Odense University: Health effects document on nickel. Toronto: Ontario Ministry of Labour, 1986, 204 pp.

66. Grandjean P. Att vara före sin tid (To be ahead of time, in Swedish). In: Borgström C et al., eds. Buller och Avgaser (Noise and exhausts). Stockholm: Raben & Sjögren, 1987, p. 133-6.

67. Brask BH, Grandjean P, Jørgensen OS, Trillingsgaard A. A case of

pervasive developmental disorder in a boy with extremely high lead levels in deciduous teeth. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.106-9.

68. Jensen BM, Sandø SH, Jørgensen PJ, Antonsen S, Grandjean P. Effects on reserve capacity: Inhibition of blood regeneration by lead. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.200-3.

69. Lyngbye T., Hansen ON, Grandjean P. The influence of environmental factors on physical growth in school age: A study of low-level lead exposure. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.94-7.

70. Nielsen GD, Andersen O, Grandjean P. Effects of diethyldithiocarbamate on toxicokinetics of $^{57}$Ni in mice. In: Trace Elements in Human Health and Disease. Environmental Health 20. Copenhagen: World Health Organization, Regional Office for Europe, 1987, p.78-81.

71. Jørgensen F, Grandjean P, Juel K. Metalforurening af levnedsmidler (Metal contamination of food items, in Danish). Ugeskr Læger 1987; 149: 3565-8.

72. Grandjean P, Rosdahl N. Forureningsstoffer i modermælk (Contaminants in mother's milk, in Danish). Ugeskr Læger 1987; 149: 1222-3.

73. Grandjean P (WHO Rapporteur). Report on discussion. In: Walton WH, ed. Man-Made Mineral Fibres in the Working Environment. Ann Occup Hyg 1987; 71: 601-2, 681-2, 803.

74. Grandjean P. Miljømedicinsk forskning (Research in environmental medicine, in Danish). In: Andersen D et al., eds. Lægevidenskabelig forskning. Copenhagen: F.a.d.L.'s Forlag, 1988, p. 363-79.

75. Kimbrough RD, Grandjean P. Risk assessment: Extrapolation to individual risk. In: Woolhead AD, Bender MA, Leonard RC, eds. Phenotypic Variation in Populations. New York: Plenum, 1988, p. 245-53.

76. Grandjean P, Kilburn KH. Weights and measures, SI units (Editorial). Arch Environ Health 1988; 43: 5-6.

77. Lyngbye T, Hansen O, Grandjean P, Trillingsgaard A, Beese I. Traffic as a source of lead exposure in childhood. Sci Total Environ 1988; 71: 461-7.

78. Dyck J, Grandjean P, Kraul I. Miljøgifte i og skalfortynding af æg af Havørn, der gjorde yngleforsøg i 1979 og 1980 (Environmental pollutants in and eggshell thinning of remnants of Danish White-tailed Eagle eggs, in Danish). Dansk Orn Foren Tidsskr 1988; 82: 53-5.

79. Andersen O, Grandjean P. Toksikokinetik (Toxicokinetics, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.149-56.

80. Andersen O, Grandjean P. Toksikodynamik (Toxicodynamics, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.157-64.

81. Nielsen GD, Grandjean P. Forebyggelse af kemiske eksponeringer

(Prevention of chemical exposures, in Danish). In: Grandjean P, ed. Miljømedicin, 2nd ed. Copenhagen: F.a.d.L.'s Forlag, 1988, p.189-96.
82. Grandjean P. Bly, et varsel om forebyggelsens nødvendighed (Lead, a warning concerning the necessity of prevention, in Danish). Ugeskr Læger 1988; 150: 2299.
83. Grandjean P, Andersen O, Nielsen GD. Nickel. In: Alessio L, Berlin A, Boni M, Roi R, eds. Biological Indicators for the Assessment of Human Exposure to Industrial Chemicals, Vol 5 (EUR 11478 EN). Ispra: Commission of the European Communities, 1988, p.59-80.
84. Grandjean P. Forebyggelsens saglige grundlag (Scientific documentation for preventive needs, in Danish). Ugeskr Læger 1989; 151: 199-201.
85. Kimbrough RD, Grandjean P. Occupational exposure. In: Kimbrough RD, Jensen AA. Halogenated biphenyls, terphenyls, naphthalenes, dibenzodioxins and related products, 2nd ed. Amsterdam: Elsevier 1989, p.485-507.
86. Hansen ON, Trillingsgaard A, Beese I, Lyngbye T, Grandjean P. Neuropsychological profile of children in relation to dentine level and socioeconomic group. In: Smith M, Grant LD, Sors AI, eds. Lead exposure and child development: An international assessment. London: Kluwer, 1989, p. 240-50.
87. Grandjean P, Nielsen GD, Andersen O. Human nickel exposure and toxicokinetics. In: Menné T, Maibach H, eds. Nickel and the Skin. Boca Raton, FL: CRC, 1989, p. 9-34.
88. Grandjean P, Nielsen JB. Carbon monoxide. In: Alessio L, Berlin A, Boni M, Roi R, eds. Biological Indicators for the Assessment of Human Exposure to Industrial Chemicals, Vol 6 (EUR 12174). Ispra: Commission of the European Communities, 1989, p. 23-34.
89. Madsen H, Poulsen L, Grandjean P. Risici ved højt kobberindhold i drikkevandet. (High copper content in drinking water and the risks involved, in Danish). Ugeskr Læger 1990; 152: 1806-9.
90. Grandjean P. Synthesis. In: Johnson BL, ed. Advances in Neurobehavioral Toxicology. Chelsea, MI: Lewis, 1990, p. 457-62.
91. Grandjean P. Perspectives in environmental medicine. In: Symposium on Environment and Health R & D in the European Communities and in USSR. Paris: International Association of Medicine and Biology of the Environment 1990, p. 35-8.
92. Grandjean P. Effects on reserve capacity, significance for exposure limits. Sci Total Environ 1991; 101: 25-32.
93. Grandjean P. Constraints in biological monitoring. In: Aitio A, Aro A, Järvisalo J, Vainio H, eds. Trace Elements in Health and Disease. London: Royal Society of Chemistry, 1991, p. 65-73.
94. Wiggers P, Dalhøj J, Nielsen GD, Grandjean P, Hørder M. Jernmangel, jernberigelse og jerndepoter (Iron deficiency, iron storage and iron supplements, in Danish). Ugeskr Læger 1991; 153: 646-8.
95. Grandjean P. Blyforureningens omkostninger (Expenses caused by lead pollution, Editorial in Danish). Ugeskr Læger 1991; 153: 971-2.
96. Grandjean P. Significance for public health and research, Report of a WHO Meeting. In: Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic Effects of Chemicals. London: Chapman & Hall,

1991, pp. 3-18.
97. Grandjean P. Ethical aspects of genetic predisposition to disease. In: Grandjean P, ed. Ecogenetics: Genetic Predisposition to Toxic Effects of Chemicals. London: Chapman & Hall, 1991, pp. 237-51.
98. Grandjean P, Andersen O. Dødelighed blandt tankpassere (Mortality among filling station attendants, in Danish). Ugeskr Læger 1991; 153: 1361-3.
99. Grandjean P. Behovet for forebyggelse (The need for prevention, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 25-46.
100. Grandjean P. Forebyggelsens etik og virkemidler (The ethics and means of prevention, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 47-61.
101. Grandjean P. Mikroorganismer og skadedyr (Microorganisms and pests, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 116-41.
102. Grandjean P. Affald (Solid waste, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 155-61.
103. Andersen O, Grandjean P. Toksikologisk vurdering (Toxicological evaluation, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 208-27.
104. Grandjean P. Nydelsesmidler og narkotika (Stimulants and narcotics, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 249-84.
105. Mølhave L, Grandjean P. Stråling og belysning (Radiation and illumination, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 320-41.
106. Grandjean P. Tryk og acceleration (Pressure and acceleration, in Danish). In: Grandjean P, ed. Miljø, sundhed og samfund (Environment, health and society). Copenhagen: Nyt Nordisk Forlag, 1991, pp. 348-55.
107. Grandjean P, Jacobsen IA, Jørgensen PJ, Lings S, Andersen O. Behandling af erhvervsbetinget kronisk blyforgiftning med DMSA (Treatment of chronic occupational lead poisoning with DMSA, in Danish). Ugeskr Læger 1991; 153: 2897-9.
108. Grandjean P. Health significance of metals. In: Last JM, Wallace RB, eds. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 13th ed. Norwalk, CT: Appleton & Lange, 1991, p. 381-401.
109. Grandjean P. Miljømedicin (Environmental medicine, in Danish). In: Siboni K, ed. Lægevidenskab ved Odense Universitet (Medical science at Odense University). Odense: Odense Universitetsforlag, 1991, pp. 169-77.
110. Grandjean P. Menneskelig sundhed (Human health, in Danish). In: Fenger J, Torp U, eds. Drivhuseffekt og klimaændringer - hvad kan det betyde for Danmark? (The greenhouse effect and climate change - implications for Denmark?). Copenhagen: Ministry of the Environment,

1992, pp. 229-33.
111. Grandjean P, Kilburn KH. From research to preventive action (Editorial). Arch Environ Health 1992; 47: 166.
112. Nordberg G, Brune D, Gerhardsson L, Grandjean P, Vesterberg O, Wester PO. The ICOH and IUPAC international programme for establishing reference values of metals. Sci Total Environ 1992; 120: 17-21.
113. Schmidt A, Hansen LE, Jensen AA, Christiansen K, Lange M, Nielsen K, Sortkjær O, Rasmussen B, Andersen O, Grandjean P, Løkkegaard K. Integrated assessment of environmental and occupational impacts of new materials. Proc Conf Adv Composites, San Diego, 5-7 March, 1991. ACGIH, 1992, pp. 21-6.
114. Grandjean P. Dentine lead and intelligence prior to school entry: A statistical sensitivity analysis (letter to the editors). J Clin Epidemiol 1993; 46: 403-4.
115. Grandjean P. Occupational and environmental health - common goals. European Bulletin on Environment and Health 1993; 1(3): 3-5. (Also published in English and French in International Commission on Occupational Health, Quarterly Newsletter 1994: 13(2): 1-10)
116. Grandjean P, Cardoso B, Guimaraes G. Mercury poisoning (letter). Lancet 1993; 342: 991.
117. Duffus JH and the IUPAC Working Party (Brown SS, de Fernicola N, Grandjean P, Herber RF, Morris CR, Sokal JA). Glossary for chemists of terms used in toxicology (IUPAC Recommendations 1993). Pure Appl Chem 1993; 65: 2003-2122.
118. Grandjean P, Olsen JH, Jensen OM, Juel K. Excess cancer incidence among workers exposed to fluoride. Scand J Work Environ Health 1993; 19, Suppl 1: 108-9.
119. Grandjean P. Medical research: Alternative views (Letter-to-the-editor). Science 1993; 262: 1497.
120. Grandjean P. Epidemiology of environmental hazards. Publ Health Rev 1993; 21: 255-62.
121. Grandjean P. Kloroformeksponering: risikoberegning ude at svømme. (Chloroform exposure: risk evaluation on deep water, in Danish). Ugeskr Læger 1994; 156: 328.
122. Weihe P, Grandjean P. Sources and magnitude of mercury exposure in the Faroe Islands, overall design of the cohort study. Proceedings of the international symposium on assessment of environmental pollution and health effects of methylmercury, Kumamoto, 1994, pp. 112-26.
123. White RF, Debes F, Dahl R, Grandjean P. Development and field testing of a neuropsychological test battery to assess the effects of methylmercury exposure in the Faroe Islands. Ibid., pp. 127-40.
124. Araki S, Murata K, Yokoyama K, Okajima F, Grandjean P, Weihe P. Neuroelectrophysiological study of children in low-level methylmercury exposure in the Faroe Islands: Methodology and preliminary findings. Ibid., pp. 141-51.
125. Grandjean P, Weihe P. Neurobehavioral effects of intrauterine methylmercury exposure: Bias problems in epidemiological studies. Ibid., pp. 152-62.
126. Grandjean P. Environmental epidemiology and risk assessment (book review). Am J Epidemiol 1994; 11: 1126-7.

127. Grandjean P. Er elektromagnetiske felter farlige? (leder) (Are electromagnetic fields dangerous? editorial in Danish). Ugeskr Læger 1994; 156: 2552.
128. Grandjean P. Uncertainties in environmental health: Implications for research and policy-making. In: Mehlman MA, Upton A, eds. The identification and control of environmental and occupational diseases, A tribute to Professor Irving J. Selikoff (1915-1992). Adv Modern Environ Toxicol 1994; 23: 539-48.
129. Grandjean P. Fluorine. CEC Criteria Document for Occupational Exposure Limit Values. Luxembourg: Commission of the European Communities, 1994.
130. Grandjean P. Acetone. CEC Criteria Document for Occupational Exposure Limit Values. Luxembourg: Commission of the European Communities, 1995.
131. Grandjean P. Arbejdsmedicinsk censor, Singapore, 9.-17.3.1995 (External examiner in occupational medicine, Singapore, 9-17 March, 1995, in Danish). Ugeskr Læger 1995; 157: 3071-2.
132. Grandjean P. Applications of biological markers. In: Berthon G, ed. Handbook on Metal-Ligand Interactions in Biological Fluids, Vol. 1. New York: Marcel Dekker, 1995, pp. 604-11.
133. White RF, Grandjean PA, Weihe P. An overview of human studies on CNS effects of methylmercury. Proceedings of the National Forum on Mercury in Fish. (Publication EPA 823-R-95-002). Washington, DC: U.S.Environmental Protection Agency, 1995, pp. 109-112.
134. Evered D, Grandjean P, Hirt B, Koeman JH, Kromhout D, Pettersson U, Smith J, Thelle D. Evaluation of the National Public Health Institute of Finland. (Publications of the Academy of Finland 9/95) Helsinki: Painatuskeskus, 1995.
135. Laursen E, Grandjean P. Mangan, leversvigt og misfarvning af vasketøjet (Manganese, liver failure, and discoloration of the laundry, in Danish). Ugeskr læger 1996; 158: 434-5.
136. Grandjean P. Gamle miljøproblemer og nye udfordringer (leder) (Old environmental problems and new challenges, editorial in Danish). Ugeskr læger 1996; 158: 1495.
137. Grandjean P. Kompensation til ofre for miljøforurening (kronik) (Compensation for victims of environmental pollution, guest editorial in Danish). Ugeskr Læger 1996; 158: 3198-3200.
138. Hugod C, Grandjean P. Kulmonoxidforurening (Carbon monoxide pollution, in Danish). Ugeskr Læger 1996; 158: 3629-30.
139. Grandjean P, Nielsen JB. Lægers og lægestuderendes opfattelse af miljørisici (Perception of risks among physicians and medical students, in Danish). Ugeskr Læger 1996; 158: 5291-5.
140. Weihe P, Grandjean P, Debes F, White R. Health implications for Faroe Islanders of heavy metals and PCBs from pilot whales. Sci Tot Environ 1996; 186: 141-8.
141. Nielsen GD, Andersen KE, Grandjean P. Detergenters påvirkning af hudens funktion som barriere (Effects of detergents on the barrier function of the skin). København: Arbejdsmiljøfondet, 1997.
142. Grandjean P, Weihe P. Population studies in ethnic minorities. In: Eyfjörd J, Sorsa M, eds. Human biobanks - ethical and social issues. Copenhagen: Nordic Council of Ministers, 1997, pp. 111-6.

143. Grandjean P. Mercurial uncertainties in environmental health. Ann N Y Acad Sci 1997; 837: 239-45.
144. Weihe P, Grandjean P. Methylmercury risks (letter). Science 1998; 279: 639.
145. Netterstrøm B, Grandjean P. Occupational and environmental medicine in Denmark. Int Arch Occup Environ Health 1998; 71: 3-6.
146. Grandjean P. Biomarkers. In Stellman JM, ed. Encyclopaedia of Occupational Health and Safety, 4th ed. Geneva: ILO, 1998, pp. 33.39-42.
147. Grandjean P. John Travolta, internettet og en skandaløs boganmeldelse. Ugeskr Læger 1998; 160: 2403-4.
148. Grandjean P, Weihe P. A new era of mercury hazards (editorial). Environ Res 1998; 77: 67.
149. Nielsen U, Dahl R, White RF. Grandjean P. Anvendelse af computerbaseret neuropsykologisk testning af børn. Ugeskr Læger 1998; 160: 3557-61.
150. Grandjean P. Health significance of metal exposures. In: Wallace RB, ed. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 14th ed. Stamford, CT: Appleton & Lange, 1998, p. 493-508.
151. Castleman B, Dement J, Giannasi F, Frank AL, Frumkin H, Gochfeld M, Goldstein BD, Grandjean P, LaDou J, Lemen RA, Levy BS, Maltoni C, McDiarmid M, Silbergeld EK, Teitelbaum DT, Thebaud-Mony A, Wegman DH. Salud Ocupacional. Int J Occup Med Environ Health 1998;11(2):195-7
152. Grandjean P. Forskning fører til fyring. Ugeskr Læger 1998; 160: 6084-5.
153. Grandjean P, White RF. Effects of methylmercury exposure on neurodevelopment (letter). J Am Med Assoc 1999; 281: 896.
154. Nielsen JB, Grandjean P. Mercury in hair - but from where? (Letter) Lancet 1999; 353: 502.
155. Grandjean P. Forebyggelsesforskning (Prevention research, in Danish). I: Almind G, Andersen D, Bock E, Havsteen B, Hørder M, Riis P, ed. Sundhedsvidenskabelig forskning (Health research). København: F.a.d.L.'s Forlag, 1999, pp. 609-27.
156. Jørgensen N, Toppari J, Grandjean P, Skakkebæk NE. Environment and male reproductive function. In: Wang C, ed. "Male Reproductive Function" (Endocrine updates series). Boston: Kluwer, 1999, pp. 321-37.
157. Grandjean P, Nielsen U. Forurening og fosterudvikling (leder). Ugeskr Læger 1999; 161: 3814.
158. Budtz-Jørgensen E, Keiding N, Grandjean P, White RF, Weihe P. Methylmercury Neurotoxicity Independent of PCB Exposure (letter). Environ Health Perspect 1999; 107: A236-7.
159. Nielsen JB, Grandjean P. Mercury. In: Lippman M, ed. Environmental Toxicants: Human Exposures and Their Health Effects, 2nd ed. New York: Wiley, 1999, pp. 563-75.
160. Malm O, Grandjean P, Santos EO. Methylmercury toxicity in riverine children downstream from gold mining in the Amazon Basin, Brazil. Frontiers in Fetal Health 1999; 1 (6): 12-3.
161. Grandjean P. Malersyndrom, masseforgiftninger og miljømedicin. Ugeskr Læger 2000; 162: 42-3.
162. Grandjean P. Læger og mediernes adfærd - Beluring eller

medieflip? Ugeskr Laeger. 2000; 161: 4888.
163. Høyer AP, Jørgensen T, Grandjean P. Breast cancer and dieldrin (letter). Lancet 2000: 356: 1852–3.
164. Fängström B, Athanasiadou M, Bergman Å, Grandjean P, Weihe P. Levels of PCBs and hydroxylated PCB metabolites in blood from pregnant Faroe Island women. Organohalogen Comp 2000; 48: 21–4.
165. Arnesen S, Nielsen JB, Jacobsen JA, Strand J, Grandjean P. Butyltin-forbindelser - en risiko for danskere? Miljø og Sundhed 2000; 15: 14–6.
166. Grandjean P. Dieldrin-associated breast cancer risk. Eur J Oncol 2001; 6: 273–5.
167. Özdemir Z, Grandjean P. Miljø og mesoteliom. Ugeskr læger 2001; 163: 2374.
168. De Guise S, Shaw SD, Barclay JS, Brock J, Brouwer A, Dewailly E, Fair PA, Fournier M, Grandjean P, Guillette LJ Jr, Hahn ME, Koopman-Esseboom C, Letcher RJ, Matz A, Norstrom RJ, Perkins CR, Lori Schwacke L, Skaare JU, Sowles J, St. Aubin DJ, Stegeman J, Whaley JE. Consensus Statement – Atlantic Coast Contaminants Workshop 2000. Environ Health Perspect 2001; 109: 1301–2.
169. Murata K, Weihe P, Araki S, Grandjean P. Delayed evoked potentials in children exposed to methylmercury from seafood: Madeira and Faroe Islands. In; Proceedings of US-Japan workshop on human health effects of low dose methylmercury exposure. Minamata: National Institute for Disease, 2001, pp. 90-106.
170. Grandjean P. Bloddonorer og vCJD (Spørgsmål og svar). Ugeskr Laeger 2001; 163: 5389-90.
171. Fängström B, Athanassiadis I, Athanasiadou M, Grandjean P, Weihe P, Bergman Å. Hydroxylated PCB metabolites in non-hatched Faroe Island fulmar eggs. Organohalogen Comp 2001; 49: 112-5.
172. Grandjean P, White RF. Developmental effects of environmental neurotoxicants. In: Tamburlini G, von Ehrenstein O, Bertollini R, eds. Children's health and environment. Environmental issue report No. 29. Copenhagen: European Environment Agency, 2002, pp. 66-78.
173. Grandjean P, Jørgensen PJ, Weihe P. Validity of mercury exposure biomarkers. In: Wilson SH, Suk WA, Eds. Biomarkers of Environmentally Associated Disease. Boca Raton, FL, CRC Press/Lewis Publishers, 2002, pp. 235-47.
174. Grandjean P. Halve sandheder om halvledere (Semi-truths about semi conductors, in Danish). Ugeskr Læger 2002; 164: 3868-9.
175. Axelson O, Castleman B, Epstein S, Franco G, Giannasi F, Grandjean P, et al. Implementation of WHO Guidelines on Disclosure of Interest by members of WHO Expert Panels. Int J Occup Environ Health. 2002; 8: 271-3.
176. Lanzirotti A, Jones KW, Clarkson TW, Grandjean P. Human health risks from methyl mercury in fish. Science Highlights - National Synchroton Light Source Activity Report. Upton, NY: Brookhaven National Laboratory, 2002, pp. 97-9.
177. Weihe P, Debes F, White RF, Sørensen N, Budtz-Jørgensen E, Keiding N, Grandjean P. Miljøepidemiologisk forskning fører til sænkning af grænseværdien for kviksølv. Ugeskr Læger 2003; 165: 107-11.

178. Grandjean P. Når amningen sættes under anklage (debat). Ugeskr Læger 2003; 165: 2413-5.
179. Keiding N, Budtz-Jørgensen E, Grandjean P. Prenatal methylmercury exposure in the Seychelles (letter). Lancet 2003; 362: 664-5.
180. Grandjean P.
181. Budtz-Jørgensen E, Keiding N, Grandjean P. Application of structural equation models for evaluating epidemiological data and for calculation of the benchmark dose. Proceedings of the ISI International Conference on Environmental Statistics and Health at Santiago de Compostela, July 2003, pp. 183-94.
182. Grandjean P. Adverse health effects of PCBs: Interpreting the epidemiological evidence. Organohalogen Comp 2003 (published on CD). URL: www.chef-project.dk
183. Weihe P, Hoppe H-W, Grandjean P. Sustained high concentrations of PCBs in Faroese pregnant women despite dietary intervention. Organo-halogen Comp 2003; 63: 389-92.
184. Heilmann C, Grandjean P, Weihe P. Decreased childhood vaccine response in children exposed to PCBs from maternal seafood diet. Organohalogen Comp 2003; 63: 397-400.
185. Barr DB, Weihe P, Needham LL, Davis MD, Roman W, Hurtz D III, Sclafani A, Thomas A, Preau J Jr, Grandjean P. PCBs and organochlorine pesticide concentrations in a Faroe Island 14-year old cohort: Measurement using new methodology and evaluation of correlations and patterns. Organohalogen Comp 2003; 63: 385-8.
186. Axelson O, Balbus JM, Cohen G, Davis D, Donnay A, Doolittle R, Duran BM, Egilman D, Epstein SS, Goldman L, Grandjean P, Hansen ES, Heltne P, Huff J, Infante P, Jacobson MF, Joshi TK, LaDou J, Landrigan PJ, Lee PR, Lockwood AH, MacGregor G, Melnick R, Messing K, Needleman H, Ozonoff D, Ravanesi B, Richter ED, Sass J, Schubert D, Suzuki D, Teitelbaum D, Temple NJ, Terracini B, Thompson A, Tickner J, Tomatis L, Upton AC, Whyatt RM, Wigmore D, Wilson T, Wing SB, Sharpe VA. Re: Regulatory Toxicology and Pharmacology. Int J Occup Environ Health 2003; 9: 386-9.
187. Grandjean P, Cordier S, Kjellström T. Developmental neurotoxicity associated with dietary exposure to methylmercury from seafood and freshwater fish. In: Bellinger D, ed. Human developmental neurotoxicology. New York: Marcel Dekker, 2006, pp. 25-42.
188. Grandjean P. Impact of scientific uncertainty on risk assessment for methylmercury in seafood. In: Eto K, Hachiya N, Sakamoto M, eds. Proceedings of NIMD Forum 2003. Minamata: the Institute of Minamata Disease, 2004, pp. 1-13.
189. Grandjean P, Jensen AA. Breastfeeding and the weanling's dilemma (Correspondence). Am J Publ Health 2004; 94: 1075.
190. Grandjean P, Olsen JH. Extended follow-up of cancer in fluoride-exposed workers (Correspondence). J Natl Cancer Inst 2004; 96: 802-3.
191. Grandjean P, Cordier S, Kjellström T, Weihe P, Budtz-Jørgensen E. Health effects and risk assessments. In: Pirrone N, Mahaffey KR, ed. Dynamics of mercury pollution on regional and global scales: atmospheric processes and human exposures around the world. Norwell, MA: Springer, 2005, pp. 499-523.
192. Fängström B, Strid A, Athanassiadis I, Grandjean P, Weihe P,

Bergman Å. A retrospective time trend study of PBDEs and PCBs in human milk from the Faroe Islands. Organohalogen Comp 2004; 66: 2829-33.

193. Grandjean P, Murata K, Budtz-Jørgensen E, Weihe P. The brainstem as a target of developmental methylmercury toxicity. Materials and Geoenvironment 2004; 51: 408-11.

194. Budtz-Jørgensen E, Grandjean P. Underestimation of human methylmercury toxicity due to exposure misclassification. Materials and Geoenvironment 2004; 51: 359-62.

195. Grandjean P, Jørgensen PJ. Measuring mercury concentration (letter). Epidemiology 2005; 16: 133.

196. Grandjean P, Harari R. Impacto de la Exposición a plaguicidas en el neurodesarrollo. In: Harari R, comp. Seguridad, salud y ambiente en la floricultura. Quito: IFA, 2004, pp. 151-8.

197. Grandjean P, Klein G. Epidemiology 150 years before Snow (letter). Epidemiology 2005; 16: 271-2.

198. Grandjean P. Contaminants in fish oil (letter). Am J Clin Nutr 2005; 82: 1354.

199. Kjellström T, Grandjean P. Epidemiological methods for assessing dose-response and dose-effect relationships (Chapter 8). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, 3rd ed. Amsterdam: Elsevier, 2007, pp. 147-61.

200. Landrigan PJ, Kotelchuck D, Grandjean P. Principles for prevention of toxic effects from metals (Chapter 16). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, 3rd ed. Amsterdam: Elsevier, 2007, pp. 319-35

201. Weihe P, Grandjean P. Dietary Advisories and Public Information. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 2-11.

202. Grandjean P, Budtz-Jørgensen E, Jørgensen PJ, Weihe P. Imprecision of cord tissue mercury and other biomarkers of prenatal methylmercury exposure, and the implications for exposure limits. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 76-89.

203. Skaalum Petersen M, Weihe P, Grandjean P. Retrospective Assessment of Prenatal Exposure to Methylmercury from Whaling Records. In: Eto K, ed. Recent Topics of Fetal Methylmercury Exposure and Its Effects (Proceedings of NIMD Forum 2006). Minamata, 2006, pp. 110-5.

204. Grandjean P. Konklusioner til fals: Nye tilfælde af manipulation af forskning i 2005 (Conclusions for sale: New cases of manipulation of research in 2005, in Danish). Ugeskr Læger 2006; 168: 1253.

205. Grandjean P, Nielsen JB. Mercury. In: Lippman M, ed. Environmental Toxicants: Human Exposures and Their Health Effects, 3rd ed. New York: Wiley, 2009, pp. 811-22.

206. Landrigan P, Nordberg M, Lucchini R, Nordberg G, Grandjean P, Iregren A, Alessio L. The Declaration of Brescia on Prevention of the Neurotoxicity of Metals. Med Lav 2006; 97: 811-4. (Also published in Am J Ind Med 2007 50: 709-11).

207. Grandjean P. Industrikemikaliers påvirkning af nervesystemets udvikling. Ugeskr Læger 2007; 169: 2782-4.

208. Grandjean P, Keiding N. The precautionary principle. In: Melnick EL, Everett BS, eds. Encyclopedia of Quantitative Risk Assessment and

Analysis. Chichester: Wiley, 2008, pp. 1290-3.
209. Budtz-Jørgensen E, Grandjean P. Mercury/methylmercury risk. In: Melnick EL, Everett BS, eds. Encyclopedia of Quantitative Risk Assessment and Analysis. Chichester: Wiley, 2008.
210. Grandjean P. Mercury. In: Heggenhougen HK, ed. Encyclopedia of Public Health. Oxford: Elsevier, 2008, Vol. 4, pp. 434-42.
211.  Grandjean P. Health significance of metal exposures. In: Wallace RB, ed. Maxcy-Rosenau-Last Public Health & Preventive Medicine, 15th ed. New York, NY: McGraw-Hill 2007, pp. 603-17.
212. Grandjean P, Weihe P. Developmental origins of environmentally induced disease and dysfunction International conference on Foetal Programming and Develpmental Toxicity, Tórshavn, Faroe Islands, 20-24 May, 2007. Basic Clin Pharmacol Toxicol 2008; 102: 71-2.
213. Grandjean P, Perez M. Developmental neurotoxicity: Implications of methylmercury research. International Journal of Environment and Health 2008; 2: 417-28.
214. Grandjean P. Methylmercury toxicity and functional programming (correspondence). Reproduct Toxicol 2008; 25: 134.
215. Grandjean P. Early vulnerability, lifelong impacts. San Francisco Medicine. 2008; 81: 17-8.
216. Grandjean P, Heindel JJ. In utero and early-life conditions and adult health and disease (letter). N Engl J Med 2008; 359: 1523.
217. Blair A, Saracci R, Vineis P, Cocco P, Forastiere F, Grandjean P, Kogevinas M, Kriebel D, McMichael A, Pearce N, Porta M, Samet J, Sandler DP, Costantini RS, Vainio H. Epidemiology, public health and the rhetoric of false positives. Environ Health Perspect 2009; 117: 1809-13.
218. Budtz-Jørgensen E, Keiding N, Grandjean P. Approaches to handling uncertainty when setting environmental exposure standards. In: Baveye P, Mysiak J, Laba M, eds. Uncertainties in environmental modelling and consequences for policy making. Dordrecht, The Netherlands: Springer, 2009, pp. 267-80.
219. Grandjean P, Choi AL, Weihe P, Murata K. Methylmercury neurotoxicology: From rare poisonings to silent pandemic. In Wang C, Slikker W Jr, eds: Developmental Neurotoxicological Research: Principles, Models, Techniques, Strategies and Mechanisms. New York: Wiley, 2010, pp 335-56.
220. Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Guha N, Freeman C, Galichet L, Cogliano V; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens--part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009; 10: 453-4.
221. Grandjean P, Yorifuji T. Mercury (Chapter 8). In: Bingham E, Cohrssen B, eds. Patty's Toxicology, 6th ed. New York: Wiley 2012, Vol. 1, pp 213-27.
222. Takaro TK, Davis D, Van Rensburg S, Jroyo Aguilar RS, ... Grandjean P et al. (108 authors). Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health 2010 16: 242-9.
223. Darney S, Fowler B, Grandjean P, Heindel J, Mattison D, Slikker W Jr. Prenatal programming and toxicity II (PPTOX II): role of

environmental stressors in the developmental origins of disease. Reprod Toxicol 2011; 31: 271. Also published in Journal of Developmental Origins of Health and Disease 2011; 2: 2.
224. Choi A, Grandjean P. Human health significance of dietary exposures to methylmercury. In: Liu G, Cai Y, O'Driscoll N, eds. Environmental Chemistry and Toxicology of Mercury. Chichester: Wiley, 2012, pp. 545-67.
225. Grandjean P. Exposure to environmental chemicals as a risk factor for diabetes development. In: Bourguignon J-P, Jégou B, Kerdelhué B, Toppari J, Christen Y, Eds. Multi-System Endocrine Disruption. Berlin: Springer 2011, pp. 91-9.
226. Julvez J, Yorifuji T, Choi AL, Grandjean P. Epidemiological evidence on methylmercury neurotoxicity. In: Aschner M, Ceccatelli S, eds. Methylmercury and Neurotoxicity. Berlin: Springer, 2012, pp. 13-35.
227. Grandjean P. Strengths and limitations of HBM – Imprecision matters. Int J Hyg Environ Health 2012; 215: 94.
228. Grandjean P. Larry Needham and the partition ratio. Chemosphere 2011; 85: 142.
229. Weihe P, Grandjean P. Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy. Acta Vet Scand 2012; 54(Suppl 1): S7.
230. Fox DA, Grandjean P, de Groot D, Paule M. Developmental origins of adult diseases and neurotoxicity: Epidemiological and experimental studies. Neurotoxicology 2012; 33: 810-6.
231. London L, Beseler C, Bouchard Mf, Bellinger DC, Colosio C, Grandjean P, Harari R, Kootbodien T, Kromhout H, Little F, Meijster T, Moretto A, Rohlman DS, Stallones L. Neurobehavioural and neurodevelopmental effects of pesticide exposures. Neurotoxicology 2012; 33: 887-96.
232. Bal-Price AK, Coecke S, Costa L, Crofton KM, Fritsche E, Goldberg A, Grandjean P, Lein PJ, Li A, Lucchini R, Mundy WR, Padilla S, Persico A, Seiler AEM, Kreysa J. Conference Report: Advancing the Science of Developmental Neurotoxicity (DNT) Testing for Better Safety Evaluation. Altex 2012: 29: 202-15.
233. Grandjean P, Heilmann C. Perfluorinated compounds and immunotoxicity in children – Reply (Letter). JAMA 2012; 307: 1910-1.
234. Schug TT, Barouki R, Gluckman P, Grandjean P, Hanson M, Heindel JJ. PPTOX III: Environmental Stressors in the Developmental Origins of Disease: Evidence and Mechanisms. Toxicol Sci 2013; 131: 343-50.
235. Andersen HR, Wohlfahrt-Veje C, Debes F, Nielsen F, Jensen TK, Grandjean P, Main KM. Langtidseffekter af prænatal pesticideksponering (Long-term effects of prenatal pesticide exposure, in Danish). Copenhagen: Miljøstyrelsen (Danish Environmental Protection Agency), 2012.
236. Grandjean P. Blyforgiftning i forebyggelse og forskning (Leder) [Lead poisoning in prevention and research (Editorial)]. Ugeskr Laeger 2012; 174: 2693.
237. Grandjean P, Pichery C, Bellanger M, Budtz-Jørgensen E. Calculation of mercury's effects on neurodevelopment (letter). Environ

Health Perspect 2012; 120: a452.
238. Grandjean P, Keiding N. (2013) Precautionary Principle. In: El-Shaarawi AH, Piegorsch W(eds), Encyclopedia of Environmetrics. Chichester, UK: John Wiley, 2013. DOI: 10.1002/9780470057339.vnn011.
239. Grandjean P. Science for precautionary decision-making. In: Gee D, Grandjean P, Hansen SF, van den Hove S, MacGarvin M, Martin J, Nielsen G, Quist D, Stanners D. Late Lessons from Early Warnings, volume II (EEA Report No 1/2013). Copenhagen, European Environment Agency, 2013, pp. 517-35.
240. Grandjean P. Opinion: Toxicants and the Brain. The Scientist 2013 (June 17): 36043.
241. Choi AL, Grandjean P, Sun G, Zhang Y. Developmental fluoride neurotoxicity: Choi et al. respond (Letter). Environ Health Perspect 2013; 121: A70.
242. Grandjean P. Opinion: Problems with Hidden COI. The Scientist 2013 (October 28): 37934.
243. Grandjean P, Budtz-Jørgensen E. Epidemiological approaches to metal toxicology (Chapter 13). In: Nordberg GF, Fowler B, Nordberg M, Friberg LT, eds. Handbook on the toxicology of metals, Volume 1, 4th ed. Amsterdam: Elsevier, 2014, pp. 265-79.
244. Landrigan PJ, Lucchini R, Kotelchuck D, Grandjean P. Principles for prevention of toxic effects from metals (Chapter 24). In: Nordberg GF, Fowler B, Nordberg M, eds. Handbook on the toxicology of metals, 4th ed. Amsterdam: Elsevier, 2014, pp. 507-28.
245. Grandjean P. Developmental origins of diseases: challenge for risk assessment of chemicals (EUROTOX abstract). Toxicol Lett 2013; 221 Suppl: S15.
246. Grandjean P. Mercury (Chapter 29). In: Landrigan PJ, Etzel RA, eds. Children's Environmental Health. New York: Oxford University Press, 2014, pp. 273-80.
247. Heilmann C, Jensen L, Weihe P, Nielsen F, Knudsen LE, Budtz-Jørgensen E, Mølbak K, Grandjean P. Persistente fluorforbindelser reducerer immunfunktionen (Persistent perfluorinated compounds cause immunotoxic effects, in Danish). Ugeskr Laeg 2015; 177: 660-3.
248. Grandjean P. Chemical brain drain: insidious and pervasive. In: Breyer, H, ed. Giftfreies Europa. Brussels, 2014, pp. 133-40.
249. Grandjean P. Mercury (article 02853). In: Caplan M, ed. Reference Module in Biomedical Sciences. Elsevier, 2015.
250. Grandjean P, Landrigan PJ. Neurodevelopmental toxicity: still more questions than answers - Authors' response. Lancet Neurol 2014; 13: 648-9.
251. Grandjean P. Prenatal prevention (letter). Science 2014; 345: 1462.
252. Grandjean P, Choi AL. Community water fluoridation and intelligence (letter). Am J Public Health 2015; 105: e3.
253. Kim BM, Choi AL, Ha EH, Pedersen L, Nielsen F, Weihe P, Hong YC, Budtz-Jørgensen E, Grandjean P. Corrigendum to 'Effect of hemoglobin adjustment on the precision of mercury concentrations in maternal and cord blood' [Environ. Res. 132 (2014) 407-412]. Environ Res. 2016; 147: 630.
254. Choi AL, Zhang Y, Sun G, Bellinger DC, Wang K, Yang XJ, Li JS,

Zheng Q, Fu Y, Grandjean P. Comment on "Severe dental fluorosis and cognitive deficits". Neurotoxicol Teratol 2015; 50: 32.

255. Oulhote Y, Grandjean P. Association between child poverty and academic achievement (letter). JAMA Pediatr 2016; 170: 179-80.

256. Kielsen K, Shamim Z, Ryder LP, Grandjean P, Heilmann C. Vaccination efficacy and environmental pollution. In: Esser C (ed.). Environmental Influences on the Immune System. Vienna: Springer, 2016, pp. 181-203.

257. Trasande L, Attina T, Skakkebaek NE, Juul A, Porta M, Soto AM, Vandenberg L, Sathyanarayana S, Fletcher T, Demeneix B, Bergman A, Cohn BA, Bellanger M, Gore AC, Legler J, Bourguignon JP, Slama R, Toppari J, Blumberg B, Myers JP, Zoeller RT, Kortenkamp A, DiGangi J, Grandjean P, Russ Hauser R, Rudel R. Endocrine disruptors: Refereed science to guide action on EDCs (Correspondence). Nature 2016; 536: 30.

258. Mie A, Guyot EK, Kahl J, Rembiałkowska E, Andersen HR, Grandjean, P, Gunnarsson S. Health implications of organic food and organic agriculture. Science and Technology Options Assessment Panel, Directorate-General for Parliamentary Research Services (DG  EPRS) of the European Parliament, 2016.

259. Grandjean P, Kishi R, Kogevinas M; International Society for Environmental Epidemiology (ISEE). Prevention of developmental neurotoxicity. Epidemiology 2017; 28: 157-158.

260. Oulhote Y, Bind MA, Coull B, Patel CJ, Grandjean P. Combining ensemble learning techniques and G-computation to investigate chemical mixtures in environmental epidemiology studies. bioRxiv 2017 doi.org/10.1101/147413.

261. Budtz-Jørgensen E, Grandjean P. Application of benchmark analysis for mixed contaminant exposures: Mutual adjustment of two perfluoroalkylate substances associated with immunotoxicity. bioRxiv 2017 doi.org/10.1101/198564.

262. Grandjean P. Health Status of Workers Exposed to Perfluorinated Alkylate Substances. J Occup Environ Med 2018; 60(10): e562.

263. Grandjean P, Lederman SA, Silbergeld EK. Fish Consumption During Pregnancy. JAMA Pediatr. 2019 Jan 14. doi: 10.1001/jamapediatrics.2018.4920.

264. Grandjean P, Prins GS, Weihe P. Development Priority (editorial). Basic Clin Pharmacol Toxicol 2019;125 Suppl 3:3-4.

265. Mie A, Rudén C, Grandjean P. Response to Juberg et al. Environ Health. 2019; 18(1): 29.