1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FOOD & WATER WATCH, INC., et al.,

               Plaintiffs,

      v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

               Defendants.

Case No. 3:17-cv-02162 EMC

**TRIAL DECLARATION OF**
**JOYCE TSUJI**

1

**TABLE OF CONTENTS**

2    I.    Dr. Tsuji's Qualifications....................................................................................3

3    II.   Focus of Dr. Tsuji's Expert Opinions in this Case. ...........................................4

4    III.  Summary of Dr. Tsuji's Expert Opinions. .........................................................4

5    IV.  Summary of Dr. Tsuji's Methodology................................................................6

6    V.   Principles for the Critical Assessment of Animal Studies. ...............................8

7          A.    Distinction Between Hazard and Dose-Response...............................................8

8          B.    How the Experimental Dose is Delivered Can Affect Results. ..........................9

9          C.    Animal-to-Human Fluoride Dose and Water Concentration Comparisons.....................9

10         D.    Reported Adverse Effects on Growth Probably Explains Some Observed Effects........11

11   VI.  Importance of Systematic Review and Study Quality. .....................................11

12   VII.  The National Toxicology Program's 2016 Systematic Review.........................13

13         A.    NTP 2016 Methodology. ..................................................................................13

14         B.    Insufficient Research Regarding Effects on Learning and Memory at Exposure Levels

15                Near 0.7 mg/L. .................................................................................................16

16         C.    Animals Exposed During Development: Low Level-of-Evidence. ...................16

17         D.    Animals Exposed as Adults: Mixed Ratings. ..................................................18

18   VIII. Recent Developmental Neurotoxicology Literature. ........................................19

19         A.    NTP's Developmental Neurotoxicology Study: McPherson 2018. ..................20

20         B.    Drs. Thiessen's and Grandjean's Critiques of McPherson 2018 Lack Scientific Basis. 24

21         C.    Other Recent Developmental Neurotoxicology Studies. ..................................27

22   IX.  Recent Weanling and Adult Neurotoxicity Studies. .......................................33

23   X.    Dr. Thiessen Applies Unnecessarily Large Uncertainty Factors in Her Risk Assessment........35

24   XI.  Conclusions.....................................................................................................37

25

26

27

28

I, Joyce Tsuji, Ph.D., DABT, Fellow ATS, submit the following declaration in support of my testimony at trial in the above-referenced case:

## I.    DR. TSUJI'S QUALIFICATIONS.

1.    I am a toxicologist.

2.    Toxicology is the study of the potential for a substance to cause health effects depending on the dose or amount of exposure, the timing and nature of how the exposure occurs, and the susceptibility of the exposed subject. All substances have doses above which they can cause adverse health effects and below which the risk of such effects is negligible or non-existent. Observation of an increase in risk and severity of health effects with increase in dose reflects a "dose-response relationship" which is initial evidence that a chemical may be responsible for the observed health effects. On the other hand, an apparent dose-response relationship may arise for other reasons in toxicology studies, and the basis of such a relationship must be evaluated before concluding that the relationship is causal.

3.    I completed a Ph.D. focused in environmental physiology with postdoctoral research related to quantitative genetics in the Department of Zoology, University of Washington.

4.    I am currently employed as a Principal Scientist at Exponent, a multidisciplinary sciences and engineering firm.

5.    I have been a Fellow of the Academy of Toxicological Sciences since 2007 and have been continuously certified by the American Board of Toxicology since 1992.

6.    I have served and continue to serve on several expert scientific committees, including for the National Academy of Sciences (NAS)/National Research Council (NRC), Institute of Medicine (IOM), the United States Environmental Protection Agency (EPA), and the State of Washington.

7.    My service on a number of expert committees has involved working with other experts in assessing the quality of toxicological, epidemiological, and clinical studies for deriving health protective values for air or water or for other health-based decision-making. For example, I served on the NAS organizing committee (sponsored by EPA) for workshops on topics related to improving the scientific rigor of toxicology reviews for EPA's Integrated Risk Information System (IRIS), the primary database for toxicity factors used in risk assessment of environmental chemicals. I was also a peer reviewer of two NAS reports reviewing EPA's IRIS process and progress in improving the program.

8.    From 1987 until the present, I have worked as an environmental consultant conducting, overseeing, and reviewing human health risk assessments, exposure studies, and toxicology assessments.

9.    I am familiar with exposure and health effects of fluoride and neurotoxic inorganic chemicals from my service on expert committees and numerous risk assessment and toxicology projects.

10.    I have published in the peer-reviewed scientific literature on risk assessment, toxicology, biomonitoring, and exposure pathways to substances in the environment.

11.    My areas of expertise include toxicology, including assessing health risks associated with chemicals in drinking water; systematic literature review, study-quality evaluation, and evidence integration, including reviews of the animal toxicology literature of fluoride and evaluation of environmental exposures to other inorganic chemicals with respect to neurodevelopmental effects.

12.    A copy of my curriculum vitae is attached as Appendix A and appears as Trial Exhibit 509.

## II.    FOCUS OF DR. TSUJI'S EXPERT OPINIONS IN THIS CASE.

13.    Counsel for EPA asked me to provide expert toxicology opinions in response to Plaintiffs' designated expert witnesses regarding the alleged unreasonable risk of neurotoxicity posed by community water fluoridation in the United States.

14.    I reviewed, among other things, the opinions of Plaintiffs' designated expert witnesses Dr. Kathleen Thiessen and Dr. Philippe Grandjean that relate to the neurotoxicology of fluoride based on experimental animal studies, and in particular, the consistency of the evidence regarding developmental neurotoxicity (i.e., learning and memory) in laboratory animals with the epidemiological literature on the association of early-life fluoride exposure on IQ test scores of children.

15.    I primarily responded to Dr. Kathleen Thiessen, because her report focused on the toxicological literature. I also responded to Dr. Philippe Grandjean. Rather than conduct a critical assessment of the toxicology studies, Dr. Grandjean referred to the report of Dr. Thiessen.

## III.    SUMMARY OF DR. TSUJI'S EXPERT OPINIONS.

16.    The opinions that Dr. Thiessen and Dr. Grandjean intend to offer in this case do not credibly reflect the current state of the science regarding the toxicology and risk assessment of fluoride. Dr. Thiessen and Dr. Grandjean focused foremost on the quantity of studies reporting positive findings

4

of effects or hazard without critically examining the scientific rigor of the study methods and results. As a result, they relied on the weight of overwhelmingly poor quality studies on neurotoxicity.

17.     Based on my critical analysis of the literature, the experimental animal toxicology evidence is lacking to support that 0.7 mg/L exposure level of fluoride is causing developmental neurotoxicity in the United States.

18.     In July 2016, the National Toxicology Program ("NTP") published a Systematic Review of the Effects of Fluoride on Learning and Memory in Animal Studies ("NTP 2016"). A copy of NTP 2016 appears as Trial Exhibit 553. NTP 2016 provided the most thorough and detailed analysis of the literature published at that time. NTP concluded that the available developmental neurotoxicology studies constituted a low level-of-evidence for potential cognitive effects of fluoride. The evidence was particularly limited at lower doses of relevance for fluoridation of drinking water in the U.S. population.

19.     Using NTP 2016's methodology as a roadmap, in combination with other well-accepted scientific principles, I conducted a critical analysis of the relevant toxicological literature, including using systematic review methods.

20.     As defined by NTP, "a systematic review uses an explicit, pre-specified approach to identify, select, assess, and synthesize the data from studies in order to address a specific scientific or public health question," such as whether fluoride exposure *in utero* or after birth causes effects on learning and memory in animals at relevant doses for humans. NTP's methodology is consistent with well-accepted scientific principles for systematic review and evidence integration. A key purpose of this process is to ensure "the collection of the most complete and reliable evidence to form the basis for decisions or conclusions" by increasing transparency and scientific rigor and reducing bias in the assessment. NTP 2016.

21.     My update of NTP's systematic review showed that most studies published after NTP 2016 have similar problems of study quality and control for confounding and bias as identified in NTP 2016. One recent study, however, stands out.

22.     NTP researchers conducted several follow-up experiments to address the deficiencies identified by their 2016 systematic review. The results of those studies were collectively published in a single article, McPherson 2018. McPherson 2018 is the best conducted recent developmental

neurotoxicity study on fluoride. McPherson 2018 also described its methodologies better than any other recent developmental neurotoxicity study on fluoride. It is also directly relevant to the issues in this case. The rat water exposure concentrations that NTP researchers selected are approximately equivalent to total fluoride doses associated with current and previous U.S. Public Health Service recommendations (0.7 mg/L and 0.7–1.2 mg/L, respectively) for community water fluoridation. The results are telling. McPherson 2018 did <u>not</u> find evidence of developmental neurotoxicity on learning and memory at doses similar to and higher than total fluoride doses in the U.S. population associated with the recommended drinking water level and other sources, including for young children.

23.     Dr. Thiessen and Dr. Grandjean downgraded and largely ignored the NTP's observations in McPherson 2018. Incredibly, Dr. Thiessen and Dr. Grandjean dismiss McPherson 2018 while apparently relying on the commentary of a business consultant and professor of dentistry, neither of whom have qualifications in toxicology.

24.     Dr. Ellen Chang, EPA's expert epidemiologist in this case, conducted a systematic review, including critical analysis, of epidemiological data. Based on my review of Dr. Chang's analysis in this case, the poor epidemiological evidence to support cognitive effects from *in utero* or early childhood exposure is consistent with the lack of clear neurotoxic effects on learning and memory in the experimental animal toxicological studies at exposure levels of relevance to community water fluoridation in the United States.

25.     In her expert report, Dr. Thiessen attempted to compare fluoride to other TSCA chemicals that had a very wide margin of exposure (that is, ratio between the no-effect or lowest-effect level derived from an animal study and estimated exposures in humans). These other chemicals, however, have very little animal and human data. Based on the rigorous NTP 2016 review, NTP's follow-up studies published in McPherson 2018, and the availability of considerable evidence from epidemiological studies, a regulatory level with very wide margin of exposure is not warranted for fluoride.

## IV.     SUMMARY OF DR. TSUJI'S METHODOLOGY.

26.     In considering the scientific literature on the neurotoxicology of fluoride, I first evaluated NTP's 2016 systematic review because of the breadth and depth of its coverage and assessment of the published literature, including foreign language articles, and the independent authoritativeness of

1   the NTP.

2       27.    I then updated the NTP 2016 systematic review by using their methods to evaluate the

3   literature from January 1, 2016 to June 15, 2019. I employed the same criteria for literature searching

4   and evaluation of study quality and reliability as the NTP 2016 review.

5       28.    First, I applied the search terms used by NTP 2016 (listed in Appendix B) in the National

6   Library of Medicine's PubMed database. These terms were used to locate articles on neurotoxicity of

7   fluoride with specific focus on developmental neurotoxicity. I limited the time period of my searches to

8   January 1, 2016 to June 15, 2019 to identify articles published after NTP's 2016 systematic review.

9   Documenting this pre-defined search methodology is an essential component of a systematic review and

10  allows others to assess objectively my methodology.

11      29.    I reviewed the titles and abstracts of over 100 PubMed citations from the search to

12  identify potentially relevant studies for full-text review.

13      30.    As part of my systematic review, I used the following criteria to assess relevancy when

14  reviewing the titles and abstracts and subsequently the full text of selected articles. Specifically, I

15  included for full-text review 35 studies that potentially involved neurobehavioral testing of animals to

16  evaluate the additional evidence for cognitive effects. I set aside studies on morphological or mechanistic

17  effects of fluoride if these studies did not also include testing of learning or memory or other

18  neurobehavioral tests.[1] I considered those studies less useful for assessing the dose-response for fluoride

19  exposure and potential cognitive effects at relevant levels for community water fluoridation in the United

20  States. That is true for several reasons. These studies typically use high fluoride concentrations or involve

21  conditions that are not representative of those in the body at relevant exposures, particularly for assessing

22  U.S. community water fluoridation. High exposures can also result in morphological changes or

23  neurochemical effects in the brain that are secondary to more general health effects and reduced water

24  and food consumption as noted below. Studies of the effects of fluoride on cells or cellular components

25  *in vitro* have limitations for assessing actual effects in animals or humans. These types of studies are

26  conducted on isolated cultured cells or artificial systems in a laboratory. They lack the dynamic

27

      [1]    Morphological effects include visual changes in brain structure or in brain tissues or cells.

28  Mechanistic effects include neurochemical changes in the brain or effects on isolated
cultured cells.

conditions and normal physiological defense mechanisms of the body for handling and eliminating fluoride. Other issues such as investigator blinding and other procedures to control for bias are a concern in many of these studies, most of which do not completely describe their methods.

31.     To permit an objective analysis of my work, I listed the results of my searches in the report that I submitted in this case, which appears as Trial Exhibit 510.

32.     I conducted two secondary searches for completeness. I reviewed the materials produced in this case for additional articles published since the NTP 2016 review. And I reviewed every issue of the *Fluoride Journal* from 2016 to June 2019. The *Fluoride Journal* is not listed in PubMed, consistent with the poor quality of studies and the bias in findings of articles and views expressed by the editors in this journal. I identified 6 additional citations for full-text review from these secondary searches.

33.     Finally, I also considered one additional study of learning and memory that was published five days after the cut-off date for my systematic review, Bartos 2019.

34.     Thus, in total, I conducted a full-text review of 42 citations, finding 19 articles on learning or memory; 2 articles on anxiety or depression, 3 articles on sensory or motor effects, and 18 articles that included only mechanistic or morphological changes (which were set aside).

## V.     PRINCIPLES FOR THE CRITICAL ASSESSMENT OF ANIMAL STUDIES.

35.     Before discussing the results of my critical analysis of the relevant experimental studies, a brief explanation regarding some essential principles of toxicology is required.

### A.     Distinction Between Hazard and Dose-Response.

36.     Plaintiffs' designated experts focused on the hazard of fluoride at high doses. Hazard considers whether a substance at any dose can cause an effect. This is a relatively easy criterion to meet. Excessively high doses of almost any substance can cause harm. The function of organs in the body are connected and systemic effects on growth and health can affect a number of organs including the nervous system.

37.     The more relevant consideration for regulation of substances is the relationship between dose and potential health effects at relevant human exposures. <u>This relationship is the central tenant of toxicology</u>. Conversely, a relationship in which health effects increase but then decrease with increasingly higher chemical dose does not indicate chemical-induced toxicity. Study quality issues can

also affect whether the observed dose-response relationship is related to the chemical or to lack of control for other influences. Most of the toxicological literature regarding the effects of fluoride on learning and memory do not permit the determination of a reliable dose-response relationship. And many have not tested exposure levels that are relevant to the low levels of exposure from community water fluoridation in the United States.

**B.    How the Experimental Dose is Delivered Can Affect Results.**

38.    In addition to the magnitude of the dose, whether a substance causes a health effect is determined by whether the nature and pattern of exposure to this dose is sufficient to overwhelm the body's protective mechanisms. The body may tolerate brief, infrequent chemical exposures without an adverse effect. Such exposure allows recovery compared to the same dose that is repeated daily over time, resulting in accumulation of toxic effects. In either case, if the amount of substance that enters the body exceeds its ability to detoxify, eliminate the substance, and address any potential harm; damage to cells, tissues, and organs can occur. Thus, even for a daily exposure, the dose if taken all at once can be more toxic than if spread out in smaller increments over a day as in drinking water.

**C.    Animal-to-Human Fluoride Dose and Water Concentration Comparisons.**

39.    Because of differences in body size and metabolic rate, the fluoride concentration in a dose to a rat is not equal to the dose to a human. Sources of fluoride in laboratory rats and in humans also differ. It is important, therefore, to understand generally how U.S. drinking water concentrations relate to those administered to rats.

40.    The fluoride water concentrations used by McPherson 2018 (10 and 20 mg/L) result in generally similar exposure to total fluoride exposures in U.S. children from drinking water at the U.S. Public Health Service current (0.7 mg/L) and previous (0.7−1.2 mg/L) recommended levels in combination with other sources including diet, toothpaste, and soil (U.S. EPA 2010). These calculations include a 90th percentile water intake rate and other sources of fluoride exposure reported for 0.5-to-1-year-old and 14-year-old children (NTP 2016). In lieu of a specific rat-to-human pharmacokinetic dose conversion for fluoride, calculation of a drinking water equivalent concentration for rats was based on the default assumption that pharmacokinetic differences with body size scale as a function of the three-quarter power of body mass.

41.     Drinking water intakes for the U.S. population are determined using a survey on two non-consecutive days. The data distribution used includes only people who reported drinking tap water on the survey days even though not everyone drinks tap water every day. A child with a 90th percentile drinking water intake rate, therefore, was reported to drink more water per day than 90 percent of the other children in the survey who reported drinking water. High short-term water consumption may also not be sustainable or representative of consumption over weeks, months, or years.

42.     As shown in Table 1, 20 mg/L of fluoride in drinking water for rats is higher than equivalent total fluoride exposures to children in the United States at the current U.S. Public Health Service recommendation. Dental fluorosis observed in rats at 20 mg/L (McPherson 2018) but less so in U.S. populations at 0.7 mg/L indicates that 20 mg/L overestimates rather than underestimates the current U.S. population equivalent concentration. As discussed below, effects on growth in rats observed at fluoride water concentrations above 20 mg/L, but not in U.S. infants and children, likewise suggest that equivalent U.S. population exposures are not as high as in these studies. On the other hand, the toxicity of fluoride could differ in rats and humans or the experimental designs are flawed, which in either case would make studies in rats uninformative for understanding the dose-response of fluoride for humans.

| Table 1. Equivalent fluoride water concentrations for a rat based on total dose of fluoride in a 0.5-to1-year-old or 14-year-old child at different water concentrations based on calculations of NTP (2016)* | | | | |
|---|---|---|---|---|
| U.S. Drinking Water Concentration (mg/L) | Total dose for 0.5- to 1-year old (mg/day) | Total dose for 14-year old (mg/day) | Equivalent rat water concentration (mg/L) | |
| | | | 0.5 to 1-year old | 14-year old |
| 0.7 | 1.05 | 2.17 | **12** | **16** |
| 1.2 | 1.54 | 2.88 | 18 | 21 |
| * Rat daily dose per body weight = human daily dose per body weight × (human body weight/rat body weight)$^{3/4}$; equivalent rat water concentration = rat dose per body weight × rat body weight (0.234 kg) / rat water intake (0.034 L/day); human body weight = 9 kg for 0.5 to 1-year-old and 60 kg for 14-year-old child. | | | | |

43.     Fluoride exposure to the rats in the McPherson 2018 study was largely through drinking water because of their use of a low fluoride diet and lack of exposure from other sources such as toothpaste. By contrast, in addition to several other deficiencies, a large majority of toxicological studies failed to quantify exposure from diet, making a dose comparison from those studies between animals

10

and humans highly uncertain. Insufficient characterization of the identity and purity of the test (fluoride) compound in a number of studies, as noted by NTP 2016, further obscures the understanding of fluoride dose. Thus, the inconsistency in results among studies is not surprising.

**D.     Reported Adverse Effects on Growth Probably Explains Some Observed Effects.**

44.     Modifying an animal's water source can affect how much water and, relatedly, food is consumed, thereby affecting growth and development. These secondary effects may explain some or all of the purported effects observed in a study.

45.     In several toxicology studies, reductions in body-weight gain in mother rats, their offspring, and weanling to adult rats have been reported at fluoride exposure levels in several studies ranging from 22.6 mg/L to 120 mg/L. Some studies that have measured drinking water intake have also noted reduced water consumption; however, most studies do not report details on body weight, water or food consumption, or health of the animals. Effects on growth could result from metabolic or systemic effects or simply because the animal dislikes the taste of the sodium fluoride in the water. Further, less milk may be available to nursing animals in these studies. Indeed, reduced milk production by dams (mother rats) was reported at concentrations of 25 mg/L with starvation in several litters. The epidemiological literature has not identified similar effects on body weight or growth in human populations. Thus, the observed neurobehavioral effects in animals at these fluoride concentrations may be secondary to other influences that are not relevant for the U.S. population.

**VI.     IMPORTANCE OF SYSTEMATIC REVIEW AND STUDY QUALITY.**

46.     Review of study methods, conduct, and completeness of reporting is as important as study results in judging the weight of the scientific evidence. This is even more critical for a chemical like fluoride. In over 30 years of experience in risk assessment and toxicology of environmental chemicals, I have never seen a chemical with such a large amount of literature with poor study quality and potential for biased reporting of toxicological effects as fluoride. Dr. Thiessen's and Dr. Grandjean's focus on quantity of studies and reported results and failure to assess study quality, therefore, is particularly troubling. Consideration of study quality is an important part of the systematic review process.

47.     The more recent need for rigorous systematic review methods in science and medicine in general has been fueled by recognition of the irreproducibility of much of the published scientific and

biomedical research. A survey of 1,576 researchers by the journal *Nature* identified "selective reporting of results" followed by "the pressure to publish" as leading contributing factors to the irreproducibility crisis. Study controls, investigator blinding to treatment groups, and reporting of all of the data are also key to reproducibility of results. Publication bias results from selective reporting of finding effects and the reluctance of researchers to submit study results with negative (i.e., no effects) findings for publication, as well as from the tendency of journals and the peer review process to accept positive results as important findings and reject negative results as uninteresting or the result of insufficient study power. Biased reporting also results from post-hoc explanations to fit the data, consistent with the author's views, rather than objectively testing *a priori* hypotheses.

48.     Several of the studies purporting to observe neurotoxic effects from fluoride, including those on which Dr. Thiessen and Dr. Grandjean rely, were conducted in China. Study reproducibility is particularly a high concern in China, with additional problems regarding study reliability, scientific misconduct, and peer review frauds, likely related to emphasis on quantity rather than quality of publications as metrics for awarding promotions and financial rewards to researchers. A number of Chinese studies have been withdrawn from journals because of plagiarism, fabrication, or republishing the same data. The Chinese authors of an allegedly best available study on fluoride for risk assessment (Hirzy 2016) attempted to republish their 2003 study as an original article in 2010 in a leading journal of the National Institutes of Environmental Health. The journal accepted the manuscript for publication, produced it online in prepublication form, but then withdrew the study when it was learned that the data had been previously published in the *Fluoride* journal. The withdrawn paper still appears in its *Environmental Health Perspectives* prepublication form on the online website ResearchGate, with no mention that it was withdrawn.

49.     For toxicology studies, national and international laboratory practices and testing guidelines, such as for neurodevelopmental toxicity testing have been developed to ensure that data on industrial chemicals, pesticides, or drugs are scientifically sound and reliable for making regulatory decisions to protect public health. Academic research that is not being conducted for regulatory purposes, however, is not required to adhere to these practices or guidelines. While this may be appropriate for hypothesis generating studies rather than safety testing for regulatory approval, the results of such studies

often provide an insufficient basis for conclusions regarding a chemical's toxicity to support dose-response assessment.

**VII.    THE NATIONAL TOXICOLOGY PROGRAM'S 2016 SYSTEMATIC REVIEW.**

50.    NTP conducted a comprehensive systematic review of animal neurotoxicology studies to develop conclusions about whether fluoride exposure is associated with impairments in learning and memory.

**A.    NTP 2016 Methodology.**

51.    NTP based its systematic review on the NTP Office of Health Assessment and Translation ("OHAT") systematic review methods. These methods are an outgrowth of a recent broader national and international recognition of the need for established systematic review methods that are scientifically reliable, transparent, efficient, and reproducible, with emphasis on evaluation of study quality for basing conclusions on the weight of the scientific evidence for health decision making on environmental chemicals.

52.    NTP identified all relevant published evidence using a documented search strategy and assessed the quality of the individual studies ("risk of bias").

53.    NTP's chief concerns regarding study quality included the insufficient characterization of the identity and purity of the test compound, unknown amount of fluoride in the rodent food ("chow"), indirectness of some of the tests used for assessing learning and memory, and lack of control for various factors that could affect the results, such as:

- Non-randomization of administered dose or exposure level;
- Inadequate concealment of allocation of animals to treatment groups;
- Non-randomization of animals from different groups in testing;
- Insufficient control for litter effects in developmental studies;
- Low confidence in the exposure assessment;
- No blinding of the test administrator to treatment group identity;
- Incomplete reporting of outcome data due to attrition or exclusion from analysis;
- Non-identical conditions among treatment and control groups;
- Lack of key information on numbers of animal treated or sex; and

- Other potential threats to internal validity.

54.     Dr. Thiessen and Dr. Grandjean overlooked or dismissed these concerns in their consideration of the toxicology literature.

55.     NTP set aside the studies that it determined in its scientific judgment to have a high risk of bias, defined as three or more serious deficiencies in study quality, such as lacking randomization and blinding during outcome assessment, randomization to treatment group, control for litter effects, and characterization of the administered chemical. NTP included studies with up to two serious deficiencies that could have greatly compromised the validity of the results. If NTP had allowed no serious-risk-of-bias issues, nearly all of the studies would have been eliminated.

56.     The risk of bias criteria that NTP identified were consistent with critical analyses of toxicological evidence for neurodevelopmental studies, which also include criteria applicable to neurobehavioral testing in animals more generally. These critical deficiencies are known to produce unreliable results. For example, lack of control for litter effects can exaggerate the statistical significance of the results of developmental neurotoxicology studies because animals from the same litter have similar genetics and environmental influences *in utero* and while nursing. Investigator blinding to the treatment group identity of animals or cells (*in vitro* testing), although rarely mentioned by fluoride studies, is particularly important. That is because of the influence of investigator expectation on the effect of treatment on neurobehavioral test results, histopathological scoring of organs and tissues, or *in vitro* study observations. Lack of investigator blinding, in fact, is one of the chief causes of the reproducibility crises for biomedical and scientific studies. Non-randomization (or lack of counter balancing such that animals from each treatment group are evenly distributed across testing times) in testing animals from different groups is also a high concern for creating potential differences in outcomes among groups that are related to factors such as temporal differences in physiological rhythms or investigator handling and not to chemical exposure.

57.     NTP identified the studies it selected as more reliable, the studies that were not reliable, and the reasons for its selections. Such a clear and transparent presentation of the quality and confidence in the evidence is of particular importance for fluoride given the serious limitations of many of the studies.

58.     NTP then synthesized and rated the evidence for effects on learning and memory. NTP uses the following level-of-evidence categories: (1) High; (2) Moderate; (3) Low; or (4) Very Low/No Evidence Available.

59.     NTP 2016 defined these categories in the following ways:

| Evidence Descriptors | Definition |
|---|---|
| High Level-of-Evidence | Confidence is high in the body of evidence for an association between exposure to the substance and the behavioral outcome(s). |
| Moderate Level-of-Evidence | Confidence is moderate in the body of evidence for an association between exposure to the substance and the behavioral outcome(s). |
| Low Level-of-Evidence | Confidence is low in the body of evidence for an association between exposure to the substance and the behavioral outcome(s), or no data are available. |
| Evidence of No Health Effect | Confidence is high in the body of evidence that exposure to the substance is not associated with the behavioral outcome(s). |
| Inadequate Evidence | Insufficient evidence is available to assess if the exposure to the substance is associated with the health outcome(s). |

60.     NTP 2016 assessed the confidence in the evidence supporting neurotoxicity as a hazard of fluoride based on factors such as the magnitude of the effect, dose-response (i.e., increasing effect with increasing dose), the effect of potential confounding factors (other factors than fluoride exposure that might affect the outcome), consistency in results, risk of study bias, publication bias, whether measures of effects were direct or indirect, and the amount of precision in measures. Dr. Thiessen discounts NTP's concerns regarding the fluoride literature, apparently considering that most of these deficiencies would have no effect on the study results, and erroneously concluding that the introduction of such random variability will tend to result in bias to the null (i.e., resulting in no difference between fluoride exposed and control animals). Nevertheless, the introduction of error in the fluoride studies also includes bias toward finding treatment effects versus controls (e.g., lack of investigator blinding). Bias away from the null (e.g., bias towards a positive association) is also a high concern from litter effects or lack of randomization in assigning animals to treatment groups or in testing, and even if non-differential (e.g., equivalent chance of bias for higher or lower performance than controls), such error produces unreliable results. Publication bias will further promote the reporting of inflated, erroneous, positive treatment-related findings.

**B.      Insufficient Research Regarding Effects on Learning and Memory at Exposure Levels Near 0.7 mg/L.**

61.      At the time the NTP published its systematic review, there were very few studies of learning and memory effects at fluoride exposures of relevance for 0.7 mg/L, the relevant exposure level for community water fluoridation in the United States. NTP called for additional research to address this gap as well as other gaps identified by its systematic review.

62.      NTP concluded the following with respect to the state of the literature at that time:

> **Conclusion**
>
> Very few studies assessed learning and memory effects in experimental animals (rats and mice) at exposure levels near 0.7 parts per million, the recommended level for community water fluoridation in the United States. At concentrations higher than 0.7 parts per million, this systematic review found a low to moderate level-of-evidence that suggests adverse effects on learning and memory in animal exposed to fluoride. The evidence is strongest (moderate level-of-evidence) in animals exposed as adults and weaker (low level-of-evidence) in animals exposed during development. Confidence in these findings was reduced primarily based on potential confounding of the learning and memory assessments by deficits in motor function or fear and risk of bias limitations. Additional research is needed, in particular to address potential effects on learning and memory following exposure during development to fluoride at levels nearer to 0.7 parts per million. NTP is conducting laboratory studies in rodents to fill data gaps identified by this systematic review of the animal studies. The findings from those studies will be included in a future systematic review to evaluate potential neurobehavioral effects from exposure to fluoride during development with consideration of human, experimental animal and mechanistic data.

63.      As I explain below, NTP did conduct follow-up research to address these gaps. That study is McPherson 2018.

64.      But even at concentrations higher than those that are relevant for U.S. community water fluoridation (i.e., 0.7 mg/L), the evidence from the studies that NTP 2016 reviewed includes considerable risk of bias and lack scientific reliability for identifying points of departure for a risk assessment of relevance for human populations.

65.      NTP rated the evidence for effects on learning and memory in two categories: (1) animals exposed during development; and (2) animals exposed as adults.

**C.      Animals Exposed During Development: Low Level-of-Evidence.**

66.      The focus of Plaintiffs' designated experts has been on neurodevelopmental effects from fluoride exposure *in utero* and at young ages. Thus, the toxicological evidence from exposure during development is particularly relevant.

67.      At  concentrations  higher  than  those  that  are  relevant  for  U.S.  community  water

16

fluoridation, NTP rated the evidence as <u>low</u> for supporting developmental neurotoxicity of fluoride on learning and memory. Much of the testing in the available studies was indirect in that instead of testing learning and memory, treatment-group effects could result from differences in motor or sensory function or possibly behavioral or physical differences. Because the studies reported associations between fluoride intake and adverse effects on growth, all the more, these studies are not able to distinguish cognitive effects from those resulting from other effects on normal development of the animals tested.

68.     NTP's assessment of study quality resulted in inclusion of six developmental studies conducted in rats. NTP judged all of these studies to have risk of bias concerns for potential threats to internal validity. And with only one exception, NTP found that these studies had risk of bias deficiencies for concealment of allocation to study group and for blinding of study investigators to treatment group during the study.

69.     The developmental studies NTP 2016 reviewed thus provide a poor scientific basis for identifying points of departure for deriving toxicity reference doses for use in risk assessment of developmental neurotoxicity of cognitive effects. A point of departure is the critical effect dose on a toxicological dose-response curve established from experimental data or observational data (for example, no-observed adverse-effect levels, lowest-observed-adverse-effect levels, or benchmark doses). It is true that one in theory could use any study that claims to have found an effect, no matter how poorly conducted, to derive a point of departure. Here, however, NTP correctly found that the data were insufficient to have confidence in the magnitude of effects or points of departure for developing toxicity reference values for risk assessment.

70.     In particular, the developmental studies provide insufficient basis for a dose-response relationship between fluoride and neurodevelopmental effects. Four of the six developmental studies used the Morris water maze to test rats exposed *in utero* and after birth to fluoridated drinking water ranging in concentration from 11.3 to 45.2 mg/L. The Morris water maze is widely used to study learning and memory in animals. The test generally involves repeated trials of placing a rat in a large circular pool of water with a hidden platform that the rat must find by memory. Performance in the four studies using the Morris water maze was reported to be decreased compared to controls at all doses tested. However, only one study (Jiang 2014a) tested more than one treatment dose (11.3, 22.6, 45.2 mg/L)

1  compared to the control (0.34 mg/L). While Jiang 2014a reported signs of a dose-response relationship

2  (i.e., increasing effects with dose) for most parameters, it also found statistically significant dose-related

3  decrements in body weight and brain weights.

4    71.    Dose-related differences in body weight in Jiang 2014a suggest that performance in the

5  water maze test by the fluoride exposed groups was influenced by differences in health, body size,

6  strength, or development. Fluoride doses could have also been higher than represented given the reduced

7  body weight at relatively low fluoride water concentrations (e.g., 22.6 mg/L). The concentration of

8  fluoride in the food was not reported. Undernutrition has been shown to result in neurological effects in

9  humans and animals (including reduced cognitive development and effects on peripheral nerves) and

10  exacerbation of neurotoxicity of other agents. The evidence from Jiang 2014a is thus unclear for low-

11  level effects of fluoride on learning and memory.

12    72.    As for the other neurodevelopmental studies, fluoride exposure levels tested (22.6 mg/L

13  and higher in drinking water) were selected in some studies with the goal of causing dental fluorosis in

14  the parental rats. Fluoride-exposed rats at these levels showed lower performance relative to the control

15  group. However, little information can be obtained from these studies regarding developmental

16  neurotoxicity at lower levels of exposure relevant to the United States, which were derived with the goal

17  of *minimizing* fluorosis. Moreover, these studies have the same concerns regarding whether reduced

18  body weight gain caused the observed effects, in addition to study quality issues.

19    **D.    Animals Exposed as Adults: Mixed Ratings.**

20    73.    In animals exposed after weaning through adulthood, NTP concluded that a <u>moderate</u>

21  level-of-evidence supported effects on learning and memory. This finding was based on studies using

22  the Morris water maze test conducted at exposure levels of 2.26 to 62.7 mg/L. NTP rated other studies

23  using different test methods as providing a <u>low</u> level-of-evidence because of the indirectness of the

24  measure of effects on learning and memory as well as issues of bias, including failure to follow the well-

25  established practice of investigator blinding.

26    74.    Similar to the developmental studies, NTP noted a reservation regarding the inability to

27  distinguish whether the effects observed were the result of cognitive effects on learning and memory or

28  were secondary to motor or sensory function, which also could result from effects on growth as reflected

by dose-related differences in body weights. NTP also noted that there was little reporting of the amount of fluoride in animal chow.

75.     For studies in adult animals tested using the Morris water maze, evidence for effects were more consistent among studies at 22.6 mg/L and higher (although not entirely) than at 2.26 mg/L. Six of the seven studies using a 2.26 mg/L exposure concentration were conducted by one research group at the Guiyang Medical University in China, with some studies reporting statistically significant effects at this concentration for some tests that were not found by other studies, including from the same research group. Thus, the limited and inconsistent findings of an effect at a drinking water concentration of 2.26 mg/L is scientifically unreliable, particularly given the potential for uncontrolled variation and bias in these studies.

## VIII.   RECENT DEVELOPMENTAL NEUROTOXICOLOGY LITERATURE.

76.     Based on my searches of the literature using the same scientific methodology that NTP 2016 used, I identified twelve developmental neurotoxicity studies published since the NTP 2016 systematic review search: NTP's follow-up study, McPherson 2018, and eleven others.

77.     First, I will discuss my critical analysis of McPherson 2018. <u>McPherson 2018 is the most comprehensive and well-conducted and reported developmental neurotoxicity study of learning and memory in animals among the studies published after the NTP 2016 review</u>. It addressed many of the key data gaps in the literature on the relationship between fluoride exposure and developmental neurotoxicity. The results of the study, therefore, are the most reliable of the studies I identified in my systematic review.

78.     Next, I will respond to Dr. Thiessen's and Dr. Grandjean's unscientific dismissal of McPherson 2018. Dr. Thiessen and Dr. Grandjean dismiss McPherson 2018 in favor of poor-quality and unreliable studies for assessing learning and memory. In fact, they devote considerable effort to justify (incorrectly) their dismissal of McPherson 2018, but blindly accept the findings of the other studies that report effects of fluoride with no critical evaluation of the poor quality of these studies.

79.     Finally, I will discuss my critical analysis of the other developmental neurotoxicology literature published since the NTP 2016 systematic review. Other studies published after the NTP 2016 review had significant issues of study quality, risk of bias, indirectness for testing learning and memory,

and hence reliability for basing conclusions, including serious limitations for quantifying the dose-response of fluoride exposure and developmental neurotoxicity and the consistency of this evidence with the epidemiological studies of cognitive effects in children.

**A.     NTP's Developmental Neurotoxicology Study: McPherson 2018.**

80.     As explained above, the NTP 2016 systematic review identified key data gaps in the available data and the lack of comprehensive, well-conducted studies for assessing the dose-response at relevant human exposures, especially concerning the developmental neurotoxicity of fluoride. NTP researchers conducted follow-up experiments to respond to this research need.

**1.     Methodological strengths of McPherson 2018.**

81.     NTP researchers used rigorous study methods in accordance with NTP's developmental neurotoxicology protocols, which are generally consistent with guidelines of other national and international programs.

82.     Overall strengths of McPherson 2018 include:

- Assessment of exposure to drinking water fluoride concentrations that were of relevance to the U.S. population;

- Multiple dose groups to examine dose response and exposure to fluoride in water and laboratory animal diet;

- Much larger treatment group sizes than most other neurotoxicity studies of fluoride;

- Control for litter effects by cross fostering pups and in assignment to tests;

- Test protocols that specify counterbalanced randomization of dose groups during testing, experimenter blinding to treatment group, counterbalancing multiple technicians (if needed) across dose groups, and requiring greater than 80 percent inter-reliability of technicians for observational studies;

- Several tests of learning and memory and examination of a number of other neurobehavioral parameters for comparison to the results of previous studies;

- Measurement of thyroid hormone levels and fluoride concentrations in plasma, urine, brain, and bone;

- Histopathological examination of the brain and general pathology of other organs; and

- Detailed reporting of methods and results.

83.     Plaintiffs' experts mistakenly count McPherson 2018 as a single study. While it was a single publication, it reported in detail the rigorous methodology and results of several separate tests and endpoints examined. Accordingly, McPherson 2018 consists of 9 high-quality behavioral tests that could each qualify as a separate study.

84.     McPherson 2018 used four treatment groups with different fluoride concentrations in diet and drinking water:

- A standard rat diet (20.5 ppm fluoride) and reverse osmosis water;

- Low fluoride custom diet (3.24 ppm fluoride) and reverse osmosis water;

- Low fluoride diet and 10 mg/L fluoride in water; and

- Low fluoride diet and 20 mg/L fluoride in water.

85.     As explained above, total fluoride doses associated with the current and former U.S. Public Health Service recommendations (0.7 and 0.7–1.2 mg/L, respectively) are equivalent approximately to the water exposure concentrations that NTP researchers chose in McPherson 2018. The fluoride concentrations in the fluoridated water treatment groups account for size-adjusted differences in exposure between rats and children as well as consideration of exposure to fluoride from other sources.

86.     McPherson 2018 used sample sizes that are consistent with well-established developmental neurotoxicology guidelines and that far exceed most other neurotoxicology studies of fluoride. Many of the studies use 6 to 10 animals. NTP, however, recommends at least 15 animals, and guidelines by EPA and the Organization for Economic Co-operation and Development call for 20 animals per dose group. McPherson 2018 used 17 to 23 pups per dose group for the main dose groups of the Morris water maze study (low-dietary fluoride control, 10 mg/L dose group, and 20 mg/L dose group) and 15 pups for the standard diet control group. The number for that group was reduced because of elimination of some animals that did not try to swim to the platform and therefore did not complete the test appropriately.

87.     Sample size is critically important. A large sample size increases the ability to statistically

detect smaller differences between treatment and controls and by decreasing the potential variability, increasing the power to find statistically significant differences, while decreasing the possibility of erroneous chance findings. Greater variability in results from small sample sizes also tends to exaggerate the size of effects. Thus, although effects may be more difficult to detect statistically in underpowered studies, when they occur (which can also be due to chance, bias, and selective reporting), their effects are more likely to be overestimated, and various factors increase the prevalence of the reporting of these findings in the literature.

88.     No other study of the developmental neurotoxicity of fluoride has controlled for litter effects to the extent in McPherson 2018. The importance of litter effects on study results has long been recognized in developmental toxicity testing of chemicals using rodents. Animals within a litter are more likely to respond similarly with each other and potentially differently from those of other litters because of their shared genetics and environmental conditions. Treatment of littermates as independent observations within a treatment group can therefore greatly exaggerate the statistical significance of the results. McPherson 2018 cross-fostered and limited pups assigned to each measurement endpoint to only one pup per gestational and per postnatal period, thereby reducing potential non-independence of individual pups within groups that could bias findings.

89.     Dr. Thiessen dismisses control for litter effects as not important for study quality because she believes the effects would be non-differential. But her views are not consistent with well-accepted best practices and guidelines for developmental neurotoxicity testing in the field of toxicology. In fact, lack of control for litter effects is likely to cause groups to be different because of the greater similarity of animals within litters versus between litters. And even for non-differential effects, repeated studies (including by the same research group in China for fluoride) in combination with sources of uncertainty and bias toward publishing treatment-related results will likely produce spurious and exaggerated findings.

### 2.     McPherson 2018 did not observe exposure-related differences in learning and memory.

90.     Most neurotoxicology studies have used one or a few tests and measures, which limits comparability of results. McPherson 2018, however, conducted a large number of behavioral tests that

have been used in studies of neurobehavioral toxicity of fluoride and other chemicals.

91.     McPherson 2018 conducted the following behavioral tests:

- Running wheel activity;
- Elevated plus maze;
- Locomotor activity (open field);
- Light/dark place preference;
- Passive avoidance;
- Hot-plate latency;
- Startle response and pre-pulse startle inhibition;
- Morris water maze (including acquisition and reversal learning); and
- Y-maze.

92.     McPherson 2018 also ran additional tests to follow up on findings from previous studies.

93.     Overall, the results of McPherson 2018 do not support developmental neurotoxicity with increased fluoride exposure at concentrations of relevance for U.S. populations.

94.     McPherson 2018 found statistically significant effects in the hot-plate latency test and Morris water maze in the 20 mg/L group versus controls. Neither findings, however, supported that fluoride had an exposure-related effect on learning and memory. A hot-plate latency test measures the latency of the animal to respond to being placed on a hot-plate platform. It is a sensory test, not a test of learning and memory. McPherson 2018 observed significantly shorter response latencies in the 20 mg/L dose group indicative of hyperanalgesia (higher pain sensitivity). McPherson 2018 observed a statistically significant difference in the Morris water maze test, too, but again not clearly an adverse effect. The rats in the 20 mg/L dose group had significantly *shorter* latency to find the hidden platform. No significant difference in path length was observed across the groups. In other words, the rats in the 20 mg/L dose group swam faster to the platform than the control group. Other studies, however, report depressive effects of fluoride on movement, including increased hot plate latency and longer swimming times in the Morris water maze in male and female rats exposed *in utero* to 25 mg/L (Wu 2008). Jiang 2014a likewise reported dose-related longer swimming times in male and female rats with *in utero* exposure to 11.3, 22.6 and 45.3 mg/L of fluoride in drinking water.

95.     It is not clear that the results of McPherson 2018's water maze test are indicative of hyperactivity, because the rats' path was not more erratic than controls. And McPherson 2018 did not treat this result as an adverse effect. With the large number of statistical comparisons conducted, a few statistically significant results would be expected even in the absence of actual differences, and certainly do not indicate a pattern of adverse effects on cognitive development.

96.      In addition to the various neurobehavioral tests, McPherson 2018 also reported on other indicators of exposure and health effects such as body weight; fluoride levels in plasma, urine, brain, and bone; thyroid hormone levels; histopathological examination of key areas of the brain; and general pathological examination of the kidney, liver, heart, and reproductive organs.

97.     <u>McPherson 2018 found no effects in these parameters that were attributed to fluoride exposure</u>. McPherson 2018's findings are different from other studies highlighted by Plaintiffs' experts with less rigorous methods (e.g., no mention of investigator blinding, randomization of groups in testing). Plaintiffs' experts failed to explain why those less rigorous studies are more compelling than the findings from the well-conducted studies by McPherson 2018.

98.     McPherson 2018 observed dental fluorosis in the 20 mg/L dose group, increased levels of fluoride in the rats' brains, and inflammation in the prostate. None of these observations is relevant to whether there is a dose-related effect on learning and memory in the animal tests and what that may mean about neurotoxic effects in human. If anything, it indicates that dental fluorosis is a more sensitive effect than developmental effects on learning and memory.

99.     As the most comprehensive and well-conducted study that addresses many of the key data gaps in the literature on the relationship between fluoride exposure and developmental neurotoxicity, the results of McPherson 2018 are therefore the most reliable.

**B.     Drs. Thiessen's and Grandjean's Critiques of McPherson 2018 Lack Scientific Basis.**

100.     Plaintiffs' designated expert witnesses discount and largely ignore the findings of McPherson 2018 on two grounds. Each lacks scientific support.

101.     As an initial matter, both grounds and others were presented in a commentary relied upon by Dr. Thiessen (and apparently by Dr. Grandjean based on his comments and purported reliance on

Dr. Thiessen) published in the *Journal of Medical Hypothesis*, Spencer & Limeback 2018. This commentary claimed to have identified ten flaws in McPherson 2018, which were addressed in my report in this case. I address two of the reasons that Dr. Thiessen and Dr. Grandjean parrot for ignoring McPherson 2018, followed by addressing an additional reason from the commentary.

102.   Ms. Spencer lists her affiliation as Lesley University; however, this is not a faculty appointment. Rather it appears that she received a master's of arts degree in "individual and organizational learning process" from this college. Dr. Limeback is an emeritus professor of dentistry and was a member of the National Academies of Sciences fluoride committee. Neither has a background or credentials in toxicology.

103.   Like Drs. Thiessen and Grandjean, their commentary does not conduct a critical review of the other developmental neurotoxicology studies on fluoride, which are of far lower quality and less comprehensive and scientifically rigorous than McPherson 2018. Many of the "flaws" would also apply to animal developmental neurotoxicity studies in general or to the other such studies that have been conducted on fluoride. The criticisms of Spencer and Limeback 2018 regarding McPherson 2018 have little scientific basis and contain a number of errors. No actual evidence indicates that the lack of statistically significant effects with fluoride exposure reported by McPherson 2018 resulted because of the issues raised by Spencer and Limeback 2018.

104.   First, Dr. Thiessen and Dr. Grandjean attempt to explain away McPherson 2018's no-effect observations on the ground that the researchers used Long Evans Hooded rats, a strain of rat that has often been used in developmental neurotoxicology studies of chemicals. They claim, as do Spencer and Limeback 2018, that this strain of rat has lower sensitivity to fluoride than other strains. They all cite to a 1967 study in which no neurobehavioral effects were observed in adult Long Evans rats exposed to 4.34 and 42.4 mg/L of fluoride in water. NTP's 2016 systematic review identified that study as having a high risk of bias. Thus, the lack of positive findings is unlikely to be related to the rat strain used. Further, two other recent studies reported no effects of fluoride exposure on learning and memory in a different rat strain at even higher fluoride exposure levels. This further discredits Dr. Thiessen's and Dr. Grandjean's attempt to explain away McPherson 2018's no-effect observations.

105.   Dr. Grandjean contradicts his position by citing a study in his report that tested Long

25

Evans rats (Varner 1998). Dr. Grandjean did not mention the rat strain in his report. The study observed effects on the brain in Long Evans rats at a fluoride drinking water concentration as low as 1 mg/L. In any event, this study, too, is difficult to interpret for a number of reasons, including that it reported neurotoxicity from fluoride *and* aluminum. In fact, in a subsequent study, the effect was not found to be associated with fluoride exposure at a similar level without aluminum.

106.    Finally, apparently relying on the non-scientific commentary of Spencer and Limeback 2018, Dr. Thiessen argues that Long Evans Hooded rats have "different sensitivities" to substances that cause malformation of an embryo (teratogens) *in utero* compared to a different rat strain, implying that McPherson 2018 did not find effects because Long Evans rats are less sensitive. Dr. Thiessen and the commentators cite to a 1986 study to support their critique. That study, however, observed similar total rates of malformations in offspring of Long Evans and other rat strains after *in utero* exposure to an herbicide. None of the results indicated that Long Evans rats would be less susceptible to developmental toxicity. The assertion by Plaintiffs' designated expert witnesses and the unscientific commentary on which they relied that Long Evans rats are less sensitive to neurotoxicants, teratogens, or fluoride is entirely without support.

107.    Second, Dr. Thiessen and Dr. Grandjean, again apparently relying on the same commentary, attempt to set aside McPherson 2018's no-effect observations because exposures in the dosing groups began at day six of gestation. Dr. Thiessen argues that because pregnancy in rats lasts approximately twenty-one days, effects from fluoride exposure during the "first trimester" would not have been detected. While Dr. Thiessen acknowledges that dams were exposed through the lactation period and offspring were exposed after weaning, she states that because fluoride content in rat milk is low in comparison to the dam's fluoride intake, fluoride exposure during important periods of potential susceptibility (early gestation and the neonatal period) were missed in the McPherson 2018 studies.

108.    This second critique is likewise without basis. To begin with, the first six days of gestation in rats is not equivalent to the "first trimester" of a human pregnancy. In fact, the rat blastula is a freely floating collection of cells that is not implanted in the uterus until gestational day six. At that time, some of the cells form the placenta and others the embryo. Prior to this time, placental exposure or neurodevelopment would not occur. That is why gestational day six is the widely recommended time to

begin maternal dosing in a *developmental neurotoxicity* study in rats. While earlier dosing may be appropriate for a *reproductive toxicity* study, that was not the focus of McPherson 2018, nor has it been the focus of toxicity studies of fluoride.

109.   Finally, Spencer and Limeback 2018 fault McPherson 2018 for using only male offspring in their testing. In fact, using male offspring is similar to most of the neurotoxicology studies of weanling and adult rodents. Although Spencer and Limeback 2018 fault McPherson 2018 for using only one sex because of uncertainty regarding whether the sexes differ in susceptibility, they do not have similar criticisms of the numerous other neurotoxicity studies that used only one sex. Moreover, although NTP's 2016 systematic review noted that no studies have directly compared effects between the sexes for fluoride, the overall evidence from animal studies does not suggest that the sexes would differ materially in susceptibility to fluoride. Various studies have used only males or only females, and some have used both or sex was unspecified. Two studies reported how male and female rats compared in the Morris water maze. Wu 2008 did not find sex differences in the Morris water maze and other neurobehavioral tests with *in utero* fluoride exposure, although this study had a high risk of bias. Jiang 2014a, likewise, did not find a sex difference with *in utero* fluoride exposure in the Morris water maze.

110.   Further, a study that Spencer and Limeback 2018 cite to support another point reported that male rats were more sensitive to neurotoxic effects when exposed *in utero* on gestational days 17−19, and female rats were more sensitive when exposed later at weaning or as adults with no prior exposure. Fluoride doses in this study by Mullenix 1996 were relatively high.

111.   I am aware of only one other developmental neurotoxicity study of fluoride that found differential effects by sex, Bartos 2019. There, dose-related effects were found in female offspring, but were inconsistent in male offspring. In other words, the differences observed by sex differed from the Mullenix 1995 observation. As explained below, other internal issues make this study's observations less reliable.

**C.   Other Recent Developmental Neurotoxicology Studies.**

112.   Twelve developmental neurotoxicity studies have been published since NTP's 2016 systematic review: McPherson 2018 and eleven others. Consistent with the focus of my systematic review update, these studies considered effects on learning and memory, although some also considered

morphological or neurochemical effects. I included the additional study by Bartos 2019 in my analysis here for completeness.

113.    I evaluated whether each study met the criteria NTP used to identify studies with a high risk of bias (at least three deficiencies). Among the twelve studies, five would have been *included* for analysis pursuant to NTP's systematic review methods: McPherson 2018; Bartos 2018; Bartos 2019; Zhou 2019; and Zhu 2017. All of the others had at least three serious deficiencies. Those deficiencies included lack of randomization in allocation to group and in outcome assessment, lack of investigator blinding in outcome assessment, incomplete outcome data, non-identical conditions among groups, lack of control for litter effects, or other potential threats to internal validity. After McPherson 2018, Bartos 2018 and Bartos 2019 are the next best conducted of the five studies without a high risk of bias. Even Bartos 2018 and Bartos 2019, however, have serious limitations for quantifying the dose-response of fluoride exposure and developmental neurotoxicity on learning and memory.

114.    None of the studies was as well-conducted or comprehensive as McPherson 2018. The other four studies that did not have a high risk of bias are less reliable and informative than McPherson 2018 in a number of ways:

- None of the other recent studies reported the amount of fluoride in the diet.
- Numbers of animals per group in these studies were small (except Bartos 2019).
- Mention of control for litter effects was lacking or less complete than in McPherson 2018.
- Little to no description of randomization of animals from treatment groups in testing and blinding of the investigator to exposure status.
- Some studies, including Bartos 2018, 2019, used tests that were indirect rather than direct measures of memory and learning.

115.    In short, the other studies fall far short of the rigorous methodologies used in and reporting by NTP in the McPherson 2018 study. Nevertheless, Dr. Thiessen appears to rely on these twelve recent studies with the exception of Sudhakar 2018 and the addition of Jiang 2014a for basing her evaluation of neurotoxicity effect levels, with no specific discussion of the quality and reliability of all of these studies.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 1.      Summary of the Other Recent Developmental Neurotoxicity Studies.

116.    <u>The overall evidence indicates a lowest-observed-adverse-effect level ("LOAEL") for learning and memory that is likely greater than 20 mg/L of fluoride in drinking water.</u> The no-observed-adverse-effect level ("NOAEL") is likely at least as high as 20 mg/L of fluoride in drinking water. Exposure duration to fluoride in water after weaning did not appear to affect the outcomes.

117.    Three studies reported an effect in neurobehavioral testing at a lower exposure level. But the findings of those studies are inconsistent, and the studies are less reliable. Bartos 2018 and 2019 tested the pups at weaning using the step-down passive avoidance test, a lesser quality, indirect measure for assessing learning and memory. Both studies were otherwise generally well-conducted and reported, although it is unclear whether the difference between the fluoride-exposed and control groups was an adverse effect of fluoride or chance variation given the small sample size in Bartos 2018. Bartos 2019 repeated the study but tested at a younger age and included testing of males in addition to females; however, discrepancies in dose-response occurred as explained below. Cui 2017 was a poor-quality study with inconsistent findings that appear to have been affected by random variation. Both Bartos 2018, 2019 and Cui 2017 had less complete control for litter effects than in McPherson 2018, and did not report dietary fluoride levels. Therefore, comparisons of doses among the recent studies is inexact because McPherson 2018 provided fluoride water concentrations with a custom low fluoride diet (3.24 ppm) and reported that the standard rodent diet in their study had a fluoride concentration of 20.5 ppm. The other recent studies and most previous studies did not report the concentration of fluoride in the diet. NTP's 2016 systematic review noted fluoride concentrations in rodent diets of 10 ppm and up to 25.57 ppm. Thus, standard rodent diets have variable amounts of additional fluoride exposure, and studies that do not report this contribution have uncertain exposures.

118.    Given the importance of litter effects in developmental neurotoxicity testing, I confirmed with the corresponding NTP author, the extent of control for this effect as described in the methods of McPherson 2018. Contacting the authors of all of the other studies with generally little methodological information, was beyond the scope of what could be accomplished for my report.

119.    I summarized the developmental studies in Appendix C.

1

2.      **Critical Analysis of Certain Studies.**

2        120.    In the interest of brevity, I offer the following summary of the four studies (not including

3    McPherson 2018, which I analyzed above) that did not have a high risk of bias and two other studies that

4    did have a high risk of bias but which reported an effect below 20 mg/L fluoride exposure.

5                                a.      Bartos 2018

6        121.    Bartos 2018 used a lesser quality, more indirect test of learning and memory in follow-

7    up to an earlier study that examined the effects of fluoride exposure on locomotor activity and anxiety.

8    The 2018 study investigated the effects of fluoride exposure using passive avoidance tests and

9    examination of neurochemical parameters in the brains of Wistar rats. The dams received exposure

10   during pregnancy and during lactation to drinking water containing 5 and 10 mg/L of fluoride compared

11   to filtered water. Ten pregnant female rats were assigned to each control or treatment group. Litters

12   appear to have been represented equally among the treatment groups, although pups were not cross-

13   fostered during lactation, which if done, would have reduced potential variability between pups from

14   different litters due to similar gestational and lactational environment. At postnatal day (PND) 21, female

15   offspring of each litter were "housed together according to treatment group" until testing at PND 90. No

16   fluoride exposure to the offspring occurred after weaning, unlike in McPherson 2018, which continued

17   fluoride drinking water exposure after weaning until testing. Female offspring were tested for learning

18   and memory using a step-down inhibitory avoidance task (passive avoidance). In such a test a shock is

19   delivered when the rat steps down from a platform during the training phase. No shock is delivered

20   during the testing phase which measures how long a rat waits before stepping down. Group sizes at 9 to

21   10 animals for these tests and 5 for examination of biochemical parameters were much smaller than

22   recommended and also than the group sizes of McPherson 2018 (17–23 animals per fluoride dose group).

23       122.    Bartos 2018 reported that the latency of stepping off the platform for rats exposed to

24   10 mg/L was shorter after 90 minutes as well as after 24 hours compared to controls. Latency for

25   stepdown for the 5 mg/L group did not differ significantly from the control group at 90 minutes, but

26   latency for this group was statistically significantly shorter compared to the control when tested at

27   24 hours, mainly because of a much greater increase in latency by the control group between 90 minutes

28   and 24 hours. The reason for the magnitude of this increase is unclear. Because no shock was delivered

during the testing at 90 minutes, no additional training or reinforcement occurred with this test to promote an increase in latency. A few differences were also reported in the limited testing of neurochemical parameters in the brain, but a clear dose-response was not indicated.

123.    Although this study was better conducted and reported than many of the fluoride neurotoxicity studies, it has a number of limitations. These include less complete control for litter effects, small numbers of animals within groups, no information on dietary fluoride, and the indirectness of passive avoidance tests for actually measuring learning and memory.

b.    Bartos 2019

124.    This subsequent study of the Bartos 2018 research group used similar methods and included both male and female offspring in the passive avoidance testing at a younger age. Offspring were not exposed to fluoride past weaning at 21 days and this time were tested at PND 45. Results in females were similar to the previous study although not entirely the same when tested at 24 hours (10 mg/L dose group showed less of an effect than 5 mg/L from control). Males showed no clear dose-response with decreased latency at 90 minutes and 24 hours for the 5 mg/L exposure group but no difference from control for the 10 mg/L group at either avoidance testing time. Measurements of biochemical markers in the brain that showed differences from the control (several did not) likewise showed inconsistent dose-related effects primarily in males. Thus, the results of this study are difficult to interpret.

c.    Zhou 2019

125.    Zhou 2019 repeated developmental neurotoxicity tests using the Morris water maze with a few differences compared to other studies by the same research group. This group also published Zhao 2019, a high-risk-of-bias study, and Jiang 2014a, which NTP analyzed in its systematic review. Dr Thiessen included all three of these studies. Zhou 2019 investigated associations with potential mechanistic parameters using drinking water fluoride dose groups of <1, 4.5, 22.6, and 45.2 mg/L.

126.    Zhou 2019 found no differences from the control at 4.5 mg/L but decreases in spatial exploration performance at 22.6 and 45.2 mg/L, similar to effect levels in Jiang 2014a. Zhou 2019 also reported increased escape latency at 22.6 and 45.2 mg/L. (Zhao 2019, the high-risk-of-bias study, found no effect on escape latency in the place navigation test at any dose.)

127.    Zhou 2019 has questionable reliability for a number of reasons. Zhou 2019 failed to report on body-weight gain, which Jiang 2014a reported as statistically significantly decreased at 22.6 and 45.2 mg/L. These studies also lack mention of control for litter effects, experimenter blinding, and randomization in testing. They also had small group sizes.

d.    Zhu 2017

128.    Zhu 2017 tested only one relatively high dose of fluoride (100 mg/L sodium fluoride, 45.2 mg/L fluoride) in Sprague Dawley rats. Dr. Thiessen stated in her report that she excluded this study because it had only one treatment dose. Even at that dose, however, the researchers report relatively little effects of fluoride treatment in the Morris water maze. Other observed effects were varied.

129.    After exposure *in utero* and through lactation, offspring were provided with the same fluoride drinking water treatment after weaning until PND 42. This study provided more details on experimental methods than most of the other recent studies. For example, it states that litters were culled to 8 to 10 pups and "ten litters of pups in each group were randomly tested," although the methods are not entirely clear and offspring were also not cross-fostered, nor did it describe other controls for litter effects or experimenter blinding. The focus of the study was on examining molecular mechanisms of toxicity in the brain and interactions with high arsenic levels in drinking water. The performance of the fluoride-exposed rats in the Morris water maze did not statistically differ from the control group at PND 21 with differences in two measures at PND 42. Fluoride exposed rats had reduced scores for one of the two tests of reflexive responses at PND 5 and 6 compared to the control group, but not when tested at PNDs 7 to 10, indicating a transient response or possibly random variation.

e.    Cui 2017

130.    Cui 2017 had a high risk of bias and was included by Dr. Thiessen. Nevertheless, I include it in this narrative description because it purported to find an effect below 20 mg/L fluoride exposure.

131.    Cui 2017 was published in the English language in a Chinese journal and suffers from a lack of descriptive clarity among several other scientific deficiencies. Four female and two male parental Sprague Dawley rats (randomly distributed by weight) were used for each of four sodium fluoride dose groups (equivalent to 0.16, 4.5, 22.6, 45.2 mg/L fluoride). After weaning, 12 offspring of equivalent weight (6 of each sex) were selected from each dose group for continued fluoride exposure until PND 60.

At the end of exposure, the pups showed no differences in weight in relation to fluoride exposure. The medium and high dose groups (22.6 and 45.2 mg/L) showed statistically significant *longer* swim times and distances in the Morris water maze. The probe test for memory of the location of the hidden platform indicated less time and percentage of the route in the target quadrant for all fluoride dose groups with inconsistent dose-response (the 22.6 mg/L dose group performed worse than the 45.2 mg/L dose group). No details were provided on how the treatment groups performed during the acquisition phase in which the rats were being trained.

132.    The primary concerns and limitations regarding this study are the small number of dams, insufficient information on adjustment of litter size during the lactation period, control for litter effects, blinding by those conducting the testing, and other details on testing of the groups that might have affected the outcome. The lack of clear dose-response and consistent effects in this study is indicative of possible random variation rather than a dose-related effect of fluoride.

f.    Sudhakar 2018

133.    Sudhakar 2018 also had a high risk of bias. Dr. Thiessen did not cite Sudhakar 2018 in her report. Nevertheless, I include it in this narrative description because it purported to find an effect below 20 mg/L fluoride exposure. This study tested sensory/motor reaction (limb withdraw from a stimulus) in Wistar rats. It does not reflect cognitive effects. Further, it has poor reliability given the lack of information on controls for important factors as well as small numbers per group and only one dose tested.

134.    The researchers exposed an unreported number of pregnant rats to 9.05 mg/L of fluoride in drinking water or "tap water." The researchers provided very little information about the experimental methods and adherence to guidelines, such as adjusting litter size to be equal among groups, sex of pups, control for litter effects between groups, or blinding of observer during testing. Treated offspring tested at PND 21 and PND 30 showed a decrease in response relative to controls (6 rats tested per group).

IX.    **RECENT WEANLING AND ADULT NEUROTOXICITY STUDIES.**

135.    Consistent with NTP's reporting separately its conclusions regarding evidence supporting effects from fluoride exposure during development and adulthood, I separately summarize my critical analysis of weanling and adult neurotoxicity studies published after NTP's 2016 systematic review. I

identified twelve neurotoxicity studies in weanling and adult animals published since NTP's 2016 systematic review. I summarized the weanling and adult studies in Appendix D.

136.    <u>Overall, and consistent with the recent developmental studies, the recent weaning and adult studies do not indicate effects on learning and memory at drinking water exposure concentrations below 20 mg/L.</u>

137.    Eight of these studies involved test of learning and memory, although few of these studies included fluoride concentrations in drinking water below 20 mg/L. The purpose in a number of studies appears to have been investigation of neurochemical or morphometric effects at higher exposure levels that previously resulted in effects in neurobehavioral testing. In the only test using the Morris water maze that included a drinking water level below 20 mg/L, Niu 2018 reported no effects in female rats exposed to 4.52 mg/L and decreased performance at 22.6 mg/L. Other studies that reported effects on learning and memory did so at exposures of 22.6 mg/L and higher.

138.    As with the recent developmental studies (except McPherson 2018), the recent adult and weanling studies have serious deficiencies. The concentration of fluoride in the diet of all of the adult studies (except for Zeng 2019) was not reported. Only Adedara 2017 reported that animals were randomized in testing for the outcome assessment. <u>None</u> of the studies reported whether investigators were blinded to the identity of the group of the animal during testing. Most studies, however, had less than three risk of bias criteria that would have qualified them as high risk of bias, because litter effects was not an issue for exposures that began after weaning.

139.    At higher doses, the recent studies showed inconsistent results with some studies showing effects, whereas others show no effects. For example, in Yang 2018, a study using some of the highest exposures (60 and 120 mg/L), Wistar rats exposed for 4 weeks or 12 weeks showed relatively few and inconsistent effects in the Morris water maze test. Rats exposed for 4 weeks to 60 mg/L (but not to 120 mg/L) showed decreased performance for one measure compared to controls, but not for others. No differences in learning with the apparatus were observed during the acquisition phase. In rats exposed for 12 weeks, the high dose group showed slower performance during the first two days of training,[2] but

---

[2]    Some visual differences in movement path were also noted in the first two days of training for 4 and 12 weeks, but no information was presented for the other three days of training.

not in the last three days, and none of the dose groups showed statistically significant differences from the controls in their performance in the testing phase. In the open field test, the 60 and 120 mg/L groups differed from controls in having fewer number of instances of standing (statistically significant for both groups) and number of times crossing the center (statistically significant for high dose only), but not for two other measures. The 120 mg/L dose group also showed reduced body weight gain between 4 and 12 weeks of exposure compared to the 60 mg/L dose group and the control.

140.    Also consistent with the developmental studies, researchers in the adult and weanling studies observed reduced weight gain, which could explain some of the observed effects. Lu 2019 reported reduced body weight gain of mice exposed to 50 mg/L fluoride in drinking water, beginning at 13 weeks of exposure (3 weeks of age) and lasting through the duration of the fluoride exposure (42 weeks). The fluoride-exposed mice also drank less water during the first week of exposure.

141.    Yuan 2019 reported decreased performance of mice in the Y-maze for all fluoride treatment groups (90 days of exposure to drinking water fluoride levels of 22.6, 45.2, 67.8 mg/L compared to controls with distilled water). However, no clear dose-response relationship was observed among the treatment groups. Dose-dependent trends for decreases in body weight and brain weight were also reported. The ratio of brain weight to body weight was statistically significantly lower than in control mice for the middle and high dose groups, although not in a dose-dependent manner.

142.    Adedara 2017 is a study of locomotor activity and behavior. The researchers reported a depressive effect on motor activity and increased grooming and fecal elimination for rats exposed to fluoride at 6.8 mg/L compared to controls. No other fluoride doses were tested and no information was reported on the fluoride concentration in the diet or in the control drinking water. The results were inconsistent with Agustina 2019, which tested the same rat strain (Wistar) and reported no motor effects at a much higher dose (53.2 mg/L).

## X.    DR. THIESSEN APPLIES UNNECESSARILY LARGE UNCERTAINTY FACTORS IN HER RISK ASSESSMENT.

143.    With the large study size, rigorous protocols, and multiple different types of tests conducted by NTP's McPherson 2018 study, together with the availability of considerable evidence in human populations, derivation of regulatory levels for fluoride would not require large margins of

exposure resulting in more stringent regulatory limits as for other TSCA chemicals with very little animal and human data (as cited by Dr. Thiessen).

144.   Animal data may be used to estimate toxicity reference values for risk assessment. A LOAEL, NOAEL, or benchmark dose from an animal study is used as a point of departure for extrapolation to a health protective reference dose for humans or to derive a margin of exposure in comparison to human exposures. Dr. Thiessen attempts such an assessment. In doing so, she applies various adjustments to account for potential uncertainties from a number of sources.

145.   Uncertainty factors from one to ten may be assigned for sources of uncertainty. Uncertainty may arise when extrapolating a NOAEL from a LOAEL, short-term (subchronic) studies to long-term exposure (chronic), extrapolating animal data to human populations, accounting for variation within the human population, or from database uncertainties. Dr. Thiessen applies various largely default factors for all of these categories. For a constituent such as fluoride in water, however, which is well absorbed, is not metabolized to intermediates, appears to have similar pharmacodynamics among species, with considerable evidence from animal and human studies, fewer uncertainty factors are needed and less than default values are appropriate. Similarity in pharmacodynamics among species indicates an uncertainty factor at the low end of the range for this extrapolation from animals. Considering less than a factor of ten for within human variation for a substance that is not metabolized is also appropriate. Thus, a default factor of ten in addition to the standard factors that are incorporated according to the EPA guidelines is not warranted for the neurotoxicity endpoint.

146.   Dr. Thiessen also includes an uncertainty factor of ten for subchronic to chronic exposure duration. However, such a factor is not warranted when the sensitive effect considered is a developmental endpoint, which occurs during early-life exposure. I reviewed EPA's Integrated Risk Information System ("IRIS") database for reference doses for chemicals. I identified twenty-six chemicals in which the reference dose was based on a reproductive or developmental endpoint. Of these chemicals, only one, a polychlorinated biphenyl (Aroclor 2016) had an uncertainty factor adjustment for study duration. That factor was only three.

147.   Dr. Thiessen also claims that margins of exposure between the point-of-departure dose from a toxicity study (for example, a NOAEL or LOAEL) and the estimated dose in the U.S. population

for other TSCA chemicals is much larger than for fluoride exposure. Even a superficial review of the other TSCA chemicals she presents shows that her comparison is invalid. All 8 other TSCA chemicals in her expert report have much less human or animal data for characterizing their toxicity. In fact, because no appropriate studies were available for these chemicals, their toxicity had to be inferred based on chemical structure and analogous or a structurally similar chemicals. Thus, it is entirely appropriate that much larger margins of exposure are used for these other chemicals to protect the U.S. population compared to fluoride.

## XI.    CONCLUSIONS.

148.    Dr. Thiessen and Dr. Grandjean acknowledge NTP's 2016 systematic review of the neurotoxicology literature. However, they inexplicably emphasize NTP's hazard evaluation of neurotoxicity in weanling and adult rodents as moderate, with less recognition of NTP's rating of the evidence from developmental neurotoxicity studies as low. This is especially curious because the developmental neurotoxicity studies in animals are more relevant for assessing the plausibility of associations reported in epidemiological studies for which the evidence has focused on *in utero* fluoride exposure and childhood cognitive outcomes.

149.    Dr. Thiessen and Dr. Grandjean erroneously attempt to support their conclusions based on the quantity of studies reporting developmental neurotoxicity of fluoride. They did not conduct a systematic review or any detailed examination of the quality and reliability of those studies. In fact, many of the available developmental toxicology studies are poorly controlled and conducted, used low numbers of animals, often administered unrealistically high doses of fluoride, had signs of internal issues affecting the results, and lacked sufficient description of study details to judge the quality of the data, as previously noted by NTP in its 2016 systematic review.

150.    Most of the studies published since 2016 have similar deficiencies. NTP's follow-up studies, published in McPherson 2018, are the exception. There, NTP found no adverse effects of fluoride on learning and memory at a relevant exposure level for the U.S. population, including the currently recommended 0.7 mg/L drinking water level and other sources of fluoride exposure.

151.    Dr. Thiessen and Dr. Grandjean disregard the results of McPherson 2018 and instead base their opinions on the larger number of poorly conducted neurotoxicity studies as more compelling

1    evidence for the effects of fluoride in humans.

2          152.   The collective evidence from animal studies, which Dr. Thiessen and Dr. Grandjean

3    failed to critically evaluate, including early-life exposure or after weaning, shows some consistency in

4    neurological effects on learning and memory at drinking water fluoride concentrations in excess of

5    20 mg/L, far exceeding relevant levels in U.S. drinking water. And even at these levels the effects in the

6    neurobehavioral tests cannot be distinguished from motor or sensory effects on performance rather than

7    cognitive effects.

8          153.   In addition, Dr. Thiessen and Dr. Grandjean failed to recognize that these exposure levels

9    have been associated with reduced body weight gain, decreased water intake, and decreased milk

10   production in dams. Whether effects on performance reported in these studies are mediated through more

11   general effects of fluoride on health or other influences such as water palatability is unclear. Effects on

12   performance at these exposures in these neurobehavioral tests thus likely do not result from direct

13   neurotoxic effects on learning and memory. Moreover, lack of control for potential study methodological

14   factors and unknown fluoride exposure from laboratory rodent diets severely limit the reliability of most

15   laboratory animal studies for identifying specific doses associated with adverse effects, much less

16   cognitive effects on learning and memory.

17         154.   I concur with and rely upon the assessment of epidemiology expert, Dr. Chang, regarding

18   the overall poor reliability of the epidemiological literature for supporting causal inferences regarding

19   cognitive effects in children from *in utero* or childhood exposure to fluoride. This evidence is consistent

20   with the lack of clear neurotoxic effects on learning and memory in animal studies at exposure levels of

21   relevance for artificial fluoridation in the United States.

22         155.   In combination with Dr. Chang's conclusions based on her evaluation of the

23   epidemiological literature, the current evidence from animal toxicology studies and human populations

24   is insufficient to support a causal relationship between fluoride in drinking water at 0.7 mg/L and

25   cognitive effects in U.S. populations.

26         156.   A bibliography of the references on which I relied in this declaration is attached as

27   Appendix E.

28         157.   The expert opinions summarized in this declaration are consistent with my previously

disclosed expert report.

158.    Based on the word count feature of Microsoft Word, this declaration consists of no more than 13,508 words, excluding bibliography, tables, charts, figures, and other graphics.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2020, in Bellevue, Washington.

Joyce Tsuji, Ph.D., DABT, Fellow ATS

TRIAL DECLARATION OF JOYCE TSUJI
Case No. 3:17-cv-02162 EMC

# APPENDIX A
# Trial Declaration of Joyce Tsuji

**Appendix A**

**Curriculum Vitae**



U.S. EXHIBIT
509
Food & Water v. EPA
3:17-cv-02162-EMC



Exponent
15375 SE 30th Place
Suite 250
Bellevue, WA 98007

telephone 425-519-8700
facsimile 425-519-8799
www.exponent.com

## Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
**Principal**

### Professional Profile

Dr. Joyce Tsuji is a Principal Scientist within the Health Sciences practice of Exponent. Dr. Tsuji is a board-certified toxicologist and a Fellow of the Academy of Toxicological Sciences. She specializes in assessing exposure and risks associated with chemicals, and in communication of scientific issues. She has worked on projects in the United States and internationally for industry, trade associations, U.S. EPA and state agencies, the U.S. Department of Justice, the Australian EPA, municipalities, and private citizens.

Dr. Tsuji's experience includes human health and environmental toxicology related to a wide variety of chemicals in the environment, consumer products, and medical devices. She has designed and directed dietary and environmental exposure studies and community programs involving health education and biomonitoring for populations potentially exposed to metals in the environment, including soil, water, and food-chain exposures. She has also assessed exposure and health risks associated with chemical exposures from air, foods, medical devices, and a variety of consumer products (e.g., cleaners, air fresheners, cosmetics, personal care products, paints and coatings, carpets, glues, wood preservatives, building materials, and children's toys and play equipment), including those containing nanotechnology or nanomaterials. Dr. Tsuji has served on expert panels on toxicology and health risks issues for the National Academies of Sciences, Engineering, and Medicine, National Research Council (including their Board on Environmental Studies and Toxicology), Institute of Medicine, and federal and state agencies.

### Academic Credentials and Professional Honors

Ph.D., Thesis Topic: Environmental Physiology, Department of Zoology, University of Washington, 1986 (National Science Foundation (NSF) Fellowship; NSF Dissertation Improvement Grant)

B.S., Biological Sciences, Stanford University, 1980 (Honors and Distinction; Phi Beta Kappa; Fox Fund Award for the Outstanding Stanford Graduate in Biological Sciences)

Other coursework: Aquatic Toxicology, Hatfield Marine Sciences Center, Oregon; Mid-America Toxicology Course, Kansas; Tropical Ecology, Organization for Tropical Studies, Costa Rica

### Licenses and Certifications

Fellow of the Academy of Toxicological Sciences, 2007 (re-certified to 2023)
Diplomate of the American Board of Toxicology, 1992 (re-certified to 2022)

07/19

## Publications

Cohen SM, Arnold LL, Tsuji JS. Inorganic arsenic: a nongenotoxic threshold carcinogen. Curr. Opin. Toxicol. 2019. 14:8−13.

Tsuji JS, Chang ET, Gentry PR, Clewell HJ, Boffetta P, Cohen SM. Dose response for assessing the cancer risk of inorganic arsenic in drinking water: The scientific basis for use of a threshold approach. Crit. Rev. Toxicol. 2019. https://doi.org/10.1080/10408444.2019.1573804.

Kerger, BD, Gerads R, Gurleyuk H, Tsuji J. Metals measurement in body tissues and fluids: toxicological and clinical importance of standardizing quality analytical methods for differentiating cobalt partitioning on a molecular level. Pages 229-244 in Beyond the Implant: Retrieval Analysis Methods for Implant Surveillance. 2018. ASTM STP1606, WM Mihalko, JE Lemons, AS Greenwald, and SM Kurtz, Eds, ASTM International, West Conshohocken, PA. http://dx.doi.org/10.1520/STP160620170034.

Lemberg J, Guyer E, Seidel S, Garry M, Tsuji J, Valenty S. Utilizing a combination of TGA and GS-MS to estimate health-based risks from off-gassed volatile compounds. J. Fail. Anal. and Preven. 2018. 18(2):246-249. Editor's Choice Award for 2018.

Scrafford CG, Barraj LM, Tsuji JS. Considerations when using longitudinal cohort studies to assess dietary exposure to inorganic arsenic and chronic health outcomes. Food Chem Toxicol 2016. 93:111-118.

Tsuji JS, Garry MR, Perez V, Chang ET.  Low-level arsenic exposure and developmental neurotoxicity in children:  A systematic review and risk assessment.  Toxicology 2015; 337:91–107.

Tsuji JS, Perez V, Garry MR, Alexander DD.  Association of low-level arsenic exposure in drinking water with cardiovascular disease:  A systematic review and risk assessment. Toxicology 2014; 323:78–94.

Tsuji JS, Alexander DD, Perez V, PJ Mink.  Arsenic exposure and bladder cancer:  Quantitative assessment of studies in human populations to detect risks at low doses.  Toxicology 2014; 317:17–30.

Garcia HD, Tsuji JS, James JT.  Establishment of exposure guidelines for lead in spacecraft drinking water.  Aviation, Space, and Environmental Medicine 2014; 85(7):715-20.

Garcia HD, Hays SM, Tsuji JS.  Modeling of blood lead levels in astronauts exposed to lead from microgravity-accelerated bone loss.  Aviation, Space, and Environmental Medicine 2013; 84(12):1229–1234.

Menzie CA, Ziccardi LM, Lowney YW, Fairbrother A, Shock SS, Tsuji JS, Hamai D, Proctor D, Henry E, Su SH, Kierski MW, McArdle ME, Yost LJ.  Importance of considering the

U.S. EXHIBIT 509.0003

framework principles in risk assessment for metals.  Environ Sci Technol 2009; 43(22):8478–8482.

Tsuji JS, Garry MR.  Advances in toxicity testing herald improvements and challenges for risk assessment.  Risk Anal 2009; 29(4):490–491.

Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Low-level arsenic exposure in drinking water and bladder cancer:  A review and meta-analysis.  Regul Toxicol Pharmacol 2008; 52:299–310.

Tsuji JS, Yost LJ, Barraj LM, Scrafford CG, Mink PJ.  Use of background inorganic arsenic exposures to provide perspective on risk assessment results.  Regul Toxicol Pharmacol 2007; 48:59–68.  [One of Elsevier's Top 10 cited articles on Scopus[TM] 2007–2008].

Barraj LM, Tsuji JS, Scrafford CG.  The SHEDS-Wood Model:  Incorporation of observational data to estimate exposure to arsenic for children playing on CCA-treated wood structures.  Environ Health Perspect 2007; 115(5):781–786.

Barraj LM, Tsuji JS.  Letter to the editor.  Risk Anal 2007; 27(1):1–3.

Tsuji JS, Maynard AD, Howard PC, James JT, Lam C-W, Warheit DB, Santamaria AB.  Research strategies for safety evaluation of nanomaterials.  Part IV:  Risk assessment of nanoparticles.  Toxicol Sci 2006; 89(1):42–50.

Tsuji JS, Van Kerkhove MD, Kaetzel RS, Scrafford CG, Mink PJ, Barraj LM, Crecelius EA, Goodman M.  Evaluation of exposure to arsenic in residential soil.  Environ Health Perspect 2005; 113(12):1736–1740.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Response to additional support for derivation of an acute/subchronic reference level for arsenic.  Regul Toxicol Pharmacol 2004; 40:372.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Health effect levels for risk assessment of childhood exposure to arsenic.  Regul Toxicol Pharmacol 2004; 39:99–110.

Schoof RA, Tsuji JS, Benson R, Hook GC.  Response to Byrd et al. (2004) comment on health effect levels for risk assessment of childhood exposure to arsenic.  Regul Toxicol Pharmacol 2004; 40:374–375.

Yost LJ, Tao S-H, Egan SK, Barraj LM, Smith KM, Tsuji JS, Lowney YW, Schoof RA, Rachman NJ.  Estimation of dietary intake of inorganic arsenic in U.S. children.  Hum Ecol Risk Assess 2004; 10:473–483.

Massot M, Huey RB, Tsuji J, van Berkum FH.  Genetic, prenatal, and post natal correlates of dispersal in hatchling fence lizards.  Behav Ecol 2003; 14:650–655.

U.S. EXHIBIT 509.0004

Tsuji JS, Williams PRD, Edwards MR, Allamneni KP, Kelsh MA, Paustenbach DJ, Sheehan PJ. Evaluation of mercury in urine as an indicator of exposure to low levels of mercury vapor. Environ Health Perspect 2003; 111(4):623–630.

Tsuji JS, Robinson S. Separating potential source exposure from background exposure in subsistence populations in developing countries. Toxicology 2002; 181–182:467–470.

Tsuji JS, Serl KM. Current uses of the EPA lead model to assess health risk and action levels for soil. Environ Geochem Health 1996; 18(1):25–33.

Kalvig BA, Maggio-Price L, Tsuji JS, Giddens WE. Salmonellosis in laboratory-housed iguanid lizards (*Sceloporus* spp). J Wildl Dis 1991; 27(4):551–556.

Tsuji JS, Huey RB, van Berkum FH, Garland Jr. T, Shaw RG. Locomotor performance of hatchling fence lizards (*Sceloporus occidentalis*): Quantitative genetics and morphological correlates. Evolut Ecol 1989; 3:240–252.

van Berkum FH, Huey RB, Tsuji JS, Garland Jr. T. Repeatability of individual differences in locomotor performance and body size during early ontogeny of the lizard *Sceloporus occidentalis* (Baird & Girard). Funct Ecol 1989; 3:97–105.

Tsuji JS. Seasonal profiles of standard metabolic rate of lizards (*Sceloporus occidentalis*) in relation to latitude. Physiol Zool 1988; 61:230–240.

Tsuji JS. Thermal acclimation of metabolism in *Sceloporus* lizards from different latitudes. Physiol Zool 1988; 61:241–253.

van Berkum FH, Tsuji JS. Interfamilial differences in sprint speeds of hatchling *Sceloporus occidentalis* (Reptilia: Iguanidae). J Zool London 1987; 212:511–519.

Tsuji JS, Kingsolver JG, Watt WB. The in-flight thermal physiological ecology of a butterfly (*Colias*). Oecologia 1986; 69:161–170.

Stevenson RD, Peterson CR, Tsuji JS. The thermal dependence of locomotion, tongue flicking, digestion and oxygen consumption in the wandering garter snake. Physiol Zool 1985; 58:46–57.

Tracy CR, van Berkum FH, Tsuji JS, Stevenson RD, Nelson J, Barnes B, Huey RB. Errors resulting from linear approximations of heat balance equations in biophysical ecology. J Thermal Biol 1984; 9:261–264.

Feder ME, Gibbs AG, Griffith GA, Tsuji JS. Thermal acclimation in salamanders: Fact or artifact? J Thermal Biol 1984; 9:255–260.

U.S. EXHIBIT 509.0005

**Books Chapters**

National Academies of Sciences, Engineering, Medicine, Health and Medicine Division. 2017. Assessment of the Department of Veterans Affairs airborne hazards and open burn pit registry. National Academy Press. Washington, D.C.  Co-authored with committee members.

Institute of Medicine.  2011.  Breast cancer and the environment:  A life course approach. National Academy Press. Washington, D.C. Co-authored with committee members.

Tsuji JS, Mowat FS, Donthu S, Reitman M.  Application of toxicology studies in assessing the health risks of nanomaterials in consumer products.  pp. 543–580.  In:  Nantoxicity: From In Vitro and In Vivo Models to Health Risks.  S.C. Sahu and D.A. Casciano (eds), John Wiley & Sons, Chichester, West Sussex, UK, 2009.

**Presentations**

Tsuji JS. Effect of individual-specific conditions on biomonitoring results: metals as case examples. Workshop on the Feasibility of Addressing Environmental and Occupational Health Exposure Questions Using Department of Defense Biorepositories.  National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  June 15, 2018. Washington, DC.

Tsuji JS.  Low dose arsenic risk versus benefits of rice consumption in U.S. populations. Invited presentation in session titled Overview on Sources of Exposure, Issues in Arsenic Risk Assessment. Toxicology Forum. Colorado Springs. CO. July 15, 2015.

Tsuji JS.  Risk/benefit analysis of rice consumption in the U.S.—Nutrition-related health benefits relative to risk.  ILSI Food Safety Case Study: Arsenic.  International Life Sciences Institute Annual Meeting, Southampton, Bermuda, January 21, 2014.

Tsuji JS.  Health risk evaluation of nanomaterial composites.  Invited speaker.  Life Cycle Considerations for Engineered Nanomaterials: Case Studies for Polymer-Based Nanomaterials. Society for the Advancement of Materials and Process Engineering (SAMPE) Conference, Long Beach, CA, May 8, 2013.

Tsuji JS, Eaton DL.  New directions for future research on environmental influences on breast cancer.  Presentation within the Symposium on Breast Cancer as a Multifactorial Disease: Interaction of Genetics, Life Stage, and the Environment.  Symposium organizer and co-chair with DL Eaton.  Annual Meeting of the Society of Toxicology, San Francisco, CA, March 12, 2012.

Tsuji JS.  Evaluation of nickel release from cardiovascular occlusion devices based on serum data in patients.  Invited presentation and panelist at the FDA Cardiovascular Metallic Implant Workshop, Silver Spring, MD, March 9, 2012.

U.S. EXHIBIT 509.0006

Tsuji JS, Bogen K.  Human biokinetic model of nickel release from medical devices.  Poster Presentation, 50th Annual Meeting of the Society of Toxicology, Washington, D.C., March 6–10, 2011.

Tsuji JS, Li AA.  Mechanism-based evaluation of xenobiotic toxicity:  Translation of National Academy of Sciences recommendations to practice.  Invited speaker.  8th International Conference on Early Toxicity Screening:  Mechanism-based Evaluation of Adverse Drug Effects:  Early Elimination of NCE [new chemical entity] with Hepatotoxicity and Idiosyncratic Toxicity:  Scientific Concepts, Challenges and Promising Approaches, Seattle, WA, June 17–18, 2010.

Tsuji JS.  Invited panel participant.  Product safety:  How companies can minimize their risk of product liability litigation.  Nanotech 2010 Conference sponsored by the Nano Science and Technology Institute, Anaheim, CA, June 21–24, 2010.

Tsuji JS, Hentz K, Rosenbloom, S.  Health risk of internal nickel exposure from medical devices.  Poster presentation.  Annual Meeting of the Society of Toxicology, Salt Lake City, UT, March 7–11, 2010.

Tsuji JS.  Health risks of nanotechnology in consumer products.  Invited speaker.  Environmental Health and Safety:  Policy, Regulation, and Product Safety.  Nanotech 2009 Conference sponsored by the Nano Science and Technology Institute, Houston, TX, May 3–7, 2009.

Tsuji JS, Mowat FS.  Application of toxicity studies for risk assessment in the real world.  Presentation within workshop on Agglomeration Versus Dispersion:  How Nanoparticle Behavior Affects Exposure and Toxicity *In Vitro, In Vivo,* and in the Real World.  Workshop organizer and chairperson.  Annual Meeting of the Society of Toxicology.  Baltimore, MD, March 15–19, 2009.

Tsuji JS.  Environmental health:  Nanomaterials: nifty or naughty?  Invited panel participant.  Society for Environmental Journalists.  Stanford University, Stanford, CA, September 7, 2007.

Tsuji JS.  Background arsenic exposure from diet and water provide perspective for assessing arsenic exposure from other sources.  Invited speaker for session on Risk Characterization and Risk Assessment.  Conference on Urban Environmental Contamination and Health Under the Microscope:  The Aftermath of Hurricane Katrina.  The Society for Environmental Geochemistry and Health, New Orleans, LA, July 22–25, 2007.

Tsuji JS.  From slippery slope factor to drinking water standard:  How risk assessment affects the arsenic MCL.  Invited speaker for session on Natural Poisons and Unnatural Products.  American Water Works Association Annual Conference, Toronto, Ontario, June 27, 2007.

Tsuji JS, Mowat FS.  Exposure and toxicology of nanomaterials.  Invited speaker for Nano Safety and Health Forum.  Society for the Advancement of Materials and Process Engineering (SAMPE) Conference, Baltimore, MD, June 6, 2007.

Tsuji JS, Mowat FS.  Health risks of carbon nanotubes:  What can we learn from mineral fibers or ultrafine particulates?  Workshop organizer and chairperson.  Annual Meeting of the Society of Toxicology.  Charlotte, NC, March 25–29, 2007.  Toxicologist 2007; 96(1):7.

Mowat FS, Tsuji JS.  Assessment of health risks of carbon nanotubes:  Where do we go from here?  Toxicologist 2007; 96(1):8.

Tsuji JS, Mowat FS, Kaetzel RS.  Approaches for risk assessment and risk management of nanomaterials: "Inert" metal oxides.  Toxicologist 2006; 90(1), Abstract 2201.  Society of Toxicology Annual Meeting.

Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Meta-analysis of low level arsenic exposure and bladder cancer:  Implications for risk assessment in the United States.  Toxicologist 2006; 90(1), Abstract 2184.  Society of Toxicology Annual Meeting.

Yost LJ, Tsuji JS, Scrafford CG.  Implications of changes in the arsenic cancer slope factor for risk communication.  Toxicologist 2006; 90(1), Abstract 2180.  Society of Toxicology Annual Meeting.

Tsuji J, Mowat F.  Assessment of products containing nanomaterials.  Symposium entitled, "Regulating nanotechnology:  Developing stakeholder consensus for future rulemaking by EPA, FDA and OSHA."  Division of Chemistry and the Law of the 232nd American Chemical Society National Meeting.  San Francisco, CA, September 10–14, 2006.

Tsuji JS, Mowat FS.  Risk assessment of nanoscale metal particles.  Invited presentation at the Environmental Protection Agency (EPA) Region 5 Nanotechnology for Site Remediation Workshop.  Chicago, IL, September 6–7, 2006.

Mowat FS, Tsuji J.  Nanotechnology and the water market:  Applications and health effects.  Abstract 747.  Presented at 9th Annual NSTI Nanotechnology Conference and Trade Show.  Boston, MA, May 7–11, 2006.

Tsuji JS, Mowat FS.  Potential benefits and hazards of nanotechnology in water.  Session on Natural Poisons and Unnatural Products.  American Water Works Association Annual Conference.  San Francisco, CA, 2005.

Tsuji JS.  Emerging issues in risk assessment and risk perception of nanomaterials.  Symposium organizer and chairperson at the Society of Toxicology annual meeting, New Orleans, LA, 2005.  Toxicologist 2005; 78(1-S) Abstract 648.

Tsuji JS, Kerkhove MD, Scrafford CS, Kaetzel RS.  Biomonitoring of a community for soil arsenic exposure.  Toxicologist 2005; 78(1-S), Abstract 693.

U.S. EXHIBIT 509.0008

Tsuji JS.  Assessing children's exposure to arsenic treated wood.  Society of Toxicology continuing education course on Fundamentals of Risk Assessment and Applications of Recent Methods to Difficult Problems, Salt Lake City, UT, 2003.

Tsuji JS.  Childhood lead exposure pathways and risk factors for lead exposure at U.S. mining and smelting sites.  Plenary speaker for Local Solutions Smart Future Conference and Celebration, Working and Living with Lead, Port Pirie, South Australia, 2003.

Tsuji JS, Yost L, Barraj L.  Background inorganic arsenic exposures in children.  Session on CCA Treated Wood—Regulations, Science, and Risk Assessment.  The Annual International Conference on Soils Sediments and Water, University of Massachusetts, Amherst, MA, October 22, 2003.

Tsuji JS, Williams PR, Edwards MR, Avadhanam KP, Paustenbach DJ.  Is mercury in urine indicative of exposure to low levels of mercury vapor?  Toxicol Sci 2002; 66(1-S), Abstract 979.

Garry MR, Tsuji JS.  Evaluating lead exposure at mining sites with heterogeneous soil types and lead bioavailability.  Toxicol Sci 2002; 66(1-S), Abstract 500.

Tsuji JS, Williams P.  Use of biomonitoring versus risk assessment methods for evaluating human exposures.  Platform presentation at the Society of Risk Analysis Annual Meeting, New Orleans, LA, 2002.

Tsuji JS, Benson R, Schoof RA, Hook GC.  Childhood Health Effect Levels for Arsenic.  Poster presentation at the 5th International Conference on Arsenic Exposure and Health Effects, San Diego, CA, 2002.

Tsuji JS, Robinson S.  Separating potential source exposure from background exposure in subsistence populations in developing countries.  Invited symposium presentation at the 9th International Congress of Toxicology Conference, Brisbane, Australia, 2001.

Tsuji JS, Schoof RA, Robinson S, Seidel P.  Dietary arsenic in subsistence populations from Indonesia.  Invited presentation at the 4th International Conference on Arsenic Exposure and Health Effects, San Diego, CA, 2000.

Tsuji JS, Garry MR.  Metals exposure from homegrown produce at mining and smelting sites.  Toxicol Sci 2001; 60(1–S): Abstract 95.

Garry MR, Lowney YW, Tsuji JS.  A critical analysis of assumptions used when evaluating intake of metals from homegrown vegetables.  Toxicol Sci 2001; 60(1–5): Abstract 2077.

Goodman M, Tsuji JS.  Is sulfate in drinking water a hazard for infants?  Toxicol Sci 2000; 54(1-S), Abstract 1174:250.

Schoof RA, Tsuji JS.  The role of outdoor dust in exposures to chemicals in soil:  Case studies for arsenic.  Toxicol Sci 2000; 54(1-S), Abstract 1168:249.

U.S. EXHIBIT 509.0009

Tsuji JS, Schoof RA, Hook GC.  Subchronic health effect levels for childhood exposure to arsenic.  Toxicol Sci 2000; 54(1-S), Abstract 346:73.

Tsuji JS, Serl KM.  Multipathway exposure and risks to mercury in soil.  Toxicol Sci 1998; 42(1-S), Abstract 1139:231.

Tsuji JS.  Chairman and introductory speaker for a session on community health monitoring and education programs.  National Environmental Policy Institute Conference on Lead in Soil and Blood Lead of Children, 1998.

Tsuji JS, Serl K, Fricke JR.  Predicted versus observed blood lead levels for a smelter site.  Fund Appl Toxicol 1997; 36(1): Part 2, Abstract 1706:336.

**Science Advisory Boards/Panels**

National Academies of Science, Engineering, and Medicine, Health and Medicine Division Committee on Assessment of the Available Scientific Data Regarding the Safety and Effectiveness of Ingredients Used in Compounded Topical Pain Creams. Sponsored by the U.S. Food and Drug Administration (2019–2020).

National Academies of Science, Engineering, and Medicine, Health and Medicine Division, Standing Committee on Medical and Epidemiological Aspects of Air Pollution on U.S. Government Employees and their Families. Sponsored by the U.S. Department of State (2017–2022).

National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  Organizing/planning committee member and session moderator for two workshop on topics pertinent to the development of draft toxicological reviews by the U.S. Environmental Protection Agency's Integrated Risk Information System (IRIS) program. Sponsored by the U.S. Environmental Protection Agency (2018–2019).

National Academies of Science, Engineering, and Medicine, Board on Environmental Studies and Toxicology.  Chair of the organizing/planning committee, session moderator, and speaker for the Workshop on the Feasibility of Addressing Environmental and Occupational Health Exposure Questions Using Department of Defense Biorepositories, sponsored by the U.S. Department of Defense. (June 14-15, 2018). Washington, DC.

Peer reviewer of the National Academies of Science, Engineering, and Medicine report, Progress Toward Transforming the IRIS Program: A 2018 Evaluation (2018).

National Ash Management Advisory Board, University of North Carolina, Charlotte.  Directed by UNC, Charlotte, Lee College of Engineering to advise Duke Energy on coal ash impoundment closure at Duke Energy facilities (2014–2018).

U.S. EXHIBIT 509.0010

Peer reviewer of the National Academies of Science, Engineering, and Medicine consensus study report, Environmental Chemicals, the Human Microbiome, and Health Risk—A Research Strategy (2017).

Institute of Medicine, Committee on the Assessment of the Department of Veterans Affairs Airborne Hazards and Open Burn Pit Registry. (2015−2016).

National Research Council, Committee on Spacecraft Exposure Guidelines. Sponsored by NASA (2015–2016).

National Academy of Sciences, Board on Environmental Studies and Toxicology (2010−2016).

National Academies Standing Committee on the Use of Emerging Science in Environmental Health Decisions, sponsored by the National Institute of Environmental Health Sciences (2011–2015). Served on the organizing committee and as a panel member for workshops on the potential use of microbiological platforms in health studies and on systems biology-informed risk assessment. Participated in workshops on individual susceptibility to environmental stressors, health risks of climate change, human genome plasticity to environmental stressors, and integration of health data to advance discovery.

National Research Council Standing Committee on Toxicology (2008−2014).

Peer reviewer of the National Research Council report, Review of the EPA Integrated Risk Information System Process (2014).

Peer reviewer of the National Research Council report, Exposure Science in the Twenty First Century (2012).

Peer reviewer of the report of the National Academies Committee to Review EPA's Draft IRIS Assessment of Formaldehyde (2011).

Institute of Medicine of the National Academies, Committee on Breast Cancer and the Environment: The Scientific Evidence, Research Methodology, and Future Directions. Sponsored by Susan G. Komen for the Cure (2010–2011).

Peer reviewer of the National Research Council report, Eighteenth Interim Report of the Committee on Acute Exposure Guideline Levels (2010).

National Research Council Standing Committee on Risk Analysis Issues and Reviews. Sponsored by EPA (2007–2010). Served on the organizing committee and/or as a panel member for workshops on various toxicological and risk assessment issues, including effects of receptor-mediated events on dose-response assessment, relevance of mouse liver tumors, exposure measurement error in epidemiological studies, interpretation of bioassay and human biomonitoring data for thyroid active chemicals, and exposure science in the 21st century. Chaired the organizing committee and moderated two workshops for EPA.

U.S. EXHIBIT 509.0011

- Quantitative Approaches to Characterizing Uncertainty in Human Cancer Risk Assessment Based on Bioassay Results, June 2007.

- Characterizing the Potential Human Toxicity from Low Doses of Pharmaceuticals in Drinking Water: Are New Risk Assessment Methods or Approaches Required? December 2008.

National Research Council Ad hoc organizing committee member and panel participant in EPA's symposium, Toxicity Pathway-Based Risk Assessment: Preparing for Paradigm Change, May 11–13, 2009, Washington, DC.

Independent expert review panel for the Flin Flon, Manitoba, and Creighton, Saskatchewan Human Health Risk Assessment. Coordinated by Toxicology Excellence for Risk Assessment (2009).

National Research Council Subcommittee on Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants (development of health-protective short-term and long-term airborne levels for acetaldehyde, hydrogen chloride, hydrogen fluoride, hydrogen sulfide, and propylene glycol dinitrate). Wrote chapter on acetaldehyde for published report (2008–2009).

Independent expert review panel for the Sudbury Soils Study Ecological Risk Assessment. Sudbury Mining District, Ontario. Coordinated by Toxicology Excellence for Risk Assessment (2007).

National Research Council subcommittee commissioned by NASA to review and comment on Spacecraft Water and Air Exposure Guidelines for various organic and inorganic chemicals in spacecraft and space stations. Assisted the NASA contractor in modeling increases in blood lead levels due to bone loss in space (2001–2008).

Peer review of two National Institute for Occupational Safety and Health (NIOSH) research protocols designed to gather data for evaluating inhalation risks posed by nanoparticles and nanotubes. Coordinated by Toxicology Excellence for Risk Assessment (2007).

Independent expert review panel for the Sudbury Soils Study Human Health Risk Assessment. Sudbury Mining District, Ontario. Coordinated by Toxicology Excellence for Risk Assessment (2006).

National Research Council Subcommittee on Emergency and Continuous Exposure Guidance Levels for Selected Submarine Contaminants (development of health-protective short-term and long-term airborne levels for acrolein, carbon dioxide, carbon monoxide, formaldehyde, hydrazine, methanol, monoethanolamine, nitric oxide, nitrogen dioxide, oxygen, ammonia, benzene, 2,6-di-tert-butyl-4-nitrophenol, Freon 12, Freon 114, hydrogen, 2190 oil mist, ozone, toluene, xylene). Wrote chapters on formaldehyde and Freon 12 for published reports (2003–2007).

U.S. EXHIBIT 509.0012

Peer reviewer of the National Research Council subcommittee report that commented on the U.S. EPA Risk Assessment of the Coeur d' Alene Basin (2005).

State of Washington scientific panel to evaluate protective measures and remedies for area-wide soil contamination of arsenic and lead in the state resulting from past pesticide use, mining and smelting, and other sources. This panel was advisory to the state task force convened to reach practical and protective solutions for widespread areas of the state that exceed state standards for lead and arsenic in soil (2002).

National Research Council subcommittee to evaluate the health protectiveness of the Navy's proposed submarine escape action levels for carbon monoxide, hydrogen chloride, hydrogen cyanide, nitrogen dioxide, sulfur dioxide, hydrogen sulfide, chlorine, and ammonia. Toxic levels of these gases may be expected from fires associated with a disabled submarine. Wrote chapter on hydrogen sulfide for the published report (2001).

Expert review panel commissioned by the U.S. Army to review a risk assessment of closure of the Jefferson Proving Grounds in Indiana and reuse as a wildlife refuge. Metals and radionuclides were a primary concern (2001).

National Academy of Sciences subcommittee to evaluate the EPA drinking water level for copper. Coauthored the report *Copper in Drinking Water*, published by the National Research Council (1999–2000).

National Academy of Sciences peer reviewer of the National Research Council's drinking water document for arsenic (1998).

Washington State Department of Ecology technical committee on the human health-based surface water quality criteria for arsenic. The purpose of the committee was to determine whether new data existed of sufficient quantity and quality to merit changing the state human health-based surface water criteria for arsenic (1997–1998).

External expert panel to assess the relative importance of environmentally related human health problems in the State of Washington. This work was a part of EPA's Pilot Comparative Risk Project, Region 10 (1997).

**Prior Experience**

Regional Manager of Risk Assessment Practice, Foster Wheeler Environmental, 1998
Senior Toxicologist; Director of Risk Assessment and Toxicology, Kleinfelder, Inc., 1992–1997
Senior Scientist, Environmental Toxicology International, Inc., Program Director, 1987–1992
Post-doctorate research on quantitative genetics; teaching faculty for course on human physiology, University of Washington, 1986–1987

U.S. EXHIBIT 509.0013

**Selected Project Experience**

*Product Safety*

Assessed exposure and health risks of metals (e.g., aluminum, chromium, cobalt, iron, neodymium, nickel, titanium, tungsten, and vanadium) release from alloys used in various medical devices or instruments.  Projects involved potential device failures or surgical or patient-specific conditions, as well as assessments in support of FDA submissions for device approvals.  Types of devices included joint replacements; structural, fixation, drug delivery, bariatric, and cardiovascular devices; electronic components; and surgical instruments and devices.

Directed the development and application of a biokinetic model for internal nickel release to evaluate the representativeness of *in vitro* leaching tests based on clinical data on serum nickel levels.  Used the model to assess health risks of medical devices based on *in vitro* leaching data and clinical reports.  Served as the senior reviewer of a project to refine the nickel biokinetic model using additional human experimental data to inform the development of occupational biological exposure limits for nickel in urine.

Directed an assessment of the potential health risks from volatiles during use of a drug delivery device, as well as the applicability of Global Harmonization System classification and labeling requirements.

Served as senior reviewer for health evaluation of silver release from medical devices involving silver coatings and for the design of an animal study of an in-dwelling catheter.

Conducted an evaluation of potential health risks for organic chemicals identified from leaching and volatilization tests of a device and control unit intended to be implanted for nerve stimulation.  Commented on the implications of the test results for the intended application.  Provided perspective on potential exposures and toxicity given the intended use and other known and approved exposures to these chemicals.

Directed the development of toxicology reviews and health-protective exposure limits for residual levels of reagents and excipients in pharmaceutical products.

Served as the senior toxicologist for an assessment of trace levels of an impurity in a cosmetic product.  The report responded to concerns by a regulatory agency in China.

Conducted state-of-the-science reviews of potential exposure and health effects related to nanometal oxides, carbon nanotubes and nanofibers, and other nanomaterials proposed for use in several products with widespread consumer uses.  Evaluated exposure and health effects literature related to worker or consumer exposure and potential environmental effects.  Directed a team of material scientists and toxicologists to assess the potential for exposure and health risks to nanoparticles from these products during manufacture and consumer use.

Served as the principal toxicologist and project director on an assessment of worker safety of nanomaterials used in semi-conductor manufacturing.  The project team conducted a workplace safety audit and risk assessment using a control banding approach adapted for the specific nanomaterials.  These efforts were used to guide risk management decisions for protection of workers.

Evaluated potential applications of nanotechnology and the available knowledge on health risks for home care and cleaning products.

Directed a literature review and assessment of studies of potential exposure and health effects associated with nanometal pigments used in sunscreen formulations.  Provided senior review of a survey of toxicology studies on nanoscale silver and silver in general with relevance for use in personal care products.

Evaluated potential safety concerns of a sanitizing device on a water dispenser.  The assessment included evaluation of the sanitizing agent as well as potential reaction byproducts depending on whether the water source was untreated water or treated (chlorinated or ozonated) water.

Provided toxicology and health risk support for assessment of chemical leaching results for various plumbing fixture parts.

Served as the senior toxicologist for several projects involving metals (e.g., lead, cadmium), phthalates, or other organic chemicals in toys or consumer products, including interpretation of the results of sampling and chemical analysis for potential exposure and health risks.  Assisted a toy manufacturer with assessment of potential chemicals in their products that might be associated with reported dermatitis in children.

Conducted critical reviews of the literature on exposure and health effects of perfluorinated compounds, including perfluorooctanoic acid (PFOA), perfluorooctane sulfonate (PFOS), perfluorohexane sulfate (PFHxS), and others used in consumer products, fire-fighting foams, and industrial manufacturing.  Assessed the potential sources, exposure, and health risks of levels of PFOS and other compounds in soil, groundwater, river sediments and fish tissue.  Evaluated health risk assessments and health-based limits for perfluorinated compounds conducted by U.S. and international regulatory agencies.  Contributed to public comments on the scientific-basis of regulatory assessments and criteria.

Investigated levels of brominated flame retardants and other chemicals in fabric used in children's products that might potentially be associated with reported skin reactions.  Assessed potential exposures and health effects of brominated flame retardants in plastic housing of consumer electronics.  Evaluated health risks of formaldehyde, 1,4-dioxane, parabens, and other chemicals reported in children's bath products and other personal care products.

Assessed the results of chemical testing of clothing and bedding materials for consumer exposure, health risk, and compliance with international regulatory guidance levels.  Products included formaldehyde in bedding products (including the effects of laundering and different drying methods), and multiple types of uniforms and worker outerwear.

Provided recommendations on assessment of residential exposure to formaldehyde from cabinets and evaluated potential health risks associated with exposure levels.

Evaluated the toxicology of cleaning and sanitizing agents for a Fortune 500 consumer product company negotiating backflow device requirements with health authorities. Communicated the nature of the toxicity of the ingredients and compared exposure during a backflow event with other dietary or cosmetic exposures to these chemicals.

Researched the toxicology of the more than 22 ingredients in carpet glue for a glue manufacturer who was sued along with the carpet manufacturer, carpet installers, and landlord of a retail space in which tenants claimed multiple chemical sensitivity and other long-term health effects from short-term exposure to a newly installed carpet.

Directed an assessment of exposure and health risks for chemicals associated with fragrances used in various consumer products. Evaluated the potential for certain compounds to react with ozone and assessed the toxicity of the reaction by-products. Compiled comprehensive literature summaries and identified data gaps and areas for additional research and investigation.

Provided senior direction for development of a framework to assess arsenic and chromium exposure and toxicity to children from chromated copper arsenic (CCA)-treated wood used for play equipment and residential decks. This project involved analysis of the available scientific data and identification of critical uncertainties for exposure parameters that would benefit most from additional research. Presented the analysis to the Agency for Toxic Substances and Disease Registry and EPA. Commented on EPA's deterministic risk assessment of CCA-treated wood and on the agency's probabilistic exposure model for assessing exposures to wood treatment chemicals. Testified at EPA's FIFRA Science Advisory Panel meetings and before the Consumer Product Safety Commission regarding background exposures to inorganic arsenic via diet and water in comparison to CCA exposures.

*Metals*

Served as the senior toxicologist for human health investigations of environmental and dietary exposures associated with a zinc-lead mine, haul road, and concentrate loading facility in northern Alaska. Native American concerns included air emissions and deposition, water discharges, soil contamination, and uptake of metals into berries, caribou muscle and organs, and fish. Reviewed data collection work plans and risk evaluations of environmental data. Provided expert testimony regarding potential health effects to downstream native populations based on levels of metals and other constituents in discharge monitoring reports from the mine area.

Assessed risks to cattle and horses from metals in alluvial sediments deposited in fields. Developed toxicity values and soil intake rates to assess potential exposures and risks to arsenic, cadmium, copper, lead, manganese, mercury, molybdenum, selenium, zinc. The assessment considered the differences in potential toxicity for ruminants versus non-ruminants and young

versus adult animals, and the bioavailability of certain metals in soil based on *in vitro* bioaccessibility results, mineralogy, and possible interactions among metals.

Participated as the senior toxicologist in the development of technical guidance for conducting hazard and risk assessment of alloys suitable for meeting emerging international regulatory requirements for chemical risk assessment and classification schemes to protect human health. A key issue was the difference in bioavailability of metals in alloys compared to simple mixtures of metals.  Example metals in alloys included aluminum, chromium, cobalt, copper, iron, lead, manganese, nickel, and zinc.

Directed a team of scientists in conducting a quantitative analysis of the health benefits of consumption of rice and rice-related nutrients based on the epidemiological literature as well as in dietary studies of exposure to arsenic compounds from consumption of rice and rice products.

Assessed exposure and health risks of various metals in steel slag (e.g., chromium, manganese, cadmium) when reused as fill, railroad ballast, concrete aggregate, asphalt production, and road base.  Specific considerations including particle size and durability of the material, as well as leaching and bioassessibility of the metals.

Assessed potential health risks of metals in a river system as well as airborne exposures during cleanup after a coal fly ash impoundment failure at an electric power generation plant. `

Submitted comments to EPA regarding their derivation of a revised provisional peer-reviewed toxicity value for cobalt.  Discussed the toxicology, medical, and dietary literature for cobalt with EPA scientists.

Worked with a team of epidemiologists on a meta-analysis of low level arsenic exposures and cancer.  The results of the meta-analysis were submitted to the EPA Science Advisory Board (SAB) reviewing the cancer slope factor for arsenic and were published.  Also provided technical comments to the SAB regarding arsenic toxicology and nutrition, perspective on background exposure via diet and water, and information from health studies from a number of smelting sites.

As a part of an inter-disciplinary, international team, evaluated the health effects of metals and other constituents in tailings discharged into a river system from a copper mine in Irian Jaya. Served as the senior toxicologist for the human health risk assessment.  This risk assessment entailed designing a dietary, human exposure, and biomarker survey of subsistence populations in the area and overseeing the implementation of the survey at the site.  The survey information was used in both screening-level and detailed probabilistic assessments of risks to these populations.  Trained local scientists in how to conduct risk assessments and presented preliminary results to a government scientific review panel.

Provided comments on EPA's assessment of health risks and potential cleanup levels associated with arsenic, cobalt, and other metals in soil from a mining site near Salmon, Idaho.  This remote site included an inn and primitive campgrounds, and was located near two creeks. Stream-side tailings deposited on properties downstream of the site were also a concern.  Site-

U.S. EXHIBIT 509.0017

specific issues included the bioavailability of the ore and the amount of exposure associated with residential, recreational, or livestock use of the area. Worked with EPA scientists in developing risk assessment assumptions.

Analyzed news reports of health effects on dock workers from exposure to an arsenical wood-treating solution that leaked from shipping containers at an African port. Separated symptoms associated with arsenic poisoning from those possibly due to hemorrhagic fevers or other local health problems.

Served as the senior toxicologist for a probabilistic risk assessment of arsenic in soil in a community in Arizona that received historical flooding from a tailings impoundment. Provided arsenic toxicology expertise and scientific input on distributions of values for arsenic bioavailability and other inputs to the Monte Carlo risk assessment.

Participated in an EPA working group involving the Agency for Toxic Substances and Disease Registry, state and local health agencies, interested parties, and concerned residents of a Superfund and Environmental Justice site in Denver with elevated levels of arsenic and lead over a large residential area. A primary source of the elevated arsenic levels was found to be historic use of an herbicide for lawns. Attended monthly meetings over a 2.5-year period and provided comments on data collection, bioavailability of metals, biomonitoring, risk assessment, and the toxicology of arsenic and lead. Participated in focused technical meetings on the short-term toxicology of arsenic in children and pica soil ingestion by children.

Served as senior toxicologist on a case involving lead-containing brass in water meter parts for a water department of a large municipality in California. The water department was seeking cost recovery from a supplier that provided water meters and valves containing more lead than specified in the order. The water department also had concerns for public exposures. Our work involved evaluation of the leach test information and conducting various exposure simulations of the potential effect on blood lead levels of children.

Directed human health and ecological efforts to evaluate risks before and after reclamation of an abandoned mine site in a wildlife refuge in Northern California. These assessments were performed for the State Department of Fish and Wildlife. Features of the site included an acidic pit lake, tailings and waste rock piles, and mine drainage and mineralization of groundwater and a nearby creek.

Appointed as an expert for a U.S. district court on health risks related to lead, arsenic, and other inorganic and organic chemicals for an 11-mile$^2$ area of the city of Dallas, Texas. The study area included a former secondary lead smelter, several battery and metals reclamation facilities, numerous other industries, a large public housing project, single and multi-family private residents, and schools.

Conducted multiple risk assessments and health risk reviews and worked with federal and state regulators to evaluate various health issues in areas near a large open pit copper mine and smelter in Utah. The areas included residential and recreational area soils affected by past air emissions or by deposition of metals in tailings during flooding from a stream channel.

U.S. EXHIBIT 509.0018

Evaluated the results of an environmental exposure and biomonitoring program for lead and arsenic in children for use in assessing health risks and cleanup levels. Assessed drinking water exposure to sulfate and other inorganic constituents in groundwater. Provided a scientific review of the toxicity of sulfate to humans that U.S. EPA Region 8 relied on to set a site-specific action level for sulfate in groundwater used for drinking water. Assessed health risk and cleanup levels for arsenic and lead associated with tailings and waste rock drainage and flood events in offsite areas.

Directed the human health and ecological risk assessments for tailings and naturally mineralized soil at a former mill site in New Mexico. The primary site constituents were manganese and zinc in groundwater and lead, manganese, and arsenic in soil. Lead in soil was evaluated using EPA's adult and child lead models with site-specific assumptions when justified. Detailed site geochemistry studies and simulated gastrointestinal leaching tests indicated very low bioavail-ability of lead in soil. This work was conducted as a part of a voluntary removal action.

Evaluated claims by a couple in New Mexico that past weekend exposures to elevated levels of metals and fluoride in their drinking water put them at risk of future disease.

Retained as an expert in two separate legal suits at a mining site in Washington. One suit involved releases of acrylamide in drilling muds to groundwater; the other, cyanide and metals concentrations in surface water and groundwater near the gold mine. Assessed the potential health risks of chemical concentrations to populations in the vicinity. Testified before a jury in the latter case.

Provided toxicology and exposure assessment support for a litigation case involving a competitive shooter who alleged that his health effects and elevated blood lead level were caused by the conditions of an indoor firing range. Assessed lead data from range samples and designed an exposure study at an outdoor range to distinguish lead exposure from the shooting equipment and style of firing versus ventilation conditions of the range. Also evaluated whether the alleged health effects were related to the chelation therapy and whether this treatment was applied appropriately.

Retained by a county in Oregon to direct a risk assessment of elemental mercury and cinnabar ore in soil at the site of a former small-scale refining operation. The RI/FS was conducted under the state voluntary cleanup program and involved close coordination with state toxicologists. The risk assessment evaluated direct exposures to soil as well as mercury vapor emissions and potential effects on groundwater and migration to nearby rivers.

Conducted risk assessments for a former copper smelter in Tacoma, Washington. Risks were assessed for arsenic and lead in soil and slag in nearby residential areas and for more than eight metals, PAHs, PCBs, and aniline compounds in soil, slag, demolition debris, groundwater, and surface water on the smelter site. Risks of the site to aquatic life and fishermen were also considered. Participated in discussions of health issues with EPA; in risk communication at public meetings and with citizen groups; and in a technical work group with EPA, the state, NOAA, and other trustees to design and implement toxicity testing and assessment of sediment impacts.

U.S. EXHIBIT 509.0019

Directed a risk assessment of metal concentrations under baseline and post-mine-development conditions as a part of the permitting process for a gold mine in Montana. Because the mine site is located near the confluence of two rivers, fish consumption was a major pathway of exposure in addition to potential effects on groundwater. Assisted in risk communication.

Directed health risk assessments of lead smelter sites in Montana, Utah, and Washington. Reviewed and commented on the health risks of smelter sites in Kansas City, Idaho, Illinois, and Texas. Chemicals of concern included lead, arsenic, and cadmium. Evaluated blood lead and urinary arsenic concentrations of residents and environmental sampling data. Assessed impacts from air, water, soil, and dust using EPA's integrated exposure/uptake biokinetic (IEUBK) lead model for the Montana site.

Conducted a health risk assessment of a lead smelter site on the Missouri River in Omaha, Nebraska, that was proposed for brownfield redevelopment as a park. Assessed health risks during demolition and construction as well as afterwards to visitors and maintenance workers of the park. Also considered the potential impacts resulting from flooding of the site. Discussed health risk issues with the state regulators, and participated in public meetings. This work facilitated the cleanup and redevelopment of the site by addressing health risk concerns.

Served as project manager under a contract with EPA for conducting a risk assessment of a reservoir in Montana filled with sediments from upstream mining and smelting activities. The site covers hundreds of acres involving potential impacts to aquatic life, wetlands, bird life, and local drinking water wells. The risk assessment involved coordination among various agencies (EPA, the State of Montana, the U.S. Fish and Wildlife Service, the Montana State Department of Fish and Game), the public, and the principal responsible party.

Calculated health-based soil remediation goals in support of risk-based closure and commercial redevelopment of a zinc plant site in Oklahoma. Lead, arsenic, and cadmium in soil and smelter debris used as fill material were the primary health concerns.

Provided technical review and comments on an engineering evaluation/cost assessment for a zinc plant site in southern Illinois. Evaluated site-specific uses of EPA's IEUBK lead model for estimating lead risk for residential soil with isolated areas of lead-containing smelter debris for both sites. Also calculated lead risks to workers using an adult lead model.

At another zinc plant site in Oklahoma, directed screening-level assessments of exposure and risk and made recommendations for communicating the necessity of closing private wells because of potential risks associated with cadmium in groundwater.

Conducted focused health evaluations for zinc plants in Texas and Tasmania. Presented findings for the Texas site to the regulators and in a brief televised news interview.

Assessed the toxicity of mine tailings to cattle and food chain transfer of metals in tailings to humans consuming beef or beef liver. This study was a part of a successful project in Arizona to use cattle to revegetate and stabilize mine tailings slopes.

Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
Page 19
07/19

Reviewed the scoring of arsenic by the Canadian Government's Substance Selection Committee, which implemented the Ontario Ministry of the Environment Scoring System for Assessing Environmental Contaminants. Provided technical comments on the environmental fate and persistence, aquatic toxicity, and carcinogenicity of different forms of arsenic. Reviewed a draft Environment Canada report on the long-range transport of metals in the environment with specific focus on the sources and migration of mercury.

Provided health risk and toxicology expertise for an active cadmium refinery in Denver, Colorado. Reviewed risk assessments, evaluated air emissions, interpreted health data of residents, discussed technical issues with the state agencies, and communicated risk to the public. This site required environmental cleanup for cadmium, lead, and arsenic.

As an expert for the Environmental Protection Authority of Victoria, conducted a focused risk assessment of lead in soil from a past battery recycling plant in Melbourne, Australia. Residential development had already commenced at the site without prior remediation. This assessment was instrumental in justifying that health protective actions were necessary.

Reviewed the NPL ranking of a mine waste site in Idaho that received one of the highest scores. Comments primarily focused on the lack of consideration of the bioavailability of arsenic and lead in the mine waste. Provided senior toxicology input to the assessment of both human health and ecological impacts, wetland areas, and a nearby river. Worked on behalf of the responsible parties to help ensure that up-to-date scientific methods and site-specific assumptions were considered. Provided oversight on bioavailability and geochemical studies of the soils and waste rock.

Retained as the senior toxicologist for a risk evaluation of mine tailings in Coeur d'Alene River and Lake in Idaho. Provided technical input and risk communication regarding the likelihood of adverse effects associated with exposure to metals in surface water, fish, and beach sediments resulting from tailings releases from upstream mining. Communicated the findings of the risk evaluation at a press conference. Later retained as an expert on human health issues in the natural resource damage suit. Evaluated the available data relating various sources of environmental lead in the Coeur d'Alene basin to blood lead levels of children.

Assessed the bioavailability and adverse health effects of arsenic-containing ore and mercury contamination of an old gold mining site in Alaska that was turned into a children's playground. Negotiated a site-specific approach for setting cleanup levels with the Alaska Department of Environmental Conservation. This study developed a cleanup level for arsenic based on a health risk assessment that incorporated the low bioavailability of the ore form of arsenic.

Provided senior direction and review of an evaluation of thallium levels in cement kiln dust and exposures to workers at a cement plant in Florida. Recommendations were made for reducing thallium levels to protect the health of workers.

Assessed exposure to lead and arsenic in soil from historic sandblasting and repainting of water tanks in residential neighborhoods in Seattle, Washington.

Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
Page 20
07/19

*Medical/Biological Monitoring*

Assessed perfluorinated compound exposures based on serum biomonitoring data of communities in the United States and Sweden with environmental exposures from drinking water, crops, fish, air emissions, or consumer product uses. Conducted exposure assessments of PFOS and other perfluorinated compounds in fish tissue at multiple sites with numerous potential industrial and municipal sources.

Designed and directed an arsenic exposure investigation and biomonitoring study of more than 400 residents living near a pesticide manufacturing plant. The study included a detailed census of the community, public communications, administration of a survey of individual characteristics affecting exposure, and collection and reporting of biological samples (urine and toenails) and environmental samples (house dust, soil, vegetables) for arsenic analysis. The data collected were used in a cross-sectional statistical evaluation of soil arsenic exposure in the community.

Served as a toxicology and risk assessment expert in assessing claims that arsenic exposure, based on urinary biomonitoring data in a community, resulted in increased health effects in a coastal town in northern Chile. Arsenic exposure was alleged to have resulted from smelter process material from Sweden that was sent to Chile in the mid 1980's for extraction of metals for resale. Assessed the timing of exposure relative to biomonitoring, likely sources of inorganic arsenic and organic arsenic (from diet) that would have affected the test results, whether the patterns of elevated urinary arsenic were consistent with site exposure and windblown dispersion, and the validity of the health survey.

Evaluated potential for health effects and provided technical consulting pro bono to a homeowner who drank well water with elevated arsenic levels, including review of well water data, medical records and biomonitoring results.

Served as the senior toxicologist of a team that designed and conducted an environmental and dietary exposure study to assess potential metals exposure of highland, lowland, and estuarine populations living along a river that carried tailings from a mine and mill in Southeast Asia. This study also included biomonitoring of inorganic substances in blood, urine, and hair to correlate with other measures of exposure.

Assessed past exposures and potential health risks for arsenic and cobalt based on biomonitoring data in residents of a mining area with elevated metals concentrations in soil, dust, and well water.

Developed work plans for community protection measures programs to address residual risks to lead and arsenic in residential soil at a former smelting area in Utah and for several communities in the tri-state mining district in Oklahoma. The programs involved health education, blood lead and urinary arsenic monitoring, health intervention, and environmental abatement, if warranted. These programs were developed cooperatively with federal, state, and local health agencies. Worked with EPA and state and local health departments in interpreting blood lead

U.S. EXHIBIT 509.0022

and environmental lead data for risk management decisions at the Leadville, Colorado, mining and smelting site.

Served as a toxicology expert in legal cases involving children in Oklahoma. The families alleged that their children's prior blood lead levels resulted from wind-blown dust from mine waste piles and had caused behavioral and academic problems in school. Evaluated sources of exposure for each child and the potential effects associated with their blood lead levels.

For two residential areas in the Midwest involving releases of elemental mercury from gas meter regulators in homes, provided information on the toxicity of elemental mercury, biomonitoring of individuals for exposure, and background sources of elemental mercury. Provided risk communication and technical support in developing strategy for working with EPA Region 5 on what levels might constitute a concern in homes. Conducted a pooled analysis of studies examining the relationship between mercury levels in air and in urine. Based on this analysis, recommended limits to the usefulness of biomonitoring for mercury vapor.

Directed an evaluation of beryllium exposure in workers manufacturing aluminum alloy products. Reviewed air and wipe sample data and provided a review of the available scientific and medical information regarding the likelihood of disease and strengths and limitations of medical monitoring tests.

Retained as an expert on the toxicology and health risk of metals associated with contamination of private wells by acid mine drainage in Arizona. Served as the senior lead of the human health risk assessment team and worked with county and state health officials to assess and communicate to residents the potential health effects indicated by well water sampling results. Manganese was the primary chemical of concern. As a part of a settlement for a class action lawsuit, proposed an approach to exposure screening and medical monitoring and worked with plaintiffs' expert from a local university to develop a medical monitoring program for residents.

Provided testimony in a class action lawsuit in Washington State regarding the alleged need for medical monitoring for all residents in the vicinity of a smelter living on soil with arsenic and lead levels above background levels. Key issues included the lack of sensitivity of tests at these low exposure levels and the low risk of adverse effects.

### *Risk Communication*

Evaluated residual lead levels in dust and cleanup efforts for a former printing facility building in Colorado that was converted for use as a charter school. Explained lead exposure and health issues at two town hall meetings for parents, teachers, and students.

Provided toxicological expertise and risk communication for a school district dealing with the issue of lead in drinking water of schools. Assessed the sampling data, recommended further testing and controls, and discussed the nature of the risks and solutions with school officials. Contributed to press releases and communication to parents.

U.S. EXHIBIT 509.0023

Met with a daycare owner and concerned parents in a residential area near a former smelter to discuss their potential health concerns associated with soil sampling results for arsenic and lead on the property.

Participated in public meetings and news conferences as a health risk expert. Explained health issues to concerned parents at a daycare facility near a Superfund site. Evaluated and communicated potential health risks of a nearby hazardous waste site cleanup to the cast and crew of a television studio in California.

### *Air Toxics (see also Volatile Organic Compounds, Petroleum, Metals)*

Worked with air quality scientists and epidemiologists to conduct an evaluation of trends in exposures to fine particulate matter (PM10, PM2.5) and PM precursors in a western greater metropolitan area, along with a state-of-the-science review of the association of PM with various health effects. These efforts were conducted to examine the contribution of an industrial facility to local air pollution and health outcomes.

On behalf of the State of Washington and Labor Organizations, assessed health risks of worker exposures from short-term releases of volatile organic chemicals and mercury from tank farms at the Hanford Nuclear Reservation.

Evaluated health-based levels for short-term and long-term exposures to numerous inorganic and organic chemicals in air while serving on several expert committees for the National Research Council/National Academy of Sciences.

Conducted a state-of-the-science review of the toxicological basis for short-term and long-term air quality criteria for methylene chloride. Evaluate air guidelines developed by agencies in the United States, Canada, Europe, Israel, and by the World Health Organization. This project was followed by a review of the scientific basis supporting short-term and long-term exposure limits for airborne levels of 12 other chemicals.

Retained as the senior toxicologist on odor and health issues for a pulp mill in Camas, Washington, that had a release of hydrogen sulfide and mercaptans that reached a school. The strong odors at the school resulted in children feeling acutely ill with some being sent to the local hospital. Discussed the nature of the risk and latest scientific information with state and local health agencies to promote better risk communication and attended a public meeting.

Provided senior review of a health evaluation of workers exposed to hydrogen sulfide, mercaptans, and other sulfur compounds in air at a geothermal energy plant. Issues of concern also included potential toxic interactions among these compounds.

As an expert for a city, evaluated the potential health effects of odorous chemicals (primarily hydrogen sulfide and mercaptans) associated with emissions from a wastewater treatment plant. A critical issue was the distinction of odor levels that are a public nuisance, possibly resulting in subjective effects in some individuals, but that do not cause clinically defined adverse health effects.

Retained by the U.S. Department of Justice as a toxicology expert to help assess cases involving enforcement actions by EPA for two sites with potential public exposures: one with chromium in groundwater, the other with accidental releases of hydrogen sulfide from a plant into a community. Testified on findings at an administrative hearing for the hydrogen sulfide case.

Evaluated the inhalation toxicology and health risks of criteria pollutants, metals, and silica for an application submitted to the Texas Air Board for permitting of modernized equipment at a copper smelter. The permit was approved.

Directed multipathway risk assessments of hazardous and municipal waste incinerators. Researched the health effects of incineration ash. Incineration sites included New Jersey, Kentucky, some midwestern states, and Seattle, Washington. Chemicals of primary concern for potential risks were metals, dioxins and furans, and polycyclic aromatic hydrocarbons (PAHs).

Served as senior reviewer of risk assessments and scientific reviews of the health risks associated with cement kilns burning hazardous waste. Participated in an investigation of occupational exposures and health and safety issues for cement kiln dust.

Assessed the nature of health risks associated with chemicals emitted by semiconductor industries (projects for four different companies) in Arizona. Chemicals emitted by operations were primarily acute toxicants, such as acids or bases and some solvents, rather than chemicals with potential long-term cumulative effects. Communicated risks to regulators and concerned citizens at a public hearing and assisted in preparing a corporate environmental report and other information for the public. The projects involved emissions from proposed facilities that were subsequently permitted; from operating facilities; and from a circuit-board manufacturing plant that had a fire.

Served as a toxicology and risk assessment expert in commenting on proposed hazardous air pollutant (HAP) rules for non-federal HAPs in the State of Arizona. Participated in a series of public hearings and communicated the latest scientific information to the Arizona Association of Industries (AAI), public interest groups, and the Arizona Department of Environmental Quality (ADEQ). Commended by ADEQ, AAI, and public representatives for scientific contributions to the process and facilitation of consensus.

Subsequently, commented on the revised HAPs program proposed by the State of Arizona. In addition to comments on the overall process, specific comments were submitted on the health-based methodology and use of the toxicological literature in developing short-term and long-term air criteria for individual chemicals.

Served as the senior toxicologist as a part of a team of industrial hygiene and air quality specialists investigating possible causes and remedies for various health complaints suffered by staff working in the neonatal intensive care unit of a hospital in Nevada. Possible causes investigated included re-entrainment of boiler exhaust, other problems with the ventilation system, or indoor sources of chemicals.

Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
Page 24
07/19

Selected by a major cancer research facility and the local fire department to help settle a dispute regarding the acute inhalation toxicity of formalin and its classification according to the Uniform Fire Code. Strict interpretation would have required the facility to shut down because only a small amount of formalin would have been allowed per building. Provided the scientific interpretation on the toxicity of formalin versus formaldehyde that resolved the conflicting conclusions provided by experts for each of the parties, thereby allowing the facility to operate and the fire department to be confident that health would be protected in the event of a fire.

For a major health care organization, conducted an independent review of a risk assessment of benzene in air at a daycare facility located on petroleum-contaminated soil.

On behalf of the surviving family, provided a summary of opinion as a toxicology expert in a case involving the death of a refrigerator repairman by carbon dioxide poisoning from dry ice used in a broken freezer. The key issues considered were the physiological and toxicological effects of elevated carbon dioxide levels and whether the repairman would have been able to rescue himself from the situation.

*Pesticides and Herbicides*

Conducted detailed toxicology evaluations of ethylene dibromide, dibromochloropropane, 1,3-dichloropropene, 1,2-dichloropropane, 1,2,3-trichloropropane, and epichlorohydrin for cases involving alleged exposures to fumigants from drift off of fields and from groundwater contamination. Specifically evaluated the scientific evidence related to whether exposure to these chemicals would cause the alleged health effects.

Evaluated health risks associated with residential exposure to pesticides and herbicide releases as a result of a fire at a nearby grain silo and a warehouse in Oregon containing more than 100 agricultural chemicals. Emergency response action levels were developed to guide remediation of residential soil contaminated by surface runoff of water used in fighting the fire.

Retained specifically to resolve risk assessment and cleanup levels issues with the state regulatory agency for persistent pesticides and herbicides in soil at an agricultural chemical site in Oregon.

Provided senior oversight on an evaluation of health and environmental effects of pesticides and herbicides used by Northwest utilities on vegetation and on utility poles.

In support of a settlement for a major retailer, evaluated the toxicity of their waste stream (mostly cardboard, although damaged packages of pesticides, herbicides, or fertilizers were also alleged to have been contributed) relative to other wastes that were historically sent to a landfill in Washington that had accepted municipal, medical, and hazardous waste.

Conducted a risk assessment of residual levels of chlorinated organic pesticides in "clean" fill used for remediating a residential area in California. Evaluated direct exposure via ingestion of soil and indirect exposure from eating home vegetable gardens.

U.S. EXHIBIT 509.0026

Supervised expert toxicology work regarding a potential poisoning caused by an organophosphate pesticide and the use of pesticides on school buses and likely effects on children.

### Volatile Organic Compounds (see also Air Toxics)

Served as an expert for the State of Washington regarding worker safety from tank vapor releases at the Department of Energy Hanford Nuclear Site in Richland, Washington.

Served as an expert witness for a case involving a perchloroethylene (PCE) plume in groundwater attributed to a former laundry and drycleaning facility in Wyoming. Testified in court regarding the toxicology of PCE, health risks (via drinking water and volatilization in indoor air) to residents living over the plume, and effects on aquatic biota as a result of groundwater reaching a river. The court's decision regarding the lack of an imminent and substantial endangerment reflected this testimony.

Directed and peer-reviewed assessments of health and environmental impacts of chemicals in groundwater as a part of landfill closures and corrective actions at multiple landfill sites in California, Montana, Washington, and Arizona. The evaluations included potential effects on drinking water wells and irrigation water, soil vapor exposure, and migration of volatile organic chemicals (e.g., trichloroethylene (TCE), PCE, vinyl chloride, chloroform) in groundwater to surface water bodies with exposure to aquatic organisms and fishermen. Detailed analysis of the human toxicology of these chemicals was also conducted to assess the limitations of the regulatory criteria, which are largely based on animal data.

Assessed sources and likely exposures to TCE and its breakdown products, 1,2-dichloroethene and vinyl chloride, in groundwater, soil gas, and indoor air samples at an industrial plant and for nearby residential properties in western Washington. Soil gas and air samples also included other volatile chemicals. Conducted a screening of health risks for the site and provided comments on a health consultation by the state department of health.

Retained as a toxicology expert by a county in Arizona for pending litigation concerning a landfill. The landfill had received multiple waste streams over time, including both hazardous, municipal, and construction debris. Evaluated the site environmental data and exposures at nearby retail stores, a restaurant, and motel that had elevated levels of volatile organic compounds in their well water.

Evaluated concentrations of volatile organic chemicals in air within a commercial building in southern California to assess whether volatile chemicals in groundwater were migrating into the building at concentrations of health concern for workers. Exposures were found to be less than California worker health criteria.

Evaluated the potential health risks of groundwater containing volatile organic chemicals in support of a legal settlement for a property owner adjacent to a major Superfund site in Washington.

U.S. EXHIBIT 509.0027

Provided senior review for a facility in which workers received historical exposure to TCE in drinking water.  This project included an evaluation of the scientific literature and current debates on the health risks of TCE and other volatile chlorinated compounds.

Worked with a team of epidemiology and toxicology experts to provide written comments on EPA's risk assessment of TCE.

Developed risk-based cleanup levels for acetone, methyl ethyl ketone, methylene chloride, and toluene in soil at an industrial facility in North Carolina.  Modeled exposure by soil ingestion, dermal contact, and inhalation of volatile emissions.

### *PCBs*

Assessed the adverse effects of PCBs and priority pollutants in uplands soils and river sediments on the environment (including aquatic organisms and associated terrestrial wildlife) and on public health at a former utility substation on the Willamette River in Oregon that was to be redeveloped into a museum.  Designed a tissue residue study of local fish and used the results to derive more realistic bioaccumulation rates for PCBs in sediment.  Presented the risk assessment to the Oregon Department of Environmental Quality (ODEQ).  The cleanup based on this risk assessment was approved by ODEQ.

Assessed possible changes in cleanup levels for PCBs in sediments of an urban waterway in Commencement Bay, Washington.  Evaluated the recent toxicological literature, sediment concentrations, fish consumption rate studies, and changes in regulatory guidance.

Provided senior review for a remedial investigation and ecological and health risk assessment of marine sediments in an urban harbor in southern California.  Project efforts included sampling of sediment chemistry and biota, as well as implementation of aquatic and sediment bioassays.  The primary chemicals of concern were PAHs from petroleum solvents, metals, PCBs, and persistent pesticides.

Assessed the relative hazards posed by PCBs compared with those posed by PAHs at a coal gasification and metal recycling NPL site in Washington.  The study supported a *de minimis* settlement by the utility companies that had contributed transformers with residual PCB oil.

### *Dioxins/Furans, Pentachlorophenol*

For a public housing authority, evaluated the potential for exposure to dioxin and furan compounds detected in soil of an apartment complex from past industrial uses of the site.  Assessed patterns of exposure over the site, subpopulations with highest potential for exposure, and the feasibility and limitations of biomonitoring for dioxins and furans.

On behalf of a city in Washington State, commented on the proposed changes in the state cleanup level regulations for dioxins and furans in soil.  Provided scientific input on the toxicological basis of such criteria.  Also, on behalf of the city, provided comments on a remedial investigation report of a local pulp mill site with dioxins and furans in soil.

U.S. EXHIBIT 509.0028

Investigated potential exposures and health risks of dioxins and furans emitted by a cement plant in Arizona. Supervised modeling and risk communication efforts.

Provided risk assessment input for a remedial investigation of a pole yard and wood products facility in Montana. Helped design sampling to collect the necessary data for a risk assessment and provided technical input on the need for interim remedial actions. The primary concern regarded pentachlorophenol and dioxins/furans released to soil and groundwater from former dip tanks for wood treatment. Groundwater releases threatened a sole-source aquifer. Reviewed and commented on the state's risk assessment work plan and risk assessment drafts. Addressed issues of particular concern to the community such as the toxicity of dioxins/furans.

Conducted a RCRA evaluation of human health and ecological risks for a wood-treating facility bordering wetlands, a wildlife refuge, and a major tributary of the Columbia River. Primary issues of concern were transport of copper, chromium, arsenic, pentachlorophenol, and PAHs to the wetlands via contaminated groundwater. Soil sampling revealed these chemicals as well as petroleum hydrocarbons and dioxins. The potential toxicity of sediment samples was also assessed.

Served as a toxicologist for EPA in evaluating effects to human health and aquatic organisms resulting from organic chemicals (pentachlorophenol, creosote, PAHs) and metals (copper, chromium, arsenic) in soil, groundwater, marine sediments, and surface water from a Pacific Northwest wood-treating facility. Dioxins and furans were also elevated in soil as a result of a retort fire.

Retained as an expert witness in support of litigation regarding the potential health effects and cleanup levels at an industrial site in northern California involving various activities, including lumber storage, wood treatment, wood products manufacturing, and railroad engine construction. Testified at two court hearings.

Provided senior oversight for risk assessment and risk communication about dioxins and PCBs in onsite and offsite residential soil at a pulp mill in Washington State.

*Petroleum Sites*

On behalf of a municipal water supplier, assessed health-protective levels and those associated with adverse odor or taste for mid-range total petroleum hydrocarbons in an aquifer affected by jet fuel contamination from a military base. Provided assessments of health-protective levels for non-regulated drinking water chemicals.

Provided toxicology and health risk support to a city and affected residents following an oil spill in a river from a pipeline leak. Provided recommendations on air sampling; assessed air exposures to those living along the river from volatile emissions; met with citizens regarding health effects and potential concerns; discussed health risks with county, state and national health authorities; and participated in focus group meetings with citizens and health agency representatives.

Joyce S. Tsuji, Ph.D., DABT, Fellow ATS
Page 28
07/19

Directed a health risk assessment of a fuel additive in sediments at an overseas offshore loading facility. The assessment evaluated the current literature on chemical toxicity and included design of site-specific data collection and analysis to quantify exposure. Assessed health risks via fish ingestion probabilistically using Monte Carlo techniques. Developed a survey of local practices related to fishing and designed experiments to quantify cooking loss of the additive. Educated scientific experts of the foreign court on health risk assessment and presented the risk assessment findings.

Conducted an evaluation of health and environmental effects at the site of a former Pacific Northwest boat repair and cannery site that was to be redeveloped into a resort. Issues of primary concern included petroleum hydrocarbons in soil and the aquatic toxicity of tributyltin in marine sediments and in groundwater that discharges to the surface water in the harbor. Evaluated the toxicity of tributyltin in sediments specifically to mussels and oysters. PAHs and lead were also elevated in subsurface soils and in groundwater. Potential human exposures included those of children playing on the beach and people eating seafood collected at the site.

Retained as a toxicology expert for property owners and tenants potentially affected by a groundwater plume of heating oil from a utility site in Spokane, Washington. Provided technical comments on site investigation plans and a risk assessment and assisted the citizens in understanding the health risks and state RI/FS process.

Reviewed and directed multiple risk assessments of petroleum hydrocarbons in soil and groundwater in Washington, Oregon, California, and Arizona. Most of these assessments were risk-based closures of underground storage tank sites in support of voluntary actions of two major oil companies or the U.S. Department of Defense. Also provided senior review of a risk-based remediation at a petroleum terminal site in Oregon.

Directed a risk assessment of petroleum compounds in soil and groundwater at a state Superfund site in Washington. Risks were considered for commercial use of the site as well as for potential exposure to nearby users of private wells. The assessment included a detailed toxicity evaluation of volatile and semivolatile chemicals in gasoline and diesel. Site-specific cleanup action levels were recommended depending on various engineering controls.

Assessed risks associated with PAHs and petroleum hydrocarbons in soil from underground storage tanks at an industrial site in Massachusetts. This risk assessment provided the state regulatory agency with scientific justification to approve a cleanup for the protection of workers.

For the City of Seattle, directed a review and assessment of risks to public health and aquatic life due to urban storm water discharges in the Seattle area. Lead and petroleum hydrocarbon compounds such as PAHs were the main concerns.

Provided senior direction and review of a contingency plan for incineration of oil-soaked waste and debris associated with oil spill cleanup in Alaska. This work was performed for a major petroleum consortium in response to regulatory requirements.

U.S. EXHIBIT 509.0030

*Multiple Chemical Sites/Issues*

Project manager for a contract with Oak Ridge National Laboratory to write toxicity review documents for chemicals in support of U.S. EPA Integrated Risk Information System database of toxicity criteria for risk assessment.

Directed a health risk assessment for the Queensland government in Queensland, Australia (of a high-profile site known as Australia's Love Canal), involving a residential area built over an area with previous mining and industrial and municipal disposal activities. The most visible source of concern was the appearance of acid oil sludge at the surface of yards built over mining pits filled with refinery wastes. Chemicals of concern included lead, PAHs, PCBs, cyanide, and chlorinated benzenes in groundwater, surface water, soil, and air.

Examined the nature and extent of underground contamination at an abandoned naval shipyard in northern California converted for residential use. Evaluated the potential for adverse health effects to future residents from long-term exposure to petroleum hydrocarbons, lead, and other metals. Developed and implemented surface flux chamber sampling to measure volatile chemical emissions from soil. Derived cost-effective, risk-based cleanup levels, which were approved by the California Department of Health Services.

Served as an expert for the State of New Jersey regarding health risks associated with a major urban park. Evaluated health risks associated with residual levels of chromium from chromite ore processing, petroleum-related chemicals, lead and other metals, PCBs, and pesticides. Effectively demonstrated the lack of a scientific basis for the opposing expert's report.

Directed human health and ecological risk assessment of lead, PAHs, and explosive chemicals at a former industrial munitions facility. The site encompassed a large woodland area, including small lakes and a salmon stream, and bordered a wildlife refuge and river delta. Ecological concerns included both potential aquatic effects and risks to burrowing animals in the upland areas.

Retained as an environmental toxicology expert by Whatcom County, Washington, in a legal action filed by the county to cease storage of hazardous and solid waste on a property located within a primary watershed. Evaluated the potential chemical hazards at the property that might threaten the watershed.

Directed projects for EPA's Technical Enforcement Support program. Responsibilities included direction of risk assessments for EPA and oversight of potentially responsible parties conducting risk assessments at various sites.

U.S. EXHIBIT 509.0031

**Professional Affiliations**

- Society of Toxicology
  - Member of Nanotoxicology, Risk Assessment, and Medical Device and Combination Product Specialty Sections
  - Awards Committee 2019-2021
  - Past- President, Nanotoxicology Specialty Section 2013–2014
  - President, Nanotoxicology Specialty Section 2012–2013
  - Vice President, Nanotoxicology Specialty Section 2011–2012
  - Chair of Program and Nominations Committees, Nanotoxicology Specialty Section 2011
  - Vice President Elect, Nanotoxicology Specialty Section 2010–2011
  - Webinar Committee; Nanotoxicology Specialty Section 2009–2010
  - Continuing Education Committee 2002–2004

U.S. EXHIBIT 509.0032

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case Number: 3:17-cv-02162-EMC

PLTF / DEFT EXHIBIT
NO.____509_____

Date
Admitted:_____

By:_____

Angella Meuleman, Deputy Clerk

# APPENDIX B

# Trial Declaration of Joyce Tsuji

## APPENDIX B: PUBMED DATABASE SEARCH TERMS

(Nervous system[mh] OR Nervous system physiological processes[mh] OR nervous-system[tiab] OR central-nervous[tiab] OR brain[tiab] OR blood-brain[tiab] OR brain-stem[tiab] OR cerebral[tiab] OR cortical[tiab] OR limbic OR amygdala OR hippocamp*[tiab] OR hypothalamus[tiab] OR parahippocamp*[tiab] OR perforant[tiab] OR mesencephalon OR prosencephalon OR rhombencephalon OR meninges OR dura-matter[tiab] OR spinal-cord[tiab] OR ganglia[tiab] OR ganglion[tiab] OR nerve[tiab] OR nervous[tiab] OR neural[tiab] OR neural-tube[tiab] OR afferent[tiab] OR auditory[tiab] OR olfactory[tiab] OR oculomotor [tiab] OR optic[tiab] OR retinal[tiab] OR efferent[tiab] OR perforant[tiab] OR neuroglia*[tiab] OR astrocyte*[tiab] OR microglia*[tiab] OR schwann-cell*[tiab] OR "myelin sheath"[tiab] OR neuron*[tiab] OR axon*[tiab] OR dendrit*[tiab] OR interneuron*[tiab] OR lewy-bod*[tiab] OR neurofibril*[tiab] OR purkinje-cell*[tiab] OR pyramidal-cell*[tiab] OR serotonergic[tiab] OR neuromuscular[tiab] OR neuroendocrine[tiab] OR neurosecret*[tiab] OR pituitary[tiab] OR pineal[tiab] OR synapse*[tiab] OR synaptic[tiab] OR presynaptic[tiab] OR postsynaptic[tiab] OR plasticity[tiab] OR hearing[tiab] OR vision[tiab] OR taste[tiab] OR smell[tiab] OR propriocept*[tiab] OR Nervous system diseases[mh] OR neurologic*[tiab] OR autonomicnervous[tiab] OR central-nervous[tiab] OR demyelinat*[tiab] OR multiple-sclerosis[tiab] OR myasthenia-gravis[tiab] OR epilep*[tiab] OR encephalitis[tiab] OR meningitis[tiab] OR chronicfatigue[tiab] OR dyskinesia*[tiab] OR dyston*[tiab] OR parkinson*[tiab] OR mobility[tiab] OR motor-control[tiab] OR motor-abilit*[tiab] OR motor-skill*[tiab] OR cranial-nerve[tiab] OR huntington*[tiab] OR tourette*[tiab] OR ataxia[tiab] OR hydranencephaly[tiab] OR neurofibra*[tiab] OR tauopath*[tiab] OR fibromyalgia[tiab] OR myopath*[tiab] OR neurodegenerat*[tiab] OR neuroimmunomodulat*[tiab] OR neuromuscular[tiab] OR neuropath*[tiab] OR neurosecret*[tiab] OR neurotox*[tiab] OR neurobehav*[tiab] OR dyslexi*[tiab] OR cognitive[tiab] OR cognition[tiab] OR intellect*[tiab] OR intelligence[tiab] OR mental-deficienc*[tiab] OR mental-deficit*[tiab] OR down-syndrome[tiab] OR rettsyndrome[tiab] OR memory-deficit*[tiab] OR memory-impair*[tiab] OR memory-loss*[tiab] OR Mental disorders[mh] OR Developmental disabilities[mh] OR developmental-delay*[tiab] OR developmental-disabilit*[tiab] OR anxiety[tiab] OR obsessive-compulsive[tiab] OR phobia*[tiab] OR phobic[tiab] OR antisocial[tiab] OR personality[tiab] OR schizophrenia[tiab] OR behavior[tiab] OR paranoid[tiab] OR paranoia[tiab] OR dementia[tiab] OR senile[tiab] OR senility[tiab] OR alzheimer[tiab] OR learning[tiab] OR aphasia[tiab] OR autism[tiab] OR autistic[tiab] OR attention-deficit[tiab])

AND

(Fluorides[mh:noexp] OR fluorides, topical[mh] OR sodium fluoride[mh] OR fluorid*[tiab] OR flurid*[tiab] OR fluorin*[tiab] OR florin*[tiab]) NOT (18F[tiab] OR f-18[tiab] OR 19F[tiab] OR f-19[tiab] OR f-labeled[tiab] OR "fluorine-18"[tiab] OR "fluorine-19"[tiab] OR pet-scan[tiab] OR imaging[tiab] OR radioligand*[tiab])

AND

Filtered by Other Animals

AND

Filtered by date range of search

# APPENDIX C
# Trial Declaration of Joyce Tsuji

## APPENDIX C: SUMMARY OF RECENT DEVELOPMENTAL STUDIES

| | Study (Country of Origin) | Species, Strain (sex) | High Risk of Bias | Fluoride Exposure Groups (Postnatal Exposure Days) | Tests (N per Group) | NOAEL (mg/L) | LOAEL (mg/L) |
|---|---|---|---|---|---|---|---|
| 1. | **McPherson 2018 (United States)** | Rat, Long Evans (male) | No | 0 mg/L + low-F diet (control) 0 mg/L + 20.5 ppm F diet 10 mg/L + low-F diet 20 mg/L + low-F diet (24−70, depending on test) | Morris water maze (MWM) (15–23) Passive avoidance (13–14) Open field (20–21) Activity (16–17) (5 other tests) | 20 | – |
| 2. | **Bartos 2018 (Argentina)** | Rat, Wistar (female) | No | Filtered tap, 5, 10 mg/L (21) | Passive avoidance (9–10) | – | 5 |
| 3. | **Bartos 2019 (Argentina)** | Rat, Wistar (both) | No | Filtered tap, 5, 10 mg/L (21) | Passive avoidance (9–10 females, 9–10 males) | 10 (males) | 5 (females, males) |
| 4. | **Zhou 2019 (China)** | Rat, Sprague Dawley (female) | No | <1, 4.5, 22.6, 45.2 mg/L (183) | MWM (6) | 4.5 | 22.6 |
| 5. | **Zhu 2017 (China)** | Rat, Sprague Dawley (both) | No | Tap water, 45.2 mg/L (42) | Surface righting (10) Negative geotaxis (10) MWM (8) | 45.2 – – | – 45.2 45.2 |
| 6. | Chen 2018 (China) | Rat, Sprague Dawley (female) | Yes | <1, 4.5, 22.6, 45.2 mg/L (183) | MWM (6) | 4.5 | 22.6 |
| 7. | Cui 2017 (China) | Rat, Sprague Dawley (both) | Yes | 0.16, 4.5, 22.6, 45.2 mg/L (60) | MWM (6 male, 6 female) | – | 4.5 |
| 8. | Ge 2018 (China) | Mice, ICR (both) | Yes | 0, 50, 100 mg/L (60) | MWM (3 male, 3 female) | – | 50 |
| 9. | Sudhakar 2018 (India) | Rat, Wistar (undisclosed) | Yes | Tap water, 9.05 mg/L (30) | Limb withdraw (not a test of learning and memory) (6) | – | 9.05 |

## APPENDIX C: SUMMARY OF RECENT DEVELOPMENTAL STUDIES

| | Study (Country of Origin) | Species, Strain (sex) | High Risk of Bias | Fluoride Exposure Groups (Postnatal Exposure Days) | Tests (N per Group) | NOAEL (mg/L) | LOAEL (mg/L) |
|---|---|---|---|---|---|---|---|
| 10. | Sun 2018 (China) | Mice, Kunming (undisclosed) | Yes | 0, 11.3, 22.6, 45.2 mg/L (21) | Open field and radial arm maze (6) | 11.3 | 22.6 |
| 11. | Wang 2018 (China) | Mice, ICR (undisclosed) | Yes | 0, 11.3, 22.6, 45.2 mg/L (21) | Open field (15) Radial arm maze (15) | 22.6 11.3 | 45.2 22.6 |
| 12. | Zhao 2019 (China) | Rat, Sprague Dawley (undisclosed) | Yes | <1, 4.5, 22.6, 45.2 mg/L (60) | MWM (5) | 4.5 | 22.6 |

# APPENDIX D
# Trial Declaration of Joyce Tsuji

## APPENDIX D: SUMMARY OF RECENT ADULT AND WEANLING STUDIES

| | Study (Country of Origin) | Species, Strain (sex) | Age (days) | High Risk of Bias | Fluoride Exposure Groups (Exposure Duration, Days) | Tests (N per Group) | NOAEL (mg/L) | LOAEL (mg/L) |
|---|---|---|---|---|---|---|---|---|
| 1. | **Adedara 2017 (Nigeria)** | Rat, Wistar (male) | Adult | No | "drinking water," 6.8 mg/L (45) | Locomotor, exploratory behavior, grip strength, motor effects* (12) | – | 6.8 |
| 2. | **Agustina 2019 (Indonesia)** | Rat, Wistar (male) | 89–117 | No, but dosing is less relevant | <0.027, 13.3, 26.6, 53.2 mg/L (30) | Rotarod (motor coordination)* (8) Loss of Purkinje cells (24% and 25% at 26.6 and 53.2 mg/L, respectively) | 53.2 13.3 | – 26.6 |
| 3. | **Lu 2019 (U.S., China, Turkey)** | Mice, C57BL/6J (female) | 21 | No | 0, 50 mg/L (49, 161) | Open field test (35)* Elevated plus maze* 49 days (35) 161 days (20) | 50 – – | – 50 50 |
| 4. | **Niu 2018 (China)** | Rat, Sprague Dawley (female) | Undisclosed (bodyweight provided) | No | <1, 4.52, 22.6, 45.2 mg/L (61) | MWM (6) | 4.52 | 22.6 |
| 5. | **Pulungan 2018 (Indonesia)** | Rat, Wistar (male) | 89–117 | No, but dosing is less relevant | <0.027, 13.3, 26.6, 53.2 mg/L (30) | Y-maze (8) No loss of pyramidal neurons in the prefrontal cortex | 53.2 53.2 | – |
| 6. | **Yang 2018 (China)** | Rat, Wistar (male) | 42 | No | 0, 60, 120 mg/L (28, 84) | Open field (10) MWM (10) | 120 (28 days) 120 (28 days) | 60 (84 days) 60 (28 days) |
| 7. | **Zeng 2019 (China)** | Rat, Sprague Dawley (both) | Undisclosed (bodyweight provided) | No | <0.5, 50 mg/L (213) | MWM (8) | – | 50 |

## APPENDIX D: SUMMARY OF RECENT ADULT AND WEANLING STUDIES

| | Study (Country of Origin) | Species, Strain (sex) | Age (days) | High Risk of Bias | Fluoride Exposure Groups (Exposure Duration, Days) | Tests (N per Group) | NOAEL (mg/L) | LOAEL (mg/L) |
|---|---|---|---|---|---|---|---|---|
| 8. | Li 2019 China | Mice, Kunming (undisclosed) | Adult | Maybe | 0, 68 mg/L (90,120, 150) | Novel object, light/dark exploration, emergence, elevated zero maze, forced swim, tail suspension* (8) | 68 (90, 150 days) | 68 (120 days) |
| 9. | Yuan 2019 (China) | Mice, Kunming (male) | 56 | Maybe | 0, 22.6, 45.2, 67.8 mg/L (84) | Y-maze (12) But no dose-response in fluoride exposed groups | – | 22.6 |
| 10. | Dong 2017 (China) | Rat, Sprague Dawley (both) | 35 | Yes | <0.5, 50 mg/L (304) | MWM (10) | – | 50 |
| 11. | Jetti 2016 (India) | Rat, Wistar (male) | Adult | Yes | 0.5,100 mg/L (30) | T-maze, passive avoidance (6) | – | 100 |
| 12. | Zhang 2019 (China) | Rat, Wistar (both) | 35 | Yes | <0.1, 25, 50, 100 mg/L (91) | MWM (15) | 50 | 100 |

* Not a test of learning and memory.

# APPENDIX E
# Trial Declaration of Joyce Tsuji

# APPENDIX E: BIBLIOGRAPHY

Adedara, I. A., A. O. Abolaji, U. F. Idris, B. F. Olabiyi, E. M. Onibiyo, T. D. Ojuade, and E. O. Farombi. 2017. Neuroprotective influence of taurine on fluoride-induced biochemical and behavioral deficits in rats. Chemico-biological interactions 261:1-10.

Agustina, F., Z. M. Sofro, and G. Partadiredja. 2019. Subchronic Administration of High-Dose Sodium Fluoride Causes Deficits in Cerebellar Purkinje Cells But Not Motor Coordination of Rats. Biological trace element research 188(2):424-433.

Arora, G., and S. Bhateja. 2014. Estimating the fluoride concentration in soil and crops grown over it in and around Mathura, Uttar Pradesh, India. Am J Ethnomed 1(1):36-41.

ATSDR. 2003. Toxicological profile for fluorides, hydrogen fluoride, and fluorine. U.S. Department of Health and Human Services. Atlanta, GA.

Aylward, L. L., S. M. Hays, A. Vezina, M. Deveau, A. St-Amand, and A. Nong. 2015. Biomonitoring Equivalents for interpretation of urinary fluoride. Regul Toxicol Pharmacol 72(1):158-167.

Baker, M. 2016. 1,500 scientists lift the lid on reproducibility. Nature 533(7604):452-454.

Barr, D. B., L. C. Wilder, S. P. Caudill, A. J. Gonzalez, L. L. Needham, and J. L. Pirkle. 2005. Urinary creatinine concentrations in the U.S. population: implications for urinary biologic monitoring measurements. Environ Health Perspect 113(2):192-200.

Bartos, M., F. Gumilar, C. Bras, C. E. Gallegos, L. Giannuzzi, L. M. Cancela, and A. Minetti. 2015. Neurobehavioural effects of exposure to fluoride in the earliest stages of rat development. Physiol Behav 147:205-212.

Bartos, M., F. Gumilar, C. E. Gallegos, C. Bras, S. Dominguez, N. Monaco, M. D. C. Esandi, C. Bouzat, L. M. Cancela, and A. Minetti. 2018. Alterations in the memory of rat offspring exposed to low levels of fluoride during gestation and lactation: Involvement of the alpha7 nicotinic receptor and oxidative stress. Reproductive toxicology (Elmsford, N.Y.) 81:108-114.

Bartos, M., F. Gumilar, C. E. Gallegos, C. Bras, S. Dominguez, L. M. Cancela, and A. Minetti. 2019. Effects of perinatal fluoride exposure on short- and long-term memory, brain antioxidant status, and glutamate metabolism of young rat pups. Int. J. Toxicol. 38(5):405-414.

Bashash, M., M. Marchand, H. Hu, C. Till, E. A. Martinez-Mier, B. N. Sanchez, N. Basu, K. E. Peterson, R. Green, L. Schnaas, A. Mercado-Garcia, M. Hernandez-Avila, and M. M. Tellez-Rojo. 2018. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12years of age in Mexico City. Environ Int 121(Pt 1):658-666.

Bashash, M., D. Thomas, H. Hu, E. A. Martinez-Mier, B. N. Sanchez, N. Basu, K. E. Peterson, A. S. Ettinger, R. Wright, Z. Zhang, Y. Liu, L. Schnaas, A. Mercado-Garcia, M. M. Tellez-Rojo, and M. Hernandez-Avila. 2017. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspect 125(9):097017.

## APPENDIX E: BIBLIOGRAPHY

Begley, C. G., and L. M. Ellis. 2012. Drug development: Raise standards for preclinical cancer research. Nature 483(7391):531-533.

Birnbaum, L. S., K. A. Thayer, J. R. Bucher, and M. S. Wolfe. 2013. Implementing systematic review at the National Toxicology Program: status and next steps. Environ Health Perspect 121(4):A108-109.

Broadbent, J. M., W. M. Thomson, S. Ramrakha, T. E. Moffitt, J. Zeng, L. A. Foster Page, and R. Poulton. 2015. Community Water Fluoridation and Intelligence: Prospective Study in New Zealand. Am J Public Health 105(1):72-76.

Button, K. S., J. P. Ioannidis, C. Mokrysz, B. A. Nosek, J. Flint, E. S. Robinson, and M. R. Munafo. 2013. Power failure: why small sample size undermines the reliability of neuroscience. Nat Rev Neurosci 14(5):365-376.

Camprubi Robles, M., C. Campoy, L. Garcia Fernandez, J. M. Lopez-Pedrosa, R. Rueda, and M. J. Martin. 2015. Maternal Diabetes and Cognitive Performance in the Offspring: A Systematic Review and Meta-Analysis. PLoS One 10(11):e0142583.

Catani, D. B., L. M. Tenuta, F. A. Andalo, and J. A. Cury. 2010. Fluorosis in rats exposed to oscillating chronic fluoride doses. Braz Dent J 21(1):32-37.

Chen, J., Q. Niu, T. Xia, G. Zhou, P. Li, Q. Zhao, C. Xu, L. Dong, S. Zhang, and A. Wang. 2018. ERK1/2-mediated disruption of BDNF-TrkB signaling causes synaptic impairment contributing to fluoride-induced developmental neurotoxicity. Toxicology 410:222-230.

Cope, M. B., and D. B. Allison. 2010a. White hat bias: a threat to the integrity of scientific reporting. Acta Paediatr 99(11):1615-1617.

Cope, M. B., and D. B. Allison. 2010b. White hat bias: examples of its presence in obesity research and a call for renewed commitment to faithfulness in research reporting. Int J Obes (Lond) 34(1):84-88; discussion 83.

Cui, Y. S., Q. Zhong, W. F. Li, Z. H. Liu, Y. Wang, and C. C. Hou. 2017. [Effects of fluoride exposure on thyroid hormone level and intelligence in rats]. Zhonghua lao dong wei sheng zhi ye bing za zhi = Zhonghua laodong weisheng zhiyebing zazhi = Chinese journal of industrial hygiene and occupational diseases 35(12):888-892.

Das, K., and N. K. Mondal. 2016. Dental fluorosis and urinary fluoride concentration as a reflection of fluoride exposure and its impact on IQ level and BMI of children of Laxmisagar, Simlapal Block of Bankura District, W.B., India. Environ Monit Assess 188(4):218.

Das, S., L. M. de Oliveira, E. da Silva, Y. Liu, and L. Q. Ma. 2017. Fluoride concentrations in traditional and herbal teas: Health risk assessment. Environmental pollution (Barking, Essex : 1987) 231(Pt 1):779-784.

## APPENDIX E: BIBLIOGRAPHY

Dong, Y., Y. Wang, N. Wei, and Z. Guan. 2015a. Expression of muscarinic acetylcholine receptors in the brain of rats with chronic fluorosis. Chi J Endemiol 34(2):84-88.

Dong, Y. T., Y. Wang, N. Wei, Q. F. Zhang, and Z. Z. Guan. 2015b. Deficit in learning and memory of rats with chronic fluorosis correlates with the decreased expressions of M1 and M3 muscarinic acetylcholine receptors. Archives of toxicology 89(11):1981-1991.

Dong, Y. T., N. Wei, X. L. Qi, X. H. Liu, D. Chen, X. X. Zeng, and Z. Z. Guan. 2017. Attenuating effect of Vitamin E on the defecit of learning and memory of rats with chronic fluorosis: The mechanism may involve muscarinic acetylcholine receptors. Fluoride 50(3):354-364.

Eaton, D. L., and S. G. Gilbert. 2013. Principles of toxicology. pp. 13-48. In: Casarett and Doull's toxicology, the basic science of poisons. C. D. Klaassen, editor. McGraw-Hill.

Ekstrand, J., and M. Ehrnebo. 1979. Influence of milk products on fluoride bioavailability in man. European Journal of Clinical Pharmacology 16(3):211-215.

Ekstrand, J., E. E. Ziegler, S. E. Nelson, and S. J. Fomon. 1994. Absorption and Retention of Dietary and Supplemental Fluoride by Infants. Advances in Dental Research 8(2):175-180.

El-Lethey, H., M. Kamel, and I. B. Shaheed. 2010. Neurobehavioral toxicity produced by sodium fluoride in drinking water of laboratory rats. J Amer Sci 6(5):54-63.

Elliott, L. 1967. Lack of Effect of Administration of Fluoride on the Central Nervous System of Rats. Acta Pharmacologica et Toxicologica 25(3):323-328.

FDA. 2018. Good laboratory practice for nonclinical laboratory studies. Washington D.C.

Fraga, M. C., E. G. Moura, J. O. Silva, I. T. Bonomo, C. C. Filgueiras, Y. Abreu-Villaca, M. C. Passos, P. C. Lisboa, and A. C. Manhaes. 2011. Maternal prolactin inhibition at the end of lactation affects learning/memory and anxiety-like behaviors but not novelty-seeking in adult rat progeny. Pharmacol Biochem Behav 100(1):165-173.

Ge, Y., L. Chen, Z. Yin, X. Song, T. Ruan, L. Hua, J. Liu, J. Wang, and H. Ning. 2018. Fluoride-induced alterations of synapse-related proteins in the cerebral cortex of ICR offspring mouse brain. Chemosphere 201:874-883.

Green, R., B. Lanphear, R. Hornung, D. Flora, A. Martinez-Mier, R. Neufeld, P. Ayotte, G. Muckle, and C. Till. (in press). Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. In press.

Green, R., B. Lanphear, R. Hornung, A. Martinez-Mier, G. Muckle, P. Ayotte, and C. Till. 2018. Fluoride exposure during fetal development and childhood IQ: The MIREC Study. International Society of Exposure Science-International Society for Environmental Epidemiology (ISES-ISEE) Joint Annual Meeting. Ottawa, Canada.

## APPENDIX E: BIBLIOGRAPHY

Green, R. R., B. P. Lanphear, D. Flora, R. Hornung, P. Ayotte, G. Muckle, E. A. Martinez-Mier, and C. Till. 2019. Effects of trimester-specific prenatal fluoride exposure and childhood IQ in a Canadian birth cohort [Abstract]. 59th Annual Teratology Society Meeting. Birth Defects Res 111:498.

Gui, C. Z., L. Y. Ran, J. P. Li, and Z. Z. Guan. 2010. Changes of learning and memory ability and brain nicotinic receptors of rat offspring with coal burning fluorosis. Neurotoxicol Teratol 32(5):536-541.

Harry, G. J. 2019. Personal communication (Clarification of cross-fostering in McPherson et al. 2018).

Hartung, T., and G. Daston. 2009. Are In Vitro Tests Suitable for Regulatory Use? Toxicological Sciences 111(2):233-237.

Haseman, J., J. Bailer, R. Kodell, R. Morris, and K. Portier. 2001. Statistical issues in the analysis of low-dose endocrine disruptor data. Toxicological Sciences 61(2):201-210.

He, Y., C. Yuan, L. Chen, Y. Liu, H. Zhou, N. Xu, and D. J. Liao. 2018. While it is not deliberate, much of today's biomedical research contains logical and technical flaws, showing a need for corrective action. Int J Med Sci 15(4):309-322.

Hirzy, J. W., P. Connett, Q. Xiang, B. J. Spittle, and D. C. Kennedy. 2016. Developmental neurotoxicity of fluoride: A quantitative risk analysis towards establishing a safe daily dose of fluoride for children. Fluoride 49(4 Pt. 1):379-400.

Hvistendahl, M. 2013. China's publication bazaar. Science 342(6162):1035-1039.

Ioannidis, J. P. 2005. Why most published research findings are false. PLoS Med 2(8):e124.

Ioannidis, J. P. 2014. How to make more published research true. PLoS Med 11(10):e1001747.

Jetti, R., C. V. Raghuveer, and R. C. Mallikarjuna. 2016. Protective effect of ascorbic acid and Ginkgo biloba against learning and memory deficits caused by fluoride. Toxicology and industrial health 32(1):183-187.

Jiang, C., S. Zhang, H. Liu, Z. Guan, Q. Zeng, C. Zhang, R. Lei, T. Xia, Z. Wang, L. Yang, Y. Chen, X. Wu, X. Zhang, Y. Cui, L. Yu, and A. Wang. 2014a. Low glucose utilization and neurodegenerative changes caused by sodium fluoride exposure in rat's developmental brain. Neuromolecular Med 16(1):94-105.

Jiang, S., J. Su, S. Yao, Y. Zhang, F. Cao, F. Wang, H. Wang, J. Li, and S. Xi. 2014b. Fluoride and arsenic exposure impairs learning and memory and decreases mGluR5 expression in the hippocampus and cortex in rats. PLoS One 9(4):e96041.

Jun-hua, W., Q. Ming, L. Dan-dan, Y. Dan, L. Bing-yun, L. Xiao-na, L. Mang, L. Yuan-yuan, Z. Wei, and G. Yan-hui. 2016. Correlation analysis of urinary fluoride levels and the daily intake of fluoride in brick tea type fluorosis areas. Fluoride 49(4 Pt. 1):449-457.

## APPENDIX E: BIBLIOGRAPHY

Kang, Y. J., L. Zolna, and J. M. Manson. 1986. Strain differences in response of Sprague-Dawley and Long Evans Hooded rats to the teratogen nitrofen. Teratology 34(2):213-223.

Kaufman, A. S. 2001. Do low levels of lead produce IQ loss in children? A careful examination of the literature. Arch Clin Neuropsychol 16(4):303-341.

Kerr, N. L. 1998. HARKing: hypothesizing after the results are known. Pers Soc Psychol Rev 2(3):196-217.

Koc, E., B. Karademir, N. Soomro, and F. Uzun. 2018. The effects, both separate and interactive, of smoking and tea consumption on urinary fluoride levels. Fluoride 51(1):84-96.

Legge, M. 1980. Urinary creatinine excretion during pregnancy. The New Zealand medical journal 91(655):175-176.

Li, X., J. Zhang, R. Niu, R. K. Manthari, K. Yang, and J. Wang. 2019. Effect of fluoride exposure on anxiety- and depression-like behavior in mouse. Chemosphere 215:454-460.

Lu, F., Y. Zhang, A. Trivedi, X. Jiang, D. Chandra, J. Zheng, Y. Nakano, D. Abduweli Uyghurturk, R. Jalai, S. G. Onur, A. Mentes, and P. K. DenBesten. 2019. Fluoride related changes in behavioral outcomes may relate to increased serotonin. Physiol Behav 206:76-83.

Luke, J. A. 1997. The effect of fluoride on the physiology of the pineal gland. School of Biological Sciences, University of Surrey, Guildford, UK. 278 pp.

Macek, M. D., T. D. Matte, T. Sinks, and D. M. Malvitz. 2006. Blood lead concentrations in children and method of water fluoridation in the United States, 1988-1994. Environ Health Perspect 114(1):130-134.

McPherson, C. A., G. Zhang, R. Gilliam, S. S. Brar, R. Wilson, A. Brix, C. Picut, and G. J. Harry. 2018. An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats. Neurotoxicity research 34(4):781-798.

Mlinaric, A., M. Horvat, and V. Supak Smolcic. 2017. Dealing with the positive publication bias: Why you should really publish your negative results. Biochem Med (Zagreb) 27(3):030201.

Mondal, D., and S. Gupta. 2015. Influence of Fluoride Contaminated Irrigation Water on Biochemical Constituents of Different Crops and Vegetables with an Implication to Human Risk through Diet. J Mater Environ Sci 6(11):3134-3142.

Moser, V. C., G. C. Becking, R. C. MacPhail, and B. M. Kulig. 1997. The IPCS collaborative study on neurobehavioral screening methods. Fundam Appl Toxicol 35(2):143-151.

Moser, V. C., K. L. McDaniel, and P. M. Phillips. 1991. Rat strain and stock comparisons using a functional observational battery: baseline values and effects of amitraz. Toxicology and applied pharmacology 108(2):267-283.

## APPENDIX E: BIBLIOGRAPHY

Mullenix, P. J., P. K. Denbesten, A. Schunior, and W. J. Kernan. 1995. Neurotoxicity of sodium fluoride in rats. Neurotoxicol Teratol 17(2):169-177.

Munafo, M. R., B. A. Nosek, D. V. M. Bishop, K. S. Button, C. D. Chambers, N. Percie du Sert, U. Simonsohn, E. J. Wagonmakers, J. J. Ware, and J. P. A. Ioannidis. 2017. A manifesto for reproducible science. Nat Hum Behav 1:1-9.

NAFTA. 2016. Developmental neurotoxicity study guidance document. North American Free Trade Agreement (NAFTA), Technical Working Group on Pesticides (TWG).

NIEHS. 2001. Sodium Hexafluorosilicate [CASRN 16893-85-9] and Fluorosilicic Acid [CASRN 16961-83-4]. Review of Toxicological Literature. National Institute of Environmental and Health Sciences. Research Triangle Park, NC.

Niu, Q., J. Chen, T. Xia, P. Li, G. Zhou, C. Xu, Q. Zhao, L. Dong, S. Zhang, and A. Wang. 2018. Excessive ER stress and the resulting autophagic flux dysfunction contribute to fluoride-induced neurotoxicity. Environmental pollution (Barking, Essex : 1987) 233:889-899.

Niu, R., Z. Sun, J. Wang, Z. Cheng, and J. Wang. 2008. Effects of fluoride and lead on locomotor behavior and expression of NISSL body in brain of adult rats. Fluoride 41(4):276-282.

Normile, D. 2017. China cracks down on fraud. Science 357(6350):435.

NRC. 2006. Fluoride in drinking water : a scientific review of EPA's standards. National Academies Press, Washington, D.C. pp. xix, 507 p.

NTP. 2015a. Handbook for Conducting a Literature-Based Health Assessment Using OHAT Approach for Systematic Review and Evidence Integration. U.S. Department of Health and Human Services, National Toxicology Program.

NTP. 2015b. Neurobehavioral testing specifications. U.S. Department of Health and Human Services, National Toxiclogy Program.

NTP. 2016. Systematic literature review on the effects of fluoride on learning and memory in animal studies. NTP Research Report 1. NTP RR 1. National Toxicology Program, Research Triangle Park, N.C.

NTP. 2017. Protocol for systematic review of effects of fluoride exposure on neurodevelopment. Office of Health Assessment and Translation, Division of the National Toxicology Program, National Institute of Environmental Health Sciences. National Toxicology Program, Research Triangle Park, N.C.

OECD. 2007. OECD Guideline for the Testing of Chemicals Developmental Neurotoxicity Study. TG 426. Organisation for Economic Co-operation and Development, Paris, France.

## APPENDIX E: BIBLIOGRAPHY

OECD. 2018. OECD Guideline for the Testing of Chemicals Extended One-Generation Reproductive Toxcity Study. TG 443. Organisation for Economic Co-operation and Development, Paris, France.

Pulungan, Z. S. A., Z. M. Sofro, and G. Partadiredja. 2018. Sodium fluoride does not affect the working memory and number of pyramidal cells in rat medial prefrontal cortex. Anatomical science international 93(1):128-138.

Rao, H. V., R. P. Beliles, G. M. Whitford, and C. H. Turner. 1995. A physiologically based pharmacokinetic model for fluoride uptake by bone. Regul Toxicol Pharmacol 22(1):30-42.

Rhomberg, L. R., J. K. Chandalia, C. M. Long, and J. E. Goodman. 2011a. Measurement error in environmental epidemiology and the shape of exposure-response curves. Crit Rev Toxicol 41(8):651-671.

Rhomberg, L. R., J. E. Goodman, L. T. Haber, M. Dourson, M. E. Andersen, J. E. Klaunig, B. Meek, P. S. Price, R. O. McClellan, and S. M. Cohen. 2011b. Linear low-dose extrapolation for noncancer heath effects is the exception, not the rule. Crit Rev Toxicol 41(1):1-19.

Sajadi, S., C. Yu, J. D. Sylvestre, K. J. Looper, M. Segal, and S. Rej. 2016. Does lower urine-specific gravity predict decline in renal function and hypernatremia in older adults exposed to psychotropic medications? An exploratory analysis. Clin Kidney J 9(2):268-272.

Sawan, R. M., G. A. Leite, M. C. Saraiva, F. Barbosa, Jr., J. E. Tanus-Santos, and R. F. Gerlach. 2010. Fluoride increases lead concentrations in whole blood and in calcified tissues from lead-exposed rats. Toxicology 271(1-2):21-26.

Spencer, K. F., and H. Limeback. 2018. Blood is thicker than water: Flaws in a National Toxicology Program study. Med Hypotheses 121:160-163.

Spencer, P. S., and V. S. Palmer. 2012. Interrelationships of undernutrition and neurotoxicity: food for thought and research attention. Neurotoxicology 33(3):605-616.

Stephens, M. L., K. Betts, N. B. Beck, V. Cogliano, K. Dickersin, S. Fitzpatrick, J. Freeman, G. Gray, T. Hartung, J. McPartland, A. A. Rooney, R. W. Scherer, D. Verloo, and S. Hoffmann. 2016. The Emergence of Systematic Review in Toxicology. Toxicol Sci 152(1):10-16.

Sudhakar, K., M. Nageshwar, and K. P. Reddy. 2018. Abelmoschus moschatus extract reverses altered pain and neurohistology of a rat with developmental exposure of fluoride. Journal of Applied Pharmaceutical Science 80(6):94-104.

Sun, Z., Y. Zhang, X. Xue, R. Niu, and J. Wang. 2018. Maternal fluoride exposure during gestation and lactation decreased learning and memory ability, and glutamate receptor mRNA expressions of mouse pups. Human & experimental toxicology 37(1):87-93.

Tsuji, J. S., M. R. Garry, V. Perez, and E. T. Chang. 2015. Low-level arsenic exposure and developmental neurotoxicity in children: A systematic review and risk assessment. Toxicology 337:91-107.

## APPENDIX E: BIBLIOGRAPHY

Tsuji, J. S., M. D. Van Kerkhove, R. S. Kaetzel, C. G. Scrafford, P. J. Mink, L. M. Barraj, E. A. Crecelius, and M. Goodman. 2005. Evaluation of exposure to arsenic in residential soil. Environ Health Perspect 113(12):1735-1740.

U.S. EPA. 1997. Good laboratory practice standards. Washington D.C.

U.S. EPA. 1998a. Guidelines for Neurotoxicity Risk Assessment. EPA/630/R-95/001F. United States Environmental Protection Agency, Risk Assessment Forum, Washington, D.C.

U.S. EPA. 1998b. Health Effects Test Guidelines OPPTS 870.6300 Developmental Neurotoxicity Study. EPA/712–C–98–239. United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances, Washington, D.C.

U.S. EPA. 2010a. Fluoride: Dose-response analysis for non-cancer effects. 820-R-10-019. United States Environmental Protection Agency, Health and Ecological Criteria Division, Office of Water, Washington, D.C.

U.S. EPA. 2010b. Fluoride: Exposure and relative source contribution analysis. 820-R-10-015. United States Environmental Protection Agency, Health and Ecological Criteria Division, Office of Water, Washington, D.C.

USPHS. 2015. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. U. S. Department of Health Human Services Federal Panel on Community Water, Fluoridation. Public Health Rep 130(4):318-331.

Varner, J. A., W. J. Horvath, C. W. Huie, H. R. Naslund, and R. L. Isaacson. 1994. Chronic aluminum fluoride administration. I. Behavioral observations. Behav Neural Biol 61(3):233-241.

Varner, J. A., C. W. Huie, W. J. Horvath, K. F. Jensen, and R. L. Isaacson. 1993. Chronic AlF3 administration: II. Selected histological observations. Brain Res Comm 13:99-104.

Varner, J. A., K. F. Jensen, W. Horvath, and R. L. Isaacson. 1998. Chronic administration of aluminum-fluoride or sodium-fluoride to rats in drinking water: alterations in neuronal and cerebrovascular integrity. Brain Res 784(1-2):284-298.

Vorhees, C. V., J. N. Sprowles, S. L. Regan, and M. T. Williams. 2018. A better approach to in vivo developmental neurotoxicity assessment: Alignment of rodent testing with effects seen in children after neurotoxic exposures. Toxicology and applied pharmacology 354:176-190.

Vorhees, C. V., and M. T. Williams. 2006. Morris water maze: procedures for assessing spatial and related forms of learning and memory. Nat Protoc 1(2):848-858.

Vorhees, C. V., and M. T. Williams. 2014. Assessing spatial learning and memory in rodents. ILAR Journal 55(2):310-332.

## APPENDIX E: BIBLIOGRAPHY

Wang, C., C. Liang, J. Ma, R. K. Manthari, R. Niu, J. Wang, J. Wang, and J. Zhang. 2018a. Co-exposure to fluoride and sulfur dioxide on histological alteration and DNA damage in rat brain. Journal of biochemical and molecular toxicology 32(2).

Wang, G., Y. Ge, H. Ning, and S. Wang. 2004. Effects of high fluoride and low iodine on biochemical indexes of the brain and learning-memory of offspring rats. Fluoride 37(3):201-208.

Wang, J., Y. Zhang, Z. Guo, R. Li, X. Xue, Z. Sun, and R. Niu. 2018b. Effects of perinatal fluoride exposure on the expressions of miR-124 and miR-132 in hippocampus of mouse pups. Chemosphere 197:117-122.

Wasserman, G. A., and P. Factor-Litvak. 2001. Methodology, inference and causation: environmental lead exposure and childhood intelligence. Arch Clin Neuropsychol 16(4):343-352.

Wei, N., Y. Dong, Y. Wang, and Z. Guan. 2014. Effects of chronic fluorosis on neurobehavioral development in offspring of rats and antagonistic effect of Vitamin E. Chi J Endemiol 33(2):125-128.

Wu, N., Z. Zhao, W. Gao, and X. Li. 2008. Behavioral teratology in rats exposed to fluoride. Fluoride 41(2):129-133.

Xiang, Q., Y. Liang, L. Chen, C. Wang, B. Chen, X. Chen, and M. Zhou. 2003. Effect of fluoride in drinking water on children's intelligence. Fluoride 36(2):84-94.

Xin, H. 2009. Scientific misconduct. Retractions put spotlight on China's part-time professor system. Science 323(5919):1280-1281.

Yang, L., P. Jin, X. Wang, Q. Zhou, X. Lin, and S. Xi. 2018. Fluoride activates microglia, secretes inflammatory factors and influences synaptic neuron plasticity in the hippocampus of rats. Neurotoxicology 69:108-120.

Yuan, J., Q. Li, R. Niu, and J. Wang. 2019. Fluoride exposure decreased learning ability and the expressions of the insulin receptor in male mouse hippocampus and olfactory bulb. Chemosphere 224:71-76.

Zeng, X. X., J. Deng, J. Xiang, Y. T. Dong, K. Cao, X. H. Liu, D. Chen, L. Y. Ran, Y. Yang, and Z. Z. Guan. 2019. Resveratrol attenuated the increased level of oxidative stress in the brains and the deficit of learning and memory of rats with chronic fluorosis. Fluoride 52(2):149-160.

Zhang, C., S. Huo, Y. Fan, Y. Gao, Y. Yang, and D. Sun. 2019. Autophagy May Be Involved in Fluoride-Induced Learning Impairment in Rats. Biological trace element research.

Zhao, Q., Q. Niu, J. Chen, T. Xia, G. Zhou, P. Li, L. Dong, C. Xu, Z. Tian, C. Luo, L. Liu, S. Zhang, and A. Wang. 2019. Roles of mitochondrial fission inhibition in developmental

# APPENDIX E: BIBLIOGRAPHY

fluoride neurotoxicity: mechanisms of action in vitro and associations with cognition in rats and children. Archives of toxicology 93(3):709-726.

Zhou, G., S. Tang, L. Yang, Q. Niu, J. Chen, T. Xia, S. Wang, M. Wang, Q. Zhao, L. Liu, P. Li, L. Dong, K. Yang, S. Zhang, and A. Wang. 2019. Effects of long-term fluoride exposure on cognitive ability and the underlying mechanisms: Role of autophagy and its association with apoptosis. Toxicology and applied pharmacology:114608.

Zhu, Y. P., S. H. Xi, M. Y. Li, T. T. Ding, N. Liu, F. Y. Cao, Y. Zeng, X. J. Liu, J. W. Tong, and S. F. Jiang. 2017. Fluoride and arsenic exposure affects spatial memory and activates the ERK/CREB signaling pathway in offspring rats. Neurotoxicology 59:56-64.